UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> No.: 05-4182 "K" (2) |
| _____ | * <br> * | JUDGE DUVAL |
| FILED IN:   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MAG. WILKINSON |
| PERTAINS TO:   LEVEE AND MR-GO<br>_____ | * <br> * | |

**JOINT MOTION FOR COURT APPROVAL OF**
**MODIFICATION OF CLASS SETTLEMENT AGREEMENT**

**NOW INTO COURT** come Class Counsel[1] and counsel for the Settling Defendants, who, pursuant to Section V.7 of the Class Settlement Agreement and on behalf of their respective clients, respectfully request that this Court approve certain modifications to the Class

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Class Settlement Agreement, the original of which, together with all exhibits, is attached to the Joint Motion for Certification of Settlement Class, for Approval of Proposed Settlement and for the Stay of Certain Claims and Actions as *in globo* Exhibit "1".

NO.99956740.1

Settlement Agreement, and authorize the filing of the amended Class Settlement Agreement into the record in these proceedings.

1.

Pursuant to Section V.7 of the Class Settlement Agreement, Class Counsel and counsel for the Settling Defendants hereby give notice in writing of their written agreement to strike Section IV.5 of the Class Settlement Agreement in its entirety and to modify Section IV.6 of that Agreement so as to eliminate certain defense and indemnity obligations imposed upon Class Members by the Agreement.

2.

These minor modifications, which favor (and plainly are not materially adverse to) the Settlement Class, are as follows:

(1) to strike, in its entirety, Section IV.5 of the Class Settlement Agreement (appearing at page 32 of the Class Settlement Agreement), which currently states:

> 5.   As of the Effective Date of Class Settlement, to the extent of each Class Member's individual and net recovery and to the extent the claim described in this Section arises out of the Claim of that Class Member, each Class Member shall defend, indemnify, and hold harmless the Released Parties from and against (a) any and all Claims by, on behalf of, through, or deriving from his, her, or its heirs, executors, representatives, attorneys or former attorneys, successors, employers, insurers, employers' insurers, health insurers, health care providers, assignees, subrogees, predecessors in interest, successors in interest, beneficiaries or survivors; and (b) any Claims for Contribution, Indemnity, and/or Subrogation, whether arising under tort, contract or otherwise, related in any way to the Released Claims of said Class Member released by this Class Settlement Agreement.

(2) to modify Section IV.6 of the Class Settlement Agreement (appearing at pages 32 and 33 of the Class Settlement Agreement) by removing any reference to a defense or indemnity obligation on the part of the Class Members, so that that Section states in its entirety (deleted provisions appear in strikeout for clarity):

6.     It is expressly understood and agreed that the ~~indemnity, defense, and~~ judgment reduction ~~obligations~~ detailed above shall exist regardless of the legal basis for the claim, demand, cause of action, right of action, liability, lien, or judgment demand asserted by any Person to the extent related to the Released Claims against any Released Party.  In particular, the Class Members expressly bind themselves to the foregoing ~~indemnity, defense, and~~ judgment reduction ~~obligations~~ regardless of whether the claim, demand, suit, liability, lien, judgment, cause of action, or right of action is based on or related to (a) the negligence of any of the Released Parties, sole or concurrent; (b) the strict liability of any of the Released Parties under any theory whatsoever; (c) the absolute liability of any of the Released Parties; (d) the wanton, reckless, or willful misconduct of any of the Released Parties; (e) any actual, alleged or purported right, asserted by any Settling Defendant or any Class Member under a policy of insurance issued by St. Paul; or (f) any other basis whatsoever.

3.

By this motion, Class Counsel and counsel for the Settling Defendants, on behalf of their respective clients, request that the Court approve of the changes.  The Class Settlement Agreement itself expressly contemplates that such revisions to the Agreement might be made, particularly where – as here – the proposed modifications are to the benefit of, and not detrimental to, the Class Members.

WHEREFORE, Class Counsel and counsel for the Settling Defendants, on behalf of their respective clients, respectfully request that this Court approve the modifications to Sections IV.5 and IV.6 of the Class Settlement Agreement as reflected above, and authorize the filing of the amended Class Settlement Agreement into the record in these proceedings.

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

BY: */s/ Joseph M. Bruno*
 Joseph M. Bruno (#3604)
 855 Baronne Street
 New Orleans, Louisiana 70113
 Telephone: (504) 525-1335
 Facsimile: (504) 561-6775

ATTORNEYS ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY: */s/ Gerald E. Meunier*
 Gerald E. Meunier (#9471)
 2800 Energy Centre
 1100 Poydras Street
 New Orleans, Louisiana 70163-2800
 Telephone: (504) 522-2304
 Facsimile: (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIATION COMMITTEE

DOMENGEAUX WRIGHT ROY & EDWARDS

BY: */s/ James P. Roy*
 James P. Roy (#11511)
 556 Jefferson Street
 Lafayette, Louisiana 70502
 Telephone: (337) 593-4190
 Facsimile: (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL

BY:   */s/ Thomas P. Anzelmo*
     Thomas P. Anzelmo (#2533)
     3445 N. Causeway Boulevard, Suite 800
     Metairie, Louisiana 70002
     Telephone:   (504) 831-0946
     Facsimile:    (504) 831-2492

ATTORNEYS FOR THE BOARD OF COMMISSIONER'S FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT


DUPLASS, ZWAIN, BOURGEOIS, MORTON PFISTER & WEINSTOCK

BY:   */s/ Gary M. Zwain*
     Gary M. Zwain (#13809)
     Three Lakeway Center, Suite 2900
     3838 North Causeway Boulevard
     Metairie, Louisiana 70002
     Telephone:   (504) 832-3700
     Facsimile:    (504) 837-3119

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT, THE EAST JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

BY:  */s/ Ralph S. Hubbard*
    Ralph S. Hubbard III (#7040)
    601 Poydras Street, Suite 2775
    New Orleans, Louisiana 70130
    Telephone:    (504) 568-1990
    Facsimile:      (504) 310-9195

and

PHELPS DUNBAR LLP

BY:   /s/ S. Ault Hootsell III
    S. Ault Hootsell III
    Canal Place
    365 Canal Street, Suite 2000
    New Orleans, LA  70130-6534
    Telephone:  (504) 566-1311
    Telecopier:  (504) 568-9130

ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Joint Motion for Court Approval of Modification of Class Settlement Agreement has been electronically filed with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record and a copy sent to the following via U.S. First Class mail, postage prepaid, this 26th day of June, 2009.

| | |
|---|---|
| Richard A. Nussbaum, II<br>Sopko, Nussbaum, Inabnit & Kaczmarek<br>5th Floor – Plaza Building<br>210 S. Michigan Street<br>P.O. Box 300<br>South Bend, Indiana  46624<br>Facsimile:  (574) 234-4200<br>E-mail:  dickn@sni-law.com | James K. Irvin<br>Michael J. Monistere<br>Chadwick W. Collings<br>Milling Benson Woodward L.L.P.<br>909 Poydras Street, Suite 2300<br>New Orleans, LA  70112-1010<br>Facsimile:  (504) 569-7001<br>E-mail:  jirvin@millinglaw.com |
| John J. Cummings, III<br>Cummings & Cummings<br>416 Gravier Street<br>New Orleans, LA  70130 | Jennifer J. Rosenbaum<br>New Orleans Workers' Center for Racial Justice<br>217 N. Prieur Street<br>New Orleans, LA  70112<br>E-mail:  jjrosenbaum@gmail.com |
| Michael T. Kirkpatrick<br>Allison M. Zieve<br>Public Citizen Litigation Group<br>1600 10th Street NW<br>Washington, DC  20009<br>mkirkpatrick@citizen.org | |

/s/ S. Ault Hootsell III