UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> _____ <br> <br> FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, <br> 05-5237, 05-6073, 05-6314, 05-6324, <br> 05-6327, 05-6359, 06-0020, 06-1885, <br> 06-0225, 06-0886, 06-11208, 06-2278, <br> 06-2287, 06-2346, 06-2545, 06-3529, <br> 06-4065, 06-4389, 06-4634, 06-4931, <br> 06-5032, 06-5042, 06-5159, 06-5163, <br> 06-5367, 06-5471, 06-5771, 06-5786, <br> 06-5937, 06-7682, 07-0206, 07-0647, <br> 07-0993, 07-1284, 07-1286, 07-1288, <br> 07-1289. <br> <br> PERTAINS TO:   LEVEE AND MR-GO <br> _____ | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> <br> No.:  05-4182 "K" (2) <br> <br> JUDGE DUVAL <br> <br> MAG. WILKINSON |

MEMORANDUM IN SUPPORT OF
JOINT MOTION FOR COURT APPROVAL OF
MODIFICATION OF CLASS SETTLEMENT AGREEMENT

This memorandum is submitted on behalf of Class Counsel[1] and counsel for the Settling

Defendants, who, pursuant to Section V.7 of the Class Settlement Agreement and on behalf of

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this m otion shall have the meanings and/or definitions given them in the Class Settlement Agreement, the original of which, together with all exhibits, is attached to the Joint Motion for Certification of Settlement Class, for Approval of Proposed Settlement snd for the Stay of Certain Claims and Actions as *in globo* Exhibit "1".

NO.99956747.1                               1

their respective clients, in support of their Joint Motion for Court Approval of Modification of the Class Settlement Agreement.

Section V.7 of the Class Settlement Agreement states in pertinent part:

> Prior to the Final Approval Order and Judgment becoming a Final Judgment, this Class Settlement Agreement may, with approval of the Court, be modified by written agreement of counsel for the Settling Defendants and Class Counsel in their discretion without giving any additional notice to the Class (other than the notice given with respect to the settlement, the Certification Hearing and the Fairness Hearing), provided that such modifications are not materially adverse to the Class. . . .

Class Settlement Agreement, p. 36. Through the submission of this Joint Motion, counsel for the Settling Defendants and Class Counsel agree in writing to the modifications proposed herein and seek the Court's approval of same.

### A. Striking Class Member Indemnity Obligations

First, movers agree to and seek Court approval of the following modifications relating to indemnity obligations:

(1) to strike, in its entirety, Section IV.5 of the Class Settlement Agreement (appearing at page 32 of the Class Settlement Agreement), which currently states:

> 5. As of the Effective Date of Class Settlement, to the extent of each Class Member's individual and net recovery and to the extent the claim described in this Section arises out of the Claim of that Class Member, each Class Member shall defend, indemnify, and hold harmless the Released Parties from and against (a) any and all Claims by, on behalf of, through, or deriving from his, her, or its heirs, executors, representatives, attorneys or former attorneys, successors, employers, insurers, employers' insurers, health insurers, health care providers, assignees, subrogees, predecessors in interest, successors in interest, beneficiaries or survivors; and (b) any Claims for Contribution, Indemnity, and/or Subrogation, whether arising under tort, contract or otherwise, related in any way to the Released Claims of said Class Member released by this Class Settlement Agreement.

(2) to modify Section IV.6 of the Class Settlement Agreement (appearing at pages 32 and 33 of the Class Settlement Agreement) by removing any reference to a defense or indemnity obligation on the part of the Class Members, so that that Section states in its entirety (deleted provisions appear in strikeout for clarity):

> 6. It is expressly understood and agreed that the ~~indemnity, defense, and~~ judgment reduction obligation~~s~~ detailed above shall exist regardless of the legal basis for the claim, demand, cause of action, right of action, liability, lien, or judgment demand asserted by any Person to the extent related to the Released Claims against any Released Party. In particular, the Class Members expressly bind themselves to the foregoing ~~indemnity, defense, and~~ judgment reduction obligation~~s~~ regardless of whether the claim, demand, suit, liability, lien, judgment, cause of action, or right of action is based on or related to (a) the negligence of any of the Released Parties, sole or concurrent; (b) the strict liability of any of the Released Parties under any theory whatsoever; (c) the absolute liability of any of the Released Parties; (d) the wanton, reckless, or willful misconduct of any of the Released Parties; (e) any actual, alleged or purported right, asserted by any Settling Defendant or any Class Member under a policy of insurance issued by St. Paul; or (f) any other basis whatsoever.

Clearly these modifications are not materially adverse to the Class, but are beneficial to the Class. The proposed modifications eliminate the obligation imposed upon Class Members by the original Class Settlement Agreement to defend and/or indemnify the Released Parties from certain claims.

## CONCLUSION

As these proposed modifications have been agreed to by counsel for the Settling Defendants and Class Counsel, and are not materially adverse to the Class, the undersigned respectfully request the Court's approval of these modifications. Assuming the Court approves these modifications, they will be incorporated into the Final Order and Judgment the Parties submit to the Court.

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

BY: */s/ Joseph M. Bruno*
    Joseph M. Bruno (#3604)
    855 Baronne Street
    New Orleans, Louisiana 70113
    Telephone:    (504) 525-1335
    Facsimile:    (504) 561-6775

ATTORNEYS ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY: */s/ Gerald E. Meunier*
    Gerald E. Meunier (#9471)
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2800
    Telephone:    (504) 522-2304
    Facsimile:    (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIATION COMMITTEE

5

DOMENGEAUX WRIGHT ROY & EDWARDS


BY: _/s/ James P. Roy_____
      James P. Roy (#11511)
      556 Jefferson Street
      Lafayette, Louisiana 70502
      Telephone:   (337) 593-4190
      Facsimile:   (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE




MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL


BY: _/s/ Thomas P. Anzelmo_____
      Thomas P. Anzelmo (#2533)
      3445 N. Causeway Boulevard, Suite 800
      Metairie, Louisiana 70002
      Telephone:   (504) 831-0946
      Facsimile:   (504) 831-2492

ATTORNEYS FOR THE BOARD OF COMMISSIONER'S FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT

DUPLASS, ZWAIN, BOURGEOIS, MORTON PFISTER & WEINSTOCK


BY: */s/ Gary M. Zwain*
    Gary M. Zwain (#13809)
    Three Lakeway Center, Suite 2900
    3838 North Causeway Boulevard
    Metairie, Louisiana 70002
    Telephone:   (504) 832-3700
    Facsimile:   (504) 837-3119

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT, THE EAST JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT


LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD


BY: */s/ Ralph S. Hubbard*
    Ralph S. Hubbard III (#7040)
    601 Poydras Street, Suite 2775
    New Orleans, Louisiana 70130
    Telephone:   (504) 568-1990
    Facsimile:   (504) 310-9195


and

PHELPS DUNBAR LLP


BY  */s/ S. Ault Hootsell III*
S. Ault Hootsell III
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA  70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

ATTORNEYS FOR ST. PAUL FIRE AND
MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Joint Motion for Court Approval of Modification of Class Settlement Agreement has been electronically filed with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record and a copy sent to the following via U.S. First Class mail, postage prepaid, this 26th day of June, 2009.

| | |
|---|---|
| Richard A. Nussbaum, II<br>Sopko, Nussbaum, Inabnit & Kaczmarek<br>5th Floor – Plaza Building<br>210 S. Michigan Street<br>P.O. Box 300<br>South Bend, Indiana  46624<br>Facsimile:  (574) 234-4200<br>E-mail:  dickn@sni-law.com | James K. Irvin<br>Michael J. Monistere<br>Chadwick W. Collings<br>Milling Benson Woodward L.L.P.<br>909 Poydras Street, Suite 2300<br>New Orleans, LA  70112-1010<br>Facsimile:  (504) 569-7001<br>E-mail:  jirvin@millinglaw.com |
| John J. Cummings, III<br>Cummings & Cummings<br>416 Gravier Street<br>New Orleans, LA  70130 | Jennifer J. Rosenbaum<br>New Orleans Workers' Center for Racial Justice<br>217 N. Prieur Street<br>New Orleans, LA  70112<br>E-mail:  jjrosenbaum@gmail.com |

| | |
|---|---|
| Michael T. Kirkpatrick<br>Allison M. Zieve<br>Public Citizen Litigation Group<br>1600 10th Street NW<br>Washington, DC  20009<br>mkirkpatrick@citizen.org | |

/s/ S. Ault Hootsell III

NO.99956747.1    8