UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br>**FILED IN:**  05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289.<br><br>**PERTAINS TO:**    LEVEE AND MR-GO<br>_____ | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **CIVIL ACTION**<br><br>**No.:  05-4182 "K" (2)**<br><br>**JUDGE DUVAL**<br><br>**MAG. WILSON** |

## ORDER

Considering the foregoing Joint Motion for Court Approval of Modification of Class Settlement Agreement;

IT IS HEREBY ORDERED that the Joint Motion is granted, the modifications to the Class Settlement Agreement set forth in the Joint Motion are approved, and the Class Settlement Agreement is modified accordingly; and

IT IS FURTHER ORDERED that Class Counsel and counsel for the Settling Defendants,

NO.99956743.1

- 2 -

on behalf of their respective clients, are authorized to file the amended Class Settlement Agreement into the record in these proceedings.

Signed this ___ day of _____, 2009.

_____

Judge, United States District Court