**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
        CONSOLIDATED LITIGATION

                                                 NO. 05-4182

PERTAINS TO: INSURANCE                           SECTION "K"(2)
        Thomas Lavigne (07-5206)


<u>**ORDER**</u>

Before the Court is Defendant Allstate Insurance Company's ("Allstate") Motion to

Correct Record and to Modify Order of Dismissal (Rec. Doc. 17121).  The basis of Allstate's

motion is some confusion regarding the proper legal representation for Plaintiff Thomas

Lavigne. Attorney Daniel Becnel filed a complaint on behalf of Mr. Lavigne originally in Civ. A.

No. 07-4538 (Rec. Doc. 1), a case that was consolidated with Civ. A. No. 05-4182.

Subsequently, the Hurricane Legal Center ("HLC") filed suit on behalf of Mr. Lavigne in Civ. A.

No. 07-5206 (Rec. Doc. 1).  In order to prevent duplicative suits, this Court dismissed the later

complaint filed by HLC in favor of the earlier complaint filed by Mr. Becnel.  (Rec. Doc.

16993).

However, it appears this Court's order may have been in error.  In Mr. Becnel's

Amended Complaint (Rec. Doc. 9346), he omitted Mr. Lavigne.  Allstate suggests that this

omission actually represents that Mr. Becnel no longer represents Mr. Lavigne.  Mr. Becnel has

informed this Court that indeed he no longer represents Mr. Lavigne, and instead he is

represented by HLC.  Therefore, pursuant to this Court's authority under Federal Rule of Civil

Procedure 60 to modify any final judgment due to mistake or inadvertence, accordingly,

**IT IS ORDERED** that Allstate's Motion to Correct Record and to Modify Order of

1

Dismissal (Rec. Doc. 17121) is **GRANTED.**  This Court's Order of January 7, 2009 (Rec. Doc. 16993) is hereby **AMENDED** as follows: the portion of the order dismissing Civ. A. No. 07-5206 without prejudice is hereby **WITHDRAWN**, and it is further ordered that Civ. A. No. 07-4538 is **DISMISSED WITHOUT PREJUDICE** as Attorney Daniel Becnel no longer represents Plaintiff Thomas Lavigne.

New Orleans, Louisiana, this __26th__ day of June, 2009.

_____

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**

2