## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| _____ | * | JUDGE DUVALL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| _____ | * | |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, for National Union Fire Insurance Company of Pittsburgh, Pa. ("NUFIC"), defendant, who respectfully moves for an order of this court enrolling Alex P. Tilling (29686), of the law firm of Leake & Andersson, as additional counsel of record in the above entitled matter on behalf of defendant.

          Respectfully submitted,

          _/s/ George D. Fagan_____
          **George D. Fagan (#14260)**
          Leake & Andersson, L.L.P.
          1100 Poydras Street, Suite 1700
          New Orleans, Louisiana 70163
          Telephone: (504) 585-7500
          Facsimile: (504) 585-7775
          gfagan@leakeandersson.com
          Counsel for National Union Fire Insurance Company
          of Pittsburgh, Pa., defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been delivered to all counsel of record on June 30, 2009, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

                                                         /s/ George D. Fagan_____

CP / 38803 / 63