UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| _____ | * | JUDGE DUVALL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| ALL LEVEE | * | |
| _____ | * | |

**O R D E R**

**CONSIDERING THE FOREGOING;**

**IT IS ORDERED** that Alex P. Tilling (29686), of the law firm of Leake & Andersson, LLP be entered as co-counsel of record for defendant, National Union Fire Insurance Company of Pittsburgh, Pa..

New Orleans, Louisiana this _____ day of _____, 2009.

_____
J U D G E

CP / 38803 / 65

1