UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: INSURANCE | * | SECTION "K"(2) |
| Master Consolidated Class Action | * | |
| Complaint (Doc. 3413) | * | |

**************************************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Plaintiffs, through the Court's Appointed Liaison Counsel, Insurance Liaison Counsel and Plaintiffs Steering Committee ("Insurance PSLC"), will bring their Motion for Reconsideration, or Alternatively, to Modify the Court's June 16, 2009, *Order and Reasons* (Doc. 19005), granting the Insurance Company Defendants' *Motion to Strike the Class Allegations* (Doc. 16711) contained in the *Master Consolidated Class Action Complaint* (Doc. 3413), before the Honorable Stanwood R. Duval, Jr. on August 5, 2009 at 9:30 a.m., or as soon thereafter as counsel may be heard or as the Court may set.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

_____s/ Calvin C. Fayard, Jr._____
Calvin C. Fayard, Jr. (La. Bar #5486)
INSURANCE PSLC LIAISON COUNSEL
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
calvinfayard@fayardlaw.com


For

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier
Calvin C. Fayard, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of June, 2009.

\_\_\_\_/s/ Joseph M. Bruno_____

Joseph M. Bruno