UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: INSURANCE | * | SECTION "K"(2) |
|     Master Consolidated Class Action | * | |
|     Complaint (Doc. 3413) | * | |

*************************************************************************

## REQUEST FOR ORAL ARGUMENT

NOW COME the Plaintiffs, through the Court's Appointed Liaison Counsel, Insurance Liaison Counsel and Plaintiffs Steering Committee ("Insurance PSLC"), who move this Honorable Court to set their Motion for Reconsideration, or Alternatively, to Modify the Court's June 16, 2009, *Order and Reasons* (Doc. 19005), granting the Insurance Company Defendants' *Motion to Strike the Class Allegations* (Doc. 16711) contained in the *Master Consolidated Class Action Complaint* (Doc. 3413), for oral argument, and on suggesting oral argument is appropriate and will assist the Court in resolving the issues presented in this motion, and on further suggesting the Court granted the Insurance Company Defendants' *Motion to Strike* without oral argument, and on further suggesting the rights and interests of the Plaintiffs and putative class members are so compelling and substantial to render oral argument appropriate, and additionally, suggesting the relief sought raises complexes issues of law, especially those related to the issues of predominance and "reasonableness," all as more fully set forth in the Plaintiffs' Memorandum

1

in Support of Their Motion for Reconsideration, and that oral argument will assist the Court in addressing the issues contained in the Plaintiffs' Motion for Reconsideration and supporting memorandum.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court set their Motion for Reconsideration, or Alternatively, to Modify its June 16, 2009, *Order and Reasons* (Doc. 19005), granting the Insurance Company Defendants' *Motion to Strike the Class Allegations* (Doc. 16711) contained in the *Master Consolidated Class Action Complaint* (Doc. 3413).

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar #5486)
INSURANCE PSLC LIAISON COUNSEL
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
calvinfayard@fayardlaw.com

For

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier
Calvin C. Fayard, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of June, 2009.

                /s/ Joseph M. Bruno

                Joseph M. Bruno