UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: INSURANCE | * | SECTION "K"(2) |
| Master Consolidated Class Action | * | |
| Complaint (Doc. 3413) | * | |

*************************************************************************

## ORDER

### re: Request for Oral Argument

**IT IS ORDERED** that the Request for Oral Argument by Plaintiffs, through the Court's Appointed Liaison Counsel, Insurance Liaison Counsel and Plaintiffs' Steering Committee ("Insurance PSLC"), be **GRANTED**, and that oral argument on the Plaintiffs' Motion for Reconsideration, or Alternatively, to Modify the Court's June 16, 2009, *Order and Reasons* (Doc. 19005), be had at the date and time specified on the Notice of Hearing at the United States District Courthouse, Court Room C351, 500 Camp Street, New Orleans, Louisiana, and before U.S. District Judge Stanwood R. Duval, Jr.

New Orleans, LA, this _____day of _____, 2009.

_____
JUDGE

1