UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION |
|  | * |
|  | * NO. 05-4182 |
| PERTAINS TO:  MRGO | * |
|  | * SECTION "K" (2) |
| FILED IN[1]: 05-4181, 05-4182, 05-5237, 05-6073, | * |
| 05-6314, 05-6324, 05-6327, 06-0020, 06-0225, | * |
| 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, | * JUDGE DUVAL |
| 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, | * |
| 06-5260, 06-5308, 06-5785, 06-5786, 06-5937, | * MAGISTRATE WILKINSON |
| 06-8708, 07-1113, 07-1271, 07-1349, 07-3173, | * |
| 07-3500, 07-4392, 07-4550, 07-4555, 07-4837, | * |
| 07-4945, 07-4976, 07-4979, 07-4995, 07-5007, | * |
| 07-5012, 07-5013, 07-5016, 07-5067, 07-5254, | * |
| 07-5286, 07-5339, 07-5343, 07-5344, 07-5350, | * |
| 07-5355, 07-5356, 07-5375, 07-5397 | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT DESIGNATION OF RECORD ON APPEAL OF THE
APRIL 13, 2009 RULE 54(b) JUDGMENT**

---

[1]     The parties note several clerical errors impacting the caption of this case.  The above caption has been corrected to address the following errors:

First, one case that has been previously consolidated with the master case was inadvertently omitted from the motion for entry of judgment (and thus from the judgment itself).  Case no. 06-0886, which was consolidated into the Amended MRGO Master Consolidated Class Action Complaint (Doc. 11471), was inadvertently omitted from the case caption in the Motion for Entry of Rule 54(b) Judgment (Doc. 16878), and  Case no. 06-0866, a case unrelated to the *In re Katrina Canal Breaches* consolidated litigation, was included instead.  A motion to correct the clerical error has been filed with the Court of Appeal.

Second, one notice of appeal contains two numerical errors in case numbers that resulted in mis-filing.  MRGO Plaintiffs Sub Group Litigation Committee ("PSLC") filed their Notice of Appeal (Doc. 18786) in case 06-0465.  This was also a clerical error; the Notice of Appeal should have been filed in case 06-4065.  The District Court made a similar clerical error in its April 13, 2009 Order and Judgment (*see* Doc. 18541 and 18542) and it corrected that clerical error by filing a Corrected Order and Corrected Judgment on April 14, 2009 (*see* Doc. 18579, filing corrected Order at 18541-2 and corrected Judgment at 18542-2).  PSLC also inadvertently filed its appeal of Case no. 07-5019 rather than in intended Case no. 07-5016.

Third, PSLC erroneously filed its Notice of Appeal (Doc. 18786) in fifteen cases that are either not Katrina-related cases at all, or in which Washington Group International, Inc. ("WGII") is not a defendant.  Two of those cases, 06-4063 and 07-1073 are cases concerning Merck Pharmaceuticals.  The other thirteen cases, 05-6359, 06-1885, 06-2152, 06-2824, 06-4024, 06-4063, 06-4066, 06-5155, 06-5162, 06-5771, 07-0206, 07-0621, 07-1073, 07-1285, and 07-5019, do not name WGII as a defendant.  These fifteen cases are not subject to the District Court's Rule 54(b) Judgment and were improperly appealed.

Fourth, WGII questions the propriety of PSLC filing its Notice of Appeal in individual actions 06-0020, 06-5260, 06-5308, 06-5785, 06-5786, 06-8708, 07-1113, 07-1349, 07-3500, 07-4392, 07-4837, 07-4945, 07-5067, and 07-5397 because PSLC is not counsel of record for those cases and the attorneys of record have not filed appeals.  WGII will assert that the Judgments as to those cases are final in its Brief on behalf of Appellee.

## INTRODUCTION

Cases 05-4181, 05-5237, 05-6073, 05-6314, 05-6234, 05-6327, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5937, and 07-1271 were all consolidated into an Amended MRGO Master Consolidated Class Action Complaint under case number 05-4182.  All pleadings relevant to the appeal for Master Case 05-4182 are listed in the first paragraph.   Several non-class actions were also filed against Washington Group International, Inc. ("WGII")  and were placed within the *In re Katrina Canal Breaches Consolidated Litigation* umbrella for pretrial purposes.  In addition, some class actions were filed against WGII after the filing of the MRGO Master Consolidated Class Action Complaint; these cases were not consolidated with and superseded by the MRGO Master Consolidated Class Action Complaint or the Amended MRGO Master Consolidated Class Action Complaint, but they were under the umbrella of Katrina-related MR-GO cases for pretrial purposes.  The pleadings relevant to the appeal of the District Court's Rule 54(b) Judgment of those actions not consolidated with and superseded by the Amended MRGO Master Consolidated Class Action Complaint, both individual cases and class actions, are listed individually under each case number.  To the extent filings in the individual cases or later filed class actions are redundant entries for a document filed in the Master Case, we have identified them as such so the Court does not receive duplicate record entries of the District Court's Order and Reasons, Judgment pursuant to Rule 54(b), or Notices of Interlocutory Appeal.

I.      **Record For Appeal – Consolidated Class Action Case No. 05-4182:**

1) Consolidated Master Class Action Complaint Case 05-4182 (Doc. 11471)

2) WGII – U.S. Motion to Strike Additional Sub-Class Representatives from Paragraph 13.B of Amended MRGO Master Consolidated Class Action Complaint (Doc. 13074) Memorandum in Support (Doc. 13074-2)

983035v.1

3) Plaintiffs' Opposition to WGII – U.S. Motion to Strike Additional Sub-Class Representatives (Doc. 13417)

4) WGII – U.S. Reply in Support of Motion to Strike Additional Sub-Class Representatives (Doc. 13509)
   Order Granting Right to Reply in Support of Motion to Strike (Doc. 13508)

5) Order Granting Motion to Strike Additional Sub-Class Representatives (Doc. 16186)

6) WGII's Motion for Summary Judgment (Doc. 15861)
   Memorandum in Support of WGII's Motion for Summary Judgment (Doc. 15861-2)
   Statement of Contested/Uncontested Facts (Doc. 15861-3)
   Notice of Manual Attachment of Exhibits 1-120 and Underlying Exhibits (Doc. 15861-4)
   Exhibit A to Notice of Manual Attachment of Exhibits 1-120 (15861-5)
      **NOTE**: Because Exhibits 1-120 were manually attached they cannot be electronically retrieved.  A CD containing Exhibits 1-120 was produced to the Court and should be contained in the record.  If you have any trouble locating the CD, please contact a representative of Defendant's counsel and we can provide another copy.

      **NOTE**:  Exhibit 77 should contain two pages numbered NCS-022-000000357-58.  Ex. 77 was originally missing the attachment reflecting the government's comments, and WGII inadvertently attached the incomplete copy to our brief instead of NCS-022-000000357-78, which is the government-produced version of the same document.  WGII moved to admit the corrected copy of Ex. 77 on December 8, 2008, and the District Court granted the motion.  In addition, both pages of Ex. 77 were admitted as part of Slide 18 from WGII's demonstrative exhibits.  (See docket entry 16604).

7) Plaintiffs' Opposition to WGII's Motion for Summary Judgment (Doc. 16216)
   Plaintiff's Response to WGII's Statement of Contested/Uncontested Facts (Doc. 16216-2)
   Statement of Contested/Uncontested Facts (Doc. 16216-3)
   Exhibits 1-30 (Doc. 16216-4 through 16216-20)

8) WGII's Reply In Support of Motion for Summary Judgment (Doc. 16303)
   Reply In Support of WGII's Statement of Contested/Uncontested Facts (Doc. 16303-2)
   Exhibits 121-124 (Doc. 16303-3 through 16303-6)

9) Plaintiff's Ex Parte Motion for Leave to File Sur Reply (Doc. 16320)
   Memo In Support of Motion for Leave to File Sur Reply (Doc. 16320-2)
   Plaintiffs' Sur Reply to the Reply Memorandum of Law of WGII's Motion for Summary Judgment (Doc. 16320-4)
   Exhibits 31-32 (Doc. 16320-6 and 16320-7)

983035v.1

10)  Order Granting Leave to File Sur Reply (Doc. 16344)

11)  Plaintiffs' Sur Reply to the Reply Memorandum of Law of WGII's Motion for
     Summary Judgment (Doc. 16345)
     Exhibits 7, 31-32 (Docs. 16345-2, 16345-3 and 16345-4)

12)  Minute Entry at Oral Argument held November 13, 2008 and Underlying Exhibits
     (Doc. 16604) (Admitting WGII's power point exhibits).
         **NOTE**: A copy of WGII's power point presentation was presented to the Court at
         Oral Argument and should be contained in the record.  If you have any trouble
         locating WGII's power point presentation, please contact a representative of
         Defendant's counsel and we can provide another copy.

13)  Transcript of Oral Argument held November 13, 2008 (Doc. 16522)

14)  Plaintiffs' Motion to Admit Demonstrative Exhibits (Doc. 16440)
      Memo in Support (16440-2)

15)  WGII's Opposition to Plaintiffs' Motion to Admit Demonstrative Exhibits (Doc.
     16526)
     Exhibits A – F (Docs. 16526-2 through 16526-9)

16)  Order Admitting Plaintiffs' Demonstrative Exhibits (Doc. 16742)
         **NOTE**: A copy of Plaintiffs' power point presentation was presented to the Court
         at Oral Argument and should be contained in the record.  If you have any trouble
         locating Plaintiffs' power point presentation, please contact a representative of
         Plaintiffs' counsel for another copy.

17)  Order and Reasons Granting WGII's Motion for Summary Judgment (Doc. 16723)

18)  WGII Motion for Summary Judgment as to Certain Individual Actions and Motion
     for Entry of Judgment under Rule 54(b) as to Certain Individual Actions (Doc.
     16871)
     Memo in Support (Doc. 16871-2)
     Statement of Contested/Uncontested Facts (Doc. 16871-3)
     Exhibit A (Doc. 16871-4 through 16871-5)

19)  WGII Motion for Entry of Judgment under Rule 54(b) (Doc. 16878)
      Memo in Support (Doc. 16878-2)

20)  Lundy Opposition to WGII's Motion for Summary Judgment (Doc. 17023)

21)  Amy Huey; Radio Parts, Inc.; Wetco Restaurant Group, LLC; CII Carbon, LLC;
     White III, LLC; Entercom Communications Corp.; Frederick Keppel; Harold T.
     Sloan; Universal Health Services, Inc. Opposition to WGII's Motion for Summary
     Judgment (Doc. 17064)

4

22) Lundy Opposition to WGII's Motion for Summary Judgment (Doc. 17136)

23) Order Granting Motion for Summary Judgment in Certain Individual Actions,
   Motion for Entry of Judgment under Rule 54(b) (Doc. 18541)
   Corrected Order (Doc. 18541-2)

24) Judgment Entered under Rule 54(b) (Doc. 18542)
   Corrected Judgment (Doc. 18542-2)

25) Correction of Rule 54(b) Judgments, Doc. Entries 18541 and 18542 (Doc. 18579)
   Corrected Judgment (Doc. 18579-2)

26) Notice of Appeal by Betty Lundy (Doc. 18750)
   (Corrected at (Doc. 18790))

27) Notice of Appeal by Plaintiffs' Liaison Counsel (Doc. 18784)
   Exhibit 1 (Doc. 18784-2)
   Exhibit 2 (Doc. 18784-3)
   (Corrected at (Doc. 18786))

28) Notice of Interlocutory Appeal by Plaintiffs' Liaison Counsel (Doc. 18786)
   Exhibit 1 (Doc. 18786-2)
   Exhibit 2 (Doc. 18786-3)

29) Notation of Correction of Docket Entry by Clerk re: 18784 Notice of Appeal –
   correction entered at Doc. 18786.  (Doc. 18787).

30) Notice of Interlocutory Appeal by Betty Lundy (Doc. 18790)

31) Notation of Correction of Docket Entry by Clerk re: 18750 Notice of Appeal –
   correction entered at Doc. 18790. (Doc. 18792).

32) Notice of Appeal by Amy Huey; Radio Parts, Inc.; Wetco Restaurant Group, LLC;
   CII Carbon, LLC; White III, LLC; Entercom Communications Corp.; Frederick
   Keppel; Harold T. Sloan; Universal Health Services, Inc.  (Doc. 18793)
   (Corrected at (Doc. 18797))

33) Notice of Interlocutory Appeal by Amy Huey; Radio Parts, Inc.; Wetco Restaurant
   Group, LLC; CII Carbon, LLC; White III, LLC; Entercom Communications Corp.;
   Frederick Keppel; Harold T. Sloan; Universal Health Services, Inc. (Doc. 18797)

34) Notation of Correction of Docket Entry by Clerk re: 18793 Notice of Appeal –
   correction entered at Doc. 18797 (Doc. 18798)

35) USCA Appeal Fees Received Re 18790 (Doc. 18821)

36)  USCA Appeal Fees Received Re 18797 (Doc. 18822)

37)  USCA Appeal Fees Received Re 18786 (Doc. 18848)

## II.   Record For Appeal –Case No. 06-0020 Tauzin v. Board of Commissioners for the Orleans Parish Levee District et al

1)  Complaint (Doc. 1)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 33)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment, and for Entry of Rule 54(b) (Doc. 34)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

4)  Order Granting Judgment under Rule 54(b) (Doc. 35)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

5)  Notice of Interlocutory Appeal as to Rule 54(b) Judgment (Doc. 36)  *(Duplicate of Case 05-4182 Doc. 18786)*
     Exhibit 1 (Doc. 36-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
     Exhibit 2 (Doc 36-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

## III.   Record For Appeal –Case No. 06-5260 *Leduff v. Boh Bros. Construction Company*

1)  Complaint (Doc. 1)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 5)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 8)  *(Duplicate of Case 05-4182 Doc. 16723)*

4)  Order Granting Motion for Rule 54(b), Motion for Summary Judgment, and for Entry of Rule 54(b) (Doc. 9)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5)  Judgment Under Rule 54(b) (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6)  Notice of Interlocutory Appeal as to Rule 54(b) Judgment (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18786)*
     Exhibit 1 (Doc. 11-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
     Exhibit 2 (Doc. 11-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

## IV.   Record For Appeal –Case No. 06-5308 Gisevius v. Boh Bros. Construction Company

1)  Complaint (Doc. 1)

983035v.1

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 7)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order Granting Rule 54(b) Judgment, Motion for Summary Judgment, and for Entry of Rule 54(b) (Doc. 8)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

4) Judgment Under Rule 54(b) (Doc. 9)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

5) Notice of Interlocutory Appeal as to Rule 54(b) Judgment (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 18786)*
        Exhibit 1 (Doc. 10-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
        Exhibit 2 (Doc. 10-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

**V.**     **Record For Appeal –Case No. 06-5785 Cochran v. Boh Bros. Construction Company**

1) Notice of Removal from State Court Case Number 107-042 "C" (Doc. 1)
        State Court Pleadings (Doc. 1-2)
        Civil Cover Sheet (Doc. 1-3)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 5)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 6)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

4) Judgment Under Rule 54(b) (Doc. 7)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

5) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 8)  *(Duplicate of Case 05-4182 Doc. 18786)*
        Exhibit 1 (Doc. 8-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
        Exhibit 2 (Doc. 8-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

**VI.**     **Record For Appeal –Case No. 06-5786 O'Dwyer v. Department of Transportation and Development**

1) Notice of Removal from CDC Orleans Parish Case Number 06-8322 (Doc. 1)
        State Court Pleadings (Doc. 1-2)
        Civil Cover Sheet (Doc. 1-3)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 26)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 27)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

4) Judgment Under Rule 54(b) (Doc. 28)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

983035v.1

5) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 29)  *(Duplicate of Case 05-4182 Doc. 18786)*
  Exhibit 1 (Doc. 29-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
  Exhibit 2 (Doc. 29-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

## VII.   Record For Appeal –Case No. 06-8708 Richardson v. Boh Bros. Construction Co.

1) Notice of Removal from CDC Orleans Parish Case Number 06-9246 (Doc. 1)
  State Court Pleadings (Doc. 1-2)
  Civil Cover Sheet (Doc. 1-3)

2) Consent to Removal by Washington Group International, Inc. (Doc. 2)
  Exhibit 1 (Doc. 2-2)

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18786)*
  Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
  Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

## VIII.   Record For Appeal –Case No. 07-1113 *Douville v. Boh Bros. Construction Co.*

1) Complaint (Doc. 1)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

4) Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

5) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18786)*
  Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
  Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

983035v.1

**IX.**     **Record For Appeal –Case No. 07-1349 *Carney v. Boh Bros. Construction Co.***

1) Case Transferred from District of Louisiana, Case No. 3:06-629-RET-CN (Doc. 1)
   Docket Sheet MDLA (Doc. 1-2)
   Docs 1-5 MDLA (Doc. 1-3)
   Docs 6-10 MDLA (Doc. 1-4)
   Docs 11-13 & 15-18 MDLA (Doc. 1-5)
   Docs 20-24 & 26 MDLA (Doc. 1-6)
   Docs 27-31 MDLA (Doc. 1-7)
   Docs 32-36 MDLA (Doc. 1-8)
   Transfer Letter (Doc. 1-9)

2) Order Transferring Case (Doc. 4)

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
   Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
   Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

**X.**     **Record For Appeal –Case No. 07-3173 *Lundy v. USA***

1) Complaint (Doc. 1)

2) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

3) Judgment Under Rule 54(b) (Doc. 16)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

4) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 18) *(Duplicate of Case 05-4182 Doc. 18790)*

5) Corrected Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 20) *(Duplicate of Case 05-4182 Doc. 18786)*
   Exhibit 1 (Doc. 20-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
   Exhibit 2 (Doc. 20-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

**XI.**     **Record For Appeal –Case No. 07-3500 *Parfait Family v. USA***

1) Complaint (Doc. 1)

2)  Amended Complaint with Jury Demand against Lafarge North America (Doc. 9)

3)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 27)  *(Duplicate of Case 05-4182 Doc. 16723)*

4)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 28)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5)  Judgment Under Rule 54(b) (Doc. 29)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 30)  *(Duplicate of Case 05-4182 Doc. 18786)*
      Exhibit 1 (Doc. 30-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
      Exhibit 2 (Doc. 30-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

**XII.  Record For Appeal –Case No. 07-4392 *Abair v. USA***

1)  Complaint (Doc. 1)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

4)  Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

5)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18786)*
      Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
      Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

**XIII.  Record For Appeal –Case No. 07-4550 *Huey v. USA***

1)  Complaint (Doc. 1)
      Exhibits A-N (Doc. 1-2)
      Civil Cover Sheet (Doc. 1-3)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

4)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5)  Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18786)*
      Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
      Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18797)*

## XIV.  Record For Appeal –Case No. 07-4555 *Radio Parts Inc. v. USA*

1)  Complaint (Doc. 1)
      Exhibit (Doc. 1-2)
      Civil Cover Sheet (Doc. 1-3)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

4)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5)  Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18786)*
      Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
      Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18797)*

## XV.  Record For Appeal –Case No. 07-4837 Albano v. Board of Commissioners for the Orleans Parish Levee District

1)  Complaint (Doc. 1)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 6)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 16723)*

983035v.1

4)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5)  Judgment Under Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18786)*
    Exhibit 1 (Doc. 15-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
    Exhibit 2 (Doc. 15-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

## XVI.  Record For Appeal –Case No. 07-4945 *Ferrara v. USA*

1)  Complaint (Doc. 1)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

4)  Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

5)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18786)*
    Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
    Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

## XVII.  Record For Appeal –Case No. 07-4976 *Entercom Communications Corp. v. USA*

1)  Complaint (Doc. 1)
    Exhibit (Doc. 1-2)
    Civil Cover Sheet (Doc. 1-3)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5)  Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
    Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*

983035v.1

Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

## XVIII. .Record For Appeal –Case No. 07-4979 *White III L.L.C. v. USA*

1) Complaint (Doc. 1)
   Civil Cover Sheet (Doc. 1-2)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
   Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
   Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

## XIX.  Record For Appeal –Case No. 07-4995  *CII Carbon LLC v. USA*

1) Complaint (Doc. 1)
   Exhibit (Doc. 1-2)
   Civil Cover Sheet (Doc. 1-3)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*

983035v.1

Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

## XX.   Record For Appeal –Case No. 07-5007 *Keppel v. USA*

1) Complaint (Doc. 1)
Exhibit A (Doc. 1-2)
Exhibit B (Doc. 1-3)
Exhibit C (Doc. 1-4)
Exhibit D (Doc. 1-5)
Civil Cover Sheet (Doc. 1-6)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18786)*
Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18797)*

## XXI.   Record For Appeal –Case No. 07-5012 *Wetco Restaurant Group, LLC v USA*

1) Complaint (Doc. 1)
Exhibit A (Doc. 1-2)
Exhibit B (Doc. 1-3)
Exhibit C (Doc. 1-4)
Exhibit D (Doc. 1-5)
Exhibit E (Doc. 1-6)
Exhibit F (Doc. 1-7)
Exhibit G (Doc. 1-8)
Exhibit H (Doc. 1-9)
Exhibit I (Doc. 1-10)
Exhibit J (Doc. 1-11)

983035v.1

Exhibit K (Doc. 1-12)
Civil Cover Sheet  (Doc. 1-13)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5)  Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

## XXII.  Record For Appeal –Case No. 07-5013 *Sloan v USA*

1)  Complaint (Doc. 1)
Ex A (Doc. 1-2)
Ex B (Doc. 1-3)
Ex C (Doc. 1-4)
Ex D (Doc. 1-5)
Ex E (Doc. 1-6)
Ex F (Doc. 1-7)
Ex G (Doc. 1-8)
Ex H (Doc. 1-9)
Ex I (Doc. 1-10)
Ex J (Doc. 1-11)
Ex K (Doc. 1-12)
Ex L (Doc. 1-13)
Ex M (Doc. 1-14)
Ex N (Doc. 1-15)
Ex O (Doc. 1-16)
Ex P (Doc. 1-17)
Ex Q (Doc. 1-18)
Ex R (Doc. 1-19)
Ex S (Doc. 1-20)
Ex T (Doc. 1-21)
Civil Cover Sheet (Doc. 1-22)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

4)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5)  Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18786)*
    Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
    Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18797)*

**XXIII. Record For Appeal –Case No. 07-5016 *Universal Health Services Inc v. USA***

1)  Complaint (Doc. 1)
    Exhibit A (Doc. 1-2)
    Exhibit B (Doc. 1-3)
    Civil Cover Sheet (Doc. 1-4)

2)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3)  Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4)  Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5)  Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
    Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
    Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7)  Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

983035v.1

**XXIV.** **Record For Appeal –Case No. 07-5067 *Connick v. USA***

1) Complaint (Doc. 1)
   Complaint pt. 2 (Doc. 1-2)
   Civil Cover Sheet (Doc. 1-3)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 5)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
   Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
   Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

**XXV.** **Record For Appeal –Case No. 07-5254 *Universal Health Services, Inc. v. USA***

1) Complaint (Doc. 1)
   Exhibit (Doc. 1-2)
   Civil Cover Sheet (Doc. 1-3)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
   Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
   Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

983035v.1

**XXVI. Record For Appeal –Case No. 07-5286 *Universal Health Services Inc. v. USA***

1) Complaint (Doc. 1)
    Civil Cover Sheet (Doc. 1-2)
    Exhibit A (Doc. 1-3)
    Exhibit B (Doc. 1-4)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
    Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
    Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

**XXVII. Record For Appeal –Case No. 07-5339 *Wetco Restaurant Group LLC v USA***

1) Complaint (Doc. 1)
    Civil Cover Sheet (Doc. 1-2)
    Exhibit (Doc. 1-3)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
    Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
    Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

983035v.1

     7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

**XXVIII. Record For Appeal –Case No. 07-5343 *Keppel v. USA***
     1) Complaint (Doc. 1)
         Exhibits A-D (Doc. 1-2)
         Civil Cover Sheet (Doc. 1-3)

     2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

     3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

     4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

     5) Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

     6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18786)*
         Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
         Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

     7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18797)*

**XXIX. Record For Appeal –Case No. 07-5344 *Sloan v. USA***
     1) Complaint (Doc. 1)
         Civil Cover Sheet (Doc. 1-2)
         Exhibit A (Doc. 1-3)
         Exhibit H (Doc. 1-4)
         Exhibit (Doc. 1-5)

     2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

     3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

     4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

     5) Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

     6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-*

983035v.1

*4182 Doc. 18786)*
      Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
      Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18797)*

**XXX.** **Record For Appeal –Case No. 07-5350** *Universal Health Services Inc. v. USA*
1) Complaint (Doc. 1)
      Exhibit (Doc. 1-2)
      Civil Cover Sheet (Doc. 1-3)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
      Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
      Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

**XXXI.** **Record For Appeal –Case No. 07-5355** *CII Carbon LLC v. USA*
1) Complaint (Doc. 1)
      Civil Cover Sheet (Doc. 1-2)
      Exhibit (Doc. 1-3)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
   Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
   Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

## XXXII. Record For Appeal –Case No. 07-5356 *White III LLC v. USA*

1) Complaint (Doc. 1)
   Civil Cover Sheet (Doc. 1-2)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
   Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
   Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

## XXXIII. Record For Appeal –Case No. 07-5375 *Entercom Communications Corp. v. USA*

1) Complaint (Doc. 1)
   Civil Cover Sheet (Doc. 1-2)
   Exhibit (Doc. 1-3)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

983035v.1

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 14)  *(Duplicate of Case 05-4182 Doc. 18786)*
  Exhibit 1 (Doc. 14-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
  Exhibit 2 (Doc. 14-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

7) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 15)  *(Duplicate of Case 05-4182 Doc. 18797)*

## XXXIV. Record For Appeal –Case No. 07-5397 *Aleman v. USA*

1) Complaint (Doc. 1)
  Civil Cover Sheet (Doc. 1-2)

2) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 4)  *(Duplicate of Case 05-4182 Doc. 16723)*

3) Order and Reasons Granting Motion for Summary Judgment filed by WGII (Doc. 10)  *(Duplicate of Case 05-4182 Doc. 16723)*

4) Order Granting Motion for Rule 54(b) Judgment, Motion for Summary Judgment and for Entry of Rule 54(b) (Doc. 11)  *(Duplicate of Case 05-4182 Doc. 18541-2)*

5) Judgment Under Rule 54(b) (Doc. 12)  *(Duplicate of Case 05-4182 Doc. 18542-2)*

6) Notice of Interlocutory Appeal as to Rule 54(b) (Doc. 13)  *(Duplicate of Case 05-4182 Doc. 18786)*
  Exhibit 1 (Doc. 13-2)  *(Duplicate of Case 05-4182 Doc. 18786-2)*
  Exhibit 2 (Doc. 13-3)  *(Duplicate of Case 05-4182 Doc. 18786-3)*

983035v.1

Respectfully Submitted,

/s/ Joseph M. Bruno
Joseph M. Bruno, 3604
Plaintiffs Liaison Counsel
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

/s/ James Parkerson Roy
James Parkerson Roy, 11511
MR-GO PSLC Liaison Counsel
Comengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA  70502
Telephone: (337) 593-4190
Facsimile: (337) 233-2796


Attorneys for

MR-GO  Plaintiffs  Sub  Group  Litigation
Committee
Jonathan Andry
(Andry Law Firm New Orleans, LA)
Clay Mitchell
(Levin, Papantonio et al., Pensacola, FL)
James Parkerson Roy
(Domengeaux, Wright, et al., Lafayette, LA)

/s/ Daniel E. Becnel
Daniel E. Becnel, Jr., 2926
Darryl J. Becnel, 22943
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Attorneys for

Betty Lundy, et al.

/s/ Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:    (504) 581-3200
Facsimile:    (504) 581-3361

Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:    (202) 879-4645
Facsimile:    (202) 626-1700

Attorneys for

Washington Group International, Inc.

983035v.1

/s/ *James M. Garner*_____
James M. Garner, 19589 – T.A.
John T. Balhoff, II, 24288
Ashley G. Coker, 30446
Sher Garner Cahill Richter Klein &
Hilbert, L.L.C.
909 Poydras Street, Twenty-eighth Floor
New Orleans, LA  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

*Attorneys for*

Quintessa Huey and Caryn L. Fong as trustees
of the Huey & Fong Trust, and Amy Huey as
trustee of the Kenneth Huey Family Trust;
Radio Parts, Inc.; Entercom Communications
Corp.; White III LLC; CII Carbon, L.L.C.,
n/k/a Rain CII Carbon LLC; Dr. Frederick
Keppel and Dr. Frederick Keppel, A
Professional Medical Corporation; Wetco
Restaurant Group, LLC; Harold T. Sloan, both
individually and on behalf of his minor child,
Zachary Sloan; Bambi G. Shamah, Michelle
Shamah, and Megan Shamah; and Universal
Health Services, Inc.

June 30, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Designation of Record on the
Appeal of the April 13, 2009 Rule 54(b) Judgment has been served upon all counsel of record
through the Court's CM/ECF electronic filing system or by placing same in the United States
mail, postage prepaid and properly addressed, this 30th day of June, 2009.

/s/ *Heather S. Lonian*_____

983035v.1