UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  INSURANCE | * | |
| Master Consolidated Class Action Complaint | * | JUDGE:  DUVAL |
| (Rec. Doc. 3413) | * | |
| *Chehardy*, Nos. 05-1672, 05-1673, and 05-1674 | * | SECTION: K |
| | * | |
| | * | MAG. JUDGE:  WILKINSON |
| | * | |
| | * | MAG. NO.: 2 |
| ***************************************** | * | |

## ORDER

Considering the foregoing Motion to Sever filed by the Insurer Defendants;

**IT IS HEREBY ORDERED** as to any named plaintiff in the Master Consolidated Class Action Complaint (Rec. Doc. 3413) and any named plaintiff in the in the *Chehardy, et al. v. State Farm, et al.*, Nos. 05-1672, 05-1673 and 05-1674 suit whose claims have not been settled and dismissed, **IT IS FURTHER ORDERED** that plaintiffs' counsel must, **no later than July 31, 2009**, file an individualized amended complaint for each plaintiff or set of related plaintiffs asserting claims against only the appropriate insurer defendant.  This pleading shall be filed with the Clerk of Court on paper, not electronically.   The caption of the amended complaint must contain only the plaintiff(s) and defendant that are the subject of that specific claim.   The amended complaint shall be accompanied by a copy of the original complaint or Notice of

Removal and a copy of this order.  Counsel for plaintiffs must also provide the Clerk of Court with a prepared summons for each amended complaint.

Upon filing of the amended complaint, the Clerk will assign a new docket number and will allot the case at random among the judges of the court.  All pleadings regarding that claim shall thereafter bear the new title, docket number and section of the new case.

The newly filed cases will proceed separately and will not be consolidated with the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K"(2), so they may proceed to resolution independently.

**IT IS FURTHER ORDERED** that plaintiffs shall serve the new amended complaint, a copy of the original complaint or Notice of Removal, and a copy of this order on opposing counsel.

Any substantive motion still pending in the original case must be refiled in the newly assigned case if it pertains to that case.

Any claims…that are not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice.  Specifically, by separate order on or after **August 2**, **2009**, the Court will dismiss the cases identified in the caption above, so that the newly filed severed cases may proceed.

---

UNITED STATES DISTRICT JUDGE