UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: INSURANCE | * | |
| Master Consolidated Class Action Complaint | * | JUDGE: DUVAL |
| (Rec. Doc. 3413) | * | |
| *Chehardy*, Nos. 05-1672, 05-1673, and 05-1674 | * | SECTION: K |
| | * | |
| | * | MAG. JUDGE: WILKINSON |
| | * | |
| | * | MAG. NO.: 2 |
| ***************************************** | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Liaison Counsel, Ralph S. Hubbard III, who, on behalf of the insurer defendants in the Master Consolidated Class Action Insurance Complaint (Rec. Doc. 3413) ("Master Class Action") and the insurer defendants in *Chehardy, et al. v. State Farm, et al.*, Nos. 05-1672, 05-1673 and 05-1674 ("*Chehardy*") will bring its Motion to Sever for hearing on August 5, 2009 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted:

*/s/ Ralph S. Hubbard*
Ralph S. Hubbard, III (La. Bar No. 7040)
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990

**Insurer Defendants' Liaison Counsel**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record by electronic notice from the Court's CM/EC Filing System, this 1st day of July, 2009.

*/s/ Ralph S. Hubbard III*
Ralph S. Hubbard III