UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  INSURANCE | * | |
| Master Consolidated Class Action Complaint | * | JUDGE:  DUVAL |
| (Rec. Doc. 3413) | * | |
| *Chehardy*, Nos. 05-1672, 05-1673, and 05-1674 | * | SECTION:  K |
| | * | |
| | * | MAG. JUDGE:  WILKINSON |
| | * | |
| | * | MAG. NO.: 2 |
| ***************************************** | * | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, comes Defendant Liaison Counsel, Ralph S. Hubbard III, who, on behalf of the insurer defendants in the Master Consolidated Class Action Insurance Complaint (Rec. Doc. 3413) ("Master Class Action") and the insurer defendants in *Chehardy, et al. v. State Farm, et al.*, Nos. 05-1672, 05-1673 and 05-1674 ("*Chehardy*"), and pursuant to Local Rule 43.1, request oral argument on the Motion to Sever.

**WHEREFORE,** Defendant Liaison Counsel, Ralph S. Hubbard III, who, on behalf of the insurer defendants in the Master Consolidated Class Action Insurance Complaint (Rec. Doc. 3413) ("Master Class Action") and the insurer defendants in *Chehardy, et al. v. State Farm, et al.*, Nos. 05-1672, 05-1673 and 05-1674 ("*Chehardy*"), respectfully request that this Honorable Court grant them permission to provide oral argument relating to the Motion to Sever.

1

       Respectfully submitted:

       */s/ Ralph S. Hubbard*
       Ralph S. Hubbard, III (La. Bar No. 7040)
       LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
       601 Poydras Street, Suite 2775
       New Orleans, Louisiana  70130
       Telephone:  (504) 568-1990

       **Insurer Defendants' Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by electronic notice from the Court's CM/EC Filing System, this 1st day of July, 2009.

       */s/ Ralph S. Hubbard III*
       Ralph S. Hubbard III