UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: INSURANCE Master Consolidated Class Action Complaint (Rec. Doc. 3413) | * * * | JUDGE: DUVAL |
| *Chehardy*, Nos. 05-1672, 05-1673, and 05-1674 | * * | SECTION: K |
| | * * | MAG. JUDGE: WILKINSON |
| | * * | MAG. NO.: 2 |
| ***************************************** | * | |

## O R D E R

Considering the Request for Oral Argument filed by Defendant Liaison Counsel, Ralph S. Hubbard III, filed on behalf of the insurer defendants in the Master Consolidated Class Action Insurance Complaint (Rec. Doc. 3413) ("Master Class Action") and the insurer defendants in *Chehardy, et al. v. State Farm, et al.*, Nos. 05-1672, 05-1673 and 05-1674 ("*Chehardy*");

**IT IS HEREBY ORDERED** that the Request for Oral Argument is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
**J U D G E**

1