UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO INSURANCE: 07-1816 PLAINTIFFS: | * * | JUDGE DUVAL |
| LEONARD AND ANNIE PHILLIPS | * | MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to bear his, her or its own costs.

New Orleans, Louisiana this ___1st___ day of _____July_____, 2009.

_____
UNITED STATES DISTRICT JUDGE

DKP Library:RP6513