FILED '09 JUL 01 11:57

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 6/7/1/09

Daunella Adams

vs.

American Security

Case No. 09-2610  Section K

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) LA Secretary of State
   (address) Baton Rouge, LA
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 855 Baronne St
New Orleans, LA 70113

___ Fee
___ Process
 X  Dkd
___ CtRmDep
___ Doc. No.