FILED '09 JUL 01 11:53

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 7/1/09

Gary Robert

vs.

American Bankers

Case No. 09-2609 Section H

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) LA Secretary of State
   (address) Baton Rouge, LA
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"
Attorney for Plaintiff
Address 855 Barone St
New Orleans, LA 70113