## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| _____ | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| **PERTAINS TO:** | * | |
| **CONSOLIDATED LEVEE** | * | |
| **CASE NOS.   07-4391, 07-4551, 07-4552, 07-4553,** | * | |
| 07-4554, 07-4556, 07-4557, 07-4558, 07-4559, 07-4560, | * | |
| 07-4561, 07-4563, 07-4568, 07-4775, 07-494407-4948, | * | |
| 07-4949, 07-4950, 07-4951, 07-4952, 07-4953, 07-4954, | * | |
| 07-4955, 07-4956, 07-4957, 07-4958, 07-4959, 07-4960, | * | |
| 07-4961, 07-4962, 07-4963, 07-4964, 07-4966, 07-4967, | * | |
| 07-4968, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974, | * | |
| 07-4975, 07-4976, 07-4977, 07-4978, 07-4979, 07-4981, | * | |
| 07-4982, 07-4983, 07-4984, 07-4985, 07-4992, 07-4993, | * | |
| 07-4994, 07-4995, 074996, 07-4997, 07-4998, 07-4999, | * | |
| 07-5000, 07-5001, 07-5002, 07-5003, 07-5004, 07-5005, | * | |
| 07-5006, 07-5008, 07-5009, 07-5010, 07-5012, 07-5015, | * | |
| 07-5016, 07-5017, 07-5018, 07-5019, 07-5067, 07-5148, | * | |
| 07-5150, 07-5155, 07-5184, 07-5185, 07-5186, 07-5187, | * | |
| 07-5193, 07-5286, 07-5314, 07-5315, 07-5316, 07-5317, | * | |
| 07-5318, 07-5319, 07-5321, 07-5323, 07-5324, 07-5325, | * | |
| 07-5326, 07-5328, 07-5329, 07-5330, 07-5331, 07-5332, | * | |
| 07-5333, 07-5334, 07-5338, 07-5339, 07-5340, 07-5341, | * | |
| 07-5342, 07-5345, 07-5346, 07-5347, 07-5348, 07-5349, | * | |
| 07-5352, 07-5353, 07-5354, 07-5355, 07-5356, 07-5357, | * | |
| 07-5358, 07-5359, 07-5360, 07-5361, 07-5362, 07-5363, | * | |
| 07-5364, 07-5365, 07-5367, 07-5368, 07-5369, 07-5370, | * | |
| 07-5371, 07-5372, 07-5373, 07-5374, 07-5375, 07-5376, | * | |
| 07-5377, 07-5378, 07-5396, 07-5494, 07-5495, 07-5496, | * | |
| 07-8970 | * | |
| _____ | * | |

# **O R D E R**

**CONSIDERING THE FOREGOING;**

**IT IS ORDERED** that Alex P Tilling (La. Bar No. 29686), of the law firm of Leake & Andersson, L.L.P be entered as co-counsel of record for defendant, National Union Fire Insurance Company of Pittsburgh, Pa., for the specific cases referenced in the caption above.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
J U D G E

CP / 38803 / 65