**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, CHAMBERS B409
NEW ORLEANS, LA 70130

FILED '09 JUL 02 11:24

JOSEPH C. WILKINSON, JR.
Magistrate Judge

Phone: (504) 589-7630
Fax: (504) 589-7633

July 1, 2009

Allan Kanner
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130

Jeffrey Berniard
Berniard Law Firm
625 Baronne Street
New Orleans, LA 70113

Re:  Press v. Louisiana Citizens, your CDC Case No. 06-5530;
     Orrill v. Louisiana Citizens, your CDC Case No. 05-11720;
     Federal Road Home and Katrina Consolidated Cases, C.A. Nos.
     07-5528 "J"(2) and 05-4182 "K"(2)

Dear Messrs. Kanner and Berniard:

    Thank you very much for your letters of June 16 and 26, 2009 and for the especially appreciated good wishes concerning my surgery. I apologize for my delay in responding, but I have just returned to the office, none the worse for wear and only one gall bladder short of a full load.

    I will not provide you with the requested "acknowledgment in writing" concerning the two points set out in your letters, which I am filing in both federal court records, together with my response. My previous order, Record Doc. No. 55, in C.A. No. 07-5528 and Record Doc. No. 18986 in C.A. No. 05-4182, was not a "proposal to mediate" the Press or Orrill cases. Instead, it was a response to Judge Barbier's referral order, Record Doc. No. 52 in C.A. No. 07-5528 and Record Doc. No. 18965 in C.A. No. 05-4182, issued upon the suggestion and request of counsel in the federal cases. I am a magistrate judge of this court, not a mediator. As such, I recognize that the court I serve is a court of limited jurisdiction. That is why you were invited, not ordered to participate.

    The judges of this court, including myself, exercise our authority only within the appropriate confines of our jurisdiction. It may be that I could formulate some sort of

opinion concerning the possibility of success of someone's as-yet unasserted argument that your voluntary participation in settlement discussions in this court might "be construed as creating federal jurisdiction" over the Press or Orrill cases, or that some attorney other than yourselves might some day claim fees and costs in the Press or Orrill cases. However, I do not provide advisory opinions or pre-judge claims or issues that may be asserted in the future, especially not in cases that are not pending before this court. In my view, the "acknowledgment in writing" from me that you request in your letters would be such an advisory opinion and/or pre-judgment, which I will not provide.

Thank you for letting me know that you decline the invitation to participate in the settlement discussions in this court. If the other parties and their counsel believe that settlement discussions conducted by me may beneficially progress without you, or if you are able to reach a private agreement with the other parties that enables you to participate, we will proceed. Otherwise, they will be cancelled.

Sincerely,

Joseph C. Wilkinson, Jr.

cc: Hon. Carl J. Barbier
Hon. Stanwood R. Duval, Jr.
Joseph M. Bruno, Plaintiffs' Federal Cases Liaison Counsel
Calvin Fayard, Plaintiffs' Federal Chehardy Cases Counsel
Ralph Hubbard, Defendants' Federal Cases Liaison Counsel
Emile Rolfs, La. Citizens Federal Case Counsel

JCW/mcm