UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.:  05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"(2)** |
| **PERTAINS TO:**    C. Abadie, 06-5164 | * | |
|                  S. Abadie, 07-5112 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>*EX PARTE* **MOTION FOR LIMITED REOPENING OF CASE**</u>
<u>**FOR THE PURPOSE OF HOLDING A STATUS CONFERENCE TO RESOLVE ISSUES**</u>
<u>**SURROUNDING THE SETTLEMENT OF MULTIPLE CLAIMS BETWEEN THE**</u>
<u>**PARTIES**</u>

NOW INTO COURT, comes The Standard Fire Insurance Company ("Standard Fire") which respectfully requests this Honorable Court for entry of an order (1) reopening *Connie Abadie, et al v. Aegis Security Insurance Company, et al.*, No. 06-5164 and *Susan Abadie, et al. v. Aegis Security Insurance Company, et al.*, No. 07-5112 for the purpose of addressing this motion and (2) host a status conference between counsel for Standard Fire (Seth Schmeeckle), and counsel for certain plaintiffs represented by Joseph M. Bruno (Jonnie Spellman, Robert Williams, Ralph Robin, Edward White, Vallery Brown, Gail Stewart and Bertha Johnson) and The Road Home Program (Dan Rees) to discuss the settlement of these claims.  The claims of Jonnie Spellman, Robert Williams, Ralph Robin, Edward White, Vallery Brown, Gail Stewart and Bertha Johnson were settled in principal between the parties several months ago and, upon information and belief, all proper documentation was submitted to The Road Home Program for its consideration months ago.  However, as of the date of this filing, there has been no approval or rejection of the settlement by Road Home.

Wherefore, Standard Fire prays that this Court (1) reopen *Connie Abadie, et al v. Aegis Security Insurance Company, et al.*, No. 06-5164 and *Susan Abadie, et al. v. Aegis Security*

*Insurance Company, et al.*, No. 07-5112 for the purpose of addressing this motion and (2) host a status conference between counsel for Standard Fire, Jonnie Spellman, Robert Williams, Ralph Robin, Edward White, Vallery Brown, Gail Stewart and Bertha Johnson and The Road Home Program in an effort to resolve the issues surrounding the settlement of these claims.

                Respectfully Submitted:

                /s/ Seth Schmeeckle
                **Ralph S. Hubbard, III, T.A., La. Bar #7040**
                **Seth A. Schmeeckle, La. Bar # 27076**
                Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
                601 Poydras Street, Suite 2775
                New Orleans, LA 70130
                Telephone:  (504) 568-1990
                Facsimile:  (504) 310-9195
                Attorneys for

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of July, 2009, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF.

                Seth A. Schmeeckle