**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** * | |
| * | **SECTION "K"(2)** |
| **PERTAINS TO:** C. Abadie, 06-5164 * | |
| S. Abadie, 07-5112 * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion for Limited Reopening of Case for the Purpose of Holding a Status Conference to Resolve Issues Surrounding the Settlement of Multiple Claims Between the Parties filed by The Standard Fire Insurance Company,

**IT IS HEREBY ORDERED** that *Connie Abadie, et al v. Aegis Security Insurance Company, et al.*, No. 06-5164 and *Susan Abadie, et al. v. Aegis Security Insurance Company, et al.*, No. 07-5112 are reopened solely for the purpose of addressing this motion,

**AND IT IS FURTHER ORDERED** that counsel for Standard Fire, Jonnie Spellman, Robert Williams, Ralph Robin, Edward White, Vallery Brown, Gail Stewart, Bertha Johnson and Dan Rees on behalf of the Road Home shall attend a status conference on the ___ day of _____, 2009 at ____:____.

_____
JUDGE JOSEPH WILKINSON, JR.