UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD H. WEISLER, M.D. | * | CIVIL ACTION NO.: 05-4182 (09-2737) |
| | * | |
| VS. | * | DIVISION "K" (2) |
| | * | |
| RICHARD T. SEYMOUR, ESQ., RICHARD T. SEYMOUR, P.L.L.C., ALAN L. FUCHSBERG, ESQ., THE JACOB D. FUCSHBERG LAW FIRM, BRIAN A. GILBERT, ESQ., LAW OFFICE OF BRIAN A. GILBERT, P.L.C., WIEDEMANN & WIEDEMANN, P.L.C., LAWRENCE LAWRENCE WILSON, ESQ., AND WILSON, GROCHOW, DRUKER, & NOLET | * * * * * * * | JUDGE STANWOOD R. DUVAL, JR. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF ORLEANS

      BEFORE ME, the undersigned authority, personally came and appeared:

**DR. MARK H. TOWNSEND**

who, upon being first duly sworn, did depose and state that:

    1.    I am a person of the full age of majority, have practiced in the field of psychiatry for 17 years, and, am presently a Professor of Psychiatry at the LSU Health Services Center in New Orleans, Louisiana.

2. In mid-May, 2008, Dr. Townsend was contacted by New York attorney, Alan Fuchsberg, on behalf of "a small group of attorneys", who needed a comprehensive expert report in the field of psychiatry on an immediate basis for use in connection with those attorneys' efforts in formulating a subclass of "emotional injury" claimants, who had suffered such injuries as a result of the flooding following Katrina, which these attorneys sought to relate to a large ocean going-barge which these attorneys had believed broken through a levee in the Industrial Canal.

3. After receiving an initial e-mail from Mr. Fuchsberg, I eventually participated in a telephone conference call with Dr. Richard H. Weisler and Mr. Fuchsberg in which Dr. Weisler and I entered into an agreement with Mr. Fuchsberg on behalf of the "small group of attorneys" to perform the necessary services to generate and defend the comprehensive expert report.

4. I performed services pursuant to this agreement from mid-May until June 30, 2009, when my involvement ended. In contrast, Dr. Weisler, who actually prepared the entire expert and performed all necessary research associated with that report, continued to perform services under the same agreement. Consequently, although we were paid at the same rate, because of the greater

scope of Dr. Weisler's involvement, the charges for my services were substantially less than Dr. Weisler's charges.

5. In Mid-June, 2008, Dr. Weisler and I, as well as other professionals involved in this project received instructions to direct all invoices to a "Barge PLSC" for payment, and not to any particular law firm.

6. The "Barge PLSC" eventually paid my invoices in full by March 3, 2009, as is evidenced by the attached checks, Exhibits No. 1, 2 and 3.

7. At no time while I performed services under this agreement with Mr. Fuchsberg and the "small group of attorneys" did I ever feel that the parties to the agreement were anyone but Dr. Weisler, myself, and the "small group of attorneys".

8. At no time was I ever advised that individual law firms and not the "small group of attorneys" were parties to the agreement for the services I performed to assist in the preparation of the expert report.

_____
DR. MARK H. TOWNSEND

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
THIS ___ DAY OF JULY, 2009.

_____
NOTARY PUBLIC
Print Name: Andrew L. Wilson
My Commission Expires:
Bar No./Identification No. 2162

**PLAINTIFF'S SUBGROUP LITIGATION COMM. / OPERATING ACCOUNT**

W. H. Townsend

| | |
|---|---|
| Check Number: | 364 |
| Check Date: | Mar 3, 2009 |
| Check Amount: | $26,200.00 |

| Date Paid - Description | Amount Paid |
|---|---|
| Expert Fees | |
| final payment | 26,200.00 |

---

**PLAINTIFF'S SUBGROUP LITIGATION COMM.**
Operating Account
821 Baronne Street
New Orleans, LA 70113

364

Pay: Twenty-Six Thousand Two Hundred and 00/100 Dollars

Mark H. Townsend
1464 Nashville Avenue
New Orleans, LA 70115

Whitney National Bank
St. Charles Avenue Branch
New Orleans, Louisiana
1417/650  106

DATE Mar 3, 2009
AMOUNT 26,200.00

AUTHORIZED SIGNATURE

⑆ Security features included. Details on back.

⑈000364⑈  ⑆065000171⑆  717217779⑈

# BARGE PLAINTIFF'S SUBGROUP LITIGATION COMM. / OPERATING ACCOUNT

Mark H. Townsend

Check Number: 363
Check Date: Feb 2, 2009
Check Amount: $26,200.00

| Item to be Paid - Description | Amount Paid |
|---|---|
| Expert Fees | |
| 1/2 LSU Expert Invoices | 26,200.0 |



AccountNum: 717217779
Amount: 262.25
CheckNum: 301
Tracer: 18061115
Routing: 065000171
DatePosted: 20080728



AccountNum: 717217779
Amount: 262.25
CheckNum: 301
Tracer: 18061115
Routing: 065000171
DatePosted: 20080728

EXHIBIT