MINUTE ENTRY
WILKINSON, M.J.
JULY 9, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-5528 |
| AAA INSURANCE ET AL. | SECTION "J"(2) |

* * *

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:  INSURANCE | JUDGE DUVAL |
| Chehardy, 06-1672 | MAG. WILKINSON |
| Chehardy, 06-1673 | |
| Chehardy, 06-1674 | |

A telephone conference concerning the status of settlement discussions was conducted in the captioned matters on this date. Participating were: Emile Rolfs, counsel for Louisiana Citizens; Calvin Fayard and Joseph M. Bruno, plaintiffs' Liaison Counsel in the federal court matters; and Ralph S. Hubbard III and Seth Schmeeckle, defendants' Liaison Counsel in the federal court matters. Counsel agreed that the recent exchange of letters between some plaintiffs' counsel and the court should not prevent the planned

MJSTAR: 0 : 20

settlement discussions before this court from proceeding. However, a conflict has arisen on my calendar on the previously scheduled date. Accordingly,

**IT IS ORDERED** that the open session previously set in this matter before me on July 20, 2009, for purposes of further planning and the expression of views concerning settlement by <u>all</u> interested counsel and parties, is hereby RESET on **WEDNESDAY, JULY 22, 2009 at 2:00 p.m.** The conference will be conducted before me in my courtroom, Room B-421, 500 Poydras Street, New Orleans, Louisiana. Liaison Counsel for plaintiffs and defendants, Emile Rolfs for Louisiana Citizens, and counsel for the State of Louisiana in the Road Home case, C.A. No. 07-5528, must attend in person. Plaintiffs' Liaison Counsel is directed to notify all other interested counsel for the parties in the relevant matters pending in state court, and extend to them this court's invitation to appear and participate, at their option.

At the conclusion of the conference, the court may schedule further proceedings and discussions in an attempt to assist the parties in crafting a global settlement agreement.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. CARL J. BARBIER