# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 30, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-30485   In Re: Katrina Canal
       USDC No. 2:05-CV-4182
       USDC No. 2:07-CV-5528

Enclosed is an order entered in this case.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL - 6 2009
LORETTA G. WHYTE
CLERK

CHARLES R. FULBRUGE III, Clerk

By: /s/ Peter Conners
Peter A. Conners, Deputy Clerk
504-310-7685

Mr. Neil C Abramson
Mr. Wystan Michael Ackerman
Mr. Stephen Conrad Aertker
Ms. Angie Arceneaux Akers
Ms. Judy Y Barrasso
Ms. Nora B Bilbro
Mr. Thomas R Blum
Ms. Kelly C Bogart
Ms. Jacqueline M Brettner
Ms. Lauren E Brisbi
Mr. Stephen G Bullock
Mr. William Glenn Burns
Ms. Jaime Michele Cambre
Ms. Rachael Patton Catalanotto
Mr. Charles Louis Chassaignac IV
Mr. Chris D'Amour
Ms. Laurie Lee DeArmond
Mr. Patrick Dominic DeRouen
Mr. Sidney W Degan III
Ms. Julia A Dietz
Mr. John Christopher Dippel
Ms. Mary Lue Dumestre
Mr. Kyle Duncan
Mr. Lawrence J Duplass
Mr. Stephen N Elliott
Ms. Andrea Leigh Fannin
Mr. Neal J Favret
Mr. Richard L Fenton

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____

Mr. Alan S Gilbert
Ms. Nancy B Gilbert
Mr. Paul E Glad
Mr. Stephen E Goldman
Ms. Maryann G Hoskins
Mr. Ralph S Hubbard III
Ms. Stephanie Goss John
Mr. Harry Alston Johnson III
Mr. Christopher Keith Jones
Mr. Kevin P Kamraczewski
Mr. Howard Bruce Kaplan
Mr. Richard Edward King
Mr. Wayne J Lee
Mr. Edward J Lilly
Mr. Matthew Joseph Lindsay
Mr. Jay M Lonero
Ms. Amy S Malish
Mr. Christopher Weldon Martin
Mr. David M McDonald
Ms. Anne Elizabeth Medo
Mr. Stephen L Miles
Mr. David Moragas
Mr. Sean Patrick Mount
Mr. James K Ordeneaux
Mr. Dominic J Ovella
Ms. Maura Z Pelleteri
Mr. Christopher Raymond Pennison
Mr. C Michael Pfister
Mr. H Minor Pipes III
Mr. Andrew L Plauche Jr.
Mr. Daniel T Plunkett
Mr. Milton Davis Ready
Mr. Daniel Michael Redmann
Mr. Marshall M Redmon
Mr. Anthony Joseph Rollo Jr.
Mr. Harry A Rosenberg
Ms. Deborah B Rouen
Mr. Martin R Sadler
Ms. Stefini Weckwerth Salles
Mr. Seth Andrew Schmeeckle
Mr. Gordon Paul Serou Jr.
Mr. Jay R Sever
Mr. Christian Aric Shofstahl
Mr. Robert I Siegel
Mr. David R Simonton
Ms. Virginia Y Trainor
Mr. John E Unsworth Jr.
Mr. Steven W Usdin
Mr. John R Walker
Ms. Loretta Whyte
Mr. Edward Robert Wicker
Mr. Walter D Willson
Mr. Gerard E Wimberly Jr.
Mr. John Powers Wolff III
Mr. Matthew Aaron Woolf
Mr. Alan J Yacoubian

*Motion Notice - MOT2 (!npman)*

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

```
                                    U.S. COURT OF APPEALS
                                          FILED
                                         JUN 3 0 2009
IN RE: KATRINA CANAL BREACHES LITIGATION
                                     CHARLES R. FULBRUGE III
                                              CLERK
```

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-CV-4182

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Charles R. Fulbruge, III
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
                Deputy
New Orleans, Louisiana    30 JUN 2009