UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Weber v. LNA*               08-4459 | * | JOSEPH C. WILKINSON, JR. |
|  | * | |

**ORDER AMENDING BARGE TRACK SCHEDULING ORDER**
**(Doc. 18467)**

Pursuant to the joint stipulation of Barge Plaintiffs' PSLC and defendant Lafarge North America Inc. ("LNA"), the Court amends its scheduling order for the Barge track (Doc. 18467) as follows:

1.  **IT IS ORDERED** that Case Management Order No. 7 is **AMENDED** to provide for the following cut-offs.

| EVENT | DATE |
|---|---|
| Defendants' expert reports on negligence-related issues (Strouse, Skaer, Ryan) | June 22, 2009 |
| Deposition of plaintiffs' negligence expert (Green) | June 26, 2009 |
| Plaintiffs' expert reports (other than Don Green) exchanged | July 1, 2009 |
| Depositions of defendants' negligence experts | July 20, 2009 |
| Defendants' remaining expert reports exchanged | August 3, 2009 |

| | |
|---|---|
| Expert depositions complete | August 20, 2009 |
| Last day to file substantive motions | August 21, 2009 |
| Last day to file oppositions to substantive motions | September 4, 2009 |
| Last day to file reply to substantive motions | September 11, 2009 |
| Hearing on substantive motions to commence at 10:30 a.m. | October 8, 2009 |
| *Daubert* motions shall be filed | October 30, 2009 |
| Opposition to *Daubert* motions shall be filed | November 10, 2009 |
| Reply to *Daubert* motions shall be filed | November 13, 2009 |
| *Daubert* hearing at 10:30 a.m. | December 3, 2009 |
| Pre-trial conference at 1:00 p.m. | March 16, 2010 |
| Pre-trial filings shall be filed including motions in limine, objections to exhibits, etc.) | January 15, 2010 |
| Responses to pre-trial filings shall be filed | January 22, 2010 |
| Trial begins at 9:00 a.m. | April 12, 2010 |

2.  **IT IS FURTHER ORDERED** that the trial scheduled to commence on April 12, 2010 trial is set as a **non-jury trial** by stipulation of the parties.

3.  **IT IS FURTHER ORDERED** that for trials of subsequent "bellwether" plaintiffs, the pleadings of those plaintiffs will govern whether such trial(s) will be conducted as jury or non-jury trial(s).

New Orleans, Louisiana, this 9th day of July, 2009.

_____
United States District Judge

2