UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* and consolidated cases |
| PERTAINS TO: BARGE | *<br>* SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531<br>*Mumford v. Ingram*        05-5724<br>*Lagarde v. Lafarge*         06-5342<br>*Perry v. Ingram*             06-6299<br>*Benoit v. Lafarge*           06-7516<br>*Parfait Family v. USA*    07-3500<br>*Lafarge v. USA*              07-5178<br>*Weber v. Lafarge*          08-4459 | *<br>*<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG.<br>* JOSEPH C. WILKINSON, JR.<br>*<br>* |

### NOTICE OF DEPOSITION OF PETER L. CANNIZZARO

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the deposition of **Peter L. Cannizzaro on July 16, 2009 at 10:00 a.m.** for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend.

The deposition may be recorded by audio, audiovisual and/or stenographic means.

1331731-1

Respectfully submitted,

   /s/ Derek A. Walker
Derek A. Walker (#13175)
Robert B. Fisher, Jr., (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Walker@chaffe.com

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715
*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 10th day of July, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

   /s/ Derek A. Walker