MINUTE ENTRY
WILKINSON, M.J.
JULY 10, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Pavur, 07-2037 | JUDGE DUVAL<br>MAG. WILKINSON |

    Because this case remained open on the court's docket following the settlement and/or dismissal of all other claims severed from the Aaron case, 06-4746, I contacted plaintiffs' counsel, Joseph Rausch, to determine its status.  Plaintiffs' counsel has requested that the case be dismissed voluntarily without prejudice.  His request is considered a motion to dismiss this case under Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Accordingly, by copy of this minute entry Judge Duval is advised so that he may enter an order dismissing this case without prejudice.

                                            JOSEPH C. WILKINSON, JR.
**CLERK TO NOTIFY:**                UNITED STATES MAGISTRATE JUDGE
 **HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  **0 : 10**