UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Pavur, 07-2037 | JUDGE DUVAL |
| | MAG. WILKINSON |

**ORDER OF DISMISSAL**

Plaintiffs' counsel has requested that the referenced Pavur case be dismissed voluntarily without prejudice. His request is considered a motion to dismiss this case under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE** under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this __10th__ day of _____July_____, 2009.

_____
UNITED STATES DISTRICT JUDGE