UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD H. WEISLER, M.D. | * | CIVIL ACTION NO.: 05-4182 (09-2737) |
| | * | |
| VS. | * | DIVISION "K" (2) |
| | * | |
| RICHARD T. SEYMOUR, ESQ., RICHARD | * | JUDGE |
| T. SEYMOUR, P.L.L.C., ALAN L. FUCHSBERG, | * | STANWOOD R. DUVAL, JR. |
| ESQ., THE JACOB D. FUCSHBERG LAW | * | |
| FIRM, BRIAN A. GILBERT, ESQ., LAW OFFICE | * | MAGISTRATE JUDGE |
| OF BRIAN A. GILBERT, P.L.C., WIEDEMANN | * | JOSEPH C. WILKINSON, JR. |
| & WIEDEMANN, P.L.C., LAWRENCE | * | |
| LAWRENCE WILSON, ESQ., AND WILSON, | * | |
| GROCHOW, DRUKER, & NOLET | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

STATE OF NORTH CAROLINA

WAKE COUNTY

BEFORE ME, the undersigned authority, personally came and appeared:

**DR. RICHARD H. WEISLER**

who, upon being first duly sworn, did depose and state that:

1. I am a person of the full age of majority, a citizen and resident of Raleigh, North Carolina. I am a psychiatrist who has practiced in that field of medicine for

1

EXHIBIT 1

approximately 30 years. My practice, Dr. Richard H. Weisler & Associates is located in Raleigh, North Carolina and I am also affiliated as an adjunct faculty member with the Duke University Medical Center.

2. On May 14, 2008, I received an e-mail from New York attorney, Alan Fuchsberg, in which Mr. Fuchsberg specifically represented that "I am part of a small group of attorneys co-counseling in a litigation against LaFarge Cement Company for property loss and personal injuries arising from some 60,000 residents in the Ninth Ward, St. Bernard Parish, New Orleans." Mr. Fuchsberg wrote requesting that I prepare a comprehensive report which these attorneys could use to help establish an "emotional injury" subclass. A copy of that e-mail is attached as Exhibit "A".

3. Thereafter, I entered into a binding Agreement with Mr. Fuchsberg, who was acting on behalf of the "small group of attorneys."

4. On behalf of the "small group of attorneys", Mr. Fuchsberg agreed to pay me according to my standard rate of $600.00 per hour which is the same rate used by Duke University Medical Center Faculty for work including travel time plus related travel expenses. Mr. Fuchsberg later also agreed to compensate Dr. Mark Townsend, an LSU Health Sciences Center psychiatrist, according to the $600/hour fee schedule.

5. Pursuant to this agreement, I in conjunction with Dr. Townsend began performing services, including psychological evaluations of claimants, all for use in preparation of the comprehensive expert report to be furnished in connection with the proposed emotional injury sub-class. I was also instructed by Mr. Fuchsberg and some of the other attorneys to perform a comprehensive review of the disaster related medical and psychiatric literature including treatments, prepare an extensive collated bibliography of this literature, evaluate approaches for mass screening and treatment programs should the class be approved, and after submission of the written expert report to prepare for a very extensive deposition and future testimony on all of areas noted above.

6. At the time the agreement was reached between and among Mr. Fuchsberg acting on behalf of the "small group of attorneys", with me and Dr. Townsend, Mr. Fuchsberg never mentioned anything that would make me think that the real parties in interest and/or parties to the agreement were any persons other than the "small group of attorneys." At no time prior to the filing of my lawsuit against the "small group of attorneys" did I ever believe that I was reaching an agreement with anyone but the individual attorneys who formed the "small group of attorneys".

3

7. At no time prior to the filing of my lawsuit, did Mr. Fuchsberg or the "small group of attorneys" ever indicate that only their law firms and not the "small group of attorneys" themselves were the actual parties to the agreement or contract between and among me, Dr. Townsend and/or the "small group of attorneys".

8. On June 2, 2008, Richard Seymour, another attorney working with Dr. Townsend and myself among the "small group of attorneys", instructed Dr. Jill Hayes, a psychologist, to direct her invoices for her involvement in this project to the "Barge PLSC", which I understood to be the name for the "small group of attorneys". A copy of that e-mail from Mr. Seymour to Dr. Hayes, on which Dr. Townsend and I were copied, is attached as Exhibit "B".

9. Thereafter, in response to this e-mail, both Dr. Townsend and I directed our invoices to the "Barge PLSC" until early 8/08 when we were given other instructions by the attorneys.

10. To date, I have received no payments from the "Barge PLSC" and/or "small group of attorneys" in response to my invoices.

_____                    RICHARD H. WEISLER, MD

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
THIS ___ DAY OF JULY, 2009.

_____
NOTARY PUBLIC

Print Name: Vickie L Hann

My Commission Expires on 02/06/2012

Bar No./Identification No.:_____

5

| | |
|---|---|
| Subject: | FW: Katrina emotional injuries--seeking consultant expert |
| Date: | 5/14/2008 9:31:41 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | rweisler@aol.com |

Dear Dr Weisler,

I am part of a small group of attorneys co-counseling in a litigation
against LaFarge cement company for property loss and personal injuries
arising to some 60,000 residents in the 9th Ward, St Bernard's Parish, New Orleans,
due to the uniquely swift and traumatic nature of flood damage to their neighborhood
because an improperly secured barge broke loose at LaFarge's plant and drifted swiftly
across the industrial canal, crashing through the flood wall protecting the 9th Ward,
causing sudden flooding several hours before and faster than anywhere else—causing
some of the most severe devastation of that awful day of Hurricane Katrina.
We contend that this particular devastation was due to specific acts of negligence.

We are moving for class certification in this Federal Court case. We are alleging that
there are certain generic across the board emotional injuries that can be fairly stated to
have occurred on a class basis. We need an expert like you to examine this issue
and prepare a report. From seeing your paper, I believe you have considerable experience
with victims of that day, their injuries and needs, or can point us to the right person.

Please advise.
Thank you.
Sincerely
Alan Fuchsberg


Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel:  212 869-3500
fax:  212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

---

Looking for love this summer? Find it now on AOL Personals.


file://C:\Documents and Settings\susanc\Local Settings\Temp\GW}00001.HTM        7/7/2009



| | |
|---|---|
| Subject: | RE: Question about First Interim Statement |
| Date: | 6/2/2008 4:36:11 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | jillhayes@cox.net, |
| | a.fuchsberg@fuchsberg.com |
| CC: | |
| CC: | mtowns@lsuhsc.edu, rweisler@aol.com, |
| | karenwiedemann@bellsouth.net |

Jill, I'm not involved in the accounting end, but I do know it's important to send all statements to Karen Wiedemann in New Orleans, the attorney delegated to this task, and it's important that they be made to the Barge P.S.L.C. because everyone receives statements from a lot of people in the rest of their practice and the payor line is important in getting it paid out of the right account, as well as being important to a court reimbursement order if we win the case.

So if you already have sent someone a statement with "Barge P.S.L.C." as payor, please send it directly to Karen Wiedemann. I've cc'd her to make sure you have her address, since she was not an addressee as to the original message.

Rick

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
 Voice: 202-862-4320
 Cell:    202-549-1454
 Facsimile: 800-805-1065
 e-mail: rick@rickseymourlaw.net
 Web Site: www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

file://C:\Documents and Settings\susanc\Local Settings\Temp\GW}00002.HTM         7/7/2009

