### andrew wilson - How dare you email

**From:** <RWeisler@aol.com>
**To:** <ANDREWW@spsr-law.com>, <mtowns@lsuhsc.edu>, <awilson@spsr-law.com>
**Date:** 2/9/2009 11:33:11 AM
**Subject:** How dare you email

---------- Forwarded message ----------
From: **Jill Hayes** <jillhayes@cox.net>
Date: Sun, Jun 29, 2008 at 9:15 PM
Subject: Re: FW: How dare you???
To: "Townsend, Mark" <MTowns@lsuhsc.edu>

Who knows. Your guess is as good as mine.... Later gator,

Jilly

PS - My e-mail is not pushing to my blackberry.

On Sun, Jun 29, 2008 at 5:17 PM, Townsend, Mark <MTowns@lsuhsc.edu> wrote:

> Wonder what's going on?
>
> ---
>
> **From:** Brian A. Gilbert [mailto:fishkat@cox.net]
> **Sent:** Sunday, June 29, 2008 5:46 PM
> **To:** a.fuchsberg@fuchsberg.com
> **Cc:** rick@rickseymourlaw.net; Townsend, Mark; 'Brian Gilbert'; 'Karen Wiedemann'; 'Lawrence Wiedemann'; 'Lawrence Wilson'; 'Paul Balson'; 'Richard Weisler'; 'Jullion R. Taylor'
> **Subject:** Re: Barge Medical: Expert Report
>
> No, Alan, WE DO NOT AGREE. The suggestion is absolutely inappropriate and contrary to law, and as Barge Plaintiffs' Master Committee Counsel, I mean to clarify by this message that all direction and communication to Drs. Townsend or Weisler concerning their reports and the requirements thereof are to come from Rick Seymour only. DRS. WEISLER AND TOWNSEND ARE TO PROCEED AS PER RICK SEYMOUR'S GUIDANCE, TO THE EXCLUSION OF ALL OTHER REMARKS OR SUGGESTIONS.
>
> Alan Fuchsberg wrote:
>
> Mark, Rick W., Brian and Rick S.:
> Perhaps this suggestion is helpful.
> The most imrportant thing to exchange by tomorrow will be Rick W's report and the focus should be to see it is in the best shape possible. Then comes contributing reports. If Rick W's report and the



file://C:\Documents and Settings\andreww\Local Settings\Temp\GW}00002.HTM