MINUTE ENTRY
DUVAL, J.
JULY 10, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION  NO. 05-4182 |
| PERTAINS TO: LEVEE & MRGO | SECTION "K"(2) |

      The Court presently is considering the Proposed Class Action Settlement (Rec. Doc. 16647) proposed by Putative Class Plaintiffs and the following Settling Defendants: Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners of the Southeast Louisiana Flood Protection Authority - East, and the Southeast Louisiana Flood Protection Authority - East.  Plaintiffs and Settling Defendants submitted an ex parte/consent Motion for Leave to File Proposed Findings of Fact and Conclusions of Law (Rec. Doc. 19072).  The Court shall permit these documents to be filed into the record.

      However, prior to granting leave, the Court contacted the Objectors to notify them that they may also file proposed findings of fact and conclusions of law.  The Court contacted the

following attorneys for Objectors: Richard A. Nussbaum, John J. Cummings, Michael T. Kirkpatrick, James K. Irvin, and Jennifer J. Rosenbaum.  The Court notified these attorneys that leave would be granted should they seek to file proposed findings of fact and conclusions of law by Friday, July 10, 2009.  Should the Objectors elect to file proposed findings of fact or conclusions of law, the Court shall grant leave for them to be filed.

*[signature]*