UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: JENNIE C. CANELLA (07-1015) | |
| VERSUS | SECTION "K" |
| ALLSTATE INSURANCE COMPANY | MAG. 2 |

### JOINT STIPULATION OF DISMISSAL

ON MOTION of plaintiff, Jennie C. Canella, and defendant, Allstate Insurance Company, herein appearing through undersigned counsel of record, and on suggesting to the Court that this matter has been fully compromised and settled and, therefore, should be dismissed with full prejudice as to all of plaintiff's rights herein, each party to bear its own costs.

Respectfully submitted,

EDWARD C. VOCKE, IV (Bar # 22862)
Nicaud & Sunseri LLC
3000 18th Street
Metairie, LA 70002
Telephone: 504.837.1304
Facsimile: 504.833.2843

STEVEN M. LOZES (Bar # 8922)
Lozes & Ponder
1010 Common Street, Suite 1700
New Orleans, LA 70112
Telephone 504.581.4455
Facsimile: 504.587.9408

## CERTIFICATE OF SERVICE

I hereby certify that on this _10th_ day of _July_____, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by emailing, faxing, and/or mailing same by U.S. Mail, properly addressed and with first class postage prepaid.

STEVEN M. LOZES

2