UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>No. 05-4182 |
| FILED IN:  05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289. | SECTION "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

PERTAINS TO: LEVEE AND MRGO

### EX PARTE MOTION FOR LEAVE TO FILE
### BRINKMEYER OBJECTORS' RESPONSE TO JOINT MOVANTS'
### PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Objecting class members Mary Brinkmeyer, Michelle LeBlanc, and Thomas C. Stuart (the "Brinkmeyer Objectors") seek leave of Court to submit to the Court and file into the record the attached response to the proposed findings of fact and conclusions of law submitted on June 26, 2009 by the proponents of the proposed limited fund class settlement (Doc. 19072-2).

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer J. Rosenbaum* | */s/ Michael T. Kirkpatrick* |
| Jennifer J. Rosenbaum, Local Counsel | Michael T. Kirkpatrick, Trial Attorney |
| La. Bar No. 31946 | DC Bar No. 486293, *Pro Hac Vice* |
| New Orleans Workers' Center for Racial Justice | Allison M. Zieve |
| 217 N. Prieur St. | DC Bar No. 424786 |
| New Orleans, LA 70112 | Public Citizen Litigation Group |
| 615-423-0152 | 1600 20th Street NW |
| jjrosenbaum@gmail.com | Washington, DC 20009 |
| | 202-588-1000 |
| | mkirkpatrick@citizen.org |

Counsel for Objectors Mary Brinkmeyer,
Michelle LeBlanc, and Thomas C. Stuart

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2009, I electronically filed the foregoing Ex Parte Motion for Leave to File Brinkmeyer Objectors' Response to Joint Movants' Proposed Findings of Fact and Conclusions of Law with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all known counsel of record in this matter.

                                                      */s/ Jennifer J. Rosenbaum*
                                                      Jennifer J. Rosenbaum, Local Counsel