UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | No. 05-4182 |
| FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289. | SECTION "K"(2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO: LEVEE AND MRGO

**ORDER**

Having considered the Brinkmeyer Objectors' motion for leave to submit to the Court and file into the record their response to the proposed findings of fact and conclusions of law submitted by the proponents of the proposed limited fund class settlement,

IT IS HEREBY ORDERED that the motion is granted, and

IT IS FURTHER ORDERED that the Brinkmeyer Objectors' Response to Joint Movants' Proposed Findings of Fact and Conclusions of Law be filed into the record of these proceedings.

Signed this _____ day of _____, 2009.

_____
Judge, United States District Court