**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**FILED  JUL 1 0 2009**
**LORETTA G. WHYTE**
**CLERK**

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 09-30017

**U.S. COURT OF APPEALS**
**FILED**
**JUL 0 9 2009**
**CHARLES R. FULBRUGE III**
**CLERK**

IN RE: KATRINA CANAL BREACHES LITIGATION

---

MAURICE DE LA HOUSSAYE, Inidividually and on behalf of all others similarly situated; PLAINTIFF'S LITIGATION COMMITTEE,

    Plaintiffs - Respondents

versus

JEFFERSON PARISH; AARON BROUSSARD; AMERICAN ALTERNATIVE INSURANCE COMPANY; BOARD OF COMMISSIONERS OF THE EAST JEFFERSON LEVEE DISTRICT; JEFFERSON PARISH DRAINAGE DEPARTMENT, of the Public Works Department; SEWERAGE AND WATER BOARD OF NEW ORLEANS; BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT; CITY OF NEW ORLEANS; LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT; BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS;

    Defendants - Respondents

versus

ST PAUL FIRE & MARINE INSURANCE COMPANY,

    Defendant - Petitioner

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

---

GAYE T BENNETT; WILLIAM T BENNETT; DONNA S CUMMINGS; KENNETH GORDON; DIANE GORDON, Individually and on behalf of all others similarly situated; PLAINTIFF'S COMMITTEE LITIGATION

A true copy  10 JUL 2009
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

Plaintiffs - Respondents

versus

BOARD OF COMMISSIONERS OF THE EAST JEFFERSON LEVEE DISTRICT; JEFFERSON PARISH DRAINAGE DEPARTMENT, of the Public Works Department; JEFFERSON PARISH; SEWERAGE AND WATER BOARD OF NEW ORLEANS; BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT; CITY OF NEW ORLEANS;LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT; BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS; AARON BROUSSARD; AMERICAN ALTERNATIVE INSURANCE COMPANY;

Defendants - Respondents

versus

ST PAUL FIRE & MARINE INSURANCE COMPANY

Defendant - Petitioners

---

Petitions for Leave to Appeal
Pursuant to 28 U.S.C. § 1453

---

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM:

  IT IS ORDERED that the petitions for leave to appeal pursuant to 28 U.S.C. § 1453 are   DENIED

MOT21

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 9, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-17   In Re: Katrina Canal
        USDC No. 2:05-CV-4182
        USDC No. 2:09-CV-145
        USDC No. 2:09-CV-146

Enclosed is an order entered in this case.

CHARLES R. FULBRUGE III, Clerk

By: *Dantrell Johnson*
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Thomas P Anzelmo Sr.
Mr. Kirk N Aurandt
Mr. Stephen F Babin
Mr. David F Bienvenu
Mr. Stephen K Conroy
Mr. John J Cummings III
Mr. Louis G Gruntz Jr.
Mr. Joseph P Guichet
Mr. L Joseph Hassinger Jr.
Mr. Ralph S Hubbard III
Mr. James K Irvin
Mr. Ben Louis Mayeaux
Mr. Arthur A Morrell
Mr. Dennis J Phayer
Mr. Jonathan H Sandoz
Mr. George R Simno III
Ms. Deborah M Sulzer
Ms. Heather M Valliant
Mr. Richard A Weigand
Ms. Loretta Whyte
Mr. Franz L Zibilich
Mr. Gary M Zwain

MOT2