UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289. | JUDGE DUVAL<br><br>MAG. WILKINSON |

PERTAINS TO:    LEVEE AND MR-GO

## JOINT EX PARTE MOTION FOR LEAVE OF COURT TO SUBSTITUTE EXHIBITS

NOW INTO COURT, come Plaintiffs[1] and the Settling Defendants, which seek leave of Court to substitute the proposed Findings of Fact and Conclusions of Law attached as Exhibit "A" for those attached as "Exhibit A" to the previously filed Joint Ex Parte Motion for Leave of Court to Submit to the Court and File into the Record (1) Proposed Findings of Fact and Conclusions of Law and (2) Final Order and Judgment (Doc. No. 19072), as follows.

1.

Class Counsel and Counsel for the Settling Defendants previously submitted to the Court proposed Findings of Fact and Conclusions of Law.

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Class Settlement Agreement, the original of which, together with all exhibits, is attached to the Joint Motion for Certification of Settlement Class, for Approval of Proposed Settlement and for the Stay of Certain Claims and Actions as in globo Exhibit "1".

2.

Movers seek to substitute the proposed Findings of Fact and Conclusions of Law attached as Exhibit "A" hereto for those previously submitted in order to take into account the Court's ruling on the insurance "premises issue", and to make several minor clarifications and corrections.

3.

The changes between the proposed Findings of Fact and Conclusions of Law previously submitted and those attached are reflected in Exhibit "B" hereto, a redline of the revised pages, and include the following changes:

- revising previously emboldened language to take into account resolution of the insurance "premises issue" (*e.g.,* changing "[a single/three] premise[s]" to "a single premise" in paragraph 63 of the proposed Conclusions of Law, with similar revisions to the corresponding monetary amounts contained in paragraphs 42, 68 and 77 of the proposed Findings of Fact and paragraphs 64 and 70 of the proposed Conclusions of Law);[2]

- correcting the particular flood control structures referenced in paragraph 37 of the proposed Findings of Fact and further clarifying that paragraph, the corresponding footnote, and footnote 40;

- clarifying paragraphs 81 and 82 of the proposed Findings of Fact regarding the work of contractors for the Orleans Levee District to mirror the corresponding language of the Affidavit of Gerard J. Gillen; and

- clarifying the history of and basis for dismissal of various engineering and contractor defendants by revising paragraphs 85 and 86 of the proposed Findings of Fact.

---

[2] These changes are intended to reflect this Court's ruling on the premises issue set forth in the June 26, 2009 Order and Reasons (Doc No. 19070). Class Counsel expressly reserve all rights with regard to that ruling, including the right to seek review thereof.

4.

These changes simply update the proposed Findings of Fact and Conclusions of Law to reflect the Court's ruling and make minor clarifications.

WHEREFORE, Plaintiffs and the Settling Defendants respectfully request that this Court grant their Joint Ex Parte Motion for Leave of Court to Substitute Exhibits.

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

BY:   */s/ Joseph M. Bruno*
      Joseph M. Bruno  (#3604)
      855 Baronne Street
      New Orleans, Louisiana  70113
      Telephone:  (504) 525-1335
      Facsimile:  (504) 561-6775

ATTORNEYS ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY:   */s/* Gerald *E. Meunier*
      Gerald E. Meunier  (#9471)
      2800 Energy Centre
      1100 Poydras Street
      New Orleans, Louisiana  70163-2800
      Telephone:  (504) 522-2304
      Facsimile:  (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

- 4 -

        DOMENGEAUX WRIGHT ROY &
        EDWARDS

        BY:   */s/ James P. Roy*
                James P. Roy  (#11511)
                556 Jefferson Street
                Lafayette, Louisiana  70502
                Telephone:  (337) 593-4190
                Facsimile:  (337) 233-2796

        LIAISON COUNSEL FOR MR-GO-
        PLAINTIFF SUBGROUP LITIGATION
        COMMITTEE


        MCCRANIE, SISTRUNK, ANZELMO,
        HARDY, MAXWELL & MCDANIEL

        BY:   */s/ Thomas P. Anzelmo*
                Thomas P. Anzelmo  (#2533)
                3445 N. Causeway Boulevard, Suite 800
                Metairie, Louisiana  70002

        ATTORNEYS FOR THE BOARD OF
        COMMISSIONER'S FOR THE ORLEANS
        LEVEE DISTRICT AND THE ORLEANS
        LEVEE DISTRICT


        DUPLASS, ZWAIN, BOURGEOIS,
        MORTON, PFISTER & WEINSTOCK

        BY:   */s/ Gary M. Zwain*
                Gary M. Zwain  (#13809)
                Three Lakeway Center, Suite 2900
                3838 North Causeway Boulevard
                Metairie, Louisiana  70002
                Telephone:  (504) 832-3700
                Facsimile:  (504) 837-3119

        ATTORNEYS FOR THE BOARD OF
        COMMISSIONERS FOR THE EAST

BR.587335.1

- 5 -

        JEFFERSON LEVEE DISTRICT, THE EAST JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT


        LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

BY:   /s/ Ralph S. Hubbard
       Ralph S. Hubbard III  (#7040)
       601 Poydras Street, Suite 2775
       New Orleans, Louisiana  70130

   and

PHELPS DUNBAR LLP

BY:   */s/ S. Ault Hootsell*
       S. Ault Hootsell
       Canal Place
       365 Canal Street, Suite 2000
       New Orleans, Louisiana  70130-6534
       Telephone:  (504) 566-1311
       Facsimile:  (504) 568-9130

       ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY

BR.587335.1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Joint Ex Parte Motion for Leave of Court to Substitute Exhibits has been electronically filed with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record and a copy sent to the following via U.S. First Class mail, postage prepaid, this 15th day of July, 2009.

| | |
|---|---|
| Richard A. Nussbaum, II<br>Sopko, Nussbaum, Inabnit & Kaczmarek<br>5th Floor – Plaza Building<br>210 S. Michigan Street<br>P.O. Box 300<br>South Bend, Indiana  46624<br>Facsimile:  (574) 234-4200<br>E-mail:  dickn@sni-law.com | James K. Irvin<br>Michael J. Monistere<br>Chadwick W. Collings<br>Milling Benson Woodward L.L.P.<br>909 Poydras Street, Suite 2300<br>New Orleans, LA  70112-1010<br>Facsimile:  (504) 569-7001<br>E-mail:  jirvin@millinglaw.com |
| John J. Cummings, III<br>Cummings & Cummings<br>416 Gravier Street<br>New Orleans, LA  70130 | Jennifer J. Rosenbaum<br>New Orleans Workers' Center for Racial Justice<br>217 N. Prieur Street<br>New Orleans, LA  70112<br>E-mail:  jjrosenbaum@gmail.com |
| Michael T. Kirkpatrick<br>Allison M. Zieve<br>Public Citizen Litigation Group<br>1600 10th Street NW<br>Washington, DC  20009<br>mkirkpatrick@citizen.org | |

/s/ S. Ault Hootsell III

BR.587335.1