UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289. | JUDGE DUVAL<br><br>MAG. WILKINSON |

PERTAINS TO:   LEVEE AND MR-GO

### ORDER

Considering the foregoing Joint Ex Parte Motion for Leave of Court to Substitute Exhibits ("Joint Motion"),

IT IS HEREBY ORDERED that the Joint Motion is granted, and

IT IS FURTHER ORDERED that the proposed Findings of Fact and Conclusions of Law attached to the Joint Motion as Exhibit "A" be and hereby is substituted in all respects for Exhibit "A" to the previously filed Joint Ex Parte Motion for Leave of Court to Submit to the Court and File into the Record (1) Proposed Findings of Fact and Conclusions of Law and (2) Proposed Final Order and Judgment (Doc. No. 19072).

Signed this __16th__ day of _____July_____, 2009.

_____
Judge, United States District Court

BR.587346.1