Case 2:05-cv-04182-SRD-JCW Document 19136 Filed 07/15/09 Page 1 of 2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUL 15 2009

CHARLES R. FULBRUGE III
LORETTA G. WHYTE
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 13, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-30449   In Re: Katrina Canal Breaches
       USDC No. 2:05-CV-4182; et al

The court has granted the joint motion to consolidate 09-30428 and 09-30438 with 09-30449.

Enclosed is a corrected caption which should be used on all future filings. Case 09-30449 (In Re: Katrina Canal Breaches) has been designated as the lead appeal as was requested within the joint motion to consolidate. Any correspondence received should reflect this appeal number.

The District Court is advised the notice of certified record is due to be filed within 15 days of the date of this notice in accordance with the designation of record filed in your court on June 30, 2009.

                          CHARLES R. FULBRUGE III, Clerk

                          By: _____
                          Kimberly K. Folse, Deputy Clerk
                          504-310-7712

Mr. Daniel E Becnel Jr.
Mr. Joseph M Bruno
Mr. James M Garner
Mr. William D Treeby
Ms. Loretta Whyte

_ Fee _____
_ Process _____
X Dktd _____
_ CtRmDep _____
_ Doc. No. _____

Case No. 09-30449

IN RE: KATRINA CANAL BREACHES LITIGATION
------------------------------------------
STEERING COMMITTEE,

        Plaintiff - Appellant

v.

WASHINGTON GROUP INTERNATIONAL, INC.,

        Defendant - Appellee


Consolidated with

09-30428

IN RE: KATRINA CANAL BREACHES LITIGATION
------------------------------------------
QUINTESSA HUEY; CARYN L. FONG, As Trustees of the Huey & Fong Trust; AMY HUEY, As Trustee of the Kenneth Huey Family Trust; RADIO PARTS, INC.; ENTERCOM COMMUNICATIONS, CORP.; ET AL,

        Plaintiffs - Appellants

v.
WASHINGTON GROUP INTERNATIONAL, INC.,

        Defendant - Appellee


Consolidated with

09-30438

IN RE: KATRINA CANAL BREACHES LITIGATION
------------------------------------------
BETTY LUNDY; FREDERICK ADAMS; JEAN ADDISON; JONATHAN AKERS; OLLIE P. ALEXANDER; ET AL,

        Plaintiffs - Appellants

v.

WASHINGTON GROUP INTERNATIONAL, INC.,

        Defendant - Appellee