UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>BARGE | SECTION "K"(2) |

## ORDER

The Court has been contacted by Derek Walker, counsel for Lafarge North America, Inc., who has a conflict with the BARGE trial as presently for April 12, 2010.  The Court has determined that a discussion with all counsel concerning such a continuance is necessary as well as a discussion concerning the contours of the trial as presently envisioned.   Accordingly,

**IT IS ORDERED** that a telephonic status conference shall be held on **Monday, July 27, 2009 at 10:00 a.m.**  Derek Walker shall instigate the call with all counsel.

New Orleans, Louisiana, this 16th day of July, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE