**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| _____ | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |
| **PERTAINS TO:** | * | |
| **CONSOLIDATED LEVEE** | * | |
| **CASE NOS.   07-4391, 07-4551, 07-4552, 07-4553,** | * | |
| **07-4554, 07-4556, 07-4557, 07-4558, 07-4559, 07-4560,** | * | |
| **07-4561, 07-4563, 07-4568, 07-4775, 07-494407-4948,** | * | |
| **07-4949, 07-4950, 07-4951, 07-4952, 07-4953, 07-4954,** | * | |
| **07-4955, 07-4956, 07-4957, 07-4958, 07-4959, 07-4960,** | * | |
| **07-4961, 07-4962, 07-4963, 07-4964, 07-4966, 07-4967,** | * | |
| **07-4968, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974,** | * | |
| **07-4975, 07-4976, 07-4977, 07-4978, 07-4979, 07-4981,** | * | |
| **07-4982, 07-4983, 07-4984, 07-4985, 07-4992, 07-4993,** | * | |
| **07-4994, 07-4995, 074996, 07-4997, 07-4998, 07-4999,** | * | |
| **07-5000, 07-5001, 07-5002, 07-5003, 07-5004, 07-5005,** | * | |
| **07-5006, 07-5008, 07-5009, 07-5010, 07-5012, 07-5015,** | * | |
| **07-5016, 07-5017, 07-5018, 07-5019, 07-5067, 07-5148,** | * | |
| **07-5150, 07-5155, 07-5184, 07-5185, 07-5186, 07-5187,** | * | |
| **07-5193, 07-5286, 07-5314, 07-5315, 07-5316, 07-5317,** | * | |
| **07-5318, 07-5319, 07-5321, 07-5323, 07-5324, 07-5325,** | * | |
| **07-5326, 07-5328, 07-5329, 07-5330, 07-5331, 07-5332,** | * | |
| **07-5333, 07-5334, 07-5338, 07-5339, 07-5340, 07-5341,** | * | |
| **07-5342, 07-5345, 07-5346, 07-5347, 07-5348, 07-5349,** | * | |
| **07-5352, 07-5353, 07-5354, 07-5355, 07-5356, 07-5357,** | * | |
| **07-5358, 07-5359, 07-5360, 07-5361, 07-5362, 07-5363,** | * | |
| **07-5364, 07-5365, 07-5367, 07-5368, 07-5369, 07-5370,** | * | |
| **07-5371, 07-5372, 07-5373, 07-5374, 07-5375, 07-5376,** | * | |
| **07-5377, 07-5378, 07-5396, 07-5494, 07-5495, 07-5496,** | * | |
| **07-8970** | * | |
| _____ | * | |

1

## NATIONAL UNION'S UNOPPOSED MOTION FOR CLARIFICATION OF ORDER PURSUANT TO FED. R. CIV. PRO. 60(a)

National Union Fire Insurance Company of Pittsburgh, Pa. ("NUFIC"), defendant, through undersigned counsel, respectfully moves this Court to clarify its original Order and Reasons (Rec. Doc. 18951), entered into the record of this matter on May 29, 2009, which granted NUFIC's motion for summary judgment (Rec. Doc. 17325), for the reasons explained in greater detail in the attached supporting memorandum.  The opposing parties have not rasied any objections to the relief requested herein.

**WHEREFORE,** NUFIC respectfully requests that this Court grant its Motion for Clarification, and that it further declare that its previous order granting summary judgment to NUFIC (Rec. Doc. 18951) also dismisses the claims contained in the case numbers listed in the caption above, with full prejudice, each party to bear its own costs.

Respectfully submitted,

*/s/ Alex P Tilling*
**GEORGE D. FAGAN (#14260)**
**ALEX P TILLING (#29686)**
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Telephone:  (504) 585-7500
Facsimile:  (504) 585-7775
Email: *gfagan@leakeandersson.com*
*atilling@leakeandersson.com*

2

Attorneys for National Union Insurance Company
of Pittsburgh, Pa., defendant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on July 19, 2009, by ECF filing, and to the court-appointed liaison counsel by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.


_____*/s/ Alex P Tilling*_____