# LEAKE & ANDERSSON, L.L.P.

ATTORNEYS AT LAW
1100 POYDRAS STREET
SUITE 1700
NEW ORLEANS, LA 70163-1701

TELEPHONE: (504) 585-7500
FACSIMILE: (504) 585-7775

ALEX P TILLING
atilling@leakeandersson.com
REPLY TO NEW ORLEANS OFFICE

WWW.LEAKEANDERSSON.COM

MEMBER, ALFA INTERNATIONAL
THE GLOBAL LEGAL NETWORK

July 2, 2009

Hon. Stanwood R. Duval, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130
***Attn: Marion***

*Via facsimile: (504) 589-2393*

    RE:    Claim No.: **295-045280**
*In re: Katrina Canal Breaches Consolidated Litigation*
USDC No. 05-4182, Div. K, Mag. 2
L&A Client/File Nos. 0022/38803-KMD

Dear Marion:

    On May 29, 2009 the Court granted summary judgment in favor of our client, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in the referenced matter. (See Rec. Doc. 18951). National Union had sought dismissal of "all remaining claims and complaints consolidated in this matter and designated as 'Levee.'" (Rec. Doc. 18951 at Pg. 1). This request included all claims contained in the First Supplemental and Amending Levee Master Consolidated Class Action Complaint (Rec. Doc. 6941), as well as all other Levee claims which were filed separately by plaintiffs who are not part of the master class, but whose claims were nonetheless consolidated with this matter, and in which National Union was named as a party.

    In its Order, the Court stated:

> **IT IS ORDERED** that National Union's Motion for Summary Judgment (Doc. 17325) is **GRANTED** as to the claims against it contained in [the] First Supplemental and Amending Levee Master Consolidated Class Action Complaint ("Master Complaint") (Doc. 6941), *Leslie Sims, Jr., et al. v. The Board of Commissioners of the Orleans Levee District, et al.*, C.A. No. 06-5116 and *Elizabeth H. and William Keith DePass, et al. v. The Board of Commissioners of the Orleans Levee District, et al. ..."*

LEAKE & ANDERSSON, L.L.P.

(Rec. Doc. 18951, Pg. 10).

 The stated relief granted by the Court's Order appears less broad than that contemplated by National Union's motion. National Union was named as a defendant in multiple additional claims which were consolidated with the referenced matter, <u>but which were not actually part of the Master Consolidated Class Action Complaint</u>. These additional cases include the following Case Nos.:

  07-4968; 07-5317; 07-4977; 07-5369; 07-4967; 07-5376; 07-4993; 07-6345; 07-4991; 07-5329; 07-4986; 07-5378; 07-4966; 07-5365; 07-4994; 07-5325; 07-4987; 07-5336; 07-5004; 07-5340; 07-4995; 07-5355; 07-5193; 07-5009; 07-5314; 07-4954; 07-5357; 07-4955; 07-6370; 07-4956; 07-5358; 07-4948; 07-5359; 07-5014; 07-5346; 07-4957; 07-5316; 07-4972; 07-5319; 07-5000; 07-5388; 07-4561; 07-5019; 07-5353; 07-4976; 07-5375; 07-5003; 07-5349; 07-4952; 07-5494; 07-4980; 07-5374; 07-4960; 07-5361; 07-4986; 07-5335; 07-4560; 07-4997; 07-5323; 07-4962; 07-5331; 07-4958; 07-6320; 07-5155; 07-5373; 07-4983; 07-5330; 07-4552; 07-4953; 07-5347; 07-4554; 07-4989; 07-5338; 07-5005; 07-5015; 07-4557; 07-4975; 07-5346; 07-4559; 07-4563; 07-4988; 07-5362; 07-4551; 07-4984; 07-5364; 07-4971; 07-5315; 07-4981; 07-4998; 07-5324; 07-5010; 07-5332; 07-4950; 07-5333; 07-4963; 07-5334; 07-4556; 07-4970; 07-5354; 07-4999; 07-5150; 07-5372; 07-5148; 07-5326; 07-5017; 07-5495; 07-4961; 07-5337; 07-4974; 07-5001; 07-5341; 07-4558; 07-5002; 07-5321; 07-4978; 07-5496; 07-4992; 07-5371; 07-4949; 07-5326; 07-4964; 07-5363; 07-4990; 07-4996; 07-5352; 07-4982; 07-5351; 07-4959; 07-5318; 07-5008; 07-5342; 07-5016; 07-5254; 07-5286; 07-5350; 07-4973; 07-5222; 07-5012; 07-5339; 07-5006; 07-5360; 07-4553; 07-4979; 07-5356; 07-4951; 07-5377; 07-5018; 07-5367; 07-4944

 Additionally, we attach a spreadsheet listing the consolidated cases in which National Union and/or the Board of Commissioners for the East Jefferson Levee District have been named as defendants. (See Exhibit "A").

 Each case presents the same issue with respect to National Union, i.e., the plaintiffs' claims all arise under National Union Policy No. 625-29-23 (the "2006 Policy"), and this Court has already dismissed all claims arising under the 2006 Policy, which excludes coverage for damages that "arise either directly or indirectly from the person[al] injury and/or property damage that occurred as a result of the flooding caused by the breaches of the floodwalls around the City of New Orleans." (See Court's Order granting National Union's Motion to Dismiss claims arising out of the 2006 Policy, Rec. Doc. 14631, Pg. 15).

 It is therefore unclear whether the Court's Order granting summary judgment in favor of National Union applies to all of the above-described cases, or whether National Union is still required to file separate motions for summary judgment in these other matters. As such, we request the Court's clarification of the scope of its Order granting summary judgment in favor of National

2

LEAKE & ANDERSSON, L.L.P.

Union. We will await the Court's response prior to filing any additional pleadings on this topic. We greatly appreciate the Court's time in addressing this matter.

Sincerely,

ALEX P TILLING

APT/bb
(cc: Joseph M. Bruno, e-mail: jbruno@brunolaw.com;
    Gerald Meunier, e-mail: gmeunier@gainsben.com;
    Gary Zwain, e-mail: gzwain@duplass.com;
    Ralph S. Hubbard III, e-mail: rhubbard@lawla.com;
    Shaun Smith, e-mail: sms@lcba-law.com)

# United States Eastern District Court
## Eastern District of Louisiana

### In re: Katrina Canal Breaches Consolidated Litigation
### Civil Action No. 05-4182

### Master List of Case Numbers
### 0022/38803

| Case Number | Plaintiff | Defendant 1 | Defendant 2 | Filed Date | Date Sent to Client |
|---|---|---|---|---|---|
| 07-4391 | Adams, Dawn P., et al. | EJLD | N/A | 08/27/07 | 09/07/07 |
| 07-4551 | Sybil Morial | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4552 | Adrian Kornman / Naomi Kornman | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4553 | Michael B. White / Virgina White | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4554 | Joseph L. Lobrano, et al. | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4556 | Felix Puccio, , et al. | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4557 | Metrolab, Inc. | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4558 | Savoy Place Associates, LP | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4559 | Michael Mintz | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4560 | Hurwitz Mintz Furniture Store South, et al. | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4561 | Keith A. Doley, a Professional Corporation | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4563 | Julie Morial | EJLD | NUFIC | 08/28/07 | 09/07/07 |
| 07-4568 | NUFIC | USA | N/A | 08/28/07 | 09/25/07 |
| 07-4775 | Murphy Building Corp., et al. | EJLD | N/A | 08/28/07 | 09/25/07 |
| 07-4944 | Frank Cina, et al. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4948 | Dillard University, et al. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4949 | St. Augustine High School, et al. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4950 | Ronald F. Plaisance, Sr. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4951 | WNO Ownership, LLC / WNO Operating, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4952 | Jacob Harrison / Bernice Harrison | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4953 | Liberty Bank & Trust Company | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4954 | Heidi DeSalvo | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4955 | Vincent L. DeSalvo, Jr. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4956 | Vincent L. DeSalvo, Sr. / Althea C. DeSalvo | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4957 | Louis Gerdes as Executor | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4958 | Jackson Brewery Millhouse | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4959 | Union Limited Partnership, et al. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4960 | Hertz 909 Poydras, LLC, et al. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4961 | Riverfront Lodging, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4962 | Jackson Brewery Marketplace, Ltd. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4963 | Prytania Medical Complex Owners Association | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4964 | Carmen Prat as Executrix | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4966 | Joan Berenson / Dr. Gerald Berenson | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-4967 | Coleman E. Adler, II | EJLD | NUFIC | 08/29/07 | 09/25/07 |



EXHIBIT A

**United States Eastern District Court**
**Eastern District of Louisiana**

**In re: Katrina Canal Breaches Consolidated Litigation**
**Civil Action No. 05-4182**

**Master List of Case Numbers**
**0022/38803**

| | Case Number | Plaintiff | Defendant 1 | Defendant 2 | Filed Date | Date Sent to Client |
|---|---|---|---|---|---|---|
| x | 07-4968 | Abundance Square Associates, LP | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4970 | Redemptorist Limited Partnership, et al. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4971 | Omega Hospital, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4972 | Harold E. Doley, Jr. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4973 | King S. Wells, Sr. / Hellen C. Wells | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4974 | Chad S. Robert, Sr., et al. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4975 | Ammon L. Miller, Jr. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4976 | Entercom Communications Corp. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4977 | Anentte M. Adler | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4978 | Carolyn Smythe | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4979 | White III, LLC f/k/a JLH, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4981 | Gloria Patterson | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4982 | Treasure Village Associates, LP | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4983 | Gary W. Kern / Caroline D. Kern | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4984 | Dominion/NO Centre, LLC, et al. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4985 | Michael G. Bagneris / Madlyn P. Bagneris | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4992 | Southpoint Technologies, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4993 | Adler's Special Account | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4994 | Joan Berenson / BPH Real Estate, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4995 | CII Carbon, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4996 | Touro Infirmary | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-4997 | Imperial Trading Co., Inc. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4998 | Physician Management Services of Louisiana, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-4999 | Dorothy Reese | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-5000 | Keith Doley / Kathleen Doley | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-5001 | Cliff S. Robert, Sr. / Cecilia H. Robert | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-5002 | Shops and Garage ant Canal Place, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| v | 07-5003 | Greystar Development and Construction, LP | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-5004 | Cambridge Realty West, LLC / Fulton Place Parking, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| x | 07-5005 | Majestic Life Insurance Co. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| y | 07-5006 | H. Hunter White III / Kathleen White | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| v | 07-5008 | United Restaurant Entities, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |

## United States Eatern District Court
## Eastern District of Louisiana

### In re: Katrina Canal Breaches Consolidated Litigation
### Civil Action No. 05-4182

#### Master List of Case Numbers
#### 0022/38803

| Case Number | Plaintiff | Defendant 1 | Defendant 2 | Filed Date | Date Sent to Client |
|---|---|---|---|---|---|
| 07-5009 | Claire B. Davis | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5010 | Rachael L. Plaisance | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5012 | Wetco Restaurant Entities, LLC | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5015 | Majestic Mortuary Service, Inc. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5016 | Universal Helth Services, Inc. | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5017 | Winston Reid / Catrice A. Johnson-Reid | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5018 | Xavier University of Louisiana | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5019 | Shea Embry / Carolyn Mengham | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5067 | Harry Connick, Sr., et al. | EJLD | N/A | 08/29/07 | 09/25/07 |
| 07-5148 | Justin Reese | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5150 | Jared Reese | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5155 | Gayle Green-Johnson | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5184 | Rault Resources, Inc. | EJLD | N/A | 08/29/07 | 09/25/07 |
| 07-5185 | Janice Grijns | EJLD | N/A | 08/29/07 | 09/25/07 |
| 07-5186 | Bonnie M. Rault / Joseph M. Rault, Jr. | EJLD | N/A | 08/29/07 | 09/25/07 |
| 07-5187 | R. Scott McCay | EJLD | N/A | 08/29/07 | 09/25/07 |
| 07-5193 | Martha Y. Curtis | EJLD | NUFIC | 08/29/07 | 09/25/07 |
| 07-5286 | Universal Helth Services, Inc. | EJLD | NUFIC | 08/31/07 | 09/25/07 |
| 07-5314 | Claire B. Davis | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5315 | Omega Hospital, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5316 | Louis Gerdes as Executor | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5317 | Abundance Square Associates, LP | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5318 | Union Limited Partnership, et al. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5319 | Harold E. Doley, Jr. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5321 | Shops and Garage ant Canal Place, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5323 | Imperial Trading Co., Inc. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5324 | Physician Management Services of Louisiana, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5325 | Joan Berenson / BPH Real Estate, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5326 | St. Augustine High School, et al. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5328 | Justin Reese | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5329 | Coleman E. Adelr as Trustee | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5330 | Gary W. Kern / Caroline D. Kern | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5331 | Jackson Brewery Marketplace, Ltd. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5332 | Rachael L. Plaisance | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5333 | Ronald F. Plaisance, Sr. | EJLD | NUFIC | 09/04/07 | 09/25/07 |

C:\Documents and Settings\atilling\Local Settings\Temporary Internet Files\OLK52\Master List of Cases and Dates Complaint Sent to Client (2)

3

**United States Eatern District Court**
**Eastern District of Louisiana**

**In re: Katrina Canal Breaches Consolidated Litigation**
**Civil Action No. 05-4182**

**Master List of Case Numbers**
**0022/38803**

| Case Number | Plaintiff | Defendant 1 | Defendant 2 | Filed Date | Date Sent to Client |
|---|---|---|---|---|---|
| 07-5334 | Prytania Medical Complex Owners Association | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5338 | Louisiana Independent Federation of Electors, Inc. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5339 | Wetco Restaurant Entities, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5340 | Cambridge Realty West, LLC<br>Fulton Place Parking, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5341 | Cliff S. Robert, Sr.<br>Cecilia H. Robert | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5342 | United Restaurant Entities, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5345 | Adler's Special Account | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5346 | Ammon I. Miller, Jr. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5347 | Liberty Bank & Trust Company | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5348 | Aaron M. Doley | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5349 | Greystar Development and Construction, LP | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5352 | Touro Infirmary | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5353 | Shea Embry<br>Carolyn Mengham | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5354 | Redemptorist Limited Partnership, et al. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5355 | CII Carbon, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5356 | White III, LLC f/k/a JLH, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5357 | Heidi DeSalvo | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5358 | Vincent L. DeSalvo, Sr.<br>Althea C. DeSalvo | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5359 | Dillard University, et al. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5360 | H. Hunter White III<br>Kathleen White | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5361 | Hertz 909 Poydras, LLC, et al. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5362 | Marc H. Morial | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5363 | Carmen Prat as Executrix | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5364 | Dominion/NO Centre, LLC, et al. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5365 | Joan Berenson<br>Dr. Gerald Berenson | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5367 | Xavier University of Louisiana | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5368 | Keith Doley<br>Kathleen Doley | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5369 | Anentte M. Adler | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5370 | Vincent L. DeSalvo, Jr. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5371 | Southpoint Technologies, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5372 | Jared Reese | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5373 | Gayle Green-Johnson | EJLD | NUFIC | 09/04/07 | 09/25/07 |

5

**United States Eatern District Court**
**Eastern District of Louisiana**

**In re: Katrina Canal Breaches Consolidated Litigation**
**Civil Action No. 05-4182**

**Master List of Case Numbers**
**0022/38803**

| Case Number | Plaintiff | Defendant 1 | Defendant 2 | Filed Date | Date Sent to Client |
|---|---|---|---|---|---|
| 07-5374 | Clara Mae S. Haydel<br>Cliff S. Robert, Jr. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5375 | Entercom Communications Corp. | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5376 | Coleman E. Adler, II | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5377 | WNO Ownership, LLC<br>WNO Operating, LLC | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5378 | Michael G. Bagneris<br>Madlyn P. Bagneris | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5396 | Eugene Radcliff | EJLD | NUFIC | 09/04/07 | 09/25/07 |
| 07-5494 | Jacob Harrison<br>Bernice Harrison | EJLD | NUFIC | 09/10/07 | 09/25/07 |
| 07-5495 | Winston Reid<br>Catrice A. Johnson-Reid | EJLD | NUFIC | 09/10/07 | 09/25/07 |
| 07-5496 | Carolyn Smythe | EJLD | NUFIC | 09/10/07 | 09/25/07 |
| 07-8970 | State of Louisiana, et al. | NSFCC | Multiple | 08/23/07 | 09/25/07 |

C:\Documents and Settings\atilling\Local Settings\Temporary Internet Files\OLK52\Master List of Cases and Dates Complaint Sent to Client (2)

5