**From:** Janet_Daley@laed.uscourts.gov
**Sent:** Thursday, July 09, 2009 10:14 AM
**To:** Alex Tilling
**Subject:** the following letter was sent to you but I'd addressed it improperly for you; it was sent to all counsel you cc'd in your letter

Dear Counsel:

We are in receipt of Alex Tilling's letter of July 2, 2009 concerning the failure of the Court to include a litany of individual suits which were not consolidated in the Master Class Action but are under the Katrina umbrella which the Court failed to specifically dismiss in its order of May 29, 2009.  My apologies for the oversight.

He makes a representation that all of the allegations in approximately 144 suits are identical to those contemplated by the Court in its Order and Reasons (Doc. 18951).  Would you please inform the Court no later than July 17, 2009 if any of you have any objection to the Court amending the Order to include these matters.  Please advise Mr. Tilling as well.

If there is no opposition lodged by 5:00 p.m., then Mr. Tilling, the Court would request that you file an Unopposed Motion to Amend the Order and present an order that includes all of the cases you cite.  If there is opposition, then file a contradictory motion and set it for hearing.  No matter, please include in that filing a proposed order including all of the cases you cite.

If anyone requires any additional assistance in this matter, do no hestiate to e-mail me at this address.

Many thanks,
Janet Janet Daley
Chambers of Stanwood Duval, Jr.
Office  (504) 589-7540
Fax     (504) 589-2393