UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| _____ | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| CONSOLIDATED LEVEE | * | |
| CASE NOS.   07-4391, 07-4551, 07-4552, 07-4553, | * | |
| 07-4554, 07-4556, 07-4557, 07-4558, 07-4559, 07-4560, | * | |
| 07-4561, 07-4563, 07-4568, 07-4775, 07-494407-4948, | * | |
| 07-4949, 07-4950, 07-4951, 07-4952, 07-4953, 07-4954, | * | |
| 07-4955, 07-4956, 07-4957, 07-4958, 07-4959, 07-4960, | * | |
| 07-4961, 07-4962, 07-4963, 07-4964, 07-4966, 07-4967, | * | |
| 07-4968, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974, | * | |
| 07-4975, 07-4976, 07-4977, 07-4978, 07-4979, 07-4981, | * | |
| 07-4982, 07-4983, 07-4984, 07-4985, 07-4992, 07-4993, | * | |
| 07-4994, 07-4995, 074996, 07-4997, 07-4998, 07-4999, | * | |
| 07-5000, 07-5001, 07-5002, 07-5003, 07-5004, 07-5005, | * | |
| 07-5006, 07-5008, 07-5009, 07-5010, 07-5012, 07-5015, | * | |
| 07-5016, 07-5017, 07-5018, 07-5019, 07-5067, 07-5148, | * | |
| 07-5150, 07-5155, 07-5184, 07-5185, 07-5186, 07-5187, | * | |
| 07-5193, 07-5286, 07-5314, 07-5315, 07-5316, 07-5317, | * | |
| 07-5318, 07-5319, 07-5321, 07-5323, 07-5324, 07-5325, | * | |
| 07-5326, 07-5328, 07-5329, 07-5330, 07-5331, 07-5332, | * | |
| 07-5333, 07-5334, 07-5338, 07-5339, 07-5340, 07-5341, | * | |
| 07-5342, 07-5345, 07-5346, 07-5347, 07-5348, 07-5349, | * | |
| 07-5352, 07-5353, 07-5354, 07-5355, 07-5356, 07-5357, | * | |
| 07-5358, 07-5359, 07-5360, 07-5361, 07-5362, 07-5363, | * | |
| 07-5364, 07-5365, 07-5367, 07-5368, 07-5369, 07-5370, | * | |
| 07-5371, 07-5372, 07-5373, 07-5374, 07-5375, 07-5376, | * | |
| 07-5377, 07-5378, 07-5396, 07-5494, 07-5495, 07-5496, | * | |
| 07-8970 | * | |
| _____ | * | |

# O R D E R

**CONSIDERING THE FOREGOING;**

**IT IS ORDERED** that National Union Fire Insurance Company of Pittsburgh, Pa.'s ("NUFIC") Motion for Clarification of Order Pursuant to Fed. R. Civ. Pro. 60(a) be and is hereby GRANTED; and further any and all claims against NUFIC raised by all plaintiffs in any of the lawsuits who case numbers are identified below are hereby dismissed with full prejudice, each party to bear its own costs:

> 07-4391, 07-4551, 07-4552, 07-4553, 07-4554, 07-4556,
> 07-4557, 07-4558, 07-4559, 07-4560, 07-4561, 07-4563,
> 07-4568, 07-4775, 07-494407-4948, 07-4949, 07-4950,
> 07-4951, 07-4952, 07-4953, 07-4954, 07-4955, 07-4956,
> 07-4957, 07-4958, 07-4959, 07-4960, 07-4961, 07-4962,
> 07-4963, 07-4964, 07-4966, 07-4967, 07-4968, 07-4970,
> 07-4971, 07-4972, 07-4973, 07-4974, 07-4975, 07-4976,
> 07-4977, 07-4978, 07-4979, 07-4981, 07-4982, 07-4983,
> 07-4984, 07-4985, 07-4992, 07-4993, 07-4994, 07-4995,
> 074996, 07-4997, 07-4998, 07-4999, 07-5000, 07-5001,
> 07-5002, 07-5003, 07-5004, 07-5005, 07-5006, 07-5008,
> 07-5009, 07-5010, 07-5012, 07-5015, 07-5016, 07-5017,
> 07-5018, 07-5019, 07-5067, 07-5148, 07-5150, 07-5155,
> 07-5184, 07-5185, 07-5186, 07-5187, 07-5193, 07-5286,
> 07-5314, 07-5315, 07-5316, 07-5317, 07-5318, 07-5319,
> 07-5321, 07-5323, 07-5324, 07-5325, 07-5326, 07-5328,
> 07-5329, 07-5330, 07-5331, 07-5332, 07-5333, 07-5334,
> 07-5338, 07-5339, 07-5340, 07-5341, 07-5342, 07-5345,
> 07-5346, 07-5347, 07-5348, 07-5349, 07-5352, 07-5353,
> 07-5354, 07-5355, 07-5356, 07-5357, 07-5358, 07-5359,
> 07-5360, 07-5361, 07-5362, 07-5363, 07-5364, 07-5365,
> 07-5367, 07-5368, 07-5369, 07-5370, 07-5371, 07-5372,
> 07-5373, 07-5374, 07-5375, 07-5376, 07-5377, 07-5378,

**07-5396, 07-5494, 07-5495, 07-5496, 07-8970**

       This done and signed, this _____ day of _____, 2009, New Orleans, Louisiana.

                                              _____
                                              JAY C. ZAINEY
                                              UNITED STATES DISTRICT JUDGE