3737-20624

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| **PERTAINS TO: SEVERED MASS** | * | **NO: 05-4182** |
| **JOINDER CASES** | * | |
| | * | **SECTION "K" (2)** |
| *Severed from:* | * | |
| *Abadie I, 06-5164, and* | * | **JUDGE DUVAL** |
| *Abadie II, 07-5112* | * | |
| | * | **MAG WILKINSON** |
| | * | |
| ***APPLIES TO "FORCED PLACE INSURANCE"*** | * | |
| | * | **CIVIL ACTION** |
| | * | |
| **DAWNELLA ADAMS, JAMES ANDERSON,** | * | **NO. 09-2609** |
| **LOUISIE ANDERSON, MILTON ANDERSON,** | * | |
| **KWOK AU, RHONDA AYME, AMANDY** | * | |
| **BACCHUS, GAIL BARNES-JOHNSON,** | * | |
| **LEE BATES, MECHELE BATES, ALPHONSE** | * | |
| **BAZILE, DEBBIE BENNETT, MARIE** | * | |
| **BENOIT, BRENDA BOWMAN, HERBERT** | * | |
| **BROOKS, REJEANIE BROOKS, DEMOND** | * | |
| **BROWN, JEANNETTE BROWN, PATRICIA** | * | |
| **BRUNO, SHARON BUGGAGE, MALCOLM** | * | |
| **BUTLER, MARJORIE CAREY, RICHARD** | * | |
| **CARR, SHARILLA COLLINSGENEVA** | * | |
| **COOLEY, ANDRE CORLEY-PRICE, LOUIS** | * | |
| **CORTIER, HARRISON COX, IRMA CURTIS** | * | |
| **MARLO DABOG, PAMELA DAVIS-BATISTE** | * | |
| **ALICE DEBOSE, TROY DOUGLAS,** | * | |
| **STEPHANIE DUPLESSIS, JOANN** | * | |

| | |
|---|---|
| **DUVERNAY, EMELDA EDINBURGH,** | * |
| **RAYMOND EDWARDS, ROCHELLE** | * |
| **EDWARDS, PAULETTE EVANS, KENDRA** | * |
| **EVERY, CALVIN FOLEY, MYRA FOLEY,** | * |
| **MARY ANN FRANKLIN, PRISCILLA** | * |
| **FRANKLIN, ULNIS FULTON, LARRY** | * |
| **FUNCHES, VESTA GRANT, TOLETHA** | * |
| **GILMORE, GLENDA HAMLIN, AGNES** | * |
| **HARRIS, DOREEN HILLS, DOROTHY** | * |
| **HOLMES, ROSA HOLMES, RAHSAANA** | * |
| **ISON KENNEY, BERNICE JACK, NORMA** | * |
| **JAMES, CYNTHIA JOHNSON, LOIS** | * |
| **JOHNSON, MONA JOHNSON, AUDRY** | * |
| **JONES, MICHELLE JONES, MIRIAM** | * |
| **JONES, DALE JUNEAU, DARRAL** | * |
| **KENDRICKS, GREGORY KIRKSEY, ANNA** | * |
| **KRANTZ, DAWN LANDRY, CALVIN LANGE** | * |
| **GERALDINE LASTIE, CHAUNDRA LEE,** | * |
| **JERRY LEWIS, RACHELLE LEWIS,** | * |
| **SYLVIA MATTHEWS, AIDA MELARA,** | * |
| **GLEN MINOR, RUBEN MOLETT, GLORIA** | * |
| **MUHAMMED, ESTELLE NEWSOME, JACK** | * |
| **O'NEAL, DONIS PARTMAN, RAQUEL** | * |
| **PERRY, VERONICA PETERS, DONALD** | * |
| **RAYMOND, HERBERT ROBINSON, LOIS** | * |
| **ROUTE, CHERYL SANCHEZ, LORRAINE** | * |
| **SANDERS, SHEILA SANDERS, CORA LEE** | * |
| **SANDIFER, MELVIN SCHULTZ, KENT** | * |
| **SCOTT, JOYCCELYN SIBNCLAIR,** | * |
| **CLAYTON SINEGAL, JESSIE SMITH,** | * |
| **MARIE SMITH, TYRONNE SMITH, EVE** | * |
| **SMITH-MILLER, DEBORAH ST. GERMAIN,** | * |
| **PAULINE STEWART, BETSY SUNSERI,** | * |
| **MARCELYN TAYLOR, SHELLEAND** | * |
| **TERRY, CATHERINE THOMPSON-MAGEE,** | * |
| **HELEN TONTH, AARON TURNER, AARON** | * |
| **TURNER, LYNELL TURNER, MARIA** | * |
| **VIEAGES, BARBARA WALTON, WALLACE** | * |
| **WASHINGTON, RICHARD WELLS,** | * |
| **HAROLD WHITAKER, ALFREDIA** | * |
| **WILLIAMS, DONNA WILLIAMS, GAYLE** | * |
| **WILLIAMS, MICHELLE WILLIAMS,** | * |
| **RACHEL WILTZ, AND HELEN** | * |

| | |
|---|---|
| **WITHERSPOON,** | \* |
| | \* |
| | \* |
| **VERSUS** | \* |
| | \* |
| **AMERICAN SECURITY INSURANCE** | \* |
| **COMPANY** | \* |
| | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT'S MOTION TO SEVER

**NOW INTO COURT,** through undersigned counsel, comes defendant, American Security Insurance Company, ("American Security"), who moves this Court for entry of an order requiring the plaintiffs in the above-captioned matter to file individualized amended complaints pursuant to the Order of Severance Dated January 8, 2009 (Rec. Doc. 41), with each plaintiff, asserting specific coverage for each specific property, to file an individualized amended complaint as to that property.

**WHEREFORE**, defendant, American Security Insurance Company, prays that this Court enter an order requiring each plaintiff to file individualized amended complaints, asserting individualized claims against American Security, alleging coverage on each plaintiff's particular property at the time of the loss made subject to this lawsuit.

Respectfully submitted,

SALLEY, HITE & MERCER, LLC
**DAVID P. SALLEY, T.A. (#19770)**
**A. JACOB CULOTTA, JR. (#26856)**
365 Canal St., Ste. 1710
New Orleans, Louisiana 70130
(504) 566-8800


By:    /s/ A. Jacob Culotta, Jr.
           A. JACOB CULOTTA, JR.
Attorneys for American Security Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of July, 2009, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties using this process in this matter. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

       /s/ A. Jacob Culotta, Jr.
        A. JACOB CULOTTA, JR.