3737-20624

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| **PERTAINS TO: SEVERED MASS** | * | **NO: 05-4182** |
| **JOINDER CASES** | * | |
| | * | **SECTION "K" (2)** |
| *Severed from:* | * | |
| *Abadie I, 06-5164, and* | * | **JUDGE DUVAL** |
| *Abadie II, 07-5112* | * | |
| | * | **MAG WILKINSON** |
| | * | |
| ***APPLIES TO "FORCED PLACE INSURANCE"*** | * | |
| | * | **CIVIL ACTION** |
| | * | |
| **DAWNELLA ADAMS, JAMES ANDERSON,** | * | **NO. 09-2609** |
| **LOUISIE ANDERSON, MILTON ANDERSON,** | * | |
| **KWOK AU, RHONDA AYME, AMANDY** | * | |
| **BACCHUS, GAIL BARNES-JOHNSON,** | * | |
| **LEE BATES, MECHELE BATES, ALPHONSE** | * | |
| **BAZILE, DEBBIE BENNETT, MARIE** | * | |
| **BENOIT, BRENDA BOWMAN, HERBERT** | * | |
| **BROOKS, REJEANIE BROOKS, DEMOND** | * | |
| **BROWN, JEANNETTE BROWN, PATRICIA** | * | |
| **BRUNO, SHARON BUGGAGE, MALCOLM** | * | |
| **BUTLER, MARJORIE CAREY, RICHARD** | * | |
| **CARR, SHARILLA COLLINSGENEVA** | * | |
| **COOLEY, ANDRE CORLEY-PRICE, LOUIS** | * | |
| **CORTIER, HARRISON COX, IRMA CURTIS** | * | |
| **MARLO DABOG, PAMELA DAVIS-BATISTE** | * | |
| **ALICE DEBOSE, TROY DOUGLAS,** | * | |
| **STEPHANIE DUPLESSIS, JOANN** | * | |

| | |
|---|---|
| **DUVERNAY, EMELDA EDINBURGH,** | * |
| **RAYMOND EDWARDS, ROCHELLE** | * |
| **EDWARDS, PAULETTE EVANS, KENDRA** | * |
| **EVERY, CALVIN FOLEY, MYRA FOLEY,** | * |
| **MARY ANN FRANKLIN, PRISCILLA** | * |
| **FRANKLIN, ULNIS FULTON, LARRY** | * |
| **FUNCHES, VESTA GRANT, TOLETHA** | * |
| **GILMORE, GLENDA HAMLIN, AGNES** | * |
| **HARRIS, DOREEN HILLS, DOROTHY** | * |
| **HOLMES, ROSA HOLMES, RAHSAANA** | * |
| **ISON KENNEY, BERNICE JACK, NORMA** | * |
| **JAMES, CYNTHIA JOHNSON, LOIS** | * |
| **JOHNSON, MONA JOHNSON, AUDRY** | * |
| **JONES, MICHELLE JONES, MIRIAM** | * |
| **JONES, DALE JUNEAU, DARRAL** | * |
| **KENDRICKS, GREGORY KIRKSEY, ANNA** | * |
| **KRANTZ, DAWN LANDRY, CALVIN LANGE** | * |
| **GERALDINE LASTIE, CHAUNDRA LEE,** | * |
| **JERRY LEWIS, RACHELLE LEWIS,** | * |
| **SYLVIA MATTHEWS, AIDA MELARA,** | * |
| **GLEN MINOR, RUBEN MOLETT, GLORIA** | * |
| **MUHAMMED, ESTELLE NEWSOME, JACK** | * |
| **O'NEAL, DONIS PARTMAN, RAQUEL** | * |
| **PERRY, VERONICA PETERS, DONALD** | * |
| **RAYMOND, HERBERT ROBINSON, LOIS** | * |
| **ROUTE, CHERYL SANCHEZ, LORRAINE** | * |
| **SANDERS, SHEILA SANDERS, CORA LEE** | * |
| **SANDIFER, MELVIN SCHULTZ, KENT** | * |
| **SCOTT, JOYCCELYN SIBNCLAIR,** | * |
| **CLAYTON SINEGAL, JESSIE SMITH,** | * |
| **MARIE SMITH, TYRONNE SMITH, EVE** | * |
| **SMITH-MILLER, DEBORAH ST. GERMAIN,** | * |
| **PAULINE STEWART, BETSY SUNSERI,** | * |
| **MARCELYN TAYLOR, SHELLEAND** | * |
| **TERRY, CATHERINE THOMPSON-MAGEE,** | * |
| **HELEN TONTH, AARON TURNER, AARON** | * |
| **TURNER, LYNELL TURNER, MARIA** | * |
| **VIEAGES, BARBARA WALTON, WALLACE** | * |
| **WASHINGTON, RICHARD WELLS,** | * |
| **HAROLD WHITAKER, ALFREDIA** | * |
| **WILLIAMS, DONNA WILLIAMS, GAYLE** | * |
| **WILLIAMS, MICHELLE WILLIAMS,** | * |
| **RACHEL WILTZ, AND HELEN** | * |

| | |
|---|---|
| **WITHERSPOON,** | * |
| | * |
| | * |
| **VERSUS** | * |
| | * |
| **AMERICAN SECURITY INSURANCE** | * |
| **COMPANY** | * |
| | * |

* * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant, American Security Insurance Company, and pursuant to Local Rule 43.1, requests oral argument on the Motion to Sever.

**WHEREFORE,** defendant, American Security Insurance Company, respectfully requests that this Honorable Court grant it permission to provide oral argument relating to the Motion to Sever.

Respectfully submitted,

SALLEY, HITE & MERCER, LLC
**DAVID P. SALLEY, T.A. (#19770)**
**A. JACOB CULOTTA, JR. (#26856)**
365 Canal St., Ste. 1710
New Orleans, Louisiana 70130
(504) 566-8800

By: ___/s/ A. Jacob Culotta, Jr.___
         A. JACOB CULOTTA, JR.
Attorneys for American Security Insurance Company

---

CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of July, 2009, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties using this process in this matter. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

     /s/ A. Jacob Culotta, Jr.
         A. JACOB CULOTTA, JR.

---