3737-20624

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| **PERTAINS TO: SEVERED MASS** | * | **NO: 05-4182** |
| **JOINER CASES** | * | |
| | * | **SECTION "K" (2)** |
| *Severed from:* | * | |
| *Abadie I, 06-5164, and* | * | **JUDGE DUVAL** |
| *Abadie II, 07-5112* | * | |
| | * | **MAG WILKINSON** |
| | * | |
| *APPLIES TO "FORCED PLACE INSURANCE"* | * | |
| | * | **CIVIL ACTION** |
| | * | |
| **DAWNELLA ADAMS, JAMES ANDERSON,** | * | **NO. 09-2609** |
| **LOUISIE ANDERSON, MILTON ANDERSON,** | * | |
| **KWOK AU, RHONDA AYME, AMANDY** | * | |
| **BACCHUS, GAIL BARNES-JOHNSON,** | * | |
| **LEE BATES, MECHELE BATES, ALPHONSE** | * | |
| **BAZILE, DEBBIE BENNETT, MARIE** | * | |
| **BENOIT, BRENDA BOWMAN, HERBERT** | * | |
| **BROOKS, REJEANIE BROOKS, DEMOND** | * | |
| **BROWN, JEANNETTE BROWN, PATRICIA** | * | |
| **BRUNO, SHARON BUGGAGE, MALCOLM** | * | |
| **BUTLER, MARJORIE CAREY, RICHARD** | * | |
| **CARR, SHARILLA COLLINSGENEVA** | * | |
| **COOLEY, ANDRE CORLEY-PRICE, LOUIS** | * | |
| **CORTIER, HARRISON COX, IRMA CURTIS** | * | |
| **MARLO DABOG, PAMELA DAVIS-BATISTE** | * | |
| **ALICE DEBOSE, TROY DOUGLAS,** | * | |
| **STEPHANIE DUPLESSIS, JOANN** | * | |
| **DUVERNAY, EMELDA EDINBURGH,** | * | |
| **RAYMOND EDWARDS, ROCHELLE** | * | |
| **EDWARDS, PAULETTE EVANS, KENDRA** | * | |

| | |
|---|---|
| EVERY, CALVIN FOLEY, MYRA FOLEY, | * |
| MARY ANN FRANKLIN, PRISCILLA | * |
| FRANKLIN, ULNIS FULTON, LARRY | * |
| FUNCHES, VESTA GRANT, TOLETHA | * |
| GILMORE, GLENDA HAMLIN, AGNES | * |
| HARRIS, DOREEN HILLS, DOROTHY | * |
| HOLMES, ROSA HOLMES, RAHSAANA | * |
| ISON KENNEY, BERNICE JACK, NORMA | * |
| JAMES, CYNTHIA JOHNSON, LOIS | * |
| JOHNSON, MONA JOHNSON, AUDRY | * |
| JONES, MICHELLE JONES, MIRIAM | * |
| JONES, DALE JUNEAU, DARRAL | * |
| KENDRICKS, GREGORY KIRKSEY, ANNA | * |
| KRANTZ, DAWN LANDRY, CALVIN LANGE | * |
| GERALDINE LASTIE, CHAUNDRA LEE, | * |
| JERRY LEWIS, RACHELLE LEWIS, | * |
| SYLVIA MATTHEWS, AIDA MELARA, | * |
| GLEN MINOR, RUBEN MOLETT, GLORIA | * |
| MUHAMMED, ESTELLE NEWSOME, JACK | * |
| O'NEAL, DONIS PARTMAN, RAQUEL | * |
| PERRY, VERONICA PETERS, DONALD | * |
| RAYMOND, HERBERT ROBINSON, LOIS | * |
| ROUTE, CHERYL SANCHEZ, LORRAINE | * |
| SANDERS, SHEILA SANDERS, CORA LEE | * |
| SANDIFER, MELVIN SCHULTZ, KENT | * |
| SCOTT, JOYCCELYN SIBNCLAIR, | * |
| CLAYTON SINEGAL, JESSIE SMITH, | * |
| MARIE SMITH, TYRONNE SMITH, EVE | * |
| SMITH-MILLER, DEBORAH ST. GERMAIN, | * |
| PAULINE STEWART, BETSY SUNSERI, | * |
| MARCELYN TAYLOR, SHELLEAND | * |
| TERRY, CATHERINE THOMPSON-MAGEE, | * |
| HELEN TONTH, AARON TURNER, AARON | * |
| TURNER, LYNELL TURNER, MARIA | * |
| VIEAGES, BARBARA WALTON, WALLACE | * |
| WASHINGTON, RICHARD WELLS, | * |
| HAROLD WHITAKER, ALFREDIA | * |
| WILLIAMS, DONNA WILLIAMS, GAYLE | * |

| | |
|---|---|
| **WILLIAMS, MICHELLE WILLIAMS, RACHEL WILTZ, AND HELEN WITHERSPOON,** | * * * * |
| **VERSUS** | * * |
| **AMERICAN SECURITY INSURANCE COMPANY** | * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the Request for Oral Argument filed by defendant, American Security Insurance Company;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is granted.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE