3737-20624

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| **PERTAINS TO: SEVERED MASS** | * | **NO: 05-4182** |
| **JOINDER CASES** | * | |
| | * | **SECTION "K" (2)** |
| *Severed from:* | * | |
| *Abadie I, 06-5164, and* | * | **JUDGE DUVAL** |
| *Abadie II, 07-5112* | * | |
| | * | **MAG WILKINSON** |
| | * | |
| *APPLIES TO "FORCED PLACE INSURANCE"* | * | |
| | * | |
| **GARY ROBERT, MARY RYAN, ALTHEA** | * | |
| **HART-JENKINS, DOROTHY THREETON,** | * | |
| **and SANDRA WILLIAMS,** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 09-2610** |
| | * | |
| **AMERICAN BANKERS INSURANCE** | * | |
| **COMPANY OF FLORIDA** | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

## DEFENDANT'S MOTION TO SEVER

**NOW INTO COURT,** through undersigned counsel, comes defendant, American Bankers

Insurance Company of Florida, (hereinafter referred to as "American Bankers"), who moves this

Court for entry of an order requiring the plaintiffs in the above-captioned matter to file

individualized amended complaints pursuant to the Order of Severance Dated January 8, 2009 (Rec. Doc. 41), with each plaintiff or plaintiffs, asserting specific coverage for each specific property, to file an individualized amended complaint as to that property.

　　　　**WHEREFORE**, defendant, American Bankers Insurance Company of Florida, prays that this Court enter an order requiring each plaintiff to file individualized amended complaints, asserting individualized claims against American Bankers, alleging coverage on each plaintiff's particular property at the time of the loss made subject to this lawsuit.

Respectfully submitted,

SALLEY, HITE & MERCER, LLC
**DAVID P. SALLEY, T.A. (#19770)**
**A. JACOB CULOTTA, JR. (#26856)**
365 Canal St., Ste. 1710
New Orleans, Louisiana 70130
(504) 566-8800


By: _____/s/ A. Jacob Culotta, Jr._____
　　　　A. JACOB CULOTTA, JR.
Attorneys for American Bankers Insurance Company of Florida

---

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of July, 2009, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties using this process in this matter. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

　　　_____/s/ A. Jacob Culotta, Jr._____
　　　　A. JACOB CULOTTA, JR.