3737-20624

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES          * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION                    * | | |
| PERTAINS TO: SEVERED MASS           * | | NO: 05-4182 |
| JOINDER CASES                                      * | | |
| * | | SECTION "K" (2) |
| *Severed from:*                                         * | | |
| *Abadie I, 06-5164, and*                           * | | JUDGE DUVAL |
| *Abadie II, 07-5112*                                  * | | |
| * | | MAG WILKINSON |
| * | | |
| *APPLIES TO "FORCED PLACE INSURANCE"* * | | |
| * | | |
| GARY ROBERT, MARY RYAN, ALTHEA * | | |
| HART-JENKINS, DOROTHY THREETON, * | | |
| and SANDRA WILLIAMS,                         * | | CIVIL ACTION |
| * | | |
| VERSUS                                                      * | | NO. 09-2610 |
| * | | |
| AMERICAN BANKERS INSURANCE     * | | |
| COMPANY OF FLORIDA                        * | | |
| * | | |

\*   \*   \*   \*   \*   \*   \*   \*         \*   \*   \*   \*   \*

## NOTICE OF HEARING

TO:   All counsel of record

NOTICE IS HEREBY GIVEN that American Bankers Insurance Company of Florida, defendant in the above named case, will bring on for hearing their Motion to Sever, before the Honorable Stanwood R. Duval, Jr. on the 5th day of August, 2009, at 9:30 a.m. at New Orleans, Louisiana, or on any other date and time deemed appropriate by the Court.

Respectfully submitted,

SALLEY, HITE & MERCER, LLC
**DAVID P. SALLEY (#19770), T.C.**
**A. JACOB CULOTTA, JR. (#26856)**
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
(504) 566-8800

Attorneys for American Bankers Insurance Company of Florida

By:     /s/ A. Jacob Culotta, Jr.
         **A. JACOB CULOTTA, JR.**

CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of July, 2009, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties using this process in this matter. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

      /s/ A. Jacob Culotta, Jr.
       A. JACOB CULOTTA, JR.