3737-20624

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** \* | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** \* | |
| **PERTAINS TO: SEVERED MASS** \* | **NO: 05-4182** |
| **JOINDER CASES** \* | |
| \* | **SECTION "K" (2)** |
| *Severed from:* \* | |
| *Abadie I, 06-5164, and* \* | **JUDGE DUVAL** |
| *Abadie II, 07-5112* \* | |
| \* | **MAG WILKINSON** |
| \* | |
| *APPLIES TO "FORCED PLACE INSURANCE"* \* | |
| \* | |
| **GARY ROBERT, MARY RYAN, ALTHEA** \* | |
| **HART-JENKINS, DOROTHY THREETON,** \* | |
| **and SANDRA WILLIAMS,** \* | **CIVIL ACTION** |
| \* | |
| **VERSUS** \* | **NO. 09-2610** |
| \* | |
| **AMERICAN BANKERS INSURANCE** \* | |
| **COMPANY OF FLORIDA** \* | |
| \* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**REQUEST FOR ORAL ARGUMENT**

    **NOW INTO COURT,** through undersigned counsel, comes defendant, American Bankers Insurance Company of Florida, and pursuant to Local Rule 43.1, requests oral argument on the Motion to Sever.

**WHEREFORE,** defendant, American Bankers Insurance Company of Florida, respectfully requests that this Honorable Court grant it permission to provide oral argument relating to the Motion to Sever.

Respectfully submitted,

SALLEY, HITE & MERCER, LLC
**DAVID P. SALLEY, T.A. (#19770)**
**A. JACOB CULOTTA, JR. (#26856)**
365 Canal St., Ste. 1710
New Orleans, Louisiana 70130
(504) 566-8800


By:      /s/ A. Jacob Culotta, Jr.
             A. JACOB CULOTTA, JR.
Attorneys for American Bankers Insurance Company of Florida

---

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of July, 2009, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties using this process in this matter. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

       /s/ A. Jacob Culotta, Jr.
         A. JACOB CULOTTA, JR.