3737-20624

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS | * | NO: 05-4182 |
| JOINDER CASES | * | |
| | * | SECTION "K" (2) |
| *Severed from:* | * | |
| *Abadie I, 06-5164, and* | * | JUDGE DUVAL |
| *Abadie II, 07-5112* | * | |
| | * | MAG WILKINSON |
| | * | |
| *APPLIES TO "FORCED PLACE INSURANCE"* | * | |
| | * | |
| GARY ROBERT, MARY RYAN, ALTHEA | * | |
| HART-JENKINS, DOROTHY THREETON, | * | |
| and SANDRA WILLIAMS, | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 09-2610 |
| | * | |
| AMERICAN BANKERS INSURANCE | * | |
| COMPANY OF FLORIDA | * | |
| | * | |
| *   *   *   *   *   *   *   * | * | *   *   *   *   * |

# O R D E R

Considering the Request for Oral Argument filed by defendant, American Bankers Insurance Company of Florida;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is granted.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE