UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>  Abadie 06-5164<br>  Abadie 07-5112<br>  Road Home, 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the request of Standard Fire Insurance Company, and pursuant to Judge Duval's order referring this matter to me to conduct a status conference with counsel for Standard Fire, counsel for plaintiffs, Jonnie Spellman, Robert Williams, Ralph Robin, Edward White, Vallery Brown, Gail Stewart and Bertha Johnson, and Dan Rees, on behalf of the Road Home Program, Record Doc. Nos. 19104 and 19121,

**IT IS ORDERED** that a status conference in the referenced Abadie cases will be conducted before me on **August 11, 2009 at 2:00 p.m.**  The purpose of the conference is to resolve issues regarding approval by the Road Home Program of the settlements previously reached by the above-named plaintiffs in the referenced matters.  Joseph M. Bruno, counsel for plaintiffs, Seth Schmeeckle, counsel for Standard Fire, and Dan Rees, on behalf of the Road Home Program, must appear in person.

New Orleans, Louisiana, this ___21st___ day of July, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.