UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * * | JUDGE |
| | * * | STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF
UNCONTESTED MOTION TO RESET HEARING ON MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)**

**MAY IT PLEASE THE COURT:**

Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq., respectfully avers that this motion is ripe for this Court's ruling on the issues raised within the Defendants' previously filed Motion to Dismiss.

This matter was originally scheduled to be heard on July 15, 2009. At the time this motion was filed, with this Honorable Court, the Defendants requested oral arguments on their 12(b)(6) motion. The Court indicated that it would reach a determination on whether to allow

1

oral arguments prior to the July 15, 2009 date. On July 14, 2009, upon urging by this Honorable Court, the Defendants were asked to file a motion to reset this matter to July 29, 2009 and later this was moved back to August 5, 2009. The Plaintiff's counsel has been kept abreast of the current situation regarding the Defendants' 12(b)(6) motion and has no objection to resetting the hearing on this matter to the August 5th date.

**WHEREFORE**, the Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq., prays that an Order be granted resetting a Hearing on their Motion to Dismiss for the reasons stated in this Memorandum in Support.

Respectfully submitted:

_____
DAVID V. BATT, #2849
ROBERT D. REINE, #28978
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___ day of _July_, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed and first class postage prepaid.

_____
ROBERT D. REINE

2