UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        *    CIVIL ACTION
CONSOLIDATED LITIGATION              *
                                     *    NO. 05-4182
PERTAINS TO: BARGE                   *    and consolidated cases
                                     *
Weisler v. Seymour, et al. 09-2737   *    SECTION "K" (2)
                                     *
                                     *    JUDGE
                                     *    STANWOOD R. DUVAL, JR.
                                     *
                                     *    MAGISTRATE JUDGE
                                     *    JOSEPH C. WILKINSON, JR.

ORDER

Considering the foregoing Uncontested Motion to Reset Hearing on Motion to Dismiss for Failure to State a Claim Under Rule 12(b) on behalf of the Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq.,

**IT IS HEREBY ORDERED** that a hearing be set for the 5th day of August at ____ am/pm., 2009 as to why the Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b) should not be granted.

**IT IS FURTHER OREDERED** that this court will decide upon the briefs of the parties whether to allow oral arguments.

1

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
HON. JOSEPH C. WILKINSON, JR.
UNITED STATES
MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

2