UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

**NOTICE OF HEARING ON DEFEDENTS' UNCONTESTED MOTION TO RESET
HEARING ON MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)**

Considering the above and foregoing,

**PLEASE TAKE NOTICE** that the Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b), through undersigned counsel, is set for hearing on August 5, 2009 at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr., United States District Court, Eastern District of Louisiana, in accordance with the local rules.

1

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _____ day of July _____, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

_____
DAVID V. BATT

_____
DAVID V. BATT, #2849
ROBERT D. REINE, #28978
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290