UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 |
| PERTAINS TO: BARGE | * and consolidated cases * * SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * * JUDGE * STANWOOD R. DUVAL, JR. * * MAGISTRATE JUDGE * JOSEPH C. WILKINSON, JR. |

**UNCONTESTED MOTION TO RESET HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)**

**NOW INTO COURT,** through undersigned counsel, comes the Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq., to respectfully request that this Court reset the hearing for the following Motion to Dismiss:

1. To dismiss the above captioned complaint, as it relates to the Defendants, individually, pursuant to Federal Civil Rules of Procedure Rule 12(b)(6). The Complaint fails to state a claim against the Defendants upon which relief can be granted.

1

This matter was originally scheduled to be heard on July 15, 2009. Oral arguments were requested. However, due to certain factors beyond the control of the parties, this Honorable Court has asked that the Defendants file a motion to reset the hearing on this matter. This Honorable Court has indicated that this matter will be heard on August 5, 2009. Additionally, this Court will decide if oral arguments are necessary based upon the briefs of the parties.

For the reasons set forth in the attached Memorandum in Support, the Defendants prays that its Motion for Reset Hearing on its previously filed Motion to Dismiss be granted and that a final ruling be issued on said motion.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _____ day of _____, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

_____
ROBERT D. REINE

Respectfully submitted:

_____
DAVID V. BATT, #2849
ROBERT D. REINE, #28978
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290