UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Uncontested Motion to Reset Hearing on Motion to Dismiss for Failure to State a Claim Under Rule 12(b) on behalf of the Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq.,

**IT IS HEREBY ORDERED** that a hearing be set for the 5th day of August at _____ am/pm., 2009 as to why the Defendants' Motion to Dismiss for Failure to State a Claim Under Rule 12(b) should not be granted.

**IT IS FURTHER OREDERED** that this court will decide upon the briefs of the parties whether to allow oral arguments.

1

New Orleans, Louisiana, this _____ day of _____, 2009.

_____<br>
HON. JOSEPH C. WILKINSON, JR.<br>
UNITED STATES<br>
MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**