## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * CIVIL ACTION NO.: 05-CV-4182 <br> * <br> * <br> * SECTION "K" <br> * JUDGE STANWOOD R. DUVAL, JR. <br> * <br> * MAG. "M2" |
| **PERTAINS TO:** <br> **INSURANCE** (*Aguilar*, No. 07-4582) | * MAGISTRATE JOSEPH C. WILKINSON, JR. <br> * <br> * |

### JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comeplaintiff, Bonnie C. Cheavious, and defendant, Lexington Insurance Company, who jointly move the Court to dismiss plaintiff's claim against Lexington Insurance Company, with prejudice, on the grounds that this matter has been fully and finally compromised, and settled as to all claims, with each party to bear its own costs.

Respectfully submitted,

*[signature]*

JIM S. HALL (NO. 21644)
JOSEPH W. RAUSCH (NO. 3914)
**JIM S. HALL & ASSOCIATES**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone:   (504) 832-3000
Facsimile:   (504) 832-1799

*Counsel for plaintiff, Bonnie C. Cheavious*

Respectfully submitted,

/s/ Robert I. Siegel
ROBERT I. SIEGEL (NO. 19044)
JOHN E.W. BAAY II, T.A. (#22928)
ERIC C. WALTON (NO. 29471)
**GIEGER, LABORDE & LAPEROUSE, LLC**
Suite 4800 - One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011

*Counsel for Defendant, Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of _____, 2009, served a copy of the foregoing **Joint Motion to Dismiss** on counsel for all parties to this proceeding, by the Court's Electronic Delivery System or by placing same in the United States Mail, postage paid and properly addressed.

/s/ Robert I. Siegel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * CIVIL ACTION NO.: 05-CV-4182 <br> * <br> * <br> * SECTION "K" <br> * JUDGE STANWOOD R. DUVAL, JR. <br> * <br> * MAG. "M2" |
| **PERTAINS TO:** <br> **INSURANCE** (*Aguilar*, No. 07-4582) | * MAGISTRATE JOSEPH C. WILKINSON, JR. <br> * <br> * |

## ORDER

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS:

IT IS ORDERED that the claims of the plaintiff, Bonnie C. Cheavious, against Lexington Insurance Company in the above captioned matter are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

Page -1-