UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| STATE OF LOUISIANA, et al. | * | CIVIL ACTION  NO.:   07-5528 |
|---|---|---|
| | * | |
| Plaintiffs, | * | SECTION:  "J" |
| | * | |
| v. | * | MAGISTRATE: "2" |
| | * | |
| AAA INSURANCE COMPANY, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**JOINT DESIGNATION OF RECORD**

NOW INTO COURT, comes Plaintiffs and certain Insurer Defendants, which jointly designate the following documents within the trial court record for purposes of the interlocutory appeal [Rec. Doc. 59]:

(The following docket entries contain documents that are relevant to the merits of the appeal. With the exception of the first entry, when forwarding these documents to the Fifth Circuit, please include all attachments (for example, the motion, memorandum, all of the exhibits and related documents), not just the main document.)

| Case No. | Docket No. | Description |
|---|---|---|
| E.D. La. 07-5528 | 1—3 (pp. 9 – 52) | The State of Louisiana's First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief |
| E.D. La. 07-5528 | 6 | Road Home Consolidation Order – Ordered that the 07-5528 case is consolidated with In re Katrina Canal Breaches Consolidated Litigation, C.A. No. 05-4182. |
| E.D. La. 07-5528 | 10 | USCA Judgment issued as mandate on 5/5/08 as to Notice of Interlocutory Appeal filed by Louisiana State |

| E.D. La. 05-4182 (Reference: 07-5528) | 16493 | Defendant Insurers' Rule 12(b)(6) Motion To Dismiss Plaintiffs' Amended And Restated Complaint (attaching Appendices A – D) |
|---|---|---|
| E.D. La. 05-4182 (Reference: 07-5528) | 17067 | Plaintiffs' Memorandum of Law in Opposition to Defendant Insurers' Rule 12(b)(6) Motion to Dismiss |
| E.D. La. 05-4182 (Reference: 07-5528) | 17342 | Defendant Insurers' Reply Memorandum in Support of Their Rule 12(b)(6) Motion to Dismiss (attaching Exhibit A) |
| E.D. La. 05-4182 (Reference: 07-5528) | 17432 | Plaintiffs' Motion for Leave to File Supplemental Exhibits (with supplemental exhibits attached to motion) |
| E.D. La. 05-4182 (Reference: 07-5528) | 17449 | Order granting Plaintiffs' Motion for Leave to File Supplemental Exhibits |
| E.D. La. 05-4182 (Reference: 07-5528) | 17793 | Transcript Of Motion Proceedings Heard Before The Honorable Stanwood R. Duval On January 30, 2009 |
| E.D. La. 05-4182 (Reference: 07-5528) | 18033 | Order and Reasons of March 5, 2009 re: Defendant Insurers' Rule 12(b)(6) Motion to Dismiss |
| E.D. La. 05-4182 (Reference: 07-5528) | 18207 | Defendant Insurers' Motion for Reconsideration of the Court's Order on the Defendant Insurers' Rule 12(b)(6) Motion to Dismiss |
| E.D. La. 05-4182 (Reference: 07-5528) | 18481 | Plaintiffs' Memorandum in Opposition to Defendant Insurers' Motion for Reconsideration of the Court's Order on the Defendant Insurers' Rule 12(b)(6) Motion to Dismiss |
| E.D. La. 05-4182 (Reference: 07-5528) | 18574 | Defendant Insurers' Reply Memorandum in Support of Their Motion for Reconsideration of the Court's Order on the Defendant Insurers' Rule 12(b)(6) Motion to Dismiss |
| E.D. La. 07-5528 | 21 | Order and Reasons of April 16, 2009 re: Defendant Insurers Motion for Reconsideration of the Court's Order on the Defendant Insurers' Rule 12(b)(6) Motion to Dismiss (said order also grants the Defendant Insurers' permission to apply for permission to appeal pursuant to 28 U.S.C. § 1292(b) and a stay of the proceedings pending resolution of the appeal) |
| E.D. La. 07-5528 | 22 | Order that Civ. A. No. 07-5528 is deconsolidated from Civ. A. No. 05-4182 and transferred to Judge Carl Barbier for all further proceedings. |
| E.D. La. 07-5528 | 23 | Order continuing the stay order pending resolution of the appeal. |

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| JAMES D. "BUDDY" CALDWELL<br>ATTORNEY GENERAL | __/s/Ralph S. Hubbard III_____<br>Ralph S. Hubbard III, T.A., La. Bar # 7040<br>Seth A. Schmeeckle, La. Bar # 27076 |
| _/s/Bryan McMinn_____<br>Sallie J. Sanders, La. Bar #11703<br>James Trey Phillips, La. Bar #19978<br>Stacie L. deBlieux, La. Bar #29142<br>Bryan McMinn<br>Assistant Attorney General<br>1885 North Third Street<br>P.O. Box 94005<br>Baton Rouge, LA  70804-9005<br>Telephone:  (225) 326-6400<br>Facsimile:  (225) 326-6499 | LUGENBUHL, WHEATON, PECK,<br>     RANKIN & HUBBARD<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone:     (504) 568-1990<br>Facsimile:     (504) 310-9195<br>Counsel for Insurer Defendants |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record by electronic notice from the Court's CM/EC Filing System, this 14th day of July, 2009.

> */s/ Ralph S. Hubbard*_____
> Ralph S. Hubbard

3