MINUTE ENTRY
WILKINSON, M.J.
JULY 22, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LOUISIANA STATE ET AL.                  CIVIL ACTION

VERSUS                                  NO. 07-5528

AAA INSURANCE ET AL.                    SECTION "J"(2)

* * *

In Re: KATRINA CANAL BREACHES           CIVIL ACTION
        CONSOLIDATED LITIGATION
                                        NO. 05-4182

PERTAINS TO:    INSURANCE               JUDGE DUVAL
                Chehardy, 06-1672       MAG. WILKINSON
                Chehardy, 06-1673
                Chehardy, 06-1674


        Pursuant to my previous order, Record Doc. No. 65 in C.A. No. 07-5528 "J"(2) and

Record Doc. No. 19110 in C.A. No. 05-4182 "K"(2), an open session for purposes of

further planning and the expression of views concerning settlement by all interested

counsel and parties, including counsel for relevant matters pending in state court, was

conducted before me on this date.  Principal participants were:  Emile Rolfs, Jack Culotta,

Darren Patin and Suzanne Don de'Ville, counsel for Louisiana Citizens; Calvin Fayard and

**MJSTAR:  2 : 15**

Joseph M. Bruno, plaintiffs' Liaison Counsel in the federal court matters; Ralph S. Hubbard III and Seth Schmeeckle, defendants' Liaison Counsel in the federal court matters; Fred Herman and Jennifer Eagan, plaintiffs' class counsel in state court matters <u>Oubre</u> and <u>Orrill</u>. About 20 other lawyers representing various interests appeared. Class counsel in the state court case <u>Press</u> declined the invitation to participate.

Considering the statements of counsel and the record of the federal court cases, **IT IS ORDERED** that court-conducted settlement discussions will proceed as follows:

Counsel advised the court that the next scheduled meeting of the board of Louisiana Citizens is set for August 13, 2009. Accordingly, no later than **August 21, 2009**, counsel for Louisiana Citizens must present to all appropriate plaintiffs' class or putative class counsel, with a copy to me, <u>either</u> (1) a written global settlement proposal, with pre-approval of the Louisiana Citizens board, or (2) a written statement that no global settlement proposal will be made. After I receive and review the response of Louisiana Citizens to this order, I will conduct a telephone conference with counsel for both sides in the federal cases to determine whether and, if so, how and when future court-conducted settlement discussions might proceed.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. CARL J. BARBIER