UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: INSURANCE | * | SECTION "K"(2) |
|     Master Consolidated Class Action | * | |
|     Complaint (Doc. 3413) | * | |
|     *Chehardy*, Nos. 05-1672, 05-1673, | * | |
|     and 05-1674 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### THE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
### THE INSURER DEFENDANTS' MOTION TO SEVER

MAY IT PLEASE THE COURT:

       The Plaintiffs, through the Court's Appointed Liaison Counsel and Insurance Liaison Counsel, together with the Court's Appointed Plaintiffs' Steering Committee (collectively referred to as "the Insurance PSLC"), submit this memorandum in opposition to the Insurance Company Defendants' Motion to Sever the Plaintiffs' claims contained in the *Master Consolidated Class Action Complaint* (Doc. 3413) and in the *Chehardy* action. The Plaintiffs respectfully suggest the Insurance Company Defendants' Motion to Sever is premature, and that this Honorable Court should

1

deny that motion until such time as the Court rules on the Plaintiffs' timely filed *Motion for Reconsideration* (Doc. 19079) of the Court's June 16, 2009, Ruling, or alternatively, defer ruling.

On June 16, 2009, this Court entered its *Order and Reasons* (Doc. 19005) granting the Insurance Company Defendants' *Motion to Strike the Class Allegations* (Doc. 16711), from the *Master Consolidated Complaint*–the *Chehardy* action was previously incorporated into the *Master Complaint.* The Insurance Company Defendants' Motion to Sever requests this Court enter an order directing the Plaintiffs to file "an individualized amended complaint by July 30, 2009, for each plaintiff or set of related plaintiffs asserting claims against only the insurer defendant having insured that particular plaintiff's property at the time of the loss made subject of the lawsuit." *Insurer Defendants' Motion to Sever,* at p. 1.

On June 30, 2009, the Plaintiffs timely filed a motion and supporting memorandum, pursuant to Federal Rules of Civil Procedure 23(c)(1) and 59(e), seeking modification of this Court's June 16, 2009, *Order and Reasons* (Doc. 19005). The Plaintiffs set forth in details specific reasons and additional arguments not previously presented to the Court establishing a basis for modification of the Court's June 16, 2009, *Order and Reasons* (Doc. 19005), at least in part, in their supporting memorandum (Doc. 19079-2). Given the vast interests and widespread impact of the Court's *Order and Reasons* (Doc. 19005), upon tens of thousands of policyholders in the State of Louisiana, the Plaintiffs requested oral argument. Even though the Court has yet to rule on the Plaintiffs' requests for oral argument, a hearing on the Plaintiffs' *Motion for Reconsideration* (Doc. 19079) was set for August 5, 2009.

In comparison, the Insurance Company Defendants' Motion to Sever seeks an order compelling the Plaintiffs' to refile individual actions by *July 30, 2009*. Given the hearing date on

2

the Plaintiffs' *Motion for Reconsideration* (Doc. 19079) is not set to be heard until August 5, 2009, the Plaintiffs suggest the Insurance Company Defendants' Motion to Sever is premature and should be denied. At the very least, the Plaintiffs respectfully suggest the Court defer ruling on the Insurance Company Defendants' Motion to Sever until the Court decides the Plaintiffs' *Motion for Reconsideration* (Doc. 19079).

Alternatively, the Plaintiffs suggest the Court deny or defer ruling on the Insurance Company Defendants' Motion to Sever in order to afford parties a reasonable opportunity to seek resolution of some or all of the Plaintiffs' claims before Magistrate Judge Wilkinson. Judge Wilkinson held his first conference with counsel for plaintiffs and insurers on July 22, 2009. See Minute Entry dated July 22, 2009 at Document #19151 of the Katrina Consolidated Litigation docket. Judge Wilkinson has now set forth a time period for determining whether resolution is achievable with at least one major defendant in the *Master Complaint* and the *Chehardy* action. Additional insurers and plaintiffs in the *Master Complaint* and the *Chehardy* action continue to work toward resolution of all of the claims in those actions, and in other actions like the *Road Home* case (previously transferred to the Honorable Carl J. Barbier by this Court). The Plaintiffs suggest there will be no prejudice to any party in either denying or deferring ruling on the Insurance Company Defendants' Motion to Sever at this time. In fact, denial and referral of the *Master Complaint* and the *Chehardy* action to Judge Wilkinson for resolution–as requested in the Plaintiffs' *Motion for Reconsideration* and *Supporting Memorandum* (Docs. 19079 and 19079-2)–makes good business sense for the insurers. Such action will aid the insurers in bringing finality to the underlying actions and claims, and terminating their resurgent financial exposure to individual suits which are now being filed and which may continue to be filed over the course of the next twelve months.

Accordingly, the Court should deny the Insurance Company Defendants' Motion to Sever.

## CONCLUSION

For the foregoing reasons, and for the reasons stated in the Plaintiffs' *Motion for Reconsideration* and *Supporting Memorandum* (Doc. Nos. 19079 and 19079-2), the Plaintiffs respectfully request this Honorable Court deny, or alternatively defer ruling on, the Insurance Company Defendants' Motion to Sever.

Respectfully submitted,

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar #5486)
INSURANCE PSLC LIAISON COUNSEL
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
calvinfayard@fayardlaw.com

For
**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**
John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier
Calvin C. Fayard, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 24th day of July, 2009.

                                                     /s/ Joseph M. Bruno
                                            JOSEPH M. BRUNO (La. Bar # 3604)