# LAW OFFICES OF HOWARD A. SNYDER

A PROFESSIONAL LAW CORPORATION
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
Telephone (818) 461-1790
Facsimile (818) 461-1793
Toll Free (866) 504-4999

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUL 23 PM 12: 42

LORETTA G. WHYTE
CLERK

July 17, 2009

Via Facsimile

Hon. Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Chambers B409
New Orleans, Louisiana 70130
Fax No: (504) 589-7633

Re: *Stephanie Press v. Louisiana Citizens Fair Plan*
Louisiana State Case No: 06-05530

Dear Judge Wilkerson:

We represent Plaintiff's counsel in *Press v. Louisiana Citizens*. We thank you for your efforts in attempting to bring the parties together to settle the Katrina-related insurance litigation. We regret that we will be unable to attend the voluntary settlement conference on July 22, 2009. The reason for our inability to attend is that despite our request, Louisiana Citizens has not provided any information which would enable parties to enter into meaningful settlement discussions which could ultimately be approved by the Court.

Again, thank you for your efforts to mediate these disputes.

Sincerely,

Howard A. Snyder
Daniel S. Gruber
Allan Kanner
Mark W. Smith
PLAINTIFFS' CLASS COUNSEL
*Press v. Louisiana Citizens*

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Hon. Joseph C. Wilkinson, Jr.
Re: *Press v. Louisiana citizens* CDC Case No. 06-5530
July 17, 2009
Page 2

cc: Allan Kanner
Cindy St. Amant
KANNER & WHITELEY, L.L.C.

Mark W. Smith
MARK SMITH & ASSOCIATES

James B. Kropff
LAW OFFICES OF JAMES KROPFF