UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: INSURANCE                 SECTION "K"(2)
Aguilar, 07-4852

## ORDER

Considering the Joint Motion to Dismiss (Rec. Doc. 19147), and in light of the fact that this Court already dismissed this case in its February 4, 2009 dismissal order (Rec. Doc. 17556), and this Court has already mooted a prior request for dismissal (Rec. Doc. 19000), accordingly

**IT IS ORDERED** that the motion is **MOOT** based on the dismissal order of February 4, 2009, Rec. Doc. 17556.  There is no need to file motions to dismiss individual cases which were included in that order and such motions will be denied as moot in the future.

New Orleans, Louisiana, this __27th__ day of July, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**