UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
       CONSOLIDATED LITIGATION
                                      NO. 05-4182

PERTAINS TO: INSURANCE                SECTION "K"(2)


# ORDER

Before the Court are Plaintiffs' Motion for Reconsideration (Rec. Doc. 19079) and Defendants' Motion to Sever (Rec. Doc. 19083). The parties have requested oral argument on these motions. The Court, having reviewed the motions and oppositions, finds that oral argument is unnecessary to the adjudication of these motions. Accordingly,

**IT IS ORDERED** that the Requests for Oral Argument (Rec. Docs. 19080 & 19084) in regards to the Plaintiffs' Motion for Reconsideration (Rec. Doc. 19079) and Defendants' Motion to Sever (Rec. Doc. 19083) are **DENIED.**

New Orleans, Louisiana, this __27th__ day of July, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1