UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| | § | |

THE UNITED STATES OF AMERICA'S EX PARTE MOTION FOR LEAVE
TO FILE A CORRECTED AND AMENDED BRIEF EXCEEDING
ONE HUNDRED AND TWENTY-FIVE PAGES IN LENGTH

The United States of American moves for leave to file a post trial brief in excess of 125 pages, as previously specified by the Court in its May 14, 2009 Minute Entry (Doc. 18842). This brief includes a new discussion of damages, which was inadvertently omitted from the original post-trial brief, and corrects typographical, stylistic, and citation errors.  The United States has addressed, in an efficient manner, thousands of pages of trial testimony transcript and exhibits.  The brief also incorporates graphics presented at trial

Despite substantial editing, the brief still exceeds the Court's page limit by a handful of pages. comprising 130 pages.

Plaintiffs sought and obtained similar relief with respect to their post-trial briefing. The United States would suffer substantial injustice if the entirety of its argument was not considered by the Court.

Accordingly, the United States respectfully requests that the Court grant its Ex Parte Motion for Leave to file a Post-Trial Brief not to exceed 130 pages. Pursuant to Local Rule 7.3E, a proposed order is attached.

                                                Respectfully submitted,

                                                TONY WEST
                                                Assistant Attorney General

                                                PHYLLIS J. PYLES
                                                Director, Torts Branch

                                                JAMES G. TOUHEY, JR
                                                Assistant Director, Torts Branch

                                                /s Robin Smith
                                                ROBIN SMITH
                                                Senior Trial Counsel
                                                Civil Division, Torts Branch
                                                U.S. Department of Justice
                                                Benjamin Franklin Station, P.O. Box 888
                                                Washington, D.C. 20044
                                                (202) 353-2574 / (202) 616-5200 (Fax)
                                                Attorneys for the United States of America

## CERTIFICATE OF SERVICE

      I, Robin Smith, hereby certify that on July 29, 2009, I served a true copy of the Defendant United States' Ex Parte Motion For Leave to File a Post Trial Brief Exceeding One Hundred and Twenty-Five Pages on the Plaintiffs by ECF.

                                          /s/ Robin Smith
                                          ROBIN SMITH