UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| PERTAINS TO: BARGE | * and consolidated cases<br>* |
| *Boutte v. Lafarge*      05-5531<br>*Mumford v. Ingram*   05-5724<br>*Lagarde v. Lafarge*    06-5342<br>*Perry v. Ingram*        06-6299<br>*Benoit v. Lafarge*      06-7516<br>*Parfait Family v. USA*  07-3500<br>*Weber v. LNA*          08-4459 | * SECTION "K" (2)<br>*<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>*<br>* MAG.<br>* JOSEPH C. WILKINSON, JR.<br>* |

### AMENDED NOTICE OF DEPOSITION OF GENNARO G. MARINO

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America Inc., through undersigned counsel, will take the deposition of **Gennaro G. Marino, Ph.D.** on **August 7, 2009 at 9:00 a.m.** for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter at the law offices of Goodwin Procter, LLP, 901 New York Avenue, Washington, DC 20001, at which time and place you are hereby invited to attend, and continuing day to day until said examination is concluded. (This deposition start time is one hour earlier than stated in the original notice; other details remain the same). The deposition may be recorded by audio, audiovisual and/or stenographic means.

Respectfully submitted,

**GOODWIN PROCTER LLP**

_____/s/ John D. Aldock_____

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel: (202) 346-4240

Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
fisher@chaffe.com
walker@chaffe.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

### Certificate of Service

I do hereby certify that I have on this 28th day of July, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

/s/ John D. Aldock