UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  *  CIVIL ACTION<br>*<br>* |
| PERTAINS TO: BARGE | *  NO. 05-4182<br>*  and consolidated cases<br>* |
| *Boutte v. Lafarge*       05-5531<br>*Mumford v. Ingram*   05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*         06-6299<br>*Benoit v. Lafarge*       06-7516<br>*Parfait Family v. USA* 07-3500<br>*Weber v. LNA*            08-4459 | *  SECTION "K" (2)<br>*<br>*  JUDGE<br>*  STANWOOD R. DUVAL, JR.<br>*<br>*  MAG.<br>*  JOSEPH C. WILKINSON, JR.<br>* |

### RE-NOTICE OF DEPOSITION OF MELVIN SPINKS

**TO: ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Lafarge North America, Inc., through undersigned counsel, will take the deposition of **Melvin Spinks** on **August 14, 2009 at 9:00 a.m.** for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, at which time and place you are hereby invited to attend, and continuing day to day until said examination is concluded.  (The deposition date and start time have been changed from the original notice.)  The deposition may be recorded by audio, audiovisual and/or stenographic means.

            Respectfully submitted,

            **GOODWIN PROCTER LLP**

/s/ John D. Aldock

John D. Aldock
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel: (202) 346-4240

Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
fisher@chaffe.com
walker@chaffe.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

### Certificate of Service

I do hereby certify that I have on this 29th day of July, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

/s/ John D. Aldock