UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　CIVIL ACTION
CONSOLIDATED LITIGATION
　　　　　　　　　　　　　　　　　　　NO.: 05-4182

　　　　　　　　　　　　　　　　　　　SECTION "K" (2)

FILED IN:　05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
　　　　　　05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
　　　　　　06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
　　　　　　06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
　　　　　　06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
　　　　　　06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
　　　　　　07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE AND MRGO

---

### ORLEANS LEVEE DISTRICT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO SIMS' AND BRINKMEYER'S OBJECTIONS TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Orleans Levee District moves for leave to file the attached Response to Sims' and Brinkmeyer's Objections to Proposed Findings of Fact and Conclusions of Law (Rec. Docs. 19116-3 and 19124-2). This response is necessary to clarify the factual record relating to the settlement class certification and fairness hearing.

Undersigned counsel personally contacted counsel of record for the Sims and Brinkmeyer objectors and was advised that there is no opposition to this motion for leave.

WHEREFORE, the Orleans Levee District prays for leave of court to file the accompanying response to objections in the captioned matter.

Respectfully submitted,

*s/Ben L. Mayeaux*
LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:     (337) 237-7000
FACSIMILE:       (337) 233-9450

and

McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, T.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
TELEPHONE:     (504) 831-0946
FACSIMILE:       (504) 831-2492
Attorneys for the ORLEANS LEVEE DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2009, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*
COUNSEL