UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO.: 05-4182

                                        SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE AND MRGO

## ORLEANS LEVEE DISTRICT'S RESPONSE TO SIMS' AND BRINKMEYER'S OBJECTIONS TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

The substance of the Sims and Brinkmeyer objections to the Joint Movant's Proposed Findings and Conclusions (Rec. Docs. 19116-3 and 19124-2) have been previously addressed. However, the Orleans Levee District respectfully submits this very brief response to an incorrect factual statement by the Objectors relating to an O.L.D. financial statement for purposes of clarifying the record.

-2-

Specifically, Objectors assert that the financial statement of the Orleans Levee District covering a time period two years ago -- ending June 30, 2007[1] -- reflected $5,293,685 in a restricted fund "allocable to the payment of judgments."[2] Pretermitting questions of relevance, this statement is factually wrong.

As the Notes to the Basic Financial Statement, Section 15, Fund Balance Reserved, confirm, of the line item on the June 30, 2007 financials showing a reserve of $5,293,685, fully $5,001,136 was reserved for "Debt Service" and <u>not</u> the payment of judgments[3] as incorrectly suggested by Objectors either impliedly (Brinkmeyer) or expressly (Sims).

Moreover, none of the foregoing in any way alters the fundamental fact that the Levee Districts' assets are immune from seizure -- and the Objectors do not argue otherwise.

Respectfully submitted,

*s/Ben L. Mayeaux*
LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:      (337) 237-7000
FACSIMILE:      (337) 233-9450

and

---

[1] Trial Exhibit #88.

[2] See objections at Rec. Doc. 19124-2, p. 5 and Rec. Doc. 19116-3, p. 3.

[3] Trial Exhibit #88, p.53 (attached as Ex. "A").

-3-

        McCRANIE, SISTRUNK, ANZELMO, HARDY,
        MAXWELL & McDANIEL
        Thomas P. Anzelmo, T.A. - #2533
        Mark E. Hanna - #19336
        Kyle P. Kirsch - #26363
        Andre J. Lagarde - #28649
        3445 N. Causeway Boulevard, Suite 800
        Metairie, Louisiana 70002
        TELEPHONE: (504) 831-0946
        FACSIMILE: (504) 831-2492
        Attorneys for the ORLEANS LEVEE DISTRICT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July, 2009, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

        *s/Ben L. Mayeaux*
        COUNSEL