**ORLEANS LEVEE DISTRICT**
**STATE OF LOUISIANA**
Notes to the Basic Financial Statements (Continued)

### 15. FUND BALANCE RESERVED

The following is a summary of fund balance reserves at June 30, 2007:

|  | General Fund | Debt Service Fund | Total |
|---|---|---|---|
| Reserved for: |  |  |  |
| Debt Service | - | 5,001,136 | 5,001,136 |
| Legal Settlements | 292,522 | - | 292,522 |
| Total | 292,522 | 5,001,136 | 5,293,658 |

### 16. FUND BALANCE - UNRESERVED - DESIGNATED

The Orleans Levee District has designated a portion of its General Fund balance for future expenditures. A description of these designations follows:

> Major construction equipment replacement - funds set aside for the purchase of equipment.
>
> Air conditioning unit replacement - funds set aside for replacement of air conditioning unit.
>
> Hurricane cleanup and recovery - funds set aside for the cleanup of hurricane damages to District property.
>
> Workers' compensation - funds set aside for workers' compensation claims as part of the Orleans Levee District self-insurance plan. See Note 7.
>
> Capital assets - funds set aside for purchase of capital assets.