## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 |
| PERTAINS TO: BARGE | * and consolidated cases <br> * <br> * SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * <br> * JUDGE <br> * STANWOOD R. DUVAL, JR. <br> * <br> * MAGISTRATE JUDGE <br> * JOSEPH C. WILKINSON, JR. |

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)

**NOW INTO COURT**, through undersigned counsel comes the Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq., (hereinafter collectively referred to as "Defendants") who respectfully requests leave to file a Reply Memorandum with this Honorable Court in support of its Motion to Dismiss.

Plaintiffs present issues in their opposition that are not addressed or that necessitate clarification by the Defendants.

**Wherefore**, Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq., prays that this Honorable Court issue an Order permitting it to file a Reply Memorandum with this Honorable Court in support of its Motion to Dismiss.

Respectfully submitted:

/s/

DAVID V. BATT, #2849
ROBERT D. REINE, #28978
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290

---

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 31st day of July, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

/s/ ROBERT D. REINE

---

2