UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | **CIVIL ACTION** |
|  | * |  |
|  | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * | **and consolidated cases** |
|  | * |  |
|  | * | **SECTION "K" (2)** |
| *Weisler v. Seymour, et al.* **09-2737** | * |  |
|  | * | **JUDGE** |
|  | * | **STANWOOD R. DUVAL, JR.** |
|  | * |  |
|  | * | **MAGISTRATE JUDGE** |
|  | * | **JOSEPH C. WILKINSON, JR.** |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS FOR FAILURE
TO STATE A CLAIM UNDER RULE 12(b)**

NOW INTO COURT, through undersigned counsel comes the Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq., (hereinafter collectively referred to as "Defendants") respectfully moves this Honorable Court to grant leave to file a Reply Memorandum with this Honorable Court in support of its Motion in Motion to Dismiss for Failure to State a Claim under Rule 12(b).

The Defendants filed a Motion in Dismiss in that the Plaintiff's complaint has failed to allege any set of facts upon which relief can be granted against the named Defendants, individually. The Plaintiff filed a memorandum in opposition to the Defendants' motion, clarification of which will assist the Court in making its decision regarding all issues presented.

For these reasons, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert,

Esq., and Lawrence Wilson, Esq., asks this Honorable Court to issue an Order permitting it to

file a Reply Memorandum in support of its Motion in Dismiss.

Respectfully submitted:

DAVID V. BATT, #2849
ROBERT D. REINE, #28978
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

*CERTIFICATE OF SERVICE*

I do hereby certify that I have on this _____ day of
_____, 2009, served a copy of the
foregoing pleading on counsel for all parties to this
proceeding, by mailing same by United States mail,
properly addressed, and first class postage prepaid.

ROBERT D. REINE

2