| First Name | Last Name | Main HO Ins |
|---|---|---|
| John | Aaron | LA Citizens |
| Kathy | Adams | National Lloyds |
| Allen | Age | State Farm |
| Salvatore | Aguello | State Farm |
| Naim | Ahmad | State Farm |
| Naueedunnisa (navid) | Ahmed | Lexington |
| Avanell | Alexander | State Farm |
| Paul | Alexander | Allstate |
| Debra | Alfonso | Allstate |
| Elizabeth | Alford | Encompass |
| Rosetta | Allen | Lafayette/United Fire |
| James | Amerson | Lafayette/United Fire |
| Mark | Andry | Lexington |
| Louise | Armstrong | Lafayette/United Fire |
| Carl | Augustine | Lafayette/United Fire |
| Leah | Augustine | Lafayette/United Fire |
| Patrice | August-Louper | Fidelity |
| Albert | Barard | LA Citizens |
| Dorothy | Barnes | Lafayette/United Fire |
| Albert | Barns | Allstate |
| Adelaide | Bassich | Encompass |
| Joseph | Bates | State Farm |
| Deborah | Baudoin | State Farm |
| Cathleen | Baudy | Lafayette/United Fire |
| Elois | Bell | Lafayette/United Fire |
| Phillip | Bell | State Farm |
| Ira | Bennet | LA Citizens |
| Edna | Bethancourt-Harris | LA Citizens |
| Mildred | Blakes | Lafayette/United Fire |
| Henry | Blount | Lafayette/United Fire |
| Rose | BoGuille | Allstate |
| Yvette | Bowens-Foster | Encompass |
| Terrance | Boyd | LA Citizens |
| YVONNE | BRADLEY | Encompass |
| Victoria | Brady | Lafayette/United Fire |
| Earnestine | Bratton | State Farm |
| Mark | Braud | Lafayette/United Fire |
| Altie Mae | Bridges | Allstate |
| Wilhelmina | Briggs | Lafayette/United Fire |
| Betty | Brock | Liberty Mutual |
| Orbadella | Browder | Allstate |
| Claudia | Brown | Allstate |
| Leola | Brown | LA Citizens |
| Louis | Brown | Lafayette/United Fire |
| Mildred | Brown | Lafayette/United Fire |
| Shranda | Brown | LA Citizens |
| Valerie | Brown | St Paul/Travelers |
| Marie | Brumfield | State Farm |
| Robert | Bruno | Maryland Casualty |
| Bruce | Burley | LA Citizens |
| Linda | Butler | LA Citizens |

| | | |
|---|---|---|
| Ruth | Butler | St Paul/Travelers |
| Rosa | Bynum | Allstate |
| Rita | Caldwell | Allstate |
| Mary Ann | Calloway | Lloyds of London |
| Phyllis | Campo | State Farm |
| Elton | Carney | Lafayette/United Fire |
| Milton | Carr | Allstate |
| Vanessa | Carter | Lafayette/United Fire |
| Shirley | Castigliola | Encompass |
| Chantrell | Causey | Lexington |
| Brenda | Chambers | LA Citizens |
| Valerie | Chriss | LA Citizens |
| Helen | Christoff | Lafayette/United Fire |
| Elva | Clavo | St Paul/Travelers |
| Sheila | Cobbs | American Family |
| Josephine | Coco | State Farm |
| Joan | Collins | Lafayette/United Fire |
| Mercedes | Collins | LA Citizens |
| Catrice | Collins-Washington | American Family |
| Victor | Colombo | Lafayette/United Fire |
| Laurie | Coniglio | St Paul/Travelers |
| Paul | Cosma | Essex/Markel |
| Deborah | Coulon | St Paul/Travelers |
| Rita | Coupel | Allstate |
| Perry | Courseault | Allstate |
| ALICE | CURTAIN | State Farm |
| Charles | Curtis | Lafayette/United Fire |
| Alice | Dabney | Allstate |
| LaTonya | Dandridge | Lafayette/United Fire |
| Della | Daniels | St Paul/Travelers |
| Johnnie | Davenport | LA Citizens |
| Dollie | Davis | Liberty Mutual |
| Earline | Davis | Allstate |
| Hazel | Davis | Allstate |
| John | Davis | Lafayette/United Fire |
| Kim | Davis | Lafayette/United Fire |
| Sylena | Davis | Lexington |
| Johnny | DeClouet | LA Citizens |
| Linda | DeCuir | Allstate |
| Earl | Dejan | LA Citizens |
| Florence | Delaney | Republic |
| Viola | Demouchet | Allstate |
| Duane | Dennis | Lafayette/United Fire |
| John | Dexter | Allstate |
| Willard | Dickinson | Hartford |
| Keyosa | Dilosa | LA Citizens |
| Sylvia | Dobard | Encompass |
| Warren | Dolese | Encompass |
| Vernon | Dotson | LA Citizens |
| Stanley | Doucette | LA Citizens |
| Earline | Dukes | Lafayette/United Fire |
| Betty Ann | Dunn | Fireman's Fund |

| | | |
|---|---|---|
| Durward | Dunn | Encompass |
| David | Duplantier | State Farm |
| Egan | Edward | LA Citizens |
| Shirley | Edwards | Lafayette/United Fire |
| Vivian | Edwards | State Farm |
| Gene | Eugene | LA Citizens |
| Robin | Fabre | LA Citizens |
| DUANE | FALLS | St Paul/Travelers |
| Glenda | Flagge | Lexington |
| Alexzine | Fortier | Lafayette/United Fire |
| Gaynell | Fouchea-Golden | LA Citizens |
| Donna | Fournier | Allstate |
| GLENDA | FOWLER | State Farm |
| Antoinette | Franklin | Lafayette/United Fire |
| Inell | Gabriel | Lafayette/United Fire |
| Asif | Gafur | Allstate |
| Larris | Galmon | Allstate |
| Viola | Galmon | Lexington |
| David | Gauthier | Lafayette/United Fire |
| Louise | Gauthier | Allstate |
| Pamela | George | Lexington |
| Margie | Gillard | Lafayette/United Fire |
| Gwendolyn | Gleason | State Farm |
| Mildred | Glover | Allstate |
| Josephine | Glowacki | Lafayette/United Fire |
| Rosemary | Goines | Lafayette/United Fire |
| Idoshia | Gordon | Allstate |
| Emelda | Gould | St Paul/Travelers |
| Henry | Grant | Lafayette/United Fire |
| Detrina | Green | American Family |
| Debra | Griffin | Liberty Mutual |
| Thelma | Griffith | LA Citizens |
| Elzabeth | Guillory | State Farm |
| Qudia | Haggins | Lafayette/United Fire |
| John | Hale | LA Citizens |
| Erin | Hamilton | Lexington |
| Ollie | Handy | LA Citizens |
| Earl | Hankton | State Farm |
| Darrell | Harden | State Farm |
| Mia | Harris | LA Citizens |
| Dorothy | Hart-Manuel | Allstate |
| Linda | Hatcher | LA Citizens |
| Beatrice | Haynes | Lafayette/United Fire |
| Ralph | Haynes | LA Citizens |
| Janice | Haywood | Lexington |
| Joseph | Hebert | LA Citizens |
| Corshika | Henry | LA Citizens |
| Denise | Henry | State Farm |
| Nellie | Henry | Lafayette/United Fire |
| Richard | Heyd | State Farm |
| Daniel | High | Lloyds of London |
| Joycelyn | Hines | Lafayette/United Fire |

| | | |
|---|---|---|
| Nataisha | Holland | LA Citizens |
| Irwin | Holmes | Lafayette/United Fire |
| John | Holmes | Liberty Mutual |
| Levi | Howard | Allstate |
| Carl | Hunter | Lafayette/United Fire |
| Norton | Hunter | State Farm |
| Claudette | Huntington | Lafayette/United Fire |
| Henry | Irvin | Lafayette/United Fire |
| Joyce | Ison | LA Citizens |
| Oliver | Jackson | Lafayette/United Fire |
| Shirley | Jackson | State Farm |
| Danielle | James | Allstate |
| Mark | James | Lexington |
| Robert | Jenevein | St Paul/Travelers |
| Gaynell | Jenkins | Essex/Markel |
| Bertha | Johnson | St Paul/Travelers |
| Carl | Johnson | St Paul/Travelers |
| Elnora | Johnson | State Farm |
| Gwendolyn | Johnson | LA Citizens |
| Ida Mae | Johnson | Lafayette/United Fire |
| Louise | Johnson | State Farm |
| Vanessa | Johnson | State Farm |
| Albert | Jones | Lafayette/United Fire |
| Bernadette | Jones | Lafayette/United Fire |
| Edna | Jones | St Paul/Travelers |
| Jean | Jones | Lafayette/United Fire |
| Marlene | Jones | LA Citizens |
| Bronnicia | Jones-Beach | LA Citizens |
| Deonne | Jones-Blunt | Encompass |
| Jewel | Jones-Graves | Lafayette/United Fire |
| Armythean | Joseph | LA Citizens |
| Thurman | Kaiser | Lafayette/United Fire |
| Suzzette | Kelley | LA Citizens |
| Alex | Kelson | Allstate |
| Dale | Keppard | State Farm |
| Samuel | Kim | Zurich |
| Frances | King | LA Citizens |
| James | King | Lexington |
| Ralph | Klafert | LA Citizens |
| Veraniece | Knoten | Lafayette/United Fire |
| Beverly | KuyKendall | LA Citizens |
| Paula | Laborde | Fireman's Fund |
| Joycelyn | Labostrie | Lafayette/United Fire |
| Audrey | Lackings | Lafayette/United Fire |
| Larry | LaFrance | Fidelity |
| Harold | Landry | Lafayette/United Fire |
| Peter | Landry | Lloyds of London |
| Rose | Landry | LA Citizens |
| Donald | Lapara | State Farm |
| Ronald | Laporte | St Paul/Travelers |
| Ronald | Laporte | St Paul/Travelers |
| Geraldine | Lastie | Security Plan |

| | | |
|---|---|---|
| Diane | Lawless | Allstate |
| AJILEA | Lawrence | LA Citizens |
| Gail | Lawyer | Allstate |
| Joseph | LeBlanc | Lafayette/United Fire |
| Melba | Leggett-Barnes | LA Citizens |
| Odell | Leverette | LA Citizens |
| Adolph | Lewis | Horace Mann |
| Doris | Lewis | Lafayette/United Fire |
| John | Lindsey | Lafayette/United Fire |
| Shalone | Lloyd-Iglus | LA Citizens |
| Lloyd | Lockett | St Paul/Travelers |
| Natalie | Lockett | Lafayette/United Fire |
| Connie | Lyons | Lafayette/United Fire |
| Annette | Macklin | Lloyds of London |
| Idella | Magee | Lafayette/United Fire |
| Lauren | Magee | LA Citizens |
| Emanuel | Maire | Allstate |
| Gloria | Malter | Allstate |
| Gwendolyn | Marchand | Allstate |
| Willis | Marguerite | Fidelity |
| Calvin | Martin | Lafayette/United Fire |
| Ernestine | Martin | Security Plan |
| Jules | Martin | LA Citizens |
| George | Martin Sr. | Lafayette/United Fire |
| Mariano | Martinez | Lafayette/United Fire |
| Markethy | McClellan | Lexington |
| Cindy | McGinnis | LA Citizens |
| Nathaniel | McGowan | Allstate |
| Vera | McGuire | Allstate |
| Deborah | McIntosh | LA Citizens |
| Alton | McKey | Lexington |
| Claudette | McKnight | Lafayette/United Fire |
| Obra | Melancon | St Paul/Travelers |
| Darrell | Mellion | LA Citizens |
| O'Neal | Merrick | Lafayette/United Fire |
| Sharon | Merrick | LA Citizens |
| Lois | Mike | LA Citizens |
| Mattie | Miller | Allstate |
| Paula | Miller | Lafayette/United Fire |
| Brenda | Mills | Lafayette/United Fire |
| Viola | Mimms | Lafayette/United Fire |
| Kenneth | Mitchell | LA Citizens |
| Sylvia | Mitchell | LA Citizens |
| Walter | Mitchell | LA Citizens |
| Alferd | Moliere | LA Citizens |
| Zaida | Monconduit | Lexington |
| Phillip | Montgomery | Lloyds of London |
| Donald | Moore | LA Citizens |
| Melissa | Moore | Allstate |
| Samuel | Moore | Lafayette/United Fire |
| Shandell | Moore | Lexington |
| ISABEL | MORALES | LA Citizens |

| | | |
|---|---|---|
| Ralph | Morris | Lafayette/United Fire |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Kevin | Moses | LA Citizens |
| Marie | Moss | LA Citizens |
| Lynn | Murphy | Lafayette/United Fire |
| Lois | Neville | LA Citizens |
| Cung | Nguyen | LA Citizens |
| Sandra | Norman | LA Citizens |
| James | Norwood | State Farm |
| Robert | Nunez | St Paul/Travelers |
| David | O'Neal | ZC Sterling |
| Errol | Owens | LA Citizens |
| YADIRA | PAGAN | Lexington |
| Frances | Palmer | LA Citizens |
| Linda | Papania | State Farm |
| Ann | Parfaite | Lafayette/United Fire |
| Ruby | Patterson | Allstate |
| Jean | Phillip | LA Citizens |
| John | Pierre | State Farm |
| George | Poche | LA Citizens |
| Margaret | Polk | LA Citizens |
| Myrna | Polk | St Paul/Travelers |
| Marie | Poole | LA Citizens |
| Cynthia | Poree | Aegis |
| Deloris | Powell | LA Citizens |
| Ruby | Proctor | Lafayette/United Fire |
| Corey | Provost | LA Citizens |
| Catherine | Quinn | Lafayette/United Fire |
| David | Quintini | Lafayette/United Fire |
| Gladys | Ramsey | St Paul/Travelers |
| Edward | Randolph | Lexington |
| Rose Marie | Ranzino | State Farm |
| Ruby | Ray | Security Plan |
| Gladys | Rayfield | Lafayette/United Fire |
| Mark | Raymond | State Farm |
| Henrietta | Reed | Lloyds of London |
| Evelyn | Reese | Lafayette/United Fire |
| CAROLINE | REGISTER | State Farm |
| Connie | Reine | Lafayette/United Fire |
| Robert | Richardson | Allstate |
| Gwangi | Richardson-Alston | LA Citizens |
| Lyvette | Rivers | Lafayette/United Fire |
| Arthur | Robertson | State Farm |
| Kimberly | Robertson | Allstate |

| | | |
|---|---|---|
| Ralph | Robin | St Paul/Travelers |
| LaDonya | Robinson | LA Citizens |
| Patricia | Robinson | Hanover |
| AUDREY | ROLLAND | LA Citizens |
| Andra | Rounds | Lexington |
| Alfred | Royal | St Paul/Travelers |
| Claudie | Rufus | Kemper |
| James | Russell | St Paul/Travelers |
| BETTY | SALCEDO | Lafayette/United Fire |
| Dionnlyn | Sampson | LA Citizens |
| Warren | Schmitt | St Paul/Travelers |
| Calvin | Schnyder | Allstate |
| Mary Agnes | Schroder | Security Plan |
| Debora | Scott | State Farm |
| Hubert | Sentino | LA Citizens |
| Janice | Shaw | Lafayette/United Fire |
| James | Shephard | State Farm |
| Brenda | Shepherd/Douglas | Lafayette/United Fire |
| Matthew | Short | Lafayette/United Fire |
| Pearl | Short | National Lloyds |
| Elwood | Sigur | Encompass |
| Lindell | Silas | Lafayette/United Fire |
| Cedric | Simmons | Lafayette/United Fire |
| W | Simmons | Lafayette/United Fire |
| Deloris | Simms | State Farm |
| Lionel | Simms | Lafayette/United Fire |
| Mae | Singleton | LA Citizens |
| Mary | Slater | Union National |
| Alexander | Smith | Lafayette/United Fire |
| DEBRA | SMITH | Lafayette/United Fire |
| Judy | Smith | Lexington |
| Leroy | Smith | Lafayette/United Fire |
| Monroe | Smith | Lafayette/United Fire |
| Norman | Smith | Homesite |
| Ollie | Smith | LA Citizens |
| Steven | Smith | Security Plan |
| Tremayne | Smith | LA Citizens |
| Willie | Smith | ANPAC |
| Isabell | Smothers | Lafayette/United Fire |
| Evelyn | Solis | Allstate |
| Caffie | Solomon | Security Plan |
| Willie | Spears | Lafayette/United Fire |
| Willie | Spears | Scottsdale |
| Johnnie | Spellman | St Paul/Travelers |
| Rita | Sperber | Allstate |
| Joe-Anna | St. Cyr | American Family |
| Clinton | Steward | Lafayette/United Fire |
| Elaine | Steward | Lafayette/United Fire |
| Gail | Stewart | St Paul/Travelers |
| NELLIE | STEWART | State Farm |
| Russell | Stockard | State Farm |
| Kim | Stovall | Lafayette/United Fire |

| | | |
|---|---|---|
| Earl | Sumler | Lafayette/United Fire |
| Glenn | Summers | LA Citizens |
| Demetrias | Temple | Lexington |
| ANGELA | THIBODEAUX | Lafayette/United Fire |
| Arle | Thomas | Allstate |
| Regina | Thomas | Lafayette/United Fire |
| Deidre | Thompson | Lafayette/United Fire |
| Maeola | Thompson | Lafayette/United Fire |
| Sandra | Thompson | LA Citizens |
| Tyrone | Thompson | Lafayette/United Fire |
| Gail | Thornton-Collins | LA Citizens |
| Gregory | Toefield | Homesite |
| Liz | Toles | St Paul/Travelers |
| Delene | Torrey | LA Citizens |
| Joseph | Tramontana | State Farm |
| Joseph | Tramontana | State Farm |
| Joseph | Tramontana | State Farm |
| Joseph | Tramontana | Lexington |
| Irma | Tross | Lafayette/United Fire |
| Linda | Trusclair | Encompass |
| Sadie | Tucker | Lafayette/United Fire |
| Barbara | Turnbow | Lafayette/United Fire |
| Lawrence | Uhde | Encompass |
| Waldon | Vagas | Lafayette/United Fire |
| Percy | Vaughn | LA Citizens |
| Earl | Veal | Lafayette/United Fire |
| Mary | Verrett | LA Citizens |
| Eileen | Victor | St Paul/Travelers |
| Kathy | Vignaud | Lafayette/United Fire |
| Victory | Walace-Taylor | LA Citizens |
| Darensbourg | Walter | LA Citizens |
| Phern | Ware | Encompass |
| Carlita | Washington | LA Citizens |
| Karen | Washington | Lexington |
| Leanidous | Washington | Lafayette/United Fire |
| Orlanda | Washington | State Farm |
| Chanel | Watson | LA Citizens |
| Louis | Wattigney | State Farm |
| Dora | Weathersby | Lafayette/United Fire |
| Fannie | Wells | Lafayette/United Fire |
| Saul | Welmer | LA Citizens |
| Sebastion | Weston | LA Citizens |
| Carl | Wharton | Allstate |
| Edward | White | St Paul/Travelers |
| Myrtle | White | Lafayette/United Fire |
| Nathedra | White | LA Citizens |
| Ocenetta | William | LA Citizens |
| Alfredia | Williams | American Security |
| Angela | Williams | LA Citizens |
| Anita | Williams | Allstate |
| Anne | Williams | Security Plan |
| Ingrid | Williams | Lafayette/United Fire |

| | | |
|---|---|---|
| Marion | Williams | Lafayette/United Fire |
| Mary | Williams | Security Plan |
| Mildred | Williams | Lafayette/United Fire |
| Regina | Williams | State Farm |
| Robert | Williams | St Paul/Travelers |
| Ruby | Williams | LA Citizens |
| Sterling | Williams | LA Citizens |
| Monique | Williams-Bennette | LA Citizens |
| Melba | Williams-Hopper | LA Citizens |
| Patricia | Wilson | State Farm |
| Vernice | Woodard | St Paul/Travelers |
| Bernadette | Woods | LA Citizens |
| Rose | Woods | Lafayette/United Fire |
| Ruth | Yonta-Mitchell | Lafayette/United Fire |
| Rosa | Young | Security Plan |
| Theodore | Young | LA Citizens |
| Wendell | Youngblood | Lexington |
| Austra | Zapata | Lexington |