UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: SEVERED MASS JOINDER CASES | NO: 05-4182 |
| | SECTION"K" (2) |
| *Severed from:* | |
| *Abadie I, 06-5164, and* | JUDGE DUVAL |
| *Abadie II, 07-5112* | |
| | MAG. WILKINSON |
| *APPLIES TO "FORCED PLACE INSURANCE"* | |
| | CIVIL ACTION |
| GARY ROBERT, MARY RYAN, ALTHEA HART-JENKINS, DOROTHY THREETON, and SANDRA WILLIAMS | NO. 09-2610 |
| VERSUS | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | |

**CONSENT MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE HEARING**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs in the above captioned matter, who moves this Honorable Court to continue the hearing on Defendant's Motion to Sever, currently set for August 5, 2009, and re-set the hearing for the next available hearing date, for the following reasons:

**I.**

Pursuant to Court Order, the above referenced claims were severed from mass joinders incorporating homeowner insurance disputes resulting from hurricane Katrina, with the proviso that they be maintained in a group form relating strictly to "Force Placed Insurance" format. The above enumerated Complaint was timely filed.

**II.**

The above referenced defendants filed their Motion to Sever on July 21, 2009, unilaterally setting hearing date on August 5, 2009. Due to the unique nature of these claims, they were not e-filed in the individual case number, but in the master *In Re Katrina Canal Breaches Litigation*, 05-4182, a case with over 19,000 filings. Further, defendant sought oral argument.

**III.**

Undersigned counsel has a substantial calendaring conflict that was not immediately recognized due to the filing in the MASTER case. Once recognized, undersigned counsel contacted defense counsel to request an continuance of the hearing date and deadline to respond to the subject motion.

**IV.**

Opposing counsel assents to the continuance of the hearing date and deadline to respond to the subject motion.

**V.**

This brief continuance is requested to allow Plaintiffs to address the issues raised in the Opposition to Defendant's Motion , allowing Plaintiffs to properly and fully present all relevant evidence to the Court at this time.

**WHEREFORE,** Plaintiffs respectfully requests that this Motion be granted and that the hearing on Defendant's Motion for be continued and re-set for the Court's next available hearing date.

    Respectfully submitted:

    LAW OFFICE OF JOSEPH M. BRUNO

    BY:   /s/ Joseph M. Bruno
    JOSEPH M. BRUNO (# 3604)
    L. SCOTT JOANEN (# 21431)
    855 Baronne Street
    New Orleans, LA   70113
    Telephone: (504) 525-1335
    Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 3rd day of August, 2009.

    /s/ Joseph M. Bruno
    Joseph M. Bruno