UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: SEVERED MASS JOINDER CASES | NO: 05-4182 |
| | SECTION"K" (2) |
| *Severed from:* | |
| *Abadie I, 06-5164, and* | JUDGE DUVAL |
| *Abadie II, 07-5112* | |
| | MAG. WILKINSON |
| *APPLIES TO "FORCED PLACE INSURANCE"* | |
| | CIVIL ACTION |
| GARY ROBERT, MARY RYAN, ALTHEA HART-JENKINS, DOROTHY THREETON, and SANDRA WILLIAMS | NO. 09-2610 |
| VERSUS | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | |

## ORDER

Considering the foregoing Motion, and for good cause shown,

IT IS ORDERED that the Consent Motion to Continue the hearing on Defendant's Motion to Sever, currently set for August 5, 2009, and re-set the hearing and associated deadlines for the next available hearing date Hearing Date be and is hereby **GRANTED**, thereby allowing a brief extension of the hearing date to August 19, 2009.

This _____ day of _____, 2009, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE