UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | CIVIL ACTION NO: 05-4182 |
| | * | SECTION"K" (2) |
| *Severed from:* *Abadie I, 06-5164, and* *Abadie II, 07-5112* | * * * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| *APPLIES TO "FORCED PLACE INSURANCE"* | * * | |
| | * | CIVIL ACTION |
| DAWNELLA ADAMS, JAMES ANDERSON, LOUISE ANDERSON, MILTON ANDERSON, KWOK AU, RHONDA AYME, AMANDY BACCHUS, GAIL BRANES-JOHNSON, LEE BATES, MECHELE BATES, ALPHONSE BAZILE, DEBBIE BENNETT, MARIE BENOIT, BRENDA BOWMAN, HERBERT BROOKS, DEMOND BROWN, JEANNETTE BROWN, PATRICIA BRUNO, SHARON BUGGAGE, MALCOLM BUTLER, MARJORIE CAREY, RICHARD CARR, SHARILLA COLLINGS ENEVA COOLEY, ANDRE CORLEY-PRICE, LOUIS CORTIER, HARRISON COX, IRMA CURTIS MARLO DABOG, PAMELA DAVIS-BATISTE, ALICE DEBOSE, TROY DOUGLAS, STEPHANIE DUPLESSIS, JOANN DUVERNAY, EMELDA EDINBURGH, RAYMOND EDWARDS, PAULETTE EVANS, KENDRA EVERY, CALVIN FOLEY, MYRA FOLEY, MARY ANN FRANKLIN, PRISCILLA FRANKLIN, ULINS FULTON, LARRY FUNCHES, VESTA GRANT, TOLETHA GILMORE, | * * * * * * * * * * * * * * * * * * * * * * * | NO. 09-2609 |

**GLENDA HAMLIN, AGNES HARRIS, DOREEN HILLS, DOROTHY HOLMES, ROSA HOLMES, RAHSAANA ISON KENNEY, BERNICE JACK, NORMA JAMES, CYNTHIA JOHNSON, LOIS JOHNSON, MONA JOHNSON, AUDRY JONES, MICHELLE JONES, MIRIAM JONES, DALE JUNEAU, DARRAL KENDRICKS, GREGORY KIRKSEY, ANNA KRANTZ, DAWN LANDRY, CALVIN LANGE, GERALDINE LASTIE, CHAUNDRA LEE, JERRY LEWIS, RACHELLE LEWIS, SYLVIA MATTHEWS, AIDA MELARA, GLEN MINOR, RUBEN MOLETT, GLORIA MUHAMMED, ESTELLE NEWSOME, JACK O'NEAL, DONIS PARTMAN, RAQUEL PERRY, VERONICA PETERS, DONALD RAYMOND, HERBERT ROBINSON, LOIS ROUTE, CHERYL SANCHEZ, LORRAINE SANDERS, SHEILA SANDERS, CORA LEE SANDIFER, MELVIN SCHULTZ, KENT SCOTT, JOYCELYN SUBNCLAIR, CLAYTON SINEGAL, JESSIE SMITH, MARIE SMITH, TYRONNE SMITH, EVE SMITH-MILLER, DEBORAH ST. GERMAIN, PAULINE STEWART, BETSY SUNDERI, MARCELYN TAYLOR, SHELLEAND TERRY, CATHERINE THOMPSON-MAGEE, HELEN TONTH, AARON TURNER, AARON TURNER, LYNELL TURNER, MARIA VIEAGES, BARBARA WALTON, WALLACE WASHINGTON, RICHARD WELLS, HAROLD WHITAKER, ALFREDIA WILLIAMS, DONNA WILLIAMS, GAYLE WILLIAMS, MICHELLE WILLIAMS, RACHEL WILTZ, AND HELEN WITHERSPOON,**

**VERSUS**

**AMERICAN SECURITY INSURANCE COMPANY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE HEARING

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs in the above captioned matter, who moves this Honorable Court to continue the hearing on Defendant's Motion to Sever, currently set for August 5, 2009, and re-set the hearing for the next available hearing date, for the following reasons:

### I.

Pursuant to Court Order, the above referenced claims were severed from mass joinders incorporating homeowner insurance disputes resulting from hurricane Katrina, with the proviso that they be maintained in a group form relating strictly to "Force Placed Insurance" format. The above enumerated Complaint was timely filed.

### II.

The above referenced defendants filed their Motion to Sever on July 21, 2009, unilaterally setting hearing date on August 5, 2009. Due to the unique nature of these claims, they were not e-filed in the individual case number, but in the master *In Re Katrina Canal Breaches Litigation*, 05-4182, a case with over 19,000 filings. Further, defendant sought oral argument.

### III.

Undersigned counsel has a substantial calendaring conflict that was not immediately recognized due to the filing in the MASTER case. Once recognized, undersigned counsel contacted defense counsel to request an continuance of the hearing date and deadline to respond to the subject motion.

### IV.

Opposing counsel assents to the continuance of the hearing date and deadline to respond to the subject motion.

V.

This brief continuance is requested to allow Plaintiffs to address the issues raised in the Opposition to Defendant's Motion , allowing Plaintiffs to properly and fully present all relevant evidence to the Court at this time.

**WHEREFORE,** Plaintiffs respectfully requests that this Motion be granted and that the hearing on Defendant's Motion for be continued and re-set for the Court's next available hearing date.

Respectfully submitted:

LAW OFFICE OF JOSEPH M. BRUNO

BY:     /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
855 Baronne Street
New Orleans, LA   70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 3rd day of August, 2009.

                                                     /s/ Joseph M. Bruno
                                                     Joseph M. Bruno