UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | CIVIL ACTION NO: 05-4182 |
| | * | SECTION"K" (2) |
| *Severed from:* *Abadie I, 06-5164, and* *Abadie II, 07-5112* | * * * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| *APPLIES TO "FORCED PLACE INSURANCE"* | * * | |
| | * | CIVIL ACTION |
| DAWNELLA ADAMS, JAMES ANDERSON, LOUISE ANDERSON, MILTON ANDERSON, KWOK AU, RHONDA AYME, AMANDY BACCHUS, GAIL BRANES-JOHNSON, LEE BATES, MECHELE BATES, ALPHONSE BAZILE, DEBBIE BENNETT, MARIE BENOIT, BRENDA BOWMAN, HERBERT BROOKS, DEMOND BROWN, JEANNETTE BROWN, PATRICIA BRUNO, SHARON BUGGAGE, MALCOLM BUTLER, MARJORIE CAREY, RICHARD CARR, SHARILLA COLLINGSENEVA COOLEY, ANDRE CORLEY-PRICE, LOUIS CORTIER, HARRISON COX, IRMA CURTIS MARLO DABOG, PAMELA DAVIS-BATISTE, ALICE DEBOSE, TROY DOUGLAS, STEPHANIE DUPLESSIS, JOANN DUVERNAY, EMELDA EDINBURGH, RAYMOND EDWARDS, PAULETTE EVANS, KENDRA EVERY, CALVIN FOLEY, MYRA FOLEY, MARY ANN FRANKLIN, PRISCILLA FRANKLIN, ULINS FULTON, LARRY FUNCHES, VESTA GRANT, TOLETHA GILMORE, | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | NO. 09-2609 |

**GLENDA HAMLIN, AGNES HARRIS, DOREEN** *
**HILLS, DOROTHY HOLMES, ROSA HOLMES,** *
**RAHSAANA ISON KENNEY, BERNICE JACK,** *
**NORMA JAMES, CYNTHIA JOHNSON, LOIS** *
**JOHNSON, MONA JOHNSON, AUDRY JONES,** *
**MICHELLE JONES, MIRIAM JONES, DALE** *
**JUNEAU, DARRAL KENDRICKS, GREGORY** *
**KIRKSEY, ANNA KRANTZ, DAWN LANDRY,** *
**CALVIN LANGE, GERALDINE LASTIE,** *
**CHAUNDRA LEE, JERRY LEWIS, RACHELLE** *
**LEWIS, SYLVIA MATTHEWS, AIDA MELARA,** *
**GLEN MINOR, RUBEN MOLETT, GLORIA** *
**MUHAMMED, ESTELLE NEWSOME, JACK** *
**O'NEAL, DONIS PARTMAN, RAQUEL PERRY,** *
**VERONICA PETERS, DONALD RAYMOND,** *
**HERBERT ROBINSON, LOIS ROUTE,** *
**CHERYL SANCHEZ, LORRAINE SANDERS,** *
**SHEILA SANDERS, CORA LEE SANDIFER,** *
**MELVIN SCHULTZ, KENT SCOTT,** *
**JOYCELYN SUBNCLAIR, CLAYTON** *
**SINEGAL, JESSIE SMITH, MARIE SMITH,** *
**TYRONNE SMITH, EVE SMITH- MILLER,** *
**DEBORAH ST. GERMAIN, PAULINE** *
**STEWART, BETSY SUNDERI, MARCELYN** *
**TAYLOR, SHELLEAND TERRY, CATHERINE** *
**THOMPSON-MAGEE, HELEN TONTH,** *
**AARON TURNER, AARON TURNER, LYNELL** *
**TURNER, MARIA VIEAGES, BARBARA** *
**WALTON, WALLACE WASHINGTON,** *
**RICHARD WELLS, HAROLD WHITAKER,** *
**ALFREDIA WILLIAMS, DONNA WILLIAMS,** *
**GAYLE WILLIAMS, MICHELLE WILLIAMS,** *
**RACHEL WILTZ, AND HELEN** *
**WITHERSPOON,** *
    *
    *
**VERSUS** *
    *
**AMERICAN SECURITY INSURANCE** *
**COMPANY** *
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

Considering the foregoing Motion, and for good cause shown,

IT IS ORDERED that the Consent Motion to Continue the hearing on Defendant's Motion to Sever, currently set for August 5, 2009, and re-set the hearing and associated deadlines for the next available hearing date Hearing Date be and is hereby **GRANTED**, thereby allowing a brief extension of the hearing date to August 19, 2009.

This _____ day of _____, 2009, at NEW ORLEANS, Louisiana.

_____<br>DISTRICT JUDGE