UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Robinson (06-2268) | § | |
| | § | |

ORDER

Having considered the United States' Ex Parte Motion for Leave to File a Post Trial Brief Exceeding One Hundred and Twenty-Five Pages in Length, and for good cause shown, it is hereby ORDERED that the Motion for Leave to file is GRANTED. The United States may file a Post-Trial Brief not exceeding 130 pages in length.

New Orleans, Louisiana, this 3rd day of August, 2008.

Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana