UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:  BARGE | and consolidated cases |
| | SECTION "K"  (2) |
| *Boutte v. Lafarge*            05-5531 | |
| *Mumford v. Ingram*        05-5724 | |
| *Lagarde v. Lafarge*        06-5342 | JUDGE |
| *Perry v. Ingram*              06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | |
| *Parfait Family v. USA*    07-3500 | MAG. |
| *Lafarge v. USA*               07-5178 | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*           08-4459 | |

**NOTICE OF DEPOSITION**

    **YOU ARE HEREBY NOTIFIED** that the Barge Plaintiffs, through undersigned counsel, will conduct the oral deposition of Jason Weiss, beginning at 10:00 a.m. on the 13th day of August, 2009, at the offices of Chaffe-McCall, L.L.P., 1100 Poydras Street, Suite 2300, New Orleans, Louisiana, for all purposes in accord with the Federal Rules of Civil Procedure, before an officer authorized to administer oaths, which shall continue from day to day until completed.

    The deposition will be videotaped.

                          Respectfully Submitted,

                          /s/Dylan Pollard
                        Shawn Khorrami (CA SBN #14011)
                        Dylan Pollard (CA SBN # 180306)
                        Matt C. Bailey (CA SBN #218685)
                        Khorrami, Pollard & Abir, LLP
                        444 S. Flower Street, 33rd Floor

Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
Dpollard@kpalawyers.com;
Mbailey@kpalawyers.com


Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
karl@wiedemannlaw.com;
karen@wiedemannlaw.com

Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)

> David W. Drucker (N.Y.S.B.A. #1981562)
> Wilson, Grochow, Druker & Nolet
> Woolworth Building
> 233 Broadway, 5th Floor
> New York, NY 10279-0003
> Telephone: (212) 608-4400
> Facsimile: (212) 227-5159
> e-mail: lwilson@wgdnlaw1.com;
> ddruker@wgdnlaw1.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 3d day of August, 2009.

\s\Brian A. Gilbert
BRIAN A. GILBERT