UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### ORDER

Considering the foregoing Motion for Leave on behalf of the Defendants, Richard T. Seymour, Esq., Alan L. Fuchsberg, Esq., Brian A. Gilbert, Esq., and Lawrence Wilson, Esq.,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to file a Reply Memorandum in support of their Motion to Dismiss is hereby granted.

Stanwood R. Duval, Jr.
United States District Judge

New Orleans, Louisiana, this __3rd__ day of ___August___, 2009.

**Clerk to Notify: Hon. Stanwood R. Duval, Jr.**

1