UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: INSURANCE * | | MAG. WILKINSON |
|    (Mass Joinder Cases) * | | |
|    <u>Abadie I</u>   06-5164 * | | |
|    <u>Abadie II</u>  07-5112 * | | |
|    <u>Allen</u>     07-5111 * | | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

**CONSIDERING THE FOREGOING**, it is **ORDERED** that Plaintiffs' Motion to Extend Dismissal Order be and hereby is **GRANTED**. The Court hereby extends its February 4, 2009 Dismissal Order (Rec. Doc. 70, Case No. 07-5112), and subsequent May 1, 2009 extension (Rec. Doc. 18746, Case No. 05-4182), for an additional ninety (90) days to allow the parties to continue consumating final resolution of these matters.

New Orleans, Louisiana, this   <u>3rd</u>   day of August, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE