UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * | NO: 05-4182 |
| | * | SECTION"K" (2) |
| *Severed from:* | * | |
| *Abadie I, 06-5164, and* | * | JUDGE DUVAL |
| *Abadie II, 07-5112* | * | |
| | * | MAG. WILKINSON |
| *APPLIES TO "FORCED PLACE INSURANCE"* | * * | |
| | * | CIVIL ACTION |
| DAWNELLA ADAMS, JAMES ANDERSON, LOUISE ANDERSON, MILTON ANDERSON, KWOK AU, RHONDA AYME, AMANDY BACCHUS, GAIL BRANES-JOHNSON, LEE BATES, MECHELE BATES, ALPHONSE BAZILE, DEBBIE BENNETT, MARIE BENOIT, BRENDA BOWMAN, HERBERT BROOKS, DEMOND BROWN, JEANNETTE BROWN, PATRICIA BRUNO, SHARON BUGGAGE, MALCOLM BUTLER, MARJORIE CAREY, RICHARD CARR, SHARILLA COLLINGS ENEVA COOLEY, ANDRE CORLEY-PRICE, LOUIS CORTIER, HARRISON COX, IRMA CURTIS MARLO DABOG, PAMELA DAVIS-BATISTE, ALICE DEBOSE, TROY DOUGLAS, STEPHANIE DUPLESSIS, JOANN DUVERNAY, EMELDA EDINBURGH, RAYMOND EDWARDS, PAULETTE EVANS, KENDRA EVERY, CALVIN FOLEY, MYRA FOLEY, MARY ANN FRANKLIN, PRISCILLA FRANKLIN, ULINS FULTON, LARRY FUNCHES, VESTA GRANT, TOLETHA GILMORE, | * * * * * * * * * * * * * * * * * * * * * * * * * * | NO. 09-2609 |

| | |
|---|---|
| **GLENDA HAMLIN, AGNES HARRIS, DOREEN HILLS, DOROTHY HOLMES, ROSA HOLMES, RAHSAANA ISON KENNEY, BERNICE JACK, NORMA JAMES, CYNTHIA JOHNSON, LOIS JOHNSON, MONA JOHNSON, AUDRY JONES, MICHELLE JONES, MIRIAM JONES, DALE JUNEAU, DARRAL KENDRICKS, GREGORY KIRKSEY, ANNA KRANTZ, DAWN LANDRY, CALVIN LANGE, GERALDINE LASTIE, CHAUNDRA LEE, JERRY LEWIS, RACHELLE LEWIS, SYLVIA MATTHEWS, AIDA MELARA, GLEN MINOR, RUBEN MOLETT, GLORIA MUHAMMED, ESTELLE NEWSOME, JACK O'NEAL, DONIS PARTMAN, RAQUEL PERRY, VERONICA PETERS, DONALD RAYMOND, HERBERT ROBINSON, LOIS ROUTE, CHERYL SANCHEZ, LORRAINE SANDERS, SHEILA SANDERS, CORA LEE SANDIFER, MELVIN SCHULTZ, KENT SCOTT, JOYCELYN SUBNCLAIR, CLAYTON SINEGAL, JESSIE SMITH, MARIE SMITH, TYRONNE SMITH, EVE SMITH- MILLER, DEBORAH ST. GERMAIN, PAULINE STEWART, BETSY SUNDERI, MARCELYN TAYLOR, SHELLEAND TERRY, CATHERINE THOMPSON-MAGEE, HELEN TONTH, AARON TURNER, AARON TURNER, LYNELL TURNER, MARIA VIEAGES, BARBARA WALTON, WALLACE WASHINGTON, RICHARD WELLS, HAROLD WHITAKER, ALFREDIA WILLIAMS, DONNA WILLIAMS, GAYLE WILLIAMS, MICHELLE WILLIAMS, RACHEL WILTZ, AND HELEN WITHERSPOON,** | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * |
| | * |
| | * |
| **VERSUS** | * |
| | * |
| **AMERICAN SECURITY INSURANCE COMPANY** | * * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the foregoing Motion, and for good cause shown,

IT IS ORDERED that the Consent Motion to Continue the hearing on Defendant's Motion to Sever, currently set for August 5, 2009, and re-set the hearing and associated deadlines for the next available hearing date Hearing Date be and is hereby **GRANTED**, thereby allowing a brief extension of the hearing date to August 19, 2009.

This   3rd   day of   August  , 2009, at NEW ORLEANS, Louisiana.

_____
Stanwood R. Duval, Jr.
United States District Judge