UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION NO. 05-4182 |
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | SECTION "K" |
| | JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:  INSURANCE<br>            **BROUPHY, 06-10742** | MAGISTRATE (2) |

**REQUEST FOR REMOVAL FROM NOTICE LIST**

Undersigned counsel, Deborah W. Fallis requests that she be removed from all notice list in the above captioned matter and all matters consolidated therewith, as the claim asserted by her clients, Greta Manning Brouphy and Kevin Patrick Brouphy in Civil Action No. 06-10742 was dismissed on July 30, 2008 [Dkt. No. 12]. A copy of the Order is attached hereto for your reference.

Requested this 5th day of August, 2009.

Respectfully submitted,

/s/Deborah W. Fallis
Deborah Weisler Fallis (La. Bar #2177)
**HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3300; Facsimile: 504-299-3399
*Attorneys for Kevin and Greta Brouphy*

## **CERTIFICATE OF SERVICE**

  This is to certify a true and correct copy of the above and foregoing Request for Removal From Notice List has been served upon Hanover Insurance Company, through its counsel of record, W. Lee Kohler, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, Louisiana 70130; by placing a copy of same in the United States Mail, First Class, postage prepaid, and properly addressed, on the 5th day of August, 2009.

                  /s/Deborah W. Fallis

170972.1            2