UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
            CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO: BARGE                               SECTION "K"(2)
            *Weisler v. Seymour*, 09-2737

## ORDER

The Court has determined that the Motion to Dismiss (Rec. Doc. 18959) will be considered on the briefs. Accordingly,

**IT IS ORDERED** that the Motion to Reset Hearing (Rec. Doc. 19146) is **DENIED.**

New Orleans, Louisiana, this __4th__ day of August, 2009.

_____
             STANWOOD R. DUVAL, JR.
           UNITED STATES DISTRICT JUDGE

1