UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Motion, and for good cause shown:

**IT IS ORDERED** that the Plaintiffs' Motion for Extension of Time to File Post-Trial Reply Brief be **GRANTED**, with the Plaintiffs' Post-Trial Reply Brief to be filed on Thursday, August 6, 2009.

New Orleans, LA, this    4th    day of    August   , 2009.

_____
JUDGE