

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL 2 9 2009
LORETTA G. WHYTE
CLERK

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
JUL 2 7 2009
CHARLES R. FULBRUGE III
CLERK

IN RE: KATRINA CANAL BREACHES LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-CV-4182

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Charles R. Fulbruge, III
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana  27 JUL 2009

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 27, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 09-30315    In Re: Katrina Canal, et al
     USDC No. 2:07-CV-5199

Enclosed is an order entered in this case.

CHARLES R. FULBRUGE III, Clerk

By: /s/ Peter A. Conners
Peter A. Conners, Deputy Clerk
504-310-7685

Mr. Harvey S Bartlett
Mr. Lawrence Joseph Centola Jr.
Mr. George Frazier
Mr. David A Strauss
Ms. Loretta Whyte

P.S. to all Counsel: In light of the enclosed order, the joint designation of record is due for filing in the District Court within fourteen (14) days from the date of this notice, or, by not later than 8/11/09. Please serve this court with a copy of the joint designation of record.

*Motion Notice - MOT2 (!npman)*