U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUL 3 1 2009
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 08-31240

CV05-4182-K

IN RE: KATRINA CANAL BREACHES LITIGATION

United States Court of Appeals
Fifth Circuit
**FILED**
July 30, 2009
Charles R. Fulbruge III
Clerk

---

LINDA C BOURGEOIS; ARNOLD F BOURGEOIS; WANETTE BOUTTE; NIKITA BOUTTE; SHEILA M JOHNSON; ET AL

   Plaintiffs - Appellants

v.

PORT OF NEW ORLEANS;

   Defendant - Appellee

---

KEITH C FERDINAND, MD, APMC; Et Al

   Plaintiffs - Appellants

v.

PORT OF NEW ORLEANS;

   Defendant - Appellee

---

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No.____

MARY CHRISTOPHE; Et Al

    Plaintiffs - Appellants

v.

PORT OF NEW ORLEANS;

    Defendant - Appellee

---

SUSAN WILLIAMS; Et Al

    Plaintiffs - Appellants

v.

PORT OF NEW ORLEANS;

    Defendant - Appellee

---

RHEALYNDA PORTER; Et Al

    Plaintiffs - Appellants

v.

PORT OF NEW ORLEANS

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of July 30, 2009, for want of prosecution. The appellants failed to timely file appellant's brief and record excerpts.

                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              *Misty Fontenot*
                                    30 JUL 2009
By: _____
Misty L. Fontenot, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 30, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 08-31240,   In Re: Katrina Canal, et al
          USDC No. 2:05-CV-4182
          USDC No. 2:06-CV-5131
          USDC No. 2:06-CV-5132
          USDC No. 2:06-CV-5134
          USDC No. 2:06-CV-5137
          USDC No. 2:06-CV-5140

Enclosed is a copy of the judgment issued as the mandate.

CHARLES R. FULBRUGE III, Clerk

By: *Misty Fontenot*
Misty L. Fontenot, Deputy Clerk
504-310-7716

cc: w/encl:
Mr. Kirk N Aurandt
Mr. Chadwick William Collings
Mr. James K Irvin
Mr. John Fredrick Kessenich