MINUTE ENTRY
DUVAL, J.
July 27, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | SECTION "K"(2) |

      Attending a telephonic status conference concerning certain requests to reset the trial as presently scheduled for April 12, 2010 were:

      Derek Walker for Lafarge;
      Brian Gilbert and Dylan Pollard for Barge Plaintiffs
      John Aldock, Mark Raffman for Lafarge;
      Andre Mouledoux and Bill Emory for Zito Fleeting, LLC and Zito Fleeting, Inc.;
      Shawn Khorrami for Barge Plaintiffs;
      Ron Kitto for American Club; and
      Dan Webb.

Because of a scheduling conflict, the Court had continued the trial of this matter from February 22, 2010 to April 12, 2010. This date however presented scheduling problems for some of the attorneys involved in the trial of this matter. In addition, because the Motion for Class Certification had been denied, the Court was interested in understanding what were the parties intention for the "bellwether" non-jury trial.

      The Court was informed that as to representative plaintiffs there would be four individual plaintiffs and one business. Counsel fo plaintiffs opined depending on the result of the non-jury trial, that they intended to try jury trials of other individual plaintiffs as it was such plaintiffs' constitutional right. The Court reminded all parties that such issues as collateral estoppel, law of

the case, summary judgment and the like would all be considered prior to adjudicating duplicative trials.

Defendants, who were to ordered on March 28, 2008 to file on August 21, 2008 their Motion for Summary Judgment, requested relief from the present schedule since the Court had continued the trial.

Accordingly, **IT IS ORDERED** that a new Barge Track Scheduling Order as delineated herein is established including continuance of certain hearing dates.  All deadlines contained in the Joint Stipulation Concerning Barge Track Scheduling Order (Doc. 18799) remain in place unless amended by this Minute Entry.  The discovery deadlines shall remain in place**.  No extensions of time to file materials shall be considered.**  Accordingly,

**IT IS ORDERED** that the following Barge Track Scheduling Order is established:

| EVENT | DATE |
| --- | --- |
| Last day to file substantive motions | October 2, 2009 |
| Last day to file oppositions to substantive motions | October 23, 2009 |
| Last day to file replies to substantive motions | October 30, 2009 |
| Hearing on substantive motions | November 18, 2009 at 1:30 p.m. |
| Last day to file *Daubert* motions | December 1, 2009 |
| Last day to file oppositions to *Daubert* motions | December 18, 2009 |
| Last day to file replies to *Daubert* motions | December 30, 2009 |
| Hearing on *Daubert* motions | January 20, 2010 at 1:30 p.m. |
| Last day to file Pre-Trial Filings (Motions in Limine, Objections to Exhibits, Findings of Fact, Conclusions of Law, Pre-Trial Memoranda) | February 4, 2010 |

| | |
|---|---|
| Last day to file responses to Pre-Trial Filings (motions in limine, objections to exhibits, Findings of Fact, Conclusions of Law, Pre-Trial Memoranda) | March 4, 2010 |
| Pre-Trial Conference | June 10, 2010 at 3:00 p.m. |
| Trial commences | June 21, 2010 at 9:00 a.m. to continue 3 weeks with no trial being held on July 5, 2010 as that is a federal holiday. |

JS-10: 45 MINS