

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 03, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 08-31240    In Re: Katrina Canal, et al
     USDC No. 2:05-CV-4182
     USDC No. 2:06-CV-5131
     USDC No. 2:06-CV-5132
     USDC No. 2:06-CV-5134
     USDC No. 2:06-CV-5137
     USDC No. 2:06-CV-5140
```

The court has granted appellants' motion to reinstate the appeal and has also granted appellants' motion for an extension of time to and including August 14, 2009. NO FURTHER EXTENSIONS WILL BE GRANTED.


CHARLES R. FULBRUGE III, Clerk

By: /s/ Misty Fontenot
Misty L. Fontenot, Deputy Clerk
504-310-7716

Mr. Chadwick William Collings
Mr. John Fredrick Kessenich
Ms. Loretta Whyte


P.S. to Mr Collings: Your appellant's brief (original and six copies with blue covers) and record excerpts (original and three with white covers), as well as, a disk in the correct pdf format for each is due for filing August 14, 2009.

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

03 AUG 2009