**MINUTE ENTRY**
**DUVAL, J.**
**AUGUST 6, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| | |
| **PERTAINS TO: LEVEE** | **SECTION "K"(2)** |

                        **06-5116 (Sims)**
                        **06-5118 (Richard)**
                        **06-5127 (DePass)**
                        **06-5128 (Adams)**
                        **06-5134 (Christophe)**
                        **06-5137 (Williams)**
                        **06-5131 (Bourgeois)**
                        **06-5142 (Augustine)**
                        **06-5132 (Ferdinand)**
                        **06-5140 (Porter)**
                        **06-7682 (Paul)**

Attending a telephonic status conference held this day were:

James Irvin, Joe Bruno for plaintiffs and

Thomas Anzelmo, Gary Zwain, Charles Lanier, Joe Guichet, Ault Hootsel, and Dennis Phayer for various defendants.

This status conference was called to discuss the Fifth Circuit's decision issue on August 4,

2009 in the *DePass* and *Sims* cases.  The Fifth Circuit decided that this Court had no subject matter

jurisdiction over any claims by the Plaintiffs over the Parish of Jefferson. This Court inquired whether this decision would impact the cases listed above insofar as any of them have pending claims against non-U.S. parties. Mr. Bruno explained that the Plaintiffs were reviewing their case files to determine how many cases could be impacted by the decision. Mr. Irvin stated that he intended on seeking rehearing on the appeal. The Court expressed its belief that it would not have jurisdiction over any of the above-captioned cases if a mandate issued; however, the Court agreed that it would not take any action until a mandate is issued by the Fifth Circuit. The parties shall keep the Court apprised of any further progression of the appeal.

2

JS10(00:17)