UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO SEVERED MASS | * | SECTION K (2) |
| JOINDER CASES | * | |
| | * | |
| Severed from Ailes 06-7822 | * | |
| | * | |
| CHERYL SCIAMBRA | * | CIVIL ACTION NO. 07-1597 |
| | * | |
| VERSUS | * | |
| | * | SECTION   K (2) |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | |

*********************************************

## JOINT MOTION & ORDER TO DISMISS WITH PREJUDICE

ON MOTION of defendant, Wal-Mart Stores, Inc., and plaintiff, Madeline Jones, appearing herein through undersigned counsel of record, and on suggesting to the court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs;

_____
PATRICK G. KEHOE, JR. #14419
833 Baronne Street
New Orleans, La. 70113
(504) 588-1110
ATTORNEY FOR PLAINTIFF

_____
ROY C. BEARD, ESQ. (#17461)
MCCRANIE, SISTRUNK, ANZELMO
  HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Blvd., 8th Floor
Metairie, LA   70002
Telephone:  (504) 831-0946
ATTORNEY FOR DEFENDANT