UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

### UNITED STATES' *EX PARTE* MOTION TO CORRECT THE RECORD

The United States' Proposed Finding of Fact 362 erroneously states, in part, that "overtopping would not have occurred without the loss of the Reach 2 levee's protective elevation." As demonstrated in the accompanying memorandum in support, this finding is clearly not the position of the United States. Instead, Proposed Finding of Fact 362 was simply a mistake created out of the process used to draft the findings of fact.

To ensure the record is correct, the United States submits this motion seeking to correct Proposed Finding of Fact 362. Instead, Proposed Finding of Fact 362 should state that "Dr. Bea contends that flooding would not have occurred without overtopping, and

the overtopping would not have occurred without the loss of the Reach 2 levee's protective elevation."

In support of this motion, the Court is respectfully referred to the Memorandum in Support.  Pursuant to Local Rule 7.3E, a proposed order is attached.

                Respectfully submitted,

                TONY WEST
                Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                MARY M. LEACH
                Assistant Director, Torts Branch

                ROBIN DOYLE SMITH
                Senior Trial Counsel, Torts Branch

                 s/ Paul Levine
                PAUL LEVINE
                Trial Attorney, Torts Branch
                Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C.  20044
                (202) 353-2574 / (202) 616-5200 (Fax)
Dated: August 10, 2009        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

  I, Robin Smith, hereby certify that on August 10, 2009, I served a true copy of the Defendant United States' *Ex Parte* Motion to Correct the Record on the Plaintiffs by ECF.

        /s Paul Levine
         PAUL LEVINE