UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>　Abadie  06-5164<br>　Abadie  07-5112<br>　Road Home, 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

The court has been advised by Joseph M. Bruno, counsel for plaintiffs, and Seth Schmeeckle, counsel for Standard Fire, that the issues regarding approval by the Road Home Program of the settlements previously reached by plaintiffs Jonnie Spellman, Robert Williams, Ralph Robin, Edward White, Vallery Brown, Gail Stewart and Bertha Johnson, in the referenced matters, have been resolved. Accordingly,

**IT IS ORDERED** that the status conference previously set in the referenced Abadie cases before me on August 11, 2009 at 2:00 p.m., is hereby CANCELLED, and the Motion of Standard Fire Insurance Company for Limited Reopening of Case for the Purpose of Holding a Status Conference to Resolve Issues Surrounding the Settlement of Multiple Claims Between the Parties, Record Doc. No. 19104, is hereby DISMISSED AS MOOT.

New Orleans, Louisiana, this ___10th___ day of August, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.