MINUTE ENTRY
WILKINSON, M.J.
AUGUST 10, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-5528 |
| AAA INSURANCE ET AL. | SECTION "J"(2) |

* * *

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:   INSURANCE | JUDGE DUVAL |
| Chehardy, 06-1672 | MAG. WILKINSON |
| Chehardy, 06-1673 | |
| Chehardy, 06-1674 | |

A telephone conference was conducted in the captioned matters on this date concerning the status of global settlement discussions of the claims against Louisiana Citizens Property Insurance Company asserted both in the referenced matters and in various state court lawsuits. Participating via telephone were: Emile Rolfs, counsel for Louisiana Citizens; Joseph M. Bruno, plaintiffs' Liaison Counsel in the federal court

MJSTAR:  0 : 10

matters; Seth Schmeeckle, defendants' Liaison Counsel in the federal court matters; and Trey Phillips, Assistant Attorney General for the State of Louisiana.

At the request of counsel for Louisiana Citizens, as an extension of the settlement discussions that began on July 22, 2009, I will conduct a separate conference with members of the Board of Louisiana Citizens and their counsel concerning settlement, unless any other party objects. Liaison Counsel and the Assistant Attorney General were directed to canvass their contacts and to advise me in writing, no later than **August 13, 2009**, whether any party objects to the separate settlement conference. If there is no objection, the conference will be scheduled thereafter.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. CARL J. BARBIER