UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION PERTAINS TO SEVERED MASS JOINDER CASES | * * * * * | CIVIL ACTION NO. 05-4182 SECTION K (2) |
| Severed from Ailes 06-7822 | * * | |
| CHERYL SCIAMBRA | * * | CIVIL ACTION NO. 07-1597 |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * * | SECTION K (2) |

### ORDER

IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

New Orleans, Louisiana, this \_\_11th\_\_ day of \_\_August\_\_, 2009.

_____
JUDGE