UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | | |

ORDER

Having considered the United States' *Ex Parte* Motion to Correct the Record, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. The United States' Proposed Finding of Fact Number 362 is corrected to state that "state that "Dr. Bea contends that flooding would not have occurred without overtopping, and the overtopping would not have occurred without the loss of the Reach 2 levee's protective elevation.".

New Orleans, Louisiana, this  11th  day of _____August_____, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana