UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | SECTION "K" MAGISTRATE (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| FILED IN: DIAZ (07-4370) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

**ON MOTION** of Richard King and the law firm of Galloway, Johnson, Tompkins, Burr & Smith, APLC, and on their suggesting to the Court that they desire that Dominic J. Ovella, and Sean P. Mount, and the law firm of Hailey McNamara Hall Larmann & Papale, LLP be substituted as counsel of record herein for Fidelity and Deposit Company of Maryland in the place of Richard King;

[SIGNATURE BLOCKS ON NEXT PAGE]

| | |
|---|---|
| Respectfully Submitted, | Respectfully submitted, |
| **HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.** | **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC** |
| BY: _s/ Sean P. Mount_ | BY: _s/ Richard E. King_ |
| DOMINIC J. OVELLA, #15030 – T.A. | RICHARD E. KING, # |
| dovella@hmhlp.com | rking@gjtbs.com |
| SEAN P. MOUNT, #27584 | Galloway, Johnson, Tompkins, Burr & Smith, |
| smount@hmhlp.com | APLC |
| One Galleria Boulevard, Suite 1400 | One Shell Square |
| Metairie, Louisiana 70001 | 701 Poydras Street |
| Telephone: (504) 836-6500 | Suite 4040 |
| _Counsel for defendant, Fidelity and Deposit Company of Maryland_ | New Orleans, Louisiana 70139 |
| | Telephone: (504) 525-6802 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this the 6th day of August 2009.

_s/ Richard E. King_