# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE, <u>Acevedo, 07-5199</u> | * | |
| *Leroy & Jacquelyn Toney v. State Farm* | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT DESIGNATION OF RECORD ON APPEAL

Plaintiffs-Appellants Leroy and Jacquelyn Toney and Defendant-Appellee State Farm Fire and Casualty Company ("State Farm") designate the following documents as the Joint Designation of the Record on Appeal in *In re Katrina Canal Breaches Consolidated Litigation*, No. 09-30315 on the Docket of the United States Court of Appeals for the Fifth Circuit:

## <u>DOCUMENTS IN DOCKET No. 07-5199</u>

- **<u>Document No. 1</u>: Complaint (8/29/2007)**

- **<u>Document No. 3</u>: Consolidation Order (9/26/2007)**

- **<u>Document No</u>. 12: HLC/Allstate Severance Order (12/22/08)**

- **<u>Document No. 13</u>: HLC/State Farm Severance Order (12/30/2008)**

- **<u>Document No. 17</u>: Status Report (1/8/2009)**

- **<u>Document No. 23</u>: Dismissal Order (2/4/2009)**

- **<u>Document No. 25</u>: Notice of Appeal (3/4/2009)**

**DOCUMENTS IN DOCKET No. 05-4182**

- **Document No. 7959**: Consolidation Order (9/26/2007)

- **Document No. 9227**: Minute Entry Staying all proceedings in Insurance Umbrella (11/26/2007)

- **Document No. 9371**: First Amended Complaint (12/7/2007)

- **Document No. 9420**: Motion to Dismiss under Rule 12(b)(6), and supporting papers (12/10/2007)

- **Document No.10088**: Answer (1/4/2008)

- **Document No. 10110**: Order Clarifying Minute Entry Staying all Proceedings in Insurance Umbrella (1/4/2008)

- **Document No. 10738**: Order Granting Motion to Dismiss (1/23/2008)

- **Document No. 11934**: Motion for Leave to File Second Amended Complaint, and supporting papers (3/27/2008)

- **Document No. 12185**: State Farm's Motion to Strike Motion for Leave to File Second Amended Complaint, and supporting papers (4/3/2008)

- **Document No. 12332**: Memorandum in Opposition to Motion for Leave to File Second Amended Complaint (4/8/2008)

- **Document No. 12487**: Order Granting Motion for Leave to File Reply to Memorandum in Opposition to Motion for Leave to File Second Amended Complaint, and supporting papers (4/16/2008)

- **Document No.12488**: Reply to Memorandum in Opposition to Motion for Leave to File Second Amended Complaint (4/16/2008)

- **Document No. 12498**: Minute Order Denying Motion for Leave to File Second Amended Complaint (4/16/2008)

- **Document No. 12856**: Motion under Rule 60(b)(1) to Vacate and to Dismiss Order Granting State Farm's Motion to Dismiss and For Leave to Amend Complaints (4/29/2008)

- **Document No. 12857**: Motion for Appeal to District Court of Magistrate Judge's Decision Denying Motions for Leave to Amend, and supporting papers (4/29/2008)

- **Document No. 12905**: Motion for Leave to File Second Amended Complaint, and supporting papers (4/30/2008)

- **Document No. 12979**: State Farm's Memorandum in Opposition to Motion for Appeal of Magistrate Order Denying Motion for Leave to Amend (05/6/2008)

- **Document No. 12980**: State Farm's Memorandum in Opposition to Motion to Vacate (05/6/2008)

- **Document No. 13152**: Motion for Leave to File Reply Supplemental Memorandum in Opposition to Plaintiffs' Rule 60 Motion to Vacate (05/14/2008)

- **Document No. 13153**: Motion for Leave to File Reply Supplemental Memorandum in Opposition to Plaintiffs' Rule 60 Motion to Vacate (05/14/2008)

- **Document No. 13188**: Reply Memorandum in Support of Motions to Vacate and for Appeal of Magistrate Judge's Decision Denying Motions for Leave to Amend (05/19/2008)

- **Document No. 13192**: Order Granting Motion for Leave to File Supplemental Memorandum (05/16/2008)

- **Document No. 13193**: Order Granting Motion for Leave to File Supplemental Memorandum (05/16/2008)

- **Document No. 13262**: Motion for Leave to File Sur-Reply Memorandum in Support of Motions to Vacate and for Appeal of Magistrate Judge's Decision Denying Motions for Leave to Amend, and supporting papers (5/26/2008)

- **Document No. 13277**: Order Granting Motion for Leave to File Sur-Reply Memorandum in Support of Motions to Vacate and for Appeal of Magistrate Judge's Decision Denying Motions for Leave to Amend (5/27/2008)

- **Document No. 13278**: Sur-Reply Memorandum in Support of Motions to Vacate and for Appeal of Magistrate Judge's Decision Denying Motions for Leave to Amend (5/27/2008)

- **Document No.13521**: Post-*Sher* Insurance Umbrella Case Management Order (6/13/2008)

- **Document No. 13576**: Minute Order Denying Motion for Leave to File Second Amended Complaint Establishing There Will Be No Broad Sweeping Case Management Order for Mass Joinder Cases  (6/20/08)

- **Document No. 13740**: Order Establishing There Will Be No Broad Sweeping Case Management Order for Mass Joinder Cases  (7/8/08)

- **Document No. 13786**: Order requiring Oral Argument on Motions to Vacate and for Appeal of Magistrate Judge's Order Denying Leave to File Amended Complaint (7/11/2008)

- **Transcript of Hearing on Motion to Vacate** and Motion for Appeal of Magistrate Judge's Order Denying Motions for Leave to Amend (Counsel for State Farm has contacted court reporter Jodi Simcox to obtain transcript) (8/8/2008)

- **Document No. 14402:** Order Denying Motions to Vacate and for Appeal of Magistrate Judge's Order Denying Leave to File Amended Complaint (8/11/2008)

- **Document No. 14484:** Minute Entry Denying Motions to Vacate and for Appeal of Magistrate Judge's Order Denying Leave to File Amended Complaint (8/8/2008)

- **Document No. 16868:** HLC/State Farm Severance Order (12/30/2008)

- **Document No. 17096:** Status Report (1/8/2009)

- **Document No. 17112:** Severance Order (1/8/2009)

- **Document No. 17556:** Dismissal Order (2/4/2009)

- **Document No. 18616:** Notice of Appeal (3/4/2009)

Respectfully submitted,

| | |
|---|---|
| **/s/ GEORGE FRAZIER** | **/s/ David A. Strauss** |
| **GEORGE FRAZIER (A.C.)** | DAVID A. STRAUSS (**T.A.**) #24665 |
| La. Bar No. 5836 | CHRISTIAN A. GARBETT, SR. #26293 |
| 6122 Clara Street | SARAH S. MONSOUR # 30957 |
| Telephone: (504) 214-0836 | KING, KREBS & JURGENS, P.L.L.C. |
| Counsel for Appellants | 201 St. Charles Avenue, Suite 4500 |
| | New Orleans, Louisiana 70170 |
| | Telephone: (504) 582-3800 |
| | Facsimile:  (504) 582-1233 |
| | dstrauss@kingkrebs.com |
| | cgarbett@kingkrebs.com |
| | smonsour@kingkrebs.com |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 11, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

| | |
|---|---|
| **/s/ GEORGE FRAZIER**<br>**GEORGE FRAZIER (A.C.)**<br>La. Bar No. 5836<br>6122 Clara Street<br>Telephone: (504) 214-0836<br>Counsel for Appellants | **/s/ David A. Strauss**<br>DAVID A. STRAUSS (**T.A.**) #24665<br>CHRISTIAN A. GARBETT, SR. #26293<br>SARAH S. MONSOUR # 30957<br>KING, KREBS & JURGENS, P.L.L.C.<br>201 St. Charles Avenue, Suite 4500<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-3800<br>Facsimile:  (504) 582-1233<br>dstrauss@kingkrebs.com<br>cgarbett@kingkrebs.com<br>smonsour@kingkrebs.com |