UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: JENNIE C. CANELLA (07-1015) | * * | |
| VERSUS | * * | SECTION "K" |
| ALLSTATE INSURANCE COMPANY | * * | MAG. 2 |

## ORDER

Considering the foregoing Joint Stipulation of Dismissal;

IT IS HEREBY ORDERED that the above-numbered and entitled matter as it pertains to *Jennie C. Canella vs. Allstate Insurance Company*, C.A. #07-1015, be dismissed, in its entirety, and as to all parties, with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 11th day of August, 2009.

_____
JUDGE