UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                                          CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182

SECTION "K"

THIS DOCUMENT RELATES TO:                                              MAG "2"
ALL LEVEE
07-4551, 07-4552, 07-4553, 07-4554, 07-4556, 07-4557, 07-4558, 07-4559,
07-4560, 07-4561, 07-4563, 07-4948, 07-4949, 07-4950, 07-4951, 07-4952,
07-4953, 07-4954, 07-4955, 07-4956, 07-4957, 07-4958, 07-4959, 07-4960,
07-4961, 07-4962, 07-4963, 07-4964, 07-4966, 07-4967, 07-4968, 07-4970,
07-4971, 07-4972, 07-4973, 07-4974, 07-4975, 07-4976, 07-4977, 07-4978,
07-4979, 07-4980, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985, 07-4986,
07-4987, 07-4988, 07-4989, 07-4990, 07-4991, 07-4992, 07-4993, 07-4994,
07-4995, 07-4996, 07-4997, 07-4998, 07-4999, 07-5000, 07-5001, 07-5002,
07-5003, 07-5004, 07-5005, 07-5006, 07-5008, 07-5009, 07-5010, 07-5012,
07-5014, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019, 07-5148, 07-5150,
07-5155, 07-5193, 07-5254, 07-5286, 07-5314, 07-5315, 07-5316, 07-5317,
07-5318, 07-5319, 07-5320, 07-5321, 07-5322, 07-5323, 07-5324, 07-5325,
07-5326, 07-5328, 07-5329, 07-5330, 07-5331, 07-5332, 07-5333, 07-5334,
07-5335, 07-5336, 07-5337, 07-5338, 07-5339, 07-5340, 07-5341, 07-5342,
07-5345, 07-5346, 07-5347, 07-5348, 07-5349, 07-5350, 07-5351, 07-5352,
07-5353, 07-5354, 07-5355, 07-5356, 07-5357, 07-5358, 07-5359, 07-5360,
07-5361, 07-5362, 07-5363, 07-5364, 07-5365, 07-5367, 07-5368, 07-5369,
07-5370, 07-5371, 07-5372, 07-5373, 07-5374, 07-5375, 07-5376, 07-5377,
07-5378, 07-5494, 07-5495, 07-5496
_____

## NOTICE OF CHANGE OF ADDRESS

    **PLEASE TAKE NOTICE** that, effective August 14, 2009, undersigned counsel, W. Christopher Beary and the law firm of Orrill, Cordell & Beary, LLC have relocated their law offices. Effective immediately, undersigned counsel's new address and telephone number are as follows:

W. Christopher Beary (Bar #22253)
R. Ray Orrill, Jr. (Bar #10239)
ORRILL, CORDELL & BEARY, L.L.C.
330 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 299-8724
Facsimile: (504) 299-8735
wcb@ocblaw.com
rrojr@obclaw.com

Please direct any notices, orders, pleadings, correspondence, or any other such communication to W. Christopher Beary, at his new address and/or telephone number reflected above. In addition, please note the change of address as reflected herein in the record of the above captioned proceeding.

Respectfully submitted,

*/s/ W. Christopher Beary*
W. Christopher Beary (Bar #22253)
R. Ray Orrill, Jr. (Bar #10239)
**ORRILL, CORDELL & BEARY, L.L.C.**
330 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 299-8724
Facsimile: (504) 299-8735

**Attorneys for Omega Hospital, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by electronic filing on this 13th day of August, 2009.

*/s/ W. Christopher Beary*
W. CHRISTOPHER BEARY