UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | SECTION "K" MAGISTRATE (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * | |
| FILED IN:  DIAZ (07-4370) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that Dominic J. Ovella and Sean P. Mount be and are hereby substituted as counsel of record in the above entitled and numbered cause for Fidelity and Deposit Company of Maryland in the place of Richard King.

New Orleans, Louisiana, this 13th day of August, 2009.

_____
JUDGE