UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |

**PERTAINS TO:**
05-4181, 05-4182, 05-5237, 05-6073, 05-6314,
05-6327, 06-0020, 06-0225, 06-2346, 06-2545,
06-4065, 06-4389, 06-4634, 06-5042, 06-5163,
06-5260, 06-5308, 06-5471, 06-5786, 06-5890,
06-9151, 07-1288, 07-1289, 07-4391, 07-4837, 07-5067

## REQUEST FOR REMOVAL FROM EFILE NOTICE LIST

Undersigned counsel, Thomas F. Gardner, Douglas A. Kewley, Erin E. Dearie, W. Lee Kohler, and the law firm of Gardner & Kewley, APLC, request that all be removed from all efile notice lists in the above captioned matter and all matters consolidated therewith. The claims asserted against Eustis Engineering Company, Inc. in the above referenced civil actions have been dismissed in a Final Judgment, the appeals have been denied and no writ was timely filed.

Requested this 14th day of August, 2009.

*req removal notice list_727409_081409_tfgasa#1FS.wpd*           1

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation


 s/Thomas F. Gardner
THOMAS F. GARDNER, T.A. (#1373)
DOUGLAS A. KEWLEY (#7355)
W. LEE KOHLER (#17658)
1615 Metairie Road, Suite 200
Metairie, Louisiana  70005
Telephone:   (504) 832-7222
Facsimile:   (504) 832-7223
**ATTORNEYS FOR:
EUSTIS ENGINEERING COMPANY, INC.,**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 14th day of August, 2009, served a copy of the Request for Removal from Efile Notice List, on counsel for all parties to this proceeding by efiling.


 s/Thomas F. Gardner
THOMAS F. GARDNER