**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Seth A. Schmeeckle
Tel: (504) 568-1990

Fax: (504) 310-9195
e-mail: sschmeeckle@lawla.com

August 12, 2009

*Via Telefax: (504) 589-7633*
The Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge, Division 2
United State District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

Re:   In Re: Katrina Canal Breaches Consolidated Litigation
       United States District Court, Eastern District of Louisiana
       No. 05-4182 / 07-5528
       Our File No. 21043-05512

Magistrate Judge Wilkinson:

In my capacity as Insurer Defendant Liaison Counsel and in response to your instruction of August 10, 2009 stemming from our status conference, I have polled all known counsel to see whether any insurer objects to your meeting with La. Citizens Insurance Company. No objections were received.

With kind regards, I remain,

Respectfully,

Seth A. Schmeeckle

SAS/msb
cc: Joseph M. Bruno, Esq. (via telefax)

478060_1.DOC