

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

Public Protection Division
Writer's Direct Dial (225) 326-6452
Fax Number (225) 326-6498
Writer's email - phillipst@ag.state.la.us

August 12, 2009

U.S. Magistrate Judge Joseph C. Wilkinson, Jr.
B409 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, LA 70130

Via Fax: 504-589-7633

Re:  Road Home/Citizen's Litigation

Dear Magistrate Judge Wilkinson:

    Pursuant to the telephone conference held on Monday, August 10, 2009, in the Road Home litigation, the State of Louisiana confirms that it has no objection to Defendant Louisiana Citizens' participation in ex parte communications with Your Honor to discuss settlement possibilities in this case. Please advise my office if we can be of any assistance in this process.

Sincerely yours,

James Trey Phillips
Director – Public Protection Division
Assistant Attorney General

JTP/tbr

cc:  Emile Rolfs
     Seth Schmeeckle
     Dan Rees
     Joe Bruno