# THE LAW OFFICE OF
# JOSEPH M. BRUNO
### FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

*PRACTICE RESTRICTED
TO U.S. FEDERAL COURTS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 AUG 13 PM 4:23

LORETTA G. WHYTE
CLERK

August 13, 2009

**VIA US POSTAL MAIL**
Magistrate Judge Joseph C. Wilkinson
United States District Court
Eastern District of Louisiana
B409 Hale Boggs Federal Building
500 Poydras Street
New Orleans, Louisiana 70130

Re: *Road Home/Citizens Litigation*

Your Honor:

Pursuant to the telephone conference held on Monday, August 10, 2009, in the Road Home litigation, Plaintiffs confirm that there is no objection to Defendant Louisiana Citizens' participation in ex parte communications with Your Honor to discuss settlement possibilities in this case.

With kindest regards, I remain.

Very truly yours,

THE LAW OFFICE OF JOSEPH M. BRUNO, APLC

Joseph M. Bruno

JMB/sap

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____