# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## OFFICE OF THE CLERK

Loretta G. Whyte                                                500 Poydras St., Room C-151
Clerk                                                            New Orleans, LA 70130

August 14, 2009

Mr. Charles R. Fulbruge, III, Clerk                             APPEAL NO. 09-30049
U. S. Court of Appeals, Fifth Circuit                                       09-30428
New Orleans, LA  70130                                                      09-30438

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION    CA 05-4182  K
       06-20, 06-5260, 6-5308, 06-5785, 06-5786, 06-8707, 07-1113, 07-1349, 07-3173,
       07-3500, 07-4392, 07-4550, 07-4555, 07-4837, 07-4945, 07-4976, 07-4979,
       07-4995, 07-5007, 07-5012, 07-5013, 07-5016, 07-5067, 07-5254, 07-5286, 07-5339,
       07-5343, 07-5344, 07-5350, 07-5355, 07-5356, 07-5375, 07-5397

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

       ___   1) Certified copy of the notice of appeal and docket entries.

       ___   2) Certified copy of notice of a cross-appeal and docket entries.

       ___   3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

       ___   4) This case is proceeding *in forma pauperis*

       ___   5) Order Appointing Counsel   ___ CJA-20    ___ FPD

       ___   6) District Judge entering the final judgment is _____

       ___   7) Court Reporter assigned to the case _____

       ___   8) If criminal case, number and names of other defendants on appeal ___

       ___   9) This case was decided without a hearing; there will be no transcript.

       ___  10) Spears hearing held.

In connection with this record, the following documents are transmitted.

       _X_   1) **Certified** Electronic record on appeal consisting of:

             ___ Volume(s) of record    ___ Volume(s) of original transcript

             ___ Volume(s) of depositions

             ___ Container(s) of exhibits ___ Binder ___ Envelope ___ Folder

       ___   2) Supplemental record, including updated _____

       ___   3) SEALED Doc._____

       ___   4) Other:_____

                                                Very truly yours,

                                                By___Alicia Phelps_____
                                                    Deputy Clerk