
# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** <br> **NO. 05-4182** |
| **PERTAINS TO: SEVERED MASS JOINDER CASES** | **SECTION "K"(2)** |

*Severed from:*
*Abadie I, 06-5164, and*
*Abadie II, 07-5112*

*APPLIES TO "FORCED PLACE INSURANCE"*

| | |
|---|---|
| **GARY ROBERT, ET AL** <br> **VERSUS** <br> **AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA** | **CIVIL ACTION   NO. 09-2610** |
| **DAWNELLA ADAMS , ET AL** <br> **VERSUS** <br> **AMERICAN SECURITY INSURANCE COMPANY** | **CIVIL ACTION   NO. 09-2609** |

## **ORDER**

Before the Court is Defendant American Bankers Insurance Company of Florida's ("American Bankers") and American Security Insurance Company ("American Security") Motions to Sever (Rec. Doc. 19141 and 19143). Due to the Court's unavailability, these motions, which are presently set for August 19, 2009, shall be reset to August 26, 2009. The Court will decide whether oral argument is necessary prior to the hearing and notify the parties accordingly. Therefore,

**IT IS ORDERED** that American Security Motion to Sever  (Rec. Doc. 19141) AND American Bankers Motion to Sever (Rec. Doc. 19143) are  RESET to Wednesday, August 26, 2009, at 9:30 a.m.

New Orleans, Louisiana, this   17th    day of August, 2009.

```
                                    _____
                                         STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT JUDGE
```