## SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

| | COUNSELLORS AT LAW | |
|---|---|---|
| H. PAUL SIMON | 30TH FLOOR - ENERGY CENTRE | DAVID F. BIENVENU |
| FRANK J. PERAGINE | 1100 POYDRAS STREET | M. DAVIS READY |
| GUY W. SMITH | | DOUGLAS R. KINLER |
| ROBERT L. REDFEARN | NEW ORLEANS 70163-3000 | MICHAEL D. HAROLD** |
| THOMAS R. BLUM | | BETTY F. MULLIN |
| H. BRUCE SHREVES | | WILLIAM M. BLACKSTON |
| JAMES A. BURTON | | ANDREW C. WILSON |
| CHRISTOPHER M. GUIDROZ | TELEPHONE (504) 569-2030 | SUSAN F. CLADE |
| DANIEL J. CARUSO | FACSIMILE (504) 569-2999 | M. CLAIRE DURIO |
| THOMAS J. FISCHER | INTERNET: | SUSAN M. CARUSO |
| JAY H. KERN | HTTP://WWW.SPSR-LAW.COM | JAMES R. GUIDRY |
| STEVEN A. JACOBSON | | APRIL A. MCQUILLAR |
| KENNETH R. BOWEN | | CHARLES E. RILEY, IV** |
| HERMAN C. HOFFMANN, JR. | | JOSHUA M. HUDSON |
| SUSAN B. KOHN | | CHRISTOPHER B. CONLEY |
| JOHN F. SHREVES*^ | | DOUGLASS F. WYNNE, JR. |
| ROBERT L. REDFEARN, JR.‡** | | SHANNON H. HUBER |
| DENISE C. PUENTE | | |
| DOUGLAS W. REDFEARN | | OF COUNSEL |
| | | DONALD J. BRANNAN |

*BOARD CERTIFIED
 TAX ATTORNEYS
^BOARD CERTIFIED ESTATE PLANNING
 AND ADMINISTRATION AND, TAX LAW
 SPECIALIST CERTIFIED BY THE LOUISIANA
 BOARD TO LEGAL SPECIALIZATION

**ALSO ADMITTED IN MISSISSIPPI
‡ ALSO ADMITTED IN TEXAS

August 19, 2009

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

RE: In Re: Katrina Canal Breeches Litigation
    USDC EDLA No. 05-04182
    Our file: 00895.044

Dear Sir or Madam:

We request to be removed from the electronic filings in connection with the above captioned matter. We represent defendant, American Alternative Insurance Corporation, in Nos. 09-0145 and 09-0146 which have been remanded to State Court.

Yours very truly,

David F. Bienvenu

DFB/ksb