UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | SECTION "K" MAGISTRATE (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| FILED IN: DIAZ (07-4370) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel of record, comes defendant, Fidelity and Deposit Company of Maryland, and plaintiffs, Ferdinand Diaz and Noella Diaz, and on suggesting to this Honorable Court that all parties have settled and compromised any and all claims by plaintiff against any and all defendants, and desire that this matter be dismissed, with prejudice, each party to bear their own cost;

[SIGNATURE BLOCKS ON NEXT PAGE]

| Respectfully Submitted: | Respectfully Submitted, |
|---|---|
| MOLLERE, FLANAGAN & LANDRY<br><br>BY: _____<br>ALLEN H. BORNE #16816<br>223 Audubon Blvd.<br>New Orleans, Louisiana 70118<br>Telephone: (504) 899-1234<br>Counsel for Ferdinand Diaz and Noella Diaz | HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.<br><br>BY: _____<br>DOMINIC J. OVELLA, #15030 – T.A.<br>dovella@hmhlp.com<br>ANNE E. MEDO, #24556<br>amedo@hmhlp.com<br>SEAN P. MOUNT, #27584<br>smount@hmhlp.com<br>One Galleria Boulevard, Suite 1400<br>Metairie, Louisiana 70001<br>Telephone: (504) 836-6500<br>Counsel for defendant, Fidelity and Deposit Company of Maryland |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this the 19th day of August, 2009.

_____