UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | SECTION "K" MAGISTRATE (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| FILED IN: DIAZ (07-4370) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**Considering the foregoing;**

**IT IS ORDERED, ADJUDGED AND DECREED** that the above captioned matter be, and is hereby dismissed as to all claims between parties, with prejudice, each party bearing their own costs.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE