UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | SECTION "K" MAGISTRATE (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * | |
| FILED IN: DIAZ (07-4370) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**Considering the foregoing;**

**IT IS ORDERED, ADJUDGED AND DECREED** that the above captioned matter be, and is hereby dismissed as to all claims between parties, with prejudice, each party bearing their own costs.

New Orleans, Louisiana, this 20th day of August, 2009.

_____
JUDGE