MINUTE ENTRY
DUVAL, J.
August 19, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |

**PERTAINS TO: FORCED PLACE DOCKET:**

C.A. No. 09-2609 (American Security Insurance Co.) (Doc. 19141)
C.A. No. 09-2610 (AmericanBankers Ins. Co. of Florida) (Doc. 19143)

Attending a telephonic status conference held this day concerning pending Motions to Sever referenced above were:

Joe Bruno for plaintiffs and
Jacob Gulotta for defendants.

The Court ascertained that the cases which are sought to be severed are unlike the other remaining suits in the Forced Placed category in that the actual homeowner is a named insured under each policy. Thus, it would appear that these cases should be severed out of the Forced Placed category of cases and randomly re-allotted.

However, plaintiffs' counsel requested that an attempt to settle all of these claims (which are in excess of 120) would be conducive to judicial economy in the event that they were successful. The Court agreed with that conclusion; however, it will not seek to refer this matter to a magistrate judge without confirmation that the insurers are willing to negotiate settlements in good faith. Accordingly,

**IT IS ORDERED** that counsel for defendants shall inform the Court no later than August 26, 2009 whether his clients are willing to participate in settlement negotiations.

CJS-10: 10 MINS.