MINUTE ENTRY
WILKINSON, M.J.
AUGUST 20, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-5528 |
| AAA INSURANCE ET AL. | SECTION "J"(2) |

* * *

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:   INSURANCE | JUDGE DUVAL |
| <u>Chehardy</u>, 06-1672 | MAG. WILKINSON |
| <u>Chehardy</u>, 06-1673 | |
| <u>Chehardy</u>, 06-1674 | |

As requested by defense counsel and having received written statements of no objection from counsel for all interested parties in the federal cases, I conducted a separate settlement conference with representatives of Louisiana Citizens on this date. Participating were: Emile Rolfs and Suzanne Don De'Ville, counsel for Louisiana Citizens; State of

MJSTAR:  1 : 40

Louisiana Insurance Commissioner James J. Donelon and Louisiana Citizens Chief Executive Officer John Wortman.

The board of Louisiana Citizens is not in a position to make a settlement proposal at this time; however, settlement discussions are continuing.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.
HON. CARL J. BARBIER