UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO: 05-4182 "K" (2) JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1819 Plaintiff: DINA SAVARESE | * * * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action and subject to the approval of the Court that:

I.

All claims presented by plaintiff in her Petition filed herein, shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

II.

Each party shall bear her or its own costs and attorney's fees.

Respectfully Submitted:                                  Respectfully Submitted:

**A PROFESSIONAL LAW**                                   **HAILEY, McNAMARA, HALL,**
**CORPORATION**                                          **LARMANN & PAPALE, L.L.P.**

BY: _____                              BY: _____
PATRICK G. KEHOE, JR., #14419                            DAVID K. PERSONS, #2046
833 Baronne Street                                       One Galleria Blvd.-Suite 1400
New Orleans, LA 70113                                    Post Office Box 8288
Telephone: (504) 588-1110                                Metairie, Louisiana 70001
Facsimile: (504) 588-1954                                Telephone: (504) 836-6500
Counsel for Plaintiff,                                   Email: dpersons@hmhlp.com
**Dina Savarese**                                        Counsel for Defendant,
                                                         **State Farm Fire & Casualty**
                                                         **Insurance Company**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 24th day of August, 2009, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties:

_____
**DAVID K. PERSONS**

DKP Library\RP2413