## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO: 05-4182 "K" (2) JUDGE DUVAL |
| PERTAINS TO INSURANCE: 07-1819 Plaintiff: DINA SAVARESE | * * * | MAGISTRATE WILKINSON |

*********************** *********************

### ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled case is hereby dismissed with prejudice, each party to bear her or its own costs.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
**UNITED STATES DISTRICT JUDGE**

DKP Library\RP2413