## SETTLEMENT COMMUNICATION PURSUANT TO
## F.R.E. ART. 408 AND/OR LA. CODE OF EVIDENCE ART. 408

| Insured Name: | Colleen Clark | | | |
|---|---|---|---|---|
| Insured Premises Address: | 123 40th Street<br>New Orleans, LA 70124 | | | |
| Homeowner[†] Insurer: | The Standard Fire Insurance Co. | Flood Insurer[‡]: | NA | |
| Homeowner[†] Policy No.: | 0NK804-039274434-633-9 | Flood Policy No.[‡]: | NA | |
| Homeowner[†] Claim No: | 877 FR K9C5454 E | Flood Claim No.[‡]: | NA | |
| | **Flood Policy Information[‡]** | | | |
| | Coverage A (Dwelling) | Coverage B (Other Structures) | Coverage C (Personal Property) | Coverage D (ALE) |
| Flood Insurer Limits: | $NA | $NA | $NA | $NA |
| Total Payments By Flood Insurer: | $NA | $NA | $NA | $NA |
| Additional Loss Payee: | Is there a mortgage company or other additional loss payee on the Flood Policy? Yes ___ No ___<br>If Yes, identify the name(s) of the additional loss payees: NA | | | |
| | **Homeowner[†] Policy Information** | | | |
| | Coverage A (Dwelling) | Coverage B (Other Structures) | Coverage C (Personal Property) | Coverage D (ALE) |
| Policy Limits: | $127,000 | $12,700 | $88,900 | $38,100 |
| Payments Made Prior to Final Settlement by HO[†] Insurer: | $0.00 | $1,561.10 | $0.00 | $2,000.00 |
| Proposed Final Settlement with HO[†] Insurer: | $22,000.00 | $0.00 | $10,000.00 | $8,000.00 |
| Additional Loss Payee: | Is there a mortgage company or other additional loss payee on the Homeowner Policy?<br>Yes X  No ___    If Yes, identify the name(s) of the additional loss payee: SBA | | | |

The undersigned certifies that the above information is true and correct to the best of his/her knowledge:

_[signature]_

Printed Name: _Lucinda L Hallowell_
Company: _The Standard Fire Insurance Co_
Title: _Inside Claim Rep_
Date: _October 16, 2008_

The insurance company does not, by providing this information, consent to any subrogation and/or assignment that may have been executed in favor of the State of Louisiana, and does not waive any rights or policy provisions or defenses it may have. All rights, policy provisions, and defenses are expressly reserved.

PARTY SENSITIVE CONFIDENTIAL INFORMATION
PRODUCED FOR SETTLEMENT REVIEW PURSUANT TO PROTECTIVE ORDER
IN RE: KATRINA CANAL BREACHES LITIGATION; ROAD HOME ACTION

[†] The term "Homeowner" and symbol "HO" refer generally to policies of insurance not issued pursuant to the NFIP.
[‡] Information related to the Flood Policy and flood payments are only to be included where the Homeowner Insurer and the Flood Insurer are the same issuing company.

# Request for Consent Form

**Instructions:** Please review and carefully respond to all of the following requested information on this Request for Consent Form. Once you have completely responded to all of the requested information, and the Form has been fully executed, please return the Form to:

Louisiana Division of Administration
Disaster Recovery Unit – Attention Subrogation
Post Office Box 94095
Baton Rouge LA 70804-9095

(1) **Recipient's/Applicant's Full Name:**
First: Colleen
Middle: _____
Last: Clarke                    Suffix: _____

(2) **Co-Recipient's/Co-Applicant's Full Name:**
First: _____
Middle: _____
Last: _____               Suffix: _____

What is your Road Home Identification Number? 06HH039287
Have you closed on your Road Home grant application? _____ Yes _____ No
If you have not closed on your grant, do you have a closing date scheduled?
_____ Yes _____ No
If you answered "Yes", what is the date of your scheduled closing? _____

(3) **Address of Damaged Property** (as listed on grant application):
Street Address: 123 40th Street
City: New Orleans          State: LA          Zip: 70124

(4) **Current Contact Information:**
Street Address: ~~P.O. BOX 73470~~ 123 40th Street
City: ~~Metairie~~ New Orleans          State: LA          Zip: ~~70033~~ 70124
Phone: (504) 250-2939     Fax: (   )
E-Mail: _____

Page 1 of 7

**(5) Flood Insurance:**

Did you have flood insurance at the time of Hurricanes Katrina and/or Rita?   Yes ✓   No

Did you make a claim?   Yes ✓   No

If you answered yes to making a claim, please answer the following:

Name of your Flood Insurance Company: Hartleyville Mutual Insurance Company

Policy Number: 9493240000005
(Please attach a copy of your Declaration page for the policy periods August 29, 2005, and/or September 24, 2005)

Claim Number: 9493240000005

Flood Insurance Agent's Name and Company Name: John Las Vegas
Las Vegas Insurance Agency

Street Address: 110 Veterans Memorial Blvd, Ste 110
City: Metairie   State: LA   Zip: 7005-3933
Phone: (504) 433-3234   Fax: (504) 433-4143

Did you receive any funds from your flood insurer?   Yes ✓   No

If you answered "Yes" to receiving funds from your flood insurer, please complete the following questions:

How much did you receive for the primary residence?   $105,000.00
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages.)

How much did you receive for other structures?   0
How much did you receive for contents?   $30,000.00
How much did you receive for alternative living expenses?   0
How much did you receive for any other expenses or property damage?   0

**(6) Homeowners Insurance:**

Name of Homeowners Insurance Company: Standard Fire / Travelers

Homeowner's Insurance Agent's Name and Company Name: John Las Vegas
Las Vegas Insurance Agency

Street Address: 110 Veterans Blvd
City: Metairie   State: LA   Zip: 7005-3933
Phone: (504) 433-3234   Fax: (504) 433-4143

Policy Number: ONX-804-0392744344-633-9
(Please attach a copy of your Declaration page for the policy periods August 29, 2005, and/or September 24, 2005)

Did you make a claim?   Yes X   No

If yes, what was your claim number?   877PRK9C545AE

Page 2 of 7

If you answered yes to making a claim and you received any funds from your homeowner's insurer, please answer the following:

How much did you receive for the primary residence? __0__
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).

How much did you receive for other structures? __$1,561.10__
How much did you receive for contents? __$0__
How much did you receive for alternative living expenses? __$2,000.00__
How much did you receive for any other expenses or property damage? __0__

Have you settled your claim with your homeowners insurance company? __X__ Yes ____ No
If yes, please answer the following :
What is the total amount of the settlement? __$40,000.00__
How much did or will you receive for the primary residence? __$22,000.00__
(The term "primary residence" refers to your primary home or dwelling, and excludes other structures such as fences, sheds, and detached garages).

How much did or will you receive for other structures? __0__
How much did or will you receive for contents? __$10,000.00__
How much did or will you receive for alternative living expenses? __$8,000.00__
How much did or will you receive for any other expenses or property damage? __0__

Please state the following information for any insurance company attorney or adjuster that negotiated the settlement:
Name and Company or Law Firm Name: __Longman Russo, APLC__

Street Address: __600 Jefferson Street__
City: __Lafayette__   State: __LA__   Zip: __70501__
Phone : __(337)262-9000__   Fax: __(337)262-9001__
E-Mail: __gjrusso@lrfirm.com__

*[handwritten margin note: 5/30/08 we agreed that $34,000 would go to contents and $8,100 to ALE]*

**(7) Litigation:**
Do you have an attorney representing you on an insurance claim relating to any damages you might have sustained or incurred as a result of Hurricanes Katrina and/or Rita? __X__ Yes __ No

If yes, please state the following for your attorney's contact information:
Name of Attorney: __Roy F. Amedee, Jr.__
Name of Law Firm: __Law Offices of Roy F. Amedee, Jr.__
Street Address: __228 St. Charles Avenue, Suite 801__   City: __New Orleans__
State: __LA__   Zip: __70130__
Phone : __(504) 592-3222__   Fax: __(504) 592-8783__
E-Mail: __Ramedeejr@aol.com and Brent@Klibertlaw.com__
(Please attach a copy of the retainer contract with your attorney and provide a summary of any costs or expenses associated with this lawsuit).

Page 3 of 7

Have you filed a lawsuit regarding a hurricane insurance claim? __X__ Yes _____ No
If yes, please provide identify the Court in which the lawsuit is filed and provide the case number:
United States District Court - Eastern District of Louisiana

Colleen Clarke vs. Standard Fire Insurance Company  07-3846
(Please attach a copy of the first page of the lawsuit identified above)

What value did the insurer's adjuster assign for damages to your primary residence? $3,992.65
(Please attach a copy of the adjuster's report)

What value did your adjuster/expert assign for damages to your primary residence? $46,804.89
(Please attach a copy of the adjuster's/expert's report)

**(8) Mortgage Company:**

Did you have a mortgage on your primary residence at the time of the hurricane? __✓__ Yes __X__ No
If yes, please state the amount of the mortgage (Please include the applicable date for the balance and the Loan Number): Balance on 9/9/05 - $127,803.96  paid off 2/06 - 126,687.62

Please state the name of the lender: Countrywide
Please provide the name of a contact person, address and phone number for your lender:
Countrywide  P.O. Box 650070, Dallas, TX, 75265-0070
1-800-669-6607

If you did not have a mortgage on your primary residence at the time of the hurricane, was there any loss payee(s) on your homeowners insurance policy? _____ Yes _____ No
If yes, please state the name of loss payee(s): _____
Please provide the address and phone number for loss payee(s): _____

**(9) SBA**
Have you received a SBA Loan? __X__ Yes _____ No
Please provide the name of a contact person, address and phone number for your SBA loan (Please include the Loan Number.): Loan Number: 184436606

I solemnly swear that the information contained in this Road Home Consent Form is true and correct under penalty of law and penalty of perjury. The information contained herein and the documents submitted as part of this consent request may be the basis for determining benefits under the Road Home Program, and that Undersigned acknowledge that Undersigned may be prosecuted by Federal, State and/or local authorities in the event that Homeowner(s) make or file false, misleading and/or incomplete statements and/or documents, and that the State of Louisiana may seek

remittance of settlement proceeds from the Undersigned in the event that the Undersigned make or file false, misleading and/or incomplete statements and/or documents. Additionally, I understand that any incomplete responses may result in grounds for a deficiency rejection. Finally, I understand that consent to settlement and agreement as to amount to be returned to the Road Home Program will only be evidenced by the written consent and approval of the Road Home Program.

_____   _Collen Clarke_____
Witness                                           Signature (Recipient/Applicant)

_____   _____
Witness                                           Print Name (Recipient/Applicant)

_____   _____
Witness                                           Signature (Co-Recipient/Co-Applicant)

_____   _____
Witness                                           Print Name (Co-Recipient/Co-Applicant)

_____   _[signature]_____
Witness                                           Signature (Attorney)

_____   _Roy F. Amedee, Jr.___
Witness                                           Print Name (Attorney)

Sworn to and subscribed before me the undersigned Notary Public on this _30_ day of _March_, 2007.

_[signature]_____
Notary Public

BRENT A. KLIBERT    BRN 29296
ATTORNEY-AT-LAW
(Print Name, Date Commission Expires and Bar Number)

Page 5 of 7

(For Official Use Only)

## ROAD HOME CONSENT

\_\_\_\_ Request for consent denied.

\_\_\_ Request for consent denied, because additional information is needed before consent may be granted. (Please respond to the State's request for additional information, so that further review may be made and consent granted.)

\_\_\_\_ Request for consent granted, conditioned upon the Louisiana Division of Administration – Disaster Recovery Unit ("DRU") receiving the amount of _____ from the settlement proceeds. Upon receipt of these funds and execution of the Recipient Acknowledgment below, in the event that the payment is pursuant to a full and final settlement between the Recipient and his Insurer(s) of claims under the insurance policy at issue, then upon such payment, this Consent shall operate as a release of the DRU's Road Home subrogation rights against that carrier under the policy under which the payment has been made. Payment pursuant this Consent shall be deemed compliance by the Recipient with the terms and conditions of his subrogation and assignment agreement with DRU relating to the disclosed payments under the insurance policy at issue. If the Recipient receives hereafter any other payments under Coverage A and such funds were not already reflected in the grant calculation, this Consent does not relieve the Recipient of any obligation to pay such other amounts under the Road Home Subrogation and Assignment Agreement. The payment of the insurance settlement amount to the State does not relieve the Recipient from any other obligations he has under the grant agreement or covenants.

The insurance company or you should make the State's portion of the settlement funds to payable to "Louisiana Division of Administration – DRU" and mailed to:

Louisiana Division of Administration
Disaster Recovery Unit – Attention Subrogation
Post Office Box 94095
Baton Rouge LA 70804-9095

Please include on the reference portion of the check the above referenced Road Home application number and include a copy of this correspondence with the check.

Approved by: _____

_____ Print Name and Title

_____ Date

## RECIPIENT ACKNOWLEDGMENT

I hereby authorize and irrevocably approve and agree to reimburse the Road Home the sum of _____ as set forth above in the Road Home Consent section. Further, I authorize and irrevocably direct the insurance company listed in the Request for Consent Form to deduct the sum of _____, as set forth above in the Road Home Consent section, from the gross settlement of any insurance claim and to remit the same directly to the Road Home, all funds should be remitted to The Road Home Program, through the Louisiana Division of Administration, as provided herein.

_____Witness_____ Signature (Recipient/Applicant)

Witness                                                                Print Name (Recipient/Applicant)

_____Witness_____ Signature (Co-Recipient/Co-Applicant)

Witness                                                                Print Name (Co-Recipient/Co-Applicant)

Sworn to and subscribed before me the undersigned Notary Public on this _____ day of _____, 2007.

_____
Notary Public

_____
(Print Name, Date Commission Expires and Bar Number)

Page 7 of 7