UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | |
| PERTAINS TO INSURANCE | * | MAGISTRATE WILKINSON |
| (Williams, No. 06-6861) | * | |
| | * | |

**JOINT MOTION TO DISMISS**

COME NOW, plaintiffs, Ruby Williams and Edward Williams, Jr., and defendant, The Standard Fire Insurance Company ("Standard Fire"), incorrectly referred to in the Petition as The Standard Fire Insurance Company/Travelers, appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that the parties desire to dismiss, with prejudice, the consolidated cause bearing Docket No. 06-6861, with each party to bear its own court costs.

1

Respectfully submitted:

_____
David E. Kavanagh
810 Union Street, 2nd Floor
New Orleans, LA 70112
dkavanagh@wkrlaw.com
504-529-5100

ATTORNEYS FOR RUBY WILLIAMS AND
EDWARD WILLIAMS, JR

/s/ Gary J. Russo
_____
Gary J. Russo (#10828)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
P. O. Drawer 3408
Lafayette, LA. 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: grusso@joneswalker.com

Douglas C. Longman, Jr. (#8719)
LONGMAN RUSSO, APLC
P. O. Drawer 3408
Lafayette, LA. 70502-3408
Telephone: (337) 262-9000

ATTORNESY FOR THE STANDARD FIRE
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on Aug. 26, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gary J. Russo
_____

2