

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**IT IS ORDERED** that the following cases be reallotted at random to the other sections of court excluding Section L:

| | |
|---|---|
| 06-8676 | In Re: Katrina Dredging Limitation Actions Consolidation Litigation and consolidated cases: |
| 06-8884 | In re: Mike Hooks, Inc. |
| 06-8888 | In the Matter of T.L. James & Company, Inc. |
| 06-8890 | In the Matter of Gulf Coast Trailing Company et al |
| 06-8891 | In the Matter of Manson Construction Co. |
| 06-8922 | In Re: Luhr Bros., Inc. |
| 06-8967 | In Re: King Fisher Marine Service, L.P. |
| 06-9075 | In the Matter of Pine Bluff Sand and Gravel Company |
| 06-9223 | In Re: Weeks Marine, Inc. |

and **IT IS ORDERED** that the following cases be de-consolidated from the In Re: Katrina Canal Breaches Litigation (05-4182) and be reallotted with the above In Re: Katrina Dredging Limitation Actions cases to the same section:

06-2152   Reed v. USA et al

06-4066   Ackerson et al v. Bean Dredging, L.L.C. et al

New Orleans, Louisiana, this 26th day of August, 2009.

STANWOOD R. DUVAL, Jr., DISTRICT JUDGE

AUG 27 2009
REALLOTTED TO
SECT. A