UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*          08-4459 | * | |
| | * | |

## NOTICE OF DEPOSITIONS

**YOU ARE HEREBY NOTIFIED** that the Barge Plaintiffs, through undersigned counsel, will conduct the oral deposition of the following persons, at the times and locations stated, for all purposes in accord with the Federal Rules of Civil Procedure, before an officer authorized to administer oaths, which shall continue from day to day until completed. The depositions will be videotaped.

| Deponent | Date and Time | Location |
|---|---|---|
| Jason Weiss | September 1, 2009, 10:00 a.m. | Chaffe McCall, LLP, 1100 Poydras St., Ste. 2300 New Orleans, Louisiana |
| Wade Ragas | September 3, 2009, 9:00 a.m. | Chaffe, McCall, LLP, 1100 Poydras St., Ste. 2300 New Orleans, Louisiana |
| Reda Bakeer | September 10, 2009, 10:00 a.m. | Chaffe McCall, LLP, 1100 Poydras St., Ste. 2300 New Orleans, Louisiana |

| | | |
|---|---|---|
| Robert Bea | September 14, 2009, 9:00 a.m. | Goodwin Procter, LLP, 3 Embarcadero Center, 24th Floor, San Francisco, California 94111 |
| Joseph Suhayda | September 16, 2009, 9:00 a.m. | Goodwin Procter, LLP ,3 Embarcadero Center, 24th Floor, San Francisco, California 94111 |
| Kenneth Boudreaux | September 18, 2009, 10:00 a.m. | 1424 Bordeaux Street, New Orleans, Louisiana |
| G. Paul Kemp | September 22, 2009, 9:00 a.m. | Goodwin Procter, LLP, 901 New York Ave. NW, Washington, D.C. |

Respectfully Submitted,

/s/Dylan Pollard
Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
       Dpollard@kpalawyers.com;
       Mbailey@kpalawyers.com


Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113

Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
karl@wiedemannlaw.com;
karen@wiedemannlaw.com

Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com;
ddruker@wgdnlaw1.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 27th day of August, 2009.

\s\Brian A. Gilbert
BRIAN A. GILBERT