U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   AUG 2 4 2009

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 08-31240

CV 05 · 4182-K

IN RE: KATRINA CANAL BREACHES LITIGATION

-------------------------------------------------------------

LINDA C BOURGEOIS; ARNOLD F BOURGEOIS; WANETTE BOUTTE;
NIKITA BOUTTE; SHEILA M JOHNSON; ET AL

     Plaintiffs - Appellants


  v.


PORT OF NEW ORLEANS;

     Defendant - Appellee


-------------------------------------------------------------

KEITH C FERDINAND, MD, APMC; Et Al

     Plaintiffs - Appellants


  v.


PORT OF NEW ORLEANS;

     Defendant - Appellee


-------------------------------------------------------------

___ Fee_____
_X_ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No._____

MARY CHRISTOPHE; Et Al

     Plaintiffs - Appellants

  v.

PORT OF NEW ORLEANS;

     Defendant - Appellee

------------------------------------------------------------

SUSAN WILLIAMS; Et Al

     Plaintiffs - Appellants

  v.

PORT OF NEW ORLEANS;

     Defendant - Appellee

------------------------------------------------------------

RHEALYNDA PORTER; Et Al

     Plaintiffs - Appellants

  v.

PORT OF NEW ORLEANS

     Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Pursuant to appellants' motion this appeal is dismissed this 24th day,
August, 2009, see FED. R. APP. P. 42(b).

Clerk of the United States Court
of Appeals for the Fifth Circuit

*Misty Fontenot*

By: _____ **2 4 AUG 2009**

Misty L. Fontenot, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 24, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

        No. 08-31240,  In Re: Katrina Canal, et al
                USDC No. 2:05-CV-4182
                USDC No. 2:06-CV-5131
                USDC No. 2:06-CV-5132
                USDC No. 2:06-CV-5134
                USDC No. 2:06-CV-5137
                USDC No. 2:06-CV-5140

Enclosed is a copy of the judgment issued as the mandate.


                        CHARLES R. FULBRUGE III, Clerk

                        By: _Misty Fontenot_____
                        Misty L. Fontenot, Deputy Clerk
                        504-310-7716

cc: w/encl:
        Mr. Kirk N Aurandt
        Mr. Chadwick William Collings
        Mr. James K Irvin
        Mr. John Fredrick Kessenich

CASE NO. 08-31240

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**IN RE: KATRINA CANAL BREACHES LITIGATION**

LINDA C. BOURGEOIS, ARNOLD F. BOURGEOIS, WANETTE BOUTTE,
NIKITA BOUTTE, SHEILA M. JOHNSON, ET AL
Plaintiffs-Appellants
v.
PORT OF NEW ORLEANS
Defendant-Appellee

---

KEITH C. FERDINAND, MD, APMC, ET AL
Plaintiffs-Appellants
v.
PORT OF NEW ORLEANS
Defendant-Appellee

U.S. COURT OF APPEALS
FILED
AUG 2 0 2009
CHARLES R. FULBRUGE III
CLERK

---

MARY CHRISTOPHE, ET AL
Plaintiffs-Appellants
v.
PORT OF NEW ORLEANS
Defendant-Appellee

---

SUSAN WILLIAMS, ET AL
Plaintiffs- Appellants
v.
PORT OF NEW ORLEANS
Defendant-Appellee

Page 1 of 3