# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 24, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 07-30412,  In Re: Katrina Canal, et al
USDC No. 2:05-CV-4182
USDC No. 2:06-CV-1885

Enclosed, for the Eastern District of Louisiana, New Orleans
only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans
only, is a copy of the court's opinion.

The electronic copy of the record will be recycled.

CHARLES R. FULBRUGE III, Clerk

By: *Angelique D. Batiste*
Angelique D. Batiste, Deputy Clerk
504-310-7715

cc: (letter only)
Honorable Stanwood R. Duval Jr.
Mr. Sarang Vijay Damle
Mr. Ashton R O'Dwyer Jr.

P.S. to Judge Duval:  A copy of the opinion was sent to your
office via email the day it was filed.