UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
     CONSOLIDATED LITIGATION
                                          NO. 05-4182

PERTAINS TO: INSURANCE                    SECTION "K"(2)
     Aguilar, 07-4852

## ORDER

Considering the Joint Motion to Dismiss (Rec. Doc. 19245), and in light of the fact that this Court already dismissed this case in its February 4, 2009 dismissal order (Rec. Doc. 17556), accordingly

**IT IS ORDERED** that the motion is **MOOT** based on the dismissal order of February 4, 2009, Rec. Doc. 17556. There is no need to file motions to dismiss individual cases which were included in that order and such motions will be denied as moot in the future.

New Orleans, Louisiana, this __1st__ day of September, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**