UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                  CIVIL ACTION
    CONSOLIDATED LITIGATION
                                             NO. 05-4182

PERTAINS TO: INSURANCE                         SECTION "K"(2)
          Aaron, 06-4746

## ORDER

Considering the Joint Motion to Dismiss (Rec. Doc. 19246), and in light of the fact that

this Court already dismissed this case in its February 4, 2009 dismissal order (Rec. Doc. 17556),

accordingly

**IT IS ORDERED** that the motion is **MOOT** based on the dismissal order of February 4,

2009, Rec. Doc. 17556.  There is no need to file motions to dismiss individual cases which were

included in that order and such motions will be denied as moot in the future.

New Orleans, Louisiana, this ____1st__ day of September, 2009.

_____
    STANWOOD R. DUVAL, JR.
    UNITED STATES DISTRICT JUDGE