**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION

                                          NO. 05-4182

PERTAINS TO: INSURANCE                           SECTION "K"(2)
          **Aaron, 06-4746**

<u>**ORDER**</u>

      Considering the Joint Motion to Dismiss (Rec. Doc. 19247), and in light of the fact that

this Court already dismissed this case in its February 4, 2009 dismissal order (Rec. Doc. 17556),

accordingly

      **IT IS ORDERED** that the motion is **MOOT** based on the dismissal order of February 4,

2009, Rec. Doc. 17556.  There is no need to file motions to dismiss individual cases which were

included in that order and such motions will be denied as moot in the future.

      New Orleans, Louisiana, this __1st__ day of September, 2009.

_____
          **STANWOOD R. DUVAL, JR.**
          **UNITED STATES DISTRICT JUDGE**