**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

**Loretta G. Whyte**                                            **500 Poydras St., Room C-151**
**Clerk**                                                                 **New Orleans, LA 70130**

August 31, 2009

Mr. Charles R. Fulbruge, III, Clerk                    APPEAL NO. <u>09-30485</u>
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130


IN RE: <u> KATRINA CANAL BREACHES CONSOL LITIGATION    CA 05-4182 K  c/w 07-5528 J</u>


Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

      ____  1) Certified copy of the notice of appeal and docket entries.

      ____  2) Certified copy of notice of a cross-appeal and docket entries.

      ____  3) The Court of Appeals docket fee ___ HAS   ___ HAS NOT been paid.

      ____  4) This case is proceeding <u>in forma pauperis</u>

      ____  5) Order Appointing Counsel   ___ CJA-20   ___ FPD

      ____  6) District Judge entering the final judgment is _____

      ____  7) Court Reporter assigned to the case _____

      ____  8) If criminal case, number and names of other defendants on appeal ____

      ____  9) This case was decided without a hearing; there will be no transcript.

      ____  10) Spears hearing held.

In connection with this record, the following documents are transmitted.

      _x_  1) **Certified** Electronic record on appeal consisting of:

           ____ Volume(s) of record   ____ Volume(s) transcript

           ____ Volume(s) of depositions

           ____ Container(s) of exhibits ___ Binder ___ Envelope ___ Folder

      ____  2) Supplemental record, including updated _____

      ____  3) SEALED Doc._____

      ____  4) Other:_____

Very truly yours,

By___Alicia Phelps_____
Deputy Clerk