UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>APPLIES TO: BARGE<br>THE COMPLAINT OF UNIQUE<br>TOWING, INC. AND JOSEPH C.<br>DOMINO, INC. 06-3313 | CIVIL ACTION NO. 05-4182<br>AND CONSOLIDATED<br>CASES<br><br>SECTION "K"<br>JUDGE DUVAL<br><br>MAGISTRATE: (2)<br>JUDGE WILKINSON |

**MOTION FOR ENTRY OF FINAL JUDGMENT
ORDERING THE DEPOSIT OF THE LIMITATION FUND
AND ABSOLVING LIMITATION PETITIONERS OF ANY
FURTHER LIABILITY ON BEHALF OF JOSEPH C.
DOMINO, INC. AND UNIQUE TOWING, INC.**

**NOW COME** Unique Towing, Inc., and Joseph C. Domino, Inc., and move for an order permitting a deposit of the Limitation Fund together with 6% interest as provided by Supplemental Rule F of the Federal Rules of Civil Procedure, in that such parties do not wish to contest the issue of causation, and that there are no remaining issues to be litigated, and such parties desire to obtain an order from this Court dismissing all claims made against them in exchange for such payment, all as is more fully set forth in the attached Memorandum in Support.

Respectfully submitted this 3rd day of September, 2009.

        WAITS, EMMETT & POPP

BY:  s/John F. Emmettt
     JOHN F. EMMETT (La. 1861) T.A.
     1515 Poydras Street, Suite 1950
     New Orleans, Louisiana 70112
     Telephone: 504-581-1301
     Facsimile: 504-585-1796
Attorneys for Unique Towing, Inc.

HARRIS & RUFTY

BY:  s/Jill S. Willhoft
     Rufus C. Harris, III (La. 6638), T.A.
     Jill S. Willhoft (La. 28990)
     650 Poydras St., Suite 2710
     New Orleans, Louisiana 70130
     Telephone: (504) 525-7500
     Facsimile: (504) 525-7222
Attorneys for Joseph C. Domino, Inc.

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel either by filing same with the Court's electronic filing system, or by e-mail or facsimile and/or by depositing same in the United States Mail, postage prepaid and properly addressed, this 3rd day of September, 2009.

s/John F. Emmett