# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA BREACHES<br>CONSOLIDATED LITIGATION<br><br>APPLIES TO: BARGE<br>THE COMPLAINT OF UNIQUE<br>TOWING, INC. AND JOSEPH C.<br>DOMINO, INC. 06-3313 | CIVIL ACTION NO. 05-4182<br>AND CONSOLIDATED<br>CASES<br><br>SECTION "K"<br>JUDGE DUVAL<br><br>MAGISTRATE: (2)<br>JUDGE WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Unique Towing, Inc., and Joseph C. Domino, Inc. will bring on for hearing the attached "**MOTION FOR ENTRY OF FINAL JUDGMENT ORDERING THE DEPOSIT OF THE LIMITATION FUND AND ABSOLVING LIMITATION PETITIONERS OF ANY FURTHER LIABILITY ON BEHALF OF JOSEPH C. DOMINO, INC. AND UNIQUE TOWING, INC.**" on for hearing/submission before the Honorable Stanwood Duval, in the United States District Court for the Eastern District of Louisiana, on the 30th day of September, 2009 at 9:30 a.m., 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted this 3rd day of September, 2009.

    WAITS, EMMETT & POPP

    BY:   s/John F. Emmettt
           JOHN F. EMMETT (La. 1861) T.A.
           1515 Poydras Street, Suite 1950
           New Orleans, Louisiana 70112
           Telephone: 504-581-1301
           Facsimile: 504-585-1796
    Attorneys for Unique Towing, Inc.

    HARRIS & RUFTY

    BY:   s/Jill S. Willhoft
           Rufus C. Harris, III (La. 6638), T.A.
           Jill S. Willhoft (La. 28990)
           650 Poydras St., Suite 2710
           New Orleans, Louisiana 70130
           Telephone: (504) 525-7500
           Facsimile: (504) 525-7222
    Attorneys for Joseph C. Domino, Inc.

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel either by filing same with the Court's electronic filing system, or by e-mail or facsimile and/or by depositing same in the United States Mail, postage prepaid and properly addressed, this ____th day of August, 2009.

           s/John F. Emmett

2