# EXHIBIT "A" TO CLASS SETTLEMENT AGREEMENT

| | EASTERN DISTRICT OF LOUISIANA - DUVAL |
|---|---|
| Case No. | Lead Plaintiff |
| 2:07-cv-4392 | Abair, et. al. v. St. Paul Fire and Marine Insurance Company, et. al. |
| 2:07-cv-4968 | Abundance Square Associates, LP vs. United States of America, et. al. |
| 2:07-cv-5317 | Abundance Square Associates, LP vs. United States of America, et. al. |
| 2:06-cv-4066 | Ackerson, et. al. v. Bean Dredging L.L.C., et. al. |
| 2:06-cv-4065 | Adams, et. al. v. Boh Bros. Construction Company, L.L.C., et. al. |
| 2:06-cv-4634 | Adams, et. al. v. Boh Brothers Construction Co., LLC, et. al. |
| 2:06-cv-5128 | Adams, et. al. v. Port of New Orleans, et. al. |
| 2:07-cv-4391 | Adams, et. al. vs. United States of America, et. al. |
| 2:07-cv-4977 | Adler v. United States of America, et. al. |
| 2:07-cv-5369 | Adler v. United States of America, et. al. |
| 2:07-cv-4967 | Adler v. United States of America, et. al. |
| 2:07-cv-5376 | Adler v. United States of America, et. al. |
| 2:07-cv-4991 | Adler v. United States of America, et. al. |
| 2:07-cv-5329 | Adler v. United States of America, et. al. |
| 2:07-cv-4993 | Adler's Special Account vs. United States of America, et. al. |
| 2:07-cv-5345 | Adler's Special Account vs. United States of America, et. al. |
| 2:07-cv-4837 | Albano, et. al. v. Board of Commissioners for the Orleans Parish Levee District, et. al. |
| 2:07-cv-5397 | Aleman, et. al. v. United States of America, et. al. |
| 2:05-cv-6438 | Armstead, et. al. v. Nagin, et. al. |
| 2:06-cv-2824 | Artus, et. al. v. United States of America, et. al. |
| 2:06-cv-5142 | Augustine, et. al. v. Port of New Orleans, et. al. |
| 2:07-cv-1286 | Augustine, et. al. v. United States of America, et. al. |
| 2:07-cv-4985 | Bagneris, et. al. v. United States of America, et. al. |
| 2:07-cv-5378 | Bagneris, et. al. v. United States of America, et. al. |
| 2:06-cv-0153 | Baird, et. al. v. Encompass Insurance Company, et. al. |
| 2:07-cv-3612 | Bealer, et. al. v. United States of America, et. al. |
| 2:07-cv-4965 | Bell v. United States of America, et. al. |
| 2:07-cv-5327 | Bell v. United States of America et. al. |
| 2:07-cv-4994 | Berenson, et. al. v. United States of America, et. al. |
| 2:07-cv-5325 | Berenson, et. al. v. United States of America, et. al. |
| 2:07-cv-4966 | Berenson, et. al. v. United States of America, et. al. |
| 2:07-cv-5365 | Berenson, et. al. v. United States of America, et. al. |
| 2:07-cv-5143 | Binnings, et. al. v. United States Army Corps of Engineers |
| 2:07-cv-4987 | Blaum, et. al. v. United States of America, et. al. |
| 2:07-cv-5336 | Blaum, et. al. v. United States of America, et. al. |
| 2:06-cv-5131 | Bourgeois, et. al. v. Port of New Orleans, et. al. |
| 2:05-cv-6359 | Bradley, et. al. v. Modjeski and Masters, Inc., et. al. |
| 2:06-cv-0225 | Bradley, et. al. v. Pittman Construction Co., Inc., et. al. |
| 2:06-cv-4931 | Brock, et. al. v. Boh Bros. Construction Co., LLC, et. al. |
| 2:05-cv-6324 | Brown et. al. v. Boh Brothers Construction Company, LLC et. al. |
| 2:07-cv-5004 | Cambridge Realty West, L.L.C., et. al. v. United States of America, et. al. |
| 2:07-cv-5340 | Cambridge Realty West, L.L.C., et. al. v. United States of America, et. al. |
| 2:07-cv-1349 | Carney, et. al. v Boh Brothers Construction Company, et. al. |

NO.99913685.1



| | |
|---|---|
| 2:06-cv-2278 | Christenberry, et. al. v. Board of Commissioners for the Orleans Levee District, et. al. |
| 2:06-cv-5134 | Christophe, et. al. v. Port of New Orleans, et. al. |
| 2:07-cv-4995 | CII Carbon, L.L.C. v. United States of America, et. al. |
| 2:07-cv-5355 | CII Carbon, L.L.C. v. United States of America, et. al. |
| 2:07-cv-4944 | Cina, et. al. v. United States of America, et. al. |
| 2:07-cv-1271 | Ciuffi, et. al. v. United States of America, et. al. |
| 2:07-cv-1284 | Coco, et. al. v. Board of Commissioners of The Orleans Levee District, et. al. |
| 2:06-cv-5042 | Cohen, et. al. v. Board of Commissioners for the Orleans Levee District, et. al. |
| 2:07-cv-1289 | Coniglio, et. al. v. United States of America, et. al. |
| 2:06-cv-0151 | Conlay v. Encompass Insurance Company, et. al. |
| 2:07-cv-5067 | Connick, et. al. v. United States of America, et. al. |
| 2:07-cv-5193 | Curtis v. United States of America, et. al. |
| 2:07-cv-5009 | Davis v. United States of America, et. al. |
| 2:07-cv-5314 | Davis v. United States of America, et. al. |
| 2:06-cv-6473 | Deane, et. al. v. Boh Bros. Construction Co., L.L.C., et. al. |
| 2:06-cv-5127 | DePass, et. al. v. Board of Commissioners for the Orleans Levee District, et. al. |
| 2:07-cv-4956 | DeSalvo, et. al. v. United States of America, et. al. |
| 2:07-cv-5358 | DeSalvo, et. al. v. United States of America, et. al. |
| 2:07-cv-5370 | DeSalvo v. United States of America, et. al. |
| 2:07-cv-4955 | DeSalvo v. United States of America, et. al. |
| 2:07-cv-4954 | DeSalvo v. United States of America, et. al. |
| 2:07-cv-5357 | DeSalvo v. United States of America, et. al. |
| 2:07-cv-4948 | Dillard University, et. al. v. United States of America, et. al. |
| 2:07-cv-5359 | Dillard University, et. al. v. United States of America, et. al. |
| 2:07-cv-5000 | Doley, et. al. v. United States of America, et. al. |
| 2:07-cv-5368 | Doley, et. al. v. United States of America, et. al. |
| 2:07-cv-4972 | Doley v. United States of America, et. al. |
| 2:07-cv-5319 | Doley v. United States of America, et. al. |
| 2:07-cv-4561 | Doley v. United States of America, et. al. |
| 2:07-cv-5014 | Doley v. St. Paul Fire and Marine Insurance Company, et. al. |
| 2:07-cv-5348 | Doley v. St. Paul Fire and Marine Insurance Company, et. al. |
| 2:07-cv-4984 | Dominion/ NO Centre, L.L.C., et. al. v. United States of America, et. al. |
| 2:07-cv-5364 | Dominion/ NO Centre, L.L.C., et. al. v. United States of America, et. al. |
| 2:07-cv-1113 | Douville, et. al. v. Boh Bros. Construction Company, LLC, et. al. |
| 2:07-cv-5019 | Embry, et. al. v. United States of America, et. al. |
| 2:07-cv-5353 | Embry, et. al. v. United States of America, et. al. |
| 2:07-cv-4976 | Entercom Communications Corp. v. United States of America, et. al. |
| 2:07-cv-5375 | Entercom Communications Corp. v. United States of America, et. al. |
| 2:05-cv-6314 | Ezell, et. al. v. Boh Brothers Construction Co., et. al. |
| 2:06-cv-5132 | Ferdinand, et. al. v. Port of New Orleans, et. al. |
| 2:07-cv-4945 | Ferrara, et. al. v. United States of America, et. al. |
| 2:06-cv-0886 | Finney, et. al. v. Boh Brothers Construction Company, LLC, et. al. |
| 2:06-cv-2346 | Fitzmorris, et. al. v. Board of Commissioners for the Orleans Parish Levee District, et. al. |
| 2:06-cv-5159 | Fleming, et. al. v. United States of America, et. al. |
| 2:07-cv-4969 | Gentilly Land Co., Inc. v. United States of America, et. al. |
| 2:07-cv-4957 | Gerdes v. United States of America, et. al. |
| 2:07-cv-5316 | Gerdes v. United States of America, et. al. |
| 2:07-cv-5063 | Gilds, et. al. v. United States of America, et. al. |

| | |
|---|---|
| 2:06-cv-5308 | Gisevius, et. al. v. Boh Bros. Construction Co., LLC, et. al. |
| 2:06-cv-5163 | Gordon, et. al. v. United States of America, et. al. |
| 2:07-cv-5373 | Green-Johnson v. United States of America, et. al. |
| 2:07-cv-5155 | Green-Johnson v. United States of America, et. al. |
| 2:07-cv-5003 | Greystar Development and Construction, L.P. v. United States of America, et. al. |
| 2:07-cv-5349 | Greystar Development and Construction, L.P. v. United States of America, et. al. |
| 2:07-cv-5185 | Grijns v. United States of America, et. al. |
| 2:05-cv-5937 | Guillory, et. al. v. Sewerage & Water Board of New Orleans |
| 2:07-cv-4952 | Harrison, et. al. v. United States of America, et. al. |
| 2:07-cv-5494 | Harrison, et. al. v. United States of America, et. al. |
| 2:05-cv-4568 | Harvey, et. al. v. Board of Commissioners for the Orleans Levee District, Parish of Orleans |
| 2:07-cv-4980 | Haydel, et. al. v. United States of America, et. al. |
| 2:07-cv-5374 | Haydel, et. al. v. United States of America, et. al. |
| 2:07-cv-5020 | Haydel Realty Co., Inc. v. United States of America, et. al. |
| 2:07-cv-1288 | Hennessey, et. al. v. United States of America, et. al. |
| 2:07-cv-4960 | Hertz 909 Poydras, L.L.C., et. al. v. United States of America, et. al. |
| 2:07-cv-5361 | Hertz 909 Poydras, L.L.C., et. al. v. United States of America, et. al. |
| 2:06-cv-5161 | Holmes, et. al. v. United States of America, et. al. |
| 2:07-cv-4986 | Hotel Investors, LLC v. United States of America, et. al. |
| 2:07-cv-5335 | Hotel Investors, LLC v. United States of America, et. al. |
| 2:07-cv-4550 | Huey, et. al. v. United States of America, et. al. |
| 2:06-cv-0169 | Humphreys v. Encompass Insurance Company |
| 2:07-cv-4560 | Hurwitz Mintz Finest Furniture Store South, LLC, et. al. v. United States of America, et. al. |
| 2:07-cv-5323 | Imperial Trading Co., Inc. v. United States of America, et. al. |
| 2:07-cv-4997 | Imperial Trading Co., Inc. v. United States of America, et. al. |
| 2:05-cv-4419 | In Re: Ingram Barge Company |
| 2:05-cv-4182 | In Re: Katrina Canal Breaches Litigation |
| 2:07-cv-4962 | Jackson Brewery Marketplace, Ltd. v. United States of America, et. al. |
| 2:07-cv-5331 | Jackson Brewery Marketplace, Ltd. v. United States of America, et. al. |
| 2:07-cv-5320 | Jackson Brewery Marketplace, Ltd. v. United States of America, et. al. |
| 2:07-cv-4958 | Jackson Brewery Millhouse, L.L.C. v. United States of America, et. al. |
| 2:07-cv-4562 | Johnson v. United States of America, et. al. |
| 2:06-cv-9151 | Jones, et. al. v. State Farm Fire & Casualty Company, Inc., et. al. |
| 2:06-cv-5032 | Joseph, et. al. v. New Orleans Sewerage and Water Board, et. al. |
| 2:07-cv-5007 | Keppel, et. al. v. United States of America, et. al. |
| 2:07-cv-5343 | Keppel, et. al. v. United States of America, et. al. |
| 2:07-cv-4983 | Kern, et. al. v. United States of America, et. al. |
| 2:07-cv-5330 | Kern, et. al. v. United States of America, et. al. |
| 2:05-cv-6073 | Kirsch, et. al. v. Boh Brothers Construction Co., et. al. |
| 2:07-cv-4552 | Kornman, et. al. v. United States of America, et. al. |
| 2:05-cv-6327 | LeBlanc, et. al. v. Boh Bros. Construction Co., LLC, et. al. |
| 2:06-cv-5260 | Leduff, et. al. v. Boh Bros. Construction Company, LLC, et. al. |
| 2:07-cv-4953 | Liberty Bank & Trust Company v. United States of America, et. al. |
| 2:07-cv-5347 | Liberty Bank & Trust Company v. United States of America, et. al. |
| 2:07-cv-4554 | Lobrano, et. al. v. United States of America, et. al. |
| 2:07-cv-4989 | Louisiana Independent Federation of Electors, Inc. v. United States of America, et. al. |
| 2:07-cv-5338 | Louisiana Independent Federation of Electors, Inc. v. United States of America, et. al. |
| 2:07-cv-5005 | Majestic Life Insurance Co. v. United States of America, et. al. |

| | |
|---|---|
| 2:07-cv-5015 | Majestic Mortuary Service, Inc. v. United States of America, et. al. |
| 2:06-cv-2545 | Marcello, et. al. v. Boh Bros. Construction Company, LLC, et. al. |
| 2:07-cv-5011 | Marrero Land & Improvement Association, Ltd. v. United States of America, et. al. |
| 2:07-cv-5366 | Marrero Land & Improvement Association, Ltd. v. United States of America, et. al. |
| 2:07-cv-5187 | McCay v. United States of America, et. al. |
| 2:07-cv-4557 | MetroLab, Inc. v. United States of America, et. al. |
| 2:07-cv-4975 | Miller v. United States of America, et. al. |
| 2:07-cv-5346 | Miller v. United States of America, et. al. |
| 2:07-cv-4559 | Mintz v. United States of America, et. al. |
| 2:07-cv-4563 | Morial v. United States of America, et. al. |
| 2:07-cv-4988 | Morial v. United States of America, et. al. |
| 2:07-cv-5362 | Morial v. United States of America, et. al. |
| 2:07-cv-4551 | Morial v. United States of America, et. al. |
| 2:07-cv-4775 | Murphy Building Corp., et. al. v. United States of America, et. al. |
| 2:07-cv-4774 | Murphy Oil USA, Inc., et. al. v. United States of America, et. al. |
| 2:06-cv-4389 | O'Dwyer, et. al. v. Department of Transportation And Development, State of Louisiana, et. al. |
| 2:06-cv-1885 | O'Dwyer, et. al. v. United States of America |
| 2:05-cv-4181 | O'Dwyer, et. al. v. USA, et. al. |
| 2:06-cv-5786 | O'Dwyer v. Department of Transportation And Development, State of Louisiana, et. al. |
| 2:06-cv-1850 | O'Dwyer v. United States Army Corps of Engineers |
| 2:06-cv-4024 | O'Dwyer v. United States of America |
| 2:06-cv-6099 | O'Dwyer v. United States of America, et. al. |
| 2:07-cv-4971 | Omega Hospital, LLC v. United States of America, et. al. |
| 2:07-cv-5315 | Omega Hospital, LLC v. United States of America, et. al. |
| 2:07-cv-3500 | Parfait Family, et. al. v. United States of America, et. al. |
| 2:07-cv-4981 | Patterson v. United States of America, et. al. |
| 2:06-cv-7682 | Paul, et. al. v. Sewerage and Water Board of New Orleans, et. al. |
| 2:07-cv-4998 | Physician Management Services of Louisiana, L.L.C. v. United States of America, et. al. |
| 2:07-cv-5324 | Physician Management Services of Louisiana, L.L.C. v. United States of America, et. al. |
| 2:07-cv-5010 | Plaisance v. United States of America, et. al. |
| 2:07-cv-5332 | Plaisance v. United States of America, et. al. |
| 2:07-cv-4950 | Plaisance v. United States of America, et. al. |
| 2:07-cv-5333 | Plaisance v. United States of America, et. al. |
| 2:06-cv-6642 | Pontchartrain Baptist Church, et. al. v. Sewerage and Water Board of New Orleans, et. al. |
| 2:06-cv-5140 | Porter, et. al. v. Port of New Orleans, et. al. |
| 2:07-cv-4964 | Prat v. United States of America, et. al. |
| 2:07-cv-5363 | Prat v. United States of America, et. al. |
| 2:07-cv-4963 | Prytania Medical Complex Owners Association v. United States of America, et. al. |
| 2:07-cv-5334 | Prytania Medical Complex Owners Association v. United States of America, et. al. |
| 2:07-cv-4556 | Puccio, et. al. v. United States of America, et. al. |
| 2:07-cv-4555 | Radio Parts, Inc. v. United States of America, et. al. |
| 2:07-cv-5186 | Rault, et. al. v. United States of America, et. al. |
| 2:07-cv-5184 | Rault Resources, Inc. v. United States of America, et. al. |
| 2:07-cv-4970 | Redemptorist Limited Partnership, et. al. v. United States of America, et. al. |
| 2:07-cv-5354 | Redemptorist Limited Partnership, et. al. v. United States of America, et. al. |
| 2:06-cv-2152 | Reed v. United States of America, et. al. |
| 2:07-cv-4999 | Reese v. United States of America, et. al. |
| 2:07-cv-5150 | Reese v. United States of America, et. al. |

| | |
|---|---|
| 2:07-cv-5372 | Reese v. United States of America, et. al. |
| 2:07-cv-5148 | Reese v. United States of America, et. al. |
| 2:07-cv-5328 | Reese v. United States of America, et. al. |
| 2:07-cv-5017 | Reid, et. al. v. United States of America, et. al. |
| 2:07-cv-5495 | Reid, et. al. v. United States of America, et. al. |
| 2:08-cv-1192 | Reily, et. al. v. United States of America, et. al. |
| 2:06-cv-5118 | Richard, et. al. v. Port of New Orleans, et. al. |
| 2:06-cv-8708 | Richardson v. Boh Bros. Construction Co., LLC, et. al. |
| 2:07-cv-4961 | Riverfront Lodging, LLC v. United States of America, et. al. |
| 2:07-cv-5337 | Riverfront Lodging, LLC v. United States of America, et. al. |
| 2:07-cv-4974 | Robert, et. al. v. United States of America, et. al. |
| 2:07-cv-5001 | Robert, et. al. v. United States of America, et. al. |
| 2:07-cv-5341 | Robert, et. al. v. United States of America, et. al. |
| 2:06-cv-2268 | Robinson, et. al. v. United States of America, et. al. |
| 2:06-cv-0152 | Rogers v. Encompass Insurance Company, et. al. |
| 2:06-cv-2287 | Sanchez, et. al. v. Boh Brothers Construction Co., et. al. |
| 2:07-cv-4558 | Savoy Place Associates, LP v. United States of America, et. al. |
| 2:07-cv-5002 | Shops and Garage at Canal Place, L.L.C. v. United States of America, et. al. |
| 2:07-cv-5321 | Shops and Garage at Canal Place, L.L.C. v. United States of America, et. al. |
| 2:06-cv-5116 | Sims, et. al. v. Board of Commissioner for the Orleans Levee District, et. al. |
| 2:07-cv-4851 | Six Flags, Inc. v. United States of America, et. al. |
| 2:07-cv-5013 | Sloan et. al. v. United States of America, et. al. |
| 2:07-cv-5344 | Sloan et. al. v. United States of America, et. al. |
| 2:07-cv-4978 | Smythe v. United States of America, et. al. |
| 2:07-cv-5496 | Smythe v. United States of America, et. al. |
| 2:07-cv-4992 | Southpoint Technologies, LLC v. United States of America, et. al. |
| 2:07-cv-5371 | Southpoint Technologies, LLC v. United States of America, et. al. |
| 2:06-cv-11208 | Speed, et. al. v. City of New Orleans, et. al. |
| 2:07-cv-4949 | St. Augustine High School, et. al. v. United States of America, et. al. |
| 2:07-cv-5326 | St. Augustine High School, et. al. v. United States of America, et. al. |
| 2:07-cv-4990 | Tanner v. United States of America, et. al. |
| 2:07-cv-4996 | Touro Infirmary v. United States of Amreica, et. al. |
| 2:07-cv-5352 | Touro Infirmary v. United States of Amreica, et. al. |
| 2:07-cv-4982 | Treasure Village Associates, LP v. United States of America, et. al. |
| 2:07-cv-5351 | Treasure Village Associates, LP v. United States of America, et. al. |
| 2:07-cv-5318 | Union Limited Partnership, et. al. v. United States of America, et. al. |
| 2:07-cv-4959 | Union Limited Partnership, et. al. v. United States of America, et. al. |
| 2:07-cv-5008 | United Restaurant Entities, L.L.C. v. United States of America, et. al. |
| 2:07-cv-5342 | United Restaurant Entities, L.L.C. v. United States of America, et. al. |
| 2:07-cv-5286 | Universal Health Services, Inc. v. United States of America, et. al. |
| 2:07-cv-5350 | Universal Health Services, Inc. v. United States of America, et. al. |
| 2:07-cv-5254 | Universal Health Services, Inc. v. United States of America, et. al. |
| 2:07-cv-5016 | Universal Health Services, Inc. v. United States of America, et. al. |
| 2:06-cv-0020 | Tauzin, et. al. v. Board of Commissioners for the Orleans Parish Levee District, et. al. |
| 2:05-cv-5237 | Vodanovich, et. al. v. Boh Bros. Construction Co., LLC, et. al. |
| 2:05-cv-4191 | Vodanovich v. Boh Brothers Construction Co., LLC, et. al. |
| 2:07-cv-1285 | Wade, et. al. v. United States of America, et. al. |
| 2:07-cv-4973 | Wells, et. al. v. United States of America, et. al. |

| | |
|---|---|
| 2:07-cv-5322 | Wells, et. al. v. United States of America, et. al. |
| 2:07-cv-5012 | Wetco Restaurant Group, LLC v. United States of America, et. al. |
| 2:07-cv-5339 | Wetco Restaurant Group, LLC v. United States of America, et. al. |
| 2:07-cv-5006 | White, et. al. v. United States of America, et. al. |
| 2:07-cv-5360 | White, et. al. v. United States of America, et. al. |
| 2:07-cv-4553 | White, et. al. v. United States of America, et. al. |
| 2:07-cv-4979 | White III, L.L.C. v. United States of America, et. al. |
| 2:07-cv-5356 | White III, L.L.C. v. United States of America, et. al. |
| 2:06-cv-5471 | Williams, et. al. v. Board of Commissioners for the Orleans Parish Levee District, et. al. |
| 2:06-cv-5137 | Williams, et. al. v. Port of New Orleans, et. al. |
| 2:07-cv-4951 | WNO Ownership, LLC, et. al. v. United States of America, et. al. |
| 2:07-cv-5377 | WNO Ownership, LLC, et. al. v. United States of America, et. al. |
| 2:07-cv-5018 | Xavier University of Louisiana v. United States of America, et. al. |
| 2:07-cv-5367 | Xavier University of Louisiana v. United States of America, et. al. |
| 06-cv-5937 | Yacob, et. al. v. Board of Commissioners for the Orleans Levee District, et. al. |
| | |
| | **EASTERN DISTRICT OF LOUISIANA - BERRIGAN** |
| 2:06-cv-7516 | Benoit, et. al. v. Lafarge North America, Inc., et. al. |
| 2:06-cv-5054 | Hubert, et. al. v. Ingram Barge Company, et. al. |
| 2:05-cv-4419 | In Re: Ingram Barge Company |
| 2:06-cv-6299 | Perry, et. al. v. Ingram Barge Company, et. al. |
| | |
| | **EASTERN DISTRICT OF LOUISIANA - FALLON** |
| 2:07-cv-4451 | De Perez, et. al. v. Merck & Co Inc., et. al. |
| 2:06-cv-5342 | Lagarde, et. al. v. Lafarge North America, Inc. |
| 2:06-cv-4237 | Simmons v. TransOcean Offshore Deepwater Drilling Inc. |
| | |
| | **EASTERN DISTRICT OF LOUISIANA - ZAINEY** |
| 2:06-cv-5895 | Tarzetti, et. al. v. Standard Fire Insurance Company |
| 2:07-cv-5890 | Wiggin, et. al. v. Allstate Insurance Company, et. al. |
| | |
| | **EASTERN DISTRICT OF LOUISIANA - McGEE** |
| 2:05-cv-6323 | Vanderbrook, et. al. v. State Farm Fire and Casualty Company, et. al. |
| | |
| | |
| | **24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON - HAND** |
| 635-594 | Bennett, et. al. v. Board of Commissioners for the East Jefferson Levee District, et. al. |
| | |
| | |
| | **34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD - FOIL** |
| 106-580 | Alfonso v. Buffman, Inc., et. al. |
| 106-446 | Aliff, et. al. v. Mangano Corporation, et. al. |
| 105-591 | Alonzo v. Mangano, et. al. |
| 105-936 | Anguzza, et. al. v. Buffman, Inc., et. al. |
| 105-889 | Beatmann, et. al. v. Mangano, et. al. |
| 106-361 | Bell v. Mangano, et. al. |
| 105-433 | Berthelot, et. al. v. Mangano, et. al. |
| 106-334 | Bracklein, et. al. v. Buffman, Inc., et. al. |

NO.99913685.1

| | |
|---|---|
| 107-806 | Audrey Brocato and Barbara Hefner, Individually and on Behalf of their Mother, Rosalie Felicie Bominder |
| 106-220 | Conlon v. Mangano, et. al. |
| 105-406 | Cousins, et. al. v. The Mangano Corporation, et. al. |
| 106-254 | Darsam, et. al. v. Buffman, Inc., et. al. |
| 105-733 | dePascual, et. al. v. Buffman, inc., et. al. |
| 106-535 | Dorand, et. al. v. Buffman Inc., et. al. |
| 107-388 | Lorraine Faust, individually and on behalf of her mother, Betty Bosley |
| 106-959 | Franz, et. al. v. Mangano, et. al. |
| 105-410 | Frischhertz, et. al. v. Mangano, et. al. |
| 106-324 | Gallodoro, et. al. v. Mangano, et. al. |
| 105-927 | Gonzales, et. al. v. Mangano, et. al. |
| 105-874 | Herzog, et. al. v. St Rita's Nursing Home, et. al. |
| 106-335 | Hubert v. Buffman, Inc., et. al. |
| 105-809 | Johnson v. Buffman, Inc., et. al. |
| 105-453 | Kenney, et. al. v. Buffman, Inc., et. al. |
| 105-810 | Kramer, et. al. v. Buffman, Inc., et. al. |
| 105-620 | Lepine v. Mangano, et. al. |
| 106-288 | Lewis v. Buffman, Inc., et. al. |
| 106-695 | Ernest Labat, Robert Labat, Norman Labat, Etienne Labat, Wayne Labat, Janice Labat Alessi |
| 105-590 | Richard Lind, individually and on behalf of his mother, Mary Lind |
| 107-436 | Sandra Lopez, individually and on behalf of her mother, Janet Marie Parker, Deceased |
| 105-473 | Lott v. Mangano, et. al. |
| 107-399 | Mattox, et. al. v. Buffman, Inc., et. al. |
| 107-530 | Dorothy Mones, Hlanson Cosse, individually and o/b/o his mother Dorothy Mones |
| 106-017 | Montalbano, et. al. v. Buffman, Inc., et. al. |
| 106-736 | Morales, et. al. v. Buffman, Inc., et. al. |
| 106-678 | Mullins v. Mangano, et. al. |
| 105-461 | Poissenot, et. al. v. Mangano, et. al. |
| 105-808 | Rodrigue, et. al. v. Buffman, Inc., et. al. |
| 107-071 | Bertha Roussea |
| 105-589 | Jack W. Roux, Sr., individually and on behalf of his mother, Helena V. Farenholtz |
| 105-550 | Dale Sanderson, Lloyd Melerine, Jr., Laurie Verges, and Nathan Melerine, individually and on behalf of their mother, Lucille Melerine |
| 107-418 | Margurite Serigne and Betty Bosely |
| 106-289 | Thedy v. Buffman, Inc., et. al. |
| 106-061 | Thomason, et. al. v. Buffman, Inc., et. al. |
| 106-737 | Verges, et. al. v. Buffman, Inc., et. al. |
| 107-688 | Vidrios v. Buffman, Inc., et. al. |
| 105-551 | Wagner v. Mangano, et. al. |
| | |
| | **34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD - FERNANDEZ** |
| 109-272 | Olivier Plantation, LLC, et. al. v. Parish of St. Bernard, et. al. |
| | |
| | **34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD - SANBORN** |
| 112-833 | Borgnemouth Realty Company, LTD v. Parish of St. Bernard, et. al. |

NO.99913685.1

| | |
|---|---|
| | **CIVIL DISTRICT COURT - GIARRUSSO** |
| 2:06-cv-9775 | Brubbacher, et. al. v. Board of Commissioners of the Orleans Parish Levee District, et. al. |
| | |
| | **CIVIL DISTRICT COURT - MAGEE** |
| 2:06:cv-9796 | Metters, et. al. v. Board of Commissioners for the Orleans Parish Levee District, et. al. |
| 2:06-cv-9753 | Diggs, et. al. v. Sewerage and Water Board of New Orleans, et. al. |
| 2006-9763 | Rodriguez, et. al. v. Sewerage and Water Board of New Orleans, et. al. |
| | |
| | **CIVIL DISTRICT COURT - GRIFFIN** |
| 2:06-cv-9744 | Reith, et. al. v. Sewerage and Water Board of New Orleans, et. al. |
| 06-9744 | Rieth, et. al. v. Sewerage and Water Board of New Orleans, et. al. |
| | |
| | **CIVIL DISTRICT COURT - LEDET** |
| 2006-8203 | New Investment Properties, LLC v. ABC Insurance Company, Orleans Levee District, et. al. |
| 2006-9726 | Robinson v. Sewerage and Water Board of New Orleans, et. al. |
| 2006-9803 | Green, et. al. v. Board of Commissioners of the Orleans Parish Levee District, et. al. |
| | |
| | **CIVIL DISTRICT COURT - MEDLEY** |
| 07-9195 | Bierra, et. al. v. The Sewerage and Water Board of New Orleans, et. al. |
| | |
| | **CIVIL DISTRICT COURT - RAMSEY** |
| 2006-9718 | Baudot, Claude W. v. Sewerage and Water Board of New Orleans, et. al. |
| | |
| | **CIVIL DISTRICT COURT - BAGNERIS** |
| 2006-9786 | Pfister, et. al v. Board of Commissioners of the Orleans Parish Levee District, et. al. |
| 06-08439 | Hoskins, et. al. v. The State of Louisiana, et. al. |
| | |
| | **CIVIL DISTRICT COURT - REESE** |
| 05-11660 | Harvey, et. al. v. The Board of Commissioners for the Orleans Levee District, Parish of Orleans |
| | |
| | **MIDDLE DISTRICT OF LOUISIANA - PARKER** |
| 05-01138 | Slaton v. St. Paul Fire and Marine Insurance Company et. al. -- OLD - Dismissed |
| 05-01301 | Gillaspie et. al. v. St. Paul Fire & Marine Insurance Company et. al. -- OLD - Dismissed |