# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

FILED IN:     05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
              05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
              06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
              06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
              06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
              06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
              07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE AND MRGO

## NOTICE OF FILING AMENDED CLASS SETTLEMENT AGREEMENT

NOW INTO COURT come Class Counsel[1] and counsel for Settling Defendants, who hereby serve Notice that they are filing into the record of these matters, in accordance with this Court's Order granting Joint Motion for Court Approval of Modification of Class Settlement Agreement (Document 19118, filed 07/10/2009), the Amended  Class Settlement Agreement, with exhibits, attached as *in globo* Exhibit "1" hereto.

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Amended Class Settlement Agreement, the original of which, together with all exhibits, is attached  hereto as *in globo* Exhibit "1".

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

By: _/s/ Joseph M. Bruno_
_____
Joseph M. Bruno (#3604)
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:     (504) 525-1335
Facsimile:     (504) 561-6775
E-Mail:        jbruno@jbrunolaw.com

ON BEHALF OF CLASS COUNSEL, AND AS
LIAISON COUNSEL FOR LEVEE AND MR-GO
PLAINTIFF        SUBGROUP        LITIGATION
COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.

By: _/s/ Gerald E. Meunier_
_____
Gerald E. Meunier (#9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-2800
Telephone:     (504) 522-2304
Facsimile:     (504) 528-9973

LIAISON  COUNSEL  FOR  LEVEE-PLAINTIFF
SUBGROUP LITIGATION COMMITTEE

DOMENGEAUX WRIGHT ROY & EDWARDS

By: _/s/ James P. Roy_
_____
James P. Roy (#11511)
556 Jefferson Street
Lafayette, Louisiana  70502
Telephone:     (337) 593-4190
Facsimile:     (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF
SUBGROUP LITIGATION COMMITTEE


McCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & McDANIEL

*/s/ Thomas P. Anzelmo*

By:   _____

      Thomas P. Anzelmo, (#2533)
      3445 N. Causeway Boulevard, Suite 800
      Metairie, Louisiana  70002
      Telephone:    (504) 831-0946
      Facsimile:    (504) 831-2492

ATTORNEYS    FOR    THE    BOARD    OF
COMMISSIONERS FOR THE ORLEANS LEVEE
DISTRICT   AND   THE   ORLEANS   LEVEE
DISTRICT

DUPLASS, ZWAIN, BOURGEOIS, PFISTER &
WEINSTOCK


*/s/ Gary M. Zwain*

By:   _____

      Gary M. Zwain, (#13809)
      Three Lakeway Center, Suite 2900
      3838 N. Causeway Boulevard
      Metairie, Louisiana  70002
      Telephone:    (504) 832-3700
      Facsimile:    (504) 837-3119


ATTORNEYS    FOR    THE    BOARD    OF
COMMISSIONERS    FOR    THE    EAST
JEFFERSON LEVEE DISTRICT, THE EAST
JEFFERSON LEVEE DISTRICT, THE BOARD
OF   COMMISSIONERS   FOR   THE   LAKE
BORGNE BASIN LEVEE DISTRICT, AND THE
LAKE BORGNE BASIN LEVEE DISTRICT

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

*/s/ Ralph S. Hubbard, III*

By: _____

Ralph S. Hubbard III (#7040)
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:     (504) 568-1990
Facsimile:      (504) 310-9195

And

PHELPS DUNBAR, L.L.P.

*/s/ S. Ault Hootsell III*

By: _____

S. Ault Hootsell III (#17630)
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:     (504) 566-1311
Facsimile:      (504) 568-9130

ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice has been electronically filed with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record this 3rd day of September, 2009.


*/s/ S. Ault Hootsell III*

_____