# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Katrina Canal Breaches | * | CIVIL ACTION |
| | * | |
| _____ | * | NO: 05-4182 |
| PERTAINS TO: | * | |
| | * | Judge Duval |
| INSURANCE (Clarke, No. 07-3846) | * | |
| | * | Magistrate Wilkinson |

**************************************************************************

## MOTION FOR REVIEW OF SETTLEMENT REASONABLENESS UNDER CASE MANAGEMENT ORDER RE: ROAD HOME SETTLEMENT PROTOCOL, DOCUMENT NUMBER 13598 PARAGRAPH 10

Here Into Court, through the undersigned counsel comes Colleen Clark, who asks for a review of the allocation of her settlement proceeds from defendants as to the reasonableness of the proposed settlement because of the following reasons:

1.

Plaintiff conveys that her agreement to settle her case was not reflective of what defendant conveys on the settlement communication form.

2.

Plaintiff conveys that her agreement always was for contents and living expenses only to which she acknowledged in the margins of her "Request for Consent Form".

Wherefore, plaintiff prays that this Honorable Court review this settlement for reasonableness and uphold the conveyances of plaintiff, that the allocation should be $32,000.00 to contents and $8,000.00 to living expenses as indicated in the margins of the Road Home "Request for Consent Form".

Respectfully Submitted,

Brent A. Klibert (LSBA #29296)
228 St. Charles Avenue, Suite 801
New Orleans, LA  70130
(504) 592-3222