# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Katrina Canal Breaches | * | CIVIL ACTION |
| | * | |
| _____ | * | NO: 05-4182 |
| PERTAINS TO: | * | |
| | * | Judge Duval |
| INSURANCE (Clarke, No. 07-3846) | * | |
| | * | Magistrate Wilkinson |

*****************************************************************************

## ORDER

IT IS ORDERED, that the allocations in the case of Colleen Clarke versus Travelers Insurance Company a/k/a The Standard Fire Insurance Company be consistent with the agreement made between Colleen Clarke and the defendants allocating $32,000.00 to contents and $8,000.00 to Additional Living Expenses giving no subrogation interest to the Louisiana Division of Administration – Disaster Recovery Unit a/k/a Road Home.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
Magistrate Joseph C. Wilkinson U.S.D.C. E.D.L.A.