UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte  500 Poydras St., Room C-151
Clerk  New Orleans, LA 70130

September 4, 2009

Mr. Charles R. Fulbruge, III, Clerk  APPEAL NO. 09-30315
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

IN RE: KATRINA CANAL BREACHES LITIGATION    CA 05-4182 K  c/w 07-5199

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

   ___ 1) Certified copy of the notice of appeal and docket entries.

   ___ 2) Certified copy of notice of a cross-appeal and docket entries.

   ___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

   ___ 4) This case is proceeding <u>in forma pauperis</u>

   ___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

   ___ 6) District Judge entering the final judgment is _____

   ___ 7) Court Reporter assigned to the case _____

   ___ 8) If criminal case, number and names of other defendants on appeal ___

   ___ 9) This case was decided without a hearing; there will be no transcript.

   ___ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

   _x_ 1) **Certified** Electronic record on appeal consisting of:

       ___ Volume(s) of record  ___ Volume(s) transcript

       ___ Volume(s) of depositions

       ___ Container(s) of exhibits ___ Box ___ Envelope ___ Folder

   ___ 2) Supplemental record, including updated _____

   ___ 3) SEALED Doc. _____

   ___ 4) Other: _____

Very truly yours,

By___Alicia Phelps___
Deputy Clerk