UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>*PERTAINS TO:   INSURANCE*<br><br>WILLIAM HERNANDEZ and<br>GENELL HERNANDEZ, et al NO.: 07-3083<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY | § CIVIL ACTION NO. 05-4182 "K" (2)<br>§<br>§ JUDGE DUVAL<br>§<br>§ MAGISTRATE WILKINSON<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiffs, William and Genell Hernandez, as well as Defendant, Allstate Insurance Company, through undersigned counsel and who hereby stipulate to the dismissal of this action number 07-3083 in its entirety, with prejudice.

WHEREFORE, the Plaintiffs and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will sign the attached Order.

RESPECTFULLY SUBMITTED,

*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile: (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

and

1

        Respectfully submitted,

        CONNICK AND CONNICK, LLC

        */s/ William P. Connick*
        **William P. Connick, Bar No. 14158**
        2551 Metairie Road
        Metairie, Louisiana 70001
        Telephone: (504) 838-8777