UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | § | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **JUDGE DUVAL** |
| *PERTAINS TO:  INSURANCE* | § | |
| | § | **MAGISTRATE WILKINSON** |
| **WILLIAM HERNANDEZ and** | § | |
| **GENELL HERNANDEZ, et al  NO.: 07-3083** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |
| | § | |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action number 07-3083, in its entirety, is dismissed with prejudice.

_____
JUDGE

1