# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____§ | | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO | § | |
| _____§ | | |

**UNITED STATES OF AMERICA'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME FOR BRIEFING ON THE APPLICATION OF THE DISCRETIONARY FUNCTION EXCEPTION TO THE ACTIVITIES PERFORMED AT THE EBIA**

On May 4, 2009 the Court established a schedule for post-trial briefing in *Robinson*. Rec. Doc. No. 18756. In the interests of judicial economy, the Court also stayed all other proceedings concerning the MRGO until the Court's decision in *Robinson* would be made final through the appeals process. The only exception to this stay is any briefing with respect to the application of the discretionary function exception for Plaintiffs' claims regarding the EBIA in the MRGO Master Consolidated Class Action.

With respect to the EBIA, counsel for the United States require additional time to formulate their motion. The Court's existing schedule is as follows:

| | |
|---|---|
| September 15, 2009 | The United States shall file its motion |
| September 29, 2009 | Plaintiffs shall file their opposition |
| October 13, 2009 | The United States shall file its reply |
| October 28, 2009 | Oral argument shall be had at 11:00 a.m. |

The United States proposes enlarging the briefing schedule as follows:

    October 21, 2009        The United States shall file its motion

    November 18, 2009        Plaintiffs shall file their opposition

    December 2, 2009        The United States shall file its reply

    December 16, 2009        Oral argument

The undersigned counsel certifies that plaintiffs' counsel have been given notice of this proposed enlargement, and express no opposition to the requested extension.

        Respectfully Submitted,

        TONY WEST
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

         /s/Daniel M. Baeza
        DANIEL M. BAEZA
        Trial Attorney
        ROBIN D. SMITH
        Senior Trial Counsel
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C. 20044
        (202) 616-4916 (tel.)
        (202) 616-5200 (fax)
        Dan.Baeza@usdoj.gov
        Attorneys for Defendant United States

Dated: September 14, 2009

## **CERTIFICATE OF SERVICE**

I, Daniel M. Baeza, hereby certify that on September 14, 2009, I served a true copy of the United States of America's *Ex Parte* Motion for Enlargement of Time for Briefing on the Application of the Discretionary Function Exception to the Activities Performed at the EBIA upon all parties by ECF.

                                                s/    Daniel M. Baeza
                                                DANIEL M. BAEZA