**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO | § | |
| _____ | § | |

## ORDER

Having considered the United States' *Ex Parte* Motion for Enlargement of Time for Briefing on the Application of the Discretionary Function Exception to the Activities Performed at the EBIA, and for good cause shown, it is hereby ORDERED that the Motion for Enlargement is GRANTED.  Resolution of the application of the discretionary function exception to the activities performed at the EBIA shall proceed as follows:

| | |
|---|---|
| October 21, 2009 | The United States shall file its motion |
| November 18, 2009 | Plaintiffs shall file their opposition |
| December 2, 2009 | The United States shall file its reply |
| December 16, 2009 | Oral argument |

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana