UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>PERTAINS TO: INSURANCE | CIVIL ACTION<br><br>No. 05-4182<br><br>SECTION "K" (2) |
| Pertains to:<br>C.A. 06-5164,<br>C.A. 07-5112 | |

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF A LIMITED REOPENING OF CASE FOR THE PURPOSE OF PERMITTING Jacqueline Stephens TO DEPOSIT THE NET SETTLEMENT PROCEEDS INTO THE REGISTRY OF THE COURT SO OWNERSHIP OF THOSE PROCEEDS MAY BE DETERMINED AND FOR A DECLARATION THAT THE PROCEEDS ARE OWNED BY Jacqueline Stephens.

NOW INTO COURT, through undersigned counsel, comes plaintiff(s) Jacqueline Stephens who respectfully request this Honorable court for entry of an order (1) reopening *Connie Abadie, et al v. Aegis Security Insurance Company, et.al.*, No.06-5164 and *Susan Abadie, et. al. v. Aegis Insurance Company et. al.*, No.07-5112 to allow for the deposit of the net settlement proceeds of $9,000.00 into the registry of the Court, (2) convene a status conference between plaintiffs, Counsel for certain plaintiffs (Joseph M. Bruno), and counsel for the Louisiana Road Home Program (Dan Rees) so that the ownership of these proceeds may be determined and a declaration to be made that the funds are owned by Jacqueline Stephens for reasons outlined below.

1. Plaintiffs retained Joseph Bruno to pursue a claim against their insurance company Louisiana Citizens for damages arising out of Hurricane Katrina.

2. Joseph Bruno investigated the claim and filed the present lawsuit seeking

payment of insurance proceeds for Plaintiffs' damages arising out of Hurricane Katrina.

3. The Court administratively closed the present lawsuit allowing the parties an opportunity to resolve the Plaintiffs' insurance claim.

4. Joseph Bruno secured a settlement of Plaintiffs' claim against their insurance company.

5. The settlement required the State to notify the insurer if the plaintiff had received a Road Home Grant.

6. In the event the State advised that the client had received a Road Home grant the insurer required the State of Louisiana-DRU be included as a loss payee.

7. The State of Louisiana notified Joseph Bruno of it's interest, in the specific settlement proceeds related to damages covered by the dwelling coverage of the insurance policy; and upon notice, Joseph M. Bruno was instructed to retain those funds in accordance with 1.15(e) of the Louisiana Rules of Professional conduct.

8. The total dwelling portion of the settlement is $12,000.00 attorney's fees for the dwelling settlement are $3,000.00 and the net dwelling settlement proceeds are $9,000.00.

9. The State of Louisiana has notified Joseph Bruno of its claim to $7,639.22 of the net dwelling settlement proceeds, pursuant to the Road Home closing documents, and demanded those funds pursuant to its limited subrogation assignment.

10. The Louisiana Road Home has authorized the Law Office of Joseph M. Bruno to deduct $3,000.00 in attorney's fees.

11. Plaintiff refused to authorize Joseph Bruno to pay the net dwelling proceeds to the State of Louisiana.

12.     The present case should be reopened so that the Court may determine the ownership of the funds, and in the meantime the parties agree to deposit the net settlement proceeds of $9,000.00 in the Registry of the Court.

Wherefore Plaintiff(s) pray(s) to this court for entry of an order (1) reopening *Connie Abadie, et al v. Aegis Security Insurance Company, et.al.,* No.06-5164 and *Susan Abadie, et. al. v. Aegis Insurance Company et. al.*, No.07-5112 to allow for the deposit of the net settlement proceeds of $9,000.00 into the registry of the Court, (2) convene a status conference between plaintiffs, Counsel for certain plaintiffs (Joseph M. Bruno), and counsel for the Louisiana Road Home Program (Dan Rees) so that the ownership of these proceeds may be determined and a declaration to be made that the funds are owned by Jacqueline Stephens for reasons outlined in plaintiffs incorporated memorandum in support.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 14th day of September, 2009.

   /s/ Joseph M. Bruno
Joseph M. Bruno