U.S. District Court
E.D. La.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 17 PM 1:59

LORETTA G. WHYTE
CLERK

In re: KATRINA CANAL            # 05-4182
and consolidated cases

## NOTICE OF APPEAL
~~AND INCORPORATED OBJECTION~~

Comes Now Ashton R. O'Dwyer, Jr., plaintiff, appearing in propria persona, and gives notice of his intent to appeal from the intellectually dishonest Final Order and Judgment of the criminal

who should be impeached, Stanwood R. Duval, Jr.,[1] of September 9, 2009 (Record Document No. 19256), an appeal which will be to the U.S. Court of Appeals for the Fifth Circuit.

O'Dwyer also OBJECTS to the Clerk of Court's willful violation of 28 U.S.C. §§ 452 and 18 U.S.C. 241 and 18 U.S.C. 242 (See the attached

---

1. Maybe Duval can share a cell in the Federal Penitentiary with C. Favard

Memorandum of September 10, 2009 signed by the Clerk "By direction of the Court", and Notice of Appeal which the Clerk REJECTED for filing, ignoring the law of agency in the State of Louisiana, ignoring the right to due process of law pursuant to the U.S. Constitution,

and ignoring the Civil Code of Louisiana in the Portion entitled: "MANDATE"), for which O'Dwyer and his principals reserve all rights.

N.O. LA. this 16th day of September 2009.

_____
ASHTON R. O'DWYER, JR.
IN PROPRIA PERSONA