September 16, 2009
Certified Return Receipt Requested

TO: Clerk of Court
500 Poydras St,
N.O, LA. 70130

Madame Clerk:

I enclose 3 Notices of Appeal, one in my name, one in the name of my Mother, and one in the name of my friend, Mr. Gagnet. Please

file these of record.

WITH UTTER CONTEMPT FOR YOU, YOU "PUPPET" AND THE EASTERN DISTRICT JUDGES WHO ARE PULLING YOUR STRINGS,

[signature]

ASHTON O'DWYER
6034 ST. CHARLES AVE.
N.O. LA. 70118



CERTIFIED MAIL
7009 1680 0001 8684 1357

Clerk of Cou[rt]
Eastern Dist[rict]
500 Poydra[s]
New Orlean[s]