United States District Court
Eastern District of La.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 SEP 17 PM 1:59
LORETTA G. WHYTE
CLERK

In re: Katrina Canal Breaches

Case # 05-4182
and all consolidated cases

Notice of Appeal

Comes Now

Shirley D. O'Dwyer, appearing in propria Persona, and gives notice of her intent to appeal to the United States Court of Appeals for the 5th Circuit from the Final Order and Judgement of Stanwood R. Duval, Jr. Judge, of September 9, 2009 (Record Document #19256).

New Orleans, La., this 16th day of 9/2009

___ Fee Not Paid
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Shirley D. O'Dwyer
Shirley D. O'Dwyer
504-835-4721