September 16, 2009
Certified Return Receipt
Requested

TO: Clerk of Court
500 Poydras St,
N.O, LA. 70130

Madame Clerk:

I enclose 3 Notices of Appeal, one in my name, one in the name of my Mother, and one in the name of my friend, Mr. Gagnet. Please

*fill these of record.*

WITH UTTER CONTEMPT
FOR YOU, YOU "PUPPET"
AND THE EASTERN
DISTRICT JUDGES WHO
ARE PULLING YOUR
STRINGS,

*[signature]*

ASHTON O'DWYER
6034 ST. CHARLES AVE.
N.O. LA. 70118



CERTIFIED MAIL

7009 1680 0001 8684 1357

Clerk of Cou[rt]
Eastern Dist[rict]
500 Poydras
New Orleans