

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**MEMORANDUM**

To:       Ashton R. O'Dwyer

From:    Loretta G. Whyte

Date:     September 10, 2009

Subject:  Katrina Canal Breaches Consolidated Litigation

---

     The attached pleading entitled Notice of Appeal submitted by you has been rejected for filing in this court and is returned to you herewith.

     You may re-submit the Notice of Appeal on your own behalf, but you may not file on behalf of other persons, as you have been disbarred from practice by the court's order dated March 4, 2009.

                           By direction of the court

REJECTED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: LEVEE & MRGO

| | | | |
|---|---|---|---|
| 05-4181 | 05-4482 | 05-4191 | 05-4568 |
| 05-5237 | 05-6073 | 05-6314 | 05-6324 |
| 05-6327 | 05-6359 | 06-0020 | 06-1885 |
| 06-0225 | 06-0886 | 06-11208 | 06-2278 |
| 06-2287 | 06-2346 | 06-2545 | 06-3529 |
| 06-4065 | 06-4389 | 06-4634 | 06-4931 |
| 06-5032 | 06-5042 | 06-5159 | 06-5163 |
| 06-5367 | 06-5471 | 06-5771 | 06-5786 |
| 06-5937 | 06-7682 | 07-0206 | 07-0647 |
| 07-0993 | 07-1284 | 07-1286 | 07-1228 |
| 07-1289 | | | |

NOTICE OF APPEAL

___ Fee NOT PAID
___ Process_____
_X_ Dktd_____
___ CtRmDep._____
___ Doc. No._____

COME NOW Ashton R. O'Dwyer, p.,

②

on his own behay and as
agent for and mandatary
of the individuales
identified in the attached
Objections to the Proposed
Corrupt and Fraudulent
Settlement with the
Levee Boards, with
attachment, and

Shirley D. O'Dwyer, Rudolph Theodore O'Dwyer III and Harold J. Gagnet, in their own behalf③, and give Notice to the World of their intent to appeal to the United States Court of Appeals for the

④

Fifth Circuit from the Final Order and Judgment of Stanwood R. Duval, Jr. of September 9, 2009 (Record Document No. 19256). The authority by which this Notice of Appeal is filed are the following:

(5)

1) The Constitution and laws of the United States, and more particularly the due process clause, the equal protection clause(s) and the right to trial by jury clause or amendment(s).

2) The prefatory comments made "on the record"

⑥

by Stanwood R. Duval, Jr.
at the hearing or
"mini-trial" of the
proposed settlement
with the Levee Boards,
during which Duval
acknowledged O'Dwyer's
and his clients
objections, and stated
that O'Dwyer would

⑦

have the right to
attach his and his
clients' Objections to
the proposed settlement
with the levee Boards
to a Notice of Appeal
(or words to that
effect, which should
be part of the
record), which

O'Dwyer does now
as an Exhibit to
this Notice of
Appeal.

New Orleans, La. this
10th day of September
2009,

ASHTON R. O'DWYER JR.
ON HIS OWN BEHALF
AND AS AGENT FOR
AND MANDATARY OF

⑨

THE INDIVIDUALS
IDENTIFIED IN THE
ATTACHMENT TO THE
ATTACHED EXHIBIT

## CERTIFICATE OF SERVICE

The undersigned certifies that he transmitted the above and foregoing Notice of Appeal, with attached Exhibit, to all counsel in this case electronically, this 10th day of

10

September 2009.

March 12, 2009

For Clerk U.S. District Court

I, Shirley D. O'Dwyer adopt
the attached objections and wish
them to be filed in the
"Victims of Katrina Litigation."

Shirley D. O'Dwyer

Thursday, March 12, 2009

To: Clerk U.S. District Court

I, Rudolph Theodore O'Dwyer III, adopt
the attached objections and wish them to be
filed in the "Victims of Katrina Litigation."

RUDOLPH Theodore O'Dwyer III

Rudolph T. O'Dwyer

Friday 13, 2009

To:

Clerk. U.S. district court

I, Harold Gagnet adopt
The attached Objections
And wish them to be
filed in the " Victims
of Katrina litigation

HAROLD J. GAGNET

Harold J. Gagnet

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES

CONSOLIDATED LITIGATION                              CIVIL ACTION

                                                     No.: 05-4182


FILED IN:   05-4181, 05-4182, 05-4 191, 05-4568,
            05-5237, 05-6073, 05-6314, 05-6324,
            05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278,      REJECTED
            06-2287, 06-2346, 06-2545, 06-3529,
            06-4065, 06-4389, 06-4634, 06-493 1,
            06-5032, 06-5042, 06-5159, 06-5163,
            06-5367, 06-5471, 06-5771, 06-5786,
            06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288,
            07-1289.


PERTAINS TO: LEVEE AND MR-GO


**OBJECTIONS TO THE PROPOSED CORRUPT AND FRAUDULENT SETTLEMENT
WITH THE LEVEE BOARDS AND INCORPORATED REQUEST
FOR ORAL PRESENTATION**

---

**COMES NOW** Ashton R. O'Dwyer, Jr., appearing *in propria persona*, and as the agent of, mandatory for, and Attorney-in-Fact for the individuals who are specifically identified by name, both individually and in representative capacities on Exhibit No. 1 to these Objections, which is incorporated herein by reference thereto as if copied *in extenso,* and objects to the proposed settlement with the levee boards, on his own behalf and on behalf of his clients, for the following reasons, *inter alia:*

1.      The proposed settlement, if bound and approved, will deprive O'Dwyer and his clients of their constitutional right to due process of law.

2.      The proposed settlement, if bound and approved, will abrogate O'Dwyer's and his clients' right to trial by jury against the levee boards (and others).

3.      The proposed settlement with the levee boards fails to meet any of the tests set forth in the Supreme Court cases of (1) *Ortiz v. Fibreboard Corp.*, 527 U.S. 815, 119 S.Ct. 2295 (1999), and (2) *Amchem Prods. Inc. v. Windsor*, 521 U.S. 591, 117 S.Ct. 2231 (1997), both with respect to non-conflicted adequacy of representation and fundamental due process of law. In addition, there has been no showing of the inadequacy of the available fund to pay all claims (other than stipulation of the parties through collusion and fraud).

4.      Discovery through document production and the Rule 30(b)(6) depositions of the following should be conducted as a prerequisite to the proposed settlement:

a)     The insurance agents and brokers of the three (3) levee boards;

b)     The Office of Risk Management, State of Louisiana;

c)     The Division of Administration, State of Louisiana;

d)     The Legislative Auditor of the State of Louisiana;

e)     The accountants and auditors of the three (3) levee boards; and

f)     The three (3) levee boards.

5.     The document repository established by the Board of Commissioners for the Orleans Levee District is totally unsatisfactory, with no "workable" index of documents, and confiscatory costs for the opportunity to actually view documents, which can be afforded only by the rich.

6.     The proposed settlement with the levee boards, which are political subdivisions of the State of Louisiana, is a totally corrupt and fraudulent proposal, which emanated, at least in part, from unethical and unscrupulous lawyers, who have an irreconcilable, concurrent, non-consentable conflict of interests, which is prohibited by the Louisiana Rules of Professional Conduct, and more particularly, by the provisions of Rule 1.7 thereof, because these very same lawyers, who serve on Committees and/or Sub-Committees in this litigation, secretly represented the interests of the State of Louisiana for an undetermined period of time prior to August 29, 2007, and thereafter represented the interests of the State of Louisiana "on the record," between August 29, 2007 and October 9, 2008.

3

7.     In addition, while certain lawyers who serve on Committees and Sub-Committees in the litigation may not have appeared as counsel of record for the State, they still have a conflict of interests because they have agreed to share the fees of lawyers who represented the State.

8.     The proposed settlement with the levee boards is a totally corrupt and fraudulent proposal because the Judge who is presiding over these proceedings should be recused as a result of actual personal bias and prejudice, all stemming from his extra-judicial "close, personal relationship of long-standing" with Calvin C. Fayard, Jr., who represented the interests of the State of Louisiana as described, *supra*, while simultaneously serving on Committees and Sub-Committees in this litigation, which presented Fayard and others with an irreconcilable, concurrent, non-consentable conflict of interests in violation of Rule 1.7 of the Louisiana Rules of Professional Conduct. In further support of this objection, O'Dwyer and his clients aver, upon information and belief, that the Judge presiding over these proceedings intends to see to it that Fayard and/or lawyers with whom Fayard is collaborating will directly benefit monetarily from the proposed settlement. Whether the presiding Judge or members of his family will directly and personally benefit by approval of the proposed settlement with the levee boards is unknown to objectors, but they do aver that the presiding Judge has exceeding his authority and power through active, rather than passive, involvement in this case.

9.     The proposed settlement with the levee boards is a totally corrupt and fraudulent

proposal arising out of the corruption of the litigation by the presiding Judge who

appointed  lawyers to Committees and Sub-Committees with knowledge that they

simultaneously represented the State of Louisiana, and who then failed either to

prosecute affirmative claims against the State, its agencies and instrumentalities,

political subdivisions and individual department heads, or to conduct any

discovery into the legal liability of the State, etc., all because of their obvious

irreconcilable, concurrent, non-consentable conflict of interests, which violated

the provisions of Rule 1.7 of the Louisiana Rules of Professional Conduct..


10.    It would defy commonsense to settle with the levee boards for the paltry sum of

$20.8 million dollars, when the full faith and credit of the State of Louisiana

should indemnify the levee boards, which are political subdivisions of the State,

for their legal liability to the State's citizenry, such as O'Dwyer and his clients.

See: LSA-R.S. 13:5101 *et seq.* and LSA-R.S. 39:1527 *et seq.* In support of the

assertion that the full faith and credit of the State of Louisiana should indemnify

the levee boards for legal liability, O'Dwyer and his clients aver that the State of

Louisiana "looted" the assets of the Board of Commissioners for the Orleans

Levee District since Hurricane KATRINA by transferring those assets from the

Board to the Division of Administration in the Executive Branch of Louisiana

State Government. Alternatively, even if the full faith and credit of the State of

Louisiana is not available to respond for the legal liability of the levee boards, the

assets of the Orleans Levee District,  which were looted by the State and

transferred to the Division of Administration, should be returned to the Board of Commissioners for the Orleans Levee District to satisfy any legal liability of the Board in this case[1].

11.     Even if the full faith and credit of the State of Louisiana is not available to satisfy the legal liability of the levee boards, settlement with the levee boards for the paltry sum of $20.8 million dollars would defy commonsense, because the proposed settlement allows valuable assets of the levee boards to remain intact. Only a fool would release the levee boards for such a paltry sum of money and allow the levee boards to retain assets whose value far exceeds $20.8 million.

12.     Settlements may be entered into for a variety of reasons, including the comprise of "dubious and doubtful claims," and to avoid "the uncertainties of litigation." However, none of these considerations is present in this case. The legal liability of the levee boards in connection with the levee and retaining wall failures prior to, during and after Hurricane KATRINA is patent. There is nothing dubious or doubtful about the claims being asserted by plaintiffs, claimants and potential class members in this case.  Additionally, the proposed compromise sum is woefully small, when contrasted with the valuable assets of the levee boards, which will remain intact should this proposed settlement be bound and approved, and when contrasted with the full faith and credit of the State of Louisiana.

---

[1] These assets include, without limitation, the New Orleans Lakefront Airport and 83 acres of land available for development, the Orleans Marina, the South Shore Marina, the Mardi Gras Fountain, and the Board's building(s) on Stars and Stripes Boulevard, among other properties.

13.     The proposed settlement is far too broad in scope, because it is not at all clear

whether settlement, if bound and approved, will release claims against the State of

Louisiana, and its agencies and instrumentalities, including particularly, but

without limitation, the Louisiana Department of Transportation and Development[2]

and the Louisiana Department of Social Services (among others), none of which

deserves to be released in connection with any settlement with levee boards for

the paltry sum of $20.8 million dollars[3].

14.     The proposed settlement is far too broad in scope, because why on earth would

any claimant, who wished to amicably compromise and settle separate causes of

action against the levee boards as a result of the levee and retaining wall failures,

during Hurricane KATRINA,   also agree to release claims arising out of

Hurricane RITA, as well as claims for damages arising out of   inadequate

---

[2] See LSA-R.S. 36:501 and 508.3, and LSA-R.S. 38:306(C) and 38:307(A)(2).
[3] Paragraph 54 of the proposed "Class Settlement Agreement" defines the terms "Released Party" or "Released Parties" as follows:

> "The term "Released Party" or "Released Parties" shall mean St. Paul, the Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, The Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East, and the Southeast Louisiana Flood Protection Authority-East, and the respective parents, subsidiaries, affiliates, divisions, predecessors, successors, heirs, legatees and/or assigns, together with the past, present and future officers, directors, board members, servants, shareholders, members, presidents, managers, partners, employees, agents, representatives, consultants, in-house or outside attorneys, insurers, and reinsurers of each of the foregoing; provided however, that the term Released Party or Released Parties shall not include National Union."

Objectors ask rhetorically: "Precisely what are 'the respective parents, subsidiaries, affiliates, divisions, predecessors, successors, heirs, legatees and/or assigns, together with the past, present and future officers, directors, and board members, servants, shareholders, members, presidents, managers, partners, employees, agents, representatives, consultants, in-house or outside attorneys, insurers, and reinsurers of each of the levee boards?" The scope of the parties released is truly breath taking. Additionally, the statement in the "Legal Notice" which appeared in *The Times-Picayune* to the affect that "However, you may continue with any claims you have against…the State of Louisiana…and anyone related to the "Settling Defendants" is grossly misleading in view of the definitions of "Released Party" or "Released Parties."

response by the State, and its agencies, and instrumentalities, following Hurricanes KATRINA and RITA?

15.     Contrary to what appears from a review of the record, and more particularly from what appears in Record Document No. 16647 in Civil Action No. 05-4182, the presiding Judge did not exercise any due diligence whatsoever in deciding whether to sign the Order of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions. Rather, the presiding Judge simply "rubber-stamped" what was presented to him by unethical and unscrupulous lawyers having an irreconcilable, concurrent, non-consentable conflict of interests, including his "close personal friend of long-standing," Calvin C. Fayard, Jr.[4] In so doing, O'Dwyer and his clients, aver that the presiding Judge committed misconduct.

16.     The proposed settlement is corrupt and fraudulent because it purports to be a "limited funds settlement," when in point of fact there is no "limited fund" other than the "fiction" artificially created by lawyers and others who have engaged in fraud and collusion to have this corrupt and fraudulent settlement with the levee boards bound and approved.

17.     The Notice issued was inadequate.

---

[4] O'Dwyer and his clients aver that the following "findings of fact and/or law" in Record Document No. 16647 are blatantly false: C, D, E, G, I, J, K, L, M, N, O, P, Q, T and U.

8

18.     Notwithstanding a choice of law provision, it is not at all clear what substantive law will be applied to the proposed release. The rules will be different if State law, as opposed to the general maritime law, applies when a joint tortfeasor is released without an express reservation of rights against other joint tortfeasors.

19.     In addition to the fact that the amount of the proposed settlement is ridiculously low, it also is not at all clear who will get the money. It would appear that the money will all go to lawyers, many of whom are proposing settlement with the levee boards, which visits each of them with another obvious conflict of interests.

20.     Another reason why the amount of the proposed settlement is ridiculously low is because the amount of the settlement does not take into account the levee boards' substantial exposure for future defense costs, which they and their insurers will not incur if settlement is bound and approved.

21.     The indemnity provisions of the proposed settlement are far too broad and may subject individual class members to liability which has not been adequately explained to them, and which has not been bargained for.

22.     It is not all clear that "The Plaintiffs' Liaison Committee," which objectors aver have multiple conflicts of interests, obtained complete copies of all applicable

liability insurance policies.[5] Instead of taking the corporate depositions of the insurance agents and brokers of the levee boards, who would have been in the best position to explain their and their clients' intent, and thought processes which resulted in the insurance "package" for each levee board being "structured" as it was, the PLC took the corporate deposition of each levee board, but made no real attempt to discover the "whys and wherefores" for the insurance packages being structured as they were, the decision-making process for selecting limits of coverage, with the relationship of each levee board's private liability insurance coverage and the State's statutorily-mandated Self-Insurance Plan, which is administered by the Office of Risk Management. LSA. R.S. 39:1527, *et seq.*

23.     In addition to the obvious "gaps" in information as a result of the fact that there have been no depositions of the insurance agents and brokers, the Office of Risk Management,[6] or the Legislative Auditor having oversight over the annual financial statements submitted by each levee board, objectors and their counsel have not been provided with any written opinions concerning liability insurance coverage by the expert whose services were engaged by "The Plaintiffs' Liaison Committee," namely Pete Ligeros of California. As recently as March 3, 2009, information was requested from Plaintiffs' liaison counsel concerning Mr. Ligeros' opinions, all to no avail. See Exhibit No. 2 attached.

---

[5] For instance, Page No. "2 of 2" of the "Public Sector Services Described Activities, Locations, or Operations Exclusion Endorsement" of the policy issued to the OLD has not been produced.
[6] No discovery whatsoever has been directed to the State or to the Office of Risk Management to attempt to understand the insurance coverages identified by the State in the attachments to Form-95's presented by the State to the U.S. Army Corps of Engineers on February 28, 2007.

24.     The amount of the privately placed primary and excess liability insurance coverage available to the Board of Commissioners for the Orleans Levee District appears to be far in excess of the limits for the same type of coverage available to the other two levee boards.[7] However, genuine issues of material fact exist concerning the definitions or meanings of the following policy terms in all of the policies: "General total limit," "Personal injury each person limit," "Each event limit," "Premises," "Per premises," and "emergency response services."[8]

25.     It is not at all clear what the nature, limits and applicability of the following OLD policies may be:

        a)      The Marine Liability Policies;  and[9]

        b)      The policies issued to the OLD by National Union

26.     The proposed settlement with the levee boards does not take into account Directors' and Officers' legal liability insurance coverage and/or errors and omissions insurance coverage covering Directors and Officers.

27.     Arguably, "historical events," such as failure to perform annual surveys following the off-centerline dredging of the 17th Street Canal, constituted separate "events" impacting policies older than the one(s) in effect on August 29, 2005.

---

[7] And this is without regard to "insurance" which may be available through the State's Self-Insurance Plan.
[8] For instance, the OLD policy provides that the "general total limit" applies "per premises," and insured events happened or occurred at a large number of "premises" before, during and after Hurricanes KATRINA and RITA."
[9] It is not at all clear that we even have  complete copies of the Marine Liability Policies.

11

28.    The proposed settlement with the levee boards is for a pitifully small amount, because it fails to take into account the assets and E&O insurance coverage of Committee and Sub-Committee Members, and others, who have breached legal duties to O'Dwyer, his clients and others. See the allegations of the Complaint in Civil Action No. 08-4728.

29.    O'Dwyer and his clients incorporate herein by reference thereto any and all objections to the proposed settlement with the levee boards which have been filed or which may be filed by or on behalf of any other party.

30.    O'Dwyer and his clients specifically request the opportunity for oral argument and presentation of evidence through testimony in amplification of these objections.

**Respectfully submitted,**

_____
**ASHTON R. O'DWYER, JR.**
**Ashton R. O'Dwyer, Jr.**
**Bar No. 10166**
**821 Baronne Street**
**New Orleans, LA 70113 Tel.**
**(504) 450-9014**
**Fax. (504) 581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing objections on counsel for all parties via electronically, this _____ day of _____, 2009.

_____

O'DWYER "VICTIMS OF KATRINA" CLIENTS:

Maureen O'Dwyer
Harold Joseph Gagnet
Sally Egerton Richards
Shane IL. Porter
Stephanie Porter
Interior Specialties, L.L.C.
Sheila Jones Jordan
Charles Edward Jordon
Wayne M. Jones
Gloria Agnes Griffin, individually and as Administratrix of the
Succession of her brother Stephen Williams, and on behalf of any
and all heirs, survivors, relatives and beneficiaries of the deceased
Leticia Brown
Jo Anna McLean
Lee Davidson McLean III
Kathryn Frank
Richard Springer Favor
And
Miriam McMichael Favor dlb/a The Garden Smith
Philip B. Alford
Gerald Pipes Guice
Beverly Anne Ferguson Guice
Madeleine Alise Guice
Kenneth Hastings Guice
Anthony Phillip Henderson
Louis Joseph O'Dwyer, Jr.
Maurleen M. O'Dwyer
Aaron Jacob O'Dwyer
Henry Grady Hardy, Jr.
Letizia Hardy
Jane Veronica Hardy
Brian Sontherland Hardy
Martin Ramos
Richard Ehret
Leslie Ehret
Anthony Phillip Henderson
Frances Y. Bellerino
Louise J. Young
Edward R. Young
and
Veronica F. Young dlb/a Floor Crafters Wood Interiors
Joseph Rauchwerk
Cheryl Sweat Rauchwerk
Marilyn Von Schmidt

EXHIBIT 1

Susan C. Jeanfrean, M.D.
Wallace E, Jeanfreau, M.D.
Robert J. Jeanfreau, M.D.
Jerry Victor Jacob
Gloria Pohlman Reeker
Joseph W.V. Reeker, in proper person
Shirley fl. O'Dwyer
Alexis Navarro O'Dwyer
Lisa Marie O'Dwyer
Nicholas S. Lindner
Ruth B. Ragas
Paul S. Ragas
Jason P. Ragas
Walter J. Morgan
Katie L. Ragas
Arthur Tracy Abel
Kathleen C. Abel
Kitty B. Hoffman
Craig Anthony Miller
Stephen Christopher Jeandron
Andre Trevigne Fowler
John Wesley Stewart, Jr.
George Schmidt d/b/a The George Schmidt Gallery
Delia LaBarre
Tyrone Anthony Alexander
Michael Cormick
Penny Anderson
Calie Newell
Betty Francis
Lester McGee
Sherman Griffin
Sandra Meyers
Gregory Cormick
Jeffrey Baker Day
Ashley O'Dwyer Day
Harold Alexander
Vonola Avist
Dana Bell
Gloria Mac Bell
Hitchai Bryant
Nicole Bryant
John Collins
Jonell Collins
Catherine Collins
Sherene Collins
Sirneko Collins

-2-

Jerry Connick
Lauren Dabney
Kevin Daliet
Noreille Ballet
Donald Ellis
Kim Ellis
Bobbie Evans
Audrey Gray
Lucille Gray
Issac Hayes
Mary Johnson
Mary Nocla Johnson
Wayne Anthony Johnson
Ann Lawless
Detective Carlton Lawless
Gene Lee
lviii Lee
Lynn Lee
Jimmie Martin
Harry Nobles
Alma Sanders
Barbara Sanders
Albertha Skinner
Gilda Skinner
irinika Skinner
Irvin Skinner
Brandon Smith
Felix Augustin
Pauline Augustin
Cynthia Bell
Rhona Causey
Winnette Lang
Ferdinand Leon
Lydia Leon
Caroll Denesse
Lucien Denesse
Ashley Navarre
Doreine Navarre
Melvin Navarre
Sylvia Byrd
William Byrd
Blair Bundy, Sr., and his spouse
Dawn Bundy, on their own bebalfs and on behalf of their minor children,
Blair Bundy, Jr.
Jane Bundy
Skekinah Bundy and

-3-

Emanuel Bundy
Jill Bundy
John Collins
She rlene Collins
Janice Collins, on her own behalf and on behalf of her son,
John Henry Collins
Jamie Collins, on ber own behalf and on behalf of her son,
Jacobi Glover
Mitchell Armour
Vanessa Carter
Kerry Carter
Joshua Billon and his spouse,
Monica Billon, on their own behalf and on behalf of their minor
Children,
Isaiah Biflon and
Monica Billon
Betty Christy
De4ean Christy
La-Shawn B. Robinson
Patricia Granger, on her own behalf and on behalf of her dangbter
Tomika Edwards
Charmeine Jefferson, on her own behalf and on behalf of her children,
Lemor James,
Ariel James,
Yolanda Jefferson, and
Erika Thornton
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour HI
Augustine Greenwood
Rosemary Greenwood, on her own behalf an don behalf of her children,
Yasemine and
Jasemine Greenwood
Byrne Sherwood
Linda Morgan
Lokea Morgan
Benisha Morgan
Shelia Smith
Jacqueline Smith
James Smith, Jr.
Nina Baughn, on her own behalf and on behalf of her minor children,
Karim Kemp
Karen Kemp
Eriea Kemp
Patricia Green

—4-

Tanaka Johnson
Bobby Johnson
Charles Williams
Laura Recasner, on her own behalf and on behalf of her children,
Dajohon Recasner,
Kurshell Recasner and
Charleston Recasner
*Agnes* Recasner
Charmaine Rhome
Judy Starks
Insuk Caro dlb/a Wig Fashions and Apolostic Christian Bookstore
Troylyn Washington
Mercedes Washington
Shanika Taylor
Marsha Taylor
Roxchell Panika Santee', on her own behalf and on behalf of her minor son1 Tyree Santee'
Samuel Bonnie
Nicole Bryan
Alton J. Crowden, on his own behalf and on behalf of his minor children, Cameron Crowden and
Kelli Crowdeu
Ashley Navarre
Shana Patterson
Keana Quinn
Niketsa Ramsey, on her own behalf and on behalf of her minor children, Desmonisha Ramsey,
Kenyci Rochon and
Desmond Ramsey
Darylynn Ramsey
Julie Ramsey, on her own behalf and on behalf of her minor children, Dahsha Ramsey and
Charli Ramsey
Robert Rhone
Joshua Smith
Cynthia Tibbet, on her own behalf and on behalf of her children, Brittany Tibbet,
Sidney Tibbet,
Chelesa Tibbet, and
Janice Tollins, on her own behalf and on behalf of her minor son, John Tollins
Glenda Medina
Miehele Elizabeth Omes
Jim Richard Paws
Avery Scott

-5-

Frank Duncan Macpherson Strachan III (now deceased — to be substituted for by his surviving family members)

Joshua Dillon and his spouse,

Monica Dillon, on their own behalfs and on behalf of their minor children, Isaiah Dillon and Monica Pollard

Donald G. Deaton

Pamela A. Morgan

Frank Butler, Jr., on his own behalf And on behalf of his minor children, Frank Butler **III,**

Charles Butler and

Tacbmonite Butler

Lorenzo Butler

Alonzo W. Butler and his spouse,

Laquinta Butler, on their own behalfs and on behalf of their minor children,

Alonzo W. Butler, Jr.

Jasmyn Butler, and

Rashaad Butler

Rita Bailey

Tony Green

Lina Vaughn

William Byrd

Sylvia Byrd

Ruth Harris

Clifford Harris

Jonathan Washington

Vicky Michel

Simon Kleiudorf

Bertha Kleinclorf

David Kleindorf

Connie Kleindorf

Troylyn Washington, on her own behalf and on behalf of her minor child, Dasia Washington

Mercedes Ann Washington

Roy Junior Washington

Eva McGee

Lj Johnson

Patricia Johnson

Lequecia Bunn, on her own behalf and on behalf of her minor child,

Jada Gibson

Itnelda Johnson

Michael Johnson

Mulkina Coates, on her own behalf and on behalf of her minor children, Keshina Coates and Malik Coates

Benjamin Morgan

-6-

Chandra Maxon, on her own behalf and on behalf of her minor children,
Byron Maxon,
Jiananne Maxon,
Janea Maxon,
Willie Maxon,
Devante Maxon, and
Chandray Maxon
Marylyn Maxon, on her own behalf and on behalf of her minor children, Shancanacla Maxon,
Ravanell Maxon, and
Robert Maxon
Lois Torregano
Loisha Breaux, on her own behalf and on behalf of her minor children, Loishell Williams and
Mikayla Breaux
Vanesa Davis
James Cook
Daniel Davis
Joan A. Miller
Linda Boyd, on her own behalf and on behalf of her minor children, Caress Boyd, and
Charles Boyd
Elijah Washington
Keineisha Richard, on her own behalf and on behalf of her minor children, Marion Richard,
Marcel Richard, and
Emyjah Washington
Anthony Barnes
Falisha Barnes
Melanie Barnes
Darryle Lee Johnson, Sr.
Tameko Benjamin, on her own behalf and on behalf of her minor children,
Jovana Benjamin
Darione Benjamin
Darryle Lee Johnson, Jr., and
Darielle Benjamin
Delilah Milton
Kimmic Ferdinand
Ashley Ferdinand
Cornell Batiste
James Rollins and his wife,
Lakvina Coates, on their own behalf and on behalf of their minor
children,
Semaj Rollins, and
Jamaya Hollins
Taniaya Coates

-7-

Maria Washington, on her own behalf and on behalf of her minor
children,
Janisha Washington,
Andrew Washington,
Charles Washington, and
Mekhi Washington
Andrew Hill
Leslie Johnson, on her own behalf and on behalf of her minor child,
Jamay Johnson
Lakeisha Fernandez, on her own behalf and on behalf of her minor child, Eddie McGee, Jr.
Lessie Johnson
Zelda MeKendall
Ellsworth P. McKendall
Kimberly McKendall
Michael McKendall
Russell Gardner
Winuette Lang, on her own behalf and on behalf of her minor children, Kavon Lang, and
Lashanice Jones
Lisa Byrd, on her own behalf and on behalf of her minor child,
Sadzisya Byrd
Michael Anthony Snipes, Jr.
JoAnn Snipes
Michael A. Snipes, Sr.
Garry Bougeois
Cheryl Bernard
Johudra Patterson
Terrill Morris
Dianne Thompson
Michael Thompson
Ruby Ann Washington, on her own behalf and on behalf of her minor children, Shaune Bakewell, and
LaShay Johnson
Victor Moore and his wife,
Pamelyn Morgan Moore, on their own behalfs and on behalf of their minor
children,
Victor Lyn Morgan
Pamelor Morgan
Vicknesha Morgan, and
Victoria Moore
Ruby Ann Washington, on her own behalf and on behalf of her minor children, Shaune Bakewel), and
LaShay Johnson
Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
Josephine J. Dupree-Dean

-8-

Herbert C. Jackson
Gail Brown, on her own behalf and on behalf of her minor children, Aaron Pulliam and
Brandon Pulliam
Myron Mack
Sheila Lewis
Pernefl Lewis
Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor children, Natiasha Lewis and
Shaila Lewis
Christoopher Patterson, and his spouse,
Linda Johnson, on their own behalfs and on behalf of their minor children, Christopher Edward Patterson,
Jr. and
Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor children,
Sherman Singleton
Shermont Singleton and
Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander
Rodney James, on her own behalf and on behalf of his minor children, Rodney James, Jr. and
Alexis James
Robert Young
Cornelius Young
Shactha (spelled phonetically) Williams
Rose Marie Young
Tykesha Arington, on her own behalf and on behalf of her minor children,
Charles Arington
Tyriel Arington and
Braione Arington
Lloyd Joseph
Juanita Arington
FTC Petroleum & Industrial Supplies, Inc.
Ronald P. Pitisci
Kathleen Pitisci
Gerald Anthony Picquet
Lynn Picquet
Darnell Williams, on her own behalf and on behalf of her minor child, Chad Williams
Janice Barnes
Shena Barnes
Glennis Livas, on her own behalf and on behalf of her minor child,

-9-

William E. Patterson
Malika Batiste, on her own behalf and on behalf of her minor niece and nephew, Caliyah Porter and
Aaron Batiste
Christopher Arrington
Noema Arrington, on her own behalf and on behalf of her minor children, Eric Arrington and
Aaron Arrington
Phillip Martin
Paulette Biggs, on her own behalf and on behalf of her minor child, Arkasia McFarland
Aldo Gofredo Hernandez, Sr., and his spouse,
Areli Carlota Hernandez, on their own behalf and on behalf of their minor child, Emmanuel Goifredo
Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Shanika TayJor
Marsha Taylor
Erica Kemp
Latonya Caidwell, on her own behalf and on behalf of her minor children, Onyell Caldwell and
Charles Dears
Larose Taylor
Stephan Sawyer
Ms. Eprsy Livas
Brandon Livas
Clifford Coates
Tammie Chattman, on her own behalf and on behalf of her minor children,
Rudarion Chattman
Randel Chattman, and
Joseph Chattman
Linzie Brown
Emargic C. Brumfield
Leonard Brumfield
Brandon Carr
Jessie Arbuthnot
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc and his spouse,
Lance Taylor LeBlanc, on their own behalfs and on behalf of their minor child, Mika Jane LeBlanc

-10-

Kim Gaines, on her own behalf and on behalf of her minor children or grandchildren,
Jamechia Smith, and
Diamond Beam
Michael Gaines
William B. English, Jr.
Rosaria English
Hazel McGuire
Mary H. Johnson
Jerry Matthews
Dennis Jones, Jr.
Raquel Roth, on her own behalf and on behalf of her minor children, Dennis Jones III and
Kellie Ann Jones
Linda Roth
Toya Roth, on her own behalf and on behalf of her minor children,
Jerrell White and
Terrell Roth
Courtney Little, on her own behalf and on behalf of her minor children,
Tezanne Allen,
Rashad Little, and
Fabian Earls, Jr.
Reynell Santee, and his spouse,
Tawana Rayford, on their own behalfs and on behalf of their minor children,
Ranisha Rayford,
Wynell Rayford, and
Reynell Rayford
Darron Meyers
Troylyn Meyers, on her own behalf and on behalf of her minor children, Keicra Minor and
Ashley Meyers, and on behalf of her grandchild,
Daniah Williams
Roxchell Santee, on her own behalf and on behalf of her minor child, Tyree Santee
Phillip Lazard
Marguerite Lazard
Joel Frank
Juliet Johnson
Ronald Rome
Aunna Johnson, on her own behalf and on behalf of her minor children,
Darryl Johnson and
Carlos Johnson
John Washington
Bernadine Washington
Wanda Washington
Alexis Washington

—11—

Hazel Taylor
Christina Taylor
Sophia Taylor, on her own behalf and on behalf of her minor child, Alex Taylor
Yolanda Washington, on her own behalf and on behalf of her minor children, Alecia Washington,
Alacia Washington and
Tyrell Washington
Tyronne Washington
Bruce Washington
Larry Rowe
Dianne Santee
Toni Santee, on her own behalf and on behalf of her minor children, Paris Johnson,
Traychell White and
Kani Santee
Reynell Santee and his spouse,
Tawana Rayford, on their own behalf and on behalf of their minor children,
Ranisha Rayford,
Wynell Rayford and
Reynell Rayford
Kelly Simon
Robert Santee
Diana Santee, on her own behalf and on behalf of her minor children,
Timothy Santee,
Marvin Santee,
Ireal Santee,
Tiffany Santee,
Teianna Santee
Tenant Santee and
Niecal Santee
Wilson Ricks
Brent Smith, Jr., on his own behalf and on behalf of his minor child, Brent Smith III
Michael Gaines
Kim Gaines, on her own behalf and on behalf of her minor children, Jamechia Smith and
Diamond Beam
Victor Moore and his spouse,
Pamelyn Morgan, on their own behalf and on behalf of their minor children,
Victor Lyn Morgan,
Pamelor Morgan,
Vicknesha Morgan and
Victoria Moore
Louise Ragas
Fayann Ragas

-12-

Terrill Morris
Linda Morris
Vanesa Davis
James Cook
Daniel Davis
Jeanette Williams
Reverend Curtis Coleman, Sr., on his **OWN** behalf and on behalf of his entire
Congregation and the Ephesian Missionary Baptist Church
Mary P. Miugo
Rachel Goldsmith
Gayle LeBlanc
Michael Lefllanc, and his spouse,
Larice Taylor LelManc, on their own behalf and on behalf of their minor child, Mika Jane LeBlanc
Jessie Arbntbnot
Curtis Coleman, Sr.
Curtis Coleman, Jr.
Jerome Coleman
Keith Coleman
Carnese Williams
Raymond Bunter
William Hunter
Andrew Williams
Eric Williams
Winston Williams
Paul Mosley, Sr.
Paul Mosley, Jr.
Brandon Mosley
Hope Mosely
Hope Mosley
Shaqnal Mosley
Shannel Mosely
Ivan Mosley
Betty Mosley
Margarite Rochon
Raymond Hunter
Naomi Hunter
Wilson M. Simmons
Procula D. Simmons
Tammy Amos
Michael Green
Colleen Mooney
Shirley Simon, individually and as Administratrix of the Succession of Richard
Simon, deceased, and on behalf of any and all heirs, survivors, relatives and
beneficiaries of the deceased, including the children,
Richard Simon, Jr.

-13-

Richanda Simon
Ashley Simon
Teddy Simon
Alden Whiting, *Jr.*
Bobby Davis
Movella Wicker
Ms. Tony Owens
Kela Johnson
Raquan Johnson
Curtis Johnson
Paulette Dupart and children
Dawn Barthe
Derrick Barthe
Ellen Penny
Antoinette Thêriot
Janice L. Barnes, individually and no behalf of the minor child,
Shena Barnes
Janice Barnes
Doris Starnes
Lois Torregano, individually and on behalf of her minor child,
Loishell Williams
Loisha Breaux, individually and on behalf of her minor child,
Mikayla Breaux
Bruce Michael West and
Tracy Collins, on their own behalf(s) and on behalf of the minor children, Jamar Kevin West and
Angelique Hawkins
Richinda Simon
Dwaync Thomas and
Lisa Thomas, on their own behalf(s) and on behalf of the minor children, Aliyah Monet Thomas and
Dawana Thomas
Samuel Johnson
Karen Johnson
Henry Johnson
Kim Johnson
Joann Johnson
Joann Green
Edwina Green
Billy H. Davis
Pat Winford
Sheila Ann Arniond, on her own behalf and on behalf of her minor grandson, James Charles Patrick
Armond
Shirley Jean Simon, individually, and as administratrix of the Succession of her deceased husband,
Richard Alphonse Simon, Sr. and personal representative of the deceased, and on behalf of the minor
children,

-14-

Rhoucric Moses Simon,
Rhynique Moniya Simon and
Rhyashli Monya Simon
Rhonda Motasba Simon
Richard Alphonse Simon, Jr.
WindeH Williams
Sylvia Page
Rose Mary Boitmanu
Arlie Dyson
James J. Woulfe
Daniel W. Arceneaux
Alfred "Wolf" Green
Darlana Green, on her own behalf and on behalf of the minor children,
Armani Green and
*Anya* Green
Myayana Reed
Matthew Wilson
David Jones, Sr.
Antoinette Jones, on their own behalf(s) and on behalf of their minor children, David Jones, Jr. and
Dajanet Jones
Cbantefl Harvey, on her own behalf and on behalf of her minor children, Damien Harvey,
Darall Harvey and
Dontal Harvey
Dorothy Harvey
Claudia Harvey, on her own behalf and on behalf of her minor children, Marcee Joseph and
Marcell Joseph
Markell Joseph
Myron Mack
Sheila Lewis, on her own behalf and on behalf of her minor children, Pernell Lewis and
Asbanti Lewis
TyroneCnneo
Sheila Cunco
Cherie Johnson
Edward William Davis
Karin Liegh Gober Davis
Jasmine Terry, on her own behalf and on behalf of her minor child, Jyshaun Deloney
Keith Martin, on his own behalf and on behalf of his minor child, Lakeitha Martin
Contrice Phipps
Karen A. Collins
Lynette Renee Cambridge

-15-

Ebony Ellis
Donette Atkinson
Lisa Mzones or Myones
Shawnee Duncan
Barbara Sanders
*Patricia* Wells
Barbara Ann Anderson
Michelle Sandifer
Courtney Conway
Gilda Washington
Ebony G. Ellis
Tyrone Cuneo
Sheila Cnneo
Cherie Johnson
Christopher Thomas
Ladoin Smith
David Taylor
Alfred C Green
Jaran Thomas
Charles Sykes
Alexander Williams
Drue Bryant
Tyrell LeBlanc
Jerry Burns
Clifton Thompson
Adam Stacker
Johnnie Causey
Jefferson E. Yarborough
James Gregory Vincent
Gwendolyn J, Green, on her own behalf and on behalf of her minor son, Michael J. Green
Brandy M. Johnson
Adam C. Morrison
Dorothy Harvey, on her own behalf and on behalf of her minor grandchild, Dwayne Banks
Arlie Dyson
Ether Bullock, on her own behalf and on behalf of her minor grandchildren, Tharnell Bullock and
Calvin Bullock
Charles Terrell
Penny J0 Anderson
Larry M. Broyard, Sr.
Agatha Broyard
Ossiemea Marshall, on her own behalf and on behalf of her minor child, Larry M. Broyard, Jr.
Dorothy Saddler Harris

-16-

Charles Harris
Keith Martin
Kellen Phipps
Mattie Allen
Mamie White
Bobbie Davis
Pamela Maye
Clayton Wicker
Laurence Wicker
Ron Wicker
Charlita Clark, as natural tutrix of her minor children,
Tyrus Jamal Clark and
Shedrick Clark III
Terry Rattler
Claudia Rattler
Renelle Rattler
Carolyn Jones
Gregory Baptiste, Sr. and his spouse,
Lisa Baptiste, on their own behalf and on behalf of their minor child, Jonathan Baptiste
Gregory Baptiste, Jr. and
Devon Baptiste
Ashley Norris
Susan Lazard
Sandra B. Scott
Tirrell Scott
Calvin Scott
Ernest Milien, Sr.
Sharon *Brown,* on her own behalf and on behalf of her minor daughter,
Rochelle Brown
Ruth Washington Harris
Ruby Washington
Lamont Marrero
Robert Butler
Antoine Deloney
Kellen Phipps
Keith Martin
Contrice Phipps
Troy C. Louis and
Erika Louis, on their own behalf and on behalf of their minor children,
Gregory Williams,
Erik Louis,
Damon Louis and
Shekinab Louis
Dawnell Williams
David Bealer

-17-

Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinbardt
Robert E. Stone
Linda Dufrene
Aide Goifredo Hernandez, Sr., and his spouse,
Arch Carlota Hernandez, on their own behalf and on behalf of their minor child, Emmanuel Goffredo
Bernandez
Aldo Gofredo Ilernaudez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Glenda Medina
Michele Elizabeth Omes
Jim Richard Pazos
Avery Scott
William B. English, Jr.
Rosaria English
Jeffrey Baker Day
Ashley O'Dwyer Day
Christopher T. Kitsos
Joyce A. Kitsos
Theresa Anna West
Stacy English, on her own behalf and on behalf of her minor child,
Kayla English
Wrench Hill
Janice Hill
Shinedel Hill
Robert Butler
Theresa Anna West
Janet Ausbrook and
Anna Ausbrook, on their own behalf and on behalf of
James Ausbrook, retarded
Joycelyn Causey, on her own behalf and on behalf of her minor daughter, Lashae Simon
Trenese Simon
Judith Chaupette
Tarita B. Smith, on her own behalf and on behalf of her minor sons,

-18-

Byron Smith and
Royce Smith
Paul Mosely
Ronald M. Farve, on his own behalf and on behalf of his minor daughter, Rhonda Farve
Renee Farve, on her own behalf and on behalf of her minor children, Jalicia Slick,
Darvell Burgess and
Dwight Clark
Silas Baffle
Shelita Simon, on her own behalf and on behalf of her minor children,
Roger Simon,
Rogerrikka Simon and
Terrell Simon
Terrell Byrd
Trey MeCrory
Ether Bullock, on her own behalf and on behalf of her minor grandson, Tharnelle Bullock
Charles Terrdfi
Bernadette Riley
Keoka Foster, on her own behalf and on behalf of her minor child,
Kiera Foster
George Morant
Jeanne Morant
Mrs. Rudolph 1. O'Dwyer, Jr.
Rudolph Theodore O'Dwyer HI
Joseph K. Rowan and his spouse
Mary Angela Rowan, on their own behalf and on behalf of their minor child, Christopher David Rowan
Jonathan Patrick Rowan
Jay Emile Pfister O'Dwyer and his spouse,
Marcie Heine O'Dwyer, on their own behalf and on behalf of their minor twins, Julia Elizabeth O'Dwyer
and Jenna Elizabeth O'Dwyer
Frances Raymond Pfister
Ann Haydel Pfister
Frances Raymond Pfister III (now deceased — to be substituted for by his surviving
family members)
Timothy Thadeous Pfister
Dr. Irma Pfister
C.P. Christensen, Inc. d/b/a "EmbroidMe"
Chris P. Christensen
Judy Scalan
Sylvia S. Worthington
Joann Ovino Tujague
Carolyn Dubou.rg
Shaw Dubourg

19-

Whitney Dubourg
Lawrence Wicker
Pamela Maye
Pamela Williams
Robert Butler
Lonnie Taylor
Thomas Green
Louise Green, on her own behalf and on behalf of the minor child,
Deviance Green
Gerald Green
Clayton Wicker
Ernest Wicker
Ron Wicker
Linda Wilson, on her own behalf and on behalf of the minor children,
Brice Lee and
Brittany Wilson
Brandon Wilson
Alvin Whiting, Jr.
Maniie White
Bobbie Davis
Clifford Baptiste
Marie Baptiste
Rudolph Dupart
Brenda Dupart
Carolyn Jones
Kela Johnson, on her own behalf and on behalf of her minor children,
Rabquan Johnson and
Curtis Johnson
L3rry M. Broyard, Sr
Milous Magee III
Tz-ikita Rattler, on her own behalf and on behalf of her minor children,
Ta-Quita Rattler
Renelle Rattler
Marvin Rattler and
Tirrell Rattler
Claudia Rattler
Latanya Renkin, on her own behalf and on behalf of the minor child, Jycal Renkin
Calvin Ren kin
Christina Cherry
Cynthia Richardson, on her own beha'f and on behalf of her minor nieces,
Ajia Richardson and
India Jackson
Nekia Richardson, on her own behalf and on behalf of the minor children, Nekia White and
Kani Richardson

-20-

Kela Johnson, on her own behalf and on behalf of the minor children, Curtis Johnson and
Rahquan Johnson
Eureka Richardson, on her own behalf and on behalf of the minor child, Thomas Enclorde
Edwina Green
Antwine Deloney
Cleveland Mills
Joy Wicker
Ms. Tony Owens
Gregory Baptiste, Sr and his spouse,
Lisa Baptiste, on their own behalf sand on behalf of their minor children, Gregory Baptist, Jr. *and*
Jonathan Baptiste
Devin Baptiste
Ellen Penny
Antoinette Theriot
Mark Owens
Patricia S. Cross
Nathaniel Carr
John Tuner
John Branch
Hope Branch
J. Haron Lanone
William Heine
Linda Ileine
Jerry Burns
Niehelle Burns, on her own behalf and no behalf of her minor children,
Taquisha James,
Trevon James,
Jerry Bums IIJ and
Jerrmya Burns
Howles Miles
Lynn Butler
Chriscynthia Williams
Olivia Honore or Honora (spelled phonetically)
Jefferson Eric Yarborough
Bruce West
Tracy Collins
Lynn Butler
Clifford Harris
Ruth Harris
Jonathan Washington
Carolyn Dnborg
Shan Duborg
Whitney Dnborg

-21-

Keith Martin, on his own behalf and on beLialf of his minor child,
Lakejtha Martin
Lottie Davis, individually and as Administratrix of the Succession of her mother,
Elma Davis, deceased, and on behalf of any and all heirs, survivors, relatives and
beneficiaries of the deceased
Tamriska Davis
Theresa Edwards
Darrell Edwards
Terry Adams
Gary MeCloud
Donna Pollard
Gregory Lewis Henry
Judy Scalan
Derek Williams, on his own behalf and on behalf of his minor children, Derek Williams, Jr.
Derynet Williams
Levi Stanley
Samuel Johnson
Karen Johnson
The Parfait Family
Wilson Simmons
Procula U. Simmons
Tanuny Amos
Michael Green
Helen Frank (individually and as Adniinistratrix of the Succession of Richard
Frank, and on behalf of any and all heirs, survivors, relatives and beneficiaries of
the deceased),
Michelle "Mink" Jones
Kenneth Williams
Derrick Williams
Lad anya Williams
Cadorra Williams
Valerie Williams, on her own behalf and on behalf of her minor children,
Chrishawn Williams
Jamon Williams, and
Tameka Williams
Andrew Hill
Maria Washington, on her own behalf and on behalf of her minor
children,
Janisha Washington
Andrew Washington
Charles Washington
Mckbi Washington
Tammy McFarland
Joshua McFarland
Kelly Augusta

-22-

Artis Ulmer, Sr.
Ruth LTlmer
Artis Ulmer, *Jr.,* on his own behalf and on behalf of his son,
Roche Easpdrrnz
Patricia Harris
Bernon Barnes
Charles Ulmer, Sr.
Charles Ulmer, Jr.
Derick Ulmer
Dennis Ulmer
Kevin McFarland
Charles Ilollaway
Joseph Smith
Clarisa McCoy
Wardell Luter
Janet Luter
Christopher Luter and Ins wife
Tracy Later, on their own behalf and on behalf of their minor children, Tranard Later, and
Crista Luter
Linda Molaison
Gail Brown, on her own behalf and on behalf of her minor children, Aaron Pulliam, and
Brandon Pulliam
Shelia Martin
Keith Martin
Contrice Phipps
Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire
Congregation and the Ephesian Missionary Baptist Church
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeJ3lanc, and his spouse,
Lance Taylor LeBlanc, on their own behalf and on behalf of their minor child, Mika Jane LeBlanc
Jessie Arbutbnot
Curtis Coleman, Sr.
Curtis Coleman, Jr.
Jerome Coleman
Keith Coleman
Caruese Williams
Raymond Hunter
William Hunter
AndrewWjfliams
Eric Williams
Winston Williams

-23-.

Paul Mosley, Sr.
Paul Mosley, Jr.
Brandon Mosley
Hope Mosely
Shaqual Mosley
Shannel Mosely
Ivan Mosley
Betty Mosley
Margarite Rochon
Raymond Hunter
Naomi Hunter
Vanessa Carter
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, in her own behalf and on behalf of her minor children,
Jasemine and
Jasemine and
Yasemine Greenwood
Daniel Weber, individually and in his capacity as Administrator of the Succession of
his spouse, Rosetta Marrero, and as personal representative of the deceased, and on
behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased,
known or unknown
Lamont Marrero
Edward Marrero
Renzoll Marrero
Peter Thibodeaux
Agnes Mae Recasner
Quiana Whitney
Carl Recasner
Bobby Recasner
Tyrone Moffett and his fiancé,
Ashley Robinson, on their own behalfs and on behalf of their minor child,
Ty' Janie Moffett
Bruce Hayes
Marinesha Green, on her own behalf and on behalf of her minor child,
Bruce Hayes III
Emma Martin
011k Rickney
Ryan Ward
Tinisha Sims, on her own behalf and on behalf of her minor children,
Kiyera Sims, and
Garnycia Reed
Broderick Mack

-24-

io Green
Gordon
Gibson
nuel Joseph LeBlanc
de LeBlanc
Joseph LeBlanc
un Monique LeBlanc
ia LeBlanc
va LeBlanc
Mosicy
Mosley
Louis, and his spouse,
Louis, on their own behalfs and on behalf of their minor children,
ry Williams,
ouis,
n Louis,
nah Louis
ond Joseph
ia Rattler
Rattler
e Rattler
Russo-Tiesse, Sr.
ny Russo-Tiesse
Russo-Tiesse, Jr.
Finnan
Finnan
Finnan
y Finnan
Finnan
Huettmann, and his spouse,
ca Huettmann, on their own behalf and on behalf of their minor child, Aaron Huettmann
ehiosser, Sr.
Ann Schiosser, on her own behalf and on behalf of her minor child, Roy Schlosser, Jr.
Lagattuta, and his spouse,
Lagattuta, on their own beha'f and on behalf of their minor children, Jonathan Lagattuta and
a Lagattuta
"Hank" Schlosser, and his spouse,
Schiosser, on their own behalf, and on behalf of their minor children,
y Schlosser,
opher Schiosser and
el Schiosser
d Kelly
Kelly

-25-

Joeclyn Causey
Sheiita Simon, on her own behalf and on behalf of her minor children,
Roger Simon
Rogerrikka Simon,
Terrell Simon,
Terrell Byrd and
Tyrell Byrd
Coleen Mooney
Tarita B. Smith, on her own behalf and on behalf of her minor children, Byron Smith and
Royce Smith
Trey McCrory
Ether Bullock, on her own behaJf and on behalf of her minor grandson, Tharnell Bullock
Charles Terrell
Evelyn McDowell, on her own behalf and on behalf of her deceased mother,
Sylvia Haley, and as personal representative of the deceased, and on behalf of her minor son,
Gino McDowell, her minor grandson,
Bishop Thomas, minor nephew,
Lewis Johnson, and minor niece,
Jaleesa Robinson
JoAnn Green
PatricIa Blue
Steven A. Hester
Jeanette Foster
Donald Hellmers
John Blue
Nancy Lytle
Jo-Ann Wingate
Brandon Wingate
Clyde P. Wingate, Jr.
Jermaine Rome
TroyLynn Smith
Mr. and Mrs. Samuel Johnson
Karen A. Collins
Lynette Renee Cambridge
Ebony Ellis
flonette Atkinson
Lisa Mzones or Myones
Shawnee Duncan
Barbara Sanders
Patricia Wells
Belinda Wilson
Barbara Ann Anderson

-29-

Michelle Sandifer
Courtney Conway
Gilda Washington
Ebony G. Ellis
Tyrone Cunco
Sheila Cuneo
Cherie Johnson
Calvin Prcyan
Larry Lawrence
Kevin Davis
Joseph Jones
Rudell Griffm
Thadeus Baxter
Willie Gibson
Dorothy Johnson
Tony Lemon
Jason Lemon
John D. Lynch
Ronald George
Michael Whitfield
Larry E. Warner
Wallace M. Barnes
George Lewis
Elvira Morgan
Kilven Green
Mark Owens
Willie James
Derrick Jarrow
Sean Maurice Wesley
Valerie Green on her own behalf and on behalf of her minor child,
Langston Green
Valerie Green, on her own behalf and on behalf of her minor child, Langston Green
Shawnique Green
David Sparks
Walter Brooks
Larry E. Warner
Carolyn Williams
Stephen Watson
Dionne Sparks Warner, on her own behalf and as Administratrix of the Succession of her
deceased father, Henry Donald Sparks, Sr., and on behalf of any and all heirs, survivors, relatives
and beneficiaries of the deceased, including, but not limited to,
Henry Donald Sparks, Jr.
Jeffery Sparks,
Donald Sparks,

-30-

Tilly Sparks,
Sterling Sparks
John Sparks
Owendolyn Sparks, on her own behalf and as Administratrix of the Succession of
her deceased brother, Edward Charles Sparks, and as personal representative of
her deceased sister-in-law, Susie Joseph Sparks, wife of Edward Charles Sparks,,
and as personal representative of the estate of her minor nephew, Edward Charles
Sparks, Jr., and as Administratrix of the Succession of her Aunt, Marjorie
Katherine Edwards
Allan Colley
Kevin D. Colley
Christopher B. Colley
Dupuy Storage & Forwarding, L.L.C.
Colley Real Estate, L.L.C.
Colley Real Estate Partnership
RTI Logistics, L.L.C.
Eugene Davis
Troy Davis
Tom West
Coleen L Mooney
Charles M. Farve
Edwin Bates
Dermaine Jeffrey Wallace
Joe Dorsey
Edwin B. Bates
Michael Ricks
Frederick Lewis
Derrek B. Givens
Leonard Roundtree
Sean Morice Wesley
John Tate
Angelo Collins
Darrel Salvage
Michael Bourgeois
Wesley Keith Nelson
Leticia Nelson
John Caston
Ronald Delaney
Lawrence Biddle
Brian Cockerham
Edmond Gabriel
Clifford Harris
Larry Warner
Thaddeus Jenkins
John Gustave

Michael Washington

-31-

Reginald Lindsey
Dermaine Wallace
Malcolm Johnson
Kenyon Fields
Catberine Fields Washington
Jonathan Washington
Freddie Maxwell
Darrelle Fields
De-Abra Fields, on her own behalf and on behalf of her minor children, DarieHe Fields and
Daries Fields
Clinton Givens
Joseph Smooth
Catherine Fields Washington
Clinton Givens
Lloyd L. Johnson
Tiffany TS. Johnson
Christine Smith
Andrea Woods
Emile McCrory
Jeffrey Brown
Christopher Dukes
Kenneth Broussard
Cornell Morris
Felicia Morris on her own behalf and on behalf of her minor children, Malik Barbrie and
Makai Barbrie
Milton Davis
Wayne Anderson
Kevin R. Walker
Kevin Martin
Paul Walker
Paul Lawrence Walker
Tyronc Johnson
Malcolm Henry
Reynard Johnson
Gregory Henry
David Salomon
Lucille Moten
Sheinita Moten, on her own behalf and on behalf of her minor child, Jy-Harin Moten
Daman Lee
Derrick Jarrow
Sean Wesley
Fraukie Bernard
Bonnie Floyd

-32-

Darrell V Edwards
Thomas Cojoe
Eric Naquin
Rand Alexander
Darrell V. Edwards
Kevin Jones
Deatrol Birtha
Catherine Straughter
Mervin Moore
Charles Steadman
Charles Steadman and his spouse,
Denise Steadman and their son
Larry Horsley
Lester C. Jackson
Tony Green and his spouse,
twa Thomas, on their own behalf and on behalf of their minor child, Tony Thomas
Darcey Miller
Ronald C. Register
Kevin Morgan
Kevin Jones
Kevin Earin
David Salomon
Benny Inches
Derrick Diggs
Cynthia B. Crawford
Tyrone Johnson
Sean Wesley
Donnie Floyd
Terrance Noel
Sean Maurice Wesley
Melody Jacob
Jerry Jacob
Wanda Smith
Carlton Rennet
Kevin Brooks
Shalita Howard
flynn Brooks, Jr.
Jamal Brooks
Christopher Dukes
Elveria Morgan
Calvin Preyan
Lamika Magee
Kilven Green
Ronald Anderson
Tyrone Wilson

-34-

Ebony Ellis
Donefte Atkinson
Lisa Mzones or Myones
Shawnee Duncan
Barbara Sanders
Patricia Wells
Belinda Wilson
Barbara Ann Anderson
Michelle Sandifer
Courtney *Conway*
Gilda Washington
Ebony G. Ellis
Tyrone Cunco
Sheila Cuneo
Cherie Johnson
Calvin Preyan
Larry Lawrence
Kevin Davis
Joseph Jones
George Lewis
Rudell Griffm
Thadeus Baxter
Willie Gibson
Tony Lemon
Jason Lemon
John D. Lynch
Ronald George
Michael Whitfield
Larry E Warner
Joe Dorsey
Willie Gibson
Gegbvar Hooks
Edwin B. Bates
Jefferson Eric Yarborough
Michael Ricks
Frederick Lewis
Derrek B. Givens
Sean Morice Wesley
Kilven Green
Larry Howard
Gary Michael Williams
Dermaine Jeffery Wallace
Tyrone Smith
John Tate
Angelo Collins
Darrel Salvage

-34-

Malcolm Henry
Michelle Quinn
Edmund Gabriel
Dawn Caston
Janice Alexander
Melody Jacob
Jerry Jacob
Judith Tolliver
Brian Allen Joseph
Chad Phillips
Terry Phillips, on her own behalf and on behalf of her minor grandchild,
Amen Sippio
Melvin Phillips
Angela Morgan
Gerald A. Kennedy
Kevin Wilkes, a/k/a
Kevin Weathersby, a/k/a Kevin Wilkes
Kerry Wheeler
Anthony David Simon, *Sr.*
Matthew Wilson
Martin S. Rauch
Joyce M. Ranch
Keith Ranch
Douglas Ranch
Greg Bistes
Alan Cacamo
Diane Mary Cacamo
Julie Cacamo Burlet
Michele Elizabeth Cacamo
April Lynn Cacamo
Robert W. Knecht and his spouse
Jeannine Knecht, on their own behalfs and on behalf of their minor children,
Caroline Knecht,
Alexander Knecht,
August Knecht,
Andrew Knecht,.
Nickolas Knecht, and
Ambrose Knecht
Stan Tran and his spouse
Lan Ngo, on their own behalf and on behalf of their minor child, Peyton Tran
Larry Frilot
Rose Frilot
Spencer Smith
Karen A. Collins
Lynette Renee Cambridge

*-35-*

Mr. Brooks
Larry E. Warner
Carolyn Williams
Stephen Watson
Michael Bourgeois
Dermaine Jeffrey Wallace
Wesley Keith Nelson
Letetia Nelson
Leroy Walker, Jr.
Ashley Escuve
Frank Teapo
John Caston
Ronald Delaney
Lawrence Biddle
Brian Cockerbam
Edmond Gabriel
Clifford Harris
Michael Washington
Thaddeus Jenkins
John Gustave
Larry E. Warner
Reginald Lindsey
Dermaine Wallace
Malcolm Johnson
Elviria Morgan
Gwendolyn 3. Green
Leonard G. Roundtree
Kenyon Fields
Joseph Smooth
Emile MeCrory
Clinton Givens
Lloyd L. Johnson
Tiffany T.S. Johnson
Christine Smith
Andrea Woods
Jeffrey Brown
Christopher Dukes
Kenneth Broussard
Cornell Morris
Feljcia Morris on her own behalf and on behalf of her minor children, Malik Barbrie and Makai Barbrie
Wayne Anderson
Milton Davis
Kevin R. Walker
Kevin Martin

-37-

John Tate
l'aul Walter or Walker
Paul Lawrence Walker
Tyrone Johnson
Malcolm Henry
Reynard Joseph Johnson
Gregory Henry
Damian Lee
Derrick Jarrow
Sean Wesley
Frankie Bernard
Donnie Floyd
Terrell Smothers
Sheldon Morgan
Glenn R. Frank
Emanuel Randall
Darrell White, Sr.
James Mayo
Alfred Westley
Kevin Love
Glenn Frank
Ilyran Brooks, Jr.
Jamal Brooks
Roy A. Johnson, Jr.
Samuel Coleman
Richard Smith
Junius Jones
Jessie Bowie
Garland Faciane
David M. Wells
Nolan Alexis, Jr.
Tom Thomas
Shelita M. Culler
Quinn Ellis Tabb
Nolan Alexis, Jr.
Walter Johnson
Angelo Collins
Inch Brown
Henry Styles
Dan Lee
Willie E. James
Gerard A. Lawless
Louis Wright
Vincent Joseph Harris
Nolan Anthony Blaio
Darrill Henry

-38-

Terrance Noel
Curt L Northrop
Christopher Steniley
Paul Washington, Jr.
Madeline Johnson
Tyrone Collins
David Horton
Vincent Harris
Antonio Monroe
Louis I Wright
Darrell V. Edwards
Eric Naquin
Rand Alexander
Louis S. Wight
Darrell D. Edwards
Reynard S. Johnson
Kevin Jones
Mervin Moore
Catherine Straughter
Deatrol Birtha
Charles Steathnan
Lester C. Jackson
Darcey Miller
Ronald G. Register
Kevin Morgan
Kevin Jones
Kevin Earin
David Salomon
Benny Inches
Derrick Diggs
Tyrone Johnson
Wanda Smith
Carlton Bennett
Sean Wesley
Kevin Brooks
Donnie Floyd
Terrance Noel
Shalita Howard
Hyran Brooks, Jr.
Jamal Brooks
Christopher Dukes
Elveria Morgan
Calvin Preyan
Wife _Lamika Magee
Sean Maurice Wesley
Kilven Green

-39-

Ronald Anderson
Tyrone Wilson
Malcolm Henry
Michelle Quinn
Edmond Gabriel
Dawn Caston
Janice Alexander
Judith Tofliver
Brian Allen Joseph'
Chad Phillips
Gerald A. Kennedy
Kevin Wilkes
a/Ida Kevin Weathersby
a/k/a Kevin Wilkes
Kerry Wheeler
Anthony David Simon, Sr.
Matthew Wilson
Angela G. Gastinell, a/k/a
Angela G. Petty, a/k/a
Angela Gastinell
Brian Allen Joseph
Brian Duplantier
Tyrone Williams
Amanda Washington
Fay Hardy
Donald Delaney
Robert Fairley
Amanda Washington
Willie James Brock
Robert Fairley
Ronald George
Ladoia Smith
Tyrell LeBlanc
Clifton Thompson
Nathanial Carr
Kevin Green
Fay Hardy
Barbara Ann Anderson
Donette Atkinson
Lynette Renee Cambridge
Karen A. Collins
Courtney Conway
Shawnee Duncan
Ebony G. Ellis
Ebony Ellis
Fay Hardy

-40—

Lisa Mzones or Myones
Barbara Sanders
Ladoia Smith
Patricia Wells
Belida Wilson
Michelle Sandifer
Gilda Washington
Carolyn Williams
Wallace M. Barnes
Edwin B. Bates
Thaddeus Baxter
Lawrence Biddle
Michael Bourgeois
Walter Brooks
Nathanial Carr
John Caston
Brian Cockerham
Donald Delaney
Angelo Collins
Kevin Davis
Joe Dorsey
Darrell Edwards
Robert Fairley
Edmond Gabriel
Ronald George
Willie Gibson
Derrek B. Givens
Kevin Green
Kilven Green
Rudell Griffin
Clifford Harris
Gregory Lewis Henry
Geghvar Hooks
Larry Howard
Joseph Jones
Larry Lawrence
Tyrell LeBlanc
Tony Lemon
Jason Lemon
Frederick Lewis
George Lewis
John D. Lynch
Wesley Keith Nelson
Darrel Salvage
Tyrone Smith
John Tate

-41.

Clifton Thompson
Dermaine Jeffery Wallace
Larry E. Warner
Michael Whitfield
Gary Michael Williams
Calvin Preyan
Michael Ricks
Leonard Roundtree
Charles Sykes
Christopher Taylor
David Taylor
Stephen Watson
Sean Morice Wesley
Jefferson Eric Yarborough
Michael Ricks
Frederick Lewis
Derrek B. Givens
Leonard Roundtree
Sean Morice Wesley
Kilven Green
Larry Howard
Gary Michael Williams
Dermaine Jeffery Wallace
Tyrone Smith
John Tate
Angelo Collins
Darrel Salvage
Brooks
Larry E. Warner
Carolyn Williams
Stephen Watson
Michael Bourgeois
Vincent
Dennaine Jeffrey Wallace
Wesley Keith Nelson
Letetia Nelson
Leroy Walker, Jr.
Ashley Escuve
Frank Teapo
Ms. Letetia Nelson
JOHN CASTON
Ronald Delaney
Lawrence Biddle
Brian Cockerham
Edmond Gabriel
Clifford Harris

-42-

Michael Washington
Thaddeus Jenkins
John Gustave
Mr. Larry E. Warner
Reginald Lindsey
Dermaine Wallace
Malcolm Johnson
Elvirla Morgan
Gwendolyn J. Green
Mr. Leonard G. Roundtree
Kenyon Fields
Joseph Smooth
Emile McCrory
Clinton Givens
Lloyd L. Johnson
Tiffany T.S. Johnson
Christine Smith
Andrea Woods
Jeffrey Brown
Christopher Dukes Kenneth Broussard
Cornell Morris
Felicia Morris on her own behalf and on behalf of her minor children, Malik Barbrie and
Makai Barbrie
Wayne Anderson
Milton Davis
Kevin R. Walker
Kevin Martin
John Tate
Paul Walker
Paul Lawrence Walker
Tyrone Johnson
Malcolm Henry
Reynard Joseph Johnson
Reynard Joseph Johnson
Gregory Henry
Damian Lee
Derrick Jarrow
Sean Wesley
Frankie Bernard
Donnie Floyd
Terrell Smothers
Sheldon Morgan
Glenn R. Frank
Emanuel Randall
Darrell White, Sr.

-43-

James Mayo
Alfred Westley
Kevin Love
Glenn Frank
Hyran Brooks, Jr.
Jamal Brooks
Roy A. Johnson, Jr.
Samuel Coleman
Richard Smith
Junius Jones
Jessie Bowie
Garland Faciane
David M. Wells
Nolan Alexis, Jr.
Tom Thomas
Shelita M, Cufler
Quinn Ellis Tabb
Nolan Alexis, Jr.
Walter Johnson
Angelo Collins
Inch Brown
Henry Styles
Dan Lee
Willie E. James
Gerard A. Lawless
Louis Wright
Vincent Joseph Harris
Nolan Anthony Blazio
Darrili Henry
Terrance Noel
Curt L. Northrop
Christopher Stemley
Paul Washington, Jr.
Madeline Johnson
Tyrone Collins
David Horton
Vincent Harris
Antonio Monroe
Louis J. Wright
Darrell V Edwards
Eric Naquin
Rand Alexander
Darrell D. Edwards
Reynard J. Johnson
Kevin Jones
Mervin Moore

-44-

Catherine Stranghter
Deatrol flirtha
Charles Steadman
Lester C. Jackson
Darcey Miller
Ronald C. Register
Kevin Morgan
Kevin Jones
Kevin Earin
David Salomon
Benny Inches
Derrick Diggs
Tyrone Johnson
Wanda Smith
Carlton Bennett
Sean Wesley
Kevin Brooks
Donnie Floyd
Terranee Noel
Shalita Howard
Hyran Brooks, Jr.
Jamal Brooks
Christopher Dukes
Elveria Morgan
Calvin Preyan
Sean Maurice Wesley
Kilven Green
Ronald Anderson
Tyrone Wilson
Malcolm Henry
Michelle Quinn
Edmond Gabriel
Dawn Caston
Janice Alexander
Judith Tolliver
Brian Allen Joseph'
Chad Phillips
Terrence Kennedy
Kevin Wilkes
Kerry Wheeler
Anthony David Simon, Sr.
Matthew Wilson
Amanda Washington
Willie James Broek
Lacrechia C. Warner
Willie Lemon!

--45--

Bobby Charles
Kenneth Tyler
Spencer Dawson
Thomas Porter, Jr.
Wilbert White
George Landry
Law rence Byrd
Eric S. Gardner
Kirkland Brown
Joseph W. Jones
Michael Keenan
Julius A. Benjamin
Renaldo Carter
Darren Williams
Henry Faggin
Raymond Karl Emilien
Thomas Porter, Jr.
Percy Allen
Harry Hills
Steven Craig Lawson
Steven Ray Haywood
Randy Holmes
Walter K. Richardson
Edward Joseph Stevenson
Kirkland C. Brown
Derrick Draughter
Rodney J. Lee
Steven Haywood
William Earl Johnson
Darryle L. JohnsonHenry Edward Erings
Nekisha Harvey
Charles Stevenson
Paul Walker
Dion Joseph Richard
Darryl Harrell
Samuel J. Coleman, Jr.
Jimmie Ross
James McClain
David Keith Cook, Jr.
Nathan St. Briee
Patrick Clark
John Johnson, Jr.
Aaron Ford
Brian Grayer
Tommy Lee Bolden