United States District Court

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 17 PM 1:58

LORETTA G. WHYTE
CLERK

In re Katrina Canal Break,

Case # 05-4182
And all Consolidated Cases.

Notice of Appeal

Comes Now
    Harold J Gagnet Jr.

Appearing <u>in propria Persona</u>, and gives notice of his intent to appeal to the United States Court of appeals for the fifth Circuit from the final Order and judgement of Stanwood R. Duval Jr. of September 9, 2009 (Record Document # 19256) New Orleans Louisiana, this 16th day of Sept. 2009.

Harold J. Gagnet Jr.
HAROLD J. GAGNET JR.
(504) 891-7234

Fee Not Paid
Process ___
X Dktd ___
√ CRmDep ___
Doc. No. ___