September 16, 2009
Certified Return Receipt
Requested

TO: Clerk of Court
500 Poydras St.,
N.O, LA. 70130

Madame Clerk:

I enclose 3 Notices of Appeal, one in my name, one in the name of my Mother, and one in the name of my friend, Mr. Gagnet. Please

*fill these of record.*

WITH UTTER CONTEMPT FOR YOU, YOU "PUPPET" AND THE EASTERN DISTRICT JUDGES WHO ARE PULLING YOUR STRINGS,

[signature]

ASHTON O'DWYER
6034 ST. CHARLES AVE.
N.O. LA. 70118



7009 1680 0001 8684 1357

Clerk of Cou[rt]
Eastern Dist[rict]
500 Poydra[s]
New Orlean[s]