UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE AND MRGO

NOTICE OF FILING AMENDED CLASS SETTLEMENT AGREEMENT

NOW INTO COURT come Class Counsel[1] and counsel for Settling Defendants, who hereby serve Notice that they are filing into the record of these matters, in accordance with this Court's Order granting Joint Motion for Court Approval of Modification of Class Settlement Agreement (Document 19118, filed 07/10/2009), the Amended Class Settlement Agreement, with exhibits, attached as *in globo* Exhibit "1" hereto.

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Amended Class Settlement Agreement, the original of which, together with all exhibits, is attached hereto as *in globo* Exhibit "1".

2

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

By: */s/ Joseph M. Bruno*
_____
Joseph M. Bruno (#3604)
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:     (504) 525-1335
Facsimile:      (504) 561-6775
E-Mail:          jbruno@jbrunolaw.com

ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

By: */s/ Gerald E. Meunier*
_____
Gerald E. Meunier (#9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-2800
Telephone:     (504) 522-2304
Facsimile:      (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

DOMENGEAUX WRIGHT ROY & EDWARDS

By: */s/ James P. Roy*
_____
James P. Roy (#11511)
556 Jefferson Street
Lafayette, Louisiana  70502
Telephone:     (337) 593-4190
Facsimile:      (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF
SUBGROUP LITIGATION COMMITTEE


McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL

By:    */s/ Thomas P. Anzelmo*
      _____
      Thomas P. Anzelmo, (#2533)
      3445 N. Causeway Boulevard, Suite 800
      Metairie, Louisiana  70002
      Telephone:   (504) 831-0946
      Facsimile:   (504) 831-2492

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT

DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK

By:    */s/ Gary M. Zwain*
      _____
      Gary M. Zwain, (#13809)
      Three Lakeway Center, Suite 2900
      3838 N. Causeway Boulevard
      Metairie, Louisiana  70002
      Telephone:   (504) 832-3700
      Facsimile:   (504) 837-3119

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT, THE EAST JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

By:    */s/ Ralph S. Hubbard, III*
      _____
      Ralph S. Hubbard III (#7040)
      601 Poydras Street, Suite 2775
      New Orleans, Louisiana 70130
      Telephone: (504) 568-1990
      Facsimile: (504) 310-9195

And

PHELPS DUNBAR, L.L.P.

By:    */s/ S. Ault Hootsell III*
      _____
      S. Ault Hootsell III (#17630)
      Canal Place
      365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Facsimile: (504) 568-9130

ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice has been electronically filed with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record this 3rd day of September, 2009.

*/s/ S. Ault Hootsell III*
_____