**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                              NO. 05-4182

PERTAINS TO: LEVEE & MRGO                        SECTION "K"(2)
                    05-4181, 05-4182, 05-4191, 05-4568,
                    05-5237, 05-6073, 05-6314, 05-6324,
                    05-6327, 05-6359, 06-0020, 06-1885,
                    06-0225, 06-0886, 06-11208, 06-2278,
                    06-2287, 06-2346, 06-2545, 06-3529,
                    06-4065, 06-4389, 06-4634, 06-4931,
                    06-5032, 06-5042, 06-5159, 06-5163,
                    06-5367, 06-5471, 06-5771, 06-5786,
                    06-5937, 06-7682, 07-0206, 07-0647,
                    07-0993, 07-1284, 07-1286, 07-1288,
                    07-1289

## ORDER

On September 18, 2009, an Amended Final Order and Judgment was entered into the

record in error. (Doc. 19271). Accordingly,

**IT IS ORDERED** that the Amended Final Order and Judgment (Doc. 19271) is hereby

**RESCINDED.**

New Orleans, Louisiana, this 21st day of September, 2009.

_____
United States District Judge