LESLIE SIMS, JR; ROSA MARQUEZ; FLOYD S. AARON, III; HASSAR SLEEM; MADELINE BERTUCCI; ET AL

       Plaintiffs - Appellants

v.

PARISH OF JEFFERSON

       Defendant - Appellee



Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

## ON PETITION FOR REHEARING

Before JOLLY, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for rehearing is DENIED

ENTERED FOR THE COURT:

_____
United States Circuit Judge

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 08-30492

U.S. COURT OF APPEALS
FILED
SEP 10 2009

CHARLES R. FULBRUGE III
CLERK

IN RE: KATRINA CANAL BREACHES LITIGATION

-----------------------------------------

ELIZABETH H. DEPASS; WILLIAM KEITH DEPASS, IV; MARSHALL L. HARRIS; MANUEL C. TRELLES; WILLIAM B. COLEMAN, III; CAROL C. GAMBEL; WILLIAM C. GAMBEL; RONALD LANDRY

      Plaintiffs - Appellants

CLEVELAND COBB, SR; RENATE B. COLEMAN; WILLIAM B. COLEMAN, JR; CAROL C DE LA HOUSSAYE; CLYDE DE LA HOUSSAYE; WAYNE DE LA HOUSSAYE; PAULINE DIXON; LANIER DIXON; MARTHA W. ELLIS; COURTNEY FREEMAN; LOUIS MCDANIEL FREEMAN, JR; SHIRLEEN JEFFERSON; IRENE B. LUTKEWITTE; THOMAS LUTKEWITTE; CHARLES MARSHALL, JR.

      Appellants

v.

PARISH OF JEFFERSON

      Defendant - Appellee

-----------------------------------------------------------------

Consolidated With
Case No. 08-30493

IN RE: KATRINA CANAL BREACHES LITIGATION

-----------------------------------------

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 10, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 08-30492   In Re: Katrina Canal, et al
        USDC No. 2:05-CV-4182
        USDC No. 2:06-CV-5127
        USDC No. 2:06-CV-5116

Enclosed is an order entered in this case.

                CHARLES R. FULBRUGE III, Clerk

                By: *Angelique D. Batiste*
                Angelique D. Batiste, Deputy Clerk
                504-310-7715

Mr. William C Gambel
Mr. William C Gambel
Mr. Dennis J Phayer
Ms. Loretta Whyte