UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>No.: 05-4182 "K" (2) |
| _____ | * * | JUDGE DUVAL |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289. | * * * * * * * * * * * * * | MAG. WILKINSON |
| PERTAINS TO:   LEVEE AND MR-GO<br>_____ | * * | |

**UNOPPOSED JOINT MOTION TO ALTER OR AMEND JUDGMENT**

NOW INTO COURT come Class Counsel[1] and counsel for the Settling Defendants, who, pursuant to Rules 59(e) and/or 60(a) of the Federal Rules of Civil Procedure, respectfully move for the Court to alter or amend its Final Order and Judgment signed on September 9, 2009 (Rec. Doc. 19256) and Amended Final Order and Judgment (Rec. Doc. 19271) signed on September 17, 2009. Specifically, movants request that the Court enter a new amended judgment to add

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Amended Class Settlement Agreement, which, together with all exhibits, is attached to the Court's Final Order and Judgment (Doc. No. 19256).

NO.99976041.1

certain language inadvertently omitted from Paragraphs 14 and 17 of the prior Amended Final Order and Judgment. This motion also constitutes a formal request that the Court include in its final judgment, as amended, the language now found in paragraph two of the Amended Final Order and Judgment (Doc. No. 19271). Counsel for the Sims and Brinkmeyer Objectors have confirmed that they have no objection to the inclusion of this language in the Court's final judgment.

Movants also respectfully move the Court to amend its Order and Reasons (Doc. No. 19255) to address a single potentially meaningful inadvertently omitted word in the body of the Court's reasons. Specifically, movants believe that in the final paragraph on page 36 the word "not" is dropped from this finding by the Court:

> The notice should [ ] be so detailed or complex as to 'confuse class members and impermissibly encumber their rights to benefit from the action.'

Movants believe that the Court intended the sentence to state "The notice should **not** be so detailed or complex as to 'confuse class members and impermissibly encumber their rights to benefit from the action'", and respectfully request that the Order and Reasons be amended to so provide.

Movants finally request such other relief to which they may be entitled. In support of this motion, movants file contemporaneously herewith a memorandum of points and authorities,

- 3 -

which is incorporated by reference.  A proposed order is attached hereto as Exhibit "A".

        Respectfully submitted,

        LAW OFFICES OF JOSEPH M. BRUNO

        BY: */s/ Joseph M. Bruno*
            Joseph M. Bruno (#3604)
            855 Baronne Street
            New Orleans, Louisiana 70113
            Telephone:    (504) 525-1335
            Facsimile:    (504) 561-6775

ATTORNEYS ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

        BY: */s/ Gerald E. Meunier*
            Gerald E. Meunier (#9471)
            2800 Energy Centre
            1100 Poydras Street
            New Orleans, Louisiana 70163-2800
            Telephone:    (504) 522-2304
            Facsimile:    (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

DOMENGEAUX WRIGHT ROY & EDWARDS

BY:  */s/ James P. Roy*
James P. Roy (#11511)
556 Jefferson Street
Lafayette, Louisiana 70502
Telephone:    (337) 593-4190
Facsimile:    (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL

BY:  */s/ Thomas P. Anzelmo*
Thomas P. Anzelmo (#2533)
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone:    (504) 831-0946
Facsimile:    (504) 831-2492

ATTORNEYS FOR THE BOARD OF COMMISSIONER'S FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT

DUPLASS, ZWAIN, BOURGEOIS, MORTON PFISTER & WEINSTOCK

BY:  */s/ Gary M. Zwain*
Gary M. Zwain (#13809)
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:    (504) 832-3700
Facsimile:    (504) 837-3119

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE EAST

JEFFERSON LEVEE DISTRICT, THE EAST JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

BY:  */s/ Ralph S. Hubbard*
     Ralph S. Hubbard III (#7040)
     601 Poydras Street, Suite 2775
     New Orleans, Louisiana 70130
     Telephone:    (504) 568-1990
     Facsimile:     (504) 310-9195

and

PHELPS DUNBAR LLP

BY:   /s/ S. Ault Hootsell III
     S. Ault Hootsell III
     Canal Place
     365 Canal Street, Suite 2000
     New Orleans, LA  70130-6534
     Telephone:  (504) 566-1311
     Telecopier:  (504) 568-9130

ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing pleading has been electronically filed with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record this 21st day of September, 2009.

                                              /s/ S. Ault Hootsell III