UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289. PERTAINS TO:    LEVEE AND MR-GO _____ | *  CIVIL ACTION *  *  No.:  05-4182 "K" (2) *  *  JUDGE DUVAL *  *  MAG. WILKINSON *  *  *  *  *  *  *  *  *  *  *  * |

ORDER GRANTING UNOPPOSED JOINT MOTION
TO ALTER OR AMEND JUDGMENT

In its Final Order and Judgment signed and entered into the Record on September 9, 2009 (Rec. Doc. 19256), this Court granted the Joint Motion (Rec. Doc. 16647) of Class Counsel[1] and the Settling Defendants as set forth in said judgment.  Upon consideration of these parties' Unopposed Joint Motion to Alter or Amend Judgment (Rec. Doc. [\_\_\_\_]) (the "Motion to

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Amended Class Settlement Agreement, which, together with all exhibits, is attached to the Court's Final Order and Judgment (Doc. No. 19256).
NO.99976039.1

Amend"), and it appearing to the Court that there exists good cause for the granting of the relief requested therein,

IT IS HEREBY ORDERED that the Motion to Amend shall be, and is hereby, granted;

IT IS FURTHER ORDERED that the Court's Amended Final Order and Judgment entered on September 17, 2009 (Rec. Doc. 19271) is hereby vacated;

IT IS FURTHER ORDERED that a Corrected Amended Final Order and Judgment shall be filed into the record in the same form and substance as the prior Amended Final Order and Judgment (Rec. Doc. 19271), except that it shall contain the entirety of the language contained in Paragraphs 13 and 16 of the Court's Final Order and Judgment (Rec. Doc. 19256) (portions of which were inadvertently omitted from Paragraphs 14 and 17 of the Amended Final Order and Judgment (Rec. Doc. 19271)).

IT IS FINALLY ORDERED that this Court's Order and Reasons (Rec. Doc. 19255) shall be, and are hereby, amended to address a single potentially meaningful dropped word in the body of the Court's reasons.  Specifically, in the final full paragraph on page 36 the word "not" was inadvertently dropped from this finding by the Court: "The notice should be so detailed or complex so as to 'confuse class members and impermissibly encumber their rights to benefit from the action.'"  That sentence is hereby amended to state "The notice should not be so detailed or complex so as to 'confuse class members and impermissibly encumber their rights to benefit from the action.'"  An Amended Order and Reasons shall be filed into the record to reflect this modification.

New Orleans, Louisiana this _____ day of September, 2009.

                                                                                   _____
                                                                                   **STANWOOD R. DUVAL, JR.**
                                                                                   **UNITED STATES DISTRICT JUDGE**