UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| FILED IN: | 05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6369, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11028, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>and 07-1289 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | SECTION "K"(2) |
| **PERTAINS TO: LEVEE** | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS
## THE SEWERAGE AND WATER BOARD WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the LEVEE PSLC, which moves this court to dismiss the claims against Sewerage & Water Board of New Orleans, in the above captioned matters only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear its own costs.

As more fully set forth in the attached Memorandum in Support, the plaintiffs are entitled to such relief.

**WHEREFORE**, the LEVEE PSLC prays that this Court grant the Motion To Dismiss without Prejudice, thereby dismissing the claims against Sewerage & Water Board of New

Orleans, in the above captioned matters only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear its own costs.

        **Respectfully Submitted,**

        **PLAINTIFFS LIAISON COUNSEL**

        /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 23rd day of September, 2009.

        /s/ Joseph M. Bruno
        Joseph M. Bruno