UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>No.:  05-4182 "K" (2) |
| _____ | * * | JUDGE DUVAL |
| FILED IN:   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289. | * * * * * * * * * * * * | MAG. WILKINSON |
| PERTAINS TO:    LEVEE AND MR-GO<br>_____ | * * | |

**_EX PARTE_ UNOPPOSED JOINT MOTION FOR LEAVE OF COURT (I) TO SUBMIT A REVISED PROPOSED ORDER AS EXHIBIT "A" TO MOVANTS' UNOPPOSED JOINT MOTION TO ALTER OR AMEND JUDGMENT (REC. DOC. 19274) AND (II) TO SUBMIT A PROPOSED FORM OF AMENDED FINAL ORDER AND JUDGMENT**

NOW INTO COURT come Class Counsel[1] and counsel for the Settling Defendants, who respectfully request leave of Court (i) to submit a revised form of proposed order as Exhibit "A" to movants' Unopposed Joint Motion to Alter or Amend Judgment (Rec. Doc. 19274) and (ii) to submit a proposed form of Amended Final Order and Judgment.

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Amended Class Settlement Agreement, which, together with all exhibits, is attached to the Court's Final Order and Judgment (Doc. No. 19256).

The proposed revised order attached hereto as Exhibit "A" reflects two changes to the original form of order:

(1) It recognizes that by Order dated September 21, 2009 (Rec. Doc. 19272) this Court has already rescinded its previous Amended Final Order and Judgment (Rec. Doc. 19271); and

(2) It provides the Court's Order and Reasons (Rec. Doc. 19255) shall be amended to address a single dropped word without the need to re-file a fully restated version into the record.

Movants also seek leave to submit a proposed form of Amended Final Order and Judgment attached hereto as Exhibit "B".  This proposed form of amended judgment reflects the following proposed modifications to the Court's Final Order and Judgment (Rec. Doc. 19256):

i. Paragraph No. 2 of the previously proposed form of order and judgment (Rec. Doc. 19072-3) is inserted verbatim as new Paragraph No. 2 of the proposed amended judgment (with the Rec. Doc. No. for the Preliminary Approval Order is added in the second line );

ii. The Rec. Doc. No. for the Joint Motion is added in paragraph no. 1 of the amended judgment;

iii. The word "Amended" is inserted before the term "Final Order and Judgment" throughout;

iv. A reference is added to the prior Final Order and Judgment in the opening paragraph; and

v. Because of the re-numbering of paragraphs, an internal paragraph reference is modified in "new" paragraph 5.

Counsel for the Sims and Brinkmeyer Objectors have confirmed that they have no objection to these proposed amendments.

Movants finally request such other relief to which they may be entitled.

          Respectfully submitted,

          LAW OFFICES OF JOSEPH M. BRUNO

          BY:   */s/ Joseph M. Bruno*
               Joseph M. Bruno (#3604)
               855 Baronne Street
               New Orleans, Louisiana 70113
               Telephone:   (504) 525-1335
               Facsimile:   (504) 561-6775

ATTORNEYS ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

          BY:   */s/ Gerald E. Meunier*
               Gerald E. Meunier (#9471)
               2800 Energy Centre
               1100 Poydras Street
               New Orleans, Louisiana 70163-2800
               Telephone:   (504) 522-2304
               Facsimile:   (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

- 4 -

        DOMENGEAUX WRIGHT ROY & EDWARDS

        BY: */s/ James P. Roy*
            James P. Roy (#11511)
            556 Jefferson Street
            Lafayette, Louisiana 70502
            Telephone:  (337) 593-4190
            Facsimile:  (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE


MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL

        BY: */s/ Thomas P. Anzelmo*
            Thomas P. Anzelmo (#2533)
            3445 N. Causeway Boulevard, Suite 800
            Metairie, Louisiana 70002
            Telephone:  (504) 831-0946
            Facsimile:  (504) 831-2492

ATTORNEYS FOR THE BOARD OF COMMISSIONER'S FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT


DUPLASS, ZWAIN, BOURGEOIS, MORTON PFISTER & WEINSTOCK

        BY: */s/ Gary M. Zwain*
            Gary M. Zwain (#13809)
            Three Lakeway Center, Suite 2900
            3838 North Causeway Boulevard
            Metairie, Louisiana 70002
            Telephone:  (504) 832-3700
            Facsimile:  (504) 837-3119

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE EAST

- 5 -

JEFFERSON LEVEE DISTRICT, THE EAST JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

BY: */s/ Ralph S. Hubbard*
  Ralph S. Hubbard III (#7040)
  601 Poydras Street, Suite 2775
  New Orleans, Louisiana 70130
  Telephone: (504) 568-1990
  Facsimile: (504) 310-9195

and

PHELPS DUNBAR LLP

BY: /s/ S. Ault Hootsell III
  S. Ault Hootsell III
  Canal Place
  365 Canal Street, Suite 2000
  New Orleans, LA  70130-6534
  Telephone:  (504) 566-1311
  Telecopier:  (504) 568-9130

ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been electronically filed with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record this 24th day of September, 2009.

/s/ S. Ault Hootsell III