UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br>FILED IN:   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289.<br><br>PERTAINS TO:   LEVEE AND MR-GO<br>_____ | *   CIVIL ACTION<br>*<br>*   No.:  05-4182 "K" (2)<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAG. WILKINSON<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### ORDER GRANTING UNOPPOSED JOINT
### MOTION TO ALTER OR AMEND JUDGMENT

In its Final Order and Judgment signed and entered into the Record on September 9, 2009 (Rec. Doc. 19256), this Court granted the Joint Motion (Rec. Doc. 16647) of Class Counsel[1] and the Settling Defendants as set forth in said judgment. Upon consideration of these parties' Unopposed Joint Motion to Alter or Amend Judgment (Rec. Doc. 19274) (the "Motion to

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Amended Class Settlement Agreement, which, together with all exhibits, is attached to the Court's Final Order and Judgment (Doc. No. 19256).

NO.99976535.1

Amend"), and it appearing to the Court that there exists good cause for the granting of the relief requested therein,

IT IS HEREBY ORDERED that the Motion to Amend shall be, and is hereby, granted as set forth below;

IT IS FURTHER ORDERED that the Court's Final Order and Judgment entered on September 9, 2009 (Rec. Doc. 19256) shall be, and is hereby, amended to insert as new Paragraph No. 2 the language contained in Paragraph No. 2 of the proposed form of Final Order and Judgment (Rec. Doc. 19072-3) and to add references to the Rec. Doc. Nos. for the Joint Motion and Preliminary Approval Order. An Amended Final Order and Judgment reflecting these amendments shall be issued by the Court;

IT IS FINALLY ORDERED that this Court's Order and Reasons (Rec. Doc. 19255) shall be, and is hereby, amended as follows: In the final full paragraph on page 36 of the Order and Reasons the word "not" was inadvertently dropped from this statement by the Court: "The notice should be so detailed or complex so as to 'confuse class members and impermissibly encumber their rights to benefit from the action.'" That sentence is hereby amended to state "The notice should not be so detailed or complex so as to 'confuse class members and impermissibly encumber their rights to benefit from the action.'"

New Orleans, Louisiana this _____ day of September, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**