UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>FILED IN:   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289.<br><br>PERTAINS TO:   LEVEE AND MR-GO<br>_____ | *   CIVIL ACTION<br>*<br>*   No.:  05-4182 "K" (2)<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAG. WILKINSON<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**ORDER GRANTING EX PARTE UNOPPOSED JOINT MOTION FOR
LEAVE OF COURT (I) TO SUBMIT A REVISED PROPOSED ORDER
AS EXHIBIT "A" TO MOVANTS' UNOPPOSED JOINT MOTION TO
ALTER OR AMEND JUDGMENT (REC. DOC. 19274) AND (II) TO SUBMIT
A PROPOSED FORM OF AMENDED FINAL ORDER AND JUDGMENT**

Upon consideration of *Ex Parte* Unopposed Joint Motion for leave of Court (i) to submit

a revised proposed order as Exhibit "A" to movants' Unopposed Joint Motion to Alter or Amend

Judgment (Rec. Doc. 19274) and (ii) to submit a proposed form of Amended Final Order and

NO.99976555.1

- 2 -

Judgment, filed jointly by Class Counsel[1] and counsel for the Settling Defendants (the "Motion for Leave"), and it appearing to the Court that there exists good cause for the granting of the relief requested therein,

IT IS HEREBY ORDERED that the Motion for Leave shall be, and is hereby, GRANTED.

New Orleans, Louisiana this _____ day of September, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Amended Class Settlement Agreement, which, together with all exhibits, is attached to the Court's Final Order and Judgment (Doc. No. 19256).