UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br><br>No.: 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289. | * * * * * * * * * * | |
| PERTAINS TO: LEVEE AND MR-GO | * * | |

**JOINT MOTION FOR COURT APPROVAL OF
MODIFICATION OF CLASS SETTLEMENT AGREEMENT**

**NOW INTO COURT** come Class Counsel[1] and counsel for the Settling Defendants, who, pursuant to Section V.7 of the Class Settlement Agreement and on behalf of their respective clients, respectfully request that this Court approve certain modifications to the Class

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this motion shall have the meanings and/or definitions given them in the Class Settlement Agreement, the original of which, together with all exhibits, is attached to the Joint Motion for Certification of Settlement Class, for Approval of Proposed Settlement and for the Stay of Certain Claims and Actions as *in globo* Exhibit "1".

NO.99956740.1


EXHIBIT F

Settlement Agreement, and authorize the filing of the amended Class Settlement Agreement into the record in these proceedings.

1.

Pursuant to Section V.7 of the Class Settlement Agreement, Class Counsel and counsel for the Settling Defendants hereby give notice in writing of their written agreement to strike Section IV.5 of the Class Settlement Agreement in its entirety and to modify Section IV.6 of that Agreement so as to eliminate certain defense and indemnity obligations imposed upon Class Members by the Agreement.

2.

These minor modifications, which favor (and plainly are not materially adverse to) the Settlement Class, are as follows:

(1) to strike, in its entirety, Section IV.5 of the Class Settlement Agreement (appearing at page 32 of the Class Settlement Agreement), which currently states:

> 5. As of the Effective Date of Class Settlement, to the extent of each Class Member's individual and net recovery and to the extent the claim described in this Section arises out of the Claim of that Class Member, each Class Member shall defend, indemnify, and hold harmless the Released Parties from and against (a) any and all Claims by, on behalf of, through, or deriving from his, her, or its heirs, executors, representatives, attorneys or former attorneys, successors, employers, insurers, employers' insurers, health insurers, health care providers, assignees, subrogees, predecessors in interest, successors in interest, beneficiaries or survivors; and (b) any Claims for Contribution, Indemnity, and/or Subrogation, whether arising under tort, contract or otherwise, related in any way to the Released Claims of said Class Member released by this Class Settlement Agreement.

(2) to modify Section IV.6 of the Class Settlement Agreement (appearing at pages 32 and 33 of the Class Settlement Agreement) by removing any reference to a defense or indemnity obligation on the part of the Class Members, so that that Section states in its entirety (deleted provisions appear in strikeout for clarity):

6. It is expressly understood and agreed that the ~~indemnity, defense, and~~ judgment reduction obligations detailed above shall exist regardless of the legal basis for the claim, demand, cause of action, right of action, liability, lien, or judgment demand asserted by any Person to the extent related to the Released Claims against any Released Party. In particular, the Class Members expressly bind themselves to the foregoing ~~indemnity, defense, and~~ judgment reduction obligations regardless of whether the claim, demand, suit, liability, lien, judgment, cause of action, or right of action is based on or related to (a) the negligence of any of the Released Parties, sole or concurrent; (b) the strict liability of any of the Released Parties under any theory whatsoever; (c) the absolute liability of any of the Released Parties; (d) the wanton, reckless, or willful misconduct of any of the Released Parties; (e) any actual, alleged or purported right, asserted by any Settling Defendant or any Class Member under a policy of insurance issued by St. Paul; or (f) any other basis whatsoever.

3.

By this motion, Class Counsel and counsel for the Settling Defendants, on behalf of their respective clients, request that the Court approve of the changes. The Class Settlement Agreement itself expressly contemplates that such revisions to the Agreement might be made, particularly where – as here – the proposed modifications are to the benefit of, and not detrimental to, the Class Members.

WHEREFORE, Class Counsel and counsel for the Settling Defendants, on behalf of their respective clients, respectfully request that this Court approve the modifications to Sections IV.5 and IV.6 of the Class Settlement Agreement as reflected above, and authorize the filing of the amended Class Settlement Agreement into the record in these proceedings.

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

BY: /s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 525-1335
Facsimile:  (504) 561-6775

ATTORNEYS ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY: /s/ Gerald E. Meunier
Gerald E. Meunier (#9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone:  (504) 522-2304
Facsimile:  (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIATION COMMITTEE

DOMENGEAUX WRIGHT ROY & EDWARDS

BY: /s/ James P. Roy
James P. Roy (#11511)
556 Jefferson Street
Lafayette, Louisiana 70502
Telephone:  (337) 593-4190
Facsimile:  (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

MCCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & MCDANIEL


BY:   /s/ *Thomas P. Anzelmo*
      Thomas P. Anzelmo (#2533)
      3445 N. Causeway Boulevard, Suite 800
      Metairie, Louisiana 70002
      Telephone:   (504) 831-0946
      Facsimile:   (504) 831-2492

ATTORNEYS FOR THE BOARD OF
COMMISSIONER'S FOR THE ORLEANS
LEVEE DISTRICT AND THE ORLEANS LEVEE
DISTRICT



DUPLASS, ZWAIN, BOURGEOIS, MORTON
PFISTER & WEINSTOCK


BY:   /s/ *Gary M. Zwain*
      Gary M. Zwain (#13809)
      Three Lakeway Center, Suite 2900
      3838 North Causeway Boulevard
      Metairie, Louisiana 70002
      Telephone:   (504) 832-3700
      Facsimile:   (504) 837-3119

ATTORNEYS FOR THE BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT, THE EAST
JEFFERSON LEVEE DISTRICT, THE BOARD
OF COMMISSIONERS FOR THE LAKE
BORGNE BASIN LEVEE DISTRICT, AND THE
LAKE BORGNE BASIN LEVEE DISTRICT

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

BY: _/s/ Ralph S. Hubbard_
    Ralph S. Hubbard III (#7040)
    601 Poydras Street, Suite 2775
    New Orleans, Louisiana 70130
    Telephone:  (504) 568-1990
    Facsimile:  (504) 310-9195

and

PHELPS DUNBAR LLP

BY: _/s/ S. Ault Hootsell III_
    S. Ault Hootsell III
    Canal Place
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130

ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Joint Motion for Court Approval of Modification of Class Settlement Agreement has been electronically filed with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record and a copy sent to the following via U.S. First Class mail, postage prepaid, this 26th day of June, 2009.

Richard A. Nussbaum, II
Sopko, Nussbaum, Inabnit & Kaczmarek
5th Floor – Plaza Building
210 S. Michigan Street
P.O. Box 300
South Bend, Indiana 46624
Facsimile: (574) 234-4200
E-mail: dickn@sni-law.com

James K. Irvin
Michael J. Monistere
Chadwick W. Collings
Milling Benson Woodward L.L.P.
909 Poydras Street, Suite 2300
New Orleans, LA 70112-1010
Facsimile: (504) 569-7001
E-mail: jirvin@millinglaw.com

John J. Cummings, III
Cummings & Cummings
416 Gravier Street
New Orleans, LA 70130

Jennifer J. Rosenbaum
New Orleans Workers' Center for Racial Justice
217 N. Prieur Street
New Orleans, LA 70112
E-mail: jjrosenbaum@gmail.com

Michael T. Kirkpatrick
Allison M. Zieve
Public Citizen Litigation Group
1600 10th Street NW
Washington, DC 20009
mkirkpatrick@citizen.org

/s/ S. Ault Hootsell III