

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 18, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 08-30492 consolidated with 08-30493
      In Re: Katrina Canal, et al
        USDC No. 2:05-CV-4182
        USDC No. 2:06-CV-5127
        USDC No. 2:06-CV-5116

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgments issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

The electronic copies of the records have been recycled.

                         CHARLES R. FULBRUGE III, Clerk

                         By: _Angelique D. Batiste_____
                         Angelique D. Batiste, Deputy Clerk
                         504-310-7715

cc: (letter only)
Honorable Stanwood R. Duval Jr.
Mr. William C Gambel
Mr. Dennis J Phayer

P.S. to Judge Duval: A copy of the opinion was sent to your office via email the day it was filed.

*Mandate Issued - MDT-1 (!ag,tax,img)*

                                            ___ Fee_____
                                            ___ Process_____
                                            X_ Dktd_____
                                            ___ CtRmDep_____
                                            ___ Doc. No._____