**COURT RECORD LOAN FORM**
(Please Print)

U.S. District Court

09-30449

THIS PORTION REMAINS WITH COURT RECORDS

No. 05-4182 K   Short Title: Katrina   Date: 9-25-09

To: SHEA GARNER
Name

909 Poy 2700
Address

New Orleans   LA   70130
City              State    Zip

Documents Enclosed:
☒ Record Vols. 40
☒ Exhibits ☒ Env. 1 disk, 1 expan box
☒ Box: 1 box   ☐ folder
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES*

Attorney Return   *SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.*

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP 25 2009
LORETTA G. WHYTE
CLERK

To:   Clerk, 5th Circuit

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records above listed are returned to Clerk.
Attorney Name: _____
Date: _____

---

THIS PORTION REMAINS WITH COURT RECORDS

✂ Cut Here

Clerk's Receipt   *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No. _____ Short Title _____

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records in above case have been received by Clerk.
Name: _____
Date: _____

District: _____

✂ Cut Here

Attorney Forwarding Receipt   *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No. _____ Short Title _____

To:   Clerk, U.S. District Court

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

District: _____

✂ Cut Here

Attorney Receipt   *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. _____ Short Title _____

To:   Clerk, U.S. District Court

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records in above case listed received.
Judge/Attorney Name: _____
Date: _____

District: _____