UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(5) |

**PERTAINS TO INSURANCE**
    Master Consolidated Class Action Complaint
    (Rec. Doc. 3413)
    *Chehardy,* **Nos. 06-1672, 06-1673 and 06-1674**

## ORDER

Based on the Court's previous Order and Reasons dated August 6, 2009 (Rec. Doc. 19205) by which the Motion to Sever by Insurer Defendants was granted and based on the Court's subsequent Order of August 10, 2009 (Doc. 19207) requiring the filing **no later than September 14, 2009,** of new amended complaints for any plaintiff who still asserts a claim against an insurer,

    **IT IS ORDERED** that the following cases are hereby **DISMISSED:**

    *Chehardy, et al v. State Farm Fire & Casualty Co., et al.,* C.A. No. 06-1672;

    *Chehardy, et al v. State Farm Fire & Casualty Co., et al.,* C.A. No. 06-1673; and

    *Chehardy, et al v. State Farm Fire & Casualty Co., et al.,* C.A. No. 06-1674.

    New Orleans, Louisiana, this   29th   day of September, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE