UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION
                                                  NO. 05-4182

PERTAINS TO: LEVEE                                SECTION "K"(2)
       06-5116 (Sims)
       06-5118 (Richard)
       06-5127 (DePass)
       06-5128 (Adams)
       06-5134 (Christophe)
       06-5137 (Williams)
       06-5131 (Bourgeois)
       06-5142 (Augustine)
       06-5132 (Ferdinand)
       06-5140 (Porter)

     The United States Court of Appeals for the Fifth Circuit vacated the judgment of this Court in *DePass v. Parish of Jefferson*, C.A. No. 06-5127, based on this Court's lack of jurisdiction, with the Fifth Circuit's Judgment being entered on August 4, 2009. Having had the mandate issue to this Court on September 18, 2009, (Doc. 19283) and further recognizing as discussed at a status conference held on August 6, 2009, that the jurisdictional grounds for all of the above-referenced cases is absent based on that appellate decision,

**IT IS ORDERED** that the suits identified above are hereby **DISMISSED without prejudice.**

New Orleans, Louisiana, this  29th  day of September, 2009.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**