UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES                          CIVIL ACTION
        CONSOLIDATED LITIGATION
                                                        NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE                                 JUDGE DUVAL
    Abadie I, 06-5164                                   MAG. WILKINSON
    Abadie II, 07-5112

## ORDER

Plaintiffs' Motion for Limited Reopening of Case has been referred to me by Judge Duval to conduct a status conference "for the purpose of determining the ownership of the net settlement proceeds."  Record Doc. Nos. 19251 and 19279.  Accordingly,

**IT IS ORDERED** that a status conference in person is set in this matter before me on **OCTOBER 15, 2009 at 2:00 p.m.**  Plaintiffs' counsel, Joseph Bruno, Chris Pellegrin, counsel for defendant Louisiana Citizens Property Insurance Company, and Dan Rees, counsel for the State of Louisiana Road Home program, must appear.  A copy of the executed Road Home subrogation/assignment agreement must be presented to me by counsel at the conference.

As requested by plaintiff's counsel, by letter separately filed in the record, **IT IS FURTHER ORDERED** that a representative of the Estate of Grace Duchmann must also appear in person.  Plaintiff's counsel must serve this order on that representative.

New Orleans, Louisiana, this   30th   day of September, 2009.

                                        JOSEPH C. WILKINSON, JR
**CLERK TO NOTIFY:**                    UNITED STATES MAGISTRATE JUDGE
**HON. STANWOOD R. DUVAL, JR.**