UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| | * | |
| Boutte v. Lafarge          05-5531 | * | |
| Mumford v. Ingram          05-5724 | * | |
| Lagarde v. Lafarge          06-5342 | * | JUDGE: |
| Perry v. Ingram          06-6299 | * | STANWOOD R. DUVAL, JR. |
| Benoit v. Lafarge          06-7516 | * | |
| Parfait Family v. USA          07-3500 | * | MAG. |
| Lafarge v. USA          07-5178 | * | JOSEPH C. WILKINSON, JR |
| Weber v. Lafarge          08-4459 | * | |
| | * | |

## JOINT STIPULATION OF SUBSTITUTION AND DISMISSAL WITH PREJUDICE

**NOW COME** Dianne Glaser, Jacob Robert Glaser, Holiday Jewelers, Lafarge North America,

Inc., Zito Fleeting, L.L.C., Zito Fleeting, Inc., American Steamship Owners Mutual Protection and

Indemnity Association, Inc., New York Marine and General Insurance Company, and Northern

Assurance Company of America and American Home Assurance Company,  through their undersigned

counsel, who hereby stipulate to dismissal with prejudice of any and all claims and causes brought

individually by Dianne Glaser and Jacob Robert Glaser in the matter Mumford v. Ingram, et al, EDLA

C.A. No. 05-5724, and to party-plaintiff substitution thereof by their former business, Holiday

Jewelers, Inc., a Louisiana corporation licensed to do and doing business in the State of Louisiana,

Eastern District of Louisiana, Parish of St. Bernard, at all times pertinent owned by Dianne Glaser and

Jacob Robert Glaser, located at 8400 W. Judge Perez Dr., Ste 7, Chalmette, La 70043-1655.

This 29th day of September, 2009.

Respectfully Submitted,

/s/Dylan Pollard
Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA  90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
E-Mail: Skhorrami@kpalawyers.com;
        Dpollard@kpalawyers.com;
        Mbailey@kpalawyers.com

Brian A. Gilbert, Esq. (21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, LA  70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
E-Mail: bgilbert@briangilbertlaw.com

**Attorneys for Dianne Glaser, Jacob Robert Glaser,
and Holiday Jewelers, Inc.**

AND

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075


/s/John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone: (202) 346-4240


Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

AND

/s/C. William Emory (by permission)
Andre J. Mouledoux (LA Bar #9778)
C. William Emory (LA Bar #20179)
Mouledoux, Bland, Legrand & Brackett, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA  70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
E-Mail: bemory@mblb.com

*Attorneys for Zito Fleeting, L.L.C. and
Zito Fleeting, Inc.*

AND

*/s/*Phillip S. Brooks, Jr.
Phillip S. Brooks, Jr., Esq.
Montgomery, Barnett
1100 Poydras Street, Suite 3200
New Orleans, LA  70163
***Attorney for American Steamship Owners Mutual
Protection and Indemnity Association, Inc***

/s/Robert H. Murphy
Robert H. Murphy
Murphy, Rogers, Sloss & Gambel
One Shell Square
701 Poydras Street
New Orleans, LA  70139
Telephone: (504) 523-0400
E-Mail: rmurphy@mrsnola.com
***Attorney for New York Marine and General
Insurance Company***

AND

/s/Frank A. Piccolo
Frank A. Piccolo
PREIS & ROY PLC
Weslayan Tower
24 Greenway Plaza, Suite 2050
Houston, TX  77046
Telephone: (713) 355-6062
E-Mail: fap@preisroy.com
***Attorney for Northern Assurance Company of
America and American Home Assurance Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 30th day of September, 2009.

\s\Brian A. Gilbert
BRIAN A. GILBERT