# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * <br> *   CIVIL ACTION <br> * <br> *   NO. 05-4182 <br> *   and consolidated cases <br> * |
| PERTAINS TO:  BARGE | *   SECTION "K"  (2) <br> * |

|  |  |  |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | * |
| *Mumford v. Ingram* | 05-5724 | * |
| *Lagarde v. Lafarge* | 06-5342 | * |
| *Perry v. Ingram* | 06-6299 | * |
| *Benoit v. Lafarge* | 06-7516 | * |
| *Parfait Family v. USA* | 07-3500 | * |
| *Lafarge v. USA* | 07-5178 | * |
| *Weber v. Lafarge* | 08-4459 | * |
|  |  | * |

JUDGE
STANWOOD R. DUVAL, JR.

MAG.
JOSEPH C. WILKINSON, JR

## ORDER AND APPROVAL OF JOINT STIPULATION
## OF SUBSTITUTION AND DISMISSAL WITH PREJUDICE

Considering the above and foregoing, it is hereby **ORDERED** that the Stipulation be, and is hereby, **APPROVED**.

**FURTHER**, it is **ORDERED** that any and all claims and causes brought individually by Dianne Glaser and Jacob Robert Glaser in the matter Mumford v. Ingram, et al, EDLA C.A. No. 05-5724, be and are hereby **DISMISSED WITH PREJUDICE**, and **FURTHER ORDERED**,

1349615-1

1

that  their former business, Holiday Jewelers, Inc., be, and is hereby, substituted as plaintiff in said matter in the place and stead of Dianne Glaser and Jacob Robert Glaser, in accord with said Stipulation.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**HON. STANWOOD R. DUVAL, JR.**

1349615-1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon

counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or

ECF upload, this 30th day of September,  2009.


\s\Brian A. Gilbert
BRIAN A. GILBERT