UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | SECTION "K" (2) |
| *Mumford v. Ingram* | 05-5724 | |
| Lagarde v. Lafarge | 06-5342 | JUDGE |
| *Perry v. Ingram* | 06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | MAGISTRATE |
| *Lafarge v. USA* | 07-5178 | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge* | 08-4459 | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion for Summary Judgment filed on behalf of defendants, Zito Fleeting, L.L.C. and Zito Fleeting, Inc. ("Zito"), shall be brought for hearing before the Honorable Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana 500 Camp Street, New Orleans, Louisiana, 70130, on the 18th day of November, 2009, at 1:30 p.m. or as soon thereafter as counsel may be heard.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE STANWOOD R. DUVAL, JR.