UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGES | * | Consolidated |
| | * | SECTION "K(2)" |
| Boutte v. Lafarge | 05-5531 * | |
| Mumford v. Ingram | 05-5724 * | JUDGE DUVAL |
| Lagarde v. Lafarge | 06-5342 * | |
| Perry v. Ingram | 06-6299 * | MAG. WILKINSON |
| Benoit v. Lafarge | 06-7516 * | |
| Parfait Family v. USA | 07-3500 * | |
| Lafarge v. USA | 07-5178 * | |

* * * * * * * * * * *

Deposition of DONALD J. GREEN, given at Chaffe McCall, L.L.P., 815 Walker Street, Suite 953, Houston, Texas 77002, on November 21st, 2008.

REPORTER BY:

JOSEPH A. FAIRBANKS, JR., CCR, RPR

CERTIFIED COURT REPORTER #75005

EXHIBIT F

GREEN, DONALD

11/21/2008

Page 50

1  herein.
2      Q.   Well, I'd like to take them piece by
3  piece.
4      A.   Sure.
5      Q.   Hurricane force winds and rising water
6  levels.
7      A.   Yes.
8      Q.   Okay.  How did they cause or
9  contribute to this breakaway?
10     A.   Well, the methodology that Lafarge
11 used to moor the vessel, um -- the northern
12 tier of the vessels that were at the facility,
13 in my opinion the rising waters caused the
14 mooring lines to slip or part and allowed that
15 tier of barges to set down and allide with the
16 southern tier of barges, namely 4727 and 4745.
17     Q.   All right.  I just want to make sure I
18 understand your opinion, because I want to be
19 fair to you.
20     A.   Yes, sir.
21     Q.   But I don't want you to tell me in six
22 months at trial that you have a different
23 opinion.
24     A.   Oh, I understand perfectly.
25     Q.   You've studied this for three years or

Johns Pendleton Court Reporters                    800 562-1285

1          THE WITNESS:
2              Thank you, sir, whoever you are.
3          MR. EMORY:
4              I think that was Dan coming to
5          your rescue.
6     EXAMINATION BY MR. EMORY:
7          Q.   You've been asked several questions
8     today about the mooring and the types of
9     moorings and your opinions on the types of
10    moorings that should have been used with
11    respect to that barge.  Are you aware of any
12    facts to indicate that Zito had any involvement
13    with how that barge was moored at the Lafarge
14    facility prior to the storm?
15         A.   No, sir.
16         Q.   Are you aware of any facts to indicate
17    that Zito was in any way involved in the
18    decision to top around the barge, to use your
19    term, in the Lafarge facility?
20         A.   I'm not aware of anything.
21         Q.   Based on your review of Zito's
22    involvement and the facts that you understand
23    surrounding Zito's involvement, are you aware
24    of any regulations that Zito failed to comply
25    with?

GREEN, DONALD

11/21/2008

Page 137

1       MR. SANDERS:
2           Let me object in that he said
3       he's not performed any review
4       regarding Zito. You threw in, in that
5       question, based upon your review. I
6       just want to be fair.
7       MR. EMORY:
8           Okay. That's fair. And I'll
9       change it.
10  EXAMINATION BY MR. EMORY:
11      Q.   Based on your understanding of Zito's
12  involvement, are you aware of any regulations
13  that they have failed to comply with?
14      A.   At this point, no.
15      Q.   Is there any additional information
16  that you have requested or intend to receive
17  regarding Zito's involvement?
18      A.   No.
19      Q.   Is it a fair statement, at least based
20  on your understanding, other than the testimony
21  from Mr. Busch I believe it was that he
22  allegedly left a voicemail with Zito on the
23  morning of Saturday before the accident, you
24  have no other basis to show that Zito knew that
25  the barge was ready to be picked up that

Johns Pendleton Court Reporters                    800 562-1285