Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGES | * | Consolidated |
| | * | SECTION "K(2)" |
| Boutte v. Lafarge | 05-5531 * | |
| Mumford v. Ingram | 05-5724 * | JUDGE DUVAL |
| Lagarde v. Lafarge | 06-5342 * | |
| Perry v. Ingram | 06-6299 * | MAG. WILKINSON |
| Benoit v. Lafarge | 06-7516 * | |
| Parfait Family v. USA | 07-3500 * | |
| Lafarge v. USA | 07-5178 * | |

\* \* \* \* \* \* \* \* \* \* \*

(V O L U M E  I)

Deposition of HECTOR V. PAZOS, P.E., given at Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163-2300, on July 20th, 2009.


REPORTER BY:

    JOSEPH A. FAIRBANKS, JR., CCR, RPR

    CERTIFIED COURT REPORTER #75005

EXHIBIT G

1    of testimony and your report refers to some of
2    the mooring particulars relative to this barge
3    when it was empty at the Lafarge facility.
4            Am I correct that you're aware of no
5    fact, sir, that Zito was involved in any of the
6    mooring activities of that barge when it was at
7    the Lafarge facility?
8        A.   Um -- well, let me elaborate off the
9    top of the my head.  Zito delivered these
10   barges, and I don't recall specifically under
11   what configuration they delivered the barges,
12   but I expect they delivered the barges one
13   alongside the other and one was in contact with
14   the dock and this is the barge that was
15   unloaded.
16       Q.   Okay.  Let's clarify a little bit.
17           From the point that the barge was
18   brought to the facility by Zito, and from that
19   point when they left, after that point Zito had
20   no involvement with the mooring or the
21   configuration of those barges.
22       A.   Correct, except apparently a phone
23   call to Zito from Lafarge people.
24       Q.   And we'll discuss that in a little
25   bit.  But in terms of the actual mooring, they

1    had no one there and they were not involved in
2    that.
3        A.   Correct.
4        Q.   And the same question, in terms of the
5    decision to top around the barge, Zito was not
6    involved in that decision.
7        A.   Correct.
8        Q.   And to your knowledge, at least you're
9    aware of no facts that Zito was aware that
10   there was any type of discussion or any
11   contemplation that those barges would be topped
12   around prior to the storm?
13       A.   Correct.  I not aware.
14       Q.   Your report, sir, going back to
15   Page 71 where you're, um -- giving your
16   opinions, at least those relative to Zito, give
17   an opinion and then a basis below that opinion,
18   but there's no referencing violations or duties
19   that were violated.  Also, in reading your
20   report I did not see in your report at least
21   any references to any regulations or
22   recommendations or mandates or orders that Zito
23   had failed to comply with.  Is that a fair
24   statement?
25       A.   Yes.

1    Q.   So as we sit here today, you're not
2    aware of any regulations that Zito failed to
3    comply with.
4    A.   Correct.
5    Q.   You're not aware of any
6    recommendations, mandates or orders that they
7    failed to comply with.
8    A.   Correct.
9    Q.   Now, in terms of your experience, sir,
10   you have never owned a barge fleeting facility.
11   A.   No.
12   Q.   You've never operated a barge fleeting
13   facility.
14   A.   Correct.
15   Q.   And you've never managed a barge
16   fleeting facility.
17   A.   Correct.
18   Q.   Flip back to Page 30 of your report,
19   if you don't mind.  Just about halfway down
20   there's a paragraph sentence which starts with
21   apparently Mr. Ed Busch, assistant terminal
22   manager -- do you see that one?
23   A.   Yes.
24   Q.   And that's what you just mentioned a
25   few moments ago about a claim that he had tried

1   time was projected to make landfall east of
2   Pensacola?
3       A.   No.  But Zito should have realized
4   that Lafarge people were not prudent.  It was
5   lack of prudency.
6       Q.   Okay.  And I want to discuss that.
7   Because a minute ago, you were told me you were
8   not aware of anything that would lead you to
9   believe that Zito would have known that Lafarge
10  would not have properly cared for the barge
11  prior to the storm.  Now you just told me Zito
12  should have known that Lafarge was not prudent.
13      A.   Well, should realize when they
14  received this call to deliver loaded barges
15  immediately, in my opinion Zito should have
16  discussed -- develop a exchange of ideas,
17  discussed and saying, are you sure that at this
18  time you want to deliver the barges?  Why don't
19  you wait until we know for sure what the
20  weather will do.
21           (Off the record.)
22           MR. GILBERT:
23               Actually, I'll go on the record.
24           Brian Gilbert, counsel for plaintiffs.
25               We're not going to offer any opinion

1            testimony from Mr. Pazos that Zito was
2            negligent or at fault connected with
3            the delivery of the barge on the date
4            that it was delivered.
5    EXAMINATION BY MR. EMORY:
6         Q.   With that being said, we'll move on
7    from Opinion 3 and we'll now go to -- actually,
8    we've already discussed, at least in part,
9    Opinion 4.
10             Mr. Pazos, in response to some of the
11   questions from Mr. Walker a little bit earlier,
12   you were identifying the factors that were
13   available to Mr. Busch concerning what you
14   thought would have given him a reason to need
15   to consider either ballasting the barge or
16   removing the barge from the facility before the
17   storm's arrival.  And I wrote down the four
18   that you had identified.  One was the
19   approaching hurricane; number two was the fact
20   that the barge was empty; number three was the
21   fact that you had a high freeboard on the
22   barge; and number four was the mooring
23   configuration in general.
24             Do you recall that testimony?
25        A.   Yes.