EARL SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | * | CIVIL ACTION |
| COMPLAINT OF INGRAM | * | |
| BARGE COMPANY, AS OWNER | * | NO. 05-4419 |
| OF THE ING4727, | * | C/W 05-4237 |
| PETITIONING FOR | * | C/W 05-5531 |
| EXONERATION FROM OR | * | C/W 05-5724 |
| LIMITATION OF LIABILITY | * | SECTION "C" (2) |
| | * | |
| * JUDGE HELEN G. | | |
| | * | BERRIGAN |
| | * | |
| | * | MAG. JUDGE, JOSEPH |
| | * | WILKENSON, JR. |
| | * | |

* * * * * * * * * * * * *

Deposition of Earl Smith taken at the law offices of Chaffe McCall, located at 1100 Poydras Street, Suite 2300, New Orleans, Louisiana 70163, beginning on the 14th day of November, 2006.

Reported by:
Peter Caruso, CCR-CVR
Certified Court Reporter

APPEARANCES:

Representing the Plaintiffs,
  Ethel Mumford, et al:

  WIEDEMANN & WIEDEMANN
  Attorneys at Law
  By: Lawrence D. Wiedemann, Esq.
  821 Baronne Street
  New Orleans, Louisiana 70113

  LAW OFFICE OF BRIAN A. GILBERT
  Attorneys at Law
  By: Brian A. Gilbert, Esq.
  3232 Edenborn Avenue
  Metairie, Louisiana 70002

  MR. PATRICK J. SANDERS, ESQ.
  Attorney at Law
  3316 Ridgelake Drive
  Metairie, Louisiana 70002

Representing the Plaintiffs,
  The Parfait Family, et al:

  LAW OFFICES OF ASHTON R. O'DWYER, JR.
  Attorneys at Law
  By: Ashton R. O'Dwyer, Jr., Esq.
  365 Canal Street
  Suite 2670
  New Orleans, Louisiana 70130

Representing the Plaintiffs,

Representing the Plaintiffs,
  Marie Benoit, et al:

  MAPLES & KIRWAN, LLC
  Attorneys at Law
  By: Carlos Zelaya, II, Esq.
  902 Julia Street
  New Orleans, Louisiana 70113

Representing Joseph C. Domino, Inc.
  and Unique Towing, Inc.:

  EMMETT, COBB, WAITS & HENNING
  Attorneys at Law
  By: John F. Emmett, Esq.
  1515 Poydras Street
  Suite 1950
  New Orleans, Louisiana 70112

Representing Joseph C. Domino, Inc.:

  HARRIS & RUFTY, L.L.C.
  Attorneys at Law
  By: Jill Willhoft, Esq.
  650 Poydras Street
  Suite 2710
  New Orleans, Louisiana 70130

Representing Lafarge North America, Inc.:

  CHAFFE, McCALL, L.L.P.
  Attorneys at Law
  By: Robert B. Fisher, Jr., Esq.
      Derek Walker, Esq.
      Thomas Forbes, Esq.

Representing New York Marine and
  General Insurance Company:

  SUTTERFIELD & WEBB, L.L.C.
  Attorneys at Law
  By: Daniel A. Webb, Esq.
  650 Poydras Street
  Suite 2715
  New Orleans, Louisiana 70130

Representing American Owners Mutual
  Protection and Indemnity Association:

  MONTGOMERY, BARNETT, BROWN & READ,
  HAMMOND & MINTZ
  Attorneys at Law
  By: Philip S. Brooks, Jr., Esq.
  1100 Poydras Street
  New Orleans, Louisiana 70163

Representing Board of Commissioners,
  Port of New Orleans:

  DAIGLE, FISSE & KESSENICH
  Attorneys at Law
  By: Jonathan H. Sandoz, Esq.
  P. O. Box 5350
  Covington, Louisiana 70434-5350

Representing Lafarge North America, Inc.:

  GOODWIN PROCTOR, LLP
  Attorneys at Law
  By: Mark Raffman, Esq.
  901 New York Avenue

EXHIBIT H

--- Page 39 ---

1  asked me.
2  Q. But only three came in?
3  A. Yes, plus the loader, yes.
4  Q. Huh?
5  A. Yes, plus the loader.
6  Q. And who was the loader?
7  A. Darryle Lee Evans, the truck loader.
8  Q. Darryle Evans came in as well, huh?
9  A. Right
10  Q. Was this a typical Saturday, that you
11  have Mr. Busch bring in three people in the crew?
12  A. Yes.
13  Q. That's because of the overtime situation?
14  A. Well, we needed to finish the barge.
15  Q. You needed to finish the barge that's
16  described in this document, 105?
17  A. Yes, that barge coming in.
18  Q. Did you have to do any maintenance?
19  A. Yes, I did.
20  Q. Well, on the afternoon of the Friday
21  before you knocked off -- at somewhere around 4
22  p.m.; is that correct?
23  A. Yes.
24  Q. -- Mr. Busch told you he needed three
25  people to come in the following day in addition

- 39 -

--- Page 40 ---

1  to Mr. Evans; is that correct?
2  A. Yes.
3  Q. And Evans would be operating some piece
4  of equipment?
5  A. Loading trucks.
6  Q. So were you loading trucks on that, on
7  Saturday?
8  A. Was I loading, or was --
9  Q. No. Were trucks being loaded at the
10  Lafarge facility?
11  A. Yes.
12  Q. What time did you finish loading --
13  unloading 4727?
14  A. About ten something, I think.
15  Q. Mr. VanderMeulen, whose deposition we
16  took the other day, said that the 4727 was
17  finished unloading at 9 a.m. on Saturday, the
18  27th.
19  A. It's possible. I mean, I don't wear a
20  watch, so it's possible.
21  Q. You wouldn't disagree with that?
22  A. No.
23  Q. And you all had come on at 4 a.m.?
24  A. Yes.
25  Q. And by sometime between 9:00 and 10:00,

- 40 -

--- Page 41 ---

1  4727 was finished being unloaded?
2  A. Yes.
3  Q. Did they have any other barges to unload
4  at that time?
5  A. What's you're asking, whether we're going
6  to unload any more that day?
7  Q. Was there any -- yeah. Were there any
8  other barges to be unloaded that day?
9  A. No.
10  Q. Why not?
11  A. We wanted to finish that barge. We
12  needed that cement at the time.
13  Q. You needed the cement?
14  A. Yes.
15  Q. For what.
16  A. To load trucks.
17  Q. And where were the trucks going?
18  A. Different location, Haliburton or
19  wherever, Fouchon.
20  Q. The trucks were delivering cement
21  primarily for use in the oil offshore industry?
22  A. Yes.
23  Q. So it had been going to down to Fouchon
24  and south, south of Houma and places like that?
25  A. Yes.

- 41 -

--- Page 42 ---

1  Q. So you needed the cement from 4727 and
2  that's why you completed the unloading on that
3  morning?
4  A. Yes.
5  Q. There was another barge there, another
6  Ingram barge, was there not?
7  A. Yes.
8  Q. And you remember the number of that
9  barge?
10  A. Not exactly, no.
11  Q. But you didn't unload that barge?
12  A. No.
13  Q. When -- on 4 p.m. the day before when Mr.
14  Busch talked to you, did he say anything to you
15  about what you all were going to do the following
16  day, the following morning other than unload
17  4727?
18  A. No.
19  Q. Did he tell you that there was going to
20  be any hurricane preparation the next morning?
21  A. When he came out that morning.
22  Q. Hm?
23  A. He told us that morning that he came out,
24  Saturday.
25  Q. But on Friday when you were knocking off

- 42 -

### Page 43

1  and he was preparing the crew to bring in the
2  next morning, he didn't say anything about the
3  hurricane?
4      A.  I didn't hear him.
5      Q.  Hm?
6      A.  I didn't hear him say anything.
7      Q.  He didn't say anything about hurricane
8  preparation?
9      A.  I don't remember until that Saturday
10 morning.
11     Q.  And he spoke to you. Did he speak to the
12 other crew members?
13     A.  That Friday or Saturday, which day?
14     Q.  On Friday.
15     A.  I don't know what he talked to them
16 about, no.
17     Q.  Well, he had to tell -- did you all work
18 every Saturday, or was it on a selective basis?
19     A.  Only if we needed to work.
20     Q.  So, he would have to tell you whether you
21 were coming in on Saturday?
22     A.  Yes.
23     Q.  And when he talked to you on Friday, he
24 didn't tell you anything other than it was a
25 normal Saturday morning to unload barges and do

### Page 44

1  whatever you had to do?
2      A.  He told us to come in and finish
3  unloading the barge.
4      Q.  He didn't say anything about, about
5  hurricane preparations?
6      A.  I don't remember.
7      Q.  If he had told you that, would you
8  remember it?
9      A.  If he had told me?
10     Q.  Hm?
11     A.  I don't -- I don't remember -- I mean, I
12 don't know if I would have or not. If he would
13 have told me that a hurricane was coming in, I
14 might have, but I'm not sure.
15     Q.  But you can't say that he told you
16 anything about the hurricane, about hurricane
17 preparation on Friday afternoon when he told you
18 all to come in?
19     A.  No, I can't say.
20     Q.  Did you think it was anything other than
21 an ordinary day for which you would be paid time
22 and a half?
23     A.  Rephrase that for me, please?
24     Q.  When he told you were going to work the
25 next day, or Saturday, did -- it was your

### Page 45

1  understanding that it was just a normal overtime
2  day, or was there anything extraordinary?
3      A.  No, just a normal day.
4      Q.  When you came in at 4 a.m. on Saturday,
5  that's what time you would start?
6      A.  Yes.
7      Q.  Would you clock in, there's a clock you
8  use?
9      A.  Yes, there was.
10     Q.  It's a clock that you put a card in?
11     A.  Yes.
12     Q.  So every worker that works clocks in and
13 clocks out?
14     A.  Yes.
15     Q.  Now when you got in at 4 a.m., did all
16 the crew come in together, or about the same
17 time?
18     A.  About.
19     Q.  And was Mr. Busch there when you got
20 there?
21     A.  No, I think he came a little later.
22     Q.  He didn't arrive at the same time as the
23 crew?
24     A.  No.
25     Q.  And did you all start at 4 a.m.?

### Page 46

1      A.  Yes.
2      Q.  And what did you all do at 4 a.m.?
3      A.  Well, the guys -- when I first came in,
4  Darryle Evans had a problem with the silo, so I
5  went over and worked on the silos. And the rest
6  of the guy went and start unloading the barge.
7      Q.  What kind of problem was Evans having
8  with the silo?
9      A.  Well, you load the cement through the top
10 of the silo, so at the bottom is where it come
11 out and go into the air-slides to go to the
12 conveyor belt to transfer to the front tanks
13 -- one of the load-out tanks, is what they call
14 them. And he had a rock there that were covering
15 the slide, that I had to break up in order for
16 the material to flow down the slide.
17     Q.  So when you got there, you were in
18 charge? Busch wasn't there?
19     A.  Right.
20     Q.  And you -- did you tell your crew
21 anything about any hurricane preparations, or did
22 you tell them just to go ahead and start
23 unloading the barge that you knew you had to
24 unload?
25     A.  Just unload the barge.

**EARL SMITH**

1   Q. So whatever you did vis-á-vis the two
2   barges, if you changed one rope -- you don't
3   remember whether it was one or two, or do you
4   remember if you changed any between the two
5   barges?
6   A. I know we changed one or two. I'm not
7   sure.
8   Q. And that was -- that was done -- it
9   wasn't unusual to do that? You weren't doing
10  anything new?
11  A. No.
12  Q. And did you personally change the rope or
13  did somebody else?
14  A. Louis and I was on those that barge, on
15  those two particular barge, yes.
16  Q. And do you know who changed the rope?
17  Was it you or him?
18  A. Well, we both would have to change it,
19  one on each barge.
20  Q. So one of you would have to be on one
21  barge and one would have to be on the other
22  barge?
23  A. Well, that's the way we usually do it,
24  yes.
25  Q. And you were on the empty or the full?

- 79 -

1   A. I was on the full.
2   Q. And he was on the empty?
3   A. Yes.
4   Q. And as I understand it, the two barges at
5   that point were approximately 2 feet apart?
6   A. That's about how much slack might have
7   been in the rope. Barges moved in and out
8   together, so I don't know how far it was when we
9   got on it.
10  Q. Well, how far was it -- what was the
11  distance between the two barges? I'm talking
12  about side by side, not height.
13  A. Well they're tied up close together, you
14  just let off
15  -- as you let the rope off, when the barge come
16  up - you're asking me after the barge was
17  completely unloaded, or --
18  Q. Well, when the barge -- after 4727 was
19  unloaded --well, let's talk about before. Did
20  you fool with the ropes before 4727 was unloaded?
21  A. No.
22  Q. So while it was being unloaded, 4727 was
23  tied to the dock and the full barge was outboard
24  of the 4727?
25  A. Yes.

- 80 -

1   Q. Right?
2   A. Yes.
3   Q. And whatever had been done with those had
4   been done by the other crew; isn't that so? I'm
5   talking about mooring them to the dock and
6   mooring them to one another.
7   A. Yes.
8   Q. So as the rigging, or as the mooring
9   existed until the barge was empty, you all didn't
10  do anything? I mean, vis -- with regard to the
11  ropes?
12  A. Well, they would loosen the rope as the
13  barge come up.
14  Q. And who did that?
15  A. It would have to be Louis and Roland,
16  whoever was out there unloading the barges.
17  Q. So they would have to loosen the ropes
18  between the empty barge -- or the barge that was
19  being emptied and the full barge?
20  A. Yes.
21  Q. Would they have to do anything with
22  regard to the ropes on the dock?
23  A. Yes. When the barge come up, it goes up
24  a great deal higher than the dock, so you also
25  would have loosened off on that one.

- 81 -

1   Q. So they'd have to loosen both the barge -
2   - the ropes that tie the two barges together and
3   the ropes that are on the dock?
4   A. Yes.
5   Q. Did you have anything to do with what was
6   done as the barges were being unloaded?
7   A. No.
8   Q. And that would have been two of your
9   subordinates?
10  A. Yes.
11  Q. That would be Louis Robinson and Roland
12  Johnson?
13  A. Yes.
14  Q. Now at some point in time you were
15  working on the problem with the silo; is that
16  right?
17  A. Yes.
18  Q. You indicated that at some point you
19  called, or someone called to have the two vessels
20  turned around, the two barges?
21  A. Yes.
22  Q. Who made that decision?
23  A. Well, Ed Busch told me that he made the
24  call.
25  Q. And do you know why he made the call, or

- 82 -