EDWARD VANDERMEULEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE * CIVIL ACTION
COMPLAINT OF INGRAM *
BARGE COMPANY, AS OWNER * NO. 05-4419
OF THE ING4727, * C/W 05-4237
PETITIONING FOR * C/W 05-5531
EXONERATION FROM OR * C/W 05-5724
LIMITATION OF LIABILITY * SECTION "C" (2)
 *
* JUDGE HELEN G.
 * BERRIGAN
 *
 * MAG. JUDGE, JOSEPH
 * WILKENSON, JR.
 *
* * * * * * * * * * * * * *

Deposition of Edward VanderMuelen taken
at the law offices of Chaffe McCall, located at
1100 Poydras Street, Suite 2300, New Orleans,
Louisiana 70163, beginning on the 10th day of
November, 2006.

Reported by:
Peter Caruso, CCR-CVR
Certified Court Reporter

APPEARANCES:

Representing the Plaintiffs,
 Ethel Mumford, et al:

WIEDEMANN & WIEDEMANN
Attorneys at Law
By: Lawrence D. Wiedemann, Esq. (#13457)
821 Baronne Street
New Orleans, Louisiana 70113

LAW OFFICE OF BRIAN A. GILBERT
Attorneys at Law
By: Brian A. Gilbert, Esq. (#21297)
3232 Edenborn Avenue
Metairie, Louisiana 70002

MR. PATRICK J. SANDERS, ESQ. (#18741)
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002

Representing the Plaintiffs,
 The Parfait Family, et al:

LAW OFFICES OF ASHTON R. O'DWYER, JR.
Attorneys at Law
By: Ashton R. O'Dwyer, Jr., Esq. (#10166)
365 Canal Street
Suite 2670
New Orleans, Louisiana 70130

Representing the Plaintiffs,
 Blair Boutte, et al:

Representing the Plaintiffs,
 Marie Benoit, et al:

MAPLES & KIRWAN, LLC
Attorneys at Law
By: Carlos Zelaya, II, Esq.
902 Julia Street
New Orleans, Louisiana 70113

Representing Joseph C. Domino, Inc.
 and Unique Towing, Inc.:

EMMETT, COBB, WAITS & HENNING
Attorneys at Law
By: John F. Emmett, Esq.
1515 Poydras Street
Suite 1950
New Orleans, Louisiana 70112

Representing Joseph C. Domino, Inc.:

HARRIS & RUFTY, L.L.C.
Attorneys at Law
By: Jill Wilhoft, Esq.
650 Poydras Street
Suite 2710
New Orleans, Louisiana 70130

Representing Lafarge North America, Inc.:

CHAFFE, McCALL, L.L.P.
Attorneys at Law
By: Robert B. Fisher, Jr., Esq.
 Derek Walker, Esq.
2300 Energy Centre

Representing New York Marine and
 General Insurance Company:

SUTTERFIELD & WEBB, L.L.C.
Attorneys at Law
By: Daniel A. Webb, Esq.
650 Poydras Street
Suite 2715
New Orleans, Louisiana 70130

Representing American Owners Mutual
 Protection and Indemnity Association:

MONTGOMERY, BARNETT, BROWN & READ,
HAMMOND & MINTZ
Attorneys at Law
By: Philip S. Brooks, Jr., Esq.
1100 Poydras Street
New Orleans, Louisiana 70163

Representing Board of Commissioners,
 Port of New Orleans:

DAIGLE, FISSE & KESSENICH
Attorneys at Law
By: Jonathan H. Sandoz, Esq.
P. O. Box 5350
Covington, Louisiana 70434-5350

Representing Lafarge North America, Inc.:

GOODWIN PROCTOR, LLP
Attorneys at Law
By: Mark Raffman, Esq.
901 New York Avenue

EXHIBIT I

EDWARD VANDERMEULEN

MINIDIP by Kenson

**Page 103**

1  Q. And it shows the barges in the diagram.
2  What does it mean when it says "dry all around"?
3  I'm not --
4  A. Those --
5  Q. Do you know?
6  A. Yes. Those represent the -- they're
7  little circles, and on the periphery of this
8  diagram are deck hatches. And those indications
9  of dry would be looking inside the flotation
10 compartments on the barge. Because when we
11 receive a barge, we want to make sure that it's
12 not taking on water. So --
13 Q. Okay. So that's, that's just an
14 indication that the barge is dry and able to
15 receive product?
16 A. (Witness shakes head negatively.)
17 Q. Or does it? He's shaking his head I
18 don't know.
19 A. Well, we don't put product in the barge
20 at our terminal.
21 Q. Well, I mean, just taking it out. I'm
22 sorry.
23 A. Yeah.
24 Q. Okay. So does it mean that on this case
25 you're emptying it? Does that mean that this

**Page 104**

1  barge then is empty?
2  A. No. It just means that upon arrival it
3  didn't have any water in the flotation
4  compartment.
5  Q. It didn't take on any water from the
6  covers or whatever?
7      MR. WEBB:
8          Off the Record.
9  BY MR. WIEDEMANN:
10 Q. And this document goes on to state times
11 on the 26th of August when certain things were
12 done. Are you familiar with the operation,
13 because I'm not?
14 A. Yes, I am familiar in general.
15 Q. It starts off at 12:20, and that would be
16 20 minutes after 12:00, noon, right?
17 A. That's correct.
18 Q. And that means they're pumping cement
19 into the barge?
20 A. No. They're removing cement from the
21 barge.
22 Q. I'm sorry. They're removing cement?
23 A. Yes.
24 Q. And then they're finished when it says
25 "Pumping at 2330," which would be 30 minutes

**Page 105**

1  before midnight. What does that mean?
2  A. What's that 2230?
3  Q. Is it 2230 or 2330? 2230?
4  A. That means that afer moving some covers
5  at 2150, they resumed pumping at 2230.
6  Q. And when did they complete pumping?
7  A. From what I'm told, it was made empty
8  approximately 9:00 a.m., 8:00 or 9:00 a.m. on the
9  27th.
10 Q. So the barge was empty, according to your
11 information, at 9:00 a.m. on the 27th, and that's
12 when Mr. Busch called Zito?
13 A. Approximately 9:00 a.m., yes.
14 Q. Almost immediately after it was empty?
15 A. Yes.
16 Q. Let me show you what has previously been
17 identified as IBCO-1, which is the Ingram barge
18 number, which is a transportation agreement.
19 Have you seen the agreement before?
20 A. Yes, I have.
21 Q. Well, the agreement that I have, which
22 covers a period December 14th, and I think it
23 goes through January 1st, 2005 -- through
24 December 31st, 2005, which is the period of the
25 agreement; is that correct?

**Page 106**

1  A. Yes.
2  Q. And the document I have which was
3  provided to me by Ingram does not have a
4  signature or an initial by Lafarge. Do you see
5  that?
6  A. Yes, sir.
7  Q. And this was furnished to me as the
8  document that is the document, the contract
9  document between Ingram and Lafarge, but I do not
10 see where Lafarge signed the document. Do you?
11 A. No, I do not.
12 Q. Does a signed copy of the agreement, to
13 your knowledge, exist?
14 A. Yes.
15 Q. When have you seen a signed copy?
16 A. I believe my copy of this was a signed
17 copy.
18 Q. Signed by whom?
19 A. Frank Lazarowicz, the transportation
20 manager.
21 Q. And it has his initials or signature?
22 A. I believe it was his signature.
23 Q. Do you know when he signed it?
24 A. No, I do not.
25 Q. Do you know why I was supplied with a