**DAVID CASTAING**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE * | CIVIL ACTION |
| COMPLAINT OF INGRAM * | |
| BARGE COMPANY, AS OWNER * | NO. 05-4419 |
| OF THE ING4727, * | C/W 05-4237 |
| PETITIONING FOR * | C/W 05-5531 |
| EXONERATION FROM OR * | C/W 05-5724 |
| LIMITATION OF LIABILITY * | SECTION "C" (2) |
| * | |
| * JUDGE HELEN G. | |
| * | BERRIGAN |
| * | |
| *. | MAG. JUDGE, JOSEPH |
| * | WILKENSON, JR. |
| * | |

* * * * * * * * * * * * *

Deposition of David Scott Castaing taken at the law offices of Sutterfield and Webb, located at 650 Poydras Street, Suite 2715, New Orleans, Louisiana 70130, beginning on the 30th day of November, 2006.

Reported by:
Peter Caruso, CCR-CVR
Certified Court Reporter

APPEARANCES:

Representing the Plaintiffs,
Ethel Mumford, et al:

WIEDEMANN & WIEDEMANN
Attorneys at Law
By: Lawrence D. Wiedemann, Esq.
821 Baronne Street
New Orleans, Louisiana 70113

LAW OFFICE OF BRIAN A. GILBERT
Attorneys at Law
By: Brian A. Gilbert, Esq.
3232 Edenborn Avenue
Metairie, Louisiana 70002

MR. PATRICK J. SANDERS, ESQ.
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002

Representing the Plaintiffs:

HEARD ROBINS
Attorneys at Law
By: Jeth Jones Esq.
One Allen Center
500 Dallas
Suite 3100
Houston, Texas 77002

Representing the Plaintiffs,
Marie Benoit, et al:

Representing Joseph C. Domino, Inc.
and Unique Towing, Inc.:

EMMETT, COBB, WAITS & HENNING
Attorneys at Law
By: John F. Emmett, Esq.
1515 Poydras Street
Suite 1950
New Orleans, Louisiana 70112

Representing Joseph C. Domino, Inc.:

HARRIS & RUFTY, L.L.C.
Attorneys at Law
By: Jill Willhoft, Esq.
650 Poydras Street
Suite 2710
New Orleans, Louisiana 70130

Representing Lafarge North America, Inc.:

CHAFFE, McCALL, L.L.P.
Attorneys at Law
By: Robert B. Fisher, Jr., Esq.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

Representing Ingram Barge Company:

LISKOW & LEWIS
Attorneys at Law
By: Don Haycraft, Esq.
701 Poydras Street
50th Floor

Representing Board of Commissioners,
Port of New Orleans:

DAIGLE, FISSE & KESSENICH
Attorneys at Law
By: Jonathan H. Sandoz, Esq.
P. O. Box 5350
Covington, Louisiana 70434-5350

- 4 -

EXHIBIT J

**DAVID CASTAING**

MINIDEP by Kenson

---

1  A. I know a towboat is needed.
2  Q. But you don't know what kind of equipment
3  might be needed?
4  A. No, sir.
5  Q. And so, how do you know whether or not
6  the vessel that you assign can carry out the task
7  that it's being assigned to?
8  A. The vessel's equipped to do the job.
9  Q. Are they equipped with extra line and
10 extra cable to do jobs?
11 A. Yeah. They have lines and cables on the
12 vessels.
13 Q. Do you not bill the customers for any
14 lines and cables that are used?
15 A. The vessels don't leave lines -- their
16 lines and cables. That's for their personal tows
17 and so forth they might push. They do not
18 leave -- they don't leave their rig in that
19 facility.
20 Q. On the 27th of August -- excuse me, yeah,
21 27th of August, did you dispatch the Regina H to
22 the Lafarge facility?
23 A. Yes.
24 Q. And let me show you what has previously
25 been identified as -- it's a Domino exhibit,

- 19 -

---

1  A. Who is --
2  Q. What's his full name?
3  A. -- Ed?
4  Q. Yeah.
5  A. Ed Busch.
6  Q. So Ed Busch called you at 10 a.m.?
7  A. Correct.
8  Q. And you wrote down, "Report to Lafarge,
9  swap out. Regina H, Lafarge." And that's your
10 handwriting?
11 A. Correct.
12 Q. So Mr. Busch told you that he wanted to
13 do what, when you say "swap out"?
14 A. On that particular job, he wanted us to
15 just top around the two barges that were at the
16 dock and respot them where they were at tied up.
17 Q. So on this particular occasion he told
18 you what he wanted done?
19 A. Correct.
20 Q. And did you tell the crew of the Regina H
21 what they were to do?
22 A. Yes.
23 Q. Did Mr. Busch tell you that they had to
24 do anything else but top them around, to add any
25 lines or do anything?

- 21 -

---

1  Bates stamp -- it's a Bate stamp 00009. You see
2  that? Do you recognize that document?
3  A. This is my worksheet.
4  Q. And what we see is the -- these blocks
5  are when you assign vessels?
6  A. The blocks are the job orders.
7  Q. And that's in successive order? Is that
8  how you rotate them?
9  A. Rotate the vessels? The vessel names are
10 here and they're rotated here (indicating).
11 Q. So these are assignments that you made to
12 Regina H?
13 A. Those were jobs that were dispatched to
14 the Regina H.
15 Q. And you've got -- what is this block here
16 (indicating)? What time is that?
17 A. It's 10 a.m.
18 Q. And is that your handwriting?
19 A. Yes.
20 Q. What's the "Ed" stand for?
21 A. Ed. That's the name of the person that
22 ordered the job.
23 Q. So Ed would be a person from Lafarge?
24 A. Correct.
25 Q. Who is that? Do you know?

- 20 -

---

1  A. No.
2  Q. Hm?
3  A. No.
4  Q. What did you understand when he told you
5  that he wanted them "topped around"?
6  A. To top around the two barges and retie
7  them to the dock.
8  Q. Did he tell you why he wanted them topped
9  around?
10 A. He wanted the empty that was tied to the
11 dock, and the load was on the outside of the
12 empty, he wanted them topped around, to where the
13 load was tied to the dock.
14 Q. Did he tell you anything else besides he
15 wanted the -- he described the barges, one being
16 full, one being empty, and the empty being up to
17 the dock and the full outside?
18 A. Correct.
19 Q. And he wanted that reversed?
20 A. Correct.
21 Q. What else did he tell you?
22 A. That was it.
23 Q. Did he say any reason why he was topping
24 them around?
25 A. Only that they wanted the load, the

- 22 -

---

**Peter Caruso & Associates (504) 432-3656**
P.O. Box 10741, Jefferson, Louisiana 70181