ARNOLD, JENNIFER  
6/11/2008

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION

                                       NO. 05-4182
                                          "K" (2)

PERTAINS TO: BARGE                JUDGE DUVAL

                                          MAG. WILKINSON

BOUTTE V. LAFARGE          05-5531
MUMFORD V. INGRAM          05-5724
LAGARDE V. LARFARGE        06-5342
PERRY V. INGRAM            06-6299
BENOIT V. LAFARGE          06-7516
PARFAIT FAMILY V. USA     07-3500
LAFARGE V. USA             07-5178

    DEPOSITION OF JENNIFER MILLER ARNOLD,
61 Graham Drive, Mayfield, Kentucky 42066,
taken in the offices of Chaffe, McCall, 2500
Energy Centre, 1100 Poydras Street, New
Orleans, Louisiana 70163, on Tuesday, June 11,
2008.


EXHIBIT K

Johns Pendleton Court Reporters                                    80

1     A.    No, because it wasn't in the Gulf I
2  don't believe at that point in time.
3     Q.    Okay.  Did you review any safety
4  policy or procedures manuals?
5     A.    Not at that time.  We just reviewed
6  the fact that we needed to get them moved and
7  get them organized in the new building.
8     Q.    But they did have safety policy and
9  procedure manuals --
10    A.    Yes.
11    Q.    -- at that facility?
12    A.    Yes.
13    Q.    Okay.  From the date of that visit
14 to the storm, did you have any conversations
15 with anyone at the facility about the storm?
16    A.    Yes.
17    Q.    Who and when?
18    A.    I spoke to Ed Bush on the Saturday
19 morning and afternoon before the storm.
20    Q.    Can you tell us, did you call him?
21 What was said?
22    A.    I called Ed on the morning --
23 Saturday morning and told him that -- asked
24 him what they were doing in preparation for
25 the storm.  That I could not reach Dennis.

1   Did he know where Dennis was.  And he said
2   Dennis had been on vacation and that they were
3   taking all the preparation steps for the
4   storm, they were securing the facility and
5   that they would be evacuating.  I asked him to
6   call me to let me know when they had completed
7   everything and would be evacuating so that I
8   knew that they were gone.
9         Q.   Okay.  Did he call you?
10        A.   Yes.  He called me that afternoon
11  and explained to me that they were -- they had
12  completed all of their preparations.  He had
13  called to have a barge picked up and that
14  there was an employee that was still in the
15  facility loading a truck and that he would be
16  loaded -- he would be out in the next 15
17  minutes and lock the gate behind him.
18        Q.   Had Mr. Bush left by this time?
19        A.   He was on his way out at that point.
20        Q.   Did he mention anything about how
21  the barges were tied up?
22        A.   No.
23        Q.   And did you ask him?
24        A.   No.  That's not my area of
25  expertise.

ARNOLD, JENNIFER

6/11/2008

Page 52

```
 1    were at home at the time?
 2         A.    Yes.
 3         Q.    Were you calling from your home
 4    phone or from a business phone?
 5         A.    I don't remember.  Maybe both.  I
 6    really don't remember.
 7         Q.    Do you recall, or do you have the
 8    same -- You think it would have been a cell
 9    phone or a business phone?
10         A.    Yes.
11         Q.    What's that cell phone number?
12         A.    270 493-6004.
13         Q.    What's your home phone number?
14         A.    270 247-3961.
15         Q.    And it would have been one of the
16    two that you would have called from?
17         A.    Yes.
18         Q.    Do you recall when you reached Mr.
19    Bush, did you reach him on his cell phone or
20    one of the land lines?
21         A.    I don't remember that part.  I
22    remember not being able to reach Dennis and I
23    don't know if I had his cell phone number at
24    that time or if I just called the terminal
25    number.
```