**RAYMOND GRABERT**

MINIDEP by Kenson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF INGRAM BARGE COMPANY AS OWNER OF THE ING4727, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 05-4419 C/W 05-4237 C/W 05-5531 C/W 05-5724 |

SECTION "C" (2)

* * * * * * * * * * * * * * * * * * * * *

Deposition of RAYMOND GRABERT, JR., taken at the offices of Emmett, Cobb, Waits, & Henning, located at 1515 Poydras Street, Suite 1950, New Orleans, Louisiana 70112, beginning on the 27th day of October, 2006.

Reported by:
Peter Caruso, CCR-CVR
Certified Court Reporter

APPEARANCES:

Representing the Plaintiffs,
   Ethel Mumford, et al:

WIEDEMANN & WIEDEMANN
Attorneys at Law
By: Lawrence D. Wiedemann, Esq. (#13457)
821 Baronne Street
New Orleans, Louisiana 70113

LAW OFFICE OF BRIAN A. GILBERT
Attorneys at Law
By: Brian A. Gilbert, Esq. (#21297)
3232 Edenborn Avenue
Metairie, Louisiana 70002

MR. PATRICK J. SANDERS, ESQ. (#18741)
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002

Representing the Plaintiffs,
   The Parfait Family, et al:

LAW OFFICES OF ASHTON R. O'DWYER, JR.
Attorneys at Law
By: Ashton R. O'Dwyer, Jr., Esq. (#10166)
365 Canal Street
Suite 2670
New Orleans, Louisiana 70130

Representing Joseph C. Domino, Inc.
   and Unique Towing, Inc.:

Representing Joseph C. Domino, Inc.:

HARRIS & RUFTY, L.L.C.
Attorneys at Law
By: Jill S. Willhoft, Esq.
650 Poydras Street
Suite 2710
New Orleans, Louisiana 70130

Representing LaFarge North America, Inc.:

CHAFFE, McCALL, L.L.P.
Attorneys at Law
By: Robert B. Fisher, Jr., Esq.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

Representing Ingram Barge Company:

LISKOW & LEWIS
Attorneys at Law
By: Don Haycraft, Esq.
701 Poydras Street
50th Floor
New Orleans, Louisiana 70139

Representing New York Marine and
   General Insurance Company:

SUTTERFIELD & WEBB, L.L.C.
Attorneys at Law
By: Daniel A. Webb, Esq.
650 Poydras Street
Suite 2715

Representing Board of Commissioners,
   Port of New Orleans:

DAIGLE, FISSE & KESSENICH
Attorneys at Law
By: Jonathan H. Sandoz, Esq.
P. O. Box 5350
Covington, Louisiana 70434-5350

- 4 -

EXHIBIT L

**RAYMOND GRABERT**

MINIDEP by Kenson

### Page 23

1  Q. And who did Castaigne and Lasanne work
2  for?
3  A. Joseph C. Domino.
4  Q. So they were dispatchers for Joe Domino?
5  A. Right.
6  Q. And one of those at this time would be
7  the ones who would contact you by cell phone and
8  tell you where to go?
9  A. Right.
10  Q. If you would call them, how would you
11  reach them if you needed --
12  A. By cell phone.
13  Q. And what was the cell phone insofar as
14  the Joe Domino dispatchers? Where would you
15  call?
16  A. I'd call the office. 341-1122 was the
17  phone number. 504.
18  Q. So the communication at that time, if it
19  was coming from you, would come from the cell
20  phone you just gave me, 415-54 --
21  A. Yeah. 5046.
22  Q. 5046. And if it was coming in to you,
23  it would come from the other number?
24  A. Correct.
25  Q. 341-1122?

- 23 -

### Page 24

1  A. Right.
2  Q. Would the same be true for the relief
3  captain, the one that work the opposite you?
4  A. Right. Everybody on the vessel would
5  use that phone.
6  Q. Did the REGINA H have any method of
7  contacting either Joe Domino's dispatchers or
8  anyone else by e-mail or fax?
9  A. No. We don't have any computers or
10  nothing on the boat.
11  Q. And no fax capabilities?
12  A. We got a Nextel two-way radio on the
13  vessel, too, on the cell -- same phone as a
14  two-way radio.
15  Q. But is that connected with the Nextel
16  cell phone or is it --
17  A. Yeah. The phone we have on the vessel,
18  the number I just gave you, it has a Nextel
19  two-way radio, too. So sometime they call us on
20  that, too.
21  Q. So you could hold a conversation --
22  A. Right.
23  Q. -- on the --
24  A. Two-way radio.
25  Q. -- two-way radio?

- 24 -

### Page 25

1  A. Yeah.
2  Q. Can you patch in more than one person on
3  that?
4  A. No. It don't have the group. It's just
5  two-way.
6  Q. So if you were talking on the two-way
7  radio you would be talking -- in the case of
8  talking with the dispatcher, to Castaigne or
9  Lasanne, it wouldn't be anybody else?
10  A. No. They don't -- no. It's just
11  two-way.
12  Q. What was the connection, as far as you
13  know, between REGINA H and Unique, and Joe
14  Domino?
15  A. What is the connection?
16  Q. Yes, if you know.
17  A. Well, they're our broker. I think they
18  broker the boat. They give all the jobs to the
19  boat.
20  Q. And you were paid by, whom?
21  A. The boss that owned the vessel.
22  Q. No. I mean, how would your checks or
23  your method of pay --
24  A. It comes from Unique Towing before they
25  sold to Boulaye.

- 25 -

### Page 26

1  Q. So you would get a check from Unique
2  Towing?
3  A. Yeah, Unique Towing.
4  Q. And that would be true of the other deck
5  hands and --
6  A. Right.
7  Q. -- the relief captain?
8  A. Right.
9  Q. And who else would be, if you know, in
10  the Joe Domino dispatch office? Who else would
11  be in there; do you know?
12  A. At that time Gerald McNeill. He's the
13  owner of Joe C. Domino.
14  Q. And where was that office? Where were
15  they operating out of in --
16  A. On River Road in Marrero. I don't know
17  the exact address.
18  Q. Did you sometimes talk to Gerald
19  McNeill?
20  A. Yeah. Sometime he had weekend duty. He
21  would take Saturday and Sunday. And I'd talk to
22  him, too.
23  Q. When you say "weekend duty," he would
24  sometimes act as a dispatcher?
25  A. Right. He was a dispatcher on the

- 26 -