# Detailed Calling By Day

December 5, 2006
9:36:57AM

Inbound and outbound call records which took place in between the dates 08/20/05 and 08/31/05 by Custom Group at Site 1.

Toll Free Calls (504,800,888,877,971), Toll Calls

| Date | Time | Direction | Duration | Name | Number | Ext. | Line | Account Code |
|---|---|---|---|---|---|---|---|---|
| 8/27/2005 | 10:57 PM | In | 0 hrs. 0 mins. 34 secs. | | (504) 737-5194 | 117 | 1 | |
| 8/27/2005 | 11:44 PM | In | 0 hrs. 1 mins. 6 secs. | | (314) 595-0100 | 117 | 1 | |
| 8/27/2005 | 11:48 PM | Out | 0 hrs. 5 mins. 8 secs. | | (504) 228-3762 | 117 | 2 | |
| 8/27/2005 | 11:54 PM | In | 0 hrs. 3 mins. 15 secs. | NEW ORLEANS, LA | (504) 289-9505 | 117 | 1 | |
| Daily Total | | 178 Calls | 3 hrs. 47 mins. 39 secs. | | | | | |
| 8/28/2005 | 12:59 AM | In | 0 hrs. 2 mins. 27 secs. | | (601) 222-0809 | 117 | 1 | |
| 8/28/2005 | 1:41 AM | In | 0 hrs. 7 mins. 5 secs. | | (504) 415-5059 | 117 | 1 | |
| 8/28/2005 | 2:09 AM | In | 0 hrs. 1 mins. 9 secs. | | (504) 931-8859 | 117 | 1 | |
| 8/28/2005 | 4:25 AM | Out | 0 hrs. 1 mins. 14 secs. | S AND D TOWING | (504) 289-9505 | 117 | 2 | |
| 8/28/2005 | 4:27 AM | Out | 0 hrs. 4 mins. 13 secs. | | (504) 228-3762 | 117 | 2 | |
| 8/28/2005 | 4:32 AM | In | 0 hrs. 4 mins. 10 secs. | | (504) 915-6149 | 117 | 1 | |
| 8/28/2005 | 5:24 AM | In | 0 hrs. 9 mins. 32 secs. | NEW ORLEANS, LA | (504) 835-3070 | 117 | 1 | |
| 8/28/2005 | 6:04 AM | Out | 0 hrs. 5 mins. 4 secs. | | (504) 421-3202 | 117 | 7 | |
| 8/28/2005 | 6:15 AM | In | 0 hrs. 13 mins. 18 secs. | | (504) 421-3202 | 117 | 2 | |
| 8/28/2005 | 6:24 AM | In | 0 hrs. 0 mins. 44 secs. | | (985) 624-8673 | 117 | 7 | |
| 8/28/2005 | 6:37 AM | Out | 0 hrs. 1 mins. 40 secs. | | (479) 283-8142024 | 117 | 7 | |
| 8/28/2005 | 6:51 AM | Out | 0 hrs. 12 mins. 25 secs. | | (985) 788-4762024 | 117 | 7 | |
| 8/28/2005 | 6:59 AM | In | 0 hrs. 2 mins. 36 secs. | | (601) 222-0780 | 117 | 1 | |
| 8/28/2005 | 7:04 AM | Out | 0 hrs. 0 mins. 35 secs. | | (504) 835-3116 | 117 | 7 | |
| 8/28/2005 | 7:09 AM | In | 0 hrs. 2 mins. 53 secs. | | (601) 222-0780 | 117 | 1 | |
| 8/28/2005 | 7:28 AM | Out | 0 hrs. 4 mins. 25 secs. | | (504) 812-5481 | 117 | 7 | |
| 8/28/2005 | 7:33 AM | Out | 0 hrs. 0 mins. 12 secs. | | (504) 432-0208 | 117 | 7 | |
| 8/28/2005 | 7:33 AM | Out | 0 hrs. 0 mins. 29 secs. | | (504) 731-1949 | 117 | 7 | |
| 8/28/2005 | 7:34 AM | Out | 0 hrs. 0 mins. 15 secs. | | (504) 289-9505 | 117 | 7 | |
| 8/28/2005 | 7:34 AM | Out | 0 hrs. 0 mins. 27 secs. | | (504) 436-0868 | 117 | 7 | |
| 8/28/2005 | 7:35 AM | In | 0 hrs. 0 mins. 48 secs. | ANDERSON NOEL L | (504) 436-0868 | 117 | 1 | |
| 8/28/2005 | 7:36 AM | In | 0 hrs. 2 mins. 46 secs. | | (601) 222-0780 | 117 | 2 | |
| 8/28/2005 | 8:00 AM | Out | 0 hrs. 0 mins. 41 secs. | | (504) 421-3202 | 117 | 7 | |
| 8/28/2005 | 8:02 AM | In | 0 hrs. 0 mins. 43 secs. | | (504) 421-3202 | 117 | 1 | |
| 8/28/2005 | 8:03 AM | Out | 0 hrs. 0 mins. 29 secs. | | (504) 228-3762 | 117 | 7 | |
| 8/28/2005 | 8:05 AM | In | 0 hrs. 1 mins. 17 secs. | | (XXX) XXX-XXXX | 117 | 1 | |
| 8/28/2005 | 8:11 AM | In | 0 hrs. 1 mins. 20 secs. | NEW ORLEANS, LA | (504) 432-0208 | 117 | 1 | |
| 8/28/2005 | 8:13 AM | Out | 0 hrs. 3 mins. 34 secs. | | (504) 415-5059 | 117 | 7 | |
| 8/28/2005 | 8:16 AM | In | 0 hrs. 0 mins. 17 secs. | | (504) 554-1892 | 117 | 1 | |
| 8/28/2005 | 8:18 AM | In | 0 hrs. 0 mins. 24 secs. | ACADIAN AMBULAN | (337) 291-1111 | 117 | 1 | |

EXHIBIT
O

*Detailed Calling By Day*

December 5, 2006
9:36:57AM

Inbound and outbound call records which took place in between the dates 08/20/05 and 08/31/05 by Custom Group at Site 1.

Toll Free Calls (504,800,888,877,971), Toll Calls

| Date | Time | Direction | Duration | Name | Number | Ext. | Line | Account Code |
|---|---|---|---|---|---|---|---|---|
| 8/27/2005 | 3:55 PM | Out | 0 hrs. 0 mins. 12 secs. | | (985) 768-8910024 | 117 | 6 | |
| 8/27/2005 | 3:56 PM | Out | 0 hrs. 1 mins. 18 secs. | | (985) 340-19500241 | 117 | 6 | |
| 8/27/2005 | 4:18 PM | In | 0 hrs. 1 mins. 10 secs. | | (504) 982-2022 | 117 | 1 | |
| 8/27/2005 | 4:19 PM | In | 0 hrs. 1 mins. 16 secs. | NEW ORLEANS, LA | (985) 536-4012 | 117 | 2 | |
| 8/27/2005 | 4:20 PM | In | 0 hrs. 0 mins. 57 secs. | NEW ORLEANS, LA | (504) 982-2022 | 117 | 1 | |
| 8/27/2005 | 4:28 PM | In | 0 hrs. 1 mins. 39 secs. | | (XXX) XXX-XXXX | 117 | 1 | |
| 8/27/2005 | 4:34 PM | In | 0 hrs. 0 mins. 16 secs. | TRIANGLE FLEETI | (504) 468-3957 | 117 | 1 | |
| 8/27/2005 | 4:44 PM | In | 0 hrs. 2 mins. 16 secs. | | (XXX) XXX-XXXX | 117 | 1 | |
| 8/27/2005 | 5:21 PM | In | 0 hrs. 1 mins. 30 secs. | NEW ORLEANS, LA | (504) 812-5481 | 117 | 1 | |
| 8/27/2005 | 5:24 PM | In | 0 hrs. 1 mins. 11 secs. | | (251) 463-1033 | 117 | 1 | |
| 8/27/2005 | 5:33 PM | Out | 0 hrs. 3 mins. 51 secs. | | (504) 228-3762 | 117 | 7 | |
| 8/27/2005 | 5:42 PM | In | 0 hrs. 0 mins. 28 secs. | NEW ORLEANS, LA | (504) 982-1015 | 117 | 1 | |
| 8/27/2005 | 5:42 PM | Out | 0 hrs. 2 mins. 40 secs. | | (504) 421-3202 | 117 | 7 | |
| 8/27/2005 | 5:59 PM | In | 0 hrs. 0 mins. 32 secs. | ANDERSON NOEL L | (504) 436-0868 | 117 | 1 | |
| 8/27/2005 | 6:14 PM | In | 0 hrs. 0 mins. 45 secs. | ANDERSON NOEL L | (504) 436-0868 | 117 | 1 | |
| 8/27/2005 | 6:20 PM | Out | 0 hrs. 1 mins. 36 secs. | | (504) 421-3202 | 117 | 7 | |
| 8/27/2005 | 6:25 PM | Out | 0 hrs. 0 mins. 43 secs. | | (985) 768-8910024 | 117 | 7 | |
| 8/27/2005 | 6:26 PM | Out | 0 hrs. 0 mins. 13 secs. | | (985) 882-3434024 | 117 | 7 | |
| 8/27/2005 | 6:26 PM | In | 0 hrs. 1 mins. 10 secs. | NEW ORLEANS, LA | (504) 430-4742 | 117 | 1 | |
| 8/27/2005 | 6:28 PM | Out | 0 hrs. 0 mins. 42 secs. | | (985) 882-3434024 | 117 | 7 | |
| 8/27/2005 | 6:28 PM | Out | 0 hrs. 0 mins. 20 secs. | | (985) 768-8910024 | 117 | 7 | |
| 8/27/2005 | 6:29 PM | Out | 0 hrs. 0 mins. 10 secs. | | (985) 768-8910024 | 117 | 7 | |
| 8/27/2005 | 6:39 PM | In | 0 hrs. 0 mins. 35 secs. | | (601) 222-0780 | 117 | 1 | |
| 8/27/2005 | 6:41 PM | In | 0 hrs. 0 mins. 39 secs. | ANDERSON NOEL L | (504) 436-0868 | 117 | 2 | |
| 8/27/2005 | 6:54 PM | In | 0 hrs. 5 mins. 37 secs. | ANDERSON NOEL L | (XXX) XXX-XXXX | 117 | 7 | |
| 8/27/2005 | 7:27 PM | In | 0 hrs. 0 mins. 58 secs. | WIRELESS CALL | (504) 251-5766 | 117 | 1 | |
| 8/27/2005 | 7:58 PM | In | 0 hrs. 1 mins. 2 secs. | NEW ORLEANS, LA | (504) 481-7606 | 117 | 1 | |
| 8/27/2005 | 8:04 PM | In | 0 hrs. 0 mins. 26 secs. | | (504) 835-3070 | 117 | 1 | |
| 8/27/2005 | 8:05 PM | In | 0 hrs. 0 mins. 14 secs. | | (985) 640-1072 | 117 | 2 | |
| 8/27/2005 | 8:18 PM | In | 0 hrs. 1 mins. 27 secs. | | (504) 421-3202 | 117 | 1 | |
| 8/27/2005 | 8:24 PM | In | 0 hrs. 6 mins. 31 secs. | NEW ORLEANS, LA | (504) 376-4088 | 117 | 1 | |
| 8/27/2005 | 8:46 PM | In | 0 hrs. 1 mins. 15 secs. | | (985) 624-8673 | 117 | 1 | |
| 8/27/2005 | 9:30 PM | In | 0 hrs. 0 mins. 37 secs. | | (504) 488-6813 | 117 | 1 | |
| 8/27/2005 | 9:41 PM | In | 0 hrs. 0 mins. 43 secs. | | (911) 911-9111 | 117 | 1 | |
| 8/27/2005 | 10:35 PM | In | 0 hrs. 6 mins. 15 secs. | | (504) 430-4742 | 117 | 1 | |
| 8/27/2005 | 10:49 PM | In | 0 hrs. 1 mins. 36 secs. | NEW ORLEANS, LA | (504) 737-5194 | 117 | 1 | |

*Detailed Calling By Day*

December 5, 2006
9:36:57AM

**Inbound and outbound call records which took place in between the dates 08/20/05 and 08/31/05 by Custom Group at Site 1.**

Toll-Free Calls (504,800,888,877,971) , Toll Calls

| Date | Time | Direction | Duration | Name | Number | Ext. | Line | Account Code |
|------|------|-----------|----------|------|--------|------|------|--------------|
| 8/27/2005 | 12:04 PM | In | 0 hrs. 0 mins. 51 secs. | NEW ORLEANS, LA | (504) 376-7560 | 117 | 1 | |
| 8/27/2005 | 12:10 PM | In | 0 hrs. 1 mins. 32 secs. | NEW ORLEANS, LA | (504) 376-7560 | 117 | 1 | |
| 8/27/2005 | 12:15 PM | In | 0 hrs. 0 mins. 30 secs. | | (504) 328-1553 | 117 | 1 | |
| 8/27/2005 | 12:16 PM | In | 0 hrs. 1 mins. 47 secs. | NEW ORLEANS, LA | (504) 382-7039 | 117 | 2 | |
| 8/27/2005 | 12:19 PM | Out | 0 hrs. 0 mins. 31 secs. | | (504) 289-9505 | 117 | 7 | |
| 8/27/2005 | 12:19 PM | Out | 0 hrs. 0 mins. 31 secs. | | (504) 289-9505 | 117 | 7 | |
| 8/27/2005 | 12:22 PM | In | 0 hrs. 0 mins. 53 secs. | ZITO FLEETING L | (504) 365-0957 | 117 | 1 | |
| 8/27/2005 | 12:31 PM | In | 0 hrs. 2 mins. 12 secs. | NEW ORLEANS, LA | (504) 376-7560 | 117 | 1 | |
| 8/27/2005 | 12:41 PM | In | 0 hrs. 2 mins. 17 secs. | | (601) 810-2552 | 117 | 1 | |
| 8/27/2005 | 12:52 PM | In | 0 hrs. 0 mins. 53 secs. | | (225) 654-1080 | 117 | 1 | |
| 8/27/2005 | 12:57 PM | In | 0 hrs. 2 mins. 18 secs. | ZITO FLEETING L | (504) 365-0957 | 117 | 1 | |
| 8/27/2005 | 1:10 PM | In | 0 hrs. 0 mins. 15 secs. | | (713) 473-8100 | 117 | 1 | |
| 8/27/2005 | 1:15 PM | In | 0 hrs. 0 mins. 34 secs. | | (504) 835-5996 | 117 | 1 | |
| 8/27/2005 | 1:20 PM | In | 0 hrs. 0 mins. 53 secs. | NEW ORLEANS, LA | (504) 376-4088 | 117 | 1 | |
| 8/27/2005 | 1:21 PM | Out | 0 hrs. 0 mins. 25 secs. | | (504) 430-0173 | 117 | 7 | |
| 8/27/2005 | 1:21 PM | Out | 0 hrs. 0 mins. 16 secs. | | (504) 430-0173 | 117 | 7 | |
| 8/27/2005 | 1:21 PM | Out | 0 hrs. 0 mins. 18 secs. | | (504) 430-0173 | 117 | 7 | |
| 8/27/2005 | 1:22 PM | Out | 0 hrs. 0 mins. 13 secs. | | (504) 430-0173 | 117 | 7 | |
| 8/27/2005 | 1:22 PM | In | 0 hrs. 0 mins. 26 secs. | | (985) 882-3741 | 117 | 1 | |
| 8/27/2005 | 1:24 PM | In | 0 hrs. 0 mins. 43 secs. | | (504) 208-0541 | 117 | 2 | |
| 8/27/2005 | 1:26 PM | In | 0 hrs. 0 mins. 42 secs. | NEW ORLEANS, LA | (504) 256-8701 | 117 | 1 | |
| 8/27/2005 | 1:34 PM | In | 0 hrs. 0 mins. 40 secs. | | (985) 536-4012 | 117 | 1 | |
| 8/27/2005 | 1:34 PM | In | 0 hrs. 1 mins. 17 secs. | ANDERSON NOEL L | (504) 436-0868 | 117 | 2 | |
| 8/27/2005 | 1:37 PM | In | 0 hrs. 0 mins. 22 secs. | | (985) 640-1072 | 117 | 1 | |
| 8/27/2005 | 1:42 PM | In | 0 hrs. 1 mins. 31 secs. | NEW ORLEANS, LA | (504) 430-4742 | 117 | 2 | |
| 8/27/2005 | 1:42 PM | In | 0 hrs. 2 mins. 21 secs. | TAMPA CENTR, FL | (813) 672-3920 | 117 | 1 | |
| 8/27/2005 | 1:44 PM | In | 0 hrs. 0 mins. 30 secs. | | (504) 894-6300 | 117 | 3 | |
| 8/27/2005 | 2:10 PM | In | 0 hrs. 1 mins. 18 secs. | | (985) 536-4012 | 117 | 1 | |
| 8/27/2005 | 2:44 PM | Out | 0 hrs. 1 mins. 2 secs. | | (504) 421-3202 | 117 | 7 | |
| 8/27/2005 | 2:46 PM | Out | 0 hrs. 1 mins. 20 secs. | | (504) 421-3202 | 117 | 7 | |
| 8/27/2005 | 2:47 PM | In | 0 hrs. 1 mins. 17 secs. | | (504) 837-0129 | 117 | 1 | |
| 8/27/2005 | 2:48 PM | In | 0 hrs. 1 mins. 26 secs. | | (985) 536-4012 | 117 | 2 | |
| 8/27/2005 | 2:57 PM | In | 0 hrs. 0 mins. 31 secs. | | (XXX) XXX-XXXX | 117 | 7 | |
| 8/27/2005 | 3:04 PM | In | 0 hrs. 1 mins. 53 secs. | ZITO FLEETING L | (504) 365-0957 | 117 | 1 | |
| 8/27/2005 | 3:39 PM | In | 0 hrs. 0 mins. 22 secs. | | (504) 835-3070 | 117 | 1 | |
| 8/27/2005 | 3:45 PM | In | 0 hrs. 0 mins. 44 secs. | NEW ORLEANS, LA | (504) 376-4088 | 117 | 1 | |

*Detailed Calling By Day*

December 5, 2006
9:36:57AM

**Inbound and outbound call records which took place in between the dates 08/20/05 and 08/31/05 by Custom Group at Site 1.**

Toll Free Calls (504,800,888,877,971) , Toll Calls

| Date | Time | Direction | Duration | Name | Number | Ext. | Line | Account Code |
|---|---|---|---|---|---|---|---|---|
| 8/27/2005 | 9:34 AM | Out | 0 hrs. 0 mins. 20 secs. | | (504) 458-7786 | 117 | 7 | |
| 8/27/2005 | 9:35 AM | In | 0 hrs. 0 mins. 37 secs. | | (504) 589-4633 | 117 | 1 | |
| 8/27/2005 | 9:36 AM | Out | 0 hrs. 0 mins. 17 secs. | UNITED STATES G | (504) 615-9857 | 117 | 7 | |
| 8/27/2005 | 9:36 AM | In | 0 hrs. 1 mins. 24 secs. | | (XXX) XXX-XXXX | 117 | 7 | |
| 8/27/2005 | 9:40 AM | Out | 0 hrs. 4 mins. 46 secs. | | (504) 415-5059 | 117 | 7 | |
| 8/27/2005 | 9:47 AM | Out | 0 hrs. 0 mins. 47 secs. | | (504) 415-5059 | 117 | 6 | |
| 8/27/2005 | 9:53 AM | In | 0 hrs. 2 mins. 5 secs. | NEW ORLEANS, LA | (504) 415-5059 | 117 | 1 | |
| 8/27/2005 | 9:56 AM | In | 0 hrs. 2 mins. 45 secs. | CARLINE'S GEISM | (225) 473-7659 | 117 | 1 | |
| 8/27/2005 | 10:01 AM | In | 0 hrs. 0 mins. 44 secs. | NEW ORLEANS, LA | (504) 458-7786 | 117 | 1 | |
| 8/27/2005 | 10:02 AM | In | 0 hrs. 0 mins. 31 secs. | | (618) 524-8056 | 117 | 2 | |
| 8/27/2005 | 10:04 AM | In | 0 hrs. 1 mins. 11 secs. | | (618) 524-8056 | 117 | 1 | |
| 8/27/2005 | 10:05 AM | Out | 0 hrs. 0 mins. 16 secs. | | (504) 415-5059 | 117 | 7 | |
| 8/27/2005 | 10:06 AM | Out | 0 hrs. 0 mins. 26 secs. | | (504) 931-9818 | 117 | 7 | |
| 8/27/2005 | 10:06 AM | Out | 0 hrs. 1 mins. 2 secs. | | (504) 228-3762 | 117 | 7 | |
| 8/27/2005 | 10:10 AM | Out | 0 hrs. 0 mins. 22 secs. | | (504) 931-9818 | 117 | 7 | |
| 8/27/2005 | 10:14 AM | Out | 0 hrs. 0 mins. 40 secs. | | (504) 458-7786 | 117 | 7 | |
| 8/27/2005 | 10:14 AM | Out | 0 hrs. 1 mins. 14 secs. | | (504) 458-7786 | 117 | 7 | |
| 8/27/2005 | 10:16 AM | Out | 0 hrs. 0 mins. 42 secs. | | (504) 982-1987 | 117 | 7 | |
| 8/27/2005 | 10:18 AM | In | 0 hrs. 0 mins. 27 secs. | | (601) 222-0780 | 117 | 1 | |
| 8/27/2005 | 10:21 AM | In | 0 hrs. 0 mins. 37 secs. | CARLINE'S GEISM | (225) 473-6983 | 117 | 2 | |
| 8/27/2005 | 10:24 AM | In | 0 hrs. 1 mins. 17 secs. | | (911) 911-9111 | 117 | 2 | |
| 8/27/2005 | 10:41 AM | Out | 0 hrs. 2 mins. 30 secs. | | (985) 788-4762024 | 117 | 7 | |
| 8/27/2005 | 10:44 AM | In | 0 hrs. 0 mins. 17 secs. | PONTCHARTRAIN M | (504) 949-7571 | 117 | 1 | |
| 8/27/2005 | 10:45 AM | In | 0 hrs. 0 mins. 34 secs. | | (504) 894-6300 | 117 | 1 | |
| 8/27/2005 | 10:45 AM | Out | 0 hrs. 1 mins. 4 secs. | | (989) 692-2700024 | 117 | 7 | |
| 8/27/2005 | 10:47 AM | Out | 0 hrs. 2 mins. 32 secs. | | (270) 443-9404024 | 117 | 7 | |
| 8/27/2005 | 10:59 AM | In | 0 hrs. 2 mins. 34 secs. | | (XXX) XXX-XXXX | 117 | 2 | |
| 8/27/2005 | 10:59 AM | In | 0 hrs. 3 mins. 2 secs. | HEBERT JONATHAN | (985) 868-4140 | 117 | 1 | |
| 8/27/2005 | 11:02 AM | In | 0 hrs. 0 mins. 29 secs. | RAY 01,ABERCROM | (504) 554-3684 | 117 | 1 | |
| 8/27/2005 | 11:07 AM | In | 0 hrs. 0 mins. 47 secs. | | (601) 222-0780 | 117 | 1 | |
| 8/27/2005 | 11:08 AM | Out | 0 hrs. 6 mins. 59 secs. | | (479) 283-8142024 | 117 | 7 | |
| 8/27/2005 | 11:20 AM | In | 0 hrs. 0 mins. 24 secs. | | (601) 222-0780 | 117 | 1 | |
| 8/27/2005 | 11:24 AM | In | 0 hrs. 0 mins. 24 secs. | | (504) 828-6270 | 117 | 1 | |
| 8/27/2005 | 11:32 AM | In | 0 hrs. 0 mins. 10 secs. | | (985) 875-9356 | 117 | 1 | |
| 8/27/2005 | 11:45 AM | In | 0 hrs. 2 mins. 11 secs. | NEW ORLEANS, LA | (504) 982-2022 | 117 | 1 | |
| 8/27/2005 | 11:48 AM | Out | 0 hrs. 0 mins. 20 secs. | | (504) 289-9505 | 117 | 7 | |

*Detailed Calling By Day*

December 5, 2006
9:36:57AM

**Inbound and outbound call records which took place in between the dates 08/20/05 and 08/31/05 by Custom Group at Site 1.**

**Toll-Free Calls (504,800,888,877,971), Toll Calls**

| Date | Time | Direction | Duration | Name | Number | Ext. | Line | Account Code |
|------|------|-----------|----------|------|--------|------|------|---------------|
| 8/27/2005 | 8:02 AM | Out | 0 hrs. 8 mins. 22 secs. | | (504) 415-5059 | 117 | 7 | |
| 8/27/2005 | 8:12 AM | Out | 0 hrs. 1 mins. 51 secs. | | (504) 463-2202 | 117 | 7 | |
| 8/27/2005 | 8:14 AM | In | 0 hrs. 0 mins. 27 secs. | | (504) 915-6618 | 117 | 1 | |
| 8/27/2005 | 8:21 AM | In | 0 hrs. 0 mins. 40 secs. | NEW ORLEANS, LA | (601) 222-0780 | 117 | 1 | |
| 8/27/2005 | 8:21 AM | In | 0 hrs. 1 mins. 2 secs. | | (504) 450-7897 | 117 | 2 | |
| 8/27/2005 | 8:25 AM | Out | 0 hrs. 0 mins. 18 secs. | NEW ORLEANS, LA | (000) 000-0059 | 117 | 7 | |
| 8/27/2005 | 8:26 AM | Out | 0 hrs. 1 mins. 3 secs. | | (504) 931-8859 | 117 | 7 | |
| 8/27/2005 | 8:27 AM | Out | 0 hrs. 1 mins. 0 secs. | | (504) 415-5059 | 117 | 6 | |
| 8/27/2005 | 8:29 AM | Out | 0 hrs. 1 mins. 37 secs. | | (504) 581-2424 | 117 | 7 | |
| 8/27/2005 | 8:31 AM | In | 0 hrs. 1 mins. 31 secs. | NEW ORLEANS, LA | (504) 382-7039 | 117 | 2 | |
| 8/27/2005 | 8:31 AM | In | 0 hrs. 1 mins. 5 secs. | NEW ORLEANS, LA | (504) 915-6017 | 117 | 1 | |
| 8/27/2005 | 8:40 AM | Out | 0 hrs. 0 mins. 27 secs. | | (504) 733-5845 | 117 | 7 | |
| 8/27/2005 | 8:42 AM | In | 0 hrs. 1 mins. 18 secs. | | (985) 536-4012 | 117 | 1 | |
| 8/27/2005 | 8:44 AM | In | 0 hrs. 1 mins. 0 secs. | T T COATINGS IN | (504) 436-3766 | 117 | 1 | |
| 8/27/2005 | 8:46 AM | In | 0 hrs. 4 mins. 15 secs. | | (314) 863-8917 | 117 | 1 | |
| 8/27/2005 | 8:48 AM | In | 0 hrs. 0 mins. 29 secs. | NEW ORLEANS, LA | (504) 430-4742 | 117 | 2 | |
| 8/27/2005 | 8:52 AM | In | 0 hrs. 1 mins. 33 secs. | | (314) 863-8916 | 117 | 1 | |
| 8/27/2005 | 8:55 AM | In | 0 hrs. 0 mins. 18 secs. | | (314) 863-8917 | 117 | 1 | |
| 8/27/2005 | 8:55 AM | Out | 0 hrs. 0 mins. 15 secs. | | (504) 835-0303 | 117 | 6 | |
| 8/27/2005 | 8:55 AM | In | 0 hrs. 2 mins. 0 secs. | NEW ORLEANS, LA | (504) 416-7174 | 117 | 1 | |
| 8/27/2005 | 8:56 AM | In | 0 hrs. 1 mins. 51 secs. | NEW ORLEANS, LA | (504) 416-4945 | 117 | 3 | |
| 8/27/2005 | 8:58 AM | Out | 0 hrs. 1 mins. 57 secs. | | (314) 863-2122024 | 117 | 7 | |
| 8/27/2005 | 9:01 AM | In | 0 hrs. 0 mins. 39 secs. | | (504) 7337-5194 | 117 | 1 | |
| 8/27/2005 | 9:04 AM | In | 0 hrs. 0 mins. 43 secs. | NEW ORLEANS, LA | (504) 376-4088 | 117 | 1 | |
| 8/27/2005 | 9:06 AM | Out | 0 hrs. 0 mins. 54 secs. | | (870) 856-6130024 | 117 | 6 | |
| 8/27/2005 | 9:08 AM | In | 0 hrs. 0 mins. 46 secs. | CARLINE'S GEISM | (225) 473-7670 | 117 | 1 | |
| 8/27/2005 | 9:09 AM | In | 0 hrs. 1 mins. 19 secs. | NEW ORLEANS, LA | (504) 450-7897 | 117 | 2 | |
| 8/27/2005 | 9:14 AM | In | 0 hrs. 0 mins. 37 secs. | NEW ORLEANS, LA | (504) 400-9301 | 117 | 1 | |
| 8/27/2005 | 9:20 AM | Out | 0 hrs. 0 mins. 48 secs. | | (985) 536-0226024 | 117 | 7 | |
| 8/27/2005 | 9:22 AM | In | 0 hrs. 0 mins. 55 secs. | | (504) 828-6270 | 117 | 1 | |
| 8/27/2005 | 9:23 AM | In | 0 hrs. 0 mins. 49 secs. | | (618) 281-4515 | 117 | 2 | |
| 8/27/2005 | 9:26 AM | Out | 0 hrs. 0 mins. 29 secs. | | (504) 415-5059 | 117 | 7 | |
| 8/27/2005 | 9:28 AM | In | 0 hrs. 0 mins. 43 secs. | | (985) 536-4012 | 117 | 1 | |
| 8/27/2005 | 9:31 AM | In | 0 hrs. 0 mins. 52 secs. | | (XXX) XXX-XXXX | 117 | 7 | |
| 8/27/2005 | 9:32 AM | Out | 0 hrs. 0 mins. 13 secs. | | (504) 473-4310 | 117 | 7 | |
| 8/27/2005 | 9:32 AM | Out | 0 hrs. 1 mins. 49 secs. | | (225) 473-4310024 | 117 | 6 | |

*Detailed Calling By Day*

December 5, 2006
9:36:57AM

**Inbound and outbound call records which took place in between the dates 08/20/05 and 08/31/05 by Custom Group at Site 1.**

**Toll Free Calls (504,800,888,877,971); Toll Calls**

| Date | Time | Direction | Duration | Name | Number | Ext. | Line | Account Code |
|------|------|-----------|----------|------|--------|------|------|--------------|
| 8/26/2005 | 10:44 PM | In | 0 hrs. 0 mins. 31 secs. | NEW ORLEANS, LA | (504) 432-0208 | 117 | 1 | |
| 8/26/2005 | 10:58 PM | Out | 0 hrs. 1 mins. 18 secs. | | (504) 931-9818 | 117 | 2 | |
| 8/26/2005 | 11:03 PM | Out | 0 hrs. 1 mins. 29 secs. | | (504) 931-8859 | 117 | 2 | |
| 8/26/2005 | 11:12 PM | In | 0 hrs. 0 mins. 10 secs. | | (601) 222-0780 | 117 | 1 | |
| Daily Total | | 107 Calls | 3 hrs. 14 mins. 32 secs. | | | | | |
| 8/27/2005 | 12:24 AM | In | 0 hrs. 0 mins. 46 secs. | NEW ORLEANS, LA | (504) 628-5389 | 117 | 1 | |
| 8/27/2005 | 1:04 AM | In | 0 hrs. 1 mins. 10 secs. | | (504) 421-3202 | 117 | 1 | |
| 8/27/2005 | 4:16 AM | In | 0 hrs. 3 mins. 15 secs. | NEW ORLEANS, LA | (504) 415-5059 | 117 | 1 | |
| 8/27/2005 | 4:50 AM | In | 0 hrs. 1 mins. 58 secs. | | (985) 536-4012 | 117 | 1 | |
| 8/27/2005 | 5:06 AM | In | 0 hrs. 1 mins. 18 secs. | NEW ORLEANS, LA | (504) 415-5059 | 117 | 1 | |
| 8/27/2005 | 5:17 AM | In | 0 hrs. 0 mins. 45 secs. | | (812) 288-0100 | 117 | 1 | |
| 8/27/2005 | 5:25 AM | In | 0 hrs. 1 mins. 8 secs. | S AND D TOWING | (504) 931-8859 | 117 | 1 | |
| 8/27/2005 | 5:32 AM | In | 0 hrs. 0 mins. 34 secs. | | (812) 288-0100 | 117 | 1 | |
| 8/27/2005 | 5:37 AM | In | 0 hrs. 0 mins. 34 secs. | S AND D TOWING | (504) 931-8859 | 117 | 1 | |
| 8/27/2005 | 5:41 AM | In | 0 hrs. 2 mins. 41 secs. | CARLINE'S GEISM | (225) 473-2685 | 117 | 1 | |
| 8/27/2005 | 5:53 AM | In | 0 hrs. 0 mins. 23 secs. | CARLINE'S GEISM | (504) 436-5859 | 117 | 1 | |
| 8/27/2005 | 6:06 AM | In | 0 hrs. 0 mins. 53 secs. | CARLINE'S GEISM | (225) 473-6983 | 117 | 1 | |
| 8/27/2005 | 6:07 AM | In | 0 hrs. 0 mins. 22 secs. | S AND D TOWING | (504) 931-8859 | 117 | 1 | |
| 8/27/2005 | 6:08 AM | Out | 0 hrs. 1 mins. 6 secs. | S AND D TOWING | (504) 885-7195 | 117 | 2 | |
| 8/27/2005 | 6:19 AM | Out | 0 hrs. 1 mins. 2 secs. | | (985) 960-2946124 | 117 | 2 | |
| 8/27/2005 | 6:33 AM | In | 0 hrs. 1 mins. 50 secs. | NEW ORLEANS, LA | (504) 415-5059 | 117 | 1 | |
| 8/27/2005 | 6:34 AM | Out | 0 hrs. 0 mins. 39 secs. | NEW ORLEANS, LA | (985) 960-2946124 | 117 | 2 | |
| 8/27/2005 | 6:49 AM | In | 0 hrs. 0 mins. 23 secs. | | (504) 835-3070 | 117 | 1 | |
| 8/27/2005 | 6:50 AM | In | 0 hrs. 0 mins. 23 secs. | | (985) 960-2946 | 117 | 1 | |
| 8/27/2005 | 7:23 AM | In | 0 hrs. 2 mins. 6 secs. | S AND D TOWING | (504) 931-8859 | 117 | 1 | |
| 8/27/2005 | 7:29 AM | In | 0 hrs. 1 mins. 14 secs. | | (504) 466-2896 | 117 | 1 | |
| 8/27/2005 | 7:32 AM | In | 0 hrs. 0 mins. 27 secs. | | (XXX) XXX-XXXX | 117 | 7 | |
| 8/27/2005 | 7:34 AM | In | 0 hrs. 0 mins. 56 secs. | | (225) 654-1080 | 117 | 1 | |
| 8/27/2005 | 7:35 AM | In | 0 hrs. 0 mins. 10 secs. | | (985) 640-1072 | 117 | 1 | |
| 8/27/2005 | 7:35 AM | In | 0 hrs. 2 mins. 59 secs. | NEW ORLEANS, LA | (504) 628-1174 | 117 | 2 | |
| 8/27/2005 | 7:37 AM | In | 0 hrs. 0 mins. 28 secs. | NEW ORLEANS, LA | (504) 915-6189 | 117 | 1 | |
| 8/27/2005 | 7:40 AM | In | 0 hrs. 2 mins. 17 secs. | NEW ORLEANS, LA | (504) 628-1174 | 117 | 1 | |
| 8/27/2005 | 7:52 AM | In | 0 hrs. 1 mins. 31 secs. | S AND D TOWING | (504) 931-8859 | 117 | 1 | |
| 8/27/2005 | 7:56 AM | In | 0 hrs. 1 mins. 7 secs. | | (504) 466-8701 | 117 | 1 | |
| 8/27/2005 | 8:01 AM | Out | 0 hrs. 1 mins. 5 secs. | | (504) 421-3202 | 117 | 7 | |