UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| PERTAINS TO:<br>INSURANCE (Davis, No. 07-3834) | * | MAGISTRATE WILKINSON |

**ORDER OF DISMISSAL**

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered consolidated action bearing Docket No. 07-3834, be and the same is hereby dismissed with prejudice, with each party to bear its own costs.

THUS DONE AND SIGNED at New Orleans, Louisiana this _____ day of _____, 2009.

_____