# ATTACHMENT A1



Figure 8: The southern portion of the IHNC and adjacent Lower Ninth Ward (2002).

15