# **ATTACHMENT A3**



Photo 4.4  IHNC between Claiborne and Florida Avenue Bridges in October, 2005 showing the North and South Breaches.  Note the slight bend at the south end of the North Breach compared to the South Breach. The floodwalls at the North and South Breaches scaled to a maximum east end displacement of 80 ft and  195 ft respectively. (Air photo provided by the Natural Resources Conservation Service of  the U.S. Department of Agriculture.)