# ATTACHMENT B

Louisiana during Hurricane Katrina. The IPET final report describes the storm as "The path followed by Hurricane Katrina, shown in **Figure 1**, caused severe surge and wave conditions on the east side of the Hurricane Protection System (HPS), from Lake Pontchartrain to southern Plaquemines Parish. Katrina struck early on the morning of 29 August 2005, after building up water levels to the east of New Orleans for several days. Katrina was a Category 5 storm with up to 139-knot (160-mph) sustained surface winds until it was approximately 170 miles from landfall. When it reached landfall at Buras, LA, around 0610 hr (6:10 a.m. Central Daylight Time, CDT) or 1110 Coordinated Universal Time, UTC), surface wind speeds were at about 100 knots (115 mph), but the long path through the Gulf, and its intensity and size, had built up record levels of surge and waves, larger than any previous storm to strike the area, or the North American continent.



**Figure 1.**   Hurricane Katrina Path and Intensity History. (intensity defined based on flight-level wind speeds, as opposed to surface winds). [1]

Katrina (a Category 3 storm at landfall) generated substantially higher surges than Camille (a Category 5 storm at landfall in August 1969) in the area where they both made a direct hit. Whereas the Saffir-Simpson scale is a good predictor of wind levels and damage from hurricanes, it is not a particularly good predictor of the surge and wave generation potential for these storms. Surge and wave levels are particularly sensitive to

**HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC**

4. TRACK IN AREA OF INTEREST: Katrina's track while in the New Orleans area of interest is listed in Table 3 and shown in Map 2. The positions were taken from the NHC best track positions.

**TABLE 3.  KATRINA POSITIONS NEAR NEW ORLEANS**

| DATE/HOUR GMT =CDT | LAT | LONG | PRESS | MAXIMUM WIND SPEED KNOTS | DISTANCE FROM LNA TERMINAL ON THE IHNC (N.M.) | BEARING TO IHNC AREA |
|---|---|---|---|---|---|---|
| 28/1800=1300 | 26.3 | 88.6 | 902 | 150 | 234 | 341° |
| 29/0000=1900 | 27.2 | 89.2 | 905 | 140 | 173 | 345° |
| 29/0600=0100 | 28.2 | 89.6 | 913 | 125 | 109 | 348° |
| 29/0900=0400 | 28.8 | 89.6 |  |  | 74 | 343° |
| 29/1110=0610 | 29.3 | 89.6 | 920 | 110 | 46 | 332° |
| 29/1200=0700 | 29.5 | 89.6 | 923 | 110 | 36 | 322° |
| 29/1445=0945 | 30.2 | 89.6 | 928 | 105 | 26 | 238° |
| 29/1800=1300 | 31.1 | 89.6 | 948 | 80 | 71 | 198° |



OFFICIAL TRACK OF KATRINA ACROSS DELTA AND EAST OF NEW ORLEANS

MAP 2