# ATTACHMENT C



No Cover Page
P. 11 of 16





TYPICAL WALL SECTION
STA 1-61S TO 56+18±
Scale: 3/4"=1'-0"



ELEVATION



SECTION A-A
DETAIL OF HOLES TO BE BURNED IN EXISTING SHEET PILING
Scale: 1"=1'-0"

Bartlett ENGINEERING
2617 EDENBORN AVE., SUITE D
METAIRIE, LA 70002-7047

GILBERT / WIEDEMANN
IHNC FLOODWALL & ING 4727 BARGE
REDRAW OF DWG. H-4-25157 Det.

DWG. No. 1046_02_-0
Rev. DATE 06/25/2008  RPB 6/27/08