UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * |  |
| *Mumford v. Ingram*      05-5724 | * |  |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * |  |
| *Parfait Family v. USA*   07-3500 | * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

APPENDIX TO LAFARGE NORTH AMERICA INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Volume I: Exhibits 1 and 2

Index of Exhibits to Lafarge North America Inc.'s
Memorandum of Law in Support of Motion for Summary Judgment

| Exhibit | Document |
|---|---|
| 1 | Report of Charles Cushing |
| 2 | Report of Gennaro Marino |
| 3 | Report of Reda Bakeer  (appendices excluded) |
| 4 | Deposition of Charles Cushing |
| 5 | Deposition of Donald Green (2009) |
| 6 | Deposition of Hector Pazos |
| 7 | Report of Austin Dooley |
| 8 | Deposition of Gennaro Marino (2009) |
| 9 | Deposition of Gennaro Marino (2008) |
| 10 | Deposition of Donald Green (2008) |
| 11 | Deposition of Reed Mosher |
| 12 | Report of Hector Pazos |
| 13 | Report of Robert Bea  (appendices excluded) |
| 14 | Deposition of Melvin Spinks (2008) |
| 15 | Deposition of Melvin Spinks (2009) |
| 16 | Report of Melvin Spinks (2009)  (appendices and exhibits excluded) |
| 17 | Report of Joseph Suhayda |
| 18 | Excerpts of R.B. Seed et al., *Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005* ("ILIT Report") |
| 19 | Deposition of Robert Bea |
| 20 | Excerpts of van Heerden et al., *The Failure of the New Orleans Levee System* |

2

|    | |
|----|---|
|    | *during Hurricane Katrina* ("Team Louisiana Report") |
| 21 | Excerpts of Interagency Performance Evaluation Team, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (March 2007 Final Report) ("IPET Report") |
| 22 | Report of Paul Kemp |
| 23 | Deposition of Terry Adams |
| 24 | Deposition of William Villavasso |
| 25 | Deposition Excerpts of Fact Witnesses |
| 26 | Report of William Jason Weiss |
| 27 | Deposition Reda Bakeer |
| 28 | Plaintiffs' Response to Request for Admission No. 6 |
| 29 | Report of Donald Green |
| 30 | Deposition of Robert Bartlett |
| 31 | Deposition of Austin Dooley |
| 32 | Deposition of Arthur Murph |
| 33 | Deposition of Sidney Williams (Feb. 2008) |
| 34 | Deposition of Sidney Williams (Oct. 2008) |
| 35 | Transcript of Recorded Interview, Exhibit 3 to Deposition of Sidney Williams (Oct. 2008) |
| 36 | Deposition of Marenthia Lagarde |
| 37 | Report of Robert Bartlett |
| 38 | Report of Melvin Spinks (2008) (appendices and exhibits excluded) |
| 39 | Deposition of Wade Ragas |