# EXHIBIT 1

Report of Charles Cushing

Part 3

**Appendix A**

**References and Sources of Information**

**REFERENCES AND DOCUMENTS REVIEWED**

Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005 by the Independent Levee Investigation Team, Final Report, July 31, 2006.

Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System – Final Report of the Interagency Performance Evaluation Taskforce, 26 March 2007.

The Failure of the New Orleans Levee System During Hurricane Katrina by Team Louisiana, December 18, 2006.

American Society of Civil Engineers.  The New Orleans Hurricane Protection System: What Went Wrong and Why? American Society of Civil Engineers, Reston VA, 2007.

National Research Council / National Academy of Engineering.  New Orleans Regional Hurricane Protection Projects.

Bea, Robert G., Ph.D.  Executive Summary.

Expert Report of Robert Glenn Bea, 2009.

Bea, Robert G., Ph.D.  Technical Report I: The Legacies of the MR-GO  January 29, 2009.

Bea, Robert G., Ph.D.  Declaration No. II: Engineering Forensic Studies of Performance of the Man-Made Features Bordering the Inner Harbor Navigation Canal at the Lower Ninth Ward During Hurricane Katrina  July 11, 2008.

Bea, Robert G., Ph.D.  Technical Report No. III: Analyses of the Effects of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina.  July 11, 2008.

Mosher, Dr. Reed L.  Expert Report Prepared for United States Department of Justice, Robinson v. United States, December 18, 2008.

Delta Marine Consultants Survey No. 200509 – Survey of Lafarge Terminal and Barge ING 4727, dated October 18, 2005.

Dooley SeaWeather Analysis, Inc. Report Regarding Hurricane Katrina – New Orleans Levee, 2009.

Bakeer, Reda M. Re: LNA-Barge ING 4727 - Levee Failures during Hurricane Katrina, New Orleans, 2009.

Bartlett, Robert D., P.E. Evaluation of IHNC Floodwall, East Breaches, 2008.

Spinks, Melvin G. Analysis of the Flooding of the Lower Ninth Ward and St. Bernard Parish, Hurricane Katrina August 2005, New Orleans, Louisiana.  2009.

Pazos, Hector.  RE: Katrina Levee Breaches, Civil Action 05-4419, OOEW Job No. 1450, 2008.

Pazos, Hector.  RE: Katrina Levee Breaches, Civil Action 05-4419, OOEW Job No. 1450, 2009.

Ocean-Oil Expert Witness, Inc.  Additional Photographic and Other Evidence Supporting the Conclusions and Opinions Presented in This Report, 2009

Marino, Gennaro, Ph.D., P.E., Preliminary Failure Investigation of the North and South Breaches Along IHNC (East), St. Bernard Parish, New Orleans, LA, 2008.

Marino, Gennaro, Ph.D., P.E., Failure Investigation of the North and South Breaches Along the IHNC During Hurricane Katrina, St. Bernard Parish, New Orleans, LA,  2009.

Green, D.J. Untitled Report RE: Barge ING 4727.  2009.

Aurora Environmental Consultants LLC.  Post Katrina Sludge & Water Sample. 2006.

Society of Naval Architects and Marine Engineers.  Principles of Naval Architecture.  Society of Naval Architects and Marine Engineers, Jersey City NJ, 1988.

Dyrbe, Claës and Hansen, Svend O.  Wind Loads on Structures.  John Wiley & Sons, Inc., Chichester, 1997.

Crowe, Clayton T., Elger, Donald F., and Roberson, John A.  Engineering Fluid Mechanics, 7th Edition.  John Wiley & Sons, Inc., Hoboken, NJ, 2001.

American Society of Civil Engineers.  Publication 7-98: Minimum Design Loads for Buildings and Other Structures. American Society of Civil Engineers, Reston VA, 2000.

Das, Braja M. Principles of Geotechnical Engineering, Fifth Edition.  Brooks/Cole, Pacific Grove, CA. 2002.

Das, Braja M. Principles of Foundation Engineering, Fifth Edition.  Brooks/Cole, Pacific Grove, CA.  2004.

Nilson, Arthur; Darwin, David and Dolan, Charles.  Design of Concrete Structures, Thirteenth Edition.  McGraw Hill, New York, 2004.

American Concrete Institute.  Building Code Requirements for Structural Concrete (ACI 318-02) and Commentary (ACI 318R-02).  American Concrete Institute, Farmington Hills, MI, 2002.

Bhattacharyya, Rameswar.  Dynamics of Marine Vehicles.  John Wiley & Sons, New York, 1978.

Saunders, Harold E. Hydrodynamics in Ship Design, Volume One.  The Society of Naval Architects & Marine Engineers, New York, 1957.

Saunders, Harold E. Hydrodynamics in Ship Design, Volume Three.  The Society of Naval Architects & Marine Engineers, New York, 1965.

The Rock Manual: The Use of Rock in Hydraulic Engineering, 2nd Edition.  CIRIA. London, 2007.

Deposition of Wilson Matthew Simmons, taken January 8, 2007 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Terry Mark Adams, taken November 13, 2006 at the office of Wiedemann & Wiedemann, New Orleans, LA.

Deposition of Carolyn Berryhill, taken December 13, 2007 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of D'Antoinette Marie Johnson, taken December 11, 2007 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Kendrick Ray Pounds, taken December 11, 2007 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Arthur Lee Murph, Jr., taken December 17, 2007 at the office of Bruno & Bruno, New Orleans, LA.

Deposition of William Joseph Villavasso, Jr., taken December 18, 2007 at the office of Christovich & Kearney, New Orleans, LA.

A-3

Deposition of Damond Peters, taken April 8, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Patrina Peters, taken April 8, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Dakeia Johnson, taken April 9, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Earl Lackings, taken April 9, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Andrew Sartin, taken April 11, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Ronald Charles McGill, taken January 16, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Donald Gerard McCrosky, taken March 4, 2008 at the office of Andry Law Firm, New Orleans, LA.

Deposition of Reed Mosher, Ph.D., taken November 25, 2008 at US Army Corp of Engineers New Orleans District Office, New Orleans, LA.

Deposition of Ernest Edwards, taken October 10, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Wallace Rainey, Jr., taken November 20, 2008 at the office of Chaffe McCall, L.L.P., Houston, TX.

Deposition of Stephen Lentz, taken October 29, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Frank Auderer, taken March 9, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of George Cavignac, taken March 9, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Christopher Weaver, taken October 9, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Dolores St. Cyr-Butler, taken February 19, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of James Louis Ruiz, taken February 28, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Sally Ann Sheppard Susan Oster Jones, taken April 2, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Sidney Williams, Volume I, taken February 19, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Sidney Williams, Volume II, taken October 9, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Kenneth Henderson, taken March 5, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Sarah Price, taken February 13, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Jerome Aguillard, taken February 16, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Marie Benoit, taken February 13, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Arcola Sutton, taken February 10, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Richard Riess, taken February 10, 2009 at the office of Christovich & Kearney, New Orleans, LA.

Deposition of Joy Davis, taken February 17, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Debra Ann Blackwell, taken February 17, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Glenn Cross, taken February 17, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Arthur Foley, Sr., taken February 18, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Lula Watson, taken February 18, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Helen McNeal, taken February 18, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Raymond McNeal, taken February 18, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Darion Hunter, taken February 11, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Polly Boudreaux, taken February 2, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Alfred McRoyal, taken February 9, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Aaron Lee, taken January 21, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Gregory Campbell, taken January 23, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Jackie Campbell, taken January 23, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Marenthia LaGarde, taken January 22, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Robert Green, taken January 28, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Kevin McFarland, taken January 29, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Paul Best, taken April 27, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of George Brooks, taken April 27, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Mark Madary, taken April 28, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Towonda Schexnayder, taken 28 April, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Arthur M. Anderson, Jr., taken April 29, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Arthur M. Anderson, III, taken April 29, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Michael Anthony Bickham, taken May 4, 2009 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Chantell Lynn Doss, taken May 13, 2009 at the Melrose Hotel, Dallas, TX.

Deposition of Ernest Joseph Offray, taken February 19, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Gennaro G. Marino, Ph.D., P.E., taken September 12, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Deposition of Melvin Gerald Spinks, taken September 25, 2008 at the office of Chaffe McCall, L.L.P., New Orleans, LA.

Various New Orleans Police Department 911 call transcripts from 29 August, 2005.

Aero-Data Corp. Aerial Photos of New Orleans, LA taken December 18, 2002 and September 3, 2005.

NOAA's National Climatic Data Center. Hurricane Katrina A Climatological Perspective (Technical Report 2005-01). US Department of Commerce – National Oceanic and Atmospheric Administration, Asheville, NC, October 2005.

National Hurricane Center. Tropical Cyclone Report – Hurricane Katrina 23-30 August 2005. December 20, 2005.

Van Heerden, Ivor L. Initial Assessment of the New Orleans Flooding Event During the Passage of Hurricane Katrina. Louisiana State University.

US Department of Commerce – NOAA Navigation chart 11368 – New Orleans Harbor – Chalmette Slip to Southport.

Thompson, E.F. and V.J. Cardone. Practical Modeling of Hurricane Surface Wind Fields. ASCE Journal of Waterway, Port and Coastal Engineering. 122, 4, 195-205.

Van Heerden, Ivor. The Storm: What Went Wrong and Why During Hurricane Katrina – The Inside Story from One Louisiana Scientist. Viking, 2006.

A-7

Federal Emergency Management Agency, <u>Louisiana Hurricane Katrina Surge Innundation and Advisory Base Flood Elevation Map – St. Bernard Parish</u>.  Date of Map June 2006.

<u>American Practical Navigator (DMA Stock No. NVPUB9V1)</u>.  Defence Mapping Agency Hydrographic Center, 1977.

<u>NOAA Hurricane Katrina Satellite Views.</u>
http://www.katrina.noaa.gov/satellite/satellite.html.

National Geographic News – <u>New Orleans Levees Not Built for Worst Case Events</u>.
http://news.nationalgraphic.com/news/2005/09/0902_050902_katrina_levees_2.html

Federal Emergency Management Agency.  <u>Hurricane Katrina Flood Recovery Maps (Louisiana)</u>.
http://www.fema.gov/hazard/flood/recoverydata/katrina/katrina_la_maps.shtm.

Department of the Army – U.S. Army Corp of Engineers.  <u>Engineering Memorandum EM 1110-2-1913: Design and Construction of Levees</u>.  30 April 2000.

U.S. Army Corp of Engineers.  Engineering Manual EM-1110-2-2509 <u>Retaining and Flood Walls</u>.  29 September 1989.

U.S. Army Corp of Engineers.  Engineering Manual EM 1110-2-1913 <u>The Design of Levees</u> 30 April 2000.

U.S. Army Corp of Engineers.  Public Release of Data on New Orleans Levees and Floodwalls.  https://ipet.wes.army.mil.

Equitable Shipyards, Inc.  Drawing SVC-4 dated 7-8-89.

United States Coast Pilot 5 – 33rd edition (2005).  US Department of Commerce – National Oceanic and Atmospheric Administration.

Compu-Weather Experts.  <u>Determination of the Weather Conditions During Hurricane Katrina in Louisiana, Mississippi, Alabama and Florida</u>.  October 6 2005.

Special Report – <u>Results of the General Adjustments of the North American Vertical Datum of 1988</u>.
http://ngs.noaa.gov/PUBS_LIB/NAVD88/navd88report.htm.

A-8

River Consulting Incorporated.  Lafarge North America dock drawings.

Ingram Barge Company Barge Register.
http://www.ingrambarge.com/images/ingrambarge/PDF/Ingram_Draft_Registers.pdf

Drawing set titled <u>Florida Avenue Complex – East Side Floodwall & Floodgate Construction</u>, produced by NY Associates, Inc. (80 sheets).

Drawing set titled <u>East Levee – IHNC Lock to Florida Ave. Levee and Floodwall Capping</u>, Produced by U.S. Army Engineer District New Orleans (16 sheets).

Line of Sight Survey carried out by Walter J. Stone, P.L.S. of Gandalfo Kuhn, L.L.C. dated March 13, 2007.

Technical Report No. 1: E-99 Sheet Pile Wall Load Test by U.S. Army Engineer Division, Lower Mississippi Valley, June 1988.

<u>Technical Report GL-89-14 Development of Finite-Element-Based Design Procedure for Sheet-Pile Walls</u>.  Leavell, D.A., Geotechnical Laboratory, Department of the Army, Waterways Experiment Station, Corp of Engineers, September 1989.

U.S. Army Corp of Engineers Engineering Technical Letter ETL 1110-2-563; <u>Barge Impact Analysis for Rigid Walls</u>.  30 September, 2004.

Patev, Robert. <u>Full Scale Barge Impact Experiments, Robert C. Byrd Lock and Dam, Gallipolis Ferry, West Virginia.</u>  US Army Corp of Engineers, Engineer Research and Development Center, December 2003.

Consolazio, Gary R.  <u>Numerically Efficient Dynamic Analysis of Barge Collisions with Bridge Piers</u>.  ASCE Journal of Structural Engineering, August 2005.

Whitney, M.W.  <u>Barge Collision Design of Highway Bridges</u>.  Journal of Bridge Engineering, May 1996.

Consolazio, Gary R.  <u>Barge Impact Testing of the St. George Island Causeway Bridge Phase 1: Feasibility Study</u>.  University of Florida Project 4504-783-12, January 2002.

Hansen, A.T. <u>Shear Resistance of Wood Frame Walls</u>.  Technical Information Group, Division of Building Research, National Research Council Canada, 1985.

Brown, D.M. <u>Hurricane Katrina: The First Seven Days of America's Worst Natural Disaster</u>.  2005.

CNN Reports: Katrina – State of Emergency.  Andrews McMeel Publishing, Kansas City.

National Geographic Magazine.  Katrina: Why it Became a Man-made Disaster. December, 2005.

Brinkley, Douglass.  The Great Deluge: Hurricane Katrina, New Orleans, and the Mississippi Gulf Coast.  Harper Perennial. New York, 2007.

Whitney, M.W. and I.E. Harik, J.J. Griffin, D.L. Allen. Barge Collision Design of Highway Bridges. Journal of Bridge Engineering: May 1996.

Building Inspections and FEMA Flood Zones, photo.

Hydro Consultants, Inc. Levee Breach Along Inner Harbor Navigation Canal New Orleans, LA. Chaffe McCall: September 20, 2005, photo/drawing.

Clarkson, John D. and R.C. Patev. Barge Impact Analysis for Rigid Lock Walls.

Hydro Consultants, Inc. Inner Harbor Navigation Canal New Orleans, LA. Chaffe McCall: September 20, 2005, photo/drawing.

Jackson, Richard B. E-99 Sheet Pile Wall, Field Load Test Report, Technical Report No. 1. U.S. Army Corps of Engineers, Lower Mississippi Valley Division: June 1988.

Engineering and Design: Barge Impact Analysis For Rigid Walls. Department of the Army, U.S. Army Corps of Engineers: 30 September 2004

Leavell, D.A. and J.F. Peters, E.V. Edris, T.L. Holmes. Development of Finite-Element-Based Design Procedure for Sheet-Pile Walls. Department of the Army, Waterways Experiment Station, Corps of Engineers: September 1989.

Engineering and Design: Retaining and Flood Walls. U.S. Army Corps of Engineers: September 29, 1989

Lewandowski, Edward M. The Effect of a Vertical Wall on the Wave-Induced Force on a Structure. Davidson Laboratory, Stevens Institute of Technology Hoboken, New Jersey, OMAE – Volume I, Offshore Technology: 1994.

Arroyo, Jose R. and R.M. Ebeling, B.C. Barker. Analysis of Impact Loads from Full-Scale, Low-Velocity, Controlled Barge Impact Experiments, December 1998. Innovations for Navigation Projects Research Program, U.S. Army Corps of Engineers, Engineer Research and Development Center: April 2003.

Patev, Robert C. and B.C. Barker, L.V. Koestler III. <u>Full-Scale Barge Impact Experiments, Robert C. Byrd Lock and Dam, Gallipolis Ferry, West Virginia</u>. Innovations for Navigation Projects Research Program, US Army Corps of Engineers, Engineer Research and Development Center: December 2003.

Arroyo, Jose R. and R.M. Ebeling. <u>Barge Train Maximum Impact Forces Using Limit States for the Lashings between Barges</u>. Navigation Systems Research Program, US Army Corps of Engineers, Engineer Research and Development Center: March 2005.

Consolazio, Gary. <u>Barge Impact Testing at the St. George Island Bridge: Test Results & Design Implications</u>. University Of Florida: Session 46.

Terndrup-Pederson, P. and S. Valsgard, D. Olsen, S Spangenberg. <u>Ship Impacts: Bow Collisions</u>. Int. J. Engng Vol 13 No 2: October 5, 1992.

Patev, Robert C., and B.C. Barker, L.V. Koestler III. <u>Prototype Barge Impact Experiments, Allegheny Lock and Dam 2, Pittsburgh, Pennsylvania</u>. Innovations for Navigation Projects Research Program, US Army Corps of Engineers, Engineer Research and Development Center: January 2003.

<u>Nondestructive Testing Investigation Sheet Pile Foundation Lengths New Orleans Levees New Orleans, Louisiana</u>. Olson Engineering, Inc.: December 5, 2005.

<u>New Orleans Elevation by neighborhood with major roads</u>. Greater New Orleans Community Data Center: August 30, 2005.

Patton-Mallory, Marcia, and R.W. Wolfe, L.A. Soltis, R. Gutkowski. <u>Light-Frame Shear Wall Length and Opening Effects</u>.

<u>Engineering and Design: Design and Construction of Levees</u>. Department of the Army, US Army Corps of Engineers: April 30, 2000.

<u>Barge Register</u>. Ingram Barge Company: April 1, 2009.

Ozgoren, Muammer.  <u>Flow Structure in the Downstream of Square and Circular Cylinders</u>.  Selcuk University, Turkey. 2005

U.S. Naval Observatory Astronomical Applications Department – Sun and Moon Data for One Day – 29 August, 2005 – New Orleans, LA.

**Appendix B**

**Waterway Simulation Technology Report**

# WATER FLOW AND WIND CONDITIONS AFFECTING MOVEMENT OF ING 4727 BARGE IN THE IHNC DURING HURRICANE KATRINA ON AUGUST 29, 2005

**July 25, 2009**

**Prepared for**

**C. R. Cushing & Co., Inc.**
**30 Vesey Street**
**New York, NY 10007**
**&**
**Goodwin Procter, LLP**
**901 New York Ave. NW**
**Washington, D.C. 20001**

**Prepared by**
**Larry L. Daggett**
**J. Christopher Hewlett**

**Waterway Simulation Technology, Inc.**



## TABLE OF CONTENTS

**Page**

INTRODUCTION ................................................................................................2
    The Hurricane Protection System ...................................................2
    The Storm Surge in the IHNC ........................................................3
    Water Levels in the IHNC ...............................................................8
    Recorded Surface Water Levels......................................................8
    High Water Marks..........................................................................12
    Flood Wall Heights........................................................................15
    Wind Conditions in the IHNC ......................................................17

MODELED WATER CURRENTS IN THE IHNC ......................................18
    Model Specifics .............................................................................18
    Model Results of IHNC Inflow with No Floodwall Failures ...........25
    Model Results of Water Flows through the North Breach and of the IHNC
        Currents with Northern Breach Floodwall Failure ...............28
    Model Results of Flow through the Breaches and of the IHNC Currents with Both
        Floodwall Failures ..............................................................31

MODELED BARGE MOVEMENTS ............................................................34
    Model Description ..........................................................................35
    Modeled Barge Movement Results.................................................36

CONCLUSION................................................................................................38

Appendix A. RMA2 and The TABS Modeling System ...............................39
    TABS Numerical Models ................................................................39
    RMA239

Appendix B: Referenced Documents .........................................................42

Appendix C: Larry L Daggett's Resume & Publications ..........................45

Appendix D: WST Qualifications, Company Experience, and Publications .....................54
    GENERAL EXPERIENCE .............................................................54
    WST CORPORATE EXPERIENCE AND CAPABILITIES ...............55
    WST Publications and Research Papers ........................................70

Appendix E: List of Expert Witness Testimony.........................................73
    Depositions for Federal Court Cases ............................................73
    Trial Testimony..............................................................................73

Appendix F: WST Schedule of Legal Fees................................................74



*INTRODUCTION*

This report addresses:

- What were the water currents in the IHNC prior to either breach in the levee or after the northern breach in the levee occurred?  Could the barge, if it had come unmoored prior to the breaches in the eastern flood wall, have been drawn by these currents to the vicinity of the northern levee/flood wall breach and possibly have contributed to that flood wall failure?  Similarly, could the barge have been drawn to the east IHNC flood wall by these currents if it broke free of its moorings either during or after the northern levee/floodwall failed?

- Under what conditions would the ING 4727 barge have been able to move from the mooring site to the east IHNC flood wall and the vicinity of the southern levee/flood wall breach?

The currents in the IHNC prior to the occurrence of either breach, and after the occurrence of the north breach but before the south breach, would not have moved the barge away from the dock even if it had broken free of its moorings prior to the occurrence of the IHNC breaches.

To better understand the basis of this analysis, some background information about the storm, the hurricane protection system of the New Orleans metropolitan area, and the conditions that have been documented to have occurred during the storm in the IHNC between the Florida Avenue Bridge and the IHNC Lock will be described next.

**The Hurricane Protection System**

The hurricane protection system for the New Orleans area is shown in Figure 1.  This flood control system consists of a series of three enclosed areas (or polders).  One encloses the City of New Orleans, Metairie, and Kenner to the west of the Inner Harbor Navigation Canal (IHNC) or, as it is sometimes called, the Industrial Canal.  This area consists of a strip of land between the Mississippi River and Lake Pontchartrain.  A second set of levees to the east encloses the area known as New Orleans East, which is between the IHNC, the Gulf Intracoastal Waterway (GIWW), Lake Pontchartrain, and Lake Borgne.  The third protected area is east and south of the other two areas, respectively, and encloses St. Bernard Parish and includes an areas or cities identified as Arabi, Chalmette, Violet, Poydras, Verret, and Caernarvon.  This third polder is between the Mississippi River, the IHNC, the GIWW, the Mississippi River-Gulf Outlet (MRGO) and Lake Borgne.  The eastern half of this area is wetlands and is unpopulated.  The levees identified in Figure 1 are of varying heights and designs and connect to the flood control levees along the Mississippi River to complete the enclosures.  The IHNC Lock is a navigation lock structure that closes off the hydraulic



connection between the Mississippi River and the IHNC and Lake Pontchartrain.  No other
flood control gate structures are included in the hurricane protection project.



**Figure 1.  New Orleans Hurricane Protection System[1]**

**The Storm Surge in the IHNC**

To gain a better appreciation of what happened to the water level within the IHNC it is helpful
to look at the hydraulics of the water system feeding the IHNC.  The channels through which
water flows in this area are interconnected with the Gulf of Mexico, Lake Borgne, and Lake
Pontchartrain.  There are a multiple channels in this system, including the MRGO, GIWW,
IHNC and Chef Mentuer and Rigolets.  These channels and their relationship with the larger
bodies of water are shown on the MRGO project map shown in Figure 2.  The south end of the
IHNC is closed to the Mississippi River by the IHNC Lock which is normally closed and
requires tows to lock from the river to the canal level.  This lock was closed and all openings
were closed with water tight seals before and during the hurricane.  Thus, any water entering

---

[1]     U.S. Army Engineers, New Orleans District Project Maps Book — Flood Control Projects 2-35A Files.



the section of the IHNC below the Florida Avenue Bridge must come from Lake Pontchartrain entering the IHNC northern section or from the Gulf of Mexico and Lake Borgne through the GIWW-MRGO channel.  The MRGO is a 66 mile long 36-ft deep-draft navigation channel that is 600 ft wide at the entrance in the Gulf of Mexico narrowing down to a 500-ft width after the first 9.38 miles and entrance into Breton Sound all the way to the intersection of the IHNC.



**Figure 2.   Mississippi River-Gulf Outlet and Other Channels Connecting with the Inner Harbor Navigation Channel**



Hurricane Katrina tracked directly over the lower Mississippi River and across Lake Borgne. In the process the storm's reduced pressure and wind fields pushed the water from the Gulf of Mexico into Lake Borgne and up the MRGO.  At this stage, water flowed into Lake Pontchartrain through Chef Mentuer and The Rigolets.  An illustration of this occurring is shown in Figure 3 indicating the storm surge at the time of peak heights at the convergence of the levees on the south side of New Orleans East and the east side of St. Bernard Parish.  The arrows in this figure indicate the wind direction and strength and the colors indicate the water elevations according to the scale in the upper left hand corner of the figure.  At this time the wind moving in a counterclockwise direction had pushed the water up against these levees and focused it into the so-called "funnel" formed by the these levees and the intersection of the GIWW and MRGO.  This figure is a result of a numerical model study performed by the Interagency Performance Evaluation Task Force (IPET) using an ADCIRC model that has been used in many studies of this area and was refined for the analysis of the performance of the New Orleans hurricane protection system.  Figure 4 shows details of the MRGO-GIWW-IHNC.



**Figure 3. Map of Calculated Storm Surge Levels with Boundary Layer Adjusted Wind Velocity Vectors during Hurricane Katrina on August 29, 2005, at 1300UTC or 0700 CDT[2].**

---

[2]     J. Westerink, et. al., *Note on the Influence of the Mississippi River Gulf Coast Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity*, IPET Report 2, Appendix 6, p IV-6-15, March 26, 2007.



**Figure 4.  Peak Water Levels Computed by the U.S. Army Corp of Engineers** [3]

Similar models have been used by the Louisiana State University (LSU) Hurricane Center. Results are shown in Figures 5 and 6.  Both models show water levels that include the normal astronomical tide and the storm effects but do not include potential localized variations.  The reference datum in Figure 3 is NGVD 29 and the datum in Figure 5 is Mean Sea Level (MSL).

Both models show a high head difference, i.e., a water level difference, along the combined MRGO-GIWW channel due to the convergence of the levees along the south side of New Orleans East and the east side of St. Bernard Parish and the restriction of the channel between the levees on the south side of New Orleans East and the north side of St. Bernard Parish.  The water elevation at the east end of the combined MRGO-GIWW channel is 17-18 ft in Figure 5 and 15.5-16 ft in Figure 4; while at the west end of that channel is 15 ft in Figure 5 and 14.5 ft in Figure 4.  At the south end of the IHNC the water level is 15.5 ft in Figure 5 and about 14 ft in Figure 4.  This head difference caused a flow along the channel as shown in Figure 6.  Note the low velocity in the southern part of the IHNC between the intersection of the MRGO-GIWW and the IHNC Lock.

---

[3]     Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (IPET), Volume IV – The Storm, March 26, 2007, Page IV-113.





**Figure 5.  Modeled Water Levels Generated by Hurricane Katrina as Modeled by LSU[4].**



**Figure 6. Modeled Water Velocities Generated by Hurricane Katrina as Modeled by LSU[5].**

---

[4]    http://hurricane.lsu.edu/floodprediction/

**Water Levels in the IHNC**

In order to analyze flow of water in the IHNC, it is necessary to determine the water levels that were reached in the waterway.  To the extent that there is some uncertainty regarding these water levels over time, consideration of the range of possible water levels at any given time can be used to sort the possible flows of water that may have occurred and from the flows of water that would not have occurred under any of the possible conditions.

*Recorded Surface Water Levels.*

The first task is to determine what the water levels were in the IHNC during the storm.  While there are a number of water level gages in the vicinity of this waterway, many failed due to flooding, physical damage, or loss of electrical power.  The gages for which recorded data were obtained are shown in Figure 7.



**Figure 7. Water Level Gages in the Vicinity of IHNC**

All of the continuously recording gages were lost by 0100 CDT on August 29, 2005, except for the Mississippi River gage at Carrollton and two U.S. Geological Survey (USGS) gages, one of them in the IHNC near the I-10 Bridge and the other at I-510 crossing the MRGO-GIWW.  In addition to the recording gages, the gages at the IHNC Lock are recorded at 0800 each day and posted for navigation interests.  During the storm the INHC Lockmaster took the extraordinary initiative to establish a temporary gage on the canal side of the lock so that the staff could record the water level during the storm.  Recognizing that this record could be the only source



of critical data defining the storm surge; the lock staff recorded the gage readings each hour throughout the most critical portion of the storm. This record did indeed provide the most complete information of the water levels during the storm surge and is shown in Table 1. This temporary gage was not surveyed until after the storm and was initially referenced to the NGVD 29 datum. During the surveys for this report, this gage was surveyed and referenced to the NAVD 88 datum which will be used as a standard datum for this report. As noted in this table, the high water level in the IHNC was 14.2 ft NAVD 88 at 0900 on August 29, 2005. The IPET also reported the same high water level adjusted to NAVD88.[5]

The water levels recorded at the IHNC Lock along with the gage data from other stations are shown in Figure 8. This plot is referenced to NAVD88 datum adjusted for subsidence based on rates obtained from LSU (this issue will be addressed in more detail later in this report). The USGS gage at the crossing of I-10 over the IHNC shows a similar pattern to that recorded at the IHNC Lock until 0400 on August 29, 2005; at which time something appears to have happened - to the water level or the gage - to cause the recorded water level to shift down. The IPET investigation[6] found that the PVC pipe holding the USGS gauge has a top elevation of about 9 ft on the staff gage and the electronic cable holding the USGS pressure transducer inside the PVC pipe is exposed above the top of the pipe. They speculated that one possible explanation of the 5-ft drop then could be that the high velocities through the railroad/I-10 bridge opening in the floodwall which did breach, along with debris snagged the cable and pulled the transducer up out of the pipe giving it an apparent drop in water level. The IPET Team also found that the Orleans Levee District gage located nearby the USGS gage did not experience the drop in water level but did experience identical 7.8 ft readings at 0400, 0500 and 0540 that morning, followed by a rapid rise in 8 minutes to about 10.9 ft which agrees with the IHNC Lock readings. This pattern of constant readings with a rapid rise is consistent with a float gage becoming stuck and then releasing to float again. Both gages behaved badly past 0400 and are considered to be questionable and not useful for determining water levels.

---

[5]   Interagency Performance Evaluation Task Force (IPET), "Performance Evaluation Status and Interim Results, Final Report of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," U.S. Army Corps of Engineers, March 26, 2007, p. IV-34.

[6]   Interagency Performance Evaluation Task Force (IPET), "The Storm," Volume IV, U.S. Army Corps of Engineers, Final Draft, March 26,2007, Figure 14, IV-33.



## Table 1. IHNC Lockmaster's Record

| Date | Time | IHNC Lock River Gage NGVD 29 | IHNC Lock River Gage NAVD 88 | IHNC Lock Canal Gage NGVD 29 | IHNC Lock Canal Gage NAVD88 | Wind | Conditions |
|---|---|---|---|---|---|---|---|
| 8/28/2005 | 1:00 | 2.0 | 1.2 | 1.4 | 0.6 | | Clear & Calm |
| 8/28/2005 | 2:00 | | | | | | |
| 8/28/2005 | 3:00 | 2.8 | 2.0 | 2.1 | 1.3 | | Clear & Calm |
| 8/28/2005 | 4:00 | | | | | | |
| 8/28/2005 | 5:00 | | | | | | |
| 8/28/2005 | 6:00 | 4.0 | 3.2 | 2.8 | 2.0 | NE 10mph | Florida Ave & St. Claude Bridge Closed |
| 8/28/2005 | 7:00 | | | | | | |
| 8/28/2005 | 8:00 | | | | | | |
| 8/28/2005 | 9:00 | 3.5 | 2.7 | 3.2 | 2.4 | NE 10to12 | Clear & Calm |
| 8/28/2005 | 10:00 | 3.8 | 3.0 | 3.6 | 2.8 | NE 10to12 | Clear & Calm |
| 8/28/2005 | 11:00 | 4.0 | 3.2 | 4.0 | 3.2 | NE 10to16 | Clear & Calm |
| 8/28/2005 | 12:00 | 4.3 | 3.5 | 4.2 | 3.4 | NE 10to16 | Clear & Calm |
| 8/28/2005 | 13:00 | 4.1 | 3.3 | 4.4 | 3.6 | NE 16to24 | Clear & Calm |
| 8/28/2005 | 14:00 | 4.4 | 3.6 | 4.8 | 4.0 | NE 16to26 | C&C Closed Gates 1&2 and 3&4 |
| 8/28/2005 | 15:00 | 4.4 | 3.6 | 5.0 | 4.2 | NE 19to25 | Clear & Calm |
| 8/28/2005 | 16:00 | 4.3 | 3.5 | 5.0 | 4.2 | NE 10to15 | 15:45 Started Raining |
| 8/28/2005 | 17:00 | 4.2 | 3.4 | 5.2 | 4.4 | NE 13to24 | Rain&Wind |
| 8/28/2005 | 18:00 | 4.2 | 3.4 | 5.7 | 4.9 | NE 10to16 | Rain&Wind |
| 8/28/2005 | 19:00 | 4.2 | 3.4 | 5.7 | 4.9 | NE 10to15 | Light Wind & Rain |
| 8/28/2005 | 20:00 | 4.2 | 3.4 | 5.5 | 4.7 | NE 7to11 | Calm |
| 8/28/2005 | 21:00 | 4.2 | 3.4 | 5.6 | 4.8 | NE 14to26 | Windy |
| 8/28/2005 | 22:00 | 4.4 | 3.6 | 5.8 | 5.0 | NE 19to31 | Windy&Rain |
| 8/28/2005 | 23:00 | 4.8 | 4.0 | 6.4 | 5.6 | NE 19to26 | Windy&Rain |
| 8/29/2005 | 0:01 | 5.2 | 4.4 | 7.0 | 6.2 | NE 24to46 | Windy&Rain |
| 8/29/2005 | 1:00 | 5.8 | 5.0 | 7.8 | 7.0 | 24to42 | Wind&Rain |
| 8/29/2005 | 2:00 | 5.8 | 5.0 | 8.0 | 7.2 | 24to31 | Wind&Rain |
| 8/29/2005 | 3:00 | 6.1 | 5.3 | 8.8 | 8.0 | 45 | Wind&Rain |
| 8/29/2005 | 4:00 | 9.1 | 8.3 | 10.0 | 9.2 | 39 | Lost City Power; IT'S COMING! |
| 8/29/2005 | 5:00 | | | 11.0 | 10.2 | 37 | |
| 8/29/2005 | 6:00 | | | 12.0 | 11.2 | | |
| 8/29/2005 | 7:00 | | | 13.0 | 12.2 | | |
| 8/29/2005 | 8:00 | | | 14.5 | 13.7 | | |
| 8/29/2005 | 9:00 | | | 15.0 | 14.2 | | |
| 8/29/2005 | 10:00 | | | 13.0 | 12.2 | | |
| 8/29/2005 | 11:00 | | | 12.4 | 11.6 | | |
| 8/29/2005 | 12:00 | | | 12.1 | 11.3 | | |
| 8/29/2005 | 13:00 | | | 10.8 | 10.0 | | |
| 8/29/2005 | 14:00 | | | 10.0 | 9.2 | | |
| 8/29/2005 | 15:00 | | | 8.1 | 7.3 | | |





**Figure 8. Recorded Water Levels in the IHNC During Hurricane Katrina.**

A water level hydrograph was obtained from the LSU Hurricane Center's web site for the IHNC.  These are the result of the modeling discussed earlier in this report.  This hydrograph is shown in Figure 9.[7]  These data are referenced to the Mean Sea Level (MSL) tidal datum which would have to be adjusted to NAVD 88 by adding 0.25 ft.[8]  These results show that the peak water level of about 15 ft occurred at 0830 on August 29, 2005, in the IHNC.

---

[7]     http://hurricane.lsu.edu/floodprediction/

[8]     Interagency Performance Evaluation Task Force (IPET), "Performance Evaluation Status and Interim Results, Final Report of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," U.S. Army Corps of Engineers, March 26, 2007, Figure 13, p. II-48.



**Figure 9.  Water Levels in the IHNC and Lake Pontchartrain at the 17th Canal Modeled by LSU.[7]**

### High Water Marks

Another way of determining how high the water got during the storm is to identify and measure high water marks.  It is best to use high water marks that are protected from wave action to eliminate false readings.  High water marks were identified and measured on October 13 and 29, 2005, at three locations inside buildings that dampened wave action and provided good measures of the high water levels.  These were in the US Coast Guard Building 12 near the IHNC Lock (13.7 ft), a work shed at Lafarge Cement Terminal (14.0 ft) and in the Florida Avenue Bridge Control Structure (13.7 ft).  These elevations are referenced to the subsidence-adjusted NAVD88 datum and are plotted in Figure 8.  The locations of these high water marks are shown in Figure 10. These marks were distinct and the elevations of these marks were determined using normal level surveying techniques.

IPET[9] also reported a finding of high water marks along this section of the IHNC of 13.5 to 14.0 NAVD88.  In addition, they reported high water marks just to the south of the junction of the IHNC and the Mississippi River Gulf Outlet (MRGO), of 15.4 NAVD88.  IPET[10] reported that a high water mark of 15.2 ft NAVD88 was found immediately north of the Florida Avenue

---

9    Performance Evaluation of the New Orleans and Southwest Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (IPET), Volume IV – The Storm, March 26,2007, p. IV-32-38.

10   Interagency Performance Evaluation Task Force (IPET), "The Storm," Volume IV, U.S. Army Corps of Engineers, Draft, March 26,2007, Figure 16, p. IV-36.

Bridge.  This means that just north of the Florida Avenue Bridge the water reached 1.3 to 1.6 ft higher than in the waterway between the Florida Avenue Bridge and the IHNC Lock.

All the high water marks (HWM) that are considered of excellent quality along the IHNC and the MRGO/GIWW were plotted.  Using this plot and these data and determining distances along the waterways, two profiles were developed.  One was from the MRGO just before the intersection with the GIWW to the IHNC Lock, Figure 11.  And the other is a profile along the IHNC from the north end of the IHNC Lock to Lake Pontchartrain, Figure 12.



**Figure 10. Locations of the Three High Water Marks along the IHNC.**

A moving average line was fit to the data points in Figures 11 and 12.  It can be seen from this profile that the water was pushed up at the end of the common MRGO/GIWW channel between the levees until it was about 18 ft.  The water was relatively flat from just inside the intersection of the GIWW and the MRGO to the intersection of the MRGO/GIWW with the INHC with a height of 15.4 ft at the end.  At that point there is a fall in the water surface between the

P a g e **B13**





**Figure 11.  High Water Mark (HWM) Profile from the MRGO to the IHNC Lock.**



**Figure 12.  High Water Mark (HWM) Profile along the IHNC.**

intersection of the MRGO/GIWW and IHNC and the south side of the Florida Avenue Bridge after which the peak water surface seems to be relatively flat.  Figure 12 shows that the north



and south peak water level lines slope from the intersection of MRGO/GIWW to Lake Pontchartrain and to the Florida Avenue Bridge.  The steepest slope is towards Lake Pontchartrain; this would be expected since the lake was at a lower level and the IHNC Lock was closed creating a dead end basin except for the flood wall breaches.  The water surface slopes from the intersection to the Florida Avenue Bridge and then a relatively flat surface to the lock.  The bridge was in a down position and creates a constriction in the canal.

**Flood Wall Heights**

In order to determine the flow of water in the IHNC basin due to the storm surge, both before and following a failure in the east levee, it was necessary to determine the elevation of the flood wall.  Based on the as-built flood wall drawings (see Figures 13 and 14) the top of the I-wall on the earthen levee was supposed to be constructed at 15.0 ft MSL or 14.2 NAVD 88.  This coincides with the recorded high water level.

A survey of the east flood wall was conducted on October 29, 2005, using normal level survey techniques.  It was found later that it was necessary to tie this survey to the IHNC Lock and a supplemental survey was conducted on January 9, 2006.  This latter survey was required when the National Geodetic Survey in November 2005 withdrew the vertical reference marks used in the high water mark survey and the survey of the flood wall heights.  This withdrawal was due to concerns by the NGS about subsidence along the Gulf Coast and particularly in the New Orleans area.  A dual-frequency GPS survey was conducted simultaneously with the normal level survey to establish new datum reverences for these benchmarks and to tie into the officially recognized datum marks.  IPET discussed the impact of uncertainty of determining vertical elevations in the New Orleans area and the relationship between different datum and provided an extensive review of the issues involved in their final draft report.[11]

The survey provided several check points.  There were two points near the Claiborne Avenue Bridge that were surveyed twice, once from the IHNC Lock and once from the Florida Avenue Bridge.  These points were found to agree within 0.04 ft.  There were also several points that were checked with static GPS measurements.  These points were in agreement to less than 0.01 ft with three exceptions near the IHNC Lock which differed by 0.23 ft, 0.11 ft and 0.15 ft.  The overall average difference between all common points was 0.01 ft.

---

[11]   Interagency Performance Evaluation Task Force (IPET), "Geodetic Vertical and Water Level Datums," Volume II of the Final Report, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, March 26, 2007.



**Figure 13.  East IHNC Levee As-Built Drawings Showing Section at South End of South Failure.**



**Figure 14.  East IHNC Levee As-Built Drawings Showing Section at North End of South Failure.**



The survey results are shown in Figure 15. This survey shows that the elevation along the wall was below the peak water level recorded at the IHNC Lock and the high water marks by as much as 1.4 ft. A similar conclusion was reached by IPET[12]. There were several low elevations along the wall with one occurring at the south failure while there were some stretches of wall near the as-built elevations at Surekote Rd. The higher elevations occurred where a roadway was constructed over the wall and may have provided a broader base of support for the structures and thus prevented as much settlement. It should be noted that these elevations were measured following the storm surges from Hurricanes Katrina and Rita and the resulting failure of the levee; therefore, elevations are not known at the locations of the failures due to the missing walls and the subsequent emergency protection works constructed following the hurricane(s). This figure also shows points surveyed by the Corps of Engineers contractor which are in close agreement.[13]

It will be noted that close-up analysis of the aerial photograph in Figure 10 reveals that the south end of the levee wall was constructed with two offsets at the north and at the south end of the breach. These are shown in Corps As-Built Drawings (see Figures 13 and 14). These two off-sets in the wall occurred at approximately the location of the breach.

**Wind Conditions in the IHNC**

This report also discusses wind conditions as a force acting on the barge. The wind conditions referenced in this report are from a meteorological reconstruction of the wind conditions in the IHNC during the storm has been developed using hindcast methods by Ocean Weather, and are the subject of a report in this case by Austin Dooley.[14] These winds are referred to the effective over-water 30-minute average winds at a height of 10 meters above sea level. Shorter intervals for a 10-minute, 1-minute, and 3-second averages were also provided.

The 30-minute average values were used in the modeling of the wind effects on the water currents generated by Hurricane Katrina and the 10-minute average values were used in modeling the possible movements of the ING 4727 barge. The longer time period was used for the hydrodynamic modeling to account for the effects of the wind shear and fetch.

---

[12]   Interagency Performance Evaluation Task Force (IPET), "Performance Evaluation Status and Interim Results, Final Report of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," U.S. Army Corps of Engineers, June 2007, p. V-68.

[13]   Interagency Performance Evaluation Task Force (IPET), "Performance Evaluation Status and Interim Results, Report 2 of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," U.S. Army Corps of Engineers, March 10, 2006, pp. III 39 and 40.

[14]   Dooley, Austin L, *Hurricane Katrina: Weather Analysis for the Inner Harbor Navigation Canal (IHNC) Between Florida Avenue and Claiborne Avenue,* Prepared for Goodwin Procter LLP by Dooley Sea Weather Analysis, Inc., City Island, NY, 2009.





**Figure 15. East IHNC Levee Top Elevations.**

## MODELED WATER CURRENTS IN THE IHNC

This section of the report describes the modeling of the water currents in the IHNC and the flows through the two breaches in the east IHNC flood wall.  First, this section describes the methodology used and, then, it discusses the various scenarios modeled.  Because of the uncertainty surrounding when either breach occurred and when the barge left the turning basin and the uncertainty surrounding timing of water heights relative to varying wall height, scenarios with no breaches, the north breach, and both the north and south breach were run with different water heights.  The results of the modeled water currents show that regardless of water height, currents within the IHNC would not have moved the barge away from the dock and into the channel at any time before either breach had occurred, or after the north breach but before the south breach.

### Model Specifics

A hydrodynamic model of the IHNC between the floodwalls from the IHNC Lock to the Florida Avenue Bridge was developed to define the flows that could have developed under the different conditions recorded.  The mathematic modeling system used was the TABS-MD modeling system; a modeling system commonly used by the Corps of Engineers for modeling 2-dimensional free-surface flows in rivers and estuaries (see Appendix A).  The model covered the area shown in Figure 16.  The modeled depths were defined based on the navigation chart

wst

shown below, the 2004 Electronic Navigation Chart published by NOAA, a recent Corps of Engineers hydrographic survey, and the surveys conducted as part of this study. The model grid is shown in Figure 17.



**Figure 16.  Navigation Chart of the IHNC Area Modeled.**





**Figure 17.  IHNC TABS Model Grid.**



To the extent that modeling involved water heights in excess of the wall crests, or through one or more breaches, flows were computed for overtopping the floodwalls based on sharp-crested weir flows and flow through the breaches based on broad-crested weir flow methods.  Figure 18 shows an illustration of flow over a sharp-crested weir with term definitions.  The flow per length of weir is computed with the following equation[15]:

$q = CH^{1.5}$

Where:
q = flow rate per unit length of weir,
C = 3.27 + 0.40 (H/h),
H = height of still water above the weir crest,
h = depth of water behind the weir,
$H_w$ = height of the weir.



**Figure 18.  Definition of Sharp Crested Weir.**

---

[15]     V.T. Chow, "Open Channel Hydraulics," McGraw Hill Book Company, New York, 1959, pp. 360-362.

Figure 19 provides an illustration of flow over a broad-crested weir with term definitions.  The flow for this case is computed with the following equation:[16]

$$q = 0.433 \,(2g)^{1/2} \,[y_1 / (y_1 - h)]^{1/2} \, H^{3/2}$$

Where:
g = acceleration due to gravity constant; e.g., 32.2 ft/sec$^2$,
$y_1$ = total depth of water behind weir,
h = height of the weir,
H = still water height above the crest of the weir.

Since there were no measurements of the bottom elevations through the levee breaches due to the emergency levee construction on top of the breach, elevations at the toe on the canal side of the emergency offset levee were used as the crest of the broad-crested weir which averaged +3.19 ft NAVD88.  The top elevation of the levee I-walls were used as the elevation of the sharp-crested weirs.  These flows were summed along the wall being overtopped and the flows through the breaches were added for those scenarios involving one or both levee failures.  These flows were used as the upper boundary condition entering through the Florida Avenue Bridge opening.  The modeled water levels were used as the boundary conditions along the overflow and breach boundaries.



**Figure 19.  Definition of Broad Crested Weir.**

[16]    V.T. Chow, "Open Channel Hydraulics", McGraw Hill Book Company, New York, 1959, pp. 52-53.

Limitations of the model required adjustment of boundary elevations to permit correct modeling of flow over the floodwalls and through the breaches.  Therefore, although velocities computed at the boundaries may not be precise, the flow within the IHNC and the flow rates through the breaches and over the floodwalls is representative and accurate.

Modeling the flows entering the IHNC between the Florida Avenue Bridge and the closed IHNC Lock is complex.  A picture of this area, Figure 20, provides some understanding of the nature of this reach of the waterway and shows the constriction created by the bridge approaches and the flood walls and gates in this area.  The Florida Avenue Bridge was in the down position during the storm and several barges were trapped on the northern side of the bridge as shown in Figure 20, although it is not known when these barges arrived at the bridge. The upstream boundary was placed just north of the Florida Avenue Bridge which created a contraction in the flow prior to entering the lower IHNC.  This ensures reducing the impact of the boundary condition as defined since the flow is redistributed when it expands on the downstream side of the contraction.  Since the water level in the higher flows was above the adjacent land, the modeled section at the bridge was widened beyond the piers and fender structures to the adjacent floodwalls.  The contraction caused the water velocities in the modeled flows to accelerate to high magnitudes indicating a significant head loss through the contraction, resulting in higher water levels north of the bridge than those observed in the lower IHNC channel, as seen in the observed high water marks.





**Figure 20.  Barges North of Florida Avenue Bridge Following Hurricane Katrina.**

The results of this modeling provide a basis for understanding the flow conditions that existed within the IHNC.  It should be noted that these model results represent short-term steady-state flow conditions.  In order to make the flow patterns clear, the figures that follow are drawn with unit vector arrows that indicate the direction of flow.  The magnitude of the flow vector is shown in color contours.  The scale index is shown in each figure.

It is also possible to model the initial "dam-break" flow that would have been the initial surge of water through the wall at the instant of and immediately after failure.[17, 18]  In this case, the IHNC lockmaster's gage did not show a change in the rate of rise until after 8:00 a.m., and showed a net rise up until the 9:00 a.m.  Prior to those times, any short term drawdown

---

[17]  *Computation of Outflow from Breached Dams*, Defense Intelligence Agency, Department of Defense, B147-63, December 1962.

[18]  *Floods Resulting from Suddenly Breached Dams, Conditions of Minimum Resistance, Hydraulic Model Investigation*, U.S. Army Engineer Waterways Experiment Station, Corps of Engineers, Vicksburg, MS, Miscellaneous Paper No. 2-374, Report 1, February 1960.

probably occurred locally and probably in-between the manual hourly gage readings recorded at the lock.  Normally when a "dam" breaks and water begins to flow out, the "reservoir" behind the dam will drawdown and the water will drain out of the reservoir until it is empty, the reservoir inflow equals the outflow, or until the water level in the flooded area below the dam reaches the same level as the receding water in the reservoir.  This equilibrium did not occur in the IHNC; to the contrary, the water continued to enter the IHNC at a greater rate than was flowing out until some time after 8:00 or 9:00 a.m.  The "dam-break" flow condition is therefore not indicated for the periods prior to either breach, or for the period after the north breach but before the south breach (except perhaps localized at the point of the breach), and thus it was not the focus of this investigation of flow currents acting on the barge at the LNA terminal or in the canal.[19]

**Model Results of IHNC Inflow with No Floodwall Failures**

Prior to either failure in the east levee and floodwall, flow comes into the IHNC between the Florida Avenue Bridge and the IHNC Lock from the north through the Florida Avenue Bridge and expands as a jet flow as it enters the basin.  Flow under this condition will simply stream into the basin and increase the water levels therein; e.g., "filling the bathtub."  This situation was modeled between the hours of 0300 and 0600 on September 29, 2005.  The flows were computed based on the area to be filled within the modeled area and the change in water level as measured on the staff gage at the IHNC Lock for those hourly readings.  The flow rate was considered steady over that hour.  Since the water levels at 0300 hr were above the average 7-ft level of the ground between the floodwalls, the area was taken as the area contained within the floodwalls to the lock gates.  A table of the flow rates used in these computations is shown in Table 2.

---

[19]  Flows through a breach in the northern portion of the east floodwall between the hours of 0500 to 0700 would range from approximately 10kcfs to 15kcfs, respectively, based on the water levels at that time. Calculations using a method for estimating outflows from breached dams developed for the military estimated the maximum outflow to be approximately 12 kcfs.



**Table 2. Computed Inflow Rates Early Morning 29 Sept. 2005.**

| Time (am) | Gage (ft NAVD88) | Delta WL (ft) | Volume (cu ft) | Inflow Rate (cfs) |
|---|---|---|---|---|
| 200 | 7.2 | | | |
| 300 | 8.0 | 0.8 | 5014809 | 1393.003 |
| 400 | 9.2 | 1.2 | 7510870 | 2086.353 |
| 500 | 10.2 | 1.0 | 6259058 | 1738.627 |
| 600 | 11.2 | 1.0 | 6259058 | 1738.627 |

Modeled Area =   6,259,058   sq ft

Figures 21, 22, and 23 present the flows in the northern portion of the lower IHNC for water levels of 9.2 ft, 10.2 ft and 11.2 ft, respectively.

These flows are very low and are not strong enough to move the barge away from the barges to which it was lashed even if the lines were broken. Specifically, the velocities at the location of the barge are approximately 0.02 ft/sec or 0.01 knots for all three of these conditions. The velocities in this area are similar for the earlier, lower water level conditions as well. Thus, there was no current strong enough in the vicinity of the barge to move the barge from its initial location.

The modeling of this scenario confirms the common-sense conclusion that the water flowing into the IHNC and rising within the channel prior to the occurrence of a breach would not create a current that would move the barge away from the dock. The water level rose much like a bathtub fills with water when the plug is in the drain.

