# EXHIBIT 2

Report of Gennaro Marino

Part 1

# FAILURE INVESTIGATION OF THE NORTH AND SOUTH BREACHES ALONG THE IHNC DURING HURRICANE KATRINA, ST. BERNARD PARISH, NEW ORLEANS, LA





Prepared for:

    Mr. Larry Wiedemann
    Wiedemann & Wiedemann
    8221 Baronne St.
    New Orleans, LA   70113-1102

Prepared by:
    Gennaro G. Marino, Ph.D., P.E.

Date: July 1, 2009



MARINO ENGINEERING ASSOCIATES, INC.

1101 E. COLORADO AVENUE
URBANA, ILLINOIS  61801
217-384-2288

(on front cover: IPET Appendix Volume 5, by U.S. Army Corps of Engineers and Team Louisiana final report entitled "The Failure of the New Orleans Levee System during Hurricane Katrina" dated December 18, 2006)

Table of Contents

LIST OF FIGURES ................................................................................... v

LIST OF PHOTOS ................................................................................. xiii

LIST OF TABLES ................................................................................ xxvii

1.0 INTRODUCTION .............................................................................. 1-1

   1.1 Scope and Objective .................................................................. 1-1

   1.2 Report Contents ......................................................................... 1-1

   1.3 IHNC Construction History .......................................................... 1-2

2.0 PROJECT DESCRIPTION ................................................................. 2-1

   2.1 Land Development History Along the IHNC (East Waterfront) ............. 2-1

   2.2 North Breach Design and As-Built Plan and Profile Conditions ............. 2-8

   2.3 South Breach Design and As-Built Plan and Profile Conditions ......... 2-18

   2.4 As-Built Floodwall Construction Conditions ................................ 2-23

      I-Wall Material Test Results .............................................. 2-29

      I-Wall Concrete .............................................................. 2-29

      Rebar Steel ................................................................... 2-29

      Sheetpile Steel .............................................................. 2-32

   2.5 ING4727 Barge Characteristics .................................................. 2-32

3.0 ASSOCIATED LOADING CONDITIONS ............................................. 3-1

   3.1 General ...................................................................................... 3-1

   3.2 Wind Speed and Direction .......................................................... 3-1

   3.3 IHNC Hydrograph Data ............................................................ 3-12

   3.4 Wave Conditions ..................................................................... 3-14

   3.5 Timing and Associated Conditions ............................................. 3-16

4.0 FLOODWALL FAILURE CONDITIONS ............................................... 4-1

   4.1 North Breach Chronological and Damage Photographs ................... 4-1

      Photographic Chronology ................................................. 4-1

      Damage Condition Photographs ......................................... 4-1

      Analysis ....................................................................... 4-16

   4.2 South Breach Chronological and Damage Photographs ................. 4-18

      Photographic Chronology ............................................... 4-18

      Damage Condition Photographs ....................................... 4-50

Twisted Ends ........................................................................ 4-50

Washed Out Ends ................................................................. 4-51

Uniform Scour Trenches ........................................................ 4-51

Analysis ............................................................................... 4-53

4.3 Barge Post-Failure and Damage Photographs ..................... 4-58

4.4 Other I-Wall Breach Damage Photographs .......................... 4-65

Citrus Back ........................................................................... 4-65

Plaquesmines Parish ............................................................ 4-74

IHNC West ............................................................................ 4-80

London Ave. Canal ................................................................ 4-80

17th St. Canal ....................................................................... 4-98

Analysis ............................................................................. 4-106

4.5 Scour From Overtopping I-walls ..................................... 4-107

5.0 MEA POST-FAILURE INVESTIGATION ................................. 5-1

5.1 Ground Surface Profile Conditions ..................................... 5-1

5.2 Soil Profile Conditions ....................................................... 5-9

5.2.1  General ......................................................................... 5-9

5.2.2  North Breach Soil Profile ............................................. 5-12

5.2.3  South Breach Soil Profile ............................................ 5-16

5.3 Soil Unit Properties .......................................................... 5-22

Waterfront Fill ...................................................................... 5-22

Levee Embankment .............................................................. 5-23

Upper Silts and Clays .......................................................... 5-24

Marsh .................................................................................. 5-29

Lower Silts and Clays .......................................................... 5-37

Bottom Clay ......................................................................... 5-39

5.4 Soil Modulus ................................................................... 5-47

5.5 Groundwater Conditions .................................................. 5-47

5.6 North Breach Failure Analyses ........................................ 5-53

5.6.1 Seepage Analysis ........................................................ 5-53

5.6.2 Floodwall Stability Analysis .......................................... 5-64

5.6.3 Failure Analysis ........................................................... 5-66

5.7 South Breach Failure Analyses ....................................... 5-70

5.71 Seepage Analysis ................................................................5-70

5.7.2 Floodwall Stability Analysis ...................................................5-86

5.7.3 Failure Analysis ................................................................5-91

6.0 POST-FAILURE INVESTIGATION BY OTHERS .............................................6-1

6.1 Introduction ..........................................................................6-1

6.2 ILIT Seepage Analyses .................................................................6-3

6.2.1 General .............................................................................6-3

6.2.2 ILIT Elevation Conversions .........................................................6-3

6.2.3 South and North Breach model assumptions in the ILIT report.6-3

Wall length ..............................................................................6-3

Soil layers ..............................................................................6-4

Initial groundwater levee on both sides of the levees ...............6-5

Water surge elevations on the canal side .................................6-6

6.2.4 Elevation of the ILIT Report Assumptions .................................6-7

Datum .....................................................................................6-7

Wall length ...............................................................................6-13

Overtopping of the wall ..............................................................6-13

Initial groundwater level condition...........................................6-13

6.25 Reproduction of ILIT Results- North Breach ...........................6-14

Geometry and soil layers ...........................................................6-14

Material properties ...................................................................6-14

Initial water boundary condition ...............................................6-14

Water surge ..............................................................................6-15

Results ...................................................................................6-15

6.2.6 Reproduction of ILIT Results - South Breach .........................6-22

Geometry and soil layers ...........................................................6-22

Material properties ...................................................................6-22

Initial water boundary condition ...............................................6-24

Water Surge..............................................................................6-24

Results ...................................................................................6-24

6.2.7 Summary ..............................................................................6-26

iii

6.3 IPET Limit Equilibrium Analyses .................................................6-31

    6.3.1 Model Assumptions ...................................................6-31

        Geometry.........................................................................6-31

        Piezometric Conditions...................................................6-32

        Soil Layers and Properties .............................................6-32

    6.3.2 Reproduction of IPET Results-North and South Breaches .......6-32

        Soil Strengths .................................................................6-32

        Hydrostatic Gap..............................................................6-36

        Loading Conditions.........................................................6-36

        Results............................................................................6-42

    6.3.3 Summary.....................................................................6-44

7.0 SUMMARY AND CONCLUSIONS .....................................................7-1

8.0 REFERENCES .................................................................................8-1

LIST OF FIGURES

FIGURE 2.1 DESIGN PLAN AND PROFILE ALONG IHNC NORTH BREACH AREA (OCTOBER 1966) ........................................................................................ 2-11

FIGURE 2.2 AS-BUILT PLAN AND PROFILE ALONG IHNC NORTH BREACH AREA (NOVEMBER 1969) .................................................................................... 2-12

FIGURE 2.3 CROSS-SECTIONAL AND OTHER DETAILS OF THE AS-BUILT FLOODWALL ALONG THE NORTH AND SOUTH BREACHES (NOVEMBER 1969) ... 2-14

FIGURE 2.4 AS-BUILT CROSS-SECTIONS ALONG IHNC (EAST) NORTH AND SOUTH BREACHES (NOVEMBER 1969) ...................................................... 2-15

FIGURE 2.5 DESIGN PLAN FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL 1980) ................................................................... 2-16

FIGURE 2.6 DESIGN PLAN AND PROFILE FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL 1980) .......................................... 2-17

FIGURE 2.7 DESIGN CROSS-SECTIONS OF THE FLOODWALL FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL 1980).................... 2-20

FIGURE 2.8 RECONSTRUCTED FLOODWALL-LEVEE PROFILES IN THE AREA OF THE NORTH BREACH AT STATIONS 54+00, 55+00, AND 56+00. BASED ON AS-BUILT PLANS DATED NOVEMBER 1969 .................................................... 2-20

FIGURE 2.9 DESIGN PLAN AND PROFILE IN THE SOUTHERN PORTION OF THE SOUTH BREACH (OCTOBER 1966) .............................................................. 2-21

FIGURE 2.10 DESIGN PLAN AND PROFILE IN NORTHERN PORTIONOF THE SOUTH BREACH (OCTOBER 1969) .............................................................. 2-22

FIGURE 2.11 AS-BUILT PLAN AND PROFILE FOR SOUTHERN PORTION OF THE SOUTH BREACH (NOVEMBER 1969) ...................................................... 2-24

FIGURE 2.12 AS-BUILT PLAN AND PROFILE FOR NORTHERN PORTION OF THE SOUTH BREACH (NOVEMBER 1969) ...................................................... 2-25

FIGURE 2.13 AS-BUILT PLAN AND PROFILE FOR NORTHERN PORTION OF THE SOUTH BREACH FROM STATIONS 30+00 TO 31+00 (NOVEMBER 1969)................ 2-26

FIGURE 2.14 RECONSTRUCTED FLOODWALL-LEVEE PROFILES IN THE AREA OF THE SOUTH BREACH AT STATIONS 22+00, 23+00, 23+67, 25+00, 26+00, 27+00, 28+00, 29+00, 30+00, AND 31+00. BASED ON AS-BUILT PLANS (NOVEMBER 1969) ........................................................................................ 2-27

FIGURE 2.15  AERIAL PHOTOGRAPHS SHOWING WHERE THE LOCATION OF THE ING 4727 BARGE WAS MOORED IMMEDIATELY PRIOR TO HURRICANE KATRINA (Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97) .........................................................................................2-35

FIGURE 2.16  MEASURED DIMENSIONS OF THE ING 4727 BARGE. (Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97) ................................................................................................................2-36

FIGURE 3.1 LOCATION MAP OF REPORTED EVENTS AND OBSERVATIONS PROVIDED IN TABLE 3.1............................................................................................3-6

FIGURE 3.2 WATER SURFACE ELEVATION (NGVD29 FT) AND BOUNDARY LAYER ADJUSTED WIND VELOCITY VECTORS (KNOTS) DURING HURRICANE KATRINA AT 2:00 AM FROM 5:00 AM TO 12:00 PM (WESTERINK, ET AL, 2006)......................3-7

FIGURE 3.3 WIND SPEED AND DIRECTION AT THE NEW ORLEANS AIRPORT ON AUGUST 28, 2005 ...................................................................................................3-10

FIGURE 3.4 IHNC GAGE RECORDS PLOTTED WITH TIME BEFORE, DURING AND AFTER HURRICANE KATRINA (IPET, 2006b, IV-33)..................................................3-13

FIGURE 3.5 TIME PLOT OF MRGO/GIWW GAGE, IHNC USGS GAGE AT 1-10 AND IHNC LOCK GAGE DATA WITH MONDELING RESULTS (Team Louisiana Report Figure 183)..............................................................................................................3-15

FIGURE 4.1  ILLUSTRATION OF THE FLOODWALL MOVEMENT AT NORTH END OF NORTH BREACH....................................................................................................4-17

FIGURE 4.2 PHOTOGRAPH DEPICTS THE ENTIRE SOUTH BREACH WITH POSTULATED SUPERIMPOSED WALL MOVEMENT STAGES. PHOTO DATED SEPTEMBER 26, 2005. NORTHWEST VIEW. (http://www.Gettyimages.com; ID #55772729, September 26, 2005)............................................................................4-54

FIGURE 4.3  ILLUSTRATION OF POINT LOAD IMPACT OF THE BARGE IN THE NORTHERN PORTION OF THE SOUTH BREACH AND THE EASTWARD DISPLACEMENT OF THE WALL..............................................................................4-56

FIGURE 4.4 FLOOD PROTECTION STRUCTURES AND REPORTED SCOUR FROM OVERTOPPING..................................................................................................4-108

FIGURE 5.1 LOCATIONS OF GROUND SURFACE SECTIONS TAKEN ALONG IHNC EAST .......................................................................................................................5-2

FIGURE 5.2   EAST-WEST GROUND SURFACE SECTION 1 COMPARING LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY ...................................5-3

FIGURE 5.3   EAST-WEST GROUND SURFACE SECTION 2 COMPARING LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY ...................................5-3

FIGURE 5.4   EAST-WEST GROUND SURFACE SECTION 3 COMPARING LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY ...................................5-4

FIGURE 5.5  EAST-WEST GROUND SURFACE SECTION 4 JUST SOUTH OF THE NORTH BREACH AT STATION 52+57 ......................................................................5-4

FIGURE 5.6  EAST-WEST GROUND SURFACE SECTION 5 JUST NORTH OF THE SOUTH BREACH AT STATION 32+89........................................................................5-5

FIGURE 5.7  EAST-WEST GROUND SURFACE SECTION 6 JUST SOUTH OF THE SOUTH BREACH AT STATION 22+77........................................................................5-5

FIGURE 5.8  EAST-WEST GROUND SURFACE SECTION 7 THROUGH THE NORTH BREACH AT STATION 54+40 ......................................................................5-7

FIGURE 5.9  EAST-WEST GROUND SURFACE SECTION 8 THROUGH THE SOUTH BREACH AT STATION 28+94 ......................................................................5-7

FIGURE 5.10   EAST-WEST GROUND SURFACE SECTION 9 THROUGH THE SOUTH BREACH AT STATION 26+19........................................................................5-8

FIGURE 5.11   LOCATION OF AVAILABLE "DEEP" BORINGS ALONG THE IHNC (EAST) .................................................................................................. 5-10

FIGURE 5.12   EAST-WEST CROSS-SECTION 1-1 AT THE NORTH END OF THE NORTH BREACH................................................................................................ 5-13

FIGURE 5.13  EAST-WEST CROSS-SECTION 3-3 200 FT SOUTH OF THE NORTH END OF THE SOUTH BREACH ........................................................................... 5-17

FIGURE 5.14 EAST-WEST CROSS-SECTION 2-2 180 FT NORTH OF THE SOUTH END OF THE SOUTH BREACH ........................................................................... 5-18

FIGURE 5.15 WET DENSITY VERSUS DEPTH FOR THE USC UNIT .................. 5-25

FIGURE 5.16 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE USC UNIT .................................................................................................... 5-26

FIGURE 5.17 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE USC UNIT FOR UPPER EMBANKMENT (GSE > 0.0 ft NAVD88) ................................. 5-27

FIGURE 5.18 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE USC
UNIT FOR TOE AREA (GSE < 0.0 ft NAVD88) ...................................................... 5-28

FIGURE 5.19 WET DENSITY VERSUS DEPTH FOR THE M UNIT ...................... 5-31

FIGURE 5.20 WET DENSITY VERSUS DEPTH FOR THE M UNIT FOR THE UPPER
EMBANKMENT (GSE > 0.0 ft NAVD88) ................................................................. 5-32

FIGURE 5.21 WET DENSITY VERSUS DEPTH FOR THE M UNIT FOR THE TOE
AREA (GSE < 0.0 ft NAVD88) ................................................................................ 5-33

FIGURE 5.22 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE M
UNIT ....................................................................................................................... 5-34

FIGURE 5.23 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE M UNIT
BELOW THE UPPER EMBANKMENT AREA ......................................................... 5-35

FIGURE 5.24 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE M UNIT
BELOW THE TOE AREA ....................................................................................... 5-36

FIGURE 5.25 PEAT AND MARSH PERMEABILITY VALVES VERSUS EFFECTIVE
OVERBURDEN PRESSURE (IPET Figure V-17-15) ............................................. 5-38

FIGURE 5.26 WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS .......... 5-41

FIGURE 5.27 WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS FOR
UPPER EMBANKMENT AREA (GSE> 0.0 ft NAVD88) ......................................... 5-42

FIGURE 5.28 WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS FOR TOE
AREA (GSE < 0.0 ft NAVD88) ................................................................................ 5-43

FIGURE 5.29 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC AND BC
UNITS ..................................................................................................................... 5-44

FIGURE 5.30 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC AND BC
UNITS FOR THE UPPER EMBANKMENT AREA (GSE > 0.0 ft NAVD88)............. 5-45

FIGURE 5.31 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC AND BC
UNITS FOR THE TOE AREA (GSE < 0.0 ft NAVD88)........................................... 5-46

FIGURE 5.32 TEST SHEETPILE DEFLECTION PLOTS AT DIFFERENT FLOOD
LEVELS (Jackson, 1988) ....................................................................................... 5-48

FIGURE 5.33  AVAILABLE IHNC WATER ELEVATIONS FOR THE USGS GAGE AT I-
10 FROM JUNE 27, 2005 TO AUGUST 29, 2005 (Walters, 2009) ........................ 5-50

FIGURE 5.34   GROUNDWATER POTENTIOMETRIC SURFACE MAP ON APRIL 24, 2005 PREPARED BY THE WASHINGTON GROUP INTERNATIONAL, INC (WGI 42537, Bieleck and Lesser, 2005) .......................................................................... 5-51

FIGURE 5.35  ESTIMATED GROUNDWATER POTENTIOMETRIC CONTOURS WEST OF IHNC (EAST) FLOODWALL PRIOR TO HURRICANE KATRINA ......... 5-55

FIGURE 5.36 GEOSLOPE 2D SEEPAGE MODEL AT THE NORTH BREACH (NAVD88) ............................................................................................................ 5-56

FIGURE 5.37 TOTAL HEAD CONTOURS SHOWING THE PRE-FLOOD PHREATIC SURFACE FOR NORTH BREACH (NAVD88) ........................................................ 5-57

FIGURE 5.38 TOTAL HEAD CONTOURS FOR NORTH BREACH FOR PEAK SURGE AT ELEVATION 14.2 FT (NAVD88) ........................................................ 5-58

FIGURE 5.39 PRESSURE HEAD CONTOURS FOR THE NORTH BREACH FOR PEAK SURGE AT ELEVATION 14.2 FT (NAVD88) ................................................ 5-59

FIGURE 5.40 HYDRAULIC GRADIENT CONTOURS FOR THE NORTH BREACH FOR PEAK SURGE AT ELEVATION 14.2 FT (NAVD88) ................................................ 5-60

FIGURE 5.41 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS FOR THE NORTH BREACH ................................................................... 5-61

FIGURE 5.42 CROSS-SECTION 1-1 THROUGH THE NORTH BREACH SHOWING THE ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES OF THE LAYERS USED IN THE STABILITY ANALYSIS .................................................... 5-65

FIGURE 5.43 3D SLIP SURFACE FOR A LOCALIZED FAILURE ENCOMPASSING ONE MONOLITH AT THE NORTH END OF THE NORTH BREACH (CASE 13) ... 5-67

FIGURE 5.44 3D SLIP SURFACE FOR A LOCALIZED FAILURE ENCOMPASSING TWO MONOLITHS AT THE NORTH END OF THE NORTH BREACH (CASE 14) ........................................................................................................... 5-68

FIGURE 5.45 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR THE NORTH BREACH (CASE 21) ................................................................................ 5-69

FIGURE 5.46 GEOSLOPE 2D SEEPAGE MODEL FOR THE NORTH PART OF THE SOUTH BREACH (NAVD88) ................................................................................ 5-72

FIGURE 5.47 GEOSLOPE 2D SEEPAGE MODEL FOR THE SOUTH PART OF THE SOUTH BREACH (NAVD88) ................................................................................ 5-73

FIGURE 5.48 TOTAL HEAD DIAGRAM SHOWING THE PRE-FLOOD PHREATIC SURFACE FOR NORTH PART OF SOUTH BREACH (NAVD88)......................... 5-74

FIGURE 5.49 TOTAL HEAD DIAGRAM SHOWING THE PRE-FLOOD PHREATIC SURFACE FOR SOUTH PART OF SOUTH BREACH  (NAVD88)........................ 5-75

FIGURE 5.50 TOTAL HEAD CONTOURS FOR THE NORTH PART OF SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88) .......................... 5-76

FIGURE 5.51 TOTAL HEAD CONTOURS FOR THE SOUTH BREACH PART OF THE SOUTH BREACH AT PEAK SURGE ELEVATION AT 14.2 FT (NAVD88)............. 5-77

FIGURE 5.52 PRESSURE HEAD CONTOURS FOR THE NORTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)............. 5-78

FIGURE 5.53 PRESSURE HEAD CONTOURS FOR THE SOUTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)............. 5-79

FIGURE 5.54 HYDRAULIC GRADIENT CONTOURS FOR THE NORTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)............. 5-80

FIGURE 5.55 HYDRAULIC GRADIENT CONTOURS FOR THE SOUTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)............. 5-81

FIGURE 5.56 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS FOR THE NORTH PART OF THE SOUTH BREACH............................................. 5-82

FIGURE 5.57 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS FOR THE SOUTH PART OF THE SOUTH BREACH ............................................ 5-83

FIGURE 5.58 CROSS-SECTION 2-2 THROUGH THE NORTH PART OF THE SOUTH BREACH SHOWING THE ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES OF THE LAYERS USED IN THE STABILITY ANALYSIS ............... 5-84

FIGURE 5.59 CROSS-SECTION 3-3 THROUGH THE SOUTH PART OF THE SOUTH BREACH SHOWING THE ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES OF THE LAYERS USED IN THE STABILITY ANALYSIS ............... 5-85

FIGURE 5.60 CRITICAL SLIP CIRCLE FOR CONDITONS AT FAILURE FOR THE NORTH PART OF THE SOUTH BREACH ........................................................... 5-87

FIGURE 5.61 CRITICAL SLIP CIRCLE FOR CONDITIONS AT FAILURE FOR THE SOUTH PART OF THE SOUTH BREACH............................................................ 5-88

FIGURE 5.62 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR NORTH PART OF SOUTH BREACH.................................................................... 5-89

FIGURE 5.63 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR SOUTH PART OF SOUTH BREACH.................................................................... 5-90

FIGURE 6.1 HYDROGRAPHS SHOWING MEASURED (AND PHOTOGRAPHED) WATER LEVELS AT GAGE STATIONS ALONG THE INNER HARBOR NAVIGATION CANAL (IHNC) ................................................................................................. 6-6

FIGURE 6.2 THE CROSS SECTION AND SOIL LAYERS OF IHNC LEVEE, NORTH BREACH (MSL-ILIT) .............................................................................................. 6-8

FIGURE 6.3 TOTAL HEAD WITH TIME COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 9 UNDERNEATH THE WALL ..... 6-9

FIGURE 6.4 PRESSURE HEAD WITH TIME COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 9 UNDERNEATH THE WALL ... 6-10

FIGURE 6.5 TOTAL HEAD COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 10 AT THE TOE OF THE LEVEE................. 6-11

FIGURE 6.6 PRESSURE HEAD COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 10 AT THE TOE OF THE LEVEE................. 6-12

FIGURE 6.7 PORE PRESSURE GENERATION AT DIFFERENT TIMES AND DEPTHS AT THE INBOARD TOE OF THE NORTH BREACH ............................................... 6-17

FIGURE 6.8 TOTAL HEAD CONTOURS FOR THE NORTH BREACH; STORM SURGE 14.4 FT MSL-ILIT. HEAD CONTOURS AT 1-FOOT INTERVALS OF HEAD ......... 6-19

FIGURE 6.9 THE PRESSURE HEAD CONTOURS FOR THE NORTH BREACH; STORM SURGE 14.4 FT MSL-ILIT........................................................................ 6-20

FIGURE 6.10 HYDRAULIC GRADIENTS FOR THE NORTH BREACH ON IHNC; STORM SURGE 14.4 FT MSL-ILIT........................................................................ 6-21

FIGURE 6.11 THE CROSS SECTION AND SOIL LAYERS OF IHNC LEVEE, SOUTH BREACH (NAVD88).............................................................................................. 6-23

FIGURE 6.12 PORE PRESSURE GENERATION AT DIFFERENT TIMES AND DEPTHS AT THE INBOARD TOE OF THE SOUTH BREACH................................ 6-25

FIGURE 6.13 TOTAL HEAD CONTOURS FOR THE SOUTH BREACH; STORM
SURGE 14.4 FT MSL-ILIT. HEAD CONTOURS AT 1-FOOT INTERVALS OF
HEAD ....................................................................................................... 6-27

FIGURE 6.14 THE PRESSURE HEAD CONTOURS FOR THE SOUTH BREACH;
STORM SURGE 14.4 FT MSL-ILIT....................................................... 6-28

FIGURE 6.15 HYDRAULIC GRADIENTS FOR THE SOUTH BREACH ON IHNC;
STORM SURGE 14.4 FT MSL-ILIT....................................................... 6-29

FIGURE 6.16 UNDRAINED SHEAR STRENGTH WITH ELEVATION (NAVD88) .. 6-34

FIGURE 6.17 EAST BANK (NORTH BREACH), CASE 2, DESIGN CANAL WATER
LEVEL = 10.5 FT (NAVD 88), WITH CRACK, AFTER IPET – APPENDIX 11. ....... 6-38

FIGURE 6.18 NORTH BREACH FAILURE, DESIGN WATER LEVEL = 10.5 FT
(NAVD88), WITH CRACK, MEA ANALYSIS ............................................. 6-39

FIGURE 6.19 EAST BANK (SOUTH BREACH), CASE 4, DESIGN CANAL WATER
LEVEL = 12.5 FT (NAVD 88), WITH CRACK, AFTER IPET – APPENDIX 11. ....... 6-40

FIGURE 6.20 SOUTH BREACH FAILURE, DESIGN WATER LEVEL = 12.5 FT
(NAVD88), WITH CRACK, MEA ANALYSIS ............................................. 6-41

LIST OF PHOTOGRAPHS

Photo 2.1  East bank of IHNC on October 18, 1996. Photo depicts significant industrial development along waterfront and the presence of the Galvez Street Wharf on the west side of the canal across from the South Breach area. Also note the Florida Avenue Bridge had not been constructed. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.) ................................................................................................. 2-2

Photo 2.2  IHNC between Claiborne and Florida Avenue Bridges. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture) 2-3

Photo 2.3  East Bank of IHNC with all infrastructure, as well as the Galvez Street Wharf on west side are removed. Photo dated November 13, 2002. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.) ..................................................... 2-4

Photo 2.4 IHNC between Claiborne and Florida Avenue Bridges. Note there has been additional excavation along the floodwall waterfront and trailers along floodwall at the North Breach Area. Photo was taken in February 2004. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture)..... 2-5

Photo 2.5  Infrared photograph of IHNC between Claiborne and Florida Avenue Bridges. Photograph indicates that isolated low spots are present in the floodwall waterfront ground surface adjacent to the North Breach and South Breach. The photograph is dated February 2004. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture) ........................................................... 2-6

Photo 2.6  IHNC east waterfront on April 13, 2005. Note significant excavation between the North and South Breach areas, and additional excavation at canal at North Breach and at south end of South Breach. (Air photo with remarks provided by R. B. Bea and D. Cobos-Roa, 2008.) ................................................................................................. 2-7

Photo 2.7  IHNC east between Claiborne and Florida Avenue Bridges. WGI trailers which were present along floodwall near Florida Avenue are gone. Ponded area adjacent to North and South Breach are absent. Additional excavation is present between the North and South Breach areas and at south end of the South Breach. Air photo dated June 2005. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture) ......................................................... 2-9

Photo 2.8  Eastside of IHNC just north of South Breach, before April 13, 2005 and after Hurricane Katrina, showing low areas adjacent to floodwall had been filled prior to flooding. (Air photos provided by B. Gilbert email, dated May 15, 2008.)................. 2-10

Photo 4.1 Still of earliest available video of the North Breach after Hurricane Katrina. Floodwaters flowing back into the canal. Video dated August 30, 2005 at 12:55 pm. Floodwater level low enough to see ground surface on waterfront side. South view. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian

A. Gilbert, P.L.C., location of video: IHNC files\CDs\dvd's 6-3-08\Mark Price\Files\Photos-videos 1\P3\Captured CCD\Katrina10.mp2. Video dated August 30, 2005) ................................................................................................................... 4-2

Photo 4.2  North Breach at the Lower Ninth Ward. Water is shown flowing back into the IHNC. Note entire area in the vicinity of the breach has been eroded away. Photo dated August 31, 2005 (Preliminary ILIT report dated November 2, 2005, Figure 4.7) ......... 4-3

Photo 4.3 No-flow condition at the North Breach. Back erosion in front of the failure and along the south end of the breach is present. Also, the photograph depicts an east-west ridge of sediments deposited from eastward to southward floodwater flows into the Lower 9th Ward. East view. (IPET report, Appendix Volume 14) ................................ 4-4

Photo 4.4  IHNC between Claiborne and Florida Ave. Bridges in October 2005 showing the North and South Breaches. Note the slight bend at the south end of the North Breach Compared to the South Breach. The Floodwalls at the North and South Breaches scaled to a maximum east end displacement of 80 ft and 195 ft, respectively. (Air Photo Provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture) ........................................................................................... 4-5

Photo 4.5  Temporary levee installed on canal side across the North Breach.  At the north end of the breach, east-west ridge of washed sediment on north side is present. Note exposure of the sheetpile just north of the failure on land side from in-rush of floodwater when the wall was displaced eastward at the end of the breach and water-filled scour trench just south of failure.  Closer to the breach, the trench appears fairly uniform width but wider than it is to the south. Just north of the breach at the floodwall corner (where the wall elevation is 1 ft higher than at the failure reach) no scour can be seen. Southwest View. (IPET website, Post-Katrina, Presentations, "The Anatomy of a Disaster" dated June 7, 2006) .................................................................................... 4-6

Photo 4.6  Installing temporary levee in front of North Breach. Note broken and missing concrete at monolith joints. Concrete completely missing where it has "fanned" downward. Note floodwall at north end of the breach has translated about 80 ft to the east and rotated about 270°. West View. (IPET Appendix Volume 6 and L. Harder, October 14, 2005). ................................................................................................. 4-7

Photo 4.7  Abrupt tear at north end of North Breach. Continuous (unjointed) concrete panel to north corner with breach occurring at construction joint. Note sheetpile at south end of this panel was pulled laterally eastward out of bottom of the concrete panel and tore just south of the interlock with adjacent sheet. Note the smooth "curved" surface from concrete against sheetpile at south end of the existing monolith. The eastward displaced sheetpile appears to have been also torn off the sheetpile in the older southern monolith. The southern monolith had a lower top elevation of 1 ft. Northwest view. (see NB-8, LNA 001159) .................................................................................... 4-8

Photo 4.8   North end of North Breach. Appears steel rebar was used in monolith to the north. Note the sheetpile is torn off and rebar is bent landward. Opposite view of Mr. Villavasso, when he observed the failure. Northeast view  (Photo produced by LaFarge, North America, LNA001155). ..................................................................................... 4-9

Photo 4.9 North Breach showing north end of the floodwall laying flat on ground having rotated 270°. Except for where wall has been twisted upside down, the greatest fragmentation and twisting strain appears be at the construction joints. Southeast view. (Photo produced by LaFarge, North America, LNA001148)...................................... 4-10

Photo 4.10   Most of the North Breach to the south end. The failed floodwall displaced eastward and twisted 270° with sheetpile completely out of the ground close to the south end. The twisting of the sheetpile indicated (without tearing) appears up to 28° in 4.5 ft. Note in this section there has been rotation along the interlock joint. South view. (Photo produced by LaFarge, North America, LNA001158)...................................... 4-11

Photo 4.11 South end of North Breach. Washout from flow of floodwaters into Lower 9th Ward can be seen along wall at south end exposing sheetpile. South view. Photo taken on October 4, 2005. (Preliminary ILIT Report dated November 2, 2005, Figure 4.11)........................................................................................................... 4-12

Photo 4.12 depicts the more gradual twisting of the wall at the south end of the North Breach. Torsion or twisting strains greatest at the joints. Note from the flow of floodwaters into the Lower 9th Ward the levee soil was washed along the wall and exposed the sheetpile. At the joint in the middle of the photo, the sheetpile appears to have been peeled off the back of the wall south of the joint. South view. (Photo produced by LaFarge, North America, LNA001142) .................................................. 4-13

Photo 4.13 South end of the North Breach with floodwall twisted down slope. Note discrete deformations at joint locations. North View. (IPET website, "Post-Katrina," "Lake Pontchartrain LA," 9th Ward Photos, dated October 26, 2005) ....................... 4-14

Photo 4.14   Earliest available photograph where canal water is still flowing into the Lower 9th Ward but hasn't reached top of school bus and is now below the crown of the levee. In the northern portion of breach, back erosion occurred to the west, and the upper portions of the earthen levee are gone. Location of the turbulent flow along canal ridge near the middle of the breach may have been the south end of the initial failure where canal water flowed in along the twisted floodwall, such as is present along the north and south ends of the breach. Note, where present, the top of ridge appears to be close to the same elevation as adjacent unfailed sections. Also, the canal and land-side levee ridges are not parallel. Northeast view. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Appendix Volume 14," by U.S. Army Corps of Engineers, June 2007) .................................................. 4-19

Photo 4.15 Photograph of southern part of South Breach after Katrina. Floodwater, which is to the top of the school bus, is now flowing out of the Lower 9th Ward with the canal water at a lower elevation than in Photo 4.14. Note only canal-side levee ridge visable due to erosion from water flowing into the Lower 9th Ward. Southeast View. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Appendix Volume 17," by U.S. Army Corps of Engineers, June 2007)..................................................................................................................... 4-20

Photo 4.16 Photograph of South Breach showing flow from the Lower 9th Ward into the canal. Note that at this time waterfront ground surface is visible and land-side levee ridge is not visible. Also, back-erosion is now apparent in this photo at the south, as well as north ends of breach from canal water flowing into the Lower 9th Ward. ("9th Ward Barge and Levee Photos") ....................................................................................... 4-21

Photo 4.17 Photo indicates the time was 2:35 pm on the day of Hurricane Katrina. At this location there appears to be a no-flow condition across the South Breach. Note no land-side and only a canal-side ridge is present across a small portion of breach. Waterfront ground surface now present at a water elevation estimated at 8 ft based on hydrograph data. Barge can be seen on flood side just south of the breach. West view. (IPET Appendix Volume 5, by U.S. Army Corps of Engineers and Team Louisiana final report entitled "The Failure of the New Orleans Levee System during Hurricane Katrina" dated December 18, 2006)........................................................................................ 4-22

Photo 4.18 Photo is an aerial view of the South Breach after Hurricane Katrina with a significant amount of floodwater still pooled on Jourdan Ave. As can be seen in the photo, most of the concrete floodwall segment has broken off the sheetpiling in the northern half whereas towards the southern half, much of the concrete wall has remained attached to the sheetpiling. The northern part of the failed floodwall displaced up to about 180 ft to the east and beyond Jourdan Ave. In the southern part of the breach, the wall displacement was fairly uniform and on the order of 50 ft. In about the middle of the breach, there is a significant "vertical" face, which can also be seen in Photo 1, where turbulent flow into the canal was observed. This location was likely the momentarily south end of the progressive failure of the floodwall. Northeast view. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Volume V - The Performance - Levees and Floodwalls," by U.S. Army Corps of Engineers, June 2007)............................................................................. 4-23

Photo 4.19 Photo of the south part of the South Breach. The photo appears to have been taken prior to Hurricane Rita, as the ING 4727 Barge is to the east of the school bus, but after temporary levee material had been placed to the west. The final resting place of the barge was on the bus. IPET alleges that the longitudinal ditch shown in the photo is a remnant of the scour trench. But the depth and width of the "trench" or "slough" does not appear to be consistent with this interpretation. This also can be seen in a later picture of the "slough" before Rita (see Photo 4.20.) No bottom elevations of

the "trench" are available. Trench could also have resulted, however, from displacement of sheetpile from the lateral impact force by the barge (see Figure 4.14).  Note the floodwall has been displaced fairly uniformly to the east at about 50 ft. At the south end of the breach, the wall is twisted landward and the soil adjacent to the sheetpile has been washed away during the flooding.  The photograph indicates that the water level in the slough at the south is at about elevation -2.2 ft, or almost 9 ft below the levee crown (based on as-built drawings). Therefore, the toe of the sheetpile at this location would be about 8 ft below the water surface. Note wood pole on levee slope, which is south of the breach, was not knocked down by barge. South view. (https://ilpet.wes.army.mil/, post Katrina photos, by U.S. Army Corps of Engineers)............................................ 4-24

Photo 4.20  After Hurricane Katrina, where canal water had eroded temporary levee and was flowing into the Lower 9th Ward on September 12, 2005, through South Breach. Note at this time barge is not on the school bus. Later flow out of the canal from Hurricane Rita floodwater caused barge to flow on top of school bus. Photo also indicates the significant depth of the slough along the wall alignment. Water level in the slough at the arrow projects out at about 10 ft below the crown, or an elevation of -3.5 ft. The slough appears widened from flow along failed floodwall at south end. Photograph also shows longitudinal sinusoidal bowing just south of the failure. North view. (http://www.Gettyimages.com, ID#71545243, September 11, 2005) ........................ 4-25

Photo 4.21 South Breach during Hurricane Rita. Water level was below floodwall but still flowing into the Lower 9th Ward through the levee. Note that the drill rig parked on flood-side north of breach appears to have been left there before Hurricane Katrina, and that the barge was not on top of the school bus. This photo was taken on September 23, 2005, at 6:57 pm. South view. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/Ind Canal, September 3, 2005) .......... 4-26

Photo 4.22 Photograph depicts the entire South Breach. Note the longitudinal sinusoidal bowing of the wall immediately to the south of the breach, that the pole just south of breach on land side of the levee was not impacted by the barge movement, and that flattened floodwall is tilted slightly upward near southern end of the breach. Photo dated September 26, 2005.  North view.  (http://www.Gettyimages.com,  ID#55772729, September 26, 2005)............................................................................................. 4-27

Photo 4.23 Photograph of the displaced sheetpile at the South Breach and the barge. At the time the photo was taken, a temporary levee was being installed after Hurricane Rita. Note the northern portion of the sheetpile extended across Jourdan Ave. Northeast view. (ILIT report entitled "Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005") ................................... 4-28

Photo 4.24  Photograph of South Breach after Hurricane Rita. Temporary earthen levee appears to have been completed. Photo dated October 14, 2005. South view. (IPET Appendix Volume 2, by U.S. Army Corps of Engineers, ILIT, Figure 1.9, Photo by Les Harder) ............................................................................................................. 4-29

Photo 4.25 Depiction of the scour trench to the north of the South Breach which appears of uniform width. Also, concentrated deformation at the construction joint exists along the twisted floodwall at the north end of the breach which has displaced downslope. South view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005, and IPET Report Figure 14-26.)....................................4-30

Photo 4.26 The floodwall at the north end of the South Breach twisted downslope. Significant deformation occurred along the construction joint. At the joint towards the middle of the wall panel there appears to be early land side compressive spalling. South view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 10, 2005).........4-31

Photo 4.27 Depiction of the downslope twisting of the floodwall at the north end of the South Breach. Essentially all the sheetpile for the most twisted concrete panel (to the south) is no longer embedded. Some embedment also has been removed from the northern panel sheetpile. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005.)....................................................................................4-32

Photo 4.28 North end of South Breach. Predominant twisting and bending strains resulting in debonding in bottom and spalling in upper portion of the wall. Note rock fill installed against wall where floodwaters washed out the levee materials exposing sheetpile.  Photo dated October 4, 2005. Northwest view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "9th Ward") ...4-33

Photo 4.29 A depiction of a more than 90° downward twist of the floodwall at the north end of the South Breach. Beyond the construction joint of the most northern twisted panel, the floodwall concrete has been completely disintegrated with the sheetpile lying on the top of the ground. End of upper panel shown in the photo appears to have been only slightly damaged. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 6, 2005.) ...........................................................................................4-34

Photo 4.30 A depiction of the north end of the South Breach. Concrete floodwall is fairly intact north of construction joint. To the south of this joint, the wall is twisted downslope more than 90° in less than two panel lengths. Northern most twisted panel shows significant concrete fragmentation and reinforcement exposure.  These areas have the minimum concrete cover over the sheetpile, whereas in intermittent areas have the greatest cover, and this infill-reinforced concrete remained more "intact". In the southern panel, the concrete essentially disintegrated with the sheetpile lying on the top of the ground. Photo dated October 6, 2005. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity") ...............................................................................................................4-35

Photo 4.31 About in the middle of the South Breach where greatest horizontal curvature section is present. Note tensile debonding on bottom parts of panels and compressive spalling in the upper segments. Photo dated October 4, 2005. Northeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "9th Ward") ......................................................................................................... 4-36

Photo 4.32 Photograph of the southern portion of the South Breach. Most of the monolith concrete remained on the sheet pile in this section with frequent "vertical" cracking and spalling, as well as some concrete missing in localized areas at the "top" of the wall. Note there is no tensile debonding in lower portion of wall. South view. (IPET report dated January 10, 2006, Figure 13-24) ......................................................... 4-37

Photo 4.33 Photograph of southern part of South Breach after Hurricane Rita with barge in background. Floodwall has been exhumed and flattened and the wall has been sheared off at the south end. Note that the sheared end is south of the monolith joint and is at an acute angle. Photo dated September 26, 2005. East view. (Photograph from http://www.gettyimages.com ID #55772555) ...................................................... 4-38

Photo 4.34 A depiction of the south end of the South Breach where the top of floodwall was sheared off and the vertical rebar has been bent horizontally landward. The sheared off portion of the wall occurred at the horizontal cold joint between the 3-ft top pour and bottom pour which contains the embedded sheetpile. Horizontal rebar are also bent in landward where exposed at the north fracture surface in the upper pour. Note rock fill was installed along floodwall where levee washout exposed the sheetpile. Photo dated October 6, 2005. South view. (Photo published by Army Corps and Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity") ......................................................................................................... 4-39

Photo 4.35 South end of South Breach where the top of the concrete wall has been sheared off beyond the vertical monolith joint. Note tensile debonding due to twisting and bending. Photo dated October 6, 2005. Southeast view. (Photo published by Army Corps and Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity," "IHNC- Inner Harbor Navigation Canal" photos) ....... 4-40

Photo 4.36 Photo taken after Hurricane Rita shows the south end of the South Breach where the top 3 ft of the concrete has been sheared-off to the cold joint and the vertical and horizontal bars are bent landside. The crumbled concrete from the upper portion of the wall is adjacent to lower portion of wall. At the construction joint at the north end of the sheared panel the sheet.  Photo dated September 30, 2005. Southwest view. (Photo from http://www.Gettyimages.com, ID#55832357) ................................................... 4-41

Photo 4.37 A depiction of the top of the sheared-off panel at the south end of the South Breach. To the east, the top of the sheared panel appears to be more fragmented. Upper parts of sheetpile are exposed as the concrete has been "spalled" off. Photo is dated September 27, 2005. Northwest view. (Photo published by Army Corps of

Engineers on http://ipet.west.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity") .................................................................................................... 4-42

Photo 4.38 Photograph shows the top of the sheared-off floodwall at the south end of the South Breach and essentially flat-lying floodwall to the north which has been displaced about 50 ft to the east. The concrete appears to have been gouged off the top of the floodwall in the nearest flattened monolith. To the south, the rebar appears bent over concrete immediately above the sheetpile. Also, an obviously wider scoured "slough" from flow along the wall to the south can be seen. Note scour wall in levee to the east of the sheared-off wall from flooding. Northeast view. (Photo from hard drive obtained from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/9th Ward Barge and Levee Photos, September 2005) ............................................................................ 4-43

Photo 4.39 South end of South Breach showing vertical rebar bent inward and perpendicular to the laterally bent inward floodwall. Photograph dated October 14, 2005. (Ingram Barge/KC764 Part A/ Katrina photos/Aftermath/9th Ward Levee by Andres Bocher-FEMA) ................................................................................................ 4-44

Photo 4.40 The top of the sheared-off portion of the concrete floodwall above the cold joint where rebar is bent land side. Concrete above the cold joint is sheared off beyond the vertical panel joint. Also, note the exposure of the reinforcement in areas of higher stress in the wall. Photo is dated October 6, 2005. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity")................................................................. 4-45

Photo 4.41 A depiction of the sheared-off end of South Breach showing the acute vertical fracture surface and the horizontal cold joint. The horizontal rebar has been bent southward. Note this photo appears to have been taken after Photo SB28 as the concrete above the construction joint on the landside has been removed. Southwest view. Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) ) ........................................................................................... 4-46

Photo 4.42 A depiction of the south end of the breach where the top portion of the concrete wall has been sheared off with rebar bent land side and the resulting crumbled concrete pushed below and behind the remainder of the wall. To the north of this section, the wall lies fairly flat and is displaced eastward about 50 ft. To the south of breach, a fairly uniform scour trench is present adjacent to the wall. Note the concrete ridge above the horizontal construction joint at the south end of the failure. "Dunbar" photos dated September 27, 2005. North view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "IHNC") ..................... 4-47

Photo 4.43 South end of the South Breach showing rebar bent landward perpendicular and across construction joint. Displaced curvilinear wall section lower to northeast. As barge scraped across the construction joint, the canal-side vertical rebar was exposed and the upper portion of the wall was broken and pushed over the wall below the joint

level. A scour trench formed from overtopping over the sheared-off wall segment. Note that at the end of the failure, concrete displaced southward and that the concrete below the joint has had minimal spalling. Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "IHNC", dated September 27, 2005) ...4-48

Photo 4.44 Final Resting Position of the ING 4727 barge which is oriented northeast-southwest and in location across Jourdan Ave. and N. Roman St. Also, note the uniform levee slope behind the floodwall. North view. (Photo provided by Boutte Blair). ..........4-59

Photo 4.45 Southeast of the ING 4727 barge at final resting place. Northwest view. (IPET website, "Post-Katrina," "Lake Pontchartrain LA," 9th Ward Photos, dated October 2, 2005) ................................................................................................................4-60

Photo 4.46 Northwest and southwest sides of the ING 4727 barge. Barge in final resting place. Northeast view. (IPET website, "Post-Katrina," "Lake Pontchartrain LA," IHNC Inner Harbor Navigation Canal, Sills_Vroman, dated October 6, 2005) ......................4-61

Photo 4.47 Northeast end of Barge ING 4727. Barge in final resting place. (Photo from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C., location of photo: Photos by Mr. O'Dwyer/Pictures #2/ High Res/1.jpg, CD provided by Bartlett) ........................4-62

Photo 4.48 Southeast side of Barge ING 4727 barge in final resting place. Note power pole below barge is approximately perpendicular to it. North view. (IPET website, "Post-Katrina," "Lake Pontchartrain LA," 9th Ward Photos, dated October 2, 2005)..............4-63

Photo 4.49 Parallel scrapes along southwest end and along bottom of ING 4727 barge. Spacing of scrapes range from 6 in. to 13 in. (Photos taken by H. Pazos)...................4-64

Photo 4.50 Parallel scrapes along southwest end and bottom of ING 4727 barge. In the bottom photo the spacing of scrapes are at about 11 in. (Photos taken by H. Pazos) ................................................................................................................4-66

Photo 4.51 Parallel scrapes along southwest end and bottom of ING 4727 Barge. In bottom photo spacing of scrapes from about 7 in. to 13 in. (Photos taken by H. Pazos) ................................................................................................................4-67

Photo 4.52 Parallel scrapes along bottom of ING 4727 barge. Scrapes are spaced at about 6 in. to 13 in. (LNA001110). ............................................................................4-68

Photo 4.53 Northeast end of the Bilge Plate of the ING 4727 barge. Note no scrapes are present on this end of the barge (LNA001090). ........................................................4-69

Photo 4.54 Citrus Back Levee Breach along north side of GIWW. Breach is 2,000 ft long and is called NOE 04 by IPET. Uniform tilting of the I-wall from landward rotation of the wall and a water filled gap has formed between sheetpile and ground. Except for twisting joint related deformation at the end of the breach there is little concrete wall

damage. Note significant washout out of inboard levee crown. East view (from IPET Report Volume V, Figure 13-34). ..............................................................................4-70

Photo 4.55 Citrus Back Levee I-wall breach on flood side in the maximum tilt area. In this section there is minimal concrete wall damage due to the uniform rotation of the wall. Outboard water-filled gap resulted from wall rotation. East view. (from IPET Report, Volume V, Appendix 17, Figure V-17-40) ......................................................4-71

Photo 4.56 West end of the Citrus Back Breach. Appears from this photograph that the I-wall rotated as much as about 30° inboard. At this end of the 2,000 ft breach some concrete spalling from bending and concentrated twisting at the monolith joints can be seen. Note the significant washout along the wall inboard and these soils adjacent to floodwall appear silty. East view. (from IPET Report,  Volume V, Figure 78). ..............4-72

Photo 4.57 Citrus Bank I-wall east of breach section on in board side. Levee material appears more cohesive than in the vicinity of the breach (see Photo B-3). Along this section despite deep scour wall remains noticeably vertical and still stable. West view. (from IPET Final report, Appendix 17, Figure V-17-38) ................................................4-73

Photo 4.58 I-wall Breach along Mississippi River in Plaqesmines Parish. I-wall has translated and rotated inboard with significant inboard washout from overtopping. From this floodwall movement a slough-like gap formed on the outboard side. Photograph indicates a maximum horizontal bends at ends of 15°-20°. Southeast view. (Photo produced by LaFarge, North America, LNA001162) ....................................................4-75

Photo 4.59 I-wall breach along Mississippi River in Plaqesmines Parish. Floodwall has translated and rotated with inboard washout from overtopping and outboard gap development. Based on this photograph the wall has rotated about 50°. Southeast view. (Photo produced by LaFarge, North America, LNA001165)........................................4-76

Photo 4.60 South end of I-wall breach along the Mississippi River in Plaqesmines Parish. All twisting and bending deformations resulted in the joints with no noticeable damage to the concrete panels. Photo shows wall had rotated to about 50 maximum. Ground has slumped into the gap created by the wall movement. Note photo has a slight tilt as poles in background are not tilted. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11(Nov)/ Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)................................................................................................... 4-77

Photo 4.61 Central area of I-wall breach along the Mississippi River in Plaqemines Parish. Segment of floodwall in foreground depicts fairly uniform rigid body tilt with little exhibited deformation. At the north end of the breach inboard twisting in panel joints can be seen. Ground has slumped in behind created gap. Note photo has slight tilt as poles in background are not tilted. Photograph is dated November 2005. Northwest view. (Photograph from NOHPP website: Post-Katrina/Photographs/ Plaquemines Parish

2005.11(Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)................................................................................................................ 4-78

Photo 4.62 North end of I-wall breach along the Mississippi River in Plaqemines Parish. Generally gradual twisting in panel joints without damage to the concrete wall monoliths. Note water stop failure from joint deformations. Also, ground has sloughed in gap formed from inboard wall rotation and translation. Embankment appears silty to coarse grained. Photograph is dated November 2005. Southeast view. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish  2005.11 (Nov)/ Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf) ................................................................................................................ 4-79

Photo 4.63 Flood side of I-wall in Plaqemines Parish. Note location of sheetpile gap is marked by the green hose adjacent to floodwall which is also depicted in Photo 4.64. As can be seen in this photograph there is no noticeable deflection of the I-wall in this area. In the background is leaning floodwall depicted in Photo 4.65. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/ Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)......................................................................... 4-81

Photo 4.64 Bottom of I-wall in Plaqemines Parish. Gap between sheetpile sheets at monolith joint, however, no joint displacement exhibited. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)......................................................................... 4-82

Photo 4.65 Flood side of Plaqemines Parish I-wall. Photograph is along same reach as Photo 4.63. Wall rotation and translation resulting in gap froming between wall and embankment. The associated unsupported earth resulted in sloughing-in of material. In foreground diagonal twisting cracks can be seen. Note there are other areas which exhibited this same behavior. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf) ................................................................................................................ 4-83

Photo 4.66 Floodwall breach (IHNC 02) at  along IHNC (west). I-wall breach scales to be 160 ft long with a maximum lateral deflection of 15 ft. The ends at the I-wall failure are bent inward about 25°. Note that by this time the crown of he protected side of the levee has been washed away and that no back scour has occurred on the flood side at the breach. Photo taken on August 31, 2005. (Photo taken from IPET Volume IV Figure 127)...................................................................................................................... 4-84

Photo 4.67 Floodwall breach along IHNC (west) depicting flooding from Hurrican Rita. Note that no temporary protection against flooding was placed prior to Rita. Photograph was taken on September 24, 2005. South view. (Photo from http://www.Kathryncramer.com/Kathryn_cramer/Katrina) ........................................... 4-85

Photo 4.68 Floodwall breach (IHNC 02) along IHNC west North of Florida Ave. about 160 ft of I-wall has displaced and rotated westward. Based on the water levee at the north end of the breach it appears that the most deflected portion may be 4-5 ft lower in elevation. Note scour trench adjacent to the wall failure on protection side and slumping on the flood side. Also, no noticeable warping of unfailed wall despite significant scour. South view (Photo taken from http://www.nd.edu/~jjwteach/30125/Gilmore_Breifing_Lower9thIHNC_2006.pdf) ...................................................................................... 4-86

Photo 4.69 Aerial photograph of I-wall breach (IHNC 02) at IHNC West. Breach scales to be 160 ft long. Note breach had been backfilled with crush stone from temporary flood protection and used as an access road. Photograph taken in October 2005 (from Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture) ........................................................................................4-87

Photo 4.70-Wall breach at IHNC west (IHNC 02) after backfilled which apparently created additional wall damage. Concrete wall shows twist deformation but minimal debonding or shattering of concrete. From photo Post-Rita twist from end to middle of breach is about 45° (over about 80 ft). Photograph taken on October 2, 2005. North View. (from https://ipet.wes.army.mil/-Post-Katrina/Photographs/Lake Pontchartrain LA 2nd Vicinity/IHNC~Inner Harbor Navigation Canal/Photographs combined in pdf/IHNC West Central 2005.10(Oct) 02 IHNC West Central_Dunbar.pdf) .................................4-88

Photo 4.71South Breach along the east side of London Ave. Canal. Breach is about 110 ft long and scales to have a maximum lateral deflection of about 20 ft at the top of the wall. Most of the yielded sections are below water level. Note at south end of breach, the panel furthest from breach is bent more than the nearest. Northwest view. (Photograph from IPET Report Volume 5, Figure 35) ..................................................4-90

Photo 4.72 Panel joint along the South Breach of the London Ave. Canal. Joint has separated both in longitudinal and transverse directions with the water stop pulled out. Transverse debonding of the concrete from the sheetpile due to bending. Bending cracks can also be seen in the lower concrete to the right. Note sheetpile cutout, apparently to install waterstop to depth. (from NOHPP website-Post-Katrina/ Photographs/ Lake Pontchartrain LA and Vicinity/London Canal/ South Site 2005.10(Oct) 27Sills_Vroman) ...................................................................................4-91

Photo 4.73 North Breach along the west side of London Ave. Canal. This breach is 410 ft long with fairly uniform top of wall displacement of about 17 ft. Northern part of the breach is more tilted (or panel has detached) as this section is submerged and on the order of 10 ft below the as-built top of wall. Also, washout of flood side levee in this section exist. East view. (Photograph from ILIT Draft report titled: "Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005)" .................................................................................................................4-93

Photo 4.74 North Breach along the west side of the London Ave. Canal. This photograph is probably after the previous as there is no flow across the breach. Note

playhouse to right appears to be elevated on piles and undisturbed. Northeast view. (Photograph from IPET Report, Volume V, Figure 36)..................................................4-94

Photo 4.75 North Breach along the west side of the London Ave. Canal. Photos shows soil-filled gap between floodwall and flood side levee and old pre-floodwall sheetpile that was left inplace and is supporting the outboard levee. Fairly uniform tilt to panels is depicted, however, about midway there is an inboard offset accompanied by additional inboard panel tilt. Based on this photograph the south portion of the concrete wall is tilted about 50° inboard after temporary fill has been placed behind it. Photograph dated September 16, 2005. North view (from Team Louisiana Final Report, Figure 117). ....4-95

Photo 4.76 South end of North Breach on west side of the London Ave. Canal. Twisting wall deformations at the end of the breach occurred at panel joints with exposed concrete panels showing little damage. At the I-wall-sheetpile connection a noticeable transverse offset can be seen at the joint where the row boat is located. Note old sheetpile wall in front of the floodwall retaining flood side levee. South view (from NOHPP website- Post-Katrina, Photographs Lake Pontchartrain LA and Vicinity/ London Canal Photograph/originals London-West-Robert B Lee Breach 2005.09 (29)_Dunbar)...........................................................................................................4-96

Photo 4.77 Panel joint at the North Breach along the London Ave. Canal. Separation along the joint has caused water stop to fail. Further stress relief cracking present from bending at I-wall-sheetpile connection (Photo taken by H. Pazos)...............................4-97

Photo 4.78 17th St. Canal Breach. Flooding has virtually submerged the entire displaced floodwall. Based on the flood-line in the canal the submerged section of the rotated and displaced wall has moved downward at least about 14 ft. The backfilling operation to the north has defected the wall inboard. Note overtopping scour can not be seen north of the breach. South view (Photo taken from IPET Report, Volume V, Figure 9).............4-99

Photo 4.79 17th St. Canal Breach. Displaced sections on the north and south sides of the breach, where much of the land side washout originated are submerged. Rotated and displaced submerged sections had settled least about 14 ft. Note at both ends of the I-walls have remained essentially vertical. View east. Photograph dated about 2 pm on August 29, 2005. (Photo taken Team Louisiana Final Report titled "The Failure of the New Orleans Levee System During Hurricane Katrina," dated December 18, 2006, Figure 121).......................................................................................................4-100

Photo 4.80 North end of the 17th St. Canal breach. Floodwaters are flowing through the breach a day after Hurricane Katrina. Two partially submerged floodwall panels have been displaced inboard and appear to at least be partially detached from the subjacent sheetpile. Note water line is above the flood side crown and that the floodwall has separated from land side levee which appears to be the result of the wall bending back toward the canal as the levee material slumped inward (also see Photo 4.81). Southeast view. (Photo taken from Team Louisiana Final Report titled "The Failure of the New Orleans Levee System During Hurricane Katrina," dated December 18, 2006, Figure 56).

Photo 4.81 Submerged south end of the 17th St. Canal Breach. This photograph appears to have been taken during the same time frame as Photo 4.80. From the landward movement of I-wall and levee residential structure were "crushed" together. Lateral displacement in this area was reported at 45 ft. At the south end the floodwall appears to be bent over and laterally rotated. South view. (from IPET report Volume V, Figure 10)...........................................................................................................4-102

Photo 4.82 I-wall breach at 17th St. Canal during the installation of the temporary levee. Only displaced floodwall segments on both ends of the breach can now be seen. Note that the I-wall segment on the north end now appears to have the same relative location as the one on the south end after it at least partially detached from the subjacent sheetpile. Southeast view. (Photo taken from http://graphics8.nytimes.com/images/ 2008/02/01/us/01corps_600.jpg)...............................................................................4-103

Photo 4.83 South portion of the 17th St. Canal. This is the southern submerged section in Photos 4.79 to 4.81. Exposed concrete panel intact bent over with transverse and longitudinal separation in panel joints. Landward panel rotation appears to be on the order of 60°. South view. (from NOHPP website/ Post-Katrina/Lake Pontchartrain LA and Vicinity/ 17th Street- 2005 Sep Oct Nov/ Photographs originals/2005.09 (Sep) 26 17th Breach/P1010051.jpg)...........................................................................................4-104

Photo 4.84 South portion of the 17th St. Canal Breach. Photo shows panels in Photo 4.83 and the next to the south. This southern intact panel appears completely bent over. Southwest view. (Photo taken by H. Pazos)...............................................................4-105

LIST OF TABLES

TABLE 2.1 CONCRETE COMPRESSIVE STRENGTH RESULTS FROM CORES FOR IHNC I-WALL ...................................................................................................2-30

TABLE 2.2 RESULTS FROM TENSILE TESTS ON REBAR SPECIMEN FROM I-WALL CONCRETE ALONG IHNC ...................................................................................2-31

TABLE 2.3 RESULTS FROM TENSILE TESTS ON WEB STEEL SPECIMEN I-WALL SHEETPILE ALONG IHNC ...................................................................................2-33

TABLE 3.1 REPORTED EVENTS AND OBSERVATIONS .....................................3-2

TABLE 5.1 SOIL PROPERTY VALUES ASSUMED FOR THENORTH AND SOUTH BREACH MODELED SECTIONS ........................................................................5-54

TABLE 5.2 COMPUTED SAFETY FACTORS FOR DIFFERENT CONDITIONS FOR THE NORTH AND SOUTH BREACHES................................................................5-63

TABLE 6.1 HYDRAULIC CONDUCTIVITY OF SOIL LAYERS ...............................6-5

TABLE 6.2  WET DENSITY AND SHEAR STRENGTH PARAMETERS ..............6-33

TABLE 6.3 COMPARISON OF SAFETY FACTORS CALCULATED BY IPET AND MEA IN 2D ANALYSIS ................................................................................................6-37

TABLE 6.4 COMPUTED SAFETY FACTORS FOR STABILITY ANALYSES CONSIDERING DIFFERENT EXPECTED CONDITONS USING AS A BASIS THE IPET FAILURE ANALYSIS...............................................................................................6-43

1.0 INTRODUCTION

1.1 Scope and Objective

At the request of Wiedemann and Wiedemann, Marino Engineering Associates, Inc. (MEA) under took an investigation of the cause(s) of the two floodwall failures along the Inner Harbor Navigation Canal (IHNC). These two breaches which caused flooding along into St. Bernard Parish. This investigation included primarily examining project information, determining project conditions, performing various failure analyses, and evaluating results from such analyses.

Project information used in this investigation primarily included:

- IPET website

- Team Louisiana Report

- ILIT Report

- Deposition Transcripts

Information which was particularly relevant to this investigation from IPET included photographs related to the floodwalls and ING 4727 barge, technical reports, as-built and design drawings, project boring logs, and soil laboratory testing data. Other information found pertinent to this investigation are referenced in this report.

1.2 Report Contents

Section 2.0 of this report summarizes information on the more recent land development along the waterfront of the IHNC east breaches, and constructed floodwall-levee conditions. In Section 3.0, data is provided on conditions which were present during Katrina. This would include witness observations, storm winds, surge, and induced waves as it may relate to the Lower 9th Ward I-wall breaches. Section 4.0 contains descriptions and analyses of I-wall damage, both at the breach sites and other locations, as well as for the ING4727 barge conditions. At the end of Section 4.0 is a

subsection on the scour conditions for overtopping I-walls. Section 5.0 contains a determination of the ground surface and subsurface conditions immediately prior to Katrina. This information was used in for failure analysis modeling and investigation. These results are presented and an overall failure analyses are performed. In Section 6.0, IPET and ILIT failure investigations are examined. The report findings are then summarized in Section 7.0. Cited references are provided in Section 8.0.

1.3 IHNC Construction History

The construction of IHNC began on June 6, 1918. Excavation was started with the construction of parallel dikes on either side of the proposed canal. These dikes were gradually built up to become permanent protective levees. The excavation of the canal was finished in September 1919 with the IHNC completed on January 29, 1923.

After the flooding caused by Hurricane Betsey in 1965, which included the Lower 9th Ward, flood protection improvement was initiated. This consisted of levee enlargement and I-wall construction along the North and South Breach areas by 1969. Just north of the North Breach improvements were made after 1980. The design and as-built conditions of the improvements are discussed in Section 2. The discussion of the construction history was determined from the ILIT and IPET reports.

2.0 PROJECT DESCRIPTION

2.1 Land Development History Along the IHNC (East Waterfront)

Air photos in the project area were examined from 1996 to 2005. Photo 2.1 was taken on October 18, 1996. This aerial photograph shows that there is a significant amount of infrastructure at this time and that the Jourdan Ave. Canal, which is depicted in the as-built drawings dated in 1969, (see Sections 2.2 and 2.3), has been filled. Present in both air photos in 1996 and 1998 (see Photos 2.1 and 2.2) is an about 40 ft x 40 ft pit to the north-northwest of the North Breach, apparently created from the removal of one of the buildings.

An aerial photograph taken on November 13, 2002, is shown in Photo 2.3. By the time this photo was taken, all the industry depicted in the earlier photographs was gone. It should be noted that at least by 2001, the Washington Group International had begun their work on the environmental cleanup of this area. Trailers along the northern portion of the floodwalls appear related to these activities. As can be seen in this photo, there are excavated pits between the North and South Breaches and trenches dug, now water-filled, along the western toe of the floodwall embankment at the South Breach and to the north. The southern section of the trench appears to have been connected to the canal at the south end.

By 2004 there had been additional waterfront excavation between the North and South Breaches. As can be seen in Photos 2.4 and 2.5, isolated low ground surface areas show ponded water adjacent to the North and South Breaches. The aerial photograph taken on April 13, 2005, indicates a significant amount of excavation between the two breach areas to where the shoreline is as close as 60 ft to the floodwall (see Photo 2.6). Also depicted is a localized excavation to the east, along the shoreline west of the North Breach, with a minimum scaled distance to the wall of 250 ft. Also, by this time, the water-filled trenches adjacent to the South Breach area had been filled in.



<u>Photo 2.1</u>   East bank of IHNC on October 18, 1996. Photo depicts significant industrial development along waterfront, and the presence of the Galvez Street Wharf on the west side of the canal across from the South Breach area. Also note the Florida Avenue Bridge had not been constructed. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.)



Photo 2.2  IHNC between Claiborne and Florida Avenue Bridges. Photo dated 1998. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture.)



<u>Photo 2.3</u>   East bank of IHNC with all infrastructure, as well as the  Galvez Street Wharf on west side removed. Photo date is November 13, 2002. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.)



Photo 2.4  IHNC between Claiborne and Florida Avenue  Bridges. Note there has been additional  excavation along the floodwall waterfront and trailers present along floodwall at the North  Breach area. Photo was taken in February, 2004.  (Air photo provided by the  Natural Resources Conservation Service of the U.S. Department  of Agriculture.)



Photo 2.5   Infrared photograph of IHNC between Claiborne and  Florida Avenue Bridges. Photograph indicates that   isolated low spots are present in the floodwall waterfront ground surface adjacent to the North Breach and South Breach.  The photograph is dated February 2004. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture.)



<u>Photo 2.6</u>   IHNC east waterfront on April 13, 2005. Note significant excavation between the North and South Breach areas, and additional excavation at canal at North Breach and at south end of South Breach. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.)

An air photo in June 2005 (see Photo 2.7) shows that the ponded areas adjacent to the North and South Breaches are no longer present. This is more clearly depicted in Photo 2.8 where a portion of the photograph taken on April 13, 2005, is compared to one taken later. Also, it is interesting to note that the trailers, which appear to be related to the Washington Group work, have disappeared by the time this photograph was taken in June 2005 (see Photo 2.7).

2.2 North Breach Design and As-Built Plan and Profile Conditions

Information on the design of the floodwalls at the North and South Breaches along the IHNC east is provided in Design Memorandum No. 3. Also available is the as-constructed plan and profile dated November 1969. The design plan and profile drawings showing the area of the North Breach are depicted in Figure 2.1. As depicted in Figure 2.1, the 1966 design included installing 18 ft long sheetpiling from about Elevation 10.0 ft to -8.0 ft (NGVD29) in the area of the North Breach. The crown along this reach was to be built up to Elevation 9.0 ft which would include about 1 ft of fill above the existing earth levee. Also shown on the design plans is the top and bottom of the "I-TYPE WALL" at Elevation 15.0 ft and 7.0 ft, respectively.

The available as-built plans along the North Breach were found from Station 56+20 and south (see Figure 2.2). These plans, dated November 1969, indicate that the sheetpiling associated with the floodwall was installed under a separate contract. (These associated plans were not available).  Figure 2.2 indicates that floodwall Z-27 sheetpiling was constructed to Elevation 11.5 ft ±, in lieu of the design elevation of 10.0 ft, now making the sheetpile 19.5 ft ± long. No other changes in the design to constructed elevations appear on the as-builts.

As can be seen on Figure 2.2, the concrete floodwall was poured in monoliths of 30 ft ± segments except at the north end of the project where Monoliths 188 and 189 are about 20 ft and about a few feet, respectively. Also, at Station 56+00, the floodwall turns slightly to meet the orientation of the existing sheetpile, which was installed in a



NORTH BREACH

SOUTH BREACH

0          500 FT
SCALE
1"=500'

Photo 2.7   IHNC East between Claiborne and Florida Avenue Bridges. WGI trailers which were present along floodwall near Florida Avenue are gone. Ponded area adjacent to North and South Breaches are absent.  Additional excavation is present between the North and South Breach areas and at south end of the South Breach. Air photo dated June, 2005. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture.)





Photo 2.8   Eastside of IHNC just north of South Breach on April 13, 2005 and after Hurricane Katrina, showing low areas adjacent to floodwall had been filled prior to flooding.  (Air photos provided by B. Gilbert e-mail, dated May 15, 2008.)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.1   DESIGN PLAN AND PROFILE ALONG IHNC NORTH BREACH AREA (OCTOBER, 1966)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.2   AS-BUILT PLAN AND PROFILE ALONG IHNC NORTH BREACH AREA (NOVEMBER, 1969)

previous phase of the work. The as-built cross-section of the monolith is shown in Figure 2.3. Figure 2.3 also shows that the 30 ft long panels result in interlock seams that fall in the expansion joints which contain waterstops. It should be noted that these details also apply to the South Breach area.

As-built cross-section showing the improvement to the earthen portion of the levee to Sta. 56+20 is depicted in Figure 2.4. As can be seen in Figure 2.4, the slopes of the existing levee were decreased to (vertical) 1 to 3 (horizontal) on both the flood and protected sides. On the protected side, the constructed slope was flattened further to 20 to 1 from Elevation 0 ft to Elevation -1 ft (NGVD29) for 20 ft east and then at "1 on 3" to existing grade. Based on Figure 2.2, "1 on 3" appears to be the same as 3 to 1. Also as shown on Figure 2.4, the floodwall centerline was constructed 3 ft east of the levee centerline. The intent of the offset from the levee centerline appears to be to provide added landslide passive resistance.

Also shown in design and as-built drawings (see Figures 2.1, 2.2 and 2.4) is the Jourdan Ave. Canal which is on the west side of Jourdan Ave. and runs approximately parallel to the floodwall from about Station 16+00 to 57+00. Based on the as-built drawing the drainage canal is about 90 ft to 100 ft (centerline to centerline) east of the floodwall. The crest to crest width of the canal is shown to increase from about 10 to 17 ft south to north from Station 16+00 to 56+00. Measurements of elevation within the canal range from about Elevation -10 ft to -15 ft with no distinct pattern.

Based on Plate 58, dated April 1980 in Design Memorandum No. 4, there is proposed construction of the floodwall from Station 55+97.4 and north, including across Florida Ave. and beyond; see Figure 2.5 (Lake Pontchartrain Barrier Plan and Chalmete Area Plan, Design Memorandum No. 4- General Design, Florida Avenue Complex, IHNC, April 1980). In other words, the plan was to remove the existing I-Wall to Station 55+97.4 to an existing joint and install the new flood protection system. Figure 2.6 shows the corner of the floodwall at Station 56+20.5 (or Station 0+00 for the 1980 design). This results in a 30 ft monolith to the south and a 23.1 ft long solid concrete



FIGURE 2.3   CROSS-SECTIONAL AND OTHER DETAILS OF THE AS-BUILT FLOODWALL ALONG THE NORTH AND SOUTH BREACHES (NOVEMBER, 1969)

Note: Elevations shown on this drawing are NGVD29.



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.4   AS-BUILT CROSS-SECTIONS ALONG IHNC (EAST) NORTH AND SOUTH BREACHES (NOVEMBER, 1969)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.5   DESIGN PLAN FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL, 1980) (source: Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, April 1980)



FIGURE 2.6   DESIGN PLAN AND PROFILE FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL, 1980) (source: Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, April 1980)

Note: Elevations shown on this drawing are NGVD29.

floodwall to the corner of the wall to the north. Also shown in Figure 2.6 is that the new wall was designed to an elevation of 13.5 ft (in other words, 1 ft higher than the older wall to the south) and that the proposed wall would have PZ-27 sheetpile installed from an elevation of 9.0 ft to -25.0 ft  (NGVD29). This embedment depth is 12 ft deeper than the older and adjacent sheetpile to the south.  Also, along this newer proposed segment, the crown elevation of the earthen levee increases to the north from an elevation of 9.0 to 10.0 ft to Station 56+20.5.

A cross-section of newer design wall segment is shown in Figure 2.7. As can be seen in this figure, the proposed monolith is one pour with a height of 10 ft. The sheetpile is shown embedded into the bottom 3 ft of the concrete. This plate, however, does not show any reinforcement details.

No as-built drawings or information were available after 1969.

Using the above data, cross-sections have been reconstructed at Station 54+00, 55+00 and 56+00 in Figure 2.8. These cross-sections along the North Breach area depict the I-wall being placed west to about on the centerline of the pre-existing earth levee from north to south. The pre-existing levee crown was about at Elevation 8 ft. Also, along this reach, the additional levee fill placed reaches about 5 ft at Station 55+00 (see Figure 2.8).

2.3 South Breach Design and As-built Plan and Profile Conditions

Figures 2.9 and 2.10 depict the design plan and profile in the area of this failure. The design again shows that the sheetpiling was to be installed from 10.0 ft to -8.0 ft elevation with the "I-TYPE Wall" from Elevation 7.0 to 15.0 ft. Also, the design levee crown elevation was the same (as at the North Breach) at 9.0 ft, requiring about 1 to less than 2 ft of fill to reach this grade.



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.7   DESIGN CROSS-SECTIONS OF THE FLOODWALL FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL, 1980)
(source: Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, April 1980)



FIGURE 2.8   RECONSTRUCTED FLOODWALL-LEVEE PROFILES IN THE AREA OF THE
NORTH BREACH AT STATIONS 54+00, 55+00 AND 56+00 BASED ON AS-BUILT
PLANS DATED NOVEMBER, 1969



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.9   DESIGN PLAN AND PROFILE IN THE SOUTHERN PORTION OF THE SOUTH BREACH (OCTOBER, 1966)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.10   DESIGN PLAN AND PROFILE IN NORTHERN PORTION OF THE SOUTH BREACH (OCTOBER, 1966)

The as-built plan and profile in the vicinity of the South Breach are shown in Figures 2.11 and 2.12. As in the North Breach area, Z-27 sheetpiling has been installed up to Elevation +11.5 ft to -8.0 ft ±, or 1.5 ft higher than depicted in the design drawings. Using Figures 2.11 to 2.13 and design cross-section in Figure 2.4, east-west cross-sections were reconstructed in Figure 2.14 from Station 22+00 to 31+00. These cross-sections depicted in Figure 2.14 show the I-wall being installed east of the centerline of the pre-existing levee (as much as 10 ft) from Station 31+00 to Station 26+00 and then on approximately the centerline of the pre-existing levee to at least Station 22+00. Along this reach (and along the North Breach), the pre-existing crown of the levee is at Elevation 8 ft, except at Stations 23+00 and 22+00 where the pre-existing embankment appears to be absent and the maximum ground surface elevation is at 5 ft. Also, as can be seen in Figure 2.14, the additional levee fill placed reaches at least 5 ft on the protected side at Stations 31+00 to 28+00, 25+00 and 23+67.

The Jourdan Ave. Canal is discussed under the North Breach section.

2.4 As-Built Floodwall Conditions

Figure 2.3 shows that the concrete floodwall monolith was poured in 2 segments. The first pour was to Elevation 12.0 ft and then to top Elevation of 15.0 ft. The 2 ft x 5 ft bottom pour contains essentially No. 4 rebar cage at a longitudinal spacing of 0.5 ft and top and bottom longitudinal No. 4 rebar. Vertical No. 4 bar extend up from the bottom pour into the 3 ft high triangular upper pour (see Figure 2.3). The upper pour also contains 3 longitudinal No. 4 rebars. Longitudinal bars were not extended across the monolith joints. As shown in Figure 2.3, monolith joints contain essentially a full-height water stop. There is no data given in the available design and as-built drawings found which state the required concrete strength.



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.11   AS-BUILT PLAN AND PROFILE FOR SOUTHERN PORTION OF THE SOUTH BREACH (NOVEMBER, 1969)



FIGURE 2.12  AS-BUILT PLAN AND PROFILE FOR NORTHERN PORTION OF THE SOUTH BREACH (NOVEMBER, 1969)

Note: Elevations shown on this drawing are NGVD29.



FIGURE 2.13   AS-BUILT PLAN AND PROFILE FOR NORTHERN PORTION OF THE SOUTH BREACH FROM STATIONS 30+00 TO 31+00 (NOVEMBER, 1969)

Note: Elevations shown on this drawing are NGVD29.



FIGURE 2.14   RECONSTRUCTED FLOODWALL-LEVEE PROFILES IN THE AREA OF THE SOUTH
BREACH AT STATIONS 22+00, 23+00, 23+67, 25+00, 26+00, 27+00, 28+00, 29+00,
30+00 AND 31+00 BASED ON AS-BUILT PLANS (NOVEMBER, 1969)



Note: Elevations shown on this drawing are NGVD29.

— Typical cross-sections shown on H-4-25157 Drawings 5, 6 and 7.
— Profile lines plotted from H-4-25157 Drawing 10.

FIGURE 2.14   (CONTINUED)

I-Wall Material Test Results

        The COE sampled sections of the east and west sides of the IHNC flood walls
and tested the concrete, sheetpile and rebar for strength. The location of these
materials tested on the west side was described as on "the west side of France Rd.
near France Road Parkway." (IPET: V-App.16). The I-Wall section sampled for concrete
was located at approximately Station 0+44 and was labeled IPET-WE-EW 0+44. While
the rebar was taken from the I-Wall at about Station 2+00, no specific information was
provided for the sheetpile. The samples taken from the east side were located between
North Claiborne Ave. and Florida Ave., and the concrete cores were identified as IPET-
IHNC-E 20+40 (IPET: V-App.16).

I-Wall Concrete

        The strength results from testing 5 $^5/_8$ in. core samples is provided in Table 2.1. It
is clear from the concrete test results that the strength levels differed from the east side
and west side cores, with average strengths of 3,937 psi and 5,907 psi, respectively,
with an overall average of 4,922 psi. GDM3 for the Chalmette Area called for a
minimum concrete compressive strength of 3,000 psi.

Rebar Steel

        In Table 2.2, the tensile test results for the rebar specimen have been
summarized. The bar sizes tested ranged from No. 4 to No. 7. For the No. 6 rebar from
the IHNC west I-Wall, failure was noted along small welds. However, other than a
generally stiffer material response, the tensile results seem to be in line with the other
tested reinforcing steel. The yield and tensile strengths for the rebar samples ranged
from 46 to 65.8 ksi (55.4 ksi ave. and 55.1 ksi without noted weld failures) and from 74
to 105.2 ksi (86.5 ksi ave. and 86.5 ksi without weld failures), respectively. Measured
failure strains in the steel ranged from 5.2 to 19.9% (11.6% ave. and 13.1% without

TABLE 2.1 CONCRETE COMPRESSIVE STRENGTH RESULTS FROM CORES FOR
IHNC I-WALL

| SAMPLE LOCATION | COMPRESSIVE STRENGTH |
|---|---|
| IHNC-W 0+44 | 5220 psi |
| IHNC-W 0+44 | 5850 psi |
| IHNC-W 0+44 | 6650 psi |
| IHNC-E 20+40 | 3910 psi |
| IHNC-E 20+40 | 3850 psi |
| IHNC-E 20+40 | 4050 psi |

Note: Load-deflection curves were not provided

Source: IPET:V-App. 6

TABLE 2.2 RESULTS FROM TENSILE TESTS ON REBAR SPECIMEN FROM I-WALL
CONCRETE ALONG IHNC

| SAMPLE LOCATION | BAR SIZE | YIELD STRENGTH | TENSILE STRENGTH | FAILURE STRENGTH | FAILURE MODULUS |
|---|---|---|---|---|---|
| IHNC-W-2+00 | 4 | 48,500 psi | 79,000 psi | 14.12% | 559,490 psi |
| IHNC-W-2+00 | 4 | 51,000 psi | 81,000 psi | 14.12% | 573,654 psi |
| IHNC-W-2+00[1] | 6 | 56,136 psi | 89,318 psi | 8.93% | 1,000,201 psi |
| IHNC-W-2+00[1] | 6 | 56,813 psi | 83,863 psi | 5.18% | 1,618,977 psi |
| IHNC-E | 4 | 46,000 psi | 74,000 psi | 19.9% | 371,859 psi |
| IHNC-E | 4 | 55,000 psi | 77,000 psi | 8.1% | 950,617 psi |
| IHNC-E | 7 | 65,833 psi | 105,166 psi | 10.58% | 994,008 psi |
| IHNC-E | 7 | 64,166 psi | 102,606 psi | 11.56% | 888,114 psi |

Note 1. Speciman failed at weld

Source:IPET:V-App.16

2-31

weld failures), resulting in failure moduli of 372 to 1,619 ksi (870 ksi ave. and 723 ksi without weld failure).

Sheetpile Steel

The tensile properties determined from tests on steel specimen cut from the web of the sheetpile are summarized in Table 2.3. The web specimen tested were almost 1.5 in. wide with measured thicknesses of 0.321 to 0.358 in. (0.348 in. ave. of 4 tests) with a variation of about $\frac{1}{32}$ in. For the 4 tensile tests conducted, the yield and tensile strengths were from 52 to 61 ksi (55 ksi ave.) and 79 to 90 ksi (83 ksi ave.), respectively. All steel specimens tested exhibited strain softening followed by strain hardening to ultimate failure. Elongation strains at failure were from 15.0 to 16.6% (15.9% ave.), resulting in failure moduli from 492 to 568 ksi (522 ksi ave.).

2.5 ING4727 Barge Characteristics

The information provided in the section was taken from three sources:

- Investigative Report: Grounding of Hopper Barge ING 4727, USCG MISILE Incident Investigation Activity Number 2516389, 15 pp, (LNA 001361-LNA001375).

- Report on Investigation into the Circumstances Surrounding the Incident Including Hurricane Katrina ING 4727/Breakaway-Grounding on 08/29/05, United States Coast Guard, 13 pp, (LNA001376 – LNA 001388).

- Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97.

TABLE 2.3 RESULTS FROM TENSILE TESTS ON WEB STEEL SPECIMEN I-WALL
SHEETPILE ALONG IHNC

| SAMPLE LOCATION | YIELD STRENGTH | TENSILE STRENGTH | FAILURE STRAIN | FAILURE MODULUS |
|---|---|---|---|---|
| IHNC-W | 51,953 psi | 81,835 psi | 16.25% | 503,900 psi |
| IHNC-W | 61,100 psi | 89,943 psi | 15.83% | 568,180 psi |
| IHNC-E | 53,995 psi | 78,833 psi | 15.0% | 523,553 psi |
| IHNC-E | 52,408 psi | 81,502 psi | 16.57% | 491,865 psi |

Source: IPET:V-App. 16

The hopper barge owned by the Ingram Barge Co., ING 4727, was being used by LaForge, N.A., and was moored at a wharf on the west side of the IHNC before it broke loose in the IHNC. It was the only vessel loose during the hurricane between the IHNC lock and the lowered Florida St. Bridge. At this time, it was empty. A photograph showing where the barge was moored is shown in Figure 2.15.

The ING 4727 Barge was built in 1990 and is reported to have a gross tonnage (GRT) and net tonnage (NRT) of 705. Other characteristics of the subject vessel are given below.

Barge Length = 200 ft
Barge Width = 35 ft
Barge Height = 23 ft
Loaded Draft = 10 ft
Unloaded Draft = 1.5 ft

The barge dimensions are provided in Figure 2.16.



FIGURE 2.15 AERIAL PHOTOGRAPH SHOWING WHERE THE LOCATION OF THE ING 4727 BARGE WAS MOORED IMMEDIATELY PRIOR TO HURICANE KATRINA (Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97).



FIGURE 2.16  MEASURED DIMENSIONS OF THE ING 4727 BARGE (Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97).