# EXHIBIT 2

Report of Gennaro Marino

Part 2

3.0 ASSOCIATED BREACH CONDITIONS

3.1 General

This section provides a summary of available information concerning conditions related to the storm and to the subject breaches. This includes wind conditions, surge levels, wave condition, and timing of the floodwall failures.

Reported events and observations related to flooding, wave conditions, impact-like sounds, ground vibration phenomena and ING4727 barge movement have been compiled in Table 3.1. The sources for the information in Table 3.1 are provided in the table but are generally from fact depositions/transcripts, 911 calls, as well as the IPET and The Team Louisiana Reports. A location map is provided in Figure 3.1 of the points of observation or information provided in Table 3.1.

3.2 Wind Speed and Direction

Simulation of wind speed and direction, in addition to water surface elevations across the New Orleans area, are provided by Westerink, et. al, 2006. These wind simulations were adjusted for a Planetary Boundary Layer. Hour to hour snapshots of results from 5:00 am to 12:00 pm are provided in Figure 3.2. Note that no map is given for prior to 5:00 am except at 2:00 am. However, at the New Orleans Airport, wind speed and direction records were available to about 7:00 am on August 29, 2005 (see Figure 3.3).

Based on the airport records between 3 to 4 am, winds were generally coming out of the NNE with sustained speeds of about 45 to 50 mph and gusts on the order 10 to 20 mph higher and reaching 85 mph. During the 4 to 5 am time period at a similar wind direction, wind speeds increased to about 50-55 mph with gusts about 20-25 mph over the sustained winds and a maximum of 76 mph recorded.

Examining Figure 3.2, the wind direction at the airport and the IHNC breach sites

3-1

TABLE 3.1 REPORTED EVENTS AND OBSERVATIONS

| Map Location | Date | Timing | Visibility | Where | Particular Street address | UTM NAD 1983 | Water Level | Wave Description (Size and direction) | Ground or House Shaking (Description and Direction) | Sound (Description, Direction and Frequency) | Barge Movement (Description and Direction) | Type | Source & Document Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 29-Aug-05 | 7:45 AM | | LiW | 1022 north of Claiborne | | "2/4ft on dock 6 ft off ground in highest house in neighborhood of Reynes (since 30 north of Claiborne" | | | | | SC | Team Louisiana - askin, refs, apps.pdf, Page 25 |
| 26 | 29-Aug-05 | 6:53 AM | | LiW | 1022 Deslonde | | House flooded. Roof caved in. | | | | | PM | 911 Taped Calls of Allison Berryhill |
| 28 | 29-Aug-05 | 7:30 AM | | LiW | 1118 Reynes | | Water deep water in house. | | | | | PM | 911 Taped Calls of Timothy King |
| 33 | 29-Aug-05 | 7:18 AM | | LiW | 1310 Reynes Street | | Water 15 feet. People on 2nd story. About 5 feet before under water. | | | | | PM | 911 Taped Calls of Sidney Washington |
| 31 | 29-Aug-05 | 7:13 AM | | LiW | 1419 Andry | | House flooded. Water waist high. | | | | | PM | 911 Taped Calls of Christopher |
| 5 | 29-Aug-05 | 6:00 - 6:30 AM | | LiW | 1605 Jourdan Ave | | "The water was up to the steps, it was in the door on the wall." "You could see the current pushing from the Industrial Canal coming from Jourdan Ave." | | | | | EW | Dakita Johnson deposition on February 9, 2009 Page 44, lines 9-10; Page 60, line 7; Page 75, lines 16-17 |
| 9 | 29-Aug-05 | ? | dark | LiW | 1635 Reynes Street | | | | | "I heard a boom in the inside of my house""Boom" was not like a transformer blowing "Sounded like barge hitting wall" | | EW | Ronald McGill deposition on January 16, 2008 Page 49, lines 14-15; Page 60, line 7; Page 70, lines 16-17 |
| 10 | 29-Aug-05 | 3:30 AM | | LiW | 1720 Tennessee Street | | "House started floating toward Deslonge Street (south)" "water just rised in seconds. We was in water – house went floating off (10 - 15 min. after booms)" | | | "heard a bang, a big old loud sound, heard two more bangs" "Few seconds between loud sounds" | | EW | Sidney Williams deposition on February 19, 2009 Page 41, lines 14-15; Page 46; lines 21-25; Page 51 lines 3-5 |
| 10 | 29-Aug-05 | 3:30 AM | | LiW | 1720 Tennessee Street | | | | | | "when I heard the first bang we got on the roof. I looked around. That's when I seen the barge hit the wall. (booms) off – the water was real high – hit the wall again." "I can see that barge in that canal doing this [hand, booms] slamming into the wall" | EW | Sidney Williams deposition on February 19, 2009 Page 41, lines 6-15; Page 45, lines 16-21 |
| 10 | 29-Aug-05 | 3:30 AM | | LiW | 1720 Tennessee Street | | | | | | "Didn't see the barge knock down the wall." Noted barge was a "rusty" color. "It came in on an angle. The front of the barge, I might have been the back of the barge, it wasn't the side of the barge." "I did not see the barge go over the wall. I seen the barge..." | EW | Sidney Williams deposition on February 19, 2010 Page 52, lines 17-19; Page 52, line 15; Page 53, lines 13-14; Page 55, lines 11-12 |
| 10 | 29-Aug-05 | 3:30 AM | | LiW | 1720 Tennessee Street | | | | | | "That's when we seen the barge out there like it was over the wall, you know, this didn't know I had done broke the wall. That's what they said, you know. It didn't, to me (the barge). It sounds like they blew the wall, and that wasn't the worst part." | EW | Sidney Williams transcription on March 20, 2009. Exhibit #3, Page 2 |
| 10 | 29-Aug-05 | 6:00 AM | | LiW | 1720 Tennessee Street | | | | | White noise like to howling generator." "heard some noises" "scraping sound" "rubbing and banging" After "heard a big "boom"" sound, you know boom" | | EW | Sidney Williams transcription on March 20, 2009. Exhibit #3, Page 3 |
| 2 | TNV | TNV | | LiW | 1759 Jourdan Avenue | | | | | | "I saw the barge. It looked like a whole block of steel coming at me" ... "it was sailing houses out. I was riding sideways. And I couldn't see the levee, but I know if the barge was coming in there, it done sailed through ... that's what busted the levee." | EW | Arthur Murph Jr deposition on January 25, 2008. Page 43, line 24; Page 43, line 24; Page 45 |
| 2 | TNV | TNV | | LiW | 1759 Jourdan Avenue | | | | | | "The water took me over and the barge came from the other side, by Lafarge concrete, and broke through that wall, and wiped these people's houses out, and landed on mine" "I saw this barge and it had done bent through the levee then" | EW | Arthur Murph Jr transcription on January 26, 2008 Page 46 |
| 2 | TNV | TNV | | LiW | 1759 Jourdan Avenue | | | | | | "RJD: And you think, I mean it looks like it probably broke that wall that you're...." "and that's ...AM: No, probably my as... it ...RJD: It did ...AM: It busted that wall. I busted that wall ...And that water come through too quick." | EW | Arthur Murph Jr transcription on January 26, 2008 Page 7 |
| 2 | TNV | TNV | | LiW | 1759 Jourdan Avenue | | | | | "Heard the boom once and water came immediately afterwards from the north" "from the direction of the canal" | | EW | Arthur Murph Jr deposition on December 17, 2008 Page 53, lines 22-24, 13-17, Page 55, lines 5-7, Page 49, lines 19 and 22-24 |
| 2 | TNV | TNV | | LiW | 1759 Jourdan Avenue | | "water in the house" "coming in slow" ", Floor is only about 6 in. above ground" "Water started to come down the street" "A lot of water coming in" "It was coming fast" North "guess!" | | | | | EW | Arthur Murph Jr deposition on December 17, 2008 Page 193, lines 16-17 and 21-24 |
| 2 | TNV | TNV | | LiW | 1759 Jourdan Avenue | | | | | | "Was in the attic, saw barge sitting on the front of the house from hole in roof" "The wind was blowing hard." "It was right at a... when he first saw the barge on my house." "The barge was about 20ft away." "Never saw the barge moving." | EW | Arthur Murph Jr deposition on December 17, 2008 Page 59, line 25, page 60, lines 1-4, 8-10, 16-20 and 12-17; Page 61, lines 9-10; Page 150, lines 12-13 |
| 3 | 29-Aug-05 | 5:30 AM | still dark | LiW | 1838 Deslonde | | | | | "Sounded like an explosion." In reference to the "grinding", "It was very different when we heard the explosion" | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 7 line 23-24; Page 45; lines 6-7; 15-16 |
| 3 | 29-Aug-05 | 5:30 AM | real dark | LiW | 1838 Deslonde | | | | | On government form dated March 14, 2007 asked "At about 5:30 a.m. a barge came through the wall causing people who didn't have a way out to be caught in the floodwater like myself" | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 90, lines 21-25 |
| 3 | 29-Aug-05 | 5:45 AM | real dark | LiW | 1838 Deslonde | | "water just rushed in on us" | | | "About 5 minutes after the grinding sound started to experience water" | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 16 lines 6-9; Page 105, lines 19-20 |

TABLE 3.1 REPORTED EVENTS AND OBSERVATIONS

| Map Location | Date | Timing | Visibility | Where | Particular Street Address | UTM NAD 1983 | Flooding and Direction Description – Water Level | Wave Description | Ground or House Shaking | Sound – Description, Direction and Frequency | Barge Movement – Description and Direction | Type | Source & Document Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 29-Aug-05 | 5:45 AM | real dark | LIW | 1838 Deslonde | | | | | "20 minutes after the grinding we heard 'a big old boom'." | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 108, lines 12-16, Page 109, lines 19-20, Page 106, lines 24-25 |
| 3 | 29-Aug-05 | 7:00 AM | | LIW | 1838 Deslonde | | The part of the house they were standing in broke loose and floated away. "...houses was running into each other" | | | | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 47, lines 20-25 |
| 3 | 29-Aug-05 | 8:00AM | | LIW | 1838 Deslonde | | | | | | When she barge at an end take from Claiborne Bridge it was in the same place. Did not see it hit the wall or go through it. The barge was between the wall and house, barge was on Jourdan Avenue." So it looked like it was moving, that's why it kept saying that's | EW | Carolyn Berryhille deposition on December 13, 2007 Page 113, lines 14-19, Page 54, lines 10-11, Page 54, lines 20-21, Page 87, lines 3-24 and page 88, lines 1-2, Page 88, lines 13-17 |
| 32 | 29-Aug-05 | 7:18 AM | | LIW | 1921 Tupelo | | Calling for friends trapped in attic. Water in attic. | | | | | PM | 911 Taped Calls of Johnny Murray by James Washington |
| 35 | 29-Aug-05 | 7:55 AM | | LIW | 2025 Caffin Avenue | | Water up to roof | | | | | PM | 911 Taped Calls of Isaac Holmes |
| 4 | 29-Aug-05 | 5:30 AM | | LIW | 2139 Lamanche | | "Saw the water" after second boom | | "They heard a big old boom and I shook the house." "house was shaking for 10 minutes." | Heard a big old boom and "boom, sounded like an explosion." "And the second one probably [was] a half hour" 06:00 AM | | PM by Patrina Peters | Donald Peters deposition on April 4, 2008 Page 31, lines 6-7, Page10-3-23, Page 35, lines 13-14, 19-21 and 6-8, Page 36, lines 21-24 |
| 4 | 29-Aug-05 | 5:30 AM | | LIW | 2139 Lamanche | | Everything was underwater, the house. | | "And when I heard the boom, then the house started shaking." "I tasted maybe five minutes or so." "It shook everything, like the house was shaking. It was like an earthquake, throwing us around the room." | "It sounded like an explosion, like dynamite, that it was bombed" then the boom, "it bombed" minutes or so within that time, I heard the boom again" | | EW | Patrina Peters deposition on April 4, 2008 Page 44, lines 13-14, Page 61, lines 6-8, Page 61, lines 16-25 and page 62, lines 1-3 |
| 4 | 29-Aug-05 | 5:45 AM | | LIW | 2139 Lamanche | | "It was coming from behind, Jourdan coming this way going, from Jourdan Avenue going to Chalmette." "Water started rising" | | "The noise and the shaking of the house." "house shaking the first time, two or three minutes each time, shuddering and swaying" | "The noise 'was a big boom', 'towards the Industrial Canal'. That's what I basically woke me up a little, the boom. Then the second boom came right behind it, which actually threw me out of the bed, that woke me up all together." | | EW | Patrina Peters deposition on April 4, 2008 Page 78, lines 10-11, Page 101, lines 24-25 and page 102, lines 1-2 |
| 29 | 29-Aug-05 | 7:07 AM | | LIW | 2201 Tennessee | | Realize[d] stuck in attic/flooded. | | | | | PM | 911 Taped Calls of Andy |
| 29 | 29-Aug-05 | 7:46 AM | | LIW | 2201 Tennessee | | Calling for family stuck in attic/flooded. | | | | | PM | 911 Taped Calls of Chiquita Harris (?) |
| 6 | 29-Aug-05 | 6:00 AM | sun was breaking in there | LIW | 2317 Deslonde | | "water was already in the house" water was "just below her roof" | about a good minute later "big old wave, I know it was tall, I would say at least, and I am not over-exaggerating, at least 15 or 20 feet" it was coming towards me, it was coming, going towards St. Bernard Parish, Chalmette | | | | EW | D'Antonita Johnson deposition on December 11, 2007 Page 30, lines 17-20 and 24-25, Page 10-14 |
| 6 | 29-Aug-05 | 6:45 AM | daylight | LIW | 2317 Deslonde | | "water was like right here to the roof" "it rose to the middle area of the roof" and "I just tipped being at that point, really and truly the water was coming from the Industrial Canal way, it wasn't coming from the other way" | | | | | EW | D'Antonita Johnson deposition on December 11, 2007 Page 40, lines 18-20-21, Page 43, lines 18-21 Page 107, lines 15-18 |
| 6 | 29-Aug-05 | 5:50 AM | nighttime | LIW | 2317 Deslonde | | | | "house was shaking real hard, like an earthquake. It was shaking." shortly after that when I [woke] shortly but he said [he] heard a boom. | "She said she heard something." "She said she heard a 'boom'." "he said he heard a boom." "he said he heard it on his floor like real loud." "he said he heard it really well, you know, so mind to nothing." | | EW | Kendrick Ray Flositts deposition on December 11, 2007 Page 28, lines 19-23, Page 24, lines 20-22, Page 129, lines 21, 23, Page 132, lines 13-15 |
| 6 | 29-Aug-05 | 5:58 AM | sun was coming up | LIW | 2317 Deslonde | | "water level coming over that wall" "water was still rising. The water was almost to the attic window" "looked like a lake outside" | | | | | EW | Kendrick Ray Flositts deposition on December 11, 2007 Page 28, lines 1-25 and page 31, lines 1-2, Page 23, line 13 |
| 37 | 29-Aug-05 | 7:28 AM | | LIW | 2434 Tupelo | | In attic. House floated to Avalon. | | | | | PM | 911 Taped Calls of Ms. Green |
| 28 | 29-Aug-05 | 7:01 AM | | LIW | 2438 Lamanche | | In attic - water up to ceiling. | | | | | PM | 911 Taped Calls of Raymond Winfield |
| 35 | 29-Aug-05 | 7:28 AM | | LIW | 2505 Caffin | | Flooded/attic. | | | | | PM | 911 Taped Calls of Isaac Holmes |
| 34 | 29-Aug-05 | 7:18 AM | | LIW | 2523 Jordan | | On roof/water at waist. | | | | | PM | 911 Taped Calls of Ardoa Sutton |
| 40 | 29-Aug-05 | 7:37 AM | | LIW | 2544 Dubreuil | | In attic. Almost to attic. Water rising over Jackson (barracks). | | | | | PM | 911 Taped Calls of Patricia Ann Collins |
| 11 | 29-Aug-05 | 7:00 AM | | LIW | 2604 Deslonde | | | | | "When I looked toward the Claiborne Bridge." "When I heard the boom I seen the barge come floating through. After the barge came through the water came through, like the water must have rose about 12 feet in seconds." | | EW | Terry Mialo Adams deposition on November 13, 2008 Page 25, lines 6-14 |

TABLE 3.1  REPORTED EVENTS AND OBSERVATIONS

| Map Location | Date | Timing | Visibility | Where | Particular Street names | UTM NAD 1983 | Water Level | Wave Description: Size and direction | Ground or House Shaking | Sound: Description, Direction and Frequency | Barge Movement: Description and Direction | Type | Source & Document Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 29-Aug-05 | 7:50 AM | | L9W | 2604 Deslonde | | "I'd say somewhere between 5:30 and 6:00 the levee right by my house, the water was kind of like coming under it. I could see that. And a little over it. But the levee was still there. The rest of the levee was totally intact." The flood wall- "It was st | | | | "The house lifted off the foundation when "the barge came through and sent water everywhere. Not only did my house lift up, but the other portion of the levee gave away because the water came from both sides and it lifted it all the way over." When the b | EW | Terry Mark Adams deposition on November 13, 2007 Page 93, lines 21-25, Page 101, lines 2-3, Page 101, lines 12-14, Page 101, Page 109, lines 12-13 and 15 |
| 11 | 29-Aug-05 | 5:30 - 5:45 AM | wasn't quite daylight | L9W | 2604 Deslonde | | | | | | "This was in the wall towards Florida. I wouldn't consider that to be a break. After the wall -- after the barge came through the wall by me gave. It slowly just collapsed" and the water was flowing down that way from the break in the wall" | EW | Terry Mark Adams deposition on November 13, 2007 Page 23, lines 24-25, and page 24, lines 1-4 and 13-14, Page 25, lines 2-3 |
| 11 | 29-Aug-05 | 5:30 - 6:00 AM | wasn't quite daylight | L9W | 2604 Deslonde | | | | | | "That's what made me realize that it was a barge, the sound of it." "It looked like it was about Galvez Street, Galvez and Johnson. Right up in that area." "it was leaning like this (indicating) when I could see the front of it, but I couldn't see the wh | EW | Terry Mark Adams deposition on November 13, 2007 Page 50, lines 6-9 and 16-18, Page 81, lines 7-9 and 21-22, Page 82, lines 7-9 |
| 11 | 29-Aug-05 | 5:45 - 6:00 AM | wasn't quite daylight | L9W | 2604 Deslonde | | Water up to bed | | | | | PM | 911 Taped Calls of Bennie Knight |
| 27 | 29-Aug-05 | 7:00 AM | | L9W | 4702 St. Claude | | | | | "We just heard a big boom!" | | EW | Earl Leblunge deposition on April 9, 2008 Page 61, lines 17-18, Page 66, lines 10-14, Page 63, line 14, Page 66, lines 17-18, 21-22, 23 and page 65, lines 8 and 18, Page 60, lines 6-9 |
| 8 | 29-Aug-05 | ? | dark | L9W | 5017 North Miro Street | | After boom "walk toward Jourdan Street, toward Jourdan Avenue, and then walked back" "water was coming all in the car" about five, ten minutes later "I've only seen the water coming down Reynes Street." "Water was something like coming down Tonti down Roem | | | | | EW | Antoine Smith deposition on April 11, 2008 Page 44, line 25 and page 45, lines 1-2, Page 51, lines 14-17 and page 48, line 14, Page 50, lines 11-15, 21-22 23 and page 49, lines 19-20, and page 46, lines 1-2, Page 47, lines 5, Page 50, line 3-4, Page 52, lines 10-12, Page 54, lines 9-14, 16, 18 and 21 |
| 1 | 29-Aug-05 | 6:30 AM | turning daylight | L9W | 5428 N. Roman | | "It sound like I heard a something loud. Boom. By then I stood by the gate. When I looked at the gate, here it come, "Water coming. A lot of it." "From Jourdan ..." "it came straight down Roman Street." "Water came more slowly at first to about 3." | | | "loud crash back, you know, back there by scrap I heard, like something hit." "Time between first and second noises. "You're talking about, I say, five, ten minutes apart, fifteen minutes. It was just -- it wasn't no long time. It wasn't no long time. I | | EW | Andrew Smith deposition on April 11, 2008 Page 44, line 25 and page 45, lines 1-2 Page 51, line 17-20, Page 45, line 25 and page 46, lines 1-2, Page 47, lines 5 - 22 Page 54, line 9-14, 16, 18 and 21, Page 54, line 14, 16, 18 and 21, Page 47, lines |
| 43 | 29-Aug-05 | 8:03 AM | | L9W | 5432 N. Rampart | | Water up to ceiling. Still rising | | | | | PM | 911 Taped Calls of Toimie Taylor - Clarence Smith |
| 7 | 29-Aug-05 | ? | dark | L9W | 5434 N. Johnson Street | | "The water came in" In a matter of seconds after noise "we had water" it was a "matter of minutes" to when they were in the attic after seeing the water, with the water rising to about 6' from the attic in that time. | | | "I heard boom, boom." "like something was hitting something real hard." Estimates the booms came from the direction of Jourdan Ave, did not sound like explosions | | EW | Octaves Cyrstie deposition on February 19, 2008 Page 32, lines 7-12, Page 34, lines 15-17, Page 33, lines 7, 9, 10-13, Page 122, lines 6-11, Page 122, line 25 and page 123, lines 1-3, Page 27 line 13 Page 38, lines 8-13 and 20-24 |
| 41 | 29-Aug-05 | 7:42 AM | | L9W | 5601 Burgundy | | Flooding | | | | | PM | 911 Taped Calls of Rene Longjoin |
| 41 | 29-Aug-05 | 8:02 AM | | L9W | 5601 Burgundy | | Flooding 2nd set | | | | | PM | 911 Taped Calls of Rene Longjoin (?) |
| 42 | 29-Aug-05 | 7:58 AM | | L9W | 6225 Urquhart | | Flooded | | | | | PM | 911 Taped Calls of Sybil Montrell (?) |
| 36 | 29-Aug-05 | 7:27 AM | | L9W | 6225 Urquhart | | Flooded over cars | | | | | PM | 911 Taped Calls of Murphy Goodman (?) |
| 39 | 29-Aug-05 | 7:33 AM | | L9W | 6415 N. Prieur | | In attic - water coming up | | | | | PM | 911 Taped Calls of Kokia |
| 30 | 29-Aug-05 | 7:11 AM | | L9W | 939 Deslonde | | Water in house. Lady in wheelchair | | | | | PM | 911 Taped Calls of Nelda Simmineaux (?) |
| 15 | 29-Aug-05 | 9:35 AM | | L9W | Bike Museum | | "9:10 feet above the floor of the building, which was at about ground level" | | | | | SC | FNAL Vol IV The Storm - appendices.pdf, IV-7-52 |
| 25 | 29-Aug-05 | 6:00 AM | almost daylight | L9W | Bridge Ramp | | "water started coming over the wall" "the houses was floating like boats" "after [word] the boom" "water rushing up over the wall, where it (the barge) had went through" | | | | "Because we heard a big old boom, boom. But it was starting out and didn't get out the truck or nothing" parked at Claiborne Bridge. "Heard a big old boom, boom, a big old explosion, two bangs" | EW | Ernest Offray deposition on February 19, 2008 Page 36, line 2-5 and lines 17-18, Page 42 lines 19-20-25 and page 43, lines 1-3, Page 35, lines 21-24, Page 48, lines 15-17 |
| 17 | 29-Aug-05 | 8:24 AM | | L9W | Egania | | "0824 on grandfather clock all Egania (clock 22) 7 blocks east of Lock between St. Claude and Claiborne" | | | | | SC | Team Louisiana - advn. refs. appa.pdf, Page 25 |
| 18 | 29-Aug-05 | 7:32 AM | | L9W | Flirida Ave | | "0732 at Florida Ave. (clock 23) 7 blocks east of (HNC on 40 Argent Levee)" | | | | | SC | Team Louisiana - advn. refs. appa.pdf, Page 25 |
| 21 | 29-Aug-05 | 5:30 AM | | L9W | Forestall | | "Report of native at 0530 to 0900 at Forestall (clock 27), one block east of Reynes." | | | | | reports | FNAL Vol IV The Storm - appendices.pdf, IV-7-51 |
| 13 | 29-Aug-05 | 4:30 AM | | L9W | Galvez St. | | "water in the street in the area of his home with a rising water in about 40ft and in a matter of 5-10 minutes his house was floating in his home." | | | | | EW | FNAL Vol IV The Storm - appendices.pdf, IV-7-51 |
| 13 | 29-Aug-05 | 5:00 AM | | L9W | Galvez St. | | "he said the water was at the top of the first floor, but it seemed to have stopped rising. He said the water was from the Industrial Canal and flowed down Galvez Street, went to east. He said at the maximum, the water was 22ft. deep in the street." | | | | | EW | FNAL Vol IV The Storm - appendices.pdf, IV-7-51 |
| 13 | 29-Aug-05 | 9:00 AM | | 17th | Kenilworth Street | | | | | | | EW | Volume IV - The Storm, mainfest.pdf, IV-14 |
| 20 | 29-Aug-05 | 6:15 AM | | L9W | Oley | | Ongsahwn? (at 0615 stopped clock at 6:15 AM(W6. Oley at 0615)) | "5:48 were coming down street" from the south | | | | SC | Team Louisiana - advn. refs. appa.pdf, Page 25 |
| 24 | 29-Aug-05 | 5:30 AM | | L9W | See Fig 135 | | "Another eyewitness at Site 4 reported seeing flood water at about 1030 UTC (5:30 a.m. CDT) He and his wife began refuge in a neighbor's two story house, and he noted that within a short time, the water was about 3 to 4 ft above the spout and he heard | | | | | EW | Volume IV - The Storm, mainfest.pdf, IV-194 |

TABLE 3.1 REPORTED EVENTS AND OBSERVATIONS

| Map Location | Date | Timing | Visibility | Where | Particular Street Address | UTM NAD 1983 | Water Level | Wave Description (Description, Size and direction) | Ground or House Shaking | Sound (Description, Direction and Frequency) | Barge Movement (Description and Direction) | Type | Source & Document Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 29-Aug-05 | 4:30–5:00 AM | | LNW | See Fig 135 | | "One eyewitness at Site 3 (Figure 135) reported that shortly after about 0900 UTC (4:30 a.m. CDT) on Monday he observed water flowing into his home, and that by about 1000 UTC (5:00 a.m. CDT) the water was at the top of the first floor (he added that the water rise the ..." | | | | EW | Volume IV - The Storm, mannie.pdf, IV-594 |
| 22 | 29-Aug-05 | 4:30 AM | | LNW | Station 5 | | "One of the operators at PS 5 stated that he first observed flooding at about 0900 UTC (4:00 a.m. CDT) on Monday, and that by 1030 UTC (5:30 a.m. CDT) the water was entering the station." | | | | EW | Volume IV - The Storm, mannie.pdf, IV-594 |
| 22 | 29-Aug-05 | 4:30 AM | | LNW | Station 5 | | "water was halfway up at when he arrived at the station" | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-53 |
| 22 | 29-Aug-05 | 5:30 AM | | LNW | Station 5 | | "fence was completely underwater", "power was turned off to the station for safety due to high water levels" | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-53 |
| 22 | 29-Aug-05 | 6:10 AM | dark | LNW | Station 5 | | "it was 6:10 am when the Central Control had logged Villavaso's call to turn off the power" | | | | EW | William Villavaso deposition on December 18, 2007 Page 148, lines 8-10 |
| 22 | 29-Aug-05 | 6:10 AM | | LNW | Station 5 | | "Notified by the time that was notified by supervisor to shut down all operations and evacuate station." | | | | PM | Central Control Clean Log Book Entries |
| 22 | 29-Aug-05 | 6:11 AM | | LNW | Station 5 | | "Shut down all pumps" | | | | PM | Central Control Clean Log Book Entries |
| 22 | 29-Aug-05 | 6:17 AM | | LNW | Station 5 | | "C.C. notified E.O.C to also notify Coast Guard as 5 also needs picked up." | | | | PM | Central Control Clean Log Book Entries |
| 22 | 29-Aug-05 | 6:25 AM | | LNW | Station 5 | | "Bid 5 operator to call for help at Coast Guard. Coast Guard can not get boat. Abandon site / flooding" | | | "I heard the boom, you could see this part of the wall tumble down" | | PM / EW | Central Control Clean Log Book Entries / William Villavaso deposition on December 18, 2007 Page 64, lines 7-9, 12-16 and lines 19-24; Page 118, lines 12-13, Page 191, lines 6-15 and lines 15 |
| 22 | 29-Aug-05 | 3:00 AM to 4:00 AM | dark | LNW | Station 5 | | | "massive amounts of water pouring through the wall, which is a lot of street flooding" | | | | EW | William Villavaso deposition on December 18, 2007 Page 64, lines 7-9, 12-16 and lines 19-24; Page 118, lines 12-13, Page 191, lines 6-15 and lines 15-16 |
| 22 | 29-Aug-05 | 3:00 AM to 4:00 AM | dark | LNW | Station 5 | | | "large volume of water traveling down the Industrial Canal from the lake toward the river", "I seen a wall of water. When I see 28 feet, I was just estimating that's what it may have been. Coming from the Southern Scrap towards the Florida bridge, coming that" | | | "It's getting more intense splashing over the wall. Then I heard like an explosion. Boom.", "And then I seen the levee wall partially - sections, it's - the whole walls are like in sections. I saw it tumble over (indicating.) A couple of sections looked" | EW | William Villavaso deposition on December 18, 2007 Page 187, lines 1-5, 10-12, and lines 15-16 |
| 22 | 29-Aug-05 | 3:00 AM to 4:00 AM | dark | LNW | Station 5 | | | | | | "It looked what appeared to be the tip of a barge", "I am just looking at a silhouette like. Not a clear focused picture. But I seen something protruding which I thought was seeing a barge there.", "Saw the barge" after the wall fell", "Seconds. Minutes." | EW | William Villavaso deposition on December 18, 2007 Page 66, lines 3-4, Page 68, lines 8-11, Page 71, lines 4-8, Page 95, lines 14-17 |
| 16 | 29-Aug-05 | 5:30 AM | | LNW | Tupelo Street | 7880003,319,200 | "The saw water flowing down Tupelo St (SSW) towards the Mississippi River with a light angle to the east. Storm wasn't bad at this time, drizzle with some wind, still dark outside" | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-52 |
| 19 | 29-Aug-05 | 5:00 AM | | LNW | | | "0500 on clock 7 foot ground at Reynes (clock 25.3 blocks from IHNC just north of Claiborne" | | | | SC | Team Louisiana - advin, refs, appx.pdf, Page 25 |
| 19 | 29-Aug-05 | 6:30 AM | | LNW | | | "Residents in a 2-story reported flooding from the east at 0530 and then all up the stairs rapidly at 0600" | | | | EW | Team Louisiana - advin, refs, appx.pdf, Page 25 |
| 12 | 29-Aug-05 | 7:30 AM | | LNW | | | "Another eyewitness at Site 2, reported water shooting up through her floor furnace at about 1230 UTC (7:30 a.m. CDT) on Monday, and that within about 15 min the water was about 9 ft deep in her house. Site 2 is ..." | | | | EW | Volume IV - The Storm, mannie.pdf, IV-595 |
| 19 | 29-Aug-05 | 7:43 AM | | LNW | | | "Various clocks stopped between 0743-0747, corresponds to observations at National Guard offices at Jackson Barracks" | | | | SC/EW | Team Louisiana - advin, refs, appx.pdf, Page 25 |
| 20 | 29-Aug-05 | 7:45 AM | | LNW | | | "Several clocks close to the breach stopped at 0747" | | | | SC | Team Louisiana - advin, refs, appx.pdf, Page 25 |
| 19 | 29-Aug-05 | 7:55 AM | | LNW | | | "First police calls were received at 0755 and were relayed to Bob Turner who called the North at 0810 who also called in at 0817." | | | | PC | Team Louisiana - advin, refs, appx.pdf, Page 25 |
| 15 | 29-Aug-05 | 8:13 AM | | LNW | | 7880003,317,400 | "water is already up to the wheels of this vehicle" | | | | photo | FINAL Vol IV The Storm - appendices.pdf, IV-7-52 |
| 15 | 29-Aug-05 | 8:30 AM | | LNW | | 7880003,317,400 | "noticed significant water much more than normal rainfall. Estimated the time to rise from wheels to top of cab of large military transport trucks was about 1 1/2 hours" | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-51 |
| 11 | 29-Aug-05 | 5:15 AM to 6:30 AM | | LNW | | 7880003,319,500 | "At Site C1, two of the clocks indicate a time of about 1015 UTC (5:15 a.m. CDT) while two other clocks at the same elevation indicate a time of about 1130 UTC (6:30 a.m. CDT). Four other clocks at higher elevations at Site C1 also indicate a time of abo" | | | | SC | Volume IV - The Storm, mannie.pdf, IV-595 |
| 14 | 29-Aug-05 | about 4 pm | | LNW | | 7880003,319,500 | "water was coming from St. Bernard parish went into Orleans?" | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-50 |
| 14 | 29-Aug-05 | very before dark | | LNW | | 7880003,319,500 | "2ft of water in his home on this second floor, about 12 ft deep" | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-50 |

Legend
Station 5 = Pump Station No. 5, SB = St. Bernard Parish, 17th = 17th Street Canal, LS = London Street Canal, LNW = Lower 9th Ward, OE = Orleans East Parish
PM = Prim Message, EW = Eye Witness, SC = Stopped Clock, PC = Phone Call, TSP = Time Stamped Photos, TNV = Stated Time Not Valid



FIGURE 3.1   LOCATION MAP OF REPORTED EVENTS AND OBSERVATIONS
            PROVIDED IN TABLE 3.1



FIGURE 3.2   WATER SURFACE ELEVATION (NGVD 29 FT) AND BOUNDARY LAYER ADJUSTED WIND VELOCITY VECTORS (KNOTS) DURING HURRICANE KATRINA AT 2:00 AM AND FROM 5:00 AM TO 12:00 PM (WESTERINK, ET. AL., 2006)



FIGURE 3.2  (CONTINUED)



FIGURE 3.2  (CONTINUED)





FIGURE 3.3   WIND SPEED AND DIRECTION AT THE NEW ORLEANS AIRPORT ON AUGUST 28, 2005

at 5:00 am and 6:00 am appear the same. Moreover, Figure 3.2 shows velocity vectors (SSE) remained essentially parallel to the southern segment of the IHNC from 5:00 am to 9:00 am with surge effects from Lake Pontchantrain and MRGO-GIWW Outlet increasing to 9:00 am and 8:00 am, respectively (which is consistent with IHNC hydrograph information). Maximum wind speed sustained over a minute provided by NOAA/AOML/Hurricane Research Division and directions from Figure 3.2 are provided below for IHNC (south). Where wind speeds were not available from NOAA/AOML, airport speed records are provided.

| Time | Speed (mph) | Relative Direction to IHNC (south segment) |
|---|---|---|
| 3:00 am | 44 (59) | Parallel |
| 4:00 am | 58 | Parallel |
| 5:00 am | 55 (72) AP | Parallel |
| 6:00 am | 58 (82) AP | Parallel |
| 7:00 am | 86 | Parallel |
| 8:00 am | ND | Parallel |
| 9:00 am | ND | Parallel |
| 10:00 am | 69 | 45° "SE" |
| 11:00 am | ND | 10° "SEE" |
| 12:00 pm | ND | 10° "NEE" |

(_)=gusts, AP = airport data

Airport records from 3:00 am to 4:00 am on the day of the Hurricane indicate that the wind speed generally increased from about 44 to 52 mph with variable gusts from 10 to 30 mph higher. At 4:00 am, the NOAA/AOML speed of 58 mph was above the airport speed of 52 mph but lower than the gusts, which were on the order of 80 mph. From 4:00 am to 5:00, wind speeds ranged from 48 to 56 mph, and gusts of 61 to 76 mph were recorded at the airport. Winds increased again from 5 to 6 am, where airport winds were about 55 to 60 mph with gusts from 75 to 85 mph, or 20 to 25 mph higher. Gusts at the airport at close to 7:00 am were the same as NOAA/AOML speed of 86 mph.

3.3 IHNC Hydrograph Data

Gage records along the IHNC have been plotted from 12:00 am on August 28, 2005, to 6:00 pm on August 29, 2005 (see Figure 3.4). As can be seen in Figure 3.4, from August 28, 2005, 12:00 am to 10:00 pm, the canal level increased from about 1.5 to 5.0 ft elevation NAVD88 for both the Orleans Levee District gage (OLD) and the USGS gage. Although these two gages follow the same gradual trend, the OLD gage indicated levels about 0.3 ft higher, yet these two gages are only about 2 ft apart.

From 10 pm to 3 am the OLD and USGS gages were at about the same elevation (see Figure 3.4). However, at about  4:30 am, the OLD gage fell off the trend, followed by the USGS gage, despite surge increases along Lake Pontchartrain and the MRGO/GIWW Outlet (see Figure 3.2). Both gages appeared to recover, and by 6:00 am, the OLD gage reached the Lock Staff (LS) gage reading of about Elevation 11.0 ft NAVD88. The OLD gage then deviated again from the LS gage. The USGS gage also appears to deviate from its trend in the 7 to 8 am range.

IPET states the following regarding the drop in the USGS transducer gage: "One possible explanation of the 5 ft drop is that the high velocities through the railroad/I-10 bridge opening, along with debris, snagged the cable and pulled the transducer up out of the pipe giving it an apparent drop in water level." This explanation does not seem feasible since there was a *gradual* recovery from Elevation 5 to 11 ft to 1 ft below the LS gage and was reasonably close to the OLD gage (0.5 ft difference) at about 6:00 am. The OLD float gage may have had difficulty dropping once reaching higher elevations in the PVC staff and responding to more rapid water level changes. Regarding the OLD, IPET states: "Whether the OLD gage got stuck or the level readings indicate the time of a breach is unknown."

The MRGO/GIWW (USGS) gage at Paris Road (M/G), which is just west of the outlet is about twice the channel distance to the breach sites than the I-10 gauges and 3-4 times that from the lock readings. The M/G gage has been plotted with other data



FIGURE 3.4   IHNC GAGE RECORDS PLOTTED WITH TIME BEFORE, DURING AND AFTER HURRICANE KATRINA (IPET, 2006b, Vol. IV-33)

in Figure 3.5. Days before the Hurricane, the M/G gage followed the USGS gage at I-10 except that the tide peaks were about 0.35 ft higher.

As expected from the path of Hurricane Katrina, the M/G increased at a greater rate than the identical IHNC gage trend, reaching levels of 5.5 ft Elevation by 8 pm on August 28, 2005. From about 10 pm on August 28, 2005, the M/G gage and LS gage trends were essentially identical, with the USGS at I-10 gage lagging to about 1 ft at 4 am on August 29, 2005. After 4 am, there is no other data provided for the M/G gage.

Both Figures 3.4 and 3.5 indicate that the maximum surge level at the IHNC lock was 14.2 ft at 9:00 am on August 29, 2005. It should be noted that high mark levels (HML) in the vicinity of the lock were reported by IPET as 13.2 ft, 13.7 ft, and 13.8 ft NAVD88. IPET considered the HML of 13.2 ft not sufficiently valid. The peak on the hydrograph of 14.2 ft was apparently the lock operator's "best estimate of the peak high water" (p. IV-I-74).

By 6 pm on August 29, 2005, the IHNC canal water level had decreased to about the levee crown elevation adjacent to the breach sites.

3.4 Wave Conditions

Waves were much larger and more energetic than anticipated during design. Simulations across Lake Pontchantrain found that during Hurricane Katrina wave heights reached 8 to 9 ft, with a period of 7 seconds before entering the IHNC (IPET Vol. IV).

Reports of wave heights ranged from over 1 ft to spurious waves up to about 20 ft along the IHNC (see Table 3.1). Waves of 1.3 ft were reported from a file photo at 7:06 am in daylight within the IHNC lock (p. IV-I-69-70). Another report stated that "within an hour of the hurricane's landfall, wind-generated waves reached heights of at least 4 ft in the Industrial Canal" (ASCE, 2007). Also, wave heights up to 8 ft were



FIGURE 3.5   TIME PLOT OF MRGO/GIWW GAGE, IHNC USGS GAGE AT I-10 AND IHNC LOCK GAGE DATA WITH MODELING RESULTS (TEAM LOUISIANA REPORT FIGURE 183)

reported in other areas (see Table 3.1).

3.5 Timing and Associated Conditions

For the purposes of this failure investigation of the North and South Breaches it is important to make the best possible assessment of the time of failure of the breaches. This establishes the site conditions at the time of failure.

The available information related to the failure consists of eye-witness accounts, 911 calls, and battery-operated clocks. The battery-operated clocks became submerged during the flooding, and power control center log. This information has been summarized in Table 3.1 and Figure 3.1. It should be noted that the reported clock data (if properly set) would provide later times than when the breach actually occurred, as they would be elevated off the ground and would be further delayed by the seepage rate into the house and resistance to soaking.

Based on the available information, which is summarized in Table 3.1, the estimated time of the North Breach is 6:00 am. Pump Station No. 5 manager stated that after watching the failure of the wall, he immediately called to have power shut off for fear of electrocution. Central Control Center logged this call at 6:10 am. Eyewitnesses closest to this breach generally recalled the time of flooding in the range of 4:00 to 6:00 am and that it was dark to not quite daylight. Clocks in the vicinity stopped between 5:15 am to 7:30 am.

For the South Breach, the start of flooding is estimated at 6:30 am. The earliest 911 call indicating a house was flooded was at 6:53 am. The location of this call was about 3400 ft south of the South Breach area. The closest eyewitnesses generally recalled the violent flooding beginning between 5:45 am to 6:30 am, in the dark to turning daylight.

Using the above times, the surge elevation based on the IHNC hydrograph (see Figure 3.4) would be 11.2 ft and 11.8 ft NAVD88 for the North and South Breaches,

respectively. Wave heights during this time were at least 4 ft and up to about 20 ft. Similarly, wind direction, given the above timing of the North and South Breaches, was southward and parallel to the canal at wind speeds on the order of 58 mph with gusts up to 82 mph and 86 mph, respectively (see Section 3.2).

4.0 FLOODWALL FAILURE CONDITIONS

4.1 North Breach Chronological and Damage Photographs

Photographs at the 250 ft long North Breach were taken from various sources which are provided in the photo descriptions. Overview photographs are given in chronological order (see Photos 4.1 to 4.6) followed by those which include damaged wall conditions from north to south (see Photos 4.7 to 4.13).

Photographic Chronology

Earliest available videos or still photographs of the North Breach depict floodwaters flowing back into the canal (see Photos 4.1 and 4.2). Floodwaters flowing into Lower 9th Ward (L9W), however, resulted in significant back erosion which included the washing away of a pre-existing ramp into the waterfront area, as can be seen in Photo 4.3. Also note, in Photo 4.3, the east-west ridge of deposited material from the eastward to northward inflows.

Photo 4.4 depicts an aerial of both the North and South Breaches in October 2005. Using this photograph, the North Breach scales to be about 240 ft and, therefore, would be located from Station 53+60 to 56+00. Also, the north end of the displaced floodwall scales to be displaced 80 ft to the west with the end of the breach bent inward about 10°.

Damage Condition Photographs

Based on photographic evidence, the North Breach failure initiated at the north end of the breach, or just south of the still intact virtually undamaged wall (see Photos 4.7 and 4.8). These photographs show a very abrupt failure at the construction joint at the north end of the North Breach. This wall break is the result of failure in shear from a clockwise twist. Also, the sheetpile has been torn off the northern floodwall section and has been displaced eastward. This tear decreases with depth and the sheetpile is most likely intact at some point. There is also photographic evidence that this sheetpile



<u>Photo 4.1</u> Still of earliest available video of the North Breach after Hurricane Katrina. Floodwaters flowing back into the canal. Video dated August 30, 2005 at 12:55 pm. Floodwater level low enough to see ground surface on waterfront side. South view. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C., location of video: IHNC files\CDs\dvd's 6-3-08\Mark Price\Files\Photos-videos 1\P3\Captured CCD\Katrina10.mp2 Video dated August 30, 2005)



Photo 4.2 North Breach at the Lower Ninth Ward. Water is shown flowing back into the IHNC. Note entire area in the vicinity of the breach has been eroded away. Photo dated August 31, 2005 (Preliminary ILIT report dated November 2, 2005, Figure 4.7)



<u>Photo 4.3</u> No flow condition at the North Breach. Back erosion in front of the failure and along the south end of the breach is present. Also, the photograph depicts a east-west ridge of sediments deposited from eastward to southward floodwater flows into the Lower 9th Ward. East view. (IPET report, Appendix Volume 14)



<u>Photo 4.4</u>  IHNC between Claiborne and Florida Avenue Bridges in October, 2005 showing the North and South Breaches.  Note the slight bend at the south end of the North Breach compared to the South Breach. The floodwalls at the North and South Breaches scaled to a maximum east end displacement of 80 ft and  195 ft respectively. (Air photo provided by the Natural Resources Conservation Service of  the U.S. Department of Agriculture.)



<u>Photo 4.5</u> Temporary levee installed on canal side across the North Breach.  At the north end of the breach, east-west ridge of washed sediment on northside is present. Note exposure of the sheetpile just north of the failure on land side from in-rush of floodwater when the wall was displaced eastward at the end of the breach; and water-filled scour trench just south of failure.  Closer to the breach, the trench appears fairly uniform width but wider than it is to the south. Just north of the breach at the floodwall corner (where the wall elevation is 1 ft higher than at the failure reach) no scour can be seen. Southwest View. (IPET website, Post-Katrina, Presentations, "The Anatomy of a Disaster" dated June 7, 2006)



<u>Photo 4.6</u> Installing temporary levee in front of North Breach. Note broken and missing concrete at monolith joints. Concrete completely missing where it has "fanned" downward. Note, floodwall at north end of the breach has translated about 80 ft to the east and rotated about 270°.West View. (IPET Appendix Volume 6 and L. Harder, October 14, 2005).



Photo 4.7  Abrupt tear at north end of North Breach. Continuous (unjointed) concrete panel to north corner with breach occurring at construction joint. Note sheetpile at south end of this panel was pulled laterally eastward out of bottom of the concrete panel and tore just south of the interlock with adjacent sheet. Note the smooth "curved" surface from concrete against sheetpile at south end of the existing monolith. The eastward displaced sheetpile appears to have been also torn off the sheetpile in the older southern monolith. The southern monolith had a lower top elevation of 1 ft. Northwest view. (see NB-8, LNA 001159)



<u>Photo 4.8</u> North end of North Breach. Appears steel rebar was used in monolith to the north. Note the sheetpile is torn-off and rebar is bent landward. Opposite view of Mr. Villavasso, when he observed the failure. Northeast view  (Photo produced by LaFarge, North America, LNA001155).



<u>Photo 4.9</u> North Breach showing north end of the floodwall laying flat on ground having rotated 270°. Except for where wall has been twisted upside down the greatest fragmentation and twisting strain appears be at the construction joints. Southeast view. (Photo produced by LaFarge, North America, LNA001148).



<u>Photo 4.10</u> Most of the North Breach to the south end. The failed floodwall displaced eastward and twisted 270° with sheetpile completely out of the ground close to the south end. The twisting of the sheetpile indicated (without tearing) appears up to 28° in 4.5 ft. Note in this section there has been rotation along the interlock joint. South view. (Photo produced by LaFarge, North America, LNA001158)



<u>Photo 4.11</u> South end of North Breach. Washout from flow of floodwaters into Lower 9th Ward can be seen along wall at south end exposing sheetpile. South view. Photo taken on October 4, 2005. (Preliminary ILIT Report dated November 2, 2005 Figure 4.11)



<u>Photo 4.12</u> depicts the more gradual twisting of the wall at the south end of the North Breach. Torsion or twisting strains greatest at the joints. Note from the flow of floodwaters into the Lower 9th Ward the levee soil was washed along the wall and exposed the sheetpile. At the joint in the middle of the photo the sheetpile appears to have been peeled off the back of the wall south of the joint. South view. (Photo produced by LaFarge, North America, LNA001142)



Photo 4.13 South end of the North Breach with floodwall twisted down slope. Note discrete deformations at joint locations. North View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", 9th Ward Photos, dated October 26, 2005)

"peeled-off" the still standing concrete floodwall (see Photo 4.7). Similarly, the southern portion of the eastward displaced sheetpile delaminated from the adjoining southern concrete panel.

Photographs 4.9 to 4.11 depict the wall that came completely out of the ground, twisted longitudinally 270°, and displaced eastward at the north end about 80 ft. These photos also are evidence that the sheetpile has significant twisting flexibility. Twisting-induced extension of the sheetpile can be seen in the upper "fan" of the displaced wall where the "corrugations" have been stretched and where the interlock seams have been rotated (see Photo 4.10).

In addition to other concrete wall damage, discrete deformations with missing concrete are present at the panel construction joints, primarily from twisting (see Photos 4.9 to 4.13). At the south end of the breach, joint twisting resulted in the sheetpile "peeling off" the more vertical monolith to the south (see Photo 4.12). Also, similar to the north and south ends of the South Breach, the south end of this breach rotated about 90° within 2 concrete panels with the piling exhumed from the ground (see Photo 4.11). The amount of concrete distress, however, is significantly greater in the north end of the South Breach compared to the south end of the North Breach (see Photos 4.12 and 4.27 to 4.30).

Despite failure of the wall prior to overtopping, a scour trench was present to the south of the breach. Closer to the south end of the North Breach, a fairly uniform scour trench (which became narrower further to the south and then widens again) is present (see Photo 4.5). Other than scour from the initial inflows from the first panel failing at the north end of the breach, no land side scour is present along the monolith to the wall corner. It should be noted this wall (and that to the north) was constructed 1 ft higher than the reach to the south (see Photo 4.7).

Analysis

The initial failure had to occur close to the north end of the North Breach in order to tear the sheetpile, since: 1. the adjacent unfailed, more resistant, wall did not noticeably yield; and 2. the sheetpile can twist significantly without exhibiting tearing as depicted in Photos 4.9 and 4.10 and others. Also indicating the failure had to be close to the north end are that, at the South Breach, the walls would twist at ends without disconnection for transverse forces (see Section 4.2), but not at the North Breach, and that the land side scour pit is present just to the north of the failure. This scour pit would have developed from the in-rush of floodwater from the initial breach of the first panel. Moreover, the tearing occurred from the top down indicating an upper force.

This tearing would have required a significant force on the floodwall to displace it sufficiently to cause the sheetpile to tear with depth. Now, with flow along the sheetpile into the L9W, the embedment was washed away as floodwaters entered the L9W through the first panel breach. And like the northern part of the South Breach (see Section 4.2), this flow along the sheetpile resulted in progressive washout and failure of the North Breach to the south (see Photos 4.11 and 4.12). This progressive failure resulted in the north end of the failed wall segment displacing eastward and twisting 270°.  This is illustrated in Figure 4.1. Once the twisted north end reached its final resting position, wall rotation was limited by the ground surface to about 90° (see Photos 4.6, 4.11 and 4.12).

Noted observation by the Pump Station No. 5 manager (see Table 3.1) is consistent with the failure mechanism discussed above, namely:

- Significant boom sound
- The tip of the barge through the wall
- The initiation of the wall failure beginning at one end of the breach, with wall 'tumbling panel by the panel'

4-16



IMPACT
LOAD

FIGURE 4.1   ILLUSTRATION OF THE FLOODWALL MOVEMENT AT NORTH END OF NORTH BREACH

4.2 South Breach Chronological and Damage Photographs

Photographs of failure conditions at the South Breach are Photo 4.4 and Photos 4.14 to 4.43. Photos 4.4 and 4.14 to 4.24 are most related to the failure chronology, while Photos 4.25 to 4.43 are related to the damage conditions and are provided generally from north to south. The photos were taken from various sources which are given in the descriptions of the photographs.

Photographic Chronology

The earliest available photograph of the South Breach is shown in Photo 4.14. As can be seen in this photograph, the erosion is most developed across the northern part of the breach. This indicates the failure first initiated in this location. The first major area of erosion of the canal-side levee ridge may have been the momentary south end of this progressive failure where scour occurred along the twisted floodwall as is present at the final north and south ends of the breach (as well as along the south end of the North Breach). The remainder of still intact floodwall to the south did not fail as a result of progressive washout along the momentary end of the sheetpile, as with the North Breach. This can be concluded because of land-side ridge, which is present in Photo 4.14.  In the south part of the breach, it can be seen in Photo 4.14 that the gap between the canal side and landside levee ridges is not relatively even, as would be expected if it were created by a scour trench, and appears to be further apart the closer to the south end.

Later during the day of the hurricane on August 29, 2005, floodwaters flowed back into the canal as shown in Photo 4.15. Note that previous flow into the L9W has eroded the landside levee ridge, as only the canal-side ridge is visible. In Photo 4.16 the canal water appears lower than in Photo 4.15 and there is less turbulent flow at the waterfront edges. Again, only the levee ridge on the canal side can be seen. A no-flow condition is depicted in Photo 4.17 on August 29, 2005, at 2:35 pm. Canal water level at