# EXHIBIT 2

Report of Gennaro Marino

Part 3



<u>Photo 4.14</u>  Earliest available photograph where canal water was still flowing into the Lower 9th Ward but hasn't reached top of school bus and is now below the crown of the levee. In the northern portion of breach back erosion occurred to the west and the upper portions of the earthen levee are gone. Location of the turbulent flow along canal ridge near the middle of the breach may have been the south end of the initial failure where canal water flowed in along the twisted floodwall such as is present along the north and south ends of the breach. Note, where present the top of ridge appears to be close to the same elevation as adjacent unfailed sections. Also, the canal and landside levee ridges are not parallel. Northeast view. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Appendix Volume 14, by U.S. Army Corps of Engineers, June 2007)



<u>Photo 4.15</u> Photograph of southern part of South Breach after Katrina. Floodwater, which is to the top of the school bus, is now flowing out of the Lower 9th Ward with the canal water at a lower elevation than in Photo SB-1. Note only canal-side levee ridge visable due to erosion from water flowing into the Lower 9th Ward. Southeast View. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Appendix Volume 17, by U.S. Army Corps of Engineers, June 2007)



<u>Photo 4.16</u>  Photograph of South Breach showing flow from the Lower 9th Ward into the canal. Note that at this time waterfront ground surface is visible and landside levee ridge is not visible. Also, back-erosion is now apparent in this photo at the south, as well as north ends of breach from canal water flowing into the Lower 9th Ward. ("9th Ward Barge and Levee Photos")



<u>Photo 4.17</u>  Photo indicates the time was 2:35 pm on the day of Hurricane Katrina. At this location there appears to be a no flow condition across the South Breach. Note no landside and only a canal-side ridge is present across a small portion of breach. Waterfront ground surface now present at a water elevation estimated at 8 ft based on hydrograph data. Barge can be seen on flood side just south of the breach. West View. (IPET Appendix Volume 5, by U.S. Army Corps of Engineers and Team Louisiana final report entitled "The Failure of the New Orleans Levee System during Hurricane Katrina" dated December 18, 2006)



<u>Photo 4.18</u>  Photo is an aerial view of the South Breach after Hurricane Katrina with a significant amount of floodwater still pooled on Jourdan Ave. As can be seen in the photo, most of the concrete floodwall segment has broken off the sheetpiling in the northern half whereas towards the southern half much of the concrete wall has remained attached to the sheetpiling. The northern part of the failed floodwall displaced up to about 180 ft to the east and beyond Jourdan Ave. In the southern part of the breach the wall displacement was fairly uniform and on the order of 50 ft. In about the middle of the breach there is a significant "vertical" face which can also be seen in Photo 1 where turbulent flow into the canal was observed. This location was likely the momentarily south end of the progressive failure of the floodwall. Northeast View. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Volume V - The Performance - Levees and Floodwalls, by U.S. Army Corps of Engineers, June 2007)



<u>Photo 4.19</u>  Photo of the south part of the South Breach. The photo appears to have been taken prior to Hurricane Rita as the ING 4727 Barge is to east of the school bus but after temporary levee material had been placed to the west. The final resting place of the barge was on the bus. IPET alleges that the longitudinal ditch shown in the photo is a remnant of the scour trench. But the depth and width of the "trench" or "slough" does not appear to be consistent with this interpretation. This also can be seen in a later picture of the "slough" before Rita (see Photo 4.20.) No bottom elevations of the "trench" are available. Trench could also have resulted, however, from displacement of sheetpile from the lateral impact force by the barge (see Figure 4.14).  Note the floodwall has been displaced fairly uniformly to the east at about 50 ft. At the south end of the breach the wall is twisted landward and the soil adjacent to the sheetpile has been washed away during the flooding.  The photograph indicates that the water level in the slough at the south is at about Elevation -2.2 ft or almost 9 ft below the levee crown (based on as-built drawings). Therefore, the toe of the sheetpile at this location would be about 8 ft below the water surface. Note wood pole on levee slope, which is south of the breach, was not knocked down by barge. South View. (https://ilpet.wes.army.mil/, post Katrina photos, by U.S. Army Corps of Engineers)

4-24



Photo 4.20  After Hurricane Katrina where canal water had eroded temporary levee and was flowing into the Lower 9th Ward on September 12, 2005 through South Breach. Note at this time barge is not on the school bus. Later flow out of the canal from Hurricane Rita floodwater caused barge to flow on top of school bus. Photo also indicates the significant depth of the slough along the wall alignment. Water level in the slough at the arrow projects out at about 10 ft below the crown or an elevation of -3.5 ft. The slough appears widened from flow along failed floodwall at south end. Photograph also shows longitudinal sinusoidal bowing just south of the failure. North View. (http://www.Gettyimages.com, ID#71545243, September 11, 2005)



<u>Photo 4.21</u> South Breach during Hurricane Rita. Water level was below floodwall but still flowing in to the Lower 9th Ward through the levee. Note that the drill rig parked on flood-side north of breach appears to have been left there before Hurricane Katrina, and that the barge was not on top of the school bus. This photo was taken on September 23, 2005 at 6:57 pm. South View. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/Ind Canal, September 3, 2005)



<u>Photo 4.22</u> Photograph depicts the entire South Breach. Note the longitudinal sinusoidal bowing of the wall immediately to the south of the breach, and that the pole just south of breach on landside of the levee was not impacted by the barge movement and that flattened floodwall is tilted slightly upward near southern end of the breach. Photo dated September 26, 2005. North View. (http://www.Gettyimages.com, ID#55772729, September 26, 2005)



<u>Photo 4.23</u> Photograph of the displaced sheetpile at the South Breach and the barge. At the time the photo was taken a temporary levee was being installed after Hurricane Rita. Note the northern portion of the sheetpile extended across Jourdan Ave. Northeast View. (ILIT report entitled "Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005")



<u>Photo 4.24</u>  Photograph of South Breach after Hurricane Rita. Temporary earthen levee appears to have been completed. Photo dated October 14, 2005. South View. (IPET Appendix Volume 2, by U.S. Army Corps of Engineers, ILIT, Figure 1.9, Photo by Les Harder)





<u>Photo 4.25</u> Depiction of the scour trench to the north of the South Breach which appears of uniform width. Also, concentrated deformation at the construction joint exist along the twisted floodwall at the north end of the breach which has displaced downslope. South view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005 and IPET Report Figure 14-26.)



<u>Photo 4.26</u> The floodwall at the north end of the South Breach twisted downslope. Significant deformation occurred along the construction joint. At the joint towards the middle of the wall panel there appears to be early landside compressive spalling. South view. Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 10, 2005



Photo 4.27 Depiction of the downslope twisting of the floodwall at the north end of the South Breach. Essentially all the sheetpile for the most twisted concrete panel (to the south) is no longer embedded. Some embedment also has been removed from the northern panel sheetpile. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005.)



<u>Photo 4.28</u> North end of South Breach. Predominate twisting and bending strains resulting in debonding in bottom and spalling in upper portion of the wall. Note rock fill installed against wall where floodwaters washed out the levee materials exposing sheetpile.  Photo dated October 4, 2005. Northwest view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "9th Ward")



Photo 4.29 A depiction of a more than 90° downward twist of the floodwall at the north end of the South Breach. Beyond the construction joint of the most northern twisted panel the floodwall concrete has been completely disintegrated with the sheetpile laying on the top of the ground. End of upper panel shown in the photo appears to have been only slightly damaged. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 6, 2005.)



<u>Photo 4.30</u> A depiction of the north end of the South Breach. Concrete floodwall is fairly intact north of construction joint. To the south of this joint the wall is twisted downslope more than 90° in less than two panel lengths. Most northern twisted panel shows significant concrete fragmentation and reinforcement exposure.  These areas have the minimum concrete cover over the sheetpile whereas in intermittent areas have the greatest cover and this infill reinforced concrete remained more "intact". In the southern panel the concrete essentially disintegrated with the sheetpile lying on the top of the ground. Photo dated October 6, 2005. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity")



<u>Photo 4.31</u> About in the middle of the South Breach where greatest horizontal curvature section is present. Note tensile debonding on bottom parts of panels and compressive spalling in the upper segments. Photo dated October 4, 2005. Northeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "9th Ward")



<u>Photo 4.32</u> Photograph of the southern portion of the South Breach. Most of the monolith concrete remained on the sheet pile in this section with frequent "vertical" cracking and spalling, as well as some concrete missing in localized areas at the "top" of the wall. Note there is no tensile debonding in lower portion of wall. South view. (IPET report dated January 10, 2006, Figure 13-24)



<u>Photo 4.33</u> Photograph of southern part of South Breach after Hurricane Rita with barge in background. Floodwall has been exhumed and flattened and the wall has been sheared-off at the south end. Note that the sheared end is south of the monolith joint and is at an acute angle. Photo dated September 26, 2005. East view. (Photograph from http://www.gettyimages.com ID #55772555).



Photo 4.34 A depiction of the south end of the South Breach where the top of floodwall was sheared-off and the vertical rebar has been bent horizontally landward. The sheared-off portion of the wall occurred at the horizontal cold joint between the 3 ft top pour and bottom pour which contains the embedded sheetpile. Horizontal rebar are also bent in landward where exposed at the north fracture surface in the upper pour. Note rock fill was installed along floodwall where levee washout exposed the sheetpile. Photo dated October 6, 2005. South view. (Photo published by Army Corps and Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity")



<u>Photo 4.35</u> South end of South Breach where the top of the concrete wall has been sheared- off beyond the vertical monolith joint. Note tensile debonding due to twisting and bending. Photo dated October 6, 2005. Southeast view. (Photo published by Army Corps and Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity", "IHNC- Inner Harbor Navigation Canal" photos)



<u>Photo 4.36</u> Photo taken after Hurricane Rita shows the south end of the South Breach where the top 3 ft of the concrete has been sheared-off to the cold joint and the vertical and horizontal bars are bent landside. The crumbled concrete from the upper portion of the wall is adjacent to lower portion of wall. At the construction joint at the north end of the sheared panel the sheet.  Photo dated September 30, 2005. Southwest view. (Photo from <u>http://www.Gettyimages.com</u>, ID#55832357)



Photo 4.37 A depiction of the top of the sheared-off panel at the south end of the South Breach. To the east, the top of the sheared panel appears to be more fragmented. Upper parts of sheetpile are exposed as the concrete has been "spalled" off. Photo is dated September 27, 2005. Northwest view. (Photo published by Army Corps of Engineers on http://ipet.west.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity").



Photo 4.38 Photograph shows the top of the sheared-off floodwall at the south end of the South Breach, and essentially flat lying floodwall to the north which has been displaced about 50 ft to the east. The concrete appears to have been gouged off the top of the floodwall in the nearest flattened monolith. To the south the rebar appears bent over concrete immediately above the sheetpile. Also, an obviously wider scoured "slough" from flow along the wall to the south can be seen. Note, scour wall in levee to the east of the sheared-off wall from flooding. Northeast view. (Photo from hard drive obtained from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/9[th] Ward Barge and Levee Photos, September, 2005)



<u>Photo 4.39</u> South End of South Breach Showing Vertical Rebar Bent Inward and Perpendicular to the Laterally Bent Inward Floodwall. Photograph Dated October 14, 2005. (Ingram Barge/KC764 Part A/ Katrina photos/Aftermath/9[th] Ward Levee by Andres Bocher-FEMA)



<u>Photo 4.40</u> The top of the sheared-off portion of the concrete floodwall above the cold joint where rebar is bent landside. Concrete above the cold joint is sheared-off beyond the vertical panel joint. Also, note the exposure of the reinforcement in areas of higher stress in the wall. Photo is dated October 6, 2005. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity")



<u>Photo 4.41</u> A depiction of the sheared-off end of South Breach showing the acute vertical fracture surface and the horizontal cold joint. The horizontal rebar has been bent southward. Note this photo appears to have been taken after Photo SB28 as the concrete above the construction joint on the landside has been removed. Southwest view. Photos published by Army Corps of Engineers on <u>https://ipet.wes.army.mil</u> (post-Katrina) )



<u>Photo 4.42</u> A depiction of the south end of the breach where the top portion of the concrete wall has been sheared-off with rebar bent landside and the resulting crumbled concrete pushed below and behind the remainder of the wall. To the north of this section the wall lies fairly flat and is displaced eastward about 50 ft. To the south of breach a fairly uniform scour trench is present adjacent to the wall. Note the concrete ridge above the horizontal construction joint at the south end of the failure. "Dunbar" photos dated September 27, 2005. North view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "IHNC")



Photo 4.43 South end of the South Breach showing rebar bent landward perpendicular and across construction joint. Displaced curvilinear wall section lower to northeast. As barge scraped across the construction joint the canal-side vertical rebar was exposed and the upper portion of the wall was broken and pushed over the wall below the joint level. A scour trench formed from overtopping over the sheared-off wall segment. Note that at the end of the failure, concrete displaced southward and that the concrete below the joint has had minimal spalling. Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "IHNC", dated September 27, 2005)