# EXHIBIT 2

Report of Gennaro Marino

Part 4

this time was at about Elevation 8 ft (based on hydrograph data) and a flood-side levee ridge is still not present.

Photo 4.18 is an overall picture of the South Breach after much of water had receded after Hurricane Katrina. As can be seen in Photo 4.4, the failed floodwall had been displaced east of Jourdan Ave. some 195 ft from its original position. The significant "vertical" landside face along the wall alignment in Photo 4.18 is likely the momentary location of the southern limit of the progressive failure of the breach which is consistent with Photo 4.14.

Photo 4.19 depicts a landside slough along the alignment of the floodwall following Hurricane Katrina, after floodwaters had receded in both the canal and Lower 9th Ward, which can also be seen in Photo 4.18. The slough only appears present where the displaced sheetpile is closest to the original alignment. Based on Photo 4.19, the water level in the bottom of the slough is about Elevation -2.2 ft, or almost 9 ft below the constructed levee crest and about 8 ft above the sheetpile toe at the south end of the breach.

Photo 4.20 depicts the South Breach after Katrina, dated September 12, 2005. Note that where the temporary levee has been breached, the canal water is flowing into the L9W (see Photo 4.20). Also, it can be seen in Photo 4.20 that the water level in the slough along the floodwall is significantly below the levee crest where the scour trench would be found on either side of the wall failure (which is not visible in this photograph). Based on this photograph, the water surface in the slough projects out to be about 10 ft below the levee crown, or an elevation of -3.5 ft. This depth of slough water is consistent with that determined in Photo 4.19. Photo 4.21 is a photograph taken during Hurricane Rita on September 23, 2005. The photograph depicts that canal water has risen and was again flowing into L9W. Turbulent flow accompanying back scour at north end of breach and at about middle of breach was present.

The South Breach after Rita on September 26, 2005, wherein floodwater has receded on both the canal and landsides, is shown in Photo 4.22. In this photo, the scour trench along the unfailed north and south ends can be seen relative to the longitudinal slough which has been eroded by Rita floodwater. Photo 4.23 shows the South Breach after much of the water has been removed from L9W and the temporary earthen levee is being installed. This temporary levee has been completed by the time Photo 4.24 had been taken.

Using Photo 4.4, the South Breach scales to about 840 ft long and from about Station 23+30 to 31+70.

Damage Condition Photographs

Both ends of the South Breach were found to have the following similar characteristics: 90° twisted floodwalls, canal-side washouts, and uniform adjacent scour trenches. These characteristics are discussed below.

Twisted Ends:  Similarly twisted 90° floodwalls can be seen in Photos 4.28, 4.29, 4.35 and 4.38. Also, as can be seen in Photos 4.27, 4.28, 4.34, and 4.38, at both the north and south ends, there are discrete twisting strains at monolith joints where little rigidity exist. Moreover, the north and south ends are bent about 45° and 55°, respectively; see Photo 4.4.

At the northern end of the South Breach, the floodwall has twisted (starting essentially at a construction joint) about 90° downslope in less than two concrete panels (see Photos 4.28 and 4.29). Over this panel length the deformation intensity increases significantly, with the concrete disintegrated and the sheetpile lying on top of the ground along the southern most panel.  It is interesting to note that the tensile debonding of the concrete is, however, greater at the north end, as the sheetpile was pulled a greater distance into L9W than at the south end (see Photos 4.26 to 4.29 compared to 4.34 and 4.38).

Washed Out Ends: Floodwater washout of levee embankment along the wall can be seen in Photos 4.27 and 4.38.

Uniform Scour Trenches: Relatively uniform scour trenches were present to the north and south of the failure (see Photos 4.25 and 4.41). Examination of the available photographs indicates that the fairly uniformed scour trench exists to almost the beginning of the north end of the breach, where a significant gap in the monolith joint was, and sand bags were placed to prevent flow. No scour trench can be seen, however, beyond these bags (see Photos 4.26). The enlarged scour in this area appears related to flow through this gap. Also, in Photo 4.26, the land slide levee face is present with the exhumed sheetpile over it, but there is no evidence of a significant scour trench beneath it.

For the south end, there is also an increasing scour trench beyond the uniform width as depicted in Photo 4.41. This was most likely caused primarily by overflow over the sheared-off section of the wall (see Photo 4.35).

As mentioned above in this section, there is little concrete remaining on the sheetpile in the northern half of the breach where wall displacement is the greatest. As can be seen in Photo 4.4, the maximum floodwall displacement is along the northern half of the breach, with the fragmentation of the concrete so great that much of it is missing. The wall is estimated to have been displaced up to about 195 ft eastward. In the southern portion of the breach, the displacement is fairly uniform at about 50-60 ft east of its original position, with much of the concrete remaining on the floodwall.  The wall curvature resulting from the lesser displacement of the south part is exhibited by "upper" spalling and "lower" tensile debonding in the reinforced concrete panels (see Photo 4.3).

A slough exists along the wall alignment along the southern half of the breach where the wall is fairly uniformly displaced. This slough can be seen in Photos 4.19,

4.20, 4.33, and 4.38. As discussed earlier in this section, this slough is relatively deep and has been affected by floodwaters. Most likely, the formation of this slough was mainly from translation and rotation of the wall (see Figure 4.14).

For the fairly uniformly displaced southern section of the failed wall, much of the concrete has remained on the sheetpile (see Photo 4.31). Localized areas of spalled off concrete exist in the "upper" part of this wall segment. These spalled areas cannot be explained, however, from in-plane bending as shown in Photo 4.30, as there is no exhibited curvature to the wall, nor is there tensile debonding in the "lower" portion of monolith. These missing areas of concrete at the "top" of the wall are shallower closer to the south end of the breach, and closest to the end have the appearance of being gouged out (see Photo 4.30).

Even closer to the south end, it can be seen in Photo 4.35 that there was sufficient force to flatten the concrete monolith to the ground to the joint and to "peel-off" the sheetpile from the adjoining sheared-off panel. Although at the south end of the North Breach, a similar condition is observed, it is much less severe. The sheared-off panel at the southern end of the South Breach occurred to the horizontal construction joint and extended a little more than one 30 ft panel. This can be clearly seen in Photos 4.32 to 4.39 and was caused by collision with the ING 4727 barge and is clearly the location where the barge exited the canal and entered into the Lower 9th Ward.

When examining the south end of the failure in Photo 4.4, it can be seen that the floodwall has been rotated about 55° (northeast-southwest) and that the north end of the sheared wall was significantly lower than the south end (see Photo 4.20). From the barge scraping across the construction joint surface, the vertical rebar on the canal side were exposed and bent landward essentially perpendicular to the displaced wall, spalled off the landside concrete below the construction joint exposing the sheetpile, and displaced the broken reinforced concrete landside (see Photos 4.36 to 4.39). In fact, Photo 4.39 clearly shows that the inward bent direction of the vertical rebar is essentially perpendicular to the displaced concrete floodwall.

It should be noted that the significant spalling of the concrete on the protected side of the wall, as shown in Photo 4.38, is not present beyond the vertical monolith joint to the south, where alignment of the wall remained essentially north-south (see Photo 4.42). In fact, a landside ridge of the concrete above the construction joint remained after the collision, and the broken reinforced concrete from the top pour at the south end of the failure was displaced to the south (see Photo 4.43). The collision exit of the barge through the south end of the wall is consistent with the longitudinal sinusoidal bowing of the wall immediately beyond the wall failure (see Photos 4.20 and 4.22). Also, as depicted in Photo 4.22, no such bowing is found along the wall immediately to the north of the breach.

It appears that after or as the barge sheared off the wall, it rotated clockwise displacing and flattening the yielded wall immediately to the north. It is interesting to note this section was displaced by a greater distance than the section immediately to the north which appeared to be the last section exhumed from the ground. Moreover, this is consistent with the gap found between the canal-side and landside ridges (in the southern half of the breach), which is greater to the south (see Photo 4.14), and essentially no slough being present where the displaced wall is the closest to its original location (see Photo 4.22).

It should be noted that despite clearly failing prior to overtopping, the scour trench along the unfailed wall is fairly uniform in width closest to the south end of the North Breach. Photos 4.25 and 4.42 also show a fairly uniform width scour trench adjacent to the north and south ends of the South Breach.

Analysis

This postulated wall displacement at various stages is illustrated in Figure 4.2. As noted above, photographic evidence and final deformation pattern indicates that the wall in the north part of the South Breach appears to have been the first section that had failed. This is consistent with the postulated movement of the ING 4727 barge.



FIGURE 4.2     PHOTOGRAPH DEPICTS THE ENTIRE SOUTH BREACH
               WITH POSTULATED SUPERIMPOSED WALL MOVEMENT
               STAGES. PHOTO DATED SEPTEMBER 26, 2005.
               NORTHWEST VIEW.  (http://www.Gettyimages.com,
               ID#55772729, September 26, 2005)

Moreover, the "first" collision of the barge in this area is similar to the North Breach in that the wall would have been subject to a "point" load condition resulting in failure. Based on the first severe intermittent area of canal ridge erosion to the south (see Photo 4.14), this failure developed fairly rapidly to the south, given that the canal-side ridge is present to where the ridge has been washed out. This appears to have been the momentary south end of the northern failure. Note, as can be seen in Photo 4.14, the direction of flow across these ridges in this location is mainly northeast, which is also consistent with this area being the "time-step" end of the bowed-out wall.

From wall displacement and rotation eastward from the "first" barge impact, flow resulted around the sheetpile toe, eroding levee and native soils, and thus undermining the backside of sheetpile. Ultimately, this caused the significant back scour of the waterfront ground surface as can be seen in Photo 4.14. The wall continued to bulge eastward with the extension of the erosion from the toe of the sheetpile. This is illustrated in Figure 4.3. As a result, this caused the breach to lengthen primarily to the south as the wall was being pulled out of the ground from floodwaters and wave action against the bulged wall which remained somewhat vertical.

With sufficient southward wind and/or eastward wave action, the barge made its "second" primary collision against the wall in the southern part of the breach and then moved south and impacted the now twisted south end. The fairly uniform displacement of the exhumed floodwall represents a primary broad-side collision or impact force accompanied by associated twisting at the end of the wall, and despite any opposing flow through the wall failure to the north, the barge moved south with sufficient force due to wind and/or possible wave action to shear off the twisted floodwall at the end of the breach.

In the exhumed and flattened section of the floodwall north of the south end of the breach, there is evidence of the barge impacting the top of the floodwall, as seen in Photos 4.32, 4.36, and 4.38. Further from the south end of the breach, where the barge sheared off reinforced concrete floodwall, there are "upper" floodwall areas where the



FIGURE 4.3   ILLUSTRATION OF POINT LOAD IMPACT OF THE BARGE IN THE NORTHERN PORTION OF THE SOUTH BREACH AND THE EASTWARD DISPLACEMENT OF THE WALL.

IMPACT LOAD

concrete is completely missing. This area appears to be deeper to the north, with the concrete gouged out at the "top" of wall just north of the sheared-off wall. This pattern of damage is consistent with barge impacts as the wall was translating and tilting landward prior to it shearing-off the twisted end of the breach.  Moreover, the shearing at the construction joint is consistent with expected water level of about 11.8 ft and a barge draft of about 2 ft.

Because the barge was driven southward, it sheared off the top 3 ft of the now twisted reinforced concrete floodwall as it rode upward along the construction joint. As the barge reached the south end of the failure, it is clear that the ING 4727 barge was moving in the southward direction from the wall damage which includes:

- The southward bent of the horizontal rebar (see Photos 4.36 to 4.41)

- The southward displacement of the broken concrete (see Photos 4.41 to 4.43)

- Acute vertical fracture at the end of the failure (see Photo 4.41)

- Minimal spalling of landside lower pour concrete at the end of the failure (see Photos 4.42 and 4.43)

- The greatest bend of the floodwall at the south end of the breach from the southward collision (see Photo 4.4) and sinusoidal lateral deflection "coiling" of the wall just south of the breach (see Photo 4.20).

- Head on collision of the barge (west to east) would have: 1. displaced the wall to the south and potentially collapsed it in lieu of shearing off the top; and 2. extended the failure to the south.

As the ING 4727 barge sheared off the top of the reinforced concrete floodwall, it rotated clockwise and exhumed, displaced, and flattened the floodwall immediately to

the north, followed by the last exhumed section further north. This is consistent with the fairly uniformly displaced section of the wall having its greatest displacement (see Photos 4.33 and 4.34) and corresponding larger gap between levee ridges (see Photo4.14) to the south. In IPET's description of the photograph provided as Photo 4.19, it is alleged that slough which was present in this area was actually the eroded scour trench. This slough, however, was not present in the northern section of the breach. Moreover, as mentioned earlier, the water which was contained in this slough was about 9 ft below the levee crown. It is more likely that this deep slough was initiated by landward translation from the barge impact prior to sheetpile being exhumed from ground.

4.3 Barge Post-Failure and Damage Photographs

After the barge collided with and sheared off the top of the floodwall, it traveled south-eastward into the Lower 9th Ward. As can be seen in Photo 4.16, the barge was transported south of the breach and was oriented northeast-southwest during Hurricane Katrina. Note that after Katrina, the barge was southeast of the yellow school bus as depicted in Photos 4.16 and Photo 4.19. Prior to dewatering of the Lower 9th Ward from Hurricane Rita, the barge refloated to the northwest and sat on top of the yellow school bus as floodwaters flowed back into the canal.

Photographs after the floodwater was pumped out of the Lower 9th Ward following Hurricane Rita, with the barge in its final resting place, are shown in Photos 4.44 to 4.48. As can be seen in these photographs, the ING 4727 barge is located across Jourdan Ave. Consistent with the expected travel path of the vessel, a power pole existed perpendicular and beneath the barge, oriented northwest to southeast. Also, these photographs show that there was no substantial damage sustained by the barge.

At the southwest end of the ING 4727 barge on the bilge plate and along the bottom are parallel scrapes. Photographs showing this are provided in Photos 4.49 to



<u>Photo 4.44</u> Final Resting Position of the ING 4727 Barge which is Oriented Northeast-Southwest and in Location Across Jourdan Ave. and N. Roman St. Also, note the Uniform Levee Slope behind the Floodwall. North view. (Photo provided by Boutte Blair).



<u>Photo 4.45</u> Southeast of the ING 4727 Barge at Final Resting Place. Northwest View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", 9th Ward Photos, dated October 2, 2005)



<u>Photo 4.46</u>   Northwest and Southwest Sides of the ING 4727 Barge. Barge in Final Resting Place. Northeast View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", IHNC Inner Harbor Navigation Canal, Sills_Vroman, dated October 6, 2005)



<u>Photo 4.47</u> Northeast End of Barge ING 4727. Barge In Final Resting Place. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C., location of photo: Photos by Mr. O'Dwyer/ Pictures #2/ High Res/1.jpg, CD provided by Bartlett)



<u>Photo 4.48</u> Southeast Side of Barge ING 4727 Barge In Final Resting Place. Note Power Pole Below Barge is Approximately Perpendicular To It. North View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", 9th Ward Photos, dated October 2, 2005)





<u>Photo 4.49</u> Parallel Scrapes along Southwest End and Along Bottom of ING 4727 Barge. Spacing of Scrapes Range from 6 in. to 13 in. (Photos taken by H. Pazos)

4.52. These scrapes, typically 9 to 14 in. apart, are present but discontinuous along about the southern two-thirds of the barge and had a slight curvature to the east.  These line scrapes on the barge are consistent with the barge colliding with and shearing off the top 3 ft of the reinforced concrete floodwall and exposing the rebar. Moreover, these scrapes indicate the southwest end of the barge was first to exit the floodwall and yet miss the power pole to the south, which remained standing after the catastrophe (see Photo 4.20). Note no such scrapes are found on the northeast end of the barge (see Photo 4.53).

4.4 Other I-Wall Breach Damage Photographs

Below, other I-wall breaches are discussed and examined. The purpose of this section, however, is not related to the failure mechanism which resulted in the breach but to investigate the damage conditions. Moreover, floodwall failures discussed do not include and transition failures caused by deep inboard scour.

Citrus Back

The Citrus Back I-wall breach was along the north side of the GIWW west of the GIWW/MRGO outlet and is called NOE 04 by IPET. This 2000 ft long breach consisted of essentially inboard rotation of the I-wall as depicted in Photo 4.54. Also, from an air photo dated October 2005, the floodwall displaced laterally 14 ft. As a result, the water-filled gap formed on the outboard side. The maximum uniformly tilted section of the concrete wall exhibiting little damage is shown in Photo 4.55. The maximum tilt is estimated at 30° from Photo 4.56.

The greatest wall damage exists at the ends of the breach where both bending and twisting strains are concentrated. This damage can be seen in Photo 4.56. Based on Photos 4.54 and 4.56 there appears to be significant washout of the outboard levee crown from overtopping. It is interesting to note that these soils adjacent to the wall in





<u>Photo 4.50</u> Parallel Scrapes along Southwest End and Bottom of ING 4727 Barge. In the Bottom Photo the Spacing of Scrapes are at about 11 in. (Photos taken by H. Pazos)





<u>Photo 4.51</u> Parallel Scrapes along Southwest End and Bottom of ING 4727 Barge. In Bottom Photo Spacing of Scrapes from about 7 in. to 13 in. (Photos taken by H. Pazos)



<u>Photo 4.52</u> Parallel Scrapes along Bottom of ING 4727 Barge. Scrapes are spaced at about 6 in. to 13 in. (LNA001110).



<u>Photo 4.53</u> Northeast End of the Bilge Plate of the ING 4727 Barge. Note No Scrapes are present on this End of the Barge (LNA001090).



Photo 4.54 Citrus Back Levee Breach along north side of GIWW. Breach is 2,000 ft long and is called NOE 04 by IPET. Uniform tilting of the I-wall from landward rotation of the wall and a water filled gap has formed between sheetpile and ground. Except for twisting joint related deformation at the end of the breach there is little concrete wall damage. Note significant washout out of inboard levee crown. East view (from IPET Report Volume V, Figure 13-34).



<u>Photo 4.55</u> Citrus Back Levee I-wall breach on flood side in the maximum tilt area. In this section there is minimal concrete wall damage due to the uniform rotation of the wall. Outboard water-filled gap resulted from wall rotation. East view. (from IPET Report, Volume V, Appendix 17, Figure V-17-40)



<u>Photo 4.56</u> West end of the Citrus Back Breach. Appears from this photograph that the I-wall rotated as much as about 30° inboard. At this end of the 2,000 ft breach some concrete spalling from bending and concentrated twisting at the monolith joints can be seen. Note the significant washout along the wall inboard and these soils adjacent to floodwall appear silty. East view. (from IPET Report, Volume V, Figure 78).



<u>Photo 4.57</u> Citrus Back I-wall east of breach section on inboard side. Levee material appears more cohesive than in the vicinity of the breach (see Photo B-3). Along this section despite deep scour wall remains noticeably vertical and still stable. West view. (from IPET Final report, Appendix 17, Figure V-17-38)

Photo 4.56 appears to be silty. In contrast, east of breach they appear to be more cohesive (see Photo 4.57). Also, despite significant scour shown in Photo 4.57 this section of the I-wall remained stable.

Comparing this I-wall displacement with that at the project breaches, the concrete wall damage is significantly less severe despite this breach being 2,000 ft long. Moreover, this I-wall segment was not exhumed from the ground and was displaced significantly less than the North or South Breach. It is interesting to note that the "V" shaped gap which formed on the protection side of the Citrus Back Breach would appear as a scour trench as mis-reported by IPET in Figure 13-34 and as stated by IPET in Figure 11-5 along the South Breach.

Plaqesmines Parish

Photographs provided herein on floodwall related damage in Plaqesmines Parish are Photos 4.58 to 4.65. The only known location of significantly tilted I-wall is identified by IPET as P-17 and is depicted in Photos 4.58 to 4.62. This breach is located near Tropical Bend, LA.

The breach depicted in Photos 4.58 and 4.59 is approximately 570 ft long  (19-30 ft monoliths). Based on an air photo dated October 2005 the maximum (top of the wall) displacement scales off to be about 30 ft. Also the concrete floodwalls appear to be rotated up to about 50° thereby losing 35% of their height in the middle of he breach (see Photos 4.59 and 4.60). The maximum horizontal bends at the breach ends are on the order of 15-20° (see Photo 4.58).

As can be seen in Photos 4.58 and 4.59 there was major washout on the inboard side and subsequent loss of support similar to the Citrus Back breach. It appears that the floodwall was placed in the natural river levee which contains coarser-grained fluvial deposits. Also, these breach photos show that from the translation-rotation of the floodwall a significant gap opened on the outboard side resulting in slumping ground. It



<u>Photo 4.58</u> I-wall Breach along Mississippi River in Plaqesmines Parish. I-wall has translated and rotated inboard with significant inboard washout from overtopping. From this floodwall movement a slough-like gap formed on the outboard side. Photograph indicates a maximum horizontal bends at ends of 15°-20°. Southeast view. (Photo produced by LaFarge, North America, LNA001162)



<u>Photo 4.59</u> I-wall breach along Mississippi River in Plaqesmines Parish. Floodwall has translated and rotated with inboard washout from overtopping and outboard gap development. Based on this photograph the wall has rotated about 50°. Southeast view. (Photo produced by LaFarge, North America, LNA001165)



<u>Photo 4.60</u> South end of I-wall breach along the Mississippi River in Plaqesmines Parish. All twisting and bending deformations resulted in the joints with no noticeable damage to the concrete panels. Photo shows wall had rotated to about 50 maximum. Ground has slumped into the gap created by the wall movement. Note photo has a slight tilt as poles in background are not tilted. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11(Nov)/ Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



<u>Photo 4.61</u> Central area of I-wall breach along the Mississippi River in Plaqemines Parish. Segment of floodwall in foreground depicts fairly uniform rigid body tilt with little exhibited deformation. At the north end of the breach inboard twisting in panel joints can be seen. Ground has slumped in behind created gap. Note photo has slight tilt as poles in background are not tilted. Photograph is dated November 2005. Northwest view. (Photograph from NOHPP website: Post-Katrina/Photographs/ Plaquemines Parish 2005.11(Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



Photo 4.62 North end of I-wall breach along the Mississippi River in Plaqemines Parish. Generally gradual twisting in panel joints without damage to the concrete wall monoliths. Note water stop failure from joint deformations. Also, ground has sloughed in gap formed from inboard wall rotation and translation. Embankment appears silty to coarse grained. Photograph is dated November 2005. Southeast view. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/ Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)

is interesting to note that the slough-like gap in Photos 4.58 and 4.59 are similar to what was present at the IHNC South Breach.

The twisting and bending at the ends of this breach have been accommodated in the monolith joints which has resulted in the failure of the water stops but little panel wall damage (see Photos 4.60 to 4.62).

In contrast to the IHNC North and South Breaches, this I-wall breach had no exhumed sheets, concrete panels which remained intact, much less severe lateral bends at the breach ends (relative to the South Breach), much less floodwall displacements and little twisting damage to panels with the cumulative rotation of about 50° taking 9 panel lengths.

There were other I-wall damage areas in Plaqesmines Parish which were documented by ILIT and IPET but the damage was much less severe. Photos 4.63 to 4.65 depicted an area of such damage conditions. Photos 4.63 and 4.64 are of interest because they show that in this area a gap literally existed between the sheetpile. Despite the presence of this gap in the sheetpile the associated section of floodwall did not noticeably deflect. In Photo 4.65 noticeable but slight tilt in the wall can be seen with associated outboard gap development and slumping of the adjacent ground.

<u>IHNC West</u>

IPET has identified this I-Wall failure along the IHNC west as IHNC 02. This breach is depicted in Photos 4.66 to 4.70. Photo 4.66 was taken after Hurricane Katraina whereas Photos 4.67 and 4.68 were just after Hurricane Rita. As shown in Photo 4.66, a significant amount of the land side levee crown has been washed away. Photos 4.66 and 4.69 indicate that the yielded area is about 160 ft long and laterally displaced a maximum of about 15 ft with the ends bent laterally 25°. I-wall deformations become more severe from the second flood from Rita (see Photos 4.67 and 4.68). Photos 4.67 and 4.68 depicts the rotation and displacement of the floodwall with



<u>Photo 4.63</u> Flood side of I-wall in Plaqemines Parish. Note location of sheetpile gap is marked by the green hose adjacent to floodwall which is also depicted in Photo 4.64. As can be seen in this photograph there is no noticeable deflection of the I-wall in this area. In the background is leaning floodwall depicted in Photo 4.65. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/ Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



<u>Photo 4.64</u> Bottom of I-wall in Plaqemines Parish. Gap between sheetpile sheets at monolith joint, however, no joint displacement exhibited. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



<u>Photo 4.65</u> Flood side of Plaqemines Parish I-wall. Photograph is along same reach as Photo 4.63. Wall rotation and translation resulting in gap froming between wall and embankment. The associated unsupported earth resulted in sloughing-in of material. In foreground diagonal twisting cracks can be seen. Note there are other areas which exhibited this same behavior. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



<u>Photo 4.66</u> Floodwall breach (IHNC 02) at  along IHNC (west). I-wall breach scales to be 160 ft long with a maximum lateral deflection of 15 ft. The ends at the I-wall failure are bent inward about 25°. Note that by this time the crown of he protected side of the levee has been washed away and that no back scour has occurred on the flood side at the breach. Photo taken on August 31, 2005. (Photo taken from IPET Volume IV Figure 127)



<u>Photo 4.67</u> Floodwall breach along IHNC (west) depicting flooding from Hurricane Rita. Note that no temporary protection against flooding was placed prior to Rita. Photograph was taken on September 24, 2005. South view. (Photo from http://www.Kathryncramer.com/Kathryn_cramer/Katrina)



<u>Photo 4.68</u> Floodwall breach (IHNC 02) along IHNC west North of Florida Ave. about 160 ft of I-wall has displaced and rotated westward. Based on the water levee at the north end of the breach it appears that the most deflected portion may be 4-5 ft lower in elevation. Note scour trench adjacent to the wall failure on protection side and slumping on the flood side. Also, no noticeable warping of unfailed wall despite significant scour. South view (Photo taken from http://www.nd.edu/~jjwteach/30125/Gilmore_Breifing_Lower9thIHNC_2006.pdf)



<u>Photo 4.69</u>  Aerial photograph of I-wall breach (IHNC02) at IHNC West. Breach scales to be 160 ft long. Note breach had been backfilled with crushed stone from temporary flood protection and used as an access road.  Photograph take in October 2005.  (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture.)



<u>Photo 4.70</u> I-Wall breach at IHNC west (IHNC 02) after backfilled which apparently created additional wall damage. Concrete wall shows twist deformation but minimal debonding or shattering of concrete. From photo Post-Rita twist from end to middle of breach is about 45° (over about 80 ft). Photograph taken on October 2, 2005. North View. (from https://ipet.wes.army.mil/-Post-Katrina/Photographs/Lake Pontchartrain LA 2nd Vicnity/IHNC~Inner Harbor Navigation Canal/Photographs combined in pdf/IHNC West Central 2005.10(Oct) 02 IHNC West Central_Dunbar.pdf)

floodwaters still flowing into protected side. The water level depicted in this photograph appears to show the top of the displaced wall has settled as much as 4-5 ft.

From Photo 4.70 it appears that the maximum twist from end to middle of the yielded area is about 45° after Rita.

Although twisting and bending deformation are present, there is no significant debonding or shattering of concrete as with the South Breach damage nor did the wall tear off its end and twist 270° as with the North Breach. Other salient differences are the nature and magnitude of wall displacement the IHNC west wall which yielded by translating rotating and settling whereas the subject breaches were exhumed from the ground and displaced as much as 195 ft from their original location. Moreover, both of the North and South Breaches had significant back scour. This was not present at the yielded IHNC west I-wall.

London Ave Canal

There are two breaches which occurred along the London Ave. Canal. These areas have been called the North and South Breaches and have been identified by IPET as OEB06 and OEB04, respectively. For both breaches there were no land side scour trenches as flooding was noted without overtopping.

The South Breach is depicted in Photo 4.71. This breach is about 110 ft long and has displaced (top of wall) on the order of 20 ft. Note in Photo 4.71 most of the yielded section is submerged indicating that this section is on the order of 10 ft or more below as-built top of wall and probably bent over. Bending damage at the 2.75 ft connection (re: as-built drawings) between the sheetpile and concrete floodwall is depicted in Photo 4.72. This damage leaves little bending or shear resistance to lateral wall loads (eg. hydrostatic pressure or earth pressures). Except for the concrete-sheetpile connection, the exposed concrete panels exhibited little damage even near the ends of the breach. Apparently this is at least in part due to stress relief occurring at the connection.



<u>Photo 4.71</u> South Breach along the east side of London Ave. Canal. Breach is about 110 ft long and scales to have a maximum lateral deflection of about 20 ft at the top of the wall. Most of the yielded sections are below water level. Note at south end of breach, the panel furthest from breach is bent more than the nearest. Northwest view. (Photograph from IPET Report Volume 5, Figure 35)



<u>Photo 4.72</u> Panel joint along the South Breach of the London Ave. Canal. Joint has separated both in longitudinal and transverse directions with the water stop pulled out. Transverse debonding of the concrete from the sheetpile due to bending. Bending cracks can also be seen in the lower concrete to the right. Note sheetpile cutout, apparently to install waterstop to depth. (from NOHPP website-Post-Katrina/ Photographs/ Lake Pontchartrain LA and Vicinity/London Canal/ South Site 2005.10(Oct) 27Sills_Vroman)

It should be noted that the as-built floodwall replaced a sheetpile wall which was left inplace and was present on the protection side of the floodwall.

Damage photographs of the north breach along the London Ave. Canal are depicted in Photos 4.73 to 4.77. This breach is 410 ft long (IPET Volume V) and scales to have a maximum offset of 17 ft (at top of the wall). As can be seen in Photos 4.73 and 4.74, most of the northern part of the yielded floodwall is submerged under the floodwaters indicating top of wall settlement of the translated and rotated wall of on the order of 10 ft.  This area has a significant amount of the levee material which has been washed out.

Near the ends of the north breach where lateral bending reaches about 16°-18° (off alignment) there is no significant damage to the exposed panel sections end twisting and bending strains concentrated in the panels (see Photo 4.76). Given the offset at the top of the wall, the fairly uniformly displaced central section of the I-wall appears bent over. The rotation of the southern part is estimated at about 50° after land side backfill (see Photo 4.75). Considering the as-built height of the I-wall at 12.5 ft, the bottom of the I-wall would be laterally displaced 7 ft from its original position.  Evidence of bending damage of the 2.75 ft I-wall and sheetpile connection is depicted in Photo 4.77.

It should be noted for the north breach, the old sheetpile wall is present on the flood side (see Photo 4.75).

Both the London Ave. Canal breaches were constructed with levee crowns on both sides that were 3 to 6 ft below that for the IHNC (east). This fact and levees which are adjacent to canal water exacerbate gap development compared to the IHNC east breach areas. Moreover, in contrast to the IHNC east breaches, the London Ave Canal yielded sections exhibit essentially no concrete panel damage, displaced significantly less and were not exhumed from the ground, and has out-of-plane bending damage at the I-wall-sheetpile connection. Note that this connection at the is 2.75 ft compared to



<u>Photo 4.73</u> North Breach along the west side of London Ave. Canal. This breach is 410 ft long with fairly uniform top of wall displacement of about 17 ft. Northern part of the breach is more tilted (or panel has detached) as this section is submerged and on the order of 10 ft below the as-built top of wall. Also, washout of flood side levee in this section exist. East view. (Photograph from ILIT Draft report titled: "Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005)"



<u>Photo 4.74</u> North Breach along the west side of the London Ave. Canal. This photograph is probably after the previous as there is no flow across the breach. Note playhouse to right appears to be elevated on piles and undisturbed. Northeast view. (Photograph from IPET Report, Volume V, Figure 36).



<u>Photo 4.75</u> North Breach along the west side of the London Ave. Canal. Photos shows soil-filled gap between floodwall and flood side levee and old pre-floodwall sheetpile that was left inplace and is supporting the outboard levee. Fairly uniform tilt to panels is depicted, however, about midway there is an inboard offset accompanied by additional inboard panel tilt. Based on this photograph the south portion of the concrete wall is tilted about 50° inboard after temporary fill has been placed behind it. Photograph dated September 16, 2005. North view (from Team Louisiana Final Report, Figure 117).



<u>Photo 4.76</u> South end of North Breach on west side of the London Ave. Canal. Twisting wall deformations at the end of the breach occurred at panel joints with exposed concrete panels showing little damage. At the I-wall-sheetpile connection a noticeable transverse offset can be seen at the joint where the row boat is located. Note old sheetpile wall in front of the floodwall retaining flood side levee. South view (from NOHPP website- Post-Katrina, Photographs Lake Pontchartrain LA and Vicinity/ London Canal Photograph/originals London-West-Robert B Lee Breach 2005.09 (29)_Dunbar)



Photo 4.77 Panel joint at the North Breach along the London Ave. Canal. Separation along the joint has caused water stop to fail. Further stress relief cracking present from bending at I-wall-sheetpile connection (Photo taken by H. Pazos)

4.75 ft high at the IHNC east. With water at the top of the wall the hydrostatic shear and moment (mid-connection) would be 3-4 and 5-7 times higher for the London Ave. Canal.

17th St. Canal

Photographs associated with the I-wall breach along the 17th St. Canal (identified by IPET as OEB02) are provided in Photos 4.78 to 4.83. The 250 ft breach of I-wall which rotated and reported to have laterally displaced about 45 ft (ILIT Fig. 2.3(b)). Also most portions of the concrete wall in the submerged sections, where the protection levee has been washed out appear to be significantly bent over and detached in places (see Photos 4.82 to 4.84). Moreover, the submerged wall sections have dropped on the order of 14 ft or more (see Photos 4.78 and 4.79). Also, as can be seen from the photographs, the exposed sections of the concrete panel themselves are intact, however, significant rotation or lateral and transverse displacements can exists at the joints.

There is no reported overtopping of the wall by either IPET or ILIT (see Photo 4.78). And, at the ends of the breach, the wall is noticeably vertical but appears to slightly bent laterally inward (see Photos 4.80 and 4.81).

It should be noted that the I-wall cross-section employed the 17th St. Canal is characteristically different than that at the IHNC east. For the 17th St. Canal the top of the flood-side levee was designed to be at Elevation 2.0 ft (NGVD29) whereas the IHNC east this crown is 7.0 ft higher at Elevation 9.0 ft. Also, there is a significant increase in the shear and bending moment that the sheetpile-concrete connection is subjected to from floodwaters on the I-wall. If both walls are laterally unsupported the 17th St. Canal shear and bending moment would be about 2.6 and 4.2 times greater than that at IHNC east with the water at the top of the wall yet the height of this connection was 2.75 ft compared to 4.75 ft for the IHNC east. Moreover, the levee crown adjacent to the canal water exacerbates the wall-soil gap development during flooding.



<u>Photo 4.78</u> 17th St. Canal Breach. Flooding has virtually submerged the entire displaced floodwall. Based on the flood-line in the canal the submerged section of the rotated and displaced wall has moved downward at least about 14 ft. The backfilling operation to the north has defected the wall inboard. Note overtopping scour can not be seen north of the breach. South view (Photo taken from IPET Report, Volume V, Figure 9)



Photo 4.79 17th St. Canal Breach. Displaced sections on the north and south sides of the breach, where much of the land side washout originated are submerged. Rotated and displaced submerged sections had settled least about 14 ft. Note at both ends of the l-walls have remained essentially vertical. View east. Photograph dated about 2 pm on August 29, 2005. (Photo taken Team Louisiana Final Report titled "The Failure of the New Orleans Levee System During Hurricane Katrina," dated December 18, 2006, Figure 121)



<u>Photo 4.80</u> North end of the 17th St. Canal breach. Floodwaters are flowing through the breach a day after Hurricane Katrina. Two partially submerged floodwall panels have been displaced inboard and appear to at least be partially detached from the subjacent sheetpile. Note water line is above the flood side crown and that the floodwall has separated from land side levee which appears to be the result of the wall bending back toward the canal as the levee material slumped inward (also see Photo 4.81). Southeast view. (Photo taken from Team Louisiana Final Report titled "The Failure of the New Orleans Levee System During Hurricane Katrina," dated December 18, 2006, Figure 56)



<u>Photo 4.81</u> Submerged south end of the 17th St. Canal Breach. This photograph appears to have been taken during the same time frame as Photo 4.80. From the landward movement of I-wall and levee residential structure were "crushed" together. Lateral displacement in this area was reported at 45 ft. At the south end the floodwall appears to be bent over and laterally rotated. South view. (from IPET report Volume V, Figure 10)



<u>Photo 4.82</u> I-wall breach at 17th St. Canal during the installation of the temporary levee. Only displaced floodwall segments on both ends of the breach can now be seen. Note that the I-wall segment on the north end now appears to have the same relative location as the one on the south end after it at least partially detached from the subjacent sheetpile. Southeast view. (Photo taken from http://graphics8.nytimes.com/images/ 2008/02/01/us/01corps_600.jpg)



<u>Photo 4.83</u> South portion of the 17th St. Canal. This is the southern submerged section in Photos 4.79 to 4.81. Exposed concrete panel intact bent over with transverse and longitudinal separation in panel joints. Landward panel rotation appears to be on the order of 60°. South view. (from NOHPP website/ Post-Katrina/Lake Pontchartrain LA and Vicinity/ 17th Street- 2005 Sep Oct Nov/ Photographs originals/2005.09 (Sep) 26 17th Breach/P1010051.jpg)



<u>Photo 4.84</u> South portion of the 17th St. Canal Breach. Photo shows panels in Photo 4.83 and the next to the south. This southern intact panel appears completely bent over. Southwest view. (Photo taken by H. Pazos)

Again the breach did not result in the I-wall being exhumed from the ground despite displacing a reported 45 ft. Also, floodwall panels remained essentially intact in contrast to the IHNC east breaches.

Analysis

Examination of the other I-wall failures given above indicate that both the IHNC North Breach and South Breach are quite unique with considerably more resultant damage to the I-wall monoliths. Overall, differences in the intensity and nature of damage include:

- Considerable less wall displacements.

- Entire I-wall and sheetpile has not been taken out of the ground.

- Breach ends have not been twisted and/or torn 90° or more out of the ground.

- Concrete panel damage is considerable less, in fact after Hurricane Katrina these panels remained essentially intact.

- Lateral bends at the ends of the breach were much less severe (except for the south end of the North Breach which resulted from washout, see Section 4.1).

- Displacement was residential structures were present, was considerably less to non-existent.

- All I-wall floodwall rotated and displaced but still provided some protection except at the 17th and London Ave. Canal breaches where the floodwall yielded due to out-of-plane shear and bending

- Floodwall lateral displacement appears to be significant more curvi-linear

## 4.5 Scour From Overtopping I-Walls

Reported protection structures and scour conditions associated with the IHNC are depicted on Figure 4.4. Scour information  prepared in this section is based on IPET. Protection-side scour from overtopping of I-walls can exacerbate gap development between the levee and floodwall. This results from the loss of passive support from overtopping induced washout/scour which results in additional deflection of the sheetpile.

Although the IPET investigation has claimed that scour ultimately caused failure of the South Breach, both the North and South Breaches clearly occurred prior to overtopping (see Section 3.0). Furthermore, overtopping of the remaining adjacent I-wall sections did not result in failure with reported scour trench depths and widths of 4 ft and 5 ft for significant lengths (see Figure 4.4).

No floodwall failures were reported opposite the North and South Breaches where scour was reported to 4 ft deep. It should be noted, however, that a majority of this west side of the navigation canal consisted of more resistant T-wall and the only limited sections of I-wall were along the Florida Avenue Wharf bulkhead structure (see Figure 4.4). No breach of these I-wall sections was reported with 4 ft deep scour.

Breaches discussed above under IHNC west, Citrus Back, and Plaqesmines Parish exhibited major overtopping washouts effectively reducing the protection height with time. Adjacent unfailed sections had scour which was up to 6 to 10 ft deep. Other I-wall areas with scour did not fail. At the Lakefront Airport, the scour trench was reported up to 6 ft deep and 16 ft wide.



FIGURE 4.4   IHNC FLOOD PROTECTION STRUCTURES AND REPORTED SCOUR
FROM OVERTOPPING



| ID # | Structure Type | Scour Dimensions (feet) | | | Floodwall Type |
|---|---|---|---|---|---|
| | | Length | Depth | Width | |
| W-1 | Levee with I-wall (capped) | 20 | | | I-wall |
| W-2 | Gates W2, W3 (T-wall monoliths) | 500 | 3 | 15 | T-wall |
| W-3 | Gates W4, W5 (T-wall monoliths) | 700 | | 15 | Gate monolith |
| W-4 | Wall between Gates W5, W6 (T-wall monoliths) | 1460 | 3 | 15 | Gate monolith |
| W-5 | Wall between Gate W6 and Namasco Bldg to Gate W13 (T-wall, I-wall monoliths) | 1330 | 3 | 5 | Gate monoliths, T-wall, I-wall |
| W-6 | Wall between Gate W14 and Gate W15 (T-wall, I-wall monoliths) | 300 | 2 | 5 | Gate monolith |
| W-7 | Gate W17 | 30 | 1 | 3 | Gate monoliths |
| W-8 | Gate W18 to Gate W19 | 600 | 2 | 5 | I-wall |
| W-9 | Gate W19 to Gate W20 | 200 | 4 | 5 | I-wall |
| W-10 | Gate W20 to Gate W22 (adjacent to PS#19) | 200 | 2 | 5 | I-wall |
| W-11 | Gate W23 | 30 | 4 | 15 | T-wall |
| W-12 | Gate W2 to W3 | 300 | | 5 | I-wall |
| W-13 | Levee | 1500 | Scour repaired | | |
| W-14 | Gate W25B to Gate W26 | 800 | Scour repaired | | |
| W-15 | Gate W26 to Gate W28 | 600 | 5 | 10 | I-wall |
| W-16 | Levee with I-wall (capped) | 200 | Breach repaired | | I-wall |
| W-17 | Gate W29 | 240 | 2 | 6 | I-wall |
| W-18 | Levee with I-wall (capped) | 90 | 2 | 5 | I-wall |
| W-19 | Gate W32 to Gate W34 | 220 | 1 | 2 | I-wall |
| IHNC1 | From Station 7+50 to 16+08.9 | | 2 | 7 | I-wall |
| IHNC2 | From Station 16+09 to 22+00 | | 4 | 5 | I-wall |
| IHNC3 | From Station 31+00 to 54+00 | | 4 | 5 | I-wall |
| | | | | | |
| Lakefront Airport | | | | | |
| | From 0+00 to 18+16 | | | | Scour dimensions not available |
| | From 18+16 to 18+70 | | 0 | 0 | I-wall |
| | From 18+70 to 19+17 | | 7 | 3 | I-wall |
| | From 19+17 to 19+77 | | 12 | 3 | I-wall |
| | From 19+77 to 20+39 | | 14 | 3 | I-wall |
| | From 20+39 to 20+56 | | 12.5 | 3 | I-wall |
| | From 20+56 to 20+74 | | 10 | 3 | I-wall |
| | From 20+74 to 21+70 | | 3 | 3 | I-wall |
| | From 21+70 to 21+89 | | | | I-wall, No scour |
| | From 21+89 to 22+06 | | 12 | 2.5 | I-wall |
| | From 22+06 to 22+34 | | | | I-wall, No scour |
| | From 22+34 to 22+79 | | 11 | 3 | I-wall |
| | From 22+79 to 23+00 | | 11 | 2.5 | I-wall |
| | From 23+00 to 23+33 | | | | I-wall, No scour |
| | From 23+33 to 23+70 | | 10 | 3 | I-wall |
| | From 23+70 to 24+25 | | 10 | 3.5 | I-wall |
| | From 24+25 to 24+47 | | 7 | 2.5 | I-wall |
| | From 24+47 to 25+07 | | 15 | 5 | I-wall |
| | From 25+07 to 25+53 | | 15.5 | 6 | I-wall |
| | From 26+73 to 27+77 | | 16 | 4.5 | I-wall |
| | From 27+77 to 28+27 | | 13 | 4.5 | I-wall |
| | From 28+27 to 28+59 | | 11 | 4.5 | I-wall |
| | From 28+59 to 28+95 | | 10 | 3 | I-wall |
| | From 28+95 to 29+26 | | | | Floodgate |
| | From 29+26 to 29+72 | | 10 | 3.5 | I-wall |
| | From 29+72 to 30+16 | | 11.5 | 3 | I-wall |
| | From 29+72 to 30+77 | | 14 | 4.5 | I-wall |
| | From 30+77 to 30+84 | | 10 | 3 | I-wall |
| | From 30+84 to 31+56 | | 2 | 2 | I-wall |
| | From 31+56 to 32+00 | | | | Floodgate |
| | From 32+00 to 32+50 | | | | I-wall |

FIGURE 4.4   IHNC FLOOD PROTECTION STRUCTURES AND REPORTED SCOUR
FROM OVERTOPPING (CONTINUED)