# EXHIBIT 2

Report of Gennaro Marino

Part 5

5.0 MEA POST-FAILURE INVESTIGATION

5.1 Ground Surface Profile Conditions

The available topographic information along or in the vicinity of the north and South Breaches consisted of the as-built plan drawings (discussed in Section 2.0), 2002 and 2005 LiDAR surveys, as well as some precision line surveys performed well north and south of the project breaches. All but the as-built data was provided to MEA by Civil Tech Engineering. There were numerous unsuccessful and time consuming attempts made to determine the site topographic conditions and to obtain other known survey information.

To assess the accuracy of the LiDAR 2002 and 2005 (post-Katrina) surveys, topo profiles were taken where precision line survey data was available. The location of these sections and these three profiles is depicted in Figures 5.1 to 5.4. As can be seen from Figures 5.2 to 5.4, the 2005 LiDAR points on the protected side as a whole are within about 0.5 ft of the land-line survey. As expected, the 2002 LiDAR does not compare as well with the precision survey, as it was a significantly lower resolution survey than the LiDAR 2005. For all three cross-sections, the protection side slope ranges from about 3.25:1 (horizontal to vertical) to 6:1.

It should be also noted that the differences in elevation on the west side of the floodwall can be related to vegetation, or ground modification, or other obstruction. Note that the LiDAR is always greater than the land survey.

Other than the as-built information (see Section 2.0), there was no sufficiently accurate pre-Katrina topographic data available across either the North or South Breach. However, LiDAR sections across relatively undisturbed areas just south of the North Breach and just north and south of the South Breach are depicted in Figures 5.5, 5.6, and 5.7, respectively. These LiDAR slopes are gentler than the 1969 3:1 as-built slopes. As can be seen in Sections 4, 5, and 6, the 2005 LiDAR data on the projection



FIGURE 5.1   LOCATIONS OF GROUND SURFACE SECTIONS TAKEN
ALONG IHNC EAST (E-mail from Melvin G. Spinks to
Gennaro G. Marino dated May 27, 2009).



FIGURE 5.2   EAST-WEST GROUND SURFACE SECTION 1 COMPARING
LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY
(E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27,
2009).



FIGURE 5.3   EAST-WEST GROUND SURFACE SECTION 2 COMPARING
LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY
(E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27,
2009).



FIGURE 5.4   EAST-WEST GROUND SURFACE SECTION 3 COMPARING
LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY
(E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27,
2009).



FIGURE 5.5   EAST-WEST GROUND SURFACE SECTION 4 JUST SOUTH
OF THE NORTH BREACH AT STATION 52+57 USING THE
2005 LiDAR DATA (E-mail from Melvin G. Spinks to Gennaro
G. Marino dated May 27, 2009).



FIGURE 5.6   EAST-WEST GROUND SURFACE SECTION 5 JUST NORTH OF THE SOUTH BREACH AT STATION 32+89 USING THE 2005 LiDAR DATA (E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27, 2009).



FIGURE 5.7   EAST-WEST GROUND SURFACE SECTION 6 JUST SOUTH OF SOUTH BREACH AT STATION 22+77 USING THE 2005 LiDAR DATA (E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27, 2009).

side indicate slopes of about 3.3:1 for the North Breach area and 3.8:1 for the South Breach area. Also, although the 2002 LiDAR is clearly not very accurate (both horizontally or vertically), in places it shows similar protection side slopes (see Figures 5.5, 5.6, and 5.7), and what is depicted for land LiDAR data in the ILIT report for just north of the South Breach. Moreover, the two sections for the South Breach area are virtually identical, indicating uniform grades along the breach area.

Because of the scouring effects and level of accuracy of the LiDAR data, the width of the crown on the protection side of the embankment was reconstructed using the as-built plans (see Section 2.0). The crown elevation was taken at 6.0 ft NAVD88 by considering the discoloration along the base of the concrete floodwall north and south of the South Breach.

A survey along Section 7 was available to beyond Jourdan Ave. This section is depicted in Figure 5.8 and is through the northern part of the South Breach. The 2005 LiDAR profile indicates that in the vicinity of Jourdan Ave., the ground surface is less than 1 ft lower than the as-built elevations. A similar order of magnitude of difference was also found along Section 2 at Jourdan Ave., indicating there is nominal settlement of the road from when the as-built survey was taken, prior to 1969, to 2005 (post-Katrina).

Considering the 2005 post-Katrina elevation at top of floodwall of 12.5 ft (NAVD88), the wall height from Jourdan Ave. is about 1.5 ft shorter than the as-built plans at both the North and South Breach areas. In other words, about 1.5 ft of settlement at the crown of the levee has been realized over more than 35 years. Moreover, this is consistent with the flattening of the levee slope over time as indicated in the LiDAR survey data.

Sections 8 and 9 are provided in Figures 5.9 and 5.10. These figures are through the north and south parts of the South Breach, respectively.



FIGURE 5.8   EAST-WEST GROUND SURFACE SECTION 7 THROUGH
THE NORTH BREACH AT STATION 54+40 USING THE 2005
LiDAR DATA  (E-mail from Melvin G. Spinks to Gennaro G. Marino
dated May 27, 2009).



FIGURE 5.9   EAST-WEST GROUND SURFACE SECTION 8 THROUGH
THE SOUTH BREACH AT STATION 28+94 (E-mail from
Melvin G. Spinks to Gennaro G. Marino dated May 27, 2009).



FIGURE 5.10   EAST-WEST GROUND SURFACE SECTION 9 THROUGH
THE SOUTH BREACH AT STATION 26+19 (E-mail from
Melvin G. Spinks to Gennaro G. Marino dated May 27, 2009).

5.2 Soil Profile Conditions

5.2.1 General

Both north-south and east-west profiles were developed in the breach areas based on the available soil boring information. The locations of the borings utilitized are shown on Figure 5.11. As can be seen in Figure 5.11, borings were done to approximately 350 ft west to 90 ft east of the floodwall in the area. The sources from which the boring log data was obtained were:

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, International Tank Terminal & McDonough Marine Borrow Pit Areas Drilling Report- I, Appendix I, Prepared for Washington, Prepared by MMG, June 2001

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, McDonough Marine Site Assessment Drilling Report- II, Appendix J, Prepared for Washington, Prepared by MMG, June 2001

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, International Tank Terminal Site Assessment Drilling Report- III, Appendix K, Prepared for Washington, Prepared by MMG, November 2001

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Saucer Marine Site Assessment Drilling Report- IV, Appendix L, Prepared for Washington, Prepared by MMG, January 2002

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Indian Towing Site Assessment Drilling Report- VI, Appendix N, Prepared for Washington, Prepared by MMG, May 2002



FIGURE 5.11 LOCATION OF AVAILABLE "DEEP" BORINGS ALONG THE IHNC (EAST)

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Mayer Yacht/Distributors Oil Site Assessment Drilling Report- V, Appendix K, Prepared for Washington, Prepared by MMG, March 2002

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Boland Marine Site Assessment Drilling Report- VII, Appendix M, Prepared for Washington, Prepared by MMG, July 2002

- Groundwater Characterization/Monitoring Report, Monitoring Period- April 2005 Inner Harbor Navigation Canal- East Bank Industrial Area 1800-2500 Surekote Road New Orleans, Louisiana, Parish: Orleans, AI-1398, Prepared for USACE, New Orleans District, Prepared by Washington Group International, August 2005.

- USACE, Inner Harbor Navigational Canal East Levee- I.H.N.C. Loch to Florida Ave. Levee and Floodwall Cappings "H-4-25157" Nov. 1969.

- USACE Design Memorandum No. 4 General Design, Florida Ave Complex, IHNC, June 1980.

- Eustis Engineering Company, Inc. for USACE, December 16, 2005.

- CPT data for USACE, October 26, 2005.

- USACE, Chalmette Area Plan, Design Memorandum No. 3- General Design Plan and Profile, Station 49+00 to Station 68+00 "H-2-23820".

- Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Vol. II, Appendix B, July 31, 2006.

Because of the limited information which could be obtained from the Washington Group borings of depth 9 ft or less, they were not used in the development of the soil profile information and are not shown on Figure 5.11. In developing the north-south cross-sectional information for both the North and South Breaches, a profile was done for the west side with borings closest to the west toe of the levee to about the floodwall and, on the east side, the north-south profile was developed mainly utilitizing borings from about the floodwall to the east toe. Although an independent assessment of the soil deposits to an elevation of -35 ft was made, the stratigraphy below this elevation was based on the reported conditions in the final reports by ILIT and IPET.

For the analyses performed below, the strata are assumed to conservatively grade finer from west to east. The WGI soil descriptions from samples taken from borings drilled along the waterfront indicate the presence of coarser native materials (generally ML to CL) than those reported by other investigators, who almost exclusively drilled into the levee and, to the east, indicated finer grained soils (generally CH) which are verified by Atterberg Limits. No Atterberg Testing was available from WGI.

5.2.2 North Breach Soil Profile

The east-west cross-section most relevant to the North Breach would be at the north end and is shown on Figure 5.12. This is the location where the failure commenced.

There are 7 basic soil units which are present at the North Breach to at least an elevation of -60 ft (NAVD88).

1   Waterfront Fill (WF). This relatively flat-lying fill exists on the west side of the floodwall. The fill is generally 3 to 5 ft thick (to Elevation -1 to -2 ft) and appears to be almost 8 ft thick (to Elevation -6 ft) in the vicinity of the western



FIGURE 5.12   EAST-WEST CROSS-SECTION 1-1 AT THE NORTH END OF THE NORTH BREACH

toe of the levee at the north end of the breach. This material primarily consists of gray or brown fill with a discontinuous lower layer of gray clayey fill. The upper sandy fill is mainly a fine sand with varying amounts of silt and shells. The lower clayey fill appears to be more continuous in the northern portion of the site with a thickness of up to 1 to 2 ft, and ranges from a clayey silt to lean clay [MC to CL]. Debris is also present in places through the fill layer. Based on the surface elevation provided in the as-built drawings, it appears that a significant amount of this fill unit was placed prior to 1969.

2   Levee Embankment (LE). This embankment material was controlled fill placed for flood protection. The as-built crown of the levee is about +6.5 ft NAVD88. Based on the boring information the embankment appears to have been placed on native soils and over the majority of the levee area the levee fill/native soil contact appears to be sloping to the east from about Elevation -5 ft to -7 ft $\pm$ up to about 1 ft. There is an area below the western toe where this fill appears to extend down to about a maximum elevation of -18 ft.

From soils described in the area, the levee materials are gray, dark gray, lean clay to clay with silty clay in places, with debris, very occasional organics [CL, CH]. Below the western toe, the levee materials are reported to be very soft to soft, but in other locations they are generally stiff.

3   Upper Silts and Clays (USC): Immediately below the waterfront fill and the levee embankment, there are gray fine-grained deposits which mainly range in thickness from 6 to 14 ft. Generally, the thinnest of this fine-grained layer in the waterfront area is to the north, where it is 6 to 9 ft, with thicknesses on the order of 12 to 13 ft below the remainder of the waterfront. Also, this unit thins to the east and is only several feet thick at and beyond the east toe of the levee. (Note USC is essentially absent where levee fill extends to near the bottom of this layer; see Figure 5.12). These deposits are present to about elevation of -10 to -11 ft to the north but deepen below the waterfront to the

south to about Elevation -14 ft to -15 ft and slope upwards to the southeast in the breach area to Elevation -8 ft.

This soil unit mainly consist of gray to dark gray, soft to moderately soft, silty clay to clay [CL-ML to CH] but contains some varved silt [ML] to the north. Also, organic content was found in places.  In the North Breach area, the upper silts and clays deposits are generally finer grained from west to east except in the southeast where no such gradation was found. Based on the available borings, the soil unit transitions under the levee footprint to soft clay [CH] where present. Also, the intensity of interlayering in the unit appears to move prevalent to the west and south with reported intermittent lenses and seams, as well as varved and interbedded conditions.

4   Marsh (M). Below the silts and clays is a unit which contains the most significant amount of organics. In previous investigations, this unit has been called marsh and is present in the North Breach area to about Elevation -16 ft to -23 ft and ranges in thickness from about 6 to 9 ft. Based on the available boring information, the bottom of the marsh layer is about level to sloping up as much as 6 ft from beneath the levee and to the east. The brownish and grayish marsh deposits were generally reported as soft, with a proximate range of very soft to stiff. Based on the available boring information, this unit ranges from organic to with organics and generally grades to the east under the levee from a lean clay to clay [CL, OL, CH, OH] except for a 7 to 8 ft thick peaty zone. The peat rich zone appears to be a discontinuous lobe about 125 ft west of the floodwall and consist of interbeds of peaty organic silt to clay which contains wood and becomes siltier to the south [OL-PT, PT-CL, CH-OH, OL-CL]. Also reported to be present in this proximate north-south organic lobe is an occasional isolated peat layer.

5   Lower Silts and Clays (LSC). Below the organic layer or marsh are interbeds of fine-grained deposits. This soil unit was reported to be deepest to the north

under the waterfront at about elevation -28 ft and rises to the south to about -23 ft and thinning accordingly from about 7 to 10 ft thick to 1 to 3 ft thick. Under the levee and to the east, the soil unit appears to drop 4 to 6 ft to an elevation ranging from -23 ft to -32 ft, resulting in thickness of 5 to 14 ft.

This soil unit mainly consists of gray to dark gray, very soft to soft, interbeds of silty clay to clay with silt strata or lenses and with wood in places [CL-ML to CH]. Generally speaking, the unit appears to be overall finer to the east.

6   Bottom Clay (BC). Below the lower silts and clays unit is clay. This soil unit is described as a gray, soft clay [CH] and is present to an elevation of about -50 ft  (IPET: Figure 11.22).

7   Bottom Sand (BS). The bottom sand which is below the above mentioned clay is reported to be present to at least Elevation -60 ft (IPET: Figure 11.22). The bottom sand is described as Nearshore Gulf-Relic Beach deposit.

## 5.2.3 South Breach Soil Profile

Based on the available boring data, a similar stratigraphy to the North Breach area exists at the South Breach. In other words, the same soil units are found present (i.e., 1. Waterfront Fill, 2. Levee Embankment, 3. Upper Silts and Clays, 4. Marsh, 5. Lower Silts and Clays, 6. Bottom Clays, and 7. Bottom Sand). Contrary to the North Breach, however, there is interlayering to interfingering of Soil Units 3 and 4 west of the floodwall. This appears to commence about 200 ft south of the north end of the South Breach and is depicted in the soil cross-section shown in Figure 5.13. The depth and amount of interlayering increases to the south and can extend up to 230 ft west of the wall. Further development of the interbedding of the upper silts and clays and the organic layer is shown in Figure 5.14. To the south of this cross-section, the



FIGURE 5.13   EAST-WEST CROSS-SECTION 3-3 200 FT SOUTH OF THE NORTH END
OF THE SOUTH BREACH



FIGURE 5.14   EAST-WEST CROSS-SECTION 2-2 180 FT SOUTH OF THE NORTH END
OF THE SOUTH BREACH

interlayering is more extensive and the soil unit layers appear to be interfingered just south of the South Breach. At the south end of the breach, the interlayering is found between about Elevation -8 ft and -22 ft.

1.  Waterfront Fill (WF). Based on the as-built drawing for construction of this reach of floodwall, it appears that a significant amount of this fill was placed prior to the construction in 1969. In general, this fill appears to be thicker and contains fewer shells than at the North Breach. The total thickness of the waterfront fill is on the order of 4 to 6 ft and locally up to 13 ft where probably a pre-existing excavation was present. The bottom elevation of this fill or the top of native soils along most of the northern part of this waterfront area is -3 to -4 ft. In the southern portion, the fill is present to about Elevation -1 to -3 ft. The deepest fill sections were locally found closest to the canal to Elevation -10.5 ft.

    As along the North Breach, sandy fill was generally placed above clayey fill if present. At the South Breach, the sandy fill was found to be discontinuous west to east in places and typically less than 3-4 ft thick (but locally up to 6 ft). This fill is principally described as red-brown or brown, medium to fine sand to silty sand with debris and shells in places [SW, SP, SM], with occasional pockets of shells or clay silt.

    The clay fill is essentially continuous along most areas across the waterfront with a thickness typically of 2 to 4 ft up to over 5 ft (and up to 13 ft near the canal). It is described as essentially a brown or gray, stiff, silty clay to lean clay, but locally silt or clayey silt, with shells and debris in places [ML to CL].

2.  Levee Embankment (LE). The controlled fill placed for the levee embankment had a maximum thickness at the landside crown from about 9.5 to 11.3 ft. The approximate bottom elevation of the levee along the South Breach, which rested on native soils, was approximately from -3 ft to -6 ft. Based on descriptions provided on the available boring logs, the levee fill essentially consisted of gray,

stiff, lean clay to clay but can be locally silty clay, and occasionally contains gravel, shells, or organics in places [CL, CH].

3. Upper Silts and Clays (USC). As with the North Breach area, this unit is found below the waterfront fill and the levee embankment material. When considering the total thickness (including any interlaying with the organic soil unit), this unit thins to the east. As mentioned above, the interlayering to interfingering with the organic or Marsh unit begins at about 200 ft south of the north end of the breach and is present west of the floodwall. To the south the interlayering becomes greater and can commence as high as about Elevation -8 ft. Consequently, the thickness of the silt and clay zones generally decrease to the south. Waterfront unit thicknesses are about 11 to 20 ft, except where interlayering is present. Maximum zone or layer thicknesses for this unit are, then, on the order of 2 to 12 ft, unless discontinuous organic layers are present, and then the unit thickness can extend to 20 ft. East of the floodwall, where interlayering was not found, the unit thickness ranges from about 3 to 10 ft.

West of the floodwall and from just north of the South Breach to about 650 ft south of it, where no significant interbeds are present, the bottom of the unit is at about Elevation -10 to -16 ft. However, where the marsh is discontinuous, these silt and clay deposits can extend down to about Elevation -29 ft to the Lower Silts and Clays unit. Landside elevations to the base of the unit for this northern portion of the breach area range from about -8 to -12 ft elevation. With interlayers from about 650 ft south of the north end to beyond the south end of the breach, the bottom extends to approximately -17 to -22 ft elevation, but is as shallow as -9 ft on the landside.

This soil unit is essentially described to the west as a gray, soft to stiff, silt to lean clay, occasionally sand silt, and containing organics or wood in a few places [ML to CL]. Varving or interbedding of this unit exist to the north, decreases to the south, and is not present at the south end of the breach. These western silt to

lean clay deposits appear to grade beneath the levee east to primarily a brown or gray, soft to stiff, clay, roots [CH].

4. Marsh (M). This fine-grained unit was identified from reported soil descriptions which contain a greater degree of organics than adjoining soil deposits. Such organic layers are present below the waterfront area, with thicknesses typically up to 4 to 10 ft, and along the South Breach toward the canal. These organic layers are discontinuous in places. Under the west side of the levee to the east (where interlayering/interfingering is not present and only one layer exists), the unit thickness ranges from about 2 to 10 ft without a distinct pattern north to south.

   Generally, the bottom of the organic or marsh layer(s) is from -16 to -22 ft elevation, again without any distinct pattern. In the vicinity of the South Breach, the lowest bottom elevation is approximately -24 ft elevation near the canal at the north end of the breach and the most shallow at about -14.5 ft elevation on the east side at 200 ft south of breach north end. This soil unit is mainly described below the waterfront as dark gray or gray, very soft to soft, organic clayey silt to clay, roots and wood in places, to silty clay to lean clay, and to no organics and wood [ML-CL to CH, OL, OH], with peat layers locally present closer to the canal. This unit grades or transitions under the levee to the east to dark gray, gray, or brown, very soft to soft, clay with wood or organics to organic clay with wood [CH, OH].

5. Lower Silts and Clays (LSC). This unit is present below the marsh layer (unless absent). The thickness of this unit ranges up to 15 ft (typically 5 to 11 ft) with the thickest areas about 400 ft to 670 ft south of breach north end. Generally, the elevation of these silts and clays dips to the south along the breach area. Based on the available boring information, the bottom elevation decreases from -23 ft about 10 ft to -29 ft, but the deepest is on the east side at about 670 ft south of breach north end at about Elevation -31 ft.

This unit is essentially described as dark gray or gray, soft to medium stiff, clayey silt and lean clay seams/layers [ML-CL, CL] to soft to medium stiff, clay with silt to silty clayey sand to sand lenses/strata [CH].

6. Bottom Clay (BC). This unit underlies the Lower Silts and Clays. It is described as a gray, soft clay [CH]. Below Elevation -50 ft, some lean clay is present but the bottom of the unit extends to Elevation -60 ft (ILIT: Figure 6.33). The resulting thickness of this unit is about 25 to 40 ft.

7. Bottom Sand (BS). The Bottom Sand is present below the Bottom Clay and is present to deeper than -70 ft elevation (ILIT: Figure 6.33).

5.3 Soil Unit Properties

It should be noted that the vast majority of the soil property data are from borings drilled in the vicinity of floodwall and to the east of it. The most significant exception to this were permeability tests performed from WGI borings

.

Waterfront Fill

The only soil property data available on waterfront fill materials are related to Standard Penetration Tests (SPT) and one vane shear test. For silt, clay and sand mixtures there is a wide distributed range of STP values from 2 to 34 blows per foot (bpf) for 12 tests typically ranging from 3 to 6 bpf with an average of 4 bpf (excluding highest value). The SPT values ranged from WOH to 24 bpf, averaged 5 bpf (15 tests), and were typically from 2 to 5 bpf for the silts and clays.  With lowest and highest values ignored, the average becomes 4 bpf.

In test intervals which contained significant amounts of debris and shells mixed with varying amounts of sand, silt, and clay, SPT values ranged from 2 up to 90 bpf (36 tests) but typically from 8 to 30 bpf (ave. 16 bpf excluding top 10%). SPT's in the sand

fill ranged from 3 to 55 bpf for 8 tests but typically from 3 to 8 bpf. Excluding the highest outlier, the average blow count is 8 bpf for the sand fill. These overall higher SPT values in are most likely related to the presence of concrete reported.

Based on the above, the silt and clay fill can be overall considered soft to medium stiff, and the sand fill materials are generally very loose to loose. The debris and shells in the fill can be considered essentially coarse grained materials. Therefore, they are non-cohesive when mixed with sands and, depending on the amount of these materials with fine-grained soils may be cohesive or non-cohesive. Overall, these fill materials are either medium dense or very stiff, based on the available data.

Permeabilities assumed for this unit ranged from 0.1 to $10^{-7}$ cm/sec, depending upon the material. Assumed values for modeling are provided in Section 5.6.

Levee Embankment

There are 6 available Atterberg Limits test results on the levee embankment. All tests indicate a fat clay with liquid limits (LL) and plasticity indices (PI) of 60 to 115% (81% ave.) and 25 to 70% (52% ave.), respectively. Corresponding inplace moisture contents (MC) were found below or between the plasticity ranges. From a total of 34 available water content tests, the levee fill was found to have fairly well distributed moisture content from 22 to 74% (46% ave.). Within the first foot of the levee ground surface, the moisture content ranges from 22 to 57% (typically 30 to 40%), with an average of 33% for 9 tests (excluding one high outlier), or 13% lower than the on-average value.

The 13 available unconfined compression (UC) and 1 vane shear (VS) tests in the levee fill result in undrained shear strengths ($S_u$) ranging from 0.170 to 1.598 tsf with an average of 0.361 tsf (without high outlier). Reported wet density (WD) values ranged from 99 to 121 pcf (9 tests) and average 108.7 pcf.

Given the reported embankment soil types, the permeability assumed for modeling purposes was $10^{-7}$ cm/sec.

Upper Silts and Clays

All of the 6 available Atterberg Limits were in fat clay with Liquid Limits and plasticity indices of 73 to 115% (90% ave.) and 47 to 87% (60%), respectively. Reported moisture contents in this unit range from 32 to 147% (but typically from 45 to 70%), with an average of 65% for 37 tests (or a 61% average without the 2 highest outliers).

A total of 17 unconfined compression, 1 unconsolidated undrained, and 3 VS test results are available in this unit. The undrained shear strengths derived from these tests ranged from 0.045 to 0.400 tsf, with an average of 0.256 tsf.  Excluding the very low outlier, the average $S_u$ is 0.266 tsf. Corresponding reported wet densities range from 92 to 109 pcf, with an average of 100.7 pcf (15 tests). The WD and $S_u$ values are plotted with depth in Figures 5.15 and 5.16. When $S_u$ and WD was plotted versus elevation and/or separated into toe and embankment locations, no advantage was obtained.  An overall plot of $S_u$ versus depth is provided in Figure 5.16. Also, plots separating the unit strengths into upper embankment (ground surface elevations (GSE) greater than 0 ft NAVD88) resulted in lower overall strengths than in the toe area; see Figures 5.17 and 5.18.  It would be expected that the upper embankment value would have an overall higher strength. This appears to be related to almost half the data population from borings with GSE at 1.0 and 1.7 ft. A greater population may also increase this average. Consequently, an average overall strength of 0.256 tsf was assumed in analysis.

There are 2 field laboratory permeability tests that were done on USC materials west of the floodwall which are reported by WGI. These tests were performed in Holes 57E and MW8. For the 2 field tests, 57E contained varved ML and ML-CL materials, whereas MW8 was reported to have overall slightly finer varved materials but also penetrated into the marsh unit. The marsh materials were described as having a high



FIGURE 5.15   WET DENSITY VERSUS DEPTH FOR THE USC UNIT



FIGURE 5.16  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE USC UNIT



FIGURE 5.17  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE USC UNIT FOR UPPER EMBANKMENT
(GSE > 0.0 FT NAVD88)



FIGURE 5.18  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE USC UNIT FOR TOE AREA (GSE < 0.0 FT NAVD88)

peat content [CL-PT] and 1 ft of wood in the bottom third of the sanded interval. 57E and MW8, which were relatively close to each other, reported to horizontal permeabilties of $1.95 \times 10^{-6}$ cm/sec and $4.78 \times 10^{-5}$ cm/sec (average of the two calculation methods). The laboratory test conducted on a sample from MW8 is reported to have a permeability of $4.0 \times 10^{-8}$ cm/sec. No soil description of the laboratory sample is provided, but the measured MC and WD are consistent with the USC properties measured on the east side of the canal (ie., CH clays). Permeabilities assumed for modeling purposes ranged from $10^{-4}$ to $10^{-8}$ cm/sec depending on the soil composition. Also, for the varved soils, $K_u/K_v$ was taken as 2.5 (Terzaghi, Peck and Mesri, 1996). The specific values used are provided in Section 5.6.

Marsh

The reported nature of the soils classified as Marsh indicate variable types of organics (e.g., amorphous, fiberous, roots, and wood) and amount of organics and variable properties. Moisture contents in this organic layer ranged from 22 to 442% (90 to 300% typical), with an average of 159% for 75 tests. The lowest moistures were reported in the ILIT borings from 22 to 32% and appear anomalous for this unit. Neglecting these values the average MC becomes 169%. Liquid Limits for 16 tests ranged from 34 to 122% (typically 60 to 100%) and averaged 85%. Again, the ILIT Liquid Limits appear uncharacteristically low for this unit, ranging from 34 to 44%. Without these values the unit LL average becomes 96%. The corresponding plasticity indicies were from 23 to 84%, averaging 62%.

Wet density in this soil unit ranged from 63 to 105 pcf, averaging 84 pcf (22 tests). Over two-thirds of the strength related tests were performed under unconfined compression. Reported undrained shear strengths from 33 tests ranged from 0.032 to 0.420 tsf, with an average for all tests of 0.149 tsf. It should be noted that there are a number of strengths from 0.032 to 0.090 tsf at depths from 7.5 to 12.5 ft. Where corresponding Torvane testing was performed for 5 of these very low strength samples, about twice the $S_u$ was obtained.

A plot of all the wet density values with depth is given in Figure 5.19. WD has also been plotted versus depth for upper embankment and toe areas in Figures 5.20 and 5.21, respectively. As can be seen from comparing Figures 5.20 and 5.21, there is a decidedly greater WD trend below the upper embankment area (UEA) with an average of 94 pcf compared with 79 pcf below the toe area. Moreover, it should be noted that all UEA values were reported in 1965 and 1966, prior to the levee enlargement and 40 years time-dependent compression.

An overall plot of the undrained shear strengths with depth is shown in Figure 5.22. The variability in the $S_u$ with depth plot is primarily related to the heterogeneous nature of the marsh and the different states of effective stress. The $S_u$ values have also been plotted below the upper embankment and toe areas and are given in Figures 5.23 and 5.24, respectively.  As expected, the average $S_u$ below the UEA is greater than below the toe area at 0.201 tsf to 0.101 tsf, respectively. It is important that 10 of the 16 reported tests for strength values taken under the upper embankment area were done during the 1965 time period and prior to the levee enlargement and 40 years of compression. Consequently, the pre-Katrina strength average should be greater due to additional compression and aging (Mesri, and Ajlouni, 2007; Mesri, 1987; Terzaghi, et. al, 1996; Zpeik, et. al., 1998).

Evidence of the compression undergone by the marsh beneath the UEA can also be seen in natural moisture content trends. For borings done between 1965 and 1971, the average MC for UEA was 148% (32 tests), ranging from 48 to 380%, compared to 192% (19 tests) with values from 46% to 385% in the toe area. Post-Katrina water content tests were mainly in the toe area, where the average was 171% (20 tests), ranging from 72 to 442%. The only moisture contents for under the UEA were reported by ILIT and averaged 27% (5 tests), ranging from 22 to 32%. Combined, the average MC below the UEA and toe area are 132% and 181%, respectively.



FIGURE 5.19   WET DENSITY VERSUS DEPTH FOR THE M UNIT



FIGURE 5.20   WET DENSITY VERSUS DEPTH FOR THE M UNIT
FOR THE UPPER EMBAMKMENT (GSE > 0 ft NAVD88)



FIGURE 5.21   WET DENSITY VERSUS DEPTH FOR THE M UNIT
FOR THE TOE AREA (GSE < 0 ft NAVD88)



FIGURE 5.22   UNDRAINED SHEAR STRENGTH VERSUS DEPTH
FOR THE M UNIT



FIGURE 5.23   UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE M UNIT BELOW THE UPPER EMBANKMENT AREA



FIGURE 5.24   UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE M UNIT BELOW THE TOE AREA

In addition to primary and secondary compression effects over time, increased strengths would be expected from the aging process and the inherent natural earth reinforcement provided by root systems in the marsh, similar to the way root networks assist in the stability of vegetated earth slopes additional compression and aging (Cazzoffi, and Crippa, 2005; Docker, and Hubble, 2008; Wu, and Watson, 1998, Wu, et. al, 1998; Yong-hong et.al, 2005 and Haji Ali,and Normaniza, 2008).

No insitu permeability tests were run strictly in the marsh unit. As mentioned in the USC subsection, the lower third of the 57E well was in the organic layer, which indicated a lower horizontal permeability (K = 1.95 x $10^{-6}$ cm/sec) than the nearby MW8 well, which was completely in USC. Also, it is interesting to note that in evaluating the soil profile for the more permeable zones from drilling depths of up to about -35 ft elevation, WGI chose to focus most testing above and below the organic layer.

IPET summarized marsh and peat values in Figure V-17-15 which has been reproduced in Figure 5.25. It is important to note that, based on the soil descriptions of the organic layer, the vast majority of this organic material is not peat, and the peat which is present is localized and typically described to contain a significant amount of silt and clay. Considering effective vertical overburden pressure up to 1000 psf, K ranges from about 1.1 x $10^{-8}$ to 9 x $10^{-5}$ cm/sec (which includes peat not present at the site). Specific K values assumed for modeling different unit subsoils are provided in Section 5.6.

<u>Lower Silts and Clays</u>

As mentioned at the beginning of this section, in some areas along the IHNC (east), particularly outside the breach areas, there is little distinction between the LSC and BC units because of the frequency of the coarser grained inter-stratification. Therefore, the properties provided below are only for those materials that could be identified as LSC.



FIGURE 5.25   PEAT AND MARSH PERMEABILITY VALUES VERSUS EFFECTIVE OVERBURDEN PRESSURE (IPET FIGURE V-17-15)

For the 48 water content tests in the LSC, the moisture ranged from 32 to 77% with an average of 53%. There is no Atterberg Limit in this unit. Wet densities varied from 94 to 114 pcf (fairly well distributed) with an average of 102.1 pcf for 15 tests. All the $S_u$ values were determined from 19 unconfined compression tests, 2 unconsolidated undrained tests, and 2 unconsolidated undrained tests. Reported $S_u$ ranged from 0.055 to 0.217 tsf and averaged 0.136 tsf. See next subsection for combined LSC and BC plots for density and strength with depth.

There was one field permeability test which appears to have been done predominately in the LSC unit. The test was performed in Well MW7 and had a reported average horizontal K of $2.0 \times 10^{-5}$ cm/sec. A laboratory test apparently in this unit resulted in a K of $2.68 \times 10^{-5}$ cm/sec. For modeling, K values assumed ranged from $10^{-4}$ to $10^{-8}$ cm/sec. Specific K values assumed for different soil types are provided in Sections 5.6 and 5.7.

Bottom Clay

Similar to LSC, the data considered below are only for those which could be identified as BC. There were 194 water contents performed which ranged from 19 to 80%, and averaged 53%. A total of 19 Atterberg Limits tests were done in the BC. Liquid limits and plasticity indices ranged from 54 to 96% (averaged 81%), and 31 to 74% (averaged 55%), respectively. Corresponding moisture contents typically fell within the upper two thirds of the Liquid Limit and Plastic Limit brackets.

From the 49 reported values, wet densities in BC ranged from 96 to 125 pcf (typically less than 110 pcf) and averaged 103.1 pcf. The vast majority of the 102 bottom clay samples tested for undrained shear strength were reported from unconfined compression testing. The $S_u$ ranged from 0.083 to 1.493 tsf (typically from 0.125 to 0.300 tsf) with an average of 0.231 tsf.

For the purpose of assessing the wet density and strength, LSC and BC values have been combined because of the variability in the interstratification. Figure 5.26 contains a plot of all the wet densities with depth for both LSC and BC. For all the 111 data points, the overall average is 102.8 pcf. Separating the wet density values beneath the upper embankment and toe areas, which are given with depth in Figures 5.27 and 5.28, result in averages of 104.2 pcf (22 tests) and 101.3 pcf (89 tests). Greater overall density beneath the levee is an indication of compression in the UEA.

The overall plot of strength versus depth is depicted in Figure 5.29 with plots for the upper embankment and toe areas shown in Figures 5.30 and 5.31, respectively. Strength lines were best-fitted assuming a slope of 0.22 $\sigma'_v$ and a buoyant unit weight of 40 pcf.  Note that the field vane shear test results performed in the LSC/BC are consistent with $S_u$ with depth trend as can be seen in Figure 5.30.

It should be noted that there is a number of anomalous low strengths (13 tests) with $S_u$ values ranging from 0.038 to 0.100 tsf which were performed on samples (mainly UC) with an average depth of 25.7 ft. These samples had an average wet density of 104.1 pcf (for 11 tests ranging from 96 to 120 pcf) and an average moisture content of 52% (9 tests ranging from 23 to 73%). Moreover, $S_u$ was at about or below the 6 available corresponding Torvane test strengths with averages of 0.067 tsf and 0.11 tsf, respectively. Also, it should be noted that 75 of the 105 UEA strengths were conducted in 1965-1966 prior to levee enlargement and about 40 years prior to Katrina. Therefore, strengths from these older borings are expected to be low due to aging and additional compression over time (Mesri, and Ajlouni, 2007; Mesri, 1987; Terzaghi, et. al, 1996; Zpeik, et. al., 1998).

For modeling purposes, the Bottom Clay was assumed to have a K of $10^{-8}$ cm/s.



FIGURE 5.26  WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS



FIGURE 5.27  WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS
FOR UPPER EMBANKMENT AREA (GSE > 0 FT NAVD88)



FIGURE 5.28  WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS
FOR TOE AREA (GSE < 0 FT NAVD88)



FIGURE 5.29  UNDRAINED SHEAR STRENGTH VERSUS DEPTH
FOR LSC AND BC UNITS



FIGURE 5.30  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC
AND BC UNITS FOR THE UPPER EMBANKMENT AREA
(GSE > 0 FT NAVD88)



FIGURE 5.31  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC
AND BC UNITS FOR THE TOE AREA (GSE < 0 FT NAVD88)

5.4 Soil Modulus

Soil Modulus values can be established from the results of field floodwall tests reported by Jackson, 1988. The field test involved a 200 ft long floodwall consisting of PZ-27 sheetpile in very soft to soft highly plastic clays ($S_u$ about 200 to 500 psf) to the tip. The test was performed at the East Atchafalaya Basin Protection Levee which is about 70 miles southwest of the IHNC.

Inclinometers placed in 4 locations along the sheetpile indicated that as water loading increased over a total of 30 days, the sheetpile went from "fixed" to "free earth" condition when the flood level was increased from 6 to 7 ft behind the wall (see Figure 5.32). Wall deflection plots indicated no tip translation to this point. Moreover, this is consistent with the "fixed" behavior at the bottom of the piles. These plots also depict the gradual formation of a gap between the sheetpile and flooding, even over sustained time periods. As can be seen in Figure 5.32, with a flood height of 4 ft the soil-pile separation is present to about Elevation -5 ft (or a depth of 11.5 ft) with maximum gap openings of 0.11 to 24 in. at the ground surface.

Best-fit $E_S/S_u$ of 96 was determined for total deflections with depth for flood heights of 4, 6, 7, and 8 ft for a total flood duration of 52 days. Cumulative top of the wall deflections during the water raising periods were about 30% of the total for all the 4 monitored piles. In other words, the "initial" $E_S/S_u$ can be considered to be 320. It should be noted that the water was raised at a rate of 1 ft/day.

5.5 Groundwater Conditions

As shown in the hydrograph immediately before Katrina in Figure 3.4, the I-10 USGS and Orleans levee gages which are north of the breaches and the staff gage at the IHNC lock to the south of the breaches show fairly good agreement. Therefore, either the gages north or the one to the south of the breach areas should provide representative data of the canal level for non-extreme weather conditions.



PILE A



PILE B



PILE C



PILE D

FIGURE 5.32   TEST SHEETPILE DEFLECTION PLOTS AT DIFFERENT FLOOD LEVELS
(JACKSON, 1988)

The available pre-Katrina data for the USGS IHNC gage at I-10 has been plotted in Figure 5.33. As can be seen from this figure, the water level in the IHNC oscillates between about Elevation 0 ft to 2 ft (NAVD88), with a medium elevation of about 1 ft. Therefore, the groundwater table at the shorelines west of the floodwall should be on the order of Elevation 1 ft.

Groundwater level depths along the floodwall waterfront were taken by the Washington Group International (WGI). There were two types of groundwater table measurements reported. The vast majority of the reported groundwater depths (over 330 holes) were determined based on the visually observed level of soil saturation.

The other method used consisted of installing 12 monitoring wells along the IHNC (east) waterfront and measuring the water level in the walls a minimum of three days after installation. The wells were installed to a depth of 12.5 to 37.1 ft using 4.5 in. ID hollow stem augers (HSA). WGI produced potentiometric contours of the groundwater surface from this data, which is shown in Figure 5.34. From Figure 5.34, it can be seen that groundwater flows east from the canal.

As can be seen on Figure 5.34, the highest groundwater level was increased in Hole MW-11 at 2.84 ft elevation (NGVD29). This elevation appears anomalous. In thisarea Bielecki and Lessor, 2005, state "the large embayment on the north end of the site is likely due to the large volume of soils removed during remediation of Boland Marine."

The monitoring well levels can be adjusted by -1.0 ft to obtain NAVD88 elevations by assuming a shoreline groundwater table at Elevation +2 ft (NGVD29) from Figure 5.34, and considering a medium canal level elevation of +1.0 ft NAVD88. Also in comparing groundwater levels in the monitoring wells with the reported levels in the borings done in 2001, a ground surface elevation of +2.5 ft NAVD88 was assumed for these later holes. As expected, most of the MW holes had equal to or greater groundwater table elevations than the neighboring 2001 holes in the direction of the



FIGURE 5.33   AVAILABLE IHNC WATER ELEVATIONS FOR THE USGS GAGE AT I-10 FROM JUNE 27, 2005 TO AUGUST 29, 2005 (WALTERS, 2009)



WGI342537

FIGURE 5.34   GROUNDWATER POTENTIOMETRIC SURFACE MAP ON
APRIL 24, 2005 PREPARED BY THE WASHINGTON GROUP
INTERNATIONAL, INC. (WGI 342537, Bieleck and Lesser,
2005)

potentiometric line (i.e., approximately north to south). Only wells MW-3, 4, and 7 were significantly lower in elevation. These lower well elevations were likely the result of the relatively short period after installation that the groundwater level was measured, given the low permeability of the formation. Bielecki and Lessor, 2005, noted "all of the monitoring wells were low-yield wells. . . . Purging these wells to dryness is expected given that this formation's low yield is insufficient to supply drinking water to a residential household." MW-3, 4, and 7 are discussed below.

MW-5 was installed to a depth of 12.5 ft and was reported to have GWT elevation of -4.84 ft (NAVD88). The nearby 2001 borings report the groundwater table from -0.75 ft to -3.0 ft. Even considering a ground surface 1 ft lower than assumed, a GWT elevation of -2 ft appears more appropriate.

Both MW-4 and MW-7 are deeper well installations, as both are to a depth of about 37 ft. MW-4 and MW-7 are sealed to Elevations -23.7 ft and -21.4 ft and are terminated at Elevations -33.2 ft and -34.1 ft, respectively. Therefore, these wells are likely below the organic layer and into the lower silts and clay and possibly into the clay units. For MW-4, the nearby north-south 2001 holes report GWT elevations up to -1.25 ft. Consequently, an Elevation -1.25 ft was assumed at this well. For MW-7, a GWT elevation of -1.0 ft has been taken based on the 2001 holes data.

Considering the above groundwater levels and excavated areas of the waterfront, based on air photographs, the potentiometric lines developed prior to Hurricane Katrina were estimated and are shown on Figure 5.35.  As can be seen in Figure 5.35, the GWT elevation in the vicinity of the western toe of the levee is estimated to be along the North Breach as 0 to -1 ft and the South Breach as -2 ft. Groundwater levels of this magnitude are consistent with ponded water in these areas and are depicted in the air photos (see Section 2.1).

Along the east side of the project floodwall, there is less information on groundwater levels. Most of the borings done in this area do not report any related information. Several post-failure borings which were drilled to 12 to 15 ft located in both the North and South Breaches noted no groundwater at the time of HSA drilling, despite encountering materials with peat and wood. These borings were labeled IHNC-N-BOR-1, IHNC-S-BOR-1, and IHNC-S-BOR-2 (see Figure 5.11). The one available boring which provided a measured groundwater level was 6-UT. Based on the as-built drawings, Boring 6-UT is located about 70 ft east of the floodwall and about 60 ft west of the then present Jourdan Ave. Canal at Station 42+00. The measured groundwater level in Boring 6-UT in 1966 was 4.4 ft below the ground surface at Elevation -9.9 ft NAVD88.

There are a number of eyewitnesses, who resided in the Lower 9th Ward, who indicated there was no evidence of seepage and that in fact the groundwater table was below landscaping depth.[1] Moreover, no seepage along the levee was observed, despite the canal water shoreline along the levee only about 60 ft east of the floodwall for more than 400 ft between the North and South Breach areas.

5.6 North Breach Failure Analyses

5.6.1   Seepage Analysis

Using Geostudio, the North Breach was modeled to Geologic Section 1-1 (see Figure 5.36). This location, which is located at the north end of the breach, is where the failure appears to have initiated (see Section 4.1). The soil properties assumed in the seepage model are based on the information provided in Section 5.3 and are summarized in Table 5.1.

---

[1] D. St. Cyr-Butler deposition dated February 19, 2007, p. 117.
 E. Offray deposition dated February 19, 2007, p. 77, 84.
 S. Williams deposition dated February 19, 2007, p. 88.
 R. McGill deposition dated January 18, 2007, p. 93.
 C. Berryhill deposition dated December 13, 2007, p. 84.
 A. Murph deposition dated December 17, 2007, p. 95, 105, 106, 144, 145.
 K. R. Pounds deposition dated December 11, 2007, p.72-74.

## TABLE 5.1 SOIL PROPERTY VALUES ASSUMED FOR THE NORTH AND SOUTH BREACH MODELED SECTION

| Soil Layer | Symbol | Sub. Layer # | Description | Location | Kv (cm/sec) | kv (ft/hr) | kh/kv | Saturation Ratio (%) | Su (psf) | Wet Density (pcf) |
|---|---|---|---|---|---|---|---|---|---|---|
| Levee Embankment | LE | | Levee Embankment | ALL | 1.0E-07 | 1.2E-05 | 1 | 70 | 722 | 109 |
| Waterfront Fill | WF | 1 | bn,wh $S wrsh to sh w/$S, debris in pls | North | 1.0E-04 | 1.2E-02 | 1 | 40 | φ=30 | 100 |
| | | 2 | bk to gr lean clay w/debris | North | 1.0E-07 | 1.2E-05 | 1 | 75 | 500 | 100 |
| | | 3 | fill, debris, shell, concrete, rock | North | 1.0E-01 | 1.2E+01 | 1 | 40 | φ=30 | 100 |
| | | 4 | fill, bn gr, st, $C | South 18 | 1.0E-06 | 1.2E-04 | 1 | 75 | 500 | 100 |
| | | 5 | Fill bn, fS w/d debris in pls, w/pocs of SH and gr C$ | South 18 | 5.0E-04 | 5.9E-02 | 1 | 40 | φ=30 | 100 |
| | | 6 | fill,rd bn mfS to $S $h and debris in pls | South 16 | 1.0E-04 | 1.2E-02 | 1 | 40 | φ=30 | 100 |
| | | 7 | gr bn dgr st $C to LC w/debris and SH in pls | South 16 | 5.0E-07 | 5.9E-05 | 1 | 75 | 500 | 100 |
| | | 8 | fill dkgr rdbn S, debris | South 16 | 1.0E-03 | 1.2E-01 | 1 | 40 | φ=30 | 100 |
| Upper Silt & Clay | USC | 1 | gr, s. but to st, lean clay to silty clay w/org in pls, genrally siltier to east | North | 5.0E-07 | 5.9E-05 | 1 | 100 | 510 | 101 |
| | | 2 | Gr, so clay | North | 1.0E-08 | 1.2E-06 | 1 | 100 | 510 | 101 |
| | | 3 | gr, so, $ to C$, varved | South18 | 5.0E-06 | 5.9E-04 | 2.5 | 100 | 510 | 101 |
| | | 4 | Silt, grey, varved, organics-rich layers, moderately soft, wet | South 18 | 1.0E-05 | 1.2E-03 | 2.5 | 100 | 510 | 101 |
| | | 5 | gr, so$ w/fs, wd in pls | South 18 | 5.0E-05 | 5.9E-03 | 1 | 100 | 510 | 101 |
| | | 6 | gr, v-so C$ to LC w/wd in pls | South 18 | 5.0E-07 | 5.9E-05 | 1 | 100 | 510 | 101 |
| | | 7 | gr. v. so to st CLAY, rts | South 18 | 1.0E-08 | 1.2E-06 | 1 | 100 | 510 | 101 |
| | | 8 | gr C$ | South 16 | 1.0E-06 | 1.2E-04 | 1 | 100 | 510 | 101 |
| | | 9 | gr., so, C$ occ clayey notos. org, varved | South 16 | 1.0E-06 | 1.2E-06 | 2.5 | 100 | 510 | 101 |
| | | 10 | gr, v.so to so., $ to C$, $C to LC in pls, s. orgs in pls, occ WD | South 16 | 5.0E-06 | 5.9E-04 | 1 | 100 | 510 | 101 |
| | | 11 | bngr, v.coarse, $S to S$ | South 16 | 1.0E-04 | 1.2E-02 | 1 | 100 | 510 | 101 |
| Marsh | M | 1 | bn, gr, dkgr, mainly so, organic clay w/wd and occ, rts to east | North | 5.0E-06 | 5.9E-06 | 1 | 100 | Look at the cross sections in Figures 5.42, 5.58, and 5.59 | |
| | | 2 | gr,dtgr,bk interbedded peaty org $ to C, 4" to 2' tk, with $C 4" to 6" tk, occ peat 6" tk,CPT | North | 1.0E-04 | 1.2E-02 | 2 | 100 | | |
| | | 3 | bn, gr, v.so. to LC w/orgs to org CLAY, rts and wd | South 18 | 5.0E-06 | 5.9E-06 | 1 | 100 | | |
| | | 4 | bngr, dkgr, gr, s. to m.st, Lean CLAY $C in pls, w/orgs, occ rts, wd | North | 1.0E-07 | 1.2E-05 | 1 | 100 | | |
| | | 5 | gr, dgr in.pls, v.so to so., C$ to $C and to nowwd and orgs | South 18 | 1.0E-06 | 1.2E-04 | 1 | 100 | | |
| | | 6 | dk gr, bn, v.so to so. CLAY, w/wd to org CLAY w/ wd | South 18 | 1.0E-06 | 1.2E-06 | 1 | 100 | | |
| | | 7 | gr, v.so., C$ to $C w/wd and orgs, pl layers in pls | South 16 | 1.0E-06 | 1.2E-04 | 1 | 100 | | |
| | | 8 | dgr, gr, bn, v.so. to so., CLAY w/wd to org CLAY w/wd | South 16 | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| Lower Silt & Clay | LSC | 1 | dkgr, gr v.so to so LC to C w/$ strata/ lenses | North | 5.0E-06 | 5.9E-06 | 2 | 100 | Look at the cross sections in Figures 5.42, 5.58, and 5.59 | |
| | | 2 | gr, so, CLAY w/ layers/lenses of C$ to LC | South 16 | 1.0E-06 | 1.2E-06 | 2 | 100 | | |
| | | 3 | gr C$ and LC layers/seams | South 18 | 5.0E-07 | 5.9E-05 | 2 | 100 | | |
| | | 4 | dkgr, gr, To mst CLAY w/fns/strata of $ to $FS | South 18 | 5.0E-08 | 5.9E-06 | 2 | 100 | | |
| | | 5 | gr C$ and LC layers/seams | South 16 | 5.0E-07 | 5.9E-05 | 2 | 100 | | |
| Bottom Clay | BC | | gr, so, CLAY | South 16 | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| Bottom Sand | BS | | Nearshore Gulf-Relic Beach | | 1.0E-02 | 1.2E+00 | 1 | 100 | φ=30 | 120 |



FIGURE 5.35   ESTIMATED GROUNDWATER POTENTIOMETRIC CONTOURS WEST OF
IHNC (EAST) FLOODWALL PRIOR TO HURRICANE KATRINA



FIGURE 5.36 GEOSTUDIO 2D SEEPAGE MODEL AT THE NORTH BREACH (NAVD88)



FIGURE 5.37 TOTAL HEAD CONTOURS SHOWING THE PRE-FLOOD PHREACTIC SURFACE FOR
NORTH BREACH (NAVD88)



29.5 hours water surge 14.2ft
Total head

North Breach Section 1-1 with 6 inch width gap along the wall

FIGURE 5.38 TOTAL HEAD CONTOURS FOR NORTH BREACH FOR PEAK SURGE AT ELEVATION
14.2 FT (NAVD88)

5-58



29.5 hours water surge 14.2ft
Pressure head

FIGURE 5.39 PRESSURE HEAD CONTOURS FOR THE NORTH BREACH FOR PEAK SURGE AT ELEVATION
14.2 FT (NAVD88)

5-59



29.5 hours water surge 14.2ft
Hydraulic gradient

North Breach Section 1-1 with 6 inch width gap along the wall

FIGURE 5.40 HYDRAULIC GRADIENT CONTOURS FOR THE NORTH BREACH FOR PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)

5-60



FIGURE 5.41 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS FOR THE NORTH BREACH

The pre-flood steady-state phreatic surface used in the modeling of subsurface seepage was determined by considering the potentiometric contours developed in Figure 5.35 and the groundwater table 4 ft below the ground surface near Jourdan Avenue. The resulting phreatic surface is depicted in Figure 5.37. Note the resultant groundwater table is a minimum of 2 ft below the ground surface on the protected side.

In order to assess the subsurface seepage conditions during the storm surge, the canal water level was assumed to follow the IHNC hydrograph depicted in Figure 3.4. The surge was considered as linearly increases in appropriate segments following the hydrograph to the reported peak surge of Elevation 14.2 ft. During the flooding, a separation of 0.5 ft was conservatively assumed between the sheetpile and ground to depth. This full hydrostatic gap was applied after the water level was 1-2 ft above the crown of the levee. It should be noted that, based on field test measurements, if this separation was present it is expected that it would be on the order of a fraction of an inch maximum (see Section 5.4).

The resulting total head, pressure head, and hydraulic gradient contours, given the above modeling conditions, are provided in Figures 5.38 to 5.40. These plots are for the highest surge level of Elevation 14.2 ft. Also, the time histories of total head of monitoring points depicted during the storm is shown in Figure 5.41. The monitoring points are depicted in the cross-sections of Figure 5.36 to 5.40.

The effect of the overall higher permeability assumed on the west side of the floodwall (see Section 5.3) can be seen in the total head and pressure head plots with the reduction in total head and significant drop in pressure head under the levee (see Figures 5.38 and 5.39). Also, Figure 5.40 indicates that at the peak surge that there is no hydraulic gradients of concern in critical landside areas. Moreover, the monitoring point below the landside toe does not feel, in fact, the effect the of the 30 hr surge.

As expected, the Monitoring Point A below the waterfront essentially monitors the surge (except for an early rapid saturation period). The time history for monitoring Point

TABLE 5.2 COMPUTED SAFETY FACTORS FOR DIFFERENT CONDITIONS FOR THE NORTH AND SOUTH BREACHES

| Case Number | Hydrostatic Gap | | GWT on protected side[1] | 2D[2] | 3D[2] | | Cross-Section | | | Water Surge El. (ft) | SF (Spencer) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | El. -5ft | El. -10.5ft | | | 30 ft width | 60 ft width | Section 1 | Section 2 | Section 3 | | |
| 1 | X | | X | X | | | X | | | 12.5 | 1.47 |
| 2 | | X | X | X | | | X | | | 12.5 | 1.37 |
| 3 | X | | X | X | | | | X | | 12.5 | 1.55 |
| 4 | | X | X | X | | | | X | | 12.5 | 1.37 |
| 5 | X | | X | X | | | | | X | 12.5 | 1.37 |
| 6 | | X | X | X | | | | | X | 12.5 | 1.27 |
| 7 | X | | X | | X | | X | | | 12.5 | 2.79 |
| 8 | | X | X | | X | | X | | | 12.5 | 2.72 |
| 9 | X | | X | | | X | X | | | 12.5 | 2.56 |
| 10 | | X | X | | | X | X | | | 12.5 | 2.22 |
| 11 | X | | X | X | | | X | | | 11.2 | 1.51 |
| 12 | | X | X | X | | | X | | | 11.2 | 1.43 |
| 13 | X | | X | | X | | X | | | 11.2 | 3.20 |
| 14 | X | | X | | | X | X | | | 11.2 | 2.83 |
| 15 | | X | X | | X | | X | | | 11.2 | 2.86 |
| 16 | | X | X | | | X | X | | | 11.2 | 2.38 |
| 17 | X | | X | X | | | | X | | 11.8 | 1.58 |
| 18 | | X | X | X | | | | X | | 11.8 | 1.39 |
| 19 | X | | X | X | | | | | X | 11.8 | 1.39 |
| 20 | | X | X | X | | | | | X | 11.8 | 1.31 |
| 21 | | X | | X | | | X | | | 12.5 | 1.29 |
| 22 | | X | | X | | | | X | | 12.5 | 1.32 |
| 23 | | X | | X | | | | | X | 12.5 | 1.17 |

1. For section 1-1 GWT = -1.0 ft el.
   For section 2-2 GWT = -3.4 ft el.
   For section 3-3 GWT = -1.0 ft el.

2. 2D analyses were run using Geostudio and 3D analyses were run using CLARA

B below the tip of the floodwall shows an abrupt change at about 23 hrs. Prior to this time, there is essentially no change as soil mass hasn't become saturated above the GWT. The total head jump at Point B is the result of the development of the hydrostatic gap discussed above in this subsection. Once this occurs saturation results and this point eventually follows the surge trend.

The most important location is below the landside toe, where Point C is located. Also, can be seen in Figure 5.41, this monitoring point feels no effect on the flood through the 30 hr period to the surge peak at Elevation 14.2 ft (NAVD88).

5.6.2 Floodwall Stability Analysis

The soil properties assumed in the stability analysis for the North Breach are provided in Table 5.1 and in the section shown in Figure 5.42. The ground profiles is based on Section 1-1 shown in Figure 5.12. The assumed groundwater table is shown in Figure 5.37. Table 5.2 summarizes the safety factors from stability analyses considering various groundwater, gap and slip conditions. Critical failure surfaces were found to be circular in 2D and ellipsoid in 3D using Spencer's Method.

In the stability analysis the canal water level assumed at the time of failure was 11.2 ft (NAVD88). This is based on an estimated time of failure of 6:00 am (see Section 3.5). With the water level raised to 5 ft above the levee crown to 11.2 ft elevation within 6 hours it is expected that if soil-wall separation would occur, it would be a small fraction of an inch and taper to zero downward. Based on field testing with much softer soils than the levee material present on this project and after sustained flooding, a very thin gap could form to about Elevation -5 ft (NAVD88), see Section 5.4. Also, based on Section 5.6.1, the groundwater table on the protection side of the sheetpile wall appears to be at Elevation -1 ft (see Figure 5.37).

In view of the fact that the failure was observed to be localized and initiates at the north end (see Section 4.1), a 3D stability analysis was consequently performed using



FIGURE 5.42   CROSS-SECTION 1-1 THROUGH THE NORTH BREACH SHOWING THE ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES OF THE LAYERS USED IN THE STABILITY ANALYSIS

CLARA. The resulting safety factor (SF) for the yielding of the first 30 ft monolith is 3.20 (Case 13) (see Figure 5.43). If 2 monoliths are considered the SF becomes 2.83 (Case 14) (see Figure 5.44). If the hydrostatic gap is considered to unlikely extend to the tip of the sheetpile the 3D SF becomes 2.86 (Case 15) and 2.38 (Case 16) for 1 and 2 monolith failures, respectively.

Considering a massive full breach failure, the 2D SF was equal to 1.51 (Case 11) for the estimated subsurface conditions at the time of failure. If a fully developed unrealistic hydrostatic gap was assumed this SF was 1.43 (Case 12).

With the floodwall retaining the maximum height of water to Elevation 12.5 ft and considering a massive failure, and the unlikely conditions of no protection side groundwater table and full gap development, the 2D SF becomes 1.29 (Case 21) (see Figure 5.45).  Therefore, this section of floodwall should not have failed from water loading during the storm even under improbable circumstances. It should be noted that a massive failure was not observed nor does not seem appropriate given the floodwall damage (see Section 4.1).

5.6.3 Failure Analysis

Based on the transient seepage analysis performed above, there is essentially no effect of underseepage felt by the protection side subsoils. In other words, failure was not initiated by underseepage. Also, evaluated above was the ability of the floodwall at the North Breach to retain the storm induced surge. Based on this stability analysis, the floodwall system had more than adequate integrity even for the improbable worse case scenario. This case would require that there would have been a massive failure which laterally extended some 130 ft east (and beyond the undisturbed Jourdan Ave.). Furthermore, given the SF and the expected overtopping induced scour at the adjacent conditions, significant deflection reducing the protection elevation would not be expected.



FIGURE 5.43 3D SLIP SURFACE FOR A LOCALIZED FAILURE ENCOMPASSING ONE MONOLITH AT THE NORTH END OF THE NORTH BREACH (CASE 13)



FIGURE 5.44 3D SLIP SURFACE FOR A LOCALIZED FAILURE ENCOMPASSING TWO MONOLITHS AT THE NORTH END OF THE NORTH BREACH (CASE 14)



North Breach Section 1-1 - Case 21

Distance (ft)

Elevation (ft)

FIGURE 5.45 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR THE NORTH BREACH (CASE 21)

5-69

In addition to the breach damage indicating that the failure was not that extensive as assumed from the worse case stability analysis, it clearly progressed north to south (see Section 4.1). This is also consistent with eyewitness reports which report the failure to be gradual from the north end (see Table 3.1). Moreover, eyewitnesses report they heard a noticeable boom and what appeared to be a barge through the wall (see Table 3.1). It should be noted that the ING 4727 barge was the only unmoored vessel in this segment of the IHNC.

When examining the floodwall damage it is apparent that a concentrated force was present on the upper part of the concrete I-wall.  This conclusion was reached as the north end of the sheetpile wall tore-off the still intact adjacent section from top down and the floodwall was completely removed from the ground. Exhumed sheetpile was not observed at other I-wall breaches except the IHNC South Breach (see Section 4.5). In fact, some of those other I-walls which have breached have settled- not come out of the ground. In viewing Figure 5.32, it is also interesting to note that even when the wall had been flooded gradually over 8 ft for some 50 days that the recorded sheetpile deflections show no tendency for the sheetpile rotating out of the ground. Even with overtopping induced washout causing significant rotation of the non-IHNC east I-walls none were displaced out of the ground (see Section 4.5).

In addition to torn, exhumed, and severely twisted floodwall after Katrina, other floodwall damage conditions are not present and systematic upper impact force included: monoliths with very severe structural damage and waterfront back scour/erosion. The back scour to the west of the northern part of the North Breach is an indication of flow around the rotated/displaced floodwall.

5.7 South Breach Failure Analyses

5.7.1 Seepage Analysis

The subsurface seepage conditions for the South Breach were similarly modeled as the North Breach (see Section 5.6.1). However, there were two cross-sections

considered for the South Breach for geologic Cross-Sections 2-2 and 3-3. These corresponding cross-sections and their locations are given in Figures 5.11, 5.12 and 5.13. The northern section of the breach represented by Section 2-2 appeared to fail first and is the "protruded" portion of floodwall (see Photo 4.18). The southern portion of the breach has a fairly uniformly displaced floodwall (see Photo 4.18). Figures 5.46 and 5.47 show the 2D models used for north and south parts of the South Breach.

The steady-state pre-flood phreatic surface generated by Geostudio for the north and south sections of the South Breach are shown in Figures 5.48 and 5.49. Again, the groundwater table near Jourdan Ave. was taken at a depth of 4 ft with the groundwater level no less than 2 ft below the ground surface west on the protection side. Using this initial phreatic surface and applying the surge condition and hydrostatic gap as before the total head, pressure head and hydraulic gradient contours were generated for the peak surge at Elevation 14.2 ft. These plots are shown in Figures 5.50 to 5.55. The results in these contour plots were similar to those for the North Breach with no significant hydraulic gradients on the landside of the floodwall. Also, keep in mind, that the overall permeablities were may be conservatively assumed higher in the native soil strata on the flood side (similar to the North Breach analysis).

The time histories for monitoring points on the flood side (Point A), below the wall (Point B), and below the land side toe (Point C) for the north and south parts of the South Breach are given in Figures 5.56 and 5.57. The locations of these points are shown on any of the cross-sections. Different behavior can be seen for Sections 2-2 and 3-3 when comparing the time histories for the USC monitoring points on the flood side. This is caused by the presence of a clay fill layer in Section 2-2 which is not present in the Section 3-3 model. As a result, this caused a gradual saturation and the USC monitoring point to lag, and gradually feel the surge. In contrast, the sandy waterfront fill in Section 3-3 through the south part of the South Breach results in early saturation and a rapid change in total head. This USC monitoring point subsequently mirrors the surge rise. The monitoring points below the wall behaved similar to in the