# EXHIBIT 2

Report of Gennaro Marino

Part 7

7.0 SUMMARY AND CONCLUSIONS

As requested by Mr. L. Wiedeman, Esq., of Wiedemann and Widemann, Marino Engineering Associates, Inc., (MEA) undertook an investigation of the cause(s) of failure of the North and South Breach areas along the Inner-Harbor Navigational Canal (IHNC) during Hurricane Katrina. The following are the findings from this investigation.

- North Breach and South Breach occurred in floodwalls along the east bank of the south segment of the IHNC (between Florida Ave. and Claiborne Ave.). The North Breach is about 250 ft long and exists between east-west streets Florida Ave. and Law Street, just south of the Florida Ave. Bridge. The South Breach is about 850 ft long and is between east-west streets N. Galvez St. and N. Prieur St.

- Prior to Katrina, the floodwalls along the south segment of the navigational canal consisted mainly of T-wall along the west bank and I-wall along the east bank. The I-wall is essentially made of steel sheetpile driven to a design depth, with upper floodwall of reinforced concrete. The steel sheets are embedded into the concrete to provide a structural connection (see Section 2.0).

- The constructed I-wall is based on the design analyses which considered seepage effects and lateral support of floodwater. The I-wall was not designed, however, for barge impact(s).

- Observations and reports related to failure of the I-wall areas were collected and summarized in Section 3.5 and Table 3.1. Based on reports of flooding, the North Breach occurred at about 6:00 am and the South Breach around 6:30 am. The North Breach was observed to gradually progress from north to south. The ultimate failure of the South Breach was evident by the violent rush of floodwater, as told by many of the unevacuated residents.

- Prior to the initiation of failure at the North Breach, it was reported that a "boom" was heard. The wall began to "tumble" panel by panel. A tip of a vessel likened to a barge was observed in the vicinity of the breach. Note that the only unmoored vessel present between the lowered Florida Ave. Bridge and the southern river lock was the ING4727 barge (see Section 5.6.3).

- As with the North Breach, some witnesses reported to have seen the ING4727 barge impacting or going through the wall at the South Breach. There were up to several "booms" heard towards the IHNC by a number of unevacuated residents. Violent shaking of houses, likened to an earthquake, was felt for sustained periods apparently after the "boom" sounds. Those closer to the breach area could also hear "grinding" or "banging" prior to flooding. After the impact noises were heard from the South Breach area, flooding occurred rapidly, tearing a number of homes from their foundation (see Section 5.7.3).

- The floodwall damage at the North Breach and South Breach is consistent with the above observations/reports. For the North Breach, the I-wall was torn out of the ground and twisted 270° to the south end of the breach (see Photo 4.10). To cause the sheetpile to be displaced out of the ground would require significant upper force on the wall, such as a barge impact. It should be noted that at the time of failure there was no overtopping and, thus, no significant backside scour to undermine the floodwall, although there is no evidence that if there was overtopping at the time of failure that undermining would result (see Sections 4.1 and 5.6.3).

- Because of the bowed and "linear" deformed layout of the displaced floodwall, it is likely that the failure occurred in two main stages (see Photo 4.24). Again, as with the North Breach, note that the floodwall has been

displaced out of the ground as much as 195 ft which would require an upward impact force on the wall.

- At the south end of the breach, the floodwall was literally sheared off (see Photo 4.35). This would clearly require a significant impact force from the ING4727 barge. Consequently, from the general nature of the damage, it appears there would have been several areas of impact (see Section 4.2). This is consistent with the number of impact-like noises heard and barge observations by those in the area.

- When examining other I-wall breaches, it becomes clear that another mechanism of failure is present along the east bank of the navigational canal. While at other I-wall breaches the floodwall remained in the ground and tended to settle and exhibit little concrete wall damage, the contrary was the case for the North and South Breaches (see Section 4.4). Moreover, several of these other I-wall breaches, where the protection level was reduced from tilting, contained significant washout of the levee on the inboard side from overtopping. At the time of failure, however, no overtopping would be expected at the North and South Breaches. There are other salient differences in the other I-wall breaches. These are discussed in Section 4.0.

- Other non-barge related mechanisms of failure were also investigated. These investigations involved the potential for seepage-induced instability and the potential for instability of floodwall-levee system from the surge loading. In order to perform these analyses, all the available relevant data on the wall, topography, and soil and groundwater conditions were collected. This information was summarized and analyzed in Sections 5.1 to 5.5 and used in the models to assess the seepage and stability associated with the I-wall system in Sections 5.6 and 5.7.

- The potential for significant seepage to result under the floodwall during the storm was assessed for both the North Breach (see Section 5.6.1) and South Breach (see Section 5.7.1). Based on the modeled conditions for both the North and South Breaches, the permabilities of the subsoils are too low to allow surge seepage pressures to reach the earth on the supporting (protection) side during the limited time of the storm induced surge. Consequently, seepage-induced instability was not a factor.

- The capability of the floodwall-levee system to laterally hold back the water pressure on the wall was also checked. The analyses and results for the North and South Breaches are given in Sections 5.6.2 and 5.7.2, respectively. Because the North Breach began at the north end, localized yielding at the time of the failure was evaluated. Based on this analysis, such a failure was not likely. Moreover, a stability analysis was done to determine if this floodwall area would have eventually failed at the maximum retained water height during the hours of the storm surge. This analysis also indicated that failure at this time was not likely.

- For the South Breach, stability analyses were performed for both the water surge at the time of failure and the ultimate loading. In both cases, a stability failure from retained surge water was not likely for the realistic conditions assumed at the time of failure.

- Given the above seepage and stability results, observations/reports during the time of the catastrophe, and the nature of the floodwall damage, the ING4727 barge was the essential cause for the North and South I-wall Breaches.

- Also provided in this report is an examination of studies performed by IPET and ILIT into the cause(s) of the subject breaches. This can be found in Section 6.0 of this report. In summary, ILIT opined that severe

underseepage occurred by the hours of the storm, inducing instability on the protection side. During the short duration of the storm, this requires high soil permeability, which is not present. IPET contends the failure is related to lateral instability of the floodwall, but this mechanism assumes the wall moved laterally with the ground. This did not occur, as the floodwalls were displaced out of the ground up to 195 ft.

- It should be noted that additional findings may come to light with the acquisition of data and ongoing investigation.

# 8.0 REFERENCES

ASCE, 2007, The New Orleans Hurricane Protection System: What Went Wrong and Why, American Society of Civil Engineers Report, 84 pp.

Bea, R.B. and D. Cobos-Roa, 2008, Analyses of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina, report prepared for Katrina Canal Breaches Consolidated Litigation, March, 2008, draft report.

Bieleck, E., and R. Lesser, 2005, Groundwater Characterization/Monitoring Report, Monitoring Period- April 2005, Inner Harbor Navigation Canal- East Bank Industrial Area 1800-2500 Sarekote Rd., New Orleans, Louisiana Parish: Orleans, AI-1393 Report to USACE- Tulsa District, Total Environmental Restoration Contract, DACA56-94-D-0021 Task Order #0026. Prepared by Washington Group International.

Cazzuffi, D., and E. Crippa, 2005, Contribution of Vegetation to Slope Stability: An Overview of Experimental Studies Carried Out On Different Types of Plants, Geotechnical Special Publication, (130-142), p. 1617-1628

Docker, B.B. and T.C.T. Hubble, 2008, Quantifying Root-Reinforcement at River Bank Soils by Four Australian Tree Species, Geomorphology, Volume 100, Issue 3-4, p. 401-418.

Haji Ali F., O. Normaniza, 2008, Shear Strength of A Soil Containing Vegetation Roots, Soils and Foundations, Vol. 48, n(4), p. 587-596.

Jackson, R.B., June, 1988, E-99 Sheet Pile Wall, Field Load Test Report, Technical Paper No. 1, prepared for US Army Corps of Engineers.

Mesri, G., 1987, Fourth Law of Soil Mechanics: A Law of Compressibility. Proceedings of International Symposium on Geotechnical Engineering of Soft Soils, Vol. 2, M.J. Mendoza and L. Montanez, eds., Sociedad Mexicana de Suelos, Coyo Can, Mexico, p. 179-187.

Mesri, G., and M. Ajlouni, 2007, Engineering Properties of Fibrous Peat, Journal of Geotechnical and Geoenvironmental Engineering, Vol. 133, Issure 7, p. 850-866.

Terzaghi, K., R. B. Peck, and G. Mesri, 1996, Soil Mechanics in Engineering Practice, Third Edition, John Wiley & Son, Inc., 549 pp.

Yang Yong-hong, Zhang Jian-guo, Zhang Jian_huri, Liu Shu_zen, Wang Cheng-hua, and Xiao Qing-hua, 2005, Impacts of Soil Moisture Content and Vegetation on Shear Strength of Unsaturated Soil, Wuhan University, Journal of Natural Sciences, Vol. 10, No. 4.

Wu, T.M., and A. Watson, 1998, Insitu Shear Tests of Soil Block with Roots, Canadian Geotechnical Journal, Vol. 35, Issue 4, p. 579-590.

Wu, Tien, M., R.M., McOuber, R.T. Erb, and P.E. Beal, 1988, Study of Soil-Root Interaction, Journal of Geotechnical & Geoenvironmental Engineering, Vol. 114, Issue 12, p. 1351-1375.

Walters, D., 2009, Email on data from USGS 0738023321 Industrial Canal at I-10 at New Orleans, LA, djwalter@usgs.gov.

Westerlink, J., Ebersole, B., and Winer, H., 2006, Appendix E: Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity, IPET Report, Report dated February 21, 2006.