UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * |  |
| *Mumford v. Ingram*       05-5724 | * |  |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * |  |
| *Parfait Family v. USA*    07-3500 | * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

APPENDIX TO LAFARGE NORTH AMERICA INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Volume II: Exhibits 3 through 19

Index of Exhibits to Lafarge North America Inc.'s
Memorandum of Law in Support of Motion for Summary Judgment

| Exhibit | Document |
|---|---|
| 1 | Report of Charles Cushing |
| 2 | Report of Gennaro Marino |
| 3 | Report of Reda Bakeer  (appendices excluded) |
| 4 | Deposition of Charles Cushing |
| 5 | Deposition of Donald Green (2009) |
| 6 | Deposition of Hector Pazos |
| 7 | Report of Austin Dooley |
| 8 | Deposition of Gennaro Marino (2009) |
| 9 | Deposition of Gennaro Marino (2008) |
| 10 | Deposition of Donald Green (2008) |
| 11 | Deposition of Reed Mosher |
| 12 | Report of Hector Pazos |
| 13 | Report of Robert Bea  (appendices excluded) |
| 14 | Deposition of Melvin Spinks (2008) |
| 15 | Deposition of Melvin Spinks (2009) |
| 16 | Report of Melvin Spinks (2009)  (appendices and exhibits excluded) |
| 17 | Report of Joseph Suhayda |
| 18 | Excerpts of R.B. Seed et al., *Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005* ("ILIT Report") |
| 19 | Deposition of Robert Bea |
| 20 | Excerpts of van Heerden et al., *The Failure of the New Orleans Levee System* |

| | | |
|---|---|---|
| | | *during Hurricane Katrina* ("Team Louisiana Report") |
| | 21 | Excerpts of Interagency Performance Evaluation Team, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (March 2007 Final Report) ("IPET Report") |
| | 22 | Report of Paul Kemp |
| | 23 | Deposition of Terry Adams |
| | 24 | Deposition of William Villavasso |
| | 25 | Deposition Excerpts of Fact Witnesses |
| | 26 | Report of William Jason Weiss |
| | 27 | Deposition Reda Bakeer |
| | 28 | Plaintiffs' Response to Request for Admission No. 6 |
| | 29 | Report of Donald Green |
| | 30 | Deposition of Robert Bartlett |
| | 31 | Deposition of Austin Dooley |
| | 32 | Deposition of Arthur Murph |
| | 33 | Deposition of Sidney Williams (Feb. 2008) |
| | 34 | Deposition of Sidney Williams (Oct. 2008) |
| | 35 | Transcript of Recorded Interview, Exhibit 3 to Deposition of Sidney Williams (Oct. 2008) |
| | 36 | Deposition of Marenthia Lagarde |
| | 37 | Report of Robert Bartlett |
| | 38 | Report of Melvin Spinks (2008) (appendices and exhibits excluded) |
| | 39 | Deposition of Wade Ragas |