# EXHIBIT 11

Deposition of Reed Mosher

1

1          UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3

4    IN RE: KATRINA CANAL BREACHES
     CONSOLIDATED LITIGATION
5

     PERTAINS TO:  BARGE            : CIVIL ACTION
6                                   : No. 05-4182
                                    : and consolidated
7    Boutte v Lafarge     05-5531   : Cases
     Mumford v Ingram     05-5724   :
8    Lagarde v Lafarge    06-5342   : SECTION "K" (2)
     Perry v Ingram       06-6299   :
9    Benoit v Lafarge     06-7516   : JUDGE STANWOOD R.
     Parfait Family v USA 07-3500   : DUVAL, JR.
10   Lafarge v USA        07-5178   :
     Weber v Lafarge      08-4459   : MAGISTRATE JOSEPH C.
11                                  : WILKINSON, JR.
     ----------------------------X
12

13        VIDEOTAPED DEPOSITION OF REED MOSHER

14              Washington, D.C.

15           Wednesday, July 22, 2009

16

17

18

19

20

21

22

23

24

25   Reported By:  Kathy Savich, RPR, CLR

**2**

1                Wednesday, July 22, 2009
                    9:33 a.m.
2
3
4      Videotaped Deposition of REED MOSHER, held
5  at the offices of:
6
7          GOODWIN PROCTER LLP
8        901 New York Avenue, N.W.
9          Washington, D.C.
10
11
12    Pursuant to Notice of Deposition, before
13  Kathy Savich, Registered Professional Reporter and
14  Notary Public in and for the District of Columbia.

**3**

1  APPEARANCES:
3  On Behalf of the Barge Plaintiffs:
5    LAW OFFICE OF RICHARD T. SEYMOUR, PLLC
6    1150 Connecticut Avenue, N.W.
7    Suite 900
8    Washington DC  20036-4129
9    (202) 862-4320
10   rick@rickseymourlaw.net
11   BY:  RICHARD T. SEYMOUR, ESQUIRE
13  On Behalf of the United States:
15   U.S. DEPARTMENT OF JUSTICE
16   FTCA Section
17   Post Office Box 888
18   Ben Franklin Station
19   Washington, DC  20044
20   (202) 616-4270
21   taheerah-el-amin@usdoj.gov
22   plevine1@gmail.com
23   BY:  TAHEERAH K. EL-AMIN, ESQUIRE
24     PAUL LEVINE, ESQUIRE

**4**

APPEARANCES CONTINUED:
On Behalf of Lafarge North America, Inc.:
    GOODWIN PROCTER
    901 New York Avenue, N.W.
    Washington, DC 20001
    (202) 346-4444
    mraffman@goodwinprocter.com
    egoldberg@goodwinprocter.com
    jaldock@goodwinprocter.com
    BY:  MARK S. RAFFMAN, ESQUIRE
      ERIC I. GOLDBERG, ESQUIRE
      JOHN ALDOCK, ESQUIRE
ALSO PRESENT:  CARMINE GIULIANO, videographer

**5**

I N D E X
EXAMINATION OF REED MOSHER BY          PAGE
Mr. Raffman                 8
Mr. Seymour                90
Mr. Raffman                263

MOSHER DEPOSITION EXHIBITS:          PAGE
Exhibit 1  Expert Report of Reed Mosher     15
Exhibit 2  Vol. V, Final            41
Exhibit 3  Appendix 11            43
Exhibit 4  Vol. I Executive Summary & Overview  52
Exhibit 5  Performance Evaluation Status &
  Interim Results Report 2 of a Series
  10 Mar 06, Final Draft (subject to
  revision)            146
Exhibit 6  Expert Report of Bruce Ebersole   156
Exhibit 7  Expert Report Steven Fitzgerald   175
Exhibit 8  New Orleans Hurricane Protection
  System - Assessing Pre-Katrina
  Vulnerability and Improving
  Mitigation & Preparedness       217
Exhibit 9  Lateral Weir Evaluation 12/13/08  243
Exhibit 10 Evaluation NAVD882004.65       246
Exhibit 11 H1ax1.5 Model          248
Exhibit 12 Map                249

**2 (Pages 2 to 5)**

**6**

1  MOSHER DEPOSITION EXHIBITS:                    PAGE
2  Exhibit 13 Contribution From Each Source    253
3  Exhibit 14 New Orleans Hurricane Projection
4      Projects Data LNA001172 through
5      LNA001179                                266

**8**

REED MOSHER
reporter, Kathy Savich, will swear in
the witness and we can proceed.
        MR. RAFFMAN:  My name is Mark
Raffman, with the firm of Goodwin
Procter appearing today on behalf of
Lafarge North America.  With me are
Eric Goldberg and John Aldock also of
my firm.
        MR. SEYMOUR:  I'm Richard
Seymour of the law office of Richard
Seymour, representing the barge
plaintiffs in this action.
        MR. LEVINE:  Paul Levine and
Taheerah El-Amin for the United States
of America.
        REED L. MOSHER,
called as a witness, after having been first
duly sworn testified as follows:
        EXAMINATION
BY MR. RAFFMAN:
    Q.    Dr. Mosher, my name is Mark
Raffman.  I represent Lafarge North America
which is a defendant in the barge track of the
Katrina litigation?

**7**

REED MOSHER
P R O C E E D I N G S
        THE VIDEOGRAPHER:  My name is
Carmine Giuliano of Veritext New York.
The date today is July 22nd, 2009, and
the time is approximately 9:33 a.m.
        This deposition is being held in
the office of Goodwin Procter, located
at 901 New York Avenue, Northwest,
Washington, DC.
        The caption of this case is in
re Katrina Canal Breaches Consolidated
Litigation, Pertains to Barge, Civil
Action Number 05-4182 and consolidated
cases.
        The name of the witness is Reed
L. Smith, Ph.D. [sic].
        MR. LEVINE:  No.
        THE WITNESS:  Reed L. Mosher,
Ph.D.
        THE VIDEOGRAPHER:  I'm sorry.
Reed L. Mosher.  I'm sorry.
        At this time the attorneys will
identify themselves and the parties
they represent, after which our court

**9**

REED MOSHER
        I know you have given depositions
before because I have sat in some of those
depositions.  Before I start asking my
questions, I want to just refresh you a little
about some of the rules of the road that, if
we follow them, will make the deposition a
better record for the court and factfinder.
    A.    Okay.
    Q.    The court reporter -- the court
reporter will be taking down the words that
you speak and that I speak, so it's important
that both of us speak clearly so we can make
ourselves understood.
        Do you understand that?
    A.    Yes.
    Q.    And the court reporter can only
take down one person's words at a time, so we
need to try not to interrupt each other or
speak over each other.
        Do you understand that?
    A.    Yes.
    Q.    If you don't understand one of
my questions, will you ask for clarification?
    A.    I will.

3 (Pages 6 to 9)

10

REED MOSHER

1  Q.   I need to ask this question.
2  The answer is usually the same.  Are you able
3  to testify truth -- are you able to testify
4  today truthfully and to the best of your
5  ability?
6     A.    Yes, I am.
7     Q.    There is no medication or other
8  reasons why you cannot testify truthfully to
9  the best of your ability?
10    A.    No, there's no other reason.
11    Q.    Thank you.
12        You have appeared as an expert
13 witness in the In Re Canal -- In Re Katrina
14 Canal Breaches litigation; am I right?
15    A.    That's correct.
16    Q.    And you have appeared on behalf
17 of the United States?
18    A.    That's correct.
19    Q.    You have appeared as the
20 government's expert on the levee and floodwall
21 failures and the causes of those failures?
22    A.    That's correct.
23    Q.    You have served as the United
24 States government's Rule 30(b)(6) witness on

11

REED MOSHER

1  the subject of the wall failures at the Inner
2  Harbor Navigation Canal?
3     A.    Yes, that's correct.
4     Q.    And you've given a couple of
5  depositions in the Katrina litigation, right?
6     A.    That's correct.
7     Q.    Now, are you familiar with -- at
8  all familiar with the barge track of the
9  Katrina litigation?
10    A.    In general terms I am familiar
11 with it, but not a lot of the details.  I
12 haven't been involved in that case.
13    Q.    Right.  So if I can, briefly,
14 the barge plaintiffs are alleging that the
15 barge ING 4727 caused each of the two
16 floodwall failures on the eastern side of the
17 Inner Harbor Navigation Canal, both the north
18 breach and the south breach.  Do you
19 understand what the north breach is?
20    A.    Yes, I do.
21    Q.    And you understand what the
22 south breach is?
23    A.    Yes.
24    Q.    And you've seen the barge ING

12

REED MOSHER

1  4727?
2     A.    Yes, uh-huh, I've seen the
3  barge.
4     Q.    Now, in earlier deposition in
5  the case, you testified briefly about the
6  involvement of the barge in response to a
7  question asked by Mr. Bruno.
8        Do you remember that testimony?
9     A.    I do remember.  I can't remember
10 exactly what the question was, but I do
11 remember he asked some question about the
12 barge.
13    Q.    What was the thrust of your
14 testimony?
15    A.    The thrust was that I didn't
16 consider -- when we did the IPET
17 investigation, we didn't feel that the barge
18 was the cause of the breach.
19        We did see where -- a location
20 where the barge may have hit the wall on the
21 south breach, but we didn't believe it was the
22 principal cause of the breaching of those two
23 areas.
24    Q.    And when you say "we," who are

13

REED MOSHER

1  you referring to?
2     A.    It's really the IPET team, which
3  I was -- for the levees and floodwalls, I was
4  the lead for that, along with -- co-lead,
5  actually, along with myself and Dr. Michael
6  Duncan of Virginia Tech.
7     Q.    All right.  Now, I am going to
8  ask you some questions about IPET in a few
9  minutes, but before I do, as you sit here
10 today, do you have a view about whether the
11 barge was the cause of the failure of either
12 of the two floodwall failures?
13        MR. SEYMOUR:  Objection.  Are
14 you asking him to speak as an expert or
15 as a lay witness?
16        MR. RAFFMAN:  I think it will be
17 informed lay opinion.
18        MR. SEYMOUR:  So you're not
19 tendering him as an expert?
20        MR. RAFFMAN:  We're not
21 tendering Dr. Mosher as an expert,
22 certainly not at this time.
23        MR. SEYMOUR:  Then objection
24 that this would be without -- beyond

4 (Pages 10 to 13)

**14**

REED MOSHER

1  the scope of lay opinion.
2  But please answer.
3  THE WITNESS:  Okay.  At least
4  our -- after the investigation and
5  everything I've seen since then has not
6  changed my opinion from when we did the
7  IPET report; that the barge was
8  striking the wall, if it did or didn't
9  strike the wall, was not the principal
10  cause of the breaches, both the north
11  and south breach.
12  BY MR. RAFFMAN:
13  Q.  And I will ask you what -- when
14  you say "not the principal cause," do you mean
15  to suggest that the breaches would have
16  happened -- or would not have happened had the
17  barge not been involved?
18  MR. SEYMOUR:  Objection.
19  Leading.
20  THE WITNESS:  Okay.
21  BY MR. RAFFMAN:
22  Q.  You can answer.
23  A.  What I mean by the principal,
24  that the walls would have failed even if the

**15**

REED MOSHER

1  barge hadn't hit the walls.
2  MR. RAFFMAN:  Okay.  Let me start
3  with your curriculum vitae then.  Let me mark
4  as Exhibit 1 to your deposition.
5  (Busch Exhibit No. 1 was marked
6  for identification.)
7  BY MR. RAFFMAN:
8  Q.  You have been handed --
9  MR. SEYMOUR:  Before you begin,
10  plaintiff -- plaintiffs object to the
11  use of an expert report from the person
12  who is not being tendered as an expert.
13  Please begin.
14  BY MR. RAFFMAN:
15  Q.  I'm going to ask you to turn to
16  page 189 of the Mosher expert -- well, first
17  of all, let me ask, do you recognize the
18  document that's been marked as Exhibit 1 to
19  your deposition?
20  A.  Yes.
21  Q.  What is it?
22  A.  It was the expert report that I
23  provided for the Robinson versus U.S. case.
24  Q.  All right.  If we turn to page

**16**

REED MOSHER

1  189, do you recognize the pages that appear as
2  189 --
3  A.  Yes.
4  Q.  -- and after?
5  A.  Uh-huh.
6  Q.  And what are those pages?
7  A.  It's essentially the CV that I
8  provided, attached to the expert report, that
9  gives my background.
10  Q.  What is your profession,
11  Dr. Mosher?
12  A.  I'm a -- I am a researcher by --
13  initially, when I first started working at the
14  -- what was the U.S. Army Waterways Experiment
15  Station.
16  So my background is in civil
17  engineering, and my Ph.D. is in civil
18  engineering, with emphasis on geotechnical and
19  soil-structure interaction problems.
20  Q.  What is geotechnical engineering
21  or geotechnical work?
22  A.  It's -- it's the field -- or the
23  subfield of civil engineering that's focused
24  on the behavior of soils and their response to

**17**

REED MOSHER

1  loading by either water, other structures, or
2  in cases I have worked in, it's also with
3  other types of loading such as explosive
4  loadings and other things.
5  But it's mainly dealing with soils
6  and their response for engineering purposes.
7  Q.  What bearing does geotechnical
8  engineering have on the question of why the
9  Inner Harbor Navigation Canal floodwall
10  failed?
11  A.  The wall was founded in a levee,
12  which is made up of soil, and the principal
13  resisting forces to any loads that are applied
14  to the wall were resisted by the soils that
15  the wall was setting in, and so that it's a
16  classical soil-structure interaction problem.
17  Q.  Would you describe your
18  educational background, please.
19  A.  I have a BS in civil engineering
20  from Worcester Polytechnic Institute in
21  Worcester, Mass.  I graduated in 1977.  And
22  then I -- while working for the Corps of
23  Engineers in Vicksburg, I received a master's
24  degree from Mississippi State.

5 (Pages 14 to 17)

18

REED MOSHER

1
2       And then I was sponsored by the
3   Corps of Engineers to go to Virginia Tech to
4   get a Ph.D. And I finished the coursework
5   there and returned and did the dissertation
6   while I was working. And I think the
7   graduation date is 1991, I believe, for my
8   Ph.D.
9       Q.    Have you ever taught
10  engineering?
11      A.    I've taught courses in
12  engineering, soil-structure interaction and
13  fine element courses. And then I have taught
14  a -- numerous courses on what we call prospect
15  courses. They're five-day type courses to
16  practicing engineers on how you design and use
17  some of the software to do that design.
18      Q.    What is soil structure
19  engineering, the phrase you use?
20      A.    It's how a structure responds in
21  soil, and how it will behave due to
22  displacement stresses, those types of things.
23  So it's the interface -- really, if you want
24  to look at it, it's the interface between a
25  structure and soil, and how those reactions --

20

REED MOSHER

1
2   levees, pile foundations, a series of
3   problems. And a lot of that involved
4   assessing actual structures that had been --
5   the performance of actual structures, and
6   comparing our computer analysis to the
7   performance instrumentation and other things
8   of those structures.
9       So up until 1994, I did mostly what
10  would be considered civil works type problems
11  which deal with our infrastructure,
12  navigation, flood control, those types of
13  problems. And they included T-walls, levees,
14  natural slopes, cellular cofferdams, pile
15  foundations for locks and dams, those types of
16  problems.
17      And then in 1994 I became the chief
18  of the structural mechanics division. And
19  there we still did some of the things on
20  dealing with structures, navigation structures
21  and flood control structures, but it also
22  changed to doing more work with the effects of
23  explosives on the behavior of structures both
24  above and below ground.
25      They are -- it is a similar type

19

REED MOSHER

1
2   how they react to each other.
3       Q.    Does soil-structure interaction
4   have anything to do with the question of the
5   failure of the Inner Harbor Navigation Canal
6   floodwall?
7       A.    Yes. It would -- the wall is a
8   structure and it's founded in soil, so that
9   it's -- the resistance that the wall receives
10  from the soil is that soil-structure
11  interaction problem.
12      Q.    You said earlier you have done
13  work with the Army Corps of Engineers. Could
14  you describe your work for the Army Corps,
15  please.
16      A.    I've actually worked for them
17  for 31 years after I had a brief employment by
18  Raymond International. After I got out of
19  school, I went to work. And most of my work
20  has been in -- dealing with geotechnical and
21  structural and soil-structure interaction
22  problems from developing -- initially
23  developing some software codes to do design
24  and analysis.
25      We examined walls, slip stability,

21

REED MOSHER

1
2   work in that it's a highly computational type
3   of area. The difference is the forces are
4   much faster and durations are short periods of
5   time, but very high stresses. So it's
6   actually a little bit more of a challenging
7   type of problem.
8       And I did that until 2000, and in
9   19 -- in 2000 I became the technical director
10  for military engineering, which covered the
11  whole area of both the explosive effects, but
12  also airfields and pavements done for the
13  military, as well as mobility. I was in
14  charge of running that program.
15      Then in 2000 -- 2008, January 2008,
16  I became the director of the information
17  technology level where I became a member of
18  the senior executive service.
19      Q.    And you have been -- well, let
20  me go back a sec.
21      Which organiz -- well, let me go
22  back.
23      What is the Army Corps of
24  Engineers' role with respect to flood control
25  and levee systems and floodwalls in the New

6 (Pages 18 to 21)

22

REED MOSHER

1  Orleans area?
2      A.    For that, they are the
3  responsible party for overseeing the
4  construction and design of those and the --
5  for flood control and navigation along the
6  Mississippi River and its contributaries [sic]
7  in a nav -- I guess, actually, in a navigable
8  river, they would have the overall
9  responsibility for the regulation of and the
10 design and construction of, at least
11 overseeing it and certifying it. I think
12 there was --
13     Q.    What relationship was there
14 between the work you did in connection with
15 levees and floodwalls and the Army Corps'
16 oversight of the --
17     A.    The Army --
18     Q.    -- levee and floodwall?
19     A.    The Army Corps of Engineers is
20 broken into a series of districts that have
21 responsibility. I work at -- it's called the
22 Army Engineer Research and Development Center.
23 We are the principal research arm for the
24 Corps of Engineers.
25

23

REED MOSHER

1      So we're involved in doing research
2  and development to support those districts
3  that do the design and construction.
4      Q.    Are the floodwalls at the Inner
5  Harbor Navigation Canal that breached during
6  Hurricane Katrina a part of the floodwall
7  system for which the U.S. Army Corps of
8  Engineers had responsibility and as to which
9  your job pertained?
10     A.    They are -- they are part of the
11 federal levee and floodwall -- flood control
12 system for the New Orleans area.
13     I guess, to be complete, a little
14 bit on my background, too. But, after the
15 hurricane, there was a team formed which was
16 called the interagency performance evaluation
17 task force. And for the next year-and-a-half
18 or so I was principally detailed to do -- to
19 work on that, with a first report coming out
20 in June 2006, and then the final report coming
21 out in the summer of 2007.
22     And I was responsible for a team
23 that did the co-lead -- I was the co-lead with
24 Professor Mike Duncan for the team for doing
25

24

REED MOSHER

1  levee and floodwall performance evaluation,
2  which included the assessment of what took
3  place at the Inner Harbor Canal.
4      Q.    When you -- well, okay, you --
5      When you were working on the IPET
6  project, by whom were you employed?
7      A.    By -- I was employed by the
8  Corps of Engineers.
9      Q.    Your work on the IPET project
10 was a part of your employment?
11     A.    Yes. But it was, we were, I
12 guess, the secretary of defense, then it went
13 to the secretary of the army, and eventually
14 to the assistant secretary of the army for
15 civil works.
16     There was a request by them to set
17 up a separate task force to do an evaluation
18 of what took place in New Orleans. And our --
19 our commanding general took this task and set
20 us up as a team to do this. It's made up of
21 both government and outside folks to do that.
22 I think it was 350, more or less, people
23 involved in doing that assessment.
24     Q.    What was the purpose of IPET?
25

25

REED MOSHER

1      A.    The purpose was to do an
2  unbiased assessment of what, from a scientific
3  and engineering standpoint, took place in New
4  Orleans during Hurricane Katrina, from an
5  engineering and science standpoint.
6      Q.    By whom was the IPET project
7  established?
8      A.    Well, it was started -- as I
9  said before, eventually -- it was passed down
10 from the secretary of defense to the secretary
11 of the army to do this. The establishment of
12 it was by General Stroth who was the
13 commanding general of the Corps of Engineers.
14     Q.    All right.
15     A.    And he was the one who tasked us
16 to do the investigation.
17     Q.    Forgive me if I am plowing old
18 ground. What was your role in IPET?
19     A.    I was the co-lead for the
20 investigation of the performance of the levees
21 and floodwalls and which common -- which ended
22 up being the Volume V part of the report.
23     Q.    Did you receive any awards for
24 your work with IPET?
25

7 (Pages 22 to 25)

26

REED MOSHER

1
2  A.   Yes.  I received a meritorious
3  service award.  I think that's what it was
4  for.
5     Q.     From whom did you receive it?
6     A.     From the Corps of Engineers.
7     Q.     In your course of work with the
8  Corps of Engineers, have you received any
9  other awards?
10     A.   Yes.  After that, I also
11  received the Defense Distinguished Civilian
12  Award and other -- I received a Commander
13  Achievement Award and some others.
14     Q.     And those are listed in your C
15  -- your curriculum vitae?
16     A.   Right.  Right.
17     Q.     Does your curriculum vitae list
18  your publications?
19     A.   It lists some of my
20  publications, yes.
21     Q.     There are publications you have
22  done that are not listed in your curriculum
23  vitae?
24     A.   Yeah.  I think there's some that
25  aren't related to my -- for this work that I

27

REED MOSHER

1
2  didn't really.
3     Q.     And just to be clear, the work
4  you're talking about in your curriculum vitae
5  is the geotechnical side --
6     A.   Side.
7     Q.     -- of the work you've done?
8     A.   Right.
9     Q.     So the curriculum vitae that's
10  included in Exhibit 1 is focused on your
11  geotechnical work; is that fair?
12     A.   Uh-huh, yes.
13     Q.     Have any of your geotechnical
14  work been peer-reviewed?
15     A.   Yes, some of the journal papers.
16  And then there was a series of design
17  documents -- design engineering manuals that
18  ASCE reviewed and actually published them as
19  their -- as a document for them as a design
20  guidance for folks.
21     Q.     And who is ASCE?
22     A.   It's the American Society of
23  Civil Engineers.
24     Q.     What is the American Society of
25  Civil Engineers?

28

REED MOSHER

1
2  A.   It is an association of the
3  engineering community.  It's an independently
4  run group, like a professional society, a
5  professional organization, and -- to promote
6  civil engineering and to -- as a professional
7  organization to deal with -- essentially
8  dealing with both the business of civil
9  engineering, but also the professionalism and
10  the design and -- criteria, and it's also a
11  review organization of things that take place
12  in civil engineering.
13     Q.     What was the subject of the
14  design document that you wrote and that the
15  ASCE published as its own?
16     A.   Okay.  One of the them was the
17  design of sheet pile walls.  There was also
18  one on the design of pile foundations.
19     Q.     When you say sheet pile walls,
20  let me ask, what structure was used at the
21  Inner Harbor Navigation Canal to provide flood
22  protection?
23     A.   It was a -- what we called an
24  I-wall, which is essentially a sheet pile wall
25  with a concrete header section sticking above

29

REED MOSHER

1
2  the ground.
3     Q.     Did you participate in a project
4  known as the E-99 project?
5     A.   Yes.
6     Q.     And did you -- well, what was
7  the subject of the E-99 test?
8     A.   The E-99 test was a test of a
9  sheet pile section, full scale, to investigate
10  the performance of those walls with actual
11  water loading on the -- it was located along
12  the Chafalia basin.  It was on a section of
13  levee on the land wood side of it, and they
14  used the crest of the levee and the slope
15  to -- as a place to impound the water.
16        They built a, I think it was
17  eight-foot high sheet pile wall design using
18  the design methods at the current time.  I
19  would have to go back and look, but something
20  that was like a 25 to 30 foot deep sheet pile
21  driven below the ground.
22     Q.     Now, when was the test
23  conducted?
24     A.   The test -- I would have to go
25  back and look to make sure, but it was roughly

8 (Pages 26 to 29)

30

```
 1          REED MOSHER
 2  1986, '87, something like that.  It might be
 3  '85.  It was in that time period, mid '80s.
 4        I don't remember right off.
 5      Q.    Can you compare the depth of the
 6  sheet pile wall that you tested in the E-99
 7  test with the approximate depth of the sheet
 8  pile wall that was used in the Inner Harbor
 9  Navigation Canal?
10      A.    I would have to look at those,
11  but I believe that -- you know, that probably
12  the -- they were probably fairly similar in
13  depth.  The E-99 might have been even a little
14  -- a little deeper, but I can't remember.  But
15  they were probably comparable.
16      Q.    Did you publish or coauthor any
17  papers involving the E-99 test?
18      A.    Yeah.  We -- there is one paper,
19  I think it's in my CV, that we published
20  related to that where we -- we were trying to
21  do -- we were working on a new analysis
22  procedure and we used the E-99 as a basis to
23  compare our results to.
24        And so the first paper -- there is
25  two of them in a series.  The first one was
```

31

```
 1          REED MOSHER
 2  the assessment of the E-99 wall where we did
 3  some finite element analysis to do that
 4  assessment.
 5      Q.    All right.  Do you know whether
 6  there was a peer review process before you
 7  published your E-99 paper?
 8      A.    I believe there was a peer
 9  review process for that, but they -- but even
10  in that case, it was mainly an assessment of
11  what had taken place at the time of that.  It
12  wasn't particularly a controversial subject at
13  the time.
14      Q.    I understand.  And since that
15  time, there has been some -- well, I'll leave
16  that by.
17        Have you written any books?
18      A.    Well, there is a -- in my CV,
19  there is a couple of those.  The engineering
20  manuals ended up being books, or classified as
21  books.  And there is another one, a
22  theoretical manual for cellular cofferdams,
23  which is published as a book by Pile Buck,
24  Incorporated.
25      Q.    One of the books you wrote, as
```

32

```
 1          REED MOSHER
 2  listed in your CV --
 3      A.    Right.
 4      Q.    -- is about design of sheet pile
 5  walls.
 6      A.    Right.
 7      Q.    Do you participate in
 8  engineering conferences?
 9      A.    Yes, over the years, various
10  engineering conferences.  And, actually, we
11  sponsor an engineering conference every year.
12  As -- you know, as the director, I'm -- the
13  conference actually falls underneath me.  It's
14  in the shock and vibrations area.
15      Q.    Have any of the conferences in
16  which you have participated involved the
17  design or the failure of sheet pile I-walls?
18      A.    I would have to go back and see.
19  I mean we have talked, I don't know if it was
20  so much about the failure of them, but of the
21  design and of retaining walls, and those
22  issues have been covered in some of those.
23      Q.    All right.  What is your
24  understanding of why you were chosen to serve
25  as the co-lead of the IPET investigation of
```

33

```
 1          REED MOSHER
 2  the causes of the floodwall and levee failures
 3  during Katrina?
 4        MR. SEYMOUR:  Objection.
 5        Foundation.
 6  BY MR. RAFFMAN:
 7      Q.    Do you have an understanding of
 8  why you were chosen as the co-lead?
 9      A.    Uh-huh.
10        MR. LEVINE:  You have to say yes
11  or no.
12        THE WITNESS:  Yes.
13  BY MR. RAFFMAN:
14      Q.    And what is that understanding?
15      A.    There was actually -- with my
16  background that I had worked in this area and
17  my, kind of, I guess, also reputation of being
18  able to do the numerical model and relate that
19  back to practical results, so I was actually
20  asked, personally asked to do this.
21        Because it was outside of what my
22  current job was doing.  So I was asked by
23  headquarters, the Corps of Engineers
24  headquarters, to do this.
25      Q.    Who at headquarters asked you
```

34

REED MOSHER

1   personally to serve as the co-lead for the
2   IPET Test V project?
3       A.   It was actually their chief of
4   engineering at the time, Dwight Burnick. I'll
5   have to look that name up for some of them.
6   But the person who asked and talked to me
7   about it was Donald Driscoll who was in the
8   headquarters office.
9       Q.   Okay. You said earlier that a
10  purpose of IPET was to provide an unbiased
11  assessment of scientific and engineering
12  issues related to the performance of the
13  hurricane protection system.
14      Have I captured the thrust of your
15  earlier testimony?
16      A.   Yeah, that's, in essence, what
17  it was, you know.
18      Q.   And what I want to know is, what
19  measures did IPET take, or the people who
20  established IPET take, to make sure that IPET
21  would be an unbiased assessment?
22      A.   I -- it actually formed in
23  really three ways. The first being the
24  formation of a team being both from outside

35

REED MOSHER

1   the government, outside the Corps of
2   Engineers, different agencies, that each of
3   the leads for the different tasks under the
4   task force had a co-lead that was from outside
5   of government, or outside of the Corps of
6   Engineers.
7       And then, the whole process, they
8   had an outside evaluation team formed by the
9   American Society of Civil Engineers where they
10  chose people, you know, that were familiar
11  with each of the areas as a -- part of the
12  review.
13      And then, on top of that, there was
14  another review process set up by the National
15  Academy of Science, or National Academy of
16  Engineers, that also did review. The
17  difference in those two reviews was, the ASCE
18  actually reviewed our process as we went
19  along, and so they actually reviewed the scope
20  of work and each piece of the work as we went
21  along, to get immediate feedback on that.
22      And then the NRC had point --
23  periods of time, at about a quarter -- about a
24  quarter of the way through each of our

36

REED MOSHER

1   efforts, to review where we stood.
2       Q.   You said "NRC," and I want to
3   make sure that we understand --
4       A.   Yeah. National Research
5   Council, and that's, well...
6       Q.   What is the National Research
7   Council?
8       A.   It's Council. It's a -- it's
9   made up of -- the National Academy of Science.
10  And the National Academy of Engineering is the
11  overall group. And that's a, essentially,
12  independent group that was originally, I
13  guess, set up by Abraham Lincoln to look at
14  the review of the Department of War during the
15  Civil War, and make sure that they were
16  getting what they were being contracted to
17  get, essentially, independent scientists and
18  engineers to do that.
19      And that has continued on. And
20  that's -- the government often -- often uses
21  the National Academy to do that review of
22  various things. And that's what took place
23  here.
24      Now, they actually donate the time

37

REED MOSHER

1   free, people involved in it, to do that
2   review.
3       Q.   So the IPET work was overseen by
4   two different nongovernmental organizations.
5       Have I got it right?
6       A.   Yes. It was reviewed by two
7   different nongovernment reviews. And the
8   people involved were people of national status
9   in the various community -- engineering
10  communities in their fields.
11      Q.   What was the -- and I think you
12  may have said this already -- what was the
13  oversight role of the American Society of
14  Civil Engineers?
15      A.   Theirs was a, what I would call
16  a more in-depth role where they actually
17  reviewed as we went along and gave us feedback
18  immediately. So they reviewed our scopes of
19  work. They reviewed our intermediate results
20  that we had, gave us feedback, and we could
21  make changes and answer those questions and
22  make changes to what we were doing to satisfy
23  them.
24      So they had a very in-depth

10 (Pages 34 to 37)

38

```
1              REED MOSHER
2    evaluation.  It was an external evaluation --
3    we call it an external evaluation, but they
4    were very involved in reviewing everything
5    that we did.
6         Q.    What was the role of the
7    National Research Council and National Academy
8    of Science in reviewing the work that IPET
9    did?
10        A.    Theirs was a little more of an
11   assessment of -- well, we gathered the facts,
12   the various facts.  The ASCE, if you want to
13   look at it, they kind of reviewed the facts
14   and that part.  And then the NRC did a little
15   more of, okay, you have these facts.  What are
16   the implications as to where should -- you
17   know, where -- why did we go -- why did things
18   go wrong; where should we go from there.
19        So it's more of an assessment of
20   the evolved results.
21        Q.    Did both organizations provide
22   comments on IPET's work?
23        A.    Uh-huh.  Yes.
24        NRC, all their meetings are public
25   meetings and public feedback to that.  ASCE,
```

39

```
1              REED MOSHER
2    some of their, you know, interactions with us
3    weren't made public, but every review process
4    they provided a document that went to the
5    public.  And those were independent from our
6    review.
7         And they gave feedback to the
8    commanding general.
9         Q.    Do you know what the level of
10   funding was for the IPET project?
11        A.    Yeah.  It was roughly around $22
12   million, $23 million.
13        Q.    How many people worked on IPET
14   in total?
15        A.    Around 350 plus.
16        Q.    Can you characterize the level
17   of priority accorded by the Army Corps of
18   Engineers to the IPET project?
19        A.    Yes.  You know, it was -- as far
20   as the commanding general, it was -- he was
21   given the highest priority to do things, and
22   he made it quite clear that we were to be
23   looked on as being independent from review of
24   the rest of the Corps of Engineers; that our
25   opinions and what we decided we informed them
```

40

```
1              REED MOSHER
2    of, but they were not subject to review --
3         Q.    You --
4         A.    -- and changes.  And changes.
5         Q.    Okay.  I understand.
6         You did not expect your bosses at
7    the Army Corps of Engineers to make changes to
8    what your independent --
9         A.    Yeah.
10        Q.    -- team found?
11        A.    Right.  We weren't -- I mean
12   they could question what our findings were,
13   but we weren't subject to be asked to make
14   changes or things like that.  Our opinions
15   were our opinions, and the facts that we found
16   in support of those.
17        Q.    All right.  Now you had said
18   that you were the co-leader of Task V with
19   Mike Duncan; is that right?
20        A.    Right.  Correct.
21        Q.    And who is Mike Duncan?
22        A.    He is a chaired professor at
23   Virginia Polytechnic Institute.
24        Q.    Commonly known as Virginia Tech?
25        A.    Yeah, that's right.
```

41

```
1              REED MOSHER
2         MR. RAFFMAN:  Why don't I pull
3    Volume V out, and we'll mark that as
4    the next exhibit.
5         MR. LEVINE:  You're talking
6    about the main body of Volume V, not
7    the -- not all the appendices?
8         MR. RAFFMAN:  I am.  And I'm
9    going to make clear what we're looking
10   at.
11        (Mosher Exhibit No. 2 was marked
12   for identification.)
13        THE WITNESS:  And I -- I don't
14   want to downplay -- you know, Mike
15   Duncan is a -- you know, a nationally
16   known geotechnical engineer that is
17   well-respected and has been a -- and
18   given numerous awards by engineering
19   professor -- professional.
20   BY MR. RAFFMAN:
21        Q.    Maybe I should have followed up
22   and asked more about Professor Duncan.
23        A.    Yeah.
24        Q.    I just wanted to...
25        But Professor Duncan, can you
```

11 (Pages 38 to 41)

42

REED MOSHER

1  describe his background in the subject of
2  geotechnical engineering?
3       A.   Yeah.  I mean, he's -- as I
4  said, he's nationally known.  He was a --
5  previously to coming to Virginia Tech, he was
6  at the University of California Berkeley.  And
7  he is -- in today's era, he is probably one of
8  the top ten geotechnical engineers in the
9  country, you know, and looked upon in a...
10      Q.   Now, I handed you Exhibit 2.
11 It's a -- it's a document about 128 pages long
12 entitled, "Volume V - The Performance --
13 Levees and Floodwalls," written in connection
14 with "Performance Evaluation of the New
15 Orleans and Southeast Louisiana Hurricane
16 Protection System," and dated June 2007.
17      A.   Uh-huh.
18      Q.   And it's marked "Final."
19          Can you identify Exhibit 2?
20      A.   Yes.  It is the report that we
21 provided for the IPET as the final report for
22 Volume V.  And I was -- actually, I was the
23 principal writer of it, did the first draft of
24 it, and then with Mike -- with Mike Duncan and

43

REED MOSHER

1  Tom Brandon completed it.
2       Q.   Were there appendices to IPET
3  Volume V?
4       A.   Yeah.  There's a number of
5  appendices.  There were 23 altogether.  The
6  whole thing stacks up about that high, about a
7  foot high.
8          (Mosher Exhibit No. 3 was marked
9          for identification.)
10          MR. RAFFMAN:  Okay.  We've got
11 3.
12 BY MR. RAFFMAN:
13      Q.   Can you identify the document
14 that's been marked as Exhibit 3 to your
15 deposition?
16      A.   Yes.  This is the appendices of
17 Volume V that deals with the analysis of the
18 performance of the Inner Harbor Navigation
19 Canal.
20      Q.   And it's marked Appendix 11?
21      A.   11, correct.
22      Q.   This -- Exhibit 3 was one of --
23 well --
24      A.   23.

44

REED MOSHER

1       Q.   -- one of 20 -- one of 23
2  appendices, and this ones is marked Appendix
3  11?
4       A.   That's correct.
5       Q.   And this appendix deals, in
6  particular, with the performance of the two
7  breaches at the Inner Harbor Navigation Canal?
8       A.   Correct.
9       Q.   How did you go about -- and you
10 and -- well, before I do that, let me ask you
11 about your team.
12          Describe the team that worked under
13 you to carry out Task V of the IPET project.
14      A.   Well, we had a group of folks,
15 it was actually kind of two -- two tasks -- or
16 subtasks underneath this one.  One of them
17 dealt with the physical modeling that was done
18 on the centrifuge.  Mike Sharp and Scott
19 Steedman oversaw that and reported to me on
20 that work.
21          And then we had a -- actually, we
22 took two groups of folks to do analysis of
23 each of the breaches, and we had them work
24 independent of each other.  And then -- and

45

REED MOSHER

1  one of them was at Virginia Tech and one of
2  them was in Vicksburg.  And we had them do the
3  -- roughly the same analysis using some
4  different tools to do the -- what we call the
5  classical analysis, stability analysis.
6          Then we had another team, actually
7  another two teams, doing finite element
8  analysis of those same performance -- same
9  failures.
10          And we did that in order to help in
11 getting these done, really, quicker, because
12 they would actually be independent checks as
13 we went along to -- to understand what took
14 place.
15          So we were altogether broken up
16 into about six different teams of folks doing
17 the assessment.
18      Q.   All right.  And --
19      A.   And I coordinated the effort
20 between all of those in...
21      Q.   Referring you now to pages V-2
22 through V-4 --
23      A.   Uh-huh.
24      Q.   -- of Exhibit 2 --

12 (Pages 42 to 45)

46

1           REED MOSHER
2      A.    Yup.
3      Q.    -- are all these people working
4  on your team?
5      A.    Yes.
6      Q.    You use two words that -- or two
7  phrases that bear a little more description.
8  You use the phrase "stability analysis."  What
9  is stability analysis?
10      A.    In this, they were looking --
11  this is dealing with the slope stability,
12  which is -- essentially, in the process of
13  geotechnical engineering, one of the tools to
14  do assessments is to determine the factor of
15  safety against sliding or stability.
16         And it's a rough way to -- or easy
17  way, layman's way, it is essentially the
18  driving forces versus the -- a comparison of
19  ratio of the driving forces to the resisting
20  forces.  And if you have a factor of safety
21  greater than one, your resisting forces are
22  greater than your driving forces.
23      Q.    All right.  And I'm going to
24  come back to that, but in a couple of minutes.
25      A.    Okay.

47

1           REED MOSHER
2      Q.    What is a finite element
3  analysis?
4      A.    Okay.  A finite element analysis
5  is -- essentially, you are breaking the whole
6  area up into a number of finite areas.  Okay,
7  they either could be 2-D or 3-D, and within
8  that area you can actually just write the
9  equations of motion for those.  So you can
10  determine what the displacements are in that
11  area.
12         So you -- with that you can
13  assemble a whole set of -- this is quite
14  technical -- but a whole set of differential
15  equations, okay.  And you can assemble that
16  whole set of equations, apply the boundary
17  conditions to it, such as the loads, the
18  fixations, and the locations, and then you can
19  solve for those loads and it will determine
20  the displacements and the stresses.
21         So if you look at a stability
22  analysis, we call those limit, or equilibrium,
23  okay, they only assess the conditions what
24  take place at the point of failure; where, a
25  finite element analysis does a description of

48

1           REED MOSHER
2  a loading all the way from its initial loading
3  and construction all the way up to failure.
4         So you have a complete assessment
5  from the initial loading construction all the
6  way up to the ultimate load; whereas, the
7  stability analysis is just going to tell you
8  what takes -- what is -- the condition's rate
9  at failure would be.
10      Q.    All right.  A few more questions
11  about your work on Task V before I get into
12  the actual dirt work you did and the results.
13  How long did your project team take to work on
14  Project V from the time it began until the
15  time of the final report?
16      A.    We worked right up until -- we
17  got the draft -- I mean we worked full tilt
18  until we finished the draft in, I guess it was
19  the 1st of June.  We were right to that last,
20  almost like he was talking about with the
21  filing of the brief.
22         Right at midnight, we were
23  finishing things up and making sure things
24  were done, because we had to have a draft by
25  the 1st of June because that was the first of

49

1           REED MOSHER
2  hurricane season.
3      Q.    All right.
4      A.    And then we continued on after
5  that to finalize it for another -- so it was
6  roughly, the team worked -- the whole team
7  worked together pretty much for about a
8  year-and-a-half full-time on this.
9      Q.    How soon after Hurricane Katrina
10  did your team mobilize?
11      A.    We tried -- we got people on the
12  ground, I think it was like -- we were trying
13  to get folks to go to New Orleans I think, by
14  the second week in September or something like
15  that.
16      Q.    Of 2005?
17      A.    Of 2005.
18         Because the biggest concern -- this
19  was even before we even got the teams -- we
20  got things started actually before they formed
21  the IPET team, because we were concerned that
22  as the reconstruction and repairs were taking
23  place that we were going to lose information
24  that we needed to do the assessment, so we
25  wanted to get people there very early.

13 (Pages 46 to 49)

REED MOSHER

**Along with us going there, there was an ASCE team and I think also what was considered a Berkeley NSF team that went about the same time to collect data. And we actually helped them get around and visit the different sites.**

Q. Did you actually visit the north breach site?

**A. Yes, several times.**

Q. And when was the first time you visited the north breach site?

**A. I think it was right after the Rita hurricane took place. I can't remember exact date, I'd have to look it up, but shortly --**

Q. Sometime in -- does September of '05 ring a bell?

**A. Right. It might have been the 1st of October of '05, something like that.**

Q. Okay. Did you visit the south breach site?

**A. Yes.**

Q. How many times?

**A. Probably -- during the times,**



REED MOSHER

**probably three or four times I've been to the sites.**

Q. Did others who did work on IPET Volume V also visit the site and examine the breaches?

**A. Uh-huh, yes.**

Q. Did people on your team take photographs?

**A. We took photographs and we actually sent a boring crew to take borings at the site and to do field testing for the soil conditions.**

Q. This is at both the north and south breach sites?

**A. Yes.**

Q. Did the Volume V report include some of that information?

**A. Uh-huh, yes.**

Q. Did your team also see the barge ING 4727 in the neighborhood?

**A. Yes.**

Q. And did the IPET team also visit other breaches such as the London Avenue canal breach?



REED MOSHER

**A. We -- all the breaches that took place that -- especially the wall breaches, we spent a good bit of time assessing those.**

MR. RAFFMAN: I've got one more document that I want to mark as an exhibit. This will be 4.

(Mosher Exhibit No. 4 was marked for identification.)

BY MR. RAFFMAN:

Q. We've handed you what's been marked as Exhibit 4 to your deposition.

**A. Uh-huh. Yup. Yes.**

Q. Sorry. That's okay.

I think maybe the highlighting is in the original.

Do you recognize Exhibit 4, Dr. Mosher?

**A. Yes.**

Q. Is Exhibit 4 an Executive Summary and Overview, Volume I? This says "Draft Final" IPET.

**A. Yes. Why -- it is draft final, and it may actually be out now as final because -- it was draft final because I think**



REED MOSHER

**only they were still waiting to do the final publication on the risk analysis, which I believe was posted about a week ago or two weeks ago.**

Q. I see. So Exhibit 4 to your deposition is a draft final executive summary, but the final has changed only in respect to risk analysis?

**A. Correct.**

Q. All right. We'll put that aside for just a moment.

Did you feel that your team had enough resources to conduct the kind of analysis that you wanted to conduct on the IPET project?

**A. From a resource standpoint, yes, I think we did. Our, probably, biggest challenge was the time probably; whereas, these things, you would like to have more time to look at -- look at different things to get more details of.**

**But as far as the time and whether it would have changed if we had had more time, would it have substantially changed our**



54

```
1              REED MOSHER
2   opinions, no, but it would have -- we would
3   have been able to provide some more details
4   related to those opinions if we had had more
5   time.
6       Q.    And, in fact, since the IPET
7   published its final reports in June of 2007,
8   is that -- that's when the final report was --
9       A.    Right.
10      Q.    -- published, right?
11      A.    Right.
12      Q.    And since then you have had
13  occasion to continue your analyses of the two
14  -- of the failures, right?
15      A.    Yes, uh-huh, that's correct.
16      Q.    From June of 2007 to the
17  present, has -- has there been any material
18  change in your analysis of the cause of the
19  failures at the Inner Harbor Navigation Canal
20  north or south breach?
21      A.    No. And a matter of fact, the
22  reassessments that I have been involved in, in
23  working with the court case and other things,
24  have just continued to confirm those opinions.
25      Q.    When you say confirm the
```

55

```
1              REED MOSHER
2   opinions, just to be clear it's the opinions
3   expressed in the IPET Task 5 report and the
4   appendices?
5       A.    Correct.
6       Q.    Let me then move to the
7   conclusions that the IPET team drew about the
8   failures. What did the IPET team conclude was
9   the cause of the north breach of the Inner
10  Harbor Navigation Canal?
11      A.    That it was a stability problem;
12  that the wall failed prior to water reaching
13  the top of the wall. The details are --
14  highlights of it are that a crack formed when
15  the water got up against the wall, a crack
16  formed on the canal side allowing full
17  hydrostatic pressure down the full length of
18  the wall, and that led to the instability of
19  the wall.
20           Part of the reason for that
21  relative to the design that was done --
22           MR. SEYMOUR: Objection to
23      discussion of cause since he's not an
24      expert.
25           Why don't I just have a running
```

56

```
1              REED MOSHER
2   objection to these questions so I don't
3   have to keep interrupting. Is that
4   satisfactory?
5           If the witness is going to
6   testify to cause and effect, we've got
7   an objection that he's not being
8   tendered as an expert.
9           MR. RAFFMAN: Well, the question
10      I asked -- the question -- the question
11      I asked -- all right. We'll have --
12      we'll have a running -- you can have a
13      running objection. I don't -- I don't
14      think I want the interruptions.
15           Of course, the question I asked
16      was, I think, a valid question, but go
17      ahead, you can have your --
18           MR. SEYMOUR: I will agree. The
19      witness was expanding upon your
20      question, though.
21           MR. RAFFMAN: You can have your
22      objection.
23           MR. LEVINE: Continue your
24      answer.
25           THE WITNESS: Okay. You know,
```

57

```
1              REED MOSHER
2   the cause part of it, as -- as we cited
3   in the IPET report, was due to -- that
4   was different than the design was the
5   fact that they didn't account for the
6   -- the surface elevation on the
7   protected side was approximately three
8   feet lower than what they had for the
9   design, so it had less resisting forces
10  at that location on the north wall.
11           And that hadn't been considered
12  at the design, and that's sufficient to
13  have a factor of safety of less than
14  one for the water to the top of the
15  wall, actually, less than one at about
16  eleven feet of water; elevation eleven.
17  BY MR. RAFFMAN:
18      Q.    When you say elevation eleven
19  feet, what data were you referring to?
20      A.    That is the NVAA88-2 [sic]
21  whatever, 2008. It's cited in the report.
22      Q.    Right. Okay. Very good.
23           Well, let's break this down a
24  little bit so that it becomes clearer.
25           Describe the crack that IPET
```

15 (Pages 54 to 57)

58

REED MOSHER

1    concluded had formed on the canal side.  What
2    created it and what did it look like?
3        A.    What happens is when the water
4    rises up against the wall, it moves laterally
5    towards the protected -- protected side.  The
6    soil doesn't move, and that pushing causes a
7    separation between the wall and the canal side
8    soil.
9
10        And it doesn't have to be a lot of
11   movement, a lot of distance, for you to get
12   fully hydrostatic pressure down the back of
13   the wall.
14       Q.    Now, you use the term
15   hydrostatic pressure --
16       A.    Right.
17       Q.    -- and just so that whoever may
18   watch this video understands, what is
19   hydrostatic pressure?
20       A.    It is, the pressure in all
21   directions at a location is equal to the
22   weight of the water times the distance down
23   from the surface to that location.  And that
24   is the pressure that is in three dimensions at
25   that time pushing out, or if you have

59

REED MOSHER

1
2    something near a surface, that's how much
3    pressure is going to be pushing on it.
4        Q.    All right.  So as you --
5        A.    Hydro meaning, okay, water, and
6    static meaning just the actual static
7    distance, as opposed to, you could have
8    hydrodynamic pressures which are ones that you
9    have water flowing and hitting something.  And
10   then you actually have the velocity of the
11   water plus the distance of the water.
12       Q.    What -- what you're describing
13   is, what you found is that as the wall
14   deflects inward to the protected side, and the
15   canal side soil stays steady, water
16   infiltrates further down the wall?
17       A.    That's correct.  That's where
18   the surface -- whatever the water surface is
19   down to the -- wherever it would crack and
20   opens up to.
21       Q.    When the water infiltrates
22   deeper along the surface of the sheet pile
23   wall, what does that do?
24       A.    **Two things happen.  One is, you**
25   **have essentially split the levee in half, and**

60

REED MOSHER

1
2    **so you have lost all of the soil resistance**
3    **that is on the canal side to your stability.**
4    **And then -- and then you've increased that**
5    **with -- replaced that with the lateral**
6    **pressure from the hydrostatic water pressure**
7    **pushing on the wall.**
8        So you have not only lost some
9    resistance that you have there, but you have
10   also increased the loading, so you have two
11   factors affecting it.
12       Q.    What is it that creates the gap
13   between the canal side soil and the sheet pile
14   wall?
15       A.    **Well, it is the water pressure**
16   **pushing on the wall just from the raising in**
17   **the canal.**  And why it hadn't showed up
18   probably before is they hadn't had that high
19   of water in the canal to have that show up.
20       And it is a -- pretty dramatic, and
21   the sense is because it goes from having no
22   pressure in that location to a very high
23   pressure.  And when the crack opens, that
24   water goes down, and it leads to actually
25   deepening it.  So it's kind of a sudden or

61

REED MOSHER

1
2    what we call a brittle failure, if you want to
3    put it in those terms.
4        Q.    And what I -- what I want to
5    make sure I understand -- and, again, all of
6    my questions are now referring to IPET's --
7    IPET's findings.
8        A.    Uh-huh.
9        Q.    And as co-lead investigator, I'm
10   asking you to focus on that.
11       In the first instance, the crack
12   forms because of what?
13       A.    Oh, I mean what leads to it is
14   the fact that the wall moved.  The water along
15   the wall above the soil surface pushes the
16   wall laterally to its protective side.
17       The soil doesn't move.  The wall
18   does move and allows a dis -- a crack to open.
19   There's a displacement between the two.
20       Q.    Did IPET have any information or
21   data to support the phenomenon of water that
22   presses on a wall and creates this gap?
23       A.    Well, we had other locations
24   where we found this, okay.  Probably, I mean
25   the two -- and we actually saw other places

16 (Pages 58 to 61)

62

REED MOSHER

1 along the wall on the IHNC where that gap
2 opened up.
3        Probably the most pronounced -- two
4 most pronounced ones that you can see as
5 evidence of this is the 17th Street failure
6 where you -- the bottom survey that was done,
7 the bathymetric survey after the failure,
8 shows that the levee was split in two; that
9 part of the levee on the canal side was
10 actually left in place, and the -- during the
11 failure, the rest of the levee was moved
12 horizontally as much as 40 or 50 feet.
13        And then on London Avenue just
14 south of the north breach near Robert E. Lee
15 bridge, we actually -- you can actually see
16 the crack of a gap in the wall where it hadn't
17 failed and it lost it, but you can actually
18 see a four or five-inch gap. There's pictures
19 of that in the report, I believe, in Volume V.
20    Q.    All right. It's been suggested
21 -- I'm going to represent to you, it's been
22 suggested in this case that the gap between
23 the sheet pile and the canal side soil was
24 created by contact from a barge.

63

REED MOSHER

1        Did IPET conclude that a barge had
2 anything to do with the creation of a gap
3 between the sheet pile and the canal side
4 soil?
5    A.    We didn't come to that
6 conclusion, and it -- based on what we've
7 seen, that's not very likely because of the
8 places that we found the gap to occur in other
9 locations and the fact that the gap was on --
10 in so many locations along the wall.
11        There isn't a need for the
12 additional load that you would get from the
13 barge to cause that to happen.
14    Q.    And you testified that IPET
15 found a gap at the 17th Street failure.
16    A.    Uh-huh.
17    Q.    Was any barge found in the
18 vicinity of the 17th Street failure --
19    A.    No, there wasn't.
20    Q.    -- by IPET?
21    A.    There wasn't.
22    Q.    And you testified that IPET
23 found a similar gap at the London Avenue Canal
24 bridge, right?

64

REED MOSHER

1    A.    That's correct.
2    Q.    Was any barge found in the
3 vicinity of the 17th -- the London Avenue
4 Canal bridge?
5    A.    No, there wasn't.
6    Q.    What analyses did IPET perform
7 to support or to derive its conclusion that
8 the north breach was the result of a
9 foundation instability?
10    A.    Principally that we use the soil
11 stability analysis for that, but the -- it's
12 not just on the analysis. It's also looking
13 at the physical evidence, both doing the
14 examination out there and also looking at the
15 -- the -- what we did was a clock survey of
16 when the flooding took place. And the timing
17 of that helped us also to put into perspective
18 when the instability took place, and did the
19 instability that we're calculating match the
20 physical events that took place. And so that
21 was -- that's an important part of doing the
22 assessment.
23    Q.    What other -- well, let me go
24 back.

65

REED MOSHER

1        Why is it that the surface
2 elevation -- you said earlier that the surface
3 elevation on the protected side was three feet
4 lower than you expected.
5        Did I get that right?
6    A.    On the protective, yes.
7    Q.    And this is at the north breach?
8    A.    At the north breach.
9    Q.    And why is that germane to your
10 conclusion about the failure due to foundation
11 instability?
12    A.    Well, it means that you have
13 three feet less of soil to resist the lateral
14 movement. And that's significant in the
15 stability calculation. That's sufficient to
16 cause it to go from something that would be
17 stable to something that would fail.
18    Q.    What was the physical evidence
19 that you were referring to at the north
20 breach?
21    A.    One of the -- one of the things
22 that became important to know was when we
23 looked -- when we first went out there we saw
24 a lot of evidence of overtopping as -- as the

17 (Pages 62 to 65)

66

REED MOSHER

1   mechanism of failures, particularly on the
2   west side and then on the south.
3       And, which, you know, the north
4   breach, you know, initial impressions was that
5   was probably the cause because you saw erosion
6   of the wall right up to where the breach took
7   place.
8       But when we started doing our
9   calculations, we found that we were getting
10  factors of safety less than one before the
11  wall reached -- water reached the top of the
12  wall.
13      And so we had -- there's another
14  group that was doing the hydraulics part of it
15  and looking at the flooding.  We had a meeting
16  with them, and they had discovered that there
17  was water in the neighborhood before -- around
18  5:00 in the morning or before in that part of
19  the neighborhood.
20      While -- okay.  That makes sense if
21  we had failure of the wall before the wall
22  [sic] took place.  And it was actually in that
23  part of the -- near Florida Avenue where they
24  saw the flood had taken place.

67

REED MOSHER

1       They had gone in and done clocked
2   surveys where they actually found clocks that
3   had stopped when water got to them.  And so
4   at -- early in the morning, maybe 5:00 to 6:00
5   in the morning, there may have been as much as
6   six to eight feet of water in that part of the
7   neighborhood already at that point, and that
8   only could occur if the wall failed before
9   water got to the top of the wall.
10  Q.    All right.  The --
11  A.    So -- so our calculations that
12  we -- we were doubting whether we're having --
13  maybe the calculations were right, but were
14  reaffirmed by the fact that, hey, we did
15  actually have water in the neighborhood and
16  that explains it.
17  Q.    All right.  Did you express the
18  same conclusion in the Robinson matter when
19  you testified there?
20  A.    Yes.
21      MR. LEVINE:  You're talking
22  about his conclusion in the expert
23  report.  I don't think he testified to
24  that at trial.

68

REED MOSHER

1       MR. RAFFMAN:  I'm sorry.  That
2   was a bad question.  I meant to say in
3   the Robinson expert report.
4       THE WITNESS:  Correct.
5   BY MR. RAFFMAN:
6   Q.    Did IPET conclude that the
7   conditions in the Inner Harbor Navigation
8   Canal were sufficient to cause the wall to
9   fail without involvement by a barge?
10  A.    Yes.
11  Q.    Let me ask you about the south
12  breach then.  What did IPET conclude was the
13  cause of the south breach of the Inner Harbor
14  Navigation Canal?
15  A.    Overtopping and erosion of the
16  material on the protective side.
17  Q.    What analysis did IPET do to
18  arrive at that conclusion?
19  A.    Well, there were several that we
20  did, and actually even on the north wall.
21  There was some question that seepage may have
22  been a problem at both of those locations, and
23  we did a series of fine element analysis
24  looking at seepage as a potential cause

69

REED MOSHER

1   because it had been raised by the NSF group at
2   California at Berkeley.
3       And we did an assessment of that
4   for both the north and south breach and found
5   that that was not a cause of the breach.  We
6   did slope stability analysis of the walls and
7   found that on the south breach that you would
8   have to have water above the top of the wall
9   to get a factor of safety of less than one for
10  stability.
11      And then the clocks are raised
12  again.  We can see in the hydrograph that we
13  produced for the inner part of the wall that
14  somewhere around 7:00 in the morning there was
15  an influx of water into the neighborhood at
16  that -- and a rate of increase in the water in
17  the neighborhood significantly peaked at that
18  time or jumped up how fast it was coming into
19  the neighborhood, and that was attributed to
20  that south breach.  And, at that time, there
21  was water sufficient to be over the top of the
22  wall based on the hydrographs.
23  Q.    Why would overtopping and
24  erosion -- let me ask it this way.

18 (Pages 66 to 69)

**70**

REED MOSHER

1          Why did IPET --
2          MR. RAFFMAN:  None of these
3 questions are very good.  Paul, make an
4 objection.  I'll start again.
5          MR. LEVINE:  Start again.
6          Do you just want to -- are we
7 almost close to the 80-minute mark?  Do
8 you guys just want to take a break?
9 He's almost done, done with his first
10 tape.
11         MR. RAFFMAN:  Is that right?
12         MR. LEVINE:  Yeah.
13         MR. RAFFMAN:  Okay.  Then why
14 don't we stop -- stop here for a few
15 minutes.
16         THE VIDEOGRAPHER:  One moment.
17 We're going off the record.
18 This is the end of videotape number 1.
19 The time is now 10:51.
20         (Brief recess.)
21         THE VIDEOGRAPHER:  We are back
22 on the record.  This is the beginning
23 of videotape number 2.  The time is now
24 11:03.

**71**

REED MOSHER

1 BY MR. RAFFMAN:
2      Q.   I'm asking you now about the
3 south breach of the Inner Harbor Navigation
4 Canal.  You have that in mind, right?
5      A.   Correct, uh-huh.
6      Q.   And you had said that
7 overtopping and erosion of soil was the causes
8 found by IPET of that breach?
9      A.   Correct.
10      Q.   Did IPET find that overtopping
11 and erosion of soil was responsible for any
12 other breaches in the New Orleans area?
13      A.   Yes.  There -- there were a
14 number of other locations.  Probably the most
15 overtopping and the subsequent erosion, there
16 was -- probably the most dramatic one is --
17 that you can see the progression of it is
18 along the inner harbor coastal waterway at the
19 offloading location.  And it's -- I guess it's
20 called actually the Citrus Back Levee
21 location.  It's New Orleans east, and I
22 believe in -- I think somewhere around, I
23 think it's figure -- on 76 in the Volume V,
24 Exhibit 2.

**72**

REED MOSHER

1         MR. LEVINE:  What's your page
2 number?
3         THE WITNESS:  V-96.
4         MR. SEYMOUR:  What page?
5         THE WITNESS:  V-96.
6 BY MR. RAFFMAN:
7      Q.   It has been suggested,
8 Dr. Mosher, that the overtopping induced
9 deflection that's shown in V-96 is not similar
10 to the deflection that was found at the south
11 breach of the Inner Harbor Navigation Canal.
12      Did IPET find that there was some
13 important distinction in the way those two
14 breaches appeared that made one more likely or
15 less likely to be subject to overtopping and
16 erosion?
17      A.   No.
18         MR. SEYMOUR:  I need a
19 clarification.  If the witness is
20 testifying to what he understands IPET
21 did as distinct from what's in the IPET
22 report, that tells us something that
23 the written report doesn't.
24      But if he's just testifying to

**73**

REED MOSHER

1 what's in the written report, I think
2 the report speaks for itself, and I'm
3 going to object on that basis.
4         MR. RAFFMAN:  Well, I gave you a
5 continuing objection.  You can --
6         MR. SEYMOUR:  -- continue on
7 this one as well?
8         MR. RAFFMAN:  Well --
9         MR. SEYMOUR:  That will be fine.
10         MR. RAFFMAN:  -- if your test --
11 if your position, Mr. Seymour, is that
12 I am not entitled to have a witness to
13 explain the process that went in the
14 IPET report, which your experts have
15 roundly criticized and sought to take
16 apart, we'll have that taken up with
17 the judge.
18      But I'm asking -- the witness
19 has pointed to a picture in the IPET
20 report, and I'll ask the question again
21 because I'm sure it's not in mind.
22 BY MR. RAFFMAN:
23      Q.   Dr. Mosher, it's been suggested
24 that the physical appearance of the Citrus

74

1           REED MOSHER
2    Back Levee wall failure somehow shows a
3    difference in the etiology of the breach from
4    the south breach of the Inner Harbor
5    Navigation Canal. And I'm asking, did IPET
6    find that to be so or not?
7        A.    Just looking at the pictures,
8    and also the -- we actually think that this is
9    a -- kind of an imminent stage that you would
10   have seen during the process of the south
11   breach where the wall had started to tip over,
12   in this case, it didn't go all the way to
13   complete failure, but -- the south breach did,
14   but you can see the type of erosion that you
15   would have -- that you would see.
16       As a matter of fact, I think it's
17   on 76, this trench that we see, on the erosion
18   trench, in 77 it looks very similar to the
19   erosion trench that is found down on the south
20   breach, which is on page 83.
21       Q.    All right. So you have referred
22   to the trench that appears at figure 77 of
23   IPET Volume V?
24       A.    Right.
25       Q.    And the second reference was to

76

1           REED MOSHER
2    collapse.
3        Q.    All right.
4        A.    The only thing I would say is
5    there are some other differences in these two
6    locations. The -- if you will look at the
7    south breach, it sets [sic] up higher and has
8    a bigger drop-off to the protective side.
9    Okay. So as the wall failed and moved out
10   after it had the initial erosion take place,
11   it would be somewhat more dramatic because it
12   would drop a greater distance.
13       This levee here at the Citrus Back
14   Levee didn't -- on the protective side wasn't
15   as far off the ground, so you didn't see as
16   big of an opening up of the area.
17       Q.    When you open up and
18   dramatic failure, I would direct your
19   attention to figure 81 at page --
20       A.    Uh-huh.
21       Q.    -- V-101.
22       A.    Right.
23       Q.    What -- what is depicted in
24   figure 81?
25       A.    You can see in 81 the location

75

1           REED MOSHER
2    a trench that appears in figure 83?
3        A.    83, right.
4        Q.    Figure 83 reflects what breach?
5        A.    That is the south breach on the
6    IHNC adjacent to The Ninth Ward.
7           THE COURT REPORTER: I'm sorry.
8    Can you speak up. South breach at...
9           THE WITNESS: The south breach
10   on the Inner Harbor Coastal adjacent to
11   The Ninth Ward.
12   BY MR. RAFFMAN:
13       Q.    All right. So --
14       A.    The physical evidence there is
15   pretty similar to that -- that type of erosion
16   taking place.
17       Q.    What is it about the scour and
18   erosion that IPET concluded leads to failure
19   of the wall?
20       A.    When the water goes over the top
21   of the wall and erodes the soil behind the
22   wall, that soil is what is supporting the
23   wall, keeping it from failing or moving, okay.
24   Once that is eroded, that wall can move, it
25   has no support, so it leads to its failure and

77

1           REED MOSHER
2    of the wall after the failure -- it's kind of
3    a circular area pushed out into the
4    neighborhood -- and that was from the
5    tremendous amount of water that dropped.
6           Distance-wise, I mean, there's a
7    big differential between what the canal water
8    height was and what was actually the height of
9    the ground surface on -- in The Ninth Ward,
10   and that pushed that wall out. And
11   essentially what happened was the sheet piling
12   stretched and flexed out.
13       So they're Z-shaped, so those --
14   that Z was lengthened and stretched out to
15   allow the wall to expand out in that
16   direction. So it's -- it flattened the V
17   section -- the Z shape on the sheet piles.
18       Q.    Did IPET conclude that a barge
19   impact or a barge contact was necessary to
20   cause the south breach of the Inner Harbor
21   Navigation Canal?
22       A.    We concluded that it wasn't
23   necessary for a barge impact to -- in order to
24   have that breach take place.
25       Q.    And just to be clear, did

20 (Pages 74 to 77)

78

REED MOSHER

1    IPET -- did IPET conclude that the barge
2    caused the wall to fail?
3        A.    No, we didn't -- we didn't
4    conclude that the barge was the cause of the
5    failure of the wall.
6        Q.    And that -- if I understood you
7    right, IPET at least briefly considered
8    whether the barge was a cause of the failure?
9        A.    Right, that's correct.
10       Q.    And rejected that conclusion?
11       A.    Correct.
12       Q.    I want to just ask a few
13   questions about Appendix 11.  And, in
14   particular, I'd like to direct you to figure
15   11-8 at page V-11-23.
16           Dr. Mosher, what is shown in figure
17   11-8?
18       A.    This is the location -- this one
19   here we're talking about, right?
20       Q.    Yes.  Yes.
21       A.    This is the location where there
22   had been borings taken at the site of soil
23   investigations at the site.  It has the red
24   ones which were taken by ERDC for the IPET

79

REED MOSHER

1    investigation.
2           The blue ones are the ones that
3    were done for the general design memorandum,
4    the GDM, as it's abbreviated there.
5           And then there was also a series
6    that Eustis Engineering took along there.
7           And then there's a line marking
8    where the centerline or the cross-section of
9    where -- the cross-sections and the centerline
10   of the levee, and where we had cross-sections
11   taken.
12       Q.    You used the word ERDC.  Tell me
13   what ERDC is.
14       A.    It's the Engineering Research
15   and Development Center.  It's part of the
16   Corps of Engineers.  It is where I work.
17           And why it's phased that way, we
18   were the ones that sent the money to the
19   Vicksburg district to do the borings, and we
20   oversaw the borings with our -- where our
21   folks, their overseeing the boring taking
22   place.
23       Q.    What is a CPT?
24       A.    It's a cone penetrometer test.

80

REED MOSHER

1    It's where a cone is pushed into the ground
2    and you measure the resistance of the tip of
3    the cone and the sleeve along the side of the
4    cone.  It can give you the -- it's a way to
5    determine the strength of the soil
6    characteristics.
7        Q.    What did the IPET Task V team do
8    with the -- well, what did the IPET Task V
9    team do with the data that is generated by
10   these boring and CPT results?
11       A.    We use this data here to
12   determine what the stratification of the soils
13   were versus depth at these locations and
14   determine the soil strengths and properties at
15   these locations.
16       Q.    Did your team, did the Task V
17   team, use not only the boring but also the CPT
18   to do that analysis?
19       A.    Yeah.  We actually relied more
20   on the CPT data.  But borings in this area and
21   the previous borings we felt were faulty from
22   previous work that we have looked at 17th
23   Street.
24           And we were concerned that they

81

REED MOSHER

1    didn't provide the correct shear strength, and
2    we felt the CPT, because of its institute of
3    measurement, where the other borings and soil
4    strengths had been determined by laboratory
5    tests where they had to extract -- extract the
6    soil and take it to the laboratory and then
7    push the soil out to do the sampling had given
8    some false readings, and we felt that the CPT
9    data was better.
10           And also our review folks from ASCE
11   and the National Research Council --
12   particularly Andrew Little and John Christian
13   were the two geotechnical folks for the
14   National Research Council -- were --
15   particularly wanted us to do CPT testing and
16   vane shear testing at those locations because
17   they were concerned with the soil testing,
18   apparently, so that was one of the requests
19   that we got from the National Research
20   Council.
21       Q.    Let me turn your attention to
22   figure 11-12 of the same report.  It's at page
23   26.
24       A.    Yeah.

21 (Pages 78 to 81)

82

REED MOSHER

1    Q.    What does this -- what does this
2  graph represent?
3    A.    It's a graph that shows the --
4         MR. SEYMOUR:  I'm sorry.  Page
5  26 of the expert report?
6         MR. RAFFMAN:  No.  I'm sorry.
7  It's Appendix 11.
8         MR. SEYMOUR:  V-11-26?
9         MR. RAFFMAN:  Yes, that's
10  correct.
11         MR. LEVINE:  Exhibit 3.
12         THE WITNESS:  Exhibit 3.
13         It is -- it's a plot of the
14  shear strength versus depth for the
15  location.  And this one is East bank
16  centerline of the levee.
17         And it shows the shear strength
18  and also roughly where the soil layers
19  are, first being the levee soil at the
20  top, marsh layer one, marsh layer two,
21  and then the interdistributory clay
22  layer below that.
23  BY MR. RAFFMAN:
24    Q.    What does the red line

83

REED MOSHER

1  represent?
2    A.    The red line represents the
3  shear strength that we determined for the IPET
4  study.
5    Q.    What shear strength did you
6  determine -- well, let's take an example.  The
7  levee fill and marsh one layers, what shear
8  strength did you get there?
9    A.    Well, the first -- somewhere --
10  it's -- from this graph, it's around 500
11  pounds per square foot.
12    Q.    All right.  And for marsh two --
13    A.    It's --
14    Q.    -- the shear strength is?
15    A.    -- 300.  I think there's
16  actually a table in here that has all that.
17  It's -- I believe it's table 11-10
18  on page 17, V-11-17.
19    Q.    All right.  I see -- I see
20  that --
21    A.    That's the west bank.  Sorry.
22  We need the east bank.  Sorry.  Yeah.  11-5.
23    Q.    All right.  Table 11-5 in
24  Appendix 3 sets forth the --

84

REED MOSHER

1         MR. LEVINE:  Appendix 11.
2  BY MR. RAFFMAN:
3    Q.    Oh, Table 11-5 in Appendix 11,
4  Exhibit 3, sets forth the shear strengths
5  that, again, are reflected --
6    A.    On that graph.
7    Q.    -- reflected in figure 11-12?
8    A.    Yes.
9    Q.    And are the IPET strength
10  represented by the red line, is that -- is
11  that based on the data that's shown in figure
12  11-8?
13    A.    Correct.
14         MR. RAFFMAN:  Okay.
15         MR. LEVINE:  You mean figure --
16         MR. RAFFMAN:  Figure -- the
17  overhead slide where all the CPT --
18         MR. LEVINE:  Oh, got you.
19         MR. SEYMOUR:  Is this one that
20  -- I've got the page number.
21         THE WITNESS:  Yeah, in --
22  actually it talks about here a little
23  bit about the original design and the
24  comparisons between them.

85

REED MOSHER

1         We actually have several
2  different -- it shows you what -- it
3  talks about those strengths.  There's a
4  whole description of the process going
5  through deciding what the soil
6  strengths were.
7         And there was a -- we did a
8  parameter study to understand what the
9  results would be if those varied from
10  one location to the -- varied the
11  strengths in those locations so we
12  could see what the effects of those
13  strengths would be.
14  BY MR. RAFFMAN:
15    Q.    What's the --
16    A.    The -- you know, the red line
17  here is the --
18    Q.    Yes.
19    A.    -- is the strengths that -- the
20  strength profile that we used for the -- the
21  analysis of what we determined.
22         And then we looked above and below
23  that to see what the effect would be of change
24  in those strengths.

22 (Pages 82 to 85)

86

REED MOSHER

1
2     Q.    All right.  And when you did
3   that, that second analysis, what did you find?
4     A.    Well, basically, we're -- what
5   we're looking at is what was the probability
6   of failure for that.
7     Q.    Right.
8     A.    And because we had a -- at this
9   location, for an elevation of around eleven
10  feet, that we had a factor of -- factor of
11  safety near, the probability of failure is near
12  one, it's close to one, so...
13    Q.    What happens to a wall when a
14  factor of safety gets close to one?
15    A.    It will start to move a lot.
16  And basically what we've seen from the finite
17  element analysis where you have -- you can
18  actually look at the movements of the wall,
19  you find that once you get a factor of safety
20  below 1.2 that you start to have large
21  deformations of the wall.
22    And, finally, because it is an
23  analysis that's looked at of failure, when you
24  get to one, you're talking about that it will
25  have moved considerably an amount, and maybe

87

REED MOSHER

1
2   two or three feet even at that point before it
3   goes to final failure.
4     So you can get some very large
5   displacements before you get to one before you
6   get total failure.
7     Q.    Did IPET or the IPET team reach
8   any conclusions about what was happening at
9   the south breach?
10    MR. RAFFMAN:  You know what,
11  I'll strike that.  I'll strike that
12  question.
13    I think I may be done, but may I
14  confer with my colleagues?
15    MR. LEVINE:  You want to go off
16  the record?
17    MR. RAFFMAN:  Yeah, let's go off
18  the record.
19    THE VIDEOGRAPHER:  We're going
20  off the record.  The time is now 11:23.
21    (Brief recess.)
22    THE VIDEOGRAPHER:  One moment.
23  We are back on the record.  The time is
24  now 11:23.
25    MR. RAFFMAN:  All right.  Very

88

REED MOSHER

1
2   good.  Thank you.
3   BY MR. RAFFMAN:
4     Q.    You referred to Vicksburg a
5   couple of times.  When you say Vicksburg, what
6   were you referring to?
7     A.    Vicksburg, Mississippi.  That's
8   where we're located, where the U.S. Army
9   Engineer Research and Development Center is
10  located.
11    Q.    All right.  Now, subject to
12  Mr. Seymour's objection, which we may -- we
13  may sustain or may not sustain, since the time
14  that IPET issued its report, have your
15  conclusions about the cause of the south
16  breach changed?
17    A.    No, they haven't.
18    Q.    Since the time that IPET issued
19  its report, have your conclusions about the
20  cause of the north breach changed?
21    A.    No, they haven't and -- and I --
22  I think that what substantiates that, the two
23  reviews from the exterior folks and from the
24  National Research Council, they have all
25  supported that also and haven't questioned

89

REED MOSHER

1
2   that part of it.
3     So I feel pretty certain in my
4   conclusions, you know, of the conclusions in
5   the IPET report that we've...
6     Q.    Okay.  And just because -- now
7   I'm going to ask another question that may not
8   be subject to the objection Mr. Seymour would
9   make to the last question.
10    A.    Yeah.
11    Q.    Describe for me the results of
12  the review by the two reviewing organizations.
13    A.    At different -- there were
14  different stages of it, and they had some
15  questions, but the final review that was done
16  here in Washington -- and I can't remember the
17  exact date, but they have issued it -- there
18  they had no objections to the scientific and
19  engineering work that we had done for the
20  report, particularly in the chapters of the
21  Volume V we had answered to the satisfaction
22  of what -- their questions, and they had
23  accepted what our results were for that
24  analysis and supported that.
25    MR. RAFFMAN:  All right.  I have

23 (Pages 86 to 89)

90

```
 1          REED MOSHER
 2  no other questions.  Thank you,
 3  Dr. Mosher.
 4          EXAMINATION
 5  BY MR. SEYMOUR:
 6      Q.   You stated towards the beginning
 7  of your deposition, Dr. Mosher, that the barge
 8  was not the principal cause of the breaches.
 9      A.   Uh-huh.
10      Q.    Please tell me everything that
11  you did to investigate any effect of the barge
12  on the north breach.
13      A.    Okay.  Mainly --
14          MR. RAFFMAN:  I'll object to the
15  question as mischaracterizing prior
16  testimony.
17      I'm sorry for the interruption.
18  Please continue.
19          THE WITNESS:  We look for the
20  physical evidence of the barge hitting
21  the -- if it had hit the wall and
22  things like that.
23      We found one location near the
24  southern part of the breach, south
25  breach, where it looked like there was
```

91

```
 1          REED MOSHER
 2  a -- something had struck the barge.
 3  And we did look on the barge to see if
 4  we could see any indications of
 5  scrapings or anything like that, and
 6  thought there might have been.
 7      We -- actually, another part of
 8  the IPET study that was done, I think
 9  it's in Volume IV on the storm, there
10  -- we did an investigation to see what
11  kind of -- what kind of velocity would
12  the winds cause to -- for the barge to
13  potentially hit it.
14      And then we looked at all the
15  other physical evidence.  And the barge
16  being the cause of the failure is
17  eventually yet to be ruled out as the
18  cause because of the other strong
19  evidence of the other causes of the
20  failure.
21      Other places where we saw barges
22  hit walls, the -- particularly along
23  the Mississippi Buckingham Parish area
24  or in the -- in the coast of MRGO,
25  barges do make -- can cause damage to
```

92

```
 1          REED MOSHER
 2  the walls, but it's usually very local
 3  damage to the wall.
 4      Where you saw this large scale
 5  erosion taking place and the movement
 6  of it, it led to the conclusion that
 7  the barge wasn't the principal cause.
 8      It is other things would have
 9  caused the -- caused the failure even
10  if the barge hadn't been there.
11  BY MR. SEYMOUR:
12      Q.   Now isn't it correct that the
13  other examples that you had of barges that did
14  not cause walls to topple, although there were
15  impacts between barges and walls, involved
16  barges hitting embankments in front of walls?
17      A.   They also had hit -- they may
18  have hit embankments and the wall itself.
19  That's a possibility, yes.
20      Q.    So the embankment would absorb
21  some of the force and the wall would absorb
22  some of the force?
23      A.    It depends on the water heights
24  of those.  I would have to go back and look.
25  But one of them you can see that the barge is
```

93

```
 1          REED MOSHER
 2  above the embankment and actually cut through
 3  the wall and is setting [sic] on the wall.
 4      So obviously if the barge is
 5  through the wall, it is above the embankment.
 6      Q.   You mean the barge knocked the
 7  wall down there?
 8      A.   No.  It actually -- it actually
 9  cut through the wall and made a hole in the
10  wall.
11      Q.   It punched through it?
12      A.   Punched through it.
13      Q.   And where did the barge punch
14  through the wall?
15      A.   This was a wall on the MRGO.
16      Q.   Do you know which location that
17  was?
18      A.   I believe it is -- it's at one
19  of the control structures.  I think it's the
20  one on Bienvenue.
21          MR. RAFFMAN:  B-i-e-n-v-e-n-u-e.
22  BY MR. SEYMOUR:
23      Q.   What was the width of the punch
24  that the barge caused through the wall?
25      A.   I don't have an exact
```

24 (Pages 90 to 93)

94

REED MOSHER
1
2  measurement of -- because I mainly looked at
3  the picture, it wasn't -- I didn't make a
4  measurement of it, so I....
5     Q.   Barges are a lot longer than
6  they are wide.  Do you remember whether --
7     A.   It was --
8     Q.   -- it was the --
9     A.   It was --
10    Q.   -- the width or the length?
11    A.   It was the -- it was a funnel.
12 It was the width of it that was punching
13 through through a corner of it.
14    Q.   Did you make any detailed
15 examination of the physical evidence at that
16 location?
17    A.   No.  No.
18    Q.   Did you, for example, look to
19 see whether a gap had been created between the
20 canal side soil and the wall when the barge
21 punched through?
22    A.   We didn't on that case, but that
23 wall was a little bit different because it was
24 a T-wall.
25    Q.   Were T-walls generally stronger

95

REED MOSHER
1
2  than I-walls?
3     A.   Generally they were stronger
4  than I-walls, yes.
5     Q.   And is it generally true that
6  T-walls did not fail but I-walls did in
7  Katrina?
8     A.   That is true, uh-huh.
9     Q.   So was this stronger T-wall
10 deformed on the sides of where the barge had
11 punched a hole through?
12    A.   Not significantly.  It was
13 actually mainly it punched through the wall.
14 There wasn't significant bowing of the wall at
15 the other sections.
16    Q.   It was like a bullet going
17 through.  There's no --
18       Let me understand.  You mentioned
19 something about a funnel effect at this
20 location, if I remember correctly.  Could you
21 describe exactly what it looked like to you
22 when you examined the site?
23    A.   I'm not clear of what you're
24 saying.
25    Q.   Well, you said it was about the

96

REED MOSHER
1
2  width of the barge but you did not take
3  measurements.
4     A.   Right.
5     Q.   So I don't know if the barge
6  carried through parts of the wall to the side
7  or not.
8     A.   Yeah.  It is actually a picture
9  of -- there is a picture of it.  And actually
10 the barge is in place in the wall.
11    Q.   Stuck like a cork?
12    A.   Yeah.
13    Q.   And where is the picture?
14    A.   I am not sure if it's in our
15 report or not, but it is one that I've seen in
16 other reports.  I think it is actually in -- I
17 believe it is in Dr. Bea's expert witness
18 report.
19    Q.   Do you know whether anyone
20 examined the area underneath -- right
21 underneath the impact of the barge to see
22 whether the force of the barge had created a
23 gap between the canal side soil and the
24 T-wall?
25    A.   I don't know if anyone did.

97

REED MOSHER
1
2     Q.   Would you expect that it would?
3     A.   With a -- right below it, I
4  would expect there might be some, because
5  there -- I mean, it deformed the wall enough,
6  in cutting through it, there would be some
7  movement.  It probably wouldn't be very deep,
8  but it would be some immediately...
9     Q.   Okay.  Why do you say it would
10 not have been very deep, or is it just that it
11 possibly might not have been very deep?
12    A.   Possibly might not have been
13 very deep.
14    Q.   Again, do you know of anybody
15 who -- I gather, since you don't know if
16 anybody looked at it, you don't know if
17 anybody measured its depth?
18    A.   No, I don't.
19    Q.   What is the amount of a gap?
20 What's the minimum size of a gap that is going
21 to cause the problem you described as
22 splitting the levee in two, creating
23 hydrostatic pressure on the wall, and making
24 it easier to lean over and fall?
25    A.   I can't necessarily give you a

25 (Pages 94 to 97)

98

REED MOSHER

1  minimum gap, but it can be very small.  I
2  mean, even an inch of displacement at the top
3  of the wall with a gap between would lead to
4  that, the beginning of hydrostatic cracking
5  down the wall.
6      Q.    Now, were there any other barges
7  in the Katrina event in the New Orleans area
8  that hit walls as opposed to hitting
9  embankments?
10     A.    Not that I know of.  I'm trying
11  to think.  The one that -- on the MRGO was the
12  most prominent one that I remember.  Other
13  ones may have hit but gone by or whatever, but
14  we didn't see much damage to walls due to
15  something striking them.
16     Q.    In your IPET report, is it
17  generally correct to say that you only found
18  one example of a wall that failed or a breach
19  that was made prior to overtopping?
20         MR. LEVINE:  Objection.  Are you
21         talking about just Volume V or the
22         whole IPET report?
23         MR. SEYMOUR:  Volume V is fine.
24         MR. LEVINE:  All right.  Go

99

REED MOSHER

1  ahead.
2         THE WITNESS:  Would you clarify
3         that a little bit?
4  BY MR. SEYMOUR:
5      Q.    Do you know today of any breach
6  in any of the walls in the New Orleans area as
7  a result of Katrina that occurred prior to
8  overtopping, except for the north breach that
9  you have already testified about?
10     A.    Prior to the overtopping?  Yes.
11  I believe that -- well, 17th Street occurred
12  prior to overtopping.  London Avenue, two
13  breaches along London Avenue occurred prior to
14  overtopping.
15     Q.    Are there any others?
16     A.    Those, I believe, are the -- the
17  ones that we -- that we stated in the IPET
18  report happened prior to overtopping.
19     Q.    Do you remember asserting in the
20  IPET report that the north breach on the east
21  side of the Inner Harbor Navigation Canal was
22  the only breach that occurred prior to
23  overtopping?
24     A.    No.

100

REED MOSHER

1      Q.    Do you remember testifying to
2  that in your depositions?
3      A.    No.
4      Q.    Do you remember --
5      A.    But that could have been because
6  I wasn't asked about those because it may have
7  been in that deposition selective to just the
8  MRGO litigation.
9      Q.    Well, the deposition will speak
10  for itself, but do you remember testifying to
11  that effect during the Robinson trial, that
12  except for the north breach, all breaches were
13  preceded by overtopping?
14     A.    I don't remember testifying to
15  that.  It is a -- it is a condition.
16         MR. SEYMOUR:  I am sorry.  I
17         couldn't hear the last part of your
18         statement.
19         MR. LEVINE:  I'm going to object
20         generally because he didn't testify
21         regarding the IHNC breaches at the
22         Robinson trial.
23         THE WITNESS:  And I think it's
24         clear in our report that we cite that

101

REED MOSHER

1  there were four breaches that occurred
2  prior to water reaching the top of the
3  wall.
4  BY MR. SEYMOUR:
5      Q.    You mentioned that there were
6  three foundation breaches, and one that was
7  caused -- the one that was the north breach.
8      A.    Uh-huh.
9      Q.    Where were those foundation
10  breaches?
11     A.    The ones that are -- the ones
12  were 17th Street, two on London Avenue, and
13  the north breach.  That's four.
14     Q.    And the 17th Street and London
15  Avenue Canals are both breaches where you
16  testified that barges also hit?
17     A.    The barges hit, no?  The barges
18  didn't hit those.
19     Q.    Okay.  Let me -- let me go back
20  in my notes because I may have taken something
21  down wrongly.
22     A.    I mean, those -- that's very
23  contradictory to what's in the report.  All of
24  those breaches occurred due to foundation

26 (Pages 98 to 101)

102

REED MOSHER

1   failures prior to water reaching the top of
2   the walls.  And they all --
3
4        Q.    Your recollection is correct,
5   and mine is wrong.
6        A.    And they all --
7        Q.    It was a gap in --
8        A.    And they all show where a crack
9   formed behind the walls without any barge
10  hitting it.
11       Q.    A crack formed, you mean on the
12  protected side?
13       A.    No.  A crack formed on the canal
14  side of the wall.
15       Q.    But the wall did not fail?
16       A.    No, the walls did fail at those
17  locations, but there are also examples where
18  they didn't fail.
19       Q.    So the existence of a gap does
20  not necessarily doom the wall.  Something more
21  might be needed?
22       A.    Yes, uh-huh.  It's a piece.
23       Q.    Did you ever have occasion to
24  review the deposition testimony of a gentleman
25  by the name of William Villabezo?

103

REED MOSHER

1
2        A.    No.
3        Q.    I represent to you that he said
4   that he saw a large object in the canal, and
5   that he turned away for a moment and he heard
6   a large crack -- or a large sound -- I won't
7   -- I don't want to characterize the sound --
8   and he turned back and the barge was right
9   there and he saw the breach.
10            MR. RAFFMAN:  Objection to the
11        characterization or mischaracterization
12        of Mr. Villabezo's testimony.  You may
13        continue.
14  BY MR. SEYMOUR:
15       Q.    Do you remember ever hearing
16  anything about that?
17       A.    No.
18       Q.    If you had learned of anything
19  like that, would you have considered that
20  important to your investigation?
21            MR. LEVINE:  Objection.  Calls
22        for a hypothetical.
23            MR. RAFFMAN:  Same objection.
24            MR. LEVINE:  You may answer.
25            THE WITNESS:  It would have been

104

REED MOSHER

1
2   some of the things that we were
3   invest -- would have investigated and
4   looked at, but it has to stand up
5   against the other evidence.
6            We had other eyewitnesses, a lot
7   in some of the other locations, and
8   saying that they saw water and waves
9   coming over the 17th Street wall and
10  things like that.  It was difficult to
11  substantiate their -- what they had
12  seen based on the other evidence that
13  was in the -- that was provided with
14  the actual physical evidence there.
15  BY MR. SEYMOUR:
16       Q.    Were you aware of eyewitnesses
17  within The Lower Ninth Ward that said that
18  there was no water coming over the wall of the
19  south breach before the wall failed?
20            MR. RAFFMAN:  Same objection.
21            THE WITNESS:  I'm not aware of
22        that.  I do believe that probably there
23        was water in the neighborhood and was
24        getting close to that area prior to
25        that breaching coming from the north

105

REED MOSHER

1
2   breach because...
3   BY MR. SEYMOUR:
4        Q.    If you had heard of eyewitnesses
5   who did not see the overtopping before the
6   failure of the south breach, would you have
7   considered that important to your
8   investigation?
9            MR. LEVINE:  Objection.  Calls
10        for a hypothetical.
11            You can answer.
12            THE WITNESS:  Okay.
13            It would have been important,
14        but our -- in our assessment of it, it
15        only took about fifteen minutes of
16        water flowing over the top of the wall
17        to cause it to occur.  So there --
18  BY MR. SEYMOUR:
19       Q.    The south breach?
20       A.    The south breach.
21            And so, during that short period of
22  time, people may have seen water coming over
23  the -- not coming over the wall until it got
24  almost -- you know, it would have been a very
25  short period of time of water flowing over it

27 (Pages 102 to 105)

106

REED MOSHER

1  before it would have looked like it was
2  failing.
3         And once it starts to fail, the
4  wall leans and it shoots water out, so it
5  would -- it would be very hard to distinguish
6  that you had a wall there as it was breaching.
7         And I don't think too many people
8  were around at that time because water was
9  going -- was rising four or five feet an hour
10 -- or four or five feet in an hour's time at
11 that location.  I mean, it flooded it and --
12 and just washed those houses out in a very
13 short period of time.  It may have been a half
14 an hour max for -- before you got complete
15 failure.
16       Q.     Do I understand you rightly to
17 say that the south breach may have occurred
18 before any overtopping?  That the overtopping
19 occurred after the wall was already leaning?
20       A.     No.  What I would have said,
21 that it would have taken just a little bit of
22 overtopping to start the wall to -- you know,
23 a very -- little bit in terms of time, but a
24 tremendous amount of water would have gone

107

REED MOSHER

1  over to cause that.  But it didn't take very
2  long for it to take place before the wall
3  would start leaning and more water would start
4  rushing over it.
5        Q.     Now, you testified that the --
6  you did calculations with respect to the north
7  breach and found that the factor of safety
8  went below one at about the eleven feet level;
9  is that correct?
10       A.     Approximately, yes.
11       Q.     And did you do similar
12 calculations with respect to the south breach?
13       A.     Yes.
14       Q.     And what was the water elevation
15 that would cause that particular problem?
16       A.     To go close to one, it had to be
17 above the top of the wall.
18       Q.     Above the top of the wall?
19       A.     Right.
20       Q.     And what was the elevation at
21 the top of the wall?
22       A.     Around twelve-and-a-half feet.
23       Q.     So an extra -- so at eleven
24 feet, that wall would have been safe?

108

REED MOSHER

1        A.     Uh-huh.  And that water to the
2  top of the wall would have been safe.
3        Q.     Now, what was the factor of
4  safety -- do you have anything in this
5  Appendix 11 or Report V that tells what the
6  factor of safety was for the wall at the north
7  breach at nine feet?
8        A.     I believe we did look at several
9  different elevations along there, what the
10 factor of safety was.  I would have to look at
11 it in a little more detail to pick that out.
12 I don't -- I can't pick it out right now, but
13 we did look at several different locations.
14       Q.     You spent a --
15       A.     A lot of them.
16       Q.     You spent a fair amount of time
17 looking at the chart on page V-11-26.  It's
18 called figure 11-12.  Does that give you the
19 answer?
20       A.     This one here?  No.  It doesn't
21 have -- that just gives you the soil
22 stratification.
23       Q.     Okay.  At what point in the
24 Inner Harbor Navigation Canal is this data

109

REED MOSHER

1  for?
2        A.     This is for the centerline along
3  the toe of the structure and...
4        Q.     The centerline of the toe and
5  not the levee?
6        A.     Excuse me.  The center -- I'm
7  sorry.  The centerline of the levee.  The next
8  one, 13, gives you the toe, the shear strength
9  of the toe.  You need to have both of those.
10       Q.     And which -- go ahead.
11       A.     And this is the composite
12 strength that we have that we used along that
13 area.  What we would do is, these elevations
14 for the different layers may change a little
15 bit, but the strengths that we have for each
16 of those layers would -- we would use the
17 same.
18       And for the clay layer, that one --
19 the strength of that one for the
20 interdiscipline is something that depends on
21 what is the weight above the soil.  So you
22 find that the shear strength of -- depending
23 on how much weight is above it, you calculate
24 what the shear strength would be, so, you

28 (Pages 106 to 109)

110

1    REED MOSHER
2    know, depending on how thick the levee was in
3    the marsh layers at each of these locations,
4    the one at the south breach.
5        So you have some different profiles
6    of the soil here.  Let me look at these.  If
7    you look at page 19.  Excuse me.  Figure 19,
8    page V-11-13.  Oh, V-11-31.  Sorry.  Figure 9
9    -- Figure 11-19, and that gives the two
10   profiles that we use for the soil stability
11   analysis for the north breach and the south
12   breach; 18 being the north breach, 19 being
13   the south breach.
14       Q.    I have to confess that I have
15   never studied geotechnical engineering, so I
16   am not even sure, looking at the top figure
17   for the north breach or the bottom figure for
18   the south breach, where the top of the
19   floodwall is.  Is it shown on here?
20       A.    Yes.
21       Q.    Because there seems to be an
22   elevation of zero feet.  And right above that
23   there is a line, but that's --
24       A.    There -- you can actually see
25   it's marked.  There is a top of the floodwall

111

1    REED MOSHER
2    at elevation 12.5.  And that's in the figure
3    18.  And then you -- also 19 you see that it
4    also has a line drawn to it that says top of
5    -- top of wall elevation 12.5.
6        Q.    Is this related to the factor of
7    safety at different water heights?
8        A.    This -- is no.  What this --
9        Q.    I understand it's loosely
10   related, but is there something that I can --
11       A.    Yeah.  Yeah.  I mean, all of the
12   -- beyond this, you'll see there is a series
13   of calculation -- results of calculations of
14   factors of safety.  That's -- and these
15   profiles come from that area, from these
16   profiles here, to do those calculations.
17       Q.    Are the types of information
18   that I've been asking about in the little hard
19   to read grid boxes in the -- towards the upper
20   right of each of these tables?
21       A.    Uh-huh.  It has the different
22   strength of the soils, unit weights, shear
23   strength.
24       Q.    Okay.  So --
25       A.    And provided in -- in there is

112

1    REED MOSHER
2    kind of a summary of those.
3        Q.    Okay.  I see on page V-11-32,
4    figure 11-20, which seems to be the first of
5    this set, calculations for canal water level
6    equals ten feet with a crack.
7        A.    Uh-huh.
8        Q.    Could you say yes or no.
9        A.    Yes.  That's -- that's what I
10   think is...uh-huh.
11       Q.    And then on the next page it
12   goes to ten-and-a-half feet with a crack, and
13   then at the bottom ten-and-a-half feet without
14   a crack.
15       A.    Uh-huh.
16       Q.    Then 11.2 feet with a crack, and
17   twelve-and-a-half feet with a crack.  Is there
18   anywhere that has got the starting stage, nine
19   feet, no crack?
20       A.    I don't see one of those in
21   here.  We didn't present one of those.
22       Q.    Isn't it a fact that your team
23   concluded, at least by the time of the expert
24   reports, your team and then the Corps of
25   Engineers concluded that the breach occurred

113

1    REED MOSHER
2    at the ninth water level for the north breach?
3        MR. LEVINE:  Objection.  By
4    expert reports, are you talking about
5    IPET?
6        MR. SEYMOUR:  The December 2008
7    expert reports --
8        MR. LEVINE:  Okay.
9        MR. SEYMOUR:  -- that were
10   turned in at the same time as
11   Dr. Mosher's report.
12       THE WITNESS:  I can't speak to
13   that.  There was -- I think even in
14   here we state that the -- as 11. -- we
15   say 11.1 or something like that.  That
16   may change some due to any wave action.
17       If you have seen the -- the
18   video that CNN and others have done due
19   to Gustav in the canal area, it's easy
20   to see that there would be -- there's a
21   possibility of having a couple feet of
22   waves taking place.
23       That additional wave on top of
24   nine feet could be -- get us at close
25   to eleven feet and could be the -- enough to

29 (Pages 110 to 113)

114

```
1            REED MOSHER
2    cause that to occur.
3           So we were looking at the
4    static.  We didn't consider the wave
5    part of it.  The waves could be the
6    difference between what we have and
7    what the nine foot would be.
8    BY MR. SEYMOUR:
9       Q.    Dr. Mosher, didn't you
10   previously conclude that the waves were not a
11   big factor?
12          MR. RAFFMAN:  Objection.
13          THE WITNESS:  Well, a factor as
14          far as the dynamic load on the
15          structure, but it could be in the
16          static water -- water pressure.
17   BY MR. SEYMOUR:
18      Q.    Please explain.
19      A.    The part of the -- that we
20   didn't conclude was that we had large enough
21   waves breaking against the structure that add
22   additional hydrodynamic loads to the
23   structure.
24          But what waves can do is they
25   can actually increase the static, the
```

115

```
1            REED MOSHER
2    hydrostatic water pressure, because
3    they are like in a bathtub shaking back
4    and forth, the waves will rise -- will
5    actually lift the water, the static
6    level of the water.
7    BY MR. SEYMOUR:
8       Q.    So the waves could cause a crack
9    even if the water level doesn't cause a crack,
10   would that be right?
11      A.    If the waves would be enough to
12   cause the water to go up above that level to
13   cause a crack, they could actually initiate
14   the crack, uh-huh.
15      Q.    Did you estimate the weight of
16   the waves that would cause a crack at the
17   north breach?
18      A.    I don't think we have to
19   estimate the weight of it.  You can just look
20   at the height that would take place.  I mean,
21   we --
22      Q.    No, no, but did you -- did you
23   calculate the amount of force on the wall
24   created by a wave?
25      A.    Calculate?  No, we didn't, not
```

116

```
1            REED MOSHER
2    from a -- either from a static standpoint, or
3    hydrostatic, or from a hydrodynamic
4    standpoint?
5       Q.    Either, either way.
6       A.    We did look at what the
7    hydrodynamic parts of it was, and concluded
8    that they were not substantially different
9    than what would be caused by the static --
10   static change in the water height.
11      Q.    So a three foot wave would be
12   the same as a three foot raise in surge?
13      A.    Yeah, or there wasn't a dramatic
14   difference between that, in that they -- I
15   mean, what -- what happens is, if you have a
16   wave that's breaking and it's slapping against
17   the wall, you get a -- you get a higher force
18   higher than the wall.
19          When you have a wave that's just
20   sloshing up and down, you get more of a --
21   just an increase in the hydrostatic pressure.
22      Q.    Well, a wave that's sloshing
23   presents a push on the wall, doesn't it?
24      A.    But it's equivalent -- roughly
25   equivalent to its static increase in height.
```

117

```
1            REED MOSHER
2    So what -- you have a two-foot increase, and
3    it ends up as being, two times the unit weight
4    of water is the increased push on the wall.
5       Q.    What was the height of the waves
6    when the water was at nine feet in the canal?
7       A.    I really don't know, but we
8    could see from Gustav it could be a couple
9    feet.
10      Q.    Did you ever do a comparison of
11   the momentum of the barge pressing against the
12   wall versus a wave pressing against the wall?
13      A.    No.
14          MR. RAFFMAN:  Objection.
15          Well --
16   BY MR. SEYMOUR:
17      Q.    Why?
18      A.    Because at that point we had
19   concluded that -- that there were other causes
20   to the failure of the walls other than the
21   barge, and didn't feel that that was a
22   potential cause for the failure of the walls.
23   They would have failed otherwise.
24      Q.    Isn't it true that when a wall
25   fails, it fails as a result of the cumulative
```

**118**

REED MOSHER

1
2 forces of all the pressures that are brought
3 to bear upon it at that time?
4      A.   I would, in general terms, say
5 that a failure of the wall is due to the fact
6 that the resistance forces cannot withstand
7 the driving forces at that -- at that time.
8           Now, there can be times when the
9 loads are of such short duration that they
10 don't show up as being a major driving force,
11 they're so short that the soil of the wall
12 cannot respond to them.
13      Q.    What are the dimensions of the
14 barge?
15      A.   I think these are -- I don't
16 know exactly what the dimensions of that barge
17 was.
18      Q.    Did you ever calculate or become
19 aware of the calculation of the weight of the
20 barge?
21      A.   At one time I -- I did, and I
22 was aware of the calculation of what the
23 potential velocity was, and due to the wind
24 driving it with a certain amount of weight --
25 of distance out of the wall, but I can't

**119**

1           REED MOSHER
2 remember what that -- what those were.
3      Q.    If the barge did hit the wall at
4 the north breach, with all of its mass and
5 momentum, would that have been part of any
6 force against the wall?
7      A.   Uh-huh.
8           MR. LEVINE:  Objection.  Calls
9      for a hypothetical.
10          MR. RAFFMAN:  I'll make an
11     objection, too.  If you now changed
12     your mind and you want Mr. Mosher --
13     Dr. Mosher's expert testimony, you
14     know, I guess, fair is fair.
15          MR. SEYMOUR:  I have to respond
16     to the -- well, let me -- let me ask
17     the question first, because we can
18     shorten this a great deal if Dr. Mosher
19     would be testifying live at trial.
20          Do you intend to use this
21     deposition as a trial deposition?
22          MR. RAFFMAN:  That may very well
23     be.
24          MR. SEYMOUR:  Then subject to my
25     objection, and equally subject to it

**120**

1           REED MOSHER
2 being stricken by the Court in light of
3 that objection, I'd ask you to answer
4 my question.
5           THE WITNESS:  Okay.  Would you
6 please repeat it since we've had
7 some...
8           MR. SEYMOUR:  Reporter, please
9 read the question back.
10          (Above-requested testimony was
11 read back by reporter.)
12          THE WITNESS:  Yes, I would say
13 it would have been.  And we do see
14 evidence of something striking the wall
15 in the southern part of it.  It's quite
16 high up and it did do some damage to
17 the wall.  I mean we saw pictures of
18 that.  So it did -- you know, if it
19 struck it, it would do some damage to
20 the wall.
21          MR. RAFFMAN:  I just want to
22 make sure that the question was clear
23 that he's talking about the north
24 breach and not the south breach.
25          THE WITNESS:  Are you talking

**121**

1           REED MOSHER
2 about the north breach?
3           MR. SEYMOUR:  North breach.
4           THE WITNESS:  Oh.  Oh, okay.
5 Sorry.
6           MR. SEYMOUR:  These are all
7 north breach questions.
8           THE WITNESS:  Well, then, I
9 don't believe the barge had any impact
10 on what took place at the north breach.
11 BY MR. SEYMOUR:
12      Q.    My question was, if the barge
13 hit the wall at the point of the north breach,
14 would it -- would it have exerted force
15 against the wall?
16          MR. LEVINE:  Objection.
17 Incomplete hypothetical.
18          MR. RAFFMAN:  Same objection.
19          THE WITNESS:  If it did hit it,
20 it would depart some force on the wall.
21 Yeah, I mean, you hit it -- if the
22 barge hits it, it applies some load to
23 the wall.
24 BY MR. SEYMOUR:
25      Q.    And if the barge hits the wall

31 (Pages 118 to 121)

**122**

```
 1           REED MOSHER
 2  other than straight on, if it hits at an
 3  angle, wouldn't all the force be concentrated
 4  at the point of impact?
 5       MR. RAFFMAN:  Same objection.
 6       THE WITNESS:  Okay.  There is a
 7  piece of that.  I have actually studied
 8  some of this, so -- barges running into
 9  walls, okay.
10       It's a -- it's a part of a load,
11  but it -- when it hits it at an angle,
12  it only receives part of a load.  It's
13  a scraping along there.  And you have
14  to measure the duration it takes.
15       Usually when they hit a wall,
16  like a barge like that, it hits,
17  impact, and bounces off.  And so the
18  load?  The force has to be the pressure
19  versus the time.
20       So it isn't actually the whole
21  weight of the barge striking the wall.
22  It's actually a striking blow that
23  scratches across it and imparts during
24  that period of time.
25       It may only be a few seconds
```

**123**

```
 1           REED MOSHER
 2  that it actually strikes the wall, and
 3  that may not be sufficient to cause a
 4  crack or a failure of the wall.
 5  BY MR. SEYMOUR:
 6       Q.   Doctor, I want to be clear.  I
 7  am talking about not the barge coming up
 8  against the wall the way that a boat eases up
 9  to a dock.
10       A.   No, no, I would say the corner
11  of a barge striking the wall.
12       Q.   The corner of a barge striking
13  the wall dead on.
14       A.   Well, you said at an angle.
15       Q.   At an angle, but that angle
16  strikes the wall dead on.  It doesn't just
17  scrape gently along, but striking the wall
18  dead on but with --
19       A.   Yeah, but you're doing dead
20  on --
21       Q.   -- the corner.  The corner of
22  the barge --
23       A.   Fine.  Then that's --
24       Q.   -- is hitting the wall.
25       A.   Uh-huh.
```

**124**

```
 1           REED MOSHER
 2       Q.   The corner is coming at the wall
 3  perpendicular to the wall.
 4       A.   Uh-huh.
 5       Q.   Is it going to impart all of its
 6  force at the point of impact?  That's basic
 7  engineering, isn't it?
 8       A.   No, actually, because you
 9  have -- it's a -- the force applied is due to
10  the velocity.  I would say part of the
11  velocity is going along the edge of the wall
12  and part of it is going perpendicular to the
13  wall.
14       So you don't get the full -- it
15  isn't the same as having the barge hit dead
16  center of the wall where you have the whole
17  front of the wall striking it.  There is a
18  reduction because it's hit at an angle.  And
19  whatever that angle is, you have to look at
20  that part of it.
21       Q.   My question did not assume that
22  there was any north-south movement of the
23  barge.  We can get into that in a moment.
24       But I would like you to answer my
25  question directly.  If the barge is coming
```

**125**

```
 1           REED MOSHER
 2  straight at the wall and hits the wall with an
 3  angle, isn't it true that the entire impact of
 4  the barge, the entire momentum of the barge is
 5  expended upon that one small piece of the
 6  wall?
 7       MR. RAFFMAN:  I'll -- objection
 8  to the hypothetical.
 9       MR. LEVINE:  I am going to
10  object to the form, because you just
11  said that the barge hits the wall
12  straight in the wall and then at some
13  angle.  That's --
14       THE WITNESS:  That's
15  contradictory.  The question doesn't --
16       MR. SEYMOUR:  The corner of the
17  barge hits the wall straight on.  I'm
18  trying to make it as clear as I
19  possibly can, and I appreciate anything
20  that you can do to help make it
21  clearer.  But I have a clear question
22  in my mind, and I may need your help to
23  express it clearly, but I need to have
24  a clear answer to...
25       THE WITNESS:  The part -- I
```

32 (Pages 122 to 125)

126

REED MOSHER

1
2  would say the problem that we have with
3  the question is first you say hit it
4  straight on and then you say at an
5  angle.
6      Okay.  If it is coming in
7  perpendicular to the wall where you
8  would have the -- I mean the only way
9  that can actually happen is if the full
10  front of the wall -- the full front of
11  the barge hits the wall, unless it has
12  some protrusions out in front of it.
13  BY MR. SEYMOUR:
14      Q.    Let me try another time.
15      A.    Okay.
16      Q.    We're talking about -- forget
17  about angles.  We're talking about the corner
18  of the barge.  So the barge is not at a right
19  angle to the wall, but the corner of the
20  barge, the path that that corner takes going
21  across the canal and hitting the wall is at
22  right angles to the wall.  Is that -- is that
23  a clear concept?
24      A.    Okay.  If the motion of the
25  barge is perpendicular to the wall, then that

127

REED MOSHER

1
2  could be the case, and then it would impart --
3  whatever the weight of the barge plus its
4  velocity at the time would be the force, but
5  it would have to be traveling perpendicular to
6  the wall.
7      Q.    And that would be a large force
8  in relationship to the water, wouldn't it?
9      MR. LEVINE:  Objection to this
10  hypothetical.
11      MR. RAFFMAN:  Object to the
12  hypothetical.  Again, it's absolutely
13  inconsistent with what the plaintiffs'
14  own experts testified.  I guess you can
15  ask away.
16      MR. SEYMOUR:  I would like the
17  opportunity, yes, without commentary.
18  BY MR. SEYMOUR:
19      Q.    Please.
20      A.    Okay.  You would have to compare
21  that width, okay, with the weight across the
22  section of the wall, whatever the monolith
23  distance is, because what would be resisting
24  that would be -- what you're looking at is a
25  point load applied to the structure versus a

128

REED MOSHER

1
2  surface load and across whatever distance the
3  monoliths say.
4      And what would be -- it could be
5  greater than the water load or it could be
6  somewhere close to what the water load would
7  be.  At that particular point, it's going to
8  be much higher than any water load at that
9  point.  That's why we don't see water punching
10  through a wall where you might see the
11  structure punching through the wall.
12      But to provide what resistance
13  would be developed by the wall, you would have
14  to go and look at all the -- you would have to
15  look at it in a three-D nature, not just a
16  cross-section.
17      Q.    Is it correct that the final
18  IPET study stated that if the barge had hit
19  the wall at either point, it would have had a
20  considerable -- it would have added
21  considerably to the impact of the water?
22      A.    Could be.  I can't answer to
23  that.  That was not my statement, if it was
24  made.
25      Q.    Now --

129

REED MOSHER

1
2      A.    In -- in general terms, I would
3  think that, you know, the wall would not do a
4  very good job of resisting the barge.
5      Q.    And the barge could then open up
6  a crack and cause the hydrostatic pressure and
7  the division of the strength of the levee in
8  two, as you described?
9      A.    I wouldn't think it would be the
10  cause of the -- what we're talking about -- a
11  crack, the length that we're talking about we
12  saw on the south breach or the north breach.
13      Q.    Going back to the tail of the
14  little touch boy who put his finger in the
15  dike and prevented more erosion and a widening
16  of the dike, isn't it true that when you have
17  a small hole, it tends to become a large hole
18  in these situations?
19      A.    Even generally, if you have a
20  concentration area where water is flowing,
21  like at a transition or something like that,
22  it would cause more erosion at that one
23  location.
24      Q.    That's right.  And that's what
25  the phenomenon of -- in a different context --

33 (Pages 126 to 129)

130

REED MOSHER

1   piping is all about, isn't it?  You have some
2   water that's coming through the foundation and
3   it erodes away the foundation and it goes up
4   into the levee and erodes away the fill
5   inside?
6       A.   Generally what would happen with
7   piping, to clarify it a little bit so I can
8   answer it, is that you will have on the
9   protected side water causing the soil to move
10  and it will start actually transmitting that
11  soil out to the protective side and then keep
12  eroding back through the levee to cause loss
13  of that material in the levee.
14      Q.    Now, if the barge did knock a
15  hole in the north breach, would you be able to
16  see anything different in terms of the
17  physical evidence other than what you did see?
18      MR. LEVINE:  Objection.
19  Hypothetical.  Vague.  Go ahead and
20  answer.
21      THE WITNESS:  Possibly.  You
22  know, some of the things that we saw,
23  the large movement of a wall, the
24  cracks that extended below where the

131

REED MOSHER

1   actual failure was, I would have
2   thought if the barge had hit at that
3   location, we wouldn't have seen that.
4   BY MR. SEYMOUR:
5       Q.    Are you aware of eyewitness
6   testimony saying that -- we're talking about
7   the south breach again now.  My question was
8   the north breach, but --
9       A.   I know.
10      Q.    -- could you...
11          Was your answer as to the north
12  breach or was it --
13      A.   My answer was to the north
14  breach.
15      Q.   Okay.
16      A.   Yeah.
17      Q.   Going over to the south
18  breach -- let me stay -- I withdraw that.  Let
19  me stay on the north breach for just a second.
20          If I recall your testimony
21  correctly at the beginning of the deposition,
22  you said that there was three feet less of
23  supporting soil on the protected side than had
24  been called for in the design.

132

REED MOSHER

1       A.   Uh-huh, that's correct.
2       Q.   What happened to it?
3       A.   Well, I don't know, okay.  It
4   could be -- I mean, some of the possibilities
5   of it is that they didn't account for that and
6   actually make measurements at that time in
7   that area or there has been -- well, that's
8   the only thing I can think of because it --
9   it's consistent for the whole area.
10          That whole part of the
11  neighborhood, including that, slopes down from
12  what would be the barracks back towards
13  Florida Avenue.  So I believe it was an
14  oversight in the design.
15      Q.    And isn't it also true that the
16  height of the levee walls on the east bank of
17  the Inner Harbor Navigation Canal were not
18  their design height?  At the time of Katrina,
19  they were not their design height?
20      A.   Yeah, they were not.  They were
21  not what was specified as the design height.
22      Q.    You testified very near the
23  beginning of your deposition that part of the
24  Corps of Engineers' responsibility was to

133

REED MOSHER

1   regulate and certify levees that are built by
2   others; is that correct?
3       A.   I believe that is part of that,
4   yes, if they're part of the federal.
5       Q.    And does part of that involve
6   inspection?
7       A.   Yes.
8       Q.    Does the Corps inspect its own
9   levees?
10      A.   I can't answer that.  I believe
11  they do, but I'm not involved in that.
12      Q.    Did you look at any inspection
13  reports for the Inner Harbor Navigation Canal
14  at the points of either the north or the south
15  breaches?
16      A.   I believe we did look at them.
17  I didn't -- I -- I don't remember the details
18  of that.  We do have the copy of a -- what
19  inspection reports were done for the New
20  Orleans district.  Early on, people had --
21  that looked at those reports felt that they
22  were less than satisfactory --
23      Q.   How so?
24      A.   -- as far as --

34 (Pages 130 to 133)

134

REED MOSHER

1
2      Well, they didn't have as much
3  detail of what the inspections were.  They
4  looked like they were a field trip and not...
5      Q.   I couldn't hear.
6      A.   That they were a field trip and
7  not a detailed inspection.
8      Q.   Did these inspection reports
9  include the actual height of the levee?
10     A.   No, they didn't.
11     Q.   Did they include an examination
12 of whether the designed soil level on the
13 protected side was present?
14     A.   No, they didn't.  They used what
15 was in the documentation, but they didn't
16 include a separate survey.  They didn't
17 include a new survey of this.
18     Q.   Prior to Katrina, what is the
19 last most recent ground level survey that was
20 done of the east wall of the Inner Harbor
21 Navigation Canal?
22     A.   I can't -- I don't remember that
23 offhand.
24     Q.   Do you remember if one was done
25 after its construction?

135

REED MOSHER

1
2      A.   There were surveys that -- that
3  have been done.  And one of the problems with
4  those surveys was the benchmarks were off due
5  to subsidence.  And so one of the problems
6  that we had during the IPET study was that the
7  surveys, even if they are done, they were
8  inaccurate -- inaccurate because of problems
9  with the benchmarks, meaning that -- that the
10 data was incorrect.
11     Q.   How long has subsidence been
12 known to be a problem with respect to levees?
13     A.   I would say there was a letter,
14 it's called the Chattery letter, identifying
15 that there was -- he was the chief of
16 engineering for the New Orleans district, and
17 he sent a letter saying that there is a
18 problem with the survey.
19     Q.   Do you know about when?
20     A.   It was either the late -- late
21 '70s or early '80s when that was -- that
22 statement was made, that letter was sent.  It
23 is in the IPET report, and there is a whole
24 section in the IPET report on the geodetic
25 surveys and the benchmarking.

136

REED MOSHER

1
2      Q.   Is that one of the appendices to
3  Volume V?
4      A.   No.  It's a separate volume.  I
5  think it's Volume II.  I would have to look to
6  make sure.
7      I can tell you right off.  I
8  believe it's Volume II, but...
9      Yes, it's Volume II.  It's called
10 the "Geodetic Vertical and Water Level
11 Datums."
12     Q.   Is there a date on that
13 reference?
14     A.   Well, this is -- you'll see
15 this, it's -- this is in Deposition Exhibit 4.
16 It has each of the volumes for the IPET report
17 in there and it actually has that information.
18     Q.   If you tell me what page you're
19 looking on, then I can --
20     A.   1-15.
21     Q.   Okay.  That's a general
22 description of Volume II there.
23     A.   Yes.
24     Q.   Okay.  I do not have a copy of
25 it, but I have on my screen Volume II of the

137

REED MOSHER

1
2  report.  And if you would like to look at it,
3  you're certainly welcome to.  I can blow it up
4  to make it easier to read.  But I thought I
5  would just read it out loud and if counsel
6  wants to come around and make sure that I'm
7  reading it accurately, you're welcome to.
8      MR. RAFFMAN:  I think I might.
9      MR. LEVINE:  You're asking him
10 about Volume II of the IPET report?
11     MR. SEYMOUR:  That's right.
12     MR. LEVINE:  Okay.
13 BY MR. SEYMOUR:
14     Q.   This is on V-104, again, it's
15 right below figure V-80, status of efforts
16 remaining.
17     MR. LEVINE:  Wait.  You are
18 talking about V?
19     MR. SEYMOUR:  I'm talking about
20 Volume II, and they've numbered the
21 page V-104, which is -- Part V is this
22 whole --
23     MR. LEVINE:  Should it have been
24 a number to 104?
25     MR. RAFFMAN:  Come over here.

138

REED MOSHER

1
2          MR. LEVINE:  Yeah, I got it.
3   Sorry.
4          MR. RAFFMAN:  I think this may
5   be a preliminary report.  At the bottom
6   it says, "this is a preliminary report
7   subject to revision.  It does not
8   contain final conclusions of the United
9   States Army Corps of Engineers."
10         MR. LEVINE:  Can you see what
11  draft version we're looking at because
12  there are multiple versions?
13         MR. SEYMOUR:  It does not state
14  "Draft Version" at the top of it.
15         MR. LEVINE:  All the way at the
16  first page.
17         MR. SEYMOUR:  Okay.  Just one
18  moment.
19         MR. LEVINE:  This is the
20  March --
21         MR. SEYMOUR:  10 March 2006.
22         MR. LEVINE:  Right.  It goes --
23         THE WITNESS:  March 2006.
24         MR. SEYMOUR:  But it says,
25  "Final Draft, Subject to Revisions,"

139

REED MOSHER

1
2   so...
3          THE WITNESS:  Yeah, but it's --
4   but it wasn't even the volume -- it
5   wasn't even January -- excuse me --
6   June 1, 2006, so it's back in March.
7   That's a pretty old one.
8          MR. SEYMOUR:  Okay.
9          MR. LEVINE:  Just so the record
10  is clear, I mean there has been
11  multiple iterations of the IPET report
12  and that, to my knowledge, is not the
13  final version of it.
14  BY MR. SEYMOUR:
15      Q.    I mean, the language, however,
16  says, "Although it has been demonstrated" -- I
17  quote, "Although it has been demonstrated that
18  the barge terminal momentum and energy could
19  have been considerable and thus possible
20  contributors to the levee failure at the Lower
21  Ninth Ward, this is not evidence that the
22  barge did contribute to the failure," with the
23  word did underscored, "thus, it is recommended
24  that other types of forensic evidence be
25  sought, including indications of whether

140

REED MOSHER

1
2   evidence of substantial impact of the
3   floodwalls was present on the barge and as
4   much as possible about the mooring arrangement
5   and conditions of the mooring lines after
6   levee failure.  Other types of forensic
7   evidence may also be available."
8          Were you aware that that paragraph
9   was in Volume II?
10         MR. LEVINE:  Wait a minute.  I
11  just want to make an objection that
12  that might not be from Volume II.
13  That's listed from page V-104 of a
14  March 2006 draft of the IPET report, so
15  I don't know what that document --
16         MR. SEYMOUR:  I'll also modify
17  the question.
18         MR. LEVINE:  Yeah.
19         THE WITNESS:  Okay.
20  BY MR. SEYMOUR:
21      Q.    Were you aware that that was in
22  Volume II of the March 10th, 2006 draft?
23         MR. LEVINE:  I'm going to
24  object, I don't even know if that's
25  Volume II.

141

REED MOSHER

1
2          THE WITNESS:  It's not in Volume
3   II.  It would be in Volume -- I am
4   pretty sure it's in Volume IV, the
5   storm.
6          That was a preliminary report
7   and I believe those were -- yes, after
8   that time -- after March 2006, right?
9   Is that what that date was?
10  BY MR. SEYMOUR:
11      Q.    March 10th, 2006.
12      A.    Yes.
13         MR. LEVINE:  Right.
14         THE WITNESS:  After that time
15  was when we discovered the -- some of
16  the clock data and the additional
17  flooding that took place down in that
18  area that -- which led us to the reason
19  why the Ninth -- why the north ward --
20  the north breach occurred.  So, I mean,
21  at that time, we hadn't even had all of
22  the clock survey.
23         That probably was a report that
24  was issued on -- as part of our review
25  with the ASCE, talking and answering

36 (Pages 138 to 141)

142

REED MOSHER

1
2  some of those questions.  So it is by
3  no means a final report.  And -- and
4  there was sufficient -- there was
5  sufficient other data being gathered at
6  that time.
7  BY MR. SEYMOUR:
8      Q.    Well, let me clarify what I said
9  about Volume II.  On the front page it says,
10  "Report II of a series."  So that doesn't make
11  it Volume II.
12     A.    Right.
13     Q.    But, with that clarification,
14  were you aware of that at the time?
15     A.    At the time, probably, yes.  I
16  mean, we had discussions about the barges and
17  things like that, and trying to find out, you
18  know, information about it.
19         That was primarily done by the
20  group that was doing the clock surveys and the
21  other part, trying to find the heights of the
22  water and things like that, and the timing of
23  what took place.
24         MR. LEVINE:  Sorry.
25         THE WITNESS:  So that would have

143

REED MOSHER

1
2  been Bruce Ebersole's and Brian Resio's
3  volume.
4         MR. LEVINE:  Is there a way to
5  get that -- a copy of that so we can
6  attach it to the record?
7         MR. SEYMOUR:  Sure.
8         MR. LEVINE:  Okay.
9         MR. SEYMOUR:  Actually, I can
10  email the front page and that page
11  right now or email the entire document
12  right now, assuming I can get on -- or
13  we can just do it at the lunch break.
14         MR. LEVINE:  Yeah.  Lunch?
15         MR. RAFFMAN:  Whatever is your
16  pleasure.  I'd just assume have you
17  continue your examination and get as
18  far as you can.
19  BY MR. SEYMOUR:
20     Q.    We were talking about the
21  physical evidence at the north breach would
22  have been different if the barge hit, and you
23  had said possibly, and then have you finished
24  talking about what the possible differences
25  might be in physical evidence?  I said not

144

REED MOSHER

1
2  necessarily it would be there, but possibly it
3  would be there.
4      A.    I believe I have.
5      Q.    Then let me ask you the same
6  question with respect to the south breach.
7         Is there any physical evidence that
8  would necessarily be different than what you
9  observed if the barge had hit the south
10  breach?
11     A.    Well --
12     Q.    Let me clarify that question.
13         Would there be any difference in
14  what you had observed if the barge had been a
15  contributing factor to the collapse of the
16  floodwall at the south breach?
17         MR. LEVINE:  Objection.  Calls
18  for a hypothetical.
19         THE WITNESS:  Okay.  I -- yeah,
20  I think there would have been some
21  differences if it had been the primary
22  cause because it would have been a more
23  focused erosion and not -- not as long
24  a trench as we saw.  And based on what
25  I saw as evidence of the -- where the

145

REED MOSHER

1
2  barge -- where they believe the barge
3  hit at the southern part of it, that
4  wall wasn't actually -- where it hit
5  wasn't actually pushed out into the
6  neighborhood like it was farther up
7  on the south breach.
8         And so it's -- you know, it
9  doesn't seem to match up to where the
10  primary damage is versus where the
11  location of where we saw potential
12  damage from a barge hitting it.
13  BY MR. SEYMOUR:
14     Q.    Where were you saying the barge
15  was pushed out in the neighborhood?
16         MR. RAFFMAN:  Objection.  He
17  said the floodwall was pushed in the
18  neighborhood, not the barge.
19         THE WITNESS:  Yeah, I did say
20  the floodwall.
21         MR. SEYMOUR:  I apologize.
22         We have just five minutes left
23  on the tape, so why don't we take a
24  break right now.
25         MR. RAFFMAN:  All right.

37 (Pages 142 to 145)

146

REED MOSHER

1
2   THE VIDEOGRAPHER:  One moment.
3   We're going off the record.  This is
4   the end of videotape number 2.  The
5   time is now 12:22.
6       (Lunch recess.)
7       (Mosher Exhibit No. 5 was marked
8   for identification.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

147

REED MOSHER

1
2   AFTERNOON SESSION
3       THE VIDEOGRAPHER:  We are back
4   on the record.  This is the beginning
5   of videotape number 3.  The time is now
6   1:37.
7   BY MR. SEYMOUR:
8       Q.    Dr. Mosher, when we broke, we
9   were talking about the physical evidence of
10  the south breach.  And you had said that a
11  floodwall was pushed into the neighborhood --
12      **A.    Uh-huh.**
13      Q.    -- which had not occurred like
14  that for the north breach.
15          Are you aware of eyewitness
16  testimony that people heard a scraping sound,
17  loud scraping sounds, prior to the south
18  breach but after the north breach?
19      **A.    I'm aware that they heard
20  sounds.  There are also people who reported
21  things like almost like a popping or shotgun
22  shells going off, things like that, noises
23  coming from the wall, which is not surprising
24  seeing as that the wall, as it was deformed,
25  it was being flexed and the concrete popping**

148

REED MOSHER

1
2   **off the wall as it's being flexed would have
3   been very loud sounds occurring during that
4   time.**
5       Q.    I am specifically asking about
6   scraping sounds and objects scraping against
7   the wall.  Did you hear of such eyewitness
8   testimony?
9       **A.    No, I did not.**
10      Q.    If you had heard of such
11  eyewitness testimony --
12          MS. EL-AMIN:  Objection.
13          Hypothetical.
14          MR. SEYMOUR:  If you would let
15          me get my question out first, I'd
16          appreciate it.
17  BY MR. SEYMOUR:
18      Q.    If you had heard of such
19  eyewitness testimony, would you have
20  considered it important?
21          MS. EL-AMIN:  Objection.
22          Hypothetical.
23          MR. RAFFMAN:  I'll join.
24          THE WITNESS:  Possibly, but, you
25          know, I'm not sure what they -- what

149

REED MOSHER

1
2   was -- when it was.  You know, it would
3   have helped to have a lot more detail
4   to have it be useful.
5   BY MR. SEYMOUR:
6       Q.    Would it be fair to state that
7   the wall of the Inner Harbor Navigation Canal
8   on the east side at the location of the south
9   breach was weakened before Katrina?
10      **A.    Weakened before Katrina.  That's
11  -- I would have to know more what you mean by
12  that.**
13      Q.    Was it at its design elevation?
14      **A.    It was not at its design
15  elevation so it provided less protection than
16  what it was intended in the design.**
17      Q.    How much did it fall short of
18  its design elevation at the point of the
19  breach?
20      **A.    The top of the wall was at 12.5,
21  thereabouts, and it could vary along there,
22  but around 12.5, and it should have been
23  around 14 foot.**
24      Q.    And was that lower than 12.5 at
25  any points along that south breach area?

38 (Pages 146 to 149)

150

REED MOSHER

1
2    A.    Yeah.  From the surveys and
3    information, it could vary along there, but I
4    mean, the wall wasn't perfectly leveled across
5    in there.  It could vary as much as maybe six
6    inches along the wall.
7        Q.    Is there -- was all the soil
8    behind the wall that was supposed to be there?
9        A.    Are we talking about the --
10       Q.    At the location of the breach.
11       A.    -- south breach?
12       Q.    Yes.
13       A.    The south breach was probably
14   pretty close to what the design was.  And
15   when -- when you say behind, do you mean the
16   protected side?
17       Q.    On the protected side.
18       A.    Yeah.  It was close to the
19   design height at the south breach, you know,
20   but in the New Orleans area there is a lot of
21   settlement that goes on, subsidence taking
22   place, so it may have an effect, but I'd say
23   it was close to what was the intended design.
24       Q.    What do you mean by close?
25       A.    You know, within -- let me see

151

REED MOSHER

1
2    if I can find it.  I want to go back and look
3    at the document.
4        Q.    Which document?
5        A.    Number 3, Deposition Exhibit
6    Number 3, the Appendix 11.  And I'm looking at
7    -- I'm looking at page V-11-28.
8        Q.    Which of the two figures on the
9    page are you referring?
10       A.    I'm actually looking at both of
11   them, okay, and I have to do a little bit of
12   converting here because the design one is
13   based on the elevations at the design where
14   the top one is based on NAV -- NAVD88.
15           The design called for, if you look
16   at the bottom figure right at the bottom slope
17   before it goes into the ditch area, a minus
18   three.  That's really -- it should be about a
19   foot-and-a-half lower than that, so that would
20   be about four-and-a-half feet.
21           If you look in the sec -- minus
22   four-and-a-half feet.  If you look in the top
23   picture, there the elevation close to where
24   three -- where the south breach is, it's --
25   four-and-a-half feet would have been that one,

152

REED MOSHER

1
2    and this one was a little lower.  So it was
3    about almost minus five-and-a-half, so it was
4    about a foot different than the design.
5        Q.    I mean, just for the record --
6        A.    I mean just trying to take a
7    quick look at it based on what that said.
8        Q.    Just for the record, in looking
9    at charts like the one of figure 11-14, what
10   do the minus figures signify?
11       A.    That is the -- that is the toe
12   profile running along the toe of the levee.
13       Q.    But what does a -2 mean?
14       A.    Elevation -2.
15       Q.    What is 0.?
16       A.    That is sea level.  So it's four
17   feet below, five feet below sea level.
18       Q.    And what is the distance in
19   feet?
20       A.    That is the distance running
21   from the south to the north.  So --
22       Q.    And --
23       A.    -- so up here at roughly 3,000,
24   land it's almost 4 -- almost 3,400 would be
25   where the north breach is.

153

REED MOSHER

1
2        Q.    And where would the south breach
3    be?
4        A.    I believe the south breach, I
5    would have to look a little bit, but I think
6    it's somewhere around 1,000, in that area.  I
7    would have to go back and measure it to make
8    sure, but it's in that.
9        Q.    Given that the soil behind the
10   wall was about a foot less than it should have
11   been and that the height of the wall was about
12   a foot-and-a-half less than it should have
13   been --
14       A.    Uh-huh.
15       Q.    -- is it fair to call this wall
16   weakened?
17       A.    I won't call it weakened because
18   that implies something else, but I would call
19   it not able to provide the protection it was
20   expected to provide.
21       Q.    Have you ever heard of the term
22   an eggshell skull?
23       A.    Excuse me?
24       Q.    An eggshell skull.
25       A.    Skull?

39 (Pages 150 to 153)

**154**

REED MOSHER

1
2   Q.   Yes.
3   A.   No.
4   Q.   Have you heard the term egg
5   shell levee in this case?
6   A.   Egg-shelled levee?
7   Q.   Yes.
8   A.   No.
9   Q.   Is it correct that if you have a
10  weaker levee than was designed, it takes less
11  force to breach it?
12  A.   Well, if you have a shorter
13  levee than originally designed, you have less
14  protection.  If you have weaker soils than
15  what was designed, you have a weaker levee.
16  The driving forces, whatever they may be,
17  would have a bigger effect or get you closer
18  to a factor of safety of one or less if you
19  have weaker soils in the levee.
20       And that's what I mean -- that's
21  what I would mean by weaker or -- if you
22  have a smaller profile and less soil, it would
23  reduce your resisting forces, and you would
24  have less resisting forces to the driving
25  forces.

**155**

REED MOSHER

1
2   Q.   If you turn to Exhibit 2, which
3   is Volume V of the IPET report, and turn to
4   page V-102.
5   A.   Yup.
6   Q.   You will see figure 82.
7   A.   Correct.
8   Q.   Is this from an area -- is this
9   photograph from an area just north of the
10  south breach?
11  A.   It is in an area between the
12  north and south breach.  I would say it's not
13  just about, but it's maybe closer to a third
14  of the way up or so.
15  Q.   By "a third of the way," how
16  many feet would you estimate?
17  A.   Just looking at the figure, I
18  haven't got it measured here, but it looks
19  like it's more than 500, maybe close to 1,000
20  feet above it.
21  Q.   I'd like to pass you -- pass the
22  court reporter first -- a document that is
23  being marked as Plaintiff's Exhibit -- excuse
24  me, Deposition Exhibit 6.
25       Deposition Exhibit 5 will be the

**156**

REED MOSHER

1
2   one that was printed out.  But deposition
3   Exhibit 6.  And it's only page 156 that's
4   included in the proffer.  The rest is there
5   just for context.
6        (Mosher Exhibit No. 6 was marked
7   for identification.)
8        THE WITNESS:  This is expert
9   report in Robinson and U.S., versus
10  Robinson U.S. and it's Bruce Ebersole's
11  report.
12  BY MR. SEYMOUR:
13  Q.   And that's dated about the same
14  time as your report, isn't it?
15  A.   The expert report, yes, uh-huh.
16  Q.   Just one day apart?
17  A.   Yeah.
18  Q.   Could you say yes?
19  A.   Yes.
20  Q.   Thank you.
21       On figure 105 of his report, is
22  that the same photograph that you have in --
23  A.   Uh-huh.
24  Q.   -- the IPET report on page
25  V-102?

**157**

REED MOSHER

1
2   A.   I believe it is the same report.
3   Q.   Do you see that he locates this
4   photograph as being just north of the site of
5   the southern breach?
6   A.   Uh-huh.
7   Q.   Could you say yes?
8   A.   Correct.  He's -- that's what it
9   says in his report.
10  Q.   Does that refresh your
11  recollection as to whether this is just north
12  of the southern breach?
13  A.   Well, I do not believe that what
14  I said was any different than what I would say
15  by looking at this.  He has no distance here,
16  does he?  No, that's not the breach.
17       And by viewing this, I see a pipe
18  crossing down here farther down the wall.  You
19  can see it actually in the picture.  I believe
20  that's well over a couple hundred feet down.
21  And that pipe -- and it still looks like there
22  a wall is still standing for some distance
23  beyond that.
24       So I still think that this is 500
25  to 1,000 feet above the breach.

158

REED MOSHER

1
2    Q.    Do you have any record or notes
3    that shows where the various photographs were
4    taken?
5    A.    I really -- I don't on these,
6    other than knowing where they were located,
7    you know, in general terms, but there was a
8    continuous scour along this wall between the
9    two -- two sites.  And this was actually put
10   into the report to just give an example of
11   what that scour looked like as opposed to a
12   documented case that we needed to have a
13   distance to.
14   Q.    I looked through your reliance
15   materials that the government was kind enough
16   to provide to us, and I did not find there or
17   anywhere in Volume V of the IPET report or
18   anywhere in your expert report, Exhibit 1 to
19   this deposition, any information comparing the
20   soil characteristics of the area that
21   breached with the immediately adjacent area
22   that did not breach.
23   A.    Okay.
24   Q.    Is there such a thing?  Is there
25   such a comparison?

159

REED MOSHER

1
2    A.    There would be -- I believe
3    there is borings -- and let me just refresh my
4    memory here in looking at the...
5        Well, first of all on page V-11-24
6    in the Deposition Exhibit 3, there is a
7    profile figure 11-9 that runs along the
8    centerline of the levee going from north to
9    south which shows the soil conditions
10   comparing those as far as elevations and
11   locations.
12       MS. EL-AMIN:  What page is that?
13       THE WITNESS:  That's V-11-24.
14   BY MR. SEYMOUR:
15   Q.    Yes, I have the page.
16   A.    And if you look at the previous
17   page of V-11-23, in figure 11-28 there's a
18   series of borings that were taken, the ones in
19   red that were along there, and those are -- I
20   believe they're provided in the document, in
21   the IPET report, that have different borings
22   along those locations.
23       And the overall results that we
24   have here at V-11-26 and V-11-27 is the
25   composite of those results showing the soil

160

REED MOSHER

1
2    conditions.
3    Q.    Can you -- can you explain to me
4    on pages V-11-26 and V-11-27 in Deposition
5    Exhibit 3 how I could find information about
6    the adjacent areas, one which failed and one
7    which did not, with respect to the south
8    breach or the north breach?
9    A.    Okay.  And what you would have
10   to do is use these soil conditions with these
11   different profiles that you see here at 11-25
12   to construct cross-sections for each one of
13   those.
14       So could you take the measure --
15   the information from figure 11-13, 11-15 and
16   the cross-sections at this location and the
17   information we showed where we have the
18   different profiles for the toe, and you could
19   use those -- that information to construct
20   different profiles of all those locations.
21       We chose the ones that we did at
22   that location because they were representative
23   of the conditions at those two sites to do the
24   comparisons of the factors of safety.
25       As you can see from the -- from

161

REED MOSHER

1
2    these diagrams, there's not a significant
3    amount -- there's not a lot of difference in
4    the strength of the soils that run along here
5    from the composites, and there's only mainly
6    differences in some of the heights of the
7    levee fill which would be the crown positions,
8    and then information about the toe side in
9    those slopes.  And that -- that information is
10   out there in the LIDAR data if you want to go
11   find it.
12   Q.    Looking at just page 11-12, how
13   do I know which of these symbols refer to the
14   area that -- of the south breach that is
15   closest to that picture that we just showed
16   with a large scour in the wall that did not
17   collapse and the closest boring for a part of
18   the wall north of that breach that did not
19   collapse?
20   A.    And basically what you're going
21   to have to do is, because the interdiscipline
22   -- interdistributary clay layer was the main
23   controlling factor, okay, in that.  And the
24   shear strength of that is a -- is controlled
25   by or is equal to .23 times the other -- times

41 (Pages 158 to 161)

162

```
1              REED MOSHER
2    the overburden pressure for that shear
3    strength.
4          And so that's how you interpolate
5    from one location to the other, by looking at
6    how much soil is above that to determine what
7    that soil strength is. So what we are showing
8    here is a plot showing that, yes, this matches
9    the -- the CPT data at this location where
10   this boring was taken, but you can transport
11   this to any other location just by using that
12   formula.
13         And it's a well-known method called
14   SHANSEP established by Chuck Ladd at MIT. And
15   he actually reviewed our test data as we were
16   doing this to make sure we were in the
17   right -- right realm.
18     Q.   I assure you, it may be
19   well-known to you but it is Greek to me.
20     A.   Yeah. But it is -- it is a
21   standard practice now of representing shear
22   strength based on the ratio between the
23   underlying shear strength divided by the
24   overbearing pressure.
25     Q.   Among those with expert in the
```

163

```
1              REED MOSHER
2    field?
3      A.   Uh-huh.
4      Q.   Now -- could you answer yes or
5    no?
6      A.   That is true, uh-huh.
7      Q.   Okay. But looking on page
8    V-11-26, is there any symbol that you can
9    identify that refers specifically to the
10   boring that -- for an unbreached part of the
11   wall; that is, the closest boring that was
12   taken to the south breach?
13     A.   I can't right now based on this
14   data. I would have to go back and look at the
15   other -- other pieces of data.
16     Q.   And would your answer be the
17   same with respect to the next page, V-11-27,
18   with figure 11-13?
19     A.   Correct. In terms of, though,
20   this variation in shear strength at both
21   locations, we believe are the same for the --
22   for the clay layer, whether it's -- it's the
23   same soil and same behavior, it has the same
24   characteristics of what -- how it was placed,
25   deposition, and we believe that at the south
```

164

```
1              REED MOSHER
2    breach and at the north breach, it still has
3    the same shear strength versus depth.
4      Q.   And is that true also, the same
5    shear strength for the part of the wall that
6    did not collapse between the north and south
7    breaches?
8      A.   Yes, uh-huh.
9      Q.   So what was different about the
10   area of the south breach that collapsed?
11     A.   Okay. The south breach was that
12   it had water flowing over the top of it,
13   caused it to erode. It may have a lower
14   profile at that location. You know, there may
15   be a slight difference in the elevation of the
16   wall at that location, but it had erosion,
17   effectively, so its shear strength didn't
18   control that. It was the water flowing over
19   the top of --
20     Q.   You say there --
21     A.   South breach.
22     Q.   You say there may have been a
23   difference in elevation.
24     A.   Right.
25     Q.   Do you have anything to add to
```

165

```
1              REED MOSHER
2    your testimony before that there was not much
3    difference of elevation?
4      A.   Right. But it doesn't take a
5    lot of difference when water is flowing
6    because it will go to the lowest area to flow
7    over.
8          And this is one of the challenges
9    of doing an after action, after the wall is
10   actually gone, to knowing exactly what that
11   elevation would have been. We know that it
12   varied. The part that's left, it does vary
13   some along there.
14         But in that location where the wall
15   is no longer there, we can't really say
16   because we don't have survey data to specify
17   that.
18     Q.   Would it be fair to say that
19   your testimony as to the south breach is a
20   hypothesis?
21         MR. RAFFMAN: Objection.
22         THE WITNESS: No. I am saying,
23   knowing the elevation, we don't -- we
24   don't have clear information there, but
25   we have clear evidence that erosion was
```

**42 (Pages 162 to 165)**

**166**

1        REED MOSHER
2    the cause of the failure.
3    BY MR. SEYMOUR:
4        Q.   Okay.  Do you have any clear
5    evidence that the barge did not contribute to
6    the failure of the wall?
7        **A.   We have clear evidence that it**
8    **wasn't a primary cause of -- cause of it,**
9    **because the erosion was.**
10        Q.   If the barge makes the wall lean
11    by scraping against it and weakening it,
12    doesn't that increase erosion?
13        MR. RAFFMAN:  Objection.
14    Hypothetical.
15        MS. EL-AMIN:  Same objection.
16        THE WITNESS:  If the barge is
17    scraping along the wall, I would be
18    surprised if -- if it was scraping and
19    moving along the wall, it would have
20    enough force to cause the wall to lean
21    relative to how much water was on
22    there.
23    BY MR. SEYMOUR:
24        Q.   Did you calculate the amount of
25    force that a barge scraping along that wall

**167**

1        REED MOSHER
2    could have exerted upon the wall?
3        **A.   I didn't actually do the**
4    **calculations, but I know if it's scraping**
5    **along the wall, it can't be -- it's -- it's --**
6    **at an angle I have an idea of how much that**
7    **would be.**
8        Q.   You testified earlier that the
9    wave action put additional pressure on the
10    wall and could have been enough to open up a
11    gap.
12        **A.   Uh-huh.**
13        Q.   Do you have any scientific basis
14    for concluding that the barge would not have
15    had at least that much effect?
16        **A.   I have not done those**
17    **calculations.**
18        Q.   Going back to the wave action,
19    is the height of the wave in the center of a
20    body of water like the canal the same as the
21    height of the wave at the edge of the canal?
22        MR. RAFFMAN:  Objection.
23    Foundation.
24        THE WITNESS:  The other part,
25    I'm not an expert in -- in wave effects

**168**

1        REED MOSHER
2    and things likes that, but just general
3    knowledge would be that I would expect
4    that they could be different.
5    BY MR. SEYMOUR:
6        Q.   They'd be damp down the sides,
7    wouldn't they?
8        **A.   Well, it actually could peak at**
9    **the sides because they're pushing up against**
10    **the wall and then running up and so they have**
11    **a boundary condition that would stop them and**
12    **they would have to make a high wave at the**
13    **wall.**
14        **They can't be continuous.**
15        Q.   Okay.
16        **A.   So the energy has to go**
17    **somewhere and it goes in raising the height of**
18    **the -- height of the water.**
19        Q.   I just want to make clear that I
20    have -- that my memory is accurate for your
21    earlier testimony.  Sometimes you speak with
22    low voice and it's hard for me to hear and I
23    may make the wrong judgment about what you
24    just said.
25        **A.   Right.**

**169**

1        REED MOSHER
2        Q.   So I make mistakes, too.
3        But if I recall correctly, you said
4    that -- in your earlier testimony that there
5    were waves that were coming over the wall and
6    producing water on the other side that can
7    start erosion: is that correct?
8        **A.   I did not say that here.**
9        Q.   Okay.  Well --
10        **A.   No, no.**
11        Q.   -- is it true?
12        **A.   Well, in this case, where I know**
13    **that it -- that it could have happened, it's**
14    **on the levee systems and things like that.**
15    **And at certain times in -- I didn't talk about**
16    **it in this previous deposition, or in this**
17    **deposition, but it is likely that as the water**
18    **got close to the top of the wall and there was**
19    **waves in there, that those waves would raise**
20    **above from what is the surge level, and you**
21    **would have some water going over the walls due**
22    **to that wave action.**
23        Q.   I thought I had recalled your
24    talking about waves being a couple of feet
25    high, maybe two to three-and-a-half feet high.

**43 (Pages 166 to 169)**

170

REED MOSHER

1
2      A.    I said a couple feet high, I
3  believe.
4      Q.    And --
5      A.    Could be, I said.
6      Q.    And is the wind one of these
7  pressures against the east wall of the levee
8  also?
9          MR. RAFFMAN:  Objection.
10  Incomplete.
11          MS. EL-AMIN:  Same.  Foundation.
12  BY MR. SEYMOUR:
13      Q.    If you don't know, you can say
14  you don't know.
15      A.    I would expect that there would
16  be some, but I don't know what the value would
17  be, and it would be -- going back and forth,
18  it would be on both sides at times.
19      Q.    Okay.  And is the wind also
20  pushing the water against the levee?
21      A.    Against the walls?
22      Q.    Against -- I'm merely talking
23  about the east wall right now.
24      A.    Yeah, yeah.
25          MR. RAFFMAN:  Objection.  Again,

171

REED MOSHER

1
2  incomplete hypothetical.
3          THE WITNESS:  The wind is what
4  generates the waves.  To an extent,
5      that would be, yes, sir.
6  BY MR. SEYMOUR:
7      Q.    So if the waves are there, the
8  wind is pushing the waves?
9      A.    There's some of that and there's
10  also some sloshing back and forth.  There's
11  actually energy in the water.
12      Q.    Are you aware that one end of
13  the Industrial Canal was closed off at the
14  time of Katrina, that the lock gates were
15  closed?
16      A.    Yes.
17      Q.    You mentioned a couple of times
18  that -- I withdraw that.
19          Who did you rely on for
20  hydrological information in your report?
21      A.    It was actually the folks that
22  -- for the IPET report.  It was Bruce Ebersole
23  and Don Resio were the leads for that and it
24  was Volume IV of the report.
25      Q.    And for your expert report, who

172

REED MOSHER

1
2  did you rely on for hydrological information?
3      A.    Well, I would actually like to
4  use the terms of a hurricane surge and wave
5  action.  That's what -- what we're talking
6  about.  And those would also be primarily
7  Bruce Ebersole is the -- his expert report
8  here.  But we also Joannes Westerink at Notre
9  Dame has also made a contribution to that.
10      Q.    Is Dr. Ebersole an employee of
11  the Corps?
12      A.    It's Mr. Ebersole, and he is an
13  employee of the Corps.
14      Q.    Is he a professional engineer?
15      A.    I don't know.  I'd have to look
16  what he says.
17      Q.    And do you know if Dr. Westerink
18  is an engineer?
19      A.    I don't know.  I know that he is
20  an expert in hurricane modeling.
21      Q.    Do you know what training
22  Mr. Ebersole had for his information of the
23  effects of, well, waves and water, as you
24  described it?
25      A.    In general terms, I don't think

173

REED MOSHER

1
2  it probably would be good for me to be
3  testifying to his expertise, other than I know
4  that he's had over 30 years experience working
5  in the coastal regions in ocean engineering
6  type work.
7          He has a C -- CV.  It was in this
8  report that you provided.  You can probably
9  find that information there.  And it was
10  covered at the trial.
11      Q.    For your expert report, which is
12  Exhibit 1 to this deposition, did you rely on
13  anyone besides Dr. Ebersole and Dr. Westerink
14  for hydrological information?
15      A.    Yes.  Don Resio on some wave
16  information dealing with -- particularly with
17  the MRGO levees.
18      Q.    Did you do anything to check
19  their calculations?
20      A.    No.  I relied upon their expert
21  work.  That is not a field that I am an expert
22  in, so...
23      Q.    Did you rely to any extent on
24  the work of an engineer by the name of Steven
25  Fitzgerald?

44 (Pages 170 to 173)

174

REED MOSHER

1
2      A.    I didn't.  I was interested in
3   getting some information from him, but it kind
4   of came through Bruce, on looking at how much
5   water from the MRGO would go into that area
6   and how much would go into that.
7          Yes, I did get some information.  I
8   forgot about that.  But I didn't use that in
9   my export report.  I was merely doing that as
10  a check to see what would have been the
11  difference of a flooding had it been -- if the
12  walls hadn't failed at the IHNC.
13     Q.    Hypotheticals?
14     A.    Hypotheticals, yeah.
15     Q.    Well, it's clear that nobody
16  wants you to talk about hypotheticals.  So did
17  you ever read Mr. Fitzgerald's report?
18     A.    Expert report, no.
19     Q.    Have you ever had any
20  conclusions form Mr. Fitzgerald's either work
21  or report called to your attention?
22     A.    During the trial, I believe I
23  was asked some questions about elevations,
24  elevations of the levees that were based on
25  Mr. Fitzgerald's work.  And I think that was

175

REED MOSHER

1
2   primarily all that was asked about his -- his
3   work.
4      Q.    Do you know whether Dr. Ebersole
5   -- well, I forget.  Is it Dr. or Mr. Ebersole?
6      A.    Mr.
7      Q.    Mr.  Do you know whether
8   Mr. Ebersole approved Dr. Fitz -- or
9   Mr. Fitzgerald's work?
10     A.    To -- as for the expert report?
11     Q.    That's right.
12     A.    I do not know whether that --
13  whether he did or he didn't.
14         MR. SEYMOUR:  I ask the court
15     reporter to mark as Exhibit 6 to the
16     deposition, and hand copies to counsel,
17     excerpts.
18         THE COURT REPORTER:  5?
19         MR. RAFFMAN:  It would be 7.  5
20     is the excerpt that you...
21         MR. SEYMOUR:  That's right.  It
22     would be 7.  It would be 7.
23         (Mosher Exhibit No. 7 was marked
24     for identification.)
25  BY MR. SEYMOUR:

176

REED MOSHER

1
2      Q.    And, again, I provide it more
3   for context, but the only part that I'm really
4   making part of this proffer is the chart that
5   is at the top of page 17 showing the location
6   of various hydrographs.
7      A.    Uh-huh.
8      Q.    And then the charts themselves
9   on pages 22 and 23.
10         Let me ask you first about figure 7
11  on page 17.  Have you seen that chart showing
12  the location of hydrographs before?
13     A.    I haven't seen this, no.  This
14  would be my first look at that.
15     Q.    Does this correspond with other
16  information that you had, or does it strike
17  you as being incorrect in some way?
18         MR. RAFFMAN:  Objection.  Form.
19         THE WITNESS:  Yeah.  I wouldn't
20     like to make a statement about this
21     just in general terms because I haven't
22     really studied it, so...
23  BY MR. SEYMOUR:
24     Q.    Well, I am just talking about
25  figure 7 on page 17.

177

REED MOSHER

1
2      A.    Oh.  I mean I understand where
3   it is, right.
4      Q.    And I'm asking about, you
5   referred to hydrographs in your report, and I
6   want to find out if your general sense of the
7   location of hydrographs corresponds with
8   what's on figure 7 or whether it differs from
9   what's on figure 7.
10         MR. RAFFMAN:  Objection.
11         THE WITNESS:  What you asked is
12     unclear.  Could you -- could you try to
13     clear that up?
14  BY MR. SEYMOUR:
15     Q.    Do you know of any hydrographs
16  that you relied upon in your report that are
17  not indicated in figure 7?
18     A.    I didn't use any of these
19  hydrographs in my expert report because these
20  are all interior.
21     Q.    These are all land side,
22  protected side, correct?
23     A.    Yeah.
24     Q.    You do refer in your report to
25  water levels that existed within The Lower

45 (Pages 174 to 177)

**178**

REED MOSHER

1
2 Ninth Ward at various times.
3    A.   Yes.
4    Q.   Did you rely upon any
5 hydrographic information for that?
6    A.   Hydrographic in terms of the
7 work that was done for IPET and Volume IV.
8 This is the clock survey information and other
9 levels, and they reconstructed a hydrograph
10 based on that, and it's in -- it's in Appendix
11 11.
12    Q.   Do you -- I believe you had in
13 your report, either in your report or in
14 Volume V of the final IPET report, a location
15 as to where the reports of depth were that you
16 relied upon.
17    Do I remember that correctly or am
18 I confusing two different reports?
19    A.   Hang on.  I think it's in both
20 of them.  Let's just...
21    Q.   And while we're looking for
22 that, let me just state for the record that
23 hydrograph is the word that's used here, but I
24 cannot say whether what that means is a
25 stopped clock or an eyewitness report.

**179**

REED MOSHER

1
2    A.   Uh-huh.
3    MR. RAFFMAN:  Or something else.
4    MR. SEYMOUR:  Or something else.
5 I think two people have hydrographs in
6 their backyards.
7    THE WITNESS:  The one that I
8 used --
9 BY MR. SEYMOUR:
10    Q.   Could you tell us what document
11 you're in?
12    A.   I am getting to that.
13    -- is in exhibit Deposition Exhibit
14 3, it's Appendix 11, and it's on page V-11-19.
15 There's actually two of them on that page.
16 And the top one is the hydrograph that was
17 used to determine water inside the canal and
18 the bottom one is the hydrograph, what's
19 called provisional hydrograph, showing the
20 water levels in time in the Lower Ninth Ward.
21    And it has the locations of where
22 these different measurements were made of the
23 stopped clock.  And you have to go back to
24 Volume -- the -- you would have to go back to
25 Volume IV to get the details of the exact

**180**

REED MOSHER

1
2 ones, but, roughly, Site 1, SC1, is down near
3 Florida Avenue.
4    Q.   And that's at the north end,
5 north of the north breach, right?
6    A.   That's at the north end, close
7 to the north breach.
8    Q.   Would that correspond roughly to
9 the site of figure number 1 -- excuse me, site
10 number 1 on figure 7 of Mr. Fitzgerald's
11 report?
12    A.   It would be close to that, I
13 think, in the general -- general area, yes.
14    Q.   And site C2?
15    A.   I have to go back and see C2.  I
16 think it's closer to, in this case, site 2 on
17 Fitzgerald's, I believe.
18    Q.   And do the Jackson Barracks show
19 up in Mr. Fitzgerald's figure 7?
20    A.   I'd have to look.  I don't know
21 if that's what that XA is.  It may be.  I
22 don't know.  I haven't...
23    Q.   And the green rectangle in your
24 report, or on page V-11-19, figure 11-3, says
25 Chalmette?

**181**

REED MOSHER

1
2    A.   Right.  I -- right.
3    Q.   I'm sorry?
4    A.   That's what it says is
5 Chalmette.
6    Q.   Okay.  Do you know -- can you
7 link that up to any site on figure 7?
8    A.   I can't right offhand.  I would
9 have to go back and do some comparisons
10 between that because I don't remember that one
11 as well.
12    Q.   And the final one is called
13 OP54.
14    A.   Right.
15    Q.   What is that?
16    A.   I believe that was an eyewitness
17 report of a guy living in a house there, and
18 that was the location -- for a location where
19 he said the water was at a certain time.
20    Q.   Do you remember where his
21 location was?
22    A.   I believe that one is also in
23 the -- near the Florida Avenue.
24    Q.   Now, turning to the next part of
25 the proffer after figure 7, on page 22, figure

46 (Pages 178 to 181)

182

REED MOSHER

1  9A at the top and --
3  **A.   22, 9A?**
4  Q.   That's right.
5  **A.   Yeah.**
6  Q.   And this has an arrow pointing
7  to it that the north IHNC breach occurs, and I
8  believe they used a figure of 3:50 a.m.,
9  shortly before 4:00 a.m. for that breach.
10  Are you familiar with that?
11  **A.   Uh-huh.**
12  Q.   Say --
13  **A.   Yes, in general terms, you know.**
14  **I haven't studied it.**
15  Q.   Do you agree that the breach was
16  around 3:50 a.m. on August the 29th?
17  MR. RAFFMAN:  Objection.  You
18  can answer it.
19  THE WITNESS:  Okay.
20  MR. RAFFMAN:  Object to the
21  question.
22  THE WITNESS:  I believe it was
23  before 5:00 in the morning and it could
24  have been that early.
25  BY MR. SEYMOUR:

183

REED MOSHER

2  Q.   Do you recall what you said is
3  the likely time of the breach in your IPET
4  report?
5  **A.   I don't remember right offhand,**
6  **but it could be as early as 4:00 in the**
7  **morning.**
8  Q.   At the time of the north IHNC
9  breach, the water level is at the -- just
10  below the -8 mark.  Do you see that?
11  **A.   Yup.**
12  Q.   Is that a piece of information
13  that you had come across before seeing this
14  chart here today?
15  **A.   Yes.**
16  Q.   When did you first learn of that
17  being the water level at the time of the north
18  IHNC breach?
19  **A.   Well --**
20  MR. RAFFMAN:  I object to these
21  questions.
22  THE WITNESS:  Yeah.
23  MR. RAFFMAN:  It's completely
24  unclear what -- what water level is
25  being referred to.  I don't want the

184

REED MOSHER

1  testimony to be misused.
3  And I would again say that he's
4  looking at the document for the first
5  time, but...
6  THE WITNESS:  Yeah.  I'm less
7  comfortable talking about these.  I
8  really -- the ones that I am most
9  familiar is -- with is the one in our
10  -- our IPET report in 11.
11  And I would have to do some
12  studying to understand.  Because he has
13  stages.  It doesn't have -- I don't
14  know if these are elevations and
15  what -- his reference that he's making
16  for these.
17  But I do know that, you know --
18  BY MR. SEYMOUR:
19  Q.   When you say "stage," are you
20  referring to the number of feet in the Y axis?
21  **A.   Right.**
22  **And I know in the cases that I was**
23  **working on, I was looking at elevations.  And**
24  **these elevations of +2 mean that there is**
25  **possibly eight to ten feet of water in the**

185

**REED MOSHER**

2  **neighborhood at that -- at that time because**
3  **the --**
4  Q.   I'm sorry.  +2?
5  **A.   +2 over here on my documents,**
6  **okay, on this.  And that's roughly 5:00 in the**
7  **morning.  There was -- +2, it would be close**
8  **to eight to ten feet of water in the**
9  **neighborhood at that time, at the -- and**
10  **that's down in -- near Florida Avenue.**
11  Q.   How many feet below sea level is
12  the ground level of the Lower Ninth Ward at
13  the point of the north breach?
14  **A.   Let me give you a little more**
15  **specifics on that here.**
16  **Where the north breach was, it**
17  **could be -8 feet, so +2 would be ten feet**
18  **above -- ten feet of water.**
19  Q.   Now you said you had become
20  aware of this piece of data prior to seeing
21  this chart here today.  When did you become
22  aware of it?
23  MS. EL-AMIN:  Objection.  Vague.
24  What piece of data?
25  MR. SEYMOUR:  The piece of data

47  (Pages 182 to 185)

---

186

REED MOSHER

1
2     that at the time of the north breach
3     the water level was at the -8 feet
4     meaning eight feet below sea level.
5          THE WITNESS:  Okay.
6          MR. RAFFMAN:  That's not what he
7     testified.  I object.
8          THE WITNESS:  Yeah, that is not
9     what I testified.
10          What I was getting at is that
11    this type of profile is what I have
12    seen before, not the details of the
13    profile, because I haven't looked at
14    this enough to get the detail
15    information about the profile.
16          But I know that -- I know that
17    this data here that I am familiar
18    with --
19    BY MR. SEYMOUR:
20    Q.     When you say "this data here,"
21    you're referring to page V-11-19 --
22    A.     Yes.
23    Q.     -- in Appendix 11, Deposition
24    Exhibit 3?
25    A.     That's correct.

---

187

REED MOSHER

1
2     Q.     Now, that information itself
3     says provisional in red letters.
4     A.     Uh-huh.
5     Q.     In your expert report, is that
6     also listed as provisional?  I'm referring to
7     Deposition Exhibit 1.  I believe you'll find
8     it on page 62.
9     A.     Yes, it says provisional also.
10          THE COURT REPORTER:  I'm sorry?
11          THE WITNESS:  Yes, it says
12          provisional also.
13    BY MR. SEYMOUR:
14    Q.     Did you do anything between the
15    June 1st, 2007 -- actually, I take that back.
16          Was Appendix 11 submitted at the
17    same time as Volume V, the final report?
18    A.     Yes.  The final one, yes.
19    Q.     So this also has a date of
20    June 1st, 2007?
21    A.     Yes.
22    Q.     Okay.  And your expert report is
23    a little more than a year-and-a-half later,
24    December 18, 2008; is that correct?
25    A.     That's correct.

---

188

REED MOSHER

1
2     Q.     Did you do anything between
3     June 1st, 2007 and December 18th, 2008 to get
4     more information with respect to this
5     provisional stage hydrograph?
6     A.     No, I did not.
7     Q.     Do you presently intend to do
8     anything more?
9     A.     No.
10    Q.     So the provisional is final as
11    far as you're concerned?
12    A.     Yes, as far as I -- as far as
13    the leads that I had for it.
14    Q.     Now, you said you have seen this
15    type of chart before, referring to Deposition
16    Exhibit 7, page 22, figure 9A.
17    A.     Uh-huh.
18    Q.     Where have you seen those types
19    of charts before?
20    A.     I believe some of these types of
21    charts I seen from the court case.  It was --
22    at various times when I was in court or going
23    in and out of court.  I believe the Dutch had
24    something similar to this of stages of water
25    also in the different areas.

---

189

REED MOSHER

1
2     Q.     I'm sorry.  The Dutch?
3     A.     Dutch, the plaintiffs' experts
4     from -- from the Netherlands.
5     Q.     Dr. -- I'm not sure how you
6     pronounce it -- Vrijling?
7     A.     Yeah.  Vrijling.
8     Q.     I believe that's
9     V-r-i-j-l-i-n-g, but I cannot vouch for the
10    pronunciation.
11    A.     I think they had similar types
12    of charts and...
13    Q.     And were you there for
14    discussions of these types of charts?
15    A.     Not for the full discussions of
16    them.  I was in and out of the -- out of the
17    courtroom.
18    Q.     Okay.  The --
19    A.     And particularly because I don't
20    have a background in this area.  I am not an
21    expert in this area so I don't feel
22    comfortable testifying to the validity of
23    these or what they mean.
24    Q.     Do you see in figure 9A that --
25    there is an arrow marking the point of the

48 (Pages 186 to 189)

---

**190**

REED MOSHER

1   REED MOSHER
2   south IHNC breach.
3       **A.   Correct.**
4       Q.    And that is at the four-foot
5   level.
6       **A.   I do see that, uh-huh.**
7       Q.    Prior to seeing this today, had
8   you come across any information indicating
9   that the south breach occurred when the water
10  was at the four-foot level?
11      MR. RAFFMAN:  Objection.  The
12      water -- the water where?
13      MR. SEYMOUR:  In the Inner
14      Harbor Navigational Canal.
15      MR. RAFFMAN:  That's not what
16      this document says, but you can answer
17      the question.
18      THE WITNESS:  In the canal?
19  BY MR. SEYMOUR:
20      Q.    The -- I take your point.  I
21  take your point.  This does not show a canal.
22  It shows the Ninth Ward.
23      So had you previously heard before
24  today or seen any data indicating that at the
25  time of the south Inner Harbor Navigational

---

**191**

1   REED MOSHER
2   Canal breach the water was at four feet above
3   sea level, which would make it a twelve-foot
4   depth at that point?
5       MR. RAFFMAN:  Same objection.
6       THE WITNESS:  Okay.  I -- going
7       back to this figure here in --
8   BY MR. SEYMOUR:
9       Q.    Referring to page V-11-19?
10      **A.   Right.**
11      Q.    And page 62 of your report?
12      **A.   Right.  That would be very close**
13  **to where we see the elevation of the water at**
14  **the Jackson Barracks.**
15      Q.    And going back to figure 9A, you
16  see that there's an arrow pointing to the
17  surge from MRGO arriving, and that in time
18  looks as if it's -- well, it looks to mine
19  that it's 10:00 or 11:00.
20      **A.   Right.**
21      Q.    Have you, before seeing this
22  chart today, seen any information indicating
23  that the water from the MRGO breaches reached
24  The Lower Ninth Ward at about that time?
25      MR. RAFFMAN:  Same objection.

---

**192**

1   REED MOSHER
2       MS. EL-AMIN:  Objection.
3       THE WITNESS:  Okay.  I don't
4       have information about that, but I do
5       have -- do know something about the
6       surge level or what the water level was
7       in the Industrial Canal and its peak
8       occurring somewhere around 11:00 or
9       12:00.
10  BY MR. SEYMOUR:
11      Q.    So that would be consistent with
12  this?
13      MR. RAFFMAN:  Objection.
14      THE WITNESS:  It looks to be
15      consistent, but I can't -- I would have
16      to know more about this.
17  BY MR. SEYMOUR:
18      Q.    And have you -- prior to today,
19  have you come across any information
20  suggesting to you that that peak level was
21  reached when the water from the MRGO breaches
22  reached the Inner Harbor Navigational Canal in
23  the Lower Ninth Ward?
24      **A.   The part that I don't know from**
25  **this report is, is this a measure from the**

---

**193**

1       **REED MOSHER**
2   **water coming in from St. Bernard Parish,**
3   **coming into The Ninth Ward from the**
4   **St. Bernard Parish, or is this the peak surge**
5   **due -- coming out the -- the MRGO and then**
6   **coming into the canal at that level.**
7       **I don't know.  From what I**
8   **have information here, I can't tell that, so I**
9   **can't answer that question.**
10      Q.    I just want to make sure that I
11  understand what you just said.  As I
12  understand it, the MRGO actually is at two
13  ends, and you're not sure which end the water
14  might be coming in from?
15      **A.   Well, what I'm concerned -- what**
16  **I am not sure is, is this saying that this is**
17  **the water that came in from the flooding that**
18  **was taking place in St. Bernard Parish, came**
19  **over the area and filled up The Ninth Ward, or**
20  **is it water that came out the Industrial --**
21  **came into the Industrial Canal from the**
22  **Intracoastal Highway and then filled up the**
23  **canal and came in.  I can't tell from this**
24  **what he's -- what he's showing here.**
25      Q.    Does that come down to whether

**49 (Pages 190 to 193)**

194

REED MOSHER

1    it's -- you can't tell whether it's breach one
2    water or breach two water?
3    A.    Essentially, yeah.
4        Q.    Dr. Mosher, did you rely upon
5    your specialized education and training in
6    order to perform the analyses that are in
7    Volume V of the IPET report, Deposition
8    Exhibit 2, and in your expert report in the
9    Robinson case, Deposition Exhibit 1?
10    A.    Yes.
11        Q.    Would you be able to understand
12    your own report if you had not had that
13    specialized education?
14    A.    I would believe that, in general
15    terms, a geotechnical engineer that was
16    familiar would be able to understand the
17    details so would be able to understand what we
18    did in that report.  They may not be able to
19    talk about it in -- or actually discuss --
20    have opinions about it without having some
21    specialized knowledge of it.
22        The overview that's in Volume VII
23    was written to provide somebody that had a
24    general knowledge of civil engineering, a

195

REED MOSHER

1    general knowledge of floodwalls and I-walls,
2    to have an understanding of what took place
3    during Hurricane Katrina.
4        Q.    Would it be fair to say that it
5    requires at least the level of education and
6    training of a geotechnical engineer to be able
7    to appreciate this report fully?
8    A.    Volume V in totality, yes.
9        Q.    And the same with your expert
10    report in the Robinson case?
11    A.    Yes, because some of it is
12    detail.
13        Q.    And the same for Appendix 11
14    which is Exhibit 4 to the deposition --
15    Exhibit 3 to the deposition?
16    A.    Yes.  It's not something you
17    pick up for the -- as a casual reader.
18        Q.    Did the Corps of Engineers have
19    more than one purpose in performing this
20    analysis of the Katrina system?
21    A.    There was -- as it turned out,
22    there was more than one purpose.  And if you
23    look in Volume 1, I think, that was provided,
24    there is a statement --

196

REED MOSHER

1        Q.    I'm sorry.  Volume I of the IPET
2    report?
3    A.    Yeah.  I had a -- it was one of
4    the depositions.  Yes, it is.  Deposition 4.
5    Excuse me.  Yeah, Deposition Exhibit 4, page
6    19.  And the highlighted yellow is the -- kind
7    of the tasking that we had that General Strock
8    wanted us to do in the IPET.
9        But also with it was we wanted to
10    feed what we learned back to the people doing
11    the design for the rebuild so that they
12    wouldn't make the same mistakes twice and they
13    would understand what took place.  And as they
14    were doing rehab and replacement and bringing
15    the system back, we could provide them
16    information that would make it so they could
17    do a better job in the future and understand
18    what --
19        Q.    Isn't it --
20    A.    -- and understand what took
21    place.
22        Q.    Isn't it fair to say,
23    Dr. Mosher, that when the Corps of Engineers
24    looks at any failures anywhere, including

197

REED MOSHER

1    these, but not limited to these, that a major
2    purpose of looking at them is to try to build
3    better levees elsewhere so that these problems
4    don't occur again?
5    A.    Yes.  I mean, that's a general
6    -- I think that's a general statement that you
7    would make for the civil engineering
8    profession, that we would want to do that,
9    learn that, and pass that on.
10        Q.    Was it also part of the purpose
11    of the Corps of Engineers to provide
12    information to be used in the defense of the
13    lawsuits against the United States?
14    A.    No, it wasn't.
15        Q.    I'm sorry?
16    A.    No, it wasn't.
17        Q.    When did you first learn that
18    there were lawsuits filed against the United
19    States?
20    A.    I believe the first time I --
21        Q.    Let me -- because of the failure
22    of the levees?
23    A.    I can't remember if it was
24    during that first year.  Mainly newspaper

50 (Pages 194 to 197)

198

REED MOSHER

1  reports that there was going to be -- mainly
2  that I heard that there was newspaper reports
3  that there was a lawsuit.
4      I was never approached or people on
5  our team were never approached until after we
6  finished the report about participating in
7  the -- in the lawsuit.
8      Q.   When were you first approached
9  about participating in the lawsuit?
10      A.   I -- I can't really -- I can't
11  really remember.  It was after -- I want to
12  say, it may have been November or October of
13  2007, something like that.
14      Personally, I tried to avoid being
15  involved in it.  And I had no desire to be
16  involved in it.  Sorry.  I have got other
17  things in my career I would like to do other
18  than to be involved in a lawsuit.
19      Q.   When you performed the report
20  for IPET, did you have a general understanding
21  that this could be a factor in the lawsuits
22  against the United States for the failures of
23  the levees?
24      A.   Actually, one of the things that
25

199

REED MOSHER

1  we actually discussed is that there may be
2  lawsuits from this, and that is not what
3  our purpose was.  And we made it quite clear
4  in discussions, and it was from the chief
5  standpoint that we were to pursue this no
6  matter where it led and who was found at
7  fault.
8      The whole idea of our study was to
9  find out what took place, what were the
10  reasons, and we were careful in terms of not
11  actually trying to put blame on individuals,
12  but to actually give the facts of what took
13  place, and what was the difference from what
14  was designed, what was built, and what the
15  performance was for each of those, regardless
16  of who ends up being at fault.
17      Q.   Is it fair to say that during
18  the period of time before you became involved
19  in the lawsuit or were ever thinking about
20  that while you were -- in other words, while
21  you were working on the IPET report, your
22  primary interest was in problems with the
23  levee design itself as opposed to onetime
24  factors such as a barge being loose?
25

200

REED MOSHER

1      A.   Uh-huh.  Our primary focus was
2  on the performance of the levees during the
3  storm, and not the design, necessarily, and
4  what was actually there, how did it perform
5  due to the conditions that they saw.
6      Q.   Would it be accurate to say that
7  investigation of the role of the barge and
8  bringing about a collapse of even a weakened
9  levee would not give you much useful
10  information about the design of levees in the
11  future?
12      A.   I don't think that was a
13  consideration.  Actually, there were many
14  people who thought that it was, oh, great, if
15  the barge did it, then it's not the Corps'
16  fault.  And you have to fight back jumping to
17  those conclusions.  You need to look at all
18  the data and decide on what was the real
19  cause.
20      Q.   When did you first hear someone
21  in the corps say that if the barge did it,
22  it's not on the Corps' fault?
23      A.   I think early on when we were
24  out in the -- initially gathering the data
25

201

REED MOSHER

1  early in the October-November time frame and
2  we would visit the site, and the people may
3  have talked about it at that time.  I think
4  even some of the people that were with the
5  ASCE also, you know, were concerned that,
6  well, maybe the barge did it and not a problem
7  with the levee system.
8      Q.   Does the fact of these
9  conversations about whether it was the Corps'
10  fault or not refresh your memory about when
11  you first heard that there were claims being
12  made against the United States because of the
13  failure of the levees?
14      A.   Not -- not in terms of -- we --
15  we made sure that we tried to isolate
16  ourselves from having to deal -- or be
17  involved in the lawsuit and think of it in
18  terms of a lawsuit.
19      We were very focused on finding out
20  what was the actual cause of the -- what was
21  the performance of these levees throughout the
22  whole time.
23      And we -- actually, if you look at
24  the news coverage, the IPET team made very few
25

51 (Pages 198 to 201)

202

REED MOSHER

1    statements of speculations of what happened
2    until they actually had gathered facts about
3    it and could actually put forward a -- a
4    fact-based, review-based cause of one of the
5    failures.
6        Q.    Is it a fair description of the
7    way in which you approached the work for IPET,
8    that you looked for a plausible explanation,
9    and that once you found a plausible
10   explanation, you did not look very much for
11   alternative explanations?
12       A.    No.  We really focused on where
13   the physical evidence took us and then tried
14   to back the physical evidence up by vigorous
15   analysis of looking at different alternatives.
16       We didn't chase every -- every
17   possible thing that someone dreamed up as a
18   reason.  It had to have -- be a fact-based,
19   physical-based evidence in order to pursue it.
20       Q.    Okay.  I want to draw your
21   attention to the transcript of your
22   February 20th, 2009 deposition.
23       A.    Uh-huh.
24       Q.    And I'm referring to page 396.

203

REED MOSHER

1    I don't know if counsel all have a copy.
2        A.    I'd like to see it.
3        MS. EL-AMIN:  Do you have
4    copies?
5        MR. SEYMOUR:  Pardon me?
6        MS. EL-AMIN:  Do you have copies
7    for us to look at?
8        MR. SEYMOUR:  I don't, but I am
9    happy to direct you.  It's page 396
10   beginning at page -- line 13.
11       THE WITNESS:  I'd like to see
12   it.
13       MS. EL-AMIN:  Can you repeat
14   that, please.  I'm sorry.
15       MR. SEYMOUR:  Page 396.
16       MS. EL-AMIN:  February 19th?
17   Okay.
18       MR. SEYMOUR:  Line 13.
19   BY MR. SEYMOUR:
20       Q.    And going over to page 397, line
21   8.
22       A.    Okay.
23       Q.    Let me read into the record the
24   questions and answers.  And please correct me

204

REED MOSHER

1    if I get anything wrong.
2        On line 13 Mr. Bruno asked,
3    "Okay.  So once -- it's that same sort
4    of deductive reasoning that you have
5    applied really throughout, and that is
6    you found a plausible explanation which
7    allowed you to exclude other potential
8    mechanisms, right?"
9        Mr. Levine, "Objection."
10       Answer, "use the available
11   information to, um -- provide the
12   opinion that I have of what took
13   place."
14       And Mr. Bruno, on line 24, "Well,
15   again, isn't that consistent with what
16   I just said.  You found a plausible
17   explanation for what occurred, and once
18   you found that plausible explanation
19   you said to yourself, there's no need
20   to do any further investigation?"
21       Answer, "And the plausible
22   explanation of why it failed at that
23   point."
24       Question, "yes?"

205

REED MOSHER

1        Answer, "Yes."
2        Did I read that correctly?
3        A.    You did read that correctly, but
4    I need to look at the context of what this
5    was -- was about.
6        Q.    If it was --
7        A.    I think it's not inconsistent
8    with what I'm saying, is that you have to have
9    the physical evidence of why the failure took
10   place, and that physical evidence has to be
11   drawn to -- and you can't have a plausible
12   failure mechanism unless you have that
13   physical evidence there.
14       I think this had to deal with some
15   of the -- I'll have to read through this.  But
16   there are -- there were people providing lots
17   of opinions of why the failures took place,
18   and they were plausible but they didn't have
19   any physical evidence to them, so they weren't
20   things that you would pursue.
21       If you don't have the physical
22   evidence, or the possibility of a failure
23   mechanism, the mechanics of it, or whatever,
24   then it is not a plausible failure mechanism.

206

REED MOSHER

1       You just don't go after and say,
2  every possible reason was a failure or was a
3  possible cause of the failure.  You actually
4  have to nail down what really were the causes,
5  and does the physical evidence support that.
6  And that's what we did in the IPET report.
7       Q.    On February 20th, just five
8  months ago, you said at the top of Page 397,
9  you agreed with the statement that once you
10  found a plausible explanation, you said to
11  yourself there is no need to do any other
12  investigation.  Do you see that?
13      A.    And what I am saying -- what I
14  mean by a plausible explanation means it's
15  my -- what I mean by that is it has to have
16  the physical evidence to prove that it was a
17  plausible explanation of failure.
18      Q.    Do you agree or disagree with
19  the statement you made on February the 20th of
20  this year, that once you found a plausible
21  explanation, however you define it, you stop
22  looking for other explanations?
23           MS. EL-AMIN:  Objection.
24  Mischaracterization of prior testimony.

207

REED MOSHER

1           THE WITNESS:  I would say that
2  you have to have the physical evidence
3  to do it and the plausible information,
4  unless there is other physical
5  information or other analysis that
6  would lead me to believe that there was
7  another plausible failure mechanism,
8  because otherwise you'd be constantly
9  spending the rest of your life
10  searching for that failure mechanism,
11  and you wouldn't make any progress of
12  trying to actually settle on what
13  actually took place.
14      So I would say that you wouldn't.
15  And once you have physical evidence,
16  the plausible explanation analysis,
17  then, especially in IPET, we had to
18  come to a conclusion because we had to
19  present those results on June 1st, 2006
20  and state our opinions and have those
21  reviewed.
22      And those opinions have been
23  reviewed and substantiated by the two
24  different review groups.  So I would

208

REED MOSHER

1       say that we were well -- well within
2  what we were tasked to do and presented
3  and it stood the test of time with our
4  review groups.
5  BY MR. SEYMOUR:
6       Q.    As you testified here today, do
7  you agree or do you disagree with the
8  statement that once you found a plausible
9  explanation, you stopped looking for
10  alternatives?
11           MS. EL-AMIN:  Same objection.
12           THE WITNESS:  Okay.
13           And I would -- no, I disagree
14  with the way that you have stated that.
15  BY MR. SEYMOUR:
16      Q.    Explain the disagreement.
17      A.    You say "a plausible."  Okay.  I
18  say that this has to do with the physical
19  evidence that you provide.
20      Q.    If you take a look --
21      A.    And you have to take a look at
22  the whole -- examine all the evidence and
23  provide it and that has to be reviewed.  And
24  that's the process that we went through.

209

REED MOSHER

1       Q.    If you take a look on page 396,
2  at lines 15 and 16 you were asked about "a
3  plausible explanation."
4       Have you changed your mind since
5  February 20th with respect to this subject?
6           MR. RAFFMAN:  Objection.  Asked
7  and answered.
8           THE WITNESS:  I think my answer
9  to that was plausible; do you use the
10  available information to reach that
11  explanation.
12  BY MR. SEYMOUR:
13      Q.    Do you have anything else to
14  say?
15      A.    No.  In terms of you have to use
16  the available information to come up with that
17  plausible explanation.
18      Q.    And once you find a plausible
19  explanation, would that available information,
20  as you describe it, and plausible, as you have
21  described it, did you then stop looking for
22  alternatives?
23      A.    In this case we -- at the IPET
24  part of it, we probably did come to the end of

53 (Pages 206 to 209)

210

REED MOSHER

1 it and had to produce our report.
2        And my addition that I would say to
3 that, if there is more physical evidence, if
4 something else comes along that could change
5 that plausible information, we would pursue
6 that.
7     Q.    Did you pursue any other
8 explanations for the failure of the north
9 breach and the south breach between June 1st,
10 2007 when the IPET report was issued and
11 December 18th, 2008 when you submitted your
12 expert report in the Robinson case?
13    A.    We did go back over all of the
14 other -- some of the other plausible
15 explanations of it, particularly the seepage
16 information, and we had more time to look at
17 that and also to look at what were the
18 plaintiffs' reasons for the cause of the
19 failures.
20    Q.    The Robinson plaintiffs?
21    A.    In the Robinson case.
22        And they also looked at the IHNC
23 and, to my knowledge, they pretty much agreed
24 with our -- especially the north breach, that

211

REED MOSHER

1 our -- our opinion is supported by what they
2 have said in their briefs or their expert
3 reports and testimony.
4     Q.    As you testified here today, are
5 you aware of any alternatives for the breaches
6 of the levee system where there is an
7 alternative that you have not investigated?
8     A.    There --
9     Q.    When I talk about alternatives,
10 I don't mean a crazy theory.  I mean something
11 that looks as if it might have some substance
12 to it.
13        MS. EL-AMIN:  Levee system in
14        New Orleans?
15        THE WITNESS:  Any part of the
16        system?
17 BY MR. SEYMOUR:
18    Q.    Yes.
19    A.    We have looked at several since
20 IPET, particularly on the H -- the IHNC, there
21 has been some concern about seepage and people
22 reporting that there was water coming through
23 the levees.  And there were some additional
24 investigations into where that water came

212

REED MOSHER

1 from.
2     Q.    You're speaking additional
3 eyewitness information?
4     A.    This was actually water flowing
5 under the levee system as it currently stands
6 and concerns about that.
7     Q.    You mean after Rita and after
8 Gustav?
9     A.    Right.  Actually, really after
10 Rita.
11    Q.    I'm sorry?
12    A.    After Rita, before Gustav.
13    Q.    By the way, were the soil
14 borings that were taken pursuant to the IPET
15 investigation taken before or after Rita?
16    A.    After Rita.
17    Q.    And between Katrina and Rita,
18 didn't the Corps try to make some patches in
19 these holes?
20    A.    Yes, they tried to stop the
21 water from flowing in, and particularly were
22 concerned about during Rita, to try to reduce
23 the continued flooding.
24    Q.    And what kind of additional

213

REED MOSHER

1 material did the Corps put in to try to patch
2 these holes between Katrina and Rita?
3     A.    They put a graded limestone, I
4 think it was, material to try to patch that.
5     Q.    It was not hydraulic fill?
6     A.    It was not hydraulic fill.
7     Q.    By the way, do you know whether
8 hydraulic fill was used in the part of the
9 levee north or just north, depending on which
10 picture caption you look at, of the south
11 breach the one where you saw the big scour
12 behind and we spent a fair amount of time
13 talking about that photo.
14        MR. RAFFMAN:  Objection.
15        THE WITNESS:  Yeah.  I -- right
16        offhand, I don't know exactly.  I
17        believe -- well, there was various
18        stages of fill.  I would have to go
19        back and look at that.  I can't
20        remember it offhand.
21 BY MR. SEYMOUR:
22    Q.    As we sit here today, is it
23 possible that the fill was the same for the
24 failed portion of the south breach and for the

214

```
1            REED MOSHER
2  portion north of that that did not fail?
3            MS. EL-AMIN:  Objection.
4       Hypothetical.
5            MR. RAFFMAN:  And it's vague as
6       to time.  You're talking about after
7       the storm?
8            MR. SEYMOUR:  No.  I'm talking
9       about here, July 22nd, 2009.
10           THE WITNESS:  If the material --
11 BY MR. SEYMOUR:
12      Q.    Do you have knowledge of that?
13 If you don't know, you don't know.
14      A.    If the materials are different
15 than they are now?
16      Q.    That's right.
17      A.    Well, the whole wall is
18 different.  It's now -- it's a T-wall built on
19 pile foundations and some or all of that --
20      Q.    No, I'm sorry.  I'm not talking
21 about the current wall.  I'm talking about the
22 wall as it existed in Katrina, do you know as
23 of today, with all the information that you
24 have gathered since the storm, whether there
25 was any difference in the fill for the failed
```

215

```
1            REED MOSHER
2  portion that was at the south breach and the
3  portion immediately -- portions immediately
4  adjacent on both sides that did not fail?
5       A.    Okay.  And I'm going to ask you,
6  have to be a little more specific.  I believe
7  the interdisciplinary clay material was the
8  same.  Okay, that's basically the same.
9            The levees may -- the levee
10 material may be different because there were
11 construction work that was done to remove some
12 buildings and tanks and things like that, and
13 that did make the backfill area on the flood
14 side somewhat different, vary along the length
15 of that wall.
16      Q.    When was this construction,
17 removing the tanks and so on?
18      A.    That was prior to the -- I can't
19 remember exactly the dates, but it was -- it
20 was prior to the hurricane, but I think it was
21 in the '90s or in the early 2000s, something
22 like that, and that's -- that's on line.  I
23 can't remember exactly the dates.
24      Q.    Did you analyze the fill, the
25 records of what was used to fill the portion
```

216

```
1            REED MOSHER
2  of the wall that failed in the south breach
3  versus the portions that did not fail --
4       A.    Yeah, I mean --
5       Q.    -- that were adjacent to the
6  failure?
7       A.    -- we did in terms of the
8  important parts that caused the failure, yes,
9  we looked at those.
10      Q.    Hydraulic fill, was that used in
11 the part that failed?
12      A.    The levee materials, the
13 strengths of the materials, were very close
14 as -- up and down there, of the fill of the
15 levee, okay, but, you know, the majority --
16 the levee fill had very little impact on the
17 behavior of the walls at the global stability.
18 It was mainly the interdisciplinary clays that
19 were important.
20      Q.    Are you aware that the National
21 Research Council and National Academy of
22 Engineering has criticized the IPET report for
23 failure to consider alternatives adequately?
24      A.    Out of what?
25      Q.    Has criticized the IPET report
```

217

```
1            REED MOSHER
2  for failure to consider alternative
3  explanations adequately.
4       A.    Please give the date when that
5  was done, when that criticism was given.
6       Q.    I believe it was April of this
7  year.
8       A.    And what is the context of that?
9            MS. EL-AMIN:  Are we caught for
10      time?  Why don't we just take a break
11      and you can --
12           MR. SEYMOUR:  Oh, certainly,
13      because we're going to run out of tape.
14      That's fine.
15           THE VIDEOGRAPHER:  We're going
16      off the record.  This is the end of
17      videotape number 3.  The time is now
18      3:00.
19           (Brief recess.)
20           (Mosher Exhibit No. 8 was marked
21      for identification.)
22           THE VIDEOGRAPHER:  We are back
23      on the record.  This is the beginning
24      of videotape number 4.  The time is now
25      3:13.
```

55 (Pages 214 to 217)

218

1          REED MOSHER
2   BY MR. SEYMOUR:
3      Q.    Dr. Mosher, over the recess I
4   handed you -- handed your counsel, then handed
5   you, a copy of the report from the National
6   Academy of Sciences.  Could you read the title
7   of the report from the first page, please.
8      A.    It is, "New Orleans Hurricane
9   Protection System, assessing Pre-Katrina
10  Vulnerability and Improving Mitigation and
11  Preparedness.  Committee on the New Orleans
12  Regional Hurricane Protection Project.  Water
13  and Science Technology Board.  Division of
14  Earth and Life Sciences.  Board on
15  Infrastructure and Construction Environment.
16  Division of Engineering and Physical Systems,
17  National Academy of Engineering and -- excuse me,
18  National Academy of Engineering and National
19  Research Council."
20     Q.    And then if you turn to the last
21  page, you see a date of 2009 on the download
22  sheet for that document?
23     A.    Correct, I do see a 2009.  I
24  believe that is their committee report.  It's
25  a pdf.

219

1          REED MOSHER
2      Q.    Then please turn to page 15 of
3   the report.
4      A.    Uh-huh.
5      Q.    This is in a section entitled,
6   "Performance of the Hurricane Protection
7   System During and After Katrina."
8      A.    Correct.
9      Q.    And in the second paragraph,
10  third sentence, do you see where it says, "The
11  IPET team concluded that a singular driving
12  mechanism is a key factor affecting each of
13  the failures; however, alternative factors
14  contributing to failure were proposed by
15  others, notably by a research team that was
16  working through a grant from the National
17  Science Foundation (NSF)."
18         Do you see that?
19     A.    Yes.
20     Q.    Then -- then the next sentence
21  reads, "An earlier report from this NAE/NRC
22  committee drew attention to the complex soil
23  conditions and the number of unknowns still
24  associated with these sites despite the
25  extensive work conducted (NRC, 2006b).  In the

220

1          REED MOSHER
2   end, that report advised the IPET to 'be aware
3   of alternative failure mechanism system and
4   assess the potential for instability at other
5   locations along the level system."
6          And then it goes on to discuss the
7   17th Street Canal breach and says, "The
8   explanation of the failure mechanism for the
9   17th Canal Street breach, while plausible, is
10  not fully convincing, and alternative failure
11  mechanisms should be more rigorously
12  assessed." (NRC 2006b).
13         Do you see that?
14     A.    Uh-huh.  And that was their
15  interim report to us, and when we did that,
16  that's why you see a final report in 2007.
17  And we worked to try to answer and look at
18  some of these alternatives and to explain some
19  of the alternatives that the folks from the --
20  from the National Science Foundation study,
21  particularly the Berkeley folks was the ones
22  who had done that, led that, and to address
23  those issues, and the June 2007 report
24  addresses those.
25     Q.    Did the June 2007 report have a

221

1          REED MOSHER
2   scientific investigation of the barge?
3      A.    No, because that was not one of
4   the ones that was in question.
5      Q.    That would have been an
6   alternative explanation; would it not?
7      A.    That would have been an
8   alternative, but not one that the NRC had
9   actually asked questions about, and not one
10  that the National Science folks -- the
11  National Foundation group were looking at.
12         They try -- they were saying that
13  the failure was due to seepage, and we did an
14  extensive study to show that even if you
15  change the seepage properties of the soil by
16  increasing their permeability by a factor of
17  1,000, you still would not end up with seepage
18  as a problem.
19     Q.    Have you seen this report of the
20  National Research Council/National Academy of
21  Engineering before today?
22     A.    I hadn't seen all of it, but
23  I -- I was at the meetings and I was aware of
24  these other two reports because I had to
25  address these, the 2006 one.

222

REED MOSHER

1
2   So this is -- this isn't any
3   different than what I had heard from them.
4       Q.   And do you recall discussion
5   from the National Research Council and
6   National Academy of Engineering that they
7   still felt that alternatives needed more
8   attention?
9       A.   I think they believe --
10   actually, what they were -- if you read down
11   farther, they actually say that "this will
12   still probably be a debate in -- in the
13   profession for awhile."
14           There is actually an ASCE
15   Geotechnical Journal that's on the 17th Street
16   failure presenting all the different
17   possibilities that has been put out, referee
18   papers on it to try to clear some of that up.
19           There was a conference in Denver, I
20   think that was in 2007, March of 2007, which
21   led to discussions about the failure mechanism
22   for these, and we participated in that.
23       Q.   And from June 1st, 2007 to the
24   present, is it correct to say that you have
25   not done a scientific investigation of the

223

REED MOSHER

1
2   role of the barge?
3       A.   No, we haven't.
4       Q.   So the statement is correct?
5       A.   Yes.
6       Q.   Did the Corps do its own
7   investigation separate from the IPET?
8       A.   Of?
9       Q.   Did the Corps of Engineers do
10   its own investigation of the levee failures
11   separate from the IPET investigation?
12       A.   There were -- at the time of
13   the -- immediately after the hurricane and
14   when they were doing some -- preparing for the
15   repair, they were doing analysis of the
16   failures, or doing some investigations of what
17   was the causes of some of it, and then they
18   were designing alternatives to replace what --
19   the damage.
20           So they were doing some assessment
21   of it.
22       Q.   This is after June 1st, 2007
23   or...
24       A.   No, this is actually starting
25   probably in October 2005, they were gathering

224

REED MOSHER

1
2   information, what -- what was the cause, what
3   were the -- what did the failures look like,
4   different types of assessments along that
5   line.  And then also, you know, what needs to
6   be done to raise it to a higher level of
7   protection.
8       Q.   Was that additional work with
9   the Corps of Engineers in the fall of 2005
10   reflected in the June 1st, 2007 final report?
11       A.   Well, we used some of the same
12   data as they were using, borings, things like
13   that, like the Eustis borings, things like
14   that.  We -- we tried to take advantage of
15   that in our IPET report.
16       Q.   You mentioned several times that
17   the goal of IPET was to do an unbiased report,
18   and you said that there was a person by the
19   name of Duncan that was your co-lead.
20       A.   Right.
21       Q.   Do you know how much -- is it
22   Mr. or Dr. Duncan?
23       A.   Dr. Duncan.
24       Q.   Do you know how much Dr. Duncan
25   was paid by the Corps?

225

REED MOSHER

1
2       A.   I don't know exactly.  I would
3   have to look it up, but I know he was paid
4   from the Corps for his time.  And -- and the
5   only reason I don't know is I just haven't
6   added it up, but I know that he was paid by
7   the Corps for his time.
8       Q.   Was he paid -- do you know
9   whether he was paid an amount that reached the
10   six figures?
11       A.   He probably was paid close to
12   $100,000 there on some of it and -- because he
13   worked a good bit of time.
14       Q.   Now I am not sure if my notes
15   were correct, but --
16       A.   Just like I would be paid,
17   working on it for full-time, I would be paid
18   over $100,000 too.
19       Q.   My understanding is you received
20   no additional compensation from the Corps; is
21   that right?
22       A.   Right.
23       Q.   We were just talking about
24   salary and the way everybody with a job feels.
25           Okay.  I thought you said something

57 (Pages 222 to 225)

226

```
 1            REED MOSHER
 2   about the finalization of the report and the
 3   involvement of somebody else in the
 4   finalization, but I'm not sure that I heard
 5   you correctly.
 6       A.    Oh, in the -- in the Volume V,
 7   the main text of that, I did the first draft
 8   and Mike Duncan and Tom Brandon helped and
 9   edited to get it to the final stage in 2000,
10   in June 2006, when we were finishing it up.
11       And then as we finished up the
12   2007, they reviewed that.  And Mike Brandon --
13   excuse me.  Tom Brandon is a professor at
14   Virginia Tech that was sort of --
15       Q.    Is he a Mr. or a Dr.?
16       A.    Dr.  He works with Professor
17   Duncan.
18       Q.    Are you aware of a meeting that
19   was held among the experts for the government
20   in the Robinson case to decide on what the
21   Corps' position would be on common approached
22   issues?  Are you aware of any meeting like
23   that?
24       A.    Not that I'm aware of, no.
25       Q.    Appendix 11 makes some
```

227

```
 1            REED MOSHER
 2   references to barges in general and to barges
 3   crashing into banks and crashing into control
 4   structures and damaging them but does not
 5   mention the barge in the Inner Harbor
 6   Navigation Canal.
 7       Do you know why that is?
 8       A.    Principally because we would --
 9   we didn't have any good physical evidence of
10   knowing the full extent of what the damage
11   would be of what the barge did.  We saw where
12   it hit, but, again, we don't believe -- we
13   didn't believe it was the principal cause of
14   the failures of that so we didn't address it
15   in terms of trying to explain what the
16   performance was of the levees and floodwalls
17   in the Inner Harbor Canal.
18       Q.    A couple of times you referred
19   to the barge as not being the principal cause.
20   Did you believe it was a contributing cause?
21       A.    Well, we can't say because we
22   don't have any evidence.  We know that it hit
23   the -- hit -- we believe that it hit the wall
24   because it looks like there is damage there,
25   but where it struck and where we see that is
```

228

```
 1            REED MOSHER
 2   at the far south end of the wall, and that is
 3   not where the principal damage of the wall is
 4   located.
 5       Q.    Did you do a study of which way
 6   -- well, I will withdraw that.
 7       The south breach is a fairly large
 8   one; is it not?
 9       A.    That's correct.
10       Q.    Do you know whether all parts of
11   the south breach wall failed at the same time?
12       A.    No, we don't know that, and I
13   would suspect, just by -- if you look at
14   figure, I think it's 81.
15       Q.    We're on Exhibit 2?
16       A.    Yeah.  Exhibit 2, the -- Volume
17   V of the IPET report.
18       Q.    And what page number?
19       A.    Page V-101.
20       Q.    I think we're on the same page.
21       A.    Okay.  If you -- you can see the
22   wall is kind of a snake-like figure in the
23   kind of middle two-thirds of the -- or middle
24   third of the page there.  Have you located
25   that?  And you can see that down here near the
```

229

```
 1            REED MOSHER
 2   southern part that it hasn't moved very far
 3   from the levee.  Here it has moved quite a
 4   ways from the levee.
 5       And I would suspect that this is
 6   where it is.  Because of all the damage of the
 7   houses in this area was the blunt force of
 8   where the water -- the majority of the water
 9   and initiated to cause this to happen and had
10   the most erosion and tipped the wall the
11   farthest way.
12       The barge where we see the impact
13   is way down here.
14       Q.    When you say "way down here,"
15   can you describe it so the court reporter
16   can --
17       A.    It's beyond the, actually, edge
18   of the picture here.
19       Q.    Beyond the edge of the picture,
20   you find the barge?
21       A.    On the southern part, yeah.  And
22   you don't even see the barge in this.
23       MR. RAFFMAN:  So the record is
24   clear with Mr. Seymour's position, the
25   witness was gesturing toward the bowed
```

58 (Pages 226 to 229)

230

REED MOSHER

1    area of the wall on the middle to left
2
3    portion of the picture when indicating
4    where the main part of the failure
5    occurred.
6         THE WITNESS:  Failures or
7    where --
8         MR. RAFFMAN:  Where the water --
9    well, I don't want to use --
10        THE WITNESS:  I was going to say
11   where the -- where we see the most
12   damage to the houses is where the
13   highest water flow would be and where
14   the wall was pushed out to the greatest
15   extent.
16   BY MR. SEYMOUR:
17        Q.    And when you referred to the
18   south side of the thing, is the right-hand
19   side towards the south?
20        A.    South, yes.
21        Q.    Did you do a scientific analysis
22   of the edges of the barge to see if they had
23   concrete residue from the wall?
24        A.    No, we did not do -- no.
25        Q.    Did you do an examination of the

231

REED MOSHER

1
2    underside of the barge to see whether there
3    were striations on it that were consistent
4    with the marks that would have been left by
5    the bent rebar of the collapsed wall?
6         A.    I remember at the time of
7    examining the barge to try to see if we could
8    find where that it was struck, I can't
9    remember exactly the results of that, sorry, I
10   just don't remember.
11        Q.    When you saw the barge, was it
12   on the ground?
13        A.    It was on the ground.
14        Q.    And was it intact?
15        A.    It was intact.
16        Q.    Did you see -- did you look at
17   any photographs of the bottom of the barge?
18        A.    Afterwards, no, I didn't.  No.
19   But at that time it would be kind of hard to
20   know because it could have gone across the
21   wall after it was laying down and all those
22   things.  It would be very hard to tell whether
23   the bottom of the barge was damaged from
24   hitting the wall or moving across the wall as
25   it was laying on the ground.

232

REED MOSHER

1
2         Q.    Would you agree that the
3    concrete residue and examination right
4    afterwards would have been the best
5    indication?
6         A.    It would have -- well, it may
7    have -- I think what I would have liked to
8    have seen is some damage where it hit the wall
9    and so you saw some indentation of it.  Just
10   concrete residue, you know, because the wall
11   flexed and popped, there was a lot of concrete
12   dust and things like that in the area.  So
13   concrete residue could have come from a number
14   of different places.
15        Q.    Well, this is not my field
16   because I'm not one of your type of engineers,
17   but when an object strikes a concrete wall,
18   aren't you going to have a pattern of residue
19   that's different from dust settling?
20        A.    It could be.  If -- I would like
21   to see the pattern and pictures of the pattern
22   of the damage to the -- or in the dragging of
23   the barge in order to make that determination,
24   but just concrete residue on its own we don't
25   think is a full indication that -- of what

233

REED MOSHER

1
2    kind of contact was made with the wall.
3         Q.    Now, I believe I also heard you
4    speaking about the IPET executive summary,
5    Exhibit 4 to the deposition, and that
6    something was changed a couple of weeks ago,
7    perhaps the risk analysis.  Do you recall
8    that?
9         A.    Yes, uh-huh.
10        Q.    Can you point me to what was
11   changed?
12        A.    Actually, I -- I don't know
13   exactly what the change was because I wasn't
14   involved in that part of it, but I know they
15   finalized -- you know, this says final draft.
16        I know that they posted the results
17   of the risk analysis for public release, and I
18   imagine they made the corrections to --
19   changes to this document for that.  I
20   personally have been so busy, I haven't been
21   able to look at that.
22        Q.    This -- this is labeled a draft
23   final, and it's a full year after your Final
24   Report V was put in.
25        A.    Right.

59  (Pages 230 to 233)

234

REED MOSHER

1
2    Q.    Can you explain that?
3    A.    Yeah.  It's because the risk
4  analysis hadn't been completed.
5    Q.    What is being looked at in the
6  risk analysis?
7    A.    They're -- the assessments they
8  are looking at, what was the risk, potential
9  risk, and the damages and consequences
10  associated with that, as designed, as built,
11  looking at the 100-year, and looking at the
12  2010 --
13    MR. RAFFMAN:  Keep going.
14    THE WITNESS:  -- the 2010 level
15    of protection in June 2010.  So they
16    looked at a number of different
17    sequences, and then developing a series
18    of risk maps that could be used by the
19    public to assess where they're located
20    and what risk that they take at
21    different times.
22  BY MR. SEYMOUR:
23    Q.    Did any part of this change in
24  risk assessment involve the performance of the
25  levees?

235

REED MOSHER

1
2    A.    It didn't -- it didn't change
3  the assessment of the performance of the
4  levees during Katrina, but it does have an
5  effect on what kind of protection you would --
6  they did look at what kind of protection the
7  improvements to the levee system would
8  provide, and how that would affect the risk of
9  flooding.
10    Q.    Were you asked to contribute to
11  this executive summary dated June 1st, 2008?
12    A.    The original one, I did, and I
13  reviewed some of it before it was released,
14  but mainly it's attributing to the part that I
15  was involved in, which is the Volume V
16  portion.
17    Q.    You mentioned something called
18  NAVD88 which I believe is an acronym for
19  NAVD88.
20    A.    Right.
21    Q.    Would you please explain the
22  term.
23    A.    I'd have to look up exactly what
24  it means, but it is NAVD -- NAVD88, and then I
25  think it's 2006.4, is the survey that -- that

236

REED MOSHER

1
2  set the benchmarks for measuring elevations in
3  the New Orleans area that we used during
4  Katrina.  It had the Katrina or IPET study,
5  and what is being used now, and that had --
6  gives us -- it is a survey data.
7    It isn't actually the elevation
8  above sea level.  It is an -- it is an
9  elevation that is related to what sea level
10  is.  So sea level changes some.  This point is
11  a more mixed point.  And they can measure what
12  sea level is relative to this elevation.
13    Q.    Is this like a LIDAR examination
14  of the --
15    A.    No.  This is -- this is a hard
16  survey done by National Oceanographic and
17  whatever.
18    Q.    National Oceanographic &
19  Atmospheric Administration?
20    A.    Yeah, exactly, it's certified by
21  them.
22    Q.    Does that mean that they did the
23  survey with satellites or with people standing
24  on the ground?
25    A.    Both, actually.  They use a

237

REED MOSHER

1
2  certain geodetic capability that they have,
3  but they also did hard surveys, too, of the
4  locations.  But they're trying to make
5  corrections for subsidence to the benchmarks.
6    Q.    Can a satellite observation of a
7  floodwall pick up the narrow I-walls on top?
8    A.    Okay.  I know that there are
9  satellites that can do that, but we don't have
10  access to them.
11    Q.    Fair enough.
12    When a LIDAR examination is done --
13  is it LIDAR or LIDAR?
14    A.    LIDAR.  And that is actually
15  done from a plane and not from a satellite.
16  It's an air breather.
17    Q.    Can that pick up an object like
18  an I-wall, sheet metal -- or sheet pile I-wall
19  that's less than six inches in diameter?
20    A.    It can be -- it can be done if
21  it's done with enough resolution and you have
22  the software available to extract that.  It is
23  not an easy thing to do, but it can be done.
24  And the accuracy, you may have a problem with
25  accuracy if you do it, kind of like the --

60 (Pages 234 to 237)

238

1        REED MOSHER
2    some of the surveys that were done where there
3    was only like a one-meter accuracy of the
4    LIDAR sampling, then you probably couldn't
5    pick it up. But if you get down to six IHNC
6    or less accuracy, then you can pick them up.
7        Q.    Were these perhaps the LIDAR
8    surveys --
9        A.    But, again, I am not an expert
10   in this area, but I know that you can pick up
11   some.
12       Q.    In IPET Report Volume V and --
13   Exhibit 2 to the deposition, and your expert
14   report for the Robinson case, which is Exhibit
15   1, you refer to the LIDAR surveys.
16       A.    Right.
17       Q.    Were those with this degree of
18   resolution that could pick up narrow I-walls
19   or without that kind of resolution?
20       A.    We did not use the LIDAR data to
21   get the elevations of the walls. We used the
22   hard survey data that was done.
23       The LIDAR data was used to get
24   profiles on the embankments out to the side.
25       Q.    You mentioned a test that was

239

1        REED MOSHER
2    done called E-99 or something like that --
3        A.    Uh-huh.
4        Q.    -- in which you developed
5    information about the formation of a crack on
6    the water side of a sheet pile wall. Did you
7    obtain any calculations of the amount of force
8    on the wall that is sufficient to form, say, a
9    one-inch crack?
10       A.    We -- we don't have a direct
11   correlation of -- it's more on the
12   displacement of the wall and a crack
13   occurring. No, we don't have a direct
14   calculation of that.
15       Oh, when I say that, the experiment
16   that was done in the '80s wasn't done to
17   determine that the crack occurred. As a
18   matter of fact, you couldn't see the crack
19   because it was draped with a black plastic to
20   prevent water from seeping through the wall.
21       Only since then, since the failure
22   in New Orleans, had people felt that there was
23   a -- the crack occurred. So there was no
24   actual measurement of the crack during those
25   tests.

240

1        REED MOSHER
2        And those tests were not used to
3    assess the global stability. They were
4    principally used to look at deflections and
5    how long of -- how deep of tip elevation did
6    you need to control the deflections that you
7    were seeing at the wall, the top of the wall.
8        Q.    After Katrina, did you see a lot
9    of cracks in areas where the walls did not
10   fail?
11       A.    We saw in locations, yes, where
12   there was water on the walls, yes.
13       Q.    Did you see cracks at any of the
14   areas in the Inner Harbor Navigation Canal
15   where the walls did not fail?
16       A.    Yes.
17       Q.    Where -- where were those
18   locations?
19       A.    There was actually some between
20   the south and north breach. There was
21   actually some on the east side above the --
22   it's hard to say where it is -- it's above the
23   Florida Street bridge, and some on the west
24   side also above the Florida Street bridge.
25       There were cracks on the walls,

241

1        REED MOSHER
2    I-walls that were in the line of Mississippi
3    levees and Plaquemines Parish where some
4    failed and some didn't fail. London Avenue,
5    we couldn't see the ones on 17th Street,
6    mainly because they're under water that's side
7    of the wall.
8        Q.    In the cracks -- and just in the
9    Inner Harbor Navigational Canal on the east
10   side, did the cracks that you observed run up
11   to the area where you had the south breach?
12       A.    There is some movement there.
13   The wall was less -- where we saw the wall,
14   there was less -- less movement than there was
15   at the north side in the north breach.
16       Q.    Okay. And did you see the --
17   the crack that you observed for the part of
18   the wall that did not fail between the north
19   and south breaches, did the crack run all the
20   way to the north breach?
21       A.    The crack was immediate below
22   the north breach and ran south for a ways and
23   it was quite a large crack.
24       Q.    Do you remember the width of
25   that crack?

242

REED MOSHER

1
2    A.   In some places we had actually
3  soil that had settled behind it so there was a
4  gap of settled soil behind the wall of, like,
5  three feet in some of the locations.
6    Q.   And on the water side?
7    A.   This was on the water side.
8    Q.   Okay.
9    A.   And, I mean, this has also been
10  seen in an experiment on a -- or a full-scale
11  test that was done on London Avenue here
12  recently where they closed in the back of one
13  of the walls and brought water up to different
14  elevations, seven, seven-and-a-half, and it
15  was -- they were able to measure that the wall
16  did move and there was an opening, a crack
17  forming.
18    Q.   What was the size of that crack?
19    A.   I believe it was pretty small.
20  It was in the range of an IHNC, an IHNC and a
21  half or something like that.  It was quite
22  small.
23    Q.   The government was good enough
24  to give us a CD or a DVD of the materials on
25  which you relied which do not appear in your

243

REED MOSHER

1
2  report.  And there are several of these
3  documents that I may or may not have questions
4  about if I understood them, but I need to
5  borrow your expertise in order to understand
6  what it is they are.
7    MR. SEYMOUR:  I ask the reporter
8    to mark as Exhibit 9 a document dated
9    December 13th, 2008 at the top.  And
10    its title is, Lateral Weir evaluation.
11    (Mosher Exhibit No. 9 was marked
12    for identification.)
13    THE WITNESS:  I can't actually
14    speak to that to any great degree.
15    That was something that was provided to
16    me by Steve Fitzgerald, okay.  And
17    while it was included in an email that
18    was sent to me, I did not use -- I
19    didn't use this part of the information
20    in what I needed.  So you would have to
21    talk to Steve Fitzgerald to explain
22    what this is.
23  BY MR. SEYMOUR:
24    Q.   There is -- on the right-hand
25  side of the chart, there is a -- the word

244

REED MOSHER

1
2  "overtopping" and then there are several
3  columns of data below that.  And there are two
4  columns that are headed by PQ.  Do you know
5  what PQ is?
6    MS. EL-AMIN:  Objection.  He
7    just said he can't speak to it.
8    THE WITNESS:  I can't speak to
9    this.
10    MR. SEYMOUR:  Counsel, he may
11    know.
12    MS. EL-AMIN:  He can answer the
13    question.
14    MR. SEYMOUR:  I am asking him
15    what he knows.
16    THE WITNESS:  From looking at --
17    from the symbol here -- I'm just
18    looking at the symbol -- it says cubic
19    feet per second.  I believe that would
20    be the measurement.
21  BY MR. SEYMOUR:
22    Q.   Is it common in the field of
23  geotechnical engineering to use the symbol Q
24  for cubic feet per second?
25    A.   No, not really.  But, I mean,

245

REED MOSHER

1
2  it's not a...
3    Q.   Then the columns immediately to
4  the right say peak TW.  Do you know what TW
5  is?
6    A.   I do not know what that is.
7    Q.   And then there are columns to
8  the right of that saying peak WL outside Weir.
9  Does that look like water level?
10    MR. RAFFMAN:  Objection.
11    Foundation.
12    MS. EL-AMIN:  Same objection.
13  BY MR. SEYMOUR:
14    Q.   Do you know?
15    A.   It could be water level.
16    Q.   Do you know?
17    A.   I don't know for sure.  But by
18  looking at this, just purely looking at the
19  information here, based on what you said, I'd
20  say it could be.
21    MR. SEYMOUR:  I ask the court
22    reporter to mark as Exhibit 10 to the
23    deposition another document that was on
24    the CD for your reliance materials.  It
25    is labeled IHNC at the top.

62 (Pages 242 to 245)

246

REED MOSHER

1  (Mosher Exhibit No. 10 was
2  marked for identification.)
3  BY MR. SEYMOUR:
4       Q.   Are you familiar with this
5  chart?
6       A.   I am not really familiar with
7  it, but I have seen something similar to this.
8  I was asked questions about this in the
9  Robinson. And I at the time told them that,
10 as I am telling you, that I did not produce
11 this, I really don't know what the explanation
12 of it is other than in general terms that this
13 is part of the assessment that Steve used to
14 look at how much water was flowing through the
15 failure -- through the breaches, and that's
16 it.
17      Q.   Was this generated by
18 Mr. Fitzgerald for --
19      A.   Yes. It was included in an
20 email that he sent me with some other
21 information.
22      Q.   There are two areas that are
23 marked by -- well, red partial rectangles. Do
24 you know whether those correspond to the

247

REED MOSHER

1  locations of the breaches?
2       A.   I believe they are, but -- but
3  that's only, you know, based on what I know
4  here and what I saw with the other ones on the
5  MRGO previous ones I was asked about in court.
6       Q.   There is a black line with sort
7  of diamonds on it. And the legend says that
8  that is IPET HEC-RAS. And I believe you use
9  that phrase in your report.
10           What does that mean?
11           MR. RAFFMAN: Objection.
12           THE WITNESS: Yeah. I don't
13      know. Other than like -- I know it --
14      well, I know what HEC-RAS is. That's
15      the analysis called HEC-RAS. But I
16      don't --
17 BY MR. SEYMOUR:
18      Q.   What's that?
19      A.   Well, it's a program called by
20 the Hydrographic Engineering Center, which is
21 part of the Corps review out in Sacramento.
22 And it's a program that they call RAS, but I
23 know very little about it other than its name.
24      Q.   Over on the right-hand side

248

REED MOSHER

1  there is a reference to Kemp crest elev. with
2  the FINEL model, in parentheses, below that.
3  Do you know what that means?
4       A.   Only from -- I know that there's
5  something called the FINEL model, and that was
6  something the Dutch used. And that's the
7  extent of my knowledge of that.
8            (Mosher Exhibit No. 11 was
9            marked for identification.)
10 BY MR. SEYMOUR:
11      Q.   I asked the court reporter to
12 mark as Exhibit 11 another document from your
13 reliance materials which says at the top
14 H1ax1.5 model, volume from perimeter lateral
15 weirs (acre feet).
16           Do you know what this is?
17      A.   I do know a little bit about
18 this one because this is one I was asking him
19 about. Here was looking at the amount of
20 flooding that took place relative to the
21 different breaches in different locations.
22 And with breaches and no breaches.
23      Q.   The amount of flooding that
24 would have taken place without any breaches

249

REED MOSHER

1  versus what took place with breaches?
2       A.   Yeah, it's basically, for each
3  of the breaches, how much water entered into
4  the area.
5       Q.   Do you know whether these
6  numbers were generated accurately?
7       A.   No, I don't. This is what
8  Steve -- you would have to ask Steve
9  Fitzgerald. He is the one that did that.
10           (Mosher Exhibit No. 12 was
11           marked for identification.)
12 BY MR. SEYMOUR:
13      Q.   I asked the court reporter to
14 mark as Exhibit 12 to the deposition a
15 map-type chart. Are you familiar with this
16 document?
17      A.   Uh-huh.
18      Q.   You have to say yes or no.
19      A.   Yes. Yes.
20      Q.   Please explain it.
21      A.   It is a document that shows
22 locations along the MRGO, and they coordinate
23 with a series of LIDAR data in pictures,
24 vertical pictures, taken at these locations.

63 (Pages 246 to 249)

250

1      REED MOSHER
2          And there is a series of continuing
3   LIDAR datums for between 3,000, 6,000 --
4   there's just a whole series of them that go
5   along with that.
6      Q.    Okay.  I don't see numbers like
7   3,000 or 6,000.  Can you direct me to the part
8   that you're thinking of?
9      A.    If you look at the document
10  here, it starts out at zero here, goes to
11  3,000, 6,000, 9,000, 12,000.  And that's a
12  distance along the -- from the starting point,
13  zero.
14     Q.    Along the MRGO?
15     A.    MRGO.  Yeah.
16     Q.    Does this provide any
17  information to you with respect to the Inner
18  Harbor Navigational Canal?
19     A.    (Shakes head.)
20     Q.    No?
21     A.    (Shakes head.)
22        No.
23     Q.    Is it -- withdraw that.
24        On the right-hand side you see the
25  72,000 mark for the MRGO.  And then you see

251

1              REED MOSHER
2   turning -- what looks like close to a right
3   turn, the numbers go on, 75,000, down to
4   82,825.  Do you see that?
5      A.    Yes, I do.
6      Q.    Is that also a breach of the
7   MRGO?
8      A.    Yes.  It's the levee that comes
9   back and goes into -- goes back to make a
10  connection for the levee that goes back --
11  what do they call -- Verret to Chalmette
12  levee.
13     Q.    And does a -- I don't see a blue
14  line indicating water after the 82,825-foot
15  marker, unless it's the one right next to that
16  roughly horizontal orange line.  Is that a
17  body of water?
18     A.    No.  The MRGO stops -- this
19  chart, on the levee, turns at the MRGO at
20  72,000 and comes back to make a connection
21  with the Mississippi River.
22     Q.    Is the connection with the
23  Mississippi River off the chart?
24     A.    No.  It's there.
25     Q.    Could you describe where it goes

252

1              REED MOSHER
2   from the last point on the MRGO towards the
3   Mississippi?
4      A.    Okay.
5      Q.    If you hold the chart up so the
6   videographer can see what you're pointing to,
7   it will help.
8      A.    Okay.  Right here is the MRGO.
9   Okay?
10     Q.    Uh-huh.
11     A.    The levee comes back along here,
12  hits this straighter part of the levee, and
13  this comes back to the Mississippi River over
14  here on the left.
15     Q.    So it is along the roughly
16  horizontal orange line on the bottom?
17     A.    Right.
18     Q.    Okay.
19     A.    But that's not a body of water.
20  That's actually a swamp marsh area.
21        Are we going to go through all of
22  these?
23     Q.    No.  Just the ones that I
24  printed out.
25     A.    Okay.  So am I here to help you

253

1              REED MOSHER
2   understand what those are?
3      Q.    So that I can know whether I
4   need to ask you questions about it.  That's
5   right.
6        (Mosher Exhibit No. 13 was
7   marked for identification.)
8   BY MR. SEYMOUR:
9      Q.    I ask the reporter to mark as
10  Exhibit 13 a document entitled, Contribution
11  from each source.
12        Have you seen this document before?
13     A.    I don't remember this one.  I
14  don't remember using this one.  It may have
15  been in with Fitzgerald's information.  So I
16  can't help you, really, with that.
17     Q.    Please turn to your report for
18  IPET, Deposition Exhibit 2, at page 70.  There
19  is one item that's -- well --
20     A.    Go ahead.
21     Q.    It's the IPET report, not the --
22  I think you've got the same thing in your...
23     A.    Yeah.  I just wanted to make
24  sure.  Yes.  Uh-huh.
25     Q.    Okay.  What's the page where the

254

REED MOSHER

1  corresponding chart appears in your expert
2  report?
3      A.   61.
4      Q.   There is one set of
5  measurements -- actually two -- that seem a
6  little bit different than the others.  The one
7  marked by an X called USGS gauge IHNC at I-10.
8      A.   Yes.
9      Q.   Do you know why those
10 measurements seem to be out of step with the
11 others?
12     A.   The ones at 10 with the others?
13 Yes.  It is believed that that gauge stuck
14 during the time of the hurricane.  It actually
15 has a little slider, and that got stuck and
16 caused it actually to go down, and then it
17 popped back up.  And the belief is that the
18 readings were erroneous.
19     It's detailed about that in Volume
20 IV.  You will find it there.
21     Q.   Then the Orleans levee gauge,
22 IHNC at I-10, looks as if it takes a turn
23 that's away from the rest of the data for a
24 little bit.
25

255

REED MOSHER

1      A.   I think that's the one I was
2  talking about.  Okay.  Maybe that's -- oh,
3  which one -- it's the Orleans levee gauge 10?
4      Q.   It's got a purple line, and it's
5  got --
6      A.   Boxes on it?
7      Q.   -- sort of a blue rectangle on
8  top of it.
9      A.   Yeah.  Those are the -- I think
10 those are gauges that are simultaneous -- that
11 are located in the same area.  And they seem
12 to be somewhat erroneous at that location.
13     I think those are also very close
14 to where the railroad crossing blew open when
15 they were sandbagging it.
16     Q.   We spoke about the scour trench
17 on the protected side of the floodwall, again,
18 at the Inner Harbor Navigational Canal on the
19 east side.  Does that trench go as far -- the
20 picture of the trench we had was behind a wall
21 that had not failed.  Did that trench go as
22 far as the failure of the south breach?
23     A.   Yes.
24     Q.   Did it extend beyond that into

256

REED MOSHER

1  the area of the failure?
2      A.   Well, it was hard to -- yes, it
3  is into the area of failure.  You can
4  actually -- there's photographs in the report
5  that shows that.
6      Q.   And did it extend all the way to
7  the north breach?
8      A.   Yes.
9      Q.   What is your understanding of
10 the word "overtopping" as you use it in your
11 reports?
12     A.   Water flowing over the crest of
13 the wall of the levee.
14     Q.   Does overtopping mean waves
15 splashing over or is that something different?
16     A.   In general terms, I think we've
17 used the overtopping being that the surge
18 level would be above the top.
19     Q.   We have talked a little bit
20 about the subsidence of the ground under the
21 east wall of the Inner Harbor Navigational
22 Canal.  Was the subsidence uniform across the
23 area or did it differ?
24     A.   Well, it varied some in surface

257

REED MOSHER

1  location, especially the marsh material in the
2  levee in the backfill.  From -- from a general
3  layman's term, when you go out there and look
4  at it, it looked fairly consistent, but there
5  are some variations among -- in the heights of
6  it on both -- both sides.
7      Q.   Is it possible to characterize
8  the size of the variations?
9      A.   I could, but I don't have that
10 immediately.  We would have to do some --
11     Q.   Is it more or less than an IHNC?
12     A.   Oh, it's more than an IHNC.
13     Q.   Do you know if it's more or less
14 than a foot?
15     A.   I would say that it's close --
16 it may vary as much as two feet.  And Novato
17 (phonetic) varied from -- as much as four or
18 five feet.
19     Q.   How often -- or how far apart in
20 time were these inspections that we've talked
21 about?
22     A.   I don't know -- I actually don't
23 know the exact length, but I think they have a
24 requirement of every five years to do an

65 (Pages 254 to 257)

**258**

REED MOSHER

inspection of the levees. And I believe that
is actually done -- the responsibility of the
inspection is by the levee board, the local
levee board.

Q.    You've referred to relying on
stopped clock data. How many stopped clocks
did you use?

A.    We would have to look at a group
of -- I didn't actually do the survey of that;
other folks did. I would have to go and look
at what they had for that. I don't know right
offhand. But it is -- all of that is
explained in Volume IV of our report in quite
a lot of detail.

Q.    Okay. Did you obtain any
information about the time that electric power
was cut to the Lower Ninth Ward?

A.    No. We did do some interviews
with the people that were at the pump station
at Florida Avenue and talked to them about --
and I think they mentioned in there the time
that they lost the -- lost the power.

Q.    Do you recall the time they told
you?

**259**

REED MOSHER

A.    They didn't tell me, but I
think, reading it -- and this is
recollections -- it was somewhere before 5:00
in the morning or something like that.

Q.    And in looking at the stopped
clocks that you relied on for the IPET report
and your expert report, were any of those
electric clocks?

A.    No. Those weren't -- electric
clocks weren't part of the stopped clock
survey because we know that does go out in the
power. So those were not part of that survey.

Q.    Wouldn't the electric clocks
show you what time the power went out?

A.    It would, but it doesn't tell
you how high the water is. And we were
interested in knowing how high the water is,
not when the electricity went out.

Q.    As you can see from the speed
with which I'm going through my notes, we've
already covered an awful lot of things that I
had down here.

We talked a moment ago about the
differences in the degree of subsidence within

**260**

REED MOSHER

the Lower Ninth Ward where the floodwall is in
the Lower Ninth Ward.

Was there greater subsidence in the
areas that breached?

A.    Okay. There are -- we actually
separate it into two pieces, okay. And
subsidence is -- there is a regional
subsidence that's taking place in the New
Orleans area, which is a large soil -- large
subsidence due to the soil and the geology in
that area. And then there is local settlement
that takes place.

When the levees are built along
there, there is settlement due to the fact
that the levees are built on a soft material.
And that continues on for a number of years.
It may take 30 to 40 years for that to take
place.

Variations in how much of that
would vary along there, depend on the soil
thicknesses. And you see from our -- the
profiles that we have there, we have different
amounts of soils, so that would vary along the
length of wall. And we would have to do a

**261**

REED MOSHER

detailed study of each location to determine
how much that might vary. But it wouldn't be
unusual to have a difference of a foot of
settlement, or six inches of settlement, in
the levee fill from one location to another.

Q.    I just wanted to know if there
was a substantial enough degree of settlement
in areas that failed that distinguishes them
from the areas that did not fail?

A.    One of the problems that we have
is we don't have as good information about the
profiles from one location to another to
distinguish that.

Q.    Okay. When you were performing
your analysis of the Inner Harbor Navigation
Canal, did you learn whether or not the
Florida Avenue Bridge was lowered to close off
that end of the canal as well as the Claiborne
Avenue side?

A.    I don't remember, but I think --
I don't remember exactly.

Q.    In your investigation of the
Inner Harbor Navigation Canal in connection
with the IPET report and your expert report,

**66 (Pages 258 to 261)**

262

REED MOSHER

1    did you ever become aware of any other vessel
2    or object that was in the water at the time of
3    Katrina?
4        MR. RAFFMAN:  Objection.  Form.
5        THE WITNESS:  No.
6    BY MR. SEYMOUR:
7        Q.    By "in the water," I mean inside
8    the canal.
9        A.    No, I don't remember, no.
10        Q.    If there had been another vessel
11    or a large object, would you have been likely
12    to learn of it during the investigation?
13        A.    If it was another large object
14    and if it was in that region where the
15    failures were, I would probably have been told
16    about that.  But I don't remember any -- I
17    don't know of any notification that there was
18    another thing floating around out there.
19        MR. SEYMOUR:  No further
20    questions.
21        MR. RAFFMAN:  Bear with me.  I
22    have a few minutes.
23        THE WITNESS:  Okay.
24
25

263

REED MOSHER

1            EXAMINATION
2    BY MR. RAFFMAN:
3        Q.    You mentioned earlier -- you
4    used the term "refereed paper."  What is a
5    refereed paper?
6        A.    It's a paper that is reviewed by
7    members of the engineering community before
8    something is published.  They ask questions
9    about it or if they don't believe something
10    that's in the paper is correct or they would
11    like to see something explained more, they'll
12    get back to you, and you have to correct those
13    before those can be published.
14        Q.    And have you seen any refereed
15    papers concerning the causes of the Inner
16    Harbor Navigation Canal breaches?
17        A.    I have not.
18        Q.    What's the purpose of a --
19    having a paper be refereed?
20        A.    It's similar to like a peer
21    review, essentially your peers get a chance to
22    review what you've written.  It doesn't
23    necessarily mean that what you have there is
24    correct, but it does mean it has a certain

264

REED MOSHER

1    amount of merit that they believe that the
2    community ought to see.
3        Q.    Have you seen peer-reviewed
4    papers regarding the causes of the Katrina
5    breaches?
6        A.    Yes, on some.  17th Street
7    there's been some peer-reviewed papers.
8    There's a whole specialty journal on that.
9        Q.    All right.  During the course of
10    your work on the Katrina breaches, you've seen
11    a number of different scientific opinions
12    regarding the causes of the Inner Harbor
13    Navigation Canal breaches; is that fair?
14        A.    Yes, uh-huh.
15        Q.    Dr. Mosher, have you seen any
16    report by any scientist -- and for present
17    purposes, I'll exclude scientists who are
18    working for the plaintiffs in the barge
19    case -- any report by any scientist that has
20    concluded that the barge caused the failures
21    of the Inner Harbor Navigational Canal?
22        A.    I have not seen any.
23        Q.    I am going to ask you to take a
24    look at Exhibit 50 -- figure 50 in Exhibit
25

265

REED MOSHER

1    Number 1 to your deposition.
2        MR. SEYMOUR:  On page?
3        MR. RAFFMAN:  I believe it's on
4    page 52.
5        THE WITNESS:  Yes.
6    BY MR. RAFFMAN:
7        Q.    Can you describe what is shown
8    in figure 50?
9        A.    This is a barge that struck the
10    wall that I was talking about on the control
11    structure Bayou Bienvenue.
12        Q.    We're going to mark -- and the
13    barge is sitting on top of the floodwall
14    there?
15        A.    Yes.
16        Q.    We're going to mark another
17    exhibit.  This may be our last.  I will
18    represent that the cover page is the cover
19    page that is printed from -- well, let me ask
20    the question.  Do you recognize the cover
21    page?
22        A.    It looks like something from our
23    website.
24        (Mosher Exhibit No. 14 was

266

```
1              REED MOSHER
2        marked for identification.)
3    BY MR. RAFFMAN:
4        Q.   Right.  And I'll represent that
5    the photos were printed from the website, but
6    I'll ask the question.  And I will represent
7    further that the Bates control numbers on the
8    photos were added by our law firm.
9        A.   Okay.
10       Q.   The question, Dr. Mosher, is, do
11   you recognize the pictures in Exhibit 14 as
12   having come from the IPET website?
13       A.   Yes.  Uh-huh.
14       Q.   And are these pictures that you
15   viewed in connection with your work on the
16   IPET project?
17       A.   They have been some that you
18   looked at --
19       Q.   All right.
20       A.   -- but this is fairly early on,
21   yeah.
22       Q.   What is shown in these pictures?
23       A.   It is a barge that was actually
24   on top of the wall on the control structure.
25   And it shows that -- you know, the damage that
```

267

```
1              REED MOSHER
2    that barge did when it ran into it and landed
3    on a structure.
4        Q.   Is it fair to say, Dr. Mosher,
5    that whatever damage the barge did is in the
6    nature of punching through rather than causing
7    the collapse?
8        A.   Yes.  And it's basically what I
9    described earlier today in my deposition.
10       Q.   And to make it clear for the
11   record, Dr. Mosher, is this barge a different
12   barge from the ING 4727 that ended up in the
13   Lower Ninth Ward?
14       A.   It looks similar to that.  It is
15   a different barge, but I don't -- but it looks
16   similar to that type of barge.
17       Q.   That's fair enough.  Of a
18   similar type, but not the same barge?
19       A.   Right.
20       Q.   Thank you.  All right.
21            The next place I wanted to direct
22   your attention, Dr. Mosher, is page -- it's
23   going to be Exhibit 2 to your deposition, the
24   IPET report.  It's going to be figure 82.  And
25   the page number is V-102.
```

268

```
1              REED MOSHER
2        A.   Okay.
3        Q.   Do you see that?  This is a
4    picture that my colleague, Mr. Seymour showed
5    you earlier.  Do you see that?
6        A.   That's correct.  Uh-huh.
7        Q.   And what's written in the
8    caption here is stage A erosion along the
9    eastern side --
10       A.   Right.
11       Q.   -- of the IHNC adjacent to the
12   Lower Ninth Ward.
13            What is stage A erosion?
14       A.   We have a description of the
15   different types of erosion that would --
16   actually, it's shown in one of the figures
17   back here.  Page V-94, figure 74.
18       Q.   I see.
19       A.   And it has a description of the
20   different stages of erosion that take place
21   when you have water flowing over an I-wall and
22   a levee.  Just to give -- a way to represent
23   the different stages, a different way to
24   characterize the -- what we saw in the field
25   of different stages of erosion.
```

269

```
1              REED MOSHER
2        Q.   All right.  Did your team
3    conclude that, insofar as floodwalls are
4    concerned, erosion can progress from this sort
5    of stage A into something that might be more
6    dramatic in the area of failure?
7        A.   Yes, uh-huh.
8        Q.   So the fact that the levee
9    survived here at figure 82 -- see at figure 82
10   the levee is not -- the floodwall is not
11   pushed back and bowed out in the neighborhood.
12       A.   Right.
13       Q.   Did your organization conclude,
14   nevertheless, that as erosion progress at
15   other stages, erosion can, in fact, cause the
16   floodwall to fail and bow back into the
17   neighborhood?
18       A.   Yes.
19       Q.   And that's what --
20       A.   You know, you can see it kind of
21   progressing from what we saw on photograph 76
22   all the way up to photograph 83.
23       Q.   You refer to photographs 76 and
24   83.  Those are the figure 76 and figure 83 in
25   the IPET Volume V report.
```

68  (Pages 266 to 269)

270

REED MOSHER

1    A.    That's correct.
2    Q.    I am going to ask you to turn to
3    figure 53 at page V72.
4    A.    Okay.
5    Q.    You see this is a picture
6    looking -- tell me what's described in this
7    picture.
8    A.    This is the south breach,
9    looking south.  You can see on the left the
10   I-wall as it's been displaced.  And it's
11   relatively close to the south end of it.  You
12   can see a scour area running from the right
13   corner to the middle third of the wall, a
14   deeper area where the scour took place --
15   Q.    All right.
16   A.    -- right here.  And then you see
17   the wall that hasn't been displaced out into
18   the neighborhood at the very end of the south
19   breach.
20   Q.    All right.  Now, you've pointed
21   to the wall that hasn't been displaced into
22   the neighborhood at the very end of the south
23   breach.
24   A.    Right.
25

271

REED MOSHER

1    Q.    Did your team observe something
2    at that location?
3    A.    Yeah.  That was where we found
4    what looked to be an impact by the barge or by
5    something where it actually had scraped off
6    the concrete at that area and exposed some
7    rebar.
8    Q.    Apart from that standing-up, or
9    nearly standing-up panel, did your team find
10   any other physical evidence of barge impact
11   with the wall?
12   A.    No, we didn't.
13   Q.    Dr. Mosher, you mentioned just a
14   few moments ago interviews of people at a pump
15   station.
16   A.    Right.
17   Q.    Where is that pump station
18   located?
19   A.    It is near Florida Avenue Bridge
20   and the north breach in that area.
21   Q.    And with whom were those
22   interviews conducted?
23   A.    There was a team of folks that
24   went out to do that.  Their names are in the
25

272

REED MOSHER

1    Volume IV.
2    Q.    All right.  And those interviews
3    that were conducted, were they with employees
4    of the pump station who remained behind during
5    the storm?
6    A.    Yes.
7    Q.    And did those interviews
8    generate any information from any of those
9    employees to the effect that a barge had been
10   observed impacting the floodwall at the
11   location of the north breach?
12   A.    That was not -- that wasn't
13   reported by them when they did the interviews.
14   Q.    Just to be clear, it was not
15   reported by them?
16   A.    It was not reported by them.
17   Q.    All right.  You were asked
18   questions earlier about the strength of the
19   levee fill.  Let me just turn your attention
20   to appendix 11, item 3 -- Exhibit 3 to your
21   report.
22   And you reported in -- I'm sorry.
23   I am totally screwing up -- these questions up
24   because I want to finish.  Let me go back.  I
25

273

REED MOSHER

1    only have a couple more.
2    A.    Sure.  Take your time.
3    MR. SEYMOUR:  You can finish now
4    if you want.
5    MR. RAFFMAN:  Just a couple
6    more.
7    BY MR. RAFFMAN:
8    Q.    I'm referring you to figure
9    11-12 in Exhibit 3 to your deposition.  All
10   right.  The strength of the levee fill.  You
11   reported here that the strength of the levee
12   fill is about 500 pounds per square feet,
13   right?
14   A.    I think it's actually about 550,
15   something like that.
16   Q.    550.  And is that the
17   neighborhood of the strength that the Corps
18   uses when it would put soil on levee fill?
19   A.    Well, in general, that is the
20   available fill, and they compact it --
21   semi-compact it to a degree.  And, yes, that's
22   a value that's reasonable.
23   They would like to have better, but
24   you don't always have that available.  The
25

274

REED MOSHER

1    REED MOSHER
2    stronger the better, so...
3        Q.    And this is what the value was
4    found by the CPT testing as well?
5        A.    Right. But the real, I mean,
6    controlling part of it was this
7    interdisciplinary -- boy, I hate this word,
8    interdistributary clay layer.
9        Q.    Just to be clear, the
10   interdistributary clay layer was the part that
11   you found controlled the strength?
12       A.    Controlled the stability of the
13   levee.
14       Q.    All right.
15       A.    And this is very consistent with
16   other published data, people that have done
17   studies on it, and the CP -- we typically did
18   the CPTU data because it gave the best -- you
19   know, was the best indicator of the soil
20   strength. It's an institute measurement. And
21   then we backed it up with these vane shear
22   tests which you will see in the DST 1 through
23   3.
24       Q.    Now, you talked about -- or
25   Mr. Seymour asked you about subsidence. And

275

REED MOSHER

1    REED MOSHER
2    did I understand you correctly that when you
3    put more levee material and add that material
4    to a given place, then you would expect to see
5    more subsidence in the place --
6        A.    Or more settlement in that
7    location. And that really is talked about as
8    being settlement. Subsidence is a kind of
9    regional type --
10       Q.    All right. Then let me use the
11   right term. You expect to see more settlement
12   in a place where more levee fill is added?
13       A.    Right. More weight is applied
14   to it, so more squeezing of the water out of
15   the soil that takes place. And you get
16   greater settlement.
17           MR. RAFFMAN: All right. That
18   concludes my examination except I
19   wanted to say one thing for the record.
20           We noted Mr. Seymour's objection to
21   Dr. Mosher's testimony being admitted
22   as lay opinion testimony. And I
23   believe that we have the right to
24   introduce his testimony on that basis.
25   But to the extent there is an

276

REED MOSHER

1    REED MOSHER
2    objection, we're going to reserve the
3    right to designate this deposition as
4    expert testimony. And we can fight
5    with the plaintiffs about that later,
6    but I don't want the record to be
7    unclear.
8        We believe the Court should hear
9    this testimony, and that we will do
10   what is needed to perfect its
11   admissibility. I have no more
12   questions.
13           MR. SEYMOUR: This is Richard
14   Seymour with the final sign-off on
15   this. We would object to the tendering
16   of Dr. Mosher as an expert in this
17   case. There is not a report that has
18   been tendered to us in this case, and
19   the deadline has passed for designating
20   an additional expert.
21           MR. RAFFMAN: Your position is
22   noted.
23           MR. SEYMOUR: Dr. Mosher, thank
24   you very much.
25           THE WITNESS: Okay. Thank you.

277

REED MOSHER

1    REED MOSHER
2        THE VIDEOGRAPHER: One moment.
3    We're going off the record. This is
4    end of videotape number 4. The time is
5    now 4:29.
6
7        (Whereupon, at 4:29 p.m. signature
8    not having been waived, the deposition
9    was concluded.)

278

1
2          ACKNOWLEDGMENT OF DEPONENT
3
4              I, REED MOSHER, do hereby
5      acknowledge I have read and examined the
6      foregoing pages of testimony, and the same is
7      a true, correct and complete transcription of
8      the testimony given by me, and any changes
9      and/or corrections, if any, appear in the
10     attached errata sheet signed by me.
11
12     _____   _____
13     Date                Signature
14
15
16
17
18
19
20
21
22
23
24
25

279

1
2          REPORTER'S CERTIFICATE
3              I, Kathy Savich, the undersigned
4      Registered Professional Reporter and
5      Notary Public in and for the District
6      of Columbia, do hereby certify that the
7      above-named witness, after having been
8      first duly sworn to testify to the
9      truth, did testify as set forth in the
10     foregoing pages, that the testimony was
11     reported by me in stenotype and
12     transcribed under my personal direction
13     and supervision, and is a true and
14     correct transcript.
15              I further certify that I am not
16     of counsel, not related to counsel or
17     the parties hereto, and not in any way
18     interested in the outcome of this
19     matter.
20              SUBSCRIBED AND SWORN TO under my
21     hand.
22     My Commission Expires:  1/1/2012
23
24     _____
       Kathy Savich, RPR
       Notary Public in and for the
25     District of Columbia

280

1
2                    ERRATA SHEET
3              Veritext Reporting Company
                    1-800-727-6396
4      200 Old Country Road 1350 Broadway
       Mineola, N.Y. 11501  New York, N.Y. 11018
5
       Name of Case:  IN RE: KATRINA CANAL BREACHES
6      Date of Deposition: 7/22/09
       Name of Deponent: Reed Mosher
7
       Page   Line   Change          Reason
8      _____  _____  _____  _____
9      _____  _____  _____  _____
10     _____  _____  _____  _____
11     _____  _____  _____  _____
12     _____  _____  _____  _____
13     _____  _____  _____  _____
14     _____  _____  _____  _____
15     _____  _____  _____  _____
16     _____  _____  _____  _____
17     _____  _____  _____  _____
18     _____  _____  _____  _____
19
20              _____
                     REED MOSHER
21
       SUBSCRIBED AND SWORN TO BEFORE ME
22     THIS _____DAY OF _____, 20___.
23
24     _____   _____
       NOTARY PUBLIC      COMMISSION EXPIRES
25

## A

**abbreviated** 79:5
**ability** 10:6,10
**able** 10:3,4 33:18
54:3 130:16
153:19 194:12,17
194:18,19 195:7
233:21 242:15
**above-named** 279:7
**Above-requested**
120:10
**Abraham** 36:14
**absolutely** 127:12
**absorb** 92:20,21
**Academy** 35:16,16
36:10,11,22 38:7
216:21 218:6,17
218:18 221:20
222:6
**accepted** 89:23
**access** 237:10
**accorded** 39:17
**account** 57:5 132:6
**accuracy** 237:24,25
238:3,6
**accurate** 168:20
200:7
**accurately** 137:7
249:7
**Achievement** 26:13
**acknowledge** 278:5
**ACKNOWLEDG...**
278:2
**acre** 248:16
**acronym** 235:18
**action** 1:5 7:14 8:13
113:16 165:9
167:9,18 169:22
172:5
**actual** 20:4,5 29:10
48:12 59:6 104:14
131:2 134:9
201:21 239:24
**add** 114:21 164:25
275:3

**added** 128:20 225:6
266:8 275:12
**addition** 210:3
**additional** 63:13
113:23 114:22
141:16 167:9
211:24 212:3,25
224:8 225:20
276:20
**address** 220:22
221:25 227:14
**addresses** 220:24
**adequately** 216:23
217:3
**adjacent** 75:6,10
158:21 160:6
215:4 216:5
268:11
**Administration**
236:19
**admissibility** 276:11
**admitted** 275:21
**advantage** 224:14
**advised** 220:2
**affect** 235:8
**AFTERNOON**
147:2
**agencies** 35:3
**ago** 53:4,5 206:9
233:6 259:24
271:15
**agree** 56:18 182:15
206:19 208:8
232:2
**agreed** 206:10
210:24
**ahead** 56:17 99:2
109:11 130:20
253:20
**air** 237:16
**airfields** 21:12
**Aldock** 4:14 8:8
**alleging** 11:15
**allow** 77:15
**allowed** 204:8

**allowing** 55:16
**allows** 61:18
**alternative** 202:12
211:8 217:2
219:13 220:3,10
221:6,8
**alternatives** 202:16
208:11 209:23
211:6,10 216:23
220:18,19 222:7
223:18
**altogether** 43:6
45:16
**America** 4:3 8:7,16
8:23
**American** 27:22,24
35:10 37:14
**amount** 77:5 86:25
97:19 106:25
108:17 115:23
118:24 161:3
166:24 213:13
225:9 239:7
248:20,24 264:2
**amounts** 260:24
**analyses** 54:13 64:7
194:7
**analysis** 19:24 20:6
30:21 31:3 43:18
44:23 45:4,6,6,9
46:8,9 47:3,4,22
47:25 48:7 53:3,9
53:15 54:18 64:12
64:13 68:18,24
69:7 80:19 85:22
86:3,17,23 89:24
110:11 195:21
202:16 207:6,17
223:15 230:21
233:7,17 234:4,6
247:16 261:16
**analyze** 215:24
**Andrew** 81:13
**and/or** 278:9
**angle** 122:3,11

123:14,15,15
124:18,19 125:3
125:13 126:5,19
167:6
**angles** 126:17,22
**answer** 10:3 14:3,23
37:22 56:24
103:24 105:11
108:20 120:3
124:24 125:24
128:22 130:9,21
131:12,14 133:11
163:4,16 182:18
190:16 193:9
204:11,22 205:2
209:9 220:17
244:12
**answered** 89:21
209:8
**answering** 141:25
**answers** 203:25
**anybody** 97:14,16
97:17
**apart** 73:17 156:16
257:20 271:9
**apologize** 145:21
**apparently** 81:19
**appear** 16:2 242:25
278:9
**appearance** 73:25
**APPEARANCES**
3:1 4:1
**appeared** 10:13,17
10:20 72:15
**appearing** 8:6
**appears** 74:22 75:2
254:2
**appendices** 41:7
43:3,6,17 44:3
55:4 136:2
**appendix** 5:10 43:21
44:3,6 78:14 82:8
83:25 84:2,4 108:6
151:6 178:10
179:14 186:23

187:16 195:14
226:25 272:21
**applied** 17:14 124:9
127:25 204:6
275:13
**applies** 121:22
**apply** 47:16
**appreciate** 125:19
148:16 195:8
**approached** 198:5,6
198:9 202:8
226:21
**approved** 175:8
**approximate** 30:7
**approximately** 7:6
57:7 107:11
**April** 217:6
**area** 21:3,11 22:2
23:13 32:14 33:16
47:6,8,11 71:13
76:16 77:3 80:21
91:23 96:20 98:8
99:7 104:24
109:14 111:15
113:19 129:20
132:8,10 141:18
149:25 150:20
151:17 153:6
155:8,9,11 158:20
158:21 161:14
164:10 165:6
174:5 180:13
189:20,21 193:19
215:13 229:7
230:2 232:12
236:3 238:10
241:11 249:5
252:20 255:12
256:2,4,24 260:10
260:12 269:6
270:13,15 271:7
271:21
**areas** 12:24 35:12
47:6 160:6 188:25
240:9,14 246:23

260:5 261:9,10
**arm** 22:24
**army** 16:15 19:13
19:14 21:23 22:16
22:18,20,23 23:8
24:14,15 25:12
39:17 40:7 88:8
138:9
**arrangement** 140:4
**arrive** 68:19
**arriving** 191:17
**arrow** 182:6 189:25
191:16
**ASCE** 27:18,21
28:15 35:18 38:12
38:25 50:3 81:11
141:25 201:6
222:14
**aside** 53:11
**asked** 12:8,12 33:20
33:20,22,25 34:7
40:13 41:22 56:10
56:11,15 100:7
174:23 175:2
177:11 204:3
209:3,7 221:9
235:10 246:9
247:6 248:12
249:14 272:18
274:25
**asking** 9:4 13:15
61:10 71:3 73:19
74:5 111:18 137:9
148:5 177:4
244:14 248:19
**assemble** 47:13,15
**asserting** 99:20
**assess** 47:23 220:4
234:19 240:3
**assessed** 220:12
**assessing** 5:19 20:4
52:4 218:9
**assessment** 24:3,24
25:3 31:2,4,10
34:12,22 38:11,19

45:18 48:4 49:24
64:23 69:4 105:14
223:20 234:24
235:3 246:14
**assessments** 46:14
224:4 234:7
**assistant** 24:15
**associated** 219:24
234:10
**association** 28:2
**assume** 124:21
143:16
**assuming** 143:12
**assure** 162:18
**Atmospheric**
236:19
**attach** 143:6
**attached** 16:9
278:10
**attention** 76:19
81:22 174:21
202:22 219:22
222:8 267:22
272:20
**attorneys** 7:23
**attributed** 69:20
**attributing** 235:14
**August** 182:16
**available** 140:7
204:11 209:11,17
209:20 237:22
273:21,25
**Avenue** 2:8 3:6 4:6
7:9 51:24 62:14
63:24 64:4 66:24
99:13,14 101:13
101:16 132:14
180:3 181:23
185:10 241:4
242:11 258:21
261:18,20 271:20
**avoid** 198:15
**award** 26:3,12,13
**awards** 25:24 26:9
41:18

**aware** 104:16,21
118:19,22 131:6
140:8,21 142:14
147:15,19 171:12
185:20,22 211:6
216:20 220:2
221:23 226:18,22
226:24 262:2
**awful** 259:22
**awhile** 222:13
**axis** 184:20
**a.m** 2:1 7:6 182:8,9
182:16

**B**
**back** 21:20,22 29:19
29:25 32:18 33:19
46:24 58:12 64:25
70:22 71:21 74:2
76:13 87:23 92:24
101:20 103:8
115:3 120:9,11
129:13 130:13
132:13 139:6
147:3 151:2 153:7
163:14 167:18
170:17 171:10
179:23,24 180:15
181:9 187:15
191:7,15 196:11
196:16 200:17
202:15 210:14
213:20 217:22
242:12 251:9,9,10
251:20 252:11,13
254:18 263:13
268:17 269:11,16
272:25
**backed** 274:21
**backfill** 215:13
257:3
**background** 16:10
16:17 17:19 23:15
33:16 42:2 189:20
**backyards** 179:6

**bad** 68:3
**bank** 82:16 83:22,23
  132:17
**banks** 227:3
**barge** 1:5 3:3 7:13
  8:12,24 11:9,15,16
  11:25 12:4,7,13,18
  12:21 13:12 14:8
  14:18 15:2 51:20
  62:25 63:2,14,18
  64:3 68:10 77:18
  77:19,23 78:2,5,9
  90:7,11,20 91:2,3
  91:12,15 92:7,10
  92:25 93:4,6,13,24
  94:20 95:10 96:2,5
  96:10,21,22 102:9
  103:8 117:11,21
  118:14,16,20
  119:3 121:9,12,22
  121:25 122:16,21
  123:7,11,12,22
  124:15,23,25
  125:4,4,11,17
  126:11,18,18,20
  126:25 127:3
  128:18 129:4,5
  130:15 131:3
  139:18,22 140:3
  143:22 144:9,14
  145:2,2,12,14,18
  166:5,10,16,25
  167:14 199:25
  200:8,16,22 201:7
  221:2 223:2 227:5
  227:11,19 229:12
  229:20,22 230:22
  231:2,7,11,17,23
  232:23 264:19,21
  265:10,14 266:23
  267:2,5,11,12,15
  267:16,18 271:5
  271:11 272:10
**barges** 91:21,25
  92:13,15,16 94:5

98:7 101:17,18,18
  122:8 142:16
  227:2,2
**barracks** 132:13
  180:18 191:14
**based** 63:7 69:23
  84:12 104:12
  144:24 151:13,14
  152:7 162:22
  163:13 174:24
  178:10 245:19
  247:4
**basic** 124:6
**basically** 86:4,16
  161:20 215:8
  249:3 267:8
**basin** 29:12
**basis** 30:22 73:4
  167:13 275:24
**Bates** 266:7
**bathtub** 115:3
**bathymetric** 62:8
**Bayou** 265:12
**bear** 46:7 118:3
  262:22
**bearing** 17:8
**Bea's** 96:17
**began** 48:14
**beginning** 70:23
  90:6 98:5 131:22
  132:24 147:4
  203:11 217:23
**behalf** 3:3,13 4:3 8:6
  10:17
**behave** 18:21
**behavior** 16:25
  20:23 163:23
  216:17
**belief** 254:18
**believe** 12:22 18:7
  30:11 31:8 53:4
  62:20 71:23 83:18
  93:18 96:17 99:12
  99:17 104:22
  108:9 121:9

132:14 133:4,11
  133:17 136:8
  141:7 144:4 145:2
  153:4 157:2,13,19
  159:2,20 163:21
  163:25 170:3
  174:22 178:12
  180:17 181:16,22
  182:8,22 187:7
  188:20,23 189:8
  194:15 197:21
  207:7 213:18
  215:6 217:6
  218:24 222:9
  227:12,13,20,23
  233:3 235:18
  242:19 244:19
  247:3,9 258:2
  263:10 264:2
  265:4 275:23
  276:8
**believed** 254:14
**bell** 50:18
**Ben** 3:18
**benchmarking**
  135:25
**benchmarks** 135:4
  135:9 236:2 237:5
**Benoit** 1:9
**bent** 231:5
**Berkeley** 42:7 50:4
  69:3 220:21
**Bernard** 193:2,4,18
**best** 10:5,10 232:4
  274:18,19
**better** 9:8 81:10
  196:18 197:4
  273:24 274:2
**beyond** 13:25
  111:12 157:23
  229:17,19 255:25
**Bienvenue** 93:20
  265:12
**big** 76:16 77:7
  114:11 213:12

**bigger** 76:8 154:17
**biggest** 49:18 53:18
**bit** 21:6 23:15 52:4
  57:24 84:24 94:23
  99:4 106:22,24
  109:16 130:8
  151:11 153:5
  225:13 248:18
  254:7,25 256:20
**black** 239:19 247:7
**blame** 199:12
**blew** 255:15
**blow** 122:22 137:3
**blue** 79:3 251:13
  255:8
**blunt** 229:7
**board** 218:13,14
  258:4,5
**boat** 123:8
**body** 41:6 167:20
  251:17 252:19
**book** 31:23
**books** 31:17,20,21
  31:25
**boring** 51:11 79:22
  80:11,18 161:17
  162:10 163:10,11
**borings** 51:11 78:23
  79:20,21 80:21,22
  81:4 159:3,18,21
  212:15 224:12,13
**borrow** 243:5
**bosses** 40:6
**bottom** 62:7 110:17
  112:13 138:5
  151:16,16 179:18
  231:17,23 252:16
**bounces** 122:17
**boundary** 47:16
  168:11
**Boutte** 1:7
**bow** 269:16
**bowed** 229:25
  269:11
**bowing** 95:14

**Box** 3:17
**boxes** 111:19 255:7
**boy** 129:14 274:7
**Brandon** 43:2 226:8
226:12,13
**breach** 11:19,19,20
11:23 12:19,22
14:12 50:9,12,22
51:15,25 54:20
55:9 62:15 64:9
65:8,9,21 66:5,7
68:13,14 69:5,6,8
69:21 71:4,9 72:12
74:3,4,11,13,20
75:4,5,8,9 76:7
77:20,24 87:9
88:16,20 90:12,24
90:25 98:19 99:6,9
99:21,23 100:13
101:8,14 103:9
104:19 105:2,6,19
105:20 106:18
107:8,13 108:8
110:4,11,12,12,13
110:17,18 112:25
113:2 115:17
119:4 120:24,24
121:2,3,7,10,13
129:12,12 130:16
131:8,9,13,15,19
131:20 141:20
143:21 144:6,10
144:16 145:7
147:10,14,18,18
149:9,19,25
150:10,11,13,19
151:24 152:25
153:2,4 154:11
155:10,12 157:5
157:12,16,25
158:22 160:8,8
161:14,18 163:12
164:2,2,10,11,21
165:19 180:5,7
182:7,9,15 183:3,9

183:18 185:13,16
186:2 190:2,9
191:2 194:2,3
210:10,10,25
213:12,25 215:2
216:2 220:7,9
228:7,11 240:20
241:11,15,20,22
251:6 255:23
256:8 270:9,20,24
271:21 272:12
**breached** 23:6
158:21 260:5
**breaches** 1:4 7:12
10:15 14:11,16
44:8,24 51:6,24
52:2,3 71:13 72:15
90:8 99:14 100:13
100:22 101:2,7,11
101:16,25 133:16
164:7 191:23
192:21 211:6
241:19 246:16
247:2 248:22,23
248:23,25 249:2,4
263:17 264:6,11
264:14 280:5
**breaching** 12:23
104:25 106:7
**break** 57:23 70:9
143:13 145:24
217:10
**breaking** 47:5
114:21 116:16
**breather** 237:16
**Brian** 143:2
**bridge** 62:16 63:25
64:5 240:23,24
261:18 271:20
**brief** 19:17 48:21
70:21 87:21
217:19
**briefly** 11:14 12:6
78:8
**briefs** 211:3

**bringing** 196:15
200:9
**brittle** 61:2
**Broadway** 280:4
**broke** 147:8
**broken** 22:21 45:16
**brought** 118:2
242:13
**Bruce** 5:16 143:2
156:10 171:22
172:7 174:4
**Bruno** 12:8 204:3
204:15
**BS** 17:20
**Buck** 31:23
**Buckingham** 91:23
**build** 197:3
**buildings** 215:12
**built** 29:16 133:2
199:15 214:18
234:10 260:14,16
**bullet** 95:16
**Burnick** 34:5
**Busch** 15:6
**business** 28:8
**busy** 233:20
**B-i-e-n-v-e-n-u-e**
93:21

---

## C

**C** 1:10 7:2 26:14
173:7
**calculate** 109:24
115:23,25 118:18
166:24
**calculating** 64:20
**calculation** 65:16
111:13 118:19,22
239:14
**calculations** 66:10
67:12,14 107:7,13
111:13,16 112:5
167:4,17 173:19
239:7
**California** 42:7 69:3

**call** 18:14 37:16
38:3 45:5 47:22
61:2 153:15,17,18
247:23 251:11
**called** 8:18 22:22
23:17 28:23 71:21
108:19 131:25
135:14 136:9
151:15 162:13
174:21 179:19
181:12 235:17
239:2 247:16,20
248:6 254:8
**Calls** 103:21 105:9
119:8 144:17
**canal** 1:4 7:12 10:14
10:15 11:3,18
17:10 19:5 23:6
24:4 28:21 30:9
43:20 44:8 51:24
54:19 55:10,16
58:2,8 59:15 60:3
60:13,17,19 62:10
62:24 63:4,24 64:5
68:9,15 71:5 72:12
74:5 77:7,21 94:20
96:23 99:22
102:13 103:4
108:25 112:5
113:19 117:6
126:21 132:18
133:14 134:21
149:7 167:20,21
171:13 179:17
190:14,18,21
191:2 192:7,22
193:6,21,23 220:7
220:9 227:6,17
240:14 241:9
250:18 255:19
256:23 261:17,19
261:24 262:9
263:17 264:14,22
280:5
**Canals** 101:16

capability 237:2
caption 7:11 213:11
  268:8
captured 34:15
career 198:18
careful 199:11
Carmine 4:16 7:4
carried 96:6
carry 44:14
case 7:11 11:13 12:6
  15:24 31:10 54:23
  62:23 74:12 94:22
  127:2 154:5
  158:12 169:12
  180:16 188:21
  194:10 195:11
  209:24 210:13,22
  226:20 238:14
  264:20 276:17,18
  280:5
cases 1:7 7:15 17:3
  184:22
casual 195:18
caught 217:9
cause 12:19,23
  13:12 14:11,15
  54:18 55:9,23 56:6
  57:2 63:14 65:17
  66:6 68:9,14,25
  69:6 77:20 78:5,9
  88:15,20 90:8
  91:12,16,18,25
  92:7,14 97:21
  105:17 107:2,16
  114:2 115:8,9,12
  115:13,16 117:22
  123:3 129:6,10,22
  130:13 144:22
  166:2,8,8,20
  200:20 201:21
  202:5 206:4
  210:19 224:2
  227:13,19,20
  229:9 269:15
caused 11:16 78:3

92:9,9 93:24 101:8
  116:9 164:13
  216:8 254:17
  264:21
causes 10:22 33:2
  58:7 71:8 91:19
  117:19 206:5
  223:17 263:16
  264:5,13
causing 130:10
  267:6
CD 242:24 245:24
cellular 20:14 31:22
center 22:23 79:16
  88:9 109:7 124:16
  167:19 247:21
centerline 79:9,10
  82:17 109:3,5,8
  159:8
centrifuge 44:19
certain 89:3 118:24
  169:15 181:19
  237:2 263:25
certainly 13:23
  137:3 217:12
CERTIFICATE
  279:2
certified 236:20
certify 133:2 279:6
  279:15
certifying 22:12
Chafalia 29:12
chaired 40:22
challenge 53:19
challenges 165:8
challenging 21:6
Chalmette 180:25
  181:5 251:11
chance 263:22
change 54:18 85:24
  109:15 113:16
  116:10 210:5
  221:15 233:13
  234:23 235:2
  280:7

changed 14:7 20:22
  53:8,24,25 88:16
  88:20 119:11
  209:5 233:6,11
changes 37:22,23
  40:4,4,7,14 233:19
  236:10 278:8
chapters 89:20
characteristics 80:7
  158:20 163:24
characterization
  103:11
characterize 39:16
  103:7 257:8
  268:24
charge 21:14
chart 108:18 176:4
  176:11 183:14
  185:21 188:15
  191:22 243:25
  246:6 249:16
  251:19,23 252:5
  254:2
charts 152:9 176:8
  188:19,21 189:12
  189:14
chase 202:17
Chattery 135:14
check 173:18 174:10
checks 45:13
chief 20:17 34:4
  135:15 199:5
chose 35:11 160:21
chosen 32:24 33:8
Christian 81:13
Chuck 162:14
circular 77:3
cite 100:25
cited 57:2,21
Citrus 71:21 73:25
  76:13
civil 1:5 7:13 16:17
  16:18,24 17:20
  20:10 24:16 27:23
  27:25 28:6,8,12

35:10 36:16 37:15
  194:25 197:8
Civilian 26:11
Claiborne 261:19
claims 201:12
clarification 9:24
  72:20 142:13
clarify 99:3 130:8
  142:8 144:12
classical 17:17 45:6
classified 31:20
clay 82:22 109:19
  161:22 163:22
  215:7 274:8,10
clays 216:18
clear 27:3 39:22
  41:9 55:2 77:25
  95:23 100:25
  120:22 123:6
  125:18,21,24
  126:23 139:10
  165:24,25 166:4,7
  168:19 174:15
  177:13 199:4
  222:18 229:24
  267:10 272:15
  274:9
clearer 57:24
  125:21
clearly 9:13 125:23
clock 64:16 141:16
  141:22 142:20
  178:8,25 179:23
  258:7 259:11
clocked 67:2
clocks 67:3 69:12
  258:7 259:7,9,11
  259:14
close 70:8 86:12,14
  104:24 107:17
  113:24 128:6
  150:14,18,23,24
  151:23 155:19
  169:18 180:6,12
  185:7 191:12

216:13 225:11
251:2 255:14
257:16 261:18
270:12
**closed** 171:13,15
242:12
**closer** 154:17
155:13 180:16
**closest** 161:15,17
163:11
**CLR** 1:25
**CNN** 113:18
**coast** 91:24
**coastal** 71:19 75:10
173:5
**coauthor** 30:16
**codes** 19:23
**cofferdams** 20:14
31:22
**collapse** 76:2 144:15
161:17,19 164:6
200:9 267:7
**collapsed** 164:10
231:5
**colleague** 268:4
**colleagues** 87:14
**collect** 50:5
**Columbia** 2:14
279:6,25
**columns** 244:3,4
245:3,7
**come** 46:24 63:6
111:15 137:6,25
183:13 190:8
192:19 193:25
207:19 209:17,25
232:13 266:12
**comes** 210:5 251:8
251:20 252:11,13
**comfortable** 184:7
189:22
**coming** 23:20,21
42:6 69:19 104:9
104:18,25 105:22
105:23 123:7

124:2,25 126:6
130:3 147:23
169:5 193:2,3,5,6
193:14 211:23
**Commander** 26:12
**commanding** 24:20
25:14 39:8,20
**commentary** 127:17
**comments** 38:22
**Commission** 279:22
280:24
**committee** 218:11
218:24 219:22
**common** 25:22
226:21 244:22
**Commonly** 40:24
**communities** 37:11
**community** 28:3
37:10 263:8 264:3
**compact** 273:21
**Company** 280:3
**comparable** 30:15
**compare** 30:5,23
127:20
**comparing** 20:6
158:19 159:10
**comparison** 46:18
117:10 158:25
**comparisons** 84:25
160:24 181:9
**compensation**
225:20
**complete** 23:14 48:4
74:13 106:15
278:7
**completed** 43:2
234:4
**completely** 183:23
**complex** 219:22
**composite** 109:12
159:25
**composites** 161:5
**computational** 21:2
**computer** 20:6
**concentrated** 122:3

**concentration**
129:20
**concept** 126:23
**concern** 49:18
211:22
**concerned** 49:21
80:25 81:18
188:11 193:15
201:6 212:23
269:4
**concerning** 263:16
**concerns** 212:7
**conclude** 55:8 63:2
68:7,13 77:18 78:2
78:5 114:10,20
269:3,13
**concluded** 58:2
75:18 77:22
112:23,25 116:7
117:19 219:11
264:21 277:9
**concludes** 275:18
**concluding** 167:14
**conclusion** 63:7
64:8 65:11 67:19
67:23 68:19 78:11
92:6 207:19
**conclusions** 55:7
87:8 88:15,19 89:4
89:4 138:8 174:20
200:18
**concrete** 28:25
147:25 230:23
232:3,10,11,13,17
232:24 271:7
**condition** 100:16
168:11
**conditions** 47:17,23
51:13 68:8 140:5
159:9 160:2,10,23
200:6 219:23
**condition's** 48:8
**conduct** 53:14,15
**conducted** 29:23
219:25 271:23

272:4
**cone** 79:25 80:2,4,5
**confer** 87:14
**conference** 32:11,13
222:19
**conferences** 32:8,10
32:15
**confess** 110:14
**confirm** 54:24,25
**confusing** 178:18
**Connecticut** 3:6
**connection** 22:15
42:14 251:10,20
251:22 261:24
266:15
**consequences** 234:9
**consider** 12:17
114:4 216:23
217:2
**considerable** 128:20
139:19
**considerably** 86:25
128:21
**consideration**
200:14
**considered** 20:10
50:4 57:11 78:8
103:19 105:7
148:20
**consistent** 132:10
192:11,15 204:16
231:3 257:5
274:15
**consolidated** 1:4,6
7:12,14
**constantly** 207:9
**construct** 160:12,19
**construction** 22:5
22:11 23:4 48:3,5
134:25 215:11,16
218:15
**contact** 62:25 77:19
233:2
**contain** 138:8
**context** 129:25

156:5 176:3 205:5
217:8
**continue** 54:13
56:23 73:7 90:18
103:13 143:17
**continued** 4:1 36:20
49:4 54:24 212:24
**continues** 260:17
**continuing** 73:6
250:2
**continuous** 158:8
168:14
**contracted** 36:17
**contradictory**
101:24 125:15
**contributaries** 22:7
**contribute** 139:22
166:5 235:10
**contributing** 144:15
219:14 227:20
**contribution** 6:2
172:9 253:10
**contributors** 139:20
**control** 20:12,21
21:24 22:6 23:12
93:19 164:18
227:3 240:6
265:11 266:7,24
**controlled** 161:24
274:11,12
**controlling** 161:23
274:6
**controversial** 31:12
**conversations**
201:10
**converting** 151:12
**convincing** 220:10
**coordinate** 249:23
**coordinated** 45:20
**copies** 175:16 203:5
203:7
**copy** 133:19 136:24
143:5 203:2 218:5
**cork** 96:11
**corner** 94:13 123:10

123:12,21,21
124:2 125:16
126:17,19,20
270:14
**corps** 17:23 18:3
19:13,14 21:23
22:16,20,25 23:8
24:9 25:14 26:6,8
33:23 35:2,6 39:17
39:24 40:7 79:17
112:24 132:25
133:9 138:9
172:11,13 195:19
196:24 197:12
200:16,22,23
201:10 212:19
213:2 223:6,9
224:9,25 225:4,7
225:20 226:21
247:22 273:18
**correct** 10:16,19,23
11:4,7 40:20 43:22
44:5,9 53:10 54:15
55:5 59:17 64:2
68:5 71:6,10 78:10
78:12 81:2 82:11
84:14 92:12 98:18
102:4 107:10
128:17 132:2
133:3 154:9 155:7
157:8 163:19
169:7 177:22
186:25 187:24,25
190:3 203:25
218:23 219:8
222:24 223:4
225:15 228:9
263:11,13,25
268:6 270:2 278:7
279:14
**corrections** 233:18
237:5 278:9
**correctly** 95:20
131:22 169:3
178:17 205:3,4

226:5 275:2
**correlation** 239:11
**correspond** 176:15
180:8 246:25
**corresponding**
254:2
**corresponds** 177:7
**Council** 36:6,8,9
38:7 81:12,15,21
88:24 216:21
218:19 222:5
**Council/National**
221:20
**counsel** 137:5
175:16 203:2
218:4 244:10
279:16,16
**country** 42:10 280:4
**couple** 11:5 31:19
46:24 88:5 113:21
117:8 157:20
169:24 170:2
171:17 227:18
233:6 273:2,6
**course** 26:7 56:15
264:10
**courses** 18:11,13,14
18:15,15
**coursework** 18:4
**court** 1:1 7:25 9:8
9:10,10,17 54:23
75:7 120:2 155:22
175:14,18 187:10
188:21,22,23
229:15 245:21
247:6 248:12
249:14 276:8
**courtroom** 189:17
**cover** 265:19,19,21
**coverage** 201:25
**covered** 21:10 32:22
173:10 259:22
**co-lead** 13:5 23:24
23:24 25:20 32:25
33:8 34:2 35:5

61:9 224:19
**co-leader** 40:18
**CP** 274:17
**CPT** 79:24 80:11,18
80:21 81:3,9,16
84:18 162:9 274:4
**CPTU** 274:18
**crack** 55:14,15
57:25 59:19 60:23
61:11,18 62:17
102:8,11,13 103:6
112:6,12,14,16,17
112:19 115:8,9,13
115:14,16 123:4
129:6,11 239:5,9
239:12,17,18,23
239:24 241:17,19
241:21,23,25
242:16,18
**cracking** 98:5
**cracks** 130:25 240:9
240:13,25 241:8
241:10
**crashing** 227:3,3
**crazy** 211:11
**created** 58:3 62:25
94:19 96:22
115:24
**creates** 60:12 61:22
**creating** 97:22
**creation** 63:3
**crest** 29:14 248:2
256:13
**crew** 51:11
**criteria** 28:10
**criticism** 217:5
**criticized** 73:16
216:22,25
**crossing** 157:18
255:15
**cross-section** 79:9
128:16
**cross-sections** 79:10
79:11 160:12,16
**crown** 161:7

**cubic** 244:18,24
**cumulative** 117:25
**current** 29:18 33:22
  214:21
**currently** 212:6
**curriculum** 15:4
  26:15,17,22 27:4,9
**cut** 93:2,9 258:18
**cutting** 97:6
**CV** 16:8 30:19
  31:18 32:2 173:7
**C2** 180:14,15

**D**

**D** 5:1 7:2
**damage** 91:25 92:3
  98:15 120:16,19
  145:10,12 223:19
  227:10,24 228:3
  229:6 230:12
  232:8,22 266:25
  267:5
**damaged** 231:23
**damages** 234:9
**damaging** 227:4
**Dame** 172:9
**damp** 168:6
**dams** 20:15
**data** 6:4 50:5 57:19
  61:21 80:10,12,21
  81:10 84:12
  108:25 135:10
  141:16 142:5
  161:10 162:9,15
  163:14,15 165:16
  185:20,24,25
  186:17,20 190:24
  200:19,25 224:12
  236:6 238:20,22
  238:23 244:3
  249:24 254:24
  258:7 274:16,18
**date** 7:5 18:7 50:15
  89:17 136:12
  141:9 187:19

217:4 218:21
278:13 280:6
**dated** 42:17 156:13
  235:11 243:8
**dates** 215:19,23
**datums** 136:11
  250:3
**day** 156:16 280:22
**DC** 3:8,19 4:7 7:10
**dead** 123:13,16,18
  123:19 124:15
**deadline** 276:19
**deal** 20:11 28:7
  119:18 201:17
  205:15
**dealing** 17:6 19:20
  20:20 28:8 46:11
  173:16
**deals** 43:18 44:6
**dealt** 44:18
**debate** 222:12
**December** 113:6
  187:24 188:3
  210:12 243:9
**decide** 200:19
  226:20
**decided** 39:25
**deciding** 85:6
**deductive** 204:5
**deep** 29:20 97:7,10
  97:11,13 240:5
**deepening** 60:25
**deeper** 30:14 59:22
  270:15
**defendant** 8:24
**defense** 24:13 25:11
  26:11 197:13
**define** 206:22
**deflection** 72:10,11
**deflections** 240:4,6
**deflects** 59:14
**deformations** 86:21
**deformed** 95:10
  97:5 147:24
**degree** 17:25 238:17

243:14 259:25
261:8 273:22
**demonstrated**
  139:16,17
**Denver** 222:19
**depart** 121:20
**Department** 3:15
  36:15
**depend** 260:21
**depending** 109:23
  110:2 213:10
**depends** 92:23
  109:21
**depicted** 76:23
**Deponent** 278:2
  280:6
**deposition** 1:13 2:4
  2:12 5:7 6:1 7:7
  9:7 12:5 15:5,20
  43:16 52:12 53:7
  90:7 100:8,10
  102:24 119:21,21
  131:22 132:24
  136:15 151:5
  155:24,25 156:2
  158:19 159:6
  160:4 163:25
  169:16,17 173:12
  175:16 179:13
  186:23 187:7
  188:15 194:8,10
  195:15,16 196:5,6
  202:23 233:5
  238:13 245:23
  249:15 253:18
  265:2 267:9,23
  273:10 276:3
  277:8 280:6
**depositions** 9:2,4
  11:6 100:3 196:5
**depth** 30:5,7,13
  80:14 82:15 97:17
  164:3 178:15
  191:4
**derive** 64:8

**describe** 17:18
  19:14 42:2 44:13
  57:25 89:11 95:21
  209:21 229:15
  251:25 265:8
**described** 97:21
  129:8 172:24
  209:22 267:9
  270:7
**describing** 59:12
**description** 46:7
  47:25 85:5 136:22
  202:7 268:14,19
**design** 18:16,17
  19:23 22:5,11 23:4
  27:16,17,19 28:10
  28:14,17,18 29:17
  29:18 32:4,17,21
  55:21 57:4,9,12
  79:4 84:24 131:25
  132:15,19,20,22
  149:13,14,16,18
  150:14,19,23
  151:12,13,15
  152:4 196:12
  199:24 200:4,11
**designate** 276:3
**designating** 276:19
**designed** 134:12
  154:10,13,15
  199:15 234:10
**designing** 223:18
**desire** 198:16
**despite** 219:24
**detail** 108:12 134:3
  149:3 186:14
  195:13 258:15
**detailed** 23:19 94:14
  134:7 254:20
  261:2
**details** 11:12 53:22
  54:3 55:13 133:18
  179:25 186:12
  194:18
**determination**

Case 2:05-cv-04182-SRD-JCW    Document 19300-9    Filed 10/02/09    Page 81 of 114

9

232:23
**determine** 46:14
47:10,19 80:6,13
80:15 83:7 162:6
179:17 239:17
261:2
**determined** 81:5
83:4 85:22
**developed** 128:13
239:4
**developing** 19:22,23
234:17
**development** 22:23
23:3 79:16 88:9
**diagrams** 161:2
**diameter** 237:19
**diamonds** 247:8
**differ** 256:24
**difference** 21:3
35:18 74:3 114:6
116:14 144:13
161:3 164:15,23
165:3,5 174:11
199:14 214:25
261:4
**differences** 76:5
143:24 144:21
161:6 259:25
**different** 35:3,4
37:5,8 45:5,17
50:7 53:21 57:4
85:3 89:13,14
94:23 108:10,14
109:15 110:5
111:7,21 116:8
129:25 130:17
143:22 144:8
152:4 157:14
159:21 160:11,18
160:20 164:9
168:4 178:18
179:22 188:25
202:16 207:25
214:14,18 215:10
215:14 222:3,16

224:4 232:14,19
234:16,21 242:13
248:22,22 254:7
256:16 260:23
264:12 267:11,15
268:15,20,23,23
268:25
**differential** 47:14
77:7
**differs** 177:8
**difficult** 104:10
**dike** 129:15,16
**dimensions** 58:24
118:13,16
**direct** 76:18 78:15
203:10 239:10,13
250:7 267:21
**direction** 77:16
279:12
**directions** 58:21
**directly** 124:25
**director** 21:9,16
32:12
**dirt** 48:12
**dis** 61:18
**disagree** 206:19
208:8,14
**disagreement**
208:17
**discovered** 66:17
141:15
**discuss** 194:20
220:6
**discussed** 199:2
**discussion** 55:23
222:4
**discussions** 142:16
189:14,15 199:5
222:21
**displaced** 270:11,18
270:22
**displacement** 18:22
61:19 98:3 239:12
**displacements**
47:10,20 87:5

**dissertation** 18:5
**distance** 58:11,22
59:7,11 76:12
118:25 127:23
128:2 152:18,20
157:15,22 158:13
250:12
**Distance-wise** 77:6
**distinct** 72:22
**distinction** 72:14
**distinguish** 106:6
261:14
**Distinguished** 26:11
**distinguishes** 261:9
**district** 1:1,2 2:14
79:20 133:21
135:16 279:5,25
**districts** 22:21 23:3
**ditch** 151:17
**divided** 162:23
**division** 20:18 129:7
218:13,16
**dock** 123:9
**Doctor** 123:6
**document** 15:19
27:19 28:14 39:4
42:12 43:14 52:6
140:15 143:11
151:3,4 155:22
159:20 179:10
184:4 190:16
218:22 233:19
243:8 245:23
248:13 249:17,22
250:9 253:10,12
**documentation**
134:15
**documented** 158:12
**documents** 27:17
185:5 243:3
**doing** 20:22 23:2,25
24:24 33:22 37:23
45:8,17 64:14,22
66:9,15 123:19
142:20 162:16

165:9 174:9
196:11,15 223:14
223:15,16,20
**Don** 171:23 173:15
**Donald** 34:8
**donate** 36:25
**doom** 102:20
**doubting** 67:13
**download** 218:21
**downplay** 41:14
**Dr** 8:22 13:6,22
16:12 52:18 72:9
73:24 78:17 90:3,7
96:17 113:11
114:9 119:13,18
147:8 172:10,17
173:13,13 175:4,5
175:8 189:5 194:5
196:24 218:3
224:22,23,24
226:15,16 264:16
266:10 267:4,11
267:22 271:14
275:21 276:16,23
**draft** 5:14 42:24
48:17,18,24 52:22
52:23,25 53:7
138:11,14,25
140:14,22 226:7
233:15,22
**dragging** 232:22
**dramatic** 60:20
71:17 76:11,18
116:13 269:6
**draped** 239:19
**draw** 202:21
**drawn** 111:4 205:12
**dreamed** 202:18
**drew** 55:7 219:22
**Driscoll** 34:8
**driven** 29:21
**driving** 46:18,19,22
118:7,10,24
154:16,24 219:11
**drop** 76:12

**VERITEXT REPORTING COMPANY**
212-267-6868                    www.veritext.com                    516-608-2400

**drop-off** 76:8
**DST** 274:22
**due** 18:21 57:3
  65:11 98:15
  101:25 113:16,18
  118:5,23 124:9
  135:4 169:21
  193:5 200:6
  221:13 260:11,15
**duly** 8:19 279:8
**Duncan** 13:7 23:25
  40:19,21 41:15,22
  41:25 42:25
  224:19,22,23,24
  226:8,17
**duration** 118:9
  122:14
**durations** 21:4
**dust** 232:12,19
**Dutch** 188:23 189:2
  189:3 248:7
**DUVAL** 1:9
**DVD** 242:24
**Dwight** 34:5
**dynamic** 114:14
**D.C** 1:14 2:9

## E

**E** 5:1 7:2,2 62:15
**earlier** 12:5 19:12
  34:10,16 65:3
  167:8 168:21
  169:4 219:21
  263:4 267:9 268:5
  272:19
**early** 49:25 67:5
  133:21 135:21
  182:24 183:6
  200:24 201:2
  215:21 266:20
**Earth** 218:14
**eases** 123:8
**easier** 97:24 137:4
**east** 71:22 82:16
  83:23 99:21

132:17 134:20
  149:8 170:7,23
  240:21 241:9
  255:20 256:22
**eastern** 1:2 11:17
  268:9
**easy** 46:16 113:19
  237:23
**Ebersole** 5:16
  171:22 172:7,10
  172:12,22 173:13
  175:4,5,8
**Ebersole's** 143:2
  156:10
**edge** 124:11 167:21
  229:17,19
**edges** 230:22
**edited** 226:9
**education** 194:6,14
  195:6
**educational** 17:19
**effect** 56:6 85:24
  90:11 95:19
  100:12 150:22
  154:17 167:15
  235:5 272:10
**effectively** 164:17
**effects** 20:22 21:11
  85:13 167:25
  172:23
**effort** 45:20
**efforts** 36:2 137:15
**egg** 154:4
**eggshell** 153:22,24
**Egg-shelled** 154:6
**egoldberg@good...**
  4:10
**eight** 67:7 184:25
  185:8 186:4
**eight-foot** 29:17
**either** 13:12 17:2
  47:7 116:2,5,5
  128:19 133:15
  135:20 174:20
  178:13

**electric** 258:17
  259:9,10,14
**electricity** 259:19
**element** 18:13 31:3
  45:8 47:2,4,25
  68:24 86:17
**elev** 248:2
**elevation** 57:6,16,18
  65:3,4 86:9 107:15
  107:21 110:22
  111:2,5 149:13,15
  149:18 151:23
  152:14 164:15,23
  165:3,11,23
  191:13 236:7,9,12
  240:5
**elevations** 108:10
  109:14 151:13
  159:10 174:23,24
  184:14,23,24
  236:2 238:21
  242:14
**eleven** 57:16,16,18
  86:9 107:9,24
  113:25
**El-Amin** 3:23 8:15
  148:12,21 159:12
  166:15 170:11
  185:23 192:2
  203:4,7,14,17
  206:24 208:12
  211:14 214:3
  217:9 244:6,12
  245:12
**email** 143:10,11
  243:17 246:21
**embankment** 92:20
  93:2,5
**embankments**
  92:16,18 98:10
  238:24
**emphasis** 16:19
**employed** 24:7,8
**employee** 172:10,13
**employees** 272:4,10

**employment** 19:17
  24:11
**ended** 25:22 31:20
  267:12
**ends** 117:3 193:13
  199:17
**energy** 139:18
  168:16 171:11
**engineer** 22:23
  41:16 88:9 172:14
  172:18 173:24
  194:16 195:7
**engineering** 16:18
  16:19,21,24 17:7,9
  17:20 18:10,12,19
  21:10 25:4,6 27:17
  28:3,6,9,12 31:19
  32:8,10,11 34:5,12
  36:11 37:10 41:18
  42:3 46:13 79:7,15
  89:19 110:15
  124:7 135:16
  173:5 194:25
  197:8 216:22
  218:16,18 221:21
  222:6 244:23
  247:21 263:8
**engineers** 17:24
  18:3,16 19:13
  21:24 22:20,25
  23:9 24:9 25:14
  26:6,8 27:23,25
  33:23 35:3,7,10,17
  36:19 37:15 39:18
  39:24 40:7 42:9
  79:17 112:25
  132:25 138:9
  195:19 196:24
  197:12 223:9
  224:9 232:16
**entered** 249:4
**entire** 125:3,4
  143:11
**entitled** 42:13 73:13
  219:5 253:10

Environment
 218:15
equal 58:21 161:25
equally 119:25
equals 112:6
equations 47:9,15
 47:16
equilibrium 47:22
equivalent 116:24
 116:25
era 42:8
ERDC 78:25 79:13
 79:14
Eric 4:13 8:8
erode 164:13
eroded 75:24
erodes 75:21 130:4
 130:5
eroding 130:13
erosion 66:6 68:16
 69:25 71:8,12,16
 72:17 74:14,17,19
 75:15,18 76:10
 92:5 129:15,22
 144:23 164:16
 165:25 166:9,12
 169:7 229:10
 268:8,13,15,20,25
 269:4,14,15
errata 278:10 280:2
erroneous 254:19
 255:13
especially 52:3
 207:18 210:25
 257:2
ESQUIRE 3:11,23
 3:24 4:12,13,14
essence 34:17
essentially 16:8 28:7
 28:24 36:12,18
 46:12,17 47:5
 59:25 77:11 194:4
 263:22
established 25:8
 34:21 162:14

establishment 25:12
estimate 115:15,19
 155:16
etiology 74:3
Eustis 79:7 224:13
evaluation 5:12,22
 5:23 23:17 24:2,18
 35:9 38:2,2,3
 42:15 243:10
event 98:8
events 64:21
eventually 24:14
 25:10 91:17
everybody 225:24
evidence 62:6 64:14
 65:19,25 75:14
 90:20 91:15,19
 94:15 104:5,12,14
 120:14 130:18
 139:21,24 140:2,7
 143:21,25 144:7
 144:25 147:9
 165:25 166:5,7
 202:14,15,20
 205:10,11,14,20
 205:23 206:6,17
 207:3,16 208:20
 208:23 210:4
 227:9,22 271:11
evolved 38:20
exact 50:15 89:17
 93:25 179:25
 257:24
exactly 12:11 95:21
 118:16 165:10
 213:17 215:19,23
 225:2 231:9
 233:13 235:23
 236:20 261:22
examination 5:2
 8:20 64:15 90:4
 94:15 134:11
 143:17 230:25
 232:3 236:13
 237:12 263:2

 275:18
examine 51:5
 208:23
examined 19:25
 95:22 96:20 278:5
examining 231:7
example 83:7 94:18
 98:19 158:10
examples 92:13
 102:17
excerpt 175:20
excerpts 175:17
exclude 204:8
 264:18
excuse 109:7 110:7
 139:5 153:23
 155:23 180:9
 196:6 218:17
 226:13
executive 5:11 21:18
 52:20 53:7 233:4
 235:11
exerted 121:14
 167:2
exhibit 5:8,9,10,11
 5:12,16,17,18,22
 5:23,24,25 6:2,3
 15:5,6,19 27:10
 41:4,11 42:11,20
 43:9,15,23 45:25
 52:7,8,12,17,20
 53:6 71:25 82:12
 82:13 84:5 136:15
 146:7 151:5 155:2
 155:23,24,25
 156:3,6 158:18
 159:6 160:5
 173:12 175:15,23
 179:13,13 186:24
 187:7 188:16
 194:9,10 195:15
 195:16 196:6
 217:20 228:15,16
 233:5 238:13,14
 243:8,11 245:22

 246:2 248:9,13
 249:11,15 253:6
 253:10,18 264:25
 264:25 265:18,25
 266:11 267:23
 272:21 273:10
EXHIBITS 5:7 6:1
existed 177:25
 214:22
existence 102:19
expand 77:15
expanding 56:19
expect 40:6 97:2,4
 168:3 170:15
 275:4,11
expected 65:5
 153:20
expended 125:5
experience 173:4
experiment 16:15
 239:15 242:10
expert 5:8,16,17
 10:13,21 13:15,20
 13:22 15:12,13,17
 15:23 16:9 55:24
 56:8 67:23 68:4
 82:6 96:17 112:23
 113:4,7 119:13
 156:8,15 158:18
 162:25 167:25
 171:25 172:7,20
 173:11,20,21
 174:18 175:10
 177:19 187:5,22
 189:21 194:9
 195:10 210:13
 211:3 238:9,13
 254:2 259:8
 261:25 276:4,16
 276:20
expertise 173:3
 243:5
experts 73:15
 127:14 189:3
 226:19

**Expires** 279:22
280:24
**explain** 73:14
114:18 160:3
208:17 220:18
227:15 234:2
235:21 243:21
249:21
**explained** 258:14
263:12
**explains** 67:17
**explanation** 202:9
202:11 204:7,18
204:19,23 206:11
206:15,18,22
207:17 208:10
209:4,12,18,20
220:8 221:6
246:12
**explanations** 202:12
206:23 210:9,16
217:3
**explosive** 17:4 21:11
**explosives** 20:23
**export** 174:9
**exposed** 271:7
**express** 67:18
125:23
**expressed** 55:3
**extend** 255:25 256:7
**extended** 130:25
**extensive** 219:25
221:14
**extent** 171:4 173:23
227:10 230:15
248:8 275:25
**exterior** 88:23
**external** 38:2,3
**extra** 107:24
**extract** 81:6,6
237:22
**eyewitness** 131:6
147:15 148:7,11
148:19 178:25
181:16 212:4

**eyewitnesses** 104:6
104:16 105:4
**E-99** 29:4,7,8 30:6
30:13,17,22 31:2,7
239:2

---

**F**

**fact** 54:6,21 57:5
61:14 63:10 67:15
74:16 112:22
118:5 201:9
239:18 260:15
269:8,15
**factfinder** 9:8
**factor** 46:14,20
57:13 69:10 86:10
86:10,14,19 107:8
108:4,7,11 111:6
114:11,13 144:15
154:18 161:23
198:22 219:12
221:16
**factors** 60:11 66:11
111:14 160:24
199:25 219:13
**facts** 38:11,12,13,15
40:15 199:13
202:3
**fact-based** 202:5,19
**fail** 65:18 68:10 78:3
95:6 102:15,16,18
106:4 214:2 215:4
216:3 240:10,15
241:4,18 261:10
269:16
**failed** 14:25 17:11
55:12 62:18 67:9
76:9 98:19 104:19
117:23 160:6
174:12 204:23
213:25 214:25
216:2,11 228:11
241:4 255:22
261:9
**failing** 75:23 106:3

**fails** 117:25,25
**failure** 13:12 19:5
32:17,20 47:24
48:3,9 61:2 62:6,8
62:12 63:16,19
65:11 66:22 74:2
74:13 75:18,25
76:18 77:2 78:6,9
86:6,11,23 87:3,6
91:16,20 92:9
105:6 106:16
117:20,22 118:5
123:4 131:2
139:20,22 140:6
166:2,6 197:22
201:14 205:10,13
205:23,25 206:3,4
206:18 207:8,11
210:9 216:6,8,23
217:2 219:14
220:3,8,10 221:13
222:16,21 230:4
239:21 246:16
255:23 256:2,4
269:6
**failures** 10:22,22
11:2,17 13:13 33:2
45:10 54:14,19
55:8 66:2 102:2
196:25 198:23
202:6 205:18
210:20 219:13
223:10,16 224:3
227:14 230:6
262:16 264:21
**fair** 27:11 108:17
119:14,14 149:6
153:15 165:18
195:5 196:23
199:18 202:7
213:13 237:11
264:14 267:4,17
**fairly** 30:12 228:7
257:5 266:20
**fall** 97:24 149:17

224:9
**falls** 32:13
**false** 81:9
**familiar** 11:8,9,11
35:11 182:10
184:9 186:17
194:17 246:5,7
249:16
**Family** 1:9
**far** 39:19 53:23
76:15 114:14
133:25 143:18
159:10 188:11,12
188:12 228:2
229:2 255:20,23
257:20
**farther** 145:6
157:18 222:11
**farthest** 229:11
**fast** 69:19
**faster** 21:4
**fault** 199:8,17
200:17,23 201:11
**faulty** 80:22
**February** 202:23
203:17 206:8,20
209:6
**federal** 23:12 133:5
**feed** 196:11
**feedback** 35:22
37:18,21 38:25
39:7
**feel** 12:18 53:13
89:3 117:21
189:21
**feels** 225:24
**feet** 57:8,16,19
62:13 65:4,14 67:7
86:10 87:2 106:10
106:11 107:9,23
107:25 108:8
110:22 112:6,12
112:13,16,17,19
113:21,24 117:6,9
131:23 151:20,22

151:25 152:17,17
152:19 155:16,20
157:20,25 169:24
169:25 170:2
184:20,25 185:8
185:11,17,17,18
186:3,4 191:2
242:5 244:19,24
248:16 257:17,19
273:13
**felt** 80:22 81:3,9
133:22 222:7
239:22
**field** 16:23 51:12
134:4,6 163:2
173:21 232:15
244:22 268:24
**fields** 37:11
**fifteen** 105:15
**fight** 200:17 276:4
**figure** 71:24 74:22
75:2,4 76:19,24
78:15,17 81:23
84:8,12,16,17
108:19 110:7,8,9
110:16,17 111:2
112:4 137:15
151:16 152:9
155:6,17 156:21
159:7,17 160:15
163:18 176:10,25
177:8,9,17 180:9
180:10,19,24
181:7,25,25 182:8
188:16 189:24
191:7,15 228:14
228:22 264:25
265:9 267:24
268:17 269:9,9,24
269:24 270:4
273:9
**figures** 151:8 152:10
225:10 268:16
**filed** 197:19
**filing** 48:21

**fill** 83:8 130:5 161:7
213:6,7,9,19,24
214:25 215:24,25
216:10,14,16
261:6 272:20
273:11,13,19,21
275:12
**filled** 193:19,22
**final** 5:9,14 23:21
42:19,22 48:15
52:22,23,24,25
53:2,7,8 54:7,8
87:3 89:15 128:17
138:8,25 139:13
142:3 178:14
181:12 187:17,18
188:10 220:16
224:10 226:9
233:15,23,23
276:14
**finalization** 226:2,4
**finalize** 49:5
**finalized** 233:15
**finally** 86:22
**find** 71:11 72:13
74:6 86:3,19
109:23 142:17,21
151:2 158:16
160:5 161:11
173:9 177:6 187:7
199:10 209:19
229:20 231:8
254:21 271:10
**finding** 201:20
**findings** 40:12 61:7
**fine** 18:13 68:24
73:10 98:24
123:23 217:14
**FINEL** 248:3,6
**finger** 129:14
**finish** 272:25 273:4
**finished** 18:4 48:18
143:23 198:7
226:11
**finishing** 48:23

226:10
**finite** 31:3 45:8 47:2
47:4,6,25 86:16
**firm** 8:5,9 266:8
**first** 8:18 15:17
16:14 23:20 30:24
30:25 34:24 42:24
48:25 50:11 61:11
65:24 70:10 82:20
83:10 112:4
119:17 126:3
138:16 148:15
155:22 159:5
176:10,14 183:16
184:4 197:18,21
197:25 198:9
200:21 201:12
218:7 226:7 279:8
**Fitz** 175:8
**Fitzgerald** 5:17
173:25 243:16,21
246:19 249:10
**Fitzgerald's** 174:17
174:20,25 175:9
180:10,17,19
253:15
**five** 106:10,11
145:22 152:17
206:8 257:19,25
**five-and-a-half**
152:3
**five-day** 18:15
**five-inch** 62:19
**fixations** 47:18
**flattened** 77:16
**flexed** 77:12 147:25
148:2 232:11
**floating** 262:19
**flood** 20:12,21 21:24
22:6 23:12 28:21
66:25 215:13
**flooded** 106:12
**flooding** 64:17
66:16 141:17
174:11 193:17

212:24 235:9
248:21,24
**floodwall** 10:21
11:17 13:13 17:10
19:6 22:19 23:7,12
24:2 33:2 110:19
110:25 144:16
145:17,20 147:11
237:7 255:18
260:2 265:14
269:10,16 272:11
**floodwalls** 13:4
21:25 22:16 23:5
25:22 42:14 140:3
195:2 227:16
269:3
**Florida** 66:24
132:14 180:3
181:23 185:10
240:23,24 258:21
261:18 271:20
**flow** 165:6 230:13
**flowing** 59:9 105:16
105:25 129:20
164:12,18 165:5
212:5,22 246:15
256:13 268:21
**focus** 61:10 200:2
**focused** 16:24 27:10
144:23 201:20
202:13
**folks** 24:22 27:20
44:15,23 45:17
49:13 79:22 81:11
81:14 88:23
171:21 220:19,21
221:10 258:11
271:24
**follow** 9:7
**followed** 41:21
**follows** 8:19
**foot** 29:20 43:8
83:12 114:7
116:11,12 149:23
152:4 153:10

257:15 261:4
**foot-and-a-half**
151:19 153:12
**force** 23:18 24:18
35:5 92:21,22
96:22 115:23
116:17 118:10
119:6 121:14,20
122:3,18 124:6,9
127:4,7 154:11
166:20,25 229:7
239:7
**forces** 17:14 21:3
46:18,19,20,21,22
57:9 118:2,6,7
154:16,23,24,25
**foregoing** 278:6
279:10
**forensic** 139:24
140:6
**forget** 126:16 175:5
**Forgive** 25:18
**forgot** 174:8
**form** 125:10 174:20
176:18 239:8
262:5
**formation** 34:25
239:5
**formed** 23:16 34:23
35:9 49:20 55:14
55:16 58:2 102:9
102:11,13
**forming** 242:17
**forms** 61:12
**formula** 162:12
**forth** 83:25 84:5
115:4 170:17
171:10 279:9
**forward** 202:4
**found** 40:10,15
59:13 61:24 63:9
63:16,18,24 64:3
66:10 67:3 69:5,8
71:9 72:11 74:19
90:23 98:18 107:8

199:7 202:10
204:7,17,19
206:11,21 208:9
271:4 274:4,11
**foundation** 33:5
64:10 65:11 101:7
101:10,25 130:3,4
167:23 170:11
219:17 220:20
221:11 245:11
**foundations** 20:2,15
28:18 214:19
**founded** 17:12 19:8
**four** 51:2 62:19
101:2,14 106:10
106:11 152:16
191:2 257:18
**four-and-a-half**
151:20,22,25
**four-foot** 190:4,10
**frame** 201:2
**Franklin** 3:18
**free** 37:2
**front** 92:16 124:17
126:10,10,12
142:9 143:10
**FTCA** 3:16
**full** 29:9 48:17
55:16,17 124:14
126:9,10 189:15
227:10 232:25
233:23
**fully** 58:12 195:8
220:10
**full-scale** 242:10
**full-time** 49:8
225:17
**funding** 39:10
**funnel** 94:11 95:19
**further** 59:16
204:21 262:20
266:7 279:15
**future** 196:18
200:12

## G

**G** 7:2
**gap** 60:12 61:22
62:2,17,19,23 63:3
63:9,10,16,24
94:19 96:23 97:19
97:20 98:2,4 102:7
102:19 167:11
242:4
**gates** 171:14
**gather** 97:15
**gathered** 38:11
142:5 202:3
214:24
**gathering** 200:25
223:25
**gauge** 254:8,14,22
255:4
**gauges** 255:11
**GDM** 79:5
**general** 11:11 24:20
25:13,14 39:8,20
79:4 118:4 129:2
136:21 158:7
168:2 172:25
176:21 177:6
180:13,13 182:13
194:15,25 195:2
196:8 197:6,7
198:21 227:2
246:13 256:17
257:3 273:20
**generally** 94:25 95:3
95:5 98:18 100:21
129:19 130:7
**generate** 272:9
**generated** 80:10
246:18 249:7
**generates** 171:4
**gentleman** 102:24
**gently** 123:17
**geodetic** 135:24
136:10 237:2
**geology** 260:11
**geotechnical** 16:19

16:21,22 17:8
19:20 27:5,11,13
41:16 42:3,9 46:13
81:14 110:15
194:16 195:7
222:15 244:23
**germane** 65:10
**gesturing** 229:25
**getting** 36:17 45:12
66:10 104:24
174:3 179:12
186:10
**Giuliano** 4:16 7:4
**give** 80:5 97:25
108:19 158:10
185:14 199:13
200:10 217:4
242:24 268:22
**given** 9:2 11:5 39:21
41:18 81:8 153:9
217:5 275:4 278:8
**gives** 16:10 108:22
109:9 110:9 236:6
**global** 216:17 240:3
**go** 18:3 21:20,21
29:19,24 32:18
38:17,18,18 44:10
49:13 56:16 64:24
65:17 74:12 87:15
87:17 92:24 98:25
101:20 107:17
109:11 115:12
128:14 130:20
151:2 153:7
161:10 163:14
165:6 168:16
174:5,6 179:23,24
180:15 181:9
206:2 210:14
213:19 250:4
251:3 252:21
253:20 254:17
255:20,22 257:4
258:11 259:12
272:25

**goal** 224:17
**goes** 60:21,24 75:20
   87:3 112:12 130:4
   138:22 150:21
   151:17 168:17
   220:6 250:10
   251:9,9,10,25
**going** 13:8 15:16
   41:9 46:23 48:7
   49:23 50:2 56:5
   59:3 62:22 70:18
   73:4 85:5 87:19
   89:7 95:16 97:20
   100:20 106:10
   124:5,11,12 125:9
   126:20 128:7
   129:13 131:18
   140:23 146:3
   147:22 159:8
   161:20 167:18
   169:21 170:17
   188:22 191:6,15
   198:2 203:21
   215:5 217:13,15
   230:10 232:18
   234:13 252:21
   259:21 264:24
   265:13,17 267:23
   267:24 270:3
   276:2 277:3
**Goldberg** 4:13 8:8
**good** 52:4 57:22
   70:4 88:2 129:4
   173:2 225:13
   227:9 242:23
   261:12
**Goodwin** 2:7 4:5 7:8
   8:5
**government** 24:22
   35:2,6 36:21
   158:15 226:19
   242:23
**government's** 10:21
   10:25
**graded** 213:4

**graduated** 17:22
**graduation** 18:7
**grant** 219:16
**graph** 82:3,4 83:11
   84:7
**great** 119:18 200:15
   243:14
**greater** 46:21,22
   76:12 128:5 260:4
   275:16
**greatest** 230:14
**Greek** 162:19
**green** 180:23
**grid** 111:19
**ground** 20:24 25:19
   29:2,21 49:12
   76:15 77:9 80:2
   134:19 185:12
   231:12,13,25
   236:24 256:21
**group** 28:4 36:12,13
   44:15 66:15 69:2
   142:20 221:11
   258:9
**groups** 44:23 207:25
   208:5
**guess** 22:8 23:14
   24:13 33:17 36:14
   48:18 71:20
   119:14 127:14
**guidance** 27:20
**Gustav** 113:19
   117:8 212:9,13
**guy** 181:17
**guys** 70:9

---

## H

**H** 211:21
**half** 59:25 106:14
   242:21
**hand** 175:16 279:21
**handed** 15:9 42:11
   52:11 218:4,4,4
**Hang** 178:19
**happen** 59:24 63:14

   126:9 130:7 229:9
**happened** 14:17,17
   77:11 99:19 132:3
   169:13 202:2
**happening** 87:8
**happens** 58:4 86:13
   116:15
**happy** 203:10
**harbor** 11:3,18
   17:10 19:5 23:6
   24:4 28:21 30:8
   43:19 44:8 54:19
   55:10 68:8,14 71:4
   71:19 72:12 74:4
   75:10 77:20 99:22
   108:25 132:18
   133:14 134:20
   149:7 190:14,25
   192:22 227:5,17
   240:14 241:9
   250:18 255:19
   256:22 261:16,24
   263:17 264:13,22
**hard** 106:6 111:18
   168:22 231:19,22
   236:15 237:3
   238:22 240:22
   256:3
**hate** 274:7
**head** 250:19,21
**headed** 244:4
**header** 28:25
**headquarters** 33:23
   33:24,25 34:9
**hear** 100:18 134:5
   148:7 168:22
   200:21 276:8
**heard** 103:5 105:4
   147:16,19 148:10
   148:18 153:21
   154:4 190:23
   198:3 201:12
   222:3 226:4 233:3
**hearing** 103:15
**HEC-RAS** 247:9,15

   247:16
**height** 77:8,8 115:20
   116:10,25 117:5
   132:17,19,20,22
   134:9 150:19
   153:11 167:19,21
   168:17,18
**heights** 92:23 111:7
   142:21 161:6
   257:6
**held** 2:4 7:7 226:19
**help** 45:11 125:20
   125:22 252:7,25
   253:16
**helped** 50:6 64:18
   149:3 226:8
**hereto** 279:17
**hey** 67:15
**high** 21:5 29:17 43:7
   43:8 60:18,22
   120:16 168:12
   169:25,25 170:2
   259:17,18
**higher** 76:7 116:17
   116:18 128:8
   224:6
**highest** 39:21
   230:13
**highlighted** 196:7
**highlighting** 52:15
**highlights** 55:14
**highly** 21:2
**Highway** 193:22
**hit** 12:21 15:2 90:21
   91:13,22 92:17,18
   98:9,14 101:17,18
   101:19 119:3
   121:13,19,21
   122:15 124:15,18
   126:3 128:18
   131:3 143:22
   144:9 145:3,4
   227:12,22,23,23
   232:8
**hits** 121:22,25 122:2

122:11,16 125:2
125:11,17 126:11
252:12
**hitting** 59:9 90:20
92:16 98:9 102:10
123:24 126:21
145:12 231:24
**hold** 252:5
**hole** 93:9 95:11
129:17,17 130:16
**holes** 212:20 213:3
**horizontal** 251:16
252:16
**horizontally** 62:13
**hour** 106:10,15
**hour's** 106:11
**house** 181:17
**houses** 106:13 229:7
230:12
**hundred** 157:20
**hurricane** 5:18 6:3
23:7,16 25:5 34:14
42:16 49:2,9 50:14
172:4,20 195:4
215:20 218:8,12
219:6 223:13
254:15
**hydraulic** 213:6,7,9
216:10
**hydraulics** 66:15
**Hydro** 59:5
**hydrodynamic** 59:8
114:22 116:3,7
**hydrograph** 69:13
178:9,23 179:16
179:18,19 188:5
**hydrographic** 178:5
178:6 247:21
**hydrographs** 69:23
176:6,12 177:5,7
177:15,19 179:5
**hydrological** 171:20
172:2 173:14
**hydrostatic** 55:17
58:12,15,19 60:6

97:23 98:5 115:2
116:3,21 129:6
**hypothesis** 165:20
**hypothetical** 103:22
105:10 119:9
121:17 125:8
127:10,12 130:20
144:18 148:13,22
166:14 171:2
214:4
**hypotheticals**
174:13,14,16
**H1ax1.5** 5:24
248:15

_____

**I**

**idea** 167:6 199:9
**identification** 15:7
41:12 43:10 52:9
146:8 156:7
175:24 217:21
243:12 246:3
248:10 249:12
253:7 266:2
**identify** 7:24 42:20
43:14 163:9
**identifying** 135:14
**IHNC** 62:2 75:6
100:22 174:12
182:7 183:8,18
190:2 210:23
211:21 238:5
242:20,20 245:25
254:8,23 257:12
257:13 268:11
**II** 136:5,8,9,22,25
137:10,20 140:9
140:12,22,25
141:3 142:9,10,11
**imagine** 233:18
**immediate** 35:22
241:21
**immediately** 37:19
97:8 158:21 215:3
215:3 223:13

245:3 257:11
**imminent** 74:9
**impact** 77:19,23
96:21 121:9 122:4
122:17 124:6
125:3 128:21
140:2 216:16
229:12 271:5,11
**impacting** 272:11
**impacts** 92:15
**impart** 124:5 127:2
**imparts** 122:23
**implications** 38:16
**implies** 153:18
**important** 9:12
64:22 65:23 72:14
103:20 105:7,13
148:20 216:8,19
**impound** 29:15
**impressions** 66:5
**improvements**
235:7
**Improving** 5:20
218:10
**inaccurate** 135:8,8
**inch** 98:3
**inches** 150:6 237:19
261:5
**include** 51:17 134:9
134:11,16,17
**included** 20:13 24:3
27:10 156:4
243:17 246:20
**including** 132:12
139:25 196:25
**incomplete** 121:17
170:10 171:2
**inconsistent** 127:13
205:8
**Incorporated** 31:24
**incorrect** 135:10
176:17
**increase** 69:17
114:25 116:21,25
117:2 166:12

**increased** 60:4,10
117:4
**increasing** 221:16
**indentation** 232:9
**independent** 36:13
36:18 39:5,23 40:8
44:25 45:13
**independently** 28:3
**indicated** 177:17
**indicating** 190:8,24
191:22 230:3
251:14
**indication** 232:5,25
**indications** 91:4
139:25
**indicator** 274:19
**individuals** 199:12
**induced** 72:9
**Industrial** 171:13
192:7 193:20,21
**infiltrates** 59:16,21
**influx** 69:16
**information** 21:16
49:23 51:18 61:20
111:17 136:17
142:18 150:3
158:19 160:5,15
160:17,19 161:8,9
165:24 171:20
172:2,22 173:9,14
173:16 174:3,7
176:16 178:5,8
183:12 186:15
187:2 188:4 190:8
191:22 192:4,19
193:8 196:17
197:13 200:11
204:12 207:4,6
209:11,17,20
210:6,17 212:4
214:23 224:2
239:5 243:19
245:19 246:22
250:17 253:15
258:17 261:12

272:9
**informed** 13:18
39:25
**infrastructure**
20:11 218:15
**ING** 11:16,25 51:21
267:12
**Ingram** 1:7,8
**initial** 48:2,5 66:5
76:10
**initially** 16:14 19:22
200:25
**initiate** 115:13
**initiated** 229:9
**inner** 11:2,18 17:10
19:5 23:5 24:4
28:21 30:8 43:19
44:8 54:19 55:9
68:8,14 69:14 71:4
71:19 72:12 74:4
75:10 77:20 99:22
108:25 132:18
133:14 134:20
149:7 190:13,25
192:22 227:5,17
240:14 241:9
250:17 255:19
256:22 261:16,24
263:16 264:13,22
**inside** 130:6 179:17
262:8
**insofar** 269:3
**inspect** 133:9
**inspection** 133:7,13
133:20 134:7,8
258:2,4
**inspections** 134:3
257:21
**instability** 55:18
64:10,19,20 65:12
220:4
**instance** 61:11
**institute** 17:21
40:23 81:3 274:20
**instrumentation**

20:7
**intact** 231:14,15
**intend** 119:20 188:7
**intended** 149:16
150:23
**interaction** 16:20
17:17 18:12 19:3
19:11,21
**interactions** 39:2
**interagency** 23:17
**interdisciplinary**
215:7 216:18
274:7
**interdiscipline**
109:21 161:21
**interdistributary**
161:22 274:8,10
**interdistributory**
82:22
**interest** 199:23
**interested** 174:2
259:18 279:18
**interface** 18:23,24
**interim** 5:13 220:15
**interior** 177:20
**intermediate** 37:20
**International** 19:18
**interpolate** 162:4
**interrupt** 9:19
**interrupting** 56:3
**interruption** 90:17
**interruptions** 56:14
**interviews** 258:19
271:15,23 272:3,8
272:14
**Intracoastal** 193:22
**introduce** 275:24
**invest** 104:3
**investigate** 29:9
90:11
**investigated** 104:3
211:8
**investigation** 12:18
14:5 25:17,21
32:25 79:2 91:10

103:20 105:8
200:8 204:21
206:13 212:16
221:2 222:25
223:7,10,11
261:23 262:13
**investigations** 78:24
211:25 223:16
**investigator** 61:9
**involve** 133:6
234:24
**involved** 11:13
14:18 20:3 23:2
24:24 32:16 37:2,9
38:4 54:22 92:15
133:12 198:16,17
198:19 199:19
201:18 233:14
235:15
**involvement** 12:7
68:10 226:3
**involving** 30:17
**inward** 59:14
**in-depth** 37:17,25
**IPET** 12:17 13:3,9
14:8 24:6,10,25
25:7,19,25 32:25
34:3,11,20,21,21
37:4 38:8 39:10,13
39:18 42:22 43:3
44:14 49:21 51:4
51:23 52:22 53:16
54:6 55:3,7,8 57:3
57:25 61:20 63:2
63:15,21,23 64:7
68:7,13,18 70:2
71:9,11 72:13,21
72:22 73:15,20
74:5,23 75:18
77:18 78:2,2,8,25
80:8,9 83:4 84:10
87:7,7 88:14,18
89:5 91:8 98:17,23
99:18,21 113:5
128:18 135:6,23

135:24 136:16
137:10 139:11
140:14 155:3
156:24 158:17
159:21 171:22
178:7,14 183:3
184:10 194:8
196:2,9 198:21
199:22 201:25
202:8 206:7
207:18 209:24
210:11 211:21
212:15 216:22,25
219:11 220:2
223:7,11 224:15
224:17 228:17
233:4 236:4
238:12 247:9
253:18,21 259:7
261:25 266:12,16
267:24 269:25
**IPET's** 38:22 61:6,7
**isolate** 201:16
**issued** 88:14,18
89:17 141:24
210:11
**issues** 32:22 34:13
220:23 226:22
**item** 253:19 272:21
**iterations** 139:11
**IV** 91:9 141:4
171:24 178:7
179:25 254:21
258:14 272:2
**I-wall** 28:24 237:18
237:18 268:21
270:11
**I-walls** 32:17 95:2,4
95:6 195:2 237:7
238:18 241:2
**I-10** 254:8,23
**I9** 196:7

_____
**J**
_____
**Jackson** 180:18

191:14
jaldock@goodwi...
  4:11
January 21:15
  139:5
Joannes 172:8
job 23:10 33:22
  129:4 196:18
  225:24
John 4:14 8:8 81:13
join 148:23
JOSEPH 1:10
journal 27:15
  222:15 264:9
JR 1:9,11
judge 1:9 73:18
judgment 168:23
July 1:15 2:1 7:5
  214:9
jumped 69:19
jumping 200:17
June 23:21 42:17
  48:19,25 54:7,16
  139:6 187:15,20
  188:3 207:20
  210:10 220:23,25
  222:23 223:22
  224:10 226:10
  234:15 235:11
JUSTICE 3:15

**K**

K 1:8 3:23
Kathy 1:25 2:13 8:2
  279:3,24
Katrina 1:4 7:12
  8:25 10:14 11:6,10
  23:7 25:5 33:3
  49:9 95:7 98:8
  99:8 132:19
  134:18 149:9,10
  171:14 195:4,21
  212:18 213:3
  214:22 219:7
  235:4 236:4,4

240:8 262:4 264:5
  264:11 280:5
keep 56:3 130:12
  234:13
keeping 75:23
Kemp 248:2
key 219:12
kind 33:17 38:13
  44:16 53:14 60:25
  74:9 77:2 91:11,11
  112:2 158:15
  174:3 196:7
  212:25 228:22,23
  231:19 233:2
  235:5,6 237:25
  238:19 269:20
  275:8
knock 130:15
knocked 93:6
know 9:2 30:11 31:5
  32:12,19 34:18,19
  35:11 38:17 39:2,9
  39:19 41:14,15
  42:10 56:25 65:23
  66:4,5 85:17 87:10
  89:4 93:16 96:5,19
  96:25 97:14,15,16
  98:11 99:6 105:24
  106:23 110:2
  117:7 118:16
  119:14 120:18
  129:3 130:23
  131:10 132:4
  135:19 140:15,24
  142:18 145:8
  148:25 149:2,11
  150:19,25 158:7
  161:13 164:14
  165:11 167:4
  169:12 170:13,14
  170:16 172:15,17
  172:19,19,21
  173:3 175:4,7,12
  177:15 180:20,22
  181:6 182:13

184:14,17,17,22
  186:16,16 192:5
  192:16,24 193:7
  201:6 203:2 213:8
  213:17 214:13,13
  214:22 216:15
  224:5,21,24 225:2
  225:3,5,6,8 227:7
  227:22 228:10,12
  231:20 232:10
  233:12,14,15,16
  237:8 238:10
  244:4,11 245:4,6
  245:14,16,17
  246:12,25 247:4,4
  247:14,14,15,24
  248:4,5,17,18
  249:6 253:3
  254:10 257:14,23
  257:24 258:12
  259:12 261:7
  262:18 266:25
  269:20 274:19
knowing 158:6
  165:10,23 227:10
  259:18
knowledge 139:12
  168:3 194:22,25
  195:2 210:24
  214:12 248:8
known 29:4 40:24
  41:16 42:5 135:12
knows 244:15

**L**

L 7:17,19,22 8:17
labeled 233:22
  245:25
laboratory 81:5,7
Ladd 162:14
Lafarge 1:7,8,9,10
  1:10 4:3 8:7,23
Lagarde 1:8
land 29:13 152:24
  177:21

landed 267:2
language 139:15
large 86:20 87:4
  92:4 103:4,6,6
  114:20 127:7
  129:17 130:24
  161:16 228:7
  241:23 260:10,10
  262:12,14
late 135:20,20
lateral 5:22 60:5
  65:14 243:10
  248:15
laterally 58:5 61:16
law 3:5 8:11 266:8
lawsuit 198:4,8,10
  198:19 199:20
  201:18,19
lawsuits 197:14,19
  198:22 199:3
lay 13:16,18 14:2
  275:22
layer 82:21,21,23
  109:19 161:22
  163:22 274:8,10
layers 82:19 83:8
  109:15,17 110:3
laying 231:21,25
layman's 46:17
  257:4
lead 13:5 98:4 207:7
Leading 14:20
leads 35:4 60:24
  61:13 75:18,25
  171:23 188:13
lean 97:24 166:10
  166:20
leaning 106:20
  107:4
leans 106:5
learn 183:16 197:10
  197:18 261:17
  262:13
learned 103:18
  196:11

**leave** 31:15
**led** 55:18 92:6
  141:18 199:7
  220:22 222:21
**Lee** 62:15
**left** 62:11 145:22
  165:12 230:2
  231:4 252:14
  270:10
**legend** 247:8
**length** 55:17 94:10
  129:11 215:14
  257:24 260:25
**lengthened** 77:14
**letter** 135:13,14,17
  135:22
**letters** 187:3
**let's** 57:23 83:7
  87:17 178:20
**levee** 10:21 17:12
  21:25 22:19 23:12
  24:2 29:13,14 33:2
  59:25 62:9,10,12
  71:21 74:2 76:13
  76:14 79:11 82:17
  82:20 83:8 97:22
  109:6,8 110:2
  129:7 130:5,13,14
  132:17 134:9
  139:20 140:6
  152:12 154:5,6,10
  154:13,15,19
  159:8 161:7
  169:14 170:7,20
  199:24 200:10
  201:8 211:7,14
  212:6 213:10
  215:9 216:12,15
  216:16 223:10
  229:3,4 235:7
  251:8,10,12,19
  252:11,12 254:22
  255:4 256:14
  257:3 258:4,5
  261:6 268:22

269:8,10 272:20
273:11,12,19
274:13 275:3,12
**levees** 13:4 20:2,13
  22:16 25:21 42:14
  133:2,10 135:12
  173:17 174:24
  197:4,23 198:24
  200:3,11 201:14
  201:22 211:24
  215:9 227:16
  234:25 235:4
  241:3 258:2
  260:14,16
**level** 21:17 39:9,16
  107:9 112:5 113:2
  115:6,9,12 134:12
  134:19 136:10
  152:16,17 169:20
  183:9,17,24
  185:11,12 186:3,4
  190:5,10 191:3
  192:6,6,20 193:6
  195:6 220:5 224:6
  234:14 236:8,9,10
  236:12 245:9,15
  256:19
**leveled** 150:4
**levels** 177:25 178:9
  179:20
**Levine** 3:24 7:18
  8:14,14 33:10 41:5
  56:23 67:22 70:6
  70:13 72:2 82:12
  84:2,16,19 87:15
  98:21,25 100:20
  103:21,24 105:9
  113:3,8 119:8
  121:16 125:9
  127:9 130:19
  137:9,12,17,23
  138:2,10,15,19,22
  139:9 140:10,18
  140:23 141:13
  142:24 143:4,8,14

144:17 204:10
**LIDAR** 161:10
  236:13 237:12,13
  237:13,14 238:4,7
  238:15,20,23
  249:24 250:3
**life** 207:10 218:14
**lift** 115:5
**light** 120:2
**liked** 232:7
**likes** 168:2
**limestone** 213:4
**limit** 47:22
**limited** 197:2
**Lincoln** 36:14
**line** 79:8 82:25 83:3
  84:11 85:17
  110:23 111:4
  203:11,19,21
  204:3,15 215:22
  224:5 241:2 247:7
  251:14,16 252:16
  255:5 280:7
**lines** 140:5 209:3
**link** 181:7
**list** 26:17
**listed** 26:14,22 32:2
  140:13 187:6
**lists** 26:19
**litigation** 1:4 7:13
  8:25 10:15 11:6,10
  100:9
**little** 9:5 21:6 23:14
  30:13,14 38:10,14
  46:7 57:24 81:13
  84:23 94:23 99:4
  106:22,24 108:12
  109:15 111:18
  129:14 130:8
  151:11 152:2
  153:5 185:14
  187:23 215:6
  216:16 247:24
  248:18 254:7,16
  254:25 256:20

**live** 119:19
**living** 181:17
**LLP** 2:7
**LNA001172** 6:4
**LNA001179** 6:5
**load** 48:6 63:13
  114:14 121:22
  122:10,12,18
  127:25 128:2,5,6,8
**loading** 17:2,4 29:11
  48:2,2,5 60:10
**loadings** 17:5
**loads** 17:14 47:17
  47:19 114:22
  118:9
**local** 92:2 258:4
  260:12
**located** 7:8 29:11
  88:8,10 158:6
  228:4,24 234:19
  255:12 271:19
**locates** 157:3
**location** 12:20 57:10
  58:21,23 60:22
  71:20,22 76:25
  78:19,22 82:16
  85:11 86:9 90:23
  93:16 94:16 95:20
  106:12 129:23
  131:4 145:11
  149:8 150:10
  160:16,22 162:5,9
  162:11 164:14,16
  165:14 176:5,12
  177:7 178:14
  181:18,18,21
  255:13 257:2
  261:2,6,13 271:3
  272:12 275:7
**locations** 47:18
  61:23 63:10,11
  68:23 71:15 76:6
  80:14,16 81:17
  85:12 102:17
  104:7 108:14

110:3 159:11,22
160:20 163:21
179:21 220:5
237:4 240:11,18
242:5 247:2
248:22 249:23,25
**lock** 171:14
**locks** 20:15
**London** 51:24 62:14
63:24 64:4 99:13
99:14 101:13,15
241:4 242:11
**long** 42:12 48:13
107:3 135:11
144:23 240:5
**longer** 94:5 165:15
**look** 18:24 29:19,25
30:10 34:6 36:14
38:13 47:21 50:15
53:21,21 58:3 76:6
86:18 90:19 91:3
92:24 94:18 108:9
108:11,14 110:6,7
115:19 116:6
124:19 128:14,15
133:13,17 136:5
137:2 151:2,15,21
151:22 152:7
153:5 159:16
163:14 172:15
176:14 180:20
195:24 200:18
201:24 202:11
203:8 205:5
208:21,22 209:2
210:17,18 213:11
213:20 220:17
224:3 225:3
228:13 231:16
233:21 235:6,23
240:4 245:9
246:15 250:9
257:4 258:9,11
264:25
**looked** 39:23 42:10

65:24 80:23 85:23
86:23 90:25 91:14
94:2 95:21 97:16
104:4 106:2
133:22 134:4
158:11,14 186:13
202:9 210:23
211:20 216:9
234:5,16 257:5
266:18 271:5
**looking** 41:9 46:10
64:13,15 66:16
68:25 74:7 86:5
108:18 110:16
114:3 127:24
136:19 138:11
151:6,7,10 152:8
155:17 157:15
159:4 161:12
162:5 163:7 174:4
178:21 184:4,23
197:3 202:16
206:23 208:10
209:22 221:11
234:8,11,11
244:16,18 245:18
245:18 248:20
259:6 270:7,10
**looks** 74:18 155:18
157:21 191:18,18
192:14 196:25
211:12 227:24
251:2 254:23
265:23 267:14,15
**loose** 199:25
**loosely** 111:9
**lose** 49:23
**loss** 130:13
**lost** 60:2,8 62:18
258:23,23
**lot** 11:12 20:3 58:10
58:11 65:25 86:15
94:5 104:6 108:16
149:3 150:20
161:3 165:5

232:11 240:8
258:15 259:22
**lots** 205:17
**loud** 137:5 147:17
148:3
**Louisiana** 1:2 42:16
**low** 168:22
**lower** 57:8 65:5
104:17 139:20
149:24 151:19
152:2 164:13
177:25 179:20
185:12 191:24
192:23 258:18
260:2,3 267:13
268:12
**lowered** 261:18
**lowest** 165:6
**lunch** 143:13,14
146:6

---

# M

**MAGISTRATE**
1:10
**main** 41:6 161:22
226:7 230:4
**major** 118:10 197:2
**majority** 216:15
229:8
**making** 48:23 97:23
176:4 184:15
**manual** 31:22
**manuals** 27:17
31:20
**Map** 5:25
**maps** 234:18
**map-type** 249:16
**Mar** 5:14
**March** 138:20,21,23
139:6 140:14,22
141:8,11 222:20
**mark** 4:12 8:4,22
15:4 41:3 52:6
70:8 175:15
183:10 243:8

245:22 248:13
249:15 250:25
253:9 265:13,17
**marked** 15:6,19
41:11 42:19 43:9
43:15,21 44:3 52:8
52:12 110:25
146:7 155:23
156:6 175:23
217:20 243:11
246:3,24 248:10
249:12 253:7
254:8 266:2
**marker** 251:15
**marking** 79:8
189:25
**marks** 231:4
**marsh** 82:21,21
83:8,13 110:3
252:20 257:2
**mass** 17:22 119:4
**master's** 17:24
**match** 64:20 145:9
**matches** 162:8
**material** 54:17
68:17 130:14
213:2,5 214:10
215:7,10 257:2
260:16 275:3,3
**materials** 158:15
214:14 216:12,13
242:24 245:24
248:14
**matter** 54:21 67:19
74:16 199:7
239:18 279:19
**max** 106:15
**mean** 14:15,24
32:19 40:11 42:4
48:17 61:13,24
77:6 84:16 93:6
97:5 98:3 101:23
102:11 106:12
111:11 115:20
116:15 120:17

121:21 126:8 132:5 139:10,15 141:20 142:16 149:11 150:4,15 150:24 152:5,6,13 154:20,21 177:2 184:24 189:23 197:6 206:15,16 211:11,11 212:8 216:4 236:22 242:9 244:25 247:11 256:15 262:8 263:24,25 274:5
**meaning** 59:5,6 135:9 186:4
**means** 65:13 142:3 178:24 206:15 235:24 248:4
**meant** 68:3
**measure** 80:3 122:14 153:7 160:14 192:25 236:11 242:15
**measured** 97:17 155:18
**measurement** 81:4 94:2,4 239:24 244:20 274:20
**measurements** 96:3 132:7 179:22 254:6,11
**measures** 34:20
**measuring** 236:2
**mechanics** 20:18 205:24
**mechanism** 66:2 205:13,24,25 207:8,11 219:12 220:3,8 222:21
**mechanisms** 204:9 220:11
**medication** 10:8
**meeting** 66:16 226:18,22
**meetings** 38:24,25 221:23
**member** 21:17
**members** 263:8
**memorandum** 79:4
**memory** 159:4 168:20 201:11
**mention** 227:5
**mentioned** 95:18 101:6 171:17 224:16 235:17 238:25 258:22 263:4 271:14
**merely** 170:22 174:9
**merit** 264:2
**meritorious** 26:2
**metal** 237:18
**method** 162:13
**methods** 29:18
**Michael** 13:6
**mid** 30:3
**middle** 228:23,23 230:2 270:14
**midnight** 48:22
**Mike** 23:25 40:19 40:21 41:14 42:25 42:25 44:19 226:8 226:12
**military** 21:10,13
**million** 39:12,12
**mind** 71:5 73:22 119:12 125:22 209:5
**mine** 102:5 191:18
**Mineola** 280:4
**minimum** 97:20 98:2
**minus** 151:17,21 152:3,10
**minute** 140:10
**minutes** 13:10 46:24 70:16 105:15 145:22 262:23
**mischaracterizati...** 103:11 206:25
**mischaracterizing** 90:15
**Mississippi** 17:25 22:7 88:7 91:23 241:2 251:21,23 252:3,13
**mistakes** 169:2 196:13
**misused** 184:2
**MIT** 162:14
**Mitigation** 5:21 218:10
**mixed** 236:11
**mobility** 21:13
**mobilize** 49:10
**model** 5:24 33:18 248:3,6,15
**modeling** 44:18 172:20
**modify** 140:16
**moment** 53:12 70:17 87:22 103:5 124:23 138:18 146:2 259:24 277:2
**moments** 271:15
**momentum** 117:11 119:5 125:4 139:18
**money** 79:19
**monolith** 127:22
**monoliths** 128:3
**months** 206:9
**mooring** 140:4,5
**morning** 66:19 67:5 67:6 69:15 182:23 183:7 185:7 259:5
**Mosher** 1:13 2:4 5:2 5:7,8 6:1 7:1,19,22 8:1,17,22 9:1 10:1 11:1 12:1 13:1,22 14:1 15:1,17 16:1 16:12 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1,11 42:1 43:1,9 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1,8,18 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1,9 73:1,24 74:1 75:1 76:1 77:1 78:1,17 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1,3,7 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1,9 115:1 116:1 117:1 118:1 119:1,12,18 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 146:7 147:1,8 148:1 149:1 150:1 151:1 152:1 153:1

154:1 155:1 156:1
156:6 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1,23
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1,5 195:1
196:1,24 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1,20
218:1,3 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
243:11 244:1
245:1 246:1,2
247:1 248:1,9
249:1,11 250:1
251:1 252:1 253:1
253:6 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
264:16 265:1,25
266:1,10 267:1,4
267:11,22 268:1
269:1 270:1 271:1

271:14 272:1
273:1 274:1 275:1
276:1,16,23 277:1
278:4 280:6,20
**Mosher's** 113:11
119:13 275:21
**motion** 47:9 126:24
**move** 55:6 58:7
61:17,18 75:24
86:15 130:10
242:16
**moved** 61:14 62:12
76:9 86:25 229:2,3
**movement** 58:11
65:15 92:5 97:7
124:22 130:24
241:12,14
**movements** 86:18
**moves** 58:5
**moving** 75:23
166:19 231:24
**mraffman@good...**
4:9
**MRGO** 91:24 93:15
98:12 100:9
173:17 174:5
191:17,23 192:21
193:5,12 247:6
249:23 250:14,15
250:25 251:7,18
251:19 252:2,8
**multiple** 138:12
139:11
**Mumford** 1:7
_____
**N**
_____
**N** 5:1 7:2
**NAE/NRC** 219:21
**nail** 206:5
**name** 7:3,16 8:4,22
34:6 102:25
173:24 224:19
247:24 280:5,6
**names** 271:25
**narrow** 237:7

238:18
**national** 35:15,16
36:5,7,10,11,22
37:9 38:7,7 81:12
81:15,20 88:24
216:20,21 218:5
218:17,18,18
219:16 220:20
221:10,11,20
222:5,6 236:16,18
**nationally** 41:15
42:5
**natural** 20:14
**nature** 128:15 267:6
**nav** 22:8 151:14
**NAVD** 235:24
**NAVD88** 151:14
235:18,19,24
**NAVD882004.65**
5:23
**navigable** 22:8
**navigation** 11:3,18
17:10 19:5 20:12
20:20 22:6 23:6
28:21 30:9 43:19
44:8 54:19 55:10
68:8,15 71:4 72:12
74:5 77:21 99:22
108:25 132:18
133:14 134:21
149:7 227:6
240:14 261:16,24
263:17 264:14
**Navigational** 190:14
190:25 192:22
241:9 250:18
255:19 256:22
264:22
**near** 59:2 62:15
66:24 86:11 90:23
132:23 180:2
181:23 185:10
228:25 271:20
**nearly** 271:10
**necessarily** 97:25

102:20 144:2,8
200:4 263:24
**necessary** 77:19,23
**need** 9:19 10:2
63:12 72:19 83:23
109:10 125:22,23
200:18 204:20
205:5 206:12
240:6 243:4 253:4
**needed** 49:24
102:21 158:12
222:7 243:20
276:10
**needs** 224:5
**neighborhood** 51:21
66:18,20 67:8,16
69:16,18,20 77:4
104:23 132:12
145:6,15,18
147:11 185:2,9
269:11,17 270:19
270:23 273:18
**Netherlands** 189:4
**never** 110:15 198:5
198:6
**nevertheless** 269:14
**new** 2:8 4:6 5:18 6:3
7:4,9 21:25 23:13
24:19 25:4 30:21
42:15 49:13 71:13
71:22 98:8 99:7
133:20 134:17
135:16 150:20
211:15 218:8,11
236:3 239:22
260:9 280:4
**news** 201:25
**newspaper** 197:25
198:3
**nine** 108:8 112:18
113:24 114:7
117:6
**ninth** 75:6,11 77:9
104:17 113:2
139:21 141:19

178:2 179:20
185:12 190:22
191:24 192:23
193:3,19 258:18
260:2,3 267:13
268:12
**noises** 147:22
**nongovernment**
37:8
**nongovernmental**
37:5
**north** 4:3 8:7,23
11:18,20 14:11
50:8,12 51:14
54:20 55:9 57:10
62:15 64:9 65:8,9
65:20 66:4 68:21
69:5 88:20 90:12
99:9,21 100:13
101:8,14 104:25
107:7 108:7
110:11,12,17
113:2 115:17
119:4 120:23
121:2,3,7,10,13
129:12 130:16
131:9,12,14,20
133:15 141:19,20
143:21 147:14,18
152:21,25 155:9
155:12 157:4,11
159:8 160:8
161:18 164:2,6
180:4,5,5,6,7
182:7 183:8,17
185:13,16 186:2
210:9,25 213:10
213:10 214:2
240:20 241:15,15
241:18,20,22
256:8 271:21
272:12
**Northwest** 7:9
**north-south** 124:22
**notably** 219:15

**Notary** 2:14 279:5
279:24 280:24
**noted** 275:20 276:22
**notes** 101:21 158:2
225:14 259:21
**Notice** 2:12
**notification** 262:18
**Notre** 172:8
**Novato** 257:17
**November** 198:13
**NRC** 35:23 36:3
38:14,24 219:25
220:12 221:8
**NSF** 50:4 69:2
219:17
**number** 7:14 43:5
47:6 70:19,24
71:15 72:3 84:21
137:24 146:4
147:5 151:5,6
180:9,10 184:20
217:17,24 219:23
228:18 232:13
234:16 260:17
264:12 265:2
267:25 277:4
**numbered** 137:20
**numbers** 249:7
250:6 251:3 266:7
**numerical** 33:18
**numerous** 18:14
41:18
**NVAA88-2** 57:20
**N.W** 2:8 3:6 4:6
**N.Y** 280:4,4

———————
**O**

**O** 7:2
**object** 15:11 73:4
90:14 100:20
103:4 125:10
127:11 140:24
182:20 183:20
186:7 232:17
237:17 262:3,12

262:14 276:15
**objection** 13:14,24
14:19 33:4 55:22
56:2,7,13,22 70:5
73:6 88:12 89:8
98:21 103:10,21
103:23 104:20
105:9 113:3
114:12 117:14
119:8,11,25 120:3
121:16,18 122:5
125:7 127:9
130:19 140:11
144:17 145:16
148:12,21 165:21
166:13,15 167:22
170:9,25 176:18
177:10 182:17
185:23 190:11
191:5,25 192:2,13
204:10 206:24
208:12 209:7
213:15 214:3
244:6 245:10,12
247:12 262:5
275:20 276:2
**objections** 89:18
**objects** 148:6
**observation** 237:6
**observe** 271:2
**observed** 144:9,14
241:10,17 272:11
**obtain** 239:7 258:16
**obviously** 93:4
**occasion** 54:13
102:23
**occur** 63:9 67:9
105:17 114:2
197:5
**occurred** 99:8,12,14
99:23 101:2,25
106:18,20 112:25
141:20 147:13
190:9 204:18
230:5 239:17,23

**occurring** 148:3
192:8 239:13
**occurs** 182:7
**ocean** 173:5
**Oceanographic**
236:16,18
**October** 50:20
198:13 223:25
**October-November**
201:2
**offhand** 134:23
181:8 183:5
213:17,21 258:13
**office** 3:5,17 7:8
8:11 34:9
**offices** 2:5
**offloading** 71:20
**oh** 61:13 84:4,19
110:8 121:4,4
177:2 200:15
217:12 226:6
239:15 255:3
257:13
**okay** 9:9 14:4,21
15:3 24:5 28:16
34:10 38:15 40:5
43:11 46:25 47:4,6
47:15,23 50:21
52:14 56:25 57:22
59:5 61:24 66:21
70:14 75:23 76:9
84:15 89:6 90:13
97:9 101:20
105:12 108:24
111:24 112:3
113:8 120:5 121:4
122:6,9 126:6,15
126:24 127:20,21
131:16 132:4
136:21,24 137:12
138:17 139:8
140:19 143:8
144:19 151:11
158:23 160:9
161:23 163:7

164:11 166:4
168:15 169:9
170:19 181:6
182:19 185:6
186:5 187:22
189:18 191:6
192:3 202:21
203:18,23 204:4
208:13,18 215:5,8
216:15 225:25
228:21 237:8
241:16 242:8
243:16 250:6
252:4,8,9,18,25
253:25 255:3
258:16 260:6,7
261:15 262:24
266:9 268:2 270:5
276:25
**old** 25:18 139:7
280:4
**once** 75:24 86:19
106:4 202:10
204:4,18 206:10
206:21 207:16
208:9 209:19
**ones** 44:3 59:8 62:5
78:25 79:3,3,19
98:14 99:18
101:12,12 159:18
160:21 180:2
184:8 220:21
221:4 241:5 247:5
247:6 252:23
254:13
**onetime** 199:24
**one-inch** 239:9
**one-meter** 238:3
**open** 61:18 129:5
167:10 255:15
**opened** 62:3
**opening** 76:16,17
242:16
**opens** 59:20 60:23
**opinion** 13:18 14:2

14:7 204:13 211:2
275:22
**opinions** 39:25
40:14,15 54:2,4,24
55:2,2 194:21
205:18 207:21,23
264:12
**opportunity** 127:17
**opposed** 59:7 98:9
158:11 199:24
**OP54** 181:13
**orange** 251:16
252:16
**order** 45:11 77:23
194:7 202:20
232:23 243:5
**organiz** 21:21
**organization** 28:5,7
28:11 269:13
**organizations** 37:5
38:21 89:12
**original** 52:16 84:24
235:12
**originally** 36:13
154:13
**Orleans** 5:18 6:3
22:2 23:13 24:19
25:5 42:16 49:13
71:13,22 98:8 99:7
133:21 135:16
150:20 211:15
218:8,11 236:3
239:22 254:22
255:4 260:10
**ought** 264:3
**outcome** 279:18
**outside** 24:22 33:21
34:25 35:2,5,6,9
245:8
**overall** 22:9 36:12
159:23
**overbearing** 162:24
**overburden** 162:2
**overhead** 84:18
**oversaw** 44:20

79:21
**overseeing** 22:4,12
79:22
**overseen** 37:4
**oversight** 22:17
37:14 132:15
**overtopping** 65:25
68:16 69:24 71:8
71:11,16 72:9,16
98:20 99:9,11,13
99:15,19,24
100:14 105:5
106:19,19,23
244:2 256:11,15
256:18
**overview** 5:11 52:21
194:23

## P

**P** 7:2
**page** 5:2,7 6:1 15:17
15:25 72:2,5 74:20
76:19 78:16 81:23
82:5 83:19 84:21
108:18 110:7,8
112:3,11 136:18
137:21 138:16
140:13 142:9
143:10,10 151:7,9
155:4 156:3,24
159:5,12,15,17
161:12 163:7,17
176:5,11,25
179:14,15 180:24
181:25 186:21
187:8 188:16
191:9,11 196:6
202:25 203:10,11
203:16,21 206:9
209:2 218:7,21
219:2 228:18,19
228:20,24 253:18
253:25 265:3,5,19
265:20,22 267:22
267:25 268:17

270:4 280:7
**pages** 16:2,7 42:12
45:22 160:4 176:9
278:6 279:10
**paid** 224:25 225:3,6
225:8,9,11,16,17
**panel** 271:10
**paper** 30:18,24 31:7
263:5,6,7,11,20
**papers** 27:15 30:17
222:18 263:16
264:5,8
**paragraph** 140:8
219:9
**parameter** 85:9
**Pardon** 203:6
**parentheses** 248:3
**Parfait** 1:9
**Parish** 91:23 193:2
193:4,18 241:3
**part** 23:7,11 24:11
25:23 35:12 38:14
55:20 57:2 62:10
64:22 66:15,19,24
67:7 69:14 79:16
89:2 90:24 91:7
100:18 114:5,19
119:5 120:15
122:10,12 124:10
124:12,20 125:25
132:11,24 133:4,5
133:6 137:21
141:24 142:21
145:3 161:17
163:10 164:5
165:12 167:24
176:3,4 181:24
192:24 197:11
209:25 211:16
213:9 216:11
229:2,21 230:4
233:14 234:23
235:14 241:17
243:19 246:14
247:22 250:7

252:12 259:11,13
274:6,10
**partial** 246:24
**participate** 29:3
    32:7
**participated** 32:16
    222:22
**participating** 198:7
    198:10
**particular** 44:7
    78:15 107:16
    128:7
**particularly** 31:12
    66:2 81:13,16
    89:20 91:22
    173:16 189:19
    210:16 211:21
    212:22 220:21
**parties** 7:24 279:17
**parts** 96:6 116:7
    216:8 228:10
**party** 22:4
**pass** 155:21,21
    197:10
**passed** 25:10 276:19
**patch** 213:2,5
**patches** 212:19
**path** 126:20
**pattern** 232:18,21
    232:21
**Paul** 3:24 8:14 70:4
**pavements** 21:12
**pdf** 218:25
**peak** 168:8 192:7,20
    193:4 245:4,8
**peaked** 69:18
**peer** 31:6,8 263:21
**peers** 263:22
**peer-reviewed**
    27:14 264:4,8
**penetrometer** 79:25
**people** 24:23 34:20
    35:11 37:2,9,9
    39:13 46:3 49:11
    49:25 51:8 105:22

106:8 133:21
    147:16,20 179:5
    196:11 198:5
    200:15 201:3,5
    205:17 211:22
    236:23 239:22
    258:20 271:15
    274:16
**perfect** 276:10
**perfectly** 150:4
**perform** 64:7 194:7
    200:5
**performance** 5:12
    20:5,7 23:17 24:2
    25:21 29:10 34:13
    42:13,15 43:19
    44:7 45:9 199:16
    200:3 201:22
    219:6 227:16
    234:24 235:3
**performed** 198:20
**performing** 195:20
    261:15
**perimeter** 248:15
**period** 30:3 105:21
    105:25 106:14
    122:24 199:19
**periods** 21:4 35:24
**permeability** 221:16
**perpendicular**
    124:3,12 126:7,25
    127:5
**Perry** 1:8
**person** 15:12 34:7
    224:18
**personal** 279:12
**personally** 33:20
    34:2 198:15
    233:20
**person's** 9:18
**perspective** 64:18
**pertained** 23:10
**Pertains** 1:5 7:13
**phased** 79:18
**phenomenon** 61:21

129:25
**phonetic** 257:18
**photo** 213:14
**photograph** 155:9
    156:22 157:4
    269:21,22
**photographs** 51:9
    51:10 158:3
    231:17 256:5
    269:23
**photos** 266:5,8
**phrase** 18:19 46:8
    247:10
**phrases** 46:7
**physical** 44:18
    64:14,21 65:19
    73:25 75:14 90:20
    91:15 94:15
    104:14 130:18
    143:21,25 144:7
    147:9 202:14,15
    205:10,11,14,20
    205:22 206:6,17
    207:3,5,16 208:19
    210:4 218:16
    227:9 271:11
**physical-based**
    202:20
**Ph.D** 7:17,20 16:18
    18:4,8
**pick** 108:12,13
    195:18 237:7,17
    238:5,6,10,18
**picture** 73:20 94:3
    96:8,9,13 151:23
    157:19 161:15
    213:11 229:18,19
    230:3 255:21
    268:4 270:6,8
**pictures** 62:19 74:7
    120:17 232:21
    249:24,25 266:11
    266:14,22
**piece** 35:21 102:22
    122:7 125:5

183:12 185:20,24
    185:25
**pieces** 163:15 260:7
**pile** 20:2,14 28:17
    28:18,19,24 29:9
    29:17,20 30:6,8
    31:23 32:4,17
    59:22 60:13 62:24
    63:4 214:19
    237:18 239:6
**piles** 77:17
**piling** 77:11
**pipe** 157:17,21
**piping** 130:2,8
**place** 24:4,19 25:4
    28:11 29:15 31:11
    36:23 45:15 47:24
    49:23 50:14 52:3
    62:11 64:17,19,21
    66:8,23,25 75:16
    76:10 77:24 79:23
    92:5 96:10 107:3
    113:22 115:20
    121:10 141:17
    142:23 150:22
    193:18 195:3
    196:14,22 199:10
    199:14 204:14
    205:11,18 207:14
    248:21,25 249:2
    260:9,13,19
    267:21 268:20
    270:15 275:4,5,12
    275:15
**placed** 163:24
**places** 61:25 63:9
    91:21 232:14
    242:2
**plaintiff** 15:11
**plaintiffs** 3:3 8:13
    11:15 15:11
    127:13 189:3
    210:19,21 264:19
    276:5
**Plaintiff's** 155:23

plane 237:15
Plaquemines 241:3
plastic 239:19
plausible 202:9,10
204:7,17,19,22
205:12,19,25
206:11,15,18,21
207:4,8,17 208:9
208:18 209:4,10
209:18,19,21
210:6,15 220:9
please 14:3 15:14
17:19 19:15 90:10
90:18 114:18
120:6,8 127:19
203:15,25 217:4
218:7 219:2
235:21 249:21
253:17
pleasure 143:16
plevine1@gmail.c...
3:22
PLLC 3:5
plot 82:14 162:8
plowing 25:18
plus 39:15 59:11
127:3
point 35:23 47:24
67:8 87:2 108:24
117:18 121:13
122:4 124:6
127:25 128:7,9,19
149:18 185:13
189:25 190:20,21
191:4 204:24
233:10 236:10,11
250:12 252:2
pointed 73:20
270:21
pointing 182:6
191:16 252:6
points 133:15
149:25
Polytechnic 17:21
40:23

popped 232:11
254:18
popping 147:21,25
portion 213:25
214:2 215:2,3,25
230:3 235:16
portions 215:3
216:3
position 73:12
226:21 229:24
276:21
positions 161:7
possibilities 132:5
222:17
possibility 92:19
113:21 205:23
possible 139:19
140:4 143:24
202:18 206:3,4
213:24 257:8
possibly 97:11,12
125:19 130:22
143:23 144:2
148:24 184:25
Post 3:17
posted 53:4 233:16
potential 68:25
117:22 118:23
145:11 204:8
220:4 234:8
potentially 91:13
pounds 83:12
273:13
power 258:17,23
259:13,15
PQ 244:4,5
practical 33:19
practice 162:21
practicing 18:16
preceded 100:14
preliminary 138:5,6
141:6
Preparedness 5:21
218:11
preparing 223:14

present 4:16 54:17
112:21 134:13
140:3 207:20
222:24 264:17
presented 208:3
presenting 222:16
presently 188:7
presents 116:23
presses 61:22
pressing 117:11,12
pressure 55:17
58:12,15,19,20,24
59:3 60:6,6,15,22
60:23 97:23
114:16 115:2
116:21 122:18
129:6 162:2,24
167:9
pressures 59:8
118:2 170:7
pretty 49:7 60:20
75:15 89:3 139:7
141:4 150:14
210:24 242:19
prevent 239:20
prevented 129:15
previous 80:22,23
159:16 169:16
247:6
previously 42:6
114:10 190:23
Pre-Katrina 5:19
218:9
primarily 142:19
172:6 175:2
primary 144:21
145:10 166:8
199:23 200:2
principal 12:23
14:10,15,24 17:13
22:24 42:24 90:8
92:7 227:13,19
228:3
principally 23:19
64:11 227:8 240:4

printed 156:2
252:24 265:20
266:5
prior 55:12 90:15
98:20 99:8,11,13
99:14,19,23 101:3
102:2 104:24
134:18 147:17
185:20 190:7
192:18 206:25
215:18,20
priority 39:17,21
probability 86:5,11
probably 30:11,12
30:15 42:8 50:25
51:2 53:18,19
60:18 61:24 62:4
66:6 71:15,17 97:7
104:22 141:23
142:15 150:13
173:2,8 209:25
222:12 223:25
225:11 238:4
262:16
problem 17:17
19:11 21:7 55:11
68:23 97:21
107:16 126:2
135:12,18 201:7
221:18 237:24
problems 16:20
19:22 20:3,10,13
20:16 135:3,5,8
197:4 199:23
261:11
procedure 30:22
proceed 8:3
process 31:6,9 35:8
35:15,19 39:3
46:12 73:14 74:10
85:5 208:25
Procter 2:7 4:5 7:8
8:6
produce 210:2
246:11

produced 69:14
producing 169:6
profession 16:11
197:9 222:13
professional 2:13
28:4,5,6 41:19
172:14 279:4
professionalism
28:9
professor 23:25
40:22 41:19,22,25
226:13,16
proffer 156:4 176:4
181:25
profile 85:21 152:12
154:22 159:7
164:14 186:11,13
186:15
profiles 110:5,10
111:15,16 160:11
160:18,20 238:24
260:23 261:13
program 21:14
247:20,23
progress 207:12
269:4,14
progressing 269:21
progression 71:18
project 24:7,10 25:7
29:3,4 34:3 39:10
39:18 44:14 48:13
48:14 53:16
218:12 266:16
Projection 6:3
Projects 6:4
prominent 98:13
promote 28:5
pronounce 189:6
pronounced 62:4,5
pronunciation
189:10
properties 80:15
221:15
proposed 219:14
prospect 18:14

protected 57:7 58:6
58:6 59:14 65:4
102:12 130:10
131:24 134:13
150:16,17 177:22
255:18
protection 5:18
28:22 34:14 42:17
149:15 153:19
154:14 218:9,12
219:6 224:7
234:15 235:5,6
protective 61:16
65:7 68:17 76:8,14
130:12
protrusions 126:12
prove 206:17
provide 28:21 34:11
38:21 54:3 81:2
128:12 153:19,20
158:16 176:2
194:24 196:16
197:12 204:12
208:20,24 235:8
250:16
provided 15:24 16:9
39:4 42:22 104:13
111:25 149:15
159:20 173:8
195:24 243:15
providing 205:17
provisional 179:19
187:3,6,9,12 188:5
188:10
public 2:14 38:24,25
39:3,5 233:17
234:19 279:5,24
280:24
publication 53:3
publications 26:18
26:20,21
publish 30:16
published 27:18
28:15 30:19 31:7
31:23 54:7,10

263:9,14 274:16
pull 41:2
pump 258:20
271:15,18 272:5
punch 93:13,23
punched 93:11,12
94:21 95:11,13
punching 94:12
128:9,11 267:6
purely 245:18
purple 255:5
purpose 24:25 25:2
34:11 195:20,23
197:3,11 199:4
263:19
purposes 17:7
264:18
pursuant 2:12
212:15
pursue 199:6 202:20
205:21 210:6,8
push 81:8 116:23
117:4
pushed 77:3,10 80:2
145:5,15,17
147:11 230:14
269:11
pushes 61:15
pushing 58:7,25
59:3 60:7,16 168:9
170:20 171:8
put 53:11 61:3
64:18 129:14
158:9 167:9
199:12 202:4
213:2,4 222:17
233:24 273:19
275:3
p.m 277:7

<hr>

**Q**

quarter 35:24,25
question 10:2 12:8
12:11,12 17:9 19:4
40:12 56:9,10,10

56:15,16,20 68:3
68:22 73:21 87:12
89:7,9 90:15
119:17 120:4,9,22
121:12 124:21,25
125:15,21 126:3
131:8 140:17
144:6,12 148:15
182:21 190:17
193:9 204:25
221:4 244:13
265:21 266:6,10
questioned 88:25
questions 9:5,24
13:9 37:22 48:10
56:2 61:6 70:4
78:14 89:15,22
90:2 121:7 142:2
174:23 183:21
203:25 221:9
243:3 246:9 253:4
262:21 263:9
272:19,24 276:12
quick 152:7
quicker 45:12
quite 39:22 47:13
120:15 199:4
229:3 241:23
242:21 258:14
quote 139:17

<hr>

**R**

R 1:9 7:2
Raffman 4:12 5:3,5
8:4,5,21,23 13:17
13:21 14:13,22
15:3,8,15 33:6,13
41:2,8,20 43:11,13
52:5,10 56:9,21
57:17 68:2,6 70:3
70:12,14 71:2 72:7
73:5,9,11,23 75:12
82:7,10,24 84:3,15
84:17 85:15 87:10
87:17,25 88:3

89:25 90:14 93:21
103:10,23 104:20
114:12 117:14
119:10,22 120:21
121:18 122:5
125:7 127:11
137:8,25 138:4
143:15 145:16,25
148:23 165:21
166:13 167:22
170:9,25 175:19
176:18 177:10
179:3 182:17,20
183:20,23 186:6
190:11,15 191:5
191:25 192:13
209:7 213:15
214:5 229:23
230:8 234:13
245:10 247:12
262:5,22 263:3
265:4,7 266:3
273:6,8 275:17
276:21
**railroad** 255:15
**raise** 116:12 169:19
224:6
**raised** 69:2,12
**raising** 60:16 168:17
**ran** 241:22 267:2
**range** 242:20
**RAS** 247:23
**rate** 48:8 69:17
**ratio** 46:19 162:22
**Raymond** 19:18
**reach** 87:7 209:11
**reached** 66:12,12
191:23 192:21,22
225:9
**reaching** 55:12
101:3 102:2
**react** 19:2
**reactions** 18:25
**read** 111:19 120:9
120:11 137:4,5

174:17 203:24
205:3,4,16 218:6
222:10 278:5
**reader** 195:18
**reading** 137:7 259:3
**readings** 81:9
254:19
**reads** 219:21
**reaffirmed** 67:15
**real** 200:19 274:5
**really** 13:3 18:23
27:2 34:24 45:12
117:7 151:18
158:5 165:15
176:3,22 184:8
198:11,12 202:13
204:6 206:5
212:10 244:25
246:7,12 253:16
275:7
**realm** 162:17
**reason** 10:11 55:20
141:18 202:19
206:3 225:5 280:7
**reasonable** 273:23
**reasoning** 204:5
**reasons** 10:9 199:11
210:19
**reassessments** 54:22
**rebar** 231:5 271:8
**rebuild** 196:12
**recall** 131:21 169:3
183:2 222:4 233:7
258:24
**recalled** 169:23
**receive** 25:24 26:5
**received** 17:24 26:2
26:8,11,12 225:19
**receives** 19:9 122:12
**recess** 70:21 87:21
146:6 217:19
218:3
**recognize** 15:18
16:2 52:17 265:21
266:11

**recollection** 102:4
157:11
**recollections** 259:4
**recommended**
139:23
**reconstructed** 178:9
**reconstruction**
49:22
**record** 9:8 70:18,23
87:16,18,20,23
139:9 143:6 146:3
147:4 152:5,8
158:2 178:22
203:24 217:16,23
229:23 267:11
275:19 276:6
277:3
**records** 215:25
**rectangle** 180:23
255:8
**rectangles** 246:24
**red** 78:24 82:25
83:3 84:11 85:17
159:19 187:3
246:24
**reduce** 154:23
212:23
**reduction** 124:18
**Reed** 1:13 2:4 5:2,8
7:1,16,19,22 8:1
8:17 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1

54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1

189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:4
280:6,20
**refer** 161:13 177:24
238:15 269:23
**referee** 222:17
**refereed** 263:5,6,15
263:20
**reference** 74:25
136:13 184:15
248:2
**references** 227:2
**referred** 74:21 88:4
177:5 183:25
227:18 230:17
258:6
**referring** 13:2 45:22

57:19 61:6 65:20
88:6 151:9 184:20
186:21 187:6
188:15 191:9
202:25 273:9
**refers** 163:9
**reflected** 84:6,8
224:10
**reflects** 75:4
**refresh** 9:5 157:10
159:3 201:11
**regarding** 100:22
264:5,13
**regardless** 199:16
**region** 262:15
**regional** 218:12
260:8 275:9
**regions** 173:5
**Registered** 2:13
279:4
**regulate** 133:2
**regulation** 22:10
**rehab** 196:15
**rejected** 78:11
**relate** 33:18
**related** 26:25 30:20
34:13 54:4 111:6
111:10 236:9
279:16
**relationship** 22:14
127:8
**relative** 55:21
166:21 236:12
248:21
**relatively** 270:12
**release** 233:17
**released** 235:13
**reliance** 158:14
245:24 248:14
**relied** 80:20 173:20
177:16 178:16
242:25 259:7
**rely** 171:19 172:2
173:12,23 178:4
194:5

**relying** 258:6
**remained** 272:5
**remaining** 137:16
**remember** 12:9,10
12:10,12 30:4,14
50:14 89:16 94:6
95:20 98:13 99:20
100:2,5,11,15
103:15 119:2
133:18 134:22,24
178:17 181:10,20
183:5 197:24
198:12 213:21
215:19,23 231:6,9
231:10 241:24
253:13,14 261:21
261:22 262:10,17
**remove** 215:11
**removing** 215:17
**repair** 223:15
**repairs** 49:22
**repeat** 120:6 203:14
**replace** 223:18
**replaced** 60:5
**replacement** 196:15
**report** 5:8,13,16,17
14:8 15:12,23 16:9
23:20,21 25:23
42:21,22 48:15
51:17 54:8 55:3
57:3,21 62:20
67:24 68:4 72:23
72:24 73:2,3,15,21
81:23 82:6 88:14
88:19 89:5,20
96:15,18 98:17,23
99:19,21 100:25
101:24 108:6
113:11 135:23,24
136:16 137:2,10
138:5,6 139:11
140:14 141:6,23
142:3,10 155:3
156:9,11,14,15,21
156:24 157:2,9

158:10,17,18
159:21 171:20,22
171:24,25 172:7
173:8,11 174:9,17
174:18,21 175:10
177:5,16,19,24
178:13,13,14,25
180:11,24 181:17
183:4 184:10
187:5,17,22
191:11 192:25
194:8,9,13,19
195:8,11 196:3
198:7,20 199:22
206:7 210:2,11,13
216:22,25 218:5,7
218:24 219:3,21
220:2,15,16,23,25
221:19 224:10,15
224:17 226:2
228:17 233:24
238:12,14 243:2
247:10 253:17,21
254:3 256:5
258:14 259:7,8
261:25,25 264:17
264:20 267:24
269:25 272:22
276:17
**reported** 1:25 44:20
147:20 272:14,16
272:17,23 273:12
279:11
**reporter** 2:13 8:2
9:10,11,17 75:7
120:8,11 155:22
175:15,18 187:10
229:15 243:7
245:22 248:12
249:14 253:9
279:4
**REPORTER'S**
279:2
**reporting** 211:23
280:3

reports 54:7 96:16
  112:24 113:4,7
  133:14,20,22
  134:8 178:15,18
  198:2,3 211:4
  221:24 256:12
represent 7:25 8:23
  62:22 82:3 83:2
  103:3 265:19
  266:4,6 268:22
representative
  160:22
represented 84:11
representing 8:12
  162:21
represents 83:3
reputation 33:17
request 24:17
requests 81:19
requirement 257:25
requires 195:6
research 22:23,24
  23:2 36:5,7 38:7
  79:15 81:12,15,20
  88:9,24 216:21
  218:19 219:15
  221:20 222:5
researcher 16:13
reserve 276:2
residue 230:23
  232:3,10,13,18,24
Resio 171:23 173:15
Resio's 143:2
resist 65:14
resistance 19:9 60:2
  60:9 80:3 118:6
  128:12
resisted 17:15
resisting 17:14
  46:19,21 57:9
  127:23 129:4
  154:23,24
resolution 237:21
  238:18,19
resource 53:17

resources 53:14
respect 21:24 53:8
  107:7,13 135:12
  144:6 160:7
  163:17 188:4
  209:6 250:17
respond 118:12
  119:15
responds 18:20
response 12:7 16:25
  17:7
responsibility 22:10
  22:22 23:9 132:25
  258:3
responsible 22:4
  23:23 71:12
rest 39:24 62:12
  156:4 207:10
  254:24
result 64:9 99:8
  117:25
results 5:13 30:23
  33:19 37:20 38:20
  48:12 80:11 85:10
  89:11,23 111:13
  159:23,25 207:20
  231:9 233:16
retaining 32:21
returned 18:5
review 28:11 31:6,9
  35:13,15,17 36:2
  36:15,22 37:3 39:3
  39:6,23 40:2 81:11
  89:12,15 102:24
  141:24 207:25
  208:5 247:22
  263:22,23
reviewed 27:18
  35:19,20 37:7,18
  37:19,20 38:13
  162:15 207:22,24
  208:24 226:12
  235:13 263:7
reviewing 38:4,8
  89:12

reviews 35:18 37:8
  88:23
review-based 202:5
revision 5:15 138:7
Revisions 138:25
Richard 3:5,11 8:10
  8:11 276:13
rick@rickseymou...
  3:10
right 10:15 11:6,14
  13:8 15:25 25:15
  26:16,16 27:8 30:4
  31:5 32:3,6,23
  37:6 40:11,17,19
  40:20,25 45:19
  46:23 48:10,16,19
  48:22 49:3 50:13
  50:19 53:11 54:9
  54:10,11,14 56:11
  57:22 58:16 59:4
  62:21 63:25 65:6
  66:7 67:11,14,18
  70:12 71:5 74:21
  74:24 75:3,13 76:3
  76:22 78:8,10,20
  83:13,20,24 86:2,7
  87:25 88:11 89:25
  96:4,20 97:3 98:25
  103:8 107:20
  108:13 110:22
  111:20 115:10
  126:18,22 129:24
  136:7 137:11,15
  138:22 141:8,13
  142:12 143:11,12
  145:24,25 151:16
  162:17,17 163:13
  164:24 165:4
  168:25 170:23
  175:11,21 177:3
  180:5 181:2,2,8,14
  182:4 183:5
  184:21 191:10,12
  191:20 204:9
  212:10 213:16

214:16 224:20
  225:21,22 232:3
  233:25 235:20
  238:16 245:4,8
  251:2,15 252:8,17
  253:5 258:12
  264:10 266:4,19
  267:19,20 268:10
  269:2,12 270:13
  270:16,17,21,25
  271:17 272:3,18
  273:11,14 274:5
  274:14 275:10,11
  275:13,17,23
  276:3
rightly 106:17
right-hand 230:18
  243:24 247:25
  250:24
rigorously 220:11
ring 50:18
rise 115:4
rises 58:5
rising 106:10
risk 53:3,9 233:7,17
  234:3,6,8,9,18,20
  234:24 235:8
Rita 50:14 212:8,11
  212:13,16,17,18
  212:23 213:3
river 22:7,9 251:21
  251:23 252:13
road 9:6 280:4
Robert 62:15
Robinson 15:24
  67:19 68:4 100:12
  100:23 156:9,10
  194:10 195:11
  210:13,21,22
  226:20 238:14
  246:10
role 21:24 25:19
  37:14,17 38:6
  200:8 223:2
rough 46:16

roughly 29:25 39:11
    45:4 49:6 82:19
    116:24 152:23
    180:2,8 185:6
    251:16 252:15
roundly 73:16
RPR 1:25 279:24
Rule 10:25
ruled 91:17
rules 9:6
run 28:4 161:4
    217:13 241:10,19
running 21:14 55:25
    56:12,13 122:8
    152:12,20 168:10
    270:13
runs 159:7
rushing 107:5

**S**

S 4:12 7:2
Sacramento 247:22
safe 107:25 108:3
safety 46:15,20
    57:13 66:11 69:10
    86:11,14,19 107:8
    108:5,7,11 111:7
    111:14 154:18
    160:24
salary 225:24
sampling 81:8 238:4
sandbagging 255:16
sat 9:3
satellite 237:6,15
satellites 236:23
    237:9
satisfaction 89:21
satisfactory 56:4
    133:23
satisfy 37:23
Savich 1:25 2:13 8:2
    279:3,24
saw 61:25 65:24
    66:6,25 91:21 92:4
    103:4,9 104:8

120:17 129:12
130:23 144:24,25
145:11 200:6
213:12 227:11
231:11 232:9
240:11 241:13
247:5 268:24
269:21
saying 95:24 104:8
    131:7 135:17
    145:14 165:22
    193:16 205:9
    206:14 221:12
    245:8
says 52:21 111:4
    138:6,24 139:16
    142:9 157:9
    172:16 180:24
    181:4 187:3,9,11
    190:16 219:10
    220:7 233:15
    244:18 247:8
    248:14
scale 29:9 92:4
school 19:19
science 25:6 35:16
    36:10 38:8 218:13
    218:17 219:17
    220:20 221:10
Sciences 218:6,14
scientific 25:3 34:12
    89:18 167:13
    221:2 222:25
    230:21 264:12
scientist 264:17,20
scientists 36:18
    264:18
scope 14:2 35:20
scopes 37:19
Scott 44:19
scour 75:17 158:8
    158:11 161:16
    213:12 255:17
    270:13,15
scrape 123:17

scraped 271:6
scraping 122:13
    147:16,17 148:6,6
    166:11,17,18,25
    167:4
scrapings 91:5
scratches 122:23
screen 136:25
screwing 272:24
SC1 180:2
sea 152:16,17
    185:11 186:4
    191:3 236:8,9,10
    236:12
searching 207:11
season 49:2
sec 21:20 151:21
second 49:14 74:25
    86:3 131:20 219:9
    244:19,24
seconds 122:25
secretary 24:13,14
    24:15 25:11,11
section 1:8 3:16
    28:25 29:9,12
    77:17 127:22
    135:24 219:5
sections 95:15
see 12:20 32:18
    51:20 53:6 62:5,16
    62:19 69:13 71:18
    74:14,15,17 76:15
    76:25 83:20,20
    85:13,24 91:3,4,10
    92:25 94:19 96:21
    98:15 105:5
    110:24 111:3,12
    112:3,20 113:20
    117:8 120:13
    128:9,10 130:17
    130:18 136:14
    138:10 150:25
    155:6 157:3,17,19
    160:11,25 174:10
    180:15 183:10

189:24 190:6
191:13,16 203:3
203:12 206:13
218:21,23 219:10
219:18 220:13,16
227:25 228:21,25
229:12,22 230:11
230:22 231:2,7,16
232:21 239:18
240:8,13 241:5,16
250:6,24,25 251:4
251:13 252:6
259:20 260:22
263:12 264:3
268:3,5,18 269:9
269:20 270:6,10
270:13,17 274:22
275:4,11
seeing 147:24
    183:13 185:20
    190:7 191:21
    240:7
seen 11:25 12:3 14:6
    63:8 74:10 86:16
    96:15 104:12
    105:22 113:17
    131:4 176:11,13
    186:12 188:14,18
    188:21 190:24
    191:22 221:19,22
    232:8 242:10
    246:8 253:12
    263:15 264:4,11
    264:16,23
seepage 68:22,25
    210:16 211:22
    221:13,15,17
seeping 239:20
selective 100:8
semi-compact
    273:22
senior 21:18
sense 60:21 66:21
    177:6
sent 51:11 79:19

135:17,22 243:18
246:21
**sentence** 219:10,20
**separate** 24:18
134:16 136:4
223:7,11 260:7
**separation** 58:8
**September** 49:14
50:17
**sequences** 234:17
**series** 5:13 20:2
22:21 27:16 30:25
68:24 79:6 111:12
142:10 159:18
234:17 249:24
250:2,4
**serve** 32:24 34:2
**served** 10:24
**service** 21:18 26:3
**SESSION** 147:2
**set** 24:17,20 35:15
36:14 47:13,14,16
112:5 236:2 254:5
279:9
**sets** 76:7 83:25 84:5
**setting** 17:16 93:3
**settle** 207:13
**settled** 242:3,4
**settlement** 150:21
260:12,15 261:5,5
261:8 275:6,8,11
275:16
**settling** 232:19
**seven** 242:14
**seven-and-a-half**
242:14
**Seymour** 3:5,11 5:4
8:10,11,12 13:14
13:19,24 14:19
15:10 33:4 55:22
56:18 72:5,19 73:7
73:10,12 82:5,9
84:20 89:8 90:5
92:11 93:22 98:24
99:5 100:17 101:5

103:14 104:15
105:3,18 113:6,9
114:8,17 115:7
117:16 119:15,24
120:8 121:3,6,11
121:24 123:5
125:16 126:13
127:16,18 131:5
137:11,13,19
138:13,17,21,24
139:8,14 140:16
140:20 141:10
142:7 143:7,9,19
145:13,21 147:7
148:14,17 149:5
156:12 159:14
166:3,23 168:5
170:12 171:6
175:14,21,25
176:23 177:14
179:4,9 182:25
184:18 185:25
186:19 187:13
190:13,19 191:8
192:10,17 203:6,9
203:16,19,20
208:6,16 209:13
211:18 213:22
214:8,11 217:12
218:2 230:16
234:22 243:7,23
244:10,14,21
245:13,21 246:4
247:18 248:11
249:13 253:8
262:7,20 265:3
268:4 273:4
274:25 276:13,14
276:23
**Seymour's** 88:12
229:24 275:20
**Shakes** 250:19,21
**shaking** 115:3
**SHANSEP** 162:14
**shape** 77:17

**Sharp** 44:19
**shear** 81:2,17 82:15
82:18 83:4,6,8,15
84:5 109:9,23,25
111:22 161:24
162:2,21,23
163:20 164:3,5,17
274:21
**sheet** 28:17,19,24
29:9,17,20 30:6,7
32:4,17 59:22
60:13 62:24 63:4
77:11,17 218:22
237:18,18 239:6
278:10 280:2
**shell** 154:5
**shells** 147:22
**shock** 32:14
**shoots** 106:5
**short** 21:4 105:21
105:25 106:14
118:9,11 149:17
**shorten** 119:18
**shorter** 154:12
**shortly** 50:16 182:9
**shotgun** 147:21
**show** 60:19 102:8
118:10 180:18
190:21 221:14
259:15
**showed** 60:17
160:17 161:15
268:4
**showing** 159:25
162:7,8 176:5,11
179:19 193:24
**shown** 72:10 78:17
84:12 110:19
265:8 266:22
268:16
**shows** 62:9 74:2
82:4,18 85:3 158:3
159:9 190:22
249:22 256:6
266:25

**sic** 7:17 22:7 57:20
66:23 76:7 93:3
**side** 11:17 27:5,6
29:13 55:16 57:7
58:2,6,8 59:14,15
60:3,13 61:16
62:10,24 63:4 65:4
66:3 68:17 76:8,14
80:4 94:20 96:6,23
99:22 102:12,14
130:10,12 131:24
134:13 149:8
150:16,17 161:8
169:6 177:21,22
215:14 230:18,19
238:24 239:6
240:21,24 241:6
241:10,15 242:6,7
243:25 247:25
250:24 255:18,20
261:20 268:9
**sides** 95:10 168:6,9
170:18 215:4
257:7
**signature** 277:7
278:13
**signed** 278:10
**significant** 65:15
95:14 161:2
**significantly** 69:18
95:12
**signify** 152:10
**sign-off** 276:14
**similar** 20:25 30:12
63:24 72:10 74:18
75:15 107:12
188:24 189:11
246:8 263:21
267:14,16,18
**simultaneous**
255:11
**singular** 219:11
**sir** 171:5
**sit** 13:10 213:23
**site** 50:9,12,22 51:5

**51:12 78:23,24
95:22 157:4 180:2
180:9,9,14,16
181:7 201:3
sites** 50:7 51:3,15
158:9 160:23
219:24
**sitting** 265:14
**situations** 129:18
**six** 45:17 67:7 150:5
225:10 237:19
238:5 261:5
**size** 97:20 242:18
257:9
**skull** 153:22,24,25
**slapping** 116:16
**sleeve** 80:4
**slide** 84:18
**slider** 254:16
**sliding** 46:15
**slight** 164:15
**slip** 19:25
**slope** 29:14 46:11
69:7 151:16
**slopes** 20:14 132:12
161:9
**sloshing** 116:20,22
171:10
**small** 98:2 125:5
129:17 242:19,22
**smaller** 154:22
**Smith** 7:17
**snake-like** 228:22
**society** 27:22,24
28:4 35:10 37:14
**soft** 260:16
**software** 18:17
19:23 237:22
**soil** 17:13 18:18,21
18:25 19:8,10
51:12 58:7,9 59:15
60:2,13 61:15,17
62:24 63:5 64:11
65:14 71:8,12
75:21,22 78:23

80:6,15 81:4,7,8
81:18 82:19,20
85:6 94:20 96:23
108:22 109:22
110:6,10 118:11
130:10,12 131:24
134:12 150:7
153:9 154:22
158:20 159:9,25
160:10 162:6,7
163:23 212:14
219:22 221:15
242:3,4 260:10,11
260:21 273:19
274:19 275:15
**soils** 16:25 17:6,15
80:13 111:22
154:14,19 161:4
260:24
**soil-structure** 16:20
17:17 18:12 19:3
19:10,21
**solve** 47:19
**somebody** 194:24
226:3
**somewhat** 76:11
215:14 255:13
**soon** 49:9
**sorry** 7:21,22 52:14
68:2 75:7 82:5,7
83:22,23 90:17
100:17 109:8
110:8 121:5 138:3
142:24 181:3
185:4 187:10
189:2 196:2
197:16 198:17
203:15 212:12
214:20 231:9
272:23
**sort** 204:4 226:14
247:7 255:8 269:4
**sought** 73:16 139:25
**sound** 103:6,7
147:16

**sounds** 147:17,20
148:3,6
**source** 6:2 253:11
**south** 11:19,23
12:22 14:12 50:21
51:15 54:20 62:15
66:3 68:12,14 69:5
69:8,21 71:4 72:11
74:4,10,13,19 75:5
75:8,9 76:7 77:20
87:9 88:15 90:24
104:19 105:6,19
105:20 106:18
107:13 110:4,11
110:13,18 120:24
129:12 131:8,18
133:15 144:6,9,16
145:7 147:10,17
149:8,25 150:11
150:13,19 151:24
152:21 153:2,4
155:10,12 159:9
160:7 161:14
163:12,25 164:6
164:10,11,21
165:19 190:2,9,25
210:10 213:11,25
215:2 216:2 228:2
228:7,11 230:18
230:19,20 240:20
241:11,19,22
255:23 270:9,10
270:12,19,23
**Southeast** 42:16
**southern** 90:24
120:15 145:3
157:5,12 229:2,21
**speak** 9:12,12,13,20
13:15 75:8 100:10
113:12 168:21
243:14 244:7,8
**speaking** 212:3
233:4
**speaks** 73:3
**specialized** 194:6,14

194:22
**specialty** 264:9
**specific** 215:6
**specifically** 148:5
163:9
**specifics** 185:15
**specified** 132:22
**specify** 165:16
**speculations** 202:2
**speed** 259:20
**spending** 207:10
**spent** 52:4 108:15
108:17 213:13
**splashing** 256:16
**split** 59:25 62:9
**splitting** 97:22
**spoke** 255:17
**sponsor** 32:11
**sponsored** 18:2
**square** 83:12 273:13
**squeezing** 275:14
**St** 193:2,4,18
**stability** 19:25 45:6
46:8,9,11,15 47:21
48:7 55:11 60:3
64:12 65:16 69:7
69:11 110:10
216:17 240:3
274:12
**stable** 65:18
**stacks** 43:7
**stage** 74:9 112:18
184:19 188:5
226:9 268:8,13
269:5
**stages** 89:14 184:13
188:24 213:19
268:20,23,25
269:15
**stand** 104:4
**standard** 162:21
**standing** 157:22
236:23
**standing-up** 271:9
271:10

**standpoint** 25:4,6
53:17 116:2,4
199:6
**stands** 212:6
**STANWOOD** 1:9
**start** 9:4 15:3 70:5,6
86:15,20 106:23
107:4,4 130:11
169:7
**started** 16:14 25:9
49:20 66:9 74:11
**starting** 112:18
223:24 250:12
**starts** 106:4 250:10
**state** 17:25 113:14
138:13 149:6
178:22 207:21
**stated** 90:6 99:18
128:18 208:15
**statement** 100:19
128:23 135:22
176:20 195:25
197:7 206:10,20
208:9 223:4
**statements** 202:2
**States** 1:1 3:13 8:15
10:18,25 138:9
197:14,20 198:23
201:13
**static** 59:6,6 114:4
114:16,25 115:5
116:2,9,10,25
**station** 3:18 16:16
258:20 271:16,18
272:5
**status** 5:12 37:9
137:15
**stay** 131:19,20
**stays** 59:15
**steady** 59:15
**Steedman** 44:20
**stenotype** 279:11
**step** 254:11
**Steve** 243:16,21
246:14 249:9,9

**Steven** 5:17 173:24
**sticking** 28:25
**stood** 36:2 208:4
**stop** 70:15,15
168:11 206:22
209:22 212:21
**stopped** 67:4 178:25
179:23 208:10
258:7,7 259:6,11
**stops** 251:18
**storm** 91:9 141:5
200:4 214:7,24
272:6
**straight** 122:2 125:2
125:12,17 126:4
**straighter** 252:12
**stratification** 80:13
108:23
**Street** 62:6 63:16,19
80:24 99:12
101:13,15 104:9
220:7,9 222:15
240:23,24 241:5
264:7
**strength** 80:6 81:2
82:15,18 83:4,6,9
83:15 84:10 85:21
109:9,13,20,23,25
111:22,23 129:7
161:4,24 162:3,7
162:22,23 163:20
164:3,5,17 272:19
273:11,12,18
274:11,20
**strengths** 80:15 81:5
84:5 85:4,7,12,14
85:20,25 109:16
216:13
**stresses** 18:22 21:5
47:20
**stretched** 77:12,14
**striations** 231:3
**stricken** 120:2
**strike** 14:10 87:11
87:11 176:16

**strikes** 123:2,16
232:17
**striking** 14:9 98:16
120:14 122:21,22
123:11,12,17
124:17
**Strock** 196:8
**strong** 91:18
**stronger** 94:25 95:3
95:9 274:2
**Stroth** 25:13
**struck** 91:2 120:19
227:25 231:8
265:10
**structural** 19:21
20:18
**structure** 18:18,20
18:25 19:8 28:20
109:4 114:15,21
114:23 127:25
128:11 265:12
266:24 267:3
**structures** 17:2 20:4
20:5,8,20,20,21,23
93:19 227:4
**stuck** 96:11 254:14
254:16
**studied** 110:15
122:7 176:22
182:14
**studies** 274:17
**study** 83:5 85:9 91:8
128:18 135:6
199:9 220:20
221:14 228:5
236:4 261:2
**studying** 184:12
**subfield** 16:24
**subject** 5:14 11:2
28:13 29:7 31:12
40:2,13 42:2 72:16
88:11 89:8 119:24
119:25 138:7,25
209:6
**submitted** 187:16

210:12
**SUBSCRIBED**
279:20 280:21
**subsequent** 71:16
**subsidence** 135:5,11
150:21 237:5
256:21,23 259:25
260:4,8,9,11
274:25 275:5,8
**substance** 211:12
**substantial** 140:2
261:8
**substantially** 53:25
116:8
**substantiate** 104:11
**substantiated**
207:24
**substantiates** 88:22
**subtasks** 44:17
**sudden** 60:25
**sufficient** 57:12
65:16 68:9 69:22
123:3 142:4,5
239:8
**suggest** 14:16
**suggested** 62:21,23
72:8 73:24
**suggesting** 192:20
**Suite** 3:7
**summary** 5:11
52:21 53:7 112:2
233:4 235:11
**summer** 23:22
**supervision** 279:13
**support** 23:3 40:16
61:21 64:8 75:25
206:6
**supported** 88:25
89:24 211:2
**supporting** 75:22
131:24
**supposed** 150:8
**sure** 29:25 34:21
36:4,16 48:23 61:5
73:22 96:14

110:16 120:22
136:6 137:6 141:4
143:7 148:25
153:8 162:16
189:5 193:10,13
193:16 201:16
225:14 226:4
245:17 253:24
273:3
**surface** 57:6 58:23
59:2,18,18,22
61:15 65:2,3 77:9
128:2 256:25
**surge** 116:12 169:20
172:4 191:17
192:6 193:4
256:18
**surprised** 166:18
**surprising** 147:23
**survey** 62:7,8 64:16
134:16,17,19
135:18 141:22
165:16 178:8
235:25 236:6,16
236:23 238:22
258:10 259:12,13
**surveys** 67:3 135:2
135:4,7,25 142:20
150:2 237:3 238:2
238:8,15
**survived** 269:9
**suspect** 228:13
229:5
**sustain** 88:13,13
**swamp** 252:20
**swear** 8:2
**sworn** 8:19 279:8,20
280:21
**symbol** 163:8
244:17,18,23
**symbols** 161:13
**system** 5:19 23:8,13
34:14 42:17
195:21 196:16
201:8 211:7,14,17

212:6 218:9 219:7
220:3,5 235:7
**systems** 21:25
169:14 218:16

_____

**T**

**T** 3:5,11
**table** 83:17,18,24
84:4
**tables** 111:20
**Taheerah** 3:23 8:15
**taheerah-el-amin...**
3:21
**tail** 129:13
**take** 9:18 28:11
34:20,21 47:24
48:13 51:8,11 70:9
73:16 76:10 77:24
81:7 83:7 96:2
107:2,3 115:20
145:23 152:6
160:14 165:4
187:15 190:20,21
208:21,22 209:2
217:10 224:14
234:20 260:18,18
264:24 268:20
273:3
**taken** 31:11 66:25
73:17 78:23,25
79:12 101:21
106:22 158:4
159:18 162:10
163:12 212:15,16
248:25 249:25
**takes** 48:8 122:14
126:20 154:10
254:23 260:13
275:15
**talk** 169:15 174:16
194:20 211:10
243:21
**talked** 32:19 34:7
201:4 256:20
257:21 258:21

259:24 274:24
275:7
**talking** 27:4 41:5
48:20 67:22 78:20
86:24 98:22 113:4
120:23,25 123:7
126:16,17 129:10
129:11 131:7
137:18,19 141:25
143:20,24 147:9
150:9 169:24
170:22 172:5
176:24 184:7
213:14 214:6,8,20
214:21 225:23
255:3 265:11
**talks** 84:23 85:4
**tanks** 215:12,17
**tape** 70:11 145:23
217:13
**task** 23:18 24:18,20
35:5 40:18 44:14
48:11 55:3 80:8,9
80:17
**tasked** 25:16 208:3
**tasking** 196:8
**tasks** 35:4 44:16
**taught** 18:9,11,13
**team** 13:3 23:16,23
23:25 24:21 34:25
35:9 40:10 44:12
44:13 45:7 46:4
48:13 49:6,6,10,21
50:3,4 51:8,20,23
53:13 55:7,8 80:8
80:10,17,18 87:7
112:22,24 198:6
201:25 219:11,15
269:2 271:2,10,24
**teams** 45:8,17 49:19
**Tech** 13:7 18:3
40:24 42:6 45:2
226:14
**technical** 21:9 47:14
**technology** 21:17

218:13
**tell** 48:7 79:13 90:10
136:7,18 179:10
193:8,23 194:2
231:22 259:2,16
270:7
**telling** 246:11
**tells** 72:23 108:6
**ten** 42:9 112:6
184:25 185:8,17
185:18
**tendered** 15:13 56:8
276:18
**tendering** 13:20,22
276:15
**tends** 129:17
**ten-and-a-half**
112:12,13
**term** 58:14 153:21
154:4 235:22
257:4 263:5
275:11
**terminal** 139:18
**terms** 11:11 61:3
106:24 118:4
129:2 130:17
158:7 163:19
172:4,25 176:21
178:6 182:13
194:16 199:11
201:15,19 209:16
216:7 227:15
246:13 256:17
**test** 29:7,8,8,22,24
30:7,17 34:3 73:11
79:25 162:15
208:4 238:25
242:11
**tested** 30:6
**testified** 8:19 12:6
63:15,23 67:20,24
99:10 101:17
107:6 127:14
132:23 167:8
186:7,9 208:7

211:5
**testify** 10:4,4,9 56:6
  100:21 279:8,9
**testifying** 72:21,25
  100:2,11,15
  119:19 173:3
  189:22
**testimony** 12:9,15
  34:16 90:16
  102:24 103:12
  119:13 120:10
  131:7,21 147:16
  148:8,11,19 165:2
  165:19 168:21
  169:4 184:2
  206:25 211:4
  275:21,22,24
  276:4,9 278:6,8
  279:10
**testing** 51:12 81:16
  81:17,18 274:4
**tests** 81:6 239:25
  240:2 274:22
**text** 226:7
**thank** 10:12 88:2
  90:2 156:20
  267:20 276:23,25
**Theirs** 37:16 38:10
**theoretical** 31:22
**theory** 211:11
**thereabouts** 149:21
**They'd** 168:6
**thick** 110:2
**thicknesses** 260:22
**thing** 43:7 76:4
  132:9 158:24
  202:18 230:18
  237:23 253:22
  262:19 275:19
**things** 17:5 18:22
  20:7,19 28:11
  36:23 38:17 39:21
  40:14 48:23,23
  49:20 53:20,21
  54:23 59:24 65:22

90:22 92:8 104:2
  104:10 130:23
  142:17,22 147:21
  147:22 168:2
  169:14 198:18,25
  205:21 215:12
  224:12,13 231:22
  232:12 259:22
**think** 13:17 18:6
  22:12 24:23 26:3
  26:24 29:16 30:19
  37:12 49:12,13
  50:3,13 52:15,25
  53:18 56:14,16
  67:24 71:23,24
  73:2 74:8,16 83:16
  87:13 88:22 91:8
  93:19 96:16 98:12
  100:24 106:8
  112:10 113:13
  115:18 118:15
  129:3,9 132:9
  136:5 137:8 138:4
  144:20 153:5
  157:24 172:25
  174:25 178:19
  179:5 180:13,16
  189:11 195:24
  197:7 200:13,24
  201:4,18 205:8,15
  209:9 213:5
  215:20 222:9,20
  228:14,20 232:7
  232:25 235:25
  253:22 255:2,10
  255:14 256:17
  257:24 258:22
  259:3 261:21
  273:15
**thinking** 199:20
  250:8
**third** 155:13,15
  219:10 228:24
  270:14
**thought** 91:6 131:3

137:4 169:23
  200:15 225:25
**three** 34:24 51:2
  57:7 58:24 65:4,14
  87:2 101:7 116:11
  116:12 131:23
  151:18,24 242:5
**three-and-a-half**
  169:25
**three-D** 128:15
**thrust** 12:14,16
  34:15
**tilt** 48:17
**time** 7:6,23 9:18
  13:23 21:5 29:18
  30:3 31:11,13,15
  34:5 35:24 36:25
  48:14,15 50:5,11
  52:4 53:19,20,23
  53:24 54:5 58:25
  69:19,21 70:20,24
  87:20,23 88:13,18
  105:22,25 106:9
  106:11,14,24
  108:17 112:23
  113:10 118:3,7,21
  122:19,24 126:14
  127:4 132:7,19
  141:8,14,21 142:6
  142:14,15 146:5
  147:5 148:4
  156:14 171:14
  179:20 181:19
  183:3,8,17 184:5
  185:2,9 186:2
  187:17 190:25
  191:17,24 197:21
  199:19 201:2,4,23
  208:4 210:17
  213:13 214:6
  217:10,17,24
  223:12 225:4,7,13
  228:11 231:6,19
  246:10 254:15
  257:21 258:17,22

258:24 259:15
  262:3 273:3 277:4
**times** 50:10,24,25
  51:2 58:22 88:5
  117:3 118:8
  161:25,25 169:15
  170:18 171:17
  178:2 188:22
  224:16 227:18
  234:21
**timing** 64:17 142:22
**tip** 74:11 80:3 240:5
**tipped** 229:10
**title** 218:6 243:10
**today** 7:5 8:6 10:5
  13:11 99:6 183:14
  185:21 190:7,24
  191:22 192:18
  208:7 211:5
  213:23 214:23
  221:21 267:9
**today's** 42:8
**toe** 109:4,5,9,10
  152:11,12 160:18
  161:8
**told** 246:10 258:24
  262:16
**Tom** 43:2 226:8,13
**tools** 45:5 46:13
**top** 35:14 42:9 55:13
  57:14 66:12 67:10
  69:9,22 75:20
  82:21 98:3 101:3
  102:2 105:16
  107:18,19,22
  108:3 110:16,18
  110:25 111:4,5
  113:23 138:14
  149:20 151:14,22
  164:12,19 169:18
  176:5 179:16
  182:2 206:9 237:7
  240:7 243:9
  245:25 248:14
  255:9 256:19

**VERITEXT REPORTING COMPANY**
www.veritext.com
212-267-6868       516-608-2400

265:14 266:24
**topple** 92:14
**total** 39:14 87:6
**totality** 195:9
**totally** 272:24
**touch** 129:14
**track** 8:24 11:9
**training** 172:21
194:6 195:7
**transcribed** 279:12
**transcript** 202:22
279:14
**transcription** 278:7
**transition** 129:21
**transmitting** 130:11
**transport** 162:10
**traveling** 127:5
**tremendous** 77:5
106:25
**trench** 74:17,18,19
74:22 75:2 144:24
255:17,20,21,22
**trial** 67:25 100:12
100:23 119:19,21
173:10 174:22
**tried** 49:11 198:15
201:16 202:14
212:21 224:14
**trip** 134:4,6
**true** 95:5,8 117:24
125:3 129:16
132:16 163:6
164:4 169:11
278:7 279:13
**truth** 10:4 279:9
**truthfully** 10:5,9
**try** 9:19 126:14
177:12 197:3
212:19,23 213:2,5
220:17 221:12
222:18 231:7
**trying** 30:20 49:12
98:11 125:18
142:17,21 152:6
199:12 207:13

227:15 237:4
**turn** 15:16,25 81:22
155:2,3 218:20
219:2 251:3
253:17 254:23
270:3 272:20
**turned** 103:5,8
113:10 195:22
**turning** 181:24
251:2
**turns** 251:19
**TW** 245:4,4
**twelve-and-a-half**
107:23 112:17
**twelve-foot** 191:3
**twice** 196:13
**two** 11:16 12:23
13:13 30:25 35:18
37:5,7 44:7,16,16
44:23 45:8 46:6,6
53:4 54:13 59:24
60:10 61:19,25
62:4,9 72:14 76:5
81:14 82:21 83:13
87:2 88:22 89:12
97:22 99:13
101:13 110:9
117:3 129:8 151:8
158:9,9 160:23
169:25 178:18
179:5,15 193:12
194:3 207:24
221:24 244:3
246:23 254:6
257:17 260:7
**two-foot** 117:2
**two-thirds** 228:23
**type** 18:15 20:10,25
21:2,7 74:14 75:15
173:6 186:11
188:15 232:16
267:16,18 275:9
**types** 17:4 18:22
20:12,15 111:17
139:24 140:6

188:18,20 189:11
189:14 224:4
268:15
**typically** 274:17
**T-wall** 94:24 95:9
96:24 214:18
**T-walls** 20:13 94:25
95:6

_____

## U

**uh-huh** 12:3 16:6
27:12 33:9 38:23
42:18 45:24 51:7
51:19 52:13 54:15
61:8 63:17 71:6
76:20 90:9 95:8
101:9 102:22
108:2 111:21
112:7,10,15
115:14 119:7
123:25 124:4
132:2 147:12
153:14 156:15,23
157:6 163:3,6
164:8 167:12
176:7 179:2
182:11 187:4
188:17 190:6
200:2 202:24
219:4 220:14
233:9 239:3
249:18 252:10
253:24 264:15
266:13 268:6
269:7
**ultimate** 48:6
**um** 204:12
**unbiased** 25:3 34:11
34:22 224:17
**unbreached** 163:10
**unclear** 177:12
183:24 276:7
**underlying** 162:23
**underneath** 32:13
44:17 96:20,21

**underscored** 139:23
**underside** 231:2
**undersigned** 279:3
**understand** 9:15,21
9:23 11:20,22
31:14 36:4 40:5
45:14 61:5 85:9
95:18 106:17
111:9 177:2
184:12 193:11,12
194:12,17,18
196:14,18,21
243:5 253:2 275:2
**understanding**
32:24 33:7,14
195:3 198:21
225:19 256:10
**understands** 58:18
72:21
**understood** 9:14
78:7 243:4
**uniform** 256:23
**unit** 111:22 117:3
**United** 1:1 3:13 8:15
10:18,24 138:8
197:14,19 198:23
201:13
**University** 42:7
**unknowns** 219:23
**unusual** 261:4
**upper** 111:19
**USA** 1:9,10
**use** 15:12 18:16,19
46:6,8 58:14 64:11
80:12,18 109:17
110:10 119:20
160:10,19 172:4
174:8 177:18
204:11 209:10,16
230:9 236:25
238:20 243:18,19
244:23 247:9
256:11 258:8
275:10
**useful** 149:4 200:10

**uses** 36:21 273:19
**USGS** 254:8
**usually** 10:3 92:2
  122:15
**U.S** 3:15 15:24
  16:15 23:8 88:8
  156:9,10

**V**

**v** 1:7,7,8,8,9,9,10,10
  5:9 25:23 34:3
  40:18 41:3,6 42:13
  42:23 43:4,18
  44:14 48:11,14
  51:5,17 62:20
  71:24 74:23 77:16
  80:8,9,17 89:21
  98:22,24 108:6
  136:3 137:18,21
  155:3 158:17
  178:14 187:17
  194:8 195:9 226:6
  228:17 233:24
  235:15 238:12
  269:25
**vague** 130:20
  185:23 214:5
**valid** 56:16
**validity** 189:22
**value** 170:16 273:23
  274:3
**vane** 81:17 274:21
**variation** 163:20
**variations** 257:6,9
  260:20
**varied** 85:10,11
  165:12 256:25
  257:18
**various** 32:9 36:23
  37:10 38:12 158:3
  176:6 178:2
  188:22 213:18
**vary** 149:21 150:3,5
  165:12 215:14
  257:17 260:21,24

261:3
**velocity** 59:10 91:11
  118:23 124:10,11
  127:4
**Veritext** 7:4 280:3
**Verret** 251:11
**version** 138:11,14
  139:13
**versions** 138:12
**versus** 15:24 46:18
  80:14 82:15
  117:12 122:19
  127:25 145:10
  156:9 164:3 216:3
  249:2
**vertical** 136:10
  249:25
**vessel** 262:2,11
**vibrations** 32:14
**vicinity** 63:19 64:4
**Vicksburg** 17:24
  45:3 79:20 88:4,5
  88:7
**video** 58:18 113:18
**videographer** 4:16
  7:3,21 70:17,22
  87:19,22 146:2
  147:3 217:15,22
  252:6 277:2
**videotape** 70:19,24
  146:4 147:5
  217:17,24 277:4
**Videotaped** 1:13 2:4
**view** 13:11
**viewed** 266:15
**viewing** 157:17
**vigorous** 202:15
**VII** 194:23
**Villabezo** 102:25
**Villabezo's** 103:12
**Virginia** 13:7 18:3
  40:23,24 42:6 45:2
  226:14
**visit** 50:6,8,21 51:5
  51:23 201:3

**visited** 50:12
**vitae** 15:4 26:15,17
  26:23 27:4,9
**voice** 168:22
**Vol** 5:9,11
**volume** 25:23 41:3,6
  42:13,23 43:4,18
  51:5,17 52:21
  62:20 71:24 74:23
  89:21 91:9 98:22
  98:24 136:3,4,5,8
  136:9,22,25
  137:10,20 139:4
  140:9,12,22,25
  141:2,3,4 142:9,11
  143:3 155:3
  158:17 171:24
  178:7,14 179:24
  179:25 187:17
  194:8,23 195:9,24
  196:2 226:6
  228:16 235:15
  238:12 248:15
  254:20 258:14
  269:25 272:2
**volumes** 136:16
**vouch** 189:9
**Vrijling** 189:6,7
**Vulnerability** 5:20
  218:10
**V-r-i-j-l-i-n-g** 189:9
**V-101** 76:21 228:19
**V-102** 155:4 156:25
  267:25
**V-104** 137:14,21
  140:13
**V-11-13** 110:8
**V-11-17** 83:19
**V-11-19** 179:14
  180:24 186:21
  191:9
**V-11-23** 78:16
  159:17
**V-11-24** 159:5,13
**V-11-26** 82:9 108:18

159:24 160:4
  163:8
**V-11-27** 159:24
  160:4 163:17
**V-11-28** 151:7
**V-11-31** 110:8
**V-11-32** 112:3
**V-2** 45:22
**V-4** 45:23
**V-80** 137:15
**V-94** 268:17
**V-96** 72:4,6,10
**V72** 270:4

**W**

**Wait** 137:17 140:10
**waiting** 53:2
**waived** 277:8
**wall** 11:2 12:21 14:9
  14:10 17:12,15,16
  19:7,9 28:24 29:17
  30:6,8 31:2 52:3
  55:12,13,15,18,19
  57:10,15 58:5,8,13
  59:13,16,23 60:7
  60:14,16 61:14,15
  61:16,17,22 62:2
  62:17 63:11 66:7
  66:12,13,22,22
  67:9 68:9,21 69:9
  69:14,23 74:2,11
  75:19,21,22,23,24
  76:9 77:2,10,15
  78:3,6 86:13,18,21
  90:21 92:3,18,21
  93:3,3,5,7,9,10,14
  93:15,24 94:20,23
  95:13,14 96:6,10
  97:5,23 98:4,6,19
  101:4 102:14,15
  102:20 104:9,18
  104:19 105:16,23
  106:5,7,20,23
  107:3,18,19,22,25
  108:3,7 111:5

115:23 116:17,18
116:23 117:4,12
117:12,24 118:5
118:11,25 119:3,6
120:14,17,20
121:13,15,20,23
121:25 122:15,21
123:2,4,8,11,13,16
123:17,24 124:2,3
124:11,13,16,17
125:2,2,6,11,12,17
126:7,10,11,19,21
126:22,25 127:6
127:22 128:10,11
128:13,19 129:3
130:24 134:20
145:4 147:23,24
148:2,7 149:7,20
150:4,6,8 153:10
153:11,15 157:18
157:22 158:8
161:16,18 163:11
164:5,16 165:9,14
166:6,10,17,19,20
166:25 167:2,5,10
168:10,13 169:5
169:18 170:7,23
214:17,21,22
215:15 216:2
227:23 228:2,3,11
228:22 229:10
230:2,14,23 231:5
231:21,24,24
232:8,10,17 233:2
239:6,8,12,20
240:7,7 241:7,13
241:13,18 242:4
242:15 255:21
256:14,22 260:25
265:11 266:24
270:14,18,22
271:12
**walls** 14:25 15:2
19:25 28:17,19
29:10 32:5,21 69:7

91:22 92:2,14,15
92:16 98:9,15 99:7
102:3,9,16 117:20
117:22 122:9
132:17 169:21
170:21 174:12
216:17 238:21
240:9,12,15,25
242:15
**want** 9:5 18:23
34:19 36:3 38:12
41:14 52:6 56:14
61:2,4 70:7,9
78:13 87:15 103:7
119:12 120:21
123:6 140:11
151:2 161:10
168:19 177:6
183:25 193:10
197:9 198:12
202:21 230:9
272:25 273:5
276:6
**wanted** 41:24 49:25
53:15 81:16 196:9
196:10 253:23
261:7 267:21
275:19
**wants** 137:6 174:16
**War** 36:15,16
**ward** 75:6,11 77:9
104:17 139:21
141:19 178:2
179:20 185:12
190:22 191:24
192:23 193:3,19
258:18 260:2,3
267:13 268:12
**washed** 106:13
**Washington** 1:14
2:9 3:8,19 4:7 7:10
89:16
**wasn't** 31:12 63:20
63:22 64:6 76:14
77:22 92:7 94:3

95:14 100:7
116:13 139:4,5
145:4,5 150:4
166:8 197:15,17
233:13 239:16
272:13
**watch** 58:18
**water** 17:2 29:11,15
55:12,15 57:14,16
58:4,22 59:5,9,11
59:11,15,18,21
60:6,15,19,24
61:14,21 66:12,18
67:4,7,10,16 69:9
69:16,17,22 75:20
77:5,7 92:23 101:3
102:2 104:8,18,23
105:16,22,25
106:5,9,25 107:4
107:15 108:2
111:7 112:5 113:2
114:16,16 115:2,5
115:6,9,12 116:10
117:4,6 127:8
128:5,6,8,9,21
129:20 130:3,10
136:10 142:22
164:12,18 165:5
166:21 167:20
168:18 169:6,17
169:21 170:20
171:11 172:23
174:5 177:25
179:17,20 181:19
183:9,17,24
184:25 185:8,18
186:3 188:24
190:9,12,12 191:2
191:13,23 192:6
192:21 193:2,13
193:17,20 194:3,3
211:23,25 212:5
212:22 218:12
229:8,8 230:8,13
239:6,20 240:12

241:6 242:6,7,13
245:9,15 246:15
249:4 251:14,17
252:19 256:13
259:17,18 262:3,8
268:21 275:14
**waterway** 71:19
**Waterways** 16:15
**wave** 113:16,23
114:4 115:24
116:11,16,19,22
117:12 167:9,18
167:19,21,25
168:12 169:22
172:4 173:15
**waves** 104:8 113:22
114:5,10,21,24
115:4,8,11,16
117:5 169:5,19,19
169:24 171:4,7,8
172:23 256:15
**way** 35:25 46:16,17
46:17 48:2,3,6
69:25 72:14 74:12
79:18 80:5 116:5
123:8 126:8
138:15 143:4
155:14,15 176:17
202:8 208:15
212:14 213:8
225:24 228:5
229:11,13,14
241:20 256:7
268:22,23 269:22
279:17
**ways** 34:24 229:4
241:22
**weakened** 149:9,10
153:16,17 200:9
**weakening** 166:11
**weaker** 154:10,14
154:15,19,21
**Weber** 1:10
**website** 265:24
266:5,12

**Wednesday** 1:15 2:1
**week** 49:14 53:4
**weeks** 53:5 233:6
**weight** 58:22 109:22
  109:24 115:15,19
  117:3 118:19,24
  122:21 127:3,21
  275:13
**weights** 111:22
**Weir** 5:22 243:10
  245:8
**weirs** 248:16
**welcome** 137:3,7
**well-known** 162:13
  162:19
**well-respected**
  41:17
**went** 19:19 24:13
  35:19,21 37:18
  39:4 45:14 50:4
  65:24 73:14 107:9
  208:25 259:15,19
  271:25
**weren't** 39:3 40:11
  40:13 205:20
  259:10,11
**west** 66:3 83:22
  240:23
**Westerink** 172:8,17
  173:13
**we'll** 41:3 53:11
  56:11,12 73:17
**we're** 13:21 23:2
  41:9 64:20 67:13
  70:18 78:20 86:4,5
  87:19 88:8 126:16
  126:17 129:10,11
  131:7 138:11
  146:3 172:5
  178:21 217:13,15
  228:15,20 265:13
  265:17 276:2
  277:3
**we've** 43:11 52:11
  56:6 63:7 86:16

89:5 120:6 256:17
  257:21 259:21
**wide** 94:6
**widening** 129:15
**width** 93:23 94:10
  94:12 96:2 127:21
  241:24
**WILKINSON** 1:11
**William** 102:25
**wind** 118:23 170:6
  170:19 171:3,8
**winds** 91:12
**withdraw** 131:19
  171:18 228:6
  250:23
**withstand** 118:6
**witness** 7:16,19 8:3
  8:18 10:14,25
  13:16 14:4,21
  33:12 41:13 56:5
  56:19,25 68:5 72:4
  72:6,20 73:13,19
  75:9 82:13 84:22
  90:19 96:17 99:3
  100:24 103:25
  104:21 105:12
  113:12 114:13
  120:5,12,25 121:4
  121:8,19 122:6
  125:14,25 130:22
  138:23 139:3
  140:19 141:2,14
  142:25 144:19
  145:19 148:24
  156:8 159:13
  165:22 166:16
  167:24 171:3
  176:19 177:11
  179:7 182:19,22
  183:22 184:6
  186:5,8 187:11
  190:18 191:6
  192:3,14 203:12
  207:2 208:13
  209:9 211:16

213:16 214:10
  229:25 230:6,10
  234:14 243:13
  244:8,16 247:13
  262:6,24 265:6
  276:25 279:7
**WL** 245:8
**wood** 29:13
**Worcester** 17:21,22
**word** 79:13 139:23
  178:23 243:25
  256:11 274:7
**words** 9:11,18 46:6
  199:21
**work** 16:22 19:13
  19:14,19,19 20:22
  21:2 22:15,22
  23:20 24:10 25:25
  26:7,25 27:3,7,11
  27:14 35:21,21
  37:4,20 38:8,22
  44:21,24 48:11,12
  48:13 51:4 79:17
  80:23 89:19 173:6
  173:21,24 174:20
  174:25 175:3,9
  178:7 202:8
  215:11 219:25
  224:8 264:11
  266:15
**worked** 17:3 19:16
  33:16 39:13 44:13
  48:16,17 49:6,7
  220:17 225:13
**working** 16:14
  17:23 18:6 24:6
  30:21 46:3 54:23
  173:4 184:23
  199:22 219:16
  225:17 264:19
**works** 20:10 24:16
  226:16
**wouldn't** 97:7 122:3
  127:8 129:9 131:4
  168:7 176:19

196:13 207:12,15
  259:14 261:3
**write** 47:8
**writer** 42:24
**written** 31:17 42:14
  72:24 73:2 194:24
  263:23 268:7
**wrong** 38:18 102:5
  168:23 204:2
**wrongly** 101:22
**wrote** 28:14 31:25

**X**

**X** 1:11 5:1 254:8
**XA** 180:21

**Y**

**Y** 184:20
**yeah** 26:24 30:18
  34:17 36:5 39:11
  40:9,25 41:23 42:4
  43:5 70:13 80:20
  81:25 83:23 84:22
  87:17 89:10 96:8
  96:12 111:11,11
  116:13 121:21
  123:19 131:17
  132:21 138:2
  139:3 140:18
  143:14 144:19
  145:19 150:2,18
  156:17 162:20
  170:24,24 174:14
  176:19 177:23
  182:5 183:22
  184:6 186:8 189:7
  194:4 196:4,6
  213:16 216:4
  228:16 229:21
  234:3 236:20
  247:13 249:3
  250:15 253:23
  255:10 266:21
  271:4
**year** 32:11 197:25

206:21 217:7
233:23
**years** 19:17 32:9
173:4 257:25
260:17,18
**year-and-a-half**
23:18 49:8 187:23
**yellow** 196:7
**York** 2:8 4:6 7:4,9
280:4
**Yup** 46:2 52:13
155:5 183:11

**Z**

**Z** 77:14,17
**zero** 110:22 250:10
250:13
**Z-shaped** 77:13

**$**

**$100,000** 225:12,18
**$22** 39:11
**$23** 39:12

**0**

**0** 152:15
**05** 50:18,20
**05-4182** 1:6 7:14
**05-5531** 1:7
**05-5724** 1:7
**06** 5:14
**06-5342** 1:8
**06-6299** 1:8
**06-7516** 1:9
**07-3500** 1:9
**07-5178** 1:10
**08-4459** 1:10

**1**

**1** 5:8 15:5,6,19
27:10 70:19 139:6
158:18 173:12
180:2,9,10 187:7
194:10 238:15
265:2 274:22
**1st** 48:19,25 50:20

187:15,20 188:3
207:20 210:10
222:23 223:22
224:10 235:11
**1,000** 153:6 155:19
157:25 221:17
**1-15** 136:20
**1-800-727-6396**
280:3
**1.2** 86:20
**1/1/2012** 279:22
**1:37** 147:6
**10** 5:14,23 138:21
245:22 246:2
254:13 255:4
**10th** 140:22 141:11
**10:00** 191:19
**10:51** 70:20
**100-year** 234:11
**104** 137:24
**105** 156:21
**11** 5:10,24 43:21,22
44:4 78:14 82:8
84:2,4 108:6
113:14 151:6
178:11 179:14
184:10 186:23
187:16 195:14
226:25 248:9,13
272:21
**11-10** 83:18
**11-12** 81:23 84:8
108:19 161:12
273:10
**11-13** 160:15 163:18
**11-14** 152:9
**11-15** 160:15
**11-19** 110:9
**11-20** 112:4
**11-25** 160:11
**11-28** 159:17
**11-3** 180:24
**11-5** 83:23,24 84:4
**11-8** 78:16,18 84:13
**11-9** 159:7

**11.1** 113:15
**11.2** 112:16
**11:00** 191:19 192:8
**11:03** 70:25
**11:23** 87:20,24
**11018** 280:4
**1150** 3:6
**11501** 280:4
**12** 5:25 249:11,15
**12,000** 250:11
**12.5** 111:2,5 149:20
149:22,24
**12/13/08** 5:22
**12:00** 192:9
**12:22** 146:5
**128** 42:12
**13** 6:2 109:9 203:11
203:19 204:3
253:6,10
**13th** 243:9
**1350** 280:4
**14** 6:3 149:23
265:25 266:11
**146** 5:15
**15** 5:8 209:3 219:2
**156** 5:16 156:3
**16** 209:3
**17** 83:19 176:5,11
176:25
**17th** 62:6 63:16,19
64:4 80:23 99:12
101:13,15 104:9
220:7,9 222:15
241:5 264:7
**175** 5:17
**18** 110:12 111:3
187:24
**18th** 188:3 210:12
**189** 15:17 16:2,3
**19** 21:9 110:7,7,12
111:3
**19th** 203:17
**1977** 17:22
**1986** 30:2
**1991** 18:7

**1994** 20:9,17

**2**

**2** 1:8 5:9,13 41:11
42:11,20 45:25
70:24 71:25 146:4
152:13,14 155:2
180:16 184:24
185:4,5,7,17 194:9
228:15,16 238:13
253:18 267:23
**2-D** 47:7
**20** 44:2 280:22
**20th** 202:23 206:8
206:20 209:6
**200** 280:4
**2000** 21:8,9,15
226:9
**2000s** 215:21
**20001** 4:7
**20036-4129** 3:8
**20044** 3:19
**2005** 49:16,17
223:25 224:9
**2006** 23:21 138:21
138:23 139:6
140:14,22 141:8
141:11 207:20
221:25 226:10
**2006b** 219:25
220:12
**2006.4** 235:25
**2007** 23:22 42:17
54:7,16 187:15,20
188:3 198:14
210:11 220:16,23
220:25 222:20,20
222:23 223:22
224:10 226:12
**2008** 21:15,15 57:21
113:6 187:24
188:3 210:12
235:11 243:9
**2009** 1:15 2:1 7:5
202:23 214:9

218:21,23
**2010** 234:12,14,15
**202** 3:9,20 4:8
**217** 5:21
**22** 1:15 2:1 176:9
  181:25 182:3
  188:16
**22nd** 7:5 214:9
**23** 43:6,25 44:2
  161:25 176:9
**24** 204:15
**243** 5:22
**246** 5:23
**248** 5:24
**249** 5:25
**25** 29:20
**253** 6:2
**26** 81:24 82:6
**263** 5:5
**266** 6:5
**29th** 182:16

---

**3**

**3** 5:10 43:9,12,15,23
  82:12,13 83:25
  84:5 147:5 151:5,6
  159:6 160:5
  179:14 186:24
  195:16 217:17
  272:21,21 273:10
  274:23
**3,000** 152:23 250:3
  250:7,11
**3,400** 152:24
**3-D** 47:7
**3:00** 217:18
**3:13** 217:25
**3:50** 182:8,16
**30** 29:20 173:4
  260:18
**30(b)(6)** 10:25
**300** 83:16
**31** 19:17
**346-4444** 4:8
**350** 24:23 39:15

**396** 202:25 203:10
  203:16 209:2
**397** 203:21 206:9

---

**4**

**4** 5:11 52:7,8,12,17
  52:20 53:6 136:15
  152:24 195:15
  196:5,6 217:24
  233:5 277:4
**4:00** 182:9 183:6
**4:29** 277:5,7
**40** 62:13 260:18
**41** 5:9
**43** 5:10
**4727** 11:16 12:2
  51:21 267:12

---

**5**

**5** 5:12 55:3 146:7
  155:25 175:18,19
**5:00** 66:19 67:5
  182:23 185:6
  259:4
**50** 62:13 264:25,25
  265:9
**500** 83:11 155:19
  157:24 273:13
**52** 5:11 265:5
**53** 270:4
**550** 273:15,17

---

**6**

**6** 5:16 155:24 156:3
  156:6 175:15
**6,000** 250:3,7,11
**6:00** 67:5
**61** 254:4
**616-4270** 3:20
**62** 187:8 191:11

---

**7**

**7** 5:17 175:19,22,22
  175:23 176:10,25
  177:8,9,17 180:10
  180:19 181:7,25

188:16
**7/22/09** 280:6
**7:00** 69:15
**70** 253:18
**70s** 135:21
**72,000** 250:25
  251:20
**74** 268:17
**75,000** 251:3
**76** 71:24 74:17
  269:21,23,24
**77** 74:18,22

---

**8**

**8** 5:3,18 183:10
  185:17 186:3
  203:22 217:20
**80s** 30:3 135:21
  239:16
**80-minute** 70:8
**81** 76:19,24,25
  228:14
**82** 155:6 267:24
  269:9,9
**82,825** 251:4
**82,825-foot** 251:14
**83** 74:20 75:2,3,4
  269:22,24,24
**85** 30:3
**862-4320** 3:9
**87** 30:2
**888** 3:17

---

**9**

**9** 5:22 110:8 243:8
  243:11
**9A** 182:2,3 188:16
  189:24 191:15
**9,000** 250:11
**9:33** 2:1 7:6
**90** 5:4
**90s** 215:21
**900** 3:7
**901** 2:8 4:6 7:9