# EXHIBIT 12

Report of Hector Pazos

Part 2





These photos show scrapes on the side about halfway between the light and loaded waterline and above the light waterline.

13



5



Photos showing scrapes on the side between light and loaded waterline.





Photos showing scrapes on the side.

19





Photos showing scrapes on the side.





Photos showing scrapes on the side.





Photos showing scrapes on the side.





The top photo is an overall view of the warehouse where the sections of the barge were stored.

The bottom photo and the photos shown on the next six pages show scrapes made by the re-bars of the broken concrete panels, on the bilge plate at the end of the barge, and the continuation of these scrapes on the bottom plate of the barge.





Scrapes made by the re-bars of the broken concrete
panels on the bilge plate at the end of the barge and
continuing on the bottom plate of the barge.





Scrapes made by the re-bars of the broken concrete
panels on the bilge plate at the end of the barge and
continuing on the bottom plate of the barge.





Scrapes made by the re-bars of the broken concrete panels on the bilge plate at the end of the barge and continuing on the bottom plate of the barge.





Scrapes made by the re-bars of the broken concrete panels on the bilge plate at the end of the barge and continuing on the bottom plate of the barge.





Scrapes made by the re-bars of the broken concrete panels on the bilge plate at the end of the barge and continuing on the bottom plate of the barge.





Scrapes made by the re-bars of the broken concrete panels on the bilge plate at the end of the barge and continuing on the bottom plate of the barge.





Scrapes on the bottom plate of the barge, which are a continuation of the scrapes created by the re-bars of the broken concrete panels, on the bilge plate at the end of the barge.





Scrapes on the bottom plate of the barge, which are a continuation of the scrapes created by the re-bars of the broken concrete panels, on the bilge plate at the end of the barge.





Scrapes on the bottom plate of the barge,
which are a continuation of the scrapes
created by the re-bars of the broken
concrete panels, on the bilge plate at the
end of the barge.





Scrapes on the bottom plate of the barge, which are a continuation of the scrapes created by the re-bars of the broken concrete panels, on the bilge plate at the end of the barge.

# *CURRICULUM VITAE*

## *HECTOR V. PAZOS, P.E.*

### *NAVAL ARCHITECT AND REGISTERED PROFESSIONAL ENGINEER*
### *OCEAN-OIL INTERNATIONAL CORP. – OCEAN OIL EXPERT WITNESS, INC.*

## *EDUCATION*:
- M.S. Naval Architect, Marine Engineer and Mechanical Engineer - National University of Buenos Aires, Argentina – 1959 (6 Year Curriculum – Dual M.S. Degree)
- B.S. Naval Architect – Technical School #3, Buenos Aires, Argentina – 1950 (6 Year Curriculum)

## *OTHER TRAINING AND COURSES*:
- Waterways and Dredging Operations – Department of Public Works, Buenos Aires – 1954-1958
- Otto Krause Academy – Course:  Diesel Engines – 1958
- Tulane University – Course:  Understanding Digital Computers – 1961
- Tulane University – Course:  Structural Steel Design – 1962
- The Pennsylvania State University – Seminar on Vibration and Vibration Damping – 1964
- Philadelphia Naval Shipyard – Course:  Dynamic Analysis Method of Shock Design – 1965
- The University of Michigan – Course:  Propulsion - Vessels Hydrodynamics – 1966
- The University of Michigan – Course:  High Speed propellers – 1967
- University of Santa Clara – Course:  Professional Mechanical Engineers Review – 1968
- School of Fluid Power – Course:  Basic Fluid Power – 1971
- University of New Orleans – Course:  Finance – 1977
- American Welding Society – Course:  Underwater welding of Offshore Platforms and Pipelines – 1980
- American Welding Society – Course:  Welding in Shipbuilding – 1981
- University of New Orleans – Course:  Fundamentals of Return-On-Investment – 1981
- Chicago College:  Seminar – Containers
- University of California – Seminar:  Japanese Shipbuilding Practices
- Mississippi College – Seminar:  Admiralty – 1985
- Marine Surveyors Guild – Course:  Accident Reconstruction:  11 Tapes – 1988
- U. S. Coast Guard Auxiliary – Several Courses – 1990 thru 1996
- Sea School – Course:  Captain's License – 1992
- U. S. Sailing – Seminar:  Safety at Sea – 1994
- St. Petersburg College – Course:  Engineering Ethics – 2002
- National Safety Council – OSHA – Course:  Creating a Safety Culture – 2004

## *CERTIFICATION AND LICENSURE*:
- Registered Professional Engineer – State of Louisiana – Board of Registration for Professional Engineers and Land Surveyors – Registration No. 12575 – 1971 (Current)

  - Naval and Mechanical Engineer Registration – Board of Professional Engineers, Buenos Aires, Argentina (Consejo Profesional de Ingenieria) – 1959 (Expired)
  - Certified Marine Surveyor – Horizon International Naval Surveying and Inspection Bureau – 1990 (Expired)
  - Certified Marine Surveyor – The National Association of Marine surveyors, Inc. – 1982 (Expired)

LOUISIANA OFFICE:  CELL (24 HOURS): (504) 367-4072    FLORIDA OFFICE:  Ph: (727) 347-2556-Fax: (727) 343-9717
3501 Holiday Drive, Suite #314, New Orleans, LA  70114    P. O. Box 47188, St. Petersburg, FL  33743-7188
Email: oceanoilpazos@bellsouth.net  www.siterrific.com/pazos    Email: Hectorpazos75597@aol.com

## _MEMBERSHIP IN PROFESSIONAL SOCIETIES_:

- Society of Naval Architects and Marine Engineers – 1957 (Current)

- American Boat and Yacht Council – 1980 (Current)

- American Society of Civil Engineers (Current)

- Louisiana Professional Engineering and Land Surveying: Lapels (Current)

- Louisiana Engineering Society (Current)
  - Western Dredging Society (Expired)
  - American Society of Safety Engineers (Expired)
  - Marine Safety Society (Expired)
  - The Mariners Club of the Port of New Orleans (Expired)
  - National Association of State Boating Law Administration (Expired)
  - National Association of Passenger Vessel Owners (Expired)
  - National Association of Marine Surveyor (Expired)
  - Boat Owners Association of the United States (Expired)
  - American Welding Society (Expired)
  - Horizon International Naval Surveying and Inspection Bureau (Expired)
  - Marine Technology Society (Expired)
  - American Society for Metals (Expired)

## _FORENSIC ENGINEERING COURSES PUBLISHED_:

Authored three forensic engineering courses that are being purchased by Professional Engineers to comply with the rules of Licensure Boards for Continuing Professional Development (CPD). Each course describes and analyzes a number of Forensic case histories in the marine field. The purpose of a forensic investigation is to determine the causes(s) of the accident or incident, based on engineering knowledge, review of witness statements, depositions and close examination of failed components.

Contents of Course #1:
- Marine Disaster: Thirteen (13) People Died When Passenger Tour Boat Sunk Due To Small Deficiencies
- Unusual Marine Accident: Push Boat Capsized and Sunk - Crew Dragged Under a Barge
- Slips and Falls in the Marine and Offshore Oil Fields (Several Cases)
- Maritime Disaster: Shift of Cargo Resulted in the Loss of Almost the Entire Crew
- Deficiencies Found in Many Marine Stairways and Ladders Resulting in Accidents
- Cruise Ship's Passenger Foot was Crushed by a Boarding Gangway
- Self-Actuated Transmission Killed Two People – The Need for Propeller Guards
- Unsecured Hatch Cover Resulted in Death
- Confined Space Accident
- Gasoline Explosion on a 32-Foot Aluminum Cruiser

LOUISIANA OFFICE: CELL (24 HOURS): (504) 367-4072     FLORIDA OFFICE: Ph: (727) 347-2556-Fax: (727) 343-9717
3501 Holiday Drive, Suite #314, New Orleans, LA 70114     P. O. Box 47188, St. Petersburg, FL 33743-7188
Email: oceanoilpazos@bellsouth.net   www.siterrific.com/pazos     Email: Hectorpazos75597@aol.com

2

HECTOR V. PAZOS, P.E. - CURRICULUM VITAE

<u>Contents of Course #2</u>:
- Recreational Boat Accidents
- Lifting Related Accidents
- Offshore Personnel Transfer
- High Performance Power Boat Design and Construction Deficiencies
- Offshore Drilling Rig Accidents
- Crew Boat Accidents:  Unseaworthiness
- Collision of a Boat with a Channel Marker – Determination of Who Was The Driver Thru Analysis of the Injuries
- Easy to Prevent Accidents on Passenger Vessels
- Predictable Offshore Accidents
- Personal Injuries Resulting From Attempting To Board A Crew Boat Thru The Bow and Notes About The International Safety Management Code (ISM)

<u>Contents of Course #3</u>:
- Dangerous Laundry Room On A Passenger Vessel.
- The Wake Created By A Vessel Can Result In Accidents.
- Low-Pressure Separator Explosion On An Oil Production Barge.
- Fall Arrest Gear Prevent Serious Injury To Electrician Falling From Scaffold Board.
- A floating Dredging Pipeline Can Become An Obstruction To The Navigation Resulting in Accidents.
- Explosion In The Mudroom Of A Jack-Up Drilling Rig.
- Pilothouse Accidents: An Inadequate Helmsman's Chair Failure, Resulted In Serious Injuries To The Captain - Improper Pilothouse Design Results In Accident.
- An Inexpensive Hook On A Hatch Of A Brand New Vessel Caused Very Serious Injuries To A Longshoreman.


***ARTICLES PUBLISHED IN MAGAZINES OF THE TRADE AND ON THE INTERNET***:


- Publication:    Was This A Permit Required Confined Space?  Confined Space
  Publisher:      Occupational Heath & Safety (Magazine)  -  Published:    In the February 2003 issue
- Publication:    Was This A Permit Required Confined Space?  Confined Space
  Publisher:      Marine News (Magazine) - Published:    In the December 2003 issue
- Publication:    Slip and Fall Accidents in the Marine Environment
  Publisher:      Marine News (Magazine)  -  Published:    In the February 2003 issue
- Publication:    Slip and Fall Accidents in the Marine Environment
  Publisher:      Maritime Reporter (Internet)  -  Published:    On the Internet – February 21, 2003
- Publication:    Increasing Importance of Preventive Maintenance in View of IMO'S ISM Code and ISO 9000
  Publisher:      Marine News (Magazine)  -  Published:    In the December 2002 issue


<u>LOUISIANA OFFICE</u>:  CELL (24 HOURS): (504) 367-4072
3501 Holiday Drive, Suite #314, New Orleans, LA  70114
Email: oceanoilpazos@bellsouth.net  www.siterrific.com/pazos

<u>FLORIDA OFFICE</u>:  Ph: (727) 347-2556-Fax: (727) 343-9717
P. O. Box 47188, St. Petersburg, FL  33743-7188
Email: Hectorpazos75597@aol.com

3

HECTOR V. PAZOS, P.E.- CURRICULUM VITAE

- **Publication:** Uncommon Marine Accidents:
  - 1). Unsecured Hatch Cover Resulted in Death;
  - 2). Passenger Boarding Ramp Crushed  Passenger's Foot; and
  - 3). Self-Actuated Transmission Killed Two People
  **Publisher:** Marine News (Magazine)  -  Published:    In the December 2002 issue
- **Publication:** Increasing Importance of Compliance/Preventive Maintenance in View of
  IMO's ISM Code and ISO 9000".
  **Publisher:** Reliabilityweb.com – in the issue entitled:  "Solution Oriented Asset Reliability 09.01.04
  Published:    On the Internet – September 1, 2004
- **Publication:** Implementation of a Computerized Compliance Management System
  **Publisher:** Marine News (Magazine)  -  Published:    In the September 2004 issue
- **Publication:** How Lack of Attention to Small Deficiencies Can Lead To A Major Disaster
  **Publisher:** X-Pro News -  Published:    In January 2007
- **Publication:** Slip and Fall Hazards in the Marine Environment
  **Publisher:** Occupational Health and Safety International (Internet)  -  Published:  January 24, 2007
- **Publication:** 1).  Deficiencies Found In Many Marine Stairways and Ladders Resulting In Accidents
  - 2).  Typical Case In Which Lack Of Attention To Small Deficiencies Resulted in A
    Major Disaster
  - 3).   Boating Accident:  Gasoline Explosion – 32 Foot Aluminum Cruiser
  **Publisher:** The TASA Group, Inc. (Internet) - 2008
- **Publication:** Unsecured Hatch Cover Resulted in Death
  **Publisher:** Experts.com (Internet) – Published March 2009
- **Publication:** Self-Actuated Transmission Killed Two People – The Need For Propeller Guards
  **Publisher:** Experts.com (Internet) – Published March 2009

## *TECHNICAL PRESENTATIONS MADE DURING PROFESSIONAL SYMPOSIUMS*:

- 7th Joint Engineering Societies Conference – January 23rd and 24th, 2003
  Title of Presentation:  Engineering Solutions To Maritime Disasters
- The Delta Safety Society – January 30, 2003
  Title of Presentation:  Maritime Salvage Operations
- American Society of Safety Engineers (A.S.S.E.)
  Title of Presentation:  Unusual Collisions and Salvage
- Subsea Search and Salvage Conference – May 1990
  Title of Presentation:        International Marine Salvage Operations;
                                        The Salvage of a Jack-up Rig Pool 55
- 11th International Marine Tug Convention – September 1990
  Title of Presentation:  Heavy Salvage Operations and The Use Of Tugboats
- Society of Naval Architects and Marine Engineers – Annual Meeting
  Title of Presentation:  Maritime Salvage Operations

__LOUISIANA OFFICE:__  CELL (24 HOURS): (504) 367-4072          __FLORIDA OFFICE:__  Ph: (727) 347-2556-Fax: (727) 343-9717
3501 Holiday Drive, Suite #314, New Orleans, LA  70114          P. O. Box 47188, St. Petersburg, FL  33743-7188
Email: oceanoilpazos@bellsouth.net   www.siterrific.com/pazos    Email: Hectorpazos75597@aol.com

4

## UNPUBLISHED ARTICLES AND BOOKS BEING DEVELOPED:

- Marine Disaster:  Thirteen (13) People Die When A Passenger Tour Boat Sunk Due To Small Deficiencies
- Unusual Marine Accident:  Push Boat Capsized and Sunk.  Crew was dragged under a barge (one crewmember died)
- Easy To Prevent Marine Accidents:  Two Samples
- Utilization of a Computerized Compliance Management System to Satisfy Regulatory and Safety Concerns
- Maritime Disaster:  Shift of Cargo Resulted in the Loss of Almost the Entire Crew
- Recreational Boat Accidents
- Lifting Related Accidents
- Offshore Personnel Transfer
- High Performance Power Boat Design and Construction Deficiencies
- Offshore Drilling Rig Accidents
- Crew Boat Accidents:  Unseaworthiness
- Collision Of A Boat With A Channel Marker – Determination Of Who Was The Driver Thru Analysis Of The Injuries
- Easy To Prevent Accidents On Passenger Vessels
- Predictable Offshore Accidents
- Personal Injuries Resulting From Attempting To Board A Crew Boat Thru The Bow and Notes About the International Safety Management Code (ISM)
- Dangerous Laundry Room On A Passenger Vessel.
- The Wake Created By A Vessel Can Result In Accidents.
- Low-Pressure Separator Explosion On An Oil Production Barge.
- Fall Arrest Gear Prevent Serious Injury To Electrician Falling From Scaffold Board.
- A floating Dredging Pipeline Can Become An Obstruction To The Navigation Resulting in Accidents.
- Explosion In The Mudroom Of A Jack-Up Drilling Rig.
- Pilothouse Accidents: An Inadequate Helmsman's Chair Failure, Resulted In Serious Injuries To The Captain - Improper Pilothouse Design Results In Accident.
- An Inexpensive Hook On A Hatch Of A Brand New Vessel Caused Very Serious Injuries To A Longshoreman.
- Book:  Naval Architecture for Non-Technical Professionals
- Book:  Treasure Salvage in Caribbean Waters

## ARTICLES PUBLISHED BY UNRELATED AUTHORS REGARDING HECTOR PAZOS' ACTIVITIES:

- Publisher:  City Business Magazine, New Orleans
  Title:  Salvage Business Picks Up – Published:  August 15, 1988
- Publisher:  Clarin Newspaper
  Title:  The Argentinian That Reopened The Suez Canal – Published:  December 2, 1975
- Publisher:  Work Boat Magazine
  Title:  Salvage:  Approximate Science – Published:  October 1989

LOUISIANA OFFICE:  CELL (24 HOURS): (504) 367-4072
3501 Holiday Drive, Suite #314, New Orleans, LA  70114
Email: oceanoilpazos@bellsouth.net  www.siterrific.com/pazos

FLORIDA OFFICE:  Ph: (727) 347-2556-Fax: (727) 343-9717
P. O. Box 47188, St. Petersburg, FL  33743-7188
Email: Hectorpazos75597@aol.com

- Publisher: The Times Picayune Newspaper
  Title: Wreck-By-Wreck Ocean-Oil Climbs The Ladder Of Success
- Publisher: Workboat Magazine
  Title: Naval Architect Invents Hingeable Stern Section


## *PROFESSIONAL ACTIVITIES*:

1951 – 1958: ENGINEER, DEPARTMENT PUBLIC WORKS OF ARGENTINA.  DREDGING
        OPERATIONS:  Inspection and repairs of dredges, management and improvement of canals,
        flood control systems and levees.
1959 – 1960: ASST. TO THE CHIEF ENGINEER, BUENOS AIRES NAVAL SHIPYARD, ARGENTINA
1960: DESIGNER, NATIONAL STEEL AND SHIPBUILDING COMPANY, SAN DIEGO, CALIFORNIA
1960 – 1965: ASST. SUPERVISOR OF THE SCIENTIFIC SECTION, AVONDALE SHIPYARDS, INC.
1966 – 1968: STAFF NAVAL ARCHTIECT – HYDRODYNAMICIST, F.M.C. CORP., CALIFORNIA
1968: DEPARTMENT SUPERVISOR – NAVAL ARCHITECTURE AND STRUCTURES, AVONDALE
        SHIPYARD
1969: VICE PRESIDENT AND CHIEF ENGINEER – PETRO-MARINE ENGINEERING, INC.
1960 – 1969: PART TIME CONSULTING SERVICES FOR MANY SHIPYARDS AND SHIP OWNERS


1970 to Present:  ***Ocean-Oil International Corp.*** and ***Ocean-Oil Expert Witness, Inc***. – Technical
Consultant and Expert Witness:  Provided engineering services to shipowners, shipyards, insurance groups,
government agencies and attorneys.  Also, Maritime Casualty Investigations and Accident Reconstruction
expertise.


## *Main Areas of Expertise are*:

| | | |
|---|---|---|
| Barges and Tugboats | Passenger Vessels | Pleasure Boat Mishaps |
| Cargo Vessels – Bulk Carriers | Cargo Gear / Rigging | Dynamic Instability |
| Containerships – Tankers | Collisions and Allisions | High Speed Boats |
| Offshore Oil Rigs & Platforms | Longshoreman Accidents | Jet Skis / Personal Watercraft |
| Pipelines – Jack-up Rigs | Dredging Incidents | Collision of Boats |
| Towing Mishaps | Anchoring and Mooring | Amphibious Crafts |
| Unseaworthiness | Personal Injury and/or Death | Slip, Trip and Fall |
| Crew Negligence | Product Liability | Marine Equipment Failure |
| Crane Accidents | Latent Defects | Diesel & Gasoline Engines |
| Product Liability | Personnel Basket Operation | Reduction Gear Defects |
| Dock & Wharf Accidents | Stairs and Ladders | Oil Rig Accidents |
| Accident Reconstruction | Wreck Removal | Marine Salvage |
| Structural Failure | Vibrations & Shock/Noise | Improper Cargo Distribution |
| Longitudinal Strength | Capsizing and/or Sinking | Fires and Explosions |

LOUISIANA OFFICE:  CELL (24 HOURS): (504) 367-4072   FLORIDA OFFICE:  Ph: (727) 347-2556-Fax: (727) 343-9717
3501 Holiday Drive, Suite #314, New Orleans, LA  70114     P. O. Box 47188, St. Petersburg, FL  33743-7188
Email: oceanoilpazos@bellsouth.net  www.siterrific.com/pazos   Email: Hectorpazos75597@aol.com

6

**SAMPLE OF PROJECTS**: Salvage engineer and consultant for the complete engineering for the clearance of the Suez Canal and the largest lift for salvage in the American Continent: a 5,100-ton drilling rig. Participated in over 200 major salvage operations.

Retained and testified as an Expert Witness in numerous large cases since the early nineteen seventies.

Amateur artist. Often supports his testimony by developing exhibits in the courtroom.

Boating enthusiast and sailor. Owned and operated several boats and participated in numerous sea trials of commercial and navy vessels.

Logged over 10,000 miles sailing in open waters.

**EXTENSIVE INTERNATIONAL EXPERIENCE**: Japan, Hong Kong, Singapore, Mexico, Honduras, Panama, Venezuela, Trinidad, Chile, Argentina, Brazil, Egypt, England, Puerto Rico, Dominican Republic, Antigua, St. Martin, Colombia, Peru, Uruguay, Canada, Anguilla, Australia, Belize and other countries.

**COURT LITIGATIONS AND ARBITRATIONS**:

Have been retained as an expert and testified in State and Federal courts since the early nineteen seventies in several hundred cases in various states and Singapore.

## PARTIAL LIST OF CASES IN WHICH HECTOR PAZOS HAS TESTIFED IN COURT OR BY DEPOSITION AND/OR WAS RETAINED AS AN EXPERT

- Joseph Renee Broussard vs. Hargett Mooring & Marine, Inc. Testified: 1/92 Attorney: Michael S. O'Brien

- The Estate of Charles Michael DeMoss vs. Union Oil Co. of California, et al- Testified: 2/92 Attorney: Rick Christovich

- Rita Swilley Seal vs. EDO Corp. Testified: March 1993 Attorney: Allen A. McElroy, Jr.

- Kilmon vs. Prout (Explosion on sailboat) Testified: July 1993 Attorney: Ronald L. Buschbom

- Accident of Reggie Acy McDermott - Testified: 12/14/94 Attorney: Donald F. de Boisblanc

- Califano vs. Sea-Land Services Testified: April 1995 & Feb. 1996 Attorney: James T. Catlow

- M/V Kavo Kaliakra – Collision w/ARTCO Fleet Testified: July & Nov. 1995 Attorney: Ashton O'Dwyer, Jr.

- Dean A. Strand vs. Global Divers & Contractors Testified: August 2, 1995 Attorney: James P. Lambert

- James Craig vs. Hornbeck Offshore Corporation Testified: Oct. & Nov. 1995 Attorney: Richard Mere

- S. Paul White vs. Mercury Marine Testified: May 16, 1996 Attorney: John W. McLuskey

- Gregory L. Barnes vs. Dual Drilling Testified: February 21, 1996 Attorney: Frank Spagnoletti

- M/V ESENTEPE II Attended court-settlement on March 29, 1996 Attorney: Ashton R. O'Dwyer, Jr.

- John Dale Marks vs. T. L. James & Co., Inc. Testified: May 31, 1996 Attorney: Lawrence N. Curtis

- Edwin Burley vs. Cal Dive Int'l Testified: July and Oct. 1996 Attorney: Jeffrey A. Mitchell

- Roxy Roberson vs. Norwegian Cruise Lines – Testified: January 22, 1997 Attorney: Surama Suarez

**LOUISIANA OFFICE**: CELL (24 HOURS): (504) 367-4072
3501 Holiday Drive, Suite #314, New Orleans, LA 70114
Email: oceanoilpazos@bellsouth.net   www.siterrific.com/pazos

**FLORIDA OFFICE**: Ph: (727) 347-2556-Fax: (727) 343-9717
P. O. Box 47188, St. Petersburg, FL 33743-7188
Email: Hectorpazos75597@aol.com

- M/V Salvador Allende
  Testified: February 3, 1997
  Attorney: Frank Spagnoletti

- Orese J. Fontenot Sr., vs.
  Cliffs Drilling Co., et al
  Testified: July 21, 1998
  Attorney: Lawrence N. Curtis

- Errol Kiger vs.
  Doucet & Adams, Inc.
  Testified: October 27, 1997
  Attorney: Estelle Mahoney

- Troy Salone vs. Pine Bluff
  Sand & Gravel Co.
  Testified: Aug. 1, 1997
  Attorney: Lawrence N. Curtis

- Clayton White vs. Delta Seaboard
  Well Service
  Testified: November 8, 1999
  Attorney: Kenneth DeJean
  U.S. District Court – Lafayette, LA
  Judge: John M. Shaw

- Drillship "SEACREST"
  Attended Arbitration on June 7,1999
  In Singapore
  Attorney: Harold Zahner

- Murphy Crochet, Jr., et al vs.
  Double Eagle Marine, Inc.
  Testified: October 19, 1999
  Attorney: Kenneth DeJean
  U.S.D.C. – Western District of LA –
  C.A. #99-0586

- Lincoln Lee Gibson vs.
  The Gray Ins. Co.
  Testified: December 21, 1999
  Attorney: Lawrence N.Curtis
  U.S.D.C. – Lafayette, LA
  Judge Doherty - C.A. # 97-0350

- Robin Lewis vs. Sea Ray
  Testified: March 9, 10 and 11, 2000
  Attorneys: Gilbert V. Andry, Samuel
  Harding, Rex A. Jemison
  U.S.D.C. – Clark County, Nevada
  Case: A345303 /A396497

- Isaac Louis vs. State of Louisiana
  Dept. of Transportation
  Testified: May 3, 2000
  Attorney: Donald F. de Boisblanc
  40th Judicial District Court –
  St. John The Baptist Parish – Edgard,
  La – Case: 40077
  Judge: J. S. Snowdy

- Jimmy Harper vs. Island Operators
  Testified: July 17, 2000
  Attorney: Thomas D. Curtis
  U.S.D.C. – Western District of LA
  Case: #699CV002787

- Derek Singleton-Stone vs.
  Amquip Corporation
  Testified: 8/29/00 & 9/27/00
  Attorney: Stanley B. Gruber
  U.S.D.C. – Eastern District of
  Pennsylvania – Case: 98-CV-469
  Judge: J. P. Padova

- Russell J. Eitenne vs. ENCSO Marine
  Testified: November 21, 2000
  Attorney: Lawrence N. Curtis
  U.S.D.C. Western Division – 16th
  Judicial District Court – Parish of
  Iberia – C.A. #98-0216

- Various parties vs. The U.S.A., et al
  Testified: May 25, 2001 – Attorneys:
  Charles Alagood, G. Ray Bratton,
  Winslow Drummon, R. Layne Holley,
  Kenneth Mascagni, Norwood Phillips

- Jane Richardson vs. Bombardier
  Testified: June 21, 2001
  Attorney: L. Edward McClellan, Jr.

- Jimmy Legrand vs. T.L. James & Co.
  Testified: August 29, 2001
  Attorney: Lawrence N. Curtis

- Karen Austin vs. Spirit Cruiser, Inc.
  Testified: August 31, 2001
  Attorney: Juliette Ferguson

- Vermon Moody vs. CNG Producing Co.
  Testified: Sept. 27, 2001
  Attorney: Lawrence N. Curtis

- Jeffrey J. Lott v. Greystar Corp., Inc.
  Testified: November 7, 2001
  Attorney: Charles R. Talley

- Percy Dean Billiot vs. Kim Susan,
  Inc. – Testified: November 30, 2001
  Attorney: Michelle O. Gallagher

- Brian Smith vs. Global Marine
  Drilling Co.
  Testified: February 26, 2002
  Attorney: Lawrence N. Curtis

- Owen Scott Anderson vs. Magnolia
  Marine Transport Co., et al
  Testified: January 28, 2003
  Attorney: Donald F. de Boisblanc
  Eastern District of Louisiana
  Case # 00-3746 "C" 4
  Expert for Plaintiff

- Larry J. Viator, Sr., vs. Dauterive
  Contractors, Inc. & Western
  Geophysical Co. of America, Inc.
  Testified: June 3, 2003
  Attorney: Samuel David Abraham
  24th Judicial District Court – Parish of
  Jefferson, LA – No. 524-324

- Kirby Inland Marine, L.P., as
  Owners of the M/V Thoroughbred
  Testified: July 24, 2003
  Attorneys: Edgar F. Barnett, Reich
  Chandler, Rex Townsley
  U.S.D.C. Southern District of Texas,
  Houston Division – C.A. #02-4266

- Nigeria National Pertroleum Corp., et al
  vs. S/V Seabulk Merlin
  Testified: March 2, 2005 (Defense)
  Attorney: Matthew Valcourt
  U.S.D.C., Miami, FL
  Case 2-61440 –CIV Martinez

- Randy Thompson vs. Rowan Companies
  Testified: April 3, 2007
  Attorney: George J. Nalley, Jr.

- Joel Schatzberg vs. Celebrity Cruises
  Testified: October 17, 2007
  Attorney: Joseph P. D'Ambrosio

---

**LOUISIANA OFFICE**: CELL (24 HOURS): (504) 367-4072
3501 Holiday Drive, Suite #314, New Orleans, LA 70114
Email: oceanoilpazos@bellsouth.net   www.siterrific.com/pazos

**FLORIDA OFFICE**: Ph: (727) 347-2556-Fax: (727) 343-9717
P. O. Box 47188, St. Petersburg, FL 33743-7188
Email: Hectorpazos75597@aol.com

8

- Timothy Corbin v. Subaqueous Services
  Testified:  September 24, 2008
  Attorney:  Marian Lee/Rod Sullivan

NOTE:  In recent years most of the cases in which I was retained as an expert, have been settled upon submittal of my report, such as the following cases:

- Gary Lisk
  Client:  Lisa Willits – State Farm Insurance
  Settled:  March 2004

- Ronnie Hale vs. Promar L.P. (Personal injury due to collapse of a pilot chair)
  Attorney:  R. Blake Brukenhoefer
  Settled:  June 2004 – Expert for Plaintiff
  U.S.D.C. – Texas – Corpus Christi – C-03-177

- Rebecca B. Simmons vs. N. R. Broussard Landing (Tugboat crewmember died due to improper maneuver)
  Attorney:  Aubrey Denton
  Settled:  September 2004 – Expert for Plaintiff

- Melbourne Limited vs. National Marine Corp. (Damages to a 48-foot Fountain Powerboat)
  Attorney:  Benjamin Dolan
  Settled:  October 2004 – Expert for Plaintiff

- Nathaniel L. Blue (Push boat – Personal Injury)
  Attorney:  Robert R. Faucheux
  Settled:  November 2004 – Expert for Plaintiff

- Danae Lamberth vs. Nicholas Bierbrodt (Personal injury caused by improper operation of a boat)
  Attorney:  Michael Nelson
  Settled:  December 2004 – Expert for Plaintiff

- Seltzer vs. Norwegian Cruise Lines (Trip and Fall)
  Attorney:  Ross Toyne
  Settled:  December 2004 – Expert for Plaintiff

- Colver vs. Jackson (Personal injury caused by wake of a vessel)
  Attorney:  Amy Pietrodangelo
  Settled:  January 2005 – Expert for 3rd Party Defendant

- William M. Smith vs. Nervest Operating, L.L.C.
  Attorney:  Lawrence N. Curtis
  Settled:  January 2005 – Expert for Plaintiff

- Doyle Hart vs. Forest Oil Corp. (Personal injury caused by an explosion)
  Attorney:  Donald de Boisblanc
  Settled:  April 2005 – Expert for Plaintiff

- Michael Lell vs. Union Oil of California (Alleged Personal Injury)
  Attorney:  Randall Theunissen
  Settled:  May 2005 – Expert for Defendant

- Terrin Jackson v. M/V Asian Olive
  Attorney:  Mr. Stanley Gruber
  Settled:  October 2005 – Expert for Plaintiff

- Andrew J. Wanto, Jr. (Slip and fall on barge)
  Attorney:  Stephen P. Moschetta
  Settled:  January 2006 – Expert for Plaintiff

- Deborah Jones v. Carnival Cruise Lines
  Attorney:  Ross B. Toyne
  Settled:  February 2006 – Expert for Plaintiff

- Rodney N. Ness, Jr. vs. The Offshore Drilling Co.
  Attorney:  Lawrence D. Wiedemann
  Settled:  August 10, 2006 – Expert for Plaintiff

- Charles Mynhier vs. Drummond Co., Inc.
  Attorney:  Donald de Boisblanc
  Settled:  November 15, 2006 – Expert for Plaintiff

- Robert Gehret vs. The United States of America
  Attorney:  Charles F. Herd, Jr.
  Settled:  January 4, 2007 – Expert for Plaintiff

- Lorin J. Lapp vs. ASAP Equipment Rental
  Attorney:  Amy L. Sergent
  Settled:  October 2004 – Expert for Plaintiff

- Jeffery Allen vs. Double Eagle Marine
  Attorney:  Daniel Rayburn – Lafayette, LA
  Expert for Defendant

---

LOUISIANA OFFICE:  CELL (24 HOURS): (504) 367-4072
3501 Holiday Drive, Suite #314, New Orleans, LA  70114
Email: oceanoilpazos@bellsouth.net   www.siterrific.com/pazos

FLORIDA OFFICE:  Ph: (727) 347-2556-Fax: (727) 343-9717
P. O. Box 47188, St. Petersburg, FL  33743-7188
Email: Hectorpazos75597@aol.com

9

HECTOR V. PAZOS, P.E.- CURRICULUM VITAE

- Torrey Michael Eubaire
  Attorney:  Fred E. Salley
  Expert for Defendant

- Roger Peralta vs. American Commercial Barge Lines
  Attorney:  Donald de Boisblanc

- Marjorie & Frank Marallo vs. Ocean Casino Cruises, Inc.,
  Attorney:  Alan Gross.  July 2008
  Expert for Plaintiff

- James P. Usher vs. ENSCO International
  Attorney:  Michael O'Brien – Expert for Plaintiff
  U.S.D.C. Eastern District of Texas

- Class Action Lawsuit against the U. S. Army Corps
  of Engineers – Levee Breaches – Hurricane Katrina
  Attorney:  Ashton O'Dwyer –
  2005 and 2006.  Expert for Plaintiffs


## _CURRENTLY ACTIVE CASES IN WHICH HECTOR PAZOS HAS BEEN RETAINED AS AN EXPERT_:

Job #1411:  Oil Platform:  Improper design of lighting system resulting in personal injury.
Job #1431:  Collapse of the columns of a bridge resulting in several injured workers.
Job #1437:  Passenger Vessel: Guest received injuries crossing a gangplank.
Job #1438:  Boat occupant fell overboard and was killed by the propeller.
Job #1445:  Defective trailer stands on barge caused injury to driver of tractor.
Job #1448:  High speed collision of two power boats during daylight.
Job #1449:  Casino Boat:  Personal injury due to uneven carpets.
Job #1450:  Class Action lawsuit against parties responsible for flood of the 9th Ward of
                   New Orleans during Hurricane Katrina.
Job #1452:  Dismasting of a 48-foot sailboat during bad weather.
Job #1453:  Improper selection of a cargo barge to transport heavy equipment.
Job #1455:  Oil Platform:  Alleged personal injury handling an earthquake clamp.
Job #1456:  Continuous failures of several diesel engines.
Job #1457:  King Media – Documentary of Worldwide Oil Activities.
Job #1458:  Personal injury resulting from improper scaffold design.
Job #1459:  Personal injury during descent of an improper installed gangway.
Job #1462:  Oil Platform:  Personal injury on the rig floor caused by an alleged emission of Hydrogen Sulfide.
Job #1464:  Collision of two power boats at night.


## _PATENTS_:

Was granted 4 patents in several countries:
- Invention:  Apparatus for and method of raising underwater propulsion elements above the floating
  waterline.
  Countries Awarded:  U.S.A., England, Canada – 1976 (Expired)
- Invention:  Rotating Stability Columns for MODUS.
  Countries:  USA – Japan (Expired)
- Invention:  Floating Resort Hotel
  Country:   USA (Expired)
- Invention:  Transporter for Lash Barges
  Country:   USA (Expired)

10

LOUISIANA OFFICE

3501 HOLIDAY DRIVE, SUITE #314
NEW ORLEANS, LA 70114

CELL (24 HOURS): (504) 367-4072
FAX: (504) 367-3790

Email: oceanoilpazos@bellsouth.net
www.siterrific.com/pazos

# OCEAN-OIL

## EXPERT WITNESS, INC.

NAVAL ARCHITECTS and MARINE ENGINEERS
MARINE CONSULTANTS

FLORIDA OFFICE

P. O. BOX 47188
ST. PETERSBURG, FL 33743-7188

566 VILLA GRANDE AVE. S.
ST. PETERSBURG, FL 33707
PH: (727) 347-2556
FAX: (727) 343-9717
CELL (24 HRS): (727) 415-7192
Email: Hectorpazos75597@aol.com

## SCHEDULE OF RATES

**I.    TIME CHARGES WITHIN METROPOLITAN ST. PETERSBURG, FLORIDA AND NEW ORLEANS, LOUISIANA AREAS PORTAL TO PORTAL**

| | |
|---|---|
| A.   Hector Pazos and/or outside consultants | $220.00 |
| B.   Associated Naval Architects and/or Associate Engineers | 140.00 |
| C.   Design Draftsmen | 80.00 |
| D.   Clerical (such as typing of reports) | 40.00 |

The above charges will apply when work can be performed at our convenience.  Whenever time must be set aside for a specific date, for inspections, depositions or court appearances, there will be a minimum charge for Mr. Pazos of $1,800 per day or part of the day, which is to be received in advance and is non-fundable.

We require a $3,000 retainer fee that will be applied to the last invoice issued.  Any unused portion of this retainer will be refunded.  We may request the client to sign our standard retainer agreement.  All outstanding invoices shall be paid before the trial date of a court case.

**II.   TIME CHARGES OUTSIDE METROPOLITAN ST. PETERSBURG, FLORIDA AND NEW ORLEANS, LOUISIANA AREAS PER DAY OR FRACTION THEREOF**

| | |
|---|---|
| A.   Hector Pazos and/or consultants for field work and/or testifying by deposition or in court and/or arbitrations. | $1,800.00 |
| B.   Naval Architects, Engineers, Salvage Assistants | 1,100.00 |
| C.   Other Personnel | 600.00 |

**III.  EXPENSES:**   The above rates do not include subsistence, travel, long distance telephone calls, reproductions, transportation, etc.  A handling charge of 15% will be applied for purchases required by client or required for the proper execution of the project, such as subsistence and travel.

**TERMS:**   Payments are due upon receipt of invoice.  A 1 ½% service charge per month will be applied to balances 30 days and over (but not in excess of the lawful maximum).  In addition, cost and reasonable attorney's fees may be charged if this invoice is placed in the hands of an attorney for collection.

Effective Date:  April 15, 2007