# EXHIBIT 12

Report of Hector Pazos

Part 3

LOUISIANA OFFICE

3501 HOLIDAY DRIVE, SUITE #314
NEW ORLEANS, LA 70114

CELL (24 HOURS): (504) 367-4072
FAX: (504) 367-3790

Email: Oceanoilpazos@cs.com
www.siterrific.com/pazos

**OCEAN-OIL**

**EXPERT WITNESS, INC.**

NAVAL ARCHITECTS and MARINE ENGINEERS
MARINE CONSULTANTS

FLORIDA OFFICE

P. O. BOX 47188
ST. PETERSBURG, FL  33743-7188

566 VILLA GRANDE AVE. S.
ST. PETERSBURG, FL  33707

PH: (727) 347-2556
FAX: (727) 343-9717
CELL (24 HRS): (727) 415-7192
Email: Hectorpazos75597@aol.com

## ADDITIONAL PHOTOGRAPHIC AND OTHER EVIDENCE SUPPORTING THE CONCLUSIONS AND OPINIONS PRESENTED IN THIS REPORT

Photos #1, #2, #3 - LNA 001155; LNA 001156 and LNA 001157:

These photos show that the failure of the sheet pile related to the Northernmost end of the North breach, was due to a dynamic (impact) concentrated force, that resulted in a separation crack of the sheet pile rather than a deformation of the interlock located a few inches North (or adjacent) to the separation cracks.

If the failure of the sheet pile would have been due to incremental hydrostatic pressure, it would be expected that the deformation at the interlock to be the source of separation.

Of course, the water stop and its supporting structure failed, but the floodwall panel immediately adjacent to the plane of failure appears totally undisturbed, which would not be possible if the failure was due to incremental hydrostatic pressure.

The failure of the sheet pile occurred at a location where a structural discontinuity appears to have existed, creating a stress concentration. The discontinuity (transition) is the result of a connection between longer piles (35 feet) with shorter piles (23 feet), as indicated on page 44 of Mr. Wooten's report and on page 27 of GEI Consultants, Inc.'s, report dated August 29, 2007, titled: "Sources of water in the St. Bernard and New Orleans East Basins during Hurricane Katrina" (Item 5.3.11.2). The sheet pile did not separate at the interlock. It did split at the connection with the 23-foot sheet pile (New Orleans Levee Systems – Hurricane Katrina, Chapter 4, page 4-3, Nov. 2, 2005, from University of California at Berkeley: www.nsquac.senate.gov).

Photo #4 – LNA 001151:

This photo shows the South end of the North breach. The first visible concrete panel, just above the water appears to show several cracks, both close to the top and in the area where the sheet pile becomes visible.

The next clearly visible panel tilted at angles approximately 15 to 45 degrees from vertical, shows a large crack about mid-length, starting at the top of the floodwall and apparently terminating at (what appears to be), a horizontal scrape that continues in the adjacent panels.

The very clear crack starting at the top is one more item that supports the theory of the barge hitting the floodwall, since concrete panels that were disturbed purely by hydrostatic pressure, such as the 17th Street Canal and other locations, did not end up cracking at the top.

The apparent horizontal scrape on the flat side of the floodwall can also be attributed to the barge moving south at 1 to 2 feet/second, while "pushing" the concrete panels.

Photo #5 – Photo of the Northernmost end of the South breach; obtained from http://www.nsf.gov.news.mmg/media/images/levee1_h1.jpg:

This photo shows:
- a). Almost the horizontal scrapes most probably made by the barge drifting South.
- b). Cracks and broken concrete, most probably due to impact from the barge.
- c). Concrete damage to the water stop supporting structure, indicating that the barge may have contacted the adjacent panel with substantial force, before proceeding scraping the floodwall.

Photo #6 – Photo identified as: "Scraped Concrete Panels":

This photo shows the removal of a 3" thick layer of concrete, exposing the horizontal and vertical re-bars of several concrete panels (See Section Q of this report).

Photos #7 and #8:

The photo at the top is a close up photo of a scraped concrete panel.

The photo at the bottom is a sample of scrapes on the side of the barge.

Photos #9 and #10:

Photo at the top shows that the sheet piles were vertical and remained vertical when the concrete panels collapsed due to barge impact.

Photo at the bottom shows a depression on the bottom of the barge at the end of the barge.

Evidence – LNA 001390:

Plot of elevation of the water at six locations during August 28, 29 and 30, 2005, indicating that there was a slight reduction on the elevation of the water on the IHNC at about 5:00 a.m. on August 29, 2005, when the North breach of the IHNC was initiated.

2

## SKETCHES

Sketch #1:   Showing the location of the initial contact of the barge across from Pump Station No. 5.

Sketch #2:   Pre-Katrina cross section of levee/floodwall and isometric view of North breach.

Sketch #3:   Cross section of the barge breaking the floodwall after creating gaps, and isometric view of the South breach.

Additional photographs of interest:  34 Photographs (17 pages)

Evidence # 1

LNA001390



Figure 51. Hydrograph for IHNC.

V-70

Volume V The Performance – Levees and Floodwalls
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



LNA001155



LNA001156



LNA001157

PHOTO 4

LNA001151



http://www.nsf.gov/news/mmg/media/images/levee1_h1.jpg       03/22/2008

PHOTO 5



SCRAPED CONCRETE PANELS.

PHOTO 6





PHOTOS 7 & 8





PHOTOS 9 AND 10



SKETCH #3



