# EXHIBIT 12

Report of Hector Pazos

Part 4

















p. 4













7









p. 9



















12. 14









LOUISIANA OFFICE

3501 HOLIDAY DRIVE, SUITE #314
NEW ORLEANS, LA 70114

CELL (24 HOURS): (504) 367-4072
FAX: (504) 367-3790

Email: Oceanoilpazos@cs.com
www.siterrific.com/pazos

# OCEAN-OIL

## EXPERT WITNESS, INC.

NAVAL ARCHITECTS and MARINE ENGINEERS
MARINE CONSULTANTS

FLORIDA OFFICE

P. O. BOX 47188
ST. PETERSBURG, FL 33743-7188

566 VILLA GRANDE AVE. S.
ST. PETERSBURG, FL 33707
PH: (727) 347-2556
FAX: (727) 343-9717
CELL (24 HRS): (727) 415-7192
Email: Hectorpazos75597@aol.com

## ESTIMATE OF THE FORCES ACTING ON THE FLOODWALL DUE TO THE BARGE CONTACTING THE FLOODWALL

Introduction:  The following analysis emphasizes the effect of the wind acting on the barge and reviews the effect of multidirectional waves in the IHNC, resulting in jawing and other motions of the barge.

Although water overflowing the floodwalls in the IHNC caused scour and some erosion of the levee in various locations and just south of the south breach, the fact that the floodwalls in the area of the scour remained upright is a good indication that the scour was not sufficient to weaken the levee/floodwall enough to approximate failure and/or to force the floodwall to lean inland by any significant amount.  This condition was observed by the author of this report, indicating that the levee/floodwall had sufficient strength to withstand the hydrostatic pressure in the proximity of the breaches in the locations not reached by the barge.

The unbreached portions of the I-wall system located immediately south of the breach were tilted lightly inward (landward).  The tilted I-walls reached their maximum inclination of approximately 3 degrees near the breach and gradually tapered to close to vertical at further distances.  Scour trenches at the toe of the floodwall (protected side) were found along the entire length of the intact I-wall sections.  The scour trenches were typically about 5 feet wide at the top and extended to depths of approximately 3 to 4 feet.  As with the south breach, the scour trenches were wide and u-shaped near the breached area and gradually became narrower, v-shaped and incised with distance from the breach.  Scour was also noted along the landside of the T-wall levee sections.

The above supports the contention that the geotechnical strength of the levee and the I floodwall was sufficient to withstand not only the hydrostatic pressure below the highest still water level (SWL), but also the wave-induced pressure created by the main wave direction (surge), as well as the wave-induced pressure by the multidirectional waves (short crested-irregular waves) repeatedly impacting the levee/floodwall, provided that no additional loads were imposed by the barge.

1.   DATA REGARDING THE BARGE

Barge ING 4727 was a hopper barge of double hull construction equipped with fiberglass lift-off covers.

On August 29, 2005, the barge was empty and the draft was approximately 2.5 feet (it is possible that the barge had some water in the double hull voids).

The dimensional characteristics of the barge were:

Length: 200 feet;        Depth: 12 feet;        Beam: 35 feet

The Volume of Displacement should be (assuming a block coefficient = 0.95):

V = 200' x 35' x 2.5' x 0.95
V = 16,625 c.f.

Assuming a freshwater density of 62.4 pounds per cubic feet, the approximate weight of the barge should be:

W – 16,625 x 62.4 = 1,037,400 pounds
W = 518.7 S.T.                                      (1 short ton = 2,000 pounds)

Also, the estimated weight of the barge can be obtained based on the average weight coefficient of similar size barges such as:

- Barge Circle Offshore 100: 180' x 70' x 11.5; WHT. = 458.8 S.T.
  Weight Coefficient: 458.83 ÷ 144,900 = 0.003166

- Barge Palemoon: 180' x 38' x 13'; WHT. = 500 S.T.
  Weight Coefficient: 500 ÷ 88,920 = 0.00562

- Barge YFNB: 260' x 48' x 9'; WHT. = 869 S.T.
  Weight Coefficient: 869 ÷ 112.320 = 0.0077368

Average weight coefficient: 0.01652 ÷ 3 = 0.0055076.

Hence, the estimated weight of ING 4727: 200 x 35 x 12 x 0.0055076 = 462.64 S.T.

Since the weight based on WHT. coefficients is close to the weight based on 2.5' draft, the 2.5' draft is acceptable for the purpose of these calculations.

The projected area of the coaming and the hatch covers, according to the sketch printed on page 85 of the first draft of the IPET report, was approximately 188' x 11'.
The projected lateral area (exposed to the wind) of the barge was approximately:

A  = 200' x (12' – 2.5') + 188' x 11' = 2009.5 + 2068 = 4,077.5 sf

The projected frontal area of the barge is approximately:

A  = 35' x (12' – 2.5') + 23' x 11' = 332.5 + 253 = 585.5 sf

2

2.    <u>WIND</u>

The pressure exerted on surfaces of the barge exposed to the wind is proportional to the square of the velocity of the wind.

The barge constitutes an obstacle placed in the path of the wind such that the moving air is stopped or deflected from its original path.  The kinetic energy of motion is transformed into the potential energy of pressure.  The intensity of the pressure depends on the velocity of the wind, the mass density of the air (rho) and the exposed area, shape and heading of the barge.

Although the determination of wind forces on a moving barge is a complex problem of aerodynamics and hydrodynamics, the usual practice is to convert the dynamic pressure arising from wind action to the equivalent static forces.  The dynamic pressure is a function of the mass density of air (rho) and the velocity of the wind (V).

The following calculations are a simplification of a rigorous analysis because they are based on the following assumptions:
a).     The wind velocity is assumed to be constant; no gusts of wind.
b).     The effect of the rain is disregarded.
c).     The drag coefficients used are hypothetical and were based on recommended values by authorities in this field, since wind tunnel testing with a model of the barge is the only way to obtain realistic drag coefficients.


3.    <u>MASS DENSITY OF AIR</u>

Density is mass per unit volume:  (rho) = m ÷ v

Dry air at 15° C and standard barometric pressure (760 mm of mercury), has a weight of:

W = 0.0765 lb/c.f., and a mass density (rho) = 0.00238 slugs/c.f.

References:
a).     Basic Naval Architecture, by K. C. Barnaby, Page 153.
b).     Hydrodynamics in ship design by H. E. Sounders, Vol. II, Page 277.

It should be noted that the IEPT Report indicates:

(rho) = 0.002 slugs/cu ft                    (1 slug = 14.6 kg (1 kg = 2.21 lb)

Slug is a unit of mass that when acted upon by a force of one pound, acquires an acceleration of one foot per second.  It has a value of about 32.174 pounds or 14.59 kilograms.

W = 0.002 x 14.6 kg/slug x 2.21 lb/kg = 0.0645 lb/cu ft

3

Hence, the value of (rho) used in the IPET calculations appears to be too low, while it should be have been higher than the standard air when considering the heavy rain that occurred while the barge was adrift.

4.   <u>INCREASE WIND VELOCITY WITH HEIGHT ABOVE WATER SURFACE</u>

The boundary layer formed by the wind blowing over the IHNG should be moderate because the fetch was very short in the West to East direction.

The fetch is the length of water over which the winds were blowing and for the West to East direction it was only the width of the IHNC, which is approximately 1100 feet.

Theoretically, the air velocity over smooth water is zero at the water surface due to the wind friction over the surface.

Experiments performed by the British Ship Research Association (BSRA) indicates that if wind velocities are measured about 70 feet above the water surface, the wind velocity at 5 feet height is approximately 64% of the maximum; at 10 feet is approximately 75% of the maximum; at 18 feet height is approximately 80%; and at 20 feet height is approximately 82% of the maximum wind velocity.

Ref.:  Principles of Naval Architecture by John P. Comstock, Page 317, Fig. 31.
       Also:  The Environment and Structural Design by J. Gaythwaite, Page 38.

It should be noted that the IPET calculations are based on a wind velocity of 100 mph at 30 feet above the level of the water:
100 mph = 146.7 ft/sec; and a "reference wind velocity" for the barge exposure of 19 feet above water of 82.6% of the maximum wind velocity:
Weff = 0.826 x W(30) = 121.17   Say 121.2 ft/sec
Hence, this value appears reasonable, although the documentation reviewed indicates that wind velocity was in excess of 100 MPH.

Since the wind velocity that existed locally at the times that the barge reached the floodwall is not known, for the purpose of these calculations an average wind velocity of 100mph = 146.7 ft/sec will be used.

Also, unsteady aerodynamic forces may arise when acting on the barge, because of nonuniform turbulent flow due to the shape of the barge, resulting in fluctuating loadings.

5.   <u>WIND DRAG FORCE FOR HEAD WINDS</u>

The wind drag force (R) on the barge depends on the wind speed and its relative direction.

$$R = \text{coefficient} \times \tfrac{1}{2} \, (\text{rho}) \, A \, V^2$$

For a head wind:  A = Transverse projected area in s.f.
                  V = wind velocity in fps

4

From experiments in an air tunnel, to arrive to the wind drag force for head winds, Admiral Taylor* derived a coefficient of 1.28 in conjunction with a frontal projected area having a beam equal to the vessel and a vessel height equal to B/2.

$$R = 1.28 \times \tfrac{1}{2} \text{ (rho) } A \, V^2$$

$$R = 1.28 \times \tfrac{1}{2} \times 0.00238 \times \tfrac{1}{2} B^2 \times V^2$$

$$R = 0.00152 \times \tfrac{1}{2} \, 35^2 \times 146.7^2 = 20,025.9 \text{ lbs} \qquad \text{For 100 MPH wind.}$$

*Ref:  Principles of Naval Architecture by J. P. Comstock, Page 315 and 316.

Another well-known researcher, G. Hughes* developed a similar approach for a headwind. The hull below the deck has a much lower specific resistance (drag) than the frontal area of the structures above the deck.  Hughes arrives to the following:

Transverse Projected Area = At = 0.3 A1 + A2
A1 = Projected frontal area of the hull
A2 = Projected frontal area of the structure above the hull

For ING 4727:  A1 = 332.5 s.f.
                        A2 = 243 s.f.

At = 0.3 x 332.5 + 253 = 99.75 + 253 = 352.75 s.f.

Then, using a (rho) = 0.00238 and with Vr in f/s, Hughes arrived to the following formula:

$$R = 0.0041 \text{ At } Vr^2 = 0.0041 \times 352.75 \times 146.7^2$$

$$R = 31,125.12 \text{ lbs}$$

*Ref:  Principles of Naval Architecture by J. P. Comstock, Page 315 and 316.

6.    WIND DRAG FORCE FOR SIDE WINDS

The behavior of the barge at rest against the floodwall regarding wind forces, is similar to the effect of winds on a building.

The standard procedure is to convert the dynamic pressure arising from wind action to the equivalent static forces.

From the book Structural Steel Design, Chapter 3, Wind Loads in buildings, page 51, 52, 54 – Published by Lehigh University:

Wind Dynamic Pressure:  $q = 0.5$  (rho) x $V^2$

The dynamic Pressure in psf and V in mph:  $q = 0.00256 \, V^2$

5

For 100 mph average wind:  $q = 0.00256 \times 10,000 = 25.6$ psf

The conversion of the Wind Dynamic Pressure into the equivalent static force (when the barge is not moving) involves the determination of the "air drag force", (Fd) or the reactive force exerted by the barge in opposing the direction motion of the wind.

To obtain the Fd in pounds a drag coefficient (Cd) also called "shape coefficient", which depends on the shape of the barge and the fiberglass lift-off covers must be determined.

The shape coefficient (Cd) of a rectangular obstruction to the wind, such as a building, with the wind direction perpendicular to the side, is about 0.9 (From ASCE = American Society of Civil Engineers).

The effects of the boundary layer, corners and wind fluctuation specifically for the barge, can be estimated only by conducting wind tunnel experiments.

Hence, we will use coefficients recommended by the ASCE Subcommittee 31, for both the windward (pressure side) and the leeward (suction side).

In summary, the force exerted in the windward side (Fdw) of the barge will be:
Fdw = Cdw q A

Where A is the projected lateral area in s.f. q is the dynamic pressure in psf, Cdw is the shape coefficient = 0.9 applicable to the windward side*.

Besides the wind pressure on the windward side, there is suction on the leeward side. The recommended shape coefficient for the leeward side is 0.6 (Cdl)*.

Also, general practice in ship design is to use an overall drag coefficient of 1.3.

Side wind (Lateral Force).

Therefore, if the barge is sideways to the prevailing winds and is restricted from moving respect to the ground, such as when contacted or was resting against the floodwall with the port or starboard side, the static force being applied to the barge by a 100 mph average wind (Fd) would be approximately:

Fd = Fdw + Fdl = Total force "pushing" the barge sideways.

Fdw = Cdw q A = Force created in the windward side.

Fdl = Cdl q A = Force created in the leeward side.

Fdw = 0.9 x 25.6 x 4,077.5 = 93,945.6 pounds

Fdl = 0.6 x 25.6 x 4,077.5 = 62,630.4 pounds

*Re.: Page 55 of Structural Steel Design, published by Lehigh University.  Also: Page 37 of The Marine Environment and Structural Design, by John Gaythwaite.

Total force exerted on the barge by 100 mph average wind uniformly applied to the side of the barge when it was not moving respected to the ground:

$$93,945 + 62,630 = 156,576 \text{ pounds} = Fd \text{ sideways.}$$

Equivalent to: $156,576 \div 200 = 782.88$ lbs. per foot of length of the barge.

7. <u>APPLICATION OF THE PREVIOUS CONCEPT TO HEAD WINDS</u>

Frontal Wind (Head Wind = Longitudinal Force)

If the barge is positioned in the direction of the prevailing winds and was restricted from moving respect to the ground, such as when contacted or was resting against the floodwall with the headlog or the transom, the static force being applied to the barge by a 100 mph average wind would be approximately:

$$Fd = Fd \text{ transom} + Fd \text{ headlog}$$

$$Fdt = 0.9 \times 25.6 \times 585.5 = 13,489.9$$

$$Fdh = 0.6 \times 25.6 \times 585.5 = \underline{8,993.3}$$

$$Fd = 22,483.2 \text{ pounds} = Fd \text{ Frontal}$$

Fd is the total force exerted on the barge by 100 mph average wind uniformly applied to the transom (or to the headlog) of the barge when the barge was not moving respect to the ground.

This value compares reasonably well with the value of 20,035.9 lbs obtained using the Admiral Taylor's approach and 31,125 lbs obtained using Hughes' approach (See Sec. 5).

For the purpose of this calculation, we will use an average value:

$$\text{Average } Fd = (22,483 + 20,036 + 31,125) \div 3 = 24,548 \text{ lbs}$$

8. <u>COMMENT REGARDING THE IPET CALCULATIONS IN RELATION TO THE WIND FORCE PERPENDICULAR TO THE SIDE OF THE BARGE</u>

It should be noted that, on page 5 of Appendix 17 of IPET, Vol. IV, IPET indicates (using V = 121.2 ft/sec.):

The wind drag force per unit of barge length is:

$$fd = (rho) \, Cd \, (23\text{-}d) \, W^2 eff \div 2 = 139.5 \text{ pounds/foot}$$

7

Correcting the above by using 100 mph wind = 146.7 f/s:

$$fd = 139.5 \times 146.7^2 \div 121.2^2 = 139.5 \times 21520.89 \div 14689.44$$
$$fd = 204.376 \text{ pounds/foot}$$

Correcting the above for draft = 2.5 ft

$$fd = 204.376 \times 20.5 \div 19 = 220.5 \text{ pounds/foot of the length of the barge.}$$

And applying this force per unit of barge length to the L = 200 ft:

$$F = 220.5 \times 200 = 44,102.1 \text{ lbs.} \quad \text{IPET results for 2.5' draft and 100 MPH wind.}$$

This value appears too low when compared with the result obtained using the procedures described in Section 6. above (Drag Coefficients recommenced by ASCE), which indicates that the barge resting along the floodwall while 100 mph wind is exerted perpendicular to the side, will result in a static force of:

$$F = 156,576 \text{ pounds, equivalent to: } 156,576 \div 200 = 782.8 \text{ lb/ft.}$$

It appears that IPET used a very low drag coefficient, as well as a low (rho) and disregarded the suction in the leeward side of the barge.

For comparison purposes, tests conducted by the U. S. Navy at the David Taylor Model Basin on a scale model of a EC – 2 Liberty Ship in a 100-knot wind at 90 degrees yaw, would result in a lateral force of 539,934 lbs.

Re.: Page 46 of The Marine Environmental and Structural Design, by John Gaythwaite.


9.    OTHER COMMENTS ABOUT THE IPET WIND PORTION OF THE ANALYSIS

The hydrostatic force applied to the levee/floodwall by the elevation of the water in the IHNC, is independent to the wind forces applied to the barge.

Hence, there is no reason to compare the force created by hydrostatic pressure to the force that the barge may have applied to the floodwall.

Nevertheless, for no obvious reason, the IPET report compares IPET's calculated wind drag force per unit barge length (139.5 pounds/feet) to the hydrostatic force per unit length of floodwall (at water level = floodwall height = 8 ft.), which IPET indicates it to be 1,999 pounds/foot, force per unit length.

It should be noted that at the estimated times that the barge was in contact with the floodwall, the level of the IHNC was not reaching the top of the floodwall.

The 1,999 pounds per foot of floodwall was arrived by applying the average hydrostatic pressure from the top to the base of the floodwall above the levee (h = 8 feet), to a 1-foot strip of floodwall, by water of 62.468 lb/cf density (rhow).

8

Hence:  Force per unit length = h x (rhow) x $\frac{h}{2}$

F = 8 x 62.468 x 4 = 1,999 pounds per foot of floodwall.

If the level of the water in the IHNC was 2 feet below the top of the floodwall:

F = 6 x 62.468 x 3 = 1,124 pounds per fort of floodwall

Also, the IPET report contains the following statement regarding the wind drag force per unit barge length:

> "However, this result is based on a uniform transfer of the wind load on the barge to the floodwall.  If this transfer is concentrated, the local wind related loads acting on the floodwall per unit length could be much greater than those calculated above."

However:  It is almost impossible to have a uniform transfer of the wind load on the barge to the floodwall.  For this to occur, the floodwall must be absolutely straight and the barge must be exactly parallel to the floodwall at the exact time of contact.  The most probable practical scenario is that the barge is at an angle respect to the floodwall, or the barge rests against the floodwall with the headlog or with the transom.  Nevertheless, the IPET report does not address the case of wind forces against the headlog or transom of the barge.


10.   BARGE TERMINAL VELOCITY DUE TO WIND

The terminal velocity of the barge due to wind (drift) can be estimated from the following relation between the velocity of drift (Vdrift) and the relative wind velocity (Wr):

Vdrift ÷ Wr = 0.035 – For drifting sideways.

Re.: Hydrodynamics in Ship Design, by H. Saunders, Vol. II, Page 287.

For Wr = Relative wind speed = 100 mph = 146.7 ft/s:
    Vdrift = 5.134 f/s

For Wr = 121.2 ft/s (which is the wind speed used by IPET);
    Vdrift = 4.242 f/s – For the barge loaded.

This value matches close to the terminal velocity used by IPET of 4.52 f/s for the barge fully loaded.

For the barge lightly loaded, IPET arrived to a barge terminal velocity:

Vdrift = 8.24 ft/sec ; which appears to be too high.

Hence, for the purpose of this calculation, we will use terminal velocity of 5.13 f/s.

9

IPET also concluded that because of distance of approximately 1,100 feet across the IHNC, the barge would certainly have achieved this terminal velocity. Shortly after becoming free from its moorings, nevertheless, when the barge reached the proximity of the floodwall, the waves run-up and wave reflections should have some effect in the terminal velocity, as well as in the heading of the barge.

The wind velocity in a localized area such as the portion of the IHNC changes as the eye of the hurricane moved towards the northeast. The hurricane winds swirl counterclockwise around the storm eye. The local winds are also modified by gusts and microbursts and the turbulence created by the local topography. In summary, the barge terminal velocity is not constant and is also affected by waves and wave reflection.

11.   **EFFECT OF WAVES**

**Waves run up**:

Waves run-up is the vertical height above the still water line (S.W.L.) to which solid water (not spray) will rise when an incident wave impinges upon the floodwall. The run-up is important because it would force the barge (if the barge is close to the floodwall) to heave and/or to pitch upwards if one end of the barge is in the proximity of the floodwall.

As a general rule of thumb, the ratio between R and Ho:

> R = elevation of the run-up above the S.W.L., and
> Ho = elevation of the crest of the incident wave above the trough, is the range
>      of 1.5 to 2.0.

In other words, the water run-up at the floodwall could be as much as twice the height of the incident wave.

Ref.: The Marine Environment and Structural Design by J. Gaythwaite, Page 158.

Also, wave crest elevations above the S.W.L. are usually between 55% to 75% of the wave height and the wave heights increase in the shoaling water, because the kinetic energy becomes concentrated into less and less water and the particles of fluid are forced to revolve more rapidly.

Ref. Principles of Naval Architecture, Vol. II, SNAME, P. 7 and 8.

Wave run-up on levees and revetments was reviewed on page 77 of the IPET report dated 01/10/06, but no information was included for floodwalls.

<u>Wave reflection and wave superposition</u>:

The reflection of wind waves from barriers such as the floodwall can produce waves of incredible steepness (steepness ratios as high as 1.2).

Ref.: Hydrodynamics in Ship Design by H. Saunders, V. III, Page 188

These composite waves, also called cross-waves can develop crests normal to the obstruction, at right angles to the oncoming crests.

Ref.: Hydrodynamic in Ship Design, Volume III, Page 189.

This superposition can result in gigantic waves that rise suddenly, in an area or region that was relatively smooth only a few seconds before.

Ref.: Hydrodynamic in Ship Design, Volume I, Page 165.

The above has been demonstrated in experimental testing tanks by numerous researches and by observations on sea walls and it was found that a crest angle of 90 degrees can occur, as compared with minimum of 120 degrees for the progressive irrotational stokes wave described on page 157 of Volume I of Hydrodynamics in Ship Design.

In summary, it is quite possible that barge ING 4727 was forced to heave, coming down on the upper portions of concrete panels that have been tiled, creating the very notable depression found in the bilge plate of the transom and knocking down the concrete panel that the barge contacted.

12. **IMPACT FORCES**

Impact occurs when two bodies collide:

The impact caused by the barge striking the floodwall is based upon certain assumptions as to the angles of approach to the floodwall at two locations and many other factors.

Regarding the north breach, there are a number of factors that have a large influence on the trajectory of the barge, after the instant of the initial contact, such as:
- Changes in the wind direction and intensity, such as gusts and squalls.
- Angular heading of the barge respect to the floodwall at the instant of initial contact.
- Heading of the barge respect to the wind direction at the time of contacting the floodwall.
- Magnitude of the wave run-up and the waves acting on the barge and the reflective waves immediately after impact.
- Effect or current.
- The speed of the barge must be converted into the component normal to the floodwall and tangential to the floodwall, and the normal component is the speed to be used to calculate the force of impact.

11

Kinetic energy is the energy an object possesses due to its motion.

The Kinetic Energy of the barge at impact is:  $E = \frac{1}{2} MV^2$

E = Energy in foot-tons

M = Mass of the barge = Weigh $\div$ g        (need to include the virtual mass)

g = Acceleration of gravity = 32.2 f/sec$^2$

If the floodwall would not have failed, ½ of the Kinetic Energy would have been absorbed by the floodwall (and ½ would have been absorbed by the barge), bringing the barge to rest against the floodwall.  But, since the floodwall failed partially at the north breach and completely at the South breach location, the energy absorbed by the barge was low, and consequently the deformations found on the steel hull of the barge are moderate.

Volume = V = 200' x 35' x 2.5' x 0.95' = 16,625 c.f.

Weight = W = 16,625 x 62.4 = 1,037,400 lb. = 518.7 s.t.

Mass = M = 1,037,400 $\div$ (14.6 x 2.21) = 32,151.49 slugs

Assuming an added mass coefficient of 0.2, the total mass:  $m_T$ = 38,581.79 slugs.

If the force during the impact is Fi, and the floodwall would have deformed an amount d = 12", the Work (WK) done by Fi moving along a distance d through which the force acts would be:

Wk = Fi x d.

Work is done when a force acts on an object through a distance.

Work is also a measure of what effect the force has on changing the object.

If the floodwall would not have failed completely, but due to the impact the concrete panel would have been deflected or displaced 12 inches, the <u>Work</u> done by the floodwall is:

½ Fi x d – Therefore:  ½ E = ½ F x d, which is the <u>Work</u> done by the floodwall absorbing the energy.

$E = \frac{1}{2} MV^2 = \frac{1}{2} W V^2 \div g$

If we assume:  Vdrift = 5.134 f/s        (from Section 10 of this report) and the velocity vector was perpendicular to the floodwall, the kinetic energy just before impact would have been:

E = 38,581.79 x 5.134$^2$ $\div$ 2 = 508,468.56 ft-pounds

12

And ½ would have been absorbed by the floodwall and ½ by the barge:

$$E \div 2 = F \times d \div 2 = 254,234.28 \text{ ft-pounds}$$

Hence, if the floodwall is deflected inland only 12" without complete failure and the barge stopped moving against the floodwall, the force applied by the barge to the floodwall would have been:

$$F_i = 508,468.56 \text{ lbs} = 254.2 \text{ S.T.}$$

In the case of the North breach, where Mr. Villavasso saw the floodwall panels "tumble like a domino", assuming the action of the barge caused the floodwall panel to move 10 feet inland, the force applied by the barge would have been:

$$F = 50,847 \text{ lbs.} = 25.4 \text{ S.T.}$$

But the collision was at an angle and the barge continued moving south. Therefore, the velocity vector should have been divided in two components: normal and tangential.

In summary, the impact force applied by the barge at the location of the north breach is estimated to be about 50,000 lbs. depending on the angle of impact.

When the kinetic energy build up in the barge exceeds the energy-absorbing capacity of the floodwall/levee and the velocity vector is perpendicular to the seawall, the floodwall will become apart and will fail to stop the motion of the barge, which will float on top of the leaning or knockdown damaged concrete panels, bending the re-bars exposed during the leaning and rupture of the floodwall panels.

As the concrete panels of the floodwall start leaning, a "hinge" is formed in the area where the sheet pile is embedded in the concrete, exposing the rebars in the concrete that is cracking.

The above scenario took place in the southern breach of the east bank of the IHNC.

To compute exactly the force that was transferred from the barge to the floodwall, it would be necessary to analyze the permanent deformations of the hull of the barge, since the deformations (or translation) of the damaged portions of the floodwall are affected by another force source: the Hydrostatic Pressure. Hence, we cannot arrive to the force of impact by considering the damages to the floodwall, because these damages are also dependent on the hydrostatic pressure.

13.   <u>SUMMARY OF ASSUMPTIONS AND RESULTS</u>

<u>SUMMARY OF ASSUMPTIONS</u>:

- Barge draft: 2.5 feet.
- Wind Velocity: 100 MPH = 146.7 Ft./sec.
- Gust of wind: Not Investigated.

- Wind Direction: Varied with time, but predominant from West to East.
- Current: Predominant from North to South.
- Waves: Predominant in the direction of the canal alignment (North to South), but, the presence of multidirectional (short crested) waves, wave run-up and wave reflection and superposition due to the presence of the floodwall is considered.
- Water elevation (S.W.L.) on the IHNC: Varied with time:
  Approximately 3 to 4 feet below the top of the floodwall in the early morning of August 29, 2005, when Mr. Villavasso observed the concrete panels being impacted by the barge, to approximately 2 feet below the top of the floodwall when several witnesses heard and observed the barge striking the floodwall.
- Rain effect: Disregarded.
- Air Density: Used dry air @ 15 degrees C and standard barometric pressure.
- Motions: Pitch, heave, surge and sway: Considered.


## SUMMARY OF RESULTS

1.  Wind draft force due to head winds = force transmitted to the floodwall when the barge is resting against the floodwall with the headlog or transom:

    Static Force: $Fdf = 24,548$ lbs.

2.  Wind drag force due to side winds = force transmitted to the floodwall when the barge is resting against the floodwall sideways:

    Static Force: $Fds = 156,576$ lbs.

3.  Terminal velocity of barge drifting sideways under 100 MPH: 5.134 f/s.

4.  Impact force applied to the floodwall when the barge moving at 5.134 f/s perpendicular to the floodwall, and is forced to stop by the floodwall deflecting inland only 12":

    Dynamic Force: $Fi = 508,468.56$ lbs. = 254.2 S.T.

5.  If the top of a concrete panel under the circumstances described above is deflected 10 feet inland, the force applied to the floodwall would be: 50,847 lbs. = 25.4 S.T.

6.  The proven resisting capacity of the floodwall for hydrostatic pressure with the S.W.L. up to the level of the top of the floodwall was:

    $F = 1,999$ lbs. per foot of floodwall.

    Resisting capacity per concrete panel = 1,999 x 20 = 39,980 lbs.

7.  Resisting capacity of the floodwall for hydrostatic pressure 2 feet below the top of the floodwall = 1,124 lbs. per foot of floodwall. Resisting capacity per concrete panel = 22,480 lbs.

8.  Possibility of wave run-up, wave reflection and wave superposition: Very strong.

14

14. **COMMENTS REGARDING THE IPET REPORT DATED 01/10/06**

1). The IPET report (page 81) examines wind forces exerted on the barge and the associated velocity, momentum and energy of the barge as it traverses a path across or diagonally along the canal to the location of levee failure.

   The author of this report assumes that the IPET report refers to the south breach as the "location of levee failure, and also the use of the word "diagonally" indicates that the IPET report's theory is that the barge traveled from the Lafarge facility to the South breach, without visiting the north breach first.

   The IPET report totally neglects the intervention of the barge in the Northern breach of the IHNC, across from pump station No. 5, disregarding testimony of witnesses.

2). The IPET report (page 89) compares the calculated wind force exerted on the barge (Moment due to wind = 837 foot-pounds per foot), to the hydrostatic moment of 5,331 foot-pounds per foot, without emphasizing that these two moments (can also be called overturning moments), are independent to each other and are additive.

   In other words, the moment due to hydrostatic pressure (5,331 foot-pounds) is an independent addition to the overturning moment created by the barge, that the floodwall/levee must resist to avoid failure.

3). The IPET report (page 96) states:

   "Although it has been demonstrated that the barge terminal momentum and energy would have been considerable and thus possible contributors to the levee failure at the Lower Ninth Ward, this is not evidence that the barge did contribute to the failure."

   The IPET report ignores (or was not aware) the testimony of witnesses and ignores the effect of the remains of the floodwall (bent rebars) at the south end of the south breach, and ignores wave run-up, reflection and superposition.

   There is some evidence of substantial impact on the barge at the time of the failure of the floodwall, although the velocity of the barge was substantially less than the terminal velocity calculated by IPET, while the drag forces created by the wind on the barge were substantially larger than the forces calculated by IPET.

4). The wind drag force per unit of barge length indicated on page 5 of Appendix 17 of the IPET report (139.5 pounds/foot equivalent to 220.5 pounds/foot for 100 MPH) is substantially lower than 782.8 pounds/foot arrived using standard engineering procedures.