# EXHIBIT 14

Deposition of Melvin Spinks (2008)

1

1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3

4

5

6

7  IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
    CONSOLIDATED LITIGATION

8                         NO. 05-4182

                          "K" (2)

9

  PERTAINS TO:  BARGE           JUDGE DUVAL

10

                       MAG. WILKINSON

11

12

  BOUTTE V. LAFARGE     05-5531

13  MUMFORD V. INGRAM     05-5724

    LAGARDE V. LARFARGE   06-5342

14  PERRY V. INGRAM       06-6299

    BENOIT V. LAFARGE     06-7516

15  PARFAIT FAMILY V. USA  07-3500

    LAFARGE V. USA        07-5178

16

17

18

19

20

21

      VIDEOTAPED DEPOSITION OF

22        MELVIN GERALD SPINKS,

  12702 Secret Forest Court, Cypress, Texas

23  77429, taken in the offices of Chaffe, McCall,

  2500 Energy Centre, 1100 Poydras Street, New

24  Orleans, Louisiana 70163, on Thursday, September

  25, 2008.

25

**2**

APPEARANCES:

WIEDEMANN & WIEDEMANN
(BY: LAWRENCE WIEDEMANN, ESQ.)
821 Baronne Street
New Orleans, Louisiana 70113
        ATTORNEYS FOR PLAINTIFFS

CHAFFE, MCCALL LLP
(BY: DEREK WALKER, ESQ.
        JOSEPH N. SUHAYDA, ESQ.)
2300 Energy Centre
New Orleans, Louisiana
        ATTORNEYS FOR LAFARGE NORTH AMERICA

GOODWIN PROCTER  LLP
(BY: MARK S. RAFFMAN, ESQ.
901 New York Avenue NW
Washington, D.C. 20001
        ATTORNEYS FOR LAFARGE NORTH AMERICA

SUTTERFIELD & WEBB
(BY: DANIEL A. WEBB, ESQ.)
650 Poydras Street
Suite 2715
New Orleans, Louisiana 70130
        ATTORNEYS FOR NY MAGIC

BURGLASS & TANKERSLEY
(BY: BEN RODGERS, ESQ.)
5213 Airline Drive
Metairie, Louisiana 70001
        ATTORNEYS FOR JEFFERSON PARISH

MCCRANIE, SISTRUNK
(BY: DARCY E. DECKER, ESQ.)
Suite 800
3445 North Causeway Blvd.
Metairie, Louisiana 70002
        ATTORNEYS FOR ORLEANS LEVEE DISTRICT

**3**

APPEARANCES CONTINUED:

DUPLASS, ZWAIN, BOURGEOIS, PFISTER &
WEINSTOCK
(BY: RYAN MALONE, ESQ.)
3838 North Causeway Blvd.
Suite 2900
Metairie, Louisiana 70002
        ATTORNEYS FOR EJLD AND LBLD

APPEARING ALSO PRESENT:

CHRISTOVICH & KEARNEY
(BY: CHRISTOPHER ALFIERI, ESQ.)
2300 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130

JOHN SHELANKO
PETER L. KEELEY

VIDEO BY:  GILLY DELOURMAY
        DEPO-VUE

REPORTED BY:  ROGER D. JOHNS, RMR, CRR, CSR
        Certified Court Reporter,
        State of Louisiana

**4**

S T I P U L A T I O N

    It is stipulated and agreed by and between counsel for the parties hereto
that the deposition of the aforementioned witness is hereby being taken under the Federal Rules of Civil Procedure, for all purposes, in accordance with law;
    That the formality of reading and signing is specifically not waived;
    That the formalities of certification and filing are specifically waived;
    That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

* * * *

    ROGER D. JOHNS, RDR, CRR Certified Court Reporter, for the State of Louisiana, officiated in administering the oath to the witness.

**5**

I N D E X

                                            PAGE
Exhibit 1.................................. 20
Exhibit 2.................................. 22
Exhibit Number 3......................... 135
Exhibit 4................................. 148
Exhibit 5................................. 229
Exhibit 6................................. 231


EXAMINATION BY MR. RAFFMAN:................ 8
EXAMINATION BY MR. WIEDEMANN:............. 236
EXAMINATION BY MR. RAFFMAN:............... 241

**6**

1    MELVIN GERALD SPINKS,
2  12702 Secret Forest Court, Cypress, Texas
3  77429, after having been duly sworn by the
4  before-mentioned court reporter, did testify
5  as follows:
6    MR. WIEDEMANN:
7      Let the record reflect that Mr.
8  Spinks' deposition is being taken in
9  connection with the class
10  certification aspect of the case, and
11  he is one of the five witnesses
12  designated by the PSLC in accordance
13  with the Court's instructions and
14  limitations.  And he reserves the
15  right to supplement and amend his
16  report to be submitted at the
17  liability phase of the case, and we
18  reserve all rights in that regard.
19  And we will require Mr. Spinks to read
20  and sign the deposition.
21    MR. RAFFMAN:
22      Thank you, Mr. Wiedemann.
23      Before we begin, something you
24  said causes me to want to clarify.
25  You mentioned five witnesses for the

**7**

1  purpose of class certification.  Are
2  you referring to five expert
3  witnesses?
4    MR. WIEDEMANN:
5      Yes.  Yes.
6    MR. RAFFMAN:
7      If I understood correctly, the
8  Plaintiffs have withdrawn Dr. Weisler,
9  the psychiatry expert.  Am I right?
10    MR. WIEDEMANN:
11      I was referring to the Court's
12  restriction originally, which was five
13  witnesses.
14    MR. RAFFMAN:
15      Okay.
16    MR. WIEDEMANN:
17      He's one of the five.
18    MR. RAFFMAN:
19      Right.
20    MR. WIEDEMANN:
21      And that's irrelevant for his
22  deposition.
23    MR. RAFFMAN:
24      But I did want to make sure I
25  understood, because if Dr. Weisler had

**8**

1  not been withdrawn, then I need to
2  notice his deposition.  You have
3  withdrawn Dr. Weisler?
4    MR. WIEDEMANN:
5      That's my understanding.
6    MR. RAFFMAN:
7      Okay.
8    MR. WIEDEMANN:
9      Yes.
10    MR. RAFFMAN:
11      Thank you.
12    MR. WIEDEMANN:
13      Very well.  Then let's proceed.
14      Counsel have agreed that when the
15  videographer arrives, we may adjourn
16  the deposition briefly to allow the
17  videographer to set up.
18  EXAMINATION BY MR. RAFFMAN:
19    Q.  So, Mr. Spinks, we will do that when
20  the videographer arrives.  That should be
21  shortly.
22    MR. WIEDEMANN:
23      Yes, we made that -- we were here
24  for the deposition start at 10:30.
25  It's now ten minutes to 11:00.  In the

**9**

1  interest of Mr. Spinks' time, we agree
2  that will take place.
3    MR. RAFFMAN:
4      And we thank you for your
5  courtesy.
6  EXAMINATION BY MR. RAFFMAN:
7    Q.  Mr. Spinks, have you ever given a
8  deposition before?
9    A.  Yes, sir.
10    Q.  On how many occasions?
11    A.  It's probably a guess, but maybe
12  five or six depositions.  I can look back on
13  my resume.
14    Q.  When was the last time you gave a
15  deposition?
16    A.  Probably close to Thanksgiving of
17  '06.
18    Q.  All your other depositions were in a
19  capacity as an expert witness?  Am I right?
20    A.  Yes.
21    Q.  Let me go through some of the rules
22  of the road.  If it's old hat to you, at least
23  we'll try to get through it quickly.  But you
24  understand that you are under oath as if
25  you're testifying in a court of law?

10

1    A.   Yes.
2    Q.   And the Court Reporter will take
3 down the words as you speak them and take down
4 my questions as I speak them.  So you
5 understand you need to speak audibly so the
6 Court Reporter can hear you.
7    A.   Yes.
8    Q.   You understand that you and I both
9 need to try not to interrupt each other or
10 talk over each other, but, rather, speak one
11 at a time so the Court Reporter can do his
12 job?
13    A.   Yes.
14    Q.   For my benefit and for the benefit
15 of the Court Reporter and for the other folks
16 who are in the room, will you try to keep your
17 voice up so you can be heard?
18    A.   Yes.
19    Q.   If you don't understand a question
20 that I have asked, will you ask me to clarify
21 the question?
22    A.   Yes.
23    Q.   If you remember something during the
24 course of the day that you want to add to an
25 answer you already gave, will you interrupt to

11

1 add that to your answer?
2    A.   Yes.
3    Q.   Have you taken any medications,
4 alcohol, or drugs or anything else that would
5 interfere with your ability to testify
6 truthfully, accurately, and to the best of
7 your ability today?
8    A.   No.
9    Q.   What is your work address?
10    A.   12 -- I'm sorry.  11821 Telge, T E L
11 G E, Road, Cypress, Texas 77429.
12    Q.   By whom are you employed?
13    A.   CivilTech Engineering, Inc.
14    Q.   Are you an owner or a part owner of
15 that company?
16    A.   I am the owner.
17    Q.   Are there any other owners?
18    A.   No.
19    Q.   How many persons are employed by
20 CivilTech Engineering, Inc.?
21    A.   Approximately 32.
22    Q.   What did you do to prepare for the
23 deposition today?
24    A.   I basically reviewed the report that
25 was published that's sitting in front of me.

12

1    Q.   Did you review anything apart from
2 your -- Well, let me go back.  The report that
3 you have described is the report that you
4 submitted for the Plaintiffs in this case in
5 June of 2008?
6    A.   Correct.
7    Q.   Apart from reading your report, did
8 you review any other documents to prepare for
9 your deposition today?
10    A.   Just the items that, again, are in
11 my report and some of the -- probably some of
12 the -- just other items around my report.  But
13 no.
14    Q.   When you say the other items around
15 your report, are you referring to the
16 exhibits?
17    A.   Some of the exhibits, yes, some of
18 the IPET's reports that we've had.  There are
19 some notes that I have made myself.
20    Q.   The notes that you made, did they
21 refresh your recollection for the purposes of
22 testimony?
23    A.   I guess, yes.
24    Q.   May we see those notes, please?
25    A.   (Witness hands document to

13

1 Counsel.)
2         MR. RAFFIN:
3              I am going to ask to be permitted
4         to make a copy of these notes so we
5         can examine the witness about them
6         later in the deposition if we decide
7         it's appropriate.
8 EXAMINATION BY MR. RAFFIN:
9    Q.   Apart from the report itself
10 together with any exhibits and attachments,
11 and IPET reports and the notes you made, did
12 you review any other documents to prepare for
13 your deposition?
14    A.   No.
15    Q.   Have you met with anybody to prepare
16 for your deposition?
17    A.   I met with Mr. Wiedemann yesterday.
18    Q.   For how long?
19    A.   Probably about two to three hours.
20    Q.   Was anyone else present?
21    A.   We had a phone conversation with
22 Scott.
23    Q.   Was that Scott Leviant?
24    A.   Yes.
25    Q.   What did you discuss in preparing

14

1  for the deposition?
2      A.  Mr. Wiedemann and I basically went
3  over just the report, some of the information
4  within the report.
5      Q.  When were you first retained to
6  assist the Plaintiffs in this matter?
7      A.  I want to say somewhere around
8  February of '08.  January or February of '08.
9      Q.  By whom were you retained?
10     A.  By Mr. Larry Wiedemann.
11     Q.  Who made the first call or contact?
12     A.  Mr. Wiedemann I believe called us,
13  our office, at the request of another expert.
14     Q.  Who was that other expert?
15     A.  Ray Helmer.
16     Q.  Did you speak with Mr. Helmer before
17  you received a call from Mr. Wiedemann?
18     A.  Yes.
19     Q.  What did you and Mr. Helmer speak
20  about?
21     A.  He had -- I can't recall the
22  specific discussion that we had, but generally
23  there's a flooding of Katrina and that there
24  was a case involving the flood event; and
25  whether I would be interested, our firm would

15

1  be interested in looking at some of the
2  flooding issues related to Katrina.
3      Q.  What did you tell Mr. Helmer when he
4  called?
5      A.  That I would be willing to listen.
6      Q.  Had you worked with Mr. Helmer on
7  other matters in the past?
8      A.  Yes, we're colleagues.
9      Q.  And has Mr. Helmer referred you work
10  in the past?
11     A.  Probably so.
12     Q.  What did you and Mr. Wiedemann talk
13  about when he first called?
14     A.  I really don't remember.  I'm sure
15  just something about this case and the
16  flooding and whether our capabilities related
17  to looking at flooding related to this Katrina
18  case.
19     Q.  At some point were you given an
20  assignment by the Plaintiffs in this case?
21     A.  Yes, they came to my office to meet
22  with me to discuss more the specifics of the
23  case.
24     Q.  When did they come to your office?
25     A.  I don't know the exact date, but

16

1  it's probably in February.
2      Q.  Who was present?
3      A.  Mr. Wiedemann, I believe Brian
4  Gilbert, and Larry Wilson.  Ray Helmer.  I
5  believe that's it.
6      Q.  What did you talk about in that
7  first meeting?
8      A.  I don't know the specifics, but I'm
9  sure generally what the case was about, the
10  flooding of the Ninth Ward and St. Bernard
11  Parish, our capabilities related to looking at
12  this type of a case, our expertise.
13     Q.  During this first meeting did you
14  get an assignment from this team of lawyers?
15     A.  Yes.
16     Q.  What was that assignment?
17     A.  They would be interested in
18  retaining our firm to do the hydrologic and
19  hydraulic analysis of this -- of the flood
20  event within the Ninth Ward and St. Bernard
21  Parish.
22     Q.  What is hydrologic and hydraulic
23  analysis?
24     A.  Simulating the actual rainfall and
25  the flood waters within the area to study the

17

1  flood elevations that resulted from this
2  particular flood event, this hurricane.
3      Q.  Did you get any assignments at that
4  time related to the issue of class
5  certification?
6      A.  I believe we did talk about what
7  areas had flooded, at that time to believe to
8  have flooded due to the breaches along the
9  IHNC, and that they were pursuing a class of
10  that area.
11     Q.  When the lawyers met with you in
12  your office, what was the area that they told
13  you they believed had flooded due to the IHNC
14  breaches?
15     A.  They indicated, based on their
16  research, that in some of the testimonies,
17  depositions that they have taken, that they
18  believed that the area west of Paris Road was
19  close to what had flooded from the breach of
20  the IHNC.
21     Q.  Did they ask you to do research
22  directed at establishing that conclusion?
23     A.  No.
24     Q.  What did they ask you to do?
25     A.  They asked how would that be

18

1  studied, how could an engineer determine the
2  areas that would have been flooded due to
3  these breaches.
4      Q.   What did you tell them in response
5  to that question, if anything?
6      A.   I said we would need to do a very
7  comprehensive study in order to look at the
8  whole system, the entire St. Bernard Parish,
9  and that it would require some fairly
10  sophisticated hydrologic and hydraulic
11  modeling in order to determine the
12  contribution of waters and the timing of those
13  waters.
14      Q.   During this initial discussion you
15  had with the lawyers, did you have a
16  particular model or models in mind?
17      A.   No, not at that time.
18      Q.   What models had you worked with in
19  the past to carry out sophisticated hydrologic
20  and hydraulic modeling?
21      A.   We have worked with over the years a
22  series of different models for interior type
23  flooding, primarily using the Corps of
24  Engineers; they had a package at one time that
25  they supported on the interior flood

19

1  analysis.  We have used their HEC-1, their
2  HEC-2.  We have used HMS.  HEC-HMS.  HEC-RAS.
3      Q.   Are there any other models that you
4  had worked with in the past to carry out
5  sophisticated hydrologic and hydraulic
6  modeling apart from those Army Corps' HEC
7  models you have just mentioned?
8      A.   We have used XP SWIM.  We have used
9  UNET, U N E T.  There's probably some others
10  that my staff is very -- has been involved
11  with.  We looked into what particular tool we
12  believed would provide the best results and
13  did some detailed research into the various
14  models on the marketplace and determined Sobek
15  had the engine and the capability to really
16  look at this area.
17      Q.   Well, my question, Mr. Spinks, was
18  what models you had worked with in the past
19  before you undertook this assignment.  So to
20  be clear, you had not worked with the Sobek
21  model in the past before you took this
22  assignment; correct?
23      A.   No.
24      Q.   Let me ask it again, because it's a
25  bad question.  Had you ever worked with the

20

1  Sobek model before this assignment?
2      A.   No.
3      Q.   Let's mark this as Exhibit 1.
4          Mr. Spinks, the Court Reporter has
5  handed your Counsel, your Counsel will now
6  hand you, what has been marked as Spinks
7  Exhibit 1.  Can you identify Spinks Exhibit 1
8  as the notes that you reviewed to prepare for
9  this deposition?
10      A.   Yes, part of the information that I
11  have looked at in preparation for this
12  deposition.
13      Q.   This is one of the things you looked
14  at; correct?
15      A.   Correct.  Including my report.
16      Q.   Right.  These are notes that you
17  prepared; correct?
18      A.   My staff prepared.
19      Q.   What did you and your staff do to
20  carry out your assignment to look at the
21  hydrologic and hydraulic issues pertinent to
22  this case?
23      A.   We performed a comprehensive study.
24      Q.   What tasks were involved in
25  performing that comprehensive study?

21

1      A.   There was a multitude of tasks that
2  involved development of a study like this.
3  Typically first and foremost, you have to go
4  through the research of available information
5  that's out there related to the flooding.
6  Then you have to go through data collection to
7  see what data may be available or what data
8  you have to obtain.  Third, you have to define
9  what type of analysis will be performed.  Then
10  you would perform the analysis.  Then you
11  would report your conclusions, your findings.
12      Q.   Have you now fully described the
13  tasks that go into the carrying out of a
14  comprehensive study?
15      A.   The process, yes.
16      Q.   All right.  What available
17  information did you research, the first step
18  as you describe it?
19      A.   It's documented within our report as
20  referenced.  I would be remiss if I were to
21  try to tell you every piece of item of
22  information we went through, because there's
23  an extensive amount of material that's
24  available on Katrina.  But as it's referenced,
25  I mean, some of the primary pieces of

22

1  information included an IPET, Interagency
2  Performance Evaluation Task Force, report,
3  Team Louisiana's report and documents, and
4  ILIT study report.  But again, there's a lot
5  of references to various pieces of material.
6      Q.  If I want to know what information
7  you researched to conduct your comprehensive
8  study, I can look in your report and the
9  references and find a complete list; correct?
10      A.  You can look in the references and
11  there's also a section within the report that
12  we have identified where we obtained data
13  from.
14      Q.  All right.  Exhibit 2.
15          The Court Reporter has handed you
16  what has been marked as Exhibit 2 to your
17  deposition.  Do you recognize it as the body
18  of your expert opinion report in this case?
19      A.  It appears to be, yes.
20      Q.  Can you tell me where in this report
21  you have the section that identifies where you
22  obtained the data from?
23      A.  Yes.  If you go to page 9, under
24  "Previous investigative studies", you'll see
25  three reports referenced there.  That includes

23

1  all their volumes.  There's also a study
2  referenced as the Polder Flood Simulations
3  Study for Greater New Orleans.  That's
4  referenced in that section.  You go to page
5  12, under "Data collection", you will see a
6  whole list of information data that we
7  collected for the study.
8          If you also go to the references
9  on page 30, you'll see various things that we
10  looked at and are referenced within our
11  report.  I'm sure there's other items of
12  information that we have reference to, maybe
13  modeling information, model documentation.
14  Just when you run a model, you have model
15  information.  Not specific to Katrina, but to
16  the model.
17      Q.  Of all the things that you have just
18  listed, every one of them was referenced in
19  your report except the last.  Am I right?
20      A.  I believe it's all referenced in
21  there.
22      Q.  All right.
23      A.  Even the model.
24      Q.  The last item, the model
25  information, what model information did you

24

1  use or rely on?
2      A.  As described in my report, Sobek.
3      Q.  Describe the process by which you
4  came to choose the Sobek model as the one to
5  run for this project.
6      A.  We did quite a bit of different
7  research into various one- and two-dimensional
8  models.  We looked at the Corps HMS and
9  HEC-RAS model as an option.  Very similar to
10  IPET's information.  We looked at a program
11  called MIKE FLOOD, M I K E.  We looked at
12  Sobek.  Our interest was because of the
13  university study that was using Sobek, and we
14  were actually using Sobek not as our firm, but
15  within an agency that we worked with called
16  the Harris County Flood Control District, on
17  some weir overflows.  Some two-dimensional
18  modeling.  And we went through the
19  capabilities of each of the models, the
20  engines that drive them, and what would be the
21  most efficient way of looking at the breaches,
22  the overtopping, the interior flooding and the
23  timing.  We felt that Sobek was probably one
24  of the best models in order to look at that.
25      Q.  When you say "efficient", what did

25

1  you mean by that?
2      A.  Any time you run models, there's a
3  -- there's a process by which you have to
4  look at the hydrology and the hydraulics of a
5  system.  And if you are looking at, let's say,
6  the Corps HMS and HEC-RAS model, you have to
7  separate the two components, the hydrology and
8  the hydraulics, and go through a trial and
9  error process to look at the overall event and
10  how particular items such as the --  the
11  overtopping or the weirs are working.  Sobek
12  has an engine that includes both of those
13  processes within it.  HEC-RAS, their own state
14  study models is pretty good right now.  But we
15  felt the engine within Sobek was a lot more
16  capable.
17      Q.  Did the fact that the Dutch team
18  under Kok had performed a study using Sobek
19  influence your decision to use that model?
20      A.  I don't know if it influenced us.
21  Certainly we wanted to look at what some of
22  the best technology was that's out there.  We
23  saw IPET's work as well.  I think we were very
24  interested in its capability.  It's a very
25  expensive program.  It has a lot of

26

1  capability.
2      Q.  What is the difference between
3  hydrology and hydraulics?
4      A.  Hydrology is basically the study of
5  water, of rainfall, determining how much
6  rainfall, precipitation and the flow onto the
7  land that comes to the land, to a river system
8  from a watershed.  Hydraulics is the study of,
9  once the water is on the land, where it goes,
10  how high it may get, the extent of flooding.
11      Q.  When you said Sobek included both
12  processes, are those the two processes you
13  were referring to?
14      A.  Yes.
15      Q.  Is it your testimony that the other
16  models you studied do not include both
17  processes?
18      A.  Not necessarily.
19      Q.  Some of the models you studied might
20  include both processes?
21      A.  Not as an overall package unit, but
22  yes, I mean, they have capability, yes, as
23  well.
24      Q.  You said the second step in your
25  process was to obtain data.  Am I right?

27

1      A.  Correct.
2      Q.  Does your report describe the
3  process you used to obtain the data that you
4  relied upon in the report?
5      A.  We talk about data collection, yes.
6      Q.  A third step in your process is to
7  define the analyses as you've testified
8  earlier.  Describe what you mean by defining
9  the analysis.
10      A.  Basically the model that we'll be
11  using, the selection of the model, the
12  parameters that the model include in it, which
13  is documented within our report.
14      Q.  So the purpose of defining the
15  analysis is to select how you are going to go
16  about analyzing the hydraulic -- hydrology and
17  hydraulic processes you have described?
18      A.  Yes, it's what the simulation will
19  include, what type of analysis will be we
20  looking at.
21      Q.  And the fourth task is actually to
22  go ahead and perform the analysis?
23      A.  That's correct.
24      Q.  That involves running the model?
25      A.  Populating the model, getting all

28

1  the information that we have been able to
2  gather into the model, going through a
3  verification of the model and a validation of
4  it.
5      Q.  Describe for me at a general level
6  how a model works.
7      A.  A model, it's a mathematical program
8  that you're going to look at a real world
9  condition with, and its job and your job is to
10  define parameters that are required within the
11  model as best as you can physically describe
12  them and see if a model is capable of
13  predicting the conditions that existed.  It's
14  where you can go through a verification.
15      Q.  Would you agree with me that you
16  don't want to verify a model by reference to
17  the same data that you used to input into the
18  model in the first place?
19      A.  I'm not sure if I understand your
20  question there.
21      Q.  If you want to verify a model, what
22  do you do to verify a model?
23      A.  Well, a model is going to produce
24  some sort of results.  As an example, maybe it
25  produces a high water -- a level of water

29

1  elevation at a certain time.  You know, what
2  you want to do is to go to -- maybe there's a
3  photographic time stamped photograph of what
4  the water level is somewhere at that time and
5  to be able to see if it represented or
6  produced that particular water level at that
7  time.  That's the validation.
8      Q.  And if that photograph was used as
9  an input to begin the process, what's your
10  view about whether that verification is valid
11  or not?
12      A.  I don't believe it would be as an
13  input to the model.
14      Q.  What you're saying is that the
15  verification ought to proceed based on data
16  points that are independent of the data that
17  you plug into the model itself.  Right?
18      A.  Yes, certainly they're different.  I
19  mean, model information that you put into it
20  is actual physical information.  It's measured
21  information, whether -- in this case it's
22  maybe a surge hydrograph on the exterior,
23  maybe rainfall that you put into it.  You may
24  put topography, the ground's topography within
25  the model.  Various -- the breach, how the

30

1  breach -- or the dimensions of the breach.
2  And so that particular high water mark would
3  be an input to the model. It's a result
4  compared to those numbers.
5      Q.   Right.  And so by the same token, if
6  you select a time for a breach based on a
7  witness's testimony about water appearing in a
8  certain place, you wouldn't validate or verify
9  the model based on the results produced by the
10 model showing that there's water at that place
11 at that time; right?
12     A.   You would take in quite a bit of
13 information; that yes, that's one of the
14 things that you verify the model's capability
15 with.
16     Q.   Let me ask you what -- as you put
17 data into the model, is all the input data
18 something that's objective and measurable?
19     A.   Most of it is measurable.
20     Q.   Are there any inputs that you
21 thought were not objective and measurable?
22     A.   In any type of modeling there's some
23 subjectivity to various parameters that you
24 put into the model.  Clearly as you just
25 mentioned, maybe breach timing, being you're

31

1  trying to validate when some of the breaches
2  may have occurred.  There's various pieces of
3  evidence that suggest these times and then you
4  would run the model in order to see if the
5  model would predict those times.
6      Q.   What are the inputs that you needed
7  to use to run the model?
8      A.   As described in our report, there's
9  a section in there that the model references,
10 you know, you -- the model's going to have
11 rainfall.  I can go through kind of a general,
12 but section 2.3 in the report, on page 13, the
13 model inputs there describe what we used to
14 input into this model.  A simulation period
15 represents the time of the storm.  Elevation
16 data represents the topography.  Rainfall
17 represents the rainfall during the storm.  The
18 breach information represents the levee
19 profiles.
20         You can see in the table there the
21 breach width, the type of wall, the elevation
22 before, after the breach, the time start.  You
23 have surge hydrographs, exterior.
24     Q.   I'll finish this line and then we'll
25 set up.

32

1          Are there other inputs to the
2  model that are not listed in section 2.3 of
3  your report?
4      A.   No, I think everything's in there.
5      Q.   Does the model have fields that you
6  did not populate?
7      A.   I'm not sure if I understand that
8  question.
9      Q.   In any model, it'll give you a set
10 of fields, right, things that you can input
11 data?  Do you understand what I am saying when
12 I use the world "field"?
13     A.   Actual data pieces into the model?
14     Q.   Yes.
15     A.   Is that what you're referring to?
16     Q.   Yes.
17     A.   Okay.
18     Q.   Places where you can plug data in to
19 use in the model.
20     A.   Okay.
21     Q.   Were there any data fields in Sobek
22 into which you did not put data?
23     A.   Not to my knowledge, no.
24     Q.   Does Sobek have a field for wind?
25     A.   No.

33

1      Q.   Does Sobek have a field for
2  drainage?
3      A.   Not that I am aware, that particular
4  field name, no.
5      Q.   Does Sobek have a field for
6  back-flow from pump stations?
7      A.   I don't know.  I know it has a
8  pumping capability.  I don't know the details
9  of its pumping capability, because pumps were
10 not run in our simulation.
11     Q.   Does Sobek have a field for sewers,
12 ditches, and small waterways?
13     A.   I am going to say yes on the point
14 of it has topography.  It runs a -- a grid
15 system topography for the entire area, which
16 includes all the physical features out there.
17     Q.   The Sobek grid system is on what
18 resolution?
19     A.   I think we sampled when we -- I want
20 to say 50 meters.  I probably need to look at
21 that.
22     Q.   Does the topography you used include
23 the capacity of the sewers, ditches, and small
24 waterways?
25     A.   The surface features it would

34

1    include.  The storm sewers, no.  As best
2    defined by a grid.
3        Q.   Have you done any analysis since
4    preparing this report that affect the
5    conclusions in the report?
6        A.   No.
7        Q.   Have you reviewed the deposition
8    that was given two weeks ago by Gennaro
9    Marino?
10       A.   Have I reviewed -- Could you repeat
11   that?
12       Q.   Yes.  Have you reviewed the
13   transcript of the deposition given two weeks
14   ago by Gennaro Marino, who is another expert
15   retained by the Plaintiffs?
16       A.   No.
17       Q.   In connection with your work on this
18   project, did you visit the area that was
19   flooded?
20       A.   Yes.
21       Q.   When did you do that?
22       A.   Probably a few times between the
23   months of March and currently.
24       Q.   Why did you do that?
25       A.   To look at the area, to look at the

35

1    -- Of course, after Katrina the interest in
2    what happened here, but specifically to look
3    at the lay of the land, what drainage systems
4    were out there, where some of the -- some of
5    our high water marks were taken at, where some
6    of the -- the depositions of where
7    eyewitnesses lived in relationship to where
8    the breaches occurred and look at the extent
9    of the area, the whole entire area where the
10   water flooded.
11       Q.   Did you see any surface features
12   during this visit that are not reflected in
13   the topography that you put into the model?
14       A.   Generally not.  We're looking at the
15   railroad in a little bit more detail.  I have
16   asked my staff to look at a little bit more on
17   the railroad site.  We don't believe -- It's
18   in our model.  We want to make sure it's
19   maintained its elevation throughout in our
20   model.
21       MR. RAFFIN:
22           Let's go off the record.
23           (Whereupon a discussion was held
24   off the record.)
25       {VIDEOTAPED PORTION COMMENCES}

36

VIDEO OPERATOR:
        Returning to the record, it's
    11:50 for the deposition of Melvin
    Spinks.
EXAMINATION BY MR. RAFFMAN:
    Q.   Mr. Spinks, we're back on the
record.  We have set up the videography and
again appreciate the courtesy of yourself and
your Counsel in allowing us to do that partly
into the deposition.
        Before the break, you had
described the tasks that you performed as
researching available information; then
second, obtaining data; third, defining your
analysis; fourth, performing your analysis;
and finally, fifth, reporting your conclusions
and findings.  Is that a reasonably accurate
reflection of the process that you went
through to produce the conclusions in your
report?
    A.   Yes, that's a general process, yes.
    Q.   And the last step in the process,
reporting the conclusions and findings, are
those conclusions and findings reported in the
expert report that we have marked as Exhibit 2

37

to your deposition, including the appendices
and the exhibits?
    A.   I believe so, yes.  This represents
our report.
    Q.   What opinions have you reached in
this case?
    A.   There's a statement of conclusions
within our report that references the specific
conclusions that we have come to at this point
in time, those being two major floodwall
breaches failures identified as the north and
the south breaches occurred to the hurricane
protection system along the IHNC, causing
catastrophic flooding of homes and businesses
in the Lower Ninth Ward and St. Bernard Parish
during Hurricane Katrina.  Second, the IHNC
north breach occurred at or before 4:00 A.M.
and the IHNC south breach occurred at or
before 5:30 on Monday, August 29, 2005, prior
to storm surge overtopping the IHNC floodwall
crest.  There is a series of conclusions that
we have listed in here, but, in a nutshell,
the analysis and our findings concluded that
the breaches that occurred along the IHNC
flooded the area basically east close to Paris

38

1   Road before 8:20 A.M. and the waters that then
2   eventually started to merge around 8:20, 8:30
3   with the waters from MRGO that came over the
4   40 Arpent Levee, that ultimately built up to
5   the water elevation of flooding that reached
6   about 11.1 feet in elevation throughout the
7   whole St. Bernard Parish.
8       Q.   What are the bases for your
9   conclusion that the IHNC breaches flooded the
10  area east close to Paris Road before 8:20
11  A.M.?
12      A.   The basis is the analysis that we
13  conducted, the information that we reviewed in
14  stop clock information, high water mark
15  information, eyewitness accounts, other
16  studies that were conducted.
17      Q.   Are all of those bases included in
18  your report?
19      A.   Yes.
20      Q.   Are there any bases for your
21  conclusion that are not included in your
22  report?
23      A.   Not to my knowledge, no.
24      Q.   Your conclusion that the IHNC
25  breaches flooded the area east to Paris Road

39

1   or close to Paris Road before 8:20 depends on
2   the conclusion that the breaches occurred at
3   the times reflected in your report; right?
4       A.   Generally speaking, yes.
5       Q.   If the breaches happened later than
6   you've concluded, then the IHNC breaches would
7   not have reached all the way to Paris Road at
8   8:20.  Am I right?
9       A.   That couldn't be answered unless
10  that's analyzed.
11      Q.   You don't have an opinion one way or
12  the other as to whether, if the breaches
13  happened at 7:30, the result would be less
14  flooding from the IHNC, resulting in no
15  flooding at Paris Road by 8:20 A.M.?
16      A.   That's a hypothetical that you're
17  asking me, and we would need to run that
18  analysis to see exactly where that flood level
19  would be.
20      Q.   So the answer is, as you sit here
21  today you don't have an opinion one way or the
22  other on that subject.  Am I right?
23      A.   Not -- We have not performed that
24  analysis because that's not what the data
25  indicated.

40

1       Q.   And even sitting on horseback with a
2   7:30 breach at the north breach and the south
3   breach, you don't want to comment about
4   whether the water through those breaches would
5   or would not reach Paris Road by 8:20 A.M.?
6           MR. WIEDEMANN:
7              I object to the form of the
8           question.  That's a hypothet.  He's
9           already answered that he would have to
10          run the study on it.
11          THE WITNESS:
12             I think I answered that you would
13          need to do the analysis.
14  EXAMINATION BY MR. RAFFMAN:
15      Q.   Have any of your conclusions in this
16  case been subject to peer review?
17      A.   Not outside peer review from the
18  firm, no.
19      Q.   Your conclusion that the water from
20  the IHNC reached the area near Paris Road at
21  8:20 A.M. is based on the inputs that you put
22  into the Sobek model; right?
23      A.   Yes, clearly.
24      Q.   And so if any of those inputs were
25  shown or found to be incorrect, that would

41

1   affect the results of your model; right?
2       A.   I am not sure.  That would have to
3   be -- We have run some sensitivity analysis on
4   breach times, and there's very little effect
5   on some of the breach time results on the
6   extent of flooding.
7       Q.   Describe the sensitivity analysis
8   you have run at this time.
9       A.   When you look at a model and to
10  validate it, to verify it, there are some
11  times that you would run to see what
12  particular time produced some of the high
13  water marks within the area.  And I believe we
14  ran some earlier times and some later times,
15  but I couldn't tell you exactly what that is
16  right now.  It was part of the verification
17  process.
18      Q.   Did you run any of your models with
19  a 4:30 A.M. north breach time and a 7:30 A.M.
20  south breach time?
21      A.   I don't believe so.
22      Q.   So you don't know whether running
23  the model with those times would change the
24  results one way or the other?
25      A.   It would need to be run to look at

42

1  the results.
2       Q.   Let me turn you back to Exhibit 2 to
3  your deposition.  You did sign a copy of this
4  expert report; right?
5       A.   Correct.
6       Q.   Your signature doesn't appear on
7  Exhibit 2, but it does appear on the cover
8  sheet to the binder that's in front of you;
9  right?
10      A.   Correct.
11      Q.   Did you write the expert report?
12      A.   Yes.
13      Q.   Did anybody draft any portions of
14 it?
15      A.   My staff worked on portions of it.
16      Q.   You reviewed and edited all of it?
17      A.   Yes.
18      Q.   Did you do the first draft of any
19 portions?
20      A.   Probably so, yes.
21      Q.   In any event, the report represents
22 your words?
23      A.   Correct.
24      Q.   You stand behind all of it?
25      A.   Yes.

43

1       Q.   Let me turn your attention to
2  section 1.0.  In the second full paragraph it
3  says, quote, "This expert report relies on the
4  best available technical information made
5  available from private, governmental, and
6  institutional agencies."  Do you see that?
7       A.   Uh-huh (affirmatively).
8       Q.   What technical information was
9  available from private agencies that you
10 relied on?
11      A.   Depositions are private.  I can't
12 tell you specifically.  Sobek is a private
13 commercial product.  We -- I don't know if we
14 bought any of this data here.  Sometimes you
15 have to pay for data.  Sometimes the
16 government will give it to you.  So those are
17 probably examples of some of the things that
18 maybe constitute private.
19      Q.   What was the best available
20 technical information that you relied on from
21 governmental agencies?
22      A.   Clearly IPET's report of
23 information.  Team Louisiana.  There's --
24 There's a lot of intermixing of private,
25 public sector, academic, people in the whole

44

1  entire research study team for Katrina.  So
2  it's really hard to differentiate what may
3  have been, you know, privately obtained, what
4  would have been obtained by the government,
5  but they're all -- some are funded by the
6  government, some are funded by institutions,
7  educational institutions.
8       Q.   Leaving aside the mix of private,
9  public, and educational input into IPET and
10 Team Louisiana, is it fair to say that when
11 you say information from governmental
12 agencies, those are the two reports you're
13 principally relying on?
14      A.   IPET, Team Louisiana?  I mean, we
15 referenced them.  We looked at them, yes.  I
16 mean, there's information that they have
17 gathered within their research.  They did
18 quite a bit of research, particularly IPET in
19 gathering external surge hydrograph
20 information, rainfall information.  So the
21 government, I think they spent in the order of
22 20 to 30 billion dollars in trying to obtain
23 -- 20 to 30 million relative to the IPET
24 study.
25      Q.   I just want to be sure I have the

45

1  list of the best available technical
2  information you're talking about here.  So
3  apart from IPET and Team Louisiana, is there
4  something else that you got from governmental
5  agencies that we're referencing here?
6       A.   I think it's mostly referenced
7  within our report.  You know, again, we had
8  the LIDAR data, which is topographic data.
9  Digital orthophotography work.  You can look
10 where we downloaded it from.  Some came from
11 NOAA.  I mean -- yeah, NOAA.  Some came from
12 LSU.  U.S. Army Corps of Engineers.
13      Q.   You're referring now to the
14 information that's listed on page 12 of your
15 report?
16      A.   Yes.
17      Q.   So the technical information that's
18 available from the private, governmental,
19 institutional agencies is the same information
20 that's referred to elsewhere in your report?
21      A.   Yes, it would have been referenced
22 somewhere in the report.
23      Q.   You wrote at page 6 under 1.1,
24 "Study objective", "Flooding of the Lower
25 Ninth Ward and St. Bernard Parish was caused

12  (Pages 42 to 45)

46

1  by several sources, including levee, floodwall
2  failures, parens, breaches, overtopping of the
3  levees and floodwalls due to storm surge and
4  rainfall."  Do you see that?
5      A.  Uh-huh (affirmatively).
6      Q.  When you say St. Bernard Parish,
7  you're referring in part to those portions of
8  St. Bernard Parish that are to the west of
9  Paris Road; correct?
10     A.  Correct.
11     Q.  All of these elements caused some
12 flooding in the Lower Ninth Ward?
13     A.  That's what our objective was to
14 look at, to see what sources of water flooded
15 the entire area.  As a matter of fact, not
16 just the Ninth Ward, but the whole entire St.
17 Bernard Parish.  And we looked at, again,
18 levees -- the breaches that occurred along the
19 levees along the IHNC, along MRGO.  We looked
20 at the overtopping.  Included rainfall.  So we
21 looked at all -- hopefully all the factors
22 that are sources.  And that kind of was our
23 objective, to look at what, you know, what
24 caused the flooding and what the extent was.
25 So this is a statement of what our objective

47

1  was, not our conclusion by any means.
2      Q.  Did you conclude that any of these
3  conditions played no part in the flooding of
4  the Lower Ninth Ward?
5      A.  Are you referring to that sentence
6  you just read me?
7      Q.  Yes.
8      A.  The breaches, the overtopping due to
9  storm surge or rainfall?
10     Q.  Yes.
11     A.  I'm sure all had a factor into it,
12 some level of contribution by all of these.
13     Q.  You wrote in the study objective
14 "Flood simulations will be performed using a
15 sophisticated two-dimensional computer
16 simulation model, Sobek 1-D 2-D."  Do you see
17 that?
18     A.  Uh-huh (affirmatively).  Yes.
19     Q.  And you wrote that this model would
20 be used to evaluate the flooding times, the
21 flood time sequence, and the contributions --
22 Well, strike that.
23         Had you reviewed the work by Kok
24 and the team from Delft before you chose the
25 Sobek model for use on this project?

48

1      A.  Yes, along with other information,
2  yes.
3      Q.  To your knowledge, before the use of
4  Sobek by the team from Delft in connection
5  with the 2007 report, had the Sobek model ever
6  been used to reconstruct flooding from a
7  hurricane?
8      A.  I wouldn't be knowledgeable about
9  that.  You would have to probably ask them.
10     Q.  You had never used the Sobek model
11 to reconstruct flooding from a hurricane;
12 correct?
13     A.  No, not the Sobek model.
14     Q.  I keep asking these questions that
15 give me a bad answer.
16         Had you ever used the Sobek model
17 to reconstruct flooding from a hurricane?
18     A.  No.
19     Q.  Thank you.  Had you ever used any
20 model to reconstruct flooding from a
21 hurricane?
22     A.  Yes.
23     Q.  What model had you used in the past
24 for that purpose?
25     A.  Probably all the standard models

49

1  that we have looked at.  I mean, we have -- we
2  have run all the Corps standard models.  I
3  mean, from a hurricane, when you say a
4  hurricane, you got to be -- and maybe I am not
5  understanding your question all the way and
6  maybe I need you to clarify specifically.  Are
7  you talking about interior flooding?  Are you
8  talking about wave -- waves that are generated
9  from a hurricane, wave run-up?  So there's a
10 lot to hydrology when you speak of
11 hurricanes.
12     Q.  Hurricane is a complicated event?
13     A.  It can be, yes.  Yes.
14     Q.  Was Katrina a complicated event?
15     A.  Clearly.  Yes.
16     Q.  What models have you used to
17 reconstruct hydrology or hydraulics in
18 connection with hurricanes in the past?
19     A.  I mean, we have used, in order to
20 run the rainfall from a hurricane, put in
21 precipitation, we have run HEC-1, we have run
22 HMS, we have run SWIM.  We've run a program
23 called HAZ-AS.
24     Q.  Have you ever used models to
25 reconstruct storm surge from a hurricane

50

1  before this case?
2     A.  Yes, we have.  For Galveston Island,
3  yes.
4     Q.  All right.  Tell me about that
5  work.  For whom did you do that work?
6     A.  Our firm did that for the Department
7  of Transportation.
8     Q.  Did you personally participate in
9  that work?
10    A.  Yes.
11    Q.  What model did you use when you ran
12 storm surge models for Galveston Island?
13    A.  I probably don't know which one
14 specifically we ran, whether we just ran surge
15 or we ran a wave run-up model, too.  I can't
16 -- I don't remember that, what model
17 specifically.
18    Q.  Is it standard practice, when you're
19 modeling a hurricane surge, to have models
20 that incorporate waves in addition to models
21 that incorporate other factors?
22    A.  Not necessarily for interior flood
23 analysis, no.
24    Q.  Before this case had you ever done
25 an interior flood analysis for a hurricane?

51

1     A.  Not protected by a series of
2  levees.  We have done a lot of hurricane
3  analysis related work in the coastal areas
4  that had to deal with internal drainage
5  systems, but not protected by a series of
6  levees.
7     Q.  In performing those models and that
8  work for the coastal areas with internal
9  drainage systems, did your models incorporate
10 any component for waves?
11    A.  Yes, if it was a FEMA analysis, we
12 did some flood insurance work where we were
13 looking at V zones, coastal wave zones in
14 order to establish those, then yes, we would
15 have looked at waves.
16    Q.  This is the first internal flood
17 analysis that you have done for a hurricane in
18 which you didn't use waves as an input; right?
19    A.  No.
20    Q.  No?  What other internal flood
21 analysis have you done in connection with
22 hurricanes in which you did not include waves
23 as part of your analysis?
24    A.  I think I need to answer it -- I
25 think what I said to you is that interior

52

1  flood analysis does not include waves within
2  the interior flooding portion.  Okay?  Waves
3  are the external coming into the area, but as
4  far as internal to the flooding that's within
5  an area?  It's basically looking at the
6  surface drainage features.  Waves would not
7  play a big part internally, an internal
8  system.
9     Q.  How do you know that waves do not
10 play a big part in interior system?
11    A.  Because I am an expert.  I'm a
12 hydrologist.
13    Q.  Tell me the basis for that
14 statement.
15    A.  Because what would generate waves
16 within the area?  There's houses everywhere.
17 There wouldn't -- There would be no generation
18 of waves interior -- inside.  It takes a lot
19 of distance to create, and a lot of wind to
20 create big waves.  So it would be very
21 insignificant interior to something, as like
22 the St. Bernard Parish.  There's no evidence
23 that I saw in any videos that we had
24 substantial interior waves.
25    Q.  And that same analysis, that same

53

1  expert analysis would apply to other enclosed
2  waterways like the Inner Harbor Navigation
3  Canal?  You wouldn't expect to see waves there
4  either, would you?
5     A.  No, that's completely -- that's
6  outside the protection area.  Clearly along
7  the perimeter of the system, that's where your
8  storm surge and waves are being generated.
9  Yes, there would be waves there, because
10 again, exterior, that's your water body,
11 that's the storm surge building up and that's
12 where you do have waves.
13    Q.  You have waves in the Inner Harbor
14 Navigation Canal.  That's right?
15    A.  Correct.
16    Q.  You have, once the water goes into
17 the flooded area, no waves?
18    A.  I am not going to say no waves, but
19 not a significant -- you're not generating
20 waves as you would on the exterior.  Not on
21 the interior.  And, to my knowledge, nobody
22 included a wave analysis in the interior.
23    Q.  Let me come back to where I was.
24 You wrote that "The flood simulation model
25 will be calibrated and verified with data from

54

1   eyewitness accounts, stop clocks, high water
2   marks, and time stamped photos gathered in
3   other investigation studies and from
4   depositions of eyewitnesses".
5       MR. WIEDEMANN:
6           Where are you reading from?
7       MR. RAFFMAN:
8           I'm sorry, page 6.
9   EXAMINATION BY MR. RAFFMAN:
10      Q.   What does it mean to calibrate and
11  verify?
12      A.   As I mentioned before, a simulation
13  model, it's a mathematical tool where you're
14  trying to predict or simulate a real world
15  condition, what happened.  And in order to
16  develop an accurate model, you have to verify
17  its results, its conclusions relative to known
18  information.  We knew the storm got to a
19  certain high water mark level, and when we run
20  our model with all the inputs, would it
21  predict that that's where the water level
22  would be.  If the model does predict those
23  results, then we feel like we have a good
24  working model.  That we accurately represented
25  the input data such that those results.

55

1       Q.   How -- Sorry.
2       A.   A lot of times models, you know,
3   don't always predict -- they may predict good
4   and not over here.  And so you have to look at
5   is there topography differences, is there
6   changes, you know.  So it takes a lot of
7   skill.  In order to be a modeler, it takes,
8   you know, a tremendous amount of skill to be
9   able to do that.
10      Q.   How have you used eyewitness
11  accounts in the calibration and verification
12  of your model?
13      A.   There's quite a few -- You know,
14  there are very few eyewitnesses actually in
15  IPET originally.  They gathered some more -- I
16  am talking about the St. Bernard Parish area.
17  We were able to look at their specific timing
18  of when they said the flood occurred.  It's
19  one piece of the overall information that we
20  have gathered in order so that when we have a
21  model run, we go and validate it relative to
22  all what the eyewitnesses said.  Some of the
23  eyewitness says "The water may have been up to
24  my porch."  Another one at Jackson Barracks
25  said it may have been just two feet at that

56

1   point.  So the model, what we have is a very
2   sophisticated model that can predict flood
3   depths over here and then it can predict at
4   the same time a flood depth over here.  And if
5   that -- we're seeing a depth maybe over here
6   close to the porch and somewhere over here,
7   then we feel the model is predicting the right
8   results.  So the eyewitness accounts is
9   important for us in order to see at specific
10  points in time what those flood depths were at
11  those particular locations.  If there are --
12  when we go through this process, this
13  laborious, long process of developing the
14  model, if -- You never get it right the first
15  time.  It takes -- You have to really look
16  into making sure that you have included all --
17  as many of the components that is required
18  within the model.  The right topography, the
19  right information that you have even gathered
20  from the various institutions.
21      Q.   Am I right that this iterative
22  process that you have just described -- Is
23  that a word I can use and you understand what
24  I mean, "iterative"?
25      A.   Yes.

57

1       Q.   You do an iteration, you run a model
2   and, if it doesn't match the observed data,
3   you go back and tweak the model?  Is that
4   right?
5       A.   It's probably not a good choice of
6   words saying "tweak".  What you do, that's
7   called calibrate.  You go and you look at the
8   models, what it's producing and you see where
9   the model may be under-producing or
10  over-producing.  Maybe it's water levels that
11  you're looking at.
12      Q.   So when you find that the model is
13  either under-producing or over-producing water
14  levels, what do you do?
15      A.   We have to look at the data, what's
16  in the model.  We have to make sure -- We have
17  to look at all the evidence.  You have to --
18  You have to look at the whole gamut of
19  information.  You have to look at where the --
20  In these particular models, actually it was
21  pretty good.  I have to admit the Corps picked
22  up some really good data, some really good
23  information.  They spent a lot of time.  We
24  had some good topography for the area,
25  pre-Katrina and post-Katrina information.  We

58

1 had some good information about the levee
2 breaches. The models really weren't that -- I
3 mean, they were pretty accurate. This model
4 compared to even what the Corps did and what
5 IPET's results came out. So we were -- we
6 were -- I would say it was -- I think we had
7 some issues that we were looking at, and
8 probably still are looking at on the
9 railroad. It didn't affect our overall model
10 results. But I think we're still looking at
11 that, making sure that it's continuous. But I
12 think the Corps really did a good job in
13 picking up quite a bit of information for us.
14      Q.   Are you saying then that you didn't
15 have to make any adjustments in this
16 particular case?
17      A.   No, we made -- we had -- you know, I
18 think what we looked at was a lot of the
19 timing issues. Because a lot of the earlier
20 assumptions on the breach timings, as you
21 probably said were 7:30, and that did not
22 align with a lot of the eyewitness reports and
23 the stop clock data that was out there. So we
24 took a look at that related and looked at
25 breach timing, the various times.

59

1      Q.   When you say stop clock data, you're
2 referring to the reports of IPET and Team
3 Louisiana that had stop clocks in them?
4      A.   Yes.
5      Q.   That's the only stop clock data
6 you're referring to; right?
7      A.   Yes.
8      Q.   Did you look at any water marks at
9 individual houses?
10      A.   Did we conduct any surveys ourself?
11      Q.   Yes.
12      A.   No.
13      Q.   Were there any outliers among the
14 eyewitness accounts that you reviewed?
15      A.   Not to my knowledge. I mean,
16 there's some high water marks that were -- you
17 know, it looks like they're a little bit --
18 but not -- I mean not an excessive number, no.
19      Q.   That was my next question, high
20 water marks. Let me just stick on the
21 eyewitnesses. The eyewitness accounts were
22 all consistent as to time?
23      A.   I mean, no, I can't say that
24 either. I mean, there's always discrepancy,
25 but, you know -- I think what you have to

60

1 recognize is that there's eyewitness accounts
2 of information timing, there's high water
3 marks, there's photographs, there's stop
4 clocks, and you take all of that information
5 and you try to digest it, which I think we
6 have in our report, if you look at the timing
7 in one of our appendices.
8      Q.   Was there any eyewitness account
9 that you looked at and thought to yourself,
10 "That can't be right, it doesn't fit with the
11 other accounts"?
12      A.   Not that I can remember.
13      Q.   Was there any high water mark that
14 you saw that you looked at and thought "That
15 can't be right, it doesn't fit"?
16      A.   Not that I could just recall right
17 now, no.
18      Q.   ==Let's turn back to your report.==
19 ==Section 1.2, you discuss Hurricane Katrina.==
20 ==You say at page 7 that the hurricane made==
21 ==landfall at Buras, Louisiana around 6:10 in==
22 ==the morning. Do you see that?==
23      A.   ==Uh-huh (affirmatively).==
24      Q.   And is that a conclusion you have
25 drawn about when the hurricane made landfall?

61

1      A.   Yeah. That's reference to some IPET
2 information that we got on the hurricane. Or
3 NOAA.
4      Q.   Are you familiar with the pattern of
5 hurricane winds around the center of a
6 hurricane?
7      A.   Yes.
8      Q.   In what direction do hurricane winds
9 flow around the center of a hurricane?
10      A.   Are you talking about through the
11 eye?
12      Q.   Well, the eye is the center of the
13 hurricane; right?
14      A.   Right.
15      Q.   ==In what direction do hurricane winds==
16 ==circle around the center of the eye in the==
17 ==northern hemisphere?==
18      A.   ==You may be -- I don't study==
19 ==hurricanes. I'm not a meteorologist. I study==
20 ==the effects of hurri- -- of the water that's==
21 ==produced by hurricanes. So, you know, I am==
22 ==just like you and I about the knowledge==
23 ==related to the winds. And that's in the==
24 ==northwest direction. That's a semicircle. Or==
25 ==counterclockwise.==

62

1    Q.   Counterclockwise.  In relation to
2 the Inner Harbor Navigation Canal, where is
3 Buras, Louisiana?
4    A.   I would imagine that -- I really
5 don't know.  I really don't know.
6    Q.   You wrote that the storm, quote,
7 "Built up record levels of surge and waves
8 larger than any previous storm to strike the
9 area or the north American continent".  Is
10 that a statement that you stand by today?
11    A.   I have no reason to disagree with
12 it.  It's part of scientists -- or information
13 provided to us.
14    Q.   Right.  And you included that in
15 your report after reviewing sufficient
16 information for you to conclude it's correct?
17    A.   I believe it to be correct, yes.
18    Q.   You wrote at page 8 that "Hurricane
19 Katrina had much greater wave and storm surge
20 generation potential than the Standard Project
21 Hurricane," paren, "SPH", "storms used to
22 design the HPS".  By "HPS" what did you mean
23 to refer to?
24    A.   Hurricane protection system.
25    Q.   So it was your conclusion that the

63

1 storm surge and wave generation from Hurricane
2 Katrina was greater than the capacity of the
3 hurricane protection system as designed?
4    A.   According to IPET's information.
5 It's not a part of our conclusion clearly in
6 our report.  We're referencing information
7 that was reported about the storm.  And this
8 all represents information that was reported
9 by -- through the IPET report.
10    Q.   And you have included it in your
11 report after satisfying yourself that it's
12 reasonably accurate?
13    A.   It's very common.  We're just --
14 We're trying to give some background on this
15 particular storm.  Not necessarily making
16 opinions of it.  Just providing you background
17 about the storm.
18    Q.   At page 8 you wrote -- wrote, that
19 "The rainfall from Hurricane Katrina," quote,
20 "was to become at least 20 percent of the
21 total volume of water that flooded the New
22 Orleans metropolitan area."  Do you see where
23 you wrote that?
24    A.   Where is that at?
25    Q.   It's in the middle of the first full

64

paragraph on the page.  Page 8.
    A.   Yes, we -- if you look, this is all
section reference to -- reference 1.  This is
all information that came out of an IPET
report.  It's referenced.
    Q.   You --
    A.   This --
    Q.   I'm sorry?
    A.   Yes, we have included part of the
information on the background of the hurricane
within our report.
    Q.   And you have no reason as we sit
here today to disagree with the conclusion
that the record rainfall generated at least 20
percent of the total volume of water that
flooded the New Orleans metropolitan area?
    A.   I have no opinion on it.
    Q.   But you satisfied yourself about the
accuracy of that statement at least enough to
include it in your report.
    A.   As background information from the
government report, it seemed appropriate.
    Q.   You wrote, referring again to page
8, "Other than high water marks and the
devastation, there were few measurements to

65

confirm the actual water level time histories
resulting from this storm."  Do you see that?
    A.   Yes, I see it.
    Q.   Did the absence of gauging
instruments and other unavailable measurements
create a greater degree of uncertainty in
anyone's ability to model the results of the
storm?
    A.   I mean, clearly you would like to
have more information, but the storm wiped out
a lot of gauges out there.  So you only had
partial series of information related to some
of the surge.  But I think I can say that, you
know, clearly the government's research team
felt that there was enough information to have
some level of certainty that they were able to
predict the level of the storm surge and
flooding within these areas.
    Q.   As a general matter, whenever you
have less data, you have more uncertainty in
an analysis; right?
    A.   I'm sure that's a right statement,
yes.
    Q.   And in this case, the hurricane
wiped out some data that would have been

17 (Pages 62 to 65)

66

1 important to an analysis of storm surge if it
2 existed?
3     A.   All the -- The more data you have,
4 the better, you know, you can validate to.
5 Not necessarily whether you're -- it's less or
6 more right.  It's just what you have.
7     Q.   You wrote in the last two sentences
8 of the paragraph, you wrote "Even enclosed
9 areas such as the IHNC experienced water
10 levels above 14 feet not including waves."  Do
11 you see where you wrote that?
12     A.   Uh-huh (affirmatively).
13     Q.   Now, does that mean that the waves
14 took the water levels above 14 feet in the
15 Inner Harbor Navigation Canal?
16     A.   I don't know.  That would have to be
17 -- This is just referenced straight from the
18 IPET information.
19     Q.   In your work and in your
20 conclusions, have you taken the height of
21 waves in the Inner Harbor Navigation Canal
22 into account in any way?
23     A.   I think the surge hydrographs that
24 are being used that IPET -- really include
25 some wave within those heights.

67

1     Q.   Which surge hydrographs are you
2 referring to?
3     A.   Well, at the lock, IHNC lock had a
4 constructed hydrograph that was reported.
5     Q.   What can you tell me about the place
6 where that lock hydrograph was located
7 vis-a-vis waves?
8     A.   I looked at it from more, you know,
9 the picture, somebody that I was observing,
10 that staff gauge and basically recording that
11 particular flood height.
12     Q.   Where was the staff gauge located?
13     A.   Physically?  I have not been out
14 there.  I don't know.
15     Q.   So you don't know one way or the
16 other whether the staff gauge was in an area
17 that was protected from waves or that was
18 subject to waves?
19     A.   No, I don't.  Other than pictures.
20     Q.   Have you ever seen any analysis
21 suggesting that the waves in the Inner Harbor
22 Navigation Canal reached a level of 4 feet?
23     A.   No.
24     Q.   Would you agree with me that if
25 there was some big waves in the Inner Harbor

68

1 Navigation Canal on the morning of August
2 29th, that might have raised the water level
3 in the canal sufficient to cause overtopping
4 at a time before the level of still water
5 reached the height of the levee crest?
6     A.   I believe there was wave overtopping
7 of the wall.  Yes.
8     Q.   And there was wave overtopping of
9 the wall before the still water reached the
10 levee crest; right?
11     A.   I believe that, yes.
12     Q.   In the sense of storm surge and
13 waves, would you agree that Katrina was the
14 worst storm to hit the New Orleans area for
15 the last 100 years?
16         MR. WIEDEMANN:
17             I object to the form of the
18         question.  He's not a meteorologist.
19         THE WITNESS:
20             I don't know.
21 EXAMINATION BY MR. RAFFMAN:
22     Q.   I am going to ask you to turn your
23 attention now to some of the exhibits that you
24 have included with your report.  In section
25 1.3, you reference the Lower Ninth Ward and

69

1 St. Bernard study area as shown in figure 2
2 and then exhibits 1 and 2.  With your
3 permission, I am going to ask you to grab that
4 easel, or I'll grab the easel for you.
5         MR. RAFFMAN:
6             Go off the record.
7         VIDEO OPERATOR:
8             Off the record.  It's 12:41.
9         VIDEO OPERATOR:
10             Returning to the record at
11         12:42.
12 EXAMINATION BY MR. RAFFMAN:
13     Q.   Mr. Spinks, I just want to make sure
14 that I have got the exhibits right and that I
15 understand them.  On the board there is a
16 large photograph that's captioned "Study area
17 digital orthophotograph, exhibit 1."  Is that
18 in fact a copy of the exhibit 1 that you have
19 included with your report?
20     A.   Yes.
21     Q.   What is the relevance of exhibit 1
22 to your conclusions?
23     A.   It's part of our overall report
24 providing information about the entire area.
25 It represents the St. Bernard Parish, it shows

70

1  you where MRGO is located at, shows you where
2  the IHNC is, shows you where the Ninth Ward
3  is, some of the other communities within the
4  area.  So it provides you an overall picture
5  of information of the study area.
6       Q.   All right.  What is an
7  orthophotograph?
8       A.   It's a satellite imagery of -- It's
9  taken of the earth.
10      Q.   All right.  So the word
11 "orthophotograph" refers to satellite
12 photography?
13      A.   Well, it's a photo and it's -- It's
14 a digital satellite and "ortho" I guess -- I
15 don't know, I am not a math -- I mean a map
16 kind of guy, cartography or whatever so --
17      Q.   I am just trying to increase my
18 vocabulary --
19      A.   Yes.
20      Q.   -- and get an understanding.  It's
21 your words.
22      A.   Satellite imaging.
23      Q.   All right.  Why don't you undo the
24 clips if you don't mind --
25      A.   Okay.

71

1       Q.   -- and remove that and we'll go
2  right to exhibit 2.  It's right underneath.
3  I'll come over and help out here.
4       The next exhibit in the series is
5  exhibit 2, which is captioned "IHNC to Paris
6  Road pre-Katrina orthophotograph".  What does
7  -- First, is this a copy of exhibit 2 to your
8  report?
9       A.   Yes.
10      Q.   What does that photo represent?
11      A.   It's an aerial photograph as well of
12 the study area.  It's more blown in as you can
13 see.  You can get a little bit more detail.
14 "Pre-Katrina" means that it's an aerial that
15 was flown pre-Katrina.
16      Q.   Can you point to the approximate
17 location of the place where the north breach
18 occurred in the Inner Harbor Navigation
19 Canal?
20      A.   Yes.  There's the pump station
21 number 5 here at the corner basically of the
22 40 Arpent Levee (indicating).  Here's the
23 wall.  The breach was right in here
24 (indicating).  Kind of a diagonal.
25      Q.   Can you point to the location where

72

1  the south breach of the Inner Harbor
2  Navigation Canal took place?
3       A.   Yeah.  Somewhere right in here, this
4  area (indicating).  We have a photograph of
5  where it's actually at, so I can pinpoint it
6  to you.
7       Q.   We'll come to that in a minute.  Can
8  you tell me where Jackson Barracks is?
9       A.   Yeah.  I'm not sure if I can
10 pinpoint it on this map.  I believe it's right
11 in here (indicating).  Jackson Barracks.
12      Q.   Let's go to the next one.
13      This next photograph in the
14 sequence reflects what is attached as exhibit
15 3 to your report.
16      A.   Yes.
17      Q.   What does this photograph show
18 that's relevant to your conclusions?
19      A.   This particular aerial was flown
20 during actually when all the flood waters were
21 -- from Katrina were within the study area.
22 And so actually this is when the water was
23 receding, because you can see on the south
24 breach here the water was actually discharging
25 back from the Ninth Ward into the IHNC.

73

1       Q.   At some point during the storm water
2  flowed out of the Lower Ninth Ward and into
3  the IHNC.  After the storm.  I'm sorry.
4       A.   After the storm, yes.
5       Q.   Why did water flow out of the Lower
6  Ninth Ward and into the Inner Harbor
7  Navigation Canal?
8       A.   Because certainly the water level
9  that was up higher, when the water level in
10 the IHNC dropped back down, the storm surge,
11 that was where it came from, so it had to go
12 back where it came from to the canal.
13      Q.   Am I right that the water drained
14 out of the Lower Ninth Ward faster than it
15 would have if the Inner Harbor Navigation
16 Canal walls had not breached?
17      A.   Hypothetically, yes.  I am not sure
18 if the Corps didn't breach any of these any
19 further.
20      Q.   Is it possible that the Corps
21 breached the walls further to allow the water
22 to drain?
23      MR. WIEDEMANN:
24      I object to the form of the
25 question

19 (Pages 70 to 73)

74

1   EXAMINATION BY MR. RAFFMAN:
2       Q.   Is that what you're saying?
3           MR. WIEDEMANN:
4               The possibility.
5   EXAMINATION BY MR. RAFFMAN:
6       Q.   A bad question, but I want to --
7       A.   I don't -- I don't have -- we don't
8   have any evidence that the Corps did.  I am
9   just saying I don't know.
10      Q.   All right.  You don't know one way
11  or the other --
12      A.   Right.
13      Q.   -- whether the Corps breached any of
14  these walls any further?
15      A.   Right.  We don't have any evidence
16  to suggest that, so --
17      Q.   And in forming your conclusions
18  about the shape of each of the breaches, you
19  have assumed that the entire length of the
20  breach was due to what happened in Hurricane
21  Katrina rather than anything that happened
22  afterward with the Corps; right?
23      A.   We confirmed that with IPET.  IPET,
24  we looked at their breach information.  Again,
25  an IPET study considered the breaching during

75

1   the storm, and so our analysis that we
2   confirmed was with the breaching as well.
3       Q.   There's nothing from this photo or
4   any other photograph in your report that shows
5   when the breaches happened; right?
6       A.   In this photo here?
7       Q.   Yes.
8       A.   There's nothing on this particular
9   photo, but we have an exhibit that does show
10  breach, some breach information times.
11      Q.   All right.  What photograph shows
12  breach information -- what photograph shows
13  breach information times?  Actually, let me go
14  back a second.
15      A.   It's exhibit 6.  We have listed on
16  there breach information as well.
17      Q.   All right.  Just to be clear, we're
18  going to get to exhibit 6.
19      A.   Okay.
20      Q.   Do you have -- Do you have a
21  photograph that shows the time that the breach
22  happened?
23      A.   No.
24      Q.   And I was referring to the north and
25  the south breach when I -- just to be clear.

76

You do not have a photograph of the north or
south breach that shows when it happened?
        A.   During the breach itself?  Or after
the breach?
        Q.   Do you have any photograph of the
breach from which you infer a time?
        A.   We have -- I have seen photos of the
breach.  I am not sure if there was a time on
there.  So no, I am not aware of a time on a
photo.  But where I have seen photos of the
breach, yes.
        Q.   I think I am going to get the right
answer here, but let me just ask it one more
time.
        A.   Okay.
        Q.   You don't have any photos of the
breach from which you infer what time the
breach happened?  Am I right?
        A.   That's correct.
        Q.   Let's just go to exhibit 4.  Is the
photograph that's up on the screen now that
we're looking at exhibit 4 to your report?
        A.   Yes.
        Q.   How does this photograph relate to
the conclusions in your report?

77

        A.   It's part of the information.  This
is post-Katrina.  It's just an aerial after
Katrina.  And clearly you can tell the water's
already out of the area.  And just gives us
information.  You can see where this breach
occurred (indicating).  The entire study area
(indicating).
        Q.   This represents a satellite
photograph of the area taken sometime after
the hurricane had occurred and after the water
had drained out?  Right?
        A.   Aerial, I'm sorry, an aerial
photograph.  Not necessarily satellite.  Yeah,
aerial.  Probably a plane flew over and got
this.
        Q.   I want to turn to section 1.4 of
your report.  You can leave the exhibits
alone.
        A.   Okay.
        Q.   At page 10 of your report you wrote
that the IPET, Team Louisiana, and eyewitness
investigations, quote, "were performed to
provide credible and objective scientific and
engineering answers to fundamental questions
about the performance of the hurricane

78

1  protection and flood damage reduction system
2  in the New Orleans metropolitan area during
3  Hurricane Katrina."  Do you see where you
4  wrote that?
5      A.   Uh-huh (affirmatively).
6      Q.   And do you believe that to be true?
7      A.   I have no reason not to believe it.
8      Q.   You also cite at page 10 the study
9  that was done by Delft University team.  Do
10  you see that in the bottom paragraph there?
11      A.   Yes.
12      Q.   Do you know why that study was
13  performed?
14      A.   No.
15      Q.   Have you communicated with the
16  researchers at Delft?
17      A.   Relative to running the model and
18  the purchase of the model.  Other than that,
19  no, we haven't -- I mean, not on the study
20  particularly, but on purchasing the model we
21  did.  I'm not sure we bought it from the
22  university or we bought it from a private
23  vendor.
24      Q.   You bought the Sobek model for use
25  in this particular project; right?

79

1      A.   Yes.
2      Q.   In your line of work, once you buy a
3  model, can you use it for varying projects as
4  the need arises?
5      A.   Yes.
6      Q.   So now you have bought the Sobek
7  model, you could use it again for a different
8  project if you want to?
9      A.   I mean, yeah, it's one of the pieces
10  of tools that we'll look at, yeah.
11      Q.   It's not a situation where you
12  license it on a per project or per application
13  basis?  Once you buy it, you can use it?
14  Right?
15      A.   You can as long as you maintain it.
16  You have to keep it up to date.  It's
17  maintenance.  If after a year you're not going
18  to run it any more, then -- then you'll turn
19  it back over to the vendor.
20      Q.   Before undertaking this project your
21  firm didn't even own the Sobek model; right?
22      A.   No, not that model.
23      Q.   Because again, I had asked the
24  question in a clumsy way, let me make sure I
25  get it right.  Did your firm own the Sobek

80

model before you undertook this project?
    A.   No.  We bought it specifically to
look at this project.
        MR. RAFFMAN:
        Off the record.
    VIDEO OPERATOR:
        We're off the record.  It's
    12:57.
        (Whereupon a discussion was held
    off the record.)
    VIDEO OPERATOR:
        Returning to the record, it's
    1:47.
EXAMINATION BY MR. RAFFMAN:
    Q.   Mr. Spinks, I want to refer you to
the section 2 of your report.
        MR. WIEDEMANN:
        What page is that?
        MR. RAFFIN:
        It's page 11.
        MR. WIEDEMANN:
        Okay.
EXAMINATION BY MR. RAFFIN:
    Q.   You made some assumptions in
modeling the flow of water into the Lower

81

Ninth Ward and St. Bernard Parish; right?
    A.   Correct.
    Q.   These assumptions are set out here
in the section 2.1 of your report; right?
    A.   Yes, sir.
    Q.   Why did you make these assumptions?
    A.   Clearly, you know, any time you go
through a modeling exercise there's certain
parameters or certain pieces of the analysis
that may not be as significant -- a
significant factor on the conclusions.  If you
take as an example, let's talk about
overtopping by waves, you know, we recognize
that during the storm there was waves that did
overtop the IHNC wall in this area, but from a
volumetric standpoint it is not a significant
amount.  Okay?  I think what we -- Even the
external storm surge hydrographs probably to
some extent would even include some of the
wave height in the overtopping.  I think our
analysis, when we ran it volumetrically, it
shows that probably waves and rainfall
accounted to a less than 10 percent of the
overall volume by 8:20 within the -- within
the Ninth Ward, St. Bernard Parish west of

21  (Pages 78 to 81)

82

1   Paris Road.  90 percent of the volumetric
2   water within this area, in this class area
3   we're defining, is really related to the
4   breach, the volumetric water that came through
5   the breach.
6       Q.   When you say volumetric, you're
7   referring to the total amount of water; right?
8       A.   Yes, the total amount of water.
9       Q.   And that total amount of water is
10  based on your assumption or your conclusion
11  that the breaches happened at 4:00 o'clock in
12  the north breach and 5:30 at the south breach;
13  right?
14      A.   That, yes, in the analysis,
15  correct.
16      Q.   So you felt justified in ignoring
17  under-seepage and ignoring overtopping because
18  you concluded that it would accounts for less
19  be 10 percent of the total volume of water if
20  you modeled?
21      A.   Yes, I mean, the under-seepage is,
22  you know, to my knowledge, based on what I
23  have read, not a significant factor.  It
24  wasn't even during Gustav, which, you know, we
25  kind of looked at was under-seepage an issue

83

1   in this area, and we don't believe that to be
2   the case.  The wave overtopping, it's a very
3   difficult component to break out, because
4   storm surge is an elevated water level already
5   because that's what the storm brings.  It's an
6   elevated water level due to the hurricane.
7   And then you can add wave motion on top of
8   that.  Now, the gauge -- the gauging
9   information that the Corps used from the lock
10  and, of course, along MRGO, was an
11  interpretation of the storm surge level which
12  most likely I think probably included some
13  wave elevation as well.
14      But getting back to the reality of
15  seeing these walls overtop due to wave action
16  splashing and coming over, volumetrically that
17  -- we don't believe that to be a large
18  number.  I don't believe IPET considered
19  that's a large number either.
20      Q.   You haven't drawn any conclusions at
21  all about the effect of wave overtopping on
22  the soil on the back side of the levee, have
23  you?
24      A.   No, we weren't retained to look at
25  the splash behind.

84

1       Q.   Have you drawn any conclusions about
2   whether wave overtopping or under-seepage
3   could account for some of the water that was
4   observed in the immediate area near where the
5   two breaches occurred during the early periods
6   of the morning?
7       A.   Yes.  I mean, we definitely have
8   considered it.  We thought about it and,
9   again, we don't think the splash effect was
10  enough water to reach the flood levels that
11  the eyewitnesses reported and based on the
12  information we gathered from IPET as well as
13  from the additional deposition work.
14      Q.   All right.  I want you to tell me
15  every basis for your conclusion that wave
16  overtopping and under-seepage was not
17  sufficient to account for levels of water
18  reported in the immediate vicinity of the
19  north breach during the early morning hours of
20  August 29th.
21      A.   Okay.  I think when you look at --
22  and I may mispronounce his name -- the pump
23  operator, Mr. Villalasco, Velasco --
24      Q.   We call him Villavasso.
25      A.   Villavasso.  Okay.  His testimony,

85

1   you know, saying that "I've witnessed, I
2   opened the door back there, I looked at, you
3   know, the water levels in the IHNC, it was
4   about 3:00 in the morning, 3:00 to 4:00," I
5   believe he had said some water coming over,
6   but he never recognized any flooding
7   associated with the water that was splashing
8   over.  It was not until he heard the actual
9   breach, in our opinion, and then what the log
10  showed about 5:30 he ended up having to shut
11  down the actual pump, or the generator.  I'm
12  sorry, the means by which it was running, the
13  generator there.  There's a certain time
14  period by which water would have to fill that
15  area up and, given the volumetric shape and
16  the volumetric area we have out here, the
17  breach itself would have had to occur in order
18  to reach the volume of where these -- that
19  particular location was flooded.  I believe it
20  goes to another eyewitness in the area that we
21  looked at and I would have to look up the name
22  exactly here.
23      D'Antoinette Johnson reported upon
24  waking up, again, her house or her being
25  flooded up to her bed level, and I think it

86

1  was somewhere around 4:45 that we looked at
2  from the time standpoint.
3         I think Terry Adams had another --
4  No, in our appendix actually, our appendix C
5  gives a little bit better information about
6  what we assumed on those time levels and at
7  those particular times.  So kind of a
8  description there of those individuals.
9         So the splash -- we don't believe
10 the splash, and we have no evidence even from
11 IPET, even though IPET puts some wave
12 overtopping, they will acknowledge, too, that
13 their hydrographic, exterior hydrograph had to
14 be modified in order to look at the volumetric
15 -- or the volume of water.  So we don't
16 believe splash to be a significant amount of
17 volume.  It was probably less than 10 percent
18 in this area.
19    Q.   And that's the justification for
20 your not including splash and under-seepage in
21 any modeling you have done; right?
22    A.   That's, yes, one of the
23 assumptions.
24    Q.   The assumption is that splash and
25 under-seepage would not contribute

87

1  significantly to any aspect of your modeling
2  if you included them?
3     A.   It would contribute to the overall
4  flooding of this whole entire area.  It
5  wouldn't be significant in terms of volumetric
6  of the whole entire area.  I think that's
7  represented by what you even saw during
8  Gustav.  Gustav, you know, had splash as well,
9  but it wasn't like the whole Ninth Ward was
10 significantly impacted by splash.
11    Q.   So you had excluded overtopping and
12 under-seepage from the model because you
13 concluded that it's not significant to the
14 overall amount of water that would be
15 contributed to the flood by those factors?
16    A.   That's correct, and there's not a
17 whole lot of data there that would even show
18 what that particular wave would be.
19    Q.   Does under-seepage and overtopping
20 account for variances between your model and
21 any observed data points in the Lower Ninth
22 Ward?
23    A.   Repeat that question.
24    Q.   Does overtopping and under-seepage
25 explain variances between your model results

88

1  and any observed data points in the Lower
2  Ninth Ward such as stop clocks, witnesses, or
3  anything else?
4     A.   Not a direct correlation.  Our model
5  includes overtopping and includes a
6  significant amount of overtopping of the walls
7  during the storm.
8     Q.   At what time does overtopping start
9  in your model at the Lower Ninth Ward in the
10 Inner Harbor Navigation Canal.
11    A.   Probably full overtopping, I think
12 we had said around 7:30ish is when the water
13 levels were high enough along the IHNC.  Along
14 MRGO it was probably earlier, 5:30 or 6:00,
15 when there was overtopping going on.
16    Q.   All right.  Let me turn you to -- I
17 want to just be very specific about what I am
18 asking about, so let me -- Let's not make it a
19 mystery.  Turn to page 23, figure 9.
20    A.   Okay.
21    Q.   All right.  Figure 9 represents
22 comparison of your model results versus IPET
23 interior hydrographs.  Right?
24    A.   Yes.
25    Q.   And an IPET interior hydrograph is

89

1  some data point that IPET found where they
2  were able to take both a time and a water
3  level; right?
4     A.   Time stamped information, yes.
5     Q.   Do you know what the time stamped
6  information was at IPET site C-1?
7     A.   As far as whether they were
8  photographs or clocks?
9     Q.   Do you know what it was?
10    A.   Not -- Not every one of those
11 points, no.
12    Q.   All right.
13    A.   I'm sure I looked at it before, but
14 I can't just -- I don't remember exactly what
15 every one of those points were.
16    Q.   And you will see that there is a
17 variance between the water levels that are
18 reflected at IPET site C-1 and the model
19 results that you generate for IPET site C-1;
20 right?
21    A.   No.  Not necessarily.  I think we
22 are pretty much in between where they're at.
23 There's two that are -- You know, if you look
24 at all the blues, you got to consider all the
25 blues, I think we're pretty good where it's

90

1  at.
2      Q.   At 5:00 o'clock in the morning, your
3  model is at minus 1 and IPET site C-1 is at 2
4  feet over.  Right?
5      A.   Those two data points, yes.
6      Q.   Does under-seepage or overtopping
7  account for the difference between those two
8  data points?
9      A.   I couldn't tell you what accounted
10  for the difference of it.  I don't believe
11  under-seepage did.  But I really couldn't tell
12  you why there's a discrepancy right there.  I
13  mean, if you look at it, we're only two, you
14  know, two, three feet different at that
15  location with our model.
16      Q.   Have you ever seen any explanation
17  or any document which says that the difference
18  between site C-1, your model versus the IPET
19  hydrograph, can be explained by the amount of
20  water that came through overtopping and
21  under-seepage?
22      A.   You're talking about wave splashing
23  over or overtopping related to the whole
24  storm?
25      Q.   I'll ask my question again.  Have

91

1  you ever seen any explanation in any document
2  which says that the difference between site
3  C-1, your model versus the IPET hydrograph,
4  can be explained by the amount of water that
5  came through overtopping and under-seepage of
6  whatever kind?
7      A.   We never made mention to anything
8  related to why we were different at 5:00
9  o'clock within our report.  This is a -- So I
10  can't say -- I'd have to answer it as no,
11  because we never made a comparison of why
12  we're different at 5:00.
13      Q.   Or any other time?
14      A.   Well, I mean, we matched at other
15  times fairly well.
16      Q.   All right.  So you never made a
17  comparison -- I mean, I guess at 6:30 there's
18  a couple of C-2 points that are about a foot
19  and a half over your model; right?
20      A.   There are -- Yeah, there's some
21  discrepancies in different locations, but not
22  to the extent that we don't believe our model
23  is inaccurate -- or is inaccurate.
24      Q.   So in any event, your view is that
25  any difference between your model and the IPET

92

1  hydrograph is not something that you would
2  explain by the amount of water that came
3  through from overtopping or under-seepage?
4      A.   Not necessarily, no.  It's a
5  combination of, you know, again, our model
6  does include overtopping of the wall.  Okay?
7  Our model does include breaching of the
8  walls.  Our model does include rainfall.
9  Okay?  The splash over the wall?  Not
10  directly.
11      Q.   That would --
12      A.   But --
13      Q.   But all the overtopping that
14  happens, direct overtopping is happening after
15  7:00 or 7:30 in your view, your analysis;
16  right?
17      A.   The major -- That's when the storm
18  surge reached a height above the wall.
19      Q.   So at 5:15 A.M., in your analysis,
20  there is no overtopping of the wall except by
21  waves; right?
22      A.   We made the assumption that that
23  would be -- that would be insignificant given
24  the overall volumetric flooding that's out
25  here.  So no.

93

1      Q.   And at 5:15 A.M., you have never
2  seen any suggestion that overtopping and
3  under-seepage account for the difference
4  between your model and the hydrograph?
5      A.   That's correct.
6      Q.   Let me move on.
7      A.   Okay.
8      Q.   The first assumption in your report
9  at page 11, it deals with overtopping.  Have
10  we now exhausted your testimony about why you
11  assumed that overtopping by waves would not be
12  taken into account directly except when levee
13  erosion occurred due to wave overtopping?
14      A.   It's small; the volumetric amount of
15  water is small compared to the total volume.
16      Q.   And that's --
17      A.   Yes.
18      Q.   Okay.  So the next assumption you
19  have made is that surcharged internal drainage
20  systems may have allowed a faster initial
21  spreading of the waters, but will have a
22  negligible influence on the maximum water
23  levels.  Now, why have you made that
24  assumption?
25      A.   Because, again, we modeled only the

94

1  surface features.  So any underground storm
2  sewers -- I don't believe the Ninth Ward has
3  storm sewers in it, but I know parts of this
4  overall area does have storm sewers.  The
5  volumetric capacity of those underground
6  systems are very small compared to the total
7  volumetric area in volume of the complete St.
8  Bernard Parish.  So it would be insignificant.
9      Q.   Are internal storm drainage systems
10  insignificant to the rate at which water
11  spreads?
12      A.   They can -- You know, clearly -- And
13  this is hypothetical, okay?  You know, storm
14  sewers do move water, so they can move water
15  from one point to another place.  But once
16  they're submerged, there's no movement of
17  water anywhere.  Because they're all just
18  submerged.  So --
19      Q.   When you wrote, though, internal
20  drainage systems may have allowed faster
21  initial spreading of the storm waters, flood
22  waters, you wrote it may have allowed faster
23  initial spreading.  You were referring to
24  faster spreading than that which you modeled;
25  right?

95

1      A.   Yes.  Okay.
2      Q.   And so if you had included the
3  internal storm drainage systems, your model
4  might have arrived at a similar result, but
5  with a later breach time; right?
6      A.   No.
7      Q.   Why not?
8      A.   It's negligible.  The influence in
9  the whole entire area is what we just said
10  here.  It's negligible in terms of the
11  distribution of the whole entire water.  The
12  connectivity of the storm sewers, they're not
13  all connected.  They're very localized.  What
14  we're saying is that you may have moved water
15  from one small localized area to another,
16  okay?  We'd have to make some broad-based
17  assumptions here.  Okay?  That what you
18  consider to be negligible effects of the
19  overall flooding.  And so you may have some
20  localized movement of water, but clearly storm
21  sewers don't reach across the entire study
22  area by connectivity.  They're usually
23  connected to a system, maybe to an open ditch,
24  a canal somewhere that ultimately goes to a
25  pump station.  So when we set about this

96

1  initial spread, it's faster, we're talking
2  about, you know, a relatively small area of
3  moving water from one location.  That has
4  nothing to do with the volumetric flooding, or
5  the volumetric amount of water that actually
6  entered through the breaches within the
7  overall study area.
8      Q.   You keep going back to the question
9  of the overall amount.
10      A.   Right.
11      Q.   And my question was not about
12  overall amount.  It's about rate of spread and
13  timing.  All right?  Are you telling me that
14  the faster initial spreading of waters that
15  might have been shown by internal storm
16  drainage is negligible?
17          MR. WIEDEMANN:
18              I'm going to object to the form
19          of the question.  He just answered
20          that and said it was negligible.  If
21          you want to have him read it back.
22          THE WITNESS:
23              It is negligible.  That's the
24          answer and that's why --
25          MR. WIEDEMANN:

97

1              I think he said that two or three
2          times.
3  EXAMINATION BY MR. RAFFIN:
4      Q.   I just want to make sure I
5  understand.
6          MR. WIEDEMANN:
7              You keep repeating the same
8          question.
9  EXAMINATION BY MR. RAFFIN:
10      Q.   At an individual house by house
11  level, are there homes in the class area where
12  the water levels would have been affected by
13  the presence of storm drains nearby?
14      A.   I don't believe so.  No.  I think
15  the volumetric amount in storm drains are
16  probably very small compared to the capacity
17  of the surface system out here.
18      Q.   Are there homes at which the timing
19  or rate of flow would have been affected on an
20  individual house basis had you included
21  internal storm drains in your model?
22      A.   No.
23      Q.   The next assumption you have made is
24  that buildings and other structures are not
25  incorporated as elements in the model.  You

98

1   say these physical structures may have blocked
2   water flow and changed flow directions.  Their
3   influence is local with the overall influence
4   of these physical structures accounted for in
5   the bottom roughness value, friction to flow
6   used in the model.  My first question, can you
7   explain what you meant by that?
8       A.   The model, the Sobek model is a very
9   dynamic, very complex model, you know, in its
10  ability to look at a condition like what we
11  have here, an interior flood analysis.  It's
12  -- It's very well built to look at interior
13  flooding, which is one of the reasons why
14  question selected it, and if you look at what
15  you have here, is you have a lot of different
16  houses.  Okay?  Clearly we cannot put in the
17  model a physical house.  But it has the ground
18  condition.  Okay?  So what we're saying is
19  that the house -- each individual house is not
20  modeled per se as a physical structure within
21  our model.  It's taken into account, the
22  blockage through what we refer to as the
23  roughness coefficient within the model.
24  Okay?  And so, therefore, there could be, as
25  water is moving throughout these areas, some

99

1   different exchange of movement of, you know,
2   water, but again, the Sobek model, as any
3   model, as any model that would have been run,
4   has to make some very broad based assumptions
5   and would have really no effect on the end
6   result conclusion.
7       Q.   When you say the end result, you're
8   talking about the volumetric analysis of the
9   total water pouring in and the water levels?
10  Right?
11      A.   That's correct.
12      Q.   Before you did this interior
13  drainage analysis, how many times in the past
14  have you done interior drainage analyses as
15  part of your work?
16      A.   I probably have 300 drainage
17  analysis projects on my resume.  I mean, a
18  good number of it includes, you know, drainage
19  for interior systems just like these.  I have
20  done levees before.  I have done hurricane
21  type work.  So, I mean, every problem,
22  engineering problem is unique.  You know, you
23  can't say here's this specific situation you
24  have done, you know, 100 times.  But have you
25  dealt with the interior systems like this?

100

Have you dealt with levees on other projects?
Yes.  So I have over probably two to three
hundred projects, real, real life projects,
not academic.
    Q.   At page 11 at the top you say that
the model is going to provide detailed
information about velocities.  Do you see
where it says "velocities"?
    A.   Uh-huh (affirmatively.)
    Q.   How does the model handle
velocities?
    A.   There is -- There is an end value
factor -- There is a factor within the model
that allows you to take into account flow,
flow, the movement of flow of water.  Okay?
Now, I know what we're printing out right now
has to do with just water levels over time.
Right now what we're printing out, within our
deal -- within our report, within our
conclusions is what the water level versus
time is from the storm and the extent of the
flood, okay, as the -- as the breaches
happen.  The velocities within the systems are
internally calculated so that water moves from
one area to the next area.  Okay?  And it

101

fills these areas up.  And that's velocity --
Velocity has to do with how the waters move
from one to the other area, the rate of
speed.
    Q.   Can the model show velocity of flow
at any given location inside the model at any
given time?
    A.   I am not sure if it can.
    Q.   You haven't done that as part of
your modeling?
    A.   I haven't looked at any velocity
profiles, no.
    Q.   What factors influence the velocity
of water as it moves over a surface?
    A.   The roughness of the -- of the
particular surface, the area by which water
can move.
    Q.   So if you have a corridor of
buildings and a street inside, that might
influence the velocity in which the water may
flow?
        MR. WIEDEMANN:
        You asking hypothetically?
        MR. RAFFMAN:
        I am.

102

1      MR. WIEDEMANN:
2          I object to the form of the
3      question if it's a hypothetical
4      question.
5          THE WITNESS:
6          Hypothetically, yes, anything in
7      its way can affect water movements.
8  EXAMINATION BY MR. RAFFMAN:
9      Q.   The surface geometry definitely
10 affects the movement and velocity of water;
11 right?
12     A.   It's, yes, part of the equation that
13 computes velocity.
14     Q.   And buildings are part of the
15 surface geometry, aren't they?
16     A.   Yes, they are part of it.
17     Q.   The presence or absence of buildings
18 at a given location affected the velocity of
19 water in the Lower Ninth Ward as it flowed
20 through, didn't it?
21     MR. WIEDEMANN:
22         I object to the form of the
23     question.  You want to pick out a
24     particular spot where it may have
25     flowed quicker on this gigantic

103

1  section of land?
2      THE WITNESS:
3          The volumetric amount of water
4      you're referring to that's really
5      coming in this area, that building
6      didn't make a lot of difference.  If
7      -- There was lots of water moving
8      into these areas.  So no, the velocity
9      was not affected in any small area by
10     the quantity of water that was really
11     moving in.
12 EXAMINATION BY MR. RAFFMAN:
13     Q.   Well, you said "volumetric" again.
14 Now, I am talking about water rushing through
15 a breach and having an impact on houses.  Does
16 the presence or absence of a house in a given
17 location affect the flow of water and how fast
18 it flows inside the Lower Ninth Ward?
19     A.   Let's use it as an example.  I mean,
20 here's an example of a house that's very close
21 to the breach (indicating).  Clearly when the
22 wall breached, the velocity -- the surge of
23 water that moved in had a big impact on that
24 particular house.  The velocity was very
25 strong.  Okay?  Once it -- But you could tell

104

1  this -- that's this very small area
2  (indicating).  Okay?  Only at the breach
3  location.  Once it moved away from the breach,
4  you can see -- you will see here, and this is
5  post-disaster, post-Katrina, you don't have
6  that situation because the velocity in the
7  water moved within probably streets around
8  houses and it just started filling the area
9  up.
10     Q.   Your model doesn't take into account
11 or doesn't account for the velocity of water
12 at that small area just inside the breach,
13 does it?
14     A.   I don't believe so, but I am not 100
15 percent sure about how it treats -- if I could
16 look at something within it right there, that
17 detail.
18     Q.   Your next assumption is -- By the
19 way, who wrote the text that's recorded here
20 in this portion, 2.1, if you know?
21     A.   This is probably a combination of my
22 staff looking at -- and myself, with my staff
23 studying the actual documentation from Sobek.
24 I mean, when you look at it, you have to study
25 -- understand the model's limitations.  The

105

1  model is very dynamic, it's very comprehensive
2  and you -- you -- it has a manual that you
3  need to understand its limitations.  It's like
4  any model.  There are limitations to what you
5  can physically model.  So a lot of this is --
6  probably some of it is what the model is
7  capable and not capable of looking at.
8      Q.   So the language that's reported in
9  2.1 was written in either by you or your
10 staff?
11     A.   Yeah, or provided from the
12 documentation of the Sobek model.  What it's
13 capable or not capable of doing.
14     Q.   All right.  The next one is "No
15 distinction is made between the surface
16 features such as houses and streets in the
17 elevation and roughness used in the model."
18 What does that mean?
19     A.   Well, again, it -- the distribution
20 of water in this area is through a
21 coefficient, a roughness coefficient, and
22 clearly the entire area, there's a composite
23 of land uses in here.  There's residential,
24 there's some commercial, there's streets.  And
25 so your representation -- there's no

106

1    distinction, because there's no three
2    dimensions to this.  It's just a two
3    dimension.  And so between a house and a
4    street there's no need -- you account for that
5    within your roughness coefficient.
6        Q.   What roughness coefficient did you
7    use in your model?
8        A.   I really don't know.  I don't
9    remember that.  I'd have to look it up.
10       Q.   Did you use the same roughness
11   coefficient that was used by the Dutch in the
12   Delft model?
13       A.   I don't know that answer right now.
14       Q.   Did you use the same roughness
15   coefficient over the entire area?
16       A.   I don't know that answer right now.
17       Q.   Is the roughness coefficient -- What
18   options do you have in selecting a roughness
19   coefficient?
20       A.   Well, all standard models have the
21   option of looking at the -- you know, the
22   range of values of, you know, end values
23   traditionally.  I mean, there's probably --
24   and I am not 100 percent sure, but as any
25   model, there's probably three or four

107

1    different roughness methods within the model.
2        Q.   Each model has its own roughness
3    method?
4        A.   Each -- A model has various methods
5    to look at roughness.  This particular
6    parameter.
7        Q.   And is the roughness method used in
8    the Sobek model the same as it is, say, in the
9    HEC models or the FLOW MIKE or other models
10   you have mentioned?
11       A.   I'm sure there is.  I'm sure they
12   have Mannings.  Yeah, I'm almost positive
13   there's Mannings as the roughness coefficient.
14       Q.   Is there a roughness coefficient
15   that correlates to urban environment?
16       A.   To different surfaces.  Not
17   necessarily urban or what you referred to, but
18   the types of surface.
19       Q.   What are the types of surfaces that
20   you can use when selecting a roughness
21   coefficient for the Sobek model?
22       A.   I am not 100 percent sure.  I'd have
23   to look into the model.  But it's like all
24   standard models, which I know Sobek is, you
25   have a -- you could put a composite end value,

108

1    which is a Mannings end value for the types of
2    surfaces that you might be experiencing within
3    your study area.  And nothing unusual between
4    using -- You know, paved surfaces has an end
5    value of .015.  Grass areas have an end value
6    of .02, .03, .04.  And heavily treed areas,
7    you start going up really, you know, on those
8    end volumes, .2s, .3s.  So it's some composite
9    of end value that the model would represent.
10   I just don't have that value in front of me.
11       Q.   Do you know what roughness
12   coefficient the modelers from Delft used when
13   they did their model?
14       A.   No.
15       Q.   Did your team do an independent
16   evaluation of what roughness coefficient
17   should be used to model the flow of water in
18   this area?
19       A.   I'm sure we did.  I just don't have
20   that information.
21       Q.   Forgive me if I asked this earlier.
22   Did you use different roughness coefficients
23   for different squares in your grid?
24       A.   I don't have that answer because I
25   need to ask questions to the model.

109

1        Q.   Your next assumption was that the
2    interaction between surface water and
3    groundwater is neglected.  Can you explain
4    what that means?
5        A.   Yes.  The model has no ability to
6    take water back underground basically.  There
7    is no groundwater component to the model.
8        Q.   The next assumption says the direct
9    impact of wind speed and direction is not
10   taken into account in the model simulations.
11   What is the significance of that assumption?
12       A.   Well, if you're looking at --
13   Probably on the levee side of things on any
14   impact areas, that this model doesn't include
15   any wind speed driven mechanism to, you -- you
16   know, within its capability.  There's no wind
17   part of it.  I guess when you're doing surge
18   and you're doing some other types of analysis,
19   you would have wind as a parameter.  This
20   model is not -- This is for an interior flood
21   analysis.
22       Q.   Your model doesn't consider the way
23   that the wind was blowing at any given time in
24   this class area; correct?
25       A.   That's correct.  It only includes

110

1   the interior flooding.
2       Q.   Do you know one way or the other
3   whether wind blowing in this class area had an
4   effect on buildings in the class area during
5   Hurricane Katrina?
6           MR. WIEDEMANN:
7             I object to the form of the
8         question.  I don't know what you mean
9         by "affect".  This is a hydrologist,
10        not a person to testify to structure
11        damage.
12          MR. RAFFMAN:
13            So he can answer the question.
14          THE WITNESS:
15            Other than being a hurricane and
16        a lot of wind.  But no, not in a
17        scientific wind analysis.
18  EXAMINATION BY MR. RAFFMAN:
19      Q.   Does hurricane force winds have an
20  effect on water that may happen to be in a
21  given area during a storm?
22          MR. WIEDEMANN:
23            Object to the form of the
24        question unless you're talking about a
25        closed area like we're dealing with.

111

1       Are we talking about Galveston as
2   opposed to New Orleans?
3           MR. RAFFMAN:
4             Well, I'll be specific.
5           THE WITNESS:
6             Just give me some specifics on
7         what you're asking me.
8   EXAMINATION BY MR. RAFFIN:
9       Q.   You've got wind, you've got some
10  water in the Lower Ninth Ward.  You have
11  modeled many feet of water in the Lower Ninth
12  Ward.  My question is does hurricane force
13  winds have an effect on that water?
14      A.   Yes, storm surge.  That's what
15  creates part of your storm surge.  Yes.
16      Q.   The storm surge brings the water
17  into the canal; right?
18      A.   Uh-huh (affirmatively).  Yes.
19      Q.   And once the water is in the
20  neighborhood, doesn't the wind blow the water
21  in certain directions one way or the other?
22      A.   I would not imagine that that wind
23  within the actual area has any major or any
24  significant hydrologic effect, no.
25      Q.   And when you say "significant

112

1   hydrologic effect", you mean in the entire
2   class area or at large; right?
3       A.   I mean any area.  It's enclosed.  I
4   don't see wind as a factor within the
5   interior.
6       Q.   And so you have assumed no impact of
7   wind speed and direction in the model; right?
8       A.   That's correct.  There would be no
9   reason to include it.
10      Q.   You say the last -- the last
11  assumption is that "Under-seepage below or
12  through the levees or flood control structures
13  is not taken into account.  All evidence is
14  that under-seepage is negligible in comparison
15  to the final water volumes caused by the levee
16  breaches and storm surge overtopping."  Does
17  that mean that you elected not to consider
18  under-seepage because it did not have a
19  significant contribution to the overall volume
20  in the Lower Ninth Ward and St. Bernard?
21      A.   Because again, it would be
22  negligible, the amount of water.
23      Q.   Is it also negligible in terms of
24  the time at which water arrived at any given
25  location?

113

1       A.   It's probably so, too.
2       Q.   If you believe ILIT and Team
3   Louisiana, wouldn't it be true that some homes
4   might have had water from under-seepage before
5   they had water from breaches in the levee or
6   floodwall?
7           MR. WIEDEMANN:
8             I object to the form of the
9         question.  You're asking him a
10        hypothet, whether he believes it.
11          THE WITNESS:
12            Hypothetically asking, and having
13        read those reports, okay, I don't
14        believe there's probably a whole lot
15        of water from under-seepage coming
16        in.  I mean, again, I didn't do any
17        independent studies.  I am just
18        looking at --
19  EXAMINATION BY MR. RAFFMAN:
20      Q.   ILIT concluded that the two breaches
21  happened in the 7:00 to 7:30 time frame.
22  Isn't that right?
23      A.   ILIT had no separate opinion.  They
24  based their opinion only on Team Louisiana's
25  information.

114

1    Q.   Team Louisiana concluded -- Both
2  Team Louisiana and ILIT concluded that there
3  was a 7:00 o'clock time frame for both
4  breaches; right?
5    A.   I mention that only Team Louisiana
6  actually looked at data to provide information
7  on breach timing.  ILIT solely depended upon
8  Team Louisiana's information.  They did no
9  independent work.
10   Q.   Did either Team Louisiana or ILIT or
11 both suggest that water observed in the Lower
12 Ninth Ward in the time from 5:00 o'clock to
13 7:00 o'clock may have been the result of water
14 that seeped underneath the floodwall?
15   A.   It may have been stated, that in the
16 report.
17   Q.   I want to turn then to ask some
18 questions about the data that you collected.
19 Paragraph 2.2 of your report.  Your data
20 included storm surge hydrographs, rainfall and
21 levee breach times from the IPET report, and
22 it goes on from there.  I want to start with
23 the surge hydrographs.  What surge hydrographs
24 did you use and how did you use them?
25   A.   Okay.  The -- I believe it's

115

1  referenced in our report.  On page 19 you'll
2  see the storm surge -- the surge hydrographs.
3    Q.   All right.
4    A.   And at -- it's referencing a figure
5  4 at locations A, B, C, D, E, and F.
6    Q.   Why don't you show me where that
7  is.
8    A.   Location?
9    Q.   Yes.  Figure 4.  Where are the
10 locations?
11   A.   If you go to figure 4, which is on
12 page 15, --
13   Q.   All right.
14   A.   -- do you see the letter A in figure
15 4?
16   Q.   All right.  That letter A.
17   A.   B?
18   Q.   Yes.
19   A.   C, D, and E.  A is along the IHNC.
20 B along the MRGO.  C, D and E.
21   Q.   All right.  It's the green dots that
22 are reflected in figure 4?
23   A.   Yes.
24   Q.   And of those hydrographs, the only
25 one that's anywhere near the two breach sites

116

1  is the hydrograph sited A; correct?
2    A.   That's correct.  That's what shown
3  here on the lock.
4    Q.   All right.  So figure 7 is the
5  lockmaster's hydrograph which is reflected in
6  site A on figure 4; right?
7    A.   Right.  Surge hydrographs at C, D.
8  I think A and B would be using probably this
9  hydrograph here at the lock.  C --
10   Q.   How -- Go ahead.
11   A.   C, D, and E were constructed -- and
12 I don't believe they're shown here -- from the
13 high water marks and they were probably
14 obtained from IPET most likely because they
15 did storm surge modeling, their report.  IPET
16 did an interior flood analysis as well using
17 the external hydrographs.  And we would have
18 -- In fact, we would have used IPET's storm
19 surge generated hydrographs.
20   Q.   For which of these five locations
21 did you use the lockmaster's hydrograph?
22   A.   Probably at A and B, I would
23 imagine.
24   Q.   For which of the five locations did
25 you use IPET's storm surge modeling to

117

1  generate the hydrographs?
2    A.   Probably C, D, and E along MRGO.
3    Q.   What is the significance of the
4  lockmaster's hydrograph with respect to the
5  modeling that you did?  How did you use it?
6    A.   It's an external feed of -- It's
7  where the storm surge is.  That's -- You
8  basically -- it's an input into the model in
9  order to evaluate the levee overtopping as
10 well as when the breach occurs, what the water
11 level heights would be.  And it's an input
12 factor to the model.  This is the same
13 hydrograph that would have been also used by
14 IPET.
15   Q.   Okay.  The hydrograph that's point A
16 near the Lower Ninth Ward near the breaches --
17   A.   Uh-huh (affirmatively).
18   Q.   -- is based only on the lockmaster
19 data reflected at page 19 of your report?
20 Correct?
21   A.   I would answer that as yes.
22   Q.   The data in the lockmaster
23 hydrograph forms the boundary condition that
24 you used as an input into your model?
25   A.   Yes.

118

1  Q.  So if I understand right, once you
2  create the breach, you determine how much
3  water flows through the breach according to
4  how high the water is shown to be on this
5  surge hydrograph from the lockmaster?
6  A.  That's your external boundary
7  condition, yes.
8  Q.  You have assumed that the
9  information reported in here is correct.  And
10  when I say "in here", I mean the lockmaster's
11  hydrograph.
12  A.  I have relied on it as it is a
13  documented information from the IPET, from the
14  extensive studies that was done by the Corps,
15  yes.
16  Q.  And in order for your modeling to be
17  correct, the information in the surge
18  hydrograph, figure 7, has to be accurate;
19  right?
20  A.  I have no reason for it not to be
21  accurate, yes.  And I guess in answering, what
22  you're saying is that if it was any different,
23  you would have to test what's different about
24  the hydrograph on the model in order to
25  determine how different would the model

119

1  respond.
2  Q.  The results that you project as a
3  result of your modeling are dependent on the
4  surge hydrograph input; right?
5  MR. WIEDEMANN:
6  I object to form.  He just
7  answered the question.
8  MR. RAFFMAN:
9  No, it's a different question.
10  MR. WIEDEMANN:
11  He said if it changed --
12  MR. RAFFMAN:
13  Different question.
14  MR. WIEDEMANN:
15  -- he'd have to re-model to
16  determine whether it would have any
17  effect on it at all.  That's what he
18  just said.
19  THE WITNESS:
20  We relied on the information,
21  yes, that was provided.  If there is a
22  change to the information, the effects
23  on the model would have to be analyzed
24  to see the significance.
25  EXAMINATION BY MR. RAFFMAN:

120

1  Q.  If the surge hydrograph -- Let me
2  ask it this way.  Look at the surge hydrograph
3  for a minute.  Describe for me the trend that
4  you see in the surge hydrograph at the IHNC
5  lock gauge.
6  A.  It's shown on your X axis, the
7  bottom axis.  That's the date and time.  On
8  your Y axis is elevation and NAVD ADA datum.
9  And what you will see is the storm surge level
10  moving from elevation of 1 to elevation of
11  about 4 and a half at 6:00 P.M. on the 28th.
12  At midnight on the 29th, the storm surge is
13  now at 6 feet.  And by 6:00 A.M. the storm
14  surge is up at 11 feet according to --
15  Q.  What is the storm surge at 4:00
16  A.M.?  Just help me read this.
17  A.  The storm surge at 4:00 A.M., maybe
18  about 9 feet.
19  Q.  Okay.  What's the storm surge at
20  5:00 A.M.?
21  A.  9 and a half.  If I am reading it
22  right.  10.
23  Q.  What's the storm surge at 6:00
24  A.M.?  I think you said 11?
25  A.  Yeah.

121

1  Q.  What's the storm surge at 7:00
2  A.M.?
3  A.  What is that?  About 12.
4  Q.  What's the storm surge at 8:00
5  A.M.?
6  A.  Testing my eyes right here.  About
7  14.
8  Q.  All right.  At 9:00 A.M. it's about
9  14?  Or does it go down?
10  A.  8:00 or 9:00?
11  Q.  Yes, I wanted to go to next, to
12  9:00.
13  A.  At 9:00?  It's probably close to its
14  peak.  So around 9:00, right?  Somewhere
15  around 15.
16  Q.  All right.  So when you run your
17  model, the amount of water that you pour into
18  the Lower Ninth Ward after you open the breach
19  will correspond to each of these levels on the
20  hydrograph; right?
21  A.  Correct.  It's a boundary
22  condition.  Yes.
23  Q.  Your model, you open a breach of 180
24  feet at 4:00 o'clock A.M.  Is that right?
25  A.  That's when the breach time starts.

122

1   Yes.  On the north breach at the IHNC.
2       Q.   Okay.  How did you create the north
3   breach at 4:00 o'clock A.M.?  What
4   configuration did you use?
5       A.   Are you referring to the physical
6   geometric dimensions of the breach?
7       Q.   Yes.
8       A.   I believe in the table that you just
9   read, at 180 feet.
10      Q.   All right.  This is at page 15.  I
11  am not trying to be tricky.  I just want to
12  understand.
13      A.   All right.  180 feet.
14      Q.   So all 180 feet of that breach were
15  opened up at 4:00 o'clock; right?
16      A.   I believe so.  I don't believe we
17  put a time on this one.  We may have put a 15
18  or 30 minute time on the total breach time for
19  it.  I need to check that.  I don't remember
20  just offhand.  I know we did not on the south
21  breach, but on the north breach we could have
22  put a 30 minute breach time.  Between 4:00 and
23  4:30 when it completed a breach.
24      Q.   So the northern breach, you may have
25  implemented that in stages over a 30 minute

123

1   period?
2       A.   Right, we may have.
3       Q.   On the south breach, what did you
4   do?
5       A.   I believe the south breach was
6   instantaneous.
7       Q.   So you opened a 793 foot hole in the
8   wall at 5:30 A.M.?
9       A.   Right.
10      Q.   And in your model, from all points
11  after 5:30 A.M. you had water from the IHNC
12  pouring into a 793 foot hole in the wall;
13  right?
14      A.   Correct.
15      Q.   That hole in the wall didn't exist
16  in your model until 5:30 A.M.; right?
17      A.   Correct.
18      Q.   Your model takes as a boundary
19  condition that both before and after you
20  opened the 793 foot hole in the wall, the
21  water in the Industrial Canal continued to
22  rise in level at the rate that's shown in
23  figure 7 of your report; right?
24      A.   Correct.
25      Q.   As a hydrologist, does it surprise

124

you that the water in the Industrial Canal
continued to rise at a steady rate for a
period of hours after you opened a 900 -- or
800 foot hole in the wall?
    A.   No.  I mean, you have an endless
supply of water coming in.  I wouldn't imagine
that the ocean's going to drop anything by
opening up just this small of a hole.  Now, if
you would have had your gauge probably closer
to the wall, I think you would see some
vertical difference there.  But -- Draw some
draw-down.  But I don't believe the draw-down
effect would be anything significant to this
gauge.
    Q.   Is nothing constraining the supply
of water coming into the Industrial Canal?
    A.   Not with storm surge pushing in,
no.  I don't believe so.
    Q.   No neck or other limited orifice
that would meter the water coming into the
canal?
    A.   Not to my knowledge.  But then
again, you know, I am taking information, too,
that I think is, you know, again, from IPET's
information of their exhaustive studies that

125

they did on this.  So I am utilizing IPET's
also understanding of this whole situation.
    Q.   Right, and you --
    A.   It's not just my own.  You know,
there's a lot of scientists, a lot of
engineers that have gone and looked through
all of this information to understand it.
    Q.   You are not questioning the
correctness of the IPET hydrograph; right?
You rely on it?
    A.   I have no reason to discredit it.
Correct.
    Q.   You consider your modeling results,
which assume a 793 foot breach at 5:30 A.M.,
hydrologically consistent with the data
reported in the hydrograph.  Is that what
you're telling me?
    A.   Yes.
    Q.   And the reason you have told me that
you have drawn that conclusion is that there's
an endless supply of water to come into the
Lower Ninth -- to come into the IHNC from the
ocean.
    A.   Right.  I mean, you have hurricane
conditions going on.  You have a storm surge

126

1  building up elevations coming in at the time.
2  Water is building up as shown here throughout
3  this whole duration of time.
4      Q.  Is the build-up of water that's
5  happening in this area affected or dependent
6  in any way on the formation of the breach, or
7  is it an independent variable in your view?
8      A.  It's independent of the breach.  The
9  build-up of water along the IHNC and along
10  MRGO is independent of the breach.
11     Q.  So the amount of water that comes
12  into the IHNC doesn't get affected at all when
13  the breach happens; right?
14     A.  No.
15     Q.  So in order to -- Bear with me a
16  minute.  Go back to the surge hydrograph,
17  figure 7.  You have narrowed it for me that
18  the water rises at the level of about one foot
19  per hour during the hours of 5:00 A.M. to 7:00
20  or 8:00 A.M.; right?
21     A.  Uh-huh (affirmatively).
22     Q.  The rate of rise is steady during
23  that time period?
24     A.  According to their data, yes.
25     Q.  And as a hydrologist, when you open

127

1  an 800 foot breach in the wall, you don't
2  expect to see any blip or change in the rate
3  of rise of the water at that hydrograph as a
4  result of the breach that happens?
5          MR. WIEDEMANN:
6              I object to the form of the
7      question.  He's already answered it.
8          THE WITNESS:
9              You have the whole ocean pushing
10     in.  I don't believe that would have
11     an impact.
12  EXAMINATION BY MR. RAFFMAN:
13     Q.  Does the rate at which the water
14  flows into the Industrial Canal change when
15  the breach happens?
16     A.  I didn't analyze that external.  I
17  couldn't tell you if it does or it doesn't.
18     Q.  Sitting here today and based on all
19  you have testified so far, you can't tell me
20  one way or the other whether the velocity of
21  the water entering the canal changes when the
22  breach happens?
23     A.  I can tell you that, you know, at
24  the breach location, yeah, water changes.
25  There's a breach.  There's a change in

128

1  velocity right there.  The water is being
2  pulled in, into this area.
3      Q.  What about the water coming under
4  the Florida Avenue bridge?
5      A.  Is it pulling water from way up
6  there?  In?
7      Q.  Yes.
8      A.  I really don't know the external
9  conditions that are going on.  I haven't done
10  any circulation studies for this hurricane.  I
11  just know my boundary conditions.
12     Q.  Let me ask you some questions about
13  LIDAR.  You say at page 12 that you captured
14  topography levee and floodwall crest heights,
15  size and depth of the breaches from LIDAR
16  data.  What is LIDAR?
17     A.  Stands for Light Imaging Ranging and
18  Radar, something like that.  It's basically
19  digital elevation model data.  There is a
20  process by which an airplane flies over using
21  lasers to shoot the ground and by differential
22  leveling of some sort comes up with the ground
23  elevation, a very detailed -- it takes shots
24  everywhere.  There's just a tremendous amount
25  of data points within -- LIDAR is able to

129

1  capture, to a point that it's so much data
2  that it has to be filtered, referred to as
3  mowing routines or as what we said, resampled,
4  based on a 50 -- you know, 10, 20, 50 meter
5  grid because there's so many data points.
6      Q.  The resolution of LIDAR is what?
7      A.  It depends how much the data you
8  have, the original LIDAR data that you have.
9  Our -- Our study -- Our study team, I mean, I
10  have an expert in LIDAR, Dr. Annie Ding, who
11  developed much of the LIDAR in many, many
12  areas, very competent expert in working with
13  that type of data.  And so if you had the raw
14  data, I'm not sure she pulled -- was able to
15  gather -- She usually does all the raw data
16  and then will do quite a bit of resampling of
17  that data and testing of it.
18     Q.  Did you use the LIDAR 2002 data
19  set?
20     A.  Whatever's referenced here is what
21  we used.  I can't tell you exactly what we
22  used.  I have competent, trained people in
23  that data acquisition side.
24     Q.  I asked the question because it
25  doesn't tell me what the data is in the

130

1  report. Maybe we should go back to exhibit 5,
2  which I think is up on your screen there.
3  Maybe not.
4       Can you tell from looking at
5  exhibit 5 what the data is of the LIDAR that
6  you used?
7       A.  It says "Data collection 2002". I
8  don't know. Of course, this would be
9  pre-Katrina.
10      Q.  Are you aware that LIDAR data has
11  been redone since 2002 to correct errors in
12  the 2002 data?
13      A.  I'm sure she is extremely competent
14  with all the data, LIDAR data. In fact, I am
15  almost 100 percent sure she is.
16      Q.  Are you aware that LIDAR data has
17  been redone since 2002 to correct errors in
18  the 2002 data?
19      A.  Me personally? No. But I am sure
20  my staff is. The expert in this area.
21      Q.  Am I correct that LIDAR will only
22  tell you the ground elevation?
23      A.  Yes, you're -- If that's the point
24  by which you're shooting. But if it picked up
25  a house, it'll tell you the rooftop

131

1  elevation. If it actually had raw data.
2       Q.  Does the LIDAR data that you used in
3  your model tell you only the ground
4  elevation?
5       A.  That's what we used it for, yes,
6  ground elevations.
7       Q.  LIDAR data will not tell you the
8  height of the first floor of any building
9  above the ground; correct?
10      A.  Not LIDAR, no.
11      Q.  So I am correct, LIDAR won't tell
12  you that?
13      MR. WIEDEMANN:
14          I think he just answered that.
15      THE WITNESS:
16          That's correct.
17      MR. RAFFMAN:
18          I think he did, too.
19  EXAMINATION BY MR. RAFFMAN:
20      Q.  You say at page 12 that there are
21  uncertainties in the data. What are the
22  uncertainties in the data?
23      A.  Well, there's a lot of data
24  referenced here. All data has uncertainty to
25  it, how accurate it is. I can't tell you some

132

of the accuracy of some of this information.
It's acceptable to be used in the applications
by which we're using them. We're within the
standard, clearly, of any error that's
required to do the type of work we're doing
and using it for. But to be specific to you
and tell you what the standard deviation of
errors are on any of this information, I'd
have to look at each individual piece of
information and see if I can get you that
information.
      Q.  Why did you include that statement
in your report about uncertainties in the
data?
      A.  Because, as an example, here's a
piece of information on the LIDAR. It says
"Missing 15 foot LIDAR tile. Used one-third
arc, USGS DEM and pre-Katrina one foot LIDAR
levee survey". So there may -- There was a
gap in this data. Even IPET acknowledged it.
We had to go back and resample this area,
recreate this based on other information. So
there's some uncertainties by which you as an
engineer have to go back and make sure you
study that you minimize the -- any of the

133

errors within the data sets.
      Q.  Which errors in the data sets did
you consider particularly significant and
requiring minimization?
      A.  Probably mostly topographic work.
Just topography work.
      Q.  Which topography work did you do?
      A.  Well, I think that's one example by
which if we don't have the data we needed, the
data, we had to go figure it out. Okay? Any
time you deal with levees, you need to go find
actual survey data. Okay? So we -- You can't
capture in LIDAR some of the -- the actual
levees, the definition of everything, so you
need some ground survey information which IPET
was able to provide to us from their studies.
Okay. Some of the railroad is another one
that, you know, you're going to miss if you
use LIDAR. Some of the points. So you have
to go back and make sure that you have a
decent profile of those.
      Q.  What did you do to go back and make
a decent profile of the railroad embankment?
      A.  Take the raw data, LIDAR, and see
what the point of elevations are along there

134

1    and make them consistent.
2        Q.   Where is the height of the railroad
3    embankment included in the data that you
4    used?
5        A.   This is the railroad right in here
6    (indicating).  It's kind of hard to see.  But
7    the railroad follows this levee.
8        Q.   And the railroad embankment is how
9    high?
10       A.   I want to say 5 to 6 feet.  Maybe
11   5.  4 to 6 feet in elevation.  Somewhere
12   between 4 and 6 feet in elevation.
13       Q.   And the area that you just outlined
14   in the LIDAR data does not show a line at the
15   4 to 6 foot elevation level, does it?
16       A.   That has been resampled.  I know we
17   have done that on there.
18       Q.   When did you do that?
19       A.   Maybe in August.  I don't know.
20   That they're looking at the data.
21       Q.   The resampling that was done is
22   after this report was prepared.  Am I right?
23       A.   Yeah.
24       Q.   You wrote that time lines of the
25   breaches were obtained from the IPET report.

135

1        MR. WIEDEMANN:
2          Which page are you talking
3        about?  What page are you talking
4        about?
5        MR. RAFFMAN:
6          Well, I have to confess I thought
7        it was in 14, but I don't see it
8        there.  So let me go back.  Yes, I'm
9        sorry.  It's -- I'll tell you what.
10       I'll withdraw the question.  I can't
11       find the quote.  I'll come back to
12       it.
13   EXAMINATION BY MR. RAFFMAN:
14       Q.   Oh, it's on page 12.  I'm sorry.
15   It's page 12.  "The time lines for the
16   breaches were obtained from the IPET report."
17   Do you see that?  From which volumes of the
18   IPET report did you obtain time lines for the
19   breaches?
20       A.   The final volumes.  And actually,
21   you will see the time line in our Appendix B,
22   a copy of it.
23       Q.   All right.  I am going to pull
24   Appendix B out of my file.  So we'll go there
25   right now and mark it Exhibit Number 3.

136

1            The Court Reporter has just handed
2    you what's been marked as Exhibit 3 to your
3    deposition.  Mr. Spinks, is Exhibit 3 a copy
4    of Appendix B to your report?
5        A.   Yes, sir.
6        Q.   Does Appendix B represent the time
7    line for the breaches that you obtained from
8    the IPET report?
9        A.   Part of the information, if not
10   recall.  I believe so.
11       Q.   If you look at the citation page 2
12   --
13       A.   Let me --
14       Q.   Okay.
15       A.   -- step back.  I mean, there's a lot
16   of information we used to determine breach
17   time.  This is something we referenced in
18   helping us understand the breach time, but we
19   also have eyewitness reports.  If you look
20   into our Appendix C, there is a complete time
21   line that would accompany this also to help us
22   determine when breach times occurred.
23       Q.   All right.  I promise I am not
24   trying to be tricky.  I will get to all of
25   that other stuff in due course.

137

1        A.   Okay.
2        Q.   Right now all I want to know is,
3    does Appendix B represent those portions of
4    IPET that you relied on to establish time
5    lines for the breaches?
6        A.   From IPET, yes.
7        Q.   And all of the IPET materials in
8    Appendix B are from either a June, 2006
9    performance evaluation or from volume 4 of the
10   IPET report of March 26, 2007; correct?
11       A.   Yes.
12       Q.   You did not rely on anything that
13   was contained in volume 5 of the IPET report
14   of 2007 for breach time lines?
15       A.   I don't believe so.  I am not 100
16   percent on, you know, whether we didn't look
17   at some other things, too.  But for all
18   practical purposes, this is the time line for
19   breaching.
20       VIDEO OPERATOR:
21         Excuse me, Counsel.  I need to
22       change tapes.
23       MR. RAFFMAN:
24         All right.
25       VIDEO OPERATOR:

138

1    We're off the record. It's
2  3:11.
3    (Recess.)
4    VIDEO OPERATOR:
5      Returning to the record, it is
6  3:20.
7  EXAMINATION BY MR. RAFFMAN:
8    Q.   Okay.
9    A.   Could I just clarify something? I
10 think Appendix B, there is a, in there, an
11 excerpt from their draft or draft final report
12 in here that dates back to their June, 2006.
13 But the majority -- the rest of it is the
14 actual time line in their final report to
15 their March, 2007 report.
16    Q.   And when you referenced the final
17 report, you're referring to volume 4 of the
18 final report; right?
19    A.   Yes, sir.
20    Q.   Not to any other volume of the final
21 report?
22    A.   Not this information (indicating),
23 no.
24    Q.   You wrote at page 13 of your report
25 that it was necessary to resample the source

139

1  DEM data into 164 feet, 50 meter grid in order
2  to optimize the simulation runs. Can you
3  explain what that means?
4    A.   I think I can. The -- The LIDAR
5  data that we have is -- We probably have the
6  raw data, which is lots and lots of data
7  points. In order to make this model run
8  efficiently, that means instead of taking days
9  or weeks to run an analysis, it has to be
10 resampled to a less of a dense grid, a 50
11 meter grid of data points. So that's like
12 putting a data point every 50 meters in
13 elevation along this whole area in order to do
14 this type of analysis.
15    Q.   So the resolution that you have in
16 your model is in 50 meter grids? Right?
17    A.   Correct.
18    Q.   And did you use the same grids as
19 the Dutch used in the Kok study?
20    A.   I couldn't tell you. I'd have to
21 give you that answer later.
22    Q.   The elevations that you used for
23 each 50 meter square are the average elevation
24 within that square?
25    A.   I couldn't tell you how they

140

processed that ground data.
    Q.   You did a rainfall time series
that's shown at page 14?
    A.   Yes, we have obtained rainfall
information.
    Q.   Where did you get the rainfall
information?
    A.   I believe it's referenced there as
well.
    Q.   Did you get rainfall information
from the Dutch?
    A.   We could have. I thought it's -- I
thought we referenced it. I'm not 100 sure.
I swear I had listed it in here. It probably
came for whatever the data source that the
polder study received their information.
    Q.   You say the polder study, you mean
the study done by Kok and his colleagues at
Delft?
    A.   Yes.
    Q.   In fact, if you look at the top of
page 13 --
    A.   Oh, yes. There it is. Yeah. From
Dr. Lee E. Branscom (phonetics).
    Q.   Now, when you modeled the rainfall,

141

did you model run-off and ponding of the
rainfall at any location in the class area?
    A.   It basically distributes rainfall
over the entire area into this and then as
part of its hydrograph capability in the
hydrology moves that rainfall within the
overall area.
    Q.   So as of 5:00 or 6:00 A.M. you had
between 2 and 4 inches of rainfall at that
time; right?
    A.   Cumulative, yes.
    Q.   Cumulative?
    A.   Yes.
    Q.   And your model would reflect
rainfall run-off as part of its analysis?
    A.   Yes.
    Q.   So rainfall running into low-lying
areas such as may have occurred by 5:30 or
6:00 o'clock is reflected in your model?
    A.   Yes.
    Q.   Did you conclude that rainfall
run-off would not have accounted for any of
the water that was seen by eyewitnesses in the
area in the early morning hours of August 29?
    A.   Rainfall run-off was observed within

142

1   the area and yes, was part of the -- one of
2   the contributing factors to the flooding, but
3   probably less than 8 percent of the total
4   volume of water within this area.
5       Q.   With regard to levee overtopping and
6   breaches, you reference a work map shown in
7   exhibit 6.  At the bottom of page 14 you
8   reference that.  What I would like you to do
9   is to help me remove this exhibit.
10          Does the study area work map
11  that's now up on the easel reflect exhibit 6
12  to your report?
13      A.   Yes.
14      Q.   What is exhibit 6?
15      A.   Any time we conduct a study, we like
16  to graphically represent as much information
17  as we can, either in the data that we collect
18  or some of the results.  And what this map
19  here is represents, is as shown in its legend,
20  is a composite of eyewitnesses, stop clock
21  information from IPET, has Team Louisiana stop
22  clock information, where the pump stations are
23  at; it has high water mark locations, maximum
24  water levels.  Then it shows a range of -- to
25  see how reliable those high water marks were.

143

1       Q.   Who decided which high water marks
2   are reliable versus those that are not?
3       A.   IPET in their report had a system by
4   which they classified how reliable their high
5   water marks were.  If they were able to obtain
6   a high water mark inside of a building, they
7   would consider that very reliable because that
8   would not have included wave action.
9       Q.   To your knowledge, did IPET
10  investigators go inside buildings in the Lower
11  Ninth Ward or St. Bernard Parish to take high
12  water marks?
13      A.   I believe there are some that they
14  have very high reliable high water marks.  I
15  would assume yes.  I am not 100 percent sure
16  how that was done.
17      Q.   Do you know how they obtained
18  permission from the owners of the property to
19  get inside and take the water marks?
20      A.   No, I don't.
21      Q.   What are the data points on your
22  work map that confirm that the south breach
23  happened at or before 5:30 in the morning on
24  August 29th?
25      A.   Well, on this particular work map

144

1   here, there is a -- You know, this whole map
2   kind of plays to that.  And I have to say
3   that, because, again, any time we have
4   eyewitness information about the water levels
5   at any of these locations here, when we run a
6   model and they're get- -- we get an
7   understanding from these eyewitnesses when
8   they heard things, we had put into the model
9   when these breaches occurred.  And again, we
10  have to go back and verify.  Well, now, once
11  this breach occurred at 5:30, what is the
12  water level over here.  Is it consistent with
13  what they're reporting.  Is it consistent in
14  Jackson Barracks, what they may be reporting
15  at that point in time.  So we look at the
16  model to see that if that breach occurred as
17  they said, and the timing that, you know,
18  consistent with what your eyewitnesses says,
19  what the stop clocks, then you compare it
20  back; and 5:30 was a -- we believe the time,
21  somewhere around 5:30ish, the time that the
22  south breach occurred.  It matches very well
23  in terms of high water mark elevations.
24      Q.   Well, tell me how high water marks
25  confirm the time of a breach.

145

1       A.   Okay.  Clearly -- Let me give you an
2   example here.  When somebody over here said,
3   "I had water in my house up to this level, it
4   was already up to the rooftop."  Okay?  If the
5   breach occurs, let's say, after that, well,
6   there's not enough time, not enough time for
7   water to move into this area.  That type of
8   volume of water.  And I mean, again, we're
9   looking all the way down here at information
10  (indicating).  And if we're trying to match up
11  what the water level is, that they say the
12  water level and the time frames by which these
13  eyewitnesses are saying they have seen things
14  or they heard things, or actually to the
15  conditions by when the water was in their
16  house up to the rooftops, then we can identify
17  that to the timing of the breach and see that
18  if the breach occurred at that time, would it
19  happen.  It's that iterative process you have
20  to understand.  Because other times -- Let's
21  say we started the time at 7:30.  I think we
22  may have run that.  There's no way you could
23  have water in some of these houses that are so
24  distant away.  It doesn't -- And it's -- It
25  would not be in line with what the

146

1    eyewitnesses heard and saw anyway.
2        Q.   I'm going to come back to a lot of
3    what you just said, but my question was about
4    high water marks and how they confirm timing.
5    Now, you have a lot of high water marks that
6    are marked on your work map with a little
7    symbol that shows like a push pin.  Am I
8    right?
9        A.   These are just maximum high water
10   marks here.
11       Q.   Okay.  So a maximum high water mark
12   that's marked with a push pin is nothing more
13   than how high the water got at some point in
14   the time sequence; right?
15       A.   These may be the maximum the water
16   got.  I believe the maximum elevations as
17   recorded.
18       Q.   All right.  Knowing something about
19   the maximum elevation doesn't tell you
20   anything about the time it got there, does it?
21       A.   And that's not only the reason why
22   we have a study work map.  We have to produce
23   what the actual total water level got to as
24   well and match up.  Okay?  This map is not
25   just for breaches alone.  There's other

147

1    reasons we have this map and are using it.
2        MR. RAFFMAN:
3            Would you read my question back,
4        please?
5            (Requested question read back.)
6    EXAMINATION BY MR. RAFFMAN:
7        Q.   Now I would like you to answer my
8    question.
9        A.   Not if it's only the elevation we
10   have, no.
11       Q.   The marks on your map that are
12   designated by push pins don't relate to the
13   timing of the events; correct?
14       MR. WIEDEMANN:
15           I think he's already answered
16       that.  I object to the form of the
17       question.
18       THE WITNESS:
19           Correct.
20   EXAMINATION BY MR. RAFFMAN:
21       Q.   Okay.  Talking about the timing,
22   which of the witnesses whose testimony about
23   "water levels in my house" at a given time,
24   which of the witnesses that confirmed your
25   breach happened at 5:30 at the south breach?

148

1        A.   At the south breach?
2        Q.   Yes.  I want to focus on the south
3    breach.
4        A.   Appendix C is a time line and notes,
5    try to summarize information that came out
6    through the depositions of witnesses or --
7    that were taken.  And on the right-hand column
8    you'll see "witness and report", which will
9    provide us some time information.  Many times
10   these witnesses also told us where the water
11   was at these particular times in their
12   depositions.
13       Q.   Let's mark Appendix C so we have
14   it.  Exhibit 4.
15           Mr. Spinks, the Court Reporter has
16   handed you what's been marked as Exhibit 4 to
17   your deposition.  Is Exhibit 4 a copy of
18   Appendix C to your report?
19       A.   Yes.
20       Q.   In referring to Appendix C to your
21   report, which of the witnesses whose testimony
22   confirms that the south breach happened at
23   5:30 A.M.?
24       A.   If you look at Miss Carolyn
25   Berryhill, and if you can refer back to my

149

1    report on page 18, that first paragraph
2    outlines Miss Carolyn Berryhill who lived one
3    block east of the IHNC south breach, saw --
4    said that water came up fast between 5:30 and
5    5:45 A.M.  Mr. Kendrick Pounds saw two holes
6    in the floodwall when he woke up at 5:50 and
7    reported that water was already on the floor.
8    Eyewitness Matthew Simmons who lived one block
9    east of the south floodwall breach reported
10   that between 5:10 to 5:40 A.M. the downstairs
11   flooded to the ceiling.  And then supplemented
12   based on IPET information and additional
13   eyewitness accounts, IPET had stated that it's
14   probable that the IHNC south breach occurred
15   at or before 5:30.
16       Q.   As far as you know, the final word
17   from IPET on the timing of the south breach is
18   what's stated on page 18 of your report?
19       A.   Yes.  It's also listed in their time
20   line series of information, which is in our
21   Appendix B.
22       Q.   That time line series in Appendix B
23   that you have just listed, that's the front
24   page from 2006; right?
25       A.   I am talking about the information

150

1 behind it which is out of their final report.
2     Q.  Final report, volume 4.
3     A.  That's correct.  In their final
4 report, volume 4, it states, if you go to page
5 9 of it, I'm taking you back to our Appendix
6 B, --
7     Q.  Right.  And as far as you know --
8     A.  Page 9.
9     Q.  Page 9.  I understand.
10     A.  Okay.  That last paragraph there.
11 State that "In summary for the Lower Ninth
12 Ward," and this is what IPET states, "it
13 appears that flooding began early on Monday
14 morning.  Eyewitness accounts and stop clock
15 data indicate that flood waters began entering
16 the Lower Ninth Ward prior to 5:30 and
17 possibly as early as 4:30.  These early times
18 suggest that the water entered through one or
19 both of the breaches in the IHNC floodwall.
20 The floodwalls overtopped later at about
21 7:30."
22     Q.  Now, what IPET said in that report
23 is that the time suggests that water entered
24 through one or both breaches; right?
25     A.  That's correct.

151

1     Q.  So IPET didn't say both breaches
2 happened by 5:30, did they, in this report?
3     A.  I interpret this as one or both.
4     Q.  You're not aware of any other
5 statements by IPET in any subsequent volumes
6 of the report, say volume 5, 6, 7, 8, 9,
7 whatever volume, that attributes a different
8 time to the south breach?
9     A.  Not that I am aware of.
10     Q.  Now, you have listed the witnesses
11 Berryhill, Pounds, and Simmons.  And I will
12 ask you what other witnesses --
13     A.  Terry Adams, who lives by the pump
14 station, indicated that at 5:00 A.M. his
15 carpet was wet.
16     Q.  I don't want to interrupt you, but I
17 am trying to focus on the south breach.  And I
18 hadn't finished my question.
19     A.  I'm sorry.
20     Q.  All right?
21     A.  I just realized that.
22     Q.  So the other witnesses whose
23 testimony you say confirms the south breach
24 happens at 5:30 A.M.
25     A.  There are other witnesses.  You have

152

1 Ernest Offray.  I know we have considered and
2 we have looked at, in terms of information --
3 I am not 100 percent sure how his information
4 is applied, but I know we have looked at every
5 one of the additional witnesses to see if they
6 have provided any time-related information.
7 But at this point, yes, the ones that we have
8 listed in this series is what we relied upon.
9     Q.  So those are Berryhill, Pounds,
10 Simmons, and Offray; right?
11     A.  Right.
12     Q.  All right.  And leaving witnesses
13 out, what other data points on your study area
14 work map, exhibit 6, prove that the south
15 breach happened at 5:30 A.M.?
16     A.  I think you have -- Again, IPET has
17 information related to C-1 and C-2.  When --
18 And I have to say it like this, but again,
19 when we look at those breach times, we have
20 information that says, hey, this is about what
21 time it happened.  Then the model is run to
22 see if it compares to results of other
23 eyewitnesses when they were flooded within
24 this area.  And if these stage, the elevation
25 of the water level is comparable, then we have

153

1 a certain reliability that the model is
2 predictable.
3     Q.  What other witnesses --
4     MR. RAFFMAN:
5         I did not -- All right.  We're
6     going to let that go.
7     MR. WIEDEMANN:
8         You asked him -- I pointed out to
9     him on the map the number of witnesses
10     he's got.  You asked him was it just
11     those three people.  There's more than
12     three people.
13     MR. RAFFMAN:
14         Well, I am trying to get the
15     witness' answer, not the Counsel's
16     coaching.  And I am prepared to let it
17     pass to get moving.
18     MR. WIEDEMANN:
19         Well, Counsel didn't prepare this
20     map on page 18.  That was prepared by
21     him.
22     MR. RAFFMAN:
23         The map is directly in front of
24     the witness.  He's got eyes and he can
25     see what's on it without his Counsel's

154

1  coaching.  But I am prepared to let it
2  go if you will just let me ask my
3  question.
4      MR. WIEDEMANN:
5      I'm not coaching him.  I just
6  reminded him to look at it.
7      MR. RAFFMAN:
8      The record will reflect what you
9  have done.
10      MR. WIEDEMANN:
11      Okay.  That's fine.
12  EXAMINATION BY MR. RAFFMAN:
13      Q.   What other witness' testimony
14  confirms or verifies or validates that the
15  south breach happened at 5:30 A.M.?
16      A.   And I am going to answer that in the
17  context you're aware that we have all of these
18  additional witness locations in this map.
19  Okay.  And your answer specifically related to
20  the south breach, because as I mentioned when
21  I mentioned Mr. Adams, you said, "I am
22  referring to the south breach only."  Okay?
23  So the reality to that, and I have to answer
24  this, and it's the only right way to answer
25  it, is that we consider all the witnesses'

155

1  information because it's a -- it's a system
2  you -- system evaluation.  It's what happened,
3  you know, how did the breaches occur.  It's
4  not something separate.  It's something that
5  happened over a period of time.  And each of
6  these witnesses are key to understanding the
7  sequence of events.
8      Q.   Well, which witness gave you
9  testimony about a water level at my house that
10  could only have existed if the south breach
11  happened at 5:30 A.M.?  How about we go that
12  way?
13      A.   Every one of these witnesses
14  provided pertinent information to us.  Some of
15  it is summarized in our report as I have
16  mentioned.  Some of it's summarized actually
17  within the report itself.  Some of it's
18  provided to you in this other handout.
19      Q.   Tell me what Cindy Williams
20  contributed of value to your conclusion that
21  the south breach happened at 5:30 A.M.
22      A.   I'm sure -- She has a -- We took --
23  They took a deposition of her.  She gave us a
24  description of the flood event.  And I am sure
25  by her description we were able to obtain some

156

1  information related to her particular
2  understanding of the flood.  I can't give you
3  the specifics as I don't have her deposition
4  in front of me.
5      Q.   Apart from the testimony of
6  witnesses -- Well, let me go back.  Have I now
7  exhausted your ability to tell me whose
8  testimony confirms specifically the 5:30 A.M.
9  breach time?  Or are we done with that today?
10      A.   I think, yes, again, I am trying to
11  be helpful and answer your question.  There's
12  a lot of information.  These eyewitnesses as I
13  mentioned we summarized in our Appendix C and
14  we provided you all the information that we
15  used.  And the eyewitness information here.
16      Q.   So unless you and I go digging
17  through witness transcripts, we're not going
18  to get anywhere else with this today; right?
19      A.   That's correct.
20      Q.   Leaving witnesses to the side, what
21  other data points do you have, stop clocks,
22  photographs, whatever, that confirm the time
23  of the south breach must have occurred at 5:30
24  A.M.?
25      A.   All the information that we used

157

1  from IPET or Team Louisiana, what's ever in
2  those reports that we used helped make that
3  decision on the time of that breach.
4      Q.   Can you think of any particularly
5  persuasive data points that are helpful to you
6  in concluding that the south breach must have
7  happened at 5:30 A.M.?
8      A.   Well, the interior flood hydrograph
9  that we talked about.
10      Q.   Tell me how the interior flood
11  hydrograph --
12      A.   There's IPET's --
13      Q.   Let me finish my question.  The
14  interior flood hydrograph we're talking about,
15  just so we're all on the same page, is figure
16  9 of your report; right?
17      A.   Correct.
18      Q.   Tell me how this interior flood
19  hydrograph helps you confirm that the south
20  breach must have happened at 5:30 in the
21  morning.
22      A.   That is part of the analysis that we
23  have to determine when is the probability of
24  these breaches, when will they -- did they
25  occur.  And if you look at the data points,

158

1  the ones in blue represent IPET's site C-1
2  location, which as shown on this map is right
3  in here (indicating).
4      Q.   Just so that I can be clear, you're
5  pointing to an area that's awfully near the
6  north breach; right?
7      A.   That's correct.
8      Q.   But you're saying that C-1 and C-2
9  is persuasive for the south breach as well?
10     A.   Yes.  Yes.  The water has to fill --
11 I mean, this is the low part of the area.
12 Wherever the breach occurs, the water is going
13 to fill the lowest part of the land.  The
14 lowest part of the land is on the northern
15 side there against the 40 Arpent Levee.  What
16 -- Going back to these data points, there's a
17 C-1 data point here and a C-2 data point, and
18 at those particular locations where they are,
19 generally got information on stop clocks, time
20 photos, and that's what's represented in
21 figure 9.  And we -- our analysis is to look
22 and simulate this condition to see if we can
23 replicate what we believe the flood to be
24 based on actual data like this as well as
25 eyewitness accounts of what happened.

159

1      Q.   All right.  And again I understand
2  what you're trying to do.  I am trying to get
3  from you that evidence that you're relying on
4  that you find particularly persuasive or that
5  you particularly -- you find compelling to
6  support your conclusion that the south breach
7  must have happened at 5:30.  Is there anything
8  else that comes to your mind today?
9      A.   No, not that's outside our report.
10 No.
11     Q.   Well, inside your report.  You have
12 told me -- You referenced a lot of
13 depositions, but I don't have time to plow
14 through each and every one of them.  So as
15 best you can, what other data points are
16 particularly compelling to you, if any?
17     A.   Just the data that we're referencing
18 within our report.  The eyewitnesses, the stop
19 clock information that we have, anything from
20 IPET that we have referenced back into our
21 report, and it's included and summarized on --
22 within our report, our information.
23     Q.   What weir coefficient did you use,
24 if anything, when you modeled the breaches
25 through the north and south breach?

160

MR. WIEDEMANN:
    What was the coefficient?
MR. RAFFMAN:
    Weir, W E I R.
THE WITNESS:
    These models are metrics.  I
believe we used metric units, either a
1 or a 1.8.  Somewhere in between
there.
EXAMINATION BY MR. RAFFMAN:
    Q.   Referring you to page 15 of your
report, the chart that's there, for the north
breach, used an elevation of 1 foot after
breach.  Right?
    A.   After the breach, that's correct.
    Q.   What was that based on?
    A.   Photos, evidence of where the wall
was at.
    Q.   The same for the south breach, 1
foot after elevation?
    A.   Yes.
    Q.   The same basis?
    A.   Yes.
    Q.   You did your own independent
analysis of what the after breach elevation

161

was?
    A.   And I believe we looked at IPET's
information as well.
    Q.   For the south breach, you opened a
793 foot breach instantaneously at 5:30 A.M.,
going from 13.1 foot elevation to 1 foot
elevation.  Am I right?
    A.   Correct.
    Q.   What was the elevation of the water
at 5:30 A.M. in the IHNC?
    A.   Around 10.7 feet.
    Q.   So if I understand it right, you
have a breach geometry at the south breach at
5:30 that's about 9.7 feet tall and about 793
feet wide; right?
    A.   Yes.  10.7 minus 1.  Yeah.
    Q.   Okay.
    A.   Okay.
    Q.   Approximately how many cubic feet of
water per second are going to flow into the
Lower Ninth Ward from that breach once you
open it up?
    A.   I'd have to run the calculations.
    Q.   You have opened up the MRGO
overtopping breaches at location 3 in figure

162

1   4. It says the breach elevations vary and the
2   breach time is at 5:30 A.M.  Do you see where
3   you have done that?
4       A.  Yes.
5       Q.   Those are the breaches that occur
6   along the MRGO over by St. Bernard Parish?
7       A.   Along this levee right along MRGO
8   (indicating).
9       Q.   That's what I was going --
10      A.   This way (indicating), yes.
11      Q.   I was going to ask you to point to
12  that.
13      A.   Yes.
14      Q.   What was the basis for the selection
15  of the elevations and the times that you used
16  in your model?
17      A.   Probably a combination of
18  information.  I mean, we probably based it on
19  pre- and post- actual surveys of the levee
20  from the Corps of Engineers.  Probably checked
21  LIDAR, pre- and post-LIDAR.
22      Q.   What did you use as your input on
23  the timing of the MRGO breaches?
24      A.   IPET's information.
25      Q.   Did you use anything other than IPET

163

1   for the time of the breach start for the MRGO
2   breaches?
3       A.   Not to my knowledge, no.
4       Q.   Now, we talked earlier, you talked
5   about sensitivity of the model to the times.
6   I am not sure I understood you right.  When
7   you did a sensitivity analysis connected to
8   the times, you found that varying the time
9   would not significantly affect the overall
10  water levels.  Am I right?
11      A.   I mean, when you look at time,
12  you're looking at the entire storm duration.
13  And so you're comparing back to actual known
14  areas.  As well as the ultimate water level
15  that -- high water marks.  So yes, it's all
16  part of the verification phase that you're
17  looking at.
18      Q.   But if the south breach happens at
19  7:30 instead of 5:30, your sensitivity
20  analysis suggests that the overall high water
21  marks are going to be pretty similar at the
22  end of the modeling process; right?
23      A.   I don't know if we ran the 7:30
24  option.  I think we probably have done some
25  looking at the later times and we probably had

164

too much water in this area and -- or not
enough water, I'm sorry, into this area that
was actually experienced.  So I can't tell you
exactly on the verification phase.  All's I
know is that we would have look at some times,
different times than just 5:30 for the
verification.
       Q.   But you testified earlier that some
result wasn't very sensitive to time.  Right?
       A.   No, I am not saying that it's not
sensitive to time.  Clearly it is.  When the
opening occurs, it does affect water levels.
       Q.   When the opening occurs, it's
definitely going to affect the time at which
flooding arrives at any given place; right?
       A.   Right.  I think you were referring
to the north breach the last time.  I think we
were mentioning between 4:00 and 4:30 and we
talked about that time.  There may not be a
lot of difference between 4:00 and 4:30
related just to the north breach.  It's a
fairly small breach.
       Q.   Am I right that the timing of the
IHNC breaches vis-a-vis the other breaches
from the MRGO will definitely affect the time

165

at which your model predicts water arrives at
a given location from the IHNC or the MRGO?
       A.   Yes, all of that's a system.  It's
important to understand timing.
       Q.   And am I right that the earlier in
time the IHNC breaches occur, the more that
water from the IHNC will dominate the water
that extends into the polder?  In terms of
time.
       A.   Our analysis shows that, yes, with
those breaches at that time, the water from
the Industrial Canal was within this area up
to Paris Road before 8:20, just basically the
water from the Industrial Canal before MRGO's
water.
       Q.   So the answer to my question is
yes?
       A.   Yes, as I phrased it.
       Q.   If the IHNC south breach did not
occur until 7:00 or 7:30 A.M., then your model
would not show the same degree of penetration
from the IHNC into the neighborhood, right, at
that time?
       A.   It's a hypothetical question you're
asking me.  We'd have to model that specific

166

1  scenario.
2      Q.   You can't answer the question one
3  way or the other?
4      A.   I mean, I'd rather we have the total
5  model that needs to be known.
6      Q.   Let me ask you about the timing of
7  the north breach and the reliance on
8  eyewitnesses.  At page 17 you discussed the
9  north breach.  Does any eyewitness other than
10  Villavasso say that they saw the breach?
11      A.   I'd have to go back to each of
12  these.  There's a whole series of eyewitnesses
13  and they each saw something and they're very
14  detailed.  Mr. Adams could have seen
15  something.  He lives right there by the north
16  breach.  I know his carpet was wet at 5:00.
17  He probably had a whole lot of other things to
18  say as well.  Yes, I'm sure the eyewitnesses
19  have information in their depositions.
20      Q.   As you sit here today, are you aware
21  of any witness other than Villavasso who says
22  he saw the breach?  Or she?  The north
23  breach?
24      A.   No, not in that I -- No.
25      Q.   Was there anything in the Villavasso

167

1  deposition which suggested to you that the
2  time at which he saw the breach could have
3  been as late as 5:00 or 5:30 at the north
4  breach?
5      A.   No.  And I -- I am not sure if I
6  remember everything out of his deposition.  I
7  don't want to misquote their deposition.
8      Q.   When I stay silent for this long, it
9  means I'm cutting out questions and making it
10  short.  Bear with me.
11          I think I have asked most of the
12  rest of the questions I had on section 2 of
13  your report, so let's turn to section 3.
14          Actually, before I do that, are
15  you opining at all about the barge and its
16  arrival in the Lower Ninth Ward?
17      A.   Repeat that question?  I'm sorry.
18      Q.   Does your opinions and conclusions
19  in this case include any opinion or conclusion
20  about the barge and the time that it
21  arrived --
22      A.   No.
23      Q.   -- at the wall?  You're not making
24  any conclusions about the time the barge
25  arrived at the wall; right?

168

1      A.   Right.
2      Q.   You're not making any conclusions
3  about the time that the barge arrived in the
4  Lower Ninth Ward, are you?
5      A.   No.
6      Q.   Other experts will make those
7  conclusions; right?
8      A.   I would assume.
9      Q.   You have not presented results in
10  your model that separate the effect of the
11  north breach from the south breach; correct?
12      A.   Right.  Our analysis is a complete
13  system.
14      Q.   So your model does not say or
15  predict what water got to a particular
16  location from the north breach as opposed to
17  the south breach?
18      A.   We're talking about the IHNC right
19  now?
20      Q.   Yes.
21      A.   There would be no reason to have
22  that separated in our opinion.
23      Q.   Why is there no reason to have that
24  separation in your opinion?
25      A.   It's water from the Industrial Canal

169

1  moving into an area.
2      Q.   Would you agree with me that the
3  north breach and the south breach were
4  separate events?
5      A.   No, it's all part of one event.
6      Q.   What is the one event that it's all
7  part of?
8      A.   The whole storm, the Katrina storm.
9  It's a system analysis of the complete area.
10  It's to understand how this storm and the
11  effects of this storm and these breaches are
12  in the flooding of the Ninth Ward and St.
13  Bernard Parish.
14      Q.   Your analysis doesn't purport to
15  tease out flooding that's caused by the barge
16  as opposed to flooding that comes from Katrina
17  from mechanisms other than the barge, does
18  it?
19      A.   I am not sure what you're referring
20  to as barge.  Are you saying the breaches?
21  We're looking at the breaches that occurred
22  along the IHNC.  Okay?
23      Q.   To have any relevance to this case
24  at all, doesn't your analysis have to assume
25  that the barge created both the north breach

170

1  and the south breach?
2      A.  Well, I understand that that's part
3  of --
4      MR. WIEDEMANN:
5          Excuse me.  I am going to object
6      to the form.  You just asked him a
7      while ago to eliminate his opinion
8      concerning the barge and he said his
9      opinion did not relate to the barge.
10     It relates to somebody else.  Now you
11     want to ask him about the barge.  You
12     want him to talk about the barge?
13     MR. RAFFMAN:
14         I want him to answer my question
15     if he can.
16     THE WITNESS:
17         Repeat the question so I can
18     understand it.
19     MR. RAFFMAN:
20         Read it back.
21  EXAMINATION BY MR. RAFFMAN:
22     Q.  Actually, I'll tell you what.  I'll
23  withdraw that question.  Come back.  I'll ask
24  it in a way that maybe even your Counselor
25  will allow you to answer.

171

1          When you modeled the north breach,
2  you modeled it separately from the south
3  breach; right?
4      A.  It's not modeled separately.  It's
5  part of the model.
6      Q.  You assigned it a different time
7  from the south breach; right?
8      A.  Yes.  They all have -- physically
9  are different as well as time, the whole
10  entire system is modeled.
11     Q.  You assigned the north breach a
12  different time from the south breach; right?
13     MR. WIEDEMANN:
14         He just answered that.
15     Objection.
16     THE WITNESS:
17         Yes.  That's -- Yes.
18  EXAMINATION BY MR. RAFFMAN:
19     Q.  And you assigned the north breach a
20  different configuration from the south breach
21  also; right?
22     MR. WIEDEMANN:
23         He just answered that.  Different
24     times, different configurations.  He's
25     already answered it.

172

1      THE WITNESS:
2          Yes.
3  EXAMINATION BY MR. RAFFMAN:
4      Q.  But your report treats those two
5  breaches, the Industrial Canal breaches
6  together in contra-position to the breaches
7  from the MRGO; right?
8      A.  We, for report presentation
9  purposes, were providing you an analysis by
10  which how this flood event occurred.  Okay?
11  And the reason they're separate is because
12  that's how this flood event occurred.  This
13  flood event is represented by water moving
14  from the Industrial Canal into the Lower Ninth
15  Ward, St. Bernard Parish, and then water
16  moving in from MRGO, and there are two forms
17  of water moving in to flood this complete
18  area.  So we're providing you a picture of a
19  simulation of how this -- we believe this
20  flood to have occurred based on the
21  information we have.
22     Q.  Are you aware of the contention in
23  this case that the Plaintiffs make about the
24  responsibility of my client, Lafarge North
25  America, for the damage that they suffered?

173

1      A.  No.
2      Q.  Has anybody ever told you that this
3  case involves a barge which is alleged to have
4  created both the north and the south breaches?
5      A.  Yes, I am aware of that.
6      Q.  In fact, you knew that from the time
7  you started working on this case; right?
8      A.  That a barge impacted this wall?
9  Yes.
10     Q.  That a barge is alleged to have
11  caused the flooding that you are modeling.
12  You knew that when you started work; right?
13     A.  Yes.
14     Q.  Now, if the barge didn't cause both
15  breaches, your presentation does not tell
16  anyone who reads it which water was caused by
17  the barge versus that which was caused by
18  something else.
19     A.  My presentation has nothing to do
20  with the barge.  It has -- It's a presentation
21  of what happened during this event.  It has
22  nothing to do with whether a barge -- I
23  understand the factors by which maybe these
24  breaches had occurred, but the presentation is
25  a sequence of flooding as to how the flood

44 (Pages 170 to 173)

174

1  happened of the Lower Ninth Ward.
2     Q.   Well, the first water to come into
3  the neighborhood through a breach came through
4  the north breach; right?
5     A.   Correct.
6     Q.   And if the barge didn't cause the
7  north breach, then the first water to come
8  into the neighborhood was not caused by the
9  barge; right?
10       MR. WIEDEMANN:
11          I object to that question.
12       That's argumentative, and it's not
13       part of his presentation.
14       THE WITNESS:
15          I am strictly looking at the
16       breach itself.  The breach occurred on
17       the north we believe at 4:00 o'clock.
18       The next breach occurred on the south
19       breach at 5:30, and there are multiple
20       breaches along MRGO.  Some were
21       starting at 5:30, different times.
22  EXAMINATION BY MR. RAFFMAN:
23     Q.   If you take a location anywhere in
24  the Lower Ninth Ward, take a house, does your
25  model tell how much of the water that's

175

1  arriving at that house came from the north
2  breach versus the south breach?
3     A.   No.
4     Q.   Take a look at the flood model
5  simulation that you've done at section 3.
6  This is at pages 20 through I guess through
7  21.  Could you narrate for us the story that
8  your modeling tells?
9     A.   You're aware that we provided a
10  movie clip or a clip of a video that shows the
11  sequence of flooding within the St. Bernard
12  Parish.  These are excerpts at time of --
13  during Hurricane Katrina, I believe starting
14  at midnight on August 29th and progressing
15  through time showing where -- what areas would
16  be flooded.  And you can see at the 4:00 A.M.
17  time frame the areas being dominated
18  predominantly by rainwater.  4:30 is a
19  combination of rain, plus you could see the
20  north breach occurring -- starting to affect
21  the area in the Ninth Ward.  By 5:00, you
22  could see again the extent of where the
23  ponding from the north breach is affecting.
24     Q.   Let me stop you there.  And I
25  apologize for the interruption, because I

176

1  recognize I asked you to do a narration.  But
2  it may go faster if I ask questions
3  intermittently throughout the narration rather
4  than going all the way back.
5          At 5:00 o'clock you have water
6  projecting from the north breach into the
7  Lower Ninth Ward in this visual snapshot;
8  right?
9     A.   Yes, sir.
10     Q.   Your model does not tell the
11  velocity at which that water is projecting
12  into the Lower Ninth Ward, does it?
13     A.   I'm not sure of the relevance of
14  what -- velocity.  You'll have the explain
15  that to me.
16     Q.   Earlier you showed me up on the map
17  an area very near the inside of the breach
18  where all the homes seemed to be washed away.
19  Do you remember showing me that?
20     A.   Yes.
21     Q.   There is a small area inside the
22  north breach where all the homes seem to be
23  washed away; right?
24     A.   I am not 100 percent -- I don't know
25  that.

177

1     Q.   Do you think it's fair to say that
2  some of the homes inside the north breach were
3  washed away before the south breach happened?
4     A.   It's possible.
5     Q.   Why don't you pick up your narration
6  at 5:45 and go to the next couple of --
7     A.   Okay.
8     Q.   -- slides.
9     A.   At 5:45, again, the south breach had
10  occurred, but again, the water is in the Ninth
11  Ward and that lower section there; still
12  rainwater is dominating the area.  At 6:00
13  A.M., and again the breaches have all occurred
14  and you're seeing where the water level -- the
15  extent of the water level by the model's
16  information.  Where did you want me to --
17     Q.   Well, I'll stop you there at 6:00
18  A.M.  At the time that -- at 5:45 A.M. your
19  modeled water depth in the Lower Ninth Ward is
20  somewhere in the neighborhood of 8.2 feet.  Am
21  I right, referring to Appendix C?
22     A.   At -- At what time?
23     Q.   5:45 A.M.
24     A.   Which one are you looking at?  I'm
25  sorry.

178

```
 1    Q.  Well, I want to --
 2    A.  I see a 5:30 time frame and I see a
 3  5:30 to 6:00 time frame.
 4    Q.  Well, let's ask you about the 5:30
 5  to 6:00 time frame.  I am trying to match up
 6  --
 7    A.  Okay.
 8    Q.  -- your 5:45 and 6:00 o'clock.  And
 9  we can go with 6:00 o'clock if you like.  My
10  question is, where in the Lower Ninth Ward do
11  you have water depth up to 8.2 feet at 6:00
12  o'clock?
13    A.  At the -- In the lower back half
14  (indicating).  Through here.  Probably depths
15  of around 8 feet back in the back.
16    Q.  When you say depths of 8 feet, are
17  you talking about 8 feet above sea level or 8
18  feet above ground level?
19    A.  Ground level.  These are depths, not
20  elevations.  The land topography, you know,
21  slopes toward the 40 Arpent Levee.
22    Q.  So as of 6:00 o'clock A.M. your
23  model does not predict depths above ground of
24  over 8.2 feet?
25    A.  That's what this -- You know, we're
```

179

```
 1  showing an 8.2.  It varies from location to
 2  location.  We can provide you that, but we'd
 3  have to deal with the model.
 4    Q.  At 6:00 o'clock A.M. your flood
 5  water is entering Arabi?  Is that right?
 6    A.  Yes.
 7    Q.  And I take it that the part of Arabi
 8  that the flood water is entering is the lowest
 9  part that's toward the northern part of the
10  district?
11    A.  It appears that way, yes.
12    Q.  All right.  Continue with the
13  narration.  What happens between 6:00 o'clock
14  and 7:00 o'clock in your model?
15    A.  Well, as you could see here, between
16  6:15 A.M. and 7:15 -- you know, after 6:15
17  A.M. you start beginning to see where MRGO's
18  influence is on the 32,000 acres.  It's really
19  filling that whole area up.  Still not
20  overtopping the 40 Arpent Levee.  You'll see
21  that the Lower Ninth Ward, St. Bernard Parish,
22  the extent of it by 7:45 is really moving
23  closer to Paris Road.
24    Q.  Let me stop you there.  You're now
25  looking at page 21 and the slide that says
```

180

```
 1  7:45 A.M.  Right?
 2    A.  Correct.
 3    Q.  And what's happening is that there's
 4  a whole large blue area that represents the
 5  water coming from the MRGO into the wetlands
 6  outside the 40 Arpent Levee; right?
 7    A.  Yes.
 8    Q.  What is the elevation of the --
 9  whatever it is that's at Paris Road that is
10  stopping that water?
11    A.  I -- I can give you a general
12  elevation.  Probably above 7.  It's -- I don't
13  know where -- Where did you put the other
14  maps?  And it's not just so much elevation
15  that's stopping it.  Again, you have to
16  remember it's volume, how much volume of water
17  that is there.  It's not that it's -- You have
18  to fill an area up.
19    Q.  I guess my question is, you have got
20  this graph at 7:45 that has a really big blue
21  area that stops at Paris Road and then a
22  little light blue and pink area that's over to
23  the west of Paris Road in this wetland.  My
24  question is why is this Paris Road serving to
25  stop the water from going into the wetlands to
```

181

```
 1  the west?
 2    A.  I'm going to refer to a map here.
 3  As you could see here, the elevations are much
 4  higher as you get close to Paris Road.  This
 5  is a natural ridge line (indicating).  The
 6  blues and the greens represent much shallower
 7  elevations.  And, of course, as it gets to the
 8  Mississippi, the elevations extend.  You can
 9  see the brown means much higher in
10  topography.  And if you look at the browns,
11  you know, you're talking about 6 to 8 feet and
12  almost 10 feet in height elevation.  So you
13  have an 8 to 10 foot height range right here
14  at Paris Road.  So anything that's coming into
15  this area is being stopped here (indicating).
16    Q.  Now, I see you have got your hand on
17  the ridge line that's in the populated area of
18  St. Bernard Parish; right?
19    A.  Yes.
20    Q.  My question is about the part of
21  Paris Road that extends into the wetlands and
22  in your graph stops the water from moving west
23  to east within the wetland to the part of the
24  40 Arpent Levee that's immediately to the
25  north of Arabi.  How high is the ridge line of
```

182

1  Paris Road that extends out into the wetland
2  north of Florida Avenue?
3      A.   This section appears to be close to
4  10 feet in elevation (indicating) through
5  here.
6      Q.   Does that 10 foot section extend all
7  the way across to the MRGO?
8      A.   I don't know.  I mean, there looks
9  to be like a fairly high high ridge point in here,
10 some entering, but, yeah, there seems to be
11 some topographic differences there.  I
12 couldn't tell you exactly.
13     Q.   In your model, at least, there is a
14 barrier that serves to stop the water moving
15 from the MRGO breaches into the wetland from
16 getting to the 40 Arpent Levee north of
17 Florida Avenue and west of Paris Road; right?
18     A.   That just may appear that way.  I am
19 not -- I'd have to look into a little bit more
20 details on the topography through there.  But
21 I see what you're saying.  But again, it's a
22 volume versus space relationship here.  It
23 doesn't appear you have overtopping of MRGO up
24 on that side filling it up and that the water
25 is moving around, because by 8:20, even though

183

1  it's beginning to overtop the 40 Arpent Levee,
2  it is moving around also in the area around
3  Paris Road.
4      Q.   But if Paris Road did not form a
5  buffer in the wetland, then you would have
6  more water being distributed west into the
7  wetland north of the 40 Arpent Levee and west
8  of Paris Road.
9      A.   Yeah, but again, that's very
10 hypothetical.  This is data, this is digital
11 elevation model data that is being used that
12 was obtained, used by IPET, used by everybody
13 in order to do this type of analysis.  So
14 you're just -- I can't tell you any elevation
15 is different, because this is the data that
16 has been used.  So if you change the data,
17 anything can happen.
18     Q.   What's the source of the digital
19 elevation data that shows the height of the
20 ridge line of Paris Road north of the Florida
21 Avenue and 40 Arpent Levee?
22     A.   Whatever's referenced within our
23 report.
24     Q.   And the resolution of that data is
25 fine enough to reflect the height of that

184

ridge line?
    A.   I'm sure it is, yes.
    Q.   Well, I interrupted you as you were
narrating what's going on around 7:45.  I'll
let you continue your narration.  We'll have
one of our helpers fold the map for us, or
I'll do it off camera.
    A.   You could see through 8:20 and at
8:30 basically the influence of MRGO to come
into the St. Bernard Parish.  Basically
further east in the Ninth Ward and St. Bernard
Parish, you have water moving in from MRGO
over the 40 Arpent Levee through this area --
begins to come over at 8:20 and 8:30.  And why
this is important for us to understand is that
when do the waters actually merge within the
area that flooded the St. Bernard Parish.
Because right now by 8:30, really the water
that's in here is from the Industrial Canal.
At 8:30, with this overtopping, you start
getting water from MRGO into this area
(indicating).
        If you read through a lot of the
documentation, they will show it says that the
marsh grasses are very evident along the

185

structures in here (indicating), but nothing
over here (indicating).  And again, that's
because the water is still continuing to build
up and it's beginning to merge together at
about 9:00.  And that's what's represented
within --
    Q.   That's the story that your modeling
tells?
    A.   Uh-huh (affirmatively).
    Q.   All right.  In your model it says
the IHNC flood water reaches Jackson Barracks
at 8:00 A.M.  Do you see that?  Appendix C?
    A.   Okay.
    Q.   And where is Jackson Barracks on the
study --
    A.   Which one are you reading?  Which
particular item?
    Q.   I am looking at the 8:00 A.M. entry
that says "Event, IHNC flood water flows east,
spreads southward and reaches Jackson
Barracks."
    A.   Again, at 8:00 A.M., this is the
high point.  It doesn't mean the water hasn't
spread over here.  It still has to come up to
this elevation.  Jackson Barracks, of course,

186

1  in here is at one of the highest points within
2  the area (indicating).  We would believe you
3  wouldn't see water until about 8:00 A.M. with
4  the breaches.
5      Q.   You say at page 22 that the IHNC
6  water and the MRGO water merge at Delille
7  Street three blocks west of Paris Road.  Is
8  that right?
9      A.   Yes.  That's what we say.
10      Q.   So within the class area, which
11  extends all the way out to Paris Road -- Do
12  you understand that the class area extends all
13  the way from the Inner Harbor Navigation Canal
14  to Paris Road?
15      A.   Generally speaking, yes.
16      Q.   Within the class area there's three
17  blocks west of Paris Road where the water got
18  there from the MRGO before it got there from
19  the IHNC.  Right?
20      A.   The ridge line, you know, it's not
21  just a straight line.  We're just, relatively
22  speaking, we're about -- you know, if you look
23  at the southern end, we're about three
24  blocks.  But if you're on the northern end,
25  you may be at Paris Road at the northern

187

1  side.  So, I mean, it's -- we're just giving
2  you the true topographic features of where
3  you're at.
4      Q.   Your model shows that there's some
5  houses in the class area where the MRGO water
6  got there first.  Right?
7      A.   I don't know.  If that's what you
8  say.  I haven't pointed any of that out in my
9  report.
10      Q.   Well, if there are any homes or any
11  buildings east of that ridge line that you
12  have pointed to, but west of Paris Road, those
13  homes will have been hit by MRGO water before
14  the IHNC water.  Isn't that right?
15      A.   We can get the depths at the
16  particular times.  And what time are you
17  referring to?  Are you talking about 8:30?
18  Are you talking about 9:00?
19      Q.   I guess whenever the first water got
20  there, huh?  The first water got to some homes
21  from MRGO before it got to the IHNC in that
22  three block area or whatever block area west
23  of Paris Road but east of Delille Street.
24      A.   If you could -- You know, again, it
25  has to be analyzed.  But yes, we could tell

188

1  you the extent.  We have mapped the extent on
2  this other map here.
3      Q.   Well, I will let you -- Let's remove
4  the clips.
5      A.   This is actually at 9:10.  This is
6  --
7      Q.   Let me ask a question first.
8      A.   Okay.
9      Q.   Does the chart that's up on the wall
10  now reflect exhibit 7 to your report?
11      A.   Yes.
12      Q.   What is exhibit 7 to your report?
13      A.   It represents the modeled water
14  depth on August 29, 2005 at 9:10 A.M.  And it
15  represents the area of what we have been
16  looking at.
17      Q.   Does your exhibit 7 show any areas
18  west of Paris Road where the first water came
19  from the MRGO and not the IHNC?
20      A.   Are you referring to this area in
21  here (indicating)?
22      Q.   The area that you've pointed to.
23      A.   This is Paris Road (indicating).
24      Q.   Right.
25      A.   Correct?

189

1      Q.   All right.
2      A.   Just help me understand.
3      Q.   I believe that's Paris Road.
4  Doesn't it say it's Paris Road right there in
5  the upper part of the chart?
6      A.   So are you referring -- And what we
7  said is that the flood waters from the IH --
8  IHNC reached a ridge line through here before
9  they started to merge (indicating).
10      Q.   And you also found that the area to
11  the right, that you've got your hand on, is
12  west of Paris Road, but that got water from
13  the MRGO before it got water from the IHNC.
14  Isn't that true?
15      A.   At this location here (indicating)?
16      Q.   Well, you can put your hand all the
17  way down the line.
18      A.   Or this area here (indicating)?
19      Q.   Yes.
20      A.   Okay.  I mean, clearly we're --
21  that's what we're saying, is MRGO's water,
22  they're beginning to merge.  I mean, at some
23  point, you can't -- You know, at some given
24  point the merging of these waters are
25  occurring.  Okay?  So we're giving you flood

190

1  depths that we believe in this at a certain
2  period of time, which is 9:10.  It just so
3  happens we know that at 9:10 that the water up
4  through here (indicating) is through the
5  Industrial Canal.  We know that this is MRGO
6  water.  And so yes, this would be probably the
7  majority MRGO water right here on the line
8  (indicating) right here at Paris Road.
9      Q.   And extending for three blocks or so
10 west of Paris Road according to your report,
11 page 22; right?
12     A.   According to that, yes.
13     Q.   I am going to move forward.  In
14 figure 9, a couple of clean-up questions.
15 What is represented by the water level in feet
16 on the X axis of this graph?  And to be more
17 specific, is it the depth of the water at a
18 given location or is it the elevation above
19 sea level?
20     A.   The water level on the Y axis should
21 be the depth.  A lot of these are clocks.
22     Q.   You're telling me the Y axis is not
23 representing the elevation above or below sea
24 level?  It represents water depth at a given
25 location?

191

1      A.   It may be actually elevations, since
2  there's a negative.  It may be actually the
3  elevation, yeah.  Mean sea level, NAVD.
4  Because when we referenced water depth, we
5  actually reference it as water depth with a
6  zero axis.
7      Q.   I just --
8      A.   Okay.
9      Q.   -- wanted to get clear on what it
10 was.
11          What is the reference to OP5, pump
12 station 5 that's in figure 9?
13     A.   That is the pump station located at
14 the IHNC and Florida Avenue.
15     Q.   Was there a clock there or some
16 other hydrograph there?  Tell me what was
17 there.
18     A.   There was a survey I believe that
19 IPET did of the water level at a particular
20 time in that pump house.  It was 1.88 feet,
21 the slab elevation.  They said water began to
22 enter the building at 5:30 and the slab was
23 measured I believe at an elevation of 1.88
24 feet in elevation.
25     Q.   What is the location of the green

192

1  square in Chalmette?  Where in Chalmette is
2  that green square represented physically?
3      A.   I don't know.  I'd have to look.  On
4  figure 10.
5      Q.   Yes.
6      A.   It may be referring to area 3 or 4,
7  somewhere in there.  I'd have to get the exact
8  location that would have shown that.
9      Q.   Let's ask about -- Let's -- What is
10 figure 10?
11     A.   IPET picked up high water mark
12 locations across the area and all the dots
13 represent high water mark locations that were
14 picked up by IPET throughout the region.  They
15 are separated out into regions or areas for
16 our purpose.
17     Q.   And are these the high water marks
18 that are noted with push pins on your exhibit
19 6 which I am now going to put back up?
20     A.   Yes, I believe so.
21     Q.   Did you use all of the IPET high
22 water marks on this big map that's exhibit 6?
23     A.   I don't know.
24     Q.   I want to make sure I am reading the
25 exhibit 6 right.  I want you to look in the

193

1  sector which I think is sector 2 near a pump
2  station called Jean Lafitte on exhibit 6.
3  Locate that.  Point to it.
4      A.   Here is your pump station
5  (indicating).  Okay.
6      Q.   All right.  Am I right that within
7  the sector near that pump station you have got
8  one high mark of 7.1 feet?  Could you point to
9  that on the map?
10     A.   Yes.  (Indicating).
11     Q.   You have got another high water mark
12 of 8.9 feet  Can you point to that?
13     A.   Yes.  (Indicating).
14     Q.   You have another high water mark of
15 I think 10 feet?
16     A.   (Indicating).  That's over here.
17     Q.   And then another high water mark
18 somewhere around 11.9?  Do you see that?
19     A.   Yes.  (Indicating).
20     Q.   So each of those high water marks is
21 found within a several block sector of St.
22 Bernard Parish to the west of Paris Road.
23     A.   Several miles, yes.  I mean, that's
24 not like walking across to your next door
25 neighbor and here's your house.  That's many

194

1 miles away.
2    Q.   Why don't you -- Is it -- Many miles
3 away?  How many miles is reflected by the
4 distance between --
5    A.   Between --
6    Q.   Let's say the 7.1 and the 11.9.  Why
7 don't you find those two and tell me how many
8 miles that is.
9    A.   At least a mile apart.  A little
10 more than a mile apart.
11       VIDEO OPERATOR:
12       Excuse me.  I've got to change
13 tapes.
14       MR. RAFFMAN:
15       Change tapes.
16       VIDEO OPERATOR:
17       Off the record, it is 4:45.
18       (Recess.)
19       VIDEO OPERATOR:
20       Returning to the record, it's
21 4:46.
22 EXAMINATION BY MR. RAFFMAN:
23    Q.   Explain to me figure 11 in your
24 report.
25    A.   What figure 11 represents is trying

195

1 to put together some kind of -- all the
2 different observations of high water levels,
3 and when we compute a stage within our model,
4 we compute a single elevation of the whole
5 area based on the model, ultimate water
6 surface elevation.  And what this map
7 represents is where were we relative to all
8 the high water marks that were being
9 recorded.  Now, you've got to keep in mind,
10 some of these high water marks are not that
11 reliable.  Some are.  Okay?
12    Q.   Some of the high water marks in fact
13 reflect waves; right?
14    A.   No.
15    Q.   No?
16    A.   No.
17    Q.   What makes a high water mark more or
18 less reliable?
19    A.   Probably -- The inside -- You know,
20 when they were able to look at the inside
21 clear, you know, it was a better, you know --
22 from their standpoint, they could get inside
23 the house, so that the wind, you know, there
24 wasn't something just pushing debris up on it,
25 you know.  But I am not talking about big

196

1 waves here.  You know, I don't see -- I didn't
2 see them concerned that there were some 2 foot
3 waves.
4    Q.   Am I right that your model projects
5 a water level that is as much as 5 feet higher
6 than the high water mark found within location
7 2?
8    A.   Which one?
9    Q.   There is one high water mark in
10 location 2 that's about 7 feet; right?
11    A.   Okay.
12    Q.   And so your high water projection is
13 about 11 feet; right?
14    A.   Elevation, yes.
15    Q.   Elevation.  So the elevation in that
16 case, your elevation is 4 feet higher than the
17 high water mark of 7.1; right?
18    A.   That's at this location here
19 (indicating).
20    Q.   All right.  How do you explain the
21 difference between the projection you made and
22 the high water mark observed at that
23 location?
24    A.   Sometimes the data is not that
25 accurate that you're getting.  I could tell

197

1 you our modeled elevation of 11.1 is the
2 modeled elevation that IPET got in their
3 analysis of 11.1 as well.
4    Q.   Your model agrees with the IPET
5 model about the high water elevations; right?
6    A.   Yes.
7    Q.   Does your water also agree with IPET
8 regarding the time sequence of flooding?
9    A.   I am not sure if I can answer that.
10 Because I need to do a little more research
11 into IPET's -- if they have any time sequence
12 of flooding.  I know on the maximum level.
13    Q.   Let's turn to 4.0, the flood model
14 simulation scenarios.  Would you explain what
15 you did in the flood model simulation
16 scenarios?
17    A.   One of the things we wanted to look
18 at was, just like IPET looked at this, too,
19 what would have happened with and without
20 breaches along the IHNC as well as MRGO, and
21 then no breaches at all; how would this area
22 have responded.  And one of our goals in
23 looking at this is these scenarios have been
24 studied also by IPET and others, and to see if
25 our model was predicting some fairly close

198

1  information.  It also gave us a view of how
2  much water along the IHNC contributed to the
3  area as opposed to MRGO water.
4      Q.   And when you say how much the water
5  from IHNC contributed as opposed to MRGO
6  water, in this case you're referring to the
7  ultimate contributions of water to the flood;
8  right?
9      A.   As well as throughout time.
10     Q.   Do you know whether the Dutch
11  modelers in the Kok study did a similar
12  study?
13     A.   They looked at some scenarios as
14  well.  I am not sure if they looked at these
15  exact ones.  But yes, they looked at some
16  scenarios.
17     Q.   Do your conclusions regarding the
18  timing of the flooding match those that were
19  made by the Dutch?
20     A.   I don't know.  I didn't compare back
21  to them.
22     Q.   So the first scenario that you
23  modeled -- Well, you modeled -- Let me go
24  back.  You have five locations for which you
25  modeled four scenarios.  Am I right?

199

1      A.   Yes.
2      Q.   Of the five locations for which you
3  did this modeling, which of them are in the
4  class area?
5      A.   1 and 2.
6      Q.   Location 1 is just inside the Lower
7  Ninth Ward towards the northern part of the
8  area; right?
9      A.   Correct.
10     Q.   Location 2 is in St. Bernard Parish
11  east of Arabi, but west of Paris Road; right?
12     A.   Right.
13     Q.   Throughout this whole line of
14  inquiry I am going the talk about location 1
15  and location 2 and we both understand each
16  other, I am referring to the locations
17  reflected in figure 12 of your report.  Do you
18  understand that?
19     A.   Yes.
20     Q.   Now, at location 1 your results are
21  presented in figure 13 at the bottom of page
22  26?
23     A.   Correct.
24     Q.   And the first scenario, all causes
25  is represented by the black line on that

200

graph?
    A.   Yes.
    Q.   Those are the water levels your
model projects at this location on the
assumption that you have all of the IHNC
breaches, all the MRGO breaches, and
overtopping and rain; am I right?
    A.   Correct.
    Q.   Scenario 2 is your projection if you
have all of the IHNC breaches, overtopping and
rain, but not the MRGO levee breaches; right?
    A.   That's correct.
    Q.   When you modeled the IHNC breaches,
you modeled both the north and the south
breach together and did not break them out
separately; right?
    A.   That's correct.
    Q.   And with the IHNC breaches at this
location, that's represented by the orange
line; right?
    A.   Okay.
    Q.   As opposed to the pink line which
represents MRGO; right?
    A.   Yes.
    Q.   With the IHNC levee breaches at this

201

location, you arrive at a maximum water level
of about 11.1 foot in depth that then is
projected throughout the rest of the event;
right?
    A.   At the time, yes, that intersects
with MRGO.
    Q.   All right.  But when you model
scenario 2, IHNC but no MRGO, the water level
does not get over 11 feet in depth; correct?
    A.   Yes.  That's hypothetical, you
understand.  Okay?  This is just a scenario.
That's not what actually happened.  What
actually happened is all causes.
    Q.   All right.  I am just asking about
the projection you made.  You ran your model
with just the IHNC breaches, and your model
showed that the water got to 11 foot in depth
at location 1; right?
    A.   Yes, hypothetically that's what
would happen.  Yes.
    Q.   And you ran your model with just the
MRGO breaches, closed up the IHNC breaches and
you ran the model with just the MRGO breaches
and overtopping and rainfall.  And that's
what's the pink line in this report; right?

202

1    A.   Correct.
2    Q.   When I look at the pink line, with
3  just the MRGO breaches but not the IHNC
4  breaches, you arrive at maximum water levels
5  in the neighborhood of 15 feet going down to
6  14 feet; right?
7    A.   Yes.
8    Q.   Would you agree with me there's
9  about a 4 foot difference at this location
10 between what you get modeling just the IHNC
11 breaches, the orange line, and what you get
12 with all causes and with the MRGO breaches?
13      MR. WIEDEMANN:
14        Hypothetically.
15 EXAMINATION BY MR. RAFFMAN:
16   Q.   Just asking about this graph.
17   A.   Yes.
18   Q.   This is what your modeling shows.
19   A.   Yes.
20      MR. WIEDEMANN:
21        Just for the record, the
22      modeling, as he testified, was -- did
23      not come from this.
24 EXAMINATION BY MR. RAFFMAN:
25   Q.   The modeling shows that the MRGO

203

1  breaches would have flooded this location to a
2  depth of over 14 feet regardless of the Inner
3  Harbor Navigation Canal breaches; right?
4    A.   Based on that scenario, yes.
5    Q.   So the net effect of the Inner
6  Harbor Navigation Canal breaches at this
7  location is to hasten the flooding by a couple
8  of hours in the sense that you get to 14 feet
9  faster with the IHNC breaches than without
10 them; right?
11   A.   It can be interpreted that way.  But
12 again, that's a hypothetical.
13   Q.   Without the IHNC breaches you would
14 get to the same water level, but just a couple
15 of hours later.
16   A.   Okay.
17   Q.   And as you say at page 26, "The
18 levee breaches along MRGO would have
19 completely inundated the Lower Ninth Ward and
20 St. Bernard Parish sometime later than what
21 actually happened during Hurricane Katrina."
22 Do you see where I am reading that?
23   A.   Correct.
24   Q.   And that is a conclusion of your
25 report; right?

204

1    A.   Correct.
2    Q.   You have no information that
3  suggests that the barge caused or contributed
4  in any way to the MRGO breaches, do you?
5      MR. WIEDEMANN:
6        I object to the question.  He's
7      already said he hasn't -- doesn't have
8      an opinion regarding the barge.  And
9      you keep on wanting to ask him about
10     the barge.
11      MR. RAFFIN:
12        Can we stipulate that the barge
13      didn't cause the MRGO breaches,
14      Larry?  Can we do that?
15      MR. WIEDEMANN:
16        I'll stipulate that I don't know
17      what caused the MRGO breaches.  I have
18      no suspicion whatsoever.
19      MR. RAFFIN:
20        All right.
21      MR. WIEDEMANN:
22        Maybe they blew them up.
23 EXAMINATION BY MR. RAFFIN:
24   Q.   You don't know one way or the other;
25 right?

205

1    A.   I have no opinion.
2      MR. WIEDEMANN:
3        We'll stipulate that he has no
4      opinion regarding the MRGO breaches.
5      MR. RAFFIN:
6        All right.  Well, I am going to --
7      MR. WIEDEMANN:
8        Nor do I.
9  EXAMINATION BY MR. RAFFIN:
10   Q.   You wrote at page 26 "The flood
11 waters from the MRGO added an additional 4 to
12 5 feet of flood depth in the Lower Ninth
13 Ward."  Is that one of your conclusions from
14 your modeling?
15   A.   It's -- It's a combination still of
16 the IHNC and MRGO.  I mean, you know, it just
17 didn't shut off water from the IHNC.  That 4
18 foot of difference, you know, is from a
19 combination of both that water.
20   Q.   Well, the 4 foot difference between
21 the pink line and the orange line is 4 feet of
22 water depth throughout the Lower Ninth Ward;
23 right?
24   A.   Keep in mind that's hypothetical and
25 theoretical.  That means I am still filling up

206

1  all of this area back here (indicating),
2  okay?  And that's why the depth only reached
3  11.1 feet.  Because it could continue to fill
4  all of this area down here (indicating).
5  Okay?  So the reality to this is that when
6  MRGO came in and blocked and started a merge,
7  there was no more area to fill up, so
8  theoretically it's a combination -- It's very
9  hard to begin to try to figure out the exact
10 mix.
11     Q.  I just want to understand --
12     A.  Okay?
13     Q.  -- what you wrote in your report.
14     A.  Yes.
15     Q.  This is you --
16     A.  I am sitting -- I am giving you the
17 explanation so that you do understand it.  So
18 not all the 4 feet was clearly MRGO.  It's a
19 combination.  We could probably work on that,
20 and maybe during -- down the road during the
21 damage phase we may.
22     Q.  At some locations in the Lower Ninth
23 Ward and in St. Bernard that are at a higher
24 elevation, some of the places near the river
25 are up to a height of, what, you said 10 feet;

207

1  right?
2     A.  Yes.
3     Q.  So the water depth here, this is a
4  depth of a location that has what elevation?
5  Location 1.
6     A.  Yes, but after the water has filled
7  everything else up.
8     Q.  I am just asking what is the
9  elevation sea level, up or down, of NAVD 88 of
10 location 1?  What's the elevation?
11     A.  Oh, the ground elevation here?
12     Q.  Yes.
13     A.  It appears to be at zero to me.  The
14 ground elevation.  That's water depth.  I'm
15 sorry.
16     Q.  Okay.
17     A.  That's depth.  We're talking depths
18 here and not elevations.
19     Q.  I understand that.  I want --
20     A.  It's probably -- I am going to give
21 you -- It's probably negative 6, negative 7 in
22 terms of elevation.
23     Q.  So you've got a negative 6 or
24 negative 7 elevation and you project that
25 without the MRGO flood, the Inner Harbor

208

Navigation Canal will only ever get you to a
depth of 11 feet.
    A.  Yes.
    Q.  Of depth; right?
    A.  If MRGO never happened.
    Q.  Right.  If MRGO never happens, then
the level of water, not the depth, but the
level of water you project in the Lower Ninth
Ward is somewhere in the neighborhood of 6
feet above NAVD 88; right?
    A.  Given this scenario that we could
flood the whole area down there, yes.  It's
probably close.
    Q.  So if the MRGO never happens and the
IHNC breaches only ever flood you to an area
that's 6 feet plus NAVD 88, then there are
going to be some areas of the class area that
have levels that are elevations above 6 feet
that you wouldn't expect to flood; right?
    A.  I don't think that's what we're
saying in this.
    Q.  Doesn't it follow from the
conclusions that are written in your report?
    A.  What we -- Not necessarily, no.
What we're trying to understand is the

209

relative contribution of each of these within
the area so when they mix together.  Okay?  We
recognize that MRGO's waters created -- in a
certain time came in and began to mix and
cause a very quick, rapid increase above the
water from the Industrial Canal.  So that's
not to say that that's all the water from MRGO
coming in or that the IHNC's water, the
Industrial Canal, is being built-up.  These
are hypothetical scenarios so that we could
begin to understand a little bit more of what
contribution.  So to say that it's 4 feet of
pure contribution of MRGO is not correct.
It's something significant, we recognize
that.  And there will probably have to be
further research into that.  But again, the 11
elevation, the depth of 11 feet?  We're
talking depth from ground surface of 11 feet.
Okay?
    Q.  Right.  And the ground elevation at
that location you have said is a minus 6.
Right?  A minus 5.  At location 1.
    A.  That's elevation.  Still the depth
of water is 11 feet.
    Q.  Right.

210

1   A.   It doesn't mean the water is 4 feet
2   or 6 feet.  The depth of water is 11 feet at
3   that location 1.
4   Q.   Right.
5   A.   Right there (indicating).
6   Q.   What I am suggesting or I am asking
7   is, if you move your finger down the map
8   toward the river --
9   A.   All right.  So --
10   Q.   -- you get a higher elevation in the
11   class area; correct?
12   A.   At that particular time, yeah, which
13   is -- Would it be shallower over here
14   (indicating)?  Yes.
15   Q.   It would be shallower over there if
16   there were no MRGO breaches.  The maximum
17   water level would have been shallower at those
18   locations; right?
19   A.   Without MRGO, yes.
20   Q.   And, in fact, at some locations
21   where the elevation is higher than 5 or 6
22   feet, there would have been no flooding
23   without MRGO; right?
24   A.   Hypothetically, yes.
25   Q.   And in that sense, the IHNC breaches

211

1   by themselves were not sufficient to account
2   for the maximum water levels that were
3   observed at any location in the class area;
4   right?
5   A.   They significantly contributed to
6   the maximum level.  It's the IHNC's water.
7   Q.   I understand that's the answer you
8   want to give, but my question was different.
9   MR. RAFFIN:
10   Read it back.
11   (Requested question read back.)
12   THE WITNESS:
13   My answer is still the same to
14   that question.  They were part of the
15   overall water that contributed to the
16   overall depth.
17   EXAMINATION BY MR. RAFFIN:
18   Q.   And when you parse out their
19   contribution, that contribution is reflected
20   in the stage hydrograph that you have
21   constructed at location 1, for example, as
22   reflected in figure 13; right?
23   A.   That's on a hypothetical note when
24   we're saying 11.  Okay?  I just want to make
25   sure we're not saying two different things.

212

We run hypothetical examples just to
understand effects of different systems.
Okay?  We still have water moving in from the
IHNC.  At a point in time we may run more
analysis to look at that exact contribution to
the maximum level.
   Q.   But if a fact finder considers it
relevant to consider the contribution of water
from various sources to the overall flooding,
then the analysis that's reflected in figure
13 is the kind of analysis you would run,
isn't it?
   A.   There's more to that analysis than
just these scenarios here that we would
probably look at.
   Q.   This is what you put in your report,
though; right?
   A.   This is a step to understand the
processes, yes.
   Q.   And what you have reported in this
report is the conclusions that you have just
discussed as I have been asking you about.
   A.   Correct.
   Q.   All right.  Let me ask the same
questions for location 2.  Your orange line

213

reflects the IHNC breaches, the overtopping
and the rainfall without the MRGO breaches;
right?
   A.   Correct.
   Q.   And at location 2 you arrive at a
maximum water depth slightly ahead of 8 feet
at this location; right?
   A.   Correct.
   Q.   What is the elevation of this
location?
   A.   You're going to hold me to an
elevation.  Give me -- I don't know the exact
elevation.
   Q.   You can approximate if you want.
You can see where it is and you'll -- I'll
accept it if you tell me it's north or south
of sea level.  Above or below.
   A.   Maybe negative 4 elevation.
   Q.   All right.  So what you have
projected at location 2, if you assume that
all the water comes from the Inner Harbor
Navigation Canal, overtopping and rainfall, is
a water level at this location in the
neighborhood of 6 feet above NAVD 88 sea
level; right?

214

1    A.   It's 9 feet in depth.  It's over 9
2  feet --
3    Q.   It's --
4    A.   -- total.
5    Q.   Right.  9 feet minus 4 feet --
6    A.   That's just approximate.  Okay?
7    Q.   Okay.
8    A.   So 5 feet in elevation.
9    Q.   5 feet in elevation.  All right.
10  Now, if you look at the MRGO breaches, the
11  pink line, and if you look at the "all
12  causes", the black line, both of those lines
13  get you to a maximum elevation in the
14  neighborhood of 12 or 13 feet and then goes
15  down to, say, 11 or so.  Am I right?
16    A.   Okay.
17    Q.   So again, in this scenario,
18  assigning contributions, the maximum water
19  level is driven by the MRGO flooding rather
20  than the IHNC; right?
21    A.   Yes, during the storm event, the
22  maximum level reached with MRGO's water.
23    Q.   The difference in this scenario for
24  location 2 is that if you add the Inner Harbor
25  Navigation Canal water, you arrive at your

215

1  maximum depth a couple of hours earlier than
2  if you take away the Inner Harbor Navigation
3  Canal water; right?
4    A.   Okay.
5    Q.   Turning to figures 15, 16, and 17,
6  am I right that you have concluded that the
7  Inner Harbor Navigation Canal did not
8  contribute to the flooding at these
9  locations?
10    A.   Correct, during Katrina, yes.
11    Q.   Section 5.0 is a statement of your
12  conclusions; right?
13    A.   Yes.
14    Q.   Your first conclusion is that two
15  major breaches occurred in the Inner Harbor
16  Navigation Canal causing catastrophic
17  flooding.  In fact, you read that conclusion
18  many hours ago during the deposition; right?
19    A.   Yes.
20    Q.   When you say "catastrophic flooding
21  caused by the Inner Harbor Navigation Canal
22  breaches", you're not saying that the IHNC
23  breaches caused flooding throughout all of St.
24  Bernard, are you?
25    A.   In the areas that would show that

216

are in our report.
    Q.   You have concluded that the IHNC
north breach occurred at or before 4:00
o'clock A.M. and the south breach occurred at
or before 5:30 A.M.  That's part of the
conclusions you have drawn; right?
    A.   Correct.
    Q.   Now, as a hydrologist, have you ever
been called upon in the past to draw
conclusions about the timing of a flood event?
    A.   Yes.
    Q.   How many occasions have you been
called upon to issue an expert opinion about
the timing of a flood event?
    A.   I couldn't tell you how many times,
but every, you know, expert-related case, many
of them, just finishing up one right now where
homes were flooded at a particular time and we
have to understand the flood event relative to
time.  Time is very important in all cases.
    Q.   In most cases you don't have to go
back and figure out what time things happened
because it's a given.  Isn't that right?
    A.   No.  I mean, when we study
hydrology, it's everything is flow versus

217

time.  Time is a very important variable in
understanding flood events.  Now, the cause --
You know, after the thing is completely
flooded, again, that's damages side.  But in
terms of hydrology and hydraulics, time is a
very important variable.
    Q.   And is it a common enterprise for
you to go back and ferret out from among
witness accounts and time stamped photographs
and the rest an input such as the time that a
breach occurred?  That process you have done
in this case, is that a common event for you?
    A.   Clearly, and for all the
investigators that came out there, and IPET
spent millions of dollars collecting data to
understand it.  Yes.
    Q.   That's an event you've -- that's
something you've done in the past in other
cases, that kind of investigation?
    A.   We have done that in work, yes, work
related, high water marks, time, yes, time
stamped photos.  Yes.
    Q.   Have you ever done a levee breach
reconstruction in which you have evaluated
witness statements to draw conclusions about

218

1  timing --
2        A.   Relative --
3        Q.   -- before this case?
4        A.   Relative to a levee?  Or any type of
5  flooding?
6        Q.   Well, I guess I was going to ask
7  about relative to a levee first and then we'll
8  expand it out.
9        A.   I don't believe relative to a levee
10 that I can recall.
11       Q.   All right.  Now we'll broaden it.  A
12 breach or a flood reconstruction where you go
13 out and evaluate witness statements to figure
14 out what time something happened.
15       A.   Yes, we have in flooding, urban
16 flooding.
17       Q.   Tell me about those occasions.
18       A.   I'll give you a couple of examples.
19 This is actually a case on a major bayou where
20 300 homeowners have flooded and their
21 contention was that somebody blocked the flow
22 of water at a particular time.  And we had to
23 interview and understand when water, at what
24 time got in their house during that storm.
25 And went through the interview process with

219

1  them.  Took 300 depositions, as a matter of
2  fact.  I don't know if they took that many.
3  Took a lot.
4        Another case -- not a case.  This
5  is actually an engineering project where we're
6  trying to design a solution to flooding of a
7  neighborhood and to a particular event that
8  flooded them.  We had to understand the
9  rainfall at the time and come up with the --
10 this particular storm's impact into this
11 community and design for it, and interviewed
12 several of the homeowners out there.  It's a
13 common practice to get information from people
14 that have been flooded.
15       Q.   As compared to those prior times
16 when you have gone through this process, taken
17 300 depositions or whatever, is the process of
18 reconstructing what happened in Katrina more
19 complex, less complex, about the same?  What's
20 your view?
21       A.   They're all complex.  They all
22 become where you have to pay very close
23 attention when you start doing this type of
24 work.
25       Q.   Does your conclusion about the

220

1  timing of the south breach agree with the
2  conclusions that were drawn by the other three
3  teams of investigators?
4        A.   There were truly only two timing
5  evaluations.  IPET did one and Team
6  Louisiana.  ILIT did not do any.  They relied
7  totally upon Team Louisiana.  Okay?  And out
8  of those two studies, we're consistent with
9  IPET information.  IPET's information appears
10 to be much more thorough than Team Louisiana.
11 In actuality, they gathered more information
12 even before -- were still gathering
13 information when Team Louisiana was publishing
14 their report.  So Team Louisiana did not have
15 the benefit of additional data that IPET used
16 to come to their final conclusions within
17 their report.
18       Q.   So your analysis disagrees with Team
19 Louisiana; right?
20       A.   Yes.
21       Q.   And your analysis you say -- Yes?
22       A.   In terms of timing of those
23 breaches.  Not -- Maybe not the end results of
24 the flood levels, but in terms of the breach
25 timing, they said 7:30.

221

1        Q.   You say that "The flood simulation
2  model provides reliable and accurate results
3  that match eyewitness accounts, stop clocks,
4  and high water marks of the flooding."  That's
5  one of the conclusions toward the bottom of
6  page 29; right?
7        A.   Yes.
8        Q.   Are there any important eyewitness
9  accounts, stop clocks, or high water marks
10 that are particularly salient to this
11 conclusion that we have not talked about
12 already today?
13       A.   They're all equally important.
14       Q.   What is the degree of error in your
15 model?
16       A.   I really don't know.  It's as
17 accurate as -- to simulate this flood.
18       Q.   Have you done an analysis of how
19 many acre-feet of water came into the class
20 area through the IHNC breaches?
21       A.   We have identified that as a need to
22 do.  That has not been done yet totally.  We
23 have looked at some acre-feet of volume within
24 the overall class area.  We have made it a
25 comparison of our total volume of water within

222

1   the area and compared it to what IPET's
2   report, and we're very consistent.  We're -- I
3   think IPET had around 420,000 or so cubic feet
4   of water -- I mean acre-feet of water.  We're
5   consistent.  I think we may be around 415,
6   415,000 acre-feet.  IPET, their analysis
7   concluded that the breaches in the total area
8   had about a 63 percent contribution of flow of
9   run-off in terms of volumetric.  I think we're
10  very consistent with them.  Overtopping is
11  around 28 percent.  We're consistent with
12  them.  And rainfall and waves in their -- they
13  did a little bit of wave analysis in theirs.
14  About 8 percent.  So yes.  I think we're
15  consistent.
16      Q.   What model did IPET use to generate
17  those numbers?
18      A.   They had to use two different models
19  in order to even come up with this type of
20  analysis.  They used HEC-HMS and HEC-VER-RAS,
21  which by choice is -- was a very long and
22  costly and laborious process to use those two
23  models.  But a lot of times the government
24  doesn't have that option.  They have to use
25  the best available model that's there.  We

223

1   wanted to pick what we believed was the best
2   model to come and simulate these conditions --
3   this storm event.
4       Q.   You looked at and rejected the
5   models that IPET used?
6       A.   I didn't reject them.  I understood
7   what they used.  We run them all the time.
8   But for this -- this hurricane analysis,
9   interior analysis of flooding, Sobek is by far
10  a much better model to look at that type of a
11  scenario.  You have to, as a hydrologic,
12  hydraulic engineer, look at the ability -- at
13  the capabilities of these models.  And
14  particularly on time as well, the development
15  using with time.  And Sobek, in our opinion,
16  yes, we had to spend more money to purchase
17  the program, because it's very expensive, but
18  by far it dominates in its capability to
19  analyze this specific hurricane event.
20      Q.   How much money did you spend to
21  purchase the Sobek program?
22      A.   Somewhere around $40,000 just for
23  the program.
24      Q.   Did you bill that to the Plaintiffs
25  in this case?

224

1       A.   Yes.
2       Q.   You have not compared your results
3   to those of the Delft team by Kok?
4       A.   We haven't made any direct
5   comparisons, no.  I haven't.
6       Q.   Have you done any work in prior
7   cases related to class certification?
8       A.   No.
9       Q.   Your model does not discuss or
10  address damage to homes from winds; correct?
11      A.   It's not a wind model.
12      Q.   You have nothing to say about homes
13  that may or may not have been damaged due to
14  wind during Hurricane Katrina; right?
15      A.   No.  I do not have any wind
16  information damage and no opinion on wind
17  damage.
18      Q.   Thank you.  You saved me a
19  question.
20           Your model does not address or
21  discuss damage from wind-driven rain, does it?
22      A.   I'm going to say that the external
23  hydrographs, the surge hydrographs do include
24  wave -- probably within them.  You cannot
25  separate completely the wave component out of

225

1   the surge, exterior surge hydrographs.
2       Q.   I think you may have misheard me.
3       A.   Okay.
4       Q.   I am talking about the rain that
5   gets into people's houses after the roof blows
6   off.
7       A.   Oh.
8       Q.   You don't have anything to say about
9   that, do you?
10      A.   I don't have any opinion on that,
11  no.  I thought you said "waves".
12      Q.   Your model doesn't address or
13  discuss damage to homes that may have occurred
14  when rushing water through one or both
15  breaches knocked the homes off their
16  foundations; right?
17          MR. WIEDEMANN:
18              We will stipulate that Mr. Spinks
19      is not a damage expert.  He is a
20      hydrologist who is here to testify
21      concerning hydrology, water
22      distribution, and not damages.  So we
23      are wasting time asking him about
24      things that he is not going to testify
25      about.

226

1  MR. RAFFIN:
2       Well, with respect, Mr.
3  Wiedemann, it's not a waste of time
4  for those of us who are going to
5  oppose class certification in this
6  case, so I am entitled to an answer.
7  MR. WIEDEMANN:
8       Well, you're going to --
9  THE WITNESS:
10      Repeat that question.
11 EXAMINATION BY MR. RAFFIN:
12  Q.  Your model doesn't address or
13 discuss damage from the rushing water through
14 the breach that may have impacted a house,
15 horizontal forces?
16  A.  The model does not provide any
17 damage, financial damage information, no.
18  Q.  And it doesn't provide any physical
19 damage information about what happened to the
20 houses; right?
21  A.  Not individually, no.
22  Q.  And your model doesn't identify
23 damage at a particular house at all; right?
24  A.  No, it does not provide any damage
25 information.

227

1  Q.  Your model does not deal with
2  personal injuries?
3  A.  No, this model does not deal with
4  personal injuries.
5  Q.  And your model doesn't address what
6  caused any of these walls to fall over and the
7  breaches to occur?  Right?
8  MR. WIEDEMANN:
9       It's now 5:30 and you're asking
10      him questions I have stipulated are
11      not going to be an issue in this case
12      from him.  I think you're just wasting
13      time.  You have asked him about six
14      questions on damages.  I have already
15      stipulated he is not going to testify
16      to damages.
17 EXAMINATION BY MR. RAFFIN:
18  Q.  Answer my question, please.
19  A.  No, it does not include it.
20  Q.  Your model predicts the depth of
21 flooding above the ground; right?
22  A.  Yes, it has that capability.
23  Q.  It does not predict the depth of
24 flooding above the first floor of any given
25 house; correct?

228

1  A.  The model's information can be used
2  as the hydraulics to provide information on
3  depth of flooding near a house so that a
4  proper application of a depth damage function
5  can be used.
6  Q.  Well, but a depth damage function
7  requires that you know the level of the first
8  floor of the house, doesn't it?
9  A.  Depth damage functions can be used
10 -- There's going to be some basic assumptions
11 on finish floor elevations, surveys,
12 windshield surveys, estimates of half foot,
13 yes.
14  Q.  And in order to know the first floor
15 elevation of a house, you really need to know
16 something about the house.  Isn't that right?
17  A.  Yes, you have to generally know
18 first floor elevation.
19  Q.  And that's something you can only
20 evaluate by knowing something about each
21 individual house and how it's constructed and
22 where it is; right?
23  A.  I am going to reserve the right -- I
24 am not going to discuss, you know, depth
25 damage in terms -- because I am not the expert

229

1  on depth damage.  I am going to give you my
2  viewpoints if you ask them, but the source of
3  information comes from our model.  That's all
4  I could tell you, is that the depth of
5  flooding is a pertinent item from our model to
6  be used with depth damage functions.
7  Q.  Well, you don't have any information
8  to plug into your model today as we sit here
9  about the level of the first floor of any of
10 the homes in the class area, do you?
11  A.  No.
12  Q.  All right.  Let's mark Exhibit 5,
13 please.
14      The Court Reporter has handed you
15 what's been marked as Exhibit 5.  Is that a
16 copy of your current curriculum vitae?
17  A.  Yes.
18  Q.  What, if any, work have you done in
19 south Louisiana before this project?
20  A.  I'm a Licensed Professional Engineer
21 in the state of Louisiana and I have done work
22 in the state of Louisiana for many years.  It
23 may not be reflected on this resume since this
24 may just be a resume with CivilTech
25 Engineering, but I have worked at the Port of

230

1  New Orleans.
2     Q.  Have you done any interior flood
3  reconstructions in the south Louisiana area?
4     A.  No.
5     Q.  Do you have any advanced degrees
6  that are not reflected on the resume that's
7  attached as Exhibit 5 to your deposition?
8     A.  My advanced degree is a Master's of
9  Science in civil engineering with a
10 specialization in water resources.  So that is
11 an advanced degree.
12    Q.  Right.  And is that listed on your
13 resume?
14    A.  Yes, sir.
15    Q.  Have you ever taken any law
16 courses?
17    A.  No.
18    Q.  Have you ever taken any courses in
19 coastal engineering?
20    A.  I take that back.  I have taken some
21 water law courses.  In water law.
22    Q.  Where did you take those?
23    A.  Primarily seminars, workshops.
24       Yes, I have taken coastal
25 engineering courses at A & M under my graduate

231

1  program.  We were part of the Coastal
2  Engineering Department as well.
3     Q.  Has any Court ever excluded your
4  testimony on Daubert grounds?
5     A.  No.
6     Q.  Has any Court ever excluded your
7  testimony for any reason?
8     A.  No.
9     Q.  How much time have you personally
10 worked on this matter?
11    A.  I don't know.  I'd have to look at
12 my time sheet records.
13    Q.  As a function of how much time your
14 staff has spent on this matter, what
15 percentage of the time have you spent versus
16 the time your staff has spent?
17    A.  Probably 30, 40 percent my time.
18    Q.  What is the total amount of money
19 your firm has billed the Plaintiffs for the
20 work on this matter?
21    A.  I am not 100 percent.  I think it
22 was in here.  May have been 300,000, 400,000.
23    Q.  Exhibit 6.  Is Exhibit 6 a copy of
24 an invoice that you sent to the Barge PSLC in
25 or around June of 2008?

232

1     A.  Yes.
2     Q.  And as of June of 2008 you had
3  billed $268,000 to the Plaintiffs?
4     A.  Correct.
5     Q.  You are a lead principal engineer?
6  Is that right?
7     A.  Yes.
8     Q.  Are there any other lead principal
9  engineers?
10    A.  No.
11    Q.  So your time is billed at $350 an
12 hour?
13    A.  Yes.
14    Q.  Since you prepared your report in
15 June of 2008, are there any conclusions that
16 you now find to be -- that you now want to
17 take back?
18    A.  No, other than what Mr. Wiedemann
19 said, we reserve the right if new information
20 is -- comes forth, we reserve the right to
21 look at it.
22    Q.  Between June 30th when you submitted
23 the report and today, has any new information
24 emerged that's caused you to want to change
25 anything that's in your report?

233

1     A.  No.
2     Q.  Before you selected Sobek, did you
3  test or consider the ADCIRC model?
4     A.  ADCIRC is not relevant to interior
5  flood analysis.  It's a misapplication of a
6  model.
7     Q.  Did you test or consider the HEC, H
8  E C, models?
9     A.  Yes, we're very aware of HEC-RAS and
10 HMS.  We didn't test them on it.  They weren't
11 selected.
12    Q.  All right.  I need a couple of
13 minutes to confer with my colleagues, but --
14    A.  Okay.
15       MR. RAFFIN:
16       Let's take a short break.
17       VIDEO OPERATOR:
18       We're off the record.  It is
19    5:41.
20       (Recess.)
21       VIDEO OPERATOR:
22       Returning to the record at 5:45.
23 EXAMINATION BY MR. RAFFMAN:
24    Q.  Mr. Spinks, have you reviewed the
25 report that was submitted by Joseph Sahada on

234

1  behalf of the Defendants?
2      A.   Yes, I have.
3      Q.   Do you agree with Mr. Sahada's
4  conclusions, Dr. Sahada's conclusions?
5      A.   In general, no, I don't.
6      Q.   What are the major disagreement
7  points that you have, or the major flaws that
8  you believe you have identified in his
9  analysis?
10     A.   I don't believe he has any
11  analysis.
12     Q.   Why do you say that?
13     A.   Because there is no science in his
14  report.  It's just a review of other people's
15  work.
16     Q.   Do you agree with the conclusions
17  that he drew in his review of other people's
18  work?
19     A.   No.
20     Q.   What are your points of disagreement
21  with his review of other people's work?
22     A.   Can I see it, the report?  I don't
23  -- I'd have to look at it and get a copy of
24  it.
25         MR. WIEDEMANN:

235

1          (Counsel hands document to
2      Witness.)
3          THE WITNESS:
4          I believe this is a copy of his
5      report.
6  EXAMINATION BY MR. RAFFIN:
7      Q.   All right.  You're working with your
8  tabbed copy?
9      A.   Yeah.  I just saw it, just started
10  looking at it and just highlighting some
11  things.  Yeah.
12     Q.   So without going through
13  individually and on a granular basis
14  identifying your points of disagreement, you
15  can't sit here today and say "Here are the
16  major things I disagreed with"?  Just from the
17  top of your head?
18     A.   No, I'd have to go through it each
19  item by item.
20     Q.   All right.
21         MR. RAFFIN:
22         Let me go off the record for a
23     minute.
24         VIDEO OPERATOR:
25         Off the record, it is 5:48.

236

1          (Whereupon a discussion was held off
2      the record.)
3          VIDEO OPERATOR:
4          Returning to the record, it is
5      5:50.
6          MR. RAFFIN:
7          I promised to be done at 5:30 or
8      thereabouts.  We're now 20 minutes
9      over.  And given the last answer, I am
10     going to stop where I am.  I have no
11     further questions.
12         MR. WIEDEMANN:
13         I just have a few questions.
14  EXAMINATION BY MR. WIEDEMANN:
15     Q.   Mr. Spinks, the statements or
16  conclusions that you made in your report which
17  are under 5.0, are those conclusions still
18  your conclusions today?
19     A.   Yes.
20     Q.   Have the conclusions that you made
21  in that report changed in any way or
22  diminished in any way?
23     A.   No.
24     Q.   And in connection with the report,
25  you prepared a computer model; is that

237

1  correct?
2      A.   Correct.
3      Q.   And that model expresses your
4  opinion as to the hydrology that occurred
5  following the breaches in the IHNC?
6      A.   Correct.  The hydrology and the
7  hydraulics conditions, yes.
8      Q.   And based upon what you know today,
9  has your opinion of the model in any way
10  changed?
11     A.   No.
12     Q.   And the Sobek model that you chose,
13  is that a model that is accepted in your
14  specialty?
15     A.   Yes.  It's -- It's being even more
16  widely used across the United States, and
17  several flood control districts that need that
18  type of a sophisticated model have picked up
19  on its capability and are using it.  So it is
20  an accepted and adopted model.
21     Q.   And did you select it because it
22  would bring about some conclusion or because
23  it was a program best adapted to this
24  situation?
25         MR. RAFFMAN:

238

1    Objection to form.
2    THE WITNESS:
3       We adopted it after our research,
4    as I have said previously, because we
5    felt it's the best available model to
6    analyze the situation of flooding, the
7    interior flooding as we have done for
8    this particular study.  It is the best
9    model, we believe.
10   EXAMINATION BY MR. WIEDEMANN:
11      Q.   And were you satisfied with the
12   result obtained in the model based upon your
13   investigation of this case as a final product?
14      MR. RAFFMAN:
15         Objection to form.
16      THE WITNESS:
17         Yes, it has a lot of visual
18      capability to understand.  Many models
19      don't offer the visual capability that
20      Sobek has.  And we believe -- We are
21      very pleased not only of its
22      capabilities, but of its presentation.
23   EXAMINATION BY MR. WIEDEMANN:
24      Q.   And is it your opinion that the
25   breaches in the Industrial Canal or the Inner

240

1    Objection to form.
2    THE WITNESS:
3       That's correct.  They're
4    hypothetical scenarios.
5    EXAMINATION BY MR. WIEDEMANN:
6       Q.   But the scenario that you have is
7    that the Inner Harbor Navigational Canal did
8    breach and the MRGO did overflow or breach as
9    well.  Is that correct?
10      A.   Yes, we have breaches along the
11   Inner --
12      Q.   Harbor?  All right.
13      A.   The Inner Harbor Navigation Canal as
14   well as MRGO.
15      Q.   And you considered the effects of
16   both of those occurrences; is that correct?
17      A.   Correct.
18      Q.   And if the MRGO had not overtopped
19   or breached, would the Inner Harbor
20   Navigational Canal have flooded, in your
21   opinion, an even greater area?
22      A.   Yes.
23      Q.   It would have continued to flood
24   further to the east than Paris Road?
25      A.   Correct.

239

1    Harbor Navigational Canal flooded the area
2    from the canal to Paris Road and from the 40
3    Arpent Canal to the Mississippi River levee on
4    August 29th, 2005?
5       MR. RAFFMAN:
6          Objection to form.
7       THE WITNESS:
8          Yes, sir.
9    EXAMINATION BY MR. WIEDEMANN:
10      Q.   And this flooding that occurred in
11   this geographical area, did it, in your
12   opinion, occur before the intervention of any
13   waters from the MRGO?
14      MR. RAFFMAN:
15         Objection to form.
16      THE WITNESS:
17         No, it did not.
18   EXAMINATION BY MR. WIEDEMANN:
19      Q.   And the diagrams that you prepared
20   with the assumptions that the Inner Harbor
21   Navigational Canal did not breach and that
22   MRGO did breach and what would happen, those
23   are models of assumed facts that are not --
24   that are not reality?  Is that --
25      MR. RAFFMAN:

241

1       Q.   And so after it -- MRGO and the IHNC
2    breaches, the waters from those two occurred,
3    was there still water coming from the Inner
4    Harbor Navigational Canal?
5       A.   Yes, clearly.
6       Q.   And you intend to do some further
7    investigation in this case?
8       A.   Yes, I think we'll probably do some
9    more analysis related to -- particularly if
10   more information becomes available.
11      MR. WIEDEMANN:
12         Thank you.  I have no further
13      questions.
14      MR. RAFFMAN:
15         I may have a couple.
16   EXAMINATION BY MR. RAFFMAN:
17      Q.   Among the hypothetical scenarios you
18   created was a hypothetical scenario which
19   assumed that the Inner Harbor Navigation Canal
20   breaches did not occur.  Am I right?
21      A.   Yes, there is a hypothetical example
22   of that.
23      Q.   And that hypothetical example might
24   be taken as an illustration of the situation
25   that would have occurred but for the

242

1  occurrence of the breaches in the Inner Harbor
2  Navigation Canal; right?
3      A.  That's what we refer as a scenario
4  analysis, yes.
5          MR. RAFFIN:
6          No further questions.
7          VIDEO OPERATOR:
8          We're now off the record.
9              *    *    *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

244

REPORTER'S CERTIFICATE

I, ROGER D. JOHNS, RMR, RDR, CRR,
Certified Court Reporter, do hereby certify
that the above-named witness, after having
been first duly sworn by me to testify to the
truth, did testify as hereinabove set forth;
that the testimony was reported by me in
shorthand and transcribed under my personal
direction and supervision, and is a true and
correct transcript, to the best of my ability
and understanding; that I am not of counsel,
not related to counsel or the parties hereto,
and not in any way interested in the outcome
of this matter.



                  ROGER D. JOHNS
              CERTIFIED COURT REPORTER
                 STATE OF LOUISIANA

243

1
2          WITNESS'S CERTIFICATE
3
4      I, MELVIN GERALD SPINKS, read or
5  have had the preceding testimony read to me,
6  and hereby certify that it is a true and
7  correct transcription of my testimony, with
8  the exception of any attached corrections or
9  changes.
10
11
12      _____
12          (Witness' Signature)
13
    _____
13
14  DATE SIGNED
15
16  DEPONENT PLEASE INITIAL ONE:
17  _____ Read with no corrections
18  _____ Read and correction sheet attached
19
20
20  DATE TAKEN:  SEPTEMBER 25, 2008
21
22
23
24
25

SPINKS, MELVIN GERALD

9/25/2008

Page 1

## A

**ability** 11:5,7 65:7 98:10 109:5 156:7 223:12 244:12
**able** 28:1 29:5 55:9,17 65:16 89:2 128:25 129:14 133:16 143:5 155:25 195:20
**above-named** 244:6
**absence** 65:4 102:17 103:16
**academic** 43:25 100:4
**accept** 213:16
**acceptable** 132:2
**accepted** 237:13,20
**accompany** 136:21
**account** 60:8 66:22 84:3 84:17 87:20 90:7 93:3 93:12 98:21 100:14 104:10,11 106:4 109:10 112:13 211:1
**accounted** 81:23 90:9 98:4 141:22
**accounts** 38:15 54:1 55:11 56:8 59:14,21 60:1,11 82:18 149:13 150:14 158:25 217:9 221:3,9
**accuracy** 64:19 132:1
**accurate** 36:17 54:16 58:3 63:12 118:18,21 131:25 196:25 221:2,17
**accurately** 11:6 54:24
**acknowledge** 86:12
**acknowledged** 132:20
**acquisition** 129:23
**acres** 179:18
**acre-feet** 221:19,23 222:4,6
**action** 1:7 83:15 143:8
**actual** 16:24 29:20 32:13 65:1 85:8,11 104:23 111:23 133:12,13 138:14 146:23 158:24 162:19 163:13

**actuality** 220:11
**ADA** 120:8
**Adams** 86:3 151:13 154:21 166:14
**adapted** 237:23
**ADCIRC** 233:3,4
**add** 10:24 11:1 83:7 214:24
**added** 205:11
**addition** 50:20
**additional** 84:13 149:12 152:5 154:18 205:11 220:15
**address** 11:9 224:10,20 225:12 226:12 227:5
**adjourn** 8:15
**adjustments** 58:15
**administering** 4:23
**admit** 57:21
**adopted** 237:20 238:3
**advanced** 230:5,8,11
**aerial** 71:11,14 72:19 77:2,12,12,14
**affect** 34:4 41:1 58:9 102:7 103:17 110:9 163:9 164:12,14,25 175:20
**affirmatively** 43:7 46:5 47:18 60:23 66:12 78:5 100:9 111:18 117:17 126:21 185:9
**aforementioned** 4:5
**afterward** 74:22
**agencies** 43:6,9,21 44:12 45:5,19
**agency** 24:15
**ago** 34:8,14 170:7 215:18
**agree** 9:1 28:15 67:24 68:13 169:2 197:7 202:8 220:1 234:3,16
**agreed** 4:3 8:14
**agrees** 197:4
**ahead** 27:22 116:10 213:6
**Airline** 2:19
**airplane** 128:20

**alcohol** 11:4
**ALFIERI** 3:9
**align** 58:22
**alleged** 173:3,10
**allow** 8:16 73:21 170:25
**allowed** 93:20 94:20,22
**allowing** 36:9
**allows** 100:14
**All's** 164:4
**amend** 6:15
**America** 2:9,12 172:25
**American** 3:9 62:9
**amount** 21:23 55:8 81:17 82:7,8,9 86:16 87:14 88:6 90:19 91:4 92:2 93:14 96:5,9,12 97:15 103:3 112:22 121:17 126:11 128:24 231:18
**analyses** 27:7 99:14
**analysis** 16:19,23 19:1 21:9,10 27:9,15,19,22 34:3 36:15,15 37:23 38:12 39:18,24 40:13 41:3,7 50:23,25 51:3,11 51:17,21,23 52:1,25 53:1,22 65:21 66:1 67:20 75:1 81:9,21 82:14 92:15,19 98:11 99:8,13,17 109:18,21 110:17 116:16 139:9,14 141:15 157:22 158:21 160:25 163:7,20 165:10 168:12 169:9,14,24 172:9 183:13 197:3 212:5,10,11,13 220:18 220:21 221:18 222:6,13 222:20 223:8,9 233:5 234:9,11 241:9 242:4
**analyze** 127:16 223:19 238:6
**analyzed** 39:10 119:23 187:25
**analyzing** 27:16
**Annie** 129:10
**answer** 4:15 10:25 11:1 39:20 48:15 51:24

76:13 91:10 96:24 106:13,16 108:24 110:13 117:21 139:21 147:7 153:15 154:16,19 154:23,24 156:11 165:16 166:2 170:14,25 197:9 211:7,13 226:6 227:18 236:9
**answered** 39:9 40:9,12 96:19 119:7 127:7 131:14 147:15 171:14 171:23,25
**answering** 118:21
**answers** 77:24
**anybody** 13:15 42:13 173:2
**anyone's** 65:7
**anyway** 146:1
**apart** 12:1,7 13:9 19:6 45:3 156:5 194:9,10
**apologize** 175:25
**appear** 42:6,7 182:18,23
**APPEARANCES** 2:1 3:1
**appearing** 3:7 30:7
**appears** 22:19 150:13 179:11 182:3 207:13 220:9
**appendices** 37:1 60:7
**appendix** 86:4,4 135:21 135:24 136:4,6,20 137:3,8 138:10 148:4 148:13,18,20 149:21,22 150:5 156:13 177:21 185:12
**application** 79:12 228:4
**applications** 132:2
**applied** 152:4
**apply** 53:1
**appreciate** 36:8
**appropriate** 13:7 64:22
**approximate** 71:16 213:14 214:6
**Approximately** 11:21 161:19
**Arabi** 179:5,7 181:25

SPINKS, MELVIN GERALD

9/25/2008

Page 2

199:11
arc 132:18
area 16:25 17:10,12,18
    19:16 33:15 34:18,25
    35:9,9 37:25 38:10,25
    40:20 41:13 46:15 52:3
    52:5,16 53:6,17 55:16
    57:24 62:9 63:22 64:16
    67:16 68:14 69:1,16,24
    70:4,5 71:12 72:4,21
    77:4,6,9 78:2 81:15
    82:2,2 83:1 84:4 85:15
    85:16,20 86:18 87:4,6
    94:4,7 95:9,15,22 96:2
    96:7 97:11 100:25,25
    101:3,16 103:5,9 104:1
    104:8,12 105:20,22
    106:15 108:3,18 109:24
    110:3,4,21,25 111:23
    112:2,3 126:5 128:2
    130:20 132:21 134:13
    139:13 141:2,4,7,24
    142:1,4,10 145:7
    152:13,24 158:5,11
    164:1,2 165:12 169:1,9
    172:18 175:21 176:17
    176:21 177:12 179:19
    180:4,18,21,22 181:15
    181:17 183:2 184:13,17
    184:21 186:2,10,12,16
    187:5,22,22 188:15,20
    188:22 189:10,18 192:6
    192:12 195:5 197:21
    198:3 199:4,8 206:1,4,7
    208:12,15,17 209:2
    210:11 211:3 221:20,24
    222:1,7 229:10 230:3
    239:1,11 240:21
areas 17:7 18:2 51:3,8
    65:18 66:9 98:25 101:1
    103:8 108:5,6 109:14
    129:12 141:18 163:14
    175:15,17 188:17
    192:15 208:17 215:25
argumentative 174:12
arises 79:4

Army 19:6 45:12
Arpent 38:4 71:22
    158:15 178:21 179:20
    180:6 181:24 182:16
    183:1,7,21 184:13
    239:3
arrival 167:16
arrive 201:1 202:4 213:5
    214:25
arrived 95:4 112:24
    167:21,25 168:3
arrives 8:15,20 164:15
    165:1
arriving 175:1
aside 44:8
asked 10:20 17:25 35:16
    79:23 108:21 129:24
    153:8,10 167:11 170:6
    176:1 227:13
asking 39:17 48:14 88:18
    101:23 111:7 113:9,12
    165:25 201:14 202:16
    207:8 210:6 212:22
    225:23 227:9
aspect 6:10 87:1
assigned 171:6,11,19
assigning 214:18
assignment 15:20 16:14
    16:16 19:19,22 20:1,20
assignments 17:3
assist 14:6
associated 85:7
assume 125:14 143:15
    168:8 169:24 213:20
assumed 74:19 86:6
    93:11 112:6 118:8
    239:23 241:19
assumption 82:10 86:24
    92:22 93:8,18,24 97:23
    104:18 109:1,8,11
    112:11 200:5
assumptions 58:20 80:24
    81:3,6 86:23 95:17
    99:4 228:10 239:20
attached 72:14 230:7
    243:8,18

attachments 13:10
attention 43:1 68:23
    219:23
ATTORNEYS 2:4,9,12
    2:16,20,24 3:5
attributes 151:7
audibly 10:5
August 37:19 68:1 84:20
    134:19 141:24 143:24
    175:14 188:14 239:4
available 21:4,7,16,24
    36:13 43:4,5,9,19 45:1
    45:18 222:25 238:5
    241:10
Avenue 2:11 128:4 182:2
    182:17 183:21 191:14
average 139:23
aware 33:3 76:9 130:10
    130:16 151:4,9 154:17
    166:20 172:22 173:5
    175:9 233:9
awfully 158:5
axis 120:6,7,8 190:16,20
    190:22 191:6
A.M 37:17 38:1,11 39:15
    40:5,21 41:19,19 92:19
    93:1 120:13,16,17,20
    120:24 121:2,5,8,24
    122:3 123:8,11,16
    125:14 126:19,20 141:8
    148:23 149:5,10 151:14
    151:24 152:15 154:15
    155:11,21 156:8,24
    157:7 161:5,10 162:2
    165:20 175:16 177:13
    177:18,18,23 178:22
    179:4,16,17 180:1
    185:12,18,22 186:3
    188:14 216:4,5

---
**B**
---

B 115:5,17,20 116:8,22
    135:21,24 136:4,6
    137:3,8 138:10 149:21
    149:22 150:6
back 9:12 12:2 36:6 42:2

53:23 57:3 60:18 72:25
    73:10,12 75:14 79:19
    83:14,22 85:2 96:8,21
    109:6 126:16 130:1
    132:21,24 133:20,22
    135:8,11 136:15 138:12
    144:10,20 146:2 147:3
    147:5 148:25 150:5
    156:6 158:16 159:20
    163:13 166:11 170:20
    170:23 176:4 178:13,15
    178:15 192:19 198:20
    198:24 206:1 211:10,11
    216:22 217:8 230:20
    243:3
background 63:14,16
    64:10,21
back-flow 33:6
bad 19:25 48:15 74:6
barge 1:9 167:15,20,24
    168:3 169:15,17,20,25
    170:8,9,11,12 173:3,8
    173:10,14,17,20,22
    174:6,9 204:3,8,10,12
    231:24
Baronne 2:3
Barracks 55:24 72:8,11
    144:14 185:11,14,21,25
barrier 182:14
based 17:15 29:15 30:6,9
    40:21 82:10,22 84:11
    99:4 113:24 117:18
    127:18 129:4 132:22
    149:12 158:24 160:16
    162:18 172:20 195:5
    203:4 237:8 238:12
bases 38:8,17,20
basic 228:10
basically 11:24 14:2 26:4
    27:10 37:25 52:5 67:10
    71:21 109:6 117:8
    128:18 141:3 165:13
    184:9,10
basis 38:12 52:13 79:13
    84:15 97:20 160:22
    162:14 235:13

SPINKS, MELVIN GERALD

9/25/2008

bayou 218:19
Bear 126:15 167:10
bed 85:25
before-mentioned 6:4
began 150:13,15 191:21
   209:4
beginning 179:17 183:1
   185:4 189:22
begins 184:14
behalf 234:1
believe 14:12 16:3,5 17:6
   17:7 23:20 29:12 35:17
   37:3 41:13,21 62:17
   68:6,11 72:10 78:6,7
   83:1,17,18 85:5,19 86:9
   86:16 90:10 91:22 94:2
   97:14 104:14 113:2,14
   114:25 116:12 122:8,16
   122:16 123:5 124:12,18
   127:10 136:10 137:15
   140:8 143:13 144:20
   146:16 158:23 160:7
   161:2 172:19 174:17
   175:13 186:2 189:3
   190:1 191:18,23 192:20
   218:9 234:8,10 235:4
   238:9,20
believed 17:13,18 19:12
   223:1
believes 113:10
BEN 2:19
benefit 10:14,14 220:15
BENOIT 1:14
Bernard 16:10,20 18:8
   37:15 38:7 45:25 46:6
   46:8,17 52:22 55:16
   69:1,25 81:1,25 94:8
   112:20 143:11 162:6
   169:13 172:15 175:11
   179:21 181:18 184:10
   184:11,17 193:22
   199:10 203:20 206:23
   215:24
Berryhill 148:25 149:2
   151:11 152:9
best 11:6 19:12 24:24

25:22 28:11 34:1 43:4
   43:19 45:1 159:15
   222:25 223:1 237:23
   238:5,8 244:12
better 66:4 86:5 195:21
   223:10
big 52:7,10,20 67:25
   103:23 180:20 192:22
   195:25
bill 223:24
billed 231:19 232:3,11
billion 44:22
binder 42:8
bit 24:6 30:12 35:15,16
   44:18 58:13 59:17
   71:13 86:5 129:16
   182:19 209:11 222:13
black 199:25 214:12
blew 204:22
blip 127:2
block 149:3,8 187:22,22
   193:21
blockage 98:22
blocked 98:1 206:6
   218:21
blocks 186:7,17,24 190:9
blow 111:20
blowing 109:23 110:3
blown 71:12
blows 225:5
blue 158:1 180:4,20,22
blues 89:24,25 181:6
Blvd 2:23 3:4
board 69:15
body 22:17 53:10
bottom 78:10 98:5 120:7
   142:7 199:21 221:5
bought 43:14 78:21,22
   78:24 79:6 80:2
boundary 117:23 118:6
   121:21 123:18 128:11
BOURGEOIS 3:2
BOUTTE 1:12
Branscom 140:24
breach 17:19 29:25 30:1
   30:1,6,25 31:18,21,22

37:17,18 40:2,2,3 41:4
   41:5,19,20 58:20,25
   71:17,23 72:1,24 73:18
   74:20,24 75:10,10,12
   75:13,16,21,25 76:2,3,4
   76:6,8,11,17,18 77:5
   82:4,5,12,12 84:19 85:9
   85:17 95:5 103:15,21
   104:2,3,12 114:7,21
   115:25 117:10 118:2,3
   121:18,23,25 122:1,3,6
   122:14,18,21,21,22,23
   122:24 123:3,5 125:14
   126:6,8,10,13 127:1,4
   127:15,22,24,25 136:16
   136:18,22 137:14
   143:22 144:11,16,22,25
   145:5,17,18 147:25,25
   148:1,3,22 149:3,9,14
   149:17 151:8,17,23
   152:15,19 154:15,20,22
   155:10,21 156:9,23
   157:3,6,20 158:6,9,12
   159:6,25 160:13,14,15
   160:19,25 161:4,5,13
   161:13,21 162:1,2
   163:1,18 164:17,21,22
   165:19 166:7,9,10,16
   166:22,23 167:2,4
   168:11,11,16,17 169:3
   169:3,25 170:1 171:1,3
   171:7,11,12,19,20
   174:3,4,7,16,16,18,19
   175:2,2,20,23 176:6,17
   176:22 177:2,3,9
   200:15 216:3,4 217:11
   217:23 218:12 220:1,24
   226:14 239:21,22 240:8
   240:8
breached 73:16,21 74:13
   103:22 240:19
breaches 1:7 17:8,14
   18:3 24:21 31:1 35:8
   37:11,12,24 38:9,25
   39:2,5,6,12 40:4 46:2
   46:18 47:8 58:2 74:18

75:5 82:11 84:5 96:6
   100:22 112:16 113:5,20
   114:4 117:16 128:15
   134:25 135:16,19 136:7
   137:5 142:6 144:9
   146:25 150:19,24 151:1
   155:3 157:24 159:24
   161:25 162:5,23 163:2
   164:24,24 165:6,11
   169:11,20,21 172:5,5,6
   173:4,15,24 174:20
   177:13 182:15 186:4
   197:20,21 200:6,6,10
   200:11,13,18,25 201:16
   201:22,22,23 202:3,4
   202:11,12 203:1,3,6,9
   203:13,18 204:4,13,17
   205:4 208:15 210:16,25
   213:1,2 214:10 215:15
   215:22,23 220:23
   221:20 222:7 225:15
   227:7 237:5 238:25
   240:10 241:2,20 242:1
breaching 74:25 75:2
   92:7 137:19
break 36:11 83:3 200:15
   233:16
Brian 16:3
bridge 128:4
briefly 8:16
bring 237:22
brings 83:5 111:16
broad 99:4
broaden 218:11
broad-based 95:16
brown 181:9
browns 181:10
buffer 183:5
build 185:3
building 53:11 103:5
   126:1,2 131:8 143:6
   191:22
buildings 97:24 101:19
   102:14,17 110:4 143:10
   187:11
build-up 126:4,9

SPINKS, MELVIN GERALD

9/25/2008

Page 4

**built** 38:4 62:7 98:12
**built-up** 209:9
**Buras** 60:21 62:3
**BURGLASS** 2:18
**businesses** 37:14
**buy** 79:2,13

**C**

**C** 86:4 115:5,19,20 116:7
116:9,11 117:2 136:20
148:4,13,18,20 156:13
177:21 185:12 233:8
**calculated** 100:24
**calculations** 161:23
**calibrate** 54:10 57:7
**calibrated** 53:25
**calibration** 55:11
**call** 14:11,17 84:24
**called** 14:12 15:4,13
24:11,15 49:23 57:7
193:2 216:9,13
**camera** 184:7
**canal** 1:7 53:3,14 62:2
66:15,21 67:22 68:1,3
71:19 72:2 73:7,12,16
88:10 95:24 111:17
123:21 124:1,16,21
127:14,21 165:12,14
168:25 172:5,14 184:19
186:13 190:5 203:3,6
208:1 209:6,9 213:22
214:25 215:3,7,16,21
238:25 239:1,2,3,21
240:7,13,20 241:4,19
242:2
**capabilities** 15:16 16:11
24:19 223:13 238:22
**capability** 19:15 25:24
26:1,22 30:14 33:8,9
109:16 141:5 223:18
227:22 237:19 238:18
238:19
**capable** 25:16 28:12
105:7,7,13,13
**capacity** 9:19 33:23 63:2
94:5 97:16

**captioned** 69:16 71:5
**capture** 129:1 133:13
**captured** 128:13
**Carolyn** 148:24 149:2
**carpet** 151:15 166:16
**carry** 18:19 19:4 20:20
**carrying** 21:13
**cartography** 70:16
**case** 6:10,17 12:4 14:24
15:15,18,20,23 16:9,12
20:22 22:18 29:21 37:6
40:16 50:1,24 58:16
65:24 83:2 167:19
169:23 172:23 173:3,7
196:16 198:6 216:16
217:12 218:3,19 219:4
219:4 223:25 226:6
227:11 238:13 241:7
**cases** 216:20,21 217:19
224:7
**catastrophic** 37:14
215:16,20
**cause** 68:3 173:14 174:6
204:13 209:5 217:2
**caused** 45:25 46:11,24
112:15 169:15 173:11
173:16,17 174:8 204:3
204:17 215:21,23 227:6
232:24
**causes** 6:24 199:24
201:13 202:12 214:12
**Causeway** 2:23 3:4
**causing** 37:13 215:16
**ceiling** 149:11
**center** 3:9 61:5,9,12,16
**Centre** 1:23 2:8
**certain** 29:1 30:8 54:19
81:8,9 85:13 111:21
153:1 190:1 209:4
**certainly** 25:21 29:18
73:8
**certainty** 65:16
**CERTIFICATE** 243:2
244:2
**certification** 4:11 6:10
7:1 17:5 224:7 226:5

**Certified** 3:17 4:21
244:5,21
**certify** 243:6 244:5
**Chaffe** 1:23 2:6
**Chalmette** 192:1,1
**change** 41:23 119:22
127:2,14,25 137:22
183:16 194:12,15
232:24
**changed** 98:2 119:11
236:21 237:10
**changes** 55:6 127:21,24
243:9
**chart** 160:12 188:9 189:5
**check** 122:19
**checked** 162:20
**choice** 57:5 222:21
**choose** 24:4
**chose** 47:24 237:12
**CHRISTOPHER** 3:9
**CHRISTOVICH** 3:8
**Cindy** 155:19
**circle** 61:16
**circulation** 128:10
**citation** 136:11
**cite** 78:8
**civil** 1:7 4:7 230:9
**CivilTech** 11:13,20
229:24
**clarify** 6:24 10:20 49:6
138:9
**class** 6:9 7:1 17:4,9 82:2
97:11 109:24 110:3,4
112:2 141:2 186:10,12
186:16 187:5 199:4
208:17 210:11 211:3
221:19,24 224:7 226:5
229:10
**classified** 143:4
**clean-up** 190:14
**clear** 19:20 75:17,25
158:4 191:9 195:21
**clearly** 30:24 40:23
43:22 49:15 53:6 63:5
65:9,14 77:3 81:7
94:12 95:20 98:16

103:21 105:22 132:4
145:1 164:11 189:20
206:18 217:13 241:5
**client** 172:24
**clip** 175:10,10
**clips** 70:24 188:4
**clock** 38:14 58:23 59:1,5
142:20,22 150:14
159:19 191:15
**clocks** 54:1 59:3 60:4
88:2 89:8 144:19
156:21 158:19 190:21
221:3,9
**close** 9:16 17:19 37:25
38:10 39:1 56:6 103:20
121:13 181:4 182:3
197:25 208:13 219:22
**closed** 110:25 201:22
**closer** 124:9 179:23
**clumsy** 79:24
**coaching** 153:16 154:1,5
**coastal** 51:3,8,13 230:19
230:24 231:1
**coefficient** 98:23 105:21
105:21 106:5,6,11,15
106:17,19 107:13,14,21
108:12,16 159:23 160:2
**coefficients** 108:22
**colleagues** 15:8 140:18
233:13
**collect** 142:17
**collected** 23:7 114:18
**collecting** 217:15
**collection** 21:6 23:5 27:5
130:7
**column** 148:7
**combination** 92:5 104:21
162:17 175:19 205:15
205:19 206:8,19
**come** 15:24 37:9 53:23
71:3 72:7 125:21,22
135:11 146:2 170:23
174:2,7 184:9,14
185:24 202:23 219:9
220:16 222:19 223:2
**comes** 26:7 126:11

SPINKS, MELVIN GERALD

9/25/2008

Page 5

128:22 159:8 169:16
213:21 229:3 232:20
**coming** 52:3 83:16 85:5
103:5 113:15 124:6,16
124:20 126:1 128:3
180:5 181:14 209:8
241:3
**COMMENCES** 35:25
**comment** 40:3
**commercial** 43:13
105:24
**common** 63:13 217:7,12
219:13
**communicated** 78:15
**communities** 70:3
**community** 219:11
**company** 11:15
**comparable** 152:25
**compare** 144:19 198:20
**compared** 30:4 58:4
93:15 94:6 97:16
219:15 222:1 224:2
**compares** 152:22
**comparing** 163:13
**comparison** 88:22 91:11
91:17 112:14 221:25
**comparisons** 224:5
**compelling** 159:5,16
**competent** 129:12,22
130:13
**complete** 22:9 94:7
136:20 168:12 169:9
172:17
**completed** 122:23
**completely** 53:5 203:19
217:3 224:25
**complex** 98:9 219:19,19
219:21
**complicated** 49:12,14
**component** 51:10 83:3
109:7 224:25
**components** 25:7 56:17
**composite** 105:22 107:25
108:8 142:20
**comprehensive** 18:7
20:23,25 21:14 22:7

105:1
**compute** 195:3,4
**computer** 47:15 236:25
**computes** 102:13
**concerned** 196:2
**concerning** 170:8 225:21
**conclude** 47:2 62:16
141:21
**concluded** 37:23 39:6
82:18 87:13 113:20
114:1,2 215:6 216:2
222:7
**concluding** 157:6
**conclusion** 17:22 38:9,21
38:24 39:2 40:19 47:1
60:24 62:25 63:5 64:13
82:10 84:15 99:6
125:20 155:20 159:6
167:19 203:24 215:14
215:17 219:25 221:11
237:22
**conclusions** 21:11 34:5
36:16,19,23,24 37:7,9
37:21 40:15 54:17
66:20 69:22 72:18
74:17 76:25 81:11
83:20 84:1 100:20
167:18,24 168:2,7
198:17 205:13 208:23
212:21 215:12 216:6,10
217:25 220:2,16 221:5
232:15 234:4,4,16
236:16,17,18,20
**condition** 28:9 54:15
98:10,18 117:23 118:7
121:22 123:19 158:22
**conditions** 28:13 47:3
125:25 128:9,11 145:15
223:2 237:7
**conduct** 22:7 59:10
142:15
**conducted** 38:13,16
**confer** 233:13
**confess** 135:6
**configuration** 122:4
171:20

**configurations** 171:24
**confirm** 65:1 143:22
144:25 146:4 156:22
157:19
**confirmed** 74:23 75:2
147:24
**confirms** 148:22 151:23
154:14 156:8
**connected** 95:13,23
163:7
**connection** 6:9 34:17
48:4 49:18 51:21
236:24
**connectivity** 95:12,22
**consider** 89:24 95:18
109:22 112:17 125:13
133:3 143:7 154:25
212:8 233:3,7
**considered** 74:25 83:18
84:8 152:1 240:15
**considers** 212:7
**consistent** 59:22 125:15
134:1 144:12,13,18
220:8 222:2,5,10,11,15
**CONSOLIDATED** 1:7
**constitute** 43:18
**constraining** 124:15
**constructed** 67:4 116:11
211:21 228:21
**contact** 14:11
**contained** 137:13
**contention** 172:22
218:21
**context** 154:17
**continent** 62:9
**continue** 179:12 184:5
206:3
**continued** 3:1 123:21
124:2 240:23
**continuing** 185:3
**continuous** 58:11
**contra-position** 172:6
**contribute** 86:25 87:3
215:8
**contributed** 87:15
155:20 198:2,5 204:3

211:5,15
**contributing** 142:2
**contribution** 18:12 47:12
112:19 209:1,12,13
211:19,19 212:5,8
222:8
**contributions** 47:21
198:7 214:18
**control** 24:16 112:12
237:17
**conversation** 13:21
**copy** 13:4 42:3 69:18
71:7 135:22 136:3
148:17 229:16 231:23
234:23 235:4,8
**corner** 71:21
**Corps** 18:23 19:6 24:8
25:6 45:12 49:2 57:21
58:4,12 73:18,20 74:8
74:13,22 83:9 118:14
162:20
**correct** 12:6 19:22 20:14
20:15,17 22:9 27:1,23
42:5,10,23 46:9,10
48:12 53:15 62:16,17
76:19 81:2 82:15 87:16
93:5 99:11 109:24,25
112:8 116:1,2 117:20
118:9,17 121:21 123:14
123:17,24 125:12
130:11,17,21 131:9,11
131:16 137:10 139:17
147:13,19 150:3,25
156:19 157:17 158:7
160:15 161:8 168:11
174:5 180:2 188:25
199:9,23 200:8,12,17
201:9 202:1 203:23
204:1 209:13 210:11
212:23 213:4,8 215:10
216:7 224:10 227:25
232:4 237:1,2,6 240:3,9
240:16,17,25 243:7
244:12
**correction** 243:18
**corrections** 243:8,16

SPINKS, MELVIN GERALD

9/25/2008

correctly 7:7
correctness 125:9
correlates 107:15
correlation 88:4
correspond 121:19
corridor 101:18
costly 222:22
counsel 4:4 8:14 13:1
  20:5,5 36:9 137:21
  153:19 235:1 244:13,14
Counselor 170:24
Counsel's 153:15,25
counterclockwise 61:25
  62:1
County 24:16
couple 91:18 177:6
  190:14 203:7,14 215:1
  218:18 233:12 241:15
course 10:24 35:1 83:10
  130:8 136:25 181:7
  185:25
courses 230:16,18,21,25
court 1:1,22 3:17 4:21
  6:2,4 9:25 10:2,6,11,15
  20:4 22:15 136:1
  148:15 229:14 231:3,6
  244:5,21
courtesy 9:5 36:8
Court's 6:13 7:11
cover 42:7
create 52:19,20 65:6
  118:2 122:2
created 169:25 173:4
  209:3 241:18
creates 111:15
credible 77:23
crest 37:21 68:5,10
  128:14
CRR 3:17 4:21 244:4
CSR 3:17
cubic 161:19 222:3
Cumulative 141:11,12
current 229:16
currently 34:23
curriculum 229:16
cutting 167:9

Cypress 1:22 6:2 11:11
C-1 89:6,18,19 90:3,18
  91:3 152:17 158:1,8,17
C-2 91:18 152:17 158:8
  158:17

**D**

D 3:17 4:21 5:1 115:5,19
  115:20 116:7,11 117:2
  244:4,20
damage 78:1 110:11
  172:25 206:21 224:10
  224:16,17,21 225:13,19
  226:13,17,17,19,23,24
  228:4,6,9,25 229:1,6
damaged 224:13
damages 217:4 225:22
  227:14,16
DANIEL 2:14
DARCY 2:22
data 21:6,7,7 22:12,22
  23:5,6 26:25 27:3,5
  28:17 29:15,16 30:17
  30:17 31:16 32:11,13
  32:18,21,22 36:14
  39:24 43:14,15 45:8,8
  53:25 54:25 57:2,15,22
  58:23 59:1,5 65:20,25
  66:3 87:17,21 88:1
  89:1 90:5,8 114:6,18,19
  117:19,22 125:15
  126:24 128:16,19,25
  129:1,5,7,8,13,14,15,17
  129:18,23,25 130:5,7
  130:10,12,14,14,16,18
  131:1,2,7,21,22,23,24
  132:14,20 133:1,2,9,10
  133:12,24 134:3,14,20
  139:1,5,6,6,11,12 140:1
  140:15 142:17 143:21
  150:15 152:13 156:21
  157:5,25 158:16,17,17
  158:24 159:15,17
  183:10,11,15,16,19,24
  196:24 217:15 220:15
date 15:25 79:16 120:7

243:13,20
dates 138:12
datum 120:8
Daubert 231:4
day 10:24
days 139:8
deal 51:4 100:19 133:11
  179:3 227:1,3
dealing 110:25
deals 93:9
dealt 99:25 100:1
debris 195:24
decent 133:21,23
decide 13:6
decided 143:1
decision 25:19 157:3
DECKER 2:22
Defendants 234:1
define 21:8 27:7 28:10
defined 34:2
defining 27:8,14 36:14
  82:3
definitely 84:7 102:9
  164:14,25
definition 133:14
degree 65:6 165:21
  221:14 230:8,11
degrees 230:5
Delft 47:24 48:4 78:9,16
  106:12 108:12 140:19
  224:3
Delille 186:6 187:23
DELOURMAY 3:14
DEM 132:18 139:1
dense 139:10
Department 50:6 231:2
depended 114:7
dependent 119:3 126:5
depends 39:1 129:7
DEPONENT 243:15
deposition 1:21 4:5,16
  6:8,20 7:22 8:2,16,24
  9:8,15 11:23 12:9 13:6
  13:13,16 14:1 20:9,12
  22:17 34:7,13 36:3,10
  37:1 42:3 84:13 136:3

148:17 155:23 156:3
  167:1,6,7 215:18 230:7
depositions 9:12,18
  17:17 35:6 43:11 54:4
  148:6,12 159:13 166:19
  219:1,17
DEPO-VUE 3:15
depth 56:4,5 128:15
  177:19 178:11 188:14
  190:17,21,24 191:4,5
  201:2,9,17 203:2
  205:12,22 206:2 207:3
  207:4,14,17 208:2,4,7
  209:17,18,23 210:2
  211:16 213:6 214:1
  215:1 227:20,23 228:3
  228:4,6,9,24 229:1,4,6
depths 56:3,10 178:14,16
  178:19,23 187:15 190:1
  207:17
DEREK 2:7
describe 21:18 24:3 27:2
  27:8 28:5,11 31:13
  41:7 120:3
described 12:3 21:12
  24:2 27:17 31:8 36:12
  56:22
description 86:8 155:24
  155:25
design 62:22 219:6,11
designated 6:12 147:12
designed 63:3
detail 35:15 71:13
  104:17
detailed 19:13 100:6
  128:23 166:14
details 33:8 182:20
determine 18:1,11 118:2
  118:25 119:16 136:16
  136:22 157:23
determined 19:14
determining 26:5
devastation 64:25
develop 54:16
developed 129:11
developing 56:13

SPINKS, MELVIN GERALD

9/25/2008

Page 7

**development** 21:2
223:14
**deviation** 132:7
**diagonal** 71:24
**diagrams** 239:19
**difference** 26:2 90:7,10
90:17 91:2,25 93:3
103:6 124:11 164:20
196:21 202:9 205:18,20
214:23
**differences** 55:5 182:11
**different** 18:22 24:6
29:18 79:7 90:14 91:8
91:12,21 98:15 99:1
107:1,16 108:22,23
118:22,23,25 119:9,13
151:7 164:6 171:6,9,12
171:20,23,24 174:21
183:15 195:2 211:8,25
212:2 222:18
**differential** 128:21
**differentiate** 44:2
**difficult** 83:3
**digest** 60:5
**digging** 156:16
**digital** 45:9 69:17 70:14
128:19 183:10,18
**dimension** 106:3
**dimensions** 30:1 106:2
122:6
**diminished** 236:22
**Ding** 129:10
**direct** 88:4 92:14 109:8
224:4
**directed** 17:22
**direction** 61:8,15,24
109:9 112:7 244:11
**directions** 98:2 111:21
**directly** 92:10 93:12
153:23
**disagree** 62:11 64:13
**disagreed** 235:16
**disagreement** 234:6,20
235:14
**disagrees** 220:18
**discharging** 72:24

**discredit** 125:11
**discrepancies** 91:21
**discrepancy** 59:24 90:12
**discuss** 13:25 15:22
60:19 224:9,21 225:13
226:13 228:24
**discussed** 166:8 212:22
**discussion** 14:22 18:14
35:23 80:9 236:1
**distance** 52:19 194:4
**distant** 145:24
**distinction** 105:15 106:1
**distributed** 183:6
**distributes** 141:3
**distribution** 95:11
105:19 225:22
**district** 1:1,2 2:24 24:16
179:10
**districts** 237:17
**ditch** 95:23
**ditches** 33:12,23
**document** 12:25 90:17
91:1 235:1
**documentation** 23:13
104:23 105:12 184:24
**documented** 21:19 27:13
118:13
**documents** 12:8 13:12
22:3
**doing** 105:13 109:17,18
132:5 219:23
**dollars** 44:22 217:15
**dominate** 165:7
**dominated** 175:17
**dominates** 223:18
**dominating** 177:12
**door** 85:2 193:24
**dots** 115:21 192:12
**downloaded** 45:10
**downstairs** 149:10
**Dr** 7:8,25 8:3 129:10
140:24 234:4
**draft** 42:13,18 138:11,11
**drain** 73:22
**drainage** 33:2 35:3 51:4
51:9 52:6 93:19 94:9

94:20 95:3 96:16 99:13
99:14,16,18
**drained** 73:13 77:11
**drains** 97:13,15,21
**draw** 124:11 216:9
217:25
**drawn** 60:25 83:20 84:1
125:20 216:6 220:2
**draw-down** 124:12,12
**drew** 234:17
**drive** 2:19 24:20
**driven** 109:15 214:19
**drop** 124:7
**dropped** 73:10
**drugs** 11:4
**due** 17:8,13 18:2 46:3
47:8 74:20 83:6,15
93:13 136:25 224:13
**duly** 6:3 244:7
**DUPLASS** 3:2
**duration** 126:3 163:12
**Dutch** 25:17 106:11
139:19 140:11 198:10
198:19
**DUVAL** 1:9
**dynamic** 98:9 105:1
**D'Antoinette** 85:23
**D.C** 2:12

---

## E

**E** 2:22 5:1 11:10,11 19:9
24:11 115:5,19,20
116:11 117:2 140:24
160:4 233:8
**earlier** 27:8 41:14 58:19
88:14 108:21 163:4
164:8 165:5 176:16
215:1
**early** 84:5,19 141:24
150:13,17,17
**earth** 70:9
**easel** 69:4,4 142:11
**east** 37:25 38:10,25
149:3,9 181:23 184:11
185:19 187:11,23
199:11 240:24

**EASTERN** 1:2
**edited** 42:16
**educational** 44:7,9
**effect** 41:4 83:21 84:9
99:5 110:4,20 111:13
111:24 112:1 119:17
124:13 168:10 203:5
**effects** 61:20 95:18
119:22 169:11 212:2
240:15
**efficient** 24:21,25
**efficiently** 139:8
**either** 53:4 57:13 59:24
83:19 105:9 114:10
137:8 142:17 160:7
**EJLD** 3:5
**elected** 112:17
**elements** 46:11 97:25
**elevated** 83:4,6
**elevation** 29:1 31:15,21
35:19 38:5,6 83:13
105:17 120:8,10,10
128:19,23 130:22 131:1
131:4 134:11,12,15
139:13,23 146:19 147:9
152:24 160:13,20,25
161:6,7,9 180:8,12,14
181:12 182:4 183:11,14
183:19 185:25 190:18
190:23 191:3,21,23,24
195:4,6 196:14,15,15
196:16 197:1,2 206:24
207:4,9,10,11,14,22,24
209:17,20,23 210:10,21
213:9,12,13,18 214:8,9
214:13 228:15,18
**elevations** 17:1 126:1
131:6 133:25 139:22
144:23 146:16 162:1,15
178:20 181:3,7,8 191:1
197:5 207:18 208:18
228:11
**eliminate** 170:7
**embankment** 133:23
134:3,8
**emerged** 232:24

SPINKS, MELVIN GERALD

**employed** 11:12,19
**enclosed** 53:1 66:8 112:3
**ended** 85:10
**endless** 124:5 125:21
**Energy** 1:23 2:8
**engine** 19:15 25:12,15
**engineer** 18:1 132:24
  223:12 229:20 232:5
**engineering** 11:13,20
  77:24 99:22 219:5
  229:25 230:9,19,25
  231:2
**engineers** 18:24 45:12
  125:6 162:20 232:9
**engines** 24:20
**enter** 191:22
**entered** 96:6 150:18,23
**entering** 127:21 150:15
  179:5,8 182:10
**enterprise** 217:7
**entire** 18:8 33:15 35:9
  44:1 46:15,16 69:24
  74:19 77:6 87:4,6 95:9
  95:11,21 105:22 106:15
  112:1 141:4 163:12
  171:10
**entitled** 226:6
**entry** 185:18
**environment** 107:15
**equally** 221:13
**equation** 102:12
**Ernest** 152:1
**erosion** 93:13
**error** 25:9 132:4 221:14
**errors** 130:11,17 132:8
  133:1,2
**ESQ** 2:3,7,7,11,14,19,22
  3:3,9
**establish** 51:14 137:4
**establishing** 17:22
**estimates** 228:12
**evaluate** 47:20 117:9
  218:13 228:20
**evaluated** 217:24
**evaluation** 22:2 108:16
  137:9 155:2

**evaluations** 220:5
**event** 14:24 16:20 17:2
  25:9 42:21 49:12,14
  91:24 155:24 169:5,6
  172:10,12,13 173:21
  185:19 201:3 214:21
  216:10,14,19 217:12,17
  219:7 223:3,19
**events** 147:13 155:7
  169:4 217:2
**eventually** 38:2
**everybody** 183:12
**everything's** 32:4
**evidence** 4:17 31:3 52:22
  57:17 74:8,15 86:10
  112:13 159:3 160:17
**evident** 184:25
**exact** 15:25 192:7 198:15
  206:9 212:5 213:12
**exactly** 39:18 41:15
  85:22 89:14 129:21
  164:4 182:12
**EXAMINATION** 5:13
  5:14,15 8:18 9:6 13:8
  36:5 40:14 54:9 68:21
  69:12 74:1,5 80:14,23
  97:3,9 102:8 103:12
  110:18 111:8 113:19
  119:25 127:12 131:19
  135:13 138:7 147:6,20
  154:12 160:10 170:21
  171:18 172:3 174:22
  194:22 202:15,24
  204:23 205:9 211:17
  226:11 227:17 233:23
  235:6 236:14 238:10,23
  239:9,18 240:5 241:16
**examine** 13:5
**example** 28:24 81:12
  103:19,20 132:15 133:8
  145:2 211:21 241:21,23
**examples** 43:17 212:1
  218:18
**exception** 243:8
**excerpt** 138:11
**excerpts** 175:12

**excessive** 59:18
**exchange** 99:1
**excluded** 87:11 231:3,6
**Excuse** 137:21 170:5
  194:12
**exercise** 81:8
**exhausted** 93:10 156:7
**exhaustive** 124:25
**exhibit** 5:4,5,6,7,8,9 20:3
  20:7,7 22:14,16 36:25
  42:2,7 69:17,18,21 71:2
  71:4,5,7 72:14 75:9,15
  75:18 76:20,22 130:1,5
  135:25 136:2,3 142:7,9
  142:11,14 148:14,16,17
  152:14 188:10,12,17
  192:18,22,25 193:2
  229:12,15 230:7 231:23
  231:23
**exhibits** 12:16,17 13:10
  37:2 68:23 69:2,14
  77:17
**exist** 123:15
**existed** 28:13 66:2
  155:10
**expand** 218:8
**expect** 53:3 127:2 208:19
**expensive** 25:25 223:17
**experienced** 66:9 164:3
**experiencing** 108:2
**expert** 7:2,9 9:19 14:13
  14:14 22:18 34:14
  36:25 42:4,11 43:3
  52:11 53:1 129:10,12
  130:20 216:13 225:19
  228:25
**expertise** 16:12
**experts** 168:6
**expert-related** 216:16
**explain** 87:25 92:2 98:7
  109:3 139:3 176:14
  194:23 196:20 197:14
**explained** 90:19 91:4
**explanation** 90:16 91:1
  206:17
**expresses** 237:3

**extend** 181:8 182:6
**extending** 190:9
**extends** 165:8 181:21
  182:1 186:11,12
**extensive** 21:23 118:14
**extent** 26:10 35:8 41:6
  46:24 81:19 91:22
  100:21 175:22 177:15
  179:22 188:1,1
**exterior** 29:22 31:23
  53:10,20 86:13 225:1
**external** 44:19 52:3
  81:18 116:17 117:6
  118:6 127:16 128:8
  224:22
**extremely** 130:13
**eye** 61:11,12,16
**eyes** 121:6 153:24
**eyewitness** 38:15 54:1
  55:10,23 56:8 58:22
  59:14,21 60:1,8 77:21
  85:20 136:19 144:4
  149:8,13 150:14 156:15
  158:25 166:9 221:3,8
**eyewitnesses** 35:7 54:4
  55:14,22 59:21 84:11
  141:23 142:20 144:7,18
  145:13 146:1 152:23
  156:12 159:18 166:8,12
  166:18

---
**F**

**F** 115:5
**fact** 25:17 46:15 69:18
  116:18 130:14 140:21
  173:6 195:12 210:20
  212:7 215:17 219:2
**factor** 47:11 81:11 82:23
  100:13,13 112:4 117:12
**factors** 46:21 50:21
  87:15 101:13 142:2
  173:23
**facts** 239:23
**failures** 37:11 46:2
**fair** 44:10 177:1
**fairly** 18:9 91:15 164:22

SPINKS, MELVIN GERALD

182:9 197:25
**fall** 227:6
**familiar** 61:4
**FAMILY** 1:15
**far** 52:4 89:7 127:19
149:16 150:7 223:9,18
**fast** 103:17 149:4
**faster** 73:14 93:20 94:20
94:22,24 96:1,14 176:2
203:9
**features** 33:16,25 35:11
52:6 94:1 105:16 187:2
**February** 14:8,8 16:1
**Federal** 4:7
**feed** 117:6
**feel** 54:23 56:7
**feet** 38:6 55:25 66:10,14
67:22 90:4,14 111:11
120:13,14,18 121:24
122:9,13,14 134:10,11
134:12 139:1 161:11,14
161:15,19 177:20
178:11,15,16,17,18,24
181:11,12 182:4 190:15
191:20,24 193:8,12,15
196:5,10,13,16,17
201:9 202:5,6 203:2,8
205:12,21 206:3,18,25
208:2,10,16,18 209:12
209:17,18,24 210:1,2,2
210:22 213:6,24 214:1
214:2,5,5,8,9,14 222:3
**felt** 24:23 25:15 65:15
82:16 238:5
**FEMA** 51:11
**ferret** 217:8
**field** 32:12,24 33:1,4,5
33:11
**fields** 32:5,10,21
**fifth** 36:16
**figure** 69:1 88:19,21
115:4,9,11,14,22 116:4
116:6 118:18 123:23
126:17 133:10 157:15
158:21 161:25 190:14
191:12 192:4,10 194:23

194:25 199:17,21 206:9
211:22 212:10 216:22
218:13
**figures** 215:5
**file** 135:24
**filing** 4:12
**fill** 85:14 158:10,13
180:18 206:3,7
**filled** 207:6
**filling** 104:8 179:19
182:24 205:25
**fills** 101:1
**filtered** 129:2
**final** 112:15 135:20
138:11,14,16,18,20
149:16 150:1,2,3
220:16 238:13
**finally** 36:16
**financial** 226:17
**find** 22:9 57:12 133:11
135:11 159:4,5 194:7
232:16
**finder** 212:7
**findings** 21:11 36:17,23
36:24 37:23
**fine** 154:11 183:25
**finger** 210:7
**finish** 31:24 157:13
228:11
**finished** 151:18
**finishing** 216:17
**firm** 14:25 16:18 24:14
40:18 50:6 79:21,25
231:19
**first** 14:5,11 15:13 16:7
16:13 21:3,17 28:18
42:18 51:16 56:14
63:25 71:7 93:8 98:6
131:8 149:1 174:2,7
187:6,19,20 188:7,18
198:22 199:24 215:14
218:7 227:24 228:7,14
228:18 229:9 244:7
**fit** 60:10,15
**five** 6:11,25 7:2,12,17
9:12 116:20,24 198:24

199:2
**flaws** 234:7
**flew** 77:14
**flies** 128:20
**flood** 14:24 16:19,25
17:1,2 18:25 23:2
24:11,16 39:18 47:14
47:21 50:22,25 51:12
51:16,20 52:1 53:24
55:18 56:2,4,10 67:11
72:20 78:1 84:10 87:15
94:21 98:11 100:22
109:20 112:12 116:16
150:15 155:24 156:2
157:8,10,14,18 158:23
172:10,12,13,17,20
173:25 175:4 179:4,8
185:11,19 189:7,25
197:13,15 198:7 205:10
205:12 207:25 208:12
208:15,19 216:10,14,19
217:2 218:12 220:24
221:1,17 230:2 233:5
237:17 240:23
**flooded** 17:7,8,13,19
18:2 34:19 35:10 37:25
38:9,25 46:14 53:17
63:21 64:16 85:19,25
149:11 152:23 175:16
184:17 203:1 216:18
217:4 218:20 219:8,14
239:1 240:20
**flooding** 14:23 15:2,16
15:17 16:10 18:23 21:5
24:22 26:10 37:14 38:5
39:14,15 41:6 45:24
46:12,24 47:3,20 48:6
48:11,17,20 49:7 52:2,4
65:18 85:6 87:4 92:24
95:19 96:4 98:13 110:1
142:2 150:13 164:15
169:12,15,16 173:11,25
175:11 197:8,12 198:18
203:7 210:22 212:9
214:19 215:8,17,20,23
218:5,15,16 219:6

221:4 223:9 227:21,24
228:3 229:5 238:6,7
239:10
**floodwall** 37:10,20 46:1
113:6 114:14 128:14
149:6,9 150:19
**floodwalls** 46:3 150:20
**floor** 131:8 149:7 227:24
228:8,11,14,18 229:9
**Florida** 128:4 182:2,17
183:20 191:14
**flow** 26:6 61:9 73:5
80:25 97:19 98:2,2,5
100:14,15,15 101:5,21
103:17 107:9 108:17
161:20 216:25 218:21
222:8
**flowed** 73:2 102:19,25
**flown** 71:15 72:19
**flows** 103:18 118:3
127:14 185:19
**focus** 148:2 151:17
**fold** 184:6
**folks** 10:15
**follow** 208:22
**following** 237:5
**follows** 6:5 134:7
**foot** 91:18 123:7,12,20
124:4 125:14 126:18
127:1 132:17,18 134:15
160:13,20 161:5,6,6
181:13 182:6 196:2
201:2,17 202:9 205:18
205:20 228:12
**force** 22:2 110:19 111:12
**forces** 226:15
**foremost** 21:3
**Forest** 1:22 6:2
**Forgive** 108:21
**form** 4:14 40:7 68:17
73:24 96:18 102:2,22
110:7,23 113:8 119:6
127:6 147:16 170:6
183:4 238:1,15 239:6
239:15 240:1
**formalities** 4:11

SPINKS, MELVIN GERALD

9/25/2008

Page 10

**formality** 4:9
**formation** 126:6
**forming** 74:17
**forms** 117:23 172:16
**forth** 232:20 244:8
**forward** 190:13
**found** 40:25 89:1 163:8
  189:10 193:21 196:6
**foundations** 225:16
**four** 106:25 198:25
**fourth** 27:21 36:15
**frame** 113:21 114:3
  175:17 178:2,3,5
**frames** 145:12
**friction** 98:5
**front** 11:25 42:8 108:10
  149:23 153:23 156:4
**full** 43:2 63:25 88:11
**fully** 21:12
**function** 228:4,6 231:13
**functions** 228:9 229:6
**fundamental** 77:24
**funded** 44:5,6
**further** 73:19,21 74:14
  184:11 209:16 236:11
  240:24 241:6,12 242:6

**G**

**G** 11:11
**Galveston** 50:2,12 111:1
**gamut** 57:18
**gap** 132:20
**gather** 28:2 129:15
**gathered** 44:17 54:2
  55:15,20 56:19 84:12
  220:11
**gathering** 44:19 220:12
**gauge** 67:10,12,16 83:8
  120:5 124:9,14
**gauges** 65:11
**gauging** 65:4 83:8
**general** 28:5 31:11 36:21
  65:19 180:11 234:5
**generally** 14:22 16:9
  35:14 39:4 158:19
  186:15 228:17

**generate** 52:15 89:19
  117:1 222:16
**generated** 49:8 53:8
  64:14 116:19
**generating** 53:19
**generation** 52:17 62:20
  63:1
**generator** 85:11,13
**Gennaro** 34:8,14
**geographical** 239:11
**geometric** 122:6
**geometry** 102:9,15
  161:13
**GERALD** 1:22 6:1 243:4
**getting** 27:25 83:14
  182:16 184:21 196:25
**gigantic** 102:25
**Gilbert** 16:4
**GILLY** 3:14
**give** 32:9 43:16 48:15
  63:14 111:6 139:21
  145:1 156:2 180:11
  207:20 211:8 213:12
  218:18 229:1
**given** 9:7 15:19 34:8,13
  85:15 92:23 101:6,7
  102:18 103:16 109:23
  110:21 112:24 147:23
  164:15 165:2 189:23
  190:18,24 208:11
  216:23 227:24 236:9
**gives** 77:4 86:5
**giving** 187:1 189:25
  206:16
**go** 9:21 12:2 21:3,6,13
  22:23 23:4,8 25:8
  27:15,22 28:14 29:2
  31:11 35:22 55:21
  56:12 57:3,7 69:6 71:1
  72:12 73:11 75:13
  76:20 81:7 115:11
  116:10 121:9,11 126:16
  130:1 132:21,24 133:10
  133:11,20,22 135:8,24
  143:10 144:10 150:4
  153:6 154:2 155:11

156:6,16 166:11 176:2
  177:6 178:9 198:23
  216:21 217:8 218:12
  235:18,22
**goals** 197:22
**goes** 26:9 53:16 85:20
  95:24 114:22 214:14
**going** 13:3 27:15 28:2,8
  28:23 31:10 33:13
  53:18 68:22 69:3 75:18
  76:12 79:17 88:15 96:8
  96:18 100:6 108:7
  124:7 125:25 128:9
  133:18 135:23 146:2
  153:6 154:16 156:17
  158:12,16 161:6,20
  162:9,11 163:21 164:14
  170:5 176:4 180:25
  181:2 184:4 190:13
  192:19 199:14 202:5
  205:6 207:20 208:17
  213:11 218:6 224:22
  225:24 226:4,8 227:11
  227:15 228:10,23,24
  229:1 235:12 236:10
**good** 25:14 54:23 55:3
  57:5,21,22,22,24 58:1
  58:12 89:25 99:18
**GOODWIN** 2:10
**government** 43:16 44:4,6
  44:21 64:22 222:23
**governmental** 43:5,21
  44:11 45:4,18
**government's** 65:14
**grab** 69:3,4
**graduate** 230:25
**granular** 235:13
**graph** 180:20 181:22
  190:16 200:1 202:16
**graphically** 142:16
**Grass** 108:5
**grasses** 184:25
**greater** 23:3 62:19 63:2
  65:6 240:21
**green** 115:21 191:25
  192:2

**greens** 181:6
**grid** 33:14,17 34:2
  108:23 129:5 139:1,10
  139:11
**grids** 139:16,18
**ground** 98:17 128:21,22
  130:22 131:3,6,9
  133:15 140:1 178:18,19
  178:23 207:11,14
  209:18,20 227:21
**grounds** 231:4
**groundwater** 109:3,7
**ground's** 29:24
**guess** 9:11 12:23 70:14
  91:17 109:17 118:21
  175:6 180:19 187:19
  218:6
**Gustav** 82:24 87:8,8
**guy** 70:16

**H**

**H** 233:7
**half** 91:19 120:11,21
  178:13 228:12
**hand** 20:6 181:16 189:11
  189:16
**handed** 20:5 22:15 136:1
  148:16 229:14
**handle** 100:10
**handout** 155:18
**hands** 12:25 235:1
**happen** 100:23 110:20
  145:19 183:17 201:20
  239:22
**happened** 35:2 39:5,13
  54:15 74:20,21 75:5,22
  76:2,18 82:11 113:21
  143:23 147:25 148:22
  151:2 152:15,21 154:15
  155:2,5,11,21 157:7,20
  158:25 159:7 173:21
  174:1 177:3 197:19
  201:12,13 203:21 208:5
  216:22 218:14 219:18
  226:19
**happening** 92:14 126:5

SPINKS, MELVIN GERALD

9/25/2008

Page 11

180:3
**happens** 92:14 126:13
  127:4,15,22 151:24
  163:18 179:13 190:3
  208:6,14
**Harbor** 53:2,13 62:2
  66:15,21 67:21,25
  71:18 72:1 73:6,15
  88:10 186:13 203:3,6
  207:25 213:21 214:24
  215:2,7,15,21 239:1,20
  240:7,12,13,19 241:4
  241:19 242:1
**hard** 44:2 134:6 206:9
**Harris** 24:16
**hasten** 203:7
**hat** 9:22
**HAZ-AS** 49:23
**head** 235:17
**hear** 10:6
**heard** 10:17 85:8 144:8
  145:14 146:1
**heavily** 108:6
**HEC** 19:6 107:9 233:7
**HEC-HMS** 19:2 222:20
**HEC-RAS** 19:2 24:9
  25:6,13 233:9
**HEC-VER-RAS** 222:20
**HEC-1** 19:1 49:21
**HEC-2** 19:2
**height** 66:20 67:11 68:5
  81:20 92:18 131:8
  134:2 181:12,13 183:19
  183:25 206:25
**heights** 66:25 117:11
  128:14
**held** 35:23 80:9 236:1
**Helmer** 14:15,16,19 15:3
  15:6,9 16:4
**help** 71:3 120:16 136:21
  142:9 189:2
**helped** 157:2
**helpers** 184:6
**helpful** 156:11 157:5
**helping** 136:18
**helps** 157:19

**hemisphere** 61:17
**hereinabove** 244:8
**hereto** 4:4 244:14
**hey** 152:20
**high** 26:10 28:25 30:2
  35:5 38:14 41:12 54:1
  54:19 59:16,19 60:2,13
  64:24 88:13 116:13
  118:4 134:9 142:23,25
  143:1,4,6,11,14,14
  144:23,24 146:4,5,9,11
  146:13 163:15,20
  181:25 182:9 185:23
  192:11,13,17,21 193:8
  193:11,14,17,20 195:2
  195:8,10,12,17 196:6,9
  196:12,17,22 197:5
  217:21 221:4,9
**higher** 73:9 181:4,9
  196:5,16 206:23 210:10
  210:21
**highest** 186:1
**highlighting** 235:10
**histories** 65:1
**hit** 68:14 187:13
**HMS** 19:2 24:8 25:6
  49:22 233:10
**hold** 213:11
**hole** 123:7,12,15,20
  124:4,8
**holes** 149:5
**homeowners** 218:20
  219:12
**homes** 37:14 97:11,18
  113:3 176:18,22 177:2
  187:10,13,20 216:18
  224:10,12 225:13,15
  229:10
**hopefully** 46:21
**horizontal** 226:15
**horseback** 40:1
**hour** 126:19 232:12
**hours** 13:19 84:19 124:3
  126:19 141:24 203:8,15
  215:1,18
**house** 85:24 97:10,10,20

98:17,19,19 103:16,20
  103:24 106:3 130:25
  145:3,16 147:23 155:9
  174:24 175:1 191:20
  193:25 195:23 218:24
  226:14,23 227:25 228:3
  228:8,15,16,21
**houses** 52:16 59:9 98:16
  103:15 104:8 105:16
  145:23 187:5 225:5
  226:20
**HPS** 62:22,22
**huh** 187:20
**hundred** 100:3
**hurri** 61:20
**hurricane** 17:2 37:12,16
  48:7,11,17,21 49:3,4,9
  49:12,20,25 50:19,25
  51:2,17 60:19,20,25
  61:2,5,6,8,9,13,15
  62:18,21,24 63:1,3,19
  64:10 65:24 74:20
  77:10,25 78:13 83:6
  99:20 110:5,15,19
  111:12 125:24 128:10
  175:13 203:21 223:8,19
  224:14
**hurricanes** 49:11,18
  51:22 61:19,21
**hydraulic** 16:19,22
  18:10,20 19:5 20:21
  27:16,17 223:12
**hydraulics** 25:4,8 26:3,8
  49:17 217:5 228:2
  237:7
**hydrograph** 29:22 44:19
  67:4,6 86:13 88:25
  90:19 91:3 92:1 93:4
  116:1,5,9,21 117:4,13
  117:15,23 118:5,11,18
  118:24 119:4 120:1,2,4
  121:20 125:9,16 126:16
  127:3 141:5 157:8,11
  157:14,19 191:16
  211:20
**hydrographic** 86:13

**hydrographs** 31:23
  66:23 67:1 81:18 88:23
  114:20,23,23 115:2,24
  116:7,17,19 117:1
  224:23,23 225:1
**hydrologic** 16:18,22
  18:10,19 19:5 20:21
  111:24 112:1 223:11
**hydrologically** 125:15
**hydrologist** 52:12 110:9
  123:25 126:25 216:8
  225:20
**hydrology** 25:4,7 26:3,4
  27:16 49:10,17 141:6
  216:25 217:5 225:21
  237:4,6
**hypothet** 40:8 113:10
**hypothetical** 39:16 94:13
  102:3 165:24 183:10
  201:10 203:12 205:24
  209:10 211:23 212:1
  240:4 241:17,18,21,23
**hypothetically** 73:17
  101:23 102:6 113:12
  201:19 202:14 210:24

**I**

**identified** 22:12 37:11
  221:21 234:8
**identifies** 22:21
**identify** 20:7 145:16
  226:22
**identifying** 235:14
**ignoring** 82:16,17
**IH** 189:7
**IHNC** 17:9,13,20 37:13
  37:16,18,20,24 38:9,24
  39:6,14 40:20 46:19
  66:9 67:3 70:2 71:5
  72:25 73:3,10 81:15
  85:3 88:13 115:19
  120:4 122:1 123:11
  125:22 126:9,12 149:3
  149:14 150:19 161:10
  164:24 165:2,6,7,19,22
  168:18 169:22 185:11

SPINKS, MELVIN GERALD

9/25/2008

Page 12

185:19 186:5,19 187:14
187:21 188:19 189:8,13
191:14 197:20 198:2,5
200:5,10,13,18,25
201:8,16,22 202:3,10
203:9,13 205:16,17
208:15 210:25 212:4
213:1 214:20 215:22
216:2 221:20 237:5
241:1
**IHNC's** 209:8 211:6
**ILIT** 22:4 113:2,20,23
114:2,7,10 220:6
**illustration** 241:24
**imagery** 70:8
**imagine** 62:4 111:22
116:23 124:6
**imaging** 70:22 128:17
**immediate** 84:4,18
**immediately** 181:24
**impact** 103:15,23 109:9
109:14 112:6 127:11
219:10
**impacted** 87:10 173:8
226:14
**implemented** 122:25
**important** 56:9 66:1
165:4 184:15 216:20
217:1,6 221:8,13
**inaccurate** 91:23,23
**inches** 141:9
**include** 26:16,20 27:12
27:19 33:22 34:1 51:22
52:1 64:20 66:24 81:19
92:6,7,8 109:14 112:9
132:12 167:19 224:23
227:19
**included** 22:1 26:11
38:17,21 46:20 53:22
56:16 62:14 63:10 64:9
68:24 69:19 83:12 87:2
95:2 97:20 114:20
134:3 143:8 159:21
**includes** 22:25 25:12
33:16 88:5,5 99:18
109:25

**including** 20:15 37:1
46:1 66:10 86:20
**incorporate** 50:20,21
51:9
**incorporated** 97:25
**incorrect** 40:25
**increase** 70:17 209:5
**independent** 29:16
108:15 113:17 114:9
126:7,8,10 160:24
**indicate** 150:15
**indicated** 17:15 39:25
151:14
**indicating** 71:22,24 72:4
72:11 77:6,7 103:21
104:2 134:6 138:22
145:10 158:3 162:8,10
178:14 181:5,15 182:4
184:22 185:1,2 186:2
188:21,23 189:9,15,18
190:4,8 193:5,10,13,16
193:19 196:19 206:1,4
210:5,14
**individual** 59:9 97:10,20
98:19 132:9 228:21
**individually** 226:21
235:13
**individuals** 86:8
**Industrial** 123:21 124:1
124:16 127:14 165:12
165:14 168:25 172:5,14
184:19 190:5 209:6,9
238:25
**infer** 76:6,17
**influence** 25:19 93:22
95:8 98:3,3 101:13,20
179:18 184:9
**influenced** 25:20
**information** 14:3 20:10
21:4,17,22 22:1,6 23:6
23:12,13,15,25,25
24:10 28:1 29:19,20,21
30:13 31:18 36:13
38:13,14,15 43:4,8,20
43:23 44:11,16,20,20
45:2,14,17,19 48:1

54:18 55:19 56:19
57:19,23,25 58:1,13
60:2,4 61:2 62:12,16
63:4,6,8 64:4,10,21
65:10,12,15 66:18
69:24 70:5 74:24 75:10
75:12,13,16 77:1,5 83:9
84:12 86:5 89:4,6
100:7 108:20 113:25
114:6,8 118:9,13,17
119:20,22 124:23,25
125:7 132:1,8,10,11,16
132:22 133:15 136:9,16
138:22 140:5,7,10,16
142:16,21,22 144:4
145:9 148:5,9 149:12
149:20,25 152:2,3,6,17
152:20 155:1,14 156:1
156:12,14,15,25 158:19
159:19,22 161:3 162:18
162:24 166:19 172:21
177:16 198:1 204:2
219:13 220:9,9,11,13
224:16 226:17,19,25
228:1,2 229:3,7 232:19
232:23 241:10
**INGRAM** 1:13,14
**initial** 18:14 93:20 94:21
94:23 96:1,14 243:15
**injuries** 227:2,4
**Inner** 53:2,13 62:2 66:15
66:21 67:21,25 71:18
72:1 73:6,15 88:10
186:13 203:2,5 207:25
213:21 214:24 215:2,7
215:15,21 238:25
239:20 240:7,11,13,19
241:3,19 242:1
**input** 28:17 29:9,13 30:3
30:17 31:14 32:10 44:9
51:18 54:25 117:8,11
117:24 119:4 162:22
217:10
**inputs** 30:20 31:6,13
32:1 40:21,24 54:20
**inquiry** 199:14

**inside** 52:18 101:6,19
103:18 104:12 143:6,10
143:19 159:11 176:17
176:21 177:2 195:19,20
195:22 199:6
**insignificant** 52:21 92:23
94:8,10
**instantaneous** 123:6
**instantaneously** 161:5
**institutional** 43:6 45:19
**institutions** 44:6,7 56:20
**instructions** 6:13
**instruments** 65:5
**insurance** 51:12
**intend** 241:6
**interaction** 109:2
**Interagency** 22:1
**interest** 9:1 24:12 35:1
**interested** 14:25 15:1
16:17 25:24 244:15
**interfere** 11:5
**interior** 18:22,25 24:22
49:7 50:22,25 51:25
52:2,10,18,21,24 53:21
53:22 88:23,25 98:11
98:12 99:12,14,19,25
109:20 110:1 112:5
116:16 157:8,10,14,18
223:9 230:2 233:4
238:7
**intermittently** 176:3
**intermixing** 43:24
**internal** 51:4,8,16,20
52:4,7 93:19 94:9,19
95:3 96:15 97:21
**internally** 52:7 100:24
**interpret** 151:3
**interpretation** 83:11
**interpreted** 203:11
**interrupt** 10:9,25 151:16
**interrupted** 184:3
**interruption** 175:25
**intersects** 201:5
**intervention** 239:12
**interview** 218:23,25
**interviewed** 219:11

SPINKS, MELVIN GERALD

9/25/2008

Page 13

**inundated** 203:19
**investigation** 54:3
  217:19 238:13 241:7
**investigations** 77:22
**investigative** 22:24
**investigators** 143:10
  217:14 220:3
**invoice** 231:24
**involved** 19:10 20:24
  21:2
**involves** 27:24 173:3
**involving** 14:24
**IPET** 13:11 22:1 44:9,14
  44:18,23 45:3 55:15
  59:2 61:1 63:9 64:4
  66:18,24 74:23,23,25
  77:21 83:18 84:12
  86:11,11 88:22,25 89:1
  89:6,18,19 90:3,18 91:3
  91:25 114:21 116:14,15
  117:14 118:13 125:9
  132:20 133:15 134:25
  135:16,18 136:8 137:4
  137:6,7,10,13 142:21
  143:3,9 149:12,13,17
  150:12,22 151:1,5
  152:16 157:1 159:20
  162:25 183:12 191:19
  192:11,14,21 197:2,4,7
  197:18,24 217:14 220:5
  220:9,15 222:3,6,16
  223:5
**IPET's** 12:18 24:10
  25:23 43:22 58:5 63:4
  116:18,25 124:24 125:1
  157:12 158:1 161:2
  162:24 197:11 220:9
  222:1
**irrelevant** 7:21
**Island** 50:2,12
**issue** 17:4 82:25 216:13
  227:11
**issues** 15:2 20:21 58:7,19
**item** 21:21 23:24 185:17
  229:5 235:19,19
**items** 12:10,12,14 23:11

  25:10
**iteration** 57:1
**iterative** 56:21,24 145:19
**it'll** 32:9 130:25

---

### J

**Jackson** 55:24 72:8,11
  144:14 185:11,14,20,25
**January** 14:8
**Jean** 193:2
**JEFFERSON** 2:20
**job** 10:12 28:9,9 58:12
**JOHN** 3:12
**JOHNS** 3:17 4:21 244:4
  244:20
**Johnson** 85:23
**Joseph** 2:7 233:25
**JUDGE** 1:9
**June** 12:5 137:8 138:12
  231:25 232:2,15,22
**justification** 86:19
**justified** 82:16

---

### K

**K** 1:8 24:11
**Katrina** 1:7 14:23 15:2
  15:17 21:24 23:15 35:1
  37:16 44:1 49:14 60:19
  62:19 63:2,19 68:13
  72:21 74:21 77:3 78:3
  110:5 169:8,16 175:13
  203:21 215:10 219:18
  224:14
**KEARNEY** 3:8
**KEELEY** 3:12
**keep** 10:16 48:14 79:16
  96:8 97:7 195:9 204:9
  205:24
**Kendrick** 149:5
**key** 155:6
**kind** 31:11 46:22 70:16
  71:24 82:25 86:7 91:6
  134:6 144:2 195:1
  212:11 217:19
**knew** 54:18 173:6,12
**knocked** 225:15

**know** 15:25 16:8 22:6
  25:20 29:1 31:10 33:7
  33:7,8 41:22 43:13
  44:3 45:7 46:23 50:13
  52:9 55:2,6,8,13 58:17
  59:17,25 61:21 62:5,5
  65:14 66:4,16 67:8,14
  67:15 68:20 70:15 74:9
  74:10 78:12 81:7,13
  82:22,24 85:1,3 87:8
  89:5,9,23 90:14 92:5
  94:3,12,13 96:2 98:9
  99:1,18,22,24 100:16
  104:20 106:8,13,16,21
  106:22 107:24 108:4,7
  108:11 109:16 110:2,8
  122:20 124:23,24 125:4
  127:23 128:8,11 129:4
  130:8 133:18 134:16,19
  137:2,16 143:17 144:1
  144:17 149:16 150:7
  152:1,4 155:3 163:23
  164:5 166:16 176:24
  178:20,25 179:16
  180:13 181:11 182:8
  186:20,22 187:7,24
  189:23 190:3,5 192:3
  192:23 195:19,21,21,23
  195:25 196:1 197:12
  198:10,20 204:16,24
  205:16,18 213:12
  216:16 217:3 219:2
  221:16 228:7,14,15,17
  228:24 231:11 237:8
**knowing** 146:18 228:20
**knowledge** 32:23 38:23
  48:3 53:21 59:15 61:22
  82:22 124:22 143:9
  163:3
**knowledgeable** 48:8
**known** 54:17 163:13
  166:5
**Kok** 25:18 47:23 139:19
  140:18 198:11 224:3

---

### L

**L** 3:12 4:1 11:10
**laborious** 56:13 222:22
**Lafarge** 1:12,14,15 2:9
  2:12 172:24
**Lafitte** 193:2
**LAGARDE** 1:13
**land** 26:7,7,9 35:3 103:1
  105:23 158:13,14
  178:20
**landfall** 60:21,25
**language** 105:8
**LARFARGE** 1:13
**large** 69:16 83:17,19
  112:2 180:4
**larger** 62:8
**Larry** 14:10 16:4 204:14
**lasers** 128:21
**late** 167:3
**law** 4:8 9:25 230:15,21
  230:21
**LAWRENCE** 2:3
**lawyers** 16:14 17:11
  18:15
**lay** 35:3
**LBLD** 3:5
**lead** 232:5,8
**leave** 77:17
**leaving** 44:8 152:12
  156:20
**Lee** 140:24
**legend** 142:19
**length** 74:19
**letter** 115:14,16
**let's** 8:13 20:3 25:5 35:22
  60:18 72:12 76:20
  81:12 88:18 103:19
  145:5,20 148:13 167:13
  178:4 188:3 192:9,9
  194:6 197:13 229:12
  233:16
**levee** 2:24 31:18 38:4
  46:1 58:1 68:5,10
  71:22 83:22 93:12
  109:13 112:15 113:5
  114:21 117:9 128:14
  132:19 134:7 142:5

SPINKS, MELVIN GERALD

9/25/2008

Page 14

158:15 162:7,19 178:21
179:20 180:6 181:24
182:16 183:1,7,21
184:13 200:11,25
203:18 217:23 218:4,7
218:9 239:3
**levees** 46:3,18,19 51:2,6
99:20 100:1 112:12
133:11,14
**level** 28:5,25 29:4,6
39:18 47:12 54:19,21
65:1,16,17 67:22 68:2,4
73:8,9 83:4,6,11 85:25
89:3 97:11 100:20
117:11 120:9 123:22
126:18 134:15 144:12
145:3,11,12 146:23
152:25 155:9 163:14
177:14,15 178:17,18,19
190:15,19,20,24 191:3
191:19 196:5 197:12
201:1,8 203:14 207:9
208:7,8 210:17 211:6
212:6 213:17,23,25
214:19,22 228:7 229:9
**leveling** 128:22
**levels** 57:10,14 62:7
66:10,14 84:10,17 85:3
86:6 88:13 89:17 93:23
97:12 99:9 100:17
121:19 142:24 144:4
147:23 163:10 164:12
195:2 200:3 202:4
208:18 211:2 220:24
**Leviant** 13:23
**liability** 6:17
**license** 79:12
**Licensed** 229:20
**LIDAR** 45:8 128:13,15
128:16,25 129:6,8,10
129:11,18 130:5,10,14
130:16,21 131:2,7,10
131:11 132:16,17,18
133:13,19,24 134:14
139:4 162:21
**life** 3:9 100:3

**light** 128:17 180:22
**limitations** 6:14 104:25
105:3,4
**limited** 124:19
**line** 31:24 79:2 134:14
135:21 136:7,21 137:18
138:14 145:25 148:4
149:20,22 181:5,17,25
183:20 184:1 186:20,21
187:11 189:8,17 190:7
199:13,25 200:20,22
201:25 202:2,11 205:21
205:21 212:25 214:11
214:12
**lines** 134:24 135:15,18
137:5,14 214:12
**list** 22:9 23:6 45:1
**listed** 23:18 32:2 37:22
45:14 75:15 140:14
149:19,23 151:10 152:8
230:12
**listen** 15:5
**LITIGATION** 1:7
**little** 35:15,16 41:4 59:17
71:13 86:5 146:6
180:22 182:19 194:9
197:10 209:11 222:13
**lived** 35:7 149:2,8
**lives** 151:13 166:15
**LLP** 2:6,10
**local** 98:3
**localized** 95:13,15,20
**Locate** 193:3
**located** 67:6,12 70:1
191:13
**location** 71:17,25 85:19
90:15 96:3 101:6
102:18 103:17 104:3
112:25 115:8 127:24
141:2 158:2 161:25
165:2 168:16 174:23
179:1,2 189:15 190:18
190:25 191:25 192:8
196:6,10,18,23 199:6
199:10,14,15,20 200:4
200:19 201:1,18 202:9

203:1,7 207:4,5,10
209:21,22 210:3 211:3
211:21 212:25 213:5,7
213:10,20,23 214:24
**locations** 56:11 91:21
115:5,10 116:20,24
142:23 144:5 154:18
158:18 192:12,13
198:24 199:2,16 206:22
210:18,20 215:9
**lock** 67:3,3,6 83:9 116:3
116:9 120:5
**lockmaster** 117:18,22
118:5
**lockmaster's** 116:5,21
117:4 118:10
**log** 85:9
**long** 13:18 56:13 79:15
167:8 222:21
**look** 9:12 18:7 19:16
20:20 22:8,10 24:24
25:4,9,21 28:8 33:20
34:25,25 35:2,8,16 41:9
41:25 45:9 46:14,23
55:4,17 56:15 57:7,15
57:17,18,19 58:24 59:8
60:6 64:2 79:10 80:3
83:24 84:21 85:21
86:14 89:23 90:13
98:10,12,14 104:16,24
106:9 107:5,23 114:9
120:2 132:9 136:11,19
137:16 140:21 144:15
148:24 152:19 154:6
157:25 158:21 163:11
164:5 175:4 181:10
182:19 186:22 192:3,25
195:20 197:17 202:2
212:5,15 214:10,11
223:10,12 231:11
232:21 234:23
**looked** 19:11 20:11,13
23:10 24:8,10,11 44:15
46:17,19,21 49:1 51:15
58:18,24 60:9,14 67:8
74:24 82:25 85:2,21

86:1 89:13 101:11
114:6 125:6 152:2,4
161:2 197:18 198:13,14
198:15 221:23 223:4
**looking** 15:1,17 16:11
24:21 25:5 27:20 35:14
51:13 52:5 57:11 58:7
58:8,10 76:22 104:22
105:7 106:21 109:12
113:18 130:4 134:20
145:9 163:12,17,25
169:21 174:15 177:24
179:25 185:18 188:16
197:23 235:10
**looks** 59:17 182:8
**lot** 22:4 25:15,25 43:24
49:10 51:2 52:18,19
55:2,6 57:23 58:18,19
58:22 65:11 87:17
98:15 103:6 105:5
110:16 113:14 125:5,5
131:23 136:15 146:2,5
156:12 159:12 164:20
166:17 184:23 190:21
219:3 222:23 238:17
**lots** 103:7 139:6,6
**Louisiana** 1:2,24 2:4,8
2:16,20,24 3:5,10,18
4:22 43:23 44:10,14
45:3 59:3 60:21 62:3
77:21 113:3 114:1,2,5
114:10 142:21 157:1
220:6,7,10,13,14,19
229:19,21,22 230:3
244:22
**Louisiana's** 22:3 113:24
114:8
**low** 158:11
**lower** 37:15 45:24 46:12
47:4 68:25 73:2,5,14
80:25 87:21 88:1,9
102:19 103:18 111:10
111:11 112:20 114:11
117:16 121:18 125:22
143:10 150:11,16
161:21 167:16 168:4

172:14 174:1,24 176:7
176:12 177:11,19
178:10,13 179:21 199:6
203:19 205:12,22
206:22 208:8
**lowest** 158:13,14 179:8
**low-lying** 141:17
**LSU** 45:12

**M**

**M** 24:11 230:25
**MAG** 1:10
**MAGIC** 2:16
**maintain** 79:15
**maintained** 35:19
**maintenance** 79:17
**major** 37:10 92:17
111:23 215:15 218:19
234:6,7 235:16
**majority** 138:13 190:7
**making** 56:16 58:11
63:15 167:9,23 168:2
**MALONE** 3:3
**Mannings** 107:12,13
108:1
**manual** 105:2
**map** 70:15 72:10 142:6
142:10,18 143:22,25
144:1 146:6,22,24
147:1,11 152:14 153:9
153:20,23 154:18 158:2
176:16 181:2 184:6
188:2 192:22 193:9
195:6 210:7
**mapped** 188:1
**maps** 180:14
**March** 34:23 137:10
138:15
**Marino** 34:9,14
**mark** 2:11 20:3 30:2
38:14 54:19 60:13
135:25 142:23 143:6
144:23 146:11 148:13
192:11,13 193:8,11,14
193:17 195:17 196:6,9
196:17,22 229:12

**marked** 20:6 22:16 36:25
136:2 146:6,12 148:16
229:15
**marketplace** 19:14
**marks** 35:5 41:13 54:2
59:8,16,20 60:3 64:24
116:13 142:25 143:1,5
143:12,14,19 144:24
146:4,5,10 147:11
163:15,21 192:17,22
193:20 195:8,10,12
217:21 221:4,9
**marsh** 184:25
**Master's** 230:8
**match** 57:2 145:10
146:24 178:5 198:18
221:3
**matched** 91:14
**matches** 144:22
**material** 21:23 22:5
**materials** 137:7
**math** 70:15
**mathematical** 28:7 54:13
**matter** 14:6 46:15 65:19
219:1 231:10,14,20
244:16
**matters** 15:7
**Matthew** 149:8
**maximum** 93:22 142:23
146:9,11,15,16,19
197:12 201:1 202:4
210:16 211:2,6 212:6
213:6 214:13,18,22
215:1
**McCall** 1:23 2:6
**MCCRANIE** 2:22
**mean** 21:25 25:1 26:22
27:8 29:19 44:14,16
45:11 49:1,3,19 54:10
56:24 58:3 59:15,18,23
59:24 62:22 65:9 66:13
70:15 78:19 79:9 82:21
84:7 90:13 91:14,17
99:17,21 103:19 104:24
105:18 106:23 110:8
112:1,3,17 113:16

118:10 124:5 125:24
129:9 136:15 140:17
145:8 158:11 162:18
163:11 166:4 182:8
185:23 187:1 189:20,22
191:3 193:23 205:16
210:1 216:24 222:4
**means** 47:1 71:14 85:12
109:4 139:3,8 167:9
181:9 205:25
**meant** 98:7
**measurable** 30:18,19,21
**measured** 29:20 191:23
**measurements** 64:25
65:5
**mechanism** 109:15
**mechanisms** 169:17
**medications** 11:3
**meet** 15:21
**meeting** 16:7,13
**Melvin** 1:22 6:1 36:3
243:4
**mention** 91:7 114:5
**mentioned** 6:25 19:7
30:25 54:12 107:10
154:20,21 155:16
156:13
**mentioning** 164:18
**merge** 38:2 184:16 185:4
186:6 189:9,22 206:6
**merging** 189:24
**met** 13:15,17 17:11
**Metairie** 2:20,24 3:5
**meteorologist** 61:19
68:18
**meter** 124:20 129:4
139:1,11,16,23
**meters** 33:20 139:12
**method** 107:3,7
**methods** 107:1,4
**metric** 160:7
**metrics** 160:6
**metropolitan** 63:22
64:16 78:2
**middle** 63:25
**midnight** 120:12 175:14

**MIKE** 24:11 107:9
**mile** 194:9,10
**miles** 193:23 194:1,2,3,8
**million** 44:23
**millions** 217:15
**mind** 18:16 70:24 159:8
195:9 205:24
**minimization** 133:4
**minimize** 132:25
**minus** 90:3 161:16
209:21,22 214:5
**minute** 72:7 120:3
122:18,22,25 126:16
235:23
**minutes** 8:25 233:13
236:8
**misapplication** 233:5
**misheard** 225:2
**mispronounce** 84:22
**misquote** 167:7
**Missing** 132:17
**Mississippi** 181:8 239:3
**mix** 44:8 206:10 209:2,4
**model** 18:16 19:21 20:1
23:13,14,14,16,23,24
23:25 24:4,9 25:6,19
27:10,11,12,24,25 28:2
28:3,6,7,11,12,16,18,21
28:22,23 29:13,17,19
29:25 30:3,9,10,17,24
31:4,5,7,9,13,14 32:2,5
32:9,13,19 35:13,18,20
40:22 41:1,9,23 47:16
47:19,25 48:5,10,13,16
48:20,23 50:11,15,16
53:24 54:13,16,20,22
54:24 55:12,21 56:1,2,7
56:14,18 57:1,3,9,12,16
58:3,9 65:7 78:17,18,20
78:24 79:3,7,21,22 80:1
87:12,20,25 88:4,9,22
89:18 90:3,15,18 91:3
91:19,22,25 92:5,7,8
93:4 95:3 97:21,25
98:6,8,8,9,17,21,23
99:2,3,3 100:6,10,13

SPINKS, MELVIN GERALD

9/25/2008

101:5,6 104:10 105:1,4
105:5,6,12,17 106:7,12
106:25 107:1,2,4,8,21
107:23 108:9,13,17,25
109:5,7,10,14,20,22
112:7 117:8,12,24
118:24,25 119:23
121:17,23 123:10,16,18
128:19 131:3 139:7,16
141:1,14,19 144:6,8,16
152:21 153:1 162:16
163:5 165:1,20,25
166:5 168:10,14 171:5
174:25 175:4 176:10
178:23 179:3,14 182:13
183:11 185:10 187:4
195:3,5 196:4 197:4,5
197:13,15,25 200:4
201:7,15,16,21,23
221:2,15 222:16,25
223:2,10 224:9,11,20
225:12 226:12,16,22
227:1,3,5,20 229:3,5,8
233:3,6 236:25 237:3,9
237:12,13,18,20 238:5
238:9,12
**modeled** 82:20 93:25
94:24 98:20 111:11
140:25 159:24 171:1,2
171:4,10 177:19 188:13
197:1,2 198:23,23,25
200:13,14
**modeler** 55:7
**modelers** 108:12 198:11
**modeling** 18:11,20 19:6
23:13 24:18 30:22
50:19 80:25 81:8 86:21
87:1 101:10 116:15,25
117:5 118:16 119:3
125:13 163:22 173:11
175:8 185:7 199:3
202:10,18,22,25 205:14
**models** 18:16,18,22 19:3
19:7,14,18 24:8,19,24
25:2,14 26:16,19 41:18
48:25 49:2,16,24 50:12

50:19,20 51:7,9 55:2
57:8,20 58:2 106:20
107:9,9,24 160:6
222:18,23 223:5,13
233:8 238:18 239:23
**model's** 30:14 31:10
104:25 177:15 228:1
**modified** 86:14
**Monday** 37:19 150:13
**money** 223:16,20 231:18
**months** 34:23
**morning** 60:22 68:1 84:6
84:19 85:4 90:2 141:24
143:23 150:14 157:21
**motion** 83:7
**move** 93:6 94:14,14
101:2,17 145:7 190:13
210:7
**moved** 95:14 103:23
104:3,7
**movement** 94:16 95:20
99:1 100:15 102:10
**movements** 102:7
**moves** 100:24 101:14
141:6
**movie** 175:10
**moving** 96:3 98:25 103:7
103:11 120:10 153:17
169:1 172:13,16,17
179:22 181:22 182:14
182:25 183:2 184:12
212:3
**mowing** 129:3
**MRGO** 38:3 46:19 70:1
83:10 88:14 115:20
117:2 126:10 161:24
162:6,7,23 163:1
164:25 165:2 172:7,16
174:20 180:5 182:7,15
182:23 184:9,12,21
186:6,18 187:5,13,21
188:19 189:13 190:5,7
197:20 198:3,5 200:6
200:11,23 201:6,8,22
201:23 202:3,12,25
203:18 204:4,13,17

205:4,11,16 206:6,18
207:25 208:5,6,14
209:7,13 210:16,19,23
213:2 214:10,19 239:13
239:22 240:8,14,18
241:1
**MRGO's** 165:14 179:17
189:21 209:3 214:22
**multiple** 174:19
**multitude** 21:1
**MUMFORD** 1:13
**mystery** 88:19

---

**N**

**N** 2:7 4:1 5:1 19:9
**name** 33:4 84:22 85:21
**narrate** 175:7
**narrating** 184:4
**narration** 176:1,3 177:5
179:13 184:5
**narrowed** 126:17
**natural** 181:5
**NAVD** 120:8 191:3
207:9 208:10,16 213:24
**Navigation** 53:2,14 62:2
66:15,21 67:22 68:1
71:18 72:2 73:7,15
88:10 186:13 203:3,6
208:1 213:22 214:25
215:2,7,16,21 240:13
241:19 242:2
**Navigational** 239:1,21
240:7,20 241:4
**near** 40:20 84:4 115:25
117:16,16 158:5 176:17
193:1,7 206:24 228:3
**nearby** 97:13
**necessarily** 26:18 50:22
63:15 66:5 77:13 89:21
92:4 107:17 208:24
**necessary** 138:25
**neck** 124:19
**need** 8:1 10:5,9 18:6
33:20 39:17 40:13
41:25 49:6 51:24 79:4
105:3 106:4 108:25

122:19 133:11,15
137:21 197:10 221:21
228:15 233:12 237:17
**needed** 31:6 133:9
**needs** 166:5
**negative** 191:2 207:21,21
207:23,24 213:18
**neglected** 109:3
**negligible** 93:22 95:8,10
95:18 96:16,20,23
112:14,22,23
**neighbor** 193:25
**neighborhood** 111:20
165:22 174:3,8 177:20
202:5 208:9 213:24
214:14 219:7
**net** 203:5
**never** 48:10 56:14 85:6
91:7,11,16 93:1 208:5,6
208:14
**new** 1:23 2:4,8,11,16
3:10 23:3 63:21 64:16
68:14 78:2 111:2 230:1
232:19,23
**Ninth** 16:10,20 37:15
45:25 46:12,16 47:4
68:25 70:2 72:25 73:2
73:6,14 81:1,25 87:9,21
88:2,9 94:2 102:19
103:18 111:10,11
112:20 114:12 117:16
121:18 125:22 143:11
150:11,16 161:21
167:16 168:4 169:12
172:14 174:1,24 175:21
176:7,12 177:10,19
178:10 179:21 184:11
199:7 203:19 205:12,22
206:22 208:8
**NOAA** 45:11,11 61:3
**north** 2:9,12,23 3:4
37:11,17 40:2 41:19
62:9 71:17 75:24 76:1
82:12 84:19 122:1,2,21
158:6 159:25 160:12
164:17,21 166:7,9,15

Johns Pendleton Court Reporters

800 562-1285

SPINKS, MELVIN GERALD

166:22 167:3 168:11,16 169:3,25 171:1,11,19 172:24 173:4 174:4,7 174:17 175:1,20,23 176:6,22 177:2 181:25 182:2,16 183:7,20 200:14 213:16 216:3

**northern** 61:17 122:24 158:14 179:9 186:24,25 199:7

**northwest** 61:24

**note** 211:23

**noted** 192:18

**notes** 12:19,20,24 13:4 13:11 20:8,16 148:4

**notice** 8:2

**number** 5:6 59:18 71:21 83:18,19 99:18 135:25 153:9

**numbers** 30:4 222:17

**nutshell** 37:22

**NW** 2:11

**NY** 2:16

**O**

**O** 4:1

**oath** 4:23 9:24

**object** 40:7 68:17 73:24 96:18 102:2,22 110:7 110:23 113:8 119:6 127:6 147:16 170:5 174:11 204:6

**Objection** 171:15 238:1 238:15 239:6,15 240:1

**objections** 4:13

**objective** 30:18,21 45:24 46:13,23,25 47:13 77:23

**observations** 195:2

**observed** 57:2 84:4 87:21 88:1 114:11 141:25 196:22 211:3

**observing** 67:9

**obtain** 21:8 26:25 27:3 44:22 135:18 143:5 155:25

**obtained** 22:12,22 44:3,4 116:14 134:25 135:16 136:7 140:4 143:17 183:12 238:12

**obtaining** 36:14

**occasions** 9:10 216:12 218:17

**occur** 85:17 155:3 157:25 162:5 165:6,20 227:7 239:12 241:20

**occurred** 31:2 35:8 37:12 37:17,18,24 39:2 46:18 55:18 71:18 77:6,10 84:5 93:13 136:22 141:18 144:9,11,16,22 145:18 149:14 156:23 169:21 172:10,12,20 173:24 174:16,18 177:10,13 215:15 216:3 216:4 217:11 225:13 237:4 239:10 241:2,25

**occurrence** 242:1

**occurrences** 240:16

**occurring** 175:20 189:25

**occurs** 117:10 145:5 158:12 164:12,13

**ocean** 125:23 127:9

**ocean's** 124:7

**offer** 238:19

**offhand** 122:20

**office** 14:13 15:21,24 17:12

**offices** 1:23

**officiated** 4:23

**Offray** 152:1,10

**Oh** 135:14 140:23 207:11 225:7

**okay** 7:15 8:7 32:17,20 52:2 70:25 75:19 76:15 77:19 80:22 81:17 84:21,25 88:20 92:6,9 93:7,18 94:13 95:1,16 95:17 98:16,18,24 100:15,22,25 103:25 104:2 113:13 114:25 117:15 120:19 122:2

133:10,12,17 136:14 137:1 138:8 145:1,4 146:11,24 147:21 150:10 154:11,19,22 161:17,18 169:22 172:10 177:7 178:7 185:13 188:8 189:20,25 191:8 193:5 195:11 196:11 200:21 201:11 203:16 206:2,5,12 207:16 209:2,19 211:24 212:3 214:6,7,16 215:4 220:7 225:3 233:14

**old** 9:22

**once** 26:9 53:16 79:2,13 94:15 103:25 104:3 111:19 118:1 144:10 161:21

**ones** 152:7 158:1 198:15

**one-third** 132:17

**open** 95:23 121:18,23 126:25 161:22

**opened** 85:2 122:15 123:7,20 124:3 161:4 161:24

**opening** 124:8 164:12,13

**operator** 36:1 69:7,9 80:6,11 84:23 137:20 137:25 138:4 194:11,16 194:19 233:17,21 235:24 236:3 242:7

**opining** 167:15

**opinion** 22:18 39:11,21 64:17 85:9 113:23,24 167:19 168:22,24 170:7 170:9 204:8 205:1,4 216:13 223:15 224:16 225:10 237:4,9 238:24 239:12 240:21

**opinions** 37:5 63:16 167:18

**oppose** 226:5

**opposed** 111:2 168:16 169:16 198:3,5 200:22

**optimize** 139:2

**option** 24:9 106:21

163:24 222:24

**options** 106:18

**OP5** 191:11

**orange** 200:19 202:11 205:21 212:25

**order** 18:7,11 24:24 31:4 44:21 49:19 51:14 54:15 55:7,20 56:9 85:17 86:14 117:9 118:16,24 126:15 139:1 139:7,13 183:13 222:19 228:14

**orifice** 124:19

**original** 129:8

**originally** 7:12 55:15

**Orleans** 1:24 2:4,8,16,24 3:10 23:3 63:22 64:16 68:14 78:2 111:2 230:1

**ortho** 70:14

**orthophotograph** 69:17 70:7,11 71:6

**orthophotography** 45:9

**ought** 29:15

**ourself** 59:10

**outcome** 244:15

**outliers** 59:13

**outlined** 134:13

**outlines** 149:2

**outside** 40:17 53:6 159:9 180:6

**overall** 25:9 26:21 55:19 58:9 69:23 70:4 81:24 87:3,14 92:24 94:4 95:19 96:7,9,12 98:3 112:19 141:7 163:9,20 211:15,16 212:9 221:24

**overflow** 240:8

**overflows** 24:17

**overtop** 81:15 83:15 183:1

**overtopped** 150:20 240:18

**overtopping** 24:22 25:11 37:20 46:2,20 47:8 68:3,6,8 81:13,20 82:17 83:2,21 84:2,16 86:12

SPINKS, MELVIN GERALD

87:11,19,24 88:5,6,8,11
88:15 90:6,20,23 91:5
92:3,6,13,14,20 93:2,9
93:11,13 112:16 117:9
142:5 161:25 179:20
182:23 184:20 200:7,10
201:24 213:1,22 222:10
**over-producing** 57:10,13
**owner** 11:14,14,16
**owners** 11:17 143:18
**o'clock** 82:11 90:2 91:9
114:3,12,13 121:24
122:3,15 141:19 174:17
176:5 178:8,9,12,22
179:4,13,14 216:4

**P**

**P** 4:1
**package** 18:24 26:21
**page** 5:3 22:23 23:4,9
31:12 45:14,23 54:8
60:20 62:18 63:18 64:1
64:1,23 77:20 78:8
80:18,20 88:19 93:9
100:5 115:1,12 117:19
122:10 128:13 131:20
135:2,3,14,15 136:11
138:24 140:3,22 142:7
149:1,18,24 150:4,8,9
153:20 157:15 160:11
166:8 179:25 186:5
190:11 199:21 203:17
205:10 221:6
**pages** 175:6
**Pan** 3:9
**paragraph** 43:2 64:1
66:8 78:10 114:19
149:1 150:10
**parameter** 107:6 109:19
**parameters** 27:12 28:10
30:23 81:9
**paren** 62:21
**parens** 46:2
**PARFAIT** 1:15
**Paris** 17:18 37:25 38:10
38:25 39:1,7,15 40:5,20

46:9 71:5 82:1 165:13
179:23 180:9,21,23,24
181:4,14,21 182:1,17
183:3,4,8,20 186:7,11
186:14,17,25 187:12,23
188:18,23 189:3,4,12
190:8,10 193:22 199:11
239:2 240:24
**Parish** 2:20 16:11,21
18:8 37:15 38:7 45:25
46:6,8,17 52:22 55:16
69:25 81:1,25 94:8
143:11 162:6 169:13
172:15 175:12 179:21
181:18 184:10,12,17
193:22 199:10 203:20
**parse** 211:18
**part** 4:16 11:14 20:10
41:16 46:7 47:3 51:23
52:7,10 62:12 63:5
64:9 69:23 77:1 99:15
101:9 102:12,14,16
109:17 111:15 136:9
141:5,15 142:1 157:22
158:11,13,14 163:16
169:5,7 170:2 171:5
174:13 179:7,9,9
181:20,23 189:5 199:7
211:14 216:5 231:1
**partial** 65:12
**participate** 50:8
**particular** 17:2 18:16
19:11 25:10 29:6 30:2
33:3 41:12 56:11 57:20
58:16 63:15 67:11
72:19 75:8 78:25 85:19
86:7 87:18 101:16
102:24 103:24 107:5
143:25 148:11 156:1
158:18 168:15 185:17
187:16 191:19 210:12
216:18 218:22 219:7,10
226:23 238:8
**particularly** 44:18 78:20
133:3 157:4 159:4,5,16
221:10 223:14 241:9

**parties** 4:4 244:14
**partly** 36:9
**parts** 94:3
**pass** 153:17
**pattern** 61:4
**paved** 108:4
**pay** 43:15 219:22
**peak** 121:14
**peer** 40:16,17
**penetration** 165:21
**people** 43:25 129:22
153:11,12 219:13
**people's** 225:5 234:14,17
234:21
**percent** 63:20 64:15
81:23 82:1,19 86:17
104:15 106:24 107:22
130:15 137:16 142:3
143:15 152:3 176:24
222:8,11,14 231:17,21
**percentage** 231:15
**perform** 21:10 27:22
**performance** 22:2 77:25
137:9
**performed** 20:23 21:9
25:18 36:12 39:23
47:14 77:22 78:13
**performing** 20:25 36:15
51:7
**perimeter** 53:7
**period** 31:14 85:14 123:1
124:3 126:23 155:5
190:2
**periods** 84:5
**permission** 69:3 143:18
**permitted** 13:3
**PERRY** 1:14
**person** 110:10
**personal** 227:2,4 244:10
**personally** 50:8 130:19
231:9
**persons** 11:19
**persuasive** 157:5 158:9
159:4
**PERTAINS** 1:9
**pertinent** 20:21 155:14

229:5
**PETER** 3:12
**PFISTER** 3:2
**phase** 6:17 163:16 164:4
206:21
**phone** 13:21
**phonetics** 140:24
**photo** 70:13 71:10 75:3,6
75:9 76:10
**photograph** 29:3,8 69:16
71:11 72:4,13,17 75:4
75:11,12,21 76:1,5,21
76:24 77:9,13
**photographic** 29:3
**photographs** 60:3 89:8
156:22 217:9
**photography** 70:12
**photos** 54:2 76:7,10,16
158:20 160:17 217:22
**phrased** 165:18
**physical** 29:20 33:16
98:1,4,17,20 122:5
226:18
**physically** 28:11 67:13
105:5 171:8 192:2
**pick** 102:23 177:5 223:1
**picked** 57:21 130:24
192:11,14 237:18
**picking** 58:13
**picture** 67:9 70:4 172:18
**pictures** 67:19
**piece** 21:21 55:19 132:9
132:16
**pieces** 21:25 22:5 31:2
32:13 79:9 81:9
**pin** 146:7,12
**pink** 180:22 200:22
201:25 202:2 205:21
214:11
**pinpoint** 72:5,10
**pins** 147:12 192:18
**place** 9:2 28:18 30:8,10
67:5 71:17 72:2 94:15
164:15
**places** 32:18 206:24
**Plaintiffs** 2:4 7:8 12:4

SPINKS, MELVIN GERALD

9/25/2008

Page 19

14:6 15:20 34:15
172:23 223:24 231:19
232:3
plane 77:14
play 52:7,10
played 47:3
plays 144:2
please 12:24 147:4
227:18 229:13 243:15
pleased 238:21
plow 159:13
plug 29:17 32:18 229:8
plus 175:19 208:16
point 15:19 33:13 37:9
56:1 71:16,25 73:1
89:1 94:15 117:15
129:1 130:23 133:25
139:12 144:15 146:13
152:7 158:17,17 162:11
182:9 185:23 189:23,24
193:3,8,12 212:4
pointed 153:8 187:8,12
188:22
pointing 158:5
points 29:16 56:10 87:21
88:1 89:11,15 90:5,8
91:18 123:10 128:25
129:5 133:19 139:7,11
143:21 152:13 156:21
157:5,25 158:16 159:15
186:1 234:7,20 235:14
polder 23:2 140:16,17
165:8
ponding 141:1 175:23
populate 32:6
populated 181:17
Populating 27:25
porch 55:24 56:6
Port 229:25
portion 35:25 52:2
104:20
portions 42:13,15,19
46:7 137:3
positive 107:12
possibility 74:4
possible 73:20 177:4

possibly 150:17
post 162:19
post-disaster 104:5
post-Katrina 57:25 77:2
104:5
post-LIDAR 162:21
potential 62:20
Pounds 149:5 151:11
152:9
pour 121:17
pouring 99:9 123:12
Poydras 1:23 2:15 3:10
practical 137:18
practice 50:18 219:13
pre 162:19,21
preceding 243:5
precipitation 26:6 49:21
predict 31:5 54:14,21,22
55:3,3 56:2,3 65:17
168:15 178:23 227:23
predictable 153:2
predicting 28:13 56:7
197:25
predicts 165:1 227:20
predominantly 175:18
preparation 20:11
prepare 11:22 12:8
13:12,15 20:8 153:19
prepared 20:17,18
134:22 153:16,20 154:1
232:14 236:25 239:19
preparing 13:25 34:4
presence 97:13 102:17
103:16
present 3:7 13:20 16:2
presentation 172:8
173:15,19,20,24 174:13
238:22
presented 168:9 199:21
pretty 25:14 57:21 58:3
89:22,25 163:21
previous 22:24 62:8
previously 238:4
pre-Katrina 57:25 71:6
71:14,15 130:9 132:18
primarily 18:23 230:23

primary 21:25
principal 232:5,8
principally 44:13
printing 100:16,18
prior 37:19 150:16
219:15 224:6
private 43:5,9,11,12,18
43:24 44:8 45:18 78:22
privately 44:3
probability 157:23
probable 149:14
probably 9:11,16 12:11
13:19 15:11 16:1 19:9
24:23 33:20 34:22
42:20 43:17 48:9,25
50:13 57:5 58:8,21
77:14 81:18,22 83:12
86:17 88:11,14 97:16
99:16 100:2 104:7,21
105:6 106:23,25 109:13
113:1,14 116:8,13,22
117:2 121:13 124:9
133:5 139:5 140:14
142:3 162:17,18,20
163:24,25 166:17
178:14 180:12 190:6
195:19 206:19 207:20
207:21 208:13 209:15
212:15 224:24 231:17
241:8
problem 99:21,22
Procedure 4:7
proceed 8:13 29:15
process 21:15 24:3 25:3
25:9 26:25 27:3,6 29:9
36:18,21,22 41:17
56:12,13,22 128:20
145:19 163:22 217:11
218:25 219:16,17
222:22
processed 140:1
processes 25:13 26:12,12
26:17,20 27:17 212:19
PROCTER 2:10
produce 28:23 36:19
146:22

produced 29:6 30:9
41:12 61:21
produces 28:25
producing 57:8
product 43:13 238:13
Professional 229:20
profile 133:21,23
profiles 31:19 101:12
program 24:10 25:25
28:7 49:22 223:17,21
223:23 231:1 237:23
progressing 175:14
project 24:5 34:18 47:25
62:20 78:25 79:8,12,20
80:1,3 119:2 207:24
208:8 219:5 229:19
projected 201:3 213:20
projecting 176:6,11
projection 196:12,21
200:9 201:15
projects 79:3 99:17
100:1,3,3 196:4 200:4
promise 136:23
promised 236:7
proper 228:4
property 143:18
protected 51:1,5 67:17
protection 37:13 53:6
62:24 63:3 78:1
prove 152:14
provide 19:12 77:23
100:6 114:6 133:16
148:9 179:2 226:16,18
226:24 228:2
provided 62:13 105:11
119:21 152:6 155:14,18
156:14 175:9
provides 70:4 221:2
providing 63:16 69:24
172:9,18
PSLC 6:12 231:24
psychiatry 7:9
public 43:25 44:9
published 11:25
publishing 220:13
pull 135:23

SPINKS, MELVIN GERALD

**pulled** 128:2 129:14
**pulling** 128:5
**pump** 33:6 71:20 84:22
   85:11 95:25 142:22
   151:13 191:11,13,20
   193:1,4,7
**pumping** 33:8,9
**pumps** 33:9
**purchase** 78:18 223:16
   223:21
**purchasing** 78:20
**pure** 209:13
**purport** 169:14
**purpose** 7:1 27:14 48:24
   192:16
**purposes** 4:8 12:21
   137:18 172:9
**pursuing** 17:9
**push** 146:7,12 147:12
   192:18
**pushing** 124:17 127:9
   195:24
**put** 29:19,23,24 30:16,24
   32:22 35:13 40:21
   49:20 98:16 107:25
   122:17,17,22 144:8
   180:13 189:16 192:19
   195:1 212:16
**puts** 86:11
**putting** 139:12
**P.M** 120:11

**Q**

**quantity** 103:10
**question** 4:14 10:19,21
   18:5 19:17,25 28:20
   32:8 40:8 49:5 59:19
   68:18 73:25 74:6 79:24
   87:23 90:25 96:8,11,19
   97:8 98:6,14 102:3,4,23
   110:8,13,24 111:12
   113:9 119:7,9,13 127:7
   129:24 135:10 146:3
   147:3,5,8,17 151:18
   154:3 156:11 157:13
   165:16,24 166:2 167:17

170:14,17,23 174:11
   178:10 180:19,24
   181:20 188:7 204:6
   211:8,11,14 224:19
   226:10 227:18
**questioning** 125:8
**questions** 10:4 48:14
   77:24 108:25 114:18
   128:12 167:9,12 176:2
   190:14 212:25 227:10
   227:14 236:11,13
   241:13 242:6
**quick** 209:5
**quicker** 102:25
**quickly** 9:23
**quite** 24:6 30:12 44:18
   55:13 58:13 129:16
**quote** 43:3 62:6 63:19
   77:22 135:11

**R**

**R** 160:4
**Radar** 128:18
**RAFFIN** 13:2,8 35:21
   80:19,23 97:3,9 111:8
   204:11,19,23 205:5,9
   211:9,17 226:1,11
   227:17 233:15 235:6,21
   236:6 242:5
**RAFFMAN** 2:11 5:13,15
   6:21 7:6,14,18,23 8:6
   8:10,12,18 9:3,6 36:5
   40:14 54:7,9 68:21
   69:5,12 74:1,5 80:4,14
   101:24 102:8 103:12
   110:12,18 111:3 113:19
   119:8,12,25 127:12
   131:17,19 135:5,13
   137:23 138:7 147:2,6
   147:20 153:4,13,22
   154:7,12 160:3,10
   170:13,19,21 171:18
   172:3 174:22 194:14,22
   202:15,24 233:23
   237:25 238:14 239:5,14
   239:25 241:14,16

**railroad** 35:15,17 58:9
   133:17,23 134:2,5,7,8
**rain** 175:19 200:7,11
   224:21 225:4
**rainfall** 16:24 26:5,6
   29:23 31:11,16,17
   44:20 46:4,20 47:9
   49:20 63:19 64:14
   81:22 92:8 114:20
   140:2,4,6,10,25 141:2,3
   141:6,9,15,17,21,25
   201:24 213:2,22 219:9
   222:12
**rainwater** 175:18 177:12
**raised** 68:2
**ran** 41:14 50:11,14,14,15
   81:21 163:23 201:15,21
   201:23
**range** 106:22 142:24
   181:13
**Ranging** 128:17
**rapid** 209:5
**rate** 94:10 96:12 97:19
   101:3 123:22 124:2
   126:22 127:2,13
**raw** 129:13,15 131:1
   133:24 139:6
**Ray** 14:15 16:4
**RDR** 4:21 244:4
**reach** 40:5 84:10 85:18
   95:21
**reached** 37:5 38:5 39:7
   40:20 67:22 68:5,9
   92:18 189:8 206:2
   214:22
**reaches** 185:11,20
**read** 6:19 47:6 82:23
   96:21 113:13 120:16
   122:9 147:3,5 170:20
   184:23 211:10,11
   215:17 243:4,5,16,18
**reading** 4:9 12:7 54:6
   120:21 185:16 192:24
   203:22
**reads** 173:16
**real** 28:8 54:14 100:3,3

**reality** 83:14 154:23
   206:5 239:24
**realized** 151:21
**really** 15:14 19:15 44:2
   56:15 57:22,22 58:2,12
   62:4,5 66:24 82:3
   90:11 99:5 103:4,10
   106:8 108:7 128:8
   179:18,22 180:20
   184:18 221:16 228:15
**reason** 62:11 64:12 78:7
   112:9 118:20 125:11,19
   146:21 168:21,23
   172:11 231:7
**reasonably** 36:17 63:12
**reasons** 98:13 147:1
**recall** 14:21 60:16
   136:10 218:10
**receding** 72:23
**received** 14:17 140:16
**Recess** 138:3 194:18
   233:20
**recognize** 22:17 60:1
   81:13 176:1 209:3,14
**recognized** 85:6
**recollection** 12:21
**reconstruct** 48:6,11,17
   48:20 49:17,25
**reconstructing** 219:18
**reconstruction** 217:24
   218:12
**reconstructions** 230:3
**record** 6:7 35:22,24 36:2
   36:7 62:7 64:14 69:6,8
   69:10 80:5,7,10,12
   138:1,5 154:8 194:17
   194:20 202:21 233:18
   233:22 235:22,25 236:2
   236:4 242:8
**recorded** 104:19 146:17
   195:9
**recording** 67:10
**records** 231:12
**recreate** 132:22
**redone** 130:11,17
**reduction** 78:1

SPINKS, MELVIN GERALD

**refer** 62:23 80:15 98:22
148:25 181:2 242:3
**reference** 23:12 28:16
61:1 64:3,3 68:25
118:3 142:6,8 191:5,11
**referenced** 21:20,24
22:25 23:2,4,10,18,20
44:15 45:6,21 64:5
66:17 115:1 129:20
131:24 136:17 138:16
140:8,13 159:12,20
183:22 191:4
**references** 22:5,9,10
23:8 31:9 37:8
**referencing** 45:5 63:6
115:4 159:17
**referred** 15:9 45:20
107:17 129:2
**referring** 7:2,11 12:15
26:13 32:15 45:13 46:7
47:5 59:2,6 64:23 67:2
75:24 82:7 94:23 103:4
122:5 138:17 148:20
154:22 160:11 164:16
169:19 177:21 187:17
188:20 189:6 192:6
198:6 199:16
**refers** 70:11
**reflect** 6:7 141:14 142:11
154:8 183:25 188:10
195:13
**reflected** 35:12 39:3
89:18 115:22 116:5
117:19 141:19 194:3
199:17 211:19,22
212:10 229:23 230:6
**reflection** 36:18
**reflects** 72:14 213:1
**refresh** 12:21
**regard** 6:18 142:5
**regarding** 197:8 198:17
204:8 205:4
**regardless** 203:2
**region** 192:14
**regions** 192:15
**reject** 223:6

**rejected** 223:4
**relate** 76:24 147:12
170:9
**related** 15:2,16,17 16:11
17:4 21:5 51:3 58:24
61:23 65:12 82:3 90:23
91:8 152:17 154:19
156:1 164:21 217:21
224:7 241:9 244:14
**relates** 170:10
**relation** 62:1
**relationship** 35:7 182:22
**relative** 44:23 54:17
55:21 78:17 195:7
209:1 216:19 218:2,4,7
218:9
**relatively** 96:2 186:21
**relevance** 69:21 169:23
176:13
**relevant** 72:18 212:8
233:4
**reliability** 153:1
**reliable** 142:25 143:2,4,7
143:14 195:11,18 221:2
**reliance** 166:7
**relied** 27:4 43:10,20
118:12 119:20 137:4
152:8 220:6
**relies** 43:3
**rely** 24:1 125:10 137:12
**relying** 44:13 159:3
**remember** 10:23 15:14
50:16 60:12 89:14
106:9 122:19 167:6
176:19 180:16
**reminded** 154:6
**remiss** 21:20
**remove** 71:1 142:9 188:3
**repeat** 34:10 87:23
167:17 170:17 226:10
**repeating** 97:7
**replicate** 158:23
**report** 6:16 11:24 12:2,3
12:7,11,12,15 13:9 14:3
14:4 20:15 21:11,19
22:2,3,4,8,11,18,20

23:11,19 24:2 27:2,4,13
31:8,12 32:3 34:4,5
36:20,25 37:4,8 38:18
38:22 39:3 42:4,11,21
43:3,22 45:7,15,20,22
48:5 60:6,18 62:15
63:6,9,11 64:5,11,20,22
68:24 69:19,23 71:8
72:15 75:4 76:22,25
77:17,20 80:16 81:4
91:9 93:8 100:19
114:16,19,21 115:1
116:15 117:19 123:23
130:1 132:13 134:22,25
135:16,18 136:4,8
137:10,13 138:11,14,15
138:17,18,21,24 142:12
143:3 148:8,18,21
149:1,18 150:1,2,4,22
151:2,6 155:15,17
157:16 159:9,11,18,21
159:22 160:12 167:13
172:4,8 183:23 187:9
188:10,12 190:10
194:24 199:17 201:25
203:25 206:13 208:23
212:16,21 216:1 220:14
220:17 222:2 232:14,23
232:25 233:25 234:14
234:22 235:5 236:16,21
236:24
**reported** 3:17 36:24 63:7
63:8 67:4 84:11,18
85:23 105:8 118:9
125:16 149:7,9 212:20
244:9
**reporter** 3:17 4:22 6:4
10:2,6,11,15 20:4 22:15
136:1 148:15 229:14
244:5,21
**REPORTER'S** 244:2
**reporting** 36:16,23
144:13,14
**reports** 12:18 13:11
22:25 44:12 58:22 59:2
113:13 136:19 157:2

**represent** 71:10 108:9
136:6 137:3 142:16
158:1 181:6 192:13
**representation** 105:25
**represented** 29:5 54:24
87:7 158:20 172:13
185:5 190:15 192:2
199:25 200:19
**representing** 190:23
**represents** 31:15,16,17
31:18 37:3 42:21 63:8
69:25 77:8 88:21
142:19 180:4 188:13,15
190:24 194:25 195:7
200:23
**request** 14:13
**Requested** 147:5 211:11
**require** 6:19 18:9
**required** 28:10 56:17
132:5
**requires** 228:7
**requiring** 133:4
**resample** 132:21 138:25
**resampled** 129:3 134:16
139:10
**resampling** 129:16
134:21
**research** 17:16,21 19:13
21:4,17 24:7 44:1,17,18
65:14 197:10 209:16
238:3
**researched** 22:7
**researchers** 78:16
**researching** 36:13
**reserve** 6:18 228:23
232:19,20
**reserved** 4:15
**reserves** 6:14
**residential** 105:23
**resolution** 33:18 129:6
139:15 183:24
**resources** 230:10
**respect** 117:4 226:2
**respond** 119:1
**responded** 197:22
**response** 18:4

SPINKS, MELVIN GERALD

9/25/2008

Page 22

| | | | |
|---|---|---|---|
| **responsibility** 172:24 | 72:3,10 73:13 74:10,12 | 210:4,5,9,18,23 211:4 | 41:3,8,11,18,25 49:2,20 |
| **responsiveness** 4:14 | 74:15,22 75:5,11,17 | 211:22 212:17,24 213:3 | 49:21,21,22,22 54:19 |
| **rest** 138:13 167:12 201:3 | 76:12,18 77:11 78:25 | 213:7,19,25 214:5,9,15 | 55:21 57:1 79:18 99:3 |
| 217:10 | 79:14,21,25 81:1,4 82:7 | 214:20 215:3,6,12,18 | 121:16 139:7,9 144:5 |
| **restriction** 7:12 | 82:13 84:14 86:21 | 216:6,17,23 218:11 | 145:22 152:21 161:23 |
| **result** 30:3 39:13 95:4 | 88:16,21,23 89:3,12,20 | 220:19 221:6 224:14 | 212:1,4,11 223:7 |
| 99:6,7 114:13 119:3 | 90:4,12 91:16,19 92:16 | 225:16 226:20,23 227:7 | **running** 27:24 41:22 |
| 127:4 164:9 238:12 | 92:21 94:25 95:5 96:10 | 227:21 228:16,22,23 | 78:17 85:12 141:17 |
| **resulted** 17:1 | 96:13 99:10 100:16,18 | 229:12 230:12 232:6,19 | **runs** 33:14 139:2 |
| **resulting** 39:14 65:2 | 102:11 104:16 105:14 | 232:20 233:12 235:7,20 | **run-off** 141:1,15,22,25 |
| **results** 19:12 28:24 30:9 | 106:13,16 111:17 112:2 | 240:12 241:20 242:2 | 222:9 |
| 41:1,5,24 42:1 54:17,23 | 112:7 113:22 114:4 | **rights** 6:18 | **run-up** 49:9 50:15 |
| 54:25 56:8 58:5,10 | 115:3,13,16,21 116:4,6 | **right-hand** 148:7 | **rushing** 103:14 225:14 |
| 65:7 87:25 88:22 89:19 | 116:7 118:1,19 119:4 | **rise** 123:22 124:2 126:22 | 226:13 |
| 119:2 125:13 142:18 | 120:22 121:6,8,14,16 | 127:3 | **RYAN** 3:3 |
| 152:22 168:9 199:20 | 121:20,24 122:10,13,15 | **rises** 126:18 | |
| 220:23 221:2 224:2 | 123:2,9,13,16,23 125:3 | **river** 26:7 206:24 210:8 | |
| **resume** 9:13 99:17 | 125:9,24 126:13,20 | 239:3 | **S** |
| 229:23,24 230:6,13 | 128:1 134:5,22 135:23 | **RMR** 3:17 244:4 | **S** 2:11 4:1 |
| **retained** 14:5,9 34:15 | 135:25 136:23 137:2,24 | **road** 9:22 11:11 17:18 | **Sahada** 233:25 |
| 83:24 | 138:18 139:16 141:10 | 38:1,10,25 39:1,7,15 | **Sahada's** 234:3,4 |
| **retaining** 16:18 | 146:8,14,18 149:24 | 40:5,20 46:9 71:6 82:1 | **salient** 221:10 |
| **Returning** 36:2 69:10 | 150:7,24 151:20 152:10 | 165:13 179:23 180:9,21 | **sampled** 33:19 |
| 80:12 138:5 194:20 | 152:11,12 153:5 154:24 | 180:23,24 181:4,14,21 | **satellite** 70:8,11,14,22 |
| 233:22 236:4 | 156:18 157:16 158:2,6 | 182:1,17 183:3,4,8,20 | 77:8,13 |
| **review** 12:1,8 13:12 | 159:1 160:14 161:7,12 | 186:7,11,14,17,25 | **satisfied** 64:18 238:11 |
| 40:16,17 234:14,17,21 | 161:15 162:7 163:6,10 | 187:12,23 188:18,23 | **satisfying** 63:11 |
| **reviewed** 11:24 20:8 | 163:22 164:9,15,16,23 | 189:3,4,12 190:8,10 | **save** 4:13 |
| 34:7,10,12 38:13 42:16 | 165:5,22 166:15 167:25 | 193:22 199:11 206:20 | **saved** 224:18 |
| 47:23 59:14 233:24 | 168:1,7,12,18 171:3,7 | 239:2 240:24 | **saw** 25:23 52:23 60:14 |
| **reviewing** 62:15 | 171:12,21 172:7 173:7 | **RODGERS** 2:19 | 87:7 146:1 149:3,5 |
| **re-model** 119:15 | 173:12 174:4,9 176:8 | **ROGER** 3:17 4:21 244:4 | 166:10,13,22 167:2 |
| **ridge** 181:5,17,25 182:9 | 176:23 177:21 179:5,12 | 244:20 | 235:9 |
| 183:20 184:1 186:20 | 180:1,6 181:13,18 | **roof** 225:5 | **saying** 29:14 32:11 57:6 |
| 187:11 189:8 | 182:17 184:18 185:10 | **rooftop** 130:25 145:4 | 58:14 74:2,9 85:1 |
| **right** 6:15 7:9,19 9:19 | 186:8,19 187:6,14 | **rooftops** 145:16 | 95:14 98:18 118:22 |
| 20:16 21:16 22:14 | 188:24 189:1,4,11 | **room** 10:16 | 145:13 158:8 164:10 |
| 23:19,22 25:14 26:25 | 190:7,8,11 192:25 | **roughness** 98:5,23 | 169:20 182:21 189:21 |
| 29:17 30:5,11 32:10 | 193:6,6 195:13 196:4 | 101:15 105:17,21 106:5 | 208:21 211:24,25 |
| 39:3,8,22 40:22 41:1,16 | 196:10,13,17,20 197:5 | 106:6,10,14,17,18 | 215:22 |
| 42:4,9 50:4 51:18 | 198:8,25 199:8,11,12 | 107:1,2,5,7,13,14,20 | **says** 43:3 55:23 90:17 |
| 53:14 56:7,14,18,19,21 | 200:7,11,16,20,23 | 108:11,16,22 | 91:2 100:8 109:8 130:7 |
| 57:4 59:6 60:10,15,16 | 201:4,7,14,18,25 202:6 | **routines** 129:3 | 132:16 144:18 152:20 |
| 61:13,14 62:14 65:21 | 203:3,10,25 204:20,25 | **rules** 4:7 9:21 | 162:1 166:21 179:25 |
| 65:22 66:6 68:10 69:14 | 205:6,23 207:1 208:4,6 | **run** 23:14 24:5 25:2 31:4 | 184:24 185:10,19 |
| 70:6,10,23 71:2,2,23 | 208:10,19 209:20,22,25 | 31:7 33:10 39:17 40:10 | **scenario** 166:1 198:22 |
| | | | 199:24 200:9 201:8,11 |

SPINKS, MELVIN GERALD

9/25/2008

203:4 208:11 214:17,23
223:11 240:6 241:18
242:3
**scenarios** 197:14,16,23
198:13,16,25 209:10
212:14 240:4 241:17
**science** 230:9 234:13
**scientific** 77:23 110:17
**scientists** 62:12 125:5
**Scott** 13:22,23
**screen** 76:21 130:2
**se** 98:20
**sea** 178:17 190:19,23
191:3 207:9 213:17,24
**second** 26:24 36:14
37:16 43:2 75:14
161:20
**Secret** 1:22 6:2
**section** 22:11,21 23:4
31:9,12 32:2 43:2
60:19 64:3 68:24 77:16
80:16 81:4 103:1
167:12,13 175:5 177:11
182:3,6 215:11
**sector** 43:25 193:1,1,7,21
**see** 12:24 21:7 22:24 23:5
23:9 28:12 29:5 31:4
31:20 35:11 39:18
41:11 43:6 46:4,14
47:16 53:3 56:9 57:8
60:22 63:22 65:2,3
66:11 71:13 72:23 77:5
78:3,10 89:16 100:7
104:4,4 112:4 115:2,14
119:24 120:4,9 124:10
127:2 132:10 133:24
134:6 135:7,17,21
142:25 144:16 145:17
148:8 152:5,22 153:25
158:22 162:2 175:16,19
175:22 178:2,2 179:15
179:17,20 181:3,9,16
182:21 184:8 185:12
186:3 193:18 196:1,2
197:24 203:22 213:15
234:22

**seeing** 56:5 83:15 177:14
**seen** 67:20 76:7,10 90:16
91:1 93:2 141:23
145:13 166:14
**seeped** 114:14
**select** 27:15 30:6 237:21
**selected** 98:14 233:2,11
**selecting** 106:18 107:20
**selection** 27:11 162:14
**semicircle** 61:24
**seminars** 230:23
**sense** 68:12 203:8 210:25
**sensitive** 164:9,11
**sensitivity** 41:3,7 163:5,7
163:19
**sent** 231:24
**sentence** 47:5
**sentences** 66:7
**separate** 25:7 113:23
155:4 168:10 169:4
172:11 224:25
**separated** 168:22 192:15
**separately** 171:2,4
200:16
**separation** 168:24
**September** 1:24 243:20
**sequence** 47:21 72:14
146:14 155:7 173:25
175:11 197:8,11
**series** 18:22 37:21 51:1,5
65:12 71:4 140:2
149:20,22 152:8 166:12
**serves** 182:14
**serving** 180:24
**set** 8:17 31:25 32:9 36:7
81:3 95:25 129:19
244:8
**sets** 133:1,2
**sewers** 33:11,23 34:1
94:2,3,4,14 95:12,21
**shallower** 181:6 210:13
210:15,17
**shape** 74:18 85:15
**sheet** 42:8 231:12 243:18
**SHELANKO** 3:12
**shoot** 128:21

**shooting** 130:24
**short** 167:10 233:16
**shorthand** 244:10
**shortly** 8:21
**shots** 128:23
**show** 72:17 75:9 87:17
101:5 115:6 134:14
165:21 184:24 188:17
215:25
**showed** 85:10 176:16
201:17
**showing** 30:10 175:15
176:19 179:1
**shown** 40:25 69:1 96:15
116:2,12 118:4 120:6
123:22 126:2 140:3
142:6,19 158:2 192:8
**shows** 69:25 70:1,2 75:4
75:11,12,21 76:2 81:22
142:24 146:7 165:10
175:10 183:19 187:4
202:18,25
**shut** 85:10 205:17
**side** 83:22 109:13 129:23
156:20 158:15 182:24
187:1 217:4
**sign** 6:20 42:3
**signature** 42:6 243:12
**SIGNED** 243:13
**significance** 109:11
117:3 119:24
**significant** 53:19 81:10
81:11,16 82:23 86:16
87:5,13 88:6 111:24,25
112:19 124:13 133:3
209:14
**significantly** 87:1,10
163:9 211:5
**signing** 4:9
**silent** 167:8
**similar** 24:9 95:4 163:21
198:11
**Simmons** 149:8 151:11
152:10
**simulate** 54:14 158:22
221:17 223:2

**Simulating** 16:24
**simulation** 27:18 31:14
33:10 47:16 53:24
54:12 139:2 172:19
175:5 197:14,15 221:1
**simulations** 23:2 47:14
109:10
**single** 195:4
**sir** 9:9 81:5 136:5 138:19
176:9 230:14 239:8
**SISTRUNK** 2:22
**sit** 39:20 64:12 166:20
229:8 235:15
**site** 35:17 89:6,18,19
90:3,18 91:2 116:6
158:1
**sited** 116:1
**sites** 115:25
**sitting** 11:25 40:1 127:18
206:16
**situation** 79:11 99:23
104:6 125:2 237:24
238:6 241:24
**six** 9:12 227:13
**size** 128:15
**skill** 55:7,8
**slab** 191:21,22
**slide** 179:25
**slides** 177:8
**slightly** 213:6
**slopes** 178:21
**small** 33:12,23 93:14,15
94:6 95:15 96:2 97:16
103:9 104:1,12 124:8
164:22 176:21
**snapshot** 176:7
**Sobek** 19:14,20 20:1
24:2,4,12,13,14,23
25:11,15,18 26:11
32:21,24 33:1,5,11,17
40:22 43:12 47:16,25
48:4,5,10,13,16 78:24
79:6,21,25 98:8 99:2
104:23 105:12 107:8,21
107:24 223:9,15,21
233:2 237:12 238:20

SPINKS, MELVIN GERALD

9/25/2008

Page 24

| | | | |
|---|---|---|---|
| **soil** 83:22 | **specifics** 15:22 16:8 | **stand** 42:24 62:10 | **stopped** 181:15 |

**soil** 83:22
**solely** 114:7
**solution** 219:6
**somebody** 67:9 145:2
  170:10 218:21
**sophisticated** 18:10,19
  19:5 47:15 56:2 237:18
**sorry** 11:10 54:8 55:1
  64:8 73:3 77:12 85:12
  135:9,14 151:19 164:2
  167:17 177:25 207:15
**sort** 28:24 128:22
**sought** 4:17
**source** 138:25 140:15
  183:18 229:2
**sources** 46:1,14,22 212:9
**south** 37:12,18 40:2
  41:20 72:1,23 75:25
  76:2 82:12 122:20
  123:3,5 143:22 144:22
  147:25 148:1,2,22
  149:3,9,14,17 151:8,17
  151:23 152:14 154:15
  154:20,22 155:10,21
  156:23 157:6,19 158:9
  159:6,25 160:19 161:4
  161:13 163:18 165:19
  168:11,17 169:3 170:1
  171:2,7,12,20 173:4
  174:18 175:2 177:3,9
  200:14 213:16 216:4
  220:1 229:19 230:3
**southern** 186:23
**southward** 185:20
**space** 182:22
**speak** 10:3,4,5,10 14:16
  14:19 49:10
**speaking** 39:4 186:15,22
**specialization** 230:10
**specialty** 237:14
**specific** 14:22 23:15 37:8
  55:17 56:9 88:17 99:23
  111:4 132:6 165:25
  190:17 223:19
**specifically** 4:10,12 35:2
  43:12 49:6 50:14,17

**specifics** 15:22 16:8
  111:6 156:3
**speed** 101:4 109:9,15
  112:7
**spend** 223:16,20
**spent** 44:21 57:23 217:15
  231:14,15,16
**SPH** 62:21
**Spinks** 1:22 6:1,8,19
  8:19 9:1,7 19:17 20:4,6
  20:7 36:4,6 69:13
  80:15 136:3 148:15
  225:18 233:24 236:15
  243:4
**splash** 83:25 84:9 86:9
  86:10,16,20,24 87:8,10
  92:9
**splashing** 83:16 85:7
  90:22
**spot** 102:24
**spread** 96:1,12 185:24
**spreading** 93:21 94:21
  94:23,24 96:14
**spreads** 94:11 185:20
**square** 139:23,24 192:1
  192:2
**squares** 108:23
**St** 16:10,20 18:8 37:15
  38:7 45:25 46:6,8,16
  52:22 55:16 69:1,25
  81:1,25 94:7 112:20
  143:11 162:6 169:12
  172:15 175:11 179:21
  181:18 184:10,11,17
  193:21 199:10 203:20
  206:23 215:23
**staff** 19:10 20:18,19
  35:16 42:15 67:10,12
  67:16 104:22,22 105:10
  130:20 231:14,16
**stage** 152:24 195:3
  211:20
**stages** 122:25
**stamped** 29:3 54:2 89:4
  89:5 217:9,22

**stand** 42:24 62:10
**standard** 48:25 49:2
  50:18 62:20 106:20
  107:24 132:4,7
**standpoint** 81:16 86:2
  195:22
**Stands** 128:17
**start** 8:24 31:22 88:8
  108:7 114:22 163:1
  179:17 184:20 219:23
**started** 38:2 104:8
  145:21 173:7,12 189:9
  206:6 235:9
**starting** 174:21 175:13
  175:20
**starts** 121:25
**state** 3:18 4:22 25:13
  150:11 229:21,22
  244:22
**stated** 114:15 149:13,18
**statement** 37:7 46:25
  52:14 62:10 64:19
  65:22 132:12 215:11
**statements** 151:5 217:25
  218:13 236:15
**states** 1:1 150:4,12
  237:16
**station** 71:20 95:25
  151:14 191:12,13 193:2
  193:4,7
**stations** 33:6 142:22
**stay** 167:8
**steady** 124:2 126:22
**step** 21:17 26:24 27:6
  36:22 136:15 212:18
**stick** 59:20
**stipulate** 204:12,16
  205:3 225:18
**stipulated** 4:3 227:10,15
**stop** 38:14 54:1 58:23
  59:1,3,5 60:3 88:2
  142:20,21 144:19
  150:14 156:21 158:19
  159:18 175:24 177:17
  179:24 180:25 182:14
  221:3,9 236:10

**stopped** 181:15
**stopping** 180:10,15
**stops** 180:21 181:22
**storm** 31:15,17 34:1
  37:20 46:3 47:9 49:25
  50:12 53:8,11 54:18
  62:6,8,19 63:1,7,15,17
  65:2,8,10,17 66:1 68:12
  68:14 73:1,3,4,10 75:1
  81:14,18 83:4,5,11 88:7
  90:24 92:17 94:1,3,4,9
  94:13,21 95:3,12,20
  96:15 97:13,15,21
  100:21 110:21 111:14
  111:15,16 112:16
  114:20 115:2 116:15,18
  116:25 117:7 120:9,12
  120:13,15,17,19,23
  121:1,4 124:17 125:25
  163:12 169:8,8,10,11
  214:21 218:24 223:3
**storms** 62:21
**storm's** 219:10
**story** 175:7 185:7
**straight** 66:17 186:21
**street** 1:23 2:3,15 3:10
  101:19 106:4 186:7
  187:23
**streets** 104:7 105:16,24
**strictly** 174:15
**strike** 47:22 62:8
**strong** 103:25
**structure** 98:20 110:10
**structures** 97:24 98:1,4
  112:12 185:1
**studied** 18:1 26:16,19
  197:24
**studies** 22:24 38:16 54:3
  113:17 118:14 124:25
  128:10 133:16 220:8
**study** 16:25 18:7 20:23
  20:25 21:2,14 22:4,8
  23:1,3,7 24:13 25:14,18
  26:4,8 40:10 44:1,24
  45:24 47:13 61:18,19
  69:1,16 70:5 71:12

SPINKS, MELVIN GERALD

72:21 74:25 77:6 78:8
78:12,19 95:21 96:7
104:24 108:3 129:9,9
132:25 139:19 140:16
140:17,18 142:10,15
146:22 152:13 185:15
198:11,12 216:24 238:8
**studying** 104:23
**stuff** 136:25
**subject** 39:22 40:16
67:18
**subjectivity** 30:23
**submerged** 94:16,18
**submitted** 6:16 12:4
232:22 233:25
**subsequent** 151:5
**substantial** 52:24
**suffered** 172:25
**sufficient** 62:15 68:3
84:17 211:1
**suggest** 31:3 74:16
114:11 150:18
**suggested** 167:1
**suggesting** 67:21 210:6
**suggestion** 93:2
**suggests** 150:23 163:20
204:3
**SUHAYDA** 2:7
**Suite** 2:15,23 3:4
**summarize** 148:5
**summarized** 155:15,16
156:13 159:21
**summary** 150:11
**supervision** 244:11
**supplement** 6:15
**supplemented** 149:11
**supply** 124:6,15 125:21
**support** 159:6
**supported** 18:25
**surcharged** 93:19
**sure** 7:24 15:14 16:9
23:11 28:19 32:7 35:18
41:2 44:25 47:11 56:16
57:16 58:11 65:22
69:13 72:9 73:17 76:8
78:21 79:24 89:13 97:4

101:8 104:15 106:24
107:11,11,22 108:19
129:14 130:13,15,19
132:24 133:20 140:13
143:15 152:3 155:22,24
163:6 166:18 167:5
169:19 176:13 184:2
192:24 197:9 198:14
211:25
**surface** 33:25 35:11 52:6
94:1 97:17 101:14,16
102:9,15 105:15 107:18
109:2 195:6 209:18
**surfaces** 107:16,19 108:2
108:4
**surge** 29:22 31:23 37:20
44:19 46:3 47:9 49:25
50:12,14,19 53:8,11
62:7,19 63:1 65:13,17
66:1,23 67:1 68:12
73:10 81:18 83:4,11
92:18 103:22 109:17
111:14,15,16 112:16
114:20,23,23 115:2,2
116:7,15,19,25 117:7
118:5,17 119:4 120:1,2
120:4,9,12,14,15,17,19
120:23 121:1,4 124:17
125:25 126:16 224:23
225:1,1
**surprise** 123:25
**survey** 132:19 133:12,15
191:18
**surveys** 59:10 162:19
228:11,12
**suspicion** 204:18
**SUTTERFIELD** 2:14
**swear** 140:14
**SWIM** 19:8 49:22
**sworn** 6:3 244:7
**symbol** 146:7
**system** 18:8 25:5 26:7
33:15,17 37:13 52:8,10
53:7 62:24 63:3 78:1
95:23 97:17 143:3
155:1,2 165:3 168:13

169:9 171:10
**systems** 35:3 51:5,9
93:20 94:6,9,20 95:3
99:19,25 100:23 212:2

---

**T**

**T** 4:1,1 11:10 19:9
**tabbed** 235:8
**table** 31:20 122:8
**take** 9:2 10:2,3 30:12
60:4 81:12 89:2 100:14
104:10 109:6 133:24
143:11,19 174:23,24
175:4 179:7 215:2
230:20,22 232:17
233:16
**taken** 1:23 4:6 6:8 11:3
17:17 35:5 66:20 70:9
77:9 93:12 98:21
109:10 112:13 148:7
219:16 230:15,18,20,24
241:24 243:20
**takes** 52:18 55:6,7 56:15
123:18 128:23
**talk** 10:10 15:12 16:6
17:6 27:5 81:12 170:12
199:14
**talked** 157:9 163:4,4
164:19 221:11
**talking** 45:2 49:7,8 55:16
61:10 90:22 96:1 99:8
103:14 110:24 111:1
135:2,3 147:21 149:25
157:14 168:18 178:17
181:11 187:17,18
195:25 207:17 209:18
225:4
**tall** 161:14
**TANKERSLEY** 2:18
**tapes** 137:22 194:13,15
**task** 22:2 27:21
**tasks** 20:24 21:1,13
36:12
**team** 16:14 22:3 25:17
43:23 44:1,10,14 45:3
47:24 48:4 59:2 65:14

77:21 78:9 108:15
113:2,24 114:1,2,5,8,10
129:9 142:21 157:1
220:5,7,10,13,14,18
224:3
**teams** 220:3
**tease** 169:15
**technical** 43:4,8,20 45:1
45:17
**technology** 25:22
**Telge** 11:10
**tell** 15:3 18:4 21:21
22:20 41:15 43:12 50:4
52:13 67:5 72:8 77:3
84:14 90:9,11 103:25
127:17,19,23 129:21,25
130:4,22,25 131:3,7,11
131:25 132:7 135:9
139:20,25 144:24
146:19 155:19 156:7
157:10,18 164:3 170:22
173:15 174:25 176:10
182:12 183:14 187:25
191:16 194:7 196:25
213:16 216:15 218:17
229:4
**telling** 96:13 125:17
190:22
**tells** 175:8 185:8
**ten** 8:25
**terms** 87:5 95:10 112:23
144:23 152:2 165:8
207:22 217:5 220:22,24
222:9 228:25
**Terry** 86:3 151:13
**test** 118:23 233:3,7,10
**testified** 27:7 127:19
164:8 202:22
**testify** 6:4 11:5 110:10
225:20,24 227:15 244:7
244:8
**testifying** 9:25
**testimonies** 17:16
**testimony** 12:22 26:15
30:7 84:25 93:10
147:22 148:21 151:23

SPINKS, MELVIN GERALD

9/25/2008

154:13 155:9 156:5,8
231:4,7 243:5,7 244:9
**testing** 121:6 129:17
**Texas** 1:22 6:2 11:11
**text** 104:19
**thank** 6:2 8:11 9:4
48:19 224:18 241:12
**Thanksgiving** 9:16
**theirs** 222:13
**theoretical** 205:25
**theoretically** 206:8
**thereabouts** 236:8
**thereof** 4:16
**thing** 217:3
**things** 20:13 23:9,17
30:14 32:10 43:17
109:13 137:17 144:8
145:13,14 166:17
197:17 211:25 216:22
225:24 235:11,16
**think** 25:23 32:4 33:19
40:12 44:21 45:6 51:24
51:25 58:6,10,12,18
59:25 60:5 65:13 66:23
76:12 81:17,20 83:12
84:9,21 85:25 86:3
87:6 88:11 89:21,25
97:1,14 116:8 120:24
124:10,24 130:2 131:14
131:18 133:8 138:10
139:4 145:21 147:15
152:16 156:10 157:4
163:24 164:16,17
167:11 177:1 193:1,15
208:20 222:3,5,9,14
225:2 227:12 231:21
241:8
**third** 21:8 27:6 36:14
**thorough** 220:10
**thought** 30:21 60:9,14
84:8 135:6 140:12,13
225:11
**three** 13:19 22:25 90:14
97:1 100:2 106:1,25
153:11,12 186:7,16,23
187:22 190:9 220:2

**Thursday** 1:24
**tile** 132:17
**time** 4:16 9:1,14 10:11
17:4,7 18:17,24 25:2
29:1,3,4,7 30:6,11
31:15,22 37:10 41:5,8
41:12,19,20 47:21 54:2
56:4,10,15 57:23 59:22
65:1 68:4 75:21 76:6,8
76:9,14,17 81:7 85:13
86:2,6 88:8 89:2,4,5
91:13 95:5 100:17,21
101:7 109:23 112:24
113:21 114:3,12 120:7
121:25 122:17,18,18,22
126:1,3,23 133:11
134:24 135:15,18,21
136:6,17,18,20 137:4
137:14,18 138:14 140:2
141:10 142:15 144:3,15
144:20,21,25 145:6,6
145:12,18,21 146:14,20
147:23 148:4,9 149:19
149:22 150:23 151:8
152:21 155:5 156:9,22
157:3 158:19 159:13
162:2 163:1,8,11 164:9
164:11,14,17,19,25
165:6,9,11,23 167:2,20
167:24 168:3 171:6,9
171:12 173:6 175:12,15
175:17 177:18,22 178:2
178:3,5 187:16 190:2
191:20 197:8,11 198:9
201:5 209:4 210:12
212:4 216:18,20,20,22
217:1,1,5,9,10,21,21
218:14,22,24 219:9
223:7,14,15 225:23
226:3 227:13 231:9,12
231:13,15,16,17 232:11
**times** 31:3,5 34:22 39:3
41:4,11,14,14,23 47:20
55:2 58:25 75:10,13
86:7 91:15 97:2 99:13
99:24 114:21 136:22

145:20 148:9,11 150:17
152:19 162:15 163:5,8
163:25 164:5,6 171:24
174:21 187:16 216:15
219:15 222:23
**time-related** 152:6
**timing** 18:12 24:23 30:25
55:17 58:19,25 60:2,6
96:13 97:18 114:7
144:17 145:17 146:4
147:13,21 149:17
162:23 164:23 165:4
166:6 198:18 216:10,14
218:1 220:1,4,22,25
**timings** 58:20
**today** 11:7,23 12:9 39:21
62:10 64:13 127:18
156:9,18 159:8 166:20
221:12 229:8 232:23
235:15 236:18 237:8
**token** 30:5
**told** 17:12 125:19 148:10
159:12 173:2
**tool** 19:11 54:13
**tools** 79:10
**top** 83:7 100:5 140:21
235:17
**topographic** 45:8 133:5
182:11 187:2
**topography** 29:24,24
31:16 33:14,15,22
35:13 55:5 56:18 57:24
128:14 133:6,7 178:20
181:10 182:20
**total** 63:21 64:15 82:7,8
82:9,19 93:15 94:6
99:9 122:18 142:3
146:23 166:4 214:4
221:25 222:7 231:18
**totally** 220:7 221:22
**traditionally** 106:23
**trained** 129:22
**transcribed** 244:10
**transcript** 34:13 244:12
**transcription** 243:7
**transcripts** 156:17

**Transportation** 50:7
**treats** 104:15 172:4
**treed** 108:6
**tremendous** 55:8 128:24
**trend** 120:3
**trial** 25:8
**tricky** 122:11 136:24
**true** 78:6 113:3 187:2
189:14 243:6 244:11
**truly** 220:4
**truth** 244:8
**truthfully** 11:6
**try** 9:23 10:9,16 21:21
60:5 148:5 206:9
**trying** 31:1 44:22 54:14
63:14 70:17 122:11
136:24 145:10 151:17
153:14 156:10 159:2,2
178:5 194:25 208:25
219:6
**turn** 42:2 43:1 60:18
68:22 77:16 79:18
88:16,19 114:17 167:13
197:13
**Turning** 215:5
**tweak** 57:3,6
**two** 13:19 25:7 26:12
34:8,13 37:10 44:12
55:25 66:7 84:5 89:23
90:5,7,13,14 97:1 100:2
106:2 113:20 115:25
149:5 172:4,16 194:7
211:25 215:14 220:4,8
222:18,22 241:2
**two-dimensional** 24:7,17
47:15
**type** 16:12 18:22 21:9
27:19 30:22 31:21
99:21 129:13 132:5
139:14 145:7 183:13
218:4 219:23 222:19
223:10 237:18
**types** 107:18,19 108:1
109:18
**Typically** 21:3

---

Johns Pendleton Court Reporters

SPINKS, MELVIN GERALD

| | | | |
|---|---|---|---|
| **U** | 112:14,18 113:4,15 | 212:9 | **volume** 63:21 64:15 |
| **U** 4:1 19:9 | **undo** 70:23 | **vary** 162:1 | 81:24 82:19 85:18 |
| **Uh-huh** 43:7 46:5 47:18 | **UNET** 19:9 | **varying** 79:3 163:8 | 86:15,17 93:15 94:7 |
| 60:23 66:12 78:5 100:9 | **unique** 99:22 | **Velasco** 84:23 | 112:19 137:9,13 138:17 |
| 111:18 117:17 126:21 | **unit** 26:21 | **velocities** 100:7,8,11,23 | 138:20 142:4 145:8 |
| 185:9 | **United** 1:1 237:16 | **velocity** 101:1,2,5,11,13 | 150:2,4 151:6,7 180:16 |
| **ultimate** 163:14 195:5 | **units** 160:7 | 101:20 102:10,13,18 | 180:16 182:22 221:23 |
| 198:7 | **university** 24:13 78:9,22 | 103:8,22,24 104:6,11 | 221:25 |
| **ultimately** 38:4 95:24 | **unusual** 108:3 | 127:20 128:1 176:11,14 | **volumes** 23:1 108:8 |
| **unavailable** 65:5 | **upper** 189:5 | **vendor** 78:23 79:19 | 112:15 135:17,20 151:5 |
| **uncertainties** 131:21,22 | **urban** 107:15,17 218:15 | **verification** 28:3,14 | **volumetric** 81:16 82:1,4 |
| 132:13,23 | **USA** 1:15,15 | 29:10,15 41:16 55:11 | 82:6 85:15,16 86:14 |
| **uncertainty** 65:6,20 | **use** 24:1 25:19 31:7 | 163:16 164:4,7 | 87:5 92:24 93:14 94:5 |
| 131:24 | 32:12,19 47:25 48:3 | **verified** 53:25 | 94:7 96:4,5 97:15 99:8 |
| **underground** 94:1,5 | 50:11 51:18 56:23 | **verifies** 154:14 | 103:3,13 222:9 |
| 109:6 | 78:24 79:3,7,13 103:19 | **verify** 28:16,21,22 30:8 | **volumetrically** 81:21 |
| **underneath** 71:2 114:14 | 106:7,10,14 107:20 | 30:14 41:10 54:11,16 | 83:16 |
| **understand** 9:24 10:5,8 | 108:22 114:24,24 | 144:10 | |
| 10:19 28:19 32:7,11 | 116:21,25 117:5 122:4 | **versus** 88:22 90:18 91:3 | **W** |
| 56:23 69:15 97:5 | 129:18 133:19 139:18 | 100:20 143:2 173:17 | **W** 160:4 |
| 104:25 105:3 118:1 | 159:23 162:22,25 | 175:2 182:22 216:25 | **waived** 4:10,12 |
| 122:12 125:7 136:18 | 192:21 222:16,18,22,24 | 231:15 | **waking** 85:24 |
| 145:20 150:9 159:1 | **uses** 105:23 | **vertical** 124:11 | **WALKER** 2:7 |
| 161:12 165:4 169:10 | **USGS** 132:18 | **vicinity** 84:18 | **walking** 193:24 |
| 170:2,18 173:23 184:15 | **usually** 95:22 129:15 | **video** 3:14 36:1 69:7,9 | **wall** 31:21 68:7,9 71:23 |
| 186:12 189:2 199:15,18 | **utilizing** 125:1 | 80:6,11 137:20,25 | 81:15 92:6,9,18,20 |
| 201:11 206:11,17 | **U.S** 45:12 | 138:4 175:10 194:11,16 | 103:22 123:8,12,15,20 |
| 207:19 208:25 209:11 | | 194:19 233:17,21 | 124:4,10 127:1 160:17 |
| 211:7 212:2,18 216:19 | **V** | 235:24 236:3 242:7 | 167:23,25 173:8 188:9 |
| 217:16 218:23 219:8 | **V** 1:12,13,13,14,14,15,15 | **videographer** 8:15,17,20 | **walls** 73:16,21 74:14 |
| 238:18 | 51:13 | **videography** 36:7 | 83:15 88:6 92:8 227:6 |
| **understanding** 8:5 49:5 | **valid** 29:10 | **videos** 52:23 | **want** 6:24 7:24 10:24 |
| 70:20 125:2 144:7 | **validate** 30:8 31:1 41:10 | **VIDEOTAPED** 1:21 | 14:7 22:6 28:16,21 |
| 155:6 156:2 217:2 | 55:21 66:4 | 35:25 | 29:2 33:19 35:18 40:3 |
| 244:13 | **validates** 154:14 | **view** 29:10 91:24 92:15 | 44:25 69:13 74:6 77:16 |
| **understood** 7:7,25 163:6 | **validation** 28:3 29:7 | 126:7 198:1 219:20 | 79:8 80:15 84:14 88:17 |
| 223:6 | **value** 98:5 100:12 107:25 | **viewpoints** 229:2 | 96:21 97:4 102:23 |
| **undertaking** 79:20 | 108:1,5,5,9,10 155:20 | **Villalasco** 84:23 | 114:17,22 122:11 |
| **undertook** 19:19 80:1 | **values** 106:22,22 | **Villavasso** 84:24,25 | 134:10 137:2 148:2 |
| **under-producing** 57:9 | **variable** 126:7 217:1,6 | 166:10,21,25 | 151:16 167:7 170:11,12 |
| 57:13 | **variance** 89:17 | **visit** 34:18 35:12 | 170:14 177:16 178:1 |
| **under-seepage** 82:17,21 | **variances** 87:20,25 | **visual** 176:7 238:17,19 | 192:24,25 206:11 |
| 82:25 84:2,16 86:20,25 | **varies** 179:1 | **vis-a-vis** 67:7 164:24 | 207:19 211:8,24 213:14 |
| 87:12,19,24 90:6,11,21 | **various** 19:13 22:5 23:9 | **vitae** 229:16 | 232:16,24 |
| 91:5 92:3 93:3 112:11 | 24:7 29:25 30:23 31:2 | **vocabulary** 70:18 | **wanted** 25:21 121:11 |
| | 56:20 58:25 107:4 | **voice** 10:17 | 191:9 197:17 223:1 |

SPINKS, MELVIN GERALD

9/25/2008

**wanting** 204:9
**Ward** 16:10,20 37:15
  45:25 46:12,16 47:4
  68:25 70:2 72:25 73:2
  73:6,14 81:1,25 87:9,22
  88:2,9 94:2 102:19
  103:18 111:10,12
  112:20 114:12 117:16
  121:18 143:11 150:12
  150:16 161:21 167:16
  168:4 169:12 172:15
  174:1,24 175:21 176:7
  176:12 177:11,19
  178:10 179:21 184:11
  199:7 203:19 205:13,22
  206:23 208:9
**washed** 176:18,23 177:3
**Washington** 2:12
**wasn't** 82:24 87:9 164:9
  195:24
**waste** 226:3
**wasting** 225:23 227:12
**water** 26:5,9 28:25,25
  29:4,6 30:2,7,10 35:5
  35:10 38:5,14 40:4,19
  41:13 46:14 53:10,16
  54:1,19,21 55:23 57:10
  57:13 59:8,16,20 60:2
  60:13 61:20 63:21
  64:15,24 65:1 66:9,14
  68:2,4,9 72:22,24 73:1
  73:5,8,9,13,21 77:10
  80:25 82:2,4,7,8,9,19
  83:4,6 84:3,10,17 85:3
  85:5,7,14 86:15 87:14
  88:12 89:2,17 90:20
  91:4 92:2 93:15,22
  94:10,14,14,17 95:11
  95:14,20 96:3,5 97:12
  98:2,25 99:2,9,9 100:15
  100:17,20,24 101:14,16
  101:20 102:7,10,19
  103:3,7,10,14,17,23
  104:7,11 105:20 108:17
  109:2,6 110:20 111:10
  111:11,13,16,19,20

112:15,22,24 113:4,5
113:15 114:11,13
116:13 117:10 118:3,4
121:17 123:11,21 124:1
124:6,16,20 125:21
126:2,4,9,11,18 127:3
127:13,21,24 128:1,3,5
141:23 142:4,23,24,25
143:1,5,6,12,14,19
144:4,12,23,24 145:3,7
145:8,11,12,15,23
146:4,5,9,11,13,15,23
147:23 148:10 149:4,7
150:18,23 152:25 155:9
158:10,12 161:9,20
163:10,14,15,20 164:1
164:2,12 165:1,7,7,11
165:14,15 168:15,25
172:13,15,17 173:16
174:2,7,25 176:5,11
177:10,14,15,19 178:11
179:5,8 180:5,10,16,25
181:22 182:14,24 183:6
184:12,18,21 185:3,11
185:19,23 186:3,6,6,17
187:5,13,14,19,20
188:13,18 189:12,13,21
190:3,6,7,15,17,20,24
191:4,5,19,21 192:11
192:13,17,22 193:11,14
193:17,20 195:2,5,8,10
195:12,17 196:5,6,9,12
196:17,22 197:5,7
198:2,3,4,6,7 200:3
201:1,8,17 202:4
203:14 205:17,19,22
207:3,6,14 208:7,8
209:6,7,8,24 210:1,2,17
211:2,6,15 212:3,8
213:6,21,23 214:18,22
214:25 215:3 217:21
218:22,23 221:4,9,19
221:25 222:4,4 225:14
225:21 226:13 230:10
230:21,21 241:3
**waters** 16:25 18:12,13

38:1,3 72:20 93:21
94:21,22 96:14 101:2
150:15 184:16 189:7,24
205:11 209:3 239:13
241:2
**watershed** 26:8
**waterways** 33:12,24 53:2
**water's** 77:3
**wave** 49:8,9 50:15 51:13
  53:22 62:19 63:1 66:25
  68:6,8 81:20 83:2,7,13
  83:15,21 84:2,15 86:11
  87:18 90:22 93:13
  143:8 222:13 224:24,25
**waves** 49:8 50:20 51:10
  51:15,18,22 52:1,2,6,9
  52:15,18,20,24 53:3,8,9
  53:12,13,17,18,20 62:7
  66:10,13,21 67:7,17,18
  67:21,25 68:13 81:13
  81:14,22 92:21 93:11
  195:13 196:1,3 222:12
  225:11
**way** 24:21 39:7,11,21
  41:24 49:5 66:22 67:15
  74:10 79:24 102:7
  104:19 109:22 110:2
  111:21 120:2 126:6
  127:20 128:5 145:9,22
  154:24 155:12 162:10
  166:3 170:24 176:4
  179:11 182:7,18 186:11
  186:13 189:17 203:11
  204:4,24 236:21,22
  237:9 244:15
**WEBB** 2:14,14
**weeks** 34:8,13 139:9
**WEINSTOCK** 3:3
**weir** 24:17 159:23 160:4
**weirs** 25:11
**Weisler** 7:8,25 8:3
**went** 14:2 21:22 24:18
  36:18 218:25
**weren't** 58:2 83:24
  233:10
**west** 17:18 46:8 81:25

180:23 181:1,22 182:17
183:6,7 186:7,17
187:12,22 188:18
189:12 190:10 193:22
199:11
**wet** 151:15 166:16
**wetland** 180:23 181:23
  182:1,15 183:5,7
**wetlands** 180:5,25
  181:21
**we'll** 9:23 27:10 31:24
  71:1 72:7 79:10 135:24
  184:5 205:3 218:7,11
  241:8
**we're** 15:8 35:14 36:6
  45:5 56:5 58:10 63:6
  63:13,14 75:17 76:22
  80:7 82:3 89:25 90:13
  91:12 95:14 96:1 98:18
  100:16,18 110:25 132:3
  132:3,5 138:1 145:8,10
  153:5 156:17 157:14,15
  159:17 168:18 169:21
  172:18 178:25 186:21
  186:22,23 187:1 189:20
  189:21,25 207:17
  208:20,25 209:17
  211:24,25 219:5 220:8
  222:2,2,4,9,11,14 233:9
  233:18 236:8 242:8
**we've** 12:18 49:22
**Whatever's** 129:20
  183:22
**whatsoever** 204:18
**wide** 161:15
**widely** 237:16
**width** 31:21
**Wiedemann** 2:2,2,3 5:14
  6:6,22 7:4,10,16,20 8:4
  8:8,22 13:17 14:2,10,12
  14:17 15:12 16:3 40:6
  54:5 68:16 73:23 74:3
  80:17,21 96:17,25 97:6
  101:22 102:1,21 110:6
  110:22 113:7 119:5,10
  119:14 127:5 131:13

SPINKS, MELVIN GERALD

9/25/2008

Page 29

135:1 147:14 153:7,18
154:4,10 160:1 170:4
171:13,22 174:10
202:13,20 204:5,15,21
205:2,7 225:17 226:3,7
227:8 232:18 234:25
236:12,14 238:10,23
239:9,18 240:5 241:11
**WILKINSON** 1:10
**Williams** 155:19
**willing** 15:5
**Wilson** 16:4
**wind** 32:24 52:19 109:9
109:15,16,19,23 110:3
110:16,17 111:9,20,22
112:4,7 195:23 224:11
224:14,15,16
**winds** 61:5,8,15,23
110:19 111:13 224:10
**windshield** 228:12
**wind-driven** 224:21
**wiped** 65:10,25
**withdraw** 135:10 170:23
**withdrawn** 7:8 8:1,3
**witness** 4:6,24 9:19
12:25 13:5 40:11 68:19
96:22 102:5 103:2
110:14 111:5 113:11
119:19 127:8 131:15
147:18 148:8 153:15,24
154:13,18 155:8 156:17
160:5 166:21 170:16
171:16 172:1 174:14
211:12 217:9,25 218:13
226:9 235:2,3 238:2,16
239:7,16 240:2 243:12
244:6
**witnessed** 85:1
**witnesses** 6:11,25 7:3,13
88:2 147:22,24 148:6
148:10,21 151:10,12,22
151:25 152:5,12 153:3
153:9 154:25 155:6,13
156:6,20
**witness's** 30:7 243:2
**woke** 149:6

**word** 56:23 70:10 149:16
**words** 10:3 42:22 57:6
70:21
**work** 11:9 15:9 25:23
34:17 45:9 47:23 50:5
50:5,9 51:3,8,12 66:19
79:2 84:13 99:15,21
132:5 133:5,6,7 142:6
142:10 143:22,25 146:6
146:22 152:14 173:12
206:19 217:20,20
219:24 224:6 229:18,21
231:20 234:15,18,21
**worked** 15:6 18:18,21
19:4,18,20,25 24:15
42:15 229:25 231:10
**working** 25:11 54:24
129:12 173:7 235:7
**works** 28:6
**workshops** 230:23
**world** 28:8 32:12 54:14
**worst** 68:14
**wouldn't** 30:8 48:8 52:17
53:3 87:5 113:3 124:6
186:3 208:19
**write** 42:11
**written** 105:9 208:23
**wrote** 45:23 47:13,19
53:24 62:6,18 63:18,18
63:23 64:23 66:7,8,11
77:20 78:4 94:19,22
104:19 134:24 138:24
205:10 206:13

**X**

**X** 5:1 120:6 190:16
**XP** 19:8

**Y**

**Y** 120:8 190:20,22
**yeah** 45:11 61:1 72:3,9
77:13 79:9,10 91:20
105:11 107:12 120:25
127:24 134:23 140:23
161:16 182:10 183:9
191:3 210:12 235:9,11

**year** 79:17
**years** 18:21 68:15 229:22
**yesterday** 13:17
**York** 2:11

**Z**

**zero** 191:6 207:13
**zones** 51:13,13
**ZWAIN** 3:2

**$**

**$268,000** 232:3
**$350** 232:11
**$40,000** 223:22

**0**

**015** 108:5
**02** 108:6
**03** 108:6
**04** 108:6
**05-4182** 1:8
**05-5531** 1:12
**05-5724** 1:13
**06** 9:17
**06-5342** 1:13
**06-6299** 1:14
**06-7516** 1:14
**07-3500** 1:15
**07-5178** 1:15
**08** 14:8,8

**1**

**1** 5:4 20:3,7,7 64:3 69:2
69:17,18,21 90:3
120:10 160:8,13,19
161:6,16 199:5,6,14,20
201:18 207:5,10 209:22
210:3 211:21
**1-D** 47:16
**1.0** 43:2
**1.1** 45:23
**1.2** 60:19
**1.3** 68:25
**1.4** 77:16
**1.8** 160:8
**1.88** 191:20,23

**1:47** 80:13
**10** 77:20 78:8 81:23
82:19 86:17 120:22
129:4 181:12,13 182:4
182:6 192:4,10 193:15
206:25
**10.7** 161:11,16
**10:30** 8:24
**100** 68:15 99:24 104:14
106:24 107:22 130:15
137:15 140:13 143:15
152:3 176:24 231:21
**11** 80:20 93:9 100:5
120:14,24 194:23,25
196:13 201:9,17 208:2
209:16,17,18,24 210:2
211:24 214:15
**11.1** 38:6 197:1,3 201:2
206:3
**11.9** 193:18 194:6
**11:00** 8:25
**11:50** 36:3
**1100** 1:23
**11821** 11:10
**12** 11:10 23:5 45:14
121:3 128:13 131:20
135:14,15 199:17
214:14
**12:41** 69:8
**12:42** 69:11
**12:57** 80:8
**12702** 1:22 6:2
**13** 31:12 138:24 140:22
199:21 211:22 212:11
214:14
**13.1** 161:6
**135** 5:6
**14** 66:10,14 121:7,9
135:7 140:3 142:7
202:6 203:2,8
**148** 5:7
**15** 115:12 121:15 122:10
122:17 132:17 160:11
202:5 215:5
**16** 215:5
**164** 139:1

SPINKS, MELVIN GERALD

9/25/2008

Page 30

**17** 166:8 215:5
**18** 149:1,18 153:20
**180** 121:23 122:9,13,14
**19** 115:1 117:19

---
**2**
**2** 1:8 5:5 22:14,16 36:25
42:2,7 69:1,2 71:2,5,7
80:16 90:3 136:11
141:9 167:12 193:1
196:2,7,10 199:5,10,15
200:9 201:8 212:25
213:5,20 214:24
**2s** 108:8
**2-D** 47:16
**2.1** 81:4 104:20 105:9
**2.2** 114:19
**2.3** 31:12 32:2
**20** 5:4 44:22,23 63:20
64:14 129:4 175:6
236:8
**20001** 2:12
**2002** 129:18 130:7,11,12
130:17,18
**2005** 37:19 188:14 239:4
**2006** 137:8 138:12
149:24
**2007** 48:5 137:10,14
138:15
**2008** 1:24 12:5 231:25
232:2,15 243:20
**21** 175:7 179:25
**22** 5:5 186:5 190:11
**229** 5:8
**23** 88:19
**2300** 2:8 3:9
**231** 5:9
**236** 5:14
**241** 5:15
**25** 1:24 243:20
**2500** 1:23
**26** 137:10 199:22 203:17
205:10
**2715** 2:15
**28** 222:11
**28th** 120:11

**29** 37:19 141:24 188:14
221:6
**29th** 68:2 84:20 120:12
143:24 175:14 239:4
**2900** 3:4

---
**3**
**3** 5:6 72:15 135:25 136:2
136:3 161:25 167:13
175:5 192:6
**3s** 108:8
**3:00** 85:4,4
**3:11** 138:2
**3:20** 138:6
**30** 23:9 44:22,23 122:18
122:22,25 231:17
**30th** 232:22
**300** 99:16 218:20 219:1
219:17
**300,000** 231:22
**32** 11:21
**32,000** 179:18
**3445** 2:23
**3838** 3:4

---
**4**
**4** 5:7 67:22 76:20,22
115:5,9,11,15,22 116:6
120:11 134:11,12,15
137:9 138:17 141:9
148:14,16,17 150:2,4
162:1 192:6 196:16
202:9 205:11,17,20,21
206:18 209:12 210:1
213:18 214:5
**4.0** 197:13
**4:00** 37:17 82:11 85:4
120:15,17 121:24 122:3
122:15,22 164:18,20
174:17 175:16 216:3
**4:30** 41:19 122:23
150:17 164:18,20
175:18
**4:45** 86:1 194:17
**4:46** 194:21
**40** 38:4 71:22 158:15

178:21 179:20 180:6
181:24 182:16 183:1,7
183:21 184:13 231:17
239:2
**400,000** 231:22
**415** 222:5
**415,000** 222:6
**420,000** 222:3

---
**5**
**5** 5:8 71:21 130:1,5
134:10,11 137:13 151:6
191:12 196:5 205:12
209:22 210:21 214:8,9
229:12,15 230:7
**5.0** 215:11 236:17
**5:00** 90:2 91:8,12 114:12
120:20 126:19 141:8
151:14 166:16 167:3
175:21 176:5
**5:10** 149:10
**5:15** 92:19 93:1
**5:30** 37:19 82:12 85:10
88:14 123:8,11,16
125:14 141:18 143:23
144:11,20 147:25
148:23 149:4,15 150:16
151:2,24 152:15 154:15
155:11,21 156:8,23
157:7,20 159:7 161:5
161:10,14 162:2 163:19
164:6 167:3 174:19,21
178:2,3,4 191:22 216:5
227:9 236:7
**5:30ish** 144:21
**5:40** 149:10
**5:41** 233:19
**5:45** 149:5 177:6,9,18,23
178:8 233:22
**5:48** 235:25
**5:50** 149:6 236:5
**50** 33:20 129:4,4 139:1
139:10,12,16,23
**5213** 2:19

---
**6**

**6** 5:9 45:23 54:8 75:15,18
120:13 134:10,11,12,15
142:7,11,14 151:6
152:14 181:11 192:19
192:22,25 193:2 207:21
207:23 208:9,16,18
209:21 210:2,21 213:24
231:23,23
**6:00** 88:14 120:11,13,23
141:8,19 177:12,17
178:3,5,8,9,11,22 179:4
179:13
**6:10** 60:21
**6:15** 179:16,16
**6:30** 91:17
**601** 3:10
**63** 222:8
**650** 2:15

---
**7**
**7** 60:20 116:4 118:18
123:23 126:17 151:6
180:12 188:10,12,17
196:10 207:21,24
**7.1** 193:8 194:6 196:17
**7:00** 92:15 113:21 114:3
114:13 121:1 126:19
165:20 179:14
**7:15** 179:16
**7:30** 39:13 40:2 41:19
58:21 92:15 113:21
145:21 150:21 163:19
163:23 165:20 220:25
**7:30ish** 88:12
**7:45** 179:22 180:1,20
184:4
**70001** 2:20
**70002** 2:24 3:5
**70113** 2:4
**70130** 2:16 3:10
**70163** 1:24
**77429** 1:23 6:3 11:11
**793** 123:7,12,20 125:14
161:5,14

---
**8**

SPINKS, MELVIN GERALD

**8** 5:13 62:18 63:18 64:1
   64:24 142:3 151:6
   178:15,16,17,17 181:11
   181:13 213:6 222:14
**8.2** 177:20 178:11,24
   179:1
**8.9** 193:12
**8:00** 121:4,10 126:20
   185:12,18,22 186:3
**8:20** 38:1,2,10 39:1,8,15
   40:5,21 81:24 165:13
   182:25 184:8,14
**8:30** 38:2 184:9,14,18,20
   187:17
**800** 2:23 124:4 127:1
**821** 2:3
**88** 207:9 208:10,16
   213:24

—————————————
**9**

**9** 22:23 88:19,21 120:18
   120:21 150:5,8,9 151:6
   157:16 158:21 190:14
   191:12 214:1,1,5
**9.7** 161:14
**9:00** 121:8,10,12,13,14
   185:5 187:18
**9:10** 188:5,14 190:2,3
**90** 82:1
**900** 124:3
**901** 2:11