# EXHIBIT 15

Deposition of Melvin Spinks (2009)

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  KATRINA CANAL    CIVIL ACTION

 5    BREACHES CONSOLIDATED

 6    LITIGATION               NO. 05-4182

 7                             and consolidated cases

 8

 9                             SECTION "K" (2)

10

11                             JUDGE DUVAL

12    PERTAINS TO:  BARGE

13                             MAG. WILKINSON

14    FILED IN:

15

16    Boutte v. Lafarge        05-5531

17    Mumford v. Ingram        05-5724

18    Lagarde v. Lafarge       06-5342

19    Perry v. Ingram          06-6299

20    Benoit v. Lafarge        06-7516

21    Parfait Family v. USA    07-3500

22    Lafarge v. USA           07-5178

23

24

25
```

2

1  VIDEOTAPED DEPOSITION OF MELVIN SPINKS
2  WASHINGTON, D.C.
3  AUGUST 14, 2009
4  The videotaped deposition of MELVIN SPINKS was
5  convened on Friday, August 14, 2009, commencing
6  at 9:11 a.m., at the offices of Goodwin Proctor,
7  901 New York Avenue, Washington, D.C., before
8  Paula G. Satkin, Registered Professional
9  Reporter and Notary Public.
10
11        -   -   -   -   -
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4

C O N T E N T S

MELVIN SPINKS            EXAMINATION

BY MR. RAFFMAN..........................7
MR. GILBERT..........................203
BY MR. RAFFMAN.......................205

AFTERNOON SESSION.....................56

3

1  A P P E A R A N C E S
2
3  ON BEHALF OF THE BARGE PLAINTIFFS:
4     BRIAN A. GILBERT, ATTORNEY AT LAW
5     RICK SEYMOUR, ATTORNEY AT LAW
6     LAW OFFICES OF BRIAN A. GILBERT
7     821 Baronne Street
8     New Orleans, LA 70113
9     504.581.6180
10
11  ON BEHALF OF LAFARGE NORTH AMERICA, INC.:
12     MARK RAFFMAN, ATTORNEY AT LAW
13     ERIC GOLDBERG, ATTORNEY AT LAW
14     JOHN ALDOCK, ATTORNEY AT LAW
15     GOODWIN PROCTOR, LLP
16     901 New York Avenue, N.W.
17     Washington, DC 20001
18     202.346.4000
19
20  ALSO PRESENT:
21     John Shelonko, Lafarge North America
22     Peter Keeley, Lafarge North America
23     Bevin Armistead, Videographer
24     Joe Suhayda, via telephone
25

5

E X H I B I T S

SPINKS EXHIBIT NO:          PAGE NO:

Exhibit Number 1....................15
Exhibit Number 2....................18
Exhibit Number 3....................49
Exhibit Number 4....................66
Exhibit Number 5....................67
Exhibit Number 6....................74
Exhibit Number 7....................75
Exhibit Number 8..................130
Exhibit Number 9..................161
Exhibit Number 10.................171

**6**

```
          P R O C E E D I N G S          09:08:06
                                         09:08:56
          THE VIDEOGRAPHER: My name is    09:08:56
Bevin Armistead, present on behalf of Veritext   09:10:56
New York.                                09:10:59
          The date of today is, Friday,   09:11:00
August 4, 2009. We are on the record at          09:11:02
approximately 9:11 a.m.                  09:11:05
          This deposition is being held at   09:11:07
the law office of Goodwin Proctor, 901 New York   09:11:09
Avenue, Washington, D.C.                 09:11:13
          The caption of the case is In Re:   09:11:15
Katrina Canal Breaches Consolidated Litigation   09:11:18
Pertains to Barge, Civil Action Number 05-428    09:11:22
and consolidated cases. Filed in the U.S.        09:11:27
District Court, Eastern District of Louisiana.   09:11:32
          This is videotape number one in   09:11:33
the deposition of Melvin Spinks.         09:11:35
          At this time counsel will identify   09:11:38
themselves for the record, state whom you        09:11:39
represent, after which our court reporter, Paula  09:11:41
Satkin, will swear in the witness and then we'll  09:11:44
proceed.                                 09:11:48
          MR. GILBERT: Brian Gilbert for   09:11:49
the Plaintiffs.                          09:11:51
```

**7**

```
          MR. SEYMOUR: Along with Rick   09:11:52
Seymour for the Plaintiffs.              09:11:53
          MR. RAFFMAN: Mark Raffman for   09:11:54
Lafarge North America. With me from Goodwin      09:11:57
Proctor are Eric Goldberg and John Aldock. With   09:12:02
me from Lafarge North America are John Shelonko   09:12:06
and Peter Keeley.                        09:12:07
          MR. GILBERT: Before we swear the   09:12:09
witness could we get a disclosure on the record   09:12:10
as to who is tied in on real time?       09:12:13
          MR. RAFFMAN: Of course. Joe   09:12:15
Suhayda is tied in on real time.         09:12:17
          MR. GILBERT: Anyone else?      09:12:20
          MR. RAFFMAN: Nobody else, as far   09:12:20
as I know.                               09:12:22
Whereupon--
          MELVIN SPINKS
a witness, called for examination, having been
first duly sworn, was examined and testified as
follows:                                 09:12:33
                                         09:12:33
          EXAMINATION                     09:12:33
                                         09:12:36
BY MR. RAFFMAN:                           09:12:36
```

**8**

```
          Q.  Good morning Mr. Spinks my name is   09:12:37
Mark Raffman we've met before have we not?        09:12:39
          A.  Yes, we have.               09:12:41
          Q.  And I took your deposition in   09:12:42
September of 2008 in New Orleans. Do you          09:12:44
remember that?                           09:12:47
          A.  Yes, sir.                   09:12:47
          Q.  Since the last deposition that   09:12:48
brought us together, have you given other   09:12:51
depositions?                             09:12:53
          A.  No, sir.                    09:12:53
          Q.  To bring back into your mind some   09:12:54
of the rules of the road for a deposition, the   09:13:02
court reporter will be taking down your words.   09:13:05
In order for her to do her job properly you need   09:13:07
to speak up. Do you understand that?     09:13:11
          A.  Yes.                        09:13:12
          Q.  In order for her to do her job   09:13:13
properly you and I need to let each other   09:13:15
finish, try not to interrupt each other. Do you   09:13:17
understand that?                         09:13:20
          A.  Yes, sir.                   09:13:21
          Q.  You understand that you're under   09:13:21
oath?                                    09:13:23
          A.  Yes.                        09:13:24
```

**9**

```
          Q.  If you don't understand a question   09:13:25
that I ask please ask for clarification.   09:13:28
Otherwise I'm going to assume you've understood   09:13:32
my question. Is that fair?               09:13:34
          A.  Yes, sir.                   09:13:36
          Q.  If you remember something or need   09:13:36
to add something to an earlier answer you're   09:13:38
free to do that. Do you understand?      09:13:41
          A.  Yes, sir.                   09:13:43
          Q.  If you need a break, please ask   09:13:43
and we'll take a break at your convenience;   09:13:45
okay?                                    09:13:49
          A.  Thank you.                  09:13:50
          Q.  Have you taken any medications,   09:13:50
alcohol, drugs or anything else that would   09:13:53
impair your ability to testify truthfully and   09:13:55
accurately here this morning?            09:13:57
          A.  No, sir.                    09:13:59
          Q.  Is there any other reason why you   09:14:00
are unable to testify truthfully and accurately   09:14:02
this morning?                            09:14:05
          A.  No, sir.                    09:14:06
          Q.  All right. Great.           09:14:06
          Have you reviewed the transcript   09:14:07
of the deposition you gave in September 2008?   09:14:10
```

10

```
 1      A.   Yes, I have.                09:14:12
 2      Q.   When's the last time you reviewed    09:14:13
 3  it?                                    09:14:15
 4      A.   Probably three or four days ago.    09:14:16
 5      Q.   When you reviewed it did you see    09:14:19
 6  anything in there that leaped out at you as    09:14:22
 7  being incorrect or wrong?               09:14:24
 8      A.   No.  I think I've turned comments    09:14:26
 9  in on any corrections that I made to it.    09:14:30
10      Q.   When you say you turned comments    09:14:32
11  in, you read the deposition and signed it    09:14:35
12  sometime last fall; right?              09:14:38
13      A.   Correct.                    09:14:41
14      Q.   And so any comments you made at    09:14:41
15  that time would be reflected in the read and    09:14:42
16  sign process from last fall?            09:14:45
17      A.   Yes, sir.                   09:14:46
18      Q.   And when you read the deposition    09:14:47
19  three or four days ago nothing else leaped out    09:14:49
20  at you as being wrong or incorrect; is that    09:14:52
21  fair?                                   09:14:55
22      A.   Nothing significant.            09:14:55
23      Q.   Okay.  When we met last September    09:14:57
24  you had done a report about the flooding of the    09:15:01
25  Lower Ninth Ward in St. Bernard Parish in New    09:15:06
```

11

```
 1  Orleans; right?                         09:15:11
 2      A.   Yes.                        09:15:11
 3      Q.   Since September 2008 you've       09:15:12
 4  revised your report; right?             09:15:14
 5      A.   Correct.                    09:15:16
 6      Q.   Tell me what additional work you    09:15:17
 7  did from September of 2008 -- actually -- strike    09:15:19
 8  that.                                   09:15:29
 9          When we met last fall in September    09:15:30
10  we were talking about a report that you had    09:15:32
11  initially issued in June of 2008; right?    09:15:35
12      A.   Yes.                        09:15:38
13      Q.   What work did you do since June of    09:15:38
14  2008 up until the time you produced your most    09:15:41
15  recent report?                          09:15:46
16      A.   Okay.  There -- one of the things    09:15:47
17  in these types of studies is that as additional    09:15:51
18  information that may be gathered during the    09:15:55
19  study or time, in this case we've had some other    09:15:57
20  depositions that have been taken from my    09:16:00
21  witnesses.  We were able to incorporate    09:16:03
22  additional fact information into this particular    09:16:06
23  update.                                 09:16:11
24          We also were able to do a        09:16:13
25  verification analysis which we refer to as a    09:16:16
```

12

```
 1  sensitivity analysis of some additional    09:16:20
 2  breaching times in order to again confirm the    09:16:26
 3  data that was used to populate our model.    09:16:31
 4      Q.   Is there anything else you can    09:16:38
 5  think of that you did since the June 2008    09:16:40
 6  report?                                 09:16:44
 7      A.   I believe there was some ground    09:16:45
 8  topology that we were able to gather, related to    09:16:48
 9  the railroad.  So there was probably a few small    09:16:52
10  items of data information that we were able to    09:16:57
11  verify in between that time frame in this    09:17:02
12  updated model.                          09:17:06
13      Q.   All right.  So not to put words in    09:17:07
14  your mouth, and I want to be fair, is it fair to    09:17:10
15  say that the major work you did from the    09:17:13
16  June 2008 report until the most recent report    09:17:17
17  was to incorporate additional fact information    09:17:21
18  and to perform your sensitivity analysis?    09:17:24
19      A.   Yes.                        09:17:26
20      Q.   To prepare for this deposition    09:17:28
21  have you reviewed reports from other experts?    09:17:33
22      A.   I may not answer this properly,    09:17:44
23  and if I don't just let me know, but we have    09:17:46
24  reviewed additional reports which are documented    09:17:52
25  in our particular -- in this report, and so I'll    09:17:58
```

13

```
 1  note that.                              09:18:04
 2      Q.   All right.  And I understand what    09:18:04
 3  you're saying, which is different from my    09:18:07
 4  question, but I'll -- I'll make clear.    09:18:10
 5          The reports that you've reviewed    09:18:15
 6  are the reports from Ebersole and Fitzgerald and    09:18:18
 7  Bea and some of the others who gave reports in    09:18:24
 8  the Robinson or MRGO litigation; is that right?    09:18:27
 9      A.   That's correct.                09:18:32
10      Q.   Have you reviewed the report of    09:18:34
11  Mr. or Dr. Moreno?                      09:18:36
12      A.   No, I have not.                09:18:38
13      Q.   Have you agreed the report of    09:18:40
14  Mr. Pazos?                              09:18:42
15      A.   No, I have not.                09:18:43
16      Q.   Have you reviewed the report of    09:18:45
17  Charles Cushing?                        09:18:47
18      A.   I reviewed an appendix that I    09:18:48
19  believe to his main report, which would have    09:18:51
20  been Dr. Daggett's, I believe.          09:18:54
21      Q.   When did you review Dr. Daggett's    09:18:59
22  appendix?                               09:19:01
23      A.   Probably about three days ago.    09:19:05
24      Q.   Why did you review Dr. Daggett's    09:19:15
25  appendix?                               09:19:18
```

**14**

1  A.   It was sent to me before the                09:19:19
2  flight down, just to take a look at.              09:19:21
3  Q.   Did you see anything in                      09:19:26
4  Dr. Daggett's appendix that you found             09:19:28
5  particularly objectionable?                       09:19:31
6  A.   No, not in particular.                       09:19:35
7  Q.   Did you review any of the trial              09:19:41
8  testimony in the Robinson case?                   09:19:56
9  A.   No, I have not.                              09:20:00
10  Q.   Have you reviewed the report of             09:20:02
11  Dr. Bakeer?                                      09:20:07
12  A.   No, I have not.                             09:20:10
13  Q.   Have you reviewed the report of             09:20:11
14  Robert Bea issued in this case?  When I say this 09:20:14
15  case, I mean the Barge report issued in          09:20:21
16  August 2009?                                     09:20:23
17  A.   I have reviewed a report, I'm just          09:20:24
18  not sure which it's tied to.                     09:20:26
19  Q.   Okay.  Have you reviewed a report          09:20:28
20  by Paul Kemp, issued in August 2009?             09:20:31
21  A.   No, I have not.                             09:20:35
22  Q.   Let's get your report out.                  09:20:36
23       To your right is a binder that's           09:20:50
24  marked as Exhibit 1 to your deposition, it says  09:20:53
25  Melvin Spinks report.  Take that binder and hand 09:20:56

**15**

1  the other binder to your lawyer, please.          09:21:01
2       (Spinks Exhibit Number 1 was                09:21:01
3  marked for identification.)                       09:21:04
4  BY MR. RAFFMAN:                                   09:21:04
5  Q.   I'm going to ask you to look at              09:21:04
6  this binder and ask you whether this binder       09:21:06
7  represents the report you issued in this case in  09:21:09
8  June 2009, with the exception of the very large   09:21:15
9  exhibits?                                         09:21:20
10  A.   Okay.  Can I look through it?              09:21:22
11  Q.   Yes.                                       09:21:25
12  A.   Yes, it appears to be our report           09:23:26
13  that we issued in June 2009.                      09:23:29
14  Q.   All right.  The exhibits that are          09:23:31
15  at the back of the report have been reduced from 09:23:33
16  their original size; right?                       09:23:36
17  A.   Yes.                                        09:23:39
18  Q.   But they do appear to be the same          09:23:39
19  documents, but significantly reduced?            09:23:42
20  A.   Yes.  There's several reductions           09:23:45
21  and tables and exhibits from the original size    09:23:49
22  of the document.                                 09:23:52
23  Q.   Okay.  Did you draft the expert            09:23:53
24  report?                                          09:24:00
25  A.   Yes, I did.                                 09:24:01

**16**

1  Q.   The expert report bears your                09:24:03
2  signature?                                        09:24:05
3  A.   Yes, sir.                                    09:24:06
4  Q.   You understand when I'm using the           09:24:07
5  word expert report I'm referring to Exhibit 1 to  09:24:09
6  your deposition?                                  09:24:13
7  A.   Yes, I do.                                   09:24:14
8  Q.   And was all of the narrative in             09:24:16
9  the report written by you or a member of your     09:24:21
10  staff?                                           09:24:25
11  A.   Yes, it was.                                09:24:26
12  Q.   Does your expert report contain            09:24:27
13  all of the opinions that you expect to offer at   09:24:29
14  the trial in this case?                          09:24:32
15  A.   Yes, it does, unless there's               09:24:34
16  additional information that is made available,    09:24:37
17  as stated in our report.                         09:24:49
18  Q.   Well, all right, let's -- to be            09:24:57
19  clear, refer to page seven of your report.  It    09:25:00
20  says at the bottom of the second paragraph, "if   09:25:06
21  additional information becomes available we       09:25:10
22  reserve the right to determine it's effect, if    09:25:12
23  any, on our stated opinions and conclusions and   09:25:15
24  to revise our conclusions as necessary by this    09:25:19
25  additional technical information."  Is that the   09:25:22

**17**

1  statement in your report that you're referring    09:25:24
2  to?                                               09:25:26
3  A.   Yes, I am.                                   09:25:26
4  Q.   As you sit here today, are the              09:25:27
5  opinions expressed in your report the opinions    09:25:29
6  that you expect to offer at trial?                09:25:32
7  A.   Yes, I do.                                   09:25:34
8  Q.   Does your report contain all the           09:25:35
9  bases and reasons for those opinions?             09:25:37
10  A.   Yes, it does.                               09:25:40
11  Q.   Does the report identify the               09:25:41
12  information and data considered by you in         09:25:43
13  forming the opinions?                             09:25:46
14  A.   Yes, it does.                               09:25:47
15  Q.   So anything you relied on is               09:25:49
16  included in the report?                           09:25:51
17  A.   It's included or referenced in the         09:25:53
18  report.                                          09:25:56
19  Q.   Fair enough.                                09:25:58
20       Can you think of anything that you         09:26:01
21  relied on that is not included in your report or  09:26:03
22  the references?                                   09:26:06
23  A.   No.                                         09:26:08
24  Q.   How big were the waves in the              09:26:09
25  Industrial Canal on the morning of August 29,    09:26:21

18

```
1    2009?                           09:26:27
2        A.   If I can recall correctly, the   09:26:27
3    information that was gathered from the IPET   09:26:30
4    report, I believe that the waves, according to   09:26:36
5    IPET's analysis, were somewhere less than one   09:26:42
6    foot before 5:30 in the morning on the 29th of   09:26:45
7    August and then around from 5:30 on they ranged   09:26:51
8    between two to three feet.              09:26:57
9        Q.   Those are the wave heights that   09:27:02
10   you have used in the analysis you have        09:27:05
11   conducted; is that right?               09:27:09
12       A.   Yes.                         09:27:11
13       Q.   Just so I make sure I have it    09:27:21
14   clear, I'm going to mark Exhibit 2.          09:27:24
15       (Spinks Exhibit Number 2 was        09:27:27
16   marked for identification.)             09:27:44
17   BY MR. RAFFMAN:                        09:27:44
18       Q.   I've marked Exhibit 2 to your   09:27:44
19   deposition, Mr. Spinks, it is excerpts from IPET   09:27:46
20   Volume IV, consists of certain pages, and       09:27:52
21   referencing you to the first page of the        09:28:00
22   exhibit, the middle of the page it says,        09:28:03
23   "estimated wave heights are in the two to three   09:28:05
24   foot range for the area along the Lower Ninth   09:28:09
25   Ward that may have breached early around 9:30 to   09:28:12
```

19

```
1    10:30 UTC."  Do you see that?            09:28:18
2        A.   Yes, sir.                     09:28:20
3        Q.   This is one of the references that   09:28:21
4    you relied on in your report?            09:28:22
5        A.   It's a portion of the overall    09:28:25
6    report, yes.                          09:28:27
7        Q.   Yes.  There are some additional   09:28:29
8    pages.  There's a page -- the next page is an   09:28:31
9    excerpt from IPET report IV, Appendix 14,        09:28:36
10   page 8.  Is this also a portion of the IPET     09:28:41
11   report that you relied on in forming your       09:28:44
12   conclusions?                          09:28:46
13       A.   Yes.  A piece of the over all   09:28:49
14   report.                               09:28:52
15       Q.   All right.  And then if you turn   09:28:52
16   to page -- the next series of pages, it's       09:28:55
17   Volume IV, Appendix 15, pages 36 through 40.   09:29:00
18       Are these pages also a piece of      09:29:07
19   the overall report that you relied on for the   09:29:09
20   wave height conclusions that you drew?          09:29:12
21       A.   Yes.  They're a portion of this   09:29:15
22   report.                               09:29:19
23       Q.   Were you surprised by IPET's     09:29:54
24   conclusion that wave heights in the Inner Harbor   09:29:57
25   Navigation Canal were less than one foot before   09:30:04
```

20

```
1    5:30 and in the range of two to three feet after   09:30:07
2    5:30?                                 09:30:11
3        A.   I had no reason to not be       09:30:12
4    concerned.                            09:30:15
5        Q.   I guess I didn't understand your   09:30:19
6    answer very clearly.  You had no reason to      09:30:22
7    question those numbers?                  09:30:24
8        A.   To question, right.            09:30:26
9        Q.   As a hydrologist why did you find   09:30:27
10   those numbers to be credible?            09:30:30
11       A.   I think IPET went through a      09:30:34
12   scientific process and analysis in order to     09:30:40
13   determine those values and, again, I had no     09:30:40
14   reason not to discount that information.        09:30:47
15       Q.   You just said you had no reason   09:30:52
16   not to discount that information.  I think you   09:30:54
17   meant to say you had no reason to discount it;   09:30:57
18   is that fair?                         09:31:01
19       A.   Yes, that's fair.             09:31:02
20       Q.   If there had been 20-foot waves in   09:31:04
21   the Inner Harbor Navigation Canal, instead of   09:31:09
22   two to three-foot waves, would that have been   09:31:12
23   relevant to you?                       09:31:16
24       A.   Certainly if there's 20-foot waves   09:31:17
25   that would be relevant to everybody in that     09:31:22
```

21

```
1    area.                                 09:31:24
2        Q.   As a hydrologist do you find the   09:31:24
3    presence of 20-foot waves in the Inner Harbor   09:31:28
4    Navigation Canal to be a credible scenario?     09:31:33
5        MR. GILBERT:  Object.  That's an     09:31:37
6    improper hypothetical.  I don't want to make a   09:31:40
7    speaking objection.  Note the objection.        09:31:44
8        THE WITNESS:  I have no reason to    09:31:48
9    believe there were 20-foot waves, based on the   09:31:50
10   science that I've read and studied.          09:31:53
11   BY MR. RAFFMAN:                        09:32:02
12       Q.   The science that you've read and   09:32:03
13   studied permits inferences to be drawn about   09:32:05
14   wave heights based on data inputs such as wind,   09:32:08
15   fetch, and other factors; is that right?        09:32:14
16       A.   Wind and fetch is certainly a    09:32:18
17   scientific process to look at wave information.   09:32:23
18       Q.   What are some of the other       09:32:38
19   elements, if any, of the scientific process to   09:32:42
20   look at wave information?               09:32:45
21       A.   That's a fairly general question,   09:32:46
22   and not being an oceanographer but, again,      09:32:50
23   there's a whole entire study of oceanography    09:32:54
24   that deals with wave generation.  It deals with   09:32:57
25   tsunamis to normal average waves, and I can't   09:33:02
```

**22**

1  say that I'm an expert in oceanography.      09:33:05
2      Q.   If an expert wanted to conduct a      09:33:13
3  scientific analysis of wave heights in the Inner   09:33:15
4  Harbor Navigation Canal on August 29th there are  09:33:20
5  ways to investigate that scientifically; is that   09:33:22
6  a fair question?                    09:33:25
7      A.   Yes, and I believe it was done      09:33:27
8  within the IPET report.                09:33:29
9      Q.   You have accepted that there was     09:33:37
10  some wave overtopping of the floodwalls in the    09:33:46
11  Inner Harbor Navigation Canal before the still    09:33:50
12  water surge level reached the top of the walls;   09:33:54
13  right?                           09:33:57
14      A.   Yes.                      09:33:57
15      Q.   You have not drawn any conclusions   09:33:58
16  about the effect of wave overtopping on the      09:34:00
17  soils on the backside of the floodwall; is that   09:34:02
18  correct?                         09:34:06
19      A.   That is correct.             09:34:06
20           Can I add a little bit to that   09:34:29
21  answer, just to make sure?             09:34:31
22           I answered it in saying you are  09:34:33
23  correct, we have not looked at the soil       09:34:36
24  properties out there.  And again, in terms of    09:34:39
25  the flooding analysis we conducted it would not   09:34:42

**23**

1  be necessary to look at the soil conditions      09:34:44
2  related to the overtopping.             09:34:46
3      Q.   Okay.  I understand your answer.    09:34:50
4  You've done an analysis of flooding; right?      09:35:00
5      A.   Correct.                   09:35:04
6      Q.   And the analysis of flooding did    09:35:04
7  not look at the question of what happened to the  09:35:07
8  soil on the protected side of the floodwall?     09:35:09
9      A.   That's correct.              09:35:12
10      Q.   As a hydrologist are you familiar   09:35:18
11  with the behavior of waves under loading by      09:35:21
12  winds?                           09:35:24
13      A.   I'm aware, but it's not something  09:35:28
14  I do every day in the science that we employ in   09:35:31
15  terms of river rain and generally coastal storm  09:35:36
16  surge flooding.                     09:35:39
17      Q.   Is it generally understood that    09:35:40
18  wind -- that wind activated waves tend to travel  09:35:42
19  in the direction of the prevailing wind?       09:35:47
20      A.   From common sense I would say yes,  09:35:55
21  but in the study of the science I can't offer a   09:35:57
22  full opinion on that.                 09:36:00
23      Q.   Is it generally understood that    09:36:04
24  when waves are reflected off of a surface the    09:36:07
25  reflected wave has less energy than the wave     09:36:11

**24**

1  approaching the surface?               09:36:16
2      A.   In theory, yes.              09:36:20
3      Q.   Let me return to your report.      09:36:33
4  Since your September deposition have you had any   09:36:52
5  contact with the Delft organization?         09:36:54
6      A.   No, not relative to this case.     09:36:59
7      Q.   Have you used the SOBEK model to    09:37:01
8  do other work since September 2008?          09:37:08
9      A.   I don't believe so.            09:37:15
10      Q.   Is this still the only project on   09:37:21
11  which you have used the SOBEK model?         09:37:24
12      A.   This is the SOBEK model, yes, was  09:37:28
13  chosen for this particular project specifically.  09:37:33
14      Q.   And you have not used the SOBEK    09:37:37
15  model for other projects, apart from this one;   09:37:39
16  right?                           09:37:44
17      A.   Yes.  But, again, because we      09:37:45
18  haven't had a major hurricane, but we would      09:37:49
19  definitely use it again if the conditions were   09:37:56
20  there and that we needed to analyze an interior  09:38:00
21  system.                          09:38:03
22      Q.   What contact have you had with the  09:38:08
23  Delft organization since September?         09:38:10
24      A.   I probably won't be able to answer  09:38:14
25  that fully because my staff also makes contact   09:38:16

**25**

1  with the different program developers.  So I     09:38:20
2  personally have not had a contact but I can't    09:38:25
3  say that my staff hasn't.              09:38:28
4      Q.   Do you know of any contact with    09:38:30
5  your staff and the Delft organization since      09:38:32
6  September about this case?              09:38:35
7      A.   No, I do not.               09:38:38
8      Q.   Do you know of any contact between  09:38:39
9  your staff and the Delft organization since      09:38:42
10  September 2008 on other cases?            09:38:46
11      A.   No, I do not.               09:38:48
12      Q.   The flooding analysis that you've   09:38:49
13  performed in this case reflected in Exhibit 1    09:38:52
14  has been performed for the lawyers representing   09:38:56
15  the Plaintiffs in the Barge litigation; right?   09:39:00
16      A.   Yes.                      09:39:04
17      Q.   And it's performed for the purpose  09:39:04
18  of litigation; right?                09:39:13
19      A.   Yes.  I mean we were retained to   09:39:18
20  look at it in a litigation case, but it's not a   09:39:21
21  study that supports just a litigation effort,    09:39:24
22  it's an overall study.                09:39:30
23      Q.   You've never published your       09:39:43
24  flooding analysis in any journal of any type;    09:39:45
25  right?                           09:39:50

7 (Pages 22 to 25)

**26**

1    A.   This particular study, no, because      09:39:51
2  it's in litigation.                            09:39:54
3    Q.   And this particular study, to be        09:39:57
4  clear, has not been published in a peer reviewed  09:39:59
5  journal; correct?                              09:40:06
6    A.   No, not presently.                      09:40:07
7    Q.   All right.                              09:40:09
8    A.   Let me elaborate a little bit.          09:40:16
9    Q.   That will be fine.                      09:40:18
10   A.   Normally, any product that we have      09:40:19
11 that's in litigation would not be published    09:40:21
12 outside the litigation related effort unless we  09:40:24
13 were asked specifically to issue this technical  09:40:28
14 information out to the public.                  09:40:34
15   Q.   So, to be clear -- and I'll --         09:40:36
16 I'll interject, I often offer ask a lot of      09:40:43
17 questions ending in am I correct, even sometimes  09:40:49
18 when a statement is a negative statement.  If    09:40:54
19 any negative statement is correct then your      09:40:57
20 answer ought to be, yes, you're correct, because  09:40:59
21 we get bad transcript and I've got to ask        09:41:02
22 questions again.  So with that pause.           09:41:05
23       For the reasons you've just              09:41:13
24 explained, you have not published your flooding  09:41:15
25 study in a peer reviewed journal; correct?      09:41:19

**27**

1    A.   For the reasons I just explained,       09:41:23
2  that's correct.                                09:41:25
3    Q.   And the same answer is true for         09:41:26
4  any sort of journal; right?                    09:41:28
5        MR. GILBERT:  This study?                09:41:34
6        MR. RAFFMAN:  Yes.                       09:41:36
7        THE WITNESS:  Yes, for this study        09:41:38
8  that's correct, it hasn't been disseminated out  09:41:41
9  to the public.                                 09:41:44
10 BY MR. RAFFMAN:                                09:41:47
11   Q.   Have you published to the public        09:41:47
12 any flooding study involving Hurricane Katrina?  09:41:49
13   A.   Specifically Hurricane Katrina,        09:42:00
14 no.                                            09:42:02
15   Q.   Am I correct that the only persons      09:42:05
16 who have provided comments on your report before  09:42:10
17 it was completed were lawyers for the Plaintiffs  09:42:13
18 and people working for the Plaintiffs' lawyers?  09:42:17
19   A.   No.  I believe our report was          09:42:25
20 recently reviewed in the Robinson case, and I    09:42:28
21 think there are three experts who have actually  09:42:32
22 looked and reviewed our engineering and the      09:42:35
23 analysis.  In fact, I did have an opportunity to  09:42:41
24 speak to one of the technical experts, which was  09:42:45
25 Mr. Steven Fitzgerald, and he felt that -- in    09:42:50

**28**

1  our telephone conversation he felt that our     09:42:58
2  analysis was very well presented and that they   09:43:00
3  felt very comfortable, that being the government  09:43:06
4  referencing our engineering and our science      09:43:09
5  related to this study for Hurricane Katrina.     09:43:12
6    Q.   Well, let me re-ask the question        09:43:16
7  then.                                          09:43:22
8        Am I right that the only persons         09:43:22
9  who have provided comments on your report were   09:43:25
10 lawyers for the Plaintiffs, people working for   09:43:28
11 the Plaintiffs' lawyers and people working for   09:43:31
12 other litigants in the Katrina litigation?       09:43:34
13   A.   Yes.                                    09:43:40
14   Q.   Did anything that Mr. Fitzgerald        09:43:43
15 told you on the phone cause you to change any    09:43:45
16 portions of your report?                        09:43:48
17   A.   No.                                     09:43:50
18   Q.   Your company is CivilTech               09:44:04
19 Engineering?                                    09:44:08
20   A.   Inc.                                    09:44:08
21   Q.   Inc.  CivilTech Engineering, Inc.       09:44:09
22 Do you own that company?                        09:44:14
23   A.   Yes, sir.                               09:44:15
24   Q.   Are you the sole owner?                 09:44:15
25   A.   Yes, I am.                              09:44:17

**29**

1    Q.   What percentage of your company's       09:44:20
2  work is done for lawyers in litigation?         09:44:23
3    A.   Probably less than 5 percent.           09:44:25
4    Q.   Did Mr. Fitzgerald make any             09:44:31
5  criticisms of your report?                      09:44:35
6    A.   No.  In fact, he was very specific      09:44:37
7  in saying that the work -- the timing of the     09:44:40
8  breaches he felt very comfortable in our         09:44:43
9  analysis.  He thought we were able to gather a   09:44:46
10 lot more additional information relative to eye   09:44:49
11 witnesses, and that he felt that our work really  09:44:53
12 supported the breach times for the north breach.  09:44:58
13   Q.   When he referred to the breach          09:45:18
14 time for the north breach, he's referring to      09:45:20
15 4:00 o'clock time that you derived for the north  09:45:23
16 breach; is that right?                          09:45:25
17   A.   Yes, sir.                               09:45:27
18   Q.   Did he make the same comment about      09:45:28
19 the 5:30 a.m. time for the south breach?         09:45:30
20   A.   No.                                     09:45:33
21   Q.   Are you going to offer any opinion      09:45:35
22 regarding the transit of the Barge ING 4727?     09:45:56
23   A.   No, I'm not.                            09:46:01
24   Q.   Are you going to offer any opinion      09:46:02
25 whether the barge caused either of the two       09:46:05

30

| | | |
|---|---|---|
| 1 | floodwall breaches on the Inner Harbor | 09:46:08 |
| 2 | Navigation Canal? | 09:46:11 |
| 3 | A.   No, I'm not. | 09:46:11 |
| 4 | Q.   Are you going to offer an opinion | 09:46:17 |
| 5 | on whether something other than the Barge caused | 09:46:20 |
| 6 | either of the two breaches of the floodwall in | 09:46:28 |
| 7 | the Inner Harbor Navigation Canal? | 09:46:31 |
| 8 | A.   I'm going to offer an opinion that | 09:46:35 |
| 9 | there was a breach. | 09:46:37 |
| 10 | Q.   But you won't offer an opinion on | 09:46:40 |
| 11 | what caused the breach; right? | 09:46:42 |
| 12 | A.   No. | 09:46:44 |
| 13 | Q.   Okay. | 09:46:45 |
| 14 | I'm sorry, I have to ask it again. | 09:46:52 |
| 15 | MR. GILBERT:  It was clear. | 09:46:57 |
| 16 | Go ahead. | 09:46:58 |
| 17 | BY MR. RAFFMAN: | 09:46:59 |
| 18 | Q.   You're not going to offer an | 09:47:00 |
| 19 | opinion on what caused the breach; am I correct? | 09:47:01 |
| 20 | A.   That's correct. | 09:47:04 |
| 21 | Q.   Will you offer an opinion on the | 09:47:07 |
| 22 | cause of the levee breaches along the MRGO? | 09:47:09 |
| 23 | A.   No. | 09:47:15 |
| 24 | Q.   Is it fair to say that your | 09:47:20 |
| 25 | opinions in this case are centered on the use of | 09:47:22 |

31

| | | |
|---|---|---|
| 1 | hydrologic modeling to determine the timing and | 09:47:24 |
| 2 | extent of flooding from various flooding | 09:47:28 |
| 3 | sources? | 09:47:30 |
| 4 | A.   Repeat that one more time, make | 09:47:32 |
| 5 | sure I understand. | 09:47:34 |
| 6 | Q.   I'm not trying to be tricky, so | 09:47:34 |
| 7 | I'll repeat it. | 09:47:36 |
| 8 | Is it fair to say that your | 09:47:37 |
| 9 | opinions are centered on the use of hydrologic | 09:47:39 |
| 10 | modelling to determine the time and extent of | 09:47:43 |
| 11 | flooding from various flooding sources? | 09:47:50 |
| 12 | A.   That's a fairly accurate | 09:47:52 |
| 13 | statement, but it is a hydrologic and hydraulic | 09:47:54 |
| 14 | process that we have looked at. | 09:48:00 |
| 15 | Q.   And to be clear, you have not | 09:48:08 |
| 16 | modeled currents within the Inner Harbor | 09:48:10 |
| 17 | Navigation Canal; right? | 09:48:15 |
| 18 | A.   <mark>We have not done any hydrodynamic</mark> | 09:48:16 |
| 19 | <mark>studies of the waters within the Industrial</mark> | 09:48:22 |
| 20 | <mark>Canal.</mark> | 09:48:31 |
| 21 | Q.   Those are studies that could be | 09:48:31 |
| 22 | done? | 09:48:33 |
| 23 | A.   Are you referring to by us or by | 09:48:35 |
| 24 | another expert? | 09:48:39 |
| 25 | Q.   By any hydrologist -- by a | 09:48:40 |

32

| | | |
|---|---|---|
| 1 | hydrologist -- by a qualified hydrologist? | 09:48:43 |
| 2 | A.   I think they would have to have | 09:48:46 |
| 3 | coastal engineering expertise in hydrodynamics | 09:48:48 |
| 4 | so, no, I don't think every hydrologist in | 09:48:52 |
| 5 | surface water drainage can do those types of | 09:48:56 |
| 6 | studies. | 09:48:59 |
| 7 | Q.   <mark>Fair enough.  A qualified</mark> | 09:49:00 |
| 8 | <mark>hydrologist could study currents in the Inner</mark> | 09:49:02 |
| 9 | <mark>Harbor Navigation Canal; right?</mark> | 09:49:08 |
| 10 | A.   <mark>A qualified coastal engineer</mark> | 09:49:08 |
| 11 | <mark>could.</mark> | 09:49:10 |
| 12 | Q.   Qualified coastal engineer.  Okay. | 09:49:10 |
| 13 | I guess what I'm trying to ask | 09:49:14 |
| 14 | you, there is a scientific process by which | 09:49:16 |
| 15 | currents in the Inner Harbor Navigation Canal | 09:49:19 |
| 16 | could be studied? | 09:49:22 |
| 17 | A.   Yes, there is. | 09:49:23 |
| 18 | Q.   <mark>And there is a scientific process</mark> | 09:49:24 |
| 19 | <mark>by which waves or wave heights in the Inner</mark> | 09:49:26 |
| 20 | <mark>Harbor Navigation Canal could be studied; right?</mark> | 09:49:32 |
| 21 | A.   <mark>I would assume, yes, there could</mark> | 09:49:34 |
| 22 | <mark>be.</mark> | 09:49:36 |
| 23 | Q.   In fact, IPET studied that very | 09:49:36 |
| 24 | subject, as you've testified earlier? | 09:49:40 |
| 25 | A.   Yes. | 09:49:42 |

33

| | | |
|---|---|---|
| 1 | Q.   In your model you have used inputs | 09:49:47 |
| 2 | that relate to the timing and the geometry of | 09:49:59 |
| 3 | the two floodwall breaches; right? | 09:50:06 |
| 4 | A.   Yes, that's part of the input into | 09:50:09 |
| 5 | the SOBEK model, S-O-B-E-K.  We'll be mentioning | 09:50:17 |
| 6 | that a few times. | 09:50:25 |
| 7 | Q.   You haven't ascribed a specific | 09:50:35 |
| 8 | failure sequence or mechanism to the breaching | 09:50:41 |
| 9 | inputs; is that fair? | 09:50:47 |
| 10 | A.   I don't believe that's fair, no. | 09:50:51 |
| 11 | Q.   All right.  Let me try to be more | 09:50:54 |
| 12 | specific and see if I can -- does any part of | 09:50:56 |
| 13 | your opinion relate to the possibility that | 09:51:00 |
| 14 | there were broken water stops in the floodwall | 09:51:03 |
| 15 | that allowed the intrusion of some water before | 09:51:06 |
| 16 | the floodwall failed? | 09:51:09 |
| 17 | A.   No.  We had no reason to believe | 09:51:12 |
| 18 | there would be what you had just mentioned.  I | 09:51:16 |
| 19 | think some gap in the walls, is that what you're | 09:51:22 |
| 20 | referring to? | 09:51:26 |
| 21 | Q.   Broken water stop that creates a | 09:51:27 |
| 22 | way for water to intrude before the wall fails. | 09:51:30 |
| 23 | That's what I was referring to. | 09:51:34 |
| 24 | A.   No, we have no evidence to that. | 09:51:35 |
| 25 | Q.   Does any part of your opinion | 09:51:37 |

**34**

1  allow for a scenario whereby a weld between two     09:51:45
2  sections of sheet pile tears at the site of the     09:51:52
3  north breach, allowing the intrusion of some     09:51:56
4  water before the main breach gives way along its     09:51:59
5  entire 200-foot length?     09:52:05
6        MR. GILBERT:  Let me just note an     09:52:07
7  objection.  I mean I think the substance of his     09:52:09
8  testimony a few minutes ago was that the     09:52:12
9  mechanics of the failure is outside the scope of     09:52:14
10  his study, but subject to that, which applies to     09:52:17
11  the continuing line of questioning, he can     09:52:21
12  answer.     09:52:23
13  BY MR. RAFFMAN:     09:52:32
14      Q.   Does any part of your opinion     09:52:32
15  allow for a scenario whereby a weld between two     09:52:34
16  sections of sheet pile gives way and allows     09:52:40
17  water intrusion before the opening of the entire     09:52:44
18  200-foot breach?     09:52:51
19      A.   We did not study the mechanics or     09:52:54
20  the structural integrity of the wall prior to     09:52:58
21  any of the breaches, and we weren't asked to do     09:53:03
22  that.     09:53:10
23      Q.   All right.  Referring you now to     09:53:29
24  the information you received after your 2008     09:53:30
25  report, the additional witness information,     09:53:33

**35**

1  what, if any, specific information can you     09:53:41
2  recall that you got after the June 2008 report     09:53:45
3  and that was important to the conclusions in     09:53:52
4  your new report?     09:53:55
5      A.   That's a fairly vague question,     09:54:04
6  because we -- all data that we receive is an     09:54:06
7  important piece of information to our study, and     09:54:12
8  there were a few more depositions, eye witness     09:54:18
9  accounts of information that were provided to us     09:54:24
10  that helps support our understanding of the     09:54:29
11  flood time sequence and the contributions of     09:54:34
12  flow from various sources leading to Hurricane     09:54:38
13  Katrina.     09:54:47
14      Q.   Did you ask the Plaintiffs'     09:54:47
15  lawyers to provide you with every deposition,     09:54:48
16  every eye witness deposition taken in this case?     09:54:51
17      A.   Yes.  We asked for all information     09:54:54
18  related to Katrina.     09:54:58
19      Q.   Do you know whether you were     09:55:00
20  supplied with all of the eye witness     09:55:02
21  depositions?     09:55:04
22      A.   No, I do not know that.     09:55:06
23      Q.   Do you know, for instance, whether     09:55:08
24  you reviewed the deposition of Ernest Edwards?     09:55:18
25      A.   I have seen his deposition, yes.     09:55:24

**36**

1      Q.   Did you include Ernest Edwards'     09:55:36
2  account in your report?     09:55:39
3      A.   No.  His information was not     09:55:40
4  available during the work that we did on our     09:55:43
5  report.     09:55:49
6      Q.   When did you see Mr. Edwards'     09:55:52
7  deposition for the first time?     09:55:55
8      A.   Yesterday.     09:55:57
9      Q.   Do you know why the Edwards'     09:56:12
10  deposition was not provided to you until     09:56:14
11  yesterday?     09:56:17
12      A.   I don't know any specific reason.     09:56:21
13  We received a lot of information on eye witness,     09:56:24
14  and it may be that we were just looking at all     09:56:28
15  the different eye witnesses and Ernest Edwards     09:56:33
16  was not part of it and we recognized it.     09:56:37
17      Q.   Turn to page 7 of your report.     09:56:56
18        You wrote in the first paragraph     09:57:11
19  under 1.1, Study Objective, "flooding of the     09:57:13
20  Lower Ninth Ward and the St. Bernard Parish was     09:57:18
21  caused by several sources, including rainfall,     09:57:23
22  levee floodwall failures (breaches) and     09:57:27
23  overtopping of the levees/floodwalls due to     09:57:35
24  storm surge."  Do you still consider that     09:57:40
25  statement to be true?     09:57:44

**37**

1      A.   Yes.     09:57:46
2      Q.   All of those conditions caused     09:57:47
3  flooding in the Lower Ninth Ward?     09:57:49
4      A.   Yes, proportionally.     09:57:54
5      Q.   Same answer for St. Bernard     09:58:02
6  Parish?     09:58:05
7      A.   Yes, they all had a contributing     09:58:05
8  factor to the flooding.  Not an equal factor by     09:58:08
9  any means, but they were all evaluated in terms     09:58:13
10  of the sources of water within the Lower Ninth     09:58:18
11  Ward or the St. Bernard Parish.     09:58:23
12      Q.   When you say not an equal factor,     09:58:25
13  it is possible to quantify the contributions of     09:58:29
14  the various sources; right?     09:58:31
15      A.   It is possible to do the type of     09:58:33
16  analysis that we did, the engineering and the     09:58:35
17  science, to come up with a best estimate of the     09:58:39
18  flooding.     09:58:46
19      Q.   You wrote that "a key fact issue     09:58:48
20  under consideration in this matter pertains to     09:58:54
21  the specific area flooded in the Lower Ninth     09:58:57
22  Ward in St. Bernard Parish by the failure of the     09:59:02
23  east floodwall at two locations along the Inner     09:59:05
24  Harbor Navigation Canal prior to the flood     09:59:10
25  inundation from the levee breaches along the     09:59:12

38

1   Mississippi River Gulf Outlet (MRGO)."          09:59:15
2   You agree the wall on the east          09:59:22
3   side of the IHNC failed at two locations; right?          09:59:25
4       A.   Yes.          09:59:30
5       Q.   And these are what are called the          09:59:31
6   north breach and the south breach; right?          09:59:34
7       A.   That's what we're refer to them          09:59:37
8   as, yes.          09:59:39
9       Q.   And each of those two breaches          09:59:40
10  failed at different times, as stated in your          09:59:41
11  report?          09:59:44
12      A.   Yes.          09:59:45
13      Q.   In presenting the results of your          09:59:48
14  model you have considered the IHNC breaches          09:59:50
15  together; right?          09:59:58
16      A.   They're examined in a system for          10:00:01
17  the Lower Ninth Ward in St. Bernard Parish, so          10:00:05
18  they're part of a system and they're individual          10:00:09
19  breaches, but they're part of an over all system          10:00:15
20  of flooding, along with MRGO breaches.          10:00:18
21      Q.   You have not presented the results          10:00:27
22  of your model to separate the effect of the          10:00:30
23  north breach from the effect of the south          10:00:33
24  breach; correct?          10:00:35
25      A.   No, we have not presented a          10:00:37

39

1   separation of those flows.          10:00:40
2       Q.   If you take a location anywhere in          10:00:44
3   the north breach, take a house, does your model          10:00:46
4   tell you how much of the water that's arriving          10:00:50
5   at that house came from the north breach as          10:00:52
6   opposed to the south breach, as you've presented          10:00:54
7   it?          10:01:02
8       A.   And scientifically I don't think          10:01:02
9   we can do that because the location and the          10:01:05
10  source of the water is generally the same.          10:01:09
11  We're talking about a same system in terms of          10:01:12
12  the wall.  And so I don't believe scientifically          10:01:15
13  you would be able to separate those waters, as          10:01:20
14  maybe we have discussed in our report related to          10:01:27
15  MRGO's waters in the IHNC, because clearly there          10:01:30
16  were two sources of different waters coming          10:01:34
17  together at very large distances apart.          10:01:38
18      Q.   To be clear, between May of          10:01:53
19  2009 -- let me go back a second.          10:02:01
20           One of the things your model does          10:02:08
21  is it quantifies the amount of water that enters          10:02:10
22  the affected area through each breach; right?          10:02:13
23      A.   As all models would do, yes, it          10:02:17
24  considers each breach in terms of its          10:02:19
25  performance, separately, in terms of the          10:02:26

40

1   breaching.          10:02:31
2       Q.   And then your model moves the          10:02:34
3   water once it has entered, to various locations          10:02:36
4   according to the topography of the affected          10:02:41
5   area; right?          10:02:46
6       A.   Yes.  It analyzes the hydraulic          10:02:50
7   movement of the water throughout the area.          10:02:54
8       Q.   One of the things your model is          10:02:56
9   able to do, as reflected in Chapter 4 of your          10:02:58
10  report is to run simulation scenarios that will          10:03:04
11  simulate flooding as if certain breaches had not          10:03:09
12  occurred; right?          10:03:14
13      A.   Correct.          10:03:19
14      Q.   But in your modeling results the          10:03:27
15  flood damage from the northern breach is not          10:03:30
16  parsed out from the damage caused by the          10:03:32
17  southern breach; am I correct?          10:03:35
18      A.   We did not estimate damages, but          10:03:39
19  we estimated the level of flooding related to          10:03:41
20  the breaches.  And, again, there would be no          10:03:47
21  reason for us -- no scientific reason to          10:03:52
22  separate the flow if we're trying to understand          10:03:58
23  how the time sequence of flooding actually          10:04:03
24  occurred during Katrina.          10:04:08
25           Can I take a break?          10:04:24

41

1           MR. RAFFMAN:  Of course.  Off the          10:04:25
2   record.          10:04:27
3           MR. GILBERT:  I was about to ask          10:04:29
4   for the same thing.          10:04:31
5           THE VIDEOGRAPHER:  We're going off          10:04:32
6   the record the time is 10:05 a.m.)          10:04:34
7           (A brief recess was taken.)          10:04:38
8           THE VIDEOGRAPHER:  Upon request of          10:15:47
9   counsel this shall mark the end of tape number          10:16:04
10  one in the deposition of Melvin Spinks and the          10:16:06
11  time is 10:16 a.m.  We're changing tapes.          10:16:10
12           (Videotape change.)          10:17:34
13           THE VIDEOGRAPHER:  We are back on          10:19:26
14  the record.  Here marks the beginning of tape          10:19:31
15  number two in the deposition of Melvin Spinks          10:19:34
16  and the time is 10:20 a.m.          10:19:37
17  MR. RAFFMAN          10:19:41
18      Q.   Thank you.  Mr. Spinks, turning          10:19:41
19  you to page 7 of your report, in the bottom          10:19:43
20  paragraph you've got a sentence that reads, "the          10:19:49
21  flood simulation model will be calibrated and          10:19:52
22  verified with certain types of data."          10:19:55
23           What does it mean to calibrate and          10:19:58
24  verify a model?          10:20:01
25      A.   A model's information is built          10:20:04

**42**

1  upon the physical features out in an area, in          10:20:09
2  this geographical area in terms of topography,          10:20:15
3  in terms of the land use conditions out there,          10:20:20
4  in terms of how the hydraulic structures may          10:20:24
5  have changed like the wall that has a breach.          10:20:30
6       And so when a hydraulic model or          10:20:34
7  hydrodynamic model is built we code the model to          10:20:37
8  represent the real world conditions and we          10:20:41
9  populate it with factors and assumptions within          10:20:44
10 it.          10:20:50
11      Where we calibrate and when we          10:20:51
12 verify how it's running is that we actually          10:20:54
13 gather information, observations out there like          10:20:58
14 eye witnesses, stop clocks, high watermarks, and          10:21:01
15 so that we're able to when we run the simulation          10:21:07
16 with all these physical features within these          10:21:10
17 models we're able to see how well the model is          10:21:13
18 predicting what the observations are.          10:21:16
19      And in any model you're never          10:21:20
20 going to compare with all the observations and          10:21:23
21 all the information.          10:21:27
22      And so that is how you work a          10:21:28
23 model such that you may need to interpret some          10:21:33
24 of the factors in it and change those so that          10:21:37
25 you can help predict what the observations, the          10:21:42

**43**

1  real reality of the observations out there.          10:21:46
2       Q.   The model predicts, for instance,          10:21:51
3  a flood level at a given location at a given          10:22:00
4  time and you're able to compare that with an          10:22:03
5  observation made by an eye witness or a stop          10:22:08
6  clock or some other data point; right?          10:22:13
7       A.   Correct.          10:22:16
8       Q.   When you compare those          10:22:17
9  observations together you form some judgment          10:22:20
10 about which model inputs best predict the          10:22:24
11 observations that you have gathered; right?          10:22:30
12      A.   Okay.  I'll go with that.          10:22:35
13      Q.   The observations are those that          10:22:40
14 were supplied to you by the Plaintiffs' counsel          10:22:47
15 in the forms of depositions or other reports,          10:22:52
16 IPET for instance; right?          10:22:57
17      A.   Yes.  We believe that we have the          10:22:59
18 best available information in terms from IPET on          10:23:02
19 observations THAT they gathered, ILETS, Team          10:23:08
20 Louisiana, so we went through all the expert          10:23:13
21 related information out there, including          10:23:15
22 depositions, additional depositions and eye          10:23:18
23 witnesses in order to have as many observations          10:23:20
24 throughout the area as possible.          10:23:24
25      Q.   Now, the process that you've          10:23:26

**44**

1  described is reflected in the sensitivity          10:23:29
2  analysis you conducted in Appendix I; right?          10:23:34
3       A.   Yes.          10:23:38
4       Q.   Appendix I, Table 2, uses about 45          10:23:47
5  data points to conduct the sensitivity analysis;          10:23:57
6  is that right?          10:24:04
7       A.   Let me get Appendix I real quick.          10:24:04
8       Yes, but I believe you're correct.          10:24:08
9       Where we could gather time and a          10:24:14
10 depth of flooding.          10:24:20
11      Q.   All right, I see.  I see.  So from          10:24:25
12 all the data points that you looked at,          10:24:29
13 Appendix I includes those that allow you both a          10:24:37
14 flood depth and a flood time taken together?          10:24:43
15      A.   Correct.          10:24:48
16      Q.   I'm going to return to Appendix I          10:25:06
17 a little later on.  I want to make sure I          10:25:11
18 understand some other things, first.          10:25:13
19      Am I right that when you          10:25:17
20 calibrated your model you found that there were          10:25:19
21 some eye witness accounts that didn't match your          10:25:22
22 model results?          10:25:24
23      A.   Yes.  That's very common that not          10:25:25
24 all observations will match typically in          10:25:31
25 mathematical modelling, and that's why the more          10:25:37

**45**

1  information, more observations you have, that          10:25:41
2  it's important to look at all the data, because          10:25:46
3  there will not be just one single data point,          10:25:50
4  usually, that will substantiate your model's          10:25:54
5  reliability, but looking -- you would need to          10:25:58
6  look at all the data to support the accuracy and          10:26:03
7  the reliability of the model, which, again, I          10:26:08
8  think in Appendix I represents that work we have          10:26:14
9  done.          10:26:19
10      Q.   Since we're talking about          10:26:21
11 Appendix I, let's see if we can understand what          10:26:41
12 you did.          10:26:45
13      Appendix I represents what you          10:26:46
14 call a sensitivity analysis; right?          10:26:49
15      A.   Yes.  It's a verification of the          10:26:51
16 IHNC north and south floodwall breaching times.          10:27:00
17      Q.   Am I right that the purpose of a          10:27:10
18 sensitivity analysis is to determine whether          10:27:12
19 your model is using the best inputs?          10:27:14
20      A.   Yes.  Generally the sensitivity          10:27:18
21 analysis allows you to look at various inputs to          10:27:23
22 see how well the model is performing, based on          10:27:26
23 those inputs.          10:27:32
24      Q.   Does your sensitivity analysis          10:27:43
25 support the conclusion that the best breaching          10:27:46

12  (Pages 42 to 45)

**46**

1  time, the one that you think best matches the          10:27:53
2  data, is the case that has the north breach          10:27:57
3  occurring at 4:00 o'clock a.m. and the south          10:28:00
4  breach occurring at 5:30 in the morning?          10:28:05
5       A.   Yes, according to this analysis          10:28:08
6  and the factors that we use to measure that,          10:28:11
7  case one being the north breach at 4:00 a.m. and          10:28:14
8  the south breach at 5:30 appears to provide the          10:28:17
9  best correlation in terms of the reliability,          10:28:20
10  the model -- between the model's information and          10:28:25
11  what was observed out in the flooded area.          10:28:30
12       Q.   Describe what you did to derive          10:28:37
13  that correlation?          10:28:43
14       A.   What I would like to do is refer          10:28:46
15  to the Appendix I.          10:28:53
16       Q.   By all means.          10:28:54
17       A.   And if you would go to page I-2,          10:28:56
18  there are six different cases of breaching times          10:29:07
19  that are shown in Table 1.          10:29:11
20       Case one being having the north          10:29:14
21  breach start time, which is the initiation time          10:29:17
22  at 4:00 a.m. the breach duration, 30 minutes.          10:29:21
23       The south breach of the IHNC start          10:29:26
24  time at 5:30, and the south breach duration at          10:29:29
25  15 minutes.          10:29:34

**47**

1       What this verification analysis          10:29:34
2  led us through is to identify two key factors in          10:29:39
3  the analysis, the ones referred to in equation          10:29:45
4  one as relative error, and the other performance          10:29:52
5  factor is a rating number.          10:29:54
6       Equation 1 gives you the relative          10:29:58
7  error calculation, which is basically the          10:30:02
8  difference between what the model said the water          10:30:05
9  depth would be at a location versus where an          10:30:12
10  observation made at a particular location -- at          10:30:16
11  the same location would be reported.          10:30:19
12       And so it's a statistical          10:30:21
13  inference between the simulated water depth and          10:30:24
14  the observed water depth.          10:30:27
15       The lower the relative error          10:30:29
16  measurements the more reliable the model would          10:30:34
17  be.          10:30:40
18       The rating number, the other          10:30:42
19  performance standard that was looked at is to          10:30:45
20  see -- identify when flood waters would reach a          10:30:48
21  specific location and that it was given a 1 if          10:30:52
22  both the model simulated of flood depth there,          10:30:58
23  as well as the observation said there was water          10:31:02
24  there, which may be an eye witness account in          10:31:05
25  this case.  If they did not correlate then a          10:31:12

**48**

1  zero was provided as that ranking number.          10:31:15
2       In Table 2, which I believe is in          10:31:30
3  Appendix I, at the end, shows a comparison for          10:31:34
4  each data point, the 45 that we -- and,          10:31:45
5  actually, there's more than 45 data points.          10:31:51
6  There's about 50 data points -- 49 -- provides          10:31:55
7  the analysis used to compute the relative error,          10:32:12
8  as well as the rating number for each of the six          10:32:18
9  cases.          10:32:21
10       And in terms of what this shows is          10:32:25
11  that for case 1 would have the -- the comparison          10:32:27
12  information -- the model, the comparison          10:32:32
13  between the model and the observed values would produce          10:32:35
14  the lowest relative error in terms of cumulative          10:32:39
15  and provide the highest number -- ranking number          10:32:43
16  in terms of all these different cases that we          10:32:49
17  looked at.          10:32:52
18       Q.   All right.  Thank you for that          10:32:52
19  explanation.          10:32:57
20       I'm going to mark what's Exhibit 3          10:32:59
21  to your deposition, which is an expanded look at          10:33:04
22  Table 2.          10:33:09
23       If I could I would like to ask you          10:33:12
24  to hand me the Table 2 that you're looking at,          10:33:15
25  because my Table 2 only has 45 lines on it.          10:33:17

**49**

1       (Spinks Exhibit Number 3 was          10:33:22
2  marked for identification.)          10:33:32
3       MR. RAFFMAN:  Thank you.          10:33:32
4  BY MR. RAFFMAN:          10:33:35
5       Q.   Am I right that there are in          10:33:35
6  fact -- I'm going to ask you, how many data          10:33:51
7  points are reflected in Table 2?          10:33:54
8       A.   Why don't we count them?          10:33:56
9       Q.   Let's count them.          10:33:57
10       A.   Okay.  Under the N there's 1, 2,          10:33:59
11  3, 4, 5, 6, 7, 8, 9, 10, 11.  Do we agree.          10:34:02
12       Q.   We agree that there's 11.  When          10:34:09
13  you identify them as "N" those are data points          10:34:13
14  that relate to the north breach or close to the          10:34:16
15  north breach; is that fair?          10:34:18
16       A.   Right.  That are close to the          10:34:19
17  north breach, yes.          10:34:22
18       Q.   Count the number of data points          10:34:22
19  for the south?          10:34:25
20       A.   There's an S-1, 2, 3, 4, 5, 6, 7,          10:34:25
21  8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,          10:34:30
22  20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31,          10:34:44
23  32, 33, 34.          10:34:56
24       Yes.  I think there's just some          10:34:58
25  numbering differences there.  So 45 is correct          10:35:01

13  (Pages 46 to 49)

**50**

1  data points.                              10:35:05
2      Q.   All right.  And drawing an        10:35:06
3  inference of my own, I have inferred that you    10:35:08
4  thought there were 49 data points simply because  10:35:10
5  you had numbering conventions of N to 11 and S   10:35:14
6  to 38.  Is that how you were thinking there were  10:35:19
7  49?                                       10:35:22
8      A.   Yes.                             10:35:23
9      Q.   And do you know why certain data  10:35:23
10 points from the south breach, for instance,     10:35:25
11 there's no data point S19; is there?       10:35:29
12     A.   No.                              10:35:33
13     Q.   Do you know what data point S19   10:35:34
14 was?                                      10:35:36
15     A.   Not at this time.               10:35:37
16     Q.   And, therefore, you can't tell us 10:35:42
17 why data point S19 was taken out of the model?  10:35:44
18     A.   No.                              10:35:48
19     Q.   Referring you to Figure 1, which  10:35:51
20 is at page I-3 of your report.             10:35:57
21        Do you see toward the bottom of    10:36:09
22 the table -- no.  I'm very sorry.  I want you to  10:36:12
23 look at page I-3, yes.  I-3, Figure 1.  In   10:36:16
24 Figure 1 you've presented a hydrograph; is that  10:36:22
25 right?                                    10:36:26

**51**

1      A.   Several hydrographs.            10:36:26
2      Q.   Several hydrographs.            10:36:28
3        The hydrographs are based on the   10:36:32
4  data points included in Table 2; correct?  10:36:36
5      A.   Correct.                         10:36:40
6      Q.   Your hydrograph reflects a green  10:36:40
7  square and green line that says courthouse.  Do  10:36:44
8  you see that, at the bottom of the figure?  10:36:48
9      A.   Yes.                             10:36:50
10     Q.   Am I right that data points S18 to 10:36:51
11 S21 are for the courthouse?               10:36:54
12     A.   Yes.                             10:36:56
13     Q.   And am I right that those data    10:37:02
14 points are not included in Table 2?        10:37:06
15     A.   Yes.                             10:37:10
16     Q.   Does the elimination of the data  10:37:14
17 points related to the courthouse explain why you 10:37:18
18 have 45 samples in Table 2, as opposed to 49   10:37:23
19 samples?                                  10:37:27
20     A.   Yes.                             10:37:28
21     Q.   The samples related to the       10:37:29
22 courthouse were not included in your sensitivity 10:37:34
23 analysis; correct?                        10:37:37
24     A.   It doesn't appear that way, no.   10:37:39
25 They were not included.                   10:37:45

**52**

1      Q.   Okay.  Thank you.  We're learning 10:37:46
2  how to communicate.                       10:37:50
3        As we sit here today, you do not    10:37:51
4  know why the courthouse data points were   10:37:54
5  eliminated from the sensitivity analysis;  10:37:56
6  correct?                                  10:37:59
7      A.   And I'm trying to think of why    10:37:59
8  wouldn't they have been included.  Give me a  10:38:02
9  second here.  Let me just think about this for a 10:38:08
10 minute.                                   10:38:11
11        The courthouse information was a    10:39:23
12 video.  It was a time stamped video, so there  10:39:26
13 was actually not eye witness accounts,     10:39:34
14 specifically, but yet even with the video we   10:39:37
15 could have included this.  In fact, I wish now  10:39:46
16 we kind of would have in this table because,    10:39:51
17 again, I think it would help support case number 10:39:53
18 1, even further.                          10:39:57
19     Q.   Regardless of what your eyeball   10:40:02
20 conclusion is here, it is not included in the   10:40:05
21 statistical analysis you did; correct?    10:40:08
22     A.   Those data points are not included 10:40:11
23 in Table 2.                               10:40:13
24     Q.   Let me then continue with my     10:40:14
25 questions.                                10:40:16

**53**

1        When you ran your six cases that    10:40:17
2  you've described your cases varied the breach   10:40:20
3  start times; right?                       10:40:23
4      A.   Yes.                             10:40:26
5      Q.   Your cases didn't vary the       10:40:31
6  duration of the breaches; did they?       10:40:36
7      A.   The actual breaching overall time? 10:40:40
8  Are you referring to the 30 minutes and the   10:40:45
9  15 minutes?                               10:40:47
10     Q.   Yes.  You held those steady?     10:40:48
11     A.   That's correct.                  10:40:50
12     Q.   And you didn't vary the breach    10:40:51
13 geometry, either; did you?                10:40:54
14     A.   No.                              10:40:57
15     Q.   You didn't vary the breach times  10:40:58
16 for any of the MRGO breaches; did you?    10:41:02
17     A.   No.  The sensitivity was         10:41:06
18 specifically for the IHNC breaches.        10:41:09
19     Q.   You could have performed         10:41:11
20 sensitivity analysis for each of those     10:41:13
21 parameters, as well; right?               10:41:15
22     A.   If we felt that that was necessary 10:41:18
23 in order to understand the science and support  10:41:21
24 the breaching times, we could have.       10:41:25
25     Q.   So you decided not to run        10:41:34

54

1   sensitivity analyses for those parameters;      10:41:36
2   correct?                                        10:41:40
3       A.   We decided that on the basis          10:41:40
4   because it was not necessary.                   10:41:43
5       Q.   Why do you conclude it wasn't          10:41:45
6   necessary?                                      10:41:58
7       A.   Because, again, this sensitivity       10:42:01
8   analysis is looking at the effects of the breach   10:42:04
9   times along the IHNC, and so you have to focus  10:42:09
10  in on the effects of various times in breaching 10:42:16
11  for those particular breach locations.  So for  10:42:22
12  me to go breach all sorts of times along MRGO   10:42:28
13  would really have no basis to understanding the 10:42:32
14  breach times along the IHNC.  So there has to be 10:42:37
15  a correlation in terms of when you do           10:42:41
16  sensitivity analysis, what particular physical  10:42:43
17  feature are you going to look at.               10:42:47
18      Q.   So the sensitivity analysis you        10:42:52
19  conducted was based on the objective that you   10:42:56
20  had of measuring whether the results were       10:43:01
21  sensitive to the breach times; right?           10:43:06
22      A.   That is correct.                       10:43:10
23      Q.   If you had the objective of            10:43:12
24  measuring sensitivity to breach geometry you    10:43:14
25  could have done a sensitivity analysis for that 10:43:18

55

1   parameter; right?                               10:43:21
2       A.   We could have if we felt there was     10:43:23
3   a concern related to uncertainty in the breach  10:43:26
4   widths, but we're not concerned relative to the 10:43:33
5   breach width.                                   10:43:38
6       Q.   What about breach duration; same       10:43:43
7   question.  Same answer?                         10:43:47
8       A.   Same answer, yes.                      10:43:49
9           MR. RAFFMAN:  Off the record.           10:44:00
10          THE VIDEOGRAPHER:  We're going off      10:44:03
11  the record and the time is 10:44 a.m.           10:44:04
12          (Discussion off the record.)            10:44:11
13          (Whereupon, at 10:44 a.m., a lunch      10:44:11
14  recess was taken.)                              10:44:11

56

1           AFTERNOON SESSION                       10:44:11
2           (11:54 a.m.)            11:53:54
3           THE VIDEOGRAPHER:  We are back on       11:53:54
4   the record and the time is 11:54 a.m.           11:54:20
5   BY MR. RAFFMAN:                                 11:54:25
6       Q.   Mr. Spinks, before we broke we         11:54:26
7   were discussing the sensitivity analysis in     11:54:28
8   Appendix I of your report.  I have more         11:54:31
9   questions about that.                           11:54:34
10          You described a relative error          11:54:35
11  calculation that forms part of your sensitivity 11:54:41
12  analysis; do you remember that?                 11:54:44
13      A.   Yes, I do.                  11:54:45
14      Q.   The relative error is expressed as     11:54:46
15  an L2 value in your Table 2; is that right?     11:54:49
16      A.   That's correct.              11:54:52
17      Q.   You use the formula set forth in       11:54:54
18  Equation 1 on page I-2 to derive your L2 values; 11:54:57
19  correct?                             11:55:05
20      A.   Yes.                        11:55:05
21      Q.   Where did you get that formula?        11:55:11
22      A.   I believe, and I may not be            11:55:15
23  100 percent correct on this, this was a         11:55:19
24  statistical reference manuals that we have in   11:55:25
25  our office looking at errors.                   11:55:28

57

1       Q.   Do you know what a root means          11:55:31
2   square analysis is?                             11:55:34
3       A.   Yes, generally speaking I believe      11:55:36
4   I do.                                11:55:40
5       Q.   Is the formula that you used the       11:55:41
6   same as a root means square analysis?          11:55:45
7       A.   I don't know that they're exact        11:55:52
8   formulas.                            11:55:59
9       Q.   When is it proper to use a root        11:55:59
10  means square statistical analysis?             11:56:02
11      A.   When you're comparing observations     11:56:11
12  between two points.                  11:56:15
13      Q.   Could a root means square analysis     11:56:19
14  have been used here as part of a sensitivity    11:56:22
15  analysis?                            11:56:24
16      A.   I would have to think about the        11:56:26
17  procedure and the root means square and        11:56:34
18  investigate its use, but we believe the relative 11:56:37
19  error is the appropriate application in this    11:56:41
20  case.                                11:56:45
21      Q.   Why is the relative error the          11:56:45
22  appropriate application?              11:56:48
23      A.   Because what we're looking at is       11:56:49
24  the difference between the simulated observed   11:56:53
25  and to see the difference between various data  11:56:57

58

1   points, and this particular mathematical          11:57:00
2   application performs that investigation.          11:57:04
3       Q.    Did you compare the relative error      11:57:09
4   equation in Equation 1 with a root means square   11:57:14
5   analysis and decide to choose the one over the    11:57:19
6   other?                                            11:57:21
7       A.    No.                                     11:57:22
8       Q.    Do you know whether using a root        11:57:23
9   means square analysis would change the results    11:57:29
10  of your analysis?                                 11:57:32
11      A.    No, I do not.                           11:57:34
12      Q.    All right.  The rating number is a      11:57:36
13  separate test that you conducted; right?          11:57:40
14      A.    Yes.                                    11:57:44
15      Q.    And if I understood you properly        11:57:45
16  you would compare the observed water depth to     11:57:49
17  the simulated water depth and if both of them     11:57:54
18  indicated flooding or if both of them indicated   11:57:58
19  no flooding you would give the value a 1;         11:58:02
20  correct?                                          11:58:05
21      A.    Correct.                                11:58:06
22      Q.    And if one of them indicated            11:58:07
23  flooding and the other indicated no flooding you  11:58:10
24  would give it a zero; correct?                    11:58:13
25      A.    Yes.                                    11:58:15

59

1       Q.    And then you tallied up the score       11:58:16
2   for each case and you assigned it a score based   11:58:19
3   on the number of 1 values; right?                 11:58:23
4       A.    Yes.                                    11:58:27
5       Q.    For instance, for Case 1 you            11:58:28
6   counted 37 matches, whereas for Case 2 you        11:58:30
7   counted only 28 matches; is that right?           11:58:35
8       A.    Yes.                                    11:58:39
9       Q.    I have to confess, I don't quite        11:58:39
10  understand as well the score keeping system for   11:58:45
11  your L2 values in the cumulative column.          11:58:48
12      Let me start with the L2 value that           11:58:51
13  you derive for a given data point is derived      11:58:55
14  using Equation 1; correct?                        11:58:59
15      A.    Correct.                                11:59:02
16      Q.    And so you would for each data          11:59:03
17  point compare the observed water depth with the   11:59:06
18  simulated water depth, plug those into            11:59:10
19  Equation 1 and come up with an L2 value for the   11:59:13
20  data point; right?                                11:59:18
21      A.    Yes.                                    11:59:20
22      Q.    How did you then tally up or            11:59:20
23  accumulate the L2 values for each case to arrive  11:59:22
24  at the cumulative number for L2 that appears in   11:59:27
25  the bottom row on Table 2?                        11:59:30

60

1       A.    I believe the cumulatives              11:59:33
2   represent an average of all the relative errors.  11:59:38
3       Q.    It's an average.  So if, for           11:59:43
4   instance, you had a data point where the match    11:59:48
5   between observed and simulated was very, very     11:59:57
6   good for one case and very, very bad for another  12:00:00
7   case, when you carry out that average that one    12:00:05
8   value could significantly affect the cumulative   12:00:12
9   value; right?                                     12:00:15
10      A.    I mean, all values can affect the       12:00:16
11  average value, so whether, you know, it's high    12:00:21
12  or low, and that's why you do the various         12:00:25
13  averages.  So I can't say that just changing one  12:00:28
14  value would ultimately change the results,        12:00:31
15  because you would have to look at it in all six   12:00:35
16  cases.                                            12:00:38
17      Q.    A high value is a bad score on          12:00:39
18  this test; right?                                 12:00:42
19      A.    The high value represents where         12:00:44
20  there is a larger difference between the          12:00:47
21  simulated depth and the observed depth.           12:00:50
22      Q.    So if your L2 number is high, that      12:00:54
23  means that there's a bigger difference between    12:00:58
24  simulated and observed; right?                    12:01:00
25      A.    There's a bigger difference, yes.       12:01:03

61

1       Q.    Since the goal is to try to match      12:01:05
2   the two, a high score is a bad score?             12:01:07
3       A.    Well, the goal is to compute the        12:01:11
4   statistical inference between the simulated and   12:01:15
5   the observed and to provide the results, not to   12:01:18
6   distinguish bad, good, or indifferent.            12:01:22
7       Q.    All right.  I'll refrain from           12:01:24
8   putting a value judgment on your statistical      12:01:26
9   numbers, but the reason that you concluded that   12:01:30
10  Case 1 better matches the data than Case 2 is     12:01:34
11  because your cumulative Case 1 score is 0.65 and  12:01:38
12  your cumulative Case 2 score is 0.75; isn't that  12:01:43
13  right?                                            12:01:51
14      A.    Yes.  The numbers result in a           12:01:51
15  lower relative error.                             12:01:55
16      Q.    The inputs to your sensitivity          12:01:57
17  analysis primarily include reports from eye       12:01:58
18  witnesses; right?                                 12:02:01
19      A.    The inputs, there's only one            12:02:04
20  changed value within the model, as indicated      12:02:07
21  within the appendix, and that's just the start    12:02:11
22  of the breach times for the north and south       12:02:14
23  breach.                                           12:02:17
24      Q.    Let's -- you misunderstood my           12:02:18
25  question.                                         12:02:20

16 (Pages 58 to 61)

**62**

```
 1          The data that you used to test the      12:02:20
 2  various cases involves observations of time and   12:02:26
 3  water depth made by eye witnesses; right?        12:02:32
 4      A.  That is correct.                         12:02:35
 5      Q.  The eye witnesses are either from        12:02:40
 6  depositions in this case or from IPET or Team    12:02:43
 7  Louisiana reports; right?                        12:02:51
 8      A.  Yes.                                      12:02:52
 9      Q.  Some of these data points, these         12:02:53
10  45 data points include more than one data point  12:02:56
11  from the same witness; right?                    12:02:59
12      A.  Yes, it does.                            12:03:01
13      Q.  So, for instance, J. Reed gets 6         12:03:02
14  data points in your Table 2; right?              12:03:17
15      A.  James Reed, I believe, yes,              12:03:23
16  because he provided more information related to  12:03:25
17  the time sequence of flooding at his location.   12:03:28
18      Q.  And so the observations of James         12:03:32
19  Reed are counted more heavily in your analysis   12:03:36
20  than, say, the observations of Kendrick Pounds,  12:03:45
21  who only has one observation; right?             12:03:52
22      A.  Yes.  That is because of the fact        12:03:57
23  that that is the data that we were able to       12:03:59
24  obtain.                                          12:04:03
25          If Mr. Pounds had more information       12:04:03
```

**63**

```
 1  available then, clearly, we would have used      12:04:07
 2  that, as well.                                   12:04:10
 3      Q.  The amount of information               12:04:11
 4  available is simply a function of the questions  12:04:12
 5  that were asked of these people in their         12:04:14
 6  deposition and their ability to remember facts;  12:04:17
 7  right?                                           12:04:19
 8      A.  I presume so, yes.                       12:04:20
 9      Q.  Now, do you know whether any of         12:04:22
10  the data that's included in Table 2, any of      12:04:29
11  these 45 data points, comes from a time-stamped  12:04:33
12  photograph or time-demarcated digital            12:04:39
13  videography?                                     12:04:44
14      A.  I would have to look specifically        12:04:49
15  at each of the Team Lousiana's, as well as the   12:04:51
16  IPET information, but I believe some of these    12:04:56
17  data points do reflect that are labeled either   12:05:00
18  the IPET information or the Team Louisiana.      12:05:03
19      Q.  All right.  The ones where you          12:05:06
20  have a particular witness's name next to it does 12:05:09
21  not include time-stamped photography; right?     12:05:11
22      A.  I believe James Reed actually had        12:05:19
23  a video that we looked at, but it was not time   12:05:21
24  stamped and we relied on his deposition.  At     12:05:27
25  this point that's really all I can remember.     12:05:33
```

**64**

```
 1      Q.  All right.  Now, IPET, when IPET         12:05:36
 2  characterized the data that it considered, IPET  12:05:42
 3  said that the most reliable data came from       12:05:46
 4  time-stamped digital photographs and videos      12:05:49
 5  where the flooding, locations, elevations,       12:05:53
 6  direction of flows, et cetera, are clearly       12:05:56
 7  evidence and documented.  Isn't that what IPET   12:06:00
 8  did?  I'm referring to page D-2 of your          12:06:04
 9  Appendix, if you want to look?                   12:06:11
10      A.  I believe you're correct.                12:06:13
11      Q.  If you're given a choice between a       12:06:16
12  photograph showing, for instance.               12:06:19
13          If you're given -- did IPET also         12:06:29
14  conclude that it is not uncommon for eye witness 12:06:33
15  accounts in the same area to differ considerably 12:06:37
16  with respect to the timing and magnitude of      12:06:40
17  events?  This is at page D-3, if you care to     12:06:43
18  refer?                                           12:06:50
19      A.  Yes, but I also want to mention          12:06:52
20  that IPET says both eye witnesses and clocks are 12:06:55
21  types of evidence that gain strength in numbers. 12:07:03
22  The final timeline conclusions presented herein  12:07:08
23  were not based on any single data point, but     12:07:11
24  rather resulted from careful consideration and   12:07:14
25  weighing of all data.                            12:07:17
```

**65**

```
 1      Q.  All right.  So you've added that         12:07:20
 2  observation from IPET to your response to my     12:07:23
 3  last question?                                   12:07:25
 4      A.  Yes.                                      12:07:26
 5      Q.  When witnesses disagree about            12:07:27
 6  things like timing, what do you as an expert do  12:07:41
 7  to analyze how that bears on what actually took  12:07:46
 8  place?                                           12:07:50
 9      A.  Very much like I just said, what         12:07:55
10  IPET looks at, you look at all the information   12:07:59
11  that is provided or that you can gather after a  12:08:02
12  flood, and there will be observations that may   12:08:06
13  differ considerably.  However, again, these are  12:08:11
14  observations and that's why obtaining more       12:08:16
15  information would gain strength in validating    12:08:20
16  the particular timing of the event.  So in       12:08:26
17  answering that question we don't discount        12:08:31
18  information, we just consider it.                12:08:34
19      Q.  Did you consider Arthur Murph's          12:08:40
20  account that the event began on Sunday evening,  12:08:45
21  August 28th?                                     12:08:50
22      A.  I would have to look into our            12:08:52
23  report to see what information we have about     12:08:53
24  Arthur -- did you say Murph?                     12:08:58
25      Q.  Yes, M-U-R-P-H.                          12:09:04
```

66

```
 1        A.   Can I take a minute to take out a      12:09:08
 2   few of our exhibits?                   12:09:11
 3        Q.   Yes, by all means.           12:09:12
 4        A.   Appendix E of our report, I'm      12:09:47
 5   referring to Table 2.              12:09:50
 6        Q.   All right.                   12:09:52
 7        A.   Where Arthur Murph is included in      12:10:03
 8   our table of source information.  It shows that      12:10:07
 9   there was a deposition on December 17, 2007 and      12:10:11
10   January 28, 2008.  And what comment we've made      12:10:21
11   about our review of his deposition is that there      12:10:30
12   was no time specific statement within his      12:10:33
13   deposition that we relied on.              12:10:36
14        Q.   When you review depositions do you      12:10:38
15   review the exhibits to the depositions, as well      12:10:41
16   as the deposition transcript?              12:10:45
17        A.   Yes, sir.                    12:10:46
18        Q.   Before we go any further I'm going      12:10:48
19   to ask that your Appendix E be marked as      12:10:51
20   Exhibit 4.  We've expanded it, although it's not      12:10:54
21   as expanded as the one you're using.      12:10:58
22        Just ask if you would identify      12:11:01
23   Exhibit 4 as the Appendix E to your deposition?      12:11:03
24        I've got another one for counsel.      12:11:07
25        (Spinks Exhibit Number 4 was      12:11:07
```

67

```
 1   marked for identification.)              12:11:16
 2        THE WITNESS:  Yes.  That appears      12:11:16
 3   to be a reduced copy of the exhibit in our      12:11:17
 4   report or the table, let me say, in our report.      12:11:21
 5        MR. RAFFMAN:  All right.  I'm      12:11:30
 6   going to mark as Exhibit 5 a document which      12:11:31
 7   bears the legend Excerpts of Statement of Arthur      12:11:34
 8   Murph (Taken January 25, 2006 by RJG.)      12:11:38
 9        (Spinks Exhibit Number 5 was      12:11:45
10   marked for identification.)              12:11:46
11        MR. GILBERT:  Mark, let me have a      12:11:46
12   reduced version also, of the table.      12:11:48
13   BY MR. RAFFMAN:                       12:12:09
14        Q.   Do you recognize the document      12:12:10
15   that's been marked as Exhibit 5 to your      12:12:11
16   deposition?                           12:12:14
17        A.   No, I do not.                12:12:15
18        Q.   I will represent to you that this      12:12:16
19   was addressed in Mr. Murph's deposition and I'll      12:12:20
20   ask you to turn to page eight.              12:12:32
21        A.   Do you have a copy of his      12:12:38
22   deposition available?                  12:12:41
23        Q.   We'll pull that.              12:12:50
24        Plaintiffs' counsel never gave you      12:12:53
25   this -- you don't remember ever receiving a copy      12:12:56
```

68

```
 1   of this statement of Arthur Murph; do you?      12:13:00
 2        A.   No, not the excerpts, I do not.      12:13:04
 3        Q.   And, to your knowledge, you were      12:13:07
 4   given the excerpts of this statement by      12:13:09
 5   Plaintiffs' counsel?                  12:13:13
 6        A.   No, to my knowledge I only      12:13:15
 7   received the deposition.              12:13:17
 8        Q.   Right.  Referring you to page      12:13:24
 9   eight of Mr. Murph's excerpted statement?      12:13:26
10        A.   Can I ask you a question?      12:13:32
11        Q.   Yes.                        12:13:34
12        A.   Is this directly from his      12:13:34
13   deposition?                           12:13:36
14        Q.   I'll represent that this is not      12:13:37
15   directly from his deposition.              12:13:39
16        A.   Is his deposition sworn testimony?      12:13:41
17        Q.   Deposition is sworn testimony.      12:13:44
18   You're asking me questions.              12:13:46
19        Do you discount a statement of      12:13:47
20   Mr. Murph because it is not sworn testimony?      12:13:50
21        A.   No.  I just relied upon, I      12:13:52
22   believe, sworn testimony being a deposition, so      12:13:55
23   I would like to compare his deposition to this      12:13:59
24   information here.                     12:14:02
25        Q.   I'm not going --              12:14:03
```

69

```
 1        MR. GILBERT:  I think that's fair.      12:14:05
 2        MR. RAFFMAN:  You can run through      12:14:07
 3   that at your convenience.  I'm going to ask the      12:14:09
 4   questions, if you can't answer, don't question.      12:14:12
 5   BY MR. RAFFMAN:                       12:14:14
 6        Q.   Do you see that Mr. Murph says,      12:14:15
 7   "it had to have been at least 7:30, 8:00 Sunday      12:14:18
 8   night," on page eight?                  12:14:24
 9        MR. GILBERT:  Objection.           12:14:25
10        THE WITNESS:  Where is that      12:14:26
11   located at?                           12:14:27
12        MR. GILBERT:  Page eight.           12:14:28
13   BY MR. RAFFMAN:                       12:14:30
14        Q.   Page eight.  The third entry.      12:14:30
15        Actually, I'll read you down, RJG,      12:14:37
16   the interviewer, says, "so, this flood actually      12:14:40
17   started happening Sunday night.  You realize      12:14:45
18   that's completely contrary to what's out there      12:14:48
19   right now?"                           12:14:51
20        Then Arthur answers, "that's what      12:14:53
21   I'm saying," and then he goes on from there?      12:14:55
22        My only question for you is this,      12:14:58
23   Mr. Spinks.  In your analysis of the witness      12:14:59
24   accounts you have not analyzed an account by      12:15:03
25   Arthur Murph which has flooding starting on      12:15:08
```

**70**

1    Sunday night, August 28th; correct?        12:15:12
2        A.    According to this deposition, that    12:15:16
3    is not what was in the deposition.        12:15:17
4        Q.    You haven't analyzed an account    12:15:17
5    that says the flooding started on Sunday,    12:15:21
6    the 28th; correct?        12:15:26
7        A.    It wasn't in his deposition to    12:15:27
8    analyze.        12:15:29
9        Q.    Since you haven't seen this    12:15:29
10   statement before you haven't analyzed an    12:15:32
11   accounts from Arthur Murph that has flooding    12:15:35
12   starting on Sunday night; right?        12:15:37
13       A.    No, we haven't, but, again, if we    12:15:39
14   could compare this with the deposition    12:15:41
15   information we can take that into account.    12:15:44
16       MR. GILBERT:    Mark, I think you    12:15:47
17   got your answer.        12:15:51
18       MR. RAFFMAN:    I think I did, too.    12:15:52
19   BY MR. RAFFMAN:        12:16:20
20       Q.    Did you see any eye witness    12:16:21
21   accounts that you just could not reconcile with    12:16:23
22   the scientific analysis you were performing?    12:16:27
23       MR. GILBERT:    Let me just note an    12:16:32
24   objection on the ground of vagueness.  If he    12:16:34
25   understands the question.        12:16:37

**71**

1        THE WITNESS:  Yes.  And I think    12:16:47
2    there were some information noted in our report    12:16:49
3    where there were discrepancies related to some    12:16:51
4    of the eye witness accounts relative to some    12:16:56
5    other information of other eye witness accounts    12:16:59
6    and that was documented in our report.    12:17:03
7    BY MR. RAFFMAN:        12:17:12
8        Q.    And in those instances where    12:17:12
9    discrepancies were noted, as an expert you would    12:17:14
10   go where science points you?        12:17:18
11       A.    Yes.        12:17:20
12       Q.    Returning then to Table 2, did any    12:17:24
13   of the data points that you relied on include    12:17:43
14   measured water depths for the data point that    12:17:51
15   said observed water depth?        12:17:59
16       MR. GILBERT:    Mark, which Table 2    12:18:02
17   are you referring to?        12:18:03
18       MR. RAFFMAN:    Table 2 of    12:18:06
19   Appendix I.        12:18:08
20       MR. GILBERT:    Sensitivity?    12:18:10
21       MR. RAFFMAN:    Yes, sir.  I'm back    12:18:12
22   to the sensitivity analysis.        12:18:13
23       THE WITNESS:  I believe your    12:18:22
24   question that you asked me was did in looking at    12:18:23
25   these eye witnesses did -- were any of these    12:18:27

**72**

1    measured, I believe, out in the field you may be    12:18:30
2    referring to in terms of the -- of what they    12:18:33
3    observed out there.        12:18:37
4    BY MR. RAFFMAN:        12:18:39
5        Q.    Maybe my question wasn't clear    12:18:39
6    enough.  Let me try again.        12:18:41
7        When, for instance, you took Terry    12:18:43
8    Adams and you wrote next to Terry Adams,    12:18:46
9    "observed water depth 2.1 feet."  Do you see    12:18:50
10   that in that first entry?        12:18:54
11       A.    Uh-huh, yes, sir.        12:18:55
12       Q.    How did you get that number?    12:18:56
13       A.    In our report we described a    12:19:01
14   process by which we obtained the observed water    12:19:05
15   depth and it was an evaluation of the eye    12:19:12
16   witness account of where the water level was in    12:19:16
17   his house.  And in order to look at the depth we    12:19:19
18   looked at the ground elevation in comparison to    12:19:24
19   the depth of where it was stated that the flood    12:19:31
20   level got in his house at a particular time.    12:19:34
21       Q.    So Adams isn't standing there with    12:19:40
22   a measuring stick recording the water level;    12:19:44
23   right?        12:19:46
24       A.    Not to my knowledge.        12:19:46
25       Q.    In fact, none of the witnesses    12:19:47

**73**

1    that you've listed here in data description was    12:19:49
2    standing with a measuring stick, measuring these    12:19:52
3    water levels?        12:19:56
4        A.    I can't say that for sure, that    12:19:57
5    IPET didn't actually send out field    12:19:59
6    investigation crews after the storm to measure    12:20:02
7    some of the data information that they have    12:20:08
8    listed here.        12:20:10
9        Q.    That's not my question.    12:20:11
10       My question is during the storm    12:20:12
11   someone is making an observation; right?    12:20:15
12       A.    Yes, it's an eye witness account.    12:20:19
13       Q.    The eye witnesses were making    12:20:21
14   observations during the storm, are not using    12:20:23
15   measuring instruments to measure water levels;    12:20:26
16   correct?        12:20:30
17       A.    Not to my knowledge.        12:20:30
18       Q.    Whatever you reconstruct later for    12:20:32
19   the number you use, has got to be based in the    12:20:34
20   first instance on a description by an eye    12:20:38
21   witness using words to reflect an observation    12:20:40
22   during the storm; right?        12:20:44
23       A.    Yes.        12:20:46
24       Q.    The observations that are made by    12:20:49
25   these people are being made in difficult    12:20:52

74

```
 1   conditions; right?                    12:20:56
 2        A.   I would assume that.        12:21:00
 3        Q.   In some cases the observations are   12:21:04
 4   being made in the dark; right?        12:21:07
 5        A.   I would assume that to be the   12:21:09
 6   case, too, some of them.              12:21:11
 7        Q.   In fact, do you remember at your   12:21:13
 8   September 2008 deposition you produced some   12:21:23
 9   notes that had been developed by your staff?   12:21:25
10        A.   Yes.                        12:21:28
11        MR. RAFFMAN:  I'm going to mark   12:21:31
12   for this deposition Spinks' Exhibit 6, at your   12:21:33
13   previous deposition it was marked as Exhibit 1.   12:21:38
14        (Spinks Exhibit Number 6 was     12:21:38
15   marked for identification.)           12:21:47
16   BY MR. RAFFMAN:                       12:21:47
17        Q.   I'll ask you to turn to page 12 of   12:21:48
18   the exhibit.                         12:21:50
19        Do you see for C. Berryhill the   12:22:03
20   entry says, "the water came up fast; it was dark   12:22:05
21   about 5:30, 5:45."  Do you see that?   12:22:09
22        A.   Yes.                        12:22:12
23        Q.   C. Berryhill is one of the data   12:22:12
24   points in your Table 2, marked as data point S1;   12:22:15
25   right?                                12:22:18
```

75

```
 1        A.   Yes.                        12:22:18
 2        Q.   So for C. Berryhill and the   12:22:19
 3   observations she made, at least at 5:30 or 5:45   12:22:22
 4   she was making that observation in the dark;   12:22:28
 5   right?                                12:22:31
 6        A.   I'm not sure if she's referring to   12:22:31
 7   it was dark outside or it was dark in her house   12:22:34
 8   at the time.  So, I mean, I can't tell you   12:22:38
 9   specifically.  We can go through the deposition   12:22:40
10   and see.                              12:22:43
11        Q.   Wherever she was, would you agree   12:23:09
12   with me, at least according to your staff, it   12:23:12
13   was dark?                             12:23:15
14        A.   Okay.  I understand that.     12:23:17
15        Q.   Now, let's go to Ms. Berryhill's   12:23:35
16   deposition, since you raised it?      12:23:38
17        A.   Okay.                       12:23:41
18        Q.   This will be Spinks' Exhibit   12:23:42
19   Number 7 and I'll ask you to turn to page 47.   12:23:45
20        (Spinks Exhibit Number 7 was     12:23:47
21   marked for identification.)           12:24:03
22   BY MR. RAFFMAN:                       12:24:03
23        Q.   You can look at 46 and 47.  You   12:24:03
24   see that she says at the bottom of 46 that she   12:24:13
25   was in a tree in the darkness?  Do you see that?   12:24:16
```

76

```
 1        A.   Line 21 on page 46?          12:24:21
 2        Q.   Yes, sir.                    12:24:24
 3        A.   Yes.                        12:24:25
 4        Q.   Do you see that on page 47 the   12:24:25
 5   examiner asked, "okay.  During that first   12:24:27
 6   period, during the darkness, could you see   12:24:30
 7   anything," and Ms. Berryhill says, "you couldn't   12:24:32
 8   see nothing."  Do you see that?       12:24:32
 9        A.   Yes.                        12:24:38
10        Q.   Will you now agree with me that at   12:24:39
11   least in the case of Ms. Berryhill the   12:24:41
12   observations she made was done during a period   12:24:43
13   when she couldn't see anything?       12:24:48
14        A.   Given this particular piece of the   12:24:51
15   deposition.  Our information supports a data   12:24:55
16   point for her on page 37 and 38 of her   12:25:01
17   deposition.  So if we would go to her deposition   12:25:05
18   on page 37 and 38.                    12:25:16
19        Q.   What does it say on page 38 about   12:25:32
20   whether it was dark?                  12:25:35
21        A.   Can you give me just one second?   12:25:38
22   It's been a while since I've looked at these   12:26:05
23   depositions.                          12:26:09
24        Q.   All right.                   12:26:14
25        Maybe I can short circuit the     12:29:08
```

77

```
 1   proceeding a little bit.              12:29:11
 2        MR. GILBERT:  That's a Freudian   12:29:16
 3   slip.                                 12:29:18
 4   BY MR. RAFFMAN:                       12:29:18
 5        Q.   Thank you, Mr. Gilbert.      12:29:19
 6        MR. GILBERT:  Dr. Gilbert.       12:29:21
 7   BY MR. RAFFMAN:                       12:29:22
 8        Q.   Mr. Spinks, isn't it true page 38,   12:29:22
 9   line 14, the questioner asks, "hold on.  Don't   12:29:28
10   get too far ahead of me.  When you went outside   12:29:32
11   to go upstairs to Diane," the witness says,   12:29:32
12   "uh-huh," the questioner asks, "was it dark or   12:29:40
13   was it light," and the witness answers, "it was   12:29:43
14   dark.  It was real dark."  Isn't that what   12:29:46
15   Ms. Berryhill said about the darkness in the   12:29:48
16   part of the deposition that you referenced in   12:29:52
17   your report?                          12:29:55
18        A.   Yes, but she also said, again, in   12:29:57
19   earlier testimony prior to that that the water   12:30:00
20   was hitting the door.  And so she has clearly   12:30:03
21   encountered the water in her house.   12:30:13
22        Q.   And the observation about the   12:30:26
23   encounter of the water in her house and the   12:30:28
24   observation about the time when she encountered   12:30:30
25   the water was an observation that was made in   12:30:33
```

78

```
1    the dark; isn't that right?          12:30:36
2        A.  I mean the way I look at this     12:30:38
3    deposition it was dark outside.  It was real    12:30:40
4    dark.                              12:30:44
5        Q.  Was the power on in her house?    12:30:44
6        A.  I couldn't tell you what was on at    12:30:50
7    that time, but she recognized that water was in    12:30:52
8    her house before that.             12:30:55
9        Q.  At whatever time it was, she      12:30:59
10   recognized that water was in her house?    12:31:01
11       A.  Yes.  I believe this is about the    12:31:04
12   5:30 a.m. time frame, so I'm not disputing that    12:31:06
13   it wasn't dark.                    12:31:10
14       Q.  Right.  How high was the door to    12:31:11
15   her house?                         12:31:14
16       A.  I don't know how high.         12:31:15
17       Q.  Okay.                      12:31:19
18       A.  Offhand.                    12:31:20
19       Q.  Returning to the question about    12:31:21
20   eye witness observations, all right.  In some    12:31:23
21   cases the eye witnesses may not have had a    12:31:29
22   chronograph, a time piece or a watch and had to    12:31:39
23   estimate the times; is that right?    12:31:42
24       A.  Yes.                       12:31:44
25           MR. GILBERT:  Let me object to the    12:31:44
```

79

```
1    line of questioning.  It's been going on for a    12:31:46
2    little while, but you really are calling for him    12:31:49
3    to speculate about a lot.  These aren't actually    12:31:52
4    hypotheticals, you're asking him to speculate.    12:31:55
5    BY MR. RAFFMAN:                     12:31:58
6        Q.  Did you speculate in the data    12:31:58
7    rendering that you did in Table 2, sensitivity    12:32:00
8    analysis?                          12:32:03
9        A.  We derived the information based    12:32:04
10   on testimony, the eye witness testimony.    12:32:06
11       Q.  In some cases the testimony was    12:32:08
12   based on observations that were made without the    12:32:11
13   benefit of measuring instruments; right?    12:32:15
14       A.  Yes.  I would assume that's    12:32:18
15   correct.  And, again, that's why we look at as    12:32:21
16   much data as possible in these types of studies.    12:32:27
17       Q.  And in some cases the witness's    12:32:31
18   statements were based on recollections made    12:32:36
19   years after the storm; isn't that right?    12:32:39
20       A.  Yes, the depositions were taken    12:32:44
21   typically after the storm sometime.    12:32:46
22       Q.  Let me ask you to turn to Figure 1    12:32:49
23   here.  I'm going to ask you some questions about    12:32:52
24   this simulated hydrograph.  It's Figure 1 in    12:32:55
25   Appendix I?                        12:32:59
```

80

```
1        A.  Okay.                      12:33:33
2        Q.  You have on the horizontal axis    12:33:34
3    time from August 29th of 2005.  Do you see that?    12:33:38
4        A.  Yes, sir.                   12:33:42
5        Q.  That reflects the time of day in    12:33:42
6    Central Daylight Time; right?      12:33:45
7        A.  Yes.                       12:33:46
8        Q.  The vertical axis is water level    12:33:47
9    given in feet for NAVD88 2004.65.  Do you see    12:33:50
10   that?                              12:33:57
11       A.  Yes.                       12:33:58
12       Q.  Does water level then mean the    12:33:59
13   elevation of the water vis-a-vis the NAVD88    12:34:02
14   data?                              12:34:06
15       A.  Yes.                       12:34:07
16       Q.  All right.  The data on the graph    12:34:20
17   then show the model data for Case 1 versus the    12:34:26
18   observed data; is that right?      12:34:37
19       A.  Yes.  The simulated data versus    12:34:39
20   the reported data points.          12:34:41
21       Q.  What you've done is to take each    12:34:45
22   source of data and assign it a color; right?    12:34:50
23       A.  Yes, the data points.         12:34:54
24       Q.  And so your data points are    12:34:56
25   reflected in dots or squares or triangles of    12:34:59
```

81

```
1    various colors; right?             12:35:02
2        A.  Correct.                    12:35:04
3        Q.  And the modeled or the simulated    12:35:05
4    hydrograph is measured based on the lines;    12:35:07
5    right?                             12:35:11
6        A.  Yes.                       12:35:12
7        Q.  The line for a various witness    12:35:12
8    will have the same color as the observed data    12:35:18
9    points rendered in dots or squares or triangles;    12:35:21
10   right?                             12:35:25
11       A.  Yes.                       12:35:25
12       Q.  So let's look for a moment at the    12:35:26
13   purple dot at 10:00 a.m., which shows a level    12:35:32
14   somewhere between zero and two feet; do you see    12:35:39
15   that?  It's actually a lavender dot?    12:35:43
16       A.  Are you referring to Mr. Reed's    12:35:47
17   data points, the circle?           12:35:50
18       Q.  I believe so.  A circle?      12:35:52
19       A.  Yes.                       12:35:52
20       Q.  The one at 10:00 in the morning    12:35:55
21   between zero and two on the vertical axis is a    12:35:58
22   data point for Mr. Reed; right?    12:36:02
23       A.  Correct.                    12:36:05
24       Q.  This is one of the observed water    12:36:06
25   levels for Mr. Reed; right?        12:36:08
```

82

```
 1      A.  Yes.              12:36:10
 2      Q.  What do the black lines that    12:36:14
 3  emerge in all four directions represent?    12:36:16
 4      A.  Any time you're extrapolating eye   12:36:21
 5  witness information in terms of time, as well as   12:36:27
 6  the depth, there may be a relative error in     12:36:33
 7  terms of their interpretation of time, as well   12:36:37
 8  as in terms of depth of water.  So we try to    12:36:42
 9  measure that by putting error bars around the   12:36:48
10  data points so that -- unless it's time stamped   12:36:52
11  video, which we know very specifically the time   12:36:58
12  and location of that particular depth.  And so   12:37:03
13  the larger the lines that protrude from that    12:37:10
14  data point the more uncertainty there would be   12:37:14
15  in that particular data point.          12:37:17
16      Q.  So for James Reed, at this      12:37:24
17  particular location you've assigned error bars   12:37:28
18  that suggest the observed water level may have   12:37:31
19  been slightly more than zero or slightly more   12:37:36
20  than two?                12:37:41
21      A.  At --             12:37:44
22      Q.  At that time?           12:37:46
23      A.  At those times that's what his   12:37:47
24  deposition was referring to, yes.       12:37:50
25      Q.  And for the same observation, the   12:37:51
```

83

```
 1  same data point, you've assigned an error bar of   12:37:55
 2  time in the range of maybe half an hour; is that   12:37:59
 3  fair?                  12:38:04
 4      A.  Yes.              12:38:04
 5      Q.  The water levels that were      12:38:05
 6  observed at that data point may have occurred   12:38:11
 7  somewhere between 9:45 and 10:15 a.m.; right?    12:38:15
 8      A.  Yes.              12:38:19
 9      Q.  You have error bars surrounding   12:38:22
10  many or most of the data observation points in   12:38:27
11  Figure 1; right?              12:38:32
12      A.  Yes.  Every observation would be   12:38:35
13  unique.                 12:38:37
14      Q.  So some of them have larger error   12:38:39
15  bars than others?             12:38:41
16      A.  Yes, in our interpretation of that   12:38:43
17  data point, that could be.          12:38:48
18      Q.  Your interpretation of the data   12:38:50
19  point is based in part on your judgment about   12:38:52
20  the inexactitude of the witness's testimony?    12:39:04
21      A.  Based on our interpretation and   12:39:08
22  judgment of the scientific information, yes, the   12:39:10
23  data that we were given.         12:39:13
24      Q.  And when you say scientific     12:39:16
25  information, you're referring to the deposition   12:39:18
```

84

```
 1  account by the witness?          12:39:20
 2      A.  Yes.              12:39:22
 3      Q.  Do you agree under the stress of   12:39:37
 4  the moment and in mortal danger almost all    12:39:57
 5  witnesses will recollect different times?     12:39:57
 6      MR. GILBERT:  Objection.        12:39:57
 7      THE WITNESS:  I think I mentioned   12:39:57
 8  previously that it's not uncommon to have    12:39:57
 9  differences in the eye witness accounts during a   12:39:57
10  storm event.              12:39:59
11  BY MR. RAFFMAN:               12:40:00
12      Q.  Do you agree that sequence is more   12:40:00
13  important than exact time, which will vary from   12:40:05
14  witness to witness?            12:40:08
15      A.  Repeat that.  I'm not sure I    12:40:08
16  understood what you just asked.        12:40:14
17      Q.  Do you agree sequence is more    12:40:16
18  important than exact time, which will vary from   12:40:19
19  witness to witness?            12:40:21
20      A.  If I'm interpreting your question,   12:40:22
21  in terms of the sequence, yes, and that's why we   12:40:25
22  gather so many data points.          12:40:29
23      Q.  Let me go back to Table 2 to    12:40:32
24  Appendix I and I'm going to ask some questions   12:40:36
25  about the observed water depth in Table 2.     12:40:47
```

85

```
 1      How does observed water depth in   12:40:56
 2  Table 2 compare to the water level NAVD88 in    12:41:09
 3  table -- in Figure 1?            12:41:15
 4      A.  Figure 1 represents the actual   12:41:20
 5  water level, not water depth, so water level is   12:41:22
 6  the actual flood elevation in accordance with   12:41:27
 7  the NAVD, that's a date of reference.  The     12:41:31
 8  observed water depth is the depth of the water   12:41:40
 9  at that particular location above the ground, so   12:41:45
10  it's the actual depth.            12:41:48
11      Q.  So for any one of these witnesses   12:41:50
12  that you can remember, tell me how you arrived   12:41:52
13  at the observed water depth?         12:41:57
14      A.  The water depth is the difference   12:42:00
15  between the water level and the ground     12:42:03
16  elevation.  So if you reported a water level in   12:42:07
17  terms of elevation of four and the ground is at   12:42:12
18  zero, the depth would be four feet, the observed   12:42:17
19  water depth.              12:42:22
20      Q.  All right.  So, for instance, if   12:42:34
21  Adam says he woke up at 5:00 a.m. and the carpet   12:42:35
22  on the floor was wet, I'm referring you now to   12:42:40
23  Appendix E if you want to follow along.  Maybe   12:42:45
24  you remember it?             12:42:49
25      A.  Okay.             12:42:49
```

22 (Pages 82 to 85)

86

1    Q.   Do you remember that's what he          12:42:50
2  said?                               12:42:52
3    A.   It's in our table, yes.          12:42:52
4    Q.   So what you did was you said, all     12:42:54
5  right, if Adam's carpet is wet at 5:00 the water   12:42:57
6  must be a certain elevation; right?          12:43:01
7    A.   Yes.                        12:43:05
8    Q.   And then you said that elevation     12:43:06
9  has to be a certain level above the ground;      12:43:09
10 right?                             12:43:14
11   A.   Yes.                        12:43:14
12   Q.   And then you took that as your      12:43:15
13 observed water depth; right?               12:43:17
14   A.   Yes.  It works both ways.  Again,    12:43:23
15 the model computes in terms of water level.  It   12:43:26
16 already has ground within it, so it's basically    12:43:29
17 an elevation there.                      12:43:33
18        And the observed water depth is     12:43:35
19 the difference between, again, whatever        12:43:38
20 observation they're making, let's say in this    12:43:41
21 particular case it's carpet, that's the floor    12:43:43
22 elevation, so you take the floor elevation --    12:43:47
23 the -- how high would his floor be above the     12:43:51
24 ground.                            12:43:55
25   Q.   I just want to make sure you're     12:43:56

87

1  comparing apples to apples.  I understand your   12:43:58
2  model will give us output in terms of elevation;  12:44:01
3  right?  That's how it works?               12:44:06
4    A.   I'm for sure I'm comparing apples    12:44:09
5  to apples --                          12:44:14
6    Q.   I'm understand you're sure, but     12:44:16
7  sometimes you can be surprised.  Let's just have  12:44:18
8  you prove it.  Your model will generate an      12:44:21
9  elevation in NAVD88?                     12:44:33
10   A.   Yes.                        12:44:36
11   Q.   Now, once you generate that result   12:44:37
12 you arrive at a simulated water depth in Table 2  12:44:50
13 by subtracting the ground level from the NAVD88   12:44:56
14 that your model generates; right?           12:45:04
15   A.   Yes.                        12:45:06
16   Q.   Whereas observed water depth in     12:45:07
17 Table 2 is generated by taking the witness      12:45:14
18 account of how high the water is based on his    12:45:18
19 bed or his carpet or whatever else he's talking   12:45:24
20 about and subtracting the ground level from      12:45:27
21 that; right?                          12:45:30
22   A.   The difference that's the height    12:45:31
23 of the water above the ground.             12:45:33
24   Q.   And in order to know the height of   12:45:36
25 the water above the ground you have to know     12:45:37

88

1  something about, in Adam's case, where his      12:45:40
2  carpet is; right?                       12:45:44
3    A.   Yes.  Where the floor elevation     12:45:46
4  would be.                           12:45:48
5    Q.   In order to do that you've had to   12:45:49
6  make some judgments or assumptions about the    12:45:53
7  level of his floor; right?                 12:45:56
8    A.   Yes.                        12:45:58
9    Q.   The level of his floor may depend   12:45:59
10 on such things as how many steps his house had;   12:46:01
11 right?                             12:46:05
12   A.   Yes.                        12:46:05
13   Q.   And do you know how many steps     12:46:06
14 Terry Adam's house had?                   12:46:08
15   A.   We looked at all eye witness       12:46:10
16 information to determine those factors.        12:46:12
17   Q.   And you did the best you could;     12:46:16
18 right?                             12:46:18
19   A.   Yes.                        12:46:19
20   Q.   But you can't say, as you sit here  12:46:19
21 today, that you had measurements in every single  12:46:23
22 case to figure out the height of a floor or the  12:46:30
23 height of a bed or the height of whatever       12:46:33
24 reference point the witness was talking about;   12:46:36
25 right?                             12:46:39

89

1    A.   That's correct.                 12:46:39
2    Q.   And that kind of information gap    12:46:41
3  could introduce some uncertainty into the      12:46:49
4  numbers that you reflect as your observed water  12:46:54
5  depth; right?                         12:46:58
6    A.   Yes.  There are uncertainties in    12:46:59
7  all the numbers.  That's why, again, we have     12:47:03
8  error bars.                          12:47:06
9    Q.   All right.  So now tell me, taking  12:47:07
10 James Reed's 10:00 observation as an example,    12:47:27
11 how you carried your error bars into the        12:47:33
12 observed water depth values that you used in     12:47:41
13 your Table 2 sensitivity analysis?           12:47:43
14   A.   As shown in our Table 2, the data   12:47:50
15 point that we were able to define by his       12:47:55
16 description of the flood level at that time,     12:48:00
17 which is clearly noted in our Figure 1, was      12:48:03
18 plotted.  And in -- when we ran the simulation   12:48:07
19 cases we computed a water level at that        12:48:13
20 particular location.                     12:48:19
21        And if you look in this particular   12:48:22
22 case maybe as point S8, the simulated predicted  12:48:24
23 a much different value in terms of the water     12:48:32
24 depth.  That's what we simulated, and we        12:48:36
25 compared it at those points and you'll see a     12:48:43

90

1    fairly large difference in the relative error.    12:48:47
2    But then we have to -- we can only use the data    12:48:49
3    that we believe that's made available to us and    12:48:54
4    it's interpreted by us in a scientific manner,    12:48:59
5    but then we can explain it because one of the    12:49:03
6    things we did in James Reed, because there was a    12:49:06
7    significant difference in his elevation versus    12:49:08
8    time, he's very near the courthouse and then we    12:49:11
9    looked at the courthouse information, which    12:49:16
10   should have similar results in terms of flood    12:49:18
11   elevation, and we compared very well in the    12:49:22
12   model simulation at the courthouse.    12:49:25
13         So that helps explain maybe his    12:49:29
14   interpretation of the flood depth at that time.    12:49:33
15   It could have been a different time.    12:49:38
16         So, again, not -- you're not    12:49:41
17   looking -- you would love for everybody to give    12:49:43
18   perfect information. It doesn't exist. So as a    12:49:48
19   scientist, we have to take all the information    12:49:52
20   and consider it, good, bad or indifferent. Now,    12:49:59
21   what we know that may not be accurate then    12:50:01
22   clearly we can remove that data, but it's still    12:50:06
23   incumbent upon all the scientists to consider    12:50:11
24   all the data.    12:50:15
25         Q.   Right. So the scientist considers    12:50:17

91

1    all the data and such data as proves contrary to    12:50:20
2    science is rejected in favor of such data as can    12:50:26
3    be validated by science?    12:50:33
4         A.   Clearly it's not rejected, not    12:50:35
5    even in this analysis under Mr. Reed does that    12:50:37
6    value reject it. It's still considered.    12:50:40
7    However, we have to make -- we have to provide    12:50:44
8    an explanation of why maybe we're different    12:50:48
9    based on our simulation analysis.    12:50:54
10        Q.   All right. I got off track here    12:50:56
11   because you answered a different question from    12:50:59
12   the one I asked a couple questions ago, so let    12:51:01
13   me go back.    12:51:05
14         You assigned an observed water    12:51:06
15   depth of 1.8 feet to Mr. Reed at S8; right?    12:51:09
16        A.   Correct.    12:51:14
17        Q.   And then you went ahead and    12:51:14
18   compared your simulated water depths for each of    12:51:18
19   the six cases to that 1.8 feet; right?    12:51:21
20        A.   Yes.    12:51:24
21        Q.   In doing that comparison you did    12:51:25
22   not also incorporate the error bars surrounding    12:51:27
23   the ones with 1.8 with observation and do a    12:51:31
24   statistical analysis that included the error    12:51:32
25   bars; correct?    12:51:36

92

1         A.   That's correct.    12:51:37
2         And, again, it wouldn't be used in    12:51:44
3    the data set, but it would be used, those error    12:51:47
4    bars in the interpretation of the results.    12:51:51
5         Q.   You could have included error bars    12:51:53
6    as a part of a sensitivity analysis; right?    12:51:56
7         A.   Yes. The answer is yes. You    12:52:04
8    could include, but that would -- that means    12:52:05
9    you're making additional runs and assumptions.    12:52:09
10         You give your best estimate.    12:52:13
11   That's the best estimate of the depth at that    12:52:16
12   point and you look at the model and then you    12:52:19
13   make interpretation of those results.    12:52:21
14        Q.   The results you've generated in    12:52:31
15   your sensitivity analysis are comparing the    12:52:33
16   simulated depths in the six cases to observed    12:52:36
17   water depths that you've rendered with a    12:52:41
18   precision in most cases of a tenth of a foot;    12:52:46
19   right?    12:52:50
20        A.   The accuracy of the numbers    12:52:50
21   reported in a tenth of a foot, yes.    12:52:52
22         Can we go ahead and take a short    12:53:06
23   break?    12:53:09
24         MR. RAFFMAN: Yes. Off the    12:53:09
25   record.    12:53:11

93

1         THE VIDEOGRAPHER: This marks the    12:53:11
2    end of tape number two in the deposition of    12:53:16
3    Melvin Spinks and we're going off the record at    12:53:19
4    12:54 p.m.    12:53:22
5         (A brief recess was taken.)    12:53:26
6         THE VIDEOGRAPHER: We are back on    13:06:31
7    the record. Here marks the beginning of tape    13:06:52
8    number three in the deposition of Melvin Spinks    13:06:55
9    and the time is 1:07 p.m.    13:06:58
10   BY MR. RAFFMAN:    13:07:00
11        Q.   Before we broke you had testified    13:07:01
12   about the accuracy of the observations being    13:07:03
13   rendered in tenths of a foot. The witnesses in    13:07:05
14   their depositions did not report water levels in    13:07:09
15   terms of tenths of a foot; did they?    13:07:14
16        A.   No.    13:07:17
17        Q.   The tenths of a foot values that    13:07:27
18   are rendered are based on your judgment as to    13:07:36
19   what level corresponds with your understanding    13:07:39
20   of the testimony the witnesses gave; correct?    13:07:41
21        A.   Correct. It's typically the    13:07:45
22   difference between the elevation that we would    13:07:48
23   consider that the eye witness would be reporting    13:07:50
24   that particular flood level at that time and    13:07:55
25   then subtracting the ground elevation, which was    13:07:59

94

1   usually be reported in tenths of a foot.        13:08:03
2        Q.   If you had incorporated error bars        13:08:13
3   into the sensitivity analysis would your        13:08:21
4   sensitivity analysis then incorporate error bars        13:08:29
5   in the results?        13:08:32
6        A.   I don't believe so.  And I want to        13:08:36
7   make sure we're clear in that the error bars        13:08:40
8   represent an interpretation of the data point        13:08:45
9   relative to time and relative to elevation.  The        13:08:49
10  best estimate of that flood elevation is        13:08:54
11  reported at that data point.        13:08:57
12           When the analysis is done we're        13:09:01
13  able to compare back the simulated water surface        13:09:04
14  elevations within that relevant error estimate,        13:09:11
15  but when we do a sensitivity analysis it is        13:09:14
16  based on what we believe the reported elevation        13:09:17
17  in time to be.        13:09:22
18       Q.   Right.  And, therefore, when you        13:09:24
19  assign the value to observed water depth you        13:09:29
20  assigned it as a point rather than a range;        13:09:34
21  correct?        13:09:38
22       A.   Yes.        13:09:38
23       Q.   In Table 2?        13:09:39
24       A.   Yes.        13:09:41
25       Q.   If you had assigned a range rather        13:09:41

95

1   than a point for your observed water depth the        13:09:44
2   result would have been a range in the output;        13:09:47
3   right?        13:09:56
4        A.   I'm not 100 percent sure where        13:09:56
5   you're going with the science of it, but if you        13:10:02
6   wanted to consider error estimates in each of        13:10:05
7   these data points, theoretically you could        13:10:08
8   possibly do it, but it would all be relative        13:10:13
9   because you would put error to the low side,        13:10:16
10  then you put error to the high side and then        13:10:19
11  this is the average error, okay.        13:10:21
12           So you're still talking about        13:10:24
13  possibly, and I believe if I'm interpreting it        13:10:28
14  right, still a relative.  I don't believe that        13:10:31
15  would change a comparison of six different cases        13:10:35
16  by varying the error bar and running three times        13:10:39
17  as many runs.        13:10:45
18       Q.   The -- well, if you include an        13:10:46
19  error bar around an observed depth and you run        13:10:59
20  your Equation 1, will not your L2 value reflect a        13:11:05
21  range based on the input range?        13:11:14
22       A.   Yes, but, again, it would be        13:11:24
23  consistently done for all six cases and it would        13:11:28
24  be relative for all six cases.  And so        13:11:32
25  theoretically that value would basically result        13:11:35

96

1   in the same information in terms of what you're        13:11:43
2   looking for, what has the lowest relative error,        13:11:46
3   what has the best ranking value.        13:11:50
4        Q.   I'm sorry, I didn't mean to        13:11:54
5   interrupt.  Go ahead.        13:11:57
6        A.   I do believe what we're getting to        13:11:59
7   is that I don't think that it's going to change.        13:12:01
8   It would mean Case 2 would be better because I        13:12:04
9   took into account a relative error bar and every        13:12:07
10  single one of these cases.        13:12:13
11       Q.   I understood what you said.  You        13:12:17
12  said basically if I included error bars in my        13:12:20
13  analysis I would still expect that Case 1 is        13:12:23
14  better than Case 2 when I finish; right?        13:12:26
15       A.   Yes, I believe, I think that's the        13:12:30
16  case.        13:12:33
17       Q.   But if you included error bars in        13:12:33
18  your analysis then couldn't we figure out        13:12:35
19  statistically how close Case 1 and Case 2 are by        13:12:37
20  looking at whether they fit within the range of        13:12:42
21  error based on the measurements that were taken?        13:12:44
22  Couldn't we do that?        13:12:48
23       A.   I think that's what we've done.        13:12:49
24  I'm almost positive what we're doing here is        13:12:51
25  looking at the relative error at all observation        13:12:54

97

1   points.        13:13:00
2           So I still don't believe that        13:13:01
3   running an observation point with a relative        13:13:03
4   error would result in picking a different case        13:13:08
5   just because you went through that exercise.        13:13:12
6   That's a mathematical exercise.        13:13:15
7        Q.   There's no plus or minus next to        13:13:18
8   the L2 values you reported; right?        13:13:21
9        A.   It's -- that's correct, because        13:13:24
10  it's run for that observed water depth and that        13:13:27
11  computed simulated water depth.        13:13:32
12       Q.   What if you ran it for the low end        13:13:37
13  of the error bars that you assigned?  You would        13:13:53
14  get a different result; right?        13:14:02
15       A.   For all six cases, mathematically        13:14:03
16  would be a different result in terms of relative        13:14:07
17  error, but still I believe the relative error        13:14:10
18  for Case 1 would still be -- the answer, it        13:14:13
19  would be relative, because you would have to do        13:14:20
20  it for all six cases.        13:14:23
21       Q.   Right.  But if you ran it for the        13:14:24
22  lower value -- if you ran it for the lower end        13:14:26
23  of the error range you might expect to see an        13:14:29
24  improvement in Case 2 because Case 2 reports        13:14:32
25  flooding at 7:00 through the south breach        13:14:38

25  (Pages 94 to 97)

**98**

1    instead of 5:30; isn't that right?  Therefore    13:14:42
2    you expect lower flooding at a certain point in    13:14:45
3    time; right?                            13:14:51
4        A.   No.  I don't think that would be    13:14:52
5    the case, at all.                        13:14:54
6        Q.   What's your basis for saying that?    13:14:57
7        A.   One, I haven't done it, but,    13:15:02
8    again, I keep saying it's relative because it    13:15:06
9    would be run for all six cases and I don't see a    13:15:09
10   tremendous shift in the time error bars that    13:15:14
11   would go yield a different result.    13:15:20
12       Q.   Well, I'll return to it.    13:16:11
13           Some of the error bars in the    13:16:13
14   individual observations range for over an hour    13:16:15
15   in terms of time; right?                 13:16:28
16       A.   A few.                        13:16:32
17       Q.   And some of the error bars that    13:16:34
18   you've assigned for the depths are in the nature    13:16:37
19   of a couple of feet; right?              13:16:41
20       A.   Yes.                          13:16:44
21       Q.   Did you do the arithmetic to    13:16:45
22   arrive at the L2 values?                 13:16:59
23       A.   Yes, in terms of I went over that    13:17:04
24   with my staff that that was an acceptable    13:17:09
25   approach, but one of my Ph.D.s actually ran the    13:17:12

**99**

1    calculations.                           13:17:16
2        Q.   Do you know whether the formula    13:17:25
3    that you used was from a textbook?    13:17:27
4        A.   I'm sure it was.               13:17:33
5        Q.   Can you tell me what textbook it    13:17:35
6    came from?                             13:17:37
7        A.   No, I can't.                   13:17:37
8        Q.   Are you able, as we sit here    13:17:39
9    today, to show us how you calculated the L2    13:17:42
10   figure for the two Terry Adams' data points N1    13:17:45
11   and N2?                                13:17:51
12       A.   Yes.                          13:17:52
13       Q.   How long would it take you to do    13:17:52
14   the math?                              13:17:54
15       A.   To subtract them in accordance    13:17:55
16   with the formula?                       13:17:58
17       Q.   Right.                        13:17:59
18       A.   Ten, 15 minutes.               13:18:01
19       Q.   All right.  Let me -- let's see if    13:18:03
20   we have time at the end.  Maybe we'll go there.    13:18:21
21           Have you calculated what the    13:18:31
22   effect of .5 foot or a 1 foot error in the    13:18:33
23   observed water depth would have on the L2 value?    13:18:37
24       A.   No.                           13:18:41
25       Q.   Could you calculate such an    13:18:43

**100**

1    effect?                                13:18:47
2        A.   Yes.                          13:18:47
3        Q.   For Terry Adams the difference in    13:18:51
4    your L2 values for Case 1 and Case 2 is the    13:18:54
5    difference between .668 and .471; correct?    13:18:58
6        A.   Correct.                       13:19:05
7        Q.   That difference is .197; right?    13:19:05
8        A.   Between .668 and .471?    13:19:10
9        Q.   Right?                         13:19:21
10       A.   Okay.  Yes.                    13:19:22
11       Q.   If it were true that your computed    13:19:25
12   L2 values have a range of error in the    13:19:34
13   neighborhood of plus or minus .2, would it then    13:19:37
14   be fair to say that Case 1 and Case 2 are within    13:19:44
15   the range of error of each other?    13:19:51
16           MR. GILBERT:  I'm going to object.    13:19:56
17   That's an improper hypothetical, but just note    13:19:57
18   it for the record.                      13:20:03
19           THE WITNESS:  I would have to look    13:20:04
20   at specifically what you're referring to.    13:20:05
21           Are you referring to Terry Adams?    13:20:08
22   BY MR. RAFFMAN:                          13:20:12
23       Q.   In that particular instance, I am.    13:20:13
24           MR. GILBERT:  That's why -- okay.    13:20:14
25           MR. RAFFMAN:  I'm asking him to    13:20:19

**101**

1    make an assumption, which I will either prove or    13:20:20
2    I won't.                                13:20:24
3            MR. GILBERT:  I understand.    13:20:25
4    You're asking him to parse out just one case out    13:20:26
5    of the entire calculation.  That's the nature of    13:20:28
6    my objection, but subject to that, it's okay.    13:20:32
7            THE WITNESS:  You can look at    13:20:35
8    individually, these, but, again, you have to    13:20:38
9    look at all data points relative to making any    13:20:41
10   final determination.                    13:20:46
11   BY MR. RAFFMAN:                          13:20:51
12       Q.   Without knowing the rate of error,    13:20:51
13   you really can't say whether the .6 cumulative    13:21:07
14   value for Case 1 and the .75 cumulative value    13:21:11
15   for Case 2 are within the expected error for any    13:21:16
16   statistical analysis; can you?    13:21:23
17       A.   No, because I believe we provided    13:21:27
18   the statistical analysis that supports the    13:21:31
19   relative error in this work.             13:21:34
20       Q.   Where in Table 2 does it show the    13:21:41
21   relative error of your L2 values you calculated?    13:21:43
22       A.   The cumulative values at the    13:21:48
23   bottom of the table shows the lowest relative    13:21:52
24   error being Case 1.                     13:21:58
25       Q.   The cumulative value you've    13:22:03

**102**

1  reported is 0.65; correct?                    13:22:06
2      A.  Correct.                    13:22:10
3      Q.  For Case 1; right?                    13:22:10
4      A.  Correct.                    13:22:12
5      Q.  It does not say 0.65 plus or                    13:22:13
6  minus .1 or .2 or any other range of error; am I                    13:22:16
7  right?                    13:22:20
8      A.  It's an average of all the                    13:22:20
9  relative errors.                    13:22:22
10     Q.  The relative errors were what you                    13:22:23
11 derived by comparing a simulated water depth to                    13:22:26
12 a point rather than a potential range of points;                    13:22:31
13 right?                    13:22:35
14     A.  Yes, but, again, the mathematical                    13:22:35
15 procedures employed here are within the standard                    13:22:38
16 of practice that would be normal by any                    13:22:41
17 hydrologic analysis that is being performed and                    13:22:46
18 we have two indicators, not just relative error.                    13:22:51
19 We also have a rating number.                    13:22:54
20     Q.  Let's take a look at the rating                    13:23:09
21 number for a minute, since you raised it.                    13:23:11
22          You say Case Number 1 has 37                    13:23:13
23 rating errors that match the observed flooding                    13:23:17
24 with the model flooding; right?                    13:23:20
25     A.  Yes.  The rating number, there are                    13:23:22

**103**

1  37 cases or testimonies that comply with the                    13:23:25
2  criteria of the rating number.                    13:23:28
3      Q.  Okay.  For Case 2 you've come up                    13:23:31
4  with a score of 28 cases that comply with the                    13:23:37
5  rating number; right?                    13:23:40
6      A.  Yes.                    13:23:42
7      Q.  Now, to be clear, Case 1 and Case                    13:23:43
8  2, Case 1 is 4:00 a.m. north breach, 5:30 a.m.                    13:23:47
9  south breach; right?                    13:23:53
10     A.  Yes.                    13:23:54
11     Q.  That corresponds to Figure 1 in                    13:23:55
12 your report, page I-3; right?                    13:23:57
13     A.  Yes.                    13:24:00
14     Q.  Case 2 is run for a 4:00 a.m.                    13:24:01
15 north breach and 7:00 a.m. south breach; right?                    13:24:04
16     A.  Correct.                    13:24:08
17     Q.  That's represented by Figure 2 at                    13:24:08
18 page I-4 in your report?                    13:24:11
19     A.  Yes.                    13:24:13
20     Q.  Case 2 is similar to the breach                    13:24:13
21 times that were stated by Ebersole and                    13:24:17
22 Fitzgerald in the MRGO case for the government;                    13:24:21
23 right?                    13:24:25
24     A.  I believe so.                    13:24:26
25     Q.  And you've concluded that Case 1                    13:24:28

**104**

1  is superior to Case 2; right?                    13:24:31
2      A.  Yes.                    13:24:33
3      Q.  Now, in order to compare the                    13:24:36
4  rating numbers and draw a comparison between                    13:24:48
5  Case 1 and Case 2, what we should be looking for                    13:24:54
6  are the data points that get a one for Case 1                    13:24:57
7  and a zero for Case 2; right?                    13:25:01
8      A.  Yes.                    13:25:05
9      Q.  Those would be the data points in                    13:25:06
10 which Case 1 performs better than Case 2; right?                    13:25:08
11     A.  In terms of the rating number,                    13:25:12
12 yes.                    13:25:17
13     Q.  All right.  Now, how high does                    13:25:18
14 flood water have to be to get a value that says                    13:25:20
15 there's flood water there, as opposed to no                    13:25:24
16 flood water?                    13:25:28
17     A.  It has to reach the location.  So                    13:25:29
18 whenever -- if the water reached that particular                    13:25:31
19 location then it was considered that water was                    13:25:34
20 there.                    13:25:38
21     Q.  So if you got half a foot of water                    13:25:39
22 you should be water is at the location; right?                    13:25:41
23     A.  Yes, because, again, this                    13:25:45
24 represents a certain time.                    13:25:46
25     Q.  Okay.                    13:25:49

**105**

1      A.  So it doesn't account for all the                    13:25:50
2  times, but at a point in time, yes.                    13:25:52
3      Q.  So let's take a look at Sally                    13:25:55
4  Jones.  You see that's data point S5?                    13:25:57
5      A.  Yes.                    13:26:02
6      Q.  Now, you're observed water depth                    13:26:02
7  for Sally Jones is 1.5; right?                    13:26:06
8      A.  Okay.                    13:26:09
9      Q.  Your Case 1 simulated water depth                    13:26:10
10 for Sally Jones is 3.12.  Do you see that?                    13:26:14
11     A.  Yes.                    13:26:18
12     Q.  Your simulated water depth for her                    13:26:18
13 is about more than a foot and a half higher than                    13:26:20
14 what she observed; correct?                    13:26:24
15     A.  Yes.                    13:26:26
16     Q.  Your rating number for Sally Jones                    13:26:26
17 is a one.  Do you see that?                    13:26:29
18     A.  Yes.                    13:26:31
19     Q.  Now, Case 2, you've got a                    13:26:31
20 simulated water depth that's over a half a foot.                    13:26:34
21 Do you see that?                    13:26:37
22     A.  Yes.                    13:26:38
23     Q.  And do you see that you've                    13:26:39
24 nevertheless assigned her a rating number of                    13:26:42
25 zero for Case 2?                    13:26:44

106

```
 1        A.   I see that.                    13:27:08
 2        Q.   Shouldn't it really be a one since    13:27:09
 3   you've got a half a foot of flood water at her    13:27:12
 4   location under that simulation?            13:27:15
 5        A.   I believe so.                   13:27:20
 6        Q.   Okay.  So let's give Case 2        13:27:31
 7   another point.                            13:27:36
 8            Let's look at D. Bordelon, S15.    13:27:37
 9   Do you see that?                          13:27:45
10        A.   Yes, I do.  I see it.            13:27:47
11        Q.   All right.  So point S15, D. S.    13:27:59
12   Bordelon, there we are.  You've observed water    13:28:02
13   depth at .S15 as zero; correct?           13:28:07
14        A.   Yes.                            13:28:10
15        Q.   In Case 1 your simulated water    13:28:11
16   depth is 0.02.  Do you see that?          13:28:14
17        A.   Yes.                            13:28:20
18        Q.   And, therefore, because there's no    13:28:21
19   flooding at either location you've given a    13:28:23
20   rating number for Case 1 of one; correct?    13:28:27
21        A.   Yes.                            13:28:30
22        Q.   You gave a point to Case 1 for D.    13:28:31
23   S. Bordelon; right?                       13:28:36
24        A.   Yes.                            13:28:37
25        Q.   Now, let's go to Case 2.  Your    13:28:38
```

107

```
 1   simulated water depth is 0.02 feet.  Do you see    13:28:41
 2   that?                                     13:28:46
 3        A.   Uh-huh, yes.                    13:28:46
 4        Q.   In Case 2 that's the same        13:28:48
 5   simulated water depth as you derived in Case 1;    13:28:50
 6   correct?                                  13:28:53
 7        A.   Correct.                        13:28:53
 8        Q.   Do you see what rating number you    13:28:54
 9   assigned to D. S. Bordelon in Case 2?     13:28:56
10        A.   Yes, I do.                      13:28:59
11        Q.   You gave it a zero; correct?     13:29:00
12        A.   Yes.                            13:29:02
13        Q.   You should have given it a one;    13:29:03
14   shouldn't you?                            13:29:05
15        A.   It appears that way, yes.        13:29:06
16        Q.   Let's give them another point for    13:29:07
17   Case 2.                                   13:29:10
18            Let's look at D. S. Martinez, data    13:29:10
19   point S16.  Do you see that?              13:29:14
20        A.   Yes.                            13:29:16
21        Q.   Observed water depth at S16 is    13:29:18
22   zero; correct?                            13:29:22
23        A.   Yes.                            13:29:23
24        Q.   Simulated water depth is 0.07;    13:29:23
25   right?                                    13:29:27
```

108

```
 1        A.   Right.                          13:29:27
 2        Q.   You gave it a rating number of one    13:29:28
 3   because there is no flooding under Case 1 at    13:29:31
 4   either the observed or the simulated depth;    13:29:33
 5   correct?                                  13:29:37
 6        A.   Correct.                        13:29:37
 7        Q.   Let's go to Case 2.  D. Martinez,    13:29:38
 8   same simulated flood depth, 0.07; right?    13:29:42
 9        A.   Okay.                           13:29:46
10        Q.   It's the same simulated flood    13:29:47
11   depth in Case 2 as in Case 1; right?      13:29:50
12        A.   Right.                          13:29:53
13        Q.   What rating number did you give    13:29:54
14   Martinez under Case 2?                    13:29:56
15        A.   That should have been a one.     13:29:58
16        Q.   Should have been a one.  You gave    13:30:00
17   it a zero -- sorry.  You gave it a zero; right?    13:30:02
18        A.   Right.                          13:30:06
19        Q.   But it should have been a one?    13:30:06
20        A.   It appears that way.  I need to    13:30:08
21   also get an explanation on some of the modelling    13:30:10
22   effort at that location.  So in the table it    13:30:15
23   appears that way and I think it looks like that    13:30:17
24   should have had a value of one, but I want to    13:30:23
25   also take a look at this with some of the staff,    13:30:25
```

109

```
 1   but, yes.                                 13:30:33
 2        Q.   Well, let's go down one more value    13:30:34
 3   here.  IPET Site 2, S36; do you see that?    13:30:38
 4        A.   Which number?                   13:30:46
 5        Q.   S36?                            13:30:47
 6        A.   Yes.                            13:30:48
 7        Q.   Observed water depth is 0.1?     13:30:48
 8        A.   Okay.                           13:30:51
 9        Q.   Your simulated water depth in Case    13:30:52
10   1 is 2.18.  Do you see that?              13:30:56
11        A.   Yes, I do.                      13:31:00
12        Q.   And you assigned that one a rating    13:31:01
13   number of one, in Case 1?                 13:31:05
14        A.   Yes.                            13:31:10
15        Q.   Is that correct?  Is that a      13:31:11
16   correct value?                            13:31:14
17        A.   Yes, it appears that way.        13:31:15
18        Q.   All right.  In Case 2 your        13:31:19
19   simulated water depth 0.01 foot.  Do you see    13:31:23
20   that?                                     13:31:28
21        A.   Yes.                            13:31:28
22        Q.   You've assigned that a case rating    13:31:28
23   number of zero.  Do you see that?         13:31:31
24        A.   Yes.                            13:31:33
25        Q.   Do you consider that value       13:31:34
```

## 110

1   correct?                                    13:31:35
2        A.   It probably could have been a one.   13:31:36
3        Q.   So if we're looking at rating       13:31:48
4   numbers, and having gone through these, would   13:32:03
5   you agree with me that Case 2 maybe should have   13:32:06
6   had a higher score than what you gave it, when   13:32:10
7   you tally them all up?                       13:32:13
8        A.   It could have a few more on the     13:32:14
9   rating number. I want to take a look at those   13:32:17
10  in a little bit more detail. They're borderline   13:32:19
11  values compared with the actual observed water   13:32:23
12  depths, so -- I think if we add four it would   13:32:27
13  have been close to 32 versus 28.              13:32:34
14       Q.   All right. So Case 2 and Case 1     13:32:40
15  are within a touchdown of each other now;     13:32:47
16  wouldn't you say?                            13:32:50
17       A.   No, not necessarily. I mean,        13:32:51
18  again, you're looking at all the data points   13:32:53
19  there. You're looking at both the relative    13:32:55
20  error and this value, so I think still the    13:32:59
21  performance of Case 1 would still be superior to   13:33:02
22  Case 2, 3, 4, 5, or 6.                       13:33:06
23       Q.   But you're not able to quantify or   13:33:09
24  to comment on whether these cases are close to   13:33:12
25  each other or far apart from each other in terms   13:33:17

## 111

1   of their performance. All you can say is one   13:33:22
2   scores better than the other?                13:33:25
3        A.   It gives us a relative measure.     13:33:27
4   Again, we compare throughout the entire storm   13:33:30
5   duration with the depths and these reported   13:33:34
6   elevations for all of them.                  13:33:39
7        Q.   As you sit here today, have you     13:33:47
8   done calculations to show the statistical     13:33:53
9   significance of the differences you observed in   13:33:58
10  the performance of Case 2 versus Case 1 with   13:34:00
11  respect to rating numbers?                   13:34:04
12       A.   As I sit here today, I'm -- the     13:34:09
13  data that has been published is clearly the   13:34:13
14  data, the interpretation that we've made.    13:34:17
15            And I will look to see if the       13:34:20
16  rating number needs to be relooked at for a few   13:34:22
17  of these, but I still today don't believe that   13:34:29
18  changing that rating number will affect the fact   13:34:33
19  that Case 1 is superior at this point.       13:34:37
20       Q.   I understand because you've told    13:34:41
21  me more than once that you believe Case 1 is   13:34:43
22  superior to Case 2. Have I understood you    13:34:45
23  right?                                       13:34:50
24       A.   Yes.                               13:34:50
25       Q.   What calculations have you done to   13:34:51

## 112

1   prove the statistical significance of the    13:34:53
2   superiority?                                 13:34:57
3        A.   The relative errors computed here   13:35:00
4   for both cases and that's reported in this   13:35:04
5   Table 2 and it's superior on that basis. And   13:35:09
6   even as we've gone through this, that it still   13:35:16
7   appears that the rating number is still superior   13:35:20
8   even though we've gone through it and you     13:35:24
9   questioned me on a few of these.             13:35:27
10       Q.   Do you have a 95 percent           13:35:29
11  confidence interval calculation?             13:35:33
12       A.   On my answer or in this            13:35:36
13  information?                                 13:35:38
14       Q.   In this information. You haven't    13:35:39
15  calculated the 95 percent confidence interval   13:35:42
16  surrounding your conclusion regarding the     13:35:46
17  superiority of Case 1 versus Case 2?          13:35:49
18       A.   I'm not sure if statistically the   13:35:52
19  95 percent confidence limits would even apply   13:35:57
20  here.                                        13:36:00
21       Q.   You don't have 95 percent          13:36:02
22  confidence limits surrounding the observed water   13:36:04
23  depths that you reported in your input; do you?   13:36:08
24       A.   We're as confident as based on the   13:36:10
25  interpretation of the data that's made       13:36:14

## 113

1   available.                                   13:36:18
2            And the confidence is based upon    13:36:18
3   the information that's provided.             13:36:21
4        Q.   You have not calculated 95 percent   13:36:29
5   confidence limits surrounding the observed water   13:36:32
6   depth values; have you?                      13:36:37
7        MR. GILBERT: He's answered.             13:36:39
8        MR. RAFFMAN: He didn't.                 13:36:40
9        THE WITNESS: No. Specifically           13:36:44
10  the 95 percent confidence limits have not been   13:36:46
11  calculated nor would I think that they need to   13:36:49
12  be.                                          13:36:52
13  BY MR. RAFFMAN:                              13:36:55
14       Q.   If you ran Case 2 with a north      13:37:01
15  breach at 3:00 in the morning instead of 4:00 in   13:37:04
16  the morning, do you expect that case might get   13:37:09
17  you better agreement than Case 2 as you've run   13:37:15
18  it?                                          13:37:21
19       A.   I mean clearly that's a            13:37:23
20  hypothetical question and I would need to run   13:37:25
21  the data, but I would not think so.          13:37:29
22       Q.   Why do you need to ask your staff   13:37:34
23  about the rating numbers that we just went    13:38:00
24  through?                                     13:38:03
25       A.   Because we as a group of           13:38:03

**114**

1    scientists and engineers we get together on the    13:38:06
2    application of these -- of this information on    13:38:10
3    the math and I want to make sure I interpreted    13:38:16
4    something correctly as it applies to the rating    13:38:21
5    number in those four particular cases.    13:38:25
6        Q.    As you sit here today, you cannot    13:38:36
7    testify about what happens to your sensitivity    13:38:40
8    analysis if, for instance, we were to vary the    13:38:47
9    times reported by each witness by 30 minutes in    13:38:53
10   either direction; right?    13:38:56
11       A.    I couldn't testify because that    13:39:02
12   analysis hasn't been done.    13:39:04
13       Q.    Same answer for a scenario in    13:39:07
14   which the north breach takes hours to develop    13:39:09
15   instead of 15 minutes to develop?    13:39:12
16       A.    That wasn't a consideration in    13:39:16
17   this analysis.    13:39:20
18       Q.    If, in fact, the north breach took    13:39:24
19   an hour to develop instead of 30 minutes to    13:39:27
20   develop, your analysis doesn't incorporate that    13:39:31
21   scenario?    13:39:39
22       A.    It doesn't.  And, again, it    13:39:42
23   wouldn't, because I think if that would be the    13:39:45
24   case the relative errors would be much larger.    13:39:47
25   The analysis would not support it and I believe    13:39:51

**115**

1    our analysis supports the timing of these    13:39:54
2    breaches in accordance with what we have    13:39:57
3    included in the model.    13:40:00
4        So there would be no reason to go    13:40:03
5    speculate and run a case that would be outside    13:40:05
6    the realm of reality.    13:40:10
7        Q.    So if an expert for the Plaintiffs    13:40:16
8    or for the Defendants, for that matter, were to    13:40:20
9    testify that a breach took an hour or more to    13:40:24
10   develop, your opinion is that testimony cannot    13:40:31
11   stand?    13:40:39
12       MR. GILBERT:  Objection, improper    13:40:40
13   hypothetical.  You may answer.    13:40:42
14       THE WITNESS:  Again, the science    13:40:43
15   that I have reviewed, the science that has been    13:40:45
16   made available through multiple technical    13:40:48
17   publications, multiple experts, have not    13:40:51
18   suggested the breach times lasting an hour and I    13:40:56
19   don't believe that the data that -- in terms of    13:41:04
20   eye witnesses and IPET would support an    13:41:07
21   initiation in a breach time over an hour for the    13:41:11
22   north breach.    13:41:15
23   BY MR. RAFFMAN:    13:41:17
24       Q.    So if, for instance, Hector Pazos    13:41:31
25   were to testimony that the north breach began    13:41:34

**116**

1    with a large impact that releases a small amount    13:41:40
2    of water into the neighborhood, followed by a    13:41:55
3    certain period of seepage under the wall and    13:42:00
4    then culminating in a massive breach two hours    13:42:04
5    later, that's not something your analysis    13:42:09
6    supports?    13:42:12
7        MR. GILBERT:  Object.  This is    13:42:13
8    beyond the scope of expertise for which he's    13:42:15
9    being proffered.    13:42:18
10       THE WITNESS:  I can't offer an    13:42:21
11   opinion on that.  I haven't seen any of that    13:42:23
12   information.    13:42:26
13   BY MR. RAFFMAN:    13:42:32
14       Q.    All right.  Back to Table 2.    13:42:35
15       In some cases your simulated water    13:42:43
16   depths do not match the observed water depths;    13:42:47
17   right?    13:42:53
18       A.    That's correct.    13:42:54
19       Q.    I'm looking at point N10, IPET    13:42:56
20   Site 3, you have an observed water depth of 7.5    13:43:02
21   and your model simulates water depth of 0.09;    13:43:11
22   right?    13:43:15
23       A.    Correct.    13:43:16
24       Q.    So in this particular case, both    13:43:17
25   Case 1 and Case 2 your model is off by over six    13:43:21

**117**

1    feet; right?    13:43:26
2        A.    I would say that our model is not    13:43:27
3    off by over six feet, it's basically what we    13:43:29
4    computed as a water surface elevation to what an    13:43:34
5    eye witness had reported.    13:43:41
6        Q.    One of two things has to be true.    13:43:48
7    Either the eye witness is wrong or your model is    13:43:51
8    wrong; right?    13:43:55
9        A.    Yes.    13:43:56
10       Q.    Your model has a divergence of    13:43:57
11   over five feet for data point S8; right?  I'm    13:44:04
12   referring to Case 1.    13:44:14
13       A.    For which number?    13:44:21
14       Q.    S8?    13:44:22
15       A.    Yes.  Again, the interpretation of    13:44:23
16   that depth through eye witness testimony is    13:44:27
17   different in that particular case.  And, again,    13:44:31
18   it goes to show you that our analysis is    13:44:35
19   independent of all observations.  All    13:44:39
20   observations have to be taken into account in    13:44:44
21   order to explore the realm of understanding.    13:44:47
22   And just as you mentioned with IPET Site 3, just    13:44:51
23   previously of the 7.5 at the same IPET Site 3    13:44:55
24   somebody else has an observed water depth of    13:45:00
25   1.5 feet versus 7.5 and another eye witness at    13:45:03

118

1    that same location in IPET has an observed water    13:45:07
2    depth of zero.  So there is discrepancies even    13:45:12
3    at the same location.  You're going to consider,    13:45:16
4    but you have to consider all information.  It    13:45:24
5    doesn't mean your model's wrong because your    13:45:26
6    model, again, is based on a careful    13:45:28
7    consideration of all -- careful consideration    13:45:33
8    and weighing of all the data, not just one    13:45:36
9    single point.    13:45:40
10       Q.   IPET Site 3, is it three witnesses    13:45:44
11   reporting different depths at the same time?  Is    13:45:47
12   that your testimony?    13:45:49
13       A.   It's whatever information they    13:45:51
14   used to gather that observed water depth.  I'm    13:45:53
15   not 100 percent sure sitting here.  I would need    13:45:57
16   to look at specifically those data points.    13:46:00
17       Q.   Did somebody on your staff go    13:46:03
18   behind IPET to figure out what exactly those    13:46:05
19   data points and observed depths represent?    13:46:10
20       A.   Yes, we've gone through the IPET    13:46:13
21   and have characterized each data point.    13:46:15
22       Q.   Did you calculate an average error    13:46:18
23   between the observed water depth and the    13:46:30
24   simulated water depth?    13:46:33
25       A.   A relative error?    13:46:35

119

1        Q.   No.  I didn't ask about relative    13:46:36
2    error, I asked about average error.  Did you    13:46:39
3    take the observed water depth and the simulated    13:46:42
4    depths and calculate an averaged error?    13:46:46
5        A.   I'm telling you that what we did    13:46:49
6    in this table is that we computed a relative    13:46:51
7    error between the simulated and the observed and    13:46:54
8    that's what's reported.    13:46:57
9        Q.   Using the formula in Equation 1?    13:47:02
10       A.   Correct.    13:47:05
11       Q.   Do you know whether FEMA has    13:47:20
12   requirements concerning acceptable errors or    13:47:23
13   error ranges for model results versus observed    13:47:30
14   values?    13:47:37
15       A.   For flood insurance study    13:47:38
16   purposes, yes.    13:47:49
17       Q.   What are FEMA's requirements?    13:47:52
18       A.   There's a lot of requirements when    13:47:54
19   you conduct flood insurance studies.  They would    13:47:57
20   not be applicable in this case because we're not    13:48:00
21   setting 100 year flood elevations or 500 year    13:48:03
22   flood elevations and it would not even be    13:48:08
23   consistent with this type of analysis.    13:48:14
24       Q.   Do you know whether FEMA uses the    13:48:22
25   root means square technique to calculate errors    13:48:25

120

1    between observed water depths and simulated    13:48:29
2    water depths?    13:48:33
3        A.   I believe that's correct.  But,    13:48:34
4    again, the FEMA models are establishing a 100    13:48:38
5    year flood elevation for mapping purposes.    13:48:45
6    They're not trying to understand differences.    13:48:48
7    They will be calibrating these models to match    13:48:54
8    observed.    13:48:57
9        Q.   What is the error that FEMA    13:49:09
10   requires for the calculations that you've just    13:49:11
11   described?    13:49:18
12       A.   I would have to go back and look    13:49:19
13   into their manuals.    13:49:21
14       Q.   At what point does uncertainty in    13:49:24
15   the value of the observed water depth render a    13:49:31
16   statistical analysis unreliable?    13:49:41
17       A.   Repeat that question.  I'm not    13:49:49
18   sure I understand what you're asking me.    13:49:52
19       Q.   Let me go back a step.    13:49:55
20           Can uncertainty in the observed    13:49:57
21   water depth values render a sensitivity analysis    13:50:00
22   unreliable?    13:50:04
23       A.   There's uncertainty in all    13:50:08
24   information and so when you describe uncertainty    13:50:11
25   in data information, that's a given.  But when    13:50:18

121

1    you do a sensitivity analysis to look at    13:50:23
2    comparing simulated and observes that the    13:50:26
3    uncertainty in some of this information, it's    13:50:31
4    not a one to one evaluation or look.  So, no, I    13:50:34
5    don't believe if there was uncertainty in the    13:50:41
6    observed data that would render your sensitivity    13:50:43
7    analysis invalid.    13:50:46
8        Q.   And it doesn't matter how wide the    13:50:48
9    uncertainty bounds surrounding a given    13:50:51
10   observation, this sensitivity analysis will    13:50:55
11   render reliable results regardless; is that your    13:51:00
12   testimony?    13:51:04
13       A.   I believe the sensitivity analysis    13:51:05
14   is used for the purpose of understanding and    13:51:06
15   finding the best case.  And so in terms of    13:51:10
16   finding and determining which case best fits all    13:51:12
17   the data that the sensitivity analysis is    13:51:22
18   appropriate and should be used in these types of    13:51:25
19   studies.    13:51:28
20       Q.   Does it matter to your analysis if    13:51:29
21   the proper characterization for the observed    13:51:32
22   water depth for point -- for any given point is    13:51:36
23   expressed as a single number or as a plus or    13:51:48
24   minus?  A certain range?    13:51:52
25       A.   I believe we represented the    13:51:55

**122**

1  observed water depth appropriately in order to    13:51:57
2  do the sensitivity analysis.    13:52:00
3      Q.   Does it matter to the output if    13:52:03
4  you represent it as a single point versus a    13:52:08
5  point with plus or minus bars?    13:52:12
6      A.   And I mean, again, that's a    13:52:14
7  hypothetical you're asking me there and clearly    13:52:16
8  if you would go change the data's information    13:52:19
9  it's going to reflect different in the data    13:52:23
10  table itself.  So we would recognize that.    13:52:27
11      Q.   All right.  Let's look at some of    13:52:49
12  these data points in Case 1 versus Case 2.    13:53:37
13  Would you agree for me some of these data points    13:53:41
14  Case 2 results in superior tracking with the    13:53:44
15  observed water depths than Case 1?    13:53:47
16      A.   Are there particular data points    13:53:52
17  that the relative error is more favorable than    13:53:56
18  what was computed in Case 1?  Yes.  Also in    13:54:01
19  Case 1 there's different data points that are    13:54:05
20  more favorable than in Case 2.  That's why the    13:54:08
21  average when you average them all together you    13:54:13
22  look at it as a whole.    13:54:15
23      Q.   Just so I've identified the data    13:54:19
24  points, you would agree with me that for Terry    13:54:21
25  Adams the relative error for Case 2 is better    13:54:24

**123**

1  than it is for Case 1; right?    13:54:30
2      A.   In terms of the relative error    13:54:34
3  computation, yes.    13:54:39
4      Q.   And that's because in Case 1 your    13:54:41
5  simulated water depth is higher than the    13:54:45
6  observed water depth at Adam's location; right?    13:54:48
7      A.   For his second data point, yes.    13:54:52
8      Q.   And for his -- well, okay.  Fair    13:54:55
9  enough.  For his second data point.    13:54:58
10          And the explanation for why Case 2    13:55:00
11  is better than Case 1 for the second data point    13:55:04
12  is that when you open the south breach at 5:30    13:55:07
13  it pours too much water in to match the observed    13:55:10
14  water depth at the second data point; right?    13:55:14
15      A.   It's hard to explain one single    13:55:21
16  data point piece of information and that would    13:55:23
17  be a hypothetical.  I would have to look    13:55:28
18  specifically at Terry Adams.  He's closer to the    13:55:31
19  north breach and for this particular data point    13:55:34
20  it appears that our simulated is higher than    13:55:40
21  what was observed, but I can't tell you that's    13:55:45
22  because the south breach let in more water at    13:55:50
23  that point, it's just results of both breaches    13:55:53
24  at that particular time.    13:55:58
25      Q.   Well, to be fair, in Case 1 and in    13:55:59

**124**

1  Case 2 you opened the north breach at 4:00 a.m.;    13:56:02
2  right?    13:56:06
3      A.   Correct.    13:56:07
4      Q.   So you wouldn't expect Case 1 and    13:56:07
5  Case 2 to be different due to anything that    13:56:10
6  happens at the north breach; would you?    13:56:12
7      A.   At that observed depth, as you    13:56:15
8  could tell it's consistent in both cases, the    13:56:21
9  first data point.    13:56:29
10          Only the second data point is    13:56:30
11  different.    13:56:33
12      Q.   And, therefore, you would infer    13:56:33
13  the difference is due to the water coming into    13:56:35
14  the south breach; right?    13:56:39
15      A.   Let me take a minute, just see if    13:56:47
16  I can help explain that based on the data point    13:56:49
17  that we have documented.    13:56:53
18      Q.   Go ahead.  I think you can find it    13:57:12
19  pretty quickly.  Look at Table 1.  The data    13:57:15
20  point is for, looks like sometime around 6:00?    13:57:22
21      A.   And it says --    13:57:30
22      Q.   Water is at the car door level,    13:57:31
23  four feet, page 83, data N2.  Do you see that?    13:57:34
24      A.   That's correct.  And so in this    13:57:41
25  particular case when we simulate the water    13:57:50

**125**

1  conditions at that location under Case 1,    13:57:53
2  it's -- it is a little higher than with respect    13:57:58
3  to Case 2 when you delay the breach to 7:00.    13:58:02
4      Q.   In fact, Case 2 gives you a value    13:58:11
5  that's only half a foot different for Adams at    13:58:17
6  his location right near the breach or his    13:58:22
7  location, wherever it is?    13:58:25
8      A.   Six tenths of a foot difference,    13:58:26
9  yes.    13:58:30
10      Q.   Six tenths of a difference.  Thank    13:58:31
11  you.  Good.    13:58:34
12          Would you agree with me that --    13:58:34
13  strike that.    13:58:40
14          Case 2 gives you superior results    13:58:50
15  in terms of relative error for the observations    13:58:55
16  of Kendrick Pounds and Daniel Weber; right?    13:59:00
17  Let's take Pounds first?    13:59:05
18          MR. GILBERT:  Objection.    14:00:34
19  BY MR. RAFFMAN:    14:00:39
20      Q.   Can you answer my question?    14:00:39
21      A.   Oh, I'm sorry.  I thought you were    14:00:40
22  looking at something.  I didn't realize you had    14:00:43
23  a question.    14:00:46
24      Q.   No, no.  My question is did Case 2    14:00:46
25  give you a superior result in terms of relative    14:00:49

126

1   error for observation point N4, Kendrick Pounds?   14:00:52
2       A.   Yes.  When you look at Kendrick   14:00:58
3   Pounds he has one data point.  In terms of   14:01:00
4   Case 1, the simulated was 5.16 and simulated   14:01:03
5   depth versus observed at three and a half foot.   14:01:09
6   Case 2 we computed three and a half foot --   14:01:13
7   3.56 feet at that particular time.  So for that   14:01:16
8   particular data point, yes.   14:01:27
9       Q.   Same thing is true for Team   14:01:29
10  Louisiana, number 23, data point N11?   14:01:37
11      A.   Yes.  It produced a value, case   14:01:41
12  two had produced a little bit closer -- a closer   14:01:46
13  value to the observed water depth.  But, again,   14:01:50
14  there's 45 different data points throughout all   14:01:56
15  this analysis.   14:02:00
16          The beauty of the science is that   14:02:06
17  you get to look at all the data points together   14:02:09
18  and measure its performance.   14:02:17
19      Q.   If first point at which your   14:02:33
20  Case 1 produces a superior result to Case 2 is   14:02:36
21  at S1 where Carolyn Berryhill has an observed   14:02:44
22  water depth of 2.0 and Case 1 has a simulated   14:02:52
23  water depth of 2.02 instead of Case 2 at 1.16;   14:02:56
24  right?   14:03:03
25      A.   Yes.  And she lives closer to the   14:03:04

127

1   south breach and, again, that would support the   14:03:07
2   earlier breach time.   14:03:14
3       Q.   The error bar surrounding Carolyn   14:03:28
4   Berryhill's observation is about a foot; isn't   14:03:31
5   it?   14:03:34
6       A.   Yes, it is.  And if we're going to   14:03:35
7   go down that route, so is Terry Adams' error   14:03:54
8   bar, four feet together.   14:04:00
9       Q.   In the case of Carolyn Berryhill,   14:04:12
10  the one foot difference in simulated water depth   14:04:17
11  for that observation is within the error bar for   14:04:21
12  that observation; right?   14:04:25
13      A.   Yes.  And, again, I go back on   14:04:29
14  Terry Adams, it's within the observation bar, as   14:04:37
15  well.   14:04:41
16      Q.   And there are other -- there are   14:04:43
17  other witnesses.  We could go down the list,   14:04:48
18  where the difference between the simulated water   14:04:52
19  depths would be within the error bar of the   14:04:55
20  observation; right?   14:04:58
21      A.   Correct.  And that's why we put   14:05:01
22  the error bars on the data, because it's   14:05:03
23  important as facts for everybody to understand   14:05:06
24  the uncertainties in the information and as   14:05:11
25  experts that's why we even put these tables   14:05:14

128

1   together, so that we can try to help explain all   14:05:17
2   those differences as best we can mathematically.   14:05:24
3       Q.   So if we were to take a different   14:05:27
4   process, not the process you did, but a   14:05:34
5   different process, where we eliminated the   14:05:38
6   observed water depth point and instead inserted   14:05:46
7   a range of error, the result could be to   14:05:50
8   diminish the differences between the various   14:06:06
9   cases; right?   14:06:08
10      A.   If you decided you wanted to look   14:06:13
11  at it that way then, I mean I guess that could   14:06:19
12  be something you would look at.  But I don't   14:06:26
13  believe, again, that procedure has merit, but I   14:06:32
14  would have to look at it.   14:06:36
15      Q.   Let me turn to Chapter 3 of your   14:06:37
16  flood simulation model, page 24?   14:07:29
17      A.   Can I just grab some water real   14:08:22
18  quick?   14:08:25
19          MR. RAFFMAN:  Of course.  Off the   14:08:25
20  record -- actually, on the record.  I'm just   14:08:27
21  going to pour the witness a glass of water.   14:08:29
22          Mr. Spinks, if you want to take a   14:08:37
23  break, we'll take a break.   14:08:40
24          THE WITNESS:  I'm fine, thank you.   14:08:41
25  I just wanted some water.   14:08:43

129

1   BY MR. RAFFMAN:   14:08:44
2       Q.   Chapter 3 of your flood simulation   14:08:45
3   model, this is what describes the time sequence   14:08:47
4   of flooding in the Lower Ninth Ward in St.   14:08:50
5   Bernard Parish; right?   14:08:56
6       A.   Yes, sir.   14:08:58
7       Q.   And would you describe the SOBEK   14:08:58
8   model as a sensitive model?   14:09:06
9       A.   I would describe it as a   14:09:13
10  hydrodynamic one dimensional/two dimensional   14:09:15
11  model.   14:09:19
12      Q.   Your report references work that   14:09:20
13  was done previously by some modelers from the   14:09:23
14  Netherlands; right?   14:09:28
15      A.   The SOBEK model was developed out   14:09:31
16  of Newmark by Delft University, and we have   14:09:39
17  referenced a study that was done by them using   14:09:53
18  the SOBEK model.   14:09:58
19      Q.   Some researchers at Delft   14:10:01
20  University conducted a study of flooding during   14:10:04
21  Hurricane Katrina; right?   14:10:09
22      A.   Yes.   14:10:12
23      Q.   You've reviewed that study as part   14:10:13
24  of your work on this case; right?   14:10:16
25      A.   Yes.   14:10:19

130

```
 1        Q.   I'm handing you what's been marked    14:10:23
 2   as Exhibit 8 to your deposition.          14:10:25
 3        (Spinks Exhibit Number 8 was         14:10:25
 4   marked for identification.)               14:10:32
 5   BY MR. RAFFMAN:                            14:10:32
 6        Q.   My question is whether Exhibit 8    14:10:33
 7   represents the study that you've just described?    14:10:35
 8        A.   I believe does.  It's been a while    14:10:46
 9   since I've looked at this study.  Probably well    14:10:48
10   over a year, but I believe this is the study    14:10:52
11   that we've reviewed.                       14:10:55
12        Q.   Now, turning your attention to    14:11:00
13   page 37 of this study.  Do you recognize this    14:11:05
14   chapter as the chapter in which the Dutch    14:11:18
15   modelers carried out the SOBEK modeling of the    14:11:22
16   Hurricane Katrina flooding in the Lower Ninth    14:11:29
17   Ward in St. Bernard Parish?                14:11:33
18        A.   Yes, it includes that portion of    14:11:36
19   the modelling work done for the St. Bernard    14:11:41
20   Parish for the Katrina flooding.           14:11:44
21        Q.   Now, if you turn to page 38, you    14:11:46
22   recognize that the Dutch modelers used breach    14:11:55
23   times for the north and south breach of    14:11:59
24   7:00 a.m. to 7:30 a.m.?                    14:12:02
25        A.   Correct.                        14:12:09
```

131

```
 1        Q.   This is in contrast to the breach    14:12:12
 2   times that you used of 4:00 a.m. for the north    14:12:15
 3   breach and 5:30 a.m. for the south breach;    14:12:20
 4   right?                                     14:12:24
 5        A.   Yes.  And I can give you an       14:12:25
 6   explanation of why there's a difference.    14:12:30
 7        Q.   Why don't you go ahead and explain    14:12:33
 8   why there's a difference in the breach times?    14:12:43
 9        A.   Okay.  This study that was done in    14:12:46
10   July of '07 was based upon some information that    14:12:49
11   Team Louisiana and ILIT assumed as the breach    14:12:53
12   times.  Even IPET considered in their earlier    14:13:02
13   analysis breach times around the 7:00 a.m. time    14:13:05
14   frame.  They were looking at maximum water    14:13:12
15   level, computations for maximum water levels,    14:13:15
16   not necessarily the time sequence of flooding at    14:13:17
17   every hour within the study area.          14:13:22
18        Q.   Did the Dutch modelers,          14:13:26
19   nevertheless, report a time sequence of flooding    14:13:31
20   based on those inputs that they used?      14:13:33
21        A.   Yes.  Then in our report we       14:13:35
22   explained why we believed they did that and were    14:13:38
23   in contrast to the technical research that ended    14:13:43
24   with IPET's information.                   14:13:47
25        Q.   Before I move on I want to be     14:13:58
```

132

```
 1   clear.                                     14:14:00
 2        Your breach times and the Dutch       14:14:00
 3   breach times are different; right?         14:14:02
 4        A.   Yes, they're different.          14:14:04
 5        Q.   And the Dutch used a 30 minute    14:14:05
 6   time for development of the north and south    14:14:08
 7   breach, whereas you have used 30 minutes for the    14:14:11
 8   north and 15 for the south; right?         14:14:13
 9        A.   Yes, we do differ -- for the IHNC    14:14:16
10   breaches.                                  14:14:20
11        Q.   Yes.                            14:14:21
12        A.   Okay.                           14:14:22
13        Q.   All right.  Now I'm going to ask    14:14:23
14   you to turn to page 25 of your report and look    14:14:31
15   at the snapshot for the development of the    14:14:40
16   flooding at 8:20 a.m.  Do you see that?    14:14:45
17        A.   Yes, sir.                       14:14:49
18        Q.   That is your model's output for    14:14:49
19   the flooding that existed in the Lower Ninth    14:14:51
20   Ward in St. Bernard Parish as of 8:20 in the    14:14:55
21   morning on August 29th; right?            14:14:59
22        A.   Correct.                        14:15:02
23        Q.   Now I'm going to ask you to turn    14:15:11
24   to page 40 of the Dutch report.  You can see    14:15:14
25   this page represents time sequence of flooding    14:15:21
```

133

```
 1   as reported by the Dutch for this same area that    14:15:27
 2   you've used; right?                        14:15:31
 3        A.   Yes.                            14:15:34
 4        Q.   Now, if you look at the Dutch     14:15:36
 5   snapshot for 7:00 in the morning in the upper    14:15:39
 6   left-hand corner, you see that this graph as    14:15:43
 7   done by the Dutch shows very little flooding in    14:15:54
 8   the Lower Ninth Ward as of 7:00 in the morning    14:15:56
 9   because the breaches had just started to develop    14:16:01
10   there; right?                              14:16:03
11        A.   The image shows an assumption made    14:16:05
12   by them and the mathematic output related to    14:16:08
13   that assumption which we believe to be       14:16:12
14   incorrect.                                 14:16:16
15        Q.   I'm not trying to be tricky about    14:16:16
16   this.                                      14:16:19
17        A.   I want to make sure I'm very clear    14:16:19
18   that these are assumptions made in previous    14:16:21
19   documents and that, again, there's been       14:16:24
20   considerable amount of research even since IPET    14:16:30
21   published its reports in '07 and I don't know if    14:16:34
22   the study researchers had some of that        14:16:39
23   information available to them.             14:16:43
24        Q.   Would you agree with me that the    14:16:46
25   Dutch picture for 7:00 in the morning is quite    14:16:49
```

34  (Pages 130 to 133)

134

1    different from the picture you draw at page 24    14:16:53
2    of your report?    14:16:56
3         A.   And, yes, I would expect them to    14:16:57
4    be different.    14:17:00
5         Q.   Would you expect those differences    14:17:03
6    to carry through to later time periods?    14:17:06
7         A.   I would expect there are    14:17:09
8    differences, particularly in the morning time    14:17:17
9    periods.  And, again, this is an image, so    14:17:20
10   whatever you can derive from an image view may    14:17:26
11   we a little deceptive, but once this is    14:17:29
12   completely covered with water you won't see a    14:17:33
13   difference.    14:17:38
14        Q.   All right.  Let's look at the    14:17:38
15   Dutch image for 8:30 in the morning and compare    14:17:40
16   that to your image for 8:20 in the morning.    14:17:43
17        Do you see those two images?    14:17:50
18        A.   Yes, we do.    14:17:53
19        Q.   Would you agree with me that those    14:17:55
20   two images look pretty similar in the scope and    14:17:58
21   depth of the flooding that they portray?    14:18:02
22        A.   Yes.  And probably then I would    14:18:07
23   imagine that they should look fairly similar.    14:18:10
24   They were fairly substantial breaches.    14:18:13
25        Q.   Let's look at the 9:00 pictures.    14:18:16

135

1    Would you agree with me those two images also    14:18:33
2    look pretty similar to each other from your    14:18:37
3    modelling to the Dutch models?    14:18:40
4         A.   Yeah, and I would expect probably    14:18:43
5    to see that, as well.    14:18:46
6         Q.   Why do you expect to see that?    14:18:49
7         A.   Because by 9:00 a.m. the IHNC    14:18:51
8    massive flood waters moved to this area quite    14:19:04
9    rapidly.    14:19:08
10        Q.   And the results that you see by    14:19:12
11   9:00 in the morning look pretty similar,    14:19:15
12   regardless of whether you open the breach at    14:19:19
13   5:30 in the morning, as you have done, or at    14:19:23
14   7:00 in the morning, as the Dutch have done;    14:19:26
15   right?    14:19:29
16        A.   And I mentioned, be careful by    14:19:29
17   looking at a graph, a picture, because, again,    14:19:32
18   flood depths are really what we're looking at.    14:19:37
19   You have to compare flood depth at these    14:19:40
20   locations through the model.    14:19:43
21        But from a ground perspective, an    14:19:44
22   error perspective, you're going to see water    14:19:48
23   there, yes.    14:19:51
24        Q.   Flood depths are, in fact,    14:19:55
25   reflected in the gradations of shading on the    14:19:56

136

1    Dutch model; right?    14:20:01
2         A.   Correct.    14:20:03
3         Q.   Now, the -- to what degree are    14:20:06
4    your conclusions about timing -- strike that.    14:20:57
5         One of the witnesses whose    14:21:05
6    testimony you reviewed is William Villavasso;    14:21:11
7    right?    14:21:14
8         A.   Yes.    14:21:15
9         Q.   Mr. Villavasso's account is    14:21:19
10   included in your Table 1, Appendix E; right?    14:21:22
11        A.   Yes.    14:21:29
12        Q.   He testified that he saw water    14:21:31
13   splashing over the levee at 3:00 in the morning    14:21:33
14   on August the 29th?    14:21:37
15        A.   Yes.    14:21:39
16        Q.   He testified that he heard an    14:21:41
17   explosion and saw the levee wall fall sometime    14:21:46
18   after 3:00 in the morning; right?  Look at    14:21:49
19   Appendix F?    14:21:53
20        A.   Okay.    14:21:55
21        Q.   If you need help.    14:21:56
22        A.   I was looking at our Table 1.    14:21:58
23        Q.   Right.  To get to 3:00 in the    14:22:00
24   morning you have to go to Appendix F.  See in    14:22:07
25   the first entry, "Villavasso heard explosion saw    14:22:11

137

1    levee wall fall after 3:00 a.m.;" right?    14:22:15
2         A.   Yes.  We refer to him throughout    14:22:18
3    this document, but, yes.    14:22:20
4         Q.   So if you credit his account, it's    14:22:21
5    possible that the north breach initiated as    14:22:24
6    early as 3:00 in the morning; right?    14:22:26
7         A.   And we did consider that.    14:22:30
8         Q.   There are other accounts that    14:22:35
9    place the timing of the levee breaches at other    14:22:39
10   time periods; right?    14:22:46
11        A.   Yes.  There are several scientific    14:22:49
12   studies that are being done to look at those    14:22:52
13   breach times.    14:22:55
14        Q.   All right.  And some of the    14:22:57
15   witnesses you have, for instance, Daniel Weber.    14:22:58
16   If you look at Table 1 of Appendix E.  You've    14:23:07
17   reported that Mr. Weber heard two booms around    14:23:10
18   5:00.  It was dark and then there's water it    14:23:14
19   says, "skeeting through the lock,"    14:23:20
20   S-K-E-E-T-I-N-G?    14:23:30
21        A.   It should be probably sheeting.    14:23:31
22        Q.   Whatever he said, you've used    14:23:37
23   Mr. Weber's account as N5 in your sensitivity    14:23:40
24   analysis; right?    14:23:44
25        A.   Correct.    14:23:45

35 (Pages 134 to 137)

**138**

Q.   His account of the timing of the 14:23:46
breach was sometime around 5:00 for the north 14:23:48
breach; right? 14:23:53

A.   If you're referring to the two 14:23:54
booms constitute the breaches, yes. 14:23:59

Q.   It wasn't before 5:00? 14:24:01

A.   According to what I'm reading here 14:24:05
in our table, it says heard two booms around 14:24:09
5:00.  It was dark. 14:24:13

Q.   Now, Andrew Sartin, another 14:24:17
witness who's reported in Table 1 reports a big 14:24:20
crash at the Florida wall, Southern Scrap, 14:24:30
sometime around 6:00 in the morning.  Do you see 14:24:33
that? 14:24:39

A.   Yes, I do. 14:24:39

Q.   Southern Scrap is near the north 14:24:40
breach; right, on the north side of the Florida 14:24:43
Avenue Bridge? 14:24:47

A.   Yes, sir. 14:24:48

Q.   Did you ever read the deposition 14:24:56
of Arcola Sutton? 14:25:02

A.   Let me just check to see if he's 14:25:12
in our data set. 14:25:14

I don't recall, but I can't be for 14:25:34
sure that I haven't. 14:25:37

**139**

Q.   Does it refresh your memory if I 14:25:48
tell you Arcola Sutton is a woman who lived near 14:25:51
the north breach and who said she heard a boom 14:25:55
and water coming in the 5:00, 5:05 a.m. time 14:25:58
frame?  Does that ring any bells for you? 14:26:05

A.   No. 14:26:07

Q.   Based on these witness accounts, 14:26:16
would you agree with me that so far as witnesses 14:26:18
are reporting the times of the breach there are 14:26:21
various times reported by the witnesses, 14:26:23
including people that were not included in the 14:26:29
sensitivity analysis? 14:26:31

A.   There is a lot of information 14:26:33
being given to what people are hearing. 14:26:38

Again, I'm not sure if that's 14:26:43
directly related to the breaches or other noises 14:26:46
and I'm not an expert in that area, but, again, 14:26:49
when we look at it, you know, that definitely 14:26:53
plays a bearing on our understanding of when the 14:26:56
potential breach times could have occurred. 14:26:59

Q.   You don't draw an inference about 14:27:05
what the boom represents one way or the other in 14:27:10
your analysis that you've conducted? 14:27:15

A.   I think we make -- from an 14:27:18
engineering, a scientist standpoint what that 14:27:20

**140**

says is something's happening, could that be 14:27:24
related to a breaching event. 14:27:27

We record that data into our data 14:27:30
information and that plays a factor in terms of 14:27:33
where we initiate those breach times.  So, yes, 14:27:38
it plays a factor, but does that constitute 14:27:41
actual time in breaches, no. 14:27:45

Q.   And what you've just described is 14:27:52
as far as you as a scientist are willing to go 14:27:55
in drawing inferences about what the boom 14:27:58
represents; is that fair? 14:28:00

A.   Right.  I recognize it could be 14:28:02
that, it could be the wall after the breach.  I 14:28:05
can't speculate to what that noise was.  I can 14:28:11
only use that in interpretation with what the 14:28:14
data is saying. 14:28:20

Q.   To save some time, are there 14:28:21
accounts of boom noises in connection with the 14:28:24
south breach that also vary as to the time that 14:28:27
they're reported? 14:28:30

A.   If there are we would have 14:28:31
reported that type of information in these 14:28:38
tables.  I'm not 100 percent sure.  I would have 14:28:40
to review. 14:28:43

Q.   Let's very quickly take a look at 14:28:44

**141**

the account of Mr. McFarland in Appendix E for 14:28:46
the south breach.  McFarland hears a boom in the 14:28:51
6:00, 6:15 time frame.  Do you see that? 14:29:04

A.   Yes. 14:29:08

Q.   He's got water in his house up to 14:29:08
his knees he reports by 6:45.  Do you see that? 14:29:13

A.   Yes. 14:29:18

Q.   Do you know whether Mr. McFarland 14:29:18
had a watch on? 14:29:21

A.   No, I do not. 14:29:22

Q.   All right. 14:29:24

MR. GILBERT:  Objection. 14:30:01

MR. RAFFMAN:  Let's go off the 14:30:04
record. 14:30:06

THE VIDEOGRAPHER:  Okay.  This 14:30:06
marks the end of tape number three in the 14:30:16
deposition of Melvin Spinks.  We're going off 14:30:19
the record to change tapes and the time is 14:30:48
2:31 p.m. 14:30:52

(A brief recess was taken.) 14:47:35

THE VIDEOGRAPHER:  We are back on 14:47:35
the record.  Here marks the beginning of tape 14:47:55
number four in the deposition of Mr. Melvin 14:47:57
Spinks and the time is 2:45 p.m. 14:48:01
BY MR. RAFFMAN: 14:48:07

36 (Pages 138 to 141)

**142**

1    Q.   Thank you.  Mr. Spinks, let's turn      14:48:08
2  to page 32 of your report.  I'm going to ask you      14:48:10
3  some questions about the flood model simulation      14:48:13
4  scenarios.                              14:48:17
5    A.   Okay.                           14:48:26
6    Q.   In this section of your report you      14:48:30
7  describe the results that you derived when you      14:48:34
8  ran your model based on four hypothetical      14:48:38
9  scenarios that you identify at page 32?      14:48:41
10    A.   Yes.  We present those scenarios      14:48:47
11  on page 32.                          14:48:50
12    Q.   And the scenarios are presented to      14:48:51
13  understand the contribution of different sources      14:48:53
14  of flooding in terms of flooding times and      14:48:56
15  depths?                              14:48:59
16    A.   Yes.                           14:49:00
17    Q.   So you ran one scenario with all      14:49:01
18  the breaches, that's Scenario 1?      14:49:08
19    A.   Scenario 1 represents all causes.      14:49:10
20  Basically the condition that existed in the area      14:49:14
21  during Hurricane Katrina.             14:49:17
22    Q.   All right.  That is represented by      14:49:20
23  the blue line on Figures 15 to 19; right?      14:49:21
24    A.   Correct.                        14:49:26
25    Q.   Scenario 2 is run with IHNC north      14:49:27

**143**

1  and south floodwall breaches, levee and      14:49:37
2  floodwall overtopping along the IHNC and MRGO      14:49:41
3  from storm surge, and rainfall; correct?      14:49:49
4    A.   Correct.  It represents the IHNC      14:49:51
5  levee breaches only.                  14:49:54
6    Q.   Scenario 2 appears as the orange      14:49:55
7  line on Figures 15 through 19; right?      14:50:00
8    A.   Correct.                        14:50:06
9    Q.   You ran a scenario with MRGO levee      14:50:07
10  breaches that includes the multiple levee      14:50:10
11  breaches along MRGO, levee and floodwall      14:50:17
12  overtopping from IHNC and MRGO from storm surge,      14:50:21
13  and rainfall; right?                  14:50:26
14    A.   Yes.                           14:50:26
15    Q.   That means that for Scenario 3      14:50:27
16  you're assuming that the IHNC north and south      14:50:30
17  floodwall breaches did not happen; right?      14:50:34
18    A.   The breaches, that's correct, but      14:50:38
19  the overtopping still is included.      14:50:40
20    Q.   You include IHNC overtopping, but      14:50:42
21  you exclude north breach and you exclude south      14:50:45
22  breach; is that correct?              14:50:49
23    A.   That's correct.                 14:50:51
24    Q.   In this scenario you're going to      14:50:53
25  see what time the water would arrive and how      14:50:55

**144**

1  high it would get if there were no IHNC      14:50:57
2  breaches; right?                     14:51:02
3    A.   Correct.                        14:51:03
4    Q.   That's the pink line on page --      14:51:03
5  I'm sorry, on Figures 15 through 19; right?      14:51:06
6    A.   Correct.                        14:51:10
7    Q.   Then you ran Scenario Number 4      14:51:11
8  with no breaches, so that's only overtopping and      14:51:13
9  rainfall; right?                     14:51:19
10    A.   Correct.                        14:51:21
11    Q.   And that Scenario 4 is the green      14:51:21
12  line on pages 15 through 19; right?      14:51:24
13    A.   Correct.                        14:51:28
14    Q.   Would it have been possible for      14:51:28
15  you to run a simulation that assumed a north      14:51:33
16  breach, but not a south breach, and to compare      14:51:36
17  those scenarios?                     14:51:39
18    A.   Yes.                           14:51:40
19    Q.   Would it have been possible for      14:51:43
20  you to run a simulation that used a south      14:51:45
21  breach, but not a north breach, and compare      14:51:49
22  those scenarios?                     14:51:52
23    A.   Yes, if we felt it was necessary.      14:51:53
24    Q.   All right.  Let's take a look at      14:52:01
25  Figure 15 then.  Figure 15 refers to water      14:52:03

**145**

1  depths at Location 1; correct?              14:52:12
2    A.   Correct.                        14:52:14
3    Q.   Location 1 is shown on Figure 14      14:52:15
4  at page 32; right?                   14:52:18
5    A.   Yes, sir.                       14:52:19
6    Q.   And Location 1 is in the Lower      14:52:20
7  Ninth Ward; right?                   14:52:24
8    A.   Yes, closer to the Arpent levee.      14:52:25
9    Q.   Now on Figure 15 you've got water      14:52:41
10  depth on the vertical axis; right?      14:52:45
11    A.   Yes.                           14:52:47
12    Q.   And you have time in terms of      14:52:48
13  hours from August 29th, 2005, Central Daylight      14:52:51
14  Time; right?                         14:52:57
15    A.   Yes, sir.                       14:52:58
16    Q.   So if I'm reading the graph right,      14:52:59
17  does your Figure 15 show that as of 8:00 p.m. on      14:53:01
18  August 29th the blue line for all causes puts an      14:53:09
19  equivalent amount of water into the location as      14:53:15
20  the pink line for the MRGO levee breaches?      14:53:18
21    A.   Yes.                           14:53:22
22    Q.   And that equivalent trend between      14:53:23
23  all causes and MRGO levee breaches begins in the      14:53:29
24  neighborhood of 1:00 p.m. or 2:00 p.m.; right?      14:53:34
25    A.   For all causes?  I want to make      14:53:45

**146**

1   sure I understand what you're referring to.      14:53:47
2        Q.   The convergence of the pink and       14:53:50
3   the blue line begins sometime around 2:00 p.m.;      14:53:53
4   is that fair?                                    14:53:58
5        A.   Yes.                                   14:53:58
6        Q.   As of 2:00 p.m. your model run        14:53:59
7   puts an equivalent amount of water in from all      14:54:02
8   causes -- well, let me strike that.             14:54:05
9        The water level as of 2:00 in the          14:54:08
10  afternoon is the same for the blue line for all      14:54:13
11  causes and the pink line for MRGO levee breaches      14:54:17
12  only; right?                                     14:54:22
13       A.   Okay.  Yes.                            14:54:23
14       Q.   All right.  Did these results          14:54:24
15  change dramatically from the report that you      14:54:26
16  submitted in 2008?                               14:54:28
17       A.   I don't believe so.                    14:54:30
18       Q.   Now, if we look at the difference      14:54:34
19  in the blue line and the pink line, the         14:54:38
20  difference is that in the blue all causes line      14:54:42
21  the water arrives at the location a few hours      14:54:47
22  earlier when you have all causes than when you      14:54:51
23  have only the MRGO breaches and the pink line?      14:54:55
24       A.   Yes.  What actually happened in        14:55:00
25  the study area is shown to be that in terms of      14:55:02

**147**

1   the all causes, so that would represent when      14:55:06
2   flood waters would have reached the water depth      14:55:10
3   at Location 1, ==if you assume that the levees==      14:55:13
4   ==would not have breached on the -- along the IHNC==      14:55:18
5   ==and that you only considered MRGO breaches and==      14:55:24
6   ==overtopping, then what you're referring to is==      14:55:29
7   ==that at some point in time in the future this==      14:55:32
8   ==area would have been affected by only MRGO's==      14:55:35
9   ==waters and according to this analysis that's a==      14:55:40
10  ==yes.==                                          14:55:43
11       Q.   Right.  And the difference between      14:55:44
12  the blue and the pink line is that the blue line      14:55:46
13  gets there a few hours earlier than the pink      14:55:49
14  line?                                            14:55:52
15       A.   About -- let's say, six, seven,        14:55:54
16  eight, nine, ten, 11, maybe five hour           14:55:58
17  difference.                                      14:56:03
18       ==Q.   Okay.  And at the end of the day==      14:56:04
19  ==the water level is the same between blue and==      14:56:11
20  ==pink?==                                         14:56:16
21       ==A.   It looks like -- yes, at this==      14:56:16
22  ==particular location they merge at the same==      14:56:19
23  ==level.==                                        14:56:22
24       Q.   For Figure 16, this is the            14:56:22
25  hydrographs at Location 2; right?               14:56:34

**148**

1        A.   Yes.                                   14:56:39
2        Q.   Location 2 is in St. Bernard          14:56:40
3   Parish to the west of Paris Road?               14:56:44
4        A.   Yes.                                   14:56:49
5        Q.   And, again, by the end of the day      14:56:51
6   the water level represented by the blue line for      14:56:54
7   all causes is the same as the water level       14:56:58
8   represented by the pink line for MRGO levee      14:57:02
9   breaches only; right?                           14:57:05
10       A.   Yes.  They would have matched up      14:57:06
11  at this location.                               14:57:08
12       Q.   So the water level from MRGO only      14:57:09
13  and without the IHNC breaches at the end of the      14:57:13
14  day is the same as when you have all breaches,      14:57:17
15  including the IHNC?                              14:57:21
16       A.   Theoretically.  That's not what      14:57:23
17  happened, but this is a theoretical analysis and      14:57:25
18  in accordance with the theory, that's what would      14:57:29
19  have happened.                                   14:57:32
20       Q.   And this is what your model shows;      14:57:33
21  right?                                           14:57:36
22       A.   Yes, in theory.                        14:57:37
23       Q.   When you run your model with all      14:57:38
24  breaches, including the IHNC, the water gets      14:57:42
25  there somewhat earlier than when you run it with      14:57:45

**149**

1   only the MRGO breaches; right?                  14:57:48
2        A.   Yes.  At this Location 2, as well      14:57:51
3   as Location 1, yes.                             14:57:55
4        Q.   But at Location 1 you counted         14:57:56
5   about five hours, at Location 2 the difference      14:57:58
6   is only about one to two hours; right?          14:58:01
7        A.   Yes.  Before there's a mixing,        14:58:04
8   yes, that's correct.                            14:58:13
9        Q.   And to be clear, the water when      14:58:15
10  you have all causes, reaches its maximum level      14:58:24
11  at Location 2 around 11:00 a.m.; right?         14:58:28
12       A.   Yeah, between 11:00 and 12:00.        14:58:32
13       Q.   The water when you exclude the      14:58:39
14  IHNC breaches and you include only the MRGO      14:58:42
15  breaches, it reaches its maximum level sometime      14:58:46
16  around 2:00 or shortly after; right?            14:58:48
17       A.   Yes.                                   14:58:51
18       Q.   And the level that it reaches is      14:58:51
19  the same between the pink and the blue lines?      14:58:53
20       A.   Yes.                                   14:58:56
21       ==Q.   Without the IHNC breaches you get==      14:58:57
22  ==to the same water level, but just a couple of==      14:59:10
23  ==hours or a few hours later?==                   14:59:13
24       ==A.   At Location 1 about five hours==      14:59:17
25  ==later.  At Location 2 closer to Paris Road where==      14:59:20

150

1   we know the two waters mixed, then about an hour   14:59:24
2   to two hours difference.                        14:59:28
3       Q.   All right.  At page 33 of your          14:59:30
4   report you wrote that between 9:50 a.m. and      14:59:44
5   12:20 p.m. Central Daylight Time flood waters    14:59:52
6   from MRGO added an additional four feet of flood 14:59:55
7   depth in the Lower Ninth Ward.  Is that what you 14:59:58
8   wrote there?                                     15:00:01
9       A.   Yes.                                    15:00:02
10      Q.   That's one of the conclusions in        15:00:02
11  your report?  Yes?                               15:00:04
12      A.   Yes.                                    15:00:13
13      Q.   Do you have reason to believe that      15:00:14
14  this would differ for other locations?           15:00:17
15      A.   Yes.  It's a general statement.  I      15:00:22
16  mean we're trying to give a relative -- some     15:00:25
17  relative information here, but you would need to 15:00:29
18  look specifically at each location.  Clearly     15:00:31
19  there is a merging of this water.  It's          15:00:34
20  fairly -- it's indivisible in the sense that     15:00:39
21  it's hard to find the differences in terms of    15:00:43
22  contribution between the two as they mix.        15:00:47
23      Q.   Well, let's -- I'll ask you about       15:00:50
24  that, but before I do, would you expect that the 15:00:57
25  amount of water added by the MRGO, as compared   15:01:03

151

1   to the Lower Ninth Ward, would increase as a     15:01:07
2   function of distance away from the IHNC breaches 15:01:12
3   toward the east?                                 15:01:22
4       A.   It's all relative in terms of          15:01:24
5   time.  Let's talk specifically though about      15:01:28
6   Katrina is that the breaches propagated the      15:01:31
7   flood wave east towards Paris Road and, as we    15:01:35
8   noted in our report, the water from the IHNC     15:01:43
9   filled a significant part of all the St. Bernard 15:01:49
10  Parish and at a point in time, which is around   15:01:55
11  the 9:20, 9:30 time frame, we have a mixing of   15:01:59
12  now MRGO's water and the water from the IHNC.    15:02:04
13      Prior to this 9:00 time frame the            15:02:09
14  water is the water from the IHNC and the depth   15:02:13
15  would vary across the study area, the St.        15:02:19
16  Bernard Parish.                                  15:02:25
17      Q.   Before I move off of these graphs,      15:02:25
18  on Figure 15 your green line shows a water depth 15:02:28
19  of six feet at that location, purely as a result 15:02:35
20  of overtopping and rainfall?                     15:02:39
21      A.   Yes.  Overtopping along MRGO and        15:02:44
22  overtopping along the IHNC.                      15:02:55
23      Q.   All right.  Now, you used the word      15:02:58
24  indivisible just now, the word indivisible was   15:03:07
25  absent from the first version of your report in  15:03:16

152

1   June 2008; correct?                              15:03:21
2       A.   Correct.                                15:03:23
3       Q.   Whose idea was it to include the        15:03:28
4   word indivisible in your revised report?         15:03:31
5       A.   If I recall correctly, we were          15:03:39
6   talking about the results with the attorneys and 15:03:42
7   we were trying to discuss how to best represent  15:03:44
8   the mixing of waters and the question got asked  15:03:48
9   when these waters combine can you really         15:03:55
10  differentiate whether it's the IHNC's water or   15:03:58
11  MRGO's water?  And I think the term propagated   15:04:03
12  from that discussion.  They said is that         15:04:06
13  indivisible.  I said probably so.  I mean you    15:04:12
14  really can't divide out, so I mean that would be 15:04:16
15  a term that we could probably look at.           15:04:19
16      Q.   The lawyers asked you whether you       15:04:21
17  could include the term indivisible and you       15:04:24
18  concluded that you could; right?                 15:04:27
19      A.   Yes.                                    15:04:29
20      Q.   What does that term mean to you?        15:04:40
21      A.   I think I just explained that.  It      15:04:42
22  means that you can't really distinguish between  15:04:45
23  the waters, their mixing together.               15:04:47
24      Q.   The waters are mixing together?         15:04:54
25      A.   Right.  They're indivisible.            15:04:57

153

1       Q.   In the sense that they're mixing        15:04:59
2   together; right?                                 15:05:01
3       A.   Correct.                                15:05:02
4       Q.   Go ahead, finish.                       15:05:03
5       A.   I just said their reaction of           15:05:04
6   coming together.                                 15:05:06
7       Q.   I just wanted to understand the         15:05:11
8   sense.  Now, one of the things you do as a       15:05:13
9   modeler is you are able to quantify the time     15:05:17
10  sequence and the relative contributions of       15:05:21
11  various sources of flooding; right?              15:05:24
12      A.   Yes.  That's what we try to look        15:05:27
13  at in our modelling.                             15:05:31
14      Q.   Notwithstanding that water is           15:05:33
15  mixing from various sources, you are able to     15:05:36
16  determine through the application of a model how 15:05:43
17  much water has come from a particular source at  15:05:46
18  that location at that time; right?               15:05:51
19      A.   Yes, which I think that's what's        15:05:54
20  reported in our report.                          15:05:57
21      Q.   And so -- you answered my               15:06:00
22  question.  I'm sorry.  Let me move to a          15:06:14
23  different part of my outline.                    15:06:19
24      Does the SOBEK model have                    15:06:29
25  specifications for error rates associated with   15:06:32

**154**

1   the model?                                    15:06:36
2       A.   I don't know they have specific       15:06:46
3   error rates.  I think every study has a measure    15:06:51
4   of accuracy and I believe every study gathers    15:06:55
5   data as accurate as possible, and so I don't    15:06:59
6   think a model necessarily has errors.  I think    15:07:05
7   it may be the data inherent that you would code    15:07:08
8   the model with.                                 15:07:15
9       Q.   Have you quantified the               15:07:17
10  uncertainty or rate of error in the model       15:07:19
11  results that you've reported?                   15:07:22
12      A.   No.  We have not done a risk based    15:07:26
13  analysis of any sort to quantify the error      15:07:29
14  uncertainty in the water surface elevation or   15:07:34
15  the flows.                                      15:07:37
16      Q.   The inputs that you used for SOBEK    15:07:39
17  model are reported in Chapter 2 of your report;  15:07:44
18  right?  I'm thinking of page 15, Section 2.3?   15:07:47
19      A.   Yes.  The model inputs?               15:07:59
20      Q.   Right.  Actually, before I get        15:08:05
21  there, you had to use some topography as a set   15:08:08
22  up for your model; right?                       15:08:16
23      A.   Correct.                              15:08:18
24      Q.   And the topography that you used      15:08:18
25  was derived principally from LIDAR data; is that  15:08:21

**155**

1   right?                                          15:08:27
2       A.   The best available data that we       15:08:27
3   have, the government has was obtained.  LIDAR   15:08:32
4   represents the best available topography that's  15:08:36
5   out on the market today.  And, yes, that data   15:08:41
6   was used.                                       15:08:45
7            Now, it's supplemented with very      15:08:45
8   detailed surveys around the breaches along the  15:08:51
9   berms and the walls.  So wherever we were able  15:08:54
10  to gather the precision survey work that was    15:08:57
11  used and supplemented within the model's input.  15:09:01
12      Q.   Does LIDAR have a rate of error or    15:09:05
13  uncertainty associated with those results?      15:09:08
14      A.   Clearly all data does, yes.           15:09:12
15      Q.   Can you tell me what the rate of      15:09:14
16  error or uncertainty is in the LIDAR data?      15:09:17
17      A.   Generally I believe the vertical      15:09:21
18  has an error of maybe a half a foot and I can't  15:09:24
19  be 100 percent on this, I need to really ask an  15:09:28
20  expert in my office who understands all the     15:09:32
21  topographic information, but I believe it's     15:09:37
22  about a half a foot vertical.                   15:09:41
23      Q.   Now, as you model flow of water       15:09:42
24  away from the IHNC breaches, does the           15:09:47
25  uncertainty in the modelling results increase   15:09:52

**156**

1   due to the uncertainty of the LIDAR inputs as a   15:09:58
2   function of distance from the IHNC?             15:10:05
3       A.   I think I need to answer that,         15:10:10
4   these models are the best available technical   15:10:13
5   mathematical tools that are the standard of     15:10:17
6   practice to evaluate the hydrologic, as well as  15:10:21
7   the hydraulic movement of water, and these      15:10:26
8   models predict, they simulate flood levels.  You  15:10:30
9   have to compare them to ground elevations.      15:10:36
10           So in terms of errors trying to       15:10:39
11  compute this error ability, I'm not sure it     15:10:42
12  really -- I've ever expressed this model has a  15:10:47
13  five degree, you know, five foot error          15:10:52
14  associated with it, so it's not -- you can't use  15:10:54
15  it.                                             15:10:59
16           We don't discuss things in those      15:10:59
17  terms, it's in the terms of the input data.     15:11:02
18           So, in answering that question,       15:11:05
19  no, these are the most sophisticated models     15:11:08
20  available on the market in order to predict     15:11:11
21  flood levels.                                   15:11:14
22      Q.   Let me try again.                      15:11:16
23      A.   Okay.                                  15:11:21
24      Q.   You said that LIDAR has a half a      15:11:22
25  foot vertical uncertainty associated with it    15:11:26

**157**

1   and -- right, give or take?                     15:11:29
2       A.   Let me make sure you understand        15:11:32
3   what that means, okay.  Let's say this table    15:11:35
4   represents the ground topography; right?  So    15:11:39
5   when you acquire the data for this table you    15:11:43
6   don't measure a point of elevation, so you go to  15:11:47
7   that side of the table and you measure its      15:11:50
8   elevation with a precision survey, okay, it says  15:11:53
9   that's very precise, it's right on the number,  15:11:56
10  okay.  Then you come over here and you measure  15:11:59
11  it and let's say the elevation is lower, so     15:12:02
12  there's some error in pinpointing locations     15:12:05
13  within the table that has some of it lower, some  15:12:09
14  of it higher, although it's all flat.           15:12:12
15           So in a relative term, if you look    15:12:15
16  at the entire table you expect about a half a   15:12:18
17  foot of error.                                  15:12:23
18      Q.   I think I've understood your          15:12:25
19  point.  At any given location in the area you   15:12:27
20  expect a half a foot of error in the            15:12:31
21  topographic --                                  15:12:35
22      A.   Than what it really is.               15:12:36
23      Q.   Okay.                                  15:12:38
24      A.   But some of it's zero and the         15:12:39
25  maximum error could be a half a foot.  You may  15:12:42

158

1    not have that half a foot, at all.          15:12:44
2         Q.    All right.  That uncertainty in        15:12:49
3    the LIDAR data propagates into your model;       15:12:52
4    right?                                    15:12:57
5         A.    It's inherent in all data.          15:12:57
6         Q.    All right.  The roughness          15:13:01
7    coefficients that you use, let me ask about      15:13:07
8    that.  What is a roughness coefficient?       15:13:11
9         A.    It is a parameter used by          15:13:13
10   hydraulic models to represent the surface or the   15:13:16
11   type of land uses along a flow path.          15:13:24
12           It is a standard parameter that's      15:13:33
13   been established for many, many years, numerous    15:13:37
14   studies have been conducted to identify typical   15:13:42
15   ranges in accordance with land use types and    15:13:56
16   ground cover.                             15:14:00
17        Q.    The roughness coefficients you      15:14:05
18   used are described in Appendix C to your report?  15:14:07
19        A.    Ask me that question.             15:14:14
20        Q.    Are the roughness coefficients      15:14:25
21   that you use described in your report, Appendix    15:14:27
22   C?                                        15:14:30
23        A.    Yes.                            15:14:31
24        Q.    Are they set forth in Table 1?      15:14:32
25        A.    Yes, they are.                    15:14:34

159

1         Q.    You wrote that your, "study area      15:14:38
2    is comprised of various land use types,       15:14:41
3    including residential, commercial, industrial    15:14:43
4    and vegetated areas."  I think that probably    15:14:46
5    appears on page 16 of your report text.       15:14:51
6         A.    Okay.                           15:14:54
7         Q.    Does that make sense to you, what    15:14:55
8    I've said?                                 15:14:57
9         A.    Yes.                            15:14:58
10        Q.    Residential land use, what does      15:14:58
11   the term residential mean as you've used it?     15:15:05
12        A.    It is houses, apartments, anything   15:15:08
13   associated with single or multifamily housing.   15:15:13
14        Q.    Is your definition unique to the     15:15:18
15   Lower Ninth Ward or of more general          15:15:22
16   applicability?                            15:15:24
17        A.    Let's say the Lower Ninth Ward in    15:15:27
18   terms of housing stock would be typical of a    15:15:29
19   residential land use type.                 15:15:33
20        Q.    Would you use for the Lower Ninth    15:15:36
21   Ward a Manning's coefficient that's similar to   15:15:41
22   say a residential area near your home in Texas?  15:15:44
23        A.    It would be applicable based on      15:15:51
24   the density of housing in that area, yes.     15:15:55
25        Q.    Would the same thing be true, say   15:15:59

160

1    for a suburban residential neighborhood?      15:16:01
2         A.    You would have to look on the       15:16:08
3    parcels, you know, what the suburban          15:16:12
4    nomenclature, I guess, constitutes.          15:16:21
5         Q.    The appendix you have here says      15:16:28
6    that the Manning roughness coefficients were    15:16:31
7    obtained from various technical publications    15:16:35
8    including IPET and Chow; do you see that?      15:16:38
9         A.    Yes.                            15:16:41
10        Q.    Chow is a study that was done in     15:16:44
11   1959 called Open Channel Hydraulics; right?     15:16:47
12        A.    The Bible of Open Channel          15:16:52
13   Hydraulics, Dr. Ven T. Chow.               15:16:56
14        Q.    Did Chow provide any specifics      15:17:05
15   regarding your particular area of the United    15:17:08
16   States, Lower Ninth Ward, New Orleans, any other  15:17:14
17   location?                                 15:17:18
18        A.    Chow's book represents all types    15:17:18
19   of land services and conditions and provides a   15:17:22
20   range of various end values that would be     15:17:27
21   applicable across the world.               15:17:37
22        Q.    What value did you use as your      15:17:41
23   Manning coefficient for residential?        15:17:44
24        A.    .05, according to Table 1.         15:17:51
25        Q.    I'm handing you what's been marked  15:17:56

161

1    as Exhibit 9 to your deposition.            15:17:59
2           (Spinks Exhibit Number 9 was         15:17:59
3    marked for identification.)                15:18:06
4    BY MR. RAFFMAN:                            15:18:06
5         Q.    I will represent Exhibit 9 is from   15:18:07
6    IPET Report, Volume IV, Appendix 5, page 102.   15:18:09
7           I'm going to ask you to refer to      15:18:20
8    page C-7 of your appendix.  Page C-7 refers to   15:18:23
9    reference 2, IPET Volume IV, page IV-5-102.  Do  15:18:35
10   you see that in your reference list?        15:18:42
11        A.    Yes.                            15:18:44
12        Q.    Is Exhibit 9 to your deposition a   15:18:44
13   copy of the reference that you used from IPET?   15:18:48
14        A.    Which reference number was that?    15:18:54
15   Was that number 2 that you're looking at?     15:19:03
16        Q.    Yes, sir.                        15:19:07
17           MR. GILBERT:  What page, sir?        15:19:08
18           MR. RAFFMAN:  C-7 of the appendix    15:19:11
19   is the reference list.                    15:19:13
20           THE WITNESS:  I believe so, if       15:19:17
21   this is in the technical appendix of IPET Volume  15:19:18
22   IV, it would be.                          15:19:22
23   BY MR. RAFFMAN:                            15:19:24
24        Q.    All right.                       15:19:24
25           Do you see Exhibit 9 contains       15:19:30

41 (Pages 158 to 161)

**162**

1 Manning coefficients; right?                     15:19:33
2    A.   Yes.                     15:19:36
3    Q.   Exhibit 9 contains two Manning   15:19:36
4 numbers for residential areas.  Do you see that?   15:19:38
5    A.   Yes.                     15:19:43
6    Q.   It contains high residential   15:19:43
7 that's stated as 1.4; right?                     15:19:46
8    A.   Yes.                     15:19:48
9    Q.   Exhibit 9 has low residential   15:19:49
10 taken as .07; right?                     15:19:52
11    A.   Yes.                     15:19:55
12    Q.   You're Manning coefficient for   15:19:55
13 residential is .05; right?                     15:19:57
14    A.   Correct.                     15:20:01
15    Q.   That's a lower number than either   15:20:02
16 of the two numbers used in IPET; right?   15:20:05
17    A.   Yes.  In terms of what this table   15:20:08
18 reflects.                     15:20:13
19    Q.   Did you, in fact, use a lower   15:20:13
20 Manning coefficient for residential than IPET   15:20:16
21 used?                     15:20:19
22    A.   I see a table here, but I can't   15:20:20
23 tell you that's what IPET used in their model.   15:20:24
24 I can tell you this is some information that has   15:20:32
25 been referenced, but I cannot tell you that IPET   15:20:34

**163**

1 may have made adjustments to their n values in   15:20:37
2 their models.                     15:20:42
3    Q.   Where did you get the number you   15:20:43
4 use, .05?                     15:20:45
5    A.   .05 is a fairly standard number in   15:20:47
6 terms of Manning's roughness coefficient for   15:20:50
7 residential, any areas with buildings, any urban   15:20:54
8 areas.  If it gets much denser then we may run   15:20:58
9 to .07. I don't think we're really referring to   15:21:03
10 a .14 condition across the study area, but I   15:21:08
11 don't think .05 is unreasonable.                     15:21:18
12    Q.   Did you get .05 from Chow?   15:21:20
13    A.   You know, clearly we looked at his   15:21:24
14 information, as well.                     15:21:27
15    Q.   Did you use the USGS land use   15:21:45
16 factors in deriving your residential Manning   15:21:51
17 value?                     15:21:55
18    A.   I think we have outlined in our   15:22:00
19 report the land use types in Figure 1 of our   15:22:04
20 report and in our report it indicates our land   15:22:16
21 uses were initially obtained from IPET and then   15:22:21
22 we did additional research to supplement the   15:22:26
23 land uses by comparing aerial photographs and   15:22:30
24 verifying the types of land uses within the   15:22:34
25 study area.                     15:22:37

**164**

1    Q.   The land uses is what you used to   15:22:39
2 populate the study area; right?                     15:22:46
3    A.   Yes.  The land uses describe the   15:22:48
4 study area and help us determine the types of   15:22:52
5 parameters associated with that type of land use   15:22:56
6 like Manning's n, like the curve number and   15:22:59
7 other factors.                     15:23:02
8    Q.   What's the effect of using a lower   15:23:06
9 Manning number than IPET reported in its table?   15:23:10
10    A.   Well, I mean the higher the n   15:23:17
11 value the more restrictive water will move   15:23:22
12 through an area as long as it's on that wedded   15:23:26
13 perimeter.                     15:23:33
14    So a lower n value would have more   15:23:34
15 efficiency in moving water to an area and it's a   15:23:37
16 normal calibration parameter as long as it's   15:23:41
17 within reason.                     15:23:48
18    Q.   Are any of the Manning   15:23:56
19 coefficients that you used specific to the   15:24:01
20 terrain of the area that you modeled?   15:24:06
21    A.   I believe they're all   15:24:12
22 representative of the terrain we modeled.  We   15:24:14
23 modeled residential, we modeled commercial, we   15:24:18
24 modeled industrial.  We defined all the areas in   15:24:21
25 accordance with the type of land use that   15:24:27

**165**

1 existed in the study area.                     15:24:30
2    Q.   You used a single Manning   15:24:32
3 coefficient .05 for any part of the study area   15:24:48
4 that you termed residential; right?   15:24:54
5    A.   Yes.                     15:24:56
6    Q.   And you used a single Manning   15:24:57
7 coefficient of .05 for any part of the study   15:25:01
8 area than you termed commercial; right?   15:25:05
9    A.   Correct.                     15:25:08
10    Q.   Was any part of your study area,   15:25:09
11 strip mines, quarries, gravel pits, upland,   15:25:14
12 barren, code 75?                     15:25:20
13    A.   I don't believe so.  We can study,   15:25:23
14 if you like, Figure 1.  Figure 1 has a legend of   15:25:25
15 the various types of land uses.  If we look at   15:25:31
16 that legend and the color coding in Figure 1,   15:25:37
17 which is on page C-3.                     15:25:42
18    Q.   Yes.                     15:25:44
19    A.   You see the pink is residential.   15:25:46
20 That dominates the study area within the Lower   15:25:48
21 Ninth Ward and the St. Bernard Parish.  We have   15:25:53
22 some industrial, which you'll see along the   15:25:57
23 Mississippi River.                     15:26:01
24    We have -- I mention commercial.   15:26:03
25 You'll see the commercial land uses through   15:26:08

**166**

1   there.                                15:26:12
2          We have agriculture, which is    15:26:13
3   represented.                            15:26:16
4          So -- we have waterways, wetlands.  15:26:17
5   So, yeah, I think we -- I think it was a very  15:26:24
6   distinctive look at all the different types of  15:26:30
7   land uses and associated n values.       15:26:33
8      Q.   And you've characterized many    15:26:39
9   different types of land in the study area as  15:26:42
10  reported in Figure 1; right?             15:26:46
11     A.   Correct.                          15:26:48
12     Q.   I'll give you that.               15:26:48
13         Then you applied Manning          15:26:50
14  coefficients that are derived from a table  15:26:52
15  reported in Table 2 of Appendix C; right?  15:26:55
16     A.   And I want to make sure you       15:26:59
17  understand what Table C.                 15:27:07
18     Q.   I'm sorry --                      15:27:08
19     A.   Table 2.                          15:27:10
20     Q.   I meant Table 1 of Appendix C.  I  15:27:11
21  didn't mean Table 2.                     15:27:15
22     A.   Yes.  In defining the Manning's   15:27:16
23  roughness coefficients, it's defined in terms of  15:27:20
24  the land use class.                      15:27:25
25         The area represents, as shown in   15:27:27

**167**

1   Figure 1, the land use classes identified  15:27:31
2   throughout the region.                   15:27:35
3      Q.   All right.  All right.  Returning  15:27:36
4   you to Chapter 2 of your study, another input  15:27:44
5   you put in the model is rainfall; right?  15:27:50
6      A.   Yes, sir.                         15:27:53
7      Q.   This is done at page 16 of your   15:27:54
8   study?                                   15:27:58
9      A.   That's correct.                   15:28:03
10     Q.   And you've included the cumulative  15:28:04
11  rainfall in a black line in Figure 3; right?  15:28:07
12     A.   Yes.                              15:28:12
13     Q.   Where did you get the information  15:28:13
14  that you used to populate that chart?     15:28:16
15     A.   I believe if we go back to the    15:28:19
16  same appendix we were at, we provide a   15:28:33
17  description related to the rainfall.      15:28:41
18     Q.   Oh, Appendix C?                    15:28:58
19     A.   Yes.  Give me one second.  I      15:29:00
20  just -- always when you try to put your hand on  15:29:15
21  a specific piece of information, it's difficult.  15:29:31
22         We obtain the rainfall from the    15:29:35
23  same meteorologist rainfall expert from the work  15:29:37
24  that was done for Delft University.  We compared  15:29:42
25  it with information in the IPET to see if it was  15:29:47

**168**

1   consistent.  In fact, it does say here in our  15:29:51
2   report on page 15, "time series of rainfall from  15:29:56
3   Delft University of Technology and Svakek  15:30:00
4   Hydraulics delivered by Dr. Lee E. Branscome  15:30:03
5   (CCM, Climatological Consulting Corporation)."  15:30:13
6      Q.   So what -- I'm sorry, what page    15:30:16
7   were you reading from there?             15:30:19
8      A.   Page 15, at the very top.         15:30:21
9      Q.   All right.  I've got it, I've got  15:30:22
10  it.                                      15:30:24
11         What you've done is you've         15:30:25
12  employed a meteorologist to interpret the  15:30:27
13  rainfall and help you populate the rainfall  15:30:31
14  series; right?  No, that's not right, you didn't  15:30:35
15  employ him.                              15:30:39
16         You've taken your rainfall data    15:30:39
17  from a time series created by the meteorologist?  15:30:43
18     A.   Right.  Again, you can get        15:30:48
19  rainfall from a number of different areas;  15:30:52
20  National Weather Service may have hourly  15:30:58
21  rainfall.  IPET may have gotten it from there.  15:31:00
22  This particular doctor generated the       15:31:04
23  information, made it available, it compares well  15:31:07
24  with IPET's information and it should compare  15:31:10
25  well.                                    15:31:14

**169**

1      Q.   Would you agree with me it's      15:31:14
2   better in carrying out a scientific study of  15:31:16
3   meteorology to rely on meteorologic data to the  15:31:23
4   extent the data is available?            15:31:29
5      A.   Clearly you want to gather the    15:31:32
6   data from where it's available at.       15:31:35
7      Q.   And that's what you've done here  15:31:38
8   by relying on the meteorologist, Dr. Branscome,  15:31:40
9   and his data?                            15:31:44
10     A.   Certainly.  We rely on IPET's     15:31:46
11  research on many occasions.              15:31:49
12     Q.   IPET also gathered meteorologic   15:31:51
13  data to help derive its conclusions; right?  15:31:54
14     A.   As an input to their analysis.    15:31:57
15     Q.   Right.  Based on what you've      15:32:00
16  reported here in Figure 3, does it appear that  15:32:13
17  the hours from 4:00 in the morning until 7:00 in  15:32:17
18  the morning were a period of heavy rainfall?  15:32:21
19     A.   It appears that the rainfall      15:32:25
20  intensity increased between 4:00 and 7:00 and,  15:32:27
21  yes, there was a significant part of the  15:32:33
22  rainfall at that time.                   15:32:35
23     Q.   I want to ask you next about the   15:32:42
24  levee and floodwall crest elevations that you  15:32:44
25  used.                                    15:32:48

170

1    At page 15 you reported that,          15:32:51
2  "critical elements such as the levee crest    15:32:56
3  elevations were based on pre- and post-Katrina  15:32:59
4  LIDAR and levee survey data."  Do you see that?  15:33:03
5      A.   Yes.                              15:33:06
6      Q.   Are you referring only to earthen  15:33:07
7  levees or are you also referring to the flood  15:33:10
8  walls?                                     15:33:12
9      A.   To the flood walls, as well.      15:33:13
10      Q.   Have you ever seen any studies or  15:33:15
11  analysis suggesting that LIDAR is not very good  15:33:18
12  at providing elevations for structures that are  15:33:22
13  less than a foot thick or less than a certain  15:33:31
14  amount of inches thick?                    15:33:33
15      A.   The -- I don't believe our model  15:33:35
16  information was based on LIDAR to set the wall  15:33:42
17  heights, it was based on actual precision survey  15:33:46
18  by the core.                               15:33:52
19      Q.   I see.  So you took the floodwall  15:33:55
20  heights from the core?                     15:33:58
21      A.   Yes, data that they acquired.     15:34:02
22      Q.   That would be the data they       15:34:06
23  reported in the IPET report?               15:34:07
24      A.   Yes.                             15:34:09
25      Q.   Now, the wall top heights that you  15:34:10

171

1  reported then are at page 17; right?        15:34:14
2      A.   Yes, one of the areas.            15:34:18
3      Q.   Well, the IHNC North and IHNC     15:34:23
4  South, you used 13.1 feet as your wall top  15:34:28
5  height; correct?                           15:34:32
6      A.   Yes.                             15:34:33
7      Q.   That's based on IPET?            15:34:33
8      A.   The survey, yes.                 15:34:37
9      Q.   IPET reported that there are      15:34:43
10  portions of the wall top height that are lower  15:34:47
11  than 13.1 feet; didn't they?               15:34:52
12      A.   And that would be captured in our  15:34:55
13  overall data.  I'm just reporting what the  15:34:59
14  breach -- at the breach elevation would be just  15:35:02
15  one point an average of 13.1.              15:35:08
16      Q.   You haven't done any survey work  15:35:10
17  of your own to determine the wall top heights;  15:35:13
18  right?                                     15:35:16
19      A.   No.  All that survey, precision   15:35:16
20  survey has been done by IPET.              15:35:19
21      Q.   Right.  Let me just show you a    15:35:22
22  portion of the IPET report regarding wall top  15:35:25
23  heights.                                   15:35:31
24          (Spinks Exhibit Number 10 was      15:35:31
25  marked for identification.)                15:35:38

172

1  BY MR. RAFFMAN:                            15:35:38
2      Q.   Spinks Exhibit 10.  Do you        15:35:39
3  recognize Exhibit 10 as part of the survey data  15:35:45
4  that you considered in carrying out your study?  15:35:48
5      A.   I have an Appendix B in our report  15:35:52
6  that describes all the digital elevation model  15:35:58
7  data development in detail and I have not seen  15:36:02
8  this particular exhibit -- I probably have,  15:36:13
9  actually, in reading through this volume and,  15:36:19
10  yes, it would have been considered in our  15:36:23
11  analysis if it was associated with the IPET  15:36:25
12  information.                               15:36:29
13      Q.   You can see that some of the wall  15:36:29
14  elevations that IPET reports in the vicinity of  15:36:31
15  the north breach, at least, are considerably  15:36:36
16  lower than 13.1 feet; right?               15:36:40
17      A.   There's a 12.61.  There's a 13.2,  15:36:43
18  13.04, 13.76 and then there's a 12.05.  So, yes,  15:36:59
19  that's taken into account in our information.  15:37:11
20      Q.   You have no information, analysis,  15:37:16
21  data, or other information to reject the  15:37:22
22  information that's reported here on Exhibit 9 to  15:37:39
23  your deposition?                           15:37:43
24      A.   I have no reason to reject it, no.  15:37:43
25      Q.   Okay.  Let me ask you about the   15:37:46

173

1  hydrograph that you used, page 23.  The surge  15:37:53
2  hydrograph.                                15:37:59
3          The surge hydrograph that's        15:38:10
4  reported at Figure 8 of page 23 includes a blue  15:38:14
5  line that says, "Location A (IHNC Lock Staff  15:38:20
6  Gage)."  Do you see that?                  15:38:27
7      A.   Yes, sir.                        15:38:28
8      Q.   That hydrograph forms the boundary  15:38:30
9  condition that you used in your model for the  15:38:35
10  flood water flowing through the breaches in the  15:38:38
11  IHNC; right?                               15:38:42
12      A.   Correct.                         15:38:44
13      Q.   This hydrograph is located at the  15:38:44
14  IHNC lock at the south end of the segment south  15:38:48
15  of the Claiborne Avenue Bridge; correct?   15:38:53
16      A.   Correct.                         15:38:56
17      Q.   Do you know how the lock master   15:38:57
18  measured the water levels reported in the  15:39:00
19  hydrograph?                                15:39:05
20      A.   I believe so.  He measured them by  15:39:06
21  looking out the window at the staff gage   15:39:09
22  manually and reporting the level of the water  15:39:13
23  each hour.                                 15:39:18
24      Q.   Do you know where the lock master  15:39:24
25  was when he made the visual observations?  15:39:27

174

1    A.   No, I have not been out physically   15:39:32
2   to that exact location.              15:39:35
3    Q.   Do you know how far the lock         15:39:36
4   master was away from the staff gage when he made   15:39:38
5   the visual observations?            15:39:42
6    A.   No, I was not aware.            15:39:44
7    Q.   Have you assigned any level of      15:39:48
8   uncertainty to the accuracy of the numbers   15:39:50
9   reported in the surge hydrograph that you used?   15:39:53
10    A.   No, not for Lock A.            15:39:57
11    Q.   At various places in your report      15:40:02
12   you state that the timing of the breaches was   15:40:19
13   prior to the time that the floodwall was   15:40:28
14   overtopped by flood waters; does that ring a   15:40:32
15   bell?                    15:40:35
16    A.   Yes.                15:40:36
17    Q.   Now, the thrust of your modelling   15:40:36
18   has been to derive floodwall breach times that   15:40:44
19   you think are the best fit or the most   15:40:51
20   consistent with observations.  We've talked   15:40:54
21   about that today; right?            15:40:57
22    A.   Yes.                15:40:58
23    Q.   In terms of the time of         15:40:59
24   overtopping of the wall, however, your modelling   15:41:01
25   doesn't really have anything to say about what   15:41:04

175

1   time the wall overtopped; does it?      15:41:07
2    A.   I think in our report we make note   15:41:09
3   that the wall began overtopping about 7:00 to   15:41:12
4   7:30.                    15:41:17
5    Q.   The 7:00 or 7:30 time frame you've   15:41:17
6   derived is based on nothing more than a   15:41:22
7   comparison of the surge hydrograph in Figure 8   15:41:25
8   with the floodwall elevation that you've assumed   15:41:28
9   of 13.1 feet as reported earlier in your report;   15:41:31
10   right?                    15:41:35
11    A.   Correct.  That would be the      15:41:36
12   standard method in looking at the overtopping   15:41:38
13   rate of the wall is to compare the surge   15:41:42
14   hydrograph with the wall elevation.      15:41:45
15    Q.   Your modelling doesn't say      15:41:50
16   anything about whether the 7:00 or 7:30 time   15:41:58
17   frame for overtopping is reasonable or   15:42:05
18   unreasonable or otherwise; right?  That's not   15:42:06
19   part of your study?            15:42:09
20    A.   No, it's a significant part of the   15:42:10
21   contribution.  I think if you look into our   15:42:12
22   report we indicate overtopping to be around   15:42:15
23   35 percent of the contribution of water.   15:42:19
24    Q.   Oh, I see.  Right.  Overtopping of   15:42:22
25   35 percent based on the -- based on the input   15:42:26

176

1   that said overtopping begins at 7:00 or 7:30;   15:42:32
2   right?                    15:42:39
3    A.   We don't drive that.  Again, it's   15:42:39
4   based upon science and information that provides   15:42:42
5   a surge hydrograph.  It's information that's   15:42:46
6   been accepted and adopted by IPET.  It's   15:42:49
7   information accepted and adopted by other   15:42:54
8   experts and it appears to be credible   15:42:56
9   information and given that information with the   15:43:02
10   profile of the IHNC wall, I would not believe   15:43:06
11   there would be a need to dispute those facts.   15:43:13
12    Q.   You have no knowledge, as you sit   15:43:18
13   here today, of whether there were variations in   15:43:21
14   the top of the wall top height that brought   15:43:23
15   portions of the wall below 13 feet; do you?   15:43:26
16    A.   No, I do.  We've looked at the      15:43:30
17   profiles.  It's in the model.         15:43:32
18    Q.   The IPET profiles?            15:43:34
19    A.   The survey profiles along the wall   15:43:36
20   are included in our model, the entire --   15:43:39
21    Q.   Right, but the wall top heights   15:43:41
22   that are reflected on this page, Exhibit 9 to   15:43:43
23   your deposition, are not included in your model;   15:43:47
24   are they?                15:43:50
25    A.   Most likely if those represent the   15:43:50

177

1   actual precision survey along the wall, they're   15:43:53
2   in the model.                15:43:56
3    Q.   So are you saying there are      15:43:57
4   portions of your model that include a wall top   15:43:59
5   height of 12.05 feet?            15:44:03
6    A.   Yes.                15:44:06
7    Q.   Again, no reason to dispute that   15:44:07
8   number for that particular location; right?   15:44:09
9    A.   IPET did a survey, that survey   15:44:12
10   data for the wall was incorporated into our   15:44:16
11   model.                    15:44:18
12    Q.   All right.  So you're not taking   15:44:20
13   issue with localized floodwall elevations that   15:44:22
14   IPET or anybody else reported, you're just   15:44:26
15   taking them as inputs; right?         15:44:30
16    A.   Correct.  It's credible         15:44:32
17   information.                15:44:34
18    Q.   Based on those inputs, you derive   15:44:34
19   your conclusions about what time the wall was   15:44:37
20   overtopped; right?            15:44:40
21    A.   Yes.                15:44:42
22    Q.   Now, you said overtopping      15:44:43
23   accounted for 35 percent of the water in the   15:44:45
24   affected area; correct?            15:44:48
25    A.   I made a statement, but let's make   15:44:50

178

```
 1   sure the number is correct.          15:44:54
 2        Overtopping, when you take into   15:44:57
 3   account the 427,500 acre feet of water that came  15:45:00
 4   into the St. Bernard Parish, overtopping   15:45:08
 5   accounted for 37 percent of that volume of flow.  15:45:12
 6        Q.   That includes both overtopping   15:45:19
 7   from the flood walls in the Lower Ninth Ward and  15:45:22
 8   the levees along MRGO; right?          15:45:25
 9        A.   Correct.          15:45:30
10        Q.   Now, when you wrote your   15:45:30
11   conclusions about the time of overtopping you   15:45:41
12   had not reviewed the testimony of Ernest   15:45:44
13   Edwards; correct?          15:45:48
14        A.   No.  That's correct, I had not.   15:45:49
15        Q.   That is correct.  Okay.   15:45:53
16        Now that you've read the testimony   15:45:55
17   of Ernest Edwards, you're aware that Mr. Edwards  15:45:57
18   testified he saw the wall being overtopped   15:46:01
19   in the time frame of 3:00 in the morning along  15:46:05
20   the Inner Harbor Navigation Canal; correct?   15:46:09
21        A.   I can't really say I have studied   15:46:12
22   his testimony.  I've seen it in a preliminary   15:46:15
23   fashion, but I need to really digest it before I   15:46:19
24   make any opinions on it.          15:46:22
25        Q.   Whatever conclusions you drew   15:46:24
```

179

```
 1   about the time of overtopping were made without   15:46:31
 2   the benefit of Mr. Edwards' testimony; correct?   15:46:34
 3        A.   With the benefit of others   15:46:37
 4   information and without his, yes.   15:46:40
 5        Q.   Page 37 of your report, Section   15:46:42
 6   5.0, in the second bullet point you wrote that,   15:47:03
 7   "the IHNC north breach occurred at or about   15:47:08
 8   4:30 a.m. CDT," the -- you wrote that the north   15:47:14
 9   breach occurred at or before 4:30 in the morning   15:47:27
10   and the south breach occurred at or about   15:47:32
11   6:00 a.m. in the morning.  Do you see that?   15:47:35
12        A.   Yes.          15:47:37
13        Q.   Why did you use 4:30 a.m. and   15:47:38
14   6:00 a.m. in this part of your report, whereas   15:47:43
15   in your sensitivity analysis you used 4:00 and   15:47:47
16   5:30?          15:47:51
17        A.   Because in our sensitivity   15:47:52
18   analysis we're referring to the breach   15:47:54
19   initiation times in it and our conclusion,   15:47:57
20   there's a breach initiation time and then a time   15:48:04
21   to breach.          15:48:07
22        So the entire breach takes a   15:48:09
23   period of time.          15:48:12
24        Q.   Do you remember whether this   15:48:14
25   language was changed from the report you   15:48:15
```

180

```
 1   submitted in June 2008?          15:48:17
 2        A.   Probably so, to incorporate the   15:48:21
 3   entire breach time.  We felt -- I felt it would   15:48:26
 4   be more correct to incorporate the entire breach   15:48:33
 5   time and it appeared a 30 minute increment was   15:48:36
 6   appropriate.          15:48:42
 7        Q.   In your model you start at the   15:49:28
 8   timing of the MRGO breaching at 5:30 in the   15:49:30
 9   morning; is that right?          15:49:34
10        A.   Yes, that's correct.   15:49:35
11        Q.   That's reported on page 17?   15:49:38
12        A.   Yes.          15:49:43
13        Q.   Does your analysis of the MRGO   15:49:44
14   breaches make any assumptions about the   15:49:54
15   mechanism by which the MRGO levees were   15:49:56
16   breached?          15:50:01
17        MR. GILBERT:  Object.          15:50:03
18        THE WITNESS:  Help explain to me   15:50:13
19   what you mean by mechanisms.          15:50:14
20   BY MR. RAFFMAN:          15:50:17
21        Q.   Are you aware there's a dispute in   15:50:17
22   the Robinson case about what caused the MRGO   15:50:19
23   levees to breach?  You read some reports of   15:50:25
24   experts in the Robinson case; right?   15:50:28
25        A.   Yes.          15:50:32
```

181

```
 1        MR. GILBERT:  Continuing   15:50:32
 2   objection, he's not being proffered for that.   15:50:33
 3   You can ask, but it's Friday afternoon.   15:50:37
 4   BY MR. RAFFMAN:          15:50:44
 5        Q.   Are you aware that the Plaintiffs   15:50:44
 6   in the Robinson case contend that the MRGO   15:50:46
 7   levees were breached by a mechanism known as   15:50:49
 8   front side wave attack?          15:50:54
 9        A.   No, I won't be able to offer   15:50:56
10   opinions on that.          15:50:59
11        Q.   Right.  Do you know that the   15:50:59
12   Plaintiffs in MRGO and Robinson allege the   15:51:02
13   levees were breached before they were   15:51:07
14   overtopped; right?  Are you aware of any of   15:51:10
15   that?          15:51:13
16        A.   I don't remember any specifics.   15:51:13
17        Q.   You've relied on IPET for your   15:51:18
18   information about the timing of the MRGO   15:51:21
19   overtopping and breaching; right?   15:51:24
20        A.   In terms of the elevation profile,   15:51:26
21   yes.          15:51:31
22        Q.   Now, if it were true that IPET's   15:51:32
23   posited mechanism for breaching the MRGO levees   15:51:40
24   is incorrect, would that affect your analysis?   15:51:46
25        A.   It would need to be considered, as   15:51:53
```

182

1  all things would be in these types of studies.   15:51:59
2  I couldn't give you an answer without looking   15:52:02
3  into the specifics.   15:52:05
4      Can I take a break?   15:52:15
5      MR. RAFFMAN:  Of course.  Off the   15:52:18
6  record.   15:52:19
7      How much time is left on this   15:52:28
8  tape.   15:52:30
9      THE VIDEOGRAPHER:  About   15:52:36
10  25 minutes.   15:52:37
11      MR. RAFFMAN:  Brian, are you going   15:52:38
12  to have questions?   15:52:40
13      MR. GILBERT:  Probably not.   15:52:41
14      MR. RAFFMAN:  I can probably   15:52:42
15  finish in 25 minutes.   15:52:43
16      THE VIDEOGRAPHER:  We're going off   15:52:45
17  the record.  The time is 3:53 p.m.   15:52:47
18      (A brief recess was taken.)   15:52:54
19      THE VIDEOGRAPHER:  This shall mark   16:04:09
20  the end of tape number four in the deposition of   16:04:30
21  Melvin Spinks.  We're changing tapes and the   16:04:35
22  time is 4:05 p.m.   16:04:41
23      (Videotape change.)   16:04:45
24      THE VIDEOGRAPHER:  We are back on   16:13:24
25  the record.  Here marks the beginning of tape   16:14:03

183

1  number five in the deposition of Melvin Spinks   16:14:06
2  and the time is 4:14 p.m.   16:14:11
3  BY MR. RAFFMAN:   16:14:13
4      Q.   Mr. Spinks, I only have a couple   16:14:13
5  more lines of questions, so bear with me.   16:14:16
6      Please turn to page 31 of your   16:14:18
7  report, Figure 13.  You're there?   16:14:20
8      A.   I'm there.   16:14:22
9      Q.   Figure 13 is a comparison of your   16:14:24
10  modeled maximum water level with high water   16:14:26
11  marks that were observed in the study area; is   16:14:29
12  that right?   16:14:32
13      A.   Yes.   16:14:32
14      Q.   Area 1 is the area that's --   16:14:33
15  represented the Lower Ninth Ward, more or less?   16:14:38
16      A.   Correct.   16:14:41
17      Q.   And in Area 1, am I right that   16:14:41
18  there are certain high water marks that are   16:14:44
19  several feet below the modeled peak stage that   16:14:46
20  you derived?   16:14:54
21      A.   There appears to be some general   16:14:57
22  outliers that may be across or located further   16:15:01
23  within the south part of that Area 1.   16:15:06
24      Q.   Have you studied which of these   16:15:10
25  high water marks are lower than the modeled   16:15:12

184

1  surge that you generated?   16:15:17
2      A.   No.  Again, I mean it's just a   16:15:19
3  comparison, are we within a reason of what the   16:15:21
4  reported high water mark elevations are.  I mean   16:15:26
5  I recognize some of these high water marks are   16:15:30
6  considered excellent, some may be considered   16:15:33
7  just good, some may be considered just poor, but   16:15:36
8  I think what Figure 13 represents is that our   16:15:40
9  computation of the high water or the modeled   16:15:47
10  high water is favorable to the majority of the   16:15:50
11  data acquired.   16:15:55
12      Q.   I understand that's your   16:15:56
13  interpretation of Figure 13.  My question was   16:16:04
14  somewhat different.  Let me ask it this way.   16:16:07
15      You've modeled -- you have   16:16:09
16  gathered a total of about 112 data points for   16:16:13
17  representing high water marks; am I right?   16:16:17
18      A.   Yes.   16:16:20
19      Q.   How many of those 112 high water   16:16:20
20  marks are below the modeled peak stage?   16:16:23
21      A.   I couldn't tell you.  We would   16:16:30
22  have to do that analysis.   16:16:35
23      Q.   Can you approximate?   16:16:42
24      A.   Well, if the average -- the thin   16:16:45
25  line in that figure represents the average of   16:16:51

185

1  all the high water marks, which the average says   16:16:54
2  it's 10.64 feet, with the standard deviation of   16:16:57
3  one foot.   16:17:02
4      Q.   What's a standard deviation?   16:17:03
5      A.   A standard deviation is a   16:17:05
6  statistical measure of variance, okay, and let   16:17:07
7  me put it in layman's terms.  If I was to go and   16:17:12
8  sample 30 -- make 30 observations -- can I write   16:17:18
9  on this?   16:17:24
10      Q.   Yes, by all means.   16:17:24
11      A.   I'm going to go make 30   16:17:26
12  observations in an area and I'm going to use   16:17:28
13  speed, okay, or actually let me get -- 30   16:17:34
14  observations of elevations here and I compare   16:17:39
15  these 30 to actual measured water surface   16:17:45
16  elevations, okay, I computed 30, I measured 30   16:17:51
17  of them, okay.   16:17:54
18      When we do a standard deviation   16:17:56
19  it's usually a normal distribution curve, okay.   16:18:03
20  We can compute the mean difference in elevation   16:18:08
21  of all 30 of these.  That means what was the   16:18:10
22  computed versus what was measured, okay.   16:18:13
23      In the top of this normal   16:18:19
24  distribution is an average value of the   16:18:21
25  differences, okay.   16:18:24

47 (Pages 182 to 185)

**186**

1    A standard deviation, one standard          16:18:26
2   deviation over is a measure, a value above the       16:18:30
3   mean and a value below the mean, okay.  And what     16:18:44
4   that represents is that 68 percent of the data       16:18:48
5   would fall in terms of mean differences, one         16:18:53
6   standard deviation above and below.  So if you       16:18:58
7   had 30, roughly 21 of these data points of           16:19:01
8   information differences should fall within the       16:19:09
9   standard deviation.              16:19:11
10       The tighter the standard deviation       16:19:12
11  the better the results are to the mean -- the        16:19:15
12  differences.                 16:19:18
13       Two standard deviations represents       16:19:27
14  95 percent of all the values.  Did I confuse         16:19:22
15  you?                 16:19:27
16       Q.   No, I understand what you're        16:19:28
17  saying.                  16:19:30
18       My question is you've done a             16:19:30
19  standard deviation analysis for your high water      16:19:32
20  marks; right?                16:19:36
21       A.   Of the high water marks, yes.        16:19:36
22       Q.   Right.  That analysis is something   16:19:38
23  you could have done to derive standard           16:19:40
24  deviations around the data that you reported in      16:19:43
25  your Appendix I in the sensitivity analysis;         16:19:46

**187**

1   right?                   16:19:53
2        A.   Instead of the relative error?      16:19:53
3   It's another measure of variance.           16:19:56
4        Q.   You didn't do that standard         16:19:58
5   deviation analysis in Appendix I?            16:20:01
6        A.   We did a measure -- a relative      16:20:03
7   error measurement.               16:20:07
8        Q.   Instead of the standard deviation?  16:20:09
9        A.   Yeah.  It wasn't something that we  16:20:13
10  would consider doing the standard deviation on.      16:20:16
11       Q.   Let's go back then to the high      16:20:18
12  water marks.                 16:20:21
13       What you found is that there's a         16:20:26
14  ten percent difference between the high water        16:20:31
15  mark average -- that's not right, actually.          16:20:34
16  I'm -- I'm doing my arithmetic wrong.            16:20:39
17       When you did your average,            16:20:45
18  Mr. Spinks, did you do your average across all       16:20:48
19  of the high water mark data that you concluded       16:20:52
20  from Areas 1, 2, 3, 4 and 5?             16:20:55
21       A.   I believe so.              16:21:00
22       Q.   Now, Areas 3, 4 and 5 are areas     16:21:02
23  that were not affected by the Inner Harbor           16:21:07
24  Navigation Canal breaches; right?            16:21:11
25       A.   Generally correct, yes.            16:21:17

**188**

1        Q.   And so have you done your standard  16:21:19
2   deviation analysis or your averaging analysis        16:21:25
3   using only Areas 1 and 2, which represent the        16:21:29
4   areas that you conclude were affected by the         16:21:32
5   Inner Harbor Navigation Canal breaches?          16:21:34
6        A.   Repeat that one more time, let me   16:21:40
7   make sure I can answer that.             16:21:42
8        Q.   All right.  Have you broken out     16:21:44
9   Areas 1 and 2 in your standard deviation         16:21:46
10  analysis or your averaging analysis?            16:21:50
11       A.   No, and there's a reason.  All the  16:21:54
12  data was considered in terms of determining the      16:21:59
13  average high water mark because it's a still         16:22:02
14  water elevation.                 16:22:04
15       Q.   As we sit here today, you are not   16:22:11
16  able to compare your model peak surge to the         16:22:13
17  high water marks that were isolated in Areas 1       16:22:17
18  and 2; right?                16:22:22
19       A.   They are compared to 1 and 2 in     16:22:26
20  this graph.                  16:22:29
21       Q.   I see.  You can't tell me what the  16:22:32
22  average high water mark was for the high water       16:22:36
23  marks observed in Areas 1 and 2; right?          16:22:39
24       A.   That's not computed and reported    16:22:42
25  here, no.                16:22:44

**189**

1        Q.   All right.  Let me ask you to turn  16:22:45
2   to Appendix J.  Am I right that Appendix J           16:22:59
3   represents your time sequence modeled water          16:23:09
4   depth hydrograph for the three individual        16:23:13
5   Plaintiffs or the four individual Plaintiffs         16:23:15
6   whose names appear in Figure 1?              16:23:17
7        A.   Yes.                16:23:20
8        Q.   So for John and Jerry Alford these  16:23:20
9   are -- these are Plaintiffs who live at 2423         16:23:28
10  Deslonde Street?                 16:23:33
11       A.   Yes.                16:23:35
12       Q.   Their home is near the north       16:23:36
13  breach?                  16:23:38
14       A.   Yes.                16:23:38
15       Q.   And then Josephine Richardson is    16:23:44
16  at 1321 Egania Street; right?            16:23:47
17       A.   Yes.                16:23:50
18       Q.   So figure -- well, Figure 2        16:23:51
19  represents your modeled hydrograph for the           16:23:55
20  Alfords?                 16:23:59
21       A.   Yes.                16:24:00
22       Q.   You've concluded that all of the    16:24:00
23  water came from the Inner Harbor Navigation          16:24:05
24  Canal up through about 10:00 in the morning, as      16:24:08
25  far as the Alfords are concerned?            16:24:12

190

```
 1        A.   Yes.              16:24:14
 2        Q.   Now, for Mrs. Richardson you've      16:24:14
 3   concluded that all of the water came from the   16:24:18
 4   Inner Harbor Navigation Canal up through about   16:24:20
 5   10:10 a.m.; is that right?        16:24:24
 6        A.   Correct.              16:24:26
 7        Q.   Do you know what the -- I'm sorry,   16:24:27
 8   what -- what's the level of Ms. Richardson's    16:24:41
 9   house?  Do you understand my question, as in    16:24:46
10   ground level?              16:24:49
11        A.   This is water depth, it's not     16:24:53
12   reported in terms of elevation, but, yes, we do   16:24:56
13   have the ground elevation and her finished floor   16:24:59
14   elevation, as well as.            16:25:03
15        Q.   Can you tell me, as best you      16:25:08
16   recall, what the finished floor elevation is at   16:25:11
17   Ms. Richardson's house?            16:25:14
18        A.   No.  I would have to go look at     16:25:16
19   the data.                  16:25:18
20        Q.   Is it above sea level?          16:25:18
21        A.   I couldn't tell you, I would have   16:25:21
22   to look at it specifically.          16:25:23
23        Q.   All right.  We'll come back to     16:25:24
24   Ms. Richardson.              16:26:00
25             Let me ask you about Glaser for a   16:26:01
```

191

```
 1   second.  You've got Mr. Glaser modeled water    16:26:04
 2   hydrograph, depth hydrograph is at Figure 4;    16:26:09
 3   right?                    16:26:14
 4        A.   Yes.              16:26:15
 5        Q.   And your model shows that the     16:26:15
 6   water from the Inner Harbor Navigation Canal    16:26:22
 7   arrives at Mr. Glaser's location only about a   16:26:26
 8   half-hour before MRGO water starts to arrive; is   16:26:31
 9   that right?              16:26:35
10        A.   It arrives at about 9:30, the     16:26:35
11   mixing, in accordance with the exhibit.      16:26:38
12        Q.   All right.  Ms. Richardson's     16:26:41
13   house, I'm going to ask you to assume for the   16:27:10
14   moment that her -- the ground level at her house  16:27:14
15   is at or slightly above -- I'm going to ask you   16:27:17
16   to assume for a moment that the level of the    16:27:23
17   first floor of Ms. Richardson's house is      16:27:26
18   slightly above NAVD88 sea level, which would be   16:27:30
19   zero; correct?              16:27:37
20        A.   All right.              16:27:42
21        Q.   What your model shows is that the   16:27:42
22   IHNC flood waters by 9:00 in the morning reach   16:27:44
23   about 5.9 feet NAVD88; right?        16:27:49
24        A.   Okay.              16:27:57
25        Q.   And then between 9:00 and 10:00    16:27:59
```

192

```
 1   those flood waters do not act to raise the water   16:28:02
 2   at her house any further; am I right?      16:28:05
 3        A.   At that particular location, yes.   16:28:09
 4        Q.   All right.  Based on that trend,   16:28:14
 5   would you expect that if the MRGO flood waters   16:28:16
 6   do not arrive you would expect to see the      16:28:21
 7   maximum water level at that location remain at   16:28:25
 8   about 5.9 feet?              16:28:28
 9        A.   I would need to look at some of     16:28:33
10   the scenario work that we did to see at what    16:28:38
11   time did it become stationary.  I don't believe   16:28:41
12   that would be the case though.        16:28:51
13        Q.   Let's try to take a look back at    16:28:53
14   your scenario level, your scenario work in     16:28:55
15   Section 4, see whether you can draw any      16:28:59
16   conclusions about the time the IHNC water levels   16:29:04
17   out.                    16:29:12
18             In your hydrograph for Location 1,   16:29:12
19   Figure 15; do you see that?          16:29:19
20        A.   Uh-huh.              16:29:21
21        Q.   At what time of day does the IHNC   16:29:22
22   levee breach hydrograph begin to level out or   16:29:29
23   what time does it level out?        16:29:34
24        A.   It's pretty comfortable between    16:29:36
25   the 9:30 and 10:00 a.m. time period for Location   16:29:39
```

193

```
 1   1.                      16:29:44
 2        Q.   After it levels out it stays      16:29:44
 3   level; right?              16:29:46
 4        A.   Generally speaking, yes.        16:29:47
 5        Q.   Again at Location 2, leaving aside   16:29:48
 6   the time at which it levels out, it tends to    16:29:52
 7   stay level once it's level; right?        16:29:55
 8        A.   Yes.              16:29:58
 9        Q.   So again looking at the hydrograph   16:29:59
10   for Mrs. Richardson, you notice a leveling trend   16:30:03
11   around 9:00 that proceeds until 10:00; right?   16:30:07
12        A.   Yeah.  And I mean, again, these    16:30:14
13   are scenarios, there's no boundary condition put   16:30:17
14   on the IHNC's flood water like MRGO.  If I were   16:30:20
15   to just put a wall up then you still have more   16:30:26
16   rise to the IHNC's water at that point, but    16:30:29
17   because these are scenario runs you're just     16:30:32
18   letting it draw itself out.  So there is a     16:30:35
19   mixture of IHNC and MRGO's water, but        16:30:38
20   theoretically, yes, you can assume that a lot of   16:30:43
21   that water is MRGO's, coming in after that     16:30:46
22   10:00 a.m. time frame.            16:30:50
23        Q.   Let's -- not to put too fine a     16:30:51
24   point on it.  Here your 10:00, between 9:00 and   16:30:55
25   10:00 the water level at Ms. Richardson's house   16:31:00
```

194

1   doesn't rise, according to your model; right?   16:31:05
2        A.   Correct.                16:31:08
3        Q.   During the period between 9:00 and   16:31:09
4   10:00 water is continuing to pour in through the   16:31:11
5   north and south breaches on the IHNC?   16:31:14
6        A.   Right.                  16:31:17
7        Q.   What is happening there is that   16:31:17
8   the water is pouring in through the breaches by   16:31:20
9   that time is now pouring in other parts of this   16:31:23
10   and is -- at Ms. Richardson's house; right?   16:31:27
11        A.   I don't believe that to be the   16:31:31
12   case.                          16:31:34
13            If you look back on the   16:31:38
14   hydrograph, it's a combination of different   16:31:40
15   features that are going on.  Again, the IHNC in   16:31:42
16   terms of its elevation is at 14, okay.  So we're   16:31:46
17   still expecting water to be moving in through   16:31:52
18   these breaches.                  16:31:58
19        Q.   Right.                 16:31:58
20        A.   So there is water being drawn in   16:31:59
21   to this area and in the course there's a mixture   16:32:03
22   of MRGO's water coming in at this time.   16:32:07
23            Now, to be --         16:32:09
24        Q.   Why don't you go ahead, that's   16:32:12
25   fine, I don't want to interrupt.  Why don't I   16:32:14

195

1   ask the question.                 16:32:17
2        A.   Okay.                  16:32:19
3        Q.   Between 9:00 and 10:00 at   16:32:19
4   Ms. Richardson's house there is no MRGO water   16:32:24
5   coming into Ms. Richardson's property; right?   16:32:30
6        A.   Not before 10:10.      16:32:33
7        Q.   So as you just testified at 9:00   16:32:37
8   in the morning your staged hydrograph says water   16:32:40
9   level at 14 feet in the Inner Harbor Navigation   16:32:45
10   Canal; right?                   16:32:49
11        A.   Correct.              16:32:51
12        Q.   The water is flowing in through   16:32:51
13   the breaches; right?             16:32:53
14        A.   Correct.              16:32:54
15        Q.   Somehow the water that's flowing   16:32:55
16   in through the breaches between 9:00 and 10:00   16:32:57
17   is not affecting the water level your model   16:33:00
18   predicts at Ms. Richardson's house; right?   16:33:04
19        A.   Correct.              16:33:08
20        Q.   Now, at 10:10 a.m., this is when   16:33:08
21   water from the MRGO begins to arrive; right?   16:33:15
22        A.   Yes.                  16:33:20
23        Q.   And at that point the water level   16:33:21
24   goes up from 5.9 feet to well over nine feet;   16:33:23
25   correct?                       16:33:31

196

1        A.   Yes.                  16:33:31
2        Q.   All right.  Do you know whether   16:33:32
3   the 5.9 feet of water that existed at   16:33:39
4   Ms. Richardson's house before 10:00 a.m., do you   16:33:52
5   know how high that got inside the first floor of   16:33:59
6   Ms. Richardson's house?           16:34:02
7        A.   If we have the data relative to   16:34:11
8   her house there then, yes, we would.   16:34:13
9        Q.   Let's see if we can find something   16:34:30
10   in your -- would you agree with me   16:34:33
11   Ms. Richardson's house is closer to the   16:34:44
12   Mississippi River than it is to Florida Avenue?   16:34:47
13        A.   Yes, I would.          16:34:54
14        Q.   Would you agree with me that the   16:34:55
15   level of the ground in the Lower Ninth Ward   16:34:59
16   tends to be higher as you approach the   16:35:03
17   Mississippi River than it is as you approach   16:35:06
18   Florida Avenue?                 16:35:12
19        A.   Yes, it is.            16:35:12
20        Q.   All right, here we go.  I'm going   16:35:14
21   to ask you to take a look at Exhibit 5 to your   16:35:30
22   report.  You will observe that Ms. Richardson's   16:35:34
23   home is located in the Lower Ninth Ward between   16:35:44
24   Claiborne Avenue and St. Claude Avenue; right?   16:35:49
25        A.   Let me pull out my Exhibit 5.   16:35:53

197

1        Q.   Yours is brighter than mine.  All   16:36:22
2   right.                         16:36:27
3        A.   It's not a copy, it's an original.   16:36:29
4        Q.   Looking at Exhibit 5 to your   16:36:32
5   deposition, can you tell me approximately what   16:36:35
6   is the ground level at Ms. Richardson's home?   16:36:37
7        A.   It is somewhere probably   16:36:54
8   between -- it's probably close to sea level.   16:37:01
9        Q.   All right.             16:37:04
10        A.   Close to zero.         16:37:05
11        Q.   Close to zero.  I thought that was   16:37:06
12   where it was going to be.  I'm glad we were able   16:37:10
13   to figure that out.              16:37:13
14            Now, if the ground level at her   16:37:14
15   home is close to zero, do you know what the   16:37:17
16   first floor elevation is at her house?   16:37:21
17        A.   I don't have it in front of me,   16:37:23
18   no.                            16:37:25
19        Q.   You would agree with me whatever   16:37:25
20   the first floor elevation is it's going to be   16:37:27
21   higher than zero; right?          16:37:30
22        A.   That's right.  It could be at the   16:37:32
23   ground level or above.            16:37:34
24        Q.   Somewhere above.  What your   16:37:35
25   modelling shows is that the water depth in   16:37:38

198

1    NAVD --                          16:37:41
2        A.    That's not NAVD.  It is the model    16:37:42
3    running this is just depth, there is no data.   16:37:47
4        Q.    It is 5.9 feet deep at her house;    16:37:50
5    right?                           16:37:55
6        A.    Right.                  16:37:55
7        Q.    And that means that you wouldn't     16:37:56
8    expect the water level, the depth of water at   16:38:02
9    her house to be reaching up to her attic at     16:38:06
10   10:00 in the morning; right?              16:38:10
11       A.    This is pretty much -- yeah, the     16:38:13
12   downstairs.  If the topography is right.       16:38:17
13       Q.    If Mr. Richardson is in his attic    16:38:20
14   at 10:10 a.m. he shouldn't drown; should he?    16:38:23
15       MR. GILBERT:  Object.  Object.          16:38:27
16   You can answer, subject to the objection.      16:38:31
17       THE WITNESS:  Are you asking me          16:38:33
18   whether he drowned or not?                16:38:34
19   BY MR. RAFFMAN:                      16:38:36
20       Q.    I'll represent to you he did        16:38:36
21   drown.  My question is if he's in his attic at  16:38:39
22   10:00 in the morning he shouldn't have drown;   16:38:43
23   right?                           16:38:48
24       MR. GILBERT:  Same objection,           16:38:48
25   similar reasons.                      16:38:49

199

1        THE WITNESS:  I can't answer that,      16:38:50
2    I don't know.                        16:38:51
3    BY MR. RAFFMAN:                      16:38:53
4        Q.    Do you have an opinion, as we sit   16:38:56
5    here today, whether Mr. Richardson would have   16:38:58
6    drowned if only the water that reached his home  16:39:02
7    before 10:00 from the Inner Harbor Navigation   16:39:05
8    Canal arose to the level of 5.9 feet and not    16:39:10
9    higher?                          16:39:16
10       MR. GILBERT:  Let me just object        16:39:17
11   because I think that is creating testimony where  16:39:19
12   there was none.  This is a model.  You can      16:39:22
13   answer, if you can.                    16:39:27
14       THE WITNESS:  I don't have an          16:39:28
15   opinion on what happened.                16:39:29
16   BY MR. RAFFMAN:                      16:39:32
17       Q.    Well, you proffer a model to show   16:39:32
18   that the level of water at Mr. Richardson's home  16:39:34
19   or Mrs. Richardson's home at 10:00 in the       16:39:39
20   morning was 5.9, the water depth was 5.9 feet.   16:39:42
21   Are you going to proffer that model?         16:39:47
22       A.    Yeah.                    16:39:52
23       Q.    You're going to represent to the    16:39:52
24   court 5.9 feet is the accurate depth of the     16:39:55
25   water at the Richardson's home at 10:00; right?  16:39:58

200

1        A.    That's what the model is         16:40:02
2    predicting, yes.                      16:40:04
3        Q.    If the model is correct, the IHNC   16:40:07
4    flood waters rose to 5.9 foot level and then    16:40:10
5    held steady until the MRGO waters arrived?      16:40:15
6        A.    The staged hydrograph shows        16:40:19
7    leveling off for about 30 minutes and then an   16:40:22
8    increase again up to close to ten feet in depth.  16:40:25
9        Q.    The increase is associated with     16:40:30
10   the arrival of the water from the MRGO; right?   16:40:32
11       A.    A combination of the waters still,  16:40:37
12   yes, I'll agree with you on the MRGO's waters,   16:40:41
13   yes.                            16:40:45
14       Q.    Okay.  In the time -- as you've    16:40:46
15   portrayed it, it's the -- assuming that the     16:40:49
16   level of the Richardson's attic is higher than   16:40:57
17   six feet, it's the arrival of the MRGO water    16:41:01
18   that pushes it to a level that can get inside    16:41:05
19   his attic; right?                     16:41:08
20       A.    I have no knowledge of where the    16:41:10
21   level of his attic is at.                16:41:15
22       Q.    Okay.  Since I took your          16:41:19
23   deposition in September of 2008, have you done   16:41:31
24   any other work modelling flooding from         16:41:34
25   hurricanes?                        16:41:39

201

1        A.    We were very involved during       16:41:41
2    Hurricane Ike.  I did a substantial amount of   16:41:44
3    work for FEMA directly on the Hurricane Ike     16:41:49
4    storm surge information a tremendous amount of   16:41:53
5    success stories published of our work by FEMA,   16:41:58
6    as well, or Hurricane Ike, so I guess my answer  16:42:02
7    is yes, we have.                      16:42:05
8        Q.    What model did you use to do       16:42:07
9    Hurricane Ike?                       16:42:10
10       A.    Hurricane Ike we did an actual      16:42:12
11   emergency management operation model.  It's very  16:42:16
12   intriguing analysis, it's called Hazus,        16:42:22
13   H-A-Z-U-S, and one of very few firms across the  16:42:30
14   United States populate a model when the        16:42:36
15   hurricane is about five days out and based on    16:42:39
16   the projection of where the National Weather    16:42:43
17   Service or the National Hurricane Service tracks  16:42:47
18   a hurricane it feeds into our models that we're  16:42:49
19   able to project economic damage and that way    16:42:53
20   mayors, communities can begin to understand and  16:42:57
21   plan for the evacuation.  And as the hurricanes  16:43:00
22   come in closer that we're able to give them     16:43:05
23   information related to damages, as well as storm  16:43:09
24   surge related information.                16:43:14
25       Q.    The work that you did in          16:43:15

**202**

1    connection with Hurricane Ike is not a drainage          16:43:17
2    model like you did in this case?          16:43:19
3          A.   It is not an interior drainage          16:43:21
4    analysis, okay, but we've done other studies          16:43:24
5    related to when the rainfall did come in.  It          16:43:27
6    didn't produce as much rainfall damage, flooding          16:43:32
7    damage.          16:43:36
8          I will mention that FEMA has          16:43:41
9    recently contracted us to do storm surge for all          16:43:44
10   Hurricane Ike.          16:43:48
11         Q.   What are you going to use to do          16:43:49
12   storm surge for Hurricane Ike?          16:43:53
13         A.   Maybe SOBEK.  We're going to take          16:43:56
14   a look.          16:43:58
15         MR. RAFFMAN:  I think that          16:44:04
16   concludes my questions.  I --          16:44:05
17         MR. GILBERT:  Give us a couple          16:44:11
18   minutes.          16:44:12
19         MR. RAFFMAN:  All right.  That          16:44:13
20   concludes my questions.          16:44:14
21         MR. GILBERT:  A couple minutes to          16:44:15
22   go off the record.          16:44:18
23         THE VIDEOGRAPHER:  Are we          16:44:20
24   concluding the deposition?          16:44:21
25         MR. GILBERT:  No.          16:44:23

**203**

1          THE VIDEOGRAPHER:  We're going off          16:44:25
2    the record at 4:45 p.m.          16:44:27
3          (A brief recess was taken.)          16:44:30
4          THE VIDEOGRAPHER:  We are back on          16:53:05
5    the record and the time is 4:55 p.m.          16:54:57
6                                        16:55:01
7          EXAMINATION          16:55:01
8                                        16:55:01
9    BY MR. GILBERT:          16:55:01
10         Q.   Brian Gilbert on behalf of the          16:55:03
11   Plaintiffs.  I have a couple questions, maybe          16:55:06
12   just one question for Mr. Spinks.          16:55:08
13         I'm referring to Figure 3 of          16:55:12
14   Exhibit J to your report, Mr. Spinks, and it is          16:55:15
15   modeled water depth hydrograph for 1321 Egania          16:55:24
16   Street.  Do you see that document?          16:55:29
17         A.   Yes, sir.          16:55:31
18         Q.   Am I understanding this document          16:55:32
19   correctly that sometime shortly after 10:00          16:55:34
20   water from the MRGO increased the flood height          16:55:37
21   at this location approximately four and some odd          16:55:41
22   decimal point of feet; is that correct?          16:55:45
23         A.   Yes.          16:55:49
24         Q.   Do you have any opinion or          16:55:50
25   information as to what the water height would          16:55:56

**204**

1    have been at this location had the Industrial          16:55:59
2    Canal not breached?          16:56:03
3          A.   No, I do not.  I mean we have run          16:56:16
4    some scenarios to look at that nonbreaching of          16:56:21
5    the Industrial Canal.          16:56:24
6          Q.   Would it be -- I'm sorry.          16:56:27
7          A.   Given we have some scenarios we          16:56:30
8    can make some -- derive some information related          16:56:33
9    to that scenario from there.          16:56:37
10         Q.   Is it a fair interpretation of          16:56:39
11   this same document, this same Figure 3, that the          16:56:41
12   water would have been 4.1 feet if it only had          16:56:44
13   come from the MRGO and nothing from the          16:56:49
14   Industrial Canal?          16:56:53
15         A.   We would need to look at that          16:57:08
16   scenario specifically to do a hydrograph without          16:57:10
17   the IHNC or without MRGO flood waters or without          16:57:14
18   IHNC's flood waters from the breaches in order          16:57:19
19   to give you that determination.          16:57:23
20         Q.   Without doing that, can you tell          16:57:28
21   me had the MRGO canal not breached, what time          16:57:31
22   the MRGO waters would have first appeared at          16:57:41
23   this location?          16:57:54
24         A.   Most likely it would have been          16:58:34
25   somewhere between -- I'm just going to say 10:00          16:58:37

**205**

1    and 11:00 based on the water depth charts.          16:58:42
2          Q.   Okay.  Without knowing what height          16:58:49
3    it would have been without a breach of the          16:58:51
4    Industrial Canal, are you able to say how          16:58:57
5    quickly the MRGO water alone would have reached          16:58:59
6    its maximum height or depth?          16:59:05
7          A.   It would have reached the area at          16:59:14
8    about 10:00 a.m., according to our Figure 15,          16:59:18
9    with the water depth about six feet and then it          16:59:24
10   would have reached its maximum height somewhere          16:59:28
11   between 2:00 and 3:00 p.m. at the location.          16:59:31
12         Q.   So about four or five hours after          16:59:35
13   it first appeared at that location?          16:59:37
14         A.   Yes.          16:59:39
15         MR. GILBERT:  That's all.          16:59:40
16         MR. RAFFMAN:  I do have a couple          16:59:46
17   follow-up questions.          16:59:47
18                                        16:59:47
19         EXAMINATION          16:59:47
20                                        16:59:47
21   BY MR. RAFFMAN:          16:59:47
22         Q.   Just a moment ago as Mr. Gilbert          16:59:51
23   was asking you about your hydrograph for          16:59:53
24   Josephine Richardson in Figure 3 of Appendix J,          16:59:58
25   you answered his question by reference to the          17:00:02

### 206

1  staged hydrograph in Figure 15 of your report;   17:00:06
2  is that correct?   17:00:10
3      A.   Correct.   17:00:10
4      Q.   So you drew a reference point from   17:00:11
5  Figure 15 to help you answer a question about   17:00:15
6  Josephine Richardson; right?   17:00:18
7      A.   Correct.   17:00:21
8      Q.   Now, in Figure 15 what you've   17:00:21
9  shown is that the maximum water level without   17:00:24
10  the Inner Harbor Navigation Canal is the same as   17:00:29
11  the maximum water level from all causes; right?   17:00:34
12      A.   Repeat that one more time.   17:00:45
13      Q.   In Figure 15 the maximum water   17:00:48
14  level that you've shown for the MRGO breaches   17:00:50
15  only is the same as the maximum water level for   17:00:54
16  all causes; is that right?   17:00:58
17      A.   At that 2:00 time period, yes.   17:01:00
18      Q.   For Josephine Richardson, as well,   17:01:03
19  you would by analogy conclude that as of 1:00 or   17:01:06
20  2:00 in the afternoon the maximum water level   17:01:10
21  that's reached at Ms. Richardson's house would   17:01:13
22  be the same with or without the IHNC breaches;   17:01:16
23  right?   17:01:21
24      A.   Correct.   17:01:22
25      MR. RAFFMAN:  That's the last   17:01:23

### 207

1  question I have.  Thank you.   17:01:25
2      THE VIDEOGRAPHER:  Both parties   17:01:28
3  agree to conclude this deposition?   17:01:30
4      MR. RAFFMAN:  Are you going to   17:01:32
5  read and sign, Brian.   17:01:34
6      MR. GILBERT:  Yeah.  Why don't we   17:01:35
7  do that.   17:01:37
8      THE VIDEOGRAPHER:  Having heard   17:01:38
9  the approval of counsel to go off the record at   17:01:39
10  this time, this concludes the deposition of   17:01:42
11  Melvin Spinks, consisting of five tapes and the   17:01:44
12  time is 5:02 p.m.  Master video videotapes will   17:01:47
13  be retained by Veritext New York.  If additional   17:01:52
14  copies of this deposition are desired they may   17:01:55
15  be obtained by calling Veritext at 973.410.4040.   17:02:00
16  We are off the record.   17:02:18
17      (Signature not waived.)   17:02:22
18      (Whereupon, at 5:02 p.m., the
19  deposition was concluded.)
20
21
22  _____
22      MELVIN SPINKS
23  Subscribed and sworn to before me
23  this _____ day of _____, 2009.
24
25      NOTARY PUBLIC

### 208

ACKNOWLEDGMENT OF DEPONENT

I do hereby acknowledge that I have read and examined the foregoing of the transcript of my deposition and that:

(Check appropriate box):

(  ) the same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

(  ) except for the changes noted in the attached errata sheet, the same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

_____    _____
DATE        SIGNATURE

### 209

CERTIFICATE OF NOTARY PUBLIC
I, Paula G. Satkin, the officer before whom the foregoing proceedings were taken, do hereby certify that the witness whose testimony appears in the foregoing proceeding was duly sworn by me; that the testimony of said witness was taken by me in stenotype and thereafter reduced to typewriting under my direction; that said proceedings is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

My commission expires October 31, 2010.

_____
PAULA G. SATKIN
Notary Public in and for the
District of Columbia

53 (Pages 206 to 209)

M. SPINKS

**A**

**ability** 9:16 63:6 156:11
**able** 11:21,24 12:8,10
    24:24 29:9 39:13 40:9
    42:15,17 43:4 62:23
    89:15 94:13 99:8
    110:23 153:9,15 155:9
    181:9 188:16 197:12
    201:19,22 205:4
**absent** 151:25
**acceptable** 98:24 119:12
**accepted** 22:9 176:6,7
**account** 36:2 47:24
    65:20 69:24 70:4,15
    72:16 73:12 84:1 87:18
    96:9 105:1 117:20
    136:9 137:4,23 138:1
    141:1 172:19 178:3
**accounted** 177:23 178:5
**accounts** 35:9 44:21
    52:13 64:15 69:24
    70:11,21 71:4,5 84:9
    137:8 139:7 140:18
**accumulate** 59:23
**accuracy** 45:6 92:20
    93:12 154:4 174:8
**accurate** 31:12 90:21
    154:5 199:24
**accurately** 9:17,20
**acknowledge** 208:3
**ACKNOWLEDGME...**
    208:1
**acquire** 157:5
**acquired** 170:21 184:11
**acre** 178:3
**act** 192:1
**action** 1:4 6:14 209:12
    209:17
**activated** 23:18
**actual** 53:7 85:4,6,10
    110:11 140:7 170:17
    177:1 185:15 201:10
**Adam** 85:21
**Adams** 72:8,8,21 99:10
    100:3,21 122:25 123:18

125:5 127:7,14
**Adam's** 86:5 88:1,14
    123:6
**add** 9:7 22:20 110:12
**added** 65:1 150:6,25
**additional** 11:6,17,22
    12:1,17,24 16:16,21,25
    19:7 29:10 34:25 43:22
    92:9 150:6 163:22
    207:13
**addressed** 67:19
**adjustments** 163:1
**adopted** 176:6,7
**aerial** 163:23
**affect** 60:8,10 111:18
    181:24
**afternoon** 4:10 56:1
    146:10 181:3 206:20
**ago** 10:4,19 13:23 34:8
    91:12 205:22
**agree** 38:2 49:11,12
    75:11 76:10 84:3,12,17
    110:5 122:13,24 125:12
    133:24 134:19 135:1
    139:8 169:1 196:10,14
    197:19 200:12 207:3
**agreed** 13:13
**agreement** 113:17
**agriculture** 166:2
**ahead** 30:16 77:10 91:17
    92:22 96:5 124:18
    131:7 153:4 194:24
**alcohol** 9:15
**Aldock** 3:14 7:5
**Alford** 189:8
**Alfords** 189:20,25
**allege** 181:12
**allow** 34:1,15 44:13
**allowed** 33:15
**allowing** 34:3
**allows** 34:16 45:21
**America** 3:11,21,22 7:4
    7:6
**amount** 39:21 63:3 116:1
    133:20 145:19 146:7
    150:25 170:14 201:2,4

**analogy** 206:19
**analyses** 54:1
**analysis** 11:25 12:1,18
    18:5,10 20:12 22:3,25
    23:4,6 25:12,24 27:23
    28:2 29:9 37:16 44:2,5
    45:14,18,21,24 46:5
    47:1,3 48:7 51:23 52:5
    52:21 53:20 54:8,16,18
    54:25 56:7,12 57:2,6,10
    57:13,15 58:5,9,10
    61:17 62:19 69:23
    70:22 71:22 79:8 89:13
    91:5,9,24 92:6,15 94:3
    94:4,12,15 96:13,18
    101:16,18 102:17 114:8
    114:12,17,20,25 115:1
    116:5 117:18 119:23
    120:16,21 121:1,7,10
    121:13,17,20 122:2
    126:15 131:13 137:24
    139:12,23 147:9 148:17
    154:13 169:14 170:11
    172:11,20 179:15,18
    180:13 181:24 184:22
    186:19,22,25 187:5
    188:2,2,10,10 201:12
    202:4
**analyze** 24:20 65:7 70:8
**analyzed** 69:24 70:4,10
**analyzes** 40:6
**Andrew** 138:10
**answer** 9:7 12:22 20:6
    22:21 23:3 24:24 26:20
    27:3 34:12 37:5 55:7,8
    69:4 70:17 92:7 97:18
    112:12 114:13 115:13
    125:20 156:3 182:2
    188:7 198:16 199:1,13
    201:6 206:5
**answered** 22:22 91:11
    113:7 153:21 205:25
**answering** 65:17 156:18
**answers** 69:20 77:13
    208:10,16
**anybody** 177:14

**apart** 24:15 39:17
    110:25
**apartments** 159:12
**appear** 15:18 51:24
    169:16 189:6
**appeared** 180:5 204:22
    205:13
**appears** 15:12 46:8
    59:24 67:2 107:15
    108:20,23 109:17 112:7
    123:20 143:6 159:5
    169:19 176:8 183:21
    209:4
**appendix** 13:18,22,25
    14:4 19:9,17 44:2,4,7
    44:13,16 45:8,11,13
    46:15 48:3 56:8 61:21
    64:9 66:4,19,23 71:19
    79:25 84:24 85:23
    136:10,19,24 137:16
    141:1 158:18,21 160:5
    161:6,8,18,21 166:15
    166:20 167:16,18 172:5
    186:25 187:5 189:2,2
    205:24
**apples** 87:1,1,4,5
**applicability** 159:16
**applicable** 119:20
    159:23 160:21
**application** 57:19,22
    58:2 114:2 153:16
**applied** 166:13
**applies** 34:10 114:4
**apply** 112:19
**approach** 98:25 196:16
    196:17
**approaching** 24:1
**appropriate** 57:19,22
    121:18 180:6 208:7
**appropriately** 122:1
**approval** 207:9
**approximate** 184:23
**approximately** 6:8 197:5
    203:21
**Arcola** 138:21 139:2
**area** 18:24 21:1 37:21

39:22 40:5,7 42:1,2
43:24 46:11 64:15
131:17 133:1 135:8
139:17 142:20 146:25
147:8 151:15 157:19
159:1,22,24 160:15
163:10,25 164:2,4,12
164:15,20 165:1,3,8,10
165:20 166:9,25 177:24
183:11,14,14,17,23
185:12 194:21 205:7
**areas** 159:4 162:4 163:7
163:8 164:24 168:19
171:2 187:20,22,22
188:3,4,9,17,23
**arithmetic** 98:21 187:16
**Armistead** 3:23 6:4
**arose** 199:8
**Arpent** 145:8
**arrival** 200:10,17
**arrive** 59:23 87:12 98:22
143:25 191:8 192:6
195:21
**arrived** 85:12 200:5
**arrives** 146:21 191:7,10
**arriving** 39:4
**Arthur** 65:19,24 66:7
67:7 68:1 69:20,25
70:11
**ascribed** 33:7
**aside** 193:5
**asked** 26:13 34:21 35:17
63:5 71:24 76:5 84:16
91:12 119:2 152:8,16
**asking** 68:18 79:4 100:25
101:4 120:18 122:7
198:17 205:23
**asks** 77:9,12
**assign** 80:22 94:19
**assigned** 59:2 82:17 83:1
91:14 94:20,25 97:13
98:18 105:24 107:9
109:12,22 174:7
**associated** 153:25 155:13
156:14,25 159:13 164:5
166:7 172:11 200:9

**assume** 9:3 32:21 74:2,5
79:14 147:3 191:13,16
193:20
**assumed** 131:11 144:15
175:8
**assuming** 143:16 200:15
**assumption** 101:1
133:11,13
**assumptions** 42:9 88:6
92:9 133:18 180:14
**attached** 208:14
**attack** 181:8
**attention** 130:12
**attic** 198:9,13,21 200:16
200:19,21
**attorney** 3:4,5,12,13,14
209:14
**attorneys** 152:6
**August** 2:3,5 6:7 14:16
14:20 17:25 18:7 22:4
65:21 70:1 80:3 132:21
136:14 145:13,18
**available** 16:16,21 36:4
43:18 63:1,4 67:22
90:3 113:1 115:16
133:23 155:2,4 156:4
156:20 168:23 169:4,6
**Avenue** 2:7 3:16 6:11
138:18 173:15 196:12
196:18,24,24
**average** 21:25 60:2,3,7
60:11 95:11 102:8
118:22 119:2 122:21,21
171:15 184:24,25 185:1
185:24 187:15,17,18
188:13,22
**averaged** 119:4
**averages** 60:13
**averaging** 188:2,10
**aware** 23:13 174:6
178:17 180:21 181:5,14
**axis** 80:2,8 81:21 145:10
**a.m** 2:6 6:8 29:19 41:6
41:11,16 46:3,7,22
55:11,13 56:2,4 78:12
81:13 83:7 85:21 103:8

103:8,14,15 124:1
130:24,24 131:2,3,13
132:16 135:7 137:1
139:4 149:11 150:4
179:8,11,13,14 190:5
192:25 193:22 195:20
196:4 198:14 205:8

## B

**B** 5:1 172:5
**back** 8:12 15:15 39:19
41:13 56:3 71:21 84:23
91:13 93:6 94:13
116:14 120:12,19
127:13 141:21 167:15
182:24 187:11 190:23
192:13 194:13 203:4
**backside** 22:17
**bad** 26:21 60:6,17 61:2,6
90:20
**Bakeer** 14:11
**bar** 83:1 95:16,19 96:9
127:3,8,11,14,19
**barge** 1:12 3:3 6:14
14:15 25:15 29:22,25
30:5
**Baronne** 3:7
**barren** 165:12
**bars** 82:9,17 83:9,15
89:8,11 91:22,25 92:4,5
94:2,4,7 96:12,17 97:13
98:10,13,17 122:5
127:22
**based** 21:9,14 45:22 51:3
54:19 59:2 64:23 73:19
79:9,12,18 81:4 83:19
83:21 87:18 91:9 93:18
94:16 95:21 96:21
112:24 113:2 118:6
124:16 131:10,20 139:7
142:8 154:12 159:23
169:15 170:3,16,17
171:7 175:6,25,25
176:4 177:18 192:4
201:15 205:1
**bases** 17:9

**basically** 47:7 86:16
95:25 96:12 117:3
142:20
**basis** 54:3,13 98:6 112:5
**Bea** 13:7 14:14
**bear** 183:5
**bearing** 139:19
**bears** 16:1 65:7 67:7
**beauty** 126:16
**bed** 87:19 88:23
**began** 65:20 115:25
175:3
**beginning** 41:14 93:7
141:22 182:25
**begins** 145:23 146:3
176:1 195:21
**behalf** 3:3,11 6:4 203:10
**behavior** 23:11
**believe** 12:7 13:19,20
18:4 21:9 22:7 24:9
27:19 33:10,17 39:12
43:17 44:8 48:2 56:22
57:3,18 60:1 62:15
63:16,22 64:10 68:22
71:23 72:1 78:11 81:18
90:3 94:6,16 95:13,14
96:6,15 97:2,17 101:17
103:24 106:5 111:17,21
114:25 115:19 120:3
121:5,13,25 128:13
130:8,10 133:13 146:17
150:13 154:4 155:17,21
161:20 164:21 165:13
167:15 170:15 173:20
176:10 187:21 192:11
194:11
**believed** 131:22
**bell** 174:15
**bells** 139:5
**benefit** 79:13 179:2,3
**Benoit** 1:20
**berms** 155:9
**Bernard** 10:25 36:20
37:5,11,22 38:17 129:5
130:17,19 132:20 148:2
151:9,16 165:21 178:4

M. SPINKS

**Berryhill** 74:19,23 75:2
76:7,11 77:15 126:21
127:9
**Berryhill's** 75:15 127:4
**best** 37:17 43:10,18
45:19,25 46:1,9 88:17
92:10,11 94:10 96:3
121:15,16 128:2 152:7
155:2,4 156:4 174:19
190:15
**better** 61:10 96:8,14
104:10 111:2 113:17
122:25 123:11 169:2
186:11
**Bevin** 3:23 6:4
**beyond** 116:8
**Bible** 160:12
**big** 17:24 138:11
**bigger** 60:23,25
**binder** 14:23,25 15:1,6,6
**bit** 22:20 26:8 77:1
110:10 126:12
**black** 82:2 167:11
**blue** 142:23 145:18
146:3,10,19,20 147:12
147:12,19 148:6 149:19
173:4
**book** 160:18
**boom** 139:3,22 140:10
140:18 141:2
**booms** 137:17 138:5,8
**Bordelon** 106:8,12,23
107:9
**borderline** 110:10
**bottom** 16:20 41:19
50:21 51:8 59:25 75:24
101:23
**boundary** 173:8 193:13
**bounds** 121:9
**Boutte** 1:16
**box** 208:7
**Branscome** 168:4 169:8
**breach** 29:12,12,13,14
29:16,19 30:9,11,19
34:3,4,18 38:6,6,23,24
39:3,5,6,22,24 40:15,17

42:5 46:2,4,7,8,21,22
46:23,24 49:14,15,17
50:10 53:2,12,15 54:8
54:11,12,14,21,24 55:3
55:5,6 61:22,23 97:25
103:8,9,15,15,20
113:15 114:14,18 115:9
115:18,21,22,25 116:4
123:12,19,22 124:1,6
124:14 125:3,6 127:1,2
130:22,23 131:1,3,3,8
131:11,13 132:2,3,7
135:12 137:5,13 138:2
138:3,17 139:3,9,20
140:5,13,19 141:2
143:21,22 144:16,16,21
144:21 171:14,14
172:15 174:18 179:7,9
179:10,18,20,21,22
180:3,4,23 189:13
192:22 205:3
**breached** 18:25 147:4
180:16 181:7,13 204:2
204:21
**breaches** 1:5 6:13 29:8
30:1,6,22 33:3 34:21
36:22 37:25 38:9,14,19
38:20 40:11,20 53:6,16
53:18 115:2 123:23
132:10 133:9 134:24
137:9 138:5 139:16
140:7 142:18 143:1,5
143:10,11,17,18 144:2
144:8 145:20,23 146:11
146:23 147:5 148:9,13
148:14,24 149:1,14,15
149:21 151:2,6 155:8
155:24 173:10 174:12
180:14 187:24 188:5
194:5,8,18 195:13,16
204:18 206:14,22
**breaching** 12:2 33:8 40:1
45:16,25 46:18 53:7,24
54:10 140:2 180:8
181:19,23
**break** 9:10,11 40:25

92:23 128:23,23 182:4
**Brian** 3:4,6 6:24 182:11
203:10 207:5
**Bridge** 138:18 173:15
**brief** 41:7 93:5 141:20
182:18 203:3
**brighter** 197:1
**bring** 8:12
**broke** 56:6 93:11
**broken** 33:14,21 188:8
**brought** 8:9 176:14
**buildings** 163:7
**built** 41:25 42:7
**bullet** 179:6

---

**C**

**C** 3:1 4:1 6:1 74:19,23
75:2 158:18,22 166:15
166:17,20 167:18
**calculate** 99:25 118:22
119:4,25
**calculated** 99:9,21
101:21 112:15 113:4,11
**calculation** 47:7 56:11
101:5 112:11
**calculations** 99:1 111:8
111:25 120:10
**calibrate** 41:23 42:11
**calibrated** 41:21 44:20
**calibrating** 120:7
**calibration** 164:16
**call** 45:14
**called** 7:19 38:5 160:11
201:12
**calling** 79:2 207:15
**canal** 1:4 6:13 17:25
19:25 20:21 21:4 22:4
22:11 30:2,7 31:17,20
32:9,15,20 37:24
178:20 187:24 188:5
189:24 190:4 191:6
195:10 199:8 204:2,5
204:14,21 205:4 206:10
**caption** 6:12
**captured** 171:12
**car** 124:22

**care** 64:17
**careful** 64:24 118:6,7
135:16
**Carolyn** 126:21 127:3,9
**carpet** 85:21 86:5,21
87:19 88:2
**carried** 89:11 130:15
**carry** 60:7 134:6
**carrying** 169:2 172:4
**case** 6:12 11:19 14:8,14
14:15 15:7 16:14 24:6
25:6,13,20 27:20 30:25
35:16 46:2,7,20 47:25
48:11 52:17 57:20 59:2
59:5,6,23 60:6,7 61:10
61:10,11,12 62:6 74:6
76:11 80:17 86:21 88:1
88:22 89:22 96:8,13,14
96:16,19,19 97:4,18,24
97:24 98:5 100:4,4,14
100:14 101:4,14,15,24
102:3,22 103:3,7,7,8,14
103:20,22,25 104:1,5,5
104:6,7,10,10 105:9,19
105:25 106:6,15,20,22
106:25 107:4,5,9,17
108:3,7,11,11,14 109:9
109:13,18,22 110:5,14
110:14,21,22 111:10,10
111:19,21,22 112:17,17
113:14,16,17 114:24
115:5 116:24,25,25
117:12,17 119:20
121:15,16 122:12,12,14
122:15,18,19,20,25
123:1,4,10,11,25 124:1
124:4,5,25 125:1,3,4,14
125:24 126:4,6,11,20
126:20,22,23 127:9
129:24 180:22,24 181:6
192:12 194:12 202:2
**cases** 1:7 6:15 25:10
46:18 48:9,16 53:1,2,5
60:16 62:2 74:3 78:21
79:11,17 89:19 91:19
92:16,18 95:15,23,24

96:10 97:15,20 98:9
103:1,4 110:24 112:4
114:5 116:15 124:8
128:9
**cause** 28:15 30:22
**caused** 29:25 30:5,11,19
36:21 37:2 40:16
180:22
**causes** 142:19 145:18,23
145:25 146:8,11,20,22
147:1 148:7 149:10
206:11,16
**CCM** 168:5
**CDT** 179:8
**centered** 30:25 31:9
**Central** 80:6 145:13
150:5
**certain** 18:20 40:11
41:22 50:9 86:6,9 98:2
104:24 116:3 121:24
170:13 183:18
**certainly** 20:24 21:16
169:10
**CERTIFICATE** 209:1
**certify** 209:4
**cetera** 64:6
**change** 28:15 41:12
42:24 58:9 60:14 95:15
96:7 122:8 141:18
146:15 182:23
**changed** 42:5 61:20
179:25
**changes** 208:13
**changing** 41:11 60:13
111:18 182:21
**Channel** 160:11,12
**chapter** 40:9 128:15
129:2 130:14,14 154:17
167:4
**characterization** 121:21
**characterized** 64:2
118:21 166:8
**Charles** 13:17
**chart** 167:14
**charts** 205:1
**check** 138:22 208:7

**choice** 64:11
**choose** 58:5
**chosen** 24:13
**Chow** 160:8,10,13,14
163:12
**Chow's** 160:18
**chronograph** 78:22
**circle** 81:17,18
**circuit** 76:25
**Civil** 1:4 6:14
**CivilTech** 28:18,21
**Claiborne** 173:15 196:24
**clarification** 9:2
**class** 166:24
**classes** 167:1
**Claude** 196:24
**clear** 13:4 16:19 18:14
26:4,15 30:15 31:15
39:18 72:5 94:7 103:7
132:1 133:17 149:9
**clearly** 20:6 39:15 63:1
64:6 77:20 89:17 90:22
91:4 111:13 113:19
122:7 150:18 155:14
163:13 169:5
**Climatological** 168:5
**clock** 43:6
**clocks** 42:14 64:20
**close** 49:14,16 96:19
110:13,24 197:8,10,11
197:15 200:8
**closer** 123:18 126:12,12
126:25 145:8 149:25
196:11 201:22
**coastal** 23:15 32:3,10,12
**code** 42:7 154:7 165:12
**coding** 165:16
**coefficient** 158:8 159:21
160:23 162:12,20 163:6
165:3,7
**coefficients** 158:7,17,20
160:6 162:1 164:19
166:14,23
**color** 80:22 81:8 165:16
**colors** 81:1
**Columbia** 209:23

**column** 59:11
**combination** 194:14
200:11
**combine** 152:9
**come** 37:17 59:19 103:3
153:17 157:10 190:23
201:22 202:5 204:13
**comes** 63:11
**comfortable** 28:3 29:8
192:24
**coming** 39:16 124:13
139:4 153:6 193:21
194:22 195:5
**commencing** 2:5
**comment** 29:18 66:10
110:24
**comments** 10:8,10,14
27:16 28:9
**commercial** 159:3
164:23 165:8,24,25
**commission** 209:19
**common** 23:20 44:23
**communicate** 52:2
**communities** 201:20
**company** 28:18,22
**company's** 29:1
**compare** 42:20 43:4,8
58:3,16 59:17 68:23
70:14 85:2 94:13 104:3
111:4 134:15 135:19
144:16,21 156:9 168:24
175:13 185:14 188:16
**compared** 89:25 90:11
91:18 110:11 150:25
167:24 188:19
**compares** 168:23
**comparing** 57:11 87:1,4
92:15 102:11 121:2
163:23
**comparison** 48:3,12
72:18 91:21 95:15
104:4 175:7 183:9
184:3
**complete** 208:10,15
**completed** 27:17
**completely** 69:18 134:12

**comply** 103:1,4
**comprised** 159:2
**computation** 123:3
184:9
**computations** 131:15
**compute** 48:7 61:3
156:11 185:20
**computed** 89:19 97:11
100:11 112:3 117:4
119:6 122:18 126:6
185:16,22 188:24
**computes** 86:15
**concern** 55:3
**concerned** 20:4 55:4
189:25
**concerning** 119:12
**conclude** 54:5 64:14
188:4 206:19 207:3
**concluded** 61:9 103:25
152:18 187:19 189:22
190:3 207:19
**concludes** 202:16,20
207:10
**concluding** 202:24
**conclusion** 19:24 45:25
52:20 112:16 179:19
**conclusions** 16:23,24
19:12,20 22:15 35:3
64:22 136:4 150:10
169:13 177:19 178:11
178:25 192:16
**condition** 142:20 163:10
173:9 193:13
**conditions** 23:1 24:19
37:2 42:3,8 74:1 125:1
160:19
**conduct** 22:2 44:5
119:19
**conducted** 18:11 22:25
44:2 54:19 58:13
129:20 139:23 158:14
**confess** 59:9
**confidence** 112:11,15,19
112:22 113:2,5,10
**confident** 112:24
**confirm** 12:2

confuse 186:14
connection 140:18 202:1
consider 36:24 65:18,19
  90:20,23 93:23 95:6
  109:25 118:3,4 137:7
  187:10
considerable 133:20
considerably 64:15
  65:13 172:15
consideration 37:20
  64:24 114:16 118:7,7
considered 17:12 38:14
  64:2 91:6 104:19
  131:12 147:5 172:4,10
  181:25 184:6,6,7
  188:12
considers 39:24 90:25
consistent 119:23 124:8
  168:1 174:20
consistently 95:23
consisting 207:11
consists 18:20
consolidated 1:5,7 6:13
  6:15
constitute 138:5 140:6
constitutes 160:4
Consulting 168:5
contact 24:5,22,25 25:2,4
  25:8
contain 16:12 17:8
contains 161:25 162:3,6
contend 181:6
continue 52:24
continuing 34:11 181:1
  194:4
contracted 202:9
contrary 69:18 91:1
contrast 131:1,23
contributing 37:7
contribution 142:13
  150:22 175:21,23
contributions 35:11
  37:13 153:10
convened 2:5
convenience 9:11 69:3
conventions 50:5

convergence 146:2
conversation 28:1
copies 207:14
copy 67:3,21,25 161:13
  197:3
core 170:18,20
corner 133:6
Corporation 168:5
correct 10:13 11:5 13:9
  22:18,19,23 23:5,9 26:5
  26:17,19,20,25 27:2,8
  27:15 30:19,20 38:24
  40:13,17 43:7 44:8,15
  49:25 51:4,5,23 52:6,21
  53:11 54:2,22 56:16,19
  56:23 58:20,21,24
  59:14,15 62:4 64:10
  70:1,6 73:16 79:15
  81:2,23 89:1 91:16,25
  92:1 93:20,21 94:21
  97:9 100:5,6 102:1,2,4
  103:16 105:14 106:13
  106:20 107:6,7,11,22
  108:5,6 109:15,16
  110:1 116:18,23 119:10
  120:3 124:3,24 127:21
  130:25 132:22 136:2
  137:25 142:24 143:3,4
  143:8,18,22,23 144:3,6
  144:10,13 145:1,2
  149:8 152:1,2 153:3
  154:23 162:14 165:9
  166:11 167:9 171:5
  173:12,15,16 175:11
  177:16,24 178:1,9,13
  178:14,15,20 179:2
  180:4,10 183:16 187:25
  190:6 191:19 194:2
  195:11,14,19,25 200:3
  203:22 206:2,3,7,24
  208:9,15
corrections 10:9
correctly 18:2 114:4
  152:5 203:19
correlate 47:25
correlation 46:9,13

54:15
corresponds 93:19
  103:11
counsel 6:19 41:9 43:14
  66:24 67:24 68:5 207:9
  209:10,14
count 49:8,9,18
counted 59:6,7 62:19
  149:4
couple 91:12 98:19
  149:22 183:4 202:17,21
  203:11 205:16
course 7:11 41:1 128:19
  182:5 194:21
court 1:1 6:16,21 8:14
  199:24
courthouse 51:7,11,17
  51:22 52:4,11 90:8,9,12
cover 158:16
covered 134:12
crash 138:12
created 168:17
creates 33:21
creating 199:11
credible 20:10 21:4
  176:8 177:16
credit 137:4
crest 169:24 170:2
crews 73:6
criteria 103:2
critical 170:2
criticisms 29:5
culminating 116:4
cumulative 48:14 59:11
  59:24 60:8 61:11,12
  101:13,14,22,25 167:10
cumulatives 60:1
currents 31:16 32:8,15
curve 164:6 185:19
Cushing 13:17
C-3 165:17
C-7 161:8,8,18

---

**D**

D 6:1 106:8,11,22 107:9
  107:18 108:7

Daggett's 13:20,21,24
  14:4
damage 40:15,16 201:19
  202:6,7
damages 40:18 201:23
danger 84:4
Daniel 125:16 137:15
dark 74:4,20 75:4,7,7,13
  76:20 77:12,14,14 78:1
  78:3,4,13 137:18 138:9
darkness 75:25 76:6
  77:15
data 12:3,10 17:12 21:14
  35:6 41:22 43:6 44:5
  44:12 45:2,3,6 46:2
  48:4,5,6 49:6,13,18
  50:1,4,9,11,13,17 51:4
  51:10,13,16 52:4,22
  57:25 59:13,16,20 60:4
  61:10 62:1,9,10,10,14
  62:23 63:10,11,17 64:2
  64:3,23,25 71:13,14
  73:1,7 74:23,24 76:15
  79:6,16 80:14,16,17,18
  80:19,20,22,23,24 81:8
  81:17,22 82:10,14,15
  83:1,6,10,17,18,23
  84:22 89:14 90:2,22,24
  91:1,1,2 92:3 94:8,11
  95:7 99:10 101:9 104:6
  104:9 105:4 107:18
  110:18 111:13,14
  112:25 113:21 115:19
  117:11 118:8,16,19,21
  120:25 121:6,17 122:9
  122:12,13,16,19,23
  123:7,9,11,14,16,19
  124:9,10,16,19,23
  126:3,8,10,14,17
  127:22 138:23 140:3,3
  140:16 154:5,7,25
  155:2,5,14,16 156:17
  157:5 158:3,5 168:16
  169:3,4,6,9,13 170:4,21
  170:22 171:13 172:3,7
  172:21 177:10 184:11

184:16 186:4,7,24
187:19 188:12 190:19
196:7 198:3
**data's** 122:8
**date** 6:6 85:7 208:25
**day** 23:14 80:5 147:18
148:5,14 192:21 207:23
**Daylight** 80:6 145:13
150:5
**days** 10:4,19 13:23
201:15
**DC** 3:17
**deals** 21:24,24
**December** 66:9
**deceptive** 134:11
**decide** 58:5
**decided** 53:25 54:3
128:10
**decimal** 203:22
**deep** 198:4
**Defendants** 115:8
**define** 89:15
**defined** 164:24 166:23
**defining** 166:22
**definitely** 24:19 139:18
**definition** 159:14
**degree** 136:3 156:13
**delay** 125:3
**Delft** 24:5,23 25:5,9
129:16,19 167:24 168:3
**delivered** 168:4
**denser** 163:8
**density** 159:24
**depend** 88:9
**DEPONENT** 208:1
**deposition** 2:1,4 6:9,18
8:4,8,13 9:25 10:11,18
12:20 14:24 16:6 18:19
24:4 35:15,16,24,25
36:7,10 41:10,15 48:21
63:6,24 66:9,11,13,16
66:23 67:16,19,22 68:7
68:13,15,16,17,22,23
70:2,3,7,14 74:8,12,13
75:9,16 76:15,17,17
77:16 78:3 82:24 83:25

93:2,8 130:2 138:20
141:17,23 161:1,12
172:23 176:23 182:20
183:1 197:5 200:23
202:24 207:3,10,14,19
208:5
**depositions** 8:10 11:20
35:8,21 43:15,22,22
62:6 66:14,15 76:23
79:20 93:14
**depth** 44:10,14 47:9,13
47:14,22 58:16,17
59:17,18 60:21,21 62:3
71:15 72:9,15,17,19
82:6,8,12 84:25 85:1,5
85:8,8,10,13,14,18,19
86:13,18 87:12,16 89:5
89:12,24 90:14 91:5
92:11 94:19 95:1,19
97:10,11 99:23 102:11
105:6,9,12,20 106:13
106:16 107:1,5,21,24
108:4,8,11 109:7,9,19
113:6 116:20,21 117:16
117:24 118:2,14,23,24
119:3 120:15,21 121:22
122:1 123:5,6,14 124:7
126:5,13,22,23 127:10
128:6 134:21 135:19
145:10 147:2 150:7
151:14,18 189:4 190:11
191:2 197:25 198:3,8
199:20,24 200:8 203:15
205:1,6,9
**depths** 71:14 91:18
92:16,17 98:18 110:12
111:5 112:23 116:16,16
118:11,19 119:4 120:1
120:2 122:15 127:19
135:18,24 142:15 145:1
**derive** 46:12 56:18 59:13
134:10 169:13 174:18
177:18 186:23 204:8
**derived** 29:15 59:13 79:9
102:11 107:5 142:7
154:25 166:14 175:6

183:20
**deriving** 163:16
**describe** 46:12 120:24
129:7,9 142:7 164:3
**described** 44:1 53:2
56:10 72:13 120:11
130:7 140:8 158:18,21
**describes** 129:3 172:6
**description** 73:1,20
89:16 167:17
**desired** 207:14
**Deslonde** 189:10
**detail** 110:10 172:7
**detailed** 155:8
**determination** 101:10
204:19
**determine** 16:22 20:13
31:1,10 45:18 88:16
153:16 164:4 171:17
**determining** 121:16
188:12
**develop** 114:14,15,19,20
115:10 133:9
**developed** 74:9 129:15
**developers** 25:1
**development** 132:6,15
172:7
**deviation** 185:2,4,5,18
186:1,2,6,9,10,19 187:5
187:8,10 188:2,9
**deviations** 186:13,24
**Diane** 77:11
**differ** 64:15 65:13 132:9
150:14
**difference** 47:8 57:24,25
60:20,23,25 85:14
86:19 87:22 90:1,7
93:22 100:3,5,7 124:13
125:8,10 127:10,18
131:6,8 134:13 146:18
146:20 147:11,17 149:5
150:2 185:20 187:14
**differences** 49:25 84:9
111:9 120:6 128:2,8
134:5,8 150:21 185:25
186:5,8,12

**different** 13:3 25:1 36:15
38:10 39:16 46:18
48:16 84:5 89:23 90:15
91:8,11 95:15 97:4,14
97:16 98:11 117:17
118:11 122:9,19 124:5
124:11 125:5 126:14
128:3,5 132:3,4 134:1,4
142:13 153:23 166:6,9
168:19 184:14 194:14
**differentiate** 152:10
**difficult** 73:25 167:21
**digest** 178:23
**digital** 63:12 64:4 172:6
**dimensional** 129:10
**dimensional/two** 129:10
**diminish** 128:8
**direction** 23:19 64:6
114:10 209:8
**directions** 82:3
**directly** 68:12,15 139:16
201:3
**disagree** 65:5
**disclosure** 7:9
**discount** 20:14,16,17
65:17 68:19
**discrepancies** 71:3,9
118:2
**discuss** 152:7 156:16
**discussed** 39:14
**discussing** 56:7
**discussion** 55:12 152:12
**dispute** 176:11 177:7
180:21
**disputing** 78:12
**disseminated** 27:8
**distance** 151:2 156:2
**distances** 39:17
**distinctive** 166:6
**distinguish** 61:6 152:22
**distribution** 185:19,24
**District** 1:1,2 6:16,16
209:23
**divergence** 117:10
**divide** 152:14
**doctor** 168:22

document 15:22 67:6,14
  137:3 203:16,18 204:11
documented 12:24 64:7
  71:6 124:17
documents 15:19 133:19
doing 91:21 96:24
  187:10,16 204:20
dominates 165:20
door 77:20 78:14 124:22
dot 81:13,15
dots 80:25 81:9
downstairs 198:12
Dr 13:11,20,21,24 14:4
  14:11 77:6 160:13
  168:4 169:8
draft 15:23
drainage 32:5 202:1,3
dramatically 146:15
draw 104:4 134:1 139:21
  192:15 193:18
drawing 50:2 140:10
drawn 21:13 22:15
  194:20
drew 19:20 178:25 206:4
drive 176:3
drown 198:14,21,22
drowned 198:18 199:6
drugs 9:15
due 36:23 124:5,13 156:1
duly 7:20 209:5
duration 46:22,24 53:6
  55:6 111:5
Dutch 130:14,22 131:18
  132:2,5,24 133:1,4,7,25
  134:15 135:3,14 136:1
DUVAL 1:11
D-2 64:8
D-3 64:17
D.C 2:2,7 6:11

**E**

E 3:1,1 4:1 5:1 6:1,1 66:4
  66:19,23 85:23 136:10
  137:16 141:1 168:4
earlier 9:7 32:24 77:19
  127:2 131:12 146:22

147:13 148:25 175:9
early 18:25 137:6
earthen 170:6
east 37:23 38:2 151:3,7
Eastern 1:2 6:16
Ebersole 13:6 103:21
economic 201:19
Edwards 35:24 36:1,6,9
  36:15 178:13,17,17
  179:2
effect 16:22 22:16 38:22
  38:23 99:22 100:1
  164:8
effects 54:8,10
efficiency 164:15
effort 25:21 26:12
  108:22
Egania 189:16 203:15
eight 67:20 68:9 69:8,12
  69:14 147:16
either 29:25 30:6 53:13
  62:5 63:17 101:1
  106:19 108:4 114:10
  117:7 162:15
elaborate 26:8
elements 21:19 170:2
elevation 72:18 80:13
  85:6,16,17 86:6,8,17,22
  86:22 87:2,9 88:3 90:7
  90:11 93:22,25 94:9,10
  94:16 117:4 120:5
  154:14 157:6,8,11
  171:14 172:6 175:8,14
  181:20 185:20 188:14
  190:12,13,14,16 194:16
  197:16,20
elevations 64:5 94:14
  111:6 119:21,22 156:9
  169:24 170:3,12 172:14
  177:13 184:4 185:14,16
eliminated 52:5 128:5
elimination 51:16
emerge 82:3
emergency 201:11
employ 23:14 168:15
employed 102:15 168:12

209:11,15
employee 209:14
encounter 77:23
encountered 77:21,24
ended 131:23
energy 23:25
engineer 32:10,12
engineering 27:22 28:4
  28:19,21 32:3 37:16
  139:25
engineers 114:1
entered 40:3
enters 39:21
entire 21:23 34:5,17
  101:5 111:4 157:16
  176:20 179:22 180:3,4
entry 69:14 72:10 74:20
  136:25
equal 37:8,12
equation 47:3,6 56:18
  58:4,4 59:14,19 95:20
  119:9
equivalent 145:19,22
  146:7
Eric 3:13 7:5
Ernest 35:24 36:1,15
  178:12,17
errata 208:14
error 47:4,7,15 48:7,14
  56:10,14 57:19,21 58:3
  61:15 82:6,9,17 83:1,9
  83:14 89:8,11 90:1
  91:22,24 92:3,5 94:2,4
  94:7,14 95:6,9,10,11,16
  95:19 96:2,9,12,17,21
  96:25 97:4,13,17,17,23
  98:10,13,17 99:22
  100:12,15 101:12,15,19
  101:21,24 102:6,18
  110:20 118:22,25 119:2
  119:2,4,7,13 120:9
  122:17,25 123:2 125:15
  126:1 127:3,7,11,19,22
  128:7 135:22 153:25
  154:3,10,13 155:12,16
  155:18 156:11,13

157:12,17,20,25 187:2
  187:7
errors 56:25 60:2 102:9
  102:10,23 112:3 114:24
  119:12,25 154:6 156:10
established 158:13
establishing 120:4
estimate 37:17 40:18
  78:23 92:10,11 94:10
  94:14
estimated 18:23 40:19
estimates 95:6
et 64:6
evacuation 201:21
evaluate 156:6
evaluated 37:9
evaluation 72:15 121:4
evening 65:20
event 65:16,20 84:10
  140:2
events 64:17
everybody 20:25 90:17
  127:23
evidence 33:24 64:7,21
exact 57:7 84:13,18
  174:2
exactly 118:18
examination 4:3 7:19,23
  203:7 205:19
examined 7:20 38:16
  208:4
examiner 76:5
example 89:10
excellent 184:6
exception 15:8
excerpt 19:9
excerpted 68:9
excerpts 18:19 67:7 68:2
  68:4
exclude 143:21,21
  149:13
exercise 97:5,6
exhibit 5:3,5,6,7,8,9,10
  5:11,12,13,14 14:24
  15:2 16:5 18:14,15,18
  18:22 25:13 48:20 49:1

66:20,23,25 67:3,6,9,15
74:12,13,14,18 75:18
75:20 130:2,3,6 161:1,2
161:5,12,25 162:3,9
171:24 172:2,3,8,22
176:22 191:11 196:21
196:25 197:4 203:14
**exhibits** 15:9,14,21 66:2
66:15
**exist** 90:18
**existed** 132:19 142:20
165:1 196:3
**expanded** 48:21 66:20
66:21
**expect** 16:13 17:6 96:13
97:23 98:2 113:16
124:4 134:3,5,7 135:4,6
150:24 157:16,20 192:5
192:6 198:8
**expected** 101:15
**expecting** 194:17
**expert** 15:23 16:1,5,12
22:1,2 31:24 43:20
65:6 71:9 115:7 139:17
155:20 167:23
**expertise** 32:3 116:8
**experts** 12:21 27:21,24
115:17 127:25 176:8
180:24
**expires** 209:19
**explain** 51:17 90:5,13
123:15 124:16 128:1
131:7 180:18
**explained** 26:24 27:1
131:22 152:21
**explanation** 48:19 91:8
108:21 123:10 131:6
**explore** 117:21
**explosion** 136:17,25
**expressed** 17:5 56:14
121:23 156:12
**extent** 31:2,10 169:4
**extrapolating** 82:4
**eye** 29:10 35:8,16,20
36:13,15 42:14 43:5,22
44:21 47:24 52:13

61:17 62:3,5 64:14,20
70:20 71:4,5,25 72:15
73:12,13,20 78:20,21
79:10 82:4 84:9 88:15
93:23 115:20 117:5,7
117:16,25
**eyeball** 52:19

---

### F

**F** 136:19,24
**fact** 11:22 12:17 27:23
29:6 32:23 37:19 49:6
52:15 62:22 72:25 74:7
111:18 114:18 125:4
135:24 162:19 168:1
**factor** 37:8,8,12 47:5
140:4,6
**factors** 21:15 42:9,24
46:6 47:2 88:16 163:16
164:7
**facts** 63:6 127:23 176:11
**failed** 33:16 38:3,10
**fails** 33:22
**failure** 33:8 34:9 37:22
**failures** 36:22
**fair** 9:4 10:21 12:14,14
17:19 20:18,19 22:6
30:24 31:8 32:7 33:9
33:10 49:15 69:1 83:3
100:14 123:8,25 140:11
146:4 204:10
**fairly** 21:21 31:12 35:5
90:1 134:23,24 150:20
163:5
**fall** 10:12,16 11:9 136:17
137:1 186:5,8
**familiar** 23:10
**Family** 1:21
**far** 7:14 77:10 110:25
139:8 140:9 174:3
189:25
**fashion** 178:23
**fast** 74:20
**favor** 91:2
**favorable** 122:17,20
184:10

**feature** 54:17
**features** 42:1,16 194:15
**feeds** 201:18
**feet** 18:8 20:1 72:9 80:9
81:14 85:18 91:15,19
98:19 107:1 117:1,3,11
117:25 124:23 126:7
127:8 150:6 151:19
171:4,11 172:16 175:9
176:15 177:5 178:3
183:19 185:2 191:23
192:8 195:9,24,24
196:3 198:4 199:8,20
199:24 200:8,17 203:22
204:12 205:9
**felt** 27:25 28:1,3 29:8,11
53:22 55:2 144:23
180:3,3
**FEMA** 119:11,24 120:4
120:9 201:3,5 202:8
**FEMA's** 119:19
**fetch** 21:15,16
**field** 72:1 73:5
**figure** 50:19,23,24 51:8
79:22,24 83:11 85:3,4
88:22 89:17 96:18
99:10 103:11,17 118:18
144:25,25 145:3,9,17
147:24 151:18 163:19
165:14,16 166:10
167:1,11 169:16 173:4
175:7 183:7,9 184:8,13
184:25 189:6,18,18
191:2 192:19 197:13
203:13 204:11 205:8,24
206:1,5,8,13
**Figures** 142:23 143:7
144:5
**Filed** 1:14 6:15
**filled** 151:9
**final** 64:22 101:10
**financially** 209:15
**find** 20:9 21:2 124:18
150:21 196:9
**finding** 121:15,16
**fine** 26:9 128:24 193:23

194:25
**finish** 8:20 96:14 153:4
182:15
**finished** 190:13,16
**firms** 201:13
**first** 7:20 18:21 36:7,18
44:18 72:10 73:20 76:5
124:9 125:17 126:19
136:25 151:25 191:17
196:5 197:16,20 204:22
205:13
**fit** 96:20 174:19
**fits** 121:16
**Fitzgerald** 13:6 27:25
28:14 29:4 103:22
**five** 117:11 147:16 149:5
149:24 156:13,13 183:1
201:15 205:12 207:11
**flat** 157:14
**flight** 14:21
**flood** 35:11 37:24 40:15
41:21 43:3 44:14,14
47:20,22 65:12 69:16
72:19 85:6 89:16 90:10
90:14 93:24 94:10
104:14,15,16 106:3
108:8,10 119:15,19,21
119:22 120:5 128:16
129:2 135:8,18,19,24
142:3 147:2 150:5,6
151:7 156:8,21 170:7,9
173:10 174:14 178:7
191:22 192:1,5 193:14
200:4 203:20 204:17,18
**flooded** 37:21 46:11
**flooding** 10:24 22:25
23:4,6,16 25:12,24
26:24 27:12 31:2,2,11
31:11 36:19 37:3,8,18
38:20 40:11,19,23
44:10 58:18,19,23,23
62:17 64:5 69:25 70:5
70:11 97:25 98:2
102:23,24 106:19 108:3
129:4,20 130:16,20
131:16,19 132:16,19,25

M. SPINKS

133:7 134:21 142:14,14
153:11 200:24 202:6
**floodwall** 22:17 23:8
30:1,6 33:3,14,16 36:22
37:23 45:16 143:1,2,11
143:17 169:24 170:19
174:13,18 175:8 177:13
**floodwalls** 22:10
**floor** 85:22 86:21,22,23
88:3,7,9,22 190:13,16
191:17 196:5 197:16,20
**Florida** 138:12,17
196:12,18
**flow** 35:12 40:22 155:23
158:11 178:5
**flowing** 173:10 195:12
195:15
**flows** 39:1 64:6 154:15
**focus** 54:9
**follow** 85:23
**followed** 116:2
**follows** 7:21
**follow-up** 205:17
**foot** 18:6,24 19:25 92:18
92:21 93:13,15,17 94:1
99:22,22 104:21 105:13
105:20 106:3 109:19
125:5,8 126:5,6 127:4
127:10 155:18,22
156:13,25 157:17,20,25
158:1 170:13 185:3
200:4
**foregoing** 208:4 209:3,5
**form** 43:9
**forming** 17:13 19:11
**forms** 43:15 56:11 173:8
**formula** 56:17,21 57:5
99:2,16 119:9
**formulas** 57:8
**forth** 56:17 158:24
**found** 14:4 44:20 187:13
**four** 10:4,19 82:3 85:17
85:18 110:12 114:5
124:23 127:8 141:23
142:8 150:6 182:20
189:5 203:21 205:12

**frame** 12:11 78:12
131:14 139:5 141:3
151:11,13 175:5,17
178:19 193:22
**free** 9:8
**Freudian** 77:2
**Friday** 2:5 6:6 181:3
**front** 181:8 197:17
**full** 23:22
**fully** 24:25
**function** 63:4 151:2
156:2
**further** 52:18 66:18
183:22 192:2 209:13
**future** 147:7

---
## G

**G** 2:8 6:1 209:2,22
**gage** 173:6,21 174:4
**gain** 64:21 65:15
**gap** 33:19 89:2
**gather** 12:8 29:9 42:13
44:9 65:11 84:22
118:14 155:10 169:5
**gathered** 11:18 18:3
43:11,19 169:12 184:16
**gathers** 154:4
**general** 21:21 150:15
159:15 183:21
**generally** 23:15,17,23
39:10 45:20 57:3
155:17 187:25 193:4
**generate** 87:8,11
**generated** 87:17 92:14
168:22 184:1
**generates** 87:14
**generation** 21:24
**geographical** 42:2
**geometry** 33:2 53:13
54:24
**getting** 96:6
**Gilbert** 3:4,6 4:6 6:24,24
7:8,13 21:5 27:5 30:15
34:6 41:3 67:11 69:1,9
69:12 70:16,23 71:16
71:20 77:2,5,6,6 78:25

84:6 100:16,24 101:3
113:7 115:12 116:7
125:18 141:12 161:17
180:17 181:1 182:13
198:15,24 199:10
202:17,21,25 203:9,10
205:15,22 207:6
**give** 52:8 58:19,24 76:21
87:2 90:17 92:10 106:6
107:16 108:13 125:25
131:5 150:16 157:1
166:12 167:19 182:2
201:22 202:17 204:19
**given** 8:9 43:3,3 47:21
59:13 64:11,13 68:4
76:14 80:9 83:23
106:19 107:13 120:25
121:9,22 139:14 157:19
176:9 204:7 208:10,16
209:10
**gives** 34:4,16 47:6 111:3
125:4,14
**glad** 197:12
**Glaser** 190:25 191:1
**Glaser's** 191:7
**glass** 128:21
**go** 30:16 39:19 43:12
46:17 54:12 66:18
71:10 75:9,15 76:17
77:11 84:23 91:13
92:22 96:5 98:11 99:20
106:25 108:7 109:2
115:4 118:17 120:12,19
122:8 124:18 127:7,13
127:17 131:7 136:24
140:9 141:13 153:4
157:6 167:15 185:7,11
187:11 190:18 194:24
196:20 202:22 207:9
**goal** 61:1,3
**goes** 69:21 117:18
195:24
**going** 9:3 15:5 18:14
29:21,24 30:4,8,18 41:5
42:20 44:16 48:20 49:6
54:17 55:10 66:18 67:6

68:25 69:3 74:11 79:1
79:23 84:24 93:3 95:5
96:7 100:16 118:3
122:9 127:6 128:21
132:13,23 135:22
141:17 142:2 143:24
161:7 182:11,16 185:11
185:12 191:13,15
194:15 196:20 197:12
197:20 199:21,23
202:11,13 203:1 204:25
207:4
**Goldberg** 3:13 7:5
**good** 8:1 60:6 61:6 90:20
125:11 170:11 184:7
**Goodwin** 2:6 3:15 6:10
7:4
**gotten** 168:21
**government** 28:3 103:22
155:3
**grab** 128:17
**gradations** 135:25
**graph** 80:16 133:6
135:17 145:16 188:20
**graphs** 151:17
**gravel** 165:11
**Great** 9:23
**green** 51:6,7 144:11
151:18
**ground** 12:7 70:24 72:18
85:9,15,17 86:9,16,24
87:13,20,23,25 93:25
135:21 156:9 157:4
158:16 190:10,13
191:14 196:15 197:6,14
197:23
**group** 113:25
**guess** 20:5 32:13 128:11
160:4 201:6
**Gulf** 38:1

---
## H

**H** 5:1
**half** 83:2 104:21 105:13
105:20 106:3 125:5
126:5,6 155:18,22

156:24 157:16,20,25
  158:1
**half-hour** 191:8
**hand** 14:25 48:24 167:20
**handing** 130:1 160:25
**happen** 143:17
**happened** 23:7 146:24
  148:17,19 199:15
**happening** 69:17 140:1
  194:7
**happens** 114:7 124:6
**Harbor** 19:24 20:21 21:3
  22:4,11 30:1,7 31:16
  32:9,15,20 37:24
  178:20 187:23 188:5
  189:23 190:4 191:6
  195:9 199:7 206:10
**hard** 123:15 150:21
**Hazus** 201:12
**heard** 136:16,25 137:17
  138:8 139:3 207:8
**hearing** 139:14
**hears** 141:2
**heavily** 62:19
**heavy** 169:18
**Hector** 115:24
**height** 19:20 87:22,24
  88:22,23,23 171:5,10
  176:14 177:5 203:20,25
  205:2,6,10
**heights** 18:9,23 19:24
  21:14 22:3 32:19
  170:17,20,25 171:17,23
  176:21
**held** 6:9 53:10 200:5
**help** 42:25 52:17 124:16
  128:1 136:21 164:4
  168:13 169:13 180:18
  206:5
**helps** 35:10 90:13
**hereto** 209:15
**high** 42:14 60:11,17,19
  60:22 61:2 78:14,16
  86:23 87:18 95:10
  104:13 144:1 162:6
  183:10,18,25 184:4,5,9

184:10,17,19 185:1
  186:19,21 187:11,14,19
  188:13,17,22,22 196:5
**higher** 105:13 110:6
  123:5,20 125:2 157:14
  164:10 196:16 197:21
  199:9 200:16
**highest** 48:15
**hitting** 77:20
**hold** 77:9
**home** 159:22 189:12
  196:23 197:6,15 199:6
  199:18,19,25
**horizontal** 80:2
**hour** 83:2 98:14 114:19
  115:9,18,21 131:17
  147:16 150:1 173:23
**hourly** 168:20
**hours** 114:14 116:4
  145:13 146:21 147:13
  149:5,6,23,23,24 150:2
  169:17 205:12
**house** 39:3,5 72:17,20
  75:7 77:21,23 78:5,8,10
  78:15 88:10,14 141:5
  190:9,17 191:13,14,17
  192:2 193:25 194:10
  195:4,18 196:4,6,8,11
  197:16 198:4,9 206:21
**houses** 159:12
**housing** 159:13,18,24
**hurricane** 24:18 27:12
  27:13 28:5 35:12
  129:21 130:16 142:21
  201:2,3,6,9,10,15,17,18
  202:1,10,12
**hurricanes** 200:25
  201:21
**hydraulic** 31:13 40:6
  42:4,6 156:7 158:10
**Hydraulics** 160:11,13
  168:4
**hydrodynamic** 31:18
  42:7 129:10
**hydrodynamics** 32:3
**hydrograph** 50:24 51:6

79:24 81:4 173:1,2,3,8
  173:13,19 174:9 175:7
  175:14 176:5 189:4,19
  191:2,2 192:18,22
  193:9 194:14 195:8
  200:6 203:15 204:16
  205:23 206:1
**hydrographs** 51:1,2,3
  147:25
**hydrologic** 31:1,9,13
  102:17 156:6
**hydrologist** 20:9 21:2
  23:10 31:25 32:1,1,4,8
**hypothetical** 21:6 100:17
  113:20 115:13 122:7
  123:17 142:8
**hypotheticals** 79:4
**H-A-Z-U-S** 201:13

---

# I

**idea** 152:3
**identification** 15:3 18:16
  49:2 67:1,10 74:15
  75:21 130:4 161:3
  171:25
**identified** 122:23 167:1
**identify** 6:19 17:11 47:2
  47:20 49:13 66:22
  142:9 158:14
**IHNC** 38:3,14 39:15
  45:16 46:23 53:18 54:9
  54:14 132:9 135:7
  142:25 143:2,4,12,16
  143:20 144:1 147:4
  148:13,15,24 149:14,21
  151:2,8,12,14,22
  155:24 156:2 171:3,3
  173:5,11,14 176:10
  179:7 191:22 192:16,21
  193:19 194:5,15 200:3
  204:17 206:22
**IHNC's** 152:10 193:14
  193:16 204:18
**Ike** 201:2,3,6,9,10 202:1
  202:10,12
**ILETS** 43:19

**ILIT** 131:11
**image** 133:11 134:9,10
  134:15,16
**images** 134:17,20 135:1
**imagine** 134:23
**impact** 116:1
**impair** 9:16
**important** 35:3,7 45:2
  84:13,18 127:23
**improper** 21:6 100:17
  115:12
**improvement** 97:24
**inches** 170:14
**include** 36:1 61:17 62:10
  63:21 71:13 92:8 95:18
  143:20 149:14 152:3,17
  177:4
**included** 17:16,17,21
  51:4,14,22,25 52:8,15
  52:20,22 63:10 66:7
  91:24 92:5 96:12,17
  115:3 136:10 139:11
  143:19 167:10 176:20
  176:23
**includes** 44:13 130:18
  143:10 173:4 178:6
**including** 36:21 43:21
  139:11 148:15,24 159:3
  160:8
**incorporate** 11:21 12:17
  91:22 94:4 114:20
  180:2,4
**incorporated** 94:2
  177:10
**incorrect** 10:7,20 133:14
  181:24
**increase** 151:1 155:25
  200:8,9
**increased** 169:20 203:20
**increment** 180:5
**incumbent** 90:23
**independent** 117:19
**indicate** 175:22
**indicated** 58:18,18,22,23
  61:20
**indicates** 163:20

**indicators** 102:18
**indifferent** 61:6 90:20
**individual** 38:18 98:14
189:4,5
**individually** 101:8
**indivisible** 150:20
151:24,24 152:4,13,17
152:25
**industrial** 17:25 31:19
159:3 164:24 165:22
204:1,5,14 205:4
**inexactitude** 83:20
**infer** 124:12
**inference** 47:13 50:3
61:4 139:21
**inferences** 21:13 140:10
**inferred** 50:3
**information** 11:18,22
12:10,17 16:16,21,25
17:12 18:3 20:14,16
21:17,20 26:14 29:10
34:24,25 35:1,7,9,17
36:3,13 41:25 42:13,21
43:18,21 45:1 46:10
48:12 52:11 62:16,25
63:3,16,18 65:10,15,18
65:23 66:8 68:24 70:15
71:2,5 73:7 76:15 79:9
82:5 83:22,25 88:16
89:2 90:9,18,19 96:1
112:13,14 113:3 114:2
116:12 118:4,13 120:24
120:25 121:3 122:8
123:16 127:24 131:10
131:24 133:23 139:13
140:4,22 150:17 155:21
162:24 163:14 167:13
167:21,25 168:23,24
170:16 172:12,19,20,21
172:22 176:4,5,7,9,9
177:17 179:4 181:18
186:8 201:4,23,24
203:25 204:8
**ING** 29:22
**Ingram** 1:17,19
**inherent** 154:7 158:5

**initially** 11:11 163:21
**initiate** 140:5
**initiated** 137:5
**initiation** 46:21 115:21
179:19,20
**Inner** 19:24 20:21 21:3
22:3,11 30:1,7 31:16
32:8,15,19 37:23
178:20 187:23 188:5
189:23 190:4 191:6
195:9 199:7 206:10
**input** 33:4 95:21 112:23
155:11 156:17 167:4
169:14 175:25
**inputs** 21:14 33:1,9
43:10 45:19,21,23
61:16,19 131:20 154:16
154:19 156:1 177:15,18
**inserted** 128:6
**inside** 196:5 200:18
**instance** 35:23 43:2,16
50:10 59:5 60:4 62:13
64:12 72:7 73:20 85:20
100:23 114:8 115:24
137:15
**instances** 71:8
**instruments** 73:15 79:13
**insurance** 119:15,19
**integrity** 34:20
**intensity** 169:20
**interested** 209:16
**interior** 24:20 202:3
**interject** 26:16
**interpret** 42:23 168:12
**interpretation** 82:7
83:16,18,21 90:14 92:4
92:13 94:8 111:14
112:25 117:15 140:15
184:13 204:10
**interpreted** 90:4 114:3
**interpreting** 84:20 95:13
**interrupt** 8:20 96:5
194:25
**interval** 112:11,15
**interviewer** 69:16
**intriguing** 201:12

**introduce** 89:3
**intrude** 33:22
**intrusion** 33:15 34:3,17
**inundation** 37:25
**invalid** 121:7
**investigate** 22:5 57:18
**investigation** 58:2 73:6
**involved** 201:1
**involves** 62:2
**involving** 27:12
**IPET** 18:3,19 19:9,10
20:11 22:8 32:23 43:16
43:18 62:6 63:16,18
64:1,1,2,7,13,20 65:2
65:10 73:5 109:3
115:20 116:19 117:22
117:23 118:1,10,18,20
131:12 133:20 160:8
161:6,9,13,21 162:16
162:20,23,25 163:21
164:9 167:25 168:21
169:12 170:23 171:7,9
171:20,22 172:11,14
176:6,18 177:9,14
181:17
**IPET's** 18:5 19:23
131:24 168:24 169:10
181:22
**isolated** 188:17
**issue** 26:13 37:19 177:13
**issued** 11:11 14:14,15,20
15:7,13
**items** 12:10
**IV** 18:20 19:9,17 161:6,9
161:22
**IV-5-102** 161:9
**I-2** 46:17 56:18
**I-3** 50:20,23,23 103:12
**I-4** 103:18

---

**J**

**J** 62:13 189:2,2 203:14
205:24
**James** 62:15,18 63:22
82:16 89:10 90:6
**January** 66:10 67:8

**Jerry** 189:8
**job** 8:15,18
**Joe** 3:24 7:11
**John** 3:14,21 7:5,6 189:8
**Jones** 105:4,7,10,16
**Josephine** 189:15 205:24
206:6,18
**journal** 25:24 26:5,25
27:4
**JUDGE** 1:11
**judgment** 43:9 61:8
83:19,22 93:18
**judgments** 88:6
**July** 131:10
**June** 11:11,13 12:5,16
15:8,13 35:2 152:1
180:1

---

**K**

**K** 1:9
**Katrina** 1:4 6:13 27:12
27:13 28:5,12 35:13,18
40:24 129:21 130:16,20
142:21 151:6
**Keeley** 3:22 7:7
**keep** 98:8
**keeping** 59:10
**Kemp** 14:20
**Kendrick** 62:20 125:16
126:1,2
**key** 37:19 47:2
**kind** 52:16 89:2
**knees** 141:6
**know** 7:15 12:23 25:4,8
35:19,22,23 36:9,12
50:9,13 52:4 57:1,7
58:8 60:11 63:9 78:16
82:11 87:24,25 88:13
90:21 99:2 119:11,24
133:21 139:18 141:8
150:1 154:2 156:13
160:3 163:13 173:17,24
174:3 181:11 190:7
196:2,5 197:15 199:2
**knowing** 101:12 205:2
**knowledge** 68:3,6 72:24

73:17 176:12 200:20
**known** 181:7

**L**

**LA** 3:8
**labeled** 63:17
**Lafarge** 1:16,18,20,22
3:11,21,22 7:4,6
**Lagarde** 1:18
**land** 42:3 158:11,15
159:2,10,19 160:19
163:15,19,20,23,24
164:1,3,5,25 165:15,25
166:7,9,24 167:1
**language** 179:25
**large** 15:8 39:17 90:1
116:1
**larger** 60:20 82:13 83:14
114:24
**lasting** 115:18
**lavender** 81:15
**law** 3:4,5,6,12,13,14 6:10
**lawyer** 15:1
**lawyers** 25:14 27:17,18
28:10,11 29:2 35:15
152:16
**layman's** 185:7
**leading** 35:12
**leaped** 10:6,19
**learning** 52:1
**leaving** 193:5
**led** 47:2
**Lee** 168:4
**left** 182:7
**left-hand** 133:6
**legend** 67:7 165:14,16
**length** 34:5
**letting** 193:18
**let's** 14:22 16:18 45:11
49:9 61:24 75:15 81:12
86:20 87:7 99:19
102:20 105:3 106:8
106:25 107:16,18 108:7
109:2 122:11 125:17
134:14,25 140:25
141:13 142:1 144:24

147:15 150:23 151:5
157:3,11 159:17 177:25
187:11 192:13 193:23
196:9
**levee** 30:22 36:22 37:25
136:13,17 137:1,9
143:1,5,9,10,11 145:8
145:20,23 146:11 148:8
169:24 170:2,4 192:22
**levees** 147:3 170:7 178:8
180:15,23 181:7,13,23
**levees/floodwalls** 36:23
**level** 22:12 40:19 43:3
72:16,20,22 80:8,12
81:13 82:18 85:2,5,5,15
85:16 86:9,15 87:13,20
88:7,9 89:16,19 93:19
93:24 124:22 131:15
146:9 147:19,23 148:6
148:7,12 149:10,15,18
149:22 173:22 174:7
183:10 190:8,10,20
191:14,16,18 192:1,7
192:14,22,23 193:3,7,7
193:25 195:9,17,23
196:15 197:6,8,14,23
198:8 199:8,18 200:4
200:16,18,21 206:9,11
206:14,15,20
**leveling** 193:10 200:7
**levels** 73:3,15 81:25 83:5
93:14 131:15 156:8,21
173:18 192:16 193:2,6
**LIDAR** 154:25 155:3,12
155:16 156:1,24 158:3
170:4,11,16
**light** 77:13
**limits** 112:19,22 113:5
113:10
**line** 34:11 51:7 76:1 77:9
79:1 81:7 142:23 143:7
144:4,12 145:18,20
146:3,10,11,19,19,20
146:23 147:12,12,14
148:6,8 151:18 167:11
173:5 184:25

**lines** 48:25 81:4 82:2,13
149:19 183:5
**list** 127:17 161:10,19
**listed** 73:1,8
**litigants** 28:12
**litigation** 1:6 6:13 13:8
25:15,18,20,21 26:2,11
26:12 28:12 29:2
**little** 22:20 26:8 44:17
77:1 79:2 110:10 125:2
126:12 133:7 134:11
**live** 189:10
**lived** 139:2
**lives** 126:25
**LLP** 3:15
**loading** 23:11
**localized** 177:13
**located** 69:11 173:13
183:22 196:23
**location** 39:2,9 43:3 47:9
47:10,11,21 62:17
82:12,17 85:9 89:20
104:17,19,22 106:4,19
108:22 118:1,3 123:6
125:1,6,7 145:1,3,6,19
146:21 147:3,22,25
148:2,11 149:2,3,4,5,11
149:24,25 150:18
151:19 153:18 157:19
160:17 173:5 174:2
177:8 191:7 192:3,7,18
192:25 193:5 203:21
204:1,23 205:11,13
**locations** 37:23 38:3 40:3
54:11 64:5 135:20
150:14 157:12
**lock** 137:19 173:5,14,17
173:24 174:3,10
**long** 99:13 164:12,16
**look** 14:2 15:5,10 21:17
21:20 23:1,7 25:20
45:2,6,21 48:21 50:23
54:17 60:15 63:14 64:9
65:10,22 72:17 75:23
78:2 79:15 81:12 89:21
92:12 100:19 101:7,9

102:20 105:3 106:8
107:18 108:25 110:9
111:15 118:16 120:12
121:1,4 122:11,22
123:17 124:19 126:2,17
128:10,12,14 132:14
133:4 134:14,20,23,25
135:2,11 136:18 137:12
137:16 139:18 140:25
144:24 146:18 150:18
152:15 153:12 157:15
160:2 165:15 166:6
175:21 190:18,22 192:9
192:13 194:13 196:21
202:14 204:4,15
**looked** 22:23 27:22
31:14 44:12 47:19
48:17 63:23 72:18
76:22 88:15 90:9 130:9
163:13 176:16
**looking** 36:14 45:5 48:24
54:8 56:25 57:23 71:24
90:17 96:2,20,25 104:5
110:3,18,19 116:19
125:22 131:14 135:17
135:18 136:22 161:15
173:21 175:12 182:2
193:9 197:4
**looks** 65:10 108:23
124:20 147:21
**lot** 26:16 29:10 36:13
79:3 119:18 139:13
193:20
**Louisiana** 1:2 6:16 43:20
62:7 63:18 126:10
131:11
**Lousiana's** 63:15
**love** 90:17
**low** 60:12 95:9 97:12
162:9
**lower** 10:25 18:24 36:20
37:3,10,21 38:17 47:15
61:15 97:22,22 98:2
129:4 130:16 132:19
133:8 145:6 150:7
151:1 157:11,13 159:15

159:17,20 160:16
162:15,19 164:8,14
165:20 171:10 172:16
178:7 183:15,25 196:15
196:23
**lowest** 48:14 96:2 101:23
**lunch** 55:13
**L2** 56:15,18 59:11,12,19
59:23,24 60:22 95:20
97:8 98:22 99:9,23
100:4,12 101:21

**M**

**MAG** 1:13
**magnitude** 64:16
**main** 13:19 34:4
**major** 12:15 24:18
**majority** 184:10
**making** 73:11,13 75:4
86:20 92:9 101:9
**management** 201:11
**manner** 90:4
**Manning** 160:6,23 162:1
162:3,12,20 163:16
164:9,18 165:2,6
166:13
**Manning's** 159:21 163:6
164:6 166:22
**manually** 173:22
**manuals** 56:24 120:13
**mapping** 120:5
**mark** 3:12 7:3 8:2 18:14
41:9 48:20 67:6,11
70:16 71:16 74:11
182:19 184:4 187:15,19
188:13,22
**marked** 14:24 15:3 18:16
18:18 49:2 66:19 67:1
67:10,15 74:13,15,24
75:21 130:1,4 160:25
161:3 171:25
**market** 155:5 156:20
**marks** 41:14 93:1,7
141:16,22 182:25
183:11,18,25 184:5,17
184:20 185:1 186:20,21

187:12 188:17,23
**Martinez** 107:18 108:7
108:14
**massive** 116:4 135:8
**master** 173:17,24 174:4
207:12
**match** 44:21,24 60:4
61:1 102:23 116:16
120:7 123:13
**matched** 148:10
**matches** 46:1 59:6,7
61:10
**math** 99:14 114:3
**mathematic** 133:12
**mathematical** 44:25 58:1
97:6 102:14 156:5
**mathematically** 97:15
128:2
**matter** 37:20 115:8
121:8,20 122:3
**maximum** 131:14,15
149:10,15 157:25
183:10 192:7 205:6,10
206:9,11,13,15,20
**mayors** 201:20
**McFarland** 141:1,2,8
**mean** 14:15 25:19 34:7
41:23 60:10 75:8 78:2
80:12 96:4,8 110:17
113:19 118:5 122:6
128:11 150:16 152:13
152:14,20 159:11
164:10 166:21 180:19
184:2,4 185:20 186:3,3
186:5,11 193:12 204:3
**means** 37:9 46:16 57:1,6
57:10,13,17 58:4,9
60:23 66:3 92:8 119:25
143:15 152:22 157:3
185:10,21 198:7
**meant** 20:17 166:20
**measure** 46:6 73:6,15
82:9 111:3 126:18
154:3 157:6,7,10 185:6
186:2 187:3,6
**measured** 71:14 72:1

81:4 173:18,20 185:15
185:16,22
**measurement** 187:7
**measurements** 47:16
88:21 96:21
**measuring** 54:20,24
72:22 73:2,2,15 79:13
**mechanics** 34:9,19
**mechanism** 33:8 180:15
181:7,23
**mechanisms** 180:19
**medications** 9:14
**Melvin** 2:1,4 4:3 6:18
7:18 14:25 41:10,15
93:3,8 141:17,23
182:21 183:1 207:11,21
**member** 16:9
**memory** 139:1
**mention** 64:19 165:24
202:8
**mentioned** 33:18 84:7
117:22 135:16
**mentioning** 33:5
**merge** 147:22
**merging** 150:19
**merit** 128:13
**met** 8:2 10:23 11:9
**meteorologic** 169:3,12
**meteorologist** 167:23
168:12,17 169:8
**meteorology** 169:3
**method** 175:12
**middle** 18:22
**mind** 8:12
**mine** 197:1
**mines** 165:11
**minus** 97:7 100:13 102:6
121:24 122:5
**minute** 52:10 66:1
102:21 124:15 132:5
180:5
**minutes** 34:8 46:22,25
53:8,9 99:18 114:9,15
114:19 132:7 182:10,15
200:7 202:18,21
**Mississippi** 38:1 165:23

196:12,17
**misunderstood** 61:24
**mix** 150:22
**mixed** 150:1
**mixing** 149:7 151:11
152:8,23,24 153:1,15
191:11
**mixture** 193:19 194:21
**model** 12:3,12 24:7,11,12
24:15 33:1,5 38:14,22
39:3,20 40:2,8 41:21,24
42:6,7,7,17,19,23 43:2
43:10 44:20,22 45:7,19
45:22 46:10 47:8,16,22
48:12,13 50:17 61:20
80:17 86:15 87:2,8,14
90:12 92:12 102:24
115:3 116:21,25 117:2
117:7,10 118:6 119:13
128:16 129:3,8,8,11,15
129:18 135:20 136:1
142:3,8 146:6 148:20
148:23 153:16,24 154:1
154:6,8,10,17,19,22
155:23 156:12 158:3
162:23 167:5 170:15
172:6 173:9 176:17,20
176:23 177:2,4,11
180:7 188:16 191:5,21
194:1 195:17 198:2
199:12,17,21 200:1,3
201:8,11,14 202:2
**modeled** 31:16 81:3
164:20,22,23,23,24
183:10,19,25 184:9,15
184:20 189:3,19 191:1
203:15
**modeler** 153:9
**modelers** 129:13 130:15
130:22 131:18
**modeling** 31:1 40:14
130:15
**modelling** 31:10 44:25
108:21 130:19 135:3
153:13 155:25 174:17
174:24 175:15 197:25

M. SPINKS

200:24
**models** 39:23 42:17
  120:4,7 135:3 156:4,8
  156:19 158:10 163:2
  201:18
**model's** 41:25 45:4 46:10
  118:5 132:18 155:11
**moment** 81:12 84:4
  191:14,16 205:22
**Moreno** 13:11
**morning** 8:1 9:17,21
  17:25 18:6 46:4 81:20
  113:15,16 132:21 133:5
  133:8,25 134:8,15,16
  135:11,13,14 136:13,18
  136:24 137:6 138:13
  169:17,18 178:19 179:9
  179:11 180:9 189:24
  191:22 195:8 198:10,22
  199:20
**mortal** 84:4
**mouth** 12:14
**move** 131:25 151:17
  153:22 164:11
**moved** 135:8
**movement** 40:7 156:7
**moves** 40:2
**moving** 164:15 194:17
**MRGO** 13:8 30:22 38:1
  38:20 53:16 54:12
  103:22 143:2,9,11,12
  145:20,23 146:11,23
  147:5 148:8,12 149:1
  149:14 150:6,25 151:21
  178:8 180:8,13,15,22
  181:6,12,18,23 191:8
  192:5 193:14 195:4,21
  200:5,10,17 203:20
  204:13,17,21,22 205:5
  206:14
**MRGO's** 39:15 147:8
  151:12 152:11 193:19
  193:21 194:22 200:12
**multifamily** 159:13
**multiple** 115:16,17
  143:10

**Mumford** 1:17
**Murph** 65:24 66:7 67:8
  68:1,20 69:6,25 70:11
**Murph's** 65:19 67:19
  68:9
**M-U-R-P-H** 65:25

---

## N

**n** 3:1 4:1,1 6:1 49:10,13
  50:5 163:1 164:6,10,14
  166:7
**name** 6:3 8:1 63:20
**names** 189:6
**narrative** 16:8
**National** 168:20 201:16
  201:17
**nature** 98:18 101:5
**NAVD** 85:7 198:1,2
**NAVD88** 80:9,13 85:2
  87:9,13 191:18,23
**Navigation** 19:25 20:21
  21:4 22:4,11 30:2,7
  31:17 32:9,15,20 37:24
  178:20 187:24 188:5
  189:23 190:4 191:6
  195:9 199:7 206:10
**near** 90:8 125:6 138:16
  139:2 159:22 189:12
**necessarily** 110:17
  131:16 154:6
**necessary** 16:24 23:1
  53:22 54:4,6 144:23
**need** 8:15,19 9:6,10
  42:23 45:5 108:20
  113:11,20,22 118:15
  136:21 150:17 155:19
  156:3 176:11 178:23
  181:25 192:9 204:15
**needed** 24:20
**needs** 111:16
**negative** 26:18,19
**neighborhood** 100:13
  116:2 145:24 160:1
**neither** 209:10
**Netherlands** 129:14
**never** 25:23 42:19 67:24

**nevertheless** 105:24
  131:19
**new** 2:7 3:8,16 6:5,10 8:5
  10:25 35:4 160:16
  207:13
**Newmark** 129:16
**night** 69:8,17 70:1,12
**nine** 147:16 195:24
**Ninth** 10:25 18:24 36:20
  37:3,10,21 38:17 129:4
  130:16 132:19 133:8
  145:7 150:7 151:1
  159:15,17,20 160:16
  165:21 178:7 183:15
  196:15,23
**noise** 140:14
**noises** 139:16 140:18
**nomenclature** 160:4
**nonbreaching** 204:4
**normal** 21:25 102:16
  164:16 185:19,23
**Normally** 26:10
**north** 3:11,21,22 7:4,6
  29:12,14,15 34:3 38:6
  38:23 39:3,5 45:16
  46:2,7,20 49:14,15,17
  61:22 103:8,15 113:14
  114:14,18 115:22,25
  123:19 124:1,6 130:23
  131:2 132:6,8 137:5
  138:2,16,17 139:3
  142:25 143:16,21
  144:15,21 171:3 172:15
  179:7,8 189:12 194:5
**northern** 40:15
**Notary** 2:9 207:25 209:1
  209:22
**note** 13:1 21:7 34:6
  70:23 100:17 175:2
**noted** 71:2,9 89:17 151:8
  208:13
**notes** 74:9
**notice** 193:10
**Notwithstanding** 153:14
**number** 5:5,6,7,8,9,10,11
  5:12,13,14 6:14,17 15:2

18:15 41:9,15 47:5,18
  48:1,8,15,15 49:1,18
  52:17 58:12 59:3,24
  60:22 66:25 67:9 72:12
  73:19 74:14 75:19,20
  93:2,8 102:19,21,22,25
  103:2,5 104:11 105:16
  105:24 106:20 107:8
  108:2,13 109:4,13,23
  110:9 111:16,18 112:7
  114:5 117:13 121:23
  126:10 130:3 141:16,23
  144:7 157:9 161:2,14
  161:15 162:15 163:3,5
  164:6,9 168:19 171:24
  177:8 178:1 182:20
  183:1
**numbering** 49:25 50:5
**numbers** 20:7,10 61:9,14
  64:21 89:4,7 92:20
  104:4 110:4 111:11
  113:23 162:4,16 174:8
**numerous** 158:13
**N.W** 3:16
**N1** 99:10
**N10** 116:19
**N11** 126:10
**N2** 99:11 124:23
**N4** 126:1
**N5** 137:23

---

## O

**O** 4:1 6:1
**oath** 8:24
**object** 21:5 78:25 100:16
  116:7 180:17 198:15,15
  199:10
**objection** 21:7,7 34:7
  69:9 70:24 84:6 101:6
  115:12 125:18 141:12
  181:2 198:16,24
**objectionable** 14:5
**objective** 36:19 54:19,23
**observation** 43:5 47:10
  47:23 62:21 65:2 73:11
  73:21 75:4 77:22,24,25

82:25 83:10,12 86:20
89:10 91:23 96:25 97:3
121:10 126:1 127:4,11
127:12,14,20
**observations** 42:13,18
42:20,25 43:1,9,11,13
43:19,23 44:24 45:1
57:11 62:2,18,20 65:12
65:14 73:14,24 74:3
75:3 76:12 78:20 79:12
93:12 98:14 117:19,20
125:15 173:25 174:5,20
185:8,12,14
**observe** 196:22
**observed** 46:11 47:14
48:13 57:24 58:16
59:17 60:5,21,24 61:5
71:15 72:3,9,14 80:18
81:8,24 82:18 83:6
84:25 85:1,8,13,18
86:13,18 87:16 89:4,12
91:14 92:16 94:19 95:1
95:19 97:10 99:23
102:23 105:6,14 106:12
107:21 108:4 109:7
110:11 111:9 112:22
113:5 116:16,20 117:24
118:1,14,19,23 119:3,7
119:13 120:1,8,15,20
121:6,21 122:1,15
123:6,13,21 124:7
126:5,13,21 128:6
183:11 188:23
**observes** 121:2
**obtain** 62:24 167:22
**obtained** 72:14 155:3
160:7 163:21 207:15
**obtaining** 65:14
**occasions** 169:11
**occurred** 40:12,24 83:6
139:20 179:7,9,10
**occurring** 46:3,4
**oceanographer** 21:22
**oceanography** 21:23
22:1
**October** 209:19

**odd** 203:21
**offer** 16:13 17:6 23:21
26:16 29:21,24 30:4,8
30:10,18,21 116:10
181:9
**Offhand** 78:18
**office** 6:10 56:25 155:20
**officer** 209:2
**offices** 2:6 3:6
**Oh** 125:21 167:18
175:24
**okay** 9:12 10:23 11:16
14:19 15:10,23 23:3
30:13 32:12 43:12
49:10 52:1 75:14,17
76:5 78:17 80:1 85:25
95:11 100:10,24 101:6
103:3 104:25 105:8
106:6 108:9 109:8
123:8 131:9 132:12
136:20 141:15 142:5
146:13 147:18 156:23
157:3,8,10,23 159:6
172:25 178:15 185:6,13
185:16,17,19,22,25
186:3 191:24 194:16
195:2 200:14,22 202:4
205:2
**once** 40:3 87:11 111:21
134:11 193:7
**ones** 47:3 63:19 91:23
**open** 123:12 135:12
160:11,12
**opened** 124:1
**opening** 34:17
**operation** 201:11
**opinion** 23:22 29:21,24
30:4,8,10,19,21 33:13
33:25 34:14 115:10
116:11 199:4,15 203:24
**opinions** 16:13,23 17:5,5
17:9,13 30:25 31:9
178:24 181:10
**opportunity** 27:23
**opposed** 39:6 51:18
104:15

**orange** 143:6
**order** 8:15,18 12:2 20:12
43:23 53:23 72:17
87:24 88:5 104:3
117:21 122:1 156:20
204:18
**organization** 24:5,23
25:5,9
**original** 15:16,21 197:3
**Orleans** 3:8 8:5 11:1
160:16
**ought** 26:20
**outcome** 209:16
**Outlet** 38:1
**outliers** 183:22
**outline** 153:23
**outlined** 163:18
**output** 87:2 95:2 122:3
132:18 133:12
**outside** 26:12 34:9 75:7
77:10 78:3 115:5
**overall** 19:5,19 25:22
53:7 171:13
**overtopped** 174:14 175:1
177:20 178:18 181:14
**overtopping** 22:10,16
23:2 36:23 143:2,12,19
143:20 144:8 147:6
151:20,21,22 174:24
175:3,12,17,22,24
176:1 177:22 178:2,4,6
178:11 179:1 181:19
**owner** 28:24
**o'clock** 29:15 46:3

---

**P**

**P** 3:1,1 6:1
**page** 5:3 16:19 18:21,22
19:8,8,10,16 36:17
41:19 46:17 50:20,23
56:18 64:8,17 67:20
68:8 69:8,12,14 74:17
75:19 76:1,4,16,18,19
77:8 103:12,18 124:23
128:16 130:13,21
132:14,24,25 134:1

142:2,9,11 144:4 145:4
150:3 154:18 159:5
161:6,8,8,9,17 165:17
167:7 168:2,6,8 170:1
171:1 173:1,4 176:22
179:5 180:11 183:6
**pages** 18:20 19:8,16,17
19:18 144:12
**paragraph** 16:20 36:18
41:20
**parameter** 55:1 158:9,12
164:16
**parameters** 53:21 54:1
164:5
**parcels** 160:3
**Parfait** 1:21
**Paris** 148:3 149:25 151:7
**Parish** 10:25 36:20 37:6
37:11,22 38:17 129:5
130:17,20 132:20 148:3
151:10,16 165:21 178:4
**parse** 101:4
**parsed** 40:16
**part** 33:4,12,25 34:14
36:16 38:18,19 56:11
57:14 77:16 83:19 92:6
129:23 151:9 153:23
165:3,7,10 169:21
172:3 175:19,20 179:14
183:23
**particular** 11:22 12:25
14:6 24:13 26:1,3
47:10 54:11,16 58:1
63:20 65:16 72:20
76:14 82:12,15,17 85:9
86:21 89:20,21 93:24
100:23 104:18 114:5
116:24 117:17 122:16
123:19,24 124:25 126:7
126:8 147:22 153:17
160:15 168:22 172:8
177:8 192:3
**particularly** 14:5 134:8
**parties** 207:2 209:12,15
**parts** 194:9
**path** 158:11

M. SPINKS

Paul 14:20
Paula 2:8 6:21 209:2,22
pause 26:22
Pazos 13:14 115:24
peak 183:19 184:20
   188:16
peer 26:4,25
people 27:18 28:10,11
   63:5 73:25 139:11,14
percent 29:3 56:23 95:4
   112:10,15,19,21 113:4
   113:10 118:15 140:23
   155:19 175:23,25
   177:23 178:5 186:4,14
   187:14
percentage 29:1
perfect 90:18
perform 12:18
performance 39:25 47:4
   47:19 110:21 111:1,10
   126:18
performed 25:13,14,17
   53:19 102:17
performing 45:22 70:22
performs 58:2 104:10
perimeter 164:13
period 76:6,12 116:3
   169:18 179:23 192:25
   194:3 206:17
periods 134:6,9 137:10
permits 21:13
Perry 1:19
personally 25:2
persons 27:15 28:8
perspective 135:21,22
pertains 1:12 6:14 37:20
Peter 3:22 7:7
phone 28:15
photograph 63:12 64:12
photographs 64:4
   163:23
photography 63:21
physical 42:1,16 54:16
physically 174:1
Ph.D.s 98:25
picking 97:4

picture 133:25 134:1
   135:17
pictures 134:25
piece 19:13,18 35:7
   76:14 78:22 123:16
   167:21
pile 34:2,16
pink 144:4 145:20 146:2
   146:11,19,23 147:12,13
   147:20 148:8 149:19
   165:19
pinpointing 157:12
pits 165:11
place 65:8 137:9
places 174:11
Plaintiffs 3:3 6:25 7:2
   25:15 27:17,18 28:10
   28:11 35:14 43:14
   67:24 68:5 115:7 181:5
   181:12 189:5,5,9
   203:11
plan 201:21
plays 139:19 140:4,6
please 9:2,10 15:1 183:6
plotted 89:18
plug 59:18
plus 97:7 100:13 102:5
   121:23 122:5
point 43:6 45:3 48:4
   50:11,13,17 59:13,17
   59:20 60:4 62:10 63:25
   64:23 71:14 74:24
   76:16 81:22 82:14,15
   83:1,6,17,19 88:24
   89:15,22 92:12 94:8,11
   94:20 95:1 97:3 98:2
   102:12 105:2,4 106:7
   106:11,22 107:16,19
   111:19 116:19 117:11
   118:9,21 120:14 121:22
   121:22 122:4,5 123:7,9
   123:11,14,16,19,23
   124:9,10,16,20 126:1,3
   126:8,10,19 128:6
   147:7 151:10 157:6,19
   171:15 179:6 193:16,24

   195:23 203:22 206:4
points 44:5,12 48:5,6
   49:7,13,18 50:1,4,10
   51:4,10,14,17 52:4,22
   57:12 58:1 62:9,10,14
   63:11,17 71:10,13
   74:24 80:20,23,24 81:9
   81:17 82:10 83:10
   84:22 89:25 95:7 97:1
   99:10 101:9 102:12
   104:6,9 110:18 118:16
   118:19 122:12,13,16,19
   122:24 126:14,17
   184:16 186:7
poor 184:7
populate 12:3 42:9 164:2
   167:14 168:13 201:14
portion 19:5,10,21
   130:18 171:22
portions 28:16 171:10
   176:15 177:4
portray 134:21
portrayed 200:15
posited 181:23
positive 96:24
possibility 33:13
possible 37:13,15 43:24
   79:16 137:5 144:14,19
   154:5
possibly 95:8,13
post-Katrina 170:3
potential 102:12 139:20
Pounds 62:20,25 125:16
   125:17 126:1,3
pour 128:21 194:4
pouring 194:8,9
pours 123:13
power 78:5
practice 102:16 156:6
pre 170:3
precise 157:9
precision 92:18 155:10
   157:8 170:17 171:19
   177:1
predict 42:25 43:10
   156:8,20

predicted 89:22
predicting 42:18 200:2
predicts 43:2 195:18
preliminary 178:22
prepare 12:20
presence 21:3
present 3:20 6:4 142:10
presented 28:2 38:21,25
   39:6 50:24 64:22
   142:12
presenting 38:13
presently 26:6
presume 63:8
pretty 124:19 134:20
   135:2,11 192:24 198:11
prevailing 23:19
previous 74:13 133:18
previously 84:8 117:23
   129:13
primarily 61:17
principally 154:25
prior 34:20 37:24 77:19
   151:13 174:13
probably 10:4 12:9
   13:23 24:24 29:3 110:2
   130:9 134:22 135:4
   137:21 152:13,15 159:4
   172:8 180:2 182:13,14
   197:7,8
procedure 57:17 128:13
procedures 102:15
proceed 6:23
proceeding 77:1 209:5
proceedings 209:3,9,12
proceeds 193:11
process 10:16 20:12
   21:17,19 31:14 32:14
   32:18 43:25 72:14
   128:4,4,5
Proctor 2:6 3:15 6:10 7:5
produce 48:13 202:6
produced 11:14 74:8
   126:11,12
produces 126:20
product 26:10
Professional 2:8

VERITEXT REPORTING COMPANY

**proffer** 199:17,21
**proffered** 116:9 181:2
**profile** 176:10 181:20
**profiles** 176:17,18,19
**program** 25:1
**project** 24:10,13 201:19
**projection** 201:16
**projects** 24:15
**propagated** 151:6
 152:11
**propagates** 158:3
**proper** 57:9 121:21
**properly** 8:15,19 12:22
 58:15
**properties** 22:24
**property** 195:5
**proportionally** 37:4
**protected** 23:8
**protrude** 82:13
**prove** 87:8 101:1 112:1
**proves** 91:1
**provide** 35:15 46:8 48:15
 61:5 91:7 160:14
 167:16
**provided** 27:16 28:9
 35:9 36:10 48:1 62:16
 65:11 101:17 113:3
**provides** 48:6 160:19
 176:4
**providing** 170:12
**public** 2:9 26:14 27:9,11
 207:25 209:1,22
**publications** 115:17
 160:7
**published** 25:23 26:4,11
 26:24 27:11 111:13
 133:21 201:5
**pull** 67:23 196:25
**purely** 151:19
**purple** 81:13
**purpose** 25:17 45:17
 121:14
**purposes** 119:16 120:5
**pushes** 200:18
**put** 12:13 95:9,10 127:21
 127:25 167:5,20 185:7

193:13,15,23
**puts** 145:18 146:7
**putting** 61:8 82:9
**p.m** 93:4,9 141:19,24
 145:17,24,24 146:3,6
 150:5 182:17,22 183:2
 203:2,5 205:11 207:12
 207:18

---

## Q

**qualified** 32:1,7,10,12
**quantified** 154:9
**quantifies** 39:21
**quantify** 37:13 110:23
 153:9 154:13
**quarries** 165:11
**question** 9:1,4 13:4 20:7
 20:8 21:21 22:6 23:7
 28:6 35:5 55:7 61:25
 65:3,17 68:10 69:4,22
 70:25 71:24 72:5 73:9
 73:10 78:19 84:20
 91:11 113:20 120:17
 125:20,23,24 130:6
 152:8 153:22 156:18
 158:19 184:13 186:18
 190:9 195:1 198:21
 203:12 205:25 206:5
 207:1
**questioned** 112:9
**questioner** 77:9,12
**questioning** 34:11 79:1
**questions** 26:17,22 52:25
 56:9 63:4 68:18 69:4
 79:23 84:24 91:12
 142:3 182:12 183:5
 202:16,20 203:11
 205:17 208:11,16
**quick** 44:7 128:18
**quickly** 124:19 140:25
 205:5
**quite** 59:9 133:25 135:8

---

## R

**R** 3:1 6:1
**Raffman** 3:12 4:5,7 7:3,3

7:11,14,25 8:2 15:4
 18:17 21:11 27:6,10
 30:17 34:13 41:1,17
 49:3,4 55:9 56:5 67:5
 67:13 69:2,5,13 70:18
 70:19 71:7,18,21 72:4
 74:11,16 75:22 77:4,7
 79:5 84:11 92:24 93:10
 100:22,25 101:11 113:8
 113:13 115:23 116:13
 125:19 128:19 129:1
 130:5 141:13,25 161:4
 161:18,23 172:1 180:20
 181:4 182:5,11,14
 183:3 198:19 199:3,16
 202:15,19 205:16,21
 206:25 207:4
**railroad** 12:9
**rain** 23:15
**rainfall** 36:21 143:3,13
 144:9 151:20 167:5,11
 167:17,22,23 168:2,13
 168:13,16,19,21 169:18
 169:19,22 202:5,6
**raise** 192:1
**raised** 75:16 102:21
**ran** 53:1 89:18 97:12,21
 97:22 98:25 113:14
 142:8,17 143:9 144:7
**range** 18:24 20:1 83:2
 94:20,25 95:2,21,21
 96:20 97:23 98:14
 100:12,15 102:6,12
 121:24 128:7 160:20
**ranged** 18:7
**ranges** 119:13 158:15
**ranking** 48:1,15 96:3
**rapidly** 135:9
**rate** 101:12 154:10
 155:12,15 175:13
**rates** 153:25 154:3
**rating** 47:5,18 48:8
 58:12 102:19,20,23,25
 103:2,5 104:4,11
 105:16,24 106:20 107:8
 108:2,13 109:12,22

110:3,9 111:11,16,18
 112:7 113:23 114:4
**reach** 47:20 104:17
 191:22
**reached** 22:12 104:18
 147:2 199:6 205:5,7,10
 206:21
**reaches** 149:10,15,18
**reaching** 198:9
**reaction** 153:5
**read** 10:11,15,18 21:10
 21:12 69:15 138:20
 178:16 180:23 207:5
 208:4
**reading** 138:7 145:16
 168:7 172:9
**reads** 41:20
**real** 7:10,12 42:8 43:1
 44:7 77:14 78:3 128:17
**reality** 43:1 115:6
**realize** 69:17 125:22
**really** 29:11 54:13 63:25
 79:2 101:13 106:2
 135:18 152:9,14,22
 155:19 156:12 157:22
 163:9 174:25 178:21,23
**realm** 115:6 117:21
**reason** 9:19 20:3,6,14,15
 20:17 21:8 33:17 36:12
 40:21,21 61:9 115:4
 150:13 164:17 172:24
 177:7 184:3 188:11
**reasonable** 175:17
**reasons** 17:9 26:23 27:1
 198:25
**recall** 18:2 35:2 138:24
 152:5 190:16
**receive** 35:6
**received** 34:24 36:13
 68:7
**receiving** 67:25
**recess** 41:7 55:14 93:5
 141:20 182:18 203:3
**recognize** 67:14 122:10
 130:13,22 140:12 172:3
 184:5

M. SPINKS

recognized 36:16 78:7,10
recollect 84:5
recollections 79:18
reconcile 70:21
reconstruct 73:18
record 6:7,20 7:9 41:2,6
 41:14 55:9,11,12 56:4
 92:25 93:3,7 100:18
 128:20,20 140:3 141:14
 141:18,22 182:6,17,25
 202:22 203:2,5 207:9
 207:16 209:9
recorded 208:11,17
recording 72:22
reduced 15:15,19 67:3
 67:12 209:7
reductions 15:20
Reed 62:13,15,19 63:22
 81:22,25 82:16 90:6
 91:5,15
Reed's 81:16 89:10
refer 11:25 16:19 38:7
 46:14 64:18 137:2
 161:7
reference 56:24 85:7
 88:24 161:9,10,13,14
 161:19 205:25 206:4
referenced 17:17 77:16
 129:17 162:25
references 17:22 19:3
 129:12
referencing 18:21 28:4
referred 29:13 47:3
referring 16:5 17:1
 29:14 31:23 33:20,23
 34:23 50:19 53:8 64:8
 66:5 68:8 71:17 72:2
 75:6 81:16 82:24 83:25
 85:22 100:20,21 117:12
 138:4 146:1 147:6
 163:9 170:6,7 179:18
 203:13
refers 144:25 161:8
reflect 63:17 73:21 89:4
 95:20 122:9
reflected 10:15 23:24,25

25:13 40:9 44:1 49:7
 80:25 135:25 176:22
reflects 51:6 80:5 162:18
refrain 61:7
refresh 139:1
regarding 29:22 112:16
 160:15 171:22
regardless 52:19 121:11
 135:12
region 167:2
Registered 2:8
reject 91:6 172:21,24
rejected 91:2,4
relate 33:2,13 49:14
related 12:8 23:2 26:12
 28:5 35:18 39:14 40:19
 43:21 51:17,21 55:3
 62:16 71:3 133:12
 139:16 140:2 167:17
 201:23,24 202:5 204:8
 209:11
relative 24:6 29:10 47:4
 47:6,15 48:7,14 55:4
 56:10,14 57:18,21 58:3
 60:2 61:15 71:4 82:6
 90:1 94:9,9 95:8,14,24
 96:2,9,25 97:3,16,17,19
 98:8 101:9,19,21,23
 102:9,10,18 110:19
 111:3 112:3 114:24
 118:25 119:1,6 122:17
 122:25 123:2 125:15,25
 150:16,17 151:4 153:10
 157:15 187:2,6 196:7
 209:14
releases 116:1
relevant 20:23,25 94:14
reliability 45:5,7 46:9
reliable 47:16 64:3
 121:11
relied 17:15,21 19:4,11
 19:19 63:24 66:13
 68:21 71:13 181:17
relooked 111:16
rely 169:3,10
relying 169:8

remain 192:7
remember 8:6 9:6 56:12
 63:6,25 67:25 74:7
 85:12,24 86:1 179:24
 181:16
remove 90:22
render 120:15,21 121:6
 121:11
rendered 81:9 92:17
 93:13,18
rendering 79:7
repeat 31:4,7 84:15
 120:17 188:6 206:12
report 10:24 11:4,10,15
 12:6,16,16,25 13:10,13
 13:16,19 14:10,13,15
 14:17,19,22,25 15:7,12
 15:15,24 16:1,5,9,12,17
 16:19 17:1,5,8,11,16,18
 17:21 18:4 19:4,6,9,11
 19:14,19,22 22:8 24:3
 27:16,19 28:9,16 29:5
 34:25 35:2,4 36:2,5,17
 38:11 39:14 40:10
 41:19 50:20 56:8 65:23
 66:4 67:4,4 71:2,6
 72:13 77:17 93:14
 103:12,18 129:12
 131:19,21 132:14,24
 134:2 142:2,6 146:15
 150:4,11 151:8,25
 152:4 153:20 154:17
 158:18,21 159:5 161:6
 163:19,20,20 168:2
 170:23 171:22 172:5
 174:11 175:2,9,22
 179:5,14,25 183:7
 196:22 203:14 206:1
reported 47:11 80:20
 85:16 92:21 94:1,11,16
 97:8 102:1 111:5 112:4
 112:23 114:9 117:5
 119:8 133:1 137:17
 138:11 139:10 140:20
 140:22 153:20 154:11
 154:17 164:9 166:10,15

169:16 170:1,23 171:1
 171:9 172:22 173:4,18
 174:9 175:9 177:14
 180:11 184:4 186:24
 188:24 190:12
reporter 2:9 6:21 8:14
reporting 93:23 118:11
 139:9 171:13 173:22
reports 12:21,24 13:5,6,7
 43:15 61:17 62:7 97:24
 133:21 138:11 141:6
 172:14 180:23
represent 6:21 42:8 60:2
 67:18 68:14 82:3 94:8
 118:19 122:4 147:1
 152:7 158:10 161:5
 176:25 188:3 198:20
 199:23
representative 164:22
represented 103:17
 121:25 142:22 148:6,8
 166:3 183:15
representing 25:14
 184:17
represents 15:7 45:8,13
 60:19 85:4 104:24
 130:7 132:25 139:22
 140:11 142:19 143:4
 155:4 157:4 160:18
 166:25 184:8,25 186:4
 186:13 189:3,19
request 41:8
requirements 119:12,17
 119:18
requires 120:10
research 131:23 133:20
 163:22 169:11
researchers 129:19
 133:22
reserve 16:22
residential 159:3,10,11
 159:19,22 160:1,23
 162:4,6,9,13,20 163:7
 163:16 164:23 165:4,19
respect 64:16 111:11
 125:2

M. SPINKS

**response** 65:2
**restrictive** 164:11
**result** 61:14 87:11 95:2
  95:25 97:4,14,16 98:11
  125:25 126:20 128:7
  151:19
**resulted** 64:24
**results** 38:13,21 40:14
  44:22 54:20 58:9 60:14
  61:5 90:10 92:4,13,14
  94:5 119:13 121:11
  122:14 123:23 125:14
  135:10 142:7 146:14
  152:6 154:11 155:13,25
  186:11
**retained** 25:19 207:13
**return** 24:3 44:16 98:12
**Returning** 71:12 78:19
  167:3
**review** 13:21,24 14:7
  66:11,14,15 140:24
**reviewed** 9:24 10:2,5
  12:21,24 13:5,10,16,18
  14:10,13,17,19 26:4,25
  27:20,22 35:24 115:15
  129:23 130:11 136:6
  178:12
**revise** 16:24
**revised** 11:4 152:4
**re-ask** 28:6
**Richardson** 189:15
  190:2,24 193:10 198:13
  199:5 205:24 206:6,18
**Richardson's** 190:8,17
  191:12,17 193:25
  194:10 195:4,5,18
  196:4,6,11,22 197:6
  199:18,19,25 200:16
  206:21
**Rick** 3:5 7:1
**right** 9:23 10:12 11:1,4
  11:11 12:13 13:2,8
  14:23 15:14,16 16:18
  16:22 18:11 19:15 20:8
  21:15 22:13 23:4 24:16
  25:15,18,25 26:7 27:4

28:8 29:16 30:11 31:17
32:9,20 33:3,11 34:23
37:14 38:3,6,15 39:22
40:5,12 43:6,11,16 44:2
44:6,11,19 45:14,17
48:18 49:5,16 50:2,25
51:10,13 53:3,21 54:21
55:1 56:15 58:12,13
59:3,7,20 60:9,18,24
61:7,13,18 62:3,7,11,14
62:21 63:7,19,21 64:1
65:1 66:6 67:5 68:8
69:19 70:12 72:23
73:11,22 74:1,4,25 75:5
76:24 78:1,14,20,23
79:13,19 80:6,16,18,22
81:1,5,10,22,25 83:7,11
85:20 86:5,6,10,13 87:3
87:14,21 88:2,7,11,18
88:25 89:5,9 90:25
91:10,15,19 92:6,19
94:18 95:3,14 96:14
97:8,14,21 98:1,3,15,19
99:17,19 100:7,9 102:3
102:7,13,24 103:5,9,12
103:15,23 104:1,7,10
104:13,22 105:7 106:11
106:23 107:25 108:1,8
108:11,12,17,18 109:18
110:14 111:23 114:10
116:14,17,22 117:1,8
117:11 122:11 123:1,6
123:14 124:2,14 125:6
125:16 126:24 127:12
127:20 128:9 129:5,14
129:21,24 131:4 132:3
132:8,13,21 133:2,10
134:14 135:15 136:1,7
136:10,18,23 137:1,6
137:10,14,24 138:3,17
140:12 141:11 142:22
142:23 143:7,13,17
144:2,5,9,12,24 145:4,7
145:10,14,16,24 146:12
146:14 147:11,25 148:9
148:21 149:1,6,11,16

150:3 151:23 152:18,25
153:2,11,18 154:18,20
154:22 155:1 157:1,4,9
158:2,4,6 160:11
161:24 162:1,7,10,13
162:16 164:2 165:4,8
166:10,15 167:3,3,5,11
168:9,14,14,18 169:13
169:15 171:1,18,21
172:16 173:11 174:21
175:10,18,24 176:2,21
177:8,12,15,20 178:8
180:9,24 181:11,14,19
183:12,17 184:17
186:20,22 187:1,15,24
188:8,18,23 189:1,2,16
190:5,23 191:3,9,12,20
191:23 192:2,4 193:3,7
193:11 194:1,6,10,19
195:5,10,13,18,21
196:2,20,24 197:2,9,21
197:22 198:5,6,10,12
198:23 199:25 200:10
200:19 202:19 206:6,11
206:16,23
**ring** 139:5 174:14
**rise** 193:16 194:1
**risk** 154:12
**river** 23:15 38:1 165:23
  196:12,17
**RJG** 67:8 69:15
**road** 8:13 148:3 149:25
  151:7
**Robert** 14:14
**Robinson** 13:8 14:8
  27:20 180:22,24 181:6
  181:12
**root** 57:1,6,9,13,17 58:4
  58:8 119:25
**rose** 200:4
**roughly** 186:7
**roughness** 158:6,8,17,20
  160:6 163:6 166:23
**route** 127:7
**row** 59:25
**rules** 8:13

**run** 40:10 42:15 53:25
  69:2 95:19 97:10 98:9
  103:14 113:17,20 115:5
  142:25 144:15,20 146:6
  148:23,25 163:8 204:3
**running** 42:12 95:16
  97:3 198:3
**runs** 92:9 95:17 193:17

---

## S

**S** 3:1 4:1 5:1 6:1 50:5
  106:11,23 107:9,18
**Sally** 105:3,7,10,16
**sample** 185:8
**samples** 51:18,19,21
**Sartin** 138:10
**Satkin** 2:8 6:22 209:2,22
**save** 140:17
**saw** 136:12,17,25 178:18
**saying** 13:3 22:22 29:7
  69:21 98:6,8 140:16
  177:3 186:17
**says** 14:24 16:20 18:22
  51:7 64:20 69:6,16
  70:5 74:20 75:24 76:7
  77:11 85:21 104:14
  124:21 137:19 138:8
  140:1 157:8 160:5
  173:5 185:1 195:8
**scenario** 21:4 34:1,15
  114:13,21 142:17,18,19
  142:25 143:6,9,15,24
  144:7,11 192:10,14,14
  193:17 204:9,16
**scenarios** 40:10 142:4,9
  142:10,12 144:17,22
  193:13 204:4,7
**science** 21:10,12 23:14
  23:21 28:4 37:17 53:23
  71:10 91:2,3 95:5
  115:14,15 126:16 176:4
**scientific** 20:12 21:17,19
  22:3 32:14,18 40:21
  70:22 83:22,24 90:4
  137:11 169:2
**scientifically** 22:5 39:8

VERITEXT REPORTING COMPANY

39:12
**scientist** 90:19,25 139:25
  140:9
**scientists** 90:23 114:1
**scope** 34:9 116:8 134:20
**score** 59:1,2,10 60:17
  61:2,2,11,12 103:4
  110:6
**scores** 111:2
**Scrap** 138:12,16
**sea** 190:20 191:18 197:8
**second** 16:20 39:19 52:9
  76:21 123:7,9,11,14
  124:10 167:19 179:6
  191:1
**section** 1:9 142:6 154:18
  179:5 192:15
**sections** 34:2,16
**see** 10:5 14:3 19:1 33:12
  36:6 42:17 44:11,11
  45:11,22 47:20 50:21
  51:8 57:25 65:23 69:6
  70:20 72:9 74:19,21
  75:10,24,25 76:4,6,8,8
  76:13 80:3,9 81:14
  89:25 97:23 98:9 99:19
  105:4,10,17,21,23
  106:1,9,10,16 107:1,8
  107:19 109:3,10,19,23
  111:15 124:15,23
  132:16,24 133:6 134:12
  134:17 135:5,6,10,22
  136:24 138:13,22 141:3
  141:6 143:25 160:8
  161:10,25 162:4,22
  165:19,22,25 167:25
  170:4,19 172:13 173:6
  175:24 179:11 188:21
  192:6,10,15,19 196:9
  203:16
**seen** 35:25 70:9 116:11
  170:10 172:7 178:22
**seepage** 116:3
**segment** 173:14
**send** 73:5
**sense** 23:20 150:20 153:1

153:8 159:7
**sensitive** 54:21 129:8
**sensitivity** 12:1,18 44:1,5
  45:14,18,20,24 51:22
  52:5 53:17,20 54:1,7,16
  54:18,24,25 56:7,11
  57:14 61:16 71:20,22
  79:7 89:13 92:6,15
  94:3,4,15 114:7 120:21
  121:1,6,10,13,17 122:2
  137:23 139:12 179:15
  179:17 186:25
**sent** 14:1
**sentence** 41:20
**separate** 38:22 39:13
  40:22 58:13
**separately** 39:25
**separation** 39:1
**September** 8:5 9:25
  10:23 11:3,7,9 24:4,8
  24:23 25:6,10 74:8
  200:23
**sequence** 33:8 35:11
  40:23 62:17 84:12,17
  84:21 129:3 131:16,19
  132:25 153:10 189:3
**series** 19:16 168:2,14,17
**Service** 168:20 201:17,17
**services** 160:19
**SESSION** 4:10 56:1
**set** 56:17 92:3 138:23
  154:21 158:24 170:16
**setting** 119:21
**seven** 16:19 147:15
**Seymour** 3:5 7:1,2
**shading** 135:25
**sheet** 34:2,16 208:14
**sheeting** 137:21
**Shelonko** 3:21 7:6
**shift** 98:10
**short** 76:25 92:22
**shortly** 149:16 203:19
**show** 80:17 99:9 101:20
  111:8 117:18 145:17
  171:21 199:17
**showing** 64:12

**shown** 46:19 89:14 145:3
  146:25 166:25 206:9,14
**shows** 48:3,10 66:8 81:13
  101:23 133:7,11 148:20
  151:18 191:5,21 197:25
  200:6
**side** 23:8 38:3 95:9,10
  138:17 157:7 181:8
**sign** 10:16 207:5
**signature** 16:2 207:17
  208:25
**signed** 10:11
**significance** 111:9 112:1
**significant** 10:22 90:7
  151:9 169:21 175:20
**significantly** 15:19 60:8
**similar** 90:10 103:20
  134:20,23 135:2,11
  159:21 198:25
**simply** 50:4 63:4
**simulate** 40:11 124:25
  156:8
**simulated** 47:13,22
  57:24 58:17 59:18 60:5
  60:21,24 61:4 79:24
  80:19 81:3 87:12 89:22
  89:24 91:18 92:16
  94:13 97:11 102:11
  105:9,12,20 106:15
  107:1,5,24 108:4,8,10
  109:9,19 116:15 118:24
  119:3,7 120:1 121:2
  123:5,20 126:4,4,22
  127:10,18
**simulates** 116:21
**simulation** 40:10 41:21
  42:15 89:18 90:12 91:9
  106:4 128:16 129:2
  142:3 144:15,20
**single** 45:3 64:23 88:21
  96:10 118:9 121:23
  122:4 123:15 159:13
  165:2,6
**sir** 8:7,11,22 9:9,18,22
  10:17 16:3 19:2 28:23
  29:17 66:17 71:21

72:11 76:2 80:4 129:6
  132:17 138:19 145:5,15
  161:16,17 167:6 173:7
  203:17
**sit** 17:4 52:3 88:20 99:8
  111:7,12 114:6 176:12
  188:15 199:4
**site** 34:2 109:3 116:20
  117:22,23 118:10
**sitting** 118:15
**six** 46:18 48:8 53:1 60:15
  91:19 92:16 95:15,23
  95:24 97:15,20 98:9
  116:25 117:3 125:8,10
  147:15 151:19 200:17
  205:9
**size** 15:16,21
**skeeting** 137:19
**slightly** 82:19,19 191:15
  191:18
**slip** 77:3
**small** 12:9 116:1
**snapshot** 132:15 133:5
**SOBEK** 24:7,11,12,14
  33:5 129:7,15,18
  130:15 153:24 154:16
  202:13
**soil** 22:23 23:1,8
**soils** 22:17
**sole** 28:24
**somebody** 117:24 118:17
**something's** 140:1
**somewhat** 148:25 184:14
**sophisticated** 156:19
**sorry** 30:14 50:22 96:4
  108:17 125:21 144:5
  153:22 166:18 168:6
  190:7 204:6
**sort** 27:4 154:13
**sorts** 54:12
**source** 39:10 66:8 80:22
  153:17
**sources** 31:3,11 35:12
  36:21 37:10,14 39:16
  142:13 153:11,15
**south** 29:19 38:6,23 39:6

45:16 46:3,8,23,24
49:19 50:10 61:22
97:25 103:9,15 123:12
123:22 124:14 127:1
130:23 131:3 132:6,8
140:19 141:2 143:1,16
143:21 144:16,20 171:4
173:14,14 179:10
183:23 194:5
**southern** 40:17 138:12
138:16
**speak** 8:16 27:24
**speaking** 21:7 57:3 193:4
**specific** 29:6 33:7,12
35:1 36:12 37:21 47:21
66:12 154:2 164:19
167:21
**specifically** 24:13 26:13
27:13 52:14 53:18
63:14 75:9 82:11
100:20 113:9 118:16
123:18 150:18 151:5
190:22 204:16
**specifications** 153:25
**specifics** 160:14 181:16
182:3
**speculate** 79:3,4,6 115:5
140:14
**speed** 185:13
**Spinks** 2:1,4 4:3 5:3 6:18
7:18 8:1 14:25 15:2
18:15,19 41:10,15,18
49:1 56:6 66:25 67:9
69:23 74:12,14 75:18
75:20 77:8 93:3,8
128:22 130:3 141:17,24
142:1 161:2 171:24
172:2 182:21 183:1,4
187:18 203:12,14
207:11,21
**splashing** 136:13
**square** 51:7 57:2,6,10,13
57:17 58:4,9 119:25
**squares** 80:25 81:9
**St** 10:25 36:20 37:5,11
37:22 38:17 129:4

130:17,19 132:20 148:2
151:9,15 165:21 178:4
196:24
**staff** 16:10 24:25 25:3,5
25:9 74:9 75:12 98:24
108:25 113:22 118:17
173:5,21 174:4
**stage** 183:19 184:20
**staged** 195:8 200:6 206:1
**stamped** 52:12 63:24
82:10
**stand** 115:11
**standard** 47:19 102:15
156:5 158:12 163:5
175:12 185:2,4,5,18
186:1,1,6,9,10,13,19,23
187:4,8,10 188:1,9
**standing** 72:21 73:2
**standpoint** 139:25
**start** 46:21,23 53:3 59:12
61:21 180:7
**started** 69:17 70:5 133:9
**starting** 69:25 70:12
**starts** 191:8
**state** 6:20 174:12
**stated** 16:17,23 38:10
72:19 103:21 162:7
**statement** 17:1 26:18,18
26:19 31:13 36:25
66:12 67:7 68:1,4,9,19
70:10 150:15 177:25
**statements** 79:18
**States** 1:1 160:16 201:14
**stationary** 192:11
**statistical** 47:12 52:21
56:24 57:10 61:4,8
91:24 101:16,18 111:8
112:1 120:16 185:6
**statistically** 96:19 112:18
**stay** 193:7
**stays** 193:2
**steady** 53:10 200:5
**stenotype** 209:7
**step** 120:19
**steps** 88:10,13
**Steven** 27:25

**stick** 72:22 73:2
**stock** 159:18
**stop** 33:21 42:14 43:5
**stops** 33:14
**stories** 201:5
**storm** 23:15 36:24 73:6
73:10,14,22 79:19,21
84:10 111:4 143:3,12
201:4,23 202:9,12
**Street** 3:7 189:10,16
203:16
**strength** 64:21 65:15
**stress** 84:3
**strike** 11:7 125:13 136:4
146:8
**strip** 165:11
**structural** 34:20
**structures** 42:4 170:12
**studied** 21:10,13 32:16
32:20,23 178:21 183:24
**studies** 11:17 31:19,21
32:6 79:16 119:19
121:19 137:12 158:14
170:10 182:1 202:4
**study** 11:19 21:23 23:21
25:21,22 26:1,3,25 27:5
27:7,12 28:5 32:8
34:10,19 35:7 36:19
119:15 129:17,20,23
130:7,9,10,13 131:9,17
133:22 146:25 151:15
154:3,4 159:1 160:10
163:10,25 164:2,4
165:1,3,7,10,13,20
166:9 167:4,8 169:2
172:4 175:19 183:11
**subject** 32:24 34:10
101:6 198:16
**submitted** 146:16 180:1
**Subscribed** 207:22
**substance** 34:7
**substantial** 134:24 201:2
**substantiate** 45:4
**subtract** 99:15
**subtracting** 87:13,20
93:25

**suburban** 160:1,3
**success** 201:5
**suggest** 82:18
**suggested** 115:18
**suggesting** 170:11
**Suhayda** 3:24 7:12
**Sunday** 65:20 69:7,17
70:1,5,12
**superior** 104:1 110:21
111:19,22 112:5,7
122:14 125:14,25
126:20
**superiority** 112:2,17
**supplement** 163:22
**supplemented** 155:7,11
**supplied** 35:20 43:14
**support** 35:10 45:6,25
52:17 53:23 114:25
115:20 127:1
**supported** 29:12
**supports** 25:21 76:15
101:18 115:1 116:6
**sure** 14:18 18:13 22:21
31:5 44:17 73:4 75:6
84:15 86:25 87:4,6
94:7 95:4 99:4 112:18
114:3 118:15 120:18
133:17 138:25 139:15
140:23 146:1 156:11
157:2 166:16 178:1
188:7
**surface** 23:24 24:1 32:5
94:13 117:4 154:14
158:10 185:15
**surge** 22:12 23:16 36:24
143:3,12 173:1,3 174:9
175:7,13 176:5 184:1
188:16 201:4,24 202:9
202:12
**surprised** 19:23 87:7
**surrounding** 83:9 91:22
112:16,22 113:5 121:9
127:3
**survey** 155:10 157:8
170:4,17 171:8,16,19
171:20 172:3 176:19

177:1,9,9
**surveys** 155:8
**Sutton** 138:21 139:2
**Svakek** 168:3
**swear** 6:22 7:8
**sworn** 7:20 68:16,17,20
68:22 207:22 209:5
**system** 24:21 38:16,18
38:19 39:11 59:10
**S-K-E-E-T-I-N-G**
137:20
**S-O-B-E-K** 33:5
**S-1** 49:20
**S1** 74:24 126:21
**S15** 106:8,11,13
**S16** 107:19,21
**S18** 51:10
**S19** 50:11,13,17
**S21** 51:11
**S36** 109:3,5
**S5** 105:4
**S8** 89:22 91:15 117:11,14

**T**
**T** 4:1,1 5:1 160:13
**table** 44:4 46:19 48:2,22
48:24,25 49:7 50:22
51:4,14,18 52:16,23
56:15 59:25 62:14
63:10 66:5,8 67:4,12
71:12,16,18 74:24 79:7
84:23,25 85:2,3 86:3
87:12,17 89:13,14
94:23 101:20,23 108:22
112:5 116:14 119:6
122:10 124:19 136:10
136:22 137:16 138:8,11
157:3,5,7,13,16 158:24
160:24 162:17,22 164:9
166:14,15,17,19,20,21
**tables** 15:21 127:25
140:23
**take** 9:11 14:2,25 39:2,3
40:25 66:1,1 70:15
80:21 86:22 90:19
92:22 99:13 102:20

105:3 108:25 110:9
119:3 124:15 125:17
128:3,22,23 140:25
144:24 157:1 178:2
182:4 192:13 196:21
202:13
**taken** 9:14 11:20 35:16
41:7 44:14 50:17 55:14
67:8 79:20 93:5 96:21
117:20 141:20 162:10
168:16 172:19 182:18
203:3 209:3,6,13
**takes** 114:14 179:22
**talk** 151:5
**talked** 174:20
**talking** 11:10 39:11
45:10 87:19 88:24
95:12 152:6
**tallied** 59:1
**tally** 59:22 110:7
**tape** 41:9,14 93:2,7
141:16,22 182:8,20,25
**tapes** 41:11 141:18
182:21 207:11
**Team** 43:19 62:6 63:15
63:18 126:9 131:11
**tears** 34:2
**technical** 16:25 26:13
27:24 115:16 131:23
156:4 160:7 161:21
**technique** 119:25
**Technology** 168:3
**telephone** 3:24 28:1
**tell** 11:6 39:4 50:16 75:8
78:6 85:12 89:9 99:5
123:21 124:8 139:2
155:15 162:23,24,25
184:21 188:21 190:15
190:21 197:5 204:20
**telling** 119:5
**ten** 99:18 147:16 187:14
200:8
**tend** 23:18
**tends** 193:6 196:16
**tenth** 92:18,21
**tenths** 93:13,15,17 94:1

125:8,10
**term** 152:11,15,17,20
157:15 159:11
**termed** 165:4,8
**terms** 22:24 23:15 37:9
39:11,24,25 42:2,3,4
43:18 46:9 48:10,14,16
54:15 72:2 82:5,7,8
84:21 85:17 86:15 87:2
89:23 90:10 93:15 96:1
97:16 98:15,23 104:11
110:25 115:19 121:15
123:2 125:15,25 126:3
140:4 142:14 145:12
146:25 150:21 151:4
156:10,17,17 159:18
162:17 163:6 166:23
174:23 181:20 185:7
186:5 188:12 190:12
194:16
**terrain** 164:20,22
**Terry** 72:7,8 88:14 99:10
100:3,21 122:24 123:18
127:7,14
**test** 58:13 60:18 62:1
**testified** 7:20 32:24
93:11 136:12,16 178:18
195:7
**testify** 9:16,20 114:7,11
115:9
**testimonies** 103:1
**testimony** 14:8 34:8
68:16,17,20,22 77:19
79:10,10,11 83:20
93:20 115:10,25 117:16
118:12 121:12 136:6
178:12,16,22 179:2
199:11 209:4,6,9
**Texas** 159:22
**text** 159:5
**textbook** 99:3,5
**thank** 9:13 41:18 48:18
49:3 52:1 77:5 125:10
128:24 142:1 207:1
**theoretical** 148:17
**theoretically** 95:7,25

148:16 193:20
**theory** 24:2 148:18,22
**thick** 170:13,14
**thin** 184:24
**thing** 41:4 126:9 159:25
**things** 11:16 39:20 40:8
44:18 65:6 88:10 90:6
117:6 153:8 156:16
182:1
**think** 10:8 12:5 17:20
20:11,16 27:21 32:2,4
33:19 34:7 39:8 45:8
46:1 49:24 52:7,9,17
57:16 69:1 70:16,18
71:1 84:7 96:7,15,23
98:4 108:23 110:12,20
113:11,21 114:23
124:18 139:24 152:11
152:21 153:19 154:3,6
154:6 156:3 157:18
159:4 163:9,11,18
166:5,5 174:19 175:2
175:21 184:8 199:11
202:15
**thinking** 50:6 154:18
**third** 69:14
**thought** 29:9 50:4
125:21 197:11
**three** 10:4,19 13:23 18:8
18:23 20:1 27:21 93:8
95:16 118:10 126:5,6
141:16 189:4
**three-foot** 20:22
**thrust** 174:17
**tied** 7:10,12 14:18
**tighter** 186:10
**time** 6:19 7:10,12 10:2
10:15 11:14,19 12:11
29:14,15,19 31:4,10
35:11 36:7 40:23 41:6
41:11,16 43:4 44:9,14
46:1,21,21,24 50:15
52:12 53:7 55:11 56:4
62:2,17 63:23 66:12
72:20 75:8 77:24 78:7
78:9,12,22 80:3,5,6

M. SPINKS

82:4,5,7,10,11,22 83:2
84:13,18 89:16 90:8,14
90:15 93:9,24 94:9,17
98:3,10,15 99:20
104:24 105:2 115:21
118:11 123:24 126:7
127:2 129:3 131:13,16
131:19 132:6,25 134:6
134:8 137:10 139:4
140:7,17,19 141:3,18
141:24 143:25 145:12
145:14 147:7 150:5
151:5,10,11,13 153:9
153:18 168:2,17 169:22
174:13,23 175:1,5,16
177:19 178:11,19 179:1
179:20,20,23 180:3,5
182:7,17,22 183:2
188:6 189:3 192:11,16
192:21,23,25 193:6,22
194:9,22 200:14 203:5
204:21 206:12,17
207:10,12
**timeline** 64:22
**times** 12:2 29:12 33:6
38:10 45:16 46:18 53:3
53:15,24 54:9,10,12,14
54:21 61:22 78:23
82:23 84:5 95:16
103:21 105:2 114:9
115:18 130:23 131:2,8
131:12,13 132:2,3
137:13 139:9,10,20
140:5 142:14 174:18
179:19
**time-demarcated** 63:12
**time-stamped** 63:11,21
64:4
**timing** 29:7 31:1 33:2
64:16 65:6,16 115:1
136:4 137:9 138:1
174:12 180:8 181:18
**today** 6:6 16:6 17:4 52:3
88:21 99:9 111:7,12,17
114:6 155:5 174:21
176:13 188:15 199:5

**told** 28:15 111:20
**tools** 156:5
**top** 22:12 168:8 170:25
171:4,10,17,22 176:14
176:14,21 177:4 185:23
**topographic** 155:21
157:21
**topography** 40:4 42:2
154:21,24 155:4 157:4
198:12
**topology** 12:8
**total** 184:16
**touchdown** 110:15
**track** 91:10
**tracking** 122:14
**tracks** 201:17
**transcript** 9:24 26:21
66:16 208:5
**transcription** 208:10,15
**transit** 29:22
**travel** 23:18
**tree** 75:25
**tremendous** 98:10 201:4
**trend** 145:22 192:4
193:10
**trial** 14:7 16:14 17:6
**triangles** 80:25 81:9
**tricky** 31:6 133:15
**true** 27:3 36:25 77:8
100:11 117:6 126:9
159:25 181:22 208:9,14
209:9
**truthfully** 9:16,20
**try** 8:20 33:11 61:1 72:6
82:8 128:1 153:12
156:22 167:20 192:13
**trying** 31:6 32:13 40:22
52:7 120:6 133:15
150:16 152:7 156:10
**tsunamis** 21:25
**turn** 19:15 36:17 67:20
74:17 75:19 79:22
128:15 130:21 132:14
132:23 142:1 183:6
189:1
**turned** 10:8,10

**turning** 41:18 130:12
**two** 18:8,23 20:1,22
29:25 30:6 33:3 34:1
34:15 37:23 38:3,9
39:16 41:15 47:2 57:12
61:2 81:14,21 82:20
93:2 99:10 102:18
116:4 117:6 126:12
134:17,20 135:1 137:17
138:4,8 149:6 150:1,2
150:22 162:3,16 186:13
**type** 25:24 37:15 119:23
140:22 158:11 159:19
164:5,25
**types** 11:17 32:5 41:22
64:21 79:16 121:18
158:15 159:2 160:18
163:19,24 164:4 165:15
166:6,9 182:1
**typewriting** 209:8
**typical** 158:14 159:18
**typically** 44:24 79:21
93:21

---
**U**

**uh-huh** 72:11 77:12
107:3 192:20
**ultimately** 60:14
**unable** 9:20
**uncertainties** 89:6
127:24
**uncertainty** 55:3 82:14
89:3 120:14,20,23,24
121:3,5,9 154:10,14
155:13,16,25 156:1,25
158:2 174:8
**uncommon** 64:14 84:8
**understand** 8:16,21,23
9:1,8 13:2 16:4 20:5
23:3 31:5 40:22 44:18
45:11 53:23 59:10
75:14 87:1,6 101:3
111:20 120:6,18 127:23
142:13 146:1 153:7
157:2 166:17 184:12
186:16 190:9 201:20

**understanding** 35:10
54:13 93:19 117:21
121:14 139:19 203:18
**understands** 70:25
155:20
**understood** 9:3 23:17,23
58:15 84:16 96:11
111:22 157:18
**unique** 83:13 159:14
**United** 1:1 160:15
201:14
**University** 129:16,20
167:24 168:3
**unreasonable** 163:11
175:18
**unreliable** 120:16,22
**update** 11:23
**updated** 12:12
**upland** 165:11
**upper** 133:5
**upstairs** 77:11
**urban** 163:7
**USA** 1:21,22
**use** 24:19 30:25 31:9
42:3 46:6 56:17 57:9
57:18 73:19 90:2
140:15 154:21 156:14
158:7,15,21 159:2,10
159:19,20 160:22
162:19 163:4,15,15,19
164:5,25 166:24 167:1
179:13 185:12 201:8
202:11
**uses** 44:4 119:24 158:11
163:21,23,24 164:1,3
165:15,25 166:7
**USGS** 163:15
**usually** 45:4 94:1 185:19
**UTC** 19:1
**U.S** 6:15

---
**V**

**v** 1:16,17,18,19,20,21,22
**vague** 35:5
**vagueness** 70:24
**validated** 91:3

validating 65:15
value 56:15 58:19 59:12
 59:19 60:8,9,11,14,17
 60:19 61:8,20 89:23
 91:6 94:19 95:20,25
 96:3 97:22 99:23
 101:14,14,25 104:14
 108:24 109:2,16,25
 110:20 120:15 125:4
 126:11,13 160:22
 163:17 164:11,14
 185:24 186:2,3
values 20:13 48:13 56:18
 59:3,11,23 60:10 89:12
 93:17 97:8 98:22 100:4
 100:12 101:21,22
 110:11 113:6 119:14
 120:21 160:20 163:1
 166:7 186:14
variance 185:6 187:3
variations 176:13
varied 53:2
various 31:2,11 35:12
 37:14 40:3 45:21 54:10
 57:25 60:12 62:2 81:1
 81:7 128:8 139:10
 153:11,15 159:2 160:7
 160:20 165:15 174:11
vary 53:5,12,15 84:13,18
 114:8 140:19 151:15
varying 95:16
vegetated 159:4
Ven 160:13
verification 11:25 45:15
 47:1
verified 41:22
verify 12:11 41:24 42:12
verifying 163:24
Veritext 6:4 207:13,15
version 67:12 151:25
versus 47:9 80:17,19
 90:7 110:13 111:10
 112:17 117:25 119:13
 122:4,12 126:5 185:22
vertical 80:8 81:21
 145:10 155:17,22

156:25
vicinity 172:14
video 52:12,12,14 63:23
 82:11 207:12
Videographer 3:23 6:3
 41:5,8,13 55:10 56:3
 93:1,6 141:15,21 182:9
 182:16,19,24 202:23
 203:1,4 207:2,8
videography 63:13
videos 64:4
videotape 6:17 41:12
 182:23
videotaped 2:1,4
videotapes 207:12
view 134:10
Villavasso 136:6,25
Villavasso's 136:9
visual 173:25 174:5
vis-a-vis 80:13
volume 18:20 19:17
 161:6,9,21 172:9 178:5

───────────────
        W
───────────────
waived 207:17
wall 33:22 34:20 38:2
 39:12 42:5 116:3
 136:17 137:1 138:12
 140:13 170:16,25 171:4
 171:10,17,22 172:13
 174:24 175:1,3,13,14
 176:10,14,15,19,21
 177:1,4,10,19 178:18
 193:11
walls 22:12 33:19 155:9
 170:8,9 178:7
want 12:14 21:6 44:17
 50:22 64:9,19 85:23
 86:25 94:6 108:24
 110:9 114:3 128:22
 131:25 133:17 145:25
 166:16 169:5,23 194:25
wanted 22:2 95:6 128:10
 128:25 153:7
Ward 10:25 18:25 36:20
 37:3,11,22 38:17 129:4

130:17 132:20 133:8
 145:7 150:7 151:1
 159:15,17,21 160:16
 165:21 178:7 183:15
 196:15,23
Washington 2:2,7 3:17
 6:11
wasn't 54:5 70:7 72:5
 78:13 114:16 138:6
 187:9
watch 78:22 141:9
water 22:12 32:5 33:14
 33:15,21,22 34:4,17
 37:10 39:4,10,21 40:3,7
 47:8,13,14,23 58:16,17
 59:17,18 62:3 71:14,15
 72:9,14,16,22 73:3,15
 74:20 77:19,21,23,25
 78:7,10 80:8,12,13
 81:24 82:8,18 83:5
 84:25 85:1,2,5,5,5,8,8
 85:13,14,15,16,19 86:5
 86:13,15,18 87:12,16
 87:18,23,25 89:4,12,19
 89:23 91:14,18 92:17
 93:14 94:13,19 95:1
 97:10,11 99:23 102:11
 104:14,15,16,18,19,21
 104:22 105:6,9,12,20
 106:3,12,15 107:1,5,21
 107:24 109:7,9,19
 110:11 112:22 113:5
 116:2,15,16,20,21
 117:4,24 118:1,14,23
 118:24 119:3 120:1,2
 120:15,21 121:22 122:1
 122:15 123:5,6,13,14
 123:22 124:13,22,25
 126:13,22,23 127:10,18
 128:6,17,21,25 131:14
 131:15 134:12 135:22
 136:12 137:18 139:4
 141:5 143:25 144:25
 145:9,19 146:7,9,21
 147:2,19 148:6,7,12,24
 149:9,13,22 150:19,25

151:8,12,12,14,14,18
 152:10,11 153:14,17
 154:14 155:23 156:7
 164:11,15 173:10,18,22
 175:23 177:23 178:3
 183:10,10,18,25 184:4
 184:5,9,10,17,19 185:1
 185:15 186:19,21
 187:12,14,19 188:13,14
 188:17,22,22 189:3,23
 190:3,11 191:1,6,8
 192:7,16 193:14,16,19
 193:21,25 194:4,8,17
 194:20,22 195:4,8,12
 195:15,17,21,23 196:3
 197:25 198:8,8 199:6
 199:18,20,25 200:10,17
 203:15,20,25 204:12
 205:1,5,9 206:9,11,13
 206:15,20
watermarks 42:14
waters 31:19 39:13,15,16
 47:20 135:8 147:2,9
 150:1,5 152:8,9,23,24
 174:14 191:22 192:1,5
 200:4,5,11,12 204:17
 204:18,22
waterways 166:4
wave 18:9,23 19:20,24
 21:14,17,20,24 22:3,10
 22:16 23:25,25 32:19
 151:7 181:8
waves 17:24 18:4 20:20
 20:22,24 21:3,9,25
 23:11,18,24 32:19
way 33:22 34:4,16 51:24
 78:2 107:15 108:20,23
 109:17 128:11 139:22
 184:14 201:19
ways 22:5 86:14
Weather 168:20 201:16
Weber 125:16 137:15,17
Weber's 137:23
wedded 164:12
weighing 64:25 118:8
weld 34:1,15

M. SPINKS

**went** 20:11 43:20 77:10
    91:17 97:5 98:23
    113:23
**weren't** 34:21
**west** 148:3
**wet** 85:22 86:5
**wetlands** 166:4
**we'll** 6:22 9:11 33:5
    67:23 99:20 128:23
    190:23
**we're** 38:7 39:11 40:22
    41:5,11 42:15,17 45:10
    52:1 55:4,10 57:23
    91:8 93:3 94:7,12 96:6
    96:24 110:3 112:24
    119:20 127:6 135:18
    141:17 150:16 163:9
    179:18 182:16,21
    194:16 201:18,22
    202:13 203:1
**we've** 8:2 11:19 66:10,20
    96:23 111:14 112:6,8
    118:20 130:11 174:20
    176:16 202:4
**When's** 10:2
**wide** 121:8
**width** 55:5
**widths** 55:4
**WILKINSON** 1:13
**William** 136:6
**willing** 140:9
**wind** 21:14,16 23:18,18
    23:19
**window** 173:21
**winds** 23:12
**wish** 52:15
**witness** 6:22 7:9,19 21:8
    27:7 34:25 35:8,16,20
    36:13 43:5 44:21 47:24
    52:13 62:11 64:14 67:2
    69:10,23 70:20 71:1,4,5
    71:23 72:16 73:12,21
    77:11,13 78:20 79:10
    81:7 82:5 84:1,7,9,14
    84:14,19,19 87:17
    88:15,24 93:23 100:19

101:7 113:9 114:9
    115:14 116:10 117:5,7
    117:16,25 128:21,24
    138:11 139:7 161:20
    180:18 198:17 199:1,14
    209:4,6,10
**witnesses** 11:21 29:11
    36:15 42:14 43:23
    61:18 62:3,5 64:20
    65:5 71:25 72:25 73:13
    78:21 84:5 85:11 93:13
    93:20 115:20 118:10
    127:17 136:5 137:15
    139:8,10
**witness's** 63:20 79:17
    83:20
**woke** 85:21
**woman** 139:2
**word** 16:5 151:23,24
    152:4
**words** 8:14 12:13 73:21
**work** 11:6,13 12:15 24:8
    29:2,7,11 36:4 42:22
    45:8 101:19 129:12,24
    130:19 155:10 167:23
    171:16 192:10,14
    200:24 201:3,5,25
**working** 27:18 28:10,11
**works** 86:14 87:3
**world** 42:8 160:21
**wouldn't** 52:8 92:2
    110:16 114:23 124:4
    198:7
**write** 185:8
**written** 16:9
**wrong** 10:7,20 117:7,8
    118:5 187:16
**wrote** 36:18 37:19 72:8
    150:4,8 159:1 178:10
    179:6,8

---

**X**

---

**X** 5:1

---

**Y**

---

**yeah** 135:4 149:12 166:5

187:9 193:12 198:11
    199:22 207:6
**year** 119:21,21 120:5
    130:10
**years** 79:19 158:13
**yesterday** 36:8,11
**yield** 98:11
**York** 2:7 3:16 6:5,10
    207:13

---

**Z**

---

**zero** 48:1 58:24 81:14,21
    82:19 85:18 104:7
    105:25 106:13 107:11
    107:22 108:17,17
    109:23 118:2 157:24
    191:19 197:10,11,15,21

---

**0**

---

**0.01** 109:19
**0.02** 106:16 107:1
**0.07** 107:24 108:8
**0.09** 116:21
**0.1** 109:7
**0.65** 61:11 102:1,5
**0.75** 61:12
**05** 160:24 162:13 163:4,5
    163:11,12 165:3,7
**05-4182** 1:6
**05-428** 6:14
**05-5531** 1:16
**05-5724** 1:17
**06-5342** 1:18
**06-6299** 1:19
**06-7516** 1:20
**07** 131:10 133:21 162:10
    163:9
**07-3500** 1:21
**07-5178** 1:22
**09:08:06** 6:1
**09:08:56** 6:2,3
**09:10:56** 6:4
**09:10:59** 6:5
**09:11:00** 6:6
**09:11:02** 6:7
**09:11:05** 6:8

**09:11:07** 6:9
**09:11:09** 6:10
**09:11:13** 6:11
**09:11:15** 6:12
**09:11:18** 6:13
**09:11:22** 6:14
**09:11:27** 6:15
**09:11:32** 6:16
**09:11:33** 6:17
**09:11:35** 6:18
**09:11:38** 6:19
**09:11:39** 6:20
**09:11:41** 6:21
**09:11:44** 6:22
**09:11:48** 6:23
**09:11:49** 6:24
**09:11:51** 6:25
**09:11:52** 7:1
**09:11:53** 7:2
**09:11:54** 7:3
**09:11:57** 7:4
**09:12:02** 7:5
**09:12:06** 7:6
**09:12:07** 7:7
**09:12:09** 7:8
**09:12:10** 7:9
**09:12:13** 7:10
**09:12:15** 7:11
**09:12:17** 7:12
**09:12:20** 7:13,14
**09:12:22** 7:15
**09:12:33** 7:21,22,23
**09:12:36** 7:24,25
**09:12:37** 8:1
**09:12:39** 8:2
**09:12:41** 8:3
**09:12:42** 8:4
**09:12:44** 8:5
**09:12:47** 8:6,7
**09:12:48** 8:8
**09:12:51** 8:9
**09:12:53** 8:10,11
**09:12:54** 8:12
**09:13:02** 8:13
**09:13:05** 8:14
**09:13:07** 8:15

| | | | |
|---|---|---|---|
| **09:13:11** 8:16 | **09:14:47** 10:18 | **09:17:21** 12:17 | **09:20:14** 14:14 |
| **09:13:12** 8:17 | **09:14:49** 10:19 | **09:17:24** 12:18 | **09:20:21** 14:15 |
| **09:13:13** 8:18 | **09:14:52** 10:20 | **09:17:26** 12:19 | **09:20:23** 14:16 |
| **09:13:15** 8:19 | **09:14:55** 10:21,22 | **09:17:28** 12:20 | **09:20:24** 14:17 |
| **09:13:17** 8:20 | **09:14:57** 10:23 | **09:17:33** 12:21 | **09:20:26** 14:18 |
| **09:13:20** 8:21 | **09:15:01** 10:24 | **09:17:44** 12:22 | **09:20:28** 14:19 |
| **09:13:21** 8:22,23 | **09:15:06** 10:25 | **09:17:46** 12:23 | **09:20:31** 14:20 |
| **09:13:23** 8:24 | **09:15:11** 11:1,2 | **09:17:52** 12:24 | **09:20:35** 14:21 |
| **09:13:24** 8:25 | **09:15:12** 11:3 | **09:17:58** 12:25 | **09:20:36** 14:22 |
| **09:13:25** 9:1 | **09:15:14** 11:4 | **09:18:04** 13:1,2 | **09:20:50** 14:23 |
| **09:13:28** 9:2 | **09:15:16** 11:5 | **09:18:07** 13:3 | **09:20:53** 14:24 |
| **09:13:32** 9:3 | **09:15:17** 11:6 | **09:18:10** 13:4 | **09:20:56** 14:25 |
| **09:13:34** 9:4 | **09:15:19** 11:7 | **09:18:15** 13:5 | **09:21:01** 15:1,2 |
| **09:13:36** 9:5,6 | **09:15:29** 11:8 | **09:18:18** 13:6 | **09:21:04** 15:3,4,5 |
| **09:13:38** 9:7 | **09:15:30** 11:9 | **09:18:24** 13:7 | **09:21:06** 15:6 |
| **09:13:41** 9:8 | **09:15:32** 11:10 | **09:18:27** 13:8 | **09:21:09** 15:7 |
| **09:13:43** 9:9,10 | **09:15:35** 11:11 | **09:18:32** 13:9 | **09:21:15** 15:8 |
| **09:13:45** 9:11 | **09:15:38** 11:12,13 | **09:18:34** 13:10 | **09:21:20** 15:9 |
| **09:13:49** 9:12 | **09:15:41** 11:14 | **09:18:36** 13:11 | **09:21:22** 15:10 |
| **09:13:50** 9:13,14 | **09:15:46** 11:15 | **09:18:38** 13:12 | **09:21:25** 15:11 |
| **09:13:53** 9:15 | **09:15:47** 11:16 | **09:18:40** 13:13 | **09:23:26** 15:12 |
| **09:13:55** 9:16 | **09:15:51** 11:17 | **09:18:42** 13:14 | **09:23:29** 15:13 |
| **09:13:57** 9:17 | **09:15:55** 11:18 | **09:18:43** 13:15 | **09:23:31** 15:14 |
| **09:13:59** 9:18 | **09:15:57** 11:19 | **09:18:45** 13:16 | **09:23:33** 15:15 |
| **09:14:00** 9:19 | **09:16:00** 11:20 | **09:18:47** 13:17 | **09:23:36** 15:16 |
| **09:14:02** 9:20 | **09:16:03** 11:21 | **09:18:48** 13:18 | **09:23:39** 15:17,18 |
| **09:14:05** 9:21 | **09:16:06** 11:22 | **09:18:51** 13:19 | **09:23:42** 15:19 |
| **09:14:06** 9:22,23 | **09:16:11** 11:23 | **09:18:54** 13:20 | **09:23:45** 15:20 |
| **09:14:07** 9:24 | **09:16:13** 11:24 | **09:18:59** 13:21 | **09:23:49** 15:21 |
| **09:14:10** 9:25 | **09:16:16** 11:25 | **09:19:01** 13:22 | **09:23:52** 15:22 |
| **09:14:12** 10:1 | **09:16:20** 12:1 | **09:19:05** 13:23 | **09:23:53** 15:23 |
| **09:14:13** 10:2 | **09:16:24** 12:2 | **09:19:15** 13:24 | **09:24:00** 15:24 |
| **09:14:15** 10:3 | **09:16:31** 12:3 | **09:19:18** 13:25 | **09:24:01** 15:25 |
| **09:14:16** 10:4 | **09:16:38** 12:4 | **09:19:19** 14:1 | **09:24:03** 16:1 |
| **09:14:19** 10:5 | **09:16:40** 12:5 | **09:19:21** 14:2 | **09:24:05** 16:2 |
| **09:14:22** 10:6 | **09:16:44** 12:6 | **09:19:26** 14:3 | **09:24:06** 16:3 |
| **09:14:24** 10:7 | **09:16:45** 12:7 | **09:19:28** 14:4 | **09:24:07** 16:4 |
| **09:14:26** 10:8 | **09:16:48** 12:8 | **09:19:31** 14:5 | **09:24:09** 16:5 |
| **09:14:30** 10:9 | **09:16:52** 12:9 | **09:19:35** 14:6 | **09:24:13** 16:6 |
| **09:14:32** 10:10 | **09:16:57** 12:10 | **09:19:41** 14:7 | **09:24:14** 16:7 |
| **09:14:35** 10:11 | **09:17:02** 12:11 | **09:19:56** 14:8 | **09:24:16** 16:8 |
| **09:14:38** 10:12 | **09:17:06** 12:12 | **09:20:00** 14:9 | **09:24:21** 16:9 |
| **09:14:41** 10:13,14 | **09:17:07** 12:13 | **09:20:02** 14:10 | **09:24:25** 16:10 |
| **09:14:42** 10:15 | **09:17:10** 12:14 | **09:20:07** 14:11 | **09:24:26** 16:11 |
| **09:14:45** 10:16 | **09:17:13** 12:15 | **09:20:10** 14:12 | **09:24:27** 16:12 |
| **09:14:46** 10:17 | **09:17:17** 12:16 | **09:20:11** 14:13 | **09:24:29** 16:13 |

M. SPINKS

| | | | |
|---|---|---|---|
| **09:24:32** 16:14 | **09:27:11** 18:12 | **09:30:34** 20:11 | **09:33:29** 22:8 |
| **09:24:34** 16:15 | **09:27:21** 18:13 | **09:30:37** 20:12 | **09:33:37** 22:9 |
| **09:24:37** 16:16 | **09:27:24** 18:14 | **09:30:40** 20:13 | **09:33:46** 22:10 |
| **09:24:49** 16:17 | **09:27:27** 18:15 | **09:30:47** 20:14 | **09:33:50** 22:11 |
| **09:24:57** 16:18 | **09:27:44** 18:16,17,18 | **09:30:52** 20:15 | **09:33:54** 22:12 |
| **09:25:00** 16:19 | **09:27:46** 18:19 | **09:30:54** 20:16 | **09:33:57** 22:13,14 |
| **09:25:06** 16:20 | **09:27:52** 18:20 | **09:30:57** 20:17 | **09:33:58** 22:15 |
| **09:25:10** 16:21 | **09:28:00** 18:21 | **09:31:01** 20:18 | **09:34:00** 22:16 |
| **09:25:12** 16:22 | **09:28:03** 18:22 | **09:31:02** 20:19 | **09:34:02** 22:17 |
| **09:25:15** 16:23 | **09:28:05** 18:23 | **09:31:04** 20:20 | **09:34:06** 22:18,19 |
| **09:25:19** 16:24 | **09:28:09** 18:24 | **09:31:09** 20:21 | **09:34:29** 22:20 |
| **09:25:22** 16:25 | **09:28:12** 18:25 | **09:31:12** 20:22 | **09:34:31** 22:21 |
| **09:25:24** 17:1 | **09:28:18** 19:1 | **09:31:16** 20:23 | **09:34:33** 22:22 |
| **09:25:26** 17:2,3 | **09:28:20** 19:2 | **09:31:17** 20:24 | **09:34:36** 22:23 |
| **09:25:27** 17:4 | **09:28:21** 19:3 | **09:31:22** 20:25 | **09:34:39** 22:24 |
| **09:25:29** 17:5 | **09:28:22** 19:4 | **09:31:24** 21:1,2 | **09:34:42** 22:25 |
| **09:25:32** 17:6 | **09:28:25** 19:5 | **09:31:28** 21:3 | **09:34:44** 23:1 |
| **09:25:34** 17:7 | **09:28:27** 19:6 | **09:31:33** 21:4 | **09:34:46** 23:2 |
| **09:25:35** 17:8 | **09:28:29** 19:7 | **09:31:37** 21:5 | **09:34:50** 23:3 |
| **09:25:37** 17:9 | **09:28:31** 19:8 | **09:31:40** 21:6 | **09:35:00** 23:4 |
| **09:25:40** 17:10 | **09:28:36** 19:9 | **09:31:47** 21:7 | **09:35:04** 23:5,6 |
| **09:25:41** 17:11 | **09:28:41** 19:10 | **09:31:48** 21:8 | **09:35:07** 23:7 |
| **09:25:43** 17:12 | **09:28:44** 19:11 | **09:31:50** 21:9 | **09:35:09** 23:8 |
| **09:25:46** 17:13 | **09:28:46** 19:12 | **09:31:53** 21:10 | **09:35:12** 23:9 |
| **09:25:47** 17:14 | **09:28:49** 19:13 | **09:32:02** 21:11 | **09:35:18** 23:10 |
| **09:25:49** 17:15 | **09:28:52** 19:14,15 | **09:32:03** 21:12 | **09:35:21** 23:11 |
| **09:25:51** 17:16 | **09:28:55** 19:16 | **09:32:05** 21:13 | **09:35:24** 23:12 |
| **09:25:53** 17:17 | **09:29:00** 19:17 | **09:32:08** 21:14 | **09:35:28** 23:13 |
| **09:25:56** 17:18 | **09:29:07** 19:18 | **09:32:14** 21:15 | **09:35:31** 23:14 |
| **09:25:58** 17:19 | **09:29:09** 19:19 | **09:32:18** 21:16 | **09:35:36** 23:15 |
| **09:26:01** 17:20 | **09:29:12** 19:20 | **09:32:23** 21:17 | **09:35:39** 23:16 |
| **09:26:03** 17:21 | **09:29:15** 19:21 | **09:32:38** 21:18 | **09:35:40** 23:17 |
| **09:26:06** 17:22 | **09:29:19** 19:22 | **09:32:40** 21:19 | **09:35:42** 23:18 |
| **09:26:08** 17:23 | **09:29:54** 19:23 | **09:32:45** 21:20 | **09:35:47** 23:19 |
| **09:26:09** 17:24 | **09:29:57** 19:24 | **09:32:46** 21:21 | **09:35:55** 23:20 |
| **09:26:21** 17:25 | **09:30:04** 19:25 | **09:32:50** 21:22 | **09:35:57** 23:21 |
| **09:26:27** 18:1,2 | **09:30:07** 20:1 | **09:32:54** 21:23 | **09:36:00** 23:22 |
| **09:26:30** 18:3 | **09:30:11** 20:2 | **09:32:57** 21:24 | **09:36:04** 23:23 |
| **09:26:36** 18:4 | **09:30:12** 20:3 | **09:33:02** 21:25 | **09:36:07** 23:24 |
| **09:26:42** 18:5 | **09:30:15** 20:4 | **09:33:05** 22:1 | **09:36:11** 23:25 |
| **09:26:45** 18:6 | **09:30:19** 20:5 | **09:33:13** 22:2 | **09:36:16** 24:1 |
| **09:26:51** 18:7 | **09:30:22** 20:6 | **09:33:15** 22:3 | **09:36:20** 24:2 |
| **09:26:57** 18:8 | **09:30:24** 20:7 | **09:33:20** 22:4 | **09:36:33** 24:3 |
| **09:27:02** 18:9 | **09:30:26** 20:8 | **09:33:22** 22:5 | **09:36:52** 24:4 |
| **09:27:05** 18:10 | **09:30:27** 20:9 | **09:33:25** 22:6 | **09:36:54** 24:5 |
| **09:27:09** 18:11 | **09:30:30** 20:10 | **09:33:27** 22:7 | **09:36:59** 24:6 |

M. SPINKS

| | | | |
|---|---|---|---|
| 09:37:01 24:7 | 09:39:59 26:4 | 09:42:58 28:1 | 09:46:05 29:25 |
| 09:37:08 24:8 | 09:40:06 26:5 | 09:43:00 28:2 | 09:46:08 30:1 |
| 09:37:15 24:9 | 09:40:07 26:6 | 09:43:06 28:3 | 09:46:11 30:2,3 |
| 09:37:21 24:10 | 09:40:09 26:7 | 09:43:09 28:4 | 09:46:17 30:4 |
| 09:37:24 24:11 | 09:40:16 26:8 | 09:43:12 28:5 | 09:46:20 30:5 |
| 09:37:28 24:12 | 09:40:18 26:9 | 09:43:16 28:6 | 09:46:28 30:6 |
| 09:37:33 24:13 | 09:40:19 26:10 | 09:43:22 28:7,8 | 09:46:32 30:7 |
| 09:37:37 24:14 | 09:40:21 26:11 | 09:43:25 28:9 | 09:46:35 30:8 |
| 09:37:39 24:15 | 09:40:24 26:12 | 09:43:28 28:10 | 09:46:37 30:9 |
| 09:37:44 24:16 | 09:40:28 26:13 | 09:43:31 28:11 | 09:46:40 30:10 |
| 09:37:45 24:17 | 09:40:34 26:14 | 09:43:34 28:12 | 09:46:42 30:11 |
| 09:37:49 24:18 | 09:40:36 26:15 | 09:43:40 28:13 | 09:46:44 30:12 |
| 09:37:56 24:19 | 09:40:43 26:16 | 09:43:43 28:14 | 09:46:45 30:13 |
| 09:38:00 24:20 | 09:40:49 26:17 | 09:43:45 28:15 | 09:46:52 30:14 |
| 09:38:03 24:21 | 09:40:54 26:18 | 09:43:48 28:16 | 09:46:57 30:15 |
| 09:38:08 24:22 | 09:40:57 26:19 | 09:43:50 28:17 | 09:46:58 30:16 |
| 09:38:10 24:23 | 09:40:59 26:20 | 09:44:04 28:18 | 09:46:59 30:17 |
| 09:38:14 24:24 | 09:41:02 26:21 | 09:44:08 28:19,20 | 09:47:00 30:18 |
| 09:38:16 24:25 | 09:41:05 26:22 | 09:44:09 28:21 | 09:47:01 30:19 |
| 09:38:20 25:1 | 09:41:13 26:23 | 09:44:14 28:22 | 09:47:04 30:20 |
| 09:38:25 25:2 | 09:41:15 26:24 | 09:44:15 28:23,24 | 09:47:07 30:21 |
| 09:38:28 25:3 | 09:41:19 26:25 | 09:44:17 28:25 | 09:47:09 30:22 |
| 09:38:30 25:4 | 09:41:23 27:1 | 09:44:20 29:1 | 09:47:15 30:23 |
| 09:38:32 25:5 | 09:41:25 27:2 | 09:44:23 29:2 | 09:47:20 30:24 |
| 09:38:35 25:6 | 09:41:26 27:3 | 09:44:25 29:3 | 09:47:22 30:25 |
| 09:38:38 25:7 | 09:41:28 27:4 | 09:44:31 29:4 | 09:47:24 31:1 |
| 09:38:39 25:8 | 09:41:34 27:5 | 09:44:35 29:5 | 09:47:28 31:2 |
| 09:38:42 25:9 | 09:41:36 27:6 | 09:44:37 29:6 | 09:47:30 31:3 |
| 09:38:46 25:10 | 09:41:38 27:7 | 09:44:40 29:7 | 09:47:32 31:4 |
| 09:38:48 25:11 | 09:41:40 27:8 | 09:44:43 29:8 | 09:47:34 31:5,6 |
| 09:38:49 25:12 | 09:41:44 27:9 | 09:44:46 29:9 | 09:47:36 31:7 |
| 09:38:52 25:13 | 09:41:47 27:10,11 | 09:44:49 29:10 | 09:47:37 31:8 |
| 09:38:56 25:14 | 09:41:49 27:12 | 09:44:53 29:11 | 09:47:39 31:9 |
| 09:39:00 25:15 | 09:42:00 27:13 | 09:44:58 29:12 | 09:47:43 31:10 |
| 09:39:04 25:16,17 | 09:42:03 27:14 | 09:45:18 29:13 | 09:47:50 31:11 |
| 09:39:13 25:18 | 09:42:05 27:15 | 09:45:20 29:14 | 09:47:52 31:12 |
| 09:39:18 25:19 | 09:42:10 27:16 | 09:45:23 29:15 | 09:47:54 31:13 |
| 09:39:21 25:20 | 09:42:13 27:17 | 09:45:25 29:16 | 09:48:00 31:14 |
| 09:39:24 25:21 | 09:42:17 27:18 | 09:45:27 29:17 | 09:48:08 31:15 |
| 09:39:30 25:22 | 09:42:25 27:19 | 09:45:28 29:18 | 09:48:10 31:16 |
| 09:39:43 25:23 | 09:42:28 27:20 | 09:45:30 29:19 | 09:48:15 31:17 |
| 09:39:45 25:24 | 09:42:32 27:21 | 09:45:33 29:20 | 09:48:16 31:18 |
| 09:39:50 25:25 | 09:42:35 27:22 | 09:45:35 29:21 | 09:48:22 31:19 |
| 09:39:51 26:1 | 09:42:41 27:23 | 09:45:56 29:22 | 09:48:31 31:20,21 |
| 09:39:54 26:2 | 09:42:45 27:24 | 09:46:01 29:23 | 09:48:33 31:22 |
| 09:39:57 26:3 | 09:42:50 27:25 | 09:46:02 29:24 | 09:48:35 31:23 |

M. SPINKS

| | | | |
|---|---|---|---|
| **09:48:39** 31:24 | **09:51:34** 33:23 | **09:55:04** 35:21 | **09:58:46** 37:18 |
| **09:48:40** 31:25 | **09:51:35** 33:24 | **09:55:06** 35:22 | **09:58:48** 37:19 |
| **09:48:43** 32:1 | **09:51:37** 33:25 | **09:55:08** 35:23 | **09:58:54** 37:20 |
| **09:48:46** 32:2 | **09:51:45** 34:1 | **09:55:18** 35:24 | **09:58:57** 37:21 |
| **09:48:48** 32:3 | **09:51:52** 34:2 | **09:55:24** 35:25 | **09:59:02** 37:22 |
| **09:48:52** 32:4 | **09:51:56** 34:3 | **09:55:36** 36:1 | **09:59:05** 37:23 |
| **09:48:56** 32:5 | **09:51:59** 34:4 | **09:55:39** 36:2 | **09:59:10** 37:24 |
| **09:48:59** 32:6 | **09:52:05** 34:5 | **09:55:40** 36:3 | **09:59:12** 37:25 |
| **09:49:00** 32:7 | **09:52:07** 34:6 | **09:55:43** 36:4 | **09:59:15** 38:1 |
| **09:49:02** 32:8 | **09:52:09** 34:7 | **09:55:49** 36:5 | **09:59:22** 38:2 |
| **09:49:08** 32:9,10 | **09:52:12** 34:8 | **09:55:52** 36:6 | **09:59:25** 38:3 |
| **09:49:10** 32:11,12 | **09:52:14** 34:9 | **09:55:55** 36:7 | **09:59:30** 38:4 |
| **09:49:14** 32:13 | **09:52:17** 34:10 | **09:55:57** 36:8 | **09:59:31** 38:5 |
| **09:49:16** 32:14 | **09:52:21** 34:11 | **09:56:12** 36:9 | **09:59:34** 38:6 |
| **09:49:19** 32:15 | **09:52:23** 34:12 | **09:56:14** 36:10 | **09:59:37** 38:7 |
| **09:49:22** 32:16 | **09:52:32** 34:13,14 | **09:56:17** 36:11 | **09:59:39** 38:8 |
| **09:49:23** 32:17 | **09:52:34** 34:15 | **09:56:21** 36:12 | **09:59:40** 38:9 |
| **09:49:24** 32:18 | **09:52:40** 34:16 | **09:56:24** 36:13 | **09:59:41** 38:10 |
| **09:49:26** 32:19 | **09:52:44** 34:17 | **09:56:28** 36:14 | **09:59:44** 38:11 |
| **09:49:32** 32:20 | **09:52:51** 34:18 | **09:56:33** 36:15 | **09:59:45** 38:12 |
| **09:49:34** 32:21 | **09:52:54** 34:19 | **09:56:37** 36:16 | **09:59:48** 38:13 |
| **09:49:36** 32:22,23 | **09:52:58** 34:20 | **09:56:56** 36:17 | **09:59:50** 38:14 |
| **09:49:40** 32:24 | **09:53:03** 34:21 | **09:57:11** 36:18 | **09:59:58** 38:15 |
| **09:49:42** 32:25 | **09:53:10** 34:22 | **09:57:13** 36:19 | |
| **09:49:47** 33:1 | **09:53:29** 34:23 | **09:57:18** 36:20 | **1** |
| **09:49:59** 33:2 | **09:53:30** 34:24 | **09:57:23** 36:21 | **1** 5:5 14:24 15:2 16:5 |
| **09:50:06** 33:3 | **09:53:33** 34:25 | **09:57:27** 36:22 | 25:13 46:19 47:6,21 |
| **09:50:09** 33:4 | **09:53:41** 35:1 | **09:57:35** 36:23 | 48:11 49:10 50:19,23 |
| **09:50:17** 33:5 | **09:53:45** 35:2 | **09:57:40** 36:24 | 50:24 52:18 56:18 58:4 |
| **09:50:25** 33:6 | **09:53:52** 35:3 | **09:57:44** 36:25 | 58:19 59:3,5,14,19 |
| **09:50:35** 33:7 | **09:53:55** 35:4 | **09:57:46** 37:1 | 61:10,11 74:13 79:22 |
| **09:50:41** 33:8 | **09:54:04** 35:5 | **09:57:47** 37:2 | 79:24 80:17 83:11 85:3 |
| **09:50:47** 33:9 | **09:54:06** 35:6 | **09:57:49** 37:3 | 85:4 89:17 95:20 96:13 |
| **09:50:51** 33:10 | **09:54:12** 35:7 | **09:57:54** 37:4 | 96:19 97:18 99:22 |
| **09:50:54** 33:11 | **09:54:18** 35:8 | **09:58:02** 37:5 | 100:4,14 101:14,24 |
| **09:50:56** 33:12 | **09:54:24** 35:9 | **09:58:05** 37:6,7 | 102:3,6,22 103:7,8,11 |
| **09:51:00** 33:13 | **09:54:29** 35:10 | **09:58:08** 37:8 | 103:25 104:5,6,10 |
| **09:51:03** 33:14 | **09:54:34** 35:11 | **09:58:13** 37:9 | 105:9 106:15,20,22 |
| **09:51:06** 33:15 | **09:54:38** 35:12 | **09:58:18** 37:10 | 107:5 108:3,11 109:10 |
| **09:51:09** 33:16 | **09:54:47** 35:13,14 | **09:58:23** 37:11 | 109:13 110:14,21 |
| **09:51:12** 33:17 | **09:54:48** 35:15 | **09:58:25** 37:12 | 111:10,19,21 112:17 |
| **09:51:16** 33:18 | **09:54:51** 35:16 | **09:58:29** 37:13 | 116:25 117:12 119:9 |
| **09:51:22** 33:19 | **09:54:54** 35:17 | **09:58:31** 37:14 | 122:12,15,18,19 123:1 |
| **09:51:26** 33:20 | **09:54:58** 35:18 | **09:58:33** 37:15 | 123:4,11,25 124:4,19 |
| **09:51:27** 33:21 | **09:55:00** 35:19 | **09:58:35** 37:16 | 125:1 126:4,20,22 |
| **09:51:30** 33:22 | **09:55:02** 35:20 | **09:58:39** 37:17 | 136:10,22 137:16 |

M. SPINKS

| | | | |
|---|---|---|---|
| 138:11 142:18,19 145:1 | **10:01:27** 39:14 | 198:14 | **10:21:46** 43:1 |
| 145:3,6 147:3 149:3,4 | **10:01:30** 39:15 | **10:15** 83:7 | **10:21:51** 43:2 |
| 149:24 158:24 160:24 | **10:01:34** 39:16 | **10:15:47** 41:8 | **10:22:00** 43:3 |
| 163:19 165:14,14,16 | **10:01:38** 39:17 | **10:16** 41:11 | **10:22:03** 43:4 |
| 166:10,20 167:1 183:14 | **10:01:53** 39:18 | **10:16:04** 41:9 | **10:22:08** 43:5 |
| 183:17,23 187:20 188:3 | **10:02:01** 39:19 | **10:16:06** 41:10 | **10:22:13** 43:6 |
| 188:9,17,19,23 189:6 | **10:02:08** 39:20 | **10:16:10** 41:11 | **10:22:16** 43:7 |
| 192:18 193:1 | **10:02:10** 39:21 | **10:17:34** 41:12 | **10:22:17** 43:8 |
| **1.1** 36:19 | **10:02:13** 39:22 | **10:19:26** 41:13 | **10:22:20** 43:9 |
| **1.16** 126:23 | **10:02:17** 39:23 | **10:19:31** 41:14 | **10:22:24** 43:10 |
| **1.4** 162:7 | **10:02:19** 39:24 | **10:19:34** 41:15 | **10:22:30** 43:11 |
| **1.5** 105:7 117:25 | **10:02:26** 39:25 | **10:19:37** 41:16 | **10:22:35** 43:12 |
| **1.8** 91:15,19,23 | **10:02:31** 40:1 | **10:19:41** 41:17,18 | **10:22:40** 43:13 |
| **1:00** 145:24 206:19 | **10:02:34** 40:2 | **10:19:43** 41:19 | **10:22:47** 43:14 |
| **1:07** 93:9 | **10:02:36** 40:3 | **10:19:49** 41:20 | **10:22:52** 43:15 |
| **10** 5:14 49:11,21 171:24 | **10:02:41** 40:4 | **10:19:52** 41:21 | **10:22:57** 43:16 |
| 172:2,3 | **10:02:46** 40:5 | **10:19:55** 41:22 | **10:22:59** 43:17 |
| **10.64** 185:2 | **10:02:50** 40:6 | **10:19:58** 41:23 | **10:23:02** 43:18 |
| **10:00** 81:13,20 89:10 | **10:02:54** 40:7 | **10:20** 41:16 | **10:23:08** 43:19 |
| 189:24 191:25 192:25 | **10:02:56** 40:8 | **10:20:01** 41:24 | **10:23:13** 43:20 |
| 193:11,22,24,25 194:4 | **10:02:58** 40:9 | **10:20:04** 41:25 | **10:23:15** 43:21 |
| 195:3,16 196:4 198:10 | **10:03:04** 40:10 | **10:20:09** 42:1 | **10:23:18** 43:22 |
| 198:22 199:7,19,25 | **10:03:09** 40:11 | **10:20:15** 42:2 | **10:23:20** 43:23 |
| 203:19 204:25 205:8 | **10:03:14** 40:12 | **10:20:20** 42:3 | **10:23:24** 43:24 |
| **10:00:01** 38:16 | **10:03:19** 40:13 | **10:20:24** 42:4 | **10:23:26** 43:25 |
| **10:00:05** 38:17 | **10:03:27** 40:14 | **10:20:30** 42:5 | **10:23:29** 44:1 |
| **10:00:09** 38:18 | **10:03:30** 40:15 | **10:20:34** 42:6 | **10:23:34** 44:2 |
| **10:00:15** 38:19 | **10:03:32** 40:16 | **10:20:37** 42:7 | **10:23:38** 44:3 |
| **10:00:18** 38:20 | **10:03:35** 40:17 | **10:20:41** 42:8 | **10:23:47** 44:4 |
| **10:00:27** 38:21 | **10:03:39** 40:18 | **10:20:44** 42:9 | **10:23:57** 44:5 |
| **10:00:30** 38:22 | **10:03:41** 40:19 | **10:20:50** 42:10 | **10:24:04** 44:6,7 |
| **10:00:33** 38:23 | **10:03:47** 40:20 | **10:20:51** 42:11 | **10:24:08** 44:8 |
| **10:00:35** 38:24 | **10:03:52** 40:21 | **10:20:54** 42:12 | **10:24:14** 44:9 |
| **10:00:37** 38:25 | **10:03:58** 40:22 | **10:20:58** 42:13 | **10:24:20** 44:10 |
| **10:00:40** 39:1 | **10:04:03** 40:23 | **10:21:01** 42:14 | **10:24:25** 44:11 |
| **10:00:44** 39:2 | **10:04:08** 40:24 | **10:21:07** 42:15 | **10:24:29** 44:12 |
| **10:00:46** 39:3 | **10:04:24** 40:25 | **10:21:10** 42:16 | **10:24:37** 44:13 |
| **10:00:50** 39:4 | **10:04:25** 41:1 | **10:21:13** 42:17 | **10:24:43** 44:14 |
| **10:00:52** 39:5 | **10:04:27** 41:2 | **10:21:16** 42:18 | **10:24:48** 44:15 |
| **10:00:54** 39:6 | **10:04:29** 41:3 | **10:21:20** 42:19 | **10:25:06** 44:16 |
| **10:01:02** 39:7,8 | **10:04:31** 41:4 | **10:21:23** 42:20 | **10:25:11** 44:17 |
| **10:01:05** 39:9 | **10:04:32** 41:5 | **10:21:27** 42:21 | **10:25:13** 44:18 |
| **10:01:09** 39:10 | **10:04:34** 41:6 | **10:21:28** 42:22 | **10:25:17** 44:19 |
| **10:01:12** 39:11 | **10:04:38** 41:7 | **10:21:33** 42:23 | **10:25:19** 44:20 |
| **10:01:15** 39:12 | **10:05** 41:6 | **10:21:37** 42:24 | **10:25:22** 44:21 |
| **10:01:20** 39:13 | **10:10** 190:5 195:6,20 | **10:21:42** 42:25 | **10:25:24** 44:22 |

| | | | |
|---|---|---|---|
| 10:25:25 44:23 | 10:29:11 46:19 | 10:32:43 48:15 | 10:35:44 50:17 |
| 10:25:31 44:24 | 10:29:14 46:20 | 10:32:49 48:16 | 10:35:48 50:18 |
| 10:25:37 44:25 | 10:29:17 46:21 | 10:32:52 48:17,18 | 10:35:51 50:19 |
| 10:25:41 45:1 | 10:29:21 46:22 | 10:32:57 48:19 | 10:35:57 50:20 |
| 10:25:46 45:2 | 10:29:26 46:23 | 10:32:59 48:20 | 10:36:09 50:21 |
| 10:25:50 45:3 | 10:29:29 46:24 | 10:33:04 48:21 | 10:36:12 50:22 |
| 10:25:54 45:4 | 10:29:34 46:25 47:1 | 10:33:09 48:22 | 10:36:16 50:23 |
| 10:25:58 45:5 | 10:29:39 47:2 | 10:33:12 48:23 | 10:36:22 50:24 |
| 10:26:03 45:6 | 10:29:45 47:3 | 10:33:15 48:24 | 10:36:26 50:25 51:1 |
| 10:26:08 45:7 | 10:29:52 47:4 | 10:33:17 48:25 | 10:36:28 51:2 |
| 10:26:14 45:8 | 10:29:54 47:5 | 10:33:22 49:1 | 10:36:32 51:3 |
| 10:26:19 45:9 | 10:29:58 47:6 | 10:33:32 49:2,3 | 10:36:36 51:4 |
| 10:26:21 45:10 | 10:30 19:1 | 10:33:35 49:4,5 | 10:36:40 51:5,6 |
| 10:26:41 45:11 | 10:30:02 47:7 | 10:33:51 49:6 | 10:36:44 51:7 |
| 10:26:45 45:12 | 10:30:05 47:8 | 10:33:54 49:7 | 10:36:48 51:8 |
| 10:26:46 45:13 | 10:30:12 47:9 | 10:33:56 49:8 | 10:36:50 51:9 |
| 10:26:49 45:14 | 10:30:16 47:10 | 10:33:57 49:9 | 10:36:51 51:10 |
| 10:26:51 45:15 | 10:30:19 47:11 | 10:33:59 49:10 | 10:36:54 51:11 |
| 10:27:00 45:16 | 10:30:21 47:12 | 10:34:02 49:11 | 10:36:56 51:12 |
| 10:27:10 45:17 | 10:30:24 47:13 | 10:34:09 49:12 | 10:37:02 51:13 |
| 10:27:12 45:18 | 10:30:27 47:14 | 10:34:13 49:13 | 10:37:06 51:14 |
| 10:27:14 45:19 | 10:30:29 47:15 | 10:34:16 49:14 | 10:37:10 51:15 |
| 10:27:18 45:20 | 10:30:34 47:16 | 10:34:18 49:15 | 10:37:14 51:16 |
| 10:27:23 45:21 | 10:30:40 47:17 | 10:34:19 49:16 | 10:37:18 51:17 |
| 10:27:26 45:22 | 10:30:42 47:18 | 10:34:22 49:17,18 | 10:37:23 51:18 |
| 10:27:32 45:23 | 10:30:45 47:19 | 10:34:25 49:19,20 | 10:37:27 51:19 |
| 10:27:43 45:24 | 10:30:48 47:20 | 10:34:30 49:21 | 10:37:28 51:20 |
| 10:27:46 45:25 | 10:30:52 47:21 | 10:34:44 49:22 | 10:37:29 51:21 |
| 10:27:53 46:1 | 10:30:58 47:22 | 10:34:56 49:23 | 10:37:34 51:22 |
| 10:27:57 46:2 | 10:31:02 47:23 | 10:34:58 49:24 | 10:37:37 51:23 |
| 10:28:00 46:3 | 10:31:05 47:24 | 10:35:01 49:25 | 10:37:39 51:24 |
| 10:28:05 46:4 | 10:31:12 47:25 | 10:35:05 50:1 | 10:37:45 51:25 |
| 10:28:08 46:5 | 10:31:15 48:1 | 10:35:06 50:2 | 10:37:46 52:1 |
| 10:28:11 46:6 | 10:31:30 48:2 | 10:35:08 50:3 | 10:37:50 52:2 |
| 10:28:14 46:7 | 10:31:34 48:3 | 10:35:10 50:4 | 10:37:51 52:3 |
| 10:28:17 46:8 | 10:31:45 48:4 | 10:35:14 50:5 | 10:37:54 52:4 |
| 10:28:20 46:9 | 10:31:51 48:5 | 10:35:19 50:6 | 10:37:56 52:5 |
| 10:28:25 46:10 | 10:31:55 48:6 | 10:35:22 50:7 | 10:37:59 52:6,7 |
| 10:28:30 46:11 | 10:32:12 48:7 | 10:35:23 50:8,9 | 10:38:02 52:8 |
| 10:28:37 46:12 | 10:32:18 48:8 | 10:35:25 50:10 | 10:38:08 52:9 |
| 10:28:43 46:13 | 10:32:21 48:9 | 10:35:29 50:11 | 10:38:11 52:10 |
| 10:28:46 46:14 | 10:32:25 48:10 | 10:35:33 50:12 | 10:39:23 52:11 |
| 10:28:53 46:15 | 10:32:27 48:11 | 10:35:34 50:13 | 10:39:26 52:12 |
| 10:28:54 46:16 | 10:32:32 48:12 | 10:35:36 50:14 | 10:39:34 52:13 |
| 10:28:56 46:17 | 10:32:35 48:13 | 10:35:37 50:15 | 10:39:37 52:14 |
| 10:29:07 46:18 | 10:32:39 48:14 | 10:35:42 50:16 | 10:39:46 52:15 |

M. SPINKS

| | | | |
|---|---|---|---|
| **10:39:51** 52:16 | **10:42:32** 54:13 | **11:54:46** 56:14 | **11:57:40** 58:13 |
| **10:39:53** 52:17 | **10:42:37** 54:14 | **11:54:49** 56:15 | **11:57:44** 58:14 |
| **10:39:57** 52:18 | **10:42:41** 54:15 | **11:54:52** 56:16 | **11:57:45** 58:15 |
| **10:40:02** 52:19 | **10:42:43** 54:16 | **11:54:54** 56:17 | **11:57:49** 58:16 |
| **10:40:05** 52:20 | **10:42:47** 54:17 | **11:54:57** 56:18 | **11:57:54** 58:17 |
| **10:40:08** 52:21 | **10:42:52** 54:18 | **11:55:05** 56:19,20 | **11:57:58** 58:18 |
| **10:40:11** 52:22 | **10:42:56** 54:19 | **11:55:11** 56:21 | **11:58:02** 58:19 |
| **10:40:13** 52:23 | **10:43:01** 54:20 | **11:55:15** 56:22 | **11:58:05** 58:20 |
| **10:40:14** 52:24 | **10:43:06** 54:21 | **11:55:19** 56:23 | **11:58:06** 58:21 |
| **10:40:16** 52:25 | **10:43:10** 54:22 | **11:55:25** 56:24 | **11:58:07** 58:22 |
| **10:40:17** 53:1 | **10:43:12** 54:23 | **11:55:28** 56:25 | **11:58:10** 58:23 |
| **10:40:20** 53:2 | **10:43:14** 54:24 | **11:55:31** 57:1 | **11:58:13** 58:24 |
| **10:40:23** 53:3 | **10:43:18** 54:25 | **11:55:34** 57:2 | **11:58:15** 58:25 |
| **10:40:26** 53:4 | **10:43:21** 55:1 | **11:55:36** 57:3 | **11:58:16** 59:1 |
| **10:40:31** 53:5 | **10:43:23** 55:2 | **11:55:40** 57:4 | **11:58:19** 59:2 |
| **10:40:36** 53:6 | **10:43:26** 55:3 | **11:55:41** 57:5 | **11:58:23** 59:3 |
| **10:40:40** 53:7 | **10:43:33** 55:4 | **11:55:45** 57:6 | **11:58:27** 59:4 |
| **10:40:45** 53:8 | **10:43:38** 55:5 | **11:55:52** 57:7 | **11:58:28** 59:5 |
| **10:40:47** 53:9 | **10:43:43** 55:6 | **11:55:59** 57:8,9 | **11:58:30** 59:6 |
| **10:40:48** 53:10 | **10:43:47** 55:7 | **11:56:02** 57:10 | **11:58:35** 59:7 |
| **10:40:50** 53:11 | **10:43:49** 55:8 | **11:56:11** 57:11 | **11:58:39** 59:8,9 |
| **10:40:51** 53:12 | **10:44** 55:11,13 | **11:56:15** 57:12 | **11:58:45** 59:10 |
| **10:40:54** 53:13 | **10:44:00** 55:9 | **11:56:19** 57:13 | **11:58:48** 59:11 |
| **10:40:57** 53:14 | **10:44:03** 55:10 | **11:56:22** 57:14 | **11:58:51** 59:12 |
| **10:40:58** 53:15 | **10:44:04** 55:11 | **11:56:24** 57:15 | **11:58:55** 59:13 |
| **10:41:02** 53:16 | **10:44:11** 55:12,13,14 | **11:56:26** 57:16 | **11:58:59** 59:14 |
| **10:41:06** 53:17 | 56:1 | **11:56:34** 57:17 | **11:59:02** 59:15 |
| **10:41:09** 53:18 | **100** 56:23 95:4 118:15 | **11:56:37** 57:18 | **11:59:03** 59:16 |
| **10:41:11** 53:19 | 119:21 120:4 140:23 | **11:56:41** 57:19 | **11:59:06** 59:17 |
| **10:41:13** 53:20 | 155:19 | **11:56:45** 57:20,21 | **11:59:10** 59:18 |
| **10:41:15** 53:21 | **102** 161:6 | **11:56:48** 57:22 | **11:59:13** 59:19 |
| **10:41:18** 53:22 | **11** 49:11,12,21 50:5 | **11:56:49** 57:23 | **11:59:18** 59:20 |
| **10:41:21** 53:23 | 147:16 | **11:56:53** 57:24 | **11:59:20** 59:21,22 |
| **10:41:25** 53:24 | **11:00** 149:11,12 205:1 | **11:56:57** 57:25 | **11:59:22** 59:23 |
| **10:41:34** 53:25 | **11:53:54** 56:2,3 | **11:57:00** 58:1 | **11:59:27** 59:24 |
| **10:41:36** 54:1 | **11:54** 56:2,4 | **11:57:04** 58:2 | **11:59:30** 59:25 |
| **10:41:40** 54:2,3 | **11:54:20** 56:4 | **11:57:09** 58:3 | **11:59:33** 60:1 |
| **10:41:43** 54:4 | **11:54:25** 56:5 | **11:57:14** 58:4 | **11:59:38** 60:2 |
| **10:41:45** 54:5 | **11:54:26** 56:6 | **11:57:19** 58:5 | **11:59:43** 60:3 |
| **10:41:58** 54:6 | **11:54:28** 56:7 | **11:57:21** 58:6 | **11:59:48** 60:4 |
| **10:42:01** 54:7 | **11:54:31** 56:8 | **11:57:22** 58:7 | **11:59:57** 60:5 |
| **10:42:04** 54:8 | **11:54:34** 56:9 | **11:57:23** 58:8 | **112** 184:16,19 |
| **10:42:09** 54:9 | **11:54:35** 56:10 | **11:57:29** 58:9 | **12** 49:21 74:17 |
| **10:42:16** 54:10 | **11:54:41** 56:11 | **11:57:32** 58:10 | **12.05** 172:18 177:5 |
| **10:42:22** 54:11 | **11:54:44** 56:12 | **11:57:34** 58:11 | **12.61** 172:17 |
| **10:42:28** 54:12 | **11:54:45** 56:13 | **11:57:36** 58:12 | **12:00** 149:12 |

M. SPINKS

| | | | |
|---|---|---|---|
| **12:00:00** 60:6 | **12:02:35** 62:4 | **12:05:36** 64:1 | **12:08:51** 65:22 |
| **12:00:05** 60:7 | **12:02:40** 62:5 | **12:05:42** 64:2 | **12:08:53** 65:23 |
| **12:00:12** 60:8 | **12:02:43** 62:6 | **12:05:46** 64:3 | **12:08:58** 65:24 |
| **12:00:15** 60:9 | **12:02:51** 62:7 | **12:05:49** 64:4 | **12:09:04** 65:25 |
| **12:00:16** 60:10 | **12:02:52** 62:8 | **12:05:53** 64:5 | **12:09:08** 66:1 |
| **12:00:21** 60:11 | **12:02:53** 62:9 | **12:05:56** 64:6 | **12:09:11** 66:2 |
| **12:00:25** 60:12 | **12:02:56** 62:10 | **12:06:00** 64:7 | **12:09:12** 66:3 |
| **12:00:28** 60:13 | **12:02:59** 62:11 | **12:06:04** 64:8 | **12:09:47** 66:4 |
| **12:00:31** 60:14 | **12:03:01** 62:12 | **12:06:11** 64:9 | **12:09:50** 66:5 |
| **12:00:35** 60:15 | **12:03:02** 62:13 | **12:06:13** 64:10 | **12:09:52** 66:6 |
| **12:00:38** 60:16 | **12:03:17** 62:14 | **12:06:16** 64:11 | **12:10:03** 66:7 |
| **12:00:39** 60:17 | **12:03:23** 62:15 | **12:06:19** 64:12 | **12:10:07** 66:8 |
| **12:00:42** 60:18 | **12:03:25** 62:16 | **12:06:29** 64:13 | **12:10:11** 66:9 |
| **12:00:44** 60:19 | **12:03:28** 62:17 | **12:06:33** 64:14 | **12:10:21** 66:10 |
| **12:00:47** 60:20 | **12:03:32** 62:18 | **12:06:37** 64:15 | **12:10:30** 66:11 |
| **12:00:50** 60:21 | **12:03:36** 62:19 | **12:06:40** 64:16 | **12:10:33** 66:12 |
| **12:00:54** 60:22 | **12:03:45** 62:20 | **12:06:43** 64:17 | **12:10:36** 66:13 |
| **12:00:58** 60:23 | **12:03:52** 62:21 | **12:06:50** 64:18 | **12:10:38** 66:14 |
| **12:01:00** 60:24 | **12:03:57** 62:22 | **12:06:52** 64:19 | **12:10:41** 66:15 |
| **12:01:03** 60:25 | **12:03:59** 62:23 | **12:06:55** 64:20 | **12:10:45** 66:16 |
| **12:01:05** 61:1 | **12:04:03** 62:24,25 | **12:07:03** 64:21 | **12:10:46** 66:17 |
| **12:01:07** 61:2 | **12:04:07** 63:1 | **12:07:08** 64:22 | **12:10:48** 66:18 |
| **12:01:11** 61:3 | **12:04:10** 63:2 | **12:07:11** 64:23 | **12:10:51** 66:19 |
| **12:01:15** 61:4 | **12:04:11** 63:3 | **12:07:14** 64:24 | **12:10:54** 66:20 |
| **12:01:18** 61:5 | **12:04:12** 63:4 | **12:07:17** 64:25 | **12:10:58** 66:21 |
| **12:01:22** 61:6 | **12:04:14** 63:5 | **12:07:20** 65:1 | **12:11:01** 66:22 |
| **12:01:24** 61:7 | **12:04:17** 63:6 | **12:07:23** 65:2 | **12:11:03** 66:23 |
| **12:01:26** 61:8 | **12:04:19** 63:7 | **12:07:25** 65:3 | **12:11:07** 66:24,25 |
| **12:01:30** 61:9 | **12:04:20** 63:8 | **12:07:26** 65:4 | **12:11:16** 67:1,2 |
| **12:01:34** 61:10 | **12:04:22** 63:9 | **12:07:27** 65:5 | **12:11:17** 67:3 |
| **12:01:38** 61:11 | **12:04:29** 63:10 | **12:07:41** 65:6 | **12:11:21** 67:4 |
| **12:01:43** 61:12 | **12:04:33** 63:11 | **12:07:46** 65:7 | **12:11:30** 67:5 |
| **12:01:51** 61:13,14 | **12:04:39** 63:12 | **12:07:50** 65:8 | **12:11:31** 67:6 |
| **12:01:55** 61:15 | **12:04:44** 63:13 | **12:07:55** 65:9 | **12:11:34** 67:7 |
| **12:01:57** 61:16 | **12:04:49** 63:14 | **12:07:59** 65:10 | **12:11:38** 67:8 |
| **12:01:58** 61:17 | **12:04:51** 63:15 | **12:08:02** 65:11 | **12:11:45** 67:9 |
| **12:02:01** 61:18 | **12:04:56** 63:16 | **12:08:06** 65:12 | **12:11:46** 67:10,11 |
| **12:02:04** 61:19 | **12:05:00** 63:17 | **12:08:11** 65:13 | **12:11:48** 67:12 |
| **12:02:07** 61:20 | **12:05:03** 63:18 | **12:08:16** 65:14 | **12:12:09** 67:13 |
| **12:02:11** 61:21 | **12:05:06** 63:19 | **12:08:20** 65:15 | **12:12:10** 67:14 |
| **12:02:14** 61:22 | **12:05:09** 63:20 | **12:08:26** 65:16 | **12:12:11** 67:15 |
| **12:02:17** 61:23 | **12:05:11** 63:21 | **12:08:31** 65:17 | **12:12:14** 67:16 |
| **12:02:18** 61:24 | **12:05:19** 63:22 | **12:08:34** 65:18 | **12:12:15** 67:17 |
| **12:02:20** 61:25 62:1 | **12:05:21** 63:23 | **12:08:40** 65:19 | **12:12:16** 67:18 |
| **12:02:26** 62:2 | **12:05:27** 63:24 | **12:08:45** 65:20 | **12:12:20** 67:19 |
| **12:02:32** 62:3 | **12:05:33** 63:25 | **12:08:50** 65:21 | **12:12:32** 67:20 |

M. SPINKS

| | | | |
|---|---|---|---|
| **12:12:38** 67:21 | **12:14:51** 69:19 | **12:18:06** 71:18 | **12:20:26** 73:15 |
| **12:12:41** 67:22 | **12:14:53** 69:20 | **12:18:08** 71:19 | **12:20:30** 73:16,17 |
| **12:12:50** 67:23 | **12:14:55** 69:21 | **12:18:10** 71:20 | **12:20:32** 73:18 |
| **12:12:53** 67:24 | **12:14:58** 69:22 | **12:18:12** 71:21 | **12:20:34** 73:19 |
| **12:12:56** 67:25 | **12:14:59** 69:23 | **12:18:13** 71:22 | **12:20:38** 73:20 |
| **12:13:00** 68:1 | **12:15:03** 69:24 | **12:18:22** 71:23 | **12:20:40** 73:21 |
| **12:13:04** 68:2 | **12:15:08** 69:25 | **12:18:23** 71:24 | **12:20:44** 73:22 |
| **12:13:07** 68:3 | **12:15:12** 70:1 | **12:18:27** 71:25 | **12:20:46** 73:23 |
| **12:13:09** 68:4 | **12:15:16** 70:2 | **12:18:30** 72:1 | **12:20:49** 73:24 |
| **12:13:13** 68:5 | **12:15:17** 70:3,4 | **12:18:33** 72:2 | **12:20:52** 73:25 |
| **12:13:15** 68:6 | **12:15:21** 70:5 | **12:18:37** 72:3 | **12:20:56** 74:1 |
| **12:13:17** 68:7 | **12:15:26** 70:6 | **12:18:39** 72:4,5 | **12:21:00** 74:2 |
| **12:13:24** 68:8 | **12:15:27** 70:7 | **12:18:41** 72:6 | **12:21:04** 74:3 |
| **12:13:26** 68:9 | **12:15:29** 70:8,9 | **12:18:43** 72:7 | **12:21:07** 74:4 |
| **12:13:32** 68:10 | **12:15:32** 70:10 | **12:18:46** 72:8 | **12:21:09** 74:5 |
| **12:13:34** 68:11,12 | **12:15:35** 70:11 | **12:18:50** 72:9 | **12:21:11** 74:6 |
| **12:13:36** 68:13 | **12:15:37** 70:12 | **12:18:54** 72:10 | **12:21:13** 74:7 |
| **12:13:37** 68:14 | **12:15:39** 70:13 | **12:18:55** 72:11 | **12:21:23** 74:8 |
| **12:13:39** 68:15 | **12:15:41** 70:14 | **12:18:56** 72:12 | **12:21:25** 74:9 |
| **12:13:41** 68:16 | **12:15:44** 70:15 | **12:19:01** 72:13 | **12:21:28** 74:10 |
| **12:13:44** 68:17 | **12:15:47** 70:16 | **12:19:05** 72:14 | **12:21:31** 74:11 |
| **12:13:46** 68:18 | **12:15:51** 70:17 | **12:19:12** 72:15 | **12:21:33** 74:12 |
| **12:13:47** 68:19 | **12:15:52** 70:18 | **12:19:16** 72:16 | **12:21:38** 74:13,14 |
| **12:13:50** 68:20 | **12:16:20** 70:19 | **12:19:19** 72:17 | **12:21:47** 74:15,16 |
| **12:13:52** 68:21 | **12:16:21** 70:20 | **12:19:24** 72:18 | **12:21:48** 74:17 |
| **12:13:55** 68:22 | **12:16:23** 70:21 | **12:19:31** 72:19 | **12:21:50** 74:18 |
| **12:13:59** 68:23 | **12:16:27** 70:22 | **12:19:34** 72:20 | **12:22:03** 74:19 |
| **12:14:02** 68:24 | **12:16:32** 70:23 | **12:19:40** 72:21 | **12:22:05** 74:20 |
| **12:14:03** 68:25 | **12:16:34** 70:24 | **12:19:44** 72:22 | **12:22:09** 74:21 |
| **12:14:05** 69:1 | **12:16:37** 70:25 | **12:19:46** 72:23,24 | **12:22:12** 74:22,23 |
| **12:14:07** 69:2 | **12:16:47** 71:1 | **12:19:47** 72:25 | **12:22:15** 74:24 |
| **12:14:09** 69:3 | **12:16:49** 71:2 | **12:19:49** 73:1 | **12:22:18** 74:25 75:1 |
| **12:14:12** 69:4 | **12:16:51** 71:3 | **12:19:52** 73:2 | **12:22:19** 75:2 |
| **12:14:14** 69:5 | **12:16:56** 71:4 | **12:19:56** 73:3 | **12:22:22** 75:3 |
| **12:14:15** 69:6 | **12:16:59** 71:5 | **12:19:57** 73:4 | **12:22:28** 75:4 |
| **12:14:18** 69:7 | **12:17:03** 71:6 | **12:19:59** 73:5 | **12:22:31** 75:5,6 |
| **12:14:24** 69:8 | **12:17:12** 71:7,8 | **12:20** 150:5 | **12:22:34** 75:7 |
| **12:14:25** 69:9 | **12:17:14** 71:9 | **12:20:02** 73:6 | **12:22:38** 75:8 |
| **12:14:26** 69:10 | **12:17:18** 71:10 | **12:20:08** 73:7 | **12:22:40** 75:9 |
| **12:14:27** 69:11 | **12:17:20** 71:11 | **12:20:10** 73:8 | **12:22:43** 75:10 |
| **12:14:28** 69:12 | **12:17:24** 71:12 | **12:20:11** 73:9 | **12:23:09** 75:11 |
| **12:14:30** 69:13,14 | **12:17:43** 71:13 | **12:20:12** 73:10 | **12:23:12** 75:12 |
| **12:14:37** 69:15 | **12:17:51** 71:14 | **12:20:15** 73:11 | **12:23:15** 75:13 |
| **12:14:40** 69:16 | **12:17:59** 71:15 | **12:20:19** 73:12 | **12:23:17** 75:14 |
| **12:14:45** 69:17 | **12:18:02** 71:16 | **12:20:21** 73:13 | **12:23:35** 75:15 |
| **12:14:48** 69:18 | **12:18:03** 71:17 | **12:20:23** 73:14 | **12:23:38** 75:16 |

M. SPINKS

| | | | |
|---|---|---|---|
| **12:23:41** 75:17 | **12:30:03** 77:20 | **12:32:39** 79:19 | **12:35:52** 81:18 |
| **12:23:42** 75:18 | **12:30:13** 77:21 | **12:32:44** 79:20 | **12:35:54** 81:19 |
| **12:23:45** 75:19 | **12:30:26** 77:22 | **12:32:46** 79:21 | **12:35:55** 81:20 |
| **12:23:47** 75:20 | **12:30:28** 77:23 | **12:32:49** 79:22 | **12:35:58** 81:21 |
| **12:24:03** 75:21,22,23 | **12:30:30** 77:24 | **12:32:52** 79:23 | **12:36:02** 81:22 |
| **12:24:13** 75:24 | **12:30:33** 77:25 | **12:32:55** 79:24 | **12:36:05** 81:23 |
| **12:24:16** 75:25 | **12:30:36** 78:1 | **12:32:59** 79:25 | **12:36:06** 81:24 |
| **12:24:21** 76:1 | **12:30:38** 78:2 | **12:33:33** 80:1 | **12:36:08** 81:25 |
| **12:24:24** 76:2 | **12:30:40** 78:3 | **12:33:34** 80:2 | **12:36:10** 82:1 |
| **12:24:25** 76:3,4 | **12:30:44** 78:4,5 | **12:33:38** 80:3 | **12:36:14** 82:2 |
| **12:24:27** 76:5 | **12:30:50** 78:6 | **12:33:42** 80:4,5 | **12:36:16** 82:3 |
| **12:24:30** 76:6 | **12:30:52** 78:7 | **12:33:45** 80:6 | **12:36:21** 82:4 |
| **12:24:32** 76:7,8 | **12:30:55** 78:8 | **12:33:46** 80:7 | **12:36:27** 82:5 |
| **12:24:38** 76:9 | **12:30:59** 78:9 | **12:33:47** 80:8 | **12:36:33** 82:6 |
| **12:24:39** 76:10 | **12:31:01** 78:10 | **12:33:50** 80:9 | **12:36:37** 82:7 |
| **12:24:41** 76:11 | **12:31:04** 78:11 | **12:33:57** 80:10 | **12:36:42** 82:8 |
| **12:24:43** 76:12 | **12:31:06** 78:12 | **12:33:58** 80:11 | **12:36:48** 82:9 |
| **12:24:48** 76:13 | **12:31:10** 78:13 | **12:33:59** 80:12 | **12:36:52** 82:10 |
| **12:24:51** 76:14 | **12:31:11** 78:14 | **12:34:02** 80:13 | **12:36:58** 82:11 |
| **12:24:55** 76:15 | **12:31:14** 78:15 | **12:34:06** 80:14 | **12:37:03** 82:12 |
| **12:25:01** 76:16 | **12:31:15** 78:16 | **12:34:07** 80:15 | **12:37:10** 82:13 |
| **12:25:05** 76:17 | **12:31:19** 78:17 | **12:34:20** 80:16 | **12:37:14** 82:14 |
| **12:25:16** 76:18 | **12:31:20** 78:18 | **12:34:26** 80:17 | **12:37:17** 82:15 |
| **12:25:32** 76:19 | **12:31:21** 78:19 | **12:34:37** 80:18 | **12:37:24** 82:16 |
| **12:25:35** 76:20 | **12:31:23** 78:20 | **12:34:39** 80:19 | **12:37:28** 82:17 |
| **12:25:38** 76:21 | **12:31:29** 78:21 | **12:34:41** 80:20 | **12:37:31** 82:18 |
| **12:26:05** 76:22 | **12:31:39** 78:22 | **12:34:45** 80:21 | **12:37:36** 82:19 |
| **12:26:09** 76:23 | **12:31:42** 78:23 | **12:34:50** 80:22 | **12:37:41** 82:20 |
| **12:26:14** 76:24 | **12:31:44** 78:24,25 | **12:34:54** 80:23 | **12:37:44** 82:21 |
| **12:29:08** 76:25 | **12:31:46** 79:1 | **12:34:56** 80:24 | **12:37:46** 82:22 |
| **12:29:11** 77:1 | **12:31:49** 79:2 | **12:34:59** 80:25 | **12:37:47** 82:23 |
| **12:29:16** 77:2 | **12:31:52** 79:3 | **12:35:02** 81:1 | **12:37:50** 82:24 |
| **12:29:18** 77:3,4 | **12:31:55** 79:4 | **12:35:04** 81:2 | **12:37:51** 82:25 |
| **12:29:19** 77:5 | **12:31:58** 79:5,6 | **12:35:05** 81:3 | **12:37:55** 83:1 |
| **12:29:21** 77:6 | **12:32:00** 79:7 | **12:35:07** 81:4 | **12:37:59** 83:2 |
| **12:29:22** 77:7,8 | **12:32:03** 79:8 | **12:35:11** 81:5 | **12:38:04** 83:3,4 |
| **12:29:28** 77:9 | **12:32:04** 79:9 | **12:35:12** 81:6,7 | **12:38:05** 83:5 |
| **12:29:32** 77:10,11 | **12:32:06** 79:10 | **12:35:18** 81:8 | **12:38:11** 83:6 |
| **12:29:40** 77:12 | **12:32:08** 79:11 | **12:35:21** 81:9 | **12:38:15** 83:7 |
| **12:29:43** 77:13 | **12:32:11** 79:12 | **12:35:25** 81:10,11 | **12:38:19** 83:8 |
| **12:29:46** 77:14 | **12:32:15** 79:13 | **12:35:26** 81:12 | **12:38:22** 83:9 |
| **12:29:48** 77:15 | **12:32:18** 79:14 | **12:35:32** 81:13 | **12:38:27** 83:10 |
| **12:29:52** 77:16 | **12:32:21** 79:15 | **12:35:39** 81:14 | **12:38:32** 83:11 |
| **12:29:55** 77:17 | **12:32:27** 79:16 | **12:35:43** 81:15 | **12:38:35** 83:12 |
| **12:29:57** 77:18 | **12:32:31** 79:17 | **12:35:47** 81:16 | **12:38:37** 83:13 |
| **12:30:00** 77:19 | **12:32:36** 79:18 | **12:35:50** 81:17 | **12:38:39** 83:14 |

M. SPINKS

| | | | |
|---|---|---|---|
| **12:38:41** 83:15 | **12:42:17** 85:18 | **12:45:14** 87:17 | **12:48:00** 89:16 |
| **12:38:43** 83:16 | **12:42:22** 85:19 | **12:45:18** 87:18 | **12:48:03** 89:17 |
| **12:38:48** 83:17 | **12:42:34** 85:20 | **12:45:24** 87:19 | **12:48:07** 89:18 |
| **12:38:50** 83:18 | **12:42:35** 85:21 | **12:45:27** 87:20 | **12:48:13** 89:19 |
| **12:38:52** 83:19 | **12:42:40** 85:22 | **12:45:30** 87:21 | **12:48:19** 89:20 |
| **12:39:04** 83:20 | **12:42:45** 85:23 | **12:45:31** 87:22 | **12:48:22** 89:21 |
| **12:39:08** 83:21 | **12:42:49** 85:24,25 | **12:45:33** 87:23 | **12:48:24** 89:22 |
| **12:39:10** 83:22 | **12:42:50** 86:1 | **12:45:36** 87:24 | **12:48:32** 89:23 |
| **12:39:13** 83:23 | **12:42:52** 86:2,3 | **12:45:37** 87:25 | **12:48:36** 89:24 |
| **12:39:16** 83:24 | **12:42:54** 86:4 | **12:45:40** 88:1 | **12:48:43** 89:25 |
| **12:39:18** 83:25 | **12:42:57** 86:5 | **12:45:44** 88:2 | **12:48:47** 90:1 |
| **12:39:20** 84:1 | **12:43:01** 86:6 | **12:45:46** 88:3 | **12:48:49** 90:2 |
| **12:39:22** 84:2 | **12:43:05** 86:7 | **12:45:48** 88:4 | **12:48:54** 90:3 |
| **12:39:37** 84:3 | **12:43:06** 86:8 | **12:45:49** 88:5 | **12:48:59** 90:4 |
| **12:39:57** 84:4,5,6,7,8,9 | **12:43:09** 86:9 | **12:45:53** 88:6 | **12:49:03** 90:5 |
| **12:39:59** 84:10 | **12:43:14** 86:10,11 | **12:45:56** 88:7 | **12:49:06** 90:6 |
| **12:40:00** 84:11,12 | **12:43:15** 86:12 | **12:45:58** 88:8 | **12:49:08** 90:7 |
| **12:40:05** 84:13 | **12:43:17** 86:13 | **12:45:59** 88:9 | **12:49:11** 90:8 |
| **12:40:08** 84:14,15 | **12:43:23** 86:14 | **12:46:01** 88:10 | **12:49:16** 90:9 |
| **12:40:14** 84:16 | **12:43:26** 86:15 | **12:46:05** 88:11,12 | **12:49:18** 90:10 |
| **12:40:16** 84:17 | **12:43:29** 86:16 | **12:46:06** 88:13 | **12:49:22** 90:11 |
| **12:40:19** 84:18 | **12:43:33** 86:17 | **12:46:08** 88:14 | **12:49:25** 90:12 |
| **12:40:21** 84:19 | **12:43:35** 86:18 | **12:46:10** 88:15 | **12:49:29** 90:13 |
| **12:40:22** 84:20 | **12:43:38** 86:19 | **12:46:12** 88:16 | **12:49:33** 90:14 |
| **12:40:25** 84:21 | **12:43:41** 86:20 | **12:46:16** 88:17 | **12:49:38** 90:15 |
| **12:40:29** 84:22 | **12:43:43** 86:21 | **12:46:18** 88:18 | **12:49:41** 90:16 |
| **12:40:32** 84:23 | **12:43:47** 86:22 | **12:46:19** 88:19,20 | **12:49:43** 90:17 |
| **12:40:36** 84:24 | **12:43:51** 86:23 | **12:46:23** 88:21 | **12:49:48** 90:18 |
| **12:40:47** 84:25 | **12:43:55** 86:24 | **12:46:30** 88:22 | **12:49:52** 90:19 |
| **12:40:56** 85:1 | **12:43:56** 86:25 | **12:46:33** 88:23 | **12:49:59** 90:20 |
| **12:41:09** 85:2 | **12:43:58** 87:1 | **12:46:36** 88:24 | **12:50:01** 90:21 |
| **12:41:15** 85:3 | **12:44:01** 87:2 | **12:46:39** 88:25 89:1 | **12:50:06** 90:22 |
| **12:41:20** 85:4 | **12:44:06** 87:3 | **12:46:41** 89:2 | **12:50:11** 90:23 |
| **12:41:22** 85:5 | **12:44:09** 87:4 | **12:46:49** 89:3 | **12:50:15** 90:24 |
| **12:41:27** 85:6 | **12:44:14** 87:5 | **12:46:54** 89:4 | **12:50:17** 90:25 |
| **12:41:31** 85:7 | **12:44:16** 87:6 | **12:46:58** 89:5 | **12:50:20** 91:1 |
| **12:41:40** 85:8 | **12:44:18** 87:7 | **12:46:59** 89:6 | **12:50:26** 91:2 |
| **12:41:45** 85:9 | **12:44:21** 87:8 | **12:47:03** 89:7 | **12:50:33** 91:3 |
| **12:41:48** 85:10 | **12:44:33** 87:9 | **12:47:06** 89:8 | **12:50:35** 91:4 |
| **12:41:50** 85:11 | **12:44:36** 87:10 | **12:47:07** 89:9 | **12:50:37** 91:5 |
| **12:41:52** 85:12 | **12:44:37** 87:11 | **12:47:27** 89:10 | **12:50:40** 91:6 |
| **12:41:57** 85:13 | **12:44:50** 87:12 | **12:47:33** 89:11 | **12:50:44** 91:7 |
| **12:42:00** 85:14 | **12:44:56** 87:13 | **12:47:41** 89:12 | **12:50:48** 91:8 |
| **12:42:03** 85:15 | **12:45:04** 87:14 | **12:47:43** 89:13 | **12:50:54** 91:9 |
| **12:42:07** 85:16 | **12:45:06** 87:15 | **12:47:50** 89:14 | **12:50:56** 91:10 |
| **12:42:12** 85:17 | **12:45:07** 87:16 | **12:47:55** 89:15 | **12:50:59** 91:11 |

| | | | |
|---|---|---|---|
| **12:51:01** 91:12 | **13.2** 172:17 | **13:09:47** 95:2 | **13:12:54** 96:25 |
| **12:51:05** 91:13 | **13.76** 172:18 | **13:09:56** 95:3,4 | **13:13:00** 97:1 |
| **12:51:06** 91:14 | **13:06:31** 93:6 | **13:10:02** 95:5 | **13:13:01** 97:2 |
| **12:51:09** 91:15 | **13:06:52** 93:7 | **13:10:05** 95:6 | **13:13:03** 97:3 |
| **12:51:14** 91:16,17 | **13:06:55** 93:8 | **13:10:08** 95:7 | **13:13:08** 97:4 |
| **12:51:18** 91:18 | **13:06:58** 93:9 | **13:10:13** 95:8 | **13:13:12** 97:5 |
| **12:51:21** 91:19 | **13:07:00** 93:10 | **13:10:16** 95:9 | **13:13:15** 97:6 |
| **12:51:24** 91:20 | **13:07:01** 93:11 | **13:10:19** 95:10 | **13:13:18** 97:7 |
| **12:51:25** 91:21 | **13:07:03** 93:12 | **13:10:21** 95:11 | **13:13:21** 97:8 |
| **12:51:27** 91:22 | **13:07:05** 93:13 | **13:10:24** 95:12 | **13:13:24** 97:9 |
| **12:51:31** 91:23 | **13:07:09** 93:14 | **13:10:28** 95:13 | **13:13:27** 97:10 |
| **12:51:32** 91:24 | **13:07:14** 93:15 | **13:10:31** 95:14 | **13:13:32** 97:11 |
| **12:51:36** 91:25 | **13:07:17** 93:16 | **13:10:35** 95:15 | **13:13:37** 97:12 |
| **12:51:37** 92:1 | **13:07:27** 93:17 | **13:10:39** 95:16 | **13:13:53** 97:13 |
| **12:51:44** 92:2 | **13:07:36** 93:18 | **13:10:45** 95:17 | **13:14:02** 97:14 |
| **12:51:47** 92:3 | **13:07:39** 93:19 | **13:10:46** 95:18 | **13:14:03** 97:15 |
| **12:51:51** 92:4 | **13:07:41** 93:20 | **13:10:59** 95:19 | **13:14:07** 97:16 |
| **12:51:53** 92:5 | **13:07:45** 93:21 | **13:11:05** 95:20 | **13:14:10** 97:17 |
| **12:51:56** 92:6 | **13:07:48** 93:22 | **13:11:14** 95:21 | **13:14:13** 97:18 |
| **12:52:04** 92:7 | **13:07:50** 93:23 | **13:11:24** 95:22 | **13:14:20** 97:19 |
| **12:52:05** 92:8 | **13:07:55** 93:24 | **13:11:28** 95:23 | **13:14:23** 97:20 |
| **12:52:09** 92:9 | **13:07:59** 93:25 | **13:11:32** 95:24 | **13:14:24** 97:21 |
| **12:52:13** 92:10 | **13:08:03** 94:1 | **13:11:35** 95:25 | **13:14:26** 97:22 |
| **12:52:16** 92:11 | **13:08:13** 94:2 | **13:11:43** 96:1 | **13:14:29** 97:23 |
| **12:52:19** 92:12 | **13:08:21** 94:3 | **13:11:46** 96:2 | **13:14:32** 97:24 |
| **12:52:21** 92:13 | **13:08:29** 94:4 | **13:11:50** 96:3 | **13:14:38** 97:25 |
| **12:52:31** 92:14 | **13:08:32** 94:5 | **13:11:54** 96:4 | **13:14:42** 98:1 |
| **12:52:33** 92:15 | **13:08:36** 94:6 | **13:11:57** 96:5 | **13:14:45** 98:2 |
| **12:52:36** 92:16 | **13:08:40** 94:7 | **13:11:59** 96:6 | **13:14:51** 98:3 |
| **12:52:41** 92:17 | **13:08:45** 94:8 | **13:12:01** 96:7 | **13:14:52** 98:4 |
| **12:52:46** 92:18 | **13:08:49** 94:9 | **13:12:04** 96:8 | **13:14:54** 98:5 |
| **12:52:50** 92:19,20 | **13:08:54** 94:10 | **13:12:07** 96:9 | **13:14:57** 98:6 |
| **12:52:52** 92:21 | **13:08:57** 94:11 | **13:12:13** 96:10 | **13:15:02** 98:7 |
| **12:53:06** 92:22 | **13:09:01** 94:12 | **13:12:17** 96:11 | **13:15:06** 98:8 |
| **12:53:09** 92:23,24 | **13:09:04** 94:13 | **13:12:20** 96:12 | **13:15:09** 98:9 |
| **12:53:11** 92:25 93:1 | **13:09:11** 94:14 | **13:12:23** 96:13 | **13:15:14** 98:10 |
| **12:53:16** 93:2 | **13:09:14** 94:15 | **13:12:26** 96:14 | **13:15:20** 98:11 |
| **12:53:19** 93:3 | **13:09:17** 94:16 | **13:12:30** 96:15 | **13:16:11** 98:12 |
| **12:53:22** 93:4 | **13:09:22** 94:17 | **13:12:33** 96:16,17 | **13:16:13** 98:13 |
| **12:53:26** 93:5 | **13:09:24** 94:18 | **13:12:35** 96:18 | **13:16:15** 98:14 |
| **12:54** 93:4 | **13:09:29** 94:19 | **13:12:37** 96:19 | **13:16:28** 98:15 |
| **13** 49:21 176:15 183:7,9 | **13:09:34** 94:20 | **13:12:42** 96:20 | **13:16:32** 98:16 |
|   184:8,13 | **13:09:38** 94:21,22 | **13:12:44** 96:21 | **13:16:34** 98:17 |
| **13.04** 172:18 | **13:09:39** 94:23 | **13:12:48** 96:22 | **13:16:37** 98:18 |
| **13.1** 171:4,11,15 172:16 | **13:09:41** 94:24,25 | **13:12:49** 96:23 | **13:16:41** 98:19 |
|   175:9 | **13:09:44** 95:1 | **13:12:51** 96:24 | **13:16:44** 98:20 |

| | | | |
|---|---|---|---|
| **13:16:45** 98:21 | **13:20:08** 100:21 | **13:23:11** 102:21 | **13:25:34** 104:19 |
| **13:16:59** 98:22 | **13:20:12** 100:22 | **13:23:13** 102:22 | **13:25:38** 104:20 |
| **13:17:04** 98:23 | **13:20:13** 100:23 | **13:23:17** 102:23 | **13:25:39** 104:21 |
| **13:17:09** 98:24 | **13:20:14** 100:24 | **13:23:20** 102:24 | **13:25:41** 104:22 |
| **13:17:12** 98:25 | **13:20:19** 100:25 | **13:23:22** 102:25 | **13:25:45** 104:23 |
| **13:17:16** 99:1 | **13:20:20** 101:1 | **13:23:25** 103:1 | **13:25:46** 104:24 |
| **13:17:25** 99:2 | **13:20:24** 101:2 | **13:23:28** 103:2 | **13:25:49** 104:25 |
| **13:17:27** 99:3 | **13:20:25** 101:3 | **13:23:31** 103:3 | **13:25:50** 105:1 |
| **13:17:33** 99:4 | **13:20:26** 101:4 | **13:23:37** 103:4 | **13:25:52** 105:2 |
| **13:17:35** 99:5 | **13:20:28** 101:5 | **13:23:40** 103:5 | **13:25:55** 105:3 |
| **13:17:37** 99:6,7 | **13:20:32** 101:6 | **13:23:42** 103:6 | **13:25:57** 105:4 |
| **13:17:39** 99:8 | **13:20:35** 101:7 | **13:23:43** 103:7 | **13:26:02** 105:5,6 |
| **13:17:42** 99:9 | **13:20:38** 101:8 | **13:23:47** 103:8 | **13:26:06** 105:7 |
| **13:17:45** 99:10 | **13:20:41** 101:9 | **13:23:53** 103:9 | **13:26:09** 105:8 |
| **13:17:51** 99:11 | **13:20:46** 101:10 | **13:23:54** 103:10 | **13:26:10** 105:9 |
| **13:17:52** 99:12,13 | **13:20:51** 101:11,12 | **13:23:55** 103:11 | **13:26:14** 105:10 |
| **13:17:54** 99:14 | **13:21:07** 101:13 | **13:23:57** 103:12 | **13:26:18** 105:11,12 |
| **13:17:55** 99:15 | **13:21:11** 101:14 | **13:24:00** 103:13 | **13:26:20** 105:13 |
| **13:17:58** 99:16 | **13:21:16** 101:15 | **13:24:01** 103:14 | **13:26:24** 105:14 |
| **13:17:59** 99:17 | **13:21:23** 101:16 | **13:24:04** 103:15 | **13:26:26** 105:15,16 |
| **13:18:01** 99:18 | **13:21:27** 101:17 | **13:24:08** 103:16,17 | **13:26:29** 105:17 |
| **13:18:03** 99:19 | **13:21:31** 101:18 | **13:24:11** 103:18 | **13:26:31** 105:18,19 |
| **13:18:21** 99:20 | **13:21:34** 101:19 | **13:24:13** 103:19,20 | **13:26:34** 105:20 |
| **13:18:31** 99:21 | **13:21:41** 101:20 | **13:24:17** 103:21 | **13:26:37** 105:21 |
| **13:18:33** 99:22 | **13:21:43** 101:21 | **13:24:21** 103:22 | **13:26:38** 105:22 |
| **13:18:37** 99:23 | **13:21:48** 101:22 | **13:24:25** 103:23 | **13:26:39** 105:23 |
| **13:18:41** 99:24 | **13:21:52** 101:23 | **13:24:26** 103:24 | **13:26:42** 105:24 |
| **13:18:43** 99:25 | **13:21:58** 101:24 | **13:24:28** 103:25 | **13:26:44** 105:25 |
| **13:18:47** 100:1,2 | **13:22:03** 101:25 | **13:24:31** 104:1 | **13:27:08** 106:1 |
| **13:18:51** 100:3 | **13:22:06** 102:1 | **13:24:33** 104:2 | **13:27:09** 106:2 |
| **13:18:54** 100:4 | **13:22:10** 102:2,3 | **13:24:36** 104:3 | **13:27:12** 106:3 |
| **13:18:58** 100:5 | **13:22:12** 102:4 | **13:24:48** 104:4 | **13:27:15** 106:4 |
| **13:19:05** 100:6,7 | **13:22:13** 102:5 | **13:24:54** 104:5 | **13:27:20** 106:5 |
| **13:19:10** 100:8 | **13:22:16** 102:6 | **13:24:57** 104:6 | **13:27:31** 106:6 |
| **13:19:21** 100:9 | **13:22:20** 102:7,8 | **13:25:01** 104:7 | **13:27:36** 106:7 |
| **13:19:22** 100:10 | **13:22:22** 102:9 | **13:25:05** 104:8 | **13:27:37** 106:8 |
| **13:19:25** 100:11 | **13:22:23** 102:10 | **13:25:06** 104:9 | **13:27:45** 106:9 |
| **13:19:34** 100:12 | **13:22:26** 102:11 | **13:25:08** 104:10 | **13:27:47** 106:10 |
| **13:19:37** 100:13 | **13:22:31** 102:12 | **13:25:12** 104:11 | **13:27:59** 106:11 |
| **13:19:44** 100:14 | **13:22:35** 102:13,14 | **13:25:17** 104:12 | **13:28:02** 106:12 |
| **13:19:51** 100:15 | **13:22:38** 102:15 | **13:25:18** 104:13 | **13:28:07** 106:13 |
| **13:19:56** 100:16 | **13:22:41** 102:16 | **13:25:20** 104:14 | **13:28:10** 106:14 |
| **13:19:57** 100:17 | **13:22:46** 102:17 | **13:25:24** 104:15 | **13:28:11** 106:15 |
| **13:20:03** 100:18 | **13:22:51** 102:18 | **13:25:28** 104:16 | **13:28:14** 106:16 |
| **13:20:04** 100:19 | **13:22:54** 102:19 | **13:25:29** 104:17 | **13:28:20** 106:17 |
| **13:20:05** 100:20 | **13:23:09** 102:20 | **13:25:31** 104:18 | **13:28:21** 106:18 |

M. SPINKS

| | | | |
|---|---|---|---|
| 13:28:23 106:19 | 13:30:15 108:22 | 13:33:02 110:21 | 13:35:52 112:18 |
| 13:28:27 106:20 | 13:30:17 108:23 | 13:33:06 110:22 | 13:35:57 112:19 |
| 13:28:30 106:21 | 13:30:23 108:24 | 13:33:09 110:23 | 13:36:00 112:20 |
| 13:28:31 106:22 | 13:30:25 108:25 | 13:33:12 110:24 | 13:36:02 112:21 |
| 13:28:36 106:23 | 13:30:33 109:1 | 13:33:17 110:25 | 13:36:04 112:22 |
| 13:28:37 106:24 | 13:30:34 109:2 | 13:33:22 111:1 | 13:36:08 112:23 |
| 13:28:38 106:25 | 13:30:38 109:3 | 13:33:25 111:2 | 13:36:10 112:24 |
| 13:28:41 107:1 | 13:30:46 109:4 | 13:33:27 111:3 | 13:36:14 112:25 |
| 13:28:46 107:2,3 | 13:30:47 109:5 | 13:33:30 111:4 | 13:36:18 113:1,2 |
| 13:28:48 107:4 | 13:30:48 109:6,7 | 13:33:34 111:5 | 13:36:21 113:3 |
| 13:28:50 107:5 | 13:30:51 109:8 | 13:33:39 111:6 | 13:36:29 113:4 |
| 13:28:53 107:6,7 | 13:30:52 109:9 | 13:33:47 111:7 | 13:36:32 113:5 |
| 13:28:54 107:8 | 13:30:56 109:10 | 13:33:53 111:8 | 13:36:37 113:6 |
| 13:28:56 107:9 | 13:31:00 109:11 | 13:33:58 111:9 | 13:36:39 113:7 |
| 13:28:59 107:10 | 13:31:01 109:12 | 13:34:00 111:10 | 13:36:40 113:8 |
| 13:29:00 107:11 | 13:31:05 109:13 | 13:34:04 111:11 | 13:36:44 113:9 |
| 13:29:02 107:12 | 13:31:10 109:14 | 13:34:09 111:12 | 13:36:46 113:10 |
| 13:29:03 107:13 | 13:31:11 109:15 | 13:34:13 111:13 | 13:36:49 113:11 |
| 13:29:05 107:14 | 13:31:14 109:16 | 13:34:17 111:14 | 13:36:52 113:12 |
| 13:29:06 107:15 | 13:31:15 109:17 | 13:34:20 111:15 | 13:36:55 113:13 |
| 13:29:07 107:16 | 13:31:19 109:18 | 13:34:22 111:16 | 13:37:01 113:14 |
| 13:29:10 107:17,18 | 13:31:23 109:19 | 13:34:29 111:17 | 13:37:04 113:15 |
| 13:29:14 107:19 | 13:31:28 109:20,21,22 | 13:34:33 111:18 | 13:37:09 113:16 |
| 13:29:16 107:20 | 13:31:31 109:23 | 13:34:37 111:19 | 13:37:15 113:17 |
| 13:29:18 107:21 | 13:31:33 109:24 | 13:34:41 111:20 | 13:37:21 113:18 |
| 13:29:22 107:22 | 13:31:34 109:25 | 13:34:43 111:21 | 13:37:23 113:19 |
| 13:29:23 107:23,24 | 13:31:35 110:1 | 13:34:45 111:22 | 13:37:25 113:20 |
| 13:29:27 107:25 108:1 | 13:31:36 110:2 | 13:34:50 111:23,24 | 13:37:29 113:21 |
| 13:29:28 108:2 | 13:31:48 110:3 | 13:34:51 111:25 | 13:37:34 113:22 |
| 13:29:31 108:3 | 13:32:03 110:4 | 13:34:53 112:1 | 13:38:00 113:23 |
| 13:29:33 108:4 | 13:32:06 110:5 | 13:34:57 112:2 | 13:38:03 113:24,25 |
| 13:29:37 108:5,6 | 13:32:10 110:6 | 13:35:00 112:3 | 13:38:06 114:1 |
| 13:29:38 108:7 | 13:32:13 110:7 | 13:35:04 112:4 | 13:38:10 114:2 |
| 13:29:42 108:8 | 13:32:14 110:8 | 13:35:09 112:5 | 13:38:16 114:3 |
| 13:29:46 108:9 | 13:32:17 110:9 | 13:35:16 112:6 | 13:38:21 114:4 |
| 13:29:47 108:10 | 13:32:19 110:10 | 13:35:20 112:7 | 13:38:25 114:5 |
| 13:29:50 108:11 | 13:32:23 110:11 | 13:35:24 112:8 | 13:38:36 114:6 |
| 13:29:53 108:12 | 13:32:27 110:12 | 13:35:27 112:9 | 13:38:40 114:7 |
| 13:29:54 108:13 | 13:32:34 110:13 | 13:35:29 112:10 | 13:38:47 114:8 |
| 13:29:56 108:14 | 13:32:40 110:14 | 13:35:33 112:11 | 13:38:53 114:9 |
| 13:29:58 108:15 | 13:32:47 110:15 | 13:35:36 112:12 | 13:38:56 114:10 |
| 13:30:00 108:16 | 13:32:50 110:16 | 13:35:38 112:13 | 13:39:02 114:11 |
| 13:30:02 108:17 | 13:32:51 110:17 | 13:35:39 112:14 | 13:39:04 114:12 |
| 13:30:06 108:18,19 | 13:32:53 110:18 | 13:35:42 112:15 | 13:39:07 114:13 |
| 13:30:08 108:20 | 13:32:55 110:19 | 13:35:46 112:16 | 13:39:09 114:14 |
| 13:30:10 108:21 | 13:32:59 110:20 | 13:35:49 112:17 | 13:39:12 114:15 |

M. SPINKS

| | | | |
|---|---|---|---|
| **13:39:16** 114:16 | **13:42:26** 116:12 | **13:45:36** 118:8 | **13:48:38** 120:4 |
| **13:39:20** 114:17 | **13:42:32** 116:13 | **13:45:40** 118:9 | **13:48:45** 120:5 |
| **13:39:24** 114:18 | **13:42:35** 116:14 | **13:45:44** 118:10 | **13:48:48** 120:6 |
| **13:39:27** 114:19 | **13:42:43** 116:15 | **13:45:47** 118:11 | **13:48:54** 120:7 |
| **13:39:31** 114:20 | **13:42:47** 116:16 | **13:45:49** 118:12 | **13:48:57** 120:8 |
| **13:39:39** 114:21 | **13:42:53** 116:17 | **13:45:51** 118:13 | **13:49:09** 120:9 |
| **13:39:42** 114:22 | **13:42:54** 116:18 | **13:45:53** 118:14 | **13:49:11** 120:10 |
| **13:39:45** 114:23 | **13:42:56** 116:19 | **13:45:57** 118:15 | **13:49:18** 120:11 |
| **13:39:47** 114:24 | **13:43:02** 116:20 | **13:46:00** 118:16 | **13:49:19** 120:12 |
| **13:39:51** 114:25 | **13:43:11** 116:21 | **13:46:03** 118:17 | **13:49:21** 120:13 |
| **13:39:54** 115:1 | **13:43:15** 116:22 | **13:46:05** 118:18 | **13:49:24** 120:14 |
| **13:39:57** 115:2 | **13:43:16** 116:23 | **13:46:10** 118:19 | **13:49:31** 120:15 |
| **13:40:00** 115:3 | **13:43:17** 116:24 | **13:46:13** 118:20 | **13:49:41** 120:16 |
| **13:40:03** 115:4 | **13:43:21** 116:25 | **13:46:15** 118:21 | **13:49:49** 120:17 |
| **13:40:05** 115:5 | **13:43:26** 117:1 | **13:46:18** 118:22 | **13:49:52** 120:18 |
| **13:40:10** 115:6 | **13:43:27** 117:2 | **13:46:30** 118:23 | **13:49:55** 120:19 |
| **13:40:16** 115:7 | **13:43:29** 117:3 | **13:46:33** 118:24 | **13:49:57** 120:20 |
| **13:40:20** 115:8 | **13:43:34** 117:4 | **13:46:35** 118:25 | **13:50:00** 120:21 |
| **13:40:24** 115:9 | **13:43:41** 117:5 | **13:46:36** 119:1 | **13:50:04** 120:22 |
| **13:40:31** 115:10 | **13:43:48** 117:6 | **13:46:39** 119:2 | **13:50:08** 120:23 |
| **13:40:39** 115:11 | **13:43:51** 117:7 | **13:46:42** 119:3 | **13:50:11** 120:24 |
| **13:40:40** 115:12 | **13:43:55** 117:8 | **13:46:46** 119:4 | **13:50:18** 120:25 |
| **13:40:41** 115:13 | **13:43:56** 117:9 | **13:46:49** 119:5 | **13:50:23** 121:1 |
| **13:40:43** 115:14 | **13:43:57** 117:10 | **13:46:51** 119:6 | **13:50:26** 121:2 |
| **13:40:45** 115:15 | **13:44:04** 117:11 | **13:46:54** 119:7 | **13:50:31** 121:3 |
| **13:40:48** 115:16 | **13:44:14** 117:12 | **13:46:57** 119:8 | **13:50:34** 121:4 |
| **13:40:51** 115:17 | **13:44:21** 117:13 | **13:47:02** 119:9 | **13:50:41** 121:5 |
| **13:40:56** 115:18 | **13:44:22** 117:14 | **13:47:05** 119:10 | **13:50:43** 121:6 |
| **13:41:04** 115:19 | **13:44:23** 117:15 | **13:47:20** 119:11 | **13:50:46** 121:7 |
| **13:41:07** 115:20 | **13:44:27** 117:16 | **13:47:23** 119:12 | **13:50:48** 121:8 |
| **13:41:11** 115:21 | **13:44:31** 117:17 | **13:47:30** 119:13 | **13:50:51** 121:9 |
| **13:41:15** 115:22 | **13:44:35** 117:18 | **13:47:37** 119:14 | **13:50:55** 121:10 |
| **13:41:17** 115:23 | **13:44:39** 117:19 | **13:47:38** 119:15 | **13:51:00** 121:11 |
| **13:41:31** 115:24 | **13:44:44** 117:20 | **13:47:49** 119:16 | **13:51:04** 121:12 |
| **13:41:34** 115:25 | **13:44:47** 117:21 | **13:47:52** 119:17 | **13:51:05** 121:13 |
| **13:41:40** 116:1 | **13:44:51** 117:22 | **13:47:54** 119:18 | **13:51:06** 121:14 |
| **13:41:55** 116:2 | **13:44:55** 117:23 | **13:47:57** 119:19 | **13:51:10** 121:15 |
| **13:42:00** 116:3 | **13:45:00** 117:24 | **13:48:00** 119:20 | **13:51:12** 121:16 |
| **13:42:04** 116:4 | **13:45:03** 117:25 | **13:48:03** 119:21 | **13:51:22** 121:17 |
| **13:42:09** 116:5 | **13:45:07** 118:1 | **13:48:08** 119:22 | **13:51:25** 121:18 |
| **13:42:12** 116:6 | **13:45:12** 118:2 | **13:48:14** 119:23 | **13:51:28** 121:19 |
| **13:42:13** 116:7 | **13:45:16** 118:3 | **13:48:22** 119:24 | **13:51:29** 121:20 |
| **13:42:15** 116:8 | **13:45:24** 118:4 | **13:48:25** 119:25 | **13:51:32** 121:21 |
| **13:42:18** 116:9 | **13:45:26** 118:5 | **13:48:29** 120:1 | **13:51:36** 121:22 |
| **13:42:21** 116:10 | **13:45:28** 118:6 | **13:48:33** 120:2 | **13:51:48** 121:23 |
| **13:42:23** 116:11 | **13:45:33** 118:7 | **13:48:34** 120:3 | **13:51:52** 121:24 |

M. SPINKS

| | | | |
|---|---|---|---|
| **13:51:55** 121:25 | **13:55:45** 123:21 | **14** 2:3,5 19:9 49:21 77:9 | **14:04:29** 127:13 |
| **13:51:57** 122:1 | **13:55:50** 123:22 | 145:3 163:10 194:16 | **14:04:37** 127:14 |
| **13:52:00** 122:2 | **13:55:53** 123:23 | 195:9 | **14:04:41** 127:15 |
| **13:52:03** 122:3 | **13:55:58** 123:24 | **14:00:34** 125:18 | **14:04:43** 127:16 |
| **13:52:08** 122:4 | **13:55:59** 123:25 | **14:00:39** 125:19,20 | **14:04:48** 127:17 |
| **13:52:12** 122:5 | **13:56:02** 124:1 | **14:00:40** 125:21 | **14:04:52** 127:18 |
| **13:52:14** 122:6 | **13:56:06** 124:2 | **14:00:43** 125:22 | **14:04:55** 127:19 |
| **13:52:16** 122:7 | **13:56:07** 124:3,4 | **14:00:46** 125:23,24 | **14:04:58** 127:20 |
| **13:52:19** 122:8 | **13:56:10** 124:5 | **14:00:49** 125:25 | **14:05:01** 127:21 |
| **13:52:23** 122:9 | **13:56:12** 124:6 | **14:00:52** 126:1 | **14:05:03** 127:22 |
| **13:52:27** 122:10 | **13:56:15** 124:7 | **14:00:58** 126:2 | **14:05:06** 127:23 |
| **13:52:49** 122:11 | **13:56:21** 124:8 | **14:01:00** 126:3 | **14:05:11** 127:24 |
| **13:53:37** 122:12 | **13:56:29** 124:9 | **14:01:03** 126:4 | **14:05:14** 127:25 |
| **13:53:41** 122:13 | **13:56:30** 124:10 | **14:01:09** 126:5 | **14:05:17** 128:1 |
| **13:53:44** 122:14 | **13:56:33** 124:11,12 | **14:01:13** 126:6 | **14:05:24** 128:2 |
| **13:53:47** 122:15 | **13:56:35** 124:13 | **14:01:16** 126:7 | **14:05:27** 128:3 |
| **13:53:52** 122:16 | **13:56:39** 124:14 | **14:01:27** 126:8 | **14:05:34** 128:4 |
| **13:53:56** 122:17 | **13:56:47** 124:15 | **14:01:29** 126:9 | **14:05:38** 128:5 |
| **13:54:01** 122:18 | **13:56:49** 124:16 | **14:01:37** 126:10 | **14:05:46** 128:6 |
| **13:54:05** 122:19 | **13:56:53** 124:17 | **14:01:41** 126:11 | **14:05:50** 128:7 |
| **13:54:08** 122:20 | **13:57:12** 124:18 | **14:01:46** 126:12 | **14:06:06** 128:8 |
| **13:54:13** 122:21 | **13:57:15** 124:19 | **14:01:50** 126:13 | **14:06:08** 128:9 |
| **13:54:15** 122:22 | **13:57:22** 124:20 | **14:01:56** 126:14 | **14:06:13** 128:10 |
| **13:54:19** 122:23 | **13:57:30** 124:21 | **14:02:00** 126:15 | **14:06:19** 128:11 |
| **13:54:21** 122:24 | **13:57:31** 124:22 | **14:02:06** 126:16 | **14:06:26** 128:12 |
| **13:54:24** 122:25 | **13:57:34** 124:23 | **14:02:09** 126:17 | **14:06:32** 128:13 |
| **13:54:30** 123:1 | **13:57:41** 124:24 | **14:02:17** 126:18 | **14:06:36** 128:14 |
| **13:54:34** 123:2 | **13:57:50** 124:25 | **14:02:33** 126:19 | **14:06:37** 128:15 |
| **13:54:39** 123:3 | **13:57:53** 125:1 | **14:02:36** 126:20 | **14:07:29** 128:16 |
| **13:54:41** 123:4 | **13:57:58** 125:2 | **14:02:44** 126:21 | **14:08:22** 128:17 |
| **13:54:45** 123:5 | **13:58:02** 125:3 | **14:02:52** 126:22 | **14:08:25** 128:18,19 |
| **13:54:48** 123:6 | **13:58:11** 125:4 | **14:02:56** 126:23 | **14:08:27** 128:20 |
| **13:54:52** 123:7 | **13:58:17** 125:5 | **14:03:03** 126:24 | **14:08:29** 128:21 |
| **13:54:55** 123:8 | **13:58:22** 125:6 | **14:03:04** 126:25 | **14:08:37** 128:22 |
| **13:54:58** 123:9 | **13:58:25** 125:7 | **14:03:07** 127:1 | **14:08:40** 128:23 |
| **13:55:00** 123:10 | **13:58:26** 125:8 | **14:03:14** 127:2 | **14:08:41** 128:24 |
| **13:55:04** 123:11 | **13:58:30** 125:9 | **14:03:28** 127:3 | **14:08:43** 128:25 |
| **13:55:07** 123:12 | **13:58:31** 125:10 | **14:03:31** 127:4 | **14:08:44** 129:1 |
| **13:55:10** 123:13 | **13:58:34** 125:11,12 | **14:03:34** 127:5 | **14:08:45** 129:2 |
| **13:55:14** 123:14 | **13:58:40** 125:13 | **14:03:35** 127:6 | **14:08:47** 129:3 |
| **13:55:21** 123:15 | **13:58:50** 125:14 | **14:03:54** 127:7 | **14:08:50** 129:4 |
| **13:55:23** 123:16 | **13:58:55** 125:15 | **14:04:00** 127:8 | **14:08:56** 129:5 |
| **13:55:28** 123:17 | **13:59:00** 125:16 | **14:04:12** 127:9 | **14:08:58** 129:6,7 |
| **13:55:31** 123:18 | **13:59:05** 125:17 | **14:04:17** 127:10 | **14:09:06** 129:8 |
| **13:55:34** 123:19 | **130** 5:12 | **14:04:21** 127:11 | **14:09:13** 129:9 |
| **13:55:40** 123:20 | **1321** 189:16 203:15 | **14:04:25** 127:12 | **14:09:15** 129:10 |

VERITEXT REPORTING COMPANY

M. SPINKS

| | | | |
|---|---|---|---|
| **14:09:19** 129:11 | **14:12:46** 131:9 | **14:15:54** 133:7 | **14:18:49** 135:6 |
| **14:09:20** 129:12 | **14:12:49** 131:10 | **14:15:56** 133:8 | **14:18:51** 135:7 |
| **14:09:23** 129:13 | **14:12:53** 131:11 | **14:16:01** 133:9 | **14:19:04** 135:8 |
| **14:09:28** 129:14 | **14:13:02** 131:12 | **14:16:03** 133:10 | **14:19:08** 135:9 |
| **14:09:31** 129:15 | **14:13:05** 131:13 | **14:16:05** 133:11 | **14:19:12** 135:10 |
| **14:09:39** 129:16 | **14:13:12** 131:14 | **14:16:08** 133:12 | **14:19:15** 135:11 |
| **14:09:53** 129:17 | **14:13:15** 131:15 | **14:16:12** 133:13 | **14:19:19** 135:12 |
| **14:09:58** 129:18 | **14:13:17** 131:16 | **14:16:16** 133:14,15 | **14:19:23** 135:13 |
| **14:10:01** 129:19 | **14:13:22** 131:17 | **14:16:19** 133:16,17 | **14:19:26** 135:14 |
| **14:10:04** 129:20 | **14:13:26** 131:18 | **14:16:21** 133:18 | **14:19:29** 135:15,16 |
| **14:10:09** 129:21 | **14:13:31** 131:19 | **14:16:24** 133:19 | **14:19:32** 135:17 |
| **14:10:12** 129:22 | **14:13:33** 131:20 | **14:16:30** 133:20 | **14:19:37** 135:18 |
| **14:10:13** 129:23 | **14:13:35** 131:21 | **14:16:34** 133:21 | **14:19:40** 135:19 |
| **14:10:16** 129:24 | **14:13:38** 131:22 | **14:16:39** 133:22 | **14:19:43** 135:20 |
| **14:10:19** 129:25 | **14:13:43** 131:23 | **14:16:43** 133:23 | **14:19:44** 135:21 |
| **14:10:23** 130:1 | **14:13:47** 131:24 | **14:16:46** 133:24 | **14:19:48** 135:22 |
| **14:10:25** 130:2,3 | **14:13:58** 131:25 | **14:16:49** 133:25 | **14:19:51** 135:23 |
| **14:10:32** 130:4,5 | **14:14:00** 132:1,2 | **14:16:53** 134:1 | **14:19:55** 135:24 |
| **14:10:33** 130:6 | **14:14:02** 132:3 | **14:16:56** 134:2 | **14:19:56** 135:25 |
| **14:10:35** 130:7 | **14:14:04** 132:4 | **14:16:57** 134:3 | **14:20:01** 136:1 |
| **14:10:46** 130:8 | **14:14:05** 132:5 | **14:17:00** 134:4 | **14:20:03** 136:2 |
| **14:10:48** 130:9 | **14:14:08** 132:6 | **14:17:03** 134:5 | **14:20:06** 136:3 |
| **14:10:52** 130:10 | **14:14:11** 132:7 | **14:17:06** 134:6 | **14:20:57** 136:4 |
| **14:10:55** 130:11 | **14:14:13** 132:8 | **14:17:09** 134:7 | **14:21:05** 136:5 |
| **14:11:00** 130:12 | **14:14:16** 132:9 | **14:17:17** 134:8 | **14:21:11** 136:6 |
| **14:11:05** 130:13 | **14:14:20** 132:10 | **14:17:20** 134:9 | **14:21:14** 136:7 |
| **14:11:18** 130:14 | **14:14:21** 132:11 | **14:17:26** 134:10 | **14:21:15** 136:8 |
| **14:11:22** 130:15 | **14:14:22** 132:12 | **14:17:29** 134:11 | **14:21:19** 136:9 |
| **14:11:29** 130:16 | **14:14:23** 132:13 | **14:17:33** 134:12 | **14:21:22** 136:10 |
| **14:11:33** 130:17 | **14:14:31** 132:14 | **14:17:38** 134:13,14 | **14:21:29** 136:11 |
| **14:11:36** 130:18 | **14:14:40** 132:15 | **14:17:40** 134:15 | **14:21:31** 136:12 |
| **14:11:41** 130:19 | **14:14:45** 132:16 | **14:17:43** 134:16 | **14:21:33** 136:13 |
| **14:11:44** 130:20 | **14:14:49** 132:17,18 | **14:17:50** 134:17 | **14:21:37** 136:14 |
| **14:11:46** 130:21 | **14:14:51** 132:19 | **14:17:53** 134:18 | **14:21:40** 136:15 |
| **14:11:55** 130:22 | **14:14:55** 132:20 | **14:17:55** 134:19 | **14:21:41** 136:16 |
| **14:11:59** 130:23 | **14:14:59** 132:21 | **14:17:58** 134:20 | **14:21:46** 136:17 |
| **14:12:02** 130:24 | **14:15:02** 132:22 | **14:18:02** 134:21 | **14:21:49** 136:18 |
| **14:12:09** 130:25 | **14:15:11** 132:23 | **14:18:07** 134:22 | **14:21:53** 136:19 |
| **14:12:12** 131:1 | **14:15:14** 132:24 | **14:18:10** 134:23 | **14:21:55** 136:20 |
| **14:12:15** 131:2 | **14:15:21** 132:25 | **14:18:13** 134:24 | **14:21:56** 136:21 |
| **14:12:20** 131:3 | **14:15:27** 133:1 | **14:18:16** 134:25 | **14:21:58** 136:22 |
| **14:12:24** 131:4 | **14:15:31** 133:2 | **14:18:33** 135:1 | **14:22:00** 136:23 |
| **14:12:25** 131:5 | **14:15:34** 133:3 | **14:18:37** 135:2 | **14:22:07** 136:24 |
| **14:12:30** 131:6 | **14:15:36** 133:4 | **14:18:40** 135:3 | **14:22:11** 136:25 |
| **14:12:33** 131:7 | **14:15:39** 133:5 | **14:18:43** 135:4 | **14:22:15** 137:1 |
| **14:12:43** 131:8 | **14:15:43** 133:6 | **14:18:46** 135:5 | **14:22:18** 137:2 |

M. SPINKS

| | | | |
|---|---|---|---|
| **14:22:20** 137:3 | **14:25:37** 138:25 | **14:28:31** 140:21 | **14:49:17** 142:21 |
| **14:22:21** 137:4 | **14:25:48** 139:1 | **14:28:38** 140:22 | **14:49:20** 142:22 |
| **14:22:24** 137:5 | **14:25:51** 139:2 | **14:28:40** 140:23 | **14:49:21** 142:23 |
| **14:22:26** 137:6 | **14:25:55** 139:3 | **14:28:43** 140:24 | **14:49:26** 142:24 |
| **14:22:30** 137:7 | **14:25:58** 139:4 | **14:28:44** 140:25 | **14:49:27** 142:25 |
| **14:22:35** 137:8 | **14:26:05** 139:5 | **14:28:46** 141:1 | **14:49:37** 143:1 |
| **14:22:39** 137:9 | **14:26:07** 139:6 | **14:28:51** 141:2 | **14:49:41** 143:2 |
| **14:22:46** 137:10 | **14:26:16** 139:7 | **14:29:04** 141:3 | **14:49:49** 143:3 |
| **14:22:49** 137:11 | **14:26:18** 139:8 | **14:29:08** 141:4,5 | **14:49:51** 143:4 |
| **14:22:52** 137:12 | **14:26:21** 139:9 | **14:29:13** 141:6 | **14:49:54** 143:5 |
| **14:22:55** 137:13 | **14:26:23** 139:10 | **14:29:18** 141:7,8 | **14:49:55** 143:6 |
| **14:22:57** 137:14 | **14:26:29** 139:11 | **14:29:21** 141:9 | **14:50:00** 143:7 |
| **14:22:58** 137:15 | **14:26:31** 139:12 | **14:29:22** 141:10 | **14:50:06** 143:8 |
| **14:23:07** 137:16 | **14:26:33** 139:13 | **14:29:24** 141:11 | **14:50:07** 143:9 |
| **14:23:10** 137:17 | **14:26:38** 139:14 | **14:30:01** 141:12 | **14:50:14** 143:10 |
| **14:23:14** 137:18 | **14:26:43** 139:15 | **14:30:04** 141:13 | **14:50:17** 143:11 |
| **14:23:20** 137:19 | **14:26:46** 139:16 | **14:30:06** 141:14,15 | **14:50:21** 143:12 |
| **14:23:30** 137:20 | **14:26:49** 139:17 | **14:30:16** 141:16 | **14:50:26** 143:13,14 |
| **14:23:31** 137:21 | **14:26:53** 139:18 | **14:30:19** 141:17 | **14:50:27** 143:15 |
| **14:23:37** 137:22 | **14:26:56** 139:19 | **14:30:48** 141:18 | **14:50:30** 143:16 |
| **14:23:40** 137:23 | **14:26:59** 139:20 | **14:30:52** 141:19 | **14:50:34** 143:17 |
| **14:23:44** 137:24 | **14:27:05** 139:21 | **14:47:35** 141:20,21 | **14:50:38** 143:18 |
| **14:23:45** 137:25 | **14:27:10** 139:22 | **14:47:55** 141:22 | **14:50:40** 143:19 |
| **14:23:46** 138:1 | **14:27:15** 139:23 | **14:47:57** 141:23 | **14:50:42** 143:20 |
| **14:23:48** 138:2 | **14:27:18** 139:24 | **14:48:01** 141:24 | **14:50:45** 143:21 |
| **14:23:53** 138:3 | **14:27:20** 139:25 | **14:48:07** 141:25 | **14:50:49** 143:22 |
| **14:23:54** 138:4 | **14:27:24** 140:1 | **14:48:08** 142:1 | **14:50:51** 143:23 |
| **14:23:59** 138:5 | **14:27:27** 140:2 | **14:48:10** 142:2 | **14:50:53** 143:24 |
| **14:24:01** 138:6 | **14:27:30** 140:3 | **14:48:13** 142:3 | **14:50:55** 143:25 |
| **14:24:05** 138:7 | **14:27:33** 140:4 | **14:48:17** 142:4 | **14:50:57** 144:1 |
| **14:24:09** 138:8 | **14:27:38** 140:5 | **14:48:26** 142:5 | **14:51:02** 144:2 |
| **14:24:13** 138:9 | **14:27:41** 140:6 | **14:48:30** 142:6 | **14:51:03** 144:3,4 |
| **14:24:17** 138:10 | **14:27:45** 140:7 | **14:48:34** 142:7 | **14:51:06** 144:5 |
| **14:24:20** 138:11 | **14:27:52** 140:8 | **14:48:38** 142:8 | **14:51:10** 144:6 |
| **14:24:30** 138:12 | **14:27:55** 140:9 | **14:48:41** 142:9 | **14:51:11** 144:7 |
| **14:24:33** 138:13 | **14:27:58** 140:10 | **14:48:47** 142:10 | **14:51:13** 144:8 |
| **14:24:39** 138:14,15 | **14:28:00** 140:11 | **14:48:50** 142:11 | **14:51:19** 144:9 |
| **14:24:40** 138:16 | **14:28:02** 140:12 | **14:48:51** 142:12 | **14:51:21** 144:10,11 |
| **14:24:43** 138:17 | **14:28:05** 140:13 | **14:48:53** 142:13 | **14:51:24** 144:12 |
| **14:24:47** 138:18 | **14:28:11** 140:14 | **14:48:56** 142:14 | **14:51:28** 144:13,14 |
| **14:24:48** 138:19 | **14:28:14** 140:15 | **14:48:59** 142:15 | **14:51:33** 144:15 |
| **14:24:56** 138:20 | **14:28:20** 140:16 | **14:49:00** 142:16 | **14:51:36** 144:16 |
| **14:25:02** 138:21 | **14:28:21** 140:17 | **14:49:01** 142:17 | **14:51:39** 144:17 |
| **14:25:12** 138:22 | **14:28:24** 140:18 | **14:49:08** 142:18 | **14:51:40** 144:18 |
| **14:25:14** 138:23 | **14:28:27** 140:19 | **14:49:10** 142:19 | **14:51:43** 144:19 |
| **14:25:34** 138:24 | **14:28:30** 140:20 | **14:49:14** 142:20 | **14:51:45** 144:20 |

M. SPINKS

| | | | |
|---|---|---|---|
| **14:51:49** 144:21 | **14:54:34** 146:18 | **14:57:23** 148:16 | 168:2,8 170:1 192:19 |
| **14:51:52** 144:22 | **14:54:38** 146:19 | **14:57:25** 148:17 | 205:8 206:1,5,8,13 |
| **14:51:53** 144:23 | **14:54:42** 146:20 | **14:57:29** 148:18 | **15:00:01** 150:8 |
| **14:52:01** 144:24 | **14:54:47** 146:21 | **14:57:32** 148:19 | **15:00:02** 150:9,10 |
| **14:52:03** 144:25 | **14:54:51** 146:22 | **14:57:33** 148:20 | **15:00:04** 150:11 |
| **14:52:12** 145:1 | **14:54:55** 146:23 | **14:57:36** 148:21 | **15:00:13** 150:12 |
| **14:52:14** 145:2 | **14:55:00** 146:24 | **14:57:37** 148:22 | **15:00:14** 150:13 |
| **14:52:15** 145:3 | **14:55:02** 146:25 | **14:57:38** 148:23 | **15:00:17** 150:14 |
| **14:52:18** 145:4 | **14:55:06** 147:1 | **14:57:42** 148:24 | **15:00:22** 150:15 |
| **14:52:19** 145:5 | **14:55:10** 147:2 | **14:57:45** 148:25 | **15:00:25** 150:16 |
| **14:52:20** 145:6 | **14:55:13** 147:3 | **14:57:48** 149:1 | **15:00:29** 150:17 |
| **14:52:24** 145:7 | **14:55:18** 147:4 | **14:57:51** 149:2 | **15:00:31** 150:18 |
| **14:52:25** 145:8 | **14:55:24** 147:5 | **14:57:55** 149:3 | **15:00:34** 150:19 |
| **14:52:41** 145:9 | **14:55:29** 147:6 | **14:57:56** 149:4 | **15:00:39** 150:20 |
| **14:52:45** 145:10 | **14:55:32** 147:7 | **14:57:58** 149:5 | **15:00:43** 150:21 |
| **14:52:47** 145:11 | **14:55:35** 147:8 | **14:58:01** 149:6 | **15:00:47** 150:22 |
| **14:52:48** 145:12 | **14:55:40** 147:9 | **14:58:04** 149:7 | **15:00:50** 150:23 |
| **14:52:51** 145:13 | **14:55:43** 147:10 | **14:58:13** 149:8 | **15:00:57** 150:24 |
| **14:52:57** 145:14 | **14:55:44** 147:11 | **14:58:15** 149:9 | **15:01:03** 150:25 |
| **14:52:58** 145:15 | **14:55:46** 147:12 | **14:58:24** 149:10 | **15:01:07** 151:1 |
| **14:52:59** 145:16 | **14:55:49** 147:13 | **14:58:28** 149:11 | **15:01:12** 151:2 |
| **14:53:01** 145:17 | **14:55:52** 147:14 | **14:58:32** 149:12 | **15:01:22** 151:3 |
| **14:53:09** 145:18 | **14:55:54** 147:15 | **14:58:39** 149:13 | **15:01:24** 151:4 |
| **14:53:15** 145:19 | **14:55:58** 147:16 | **14:58:42** 149:14 | **15:01:28** 151:5 |
| **14:53:18** 145:20 | **14:56:03** 147:17 | **14:58:46** 149:15 | **15:01:31** 151:6 |
| **14:53:22** 145:21 | **14:56:04** 147:18 | **14:58:48** 149:16 | **15:01:35** 151:7 |
| **14:53:23** 145:22 | **14:56:11** 147:19 | **14:58:51** 149:17,18 | **15:01:43** 151:8 |
| **14:53:29** 145:23 | **14:56:16** 147:20,21 | **14:58:53** 149:19 | **15:01:49** 151:9 |
| **14:53:34** 145:24 | **14:56:19** 147:22 | **14:58:56** 149:20 | **15:01:55** 151:10 |
| **14:53:45** 145:25 | **14:56:22** 147:23,24 | **14:58:57** 149:21 | **15:01:59** 151:11 |
| **14:53:47** 146:1 | **14:56:34** 147:25 | **14:59:10** 149:22 | **15:02:04** 151:12 |
| **14:53:50** 146:2 | **14:56:39** 148:1 | **14:59:13** 149:23 | **15:02:09** 151:13 |
| **14:53:53** 146:3 | **14:56:40** 148:2 | **14:59:17** 149:24 | **15:02:13** 151:14 |
| **14:53:58** 146:4,5 | **14:56:44** 148:3 | **14:59:20** 149:25 | **15:02:19** 151:15 |
| **14:53:59** 146:6 | **14:56:49** 148:4 | **14:59:24** 150:1 | **15:02:25** 151:16,17 |
| **14:54:02** 146:7 | **14:56:51** 148:5 | **14:59:28** 150:2 | **15:02:28** 151:18 |
| **14:54:05** 146:8 | **14:56:54** 148:6 | **14:59:30** 150:3 | **15:02:35** 151:19 |
| **14:54:08** 146:9 | **14:56:58** 148:7 | **14:59:44** 150:4 | **15:02:39** 151:20 |
| **14:54:13** 146:10 | **14:57:02** 148:8 | **14:59:52** 150:5 | **15:02:44** 151:21 |
| **14:54:17** 146:11 | **14:57:05** 148:9 | **14:59:55** 150:6 | **15:02:55** 151:22 |
| **14:54:22** 146:12 | **14:57:06** 148:10 | **14:59:58** 150:7 | **15:02:58** 151:23 |
| **14:54:23** 146:13 | **14:57:08** 148:11 | **15** 5:5 19:17 46:25 49:21 | **15:03:07** 151:24 |
| **14:54:24** 146:14 | **14:57:09** 148:12 | 53:9 99:18 114:15 | **15:03:16** 151:25 |
| **14:54:26** 146:15 | **14:57:13** 148:13 | 132:8 142:23 143:7 | **15:03:21** 152:1 |
| **14:54:28** 146:16 | **14:57:17** 148:14 | 144:5,12,25,25 145:9 | **15:03:23** 152:2 |
| **14:54:30** 146:17 | **14:57:21** 148:15 | 145:17 151:18 154:18 | **15:03:28** 152:3 |

M. SPINKS

| | | | |
|---|---|---|---|
| **15:03:31** 152:4 | **15:06:32** 153:25 | **15:09:47** 155:24 | **15:12:35** 157:21 |
| **15:03:39** 152:5 | **15:06:36** 154:1 | **15:09:52** 155:25 | **15:12:36** 157:22 |
| **15:03:42** 152:6 | **15:06:46** 154:2 | **15:09:58** 156:1 | **15:12:38** 157:23 |
| **15:03:44** 152:7 | **15:06:51** 154:3 | **15:10:05** 156:2 | **15:12:39** 157:24 |
| **15:03:48** 152:8 | **15:06:55** 154:4 | **15:10:10** 156:3 | **15:12:42** 157:25 |
| **15:03:55** 152:9 | **15:06:59** 154:5 | **15:10:13** 156:4 | **15:12:44** 158:1 |
| **15:03:58** 152:10 | **15:07:05** 154:6 | **15:10:17** 156:5 | **15:12:49** 158:2 |
| **15:04:03** 152:11 | **15:07:08** 154:7 | **15:10:21** 156:6 | **15:12:52** 158:3 |
| **15:04:06** 152:12 | **15:07:15** 154:8 | **15:10:26** 156:7 | **15:12:57** 158:4,5 |
| **15:04:12** 152:13 | **15:07:17** 154:9 | **15:10:30** 156:8 | **15:13:01** 158:6 |
| **15:04:16** 152:14 | **15:07:19** 154:10 | **15:10:36** 156:9 | **15:13:07** 158:7 |
| **15:04:19** 152:15 | **15:07:22** 154:11 | **15:10:39** 156:10 | **15:13:11** 158:8 |
| **15:04:21** 152:16 | **15:07:26** 154:12 | **15:10:42** 156:11 | **15:13:13** 158:9 |
| **15:04:24** 152:17 | **15:07:29** 154:13 | **15:10:47** 156:12 | **15:13:16** 158:10 |
| **15:04:27** 152:18 | **15:07:34** 154:14 | **15:10:52** 156:13 | **15:13:24** 158:11 |
| **15:04:29** 152:19 | **15:07:37** 154:15 | **15:10:54** 156:14 | **15:13:33** 158:12 |
| **15:04:40** 152:20 | **15:07:39** 154:16 | **15:10:59** 156:15,16 | **15:13:37** 158:13 |
| **15:04:42** 152:21 | **15:07:44** 154:17 | **15:11:02** 156:17 | **15:13:42** 158:14 |
| **15:04:45** 152:22 | **15:07:47** 154:18 | **15:11:05** 156:18 | **15:13:56** 158:15 |
| **15:04:47** 152:23 | **15:07:59** 154:19 | **15:11:08** 156:19 | **15:14:00** 158:16 |
| **15:04:54** 152:24 | **15:08:05** 154:20 | **15:11:11** 156:20 | **15:14:05** 158:17 |
| **15:04:57** 152:25 | **15:08:08** 154:21 | **15:11:14** 156:21 | **15:14:07** 158:18 |
| **15:04:59** 153:1 | **15:08:16** 154:22 | **15:11:16** 156:22 | **15:14:14** 158:19 |
| **15:05:01** 153:2 | **15:08:18** 154:23,24 | **15:11:21** 156:23 | **15:14:25** 158:20 |
| **15:05:02** 153:3 | **15:08:21** 154:25 | **15:11:22** 156:24 | **15:14:27** 158:21 |
| **15:05:03** 153:4 | **15:08:27** 155:1,2 | **15:11:26** 156:25 | **15:14:30** 158:22 |
| **15:05:04** 153:5 | **15:08:32** 155:3 | **15:11:29** 157:1 | **15:14:31** 158:23 |
| **15:05:06** 153:6 | **15:08:36** 155:4 | **15:11:32** 157:2 | **15:14:32** 158:24 |
| **15:05:11** 153:7 | **15:08:41** 155:5 | **15:11:35** 157:3 | **15:14:34** 158:25 |
| **15:05:13** 153:8 | **15:08:45** 155:6,7 | **15:11:39** 157:4 | **15:14:38** 159:1 |
| **15:05:17** 153:9 | **15:08:51** 155:8 | **15:11:43** 157:5 | **15:14:41** 159:2 |
| **15:05:21** 153:10 | **15:08:54** 155:9 | **15:11:47** 157:6 | **15:14:43** 159:3 |
| **15:05:24** 153:11 | **15:08:57** 155:10 | **15:11:50** 157:7 | **15:14:46** 159:4 |
| **15:05:27** 153:12 | **15:09:01** 155:11 | **15:11:53** 157:8 | **15:14:51** 159:5 |
| **15:05:29** 153:13 | **15:09:05** 155:12 | **15:11:56** 157:9 | **15:14:54** 159:6 |
| **15:05:33** 153:14 | **15:09:08** 155:13 | **15:11:59** 157:10 | **15:14:55** 159:7 |
| **15:05:36** 153:15 | **15:09:12** 155:14 | **15:12:02** 157:11 | **15:14:57** 159:8 |
| **15:05:43** 153:16 | **15:09:14** 155:15 | **15:12:05** 157:12 | **15:14:58** 159:9,10 |
| **15:05:46** 153:17 | **15:09:17** 155:16 | **15:12:09** 157:13 | **15:15:05** 159:11 |
| **15:05:51** 153:18 | **15:09:21** 155:17 | **15:12:12** 157:14 | **15:15:08** 159:12 |
| **15:05:54** 153:19 | **15:09:24** 155:18 | **15:12:15** 157:15 | **15:15:13** 159:13 |
| **15:05:57** 153:20 | **15:09:28** 155:19 | **15:12:18** 157:16 | **15:15:18** 159:14 |
| **15:06:00** 153:21 | **15:09:32** 155:20 | **15:12:23** 157:17 | **15:15:22** 159:15 |
| **15:06:14** 153:22 | **15:09:37** 155:21 | **15:12:25** 157:18 | **15:15:24** 159:16 |
| **15:06:19** 153:23 | **15:09:41** 155:22 | **15:12:27** 157:19 | **15:15:27** 159:17 |
| **15:06:29** 153:24 | **15:09:42** 155:23 | **15:12:31** 157:20 | **15:15:29** 159:18 |

M. SPINKS

| | | | |
|---|---|---|---|
| **15:15:33** 159:19 | **15:19:13** 161:19 | **15:22:16** 163:20 | **15:25:37** 165:16 |
| **15:15:36** 159:20 | **15:19:17** 161:20 | **15:22:21** 163:21 | **15:25:42** 165:17 |
| **15:15:41** 159:21 | **15:19:18** 161:21 | **15:22:26** 163:22 | **15:25:44** 165:18 |
| **15:15:44** 159:22 | **15:19:22** 161:22 | **15:22:30** 163:23 | **15:25:46** 165:19 |
| **15:15:51** 159:23 | **15:19:24** 161:23,24 | **15:22:34** 163:24 | **15:25:48** 165:20 |
| **15:15:55** 159:24 | **15:19:30** 161:25 | **15:22:37** 163:25 | **15:25:53** 165:21 |
| **15:15:59** 159:25 | **15:19:33** 162:1 | **15:22:39** 164:1 | **15:25:57** 165:22 |
| **15:16:01** 160:1 | **15:19:36** 162:2,3 | **15:22:46** 164:2 | **15:26:01** 165:23 |
| **15:16:08** 160:2 | **15:19:38** 162:4 | **15:22:48** 164:3 | **15:26:03** 165:24 |
| **15:16:12** 160:3 | **15:19:43** 162:5,6 | **15:22:52** 164:4 | **15:26:08** 165:25 |
| **15:16:21** 160:4 | **15:19:46** 162:7 | **15:22:56** 164:5 | **15:26:12** 166:1 |
| **15:16:28** 160:5 | **15:19:48** 162:8 | **15:22:59** 164:6 | **15:26:13** 166:2 |
| **15:16:31** 160:6 | **15:19:49** 162:9 | **15:23:03** 164:7 | **15:26:16** 166:3 |
| **15:16:35** 160:7 | **15:19:52** 162:10 | **15:23:06** 164:8 | **15:26:17** 166:4 |
| **15:16:38** 160:8 | **15:19:55** 162:11,12 | **15:23:10** 164:9 | **15:26:24** 166:5 |
| **15:16:41** 160:9 | **15:19:57** 162:13 | **15:23:17** 164:10 | **15:26:30** 166:6 |
| **15:16:44** 160:10 | **15:20:01** 162:14 | **15:23:22** 164:11 | **15:26:33** 166:7 |
| **15:16:47** 160:11 | **15:20:02** 162:15 | **15:23:26** 164:12 | **15:26:39** 166:8 |
| **15:16:52** 160:12 | **15:20:05** 162:16 | **15:23:33** 164:13 | **15:26:42** 166:9 |
| **15:16:56** 160:13 | **15:20:08** 162:17 | **15:23:34** 164:14 | **15:26:46** 166:10 |
| **15:17:05** 160:14 | **15:20:13** 162:18,19 | **15:23:37** 164:15 | **15:26:48** 166:11,12 |
| **15:17:08** 160:15 | **15:20:16** 162:20 | **15:23:41** 164:16 | **15:26:50** 166:13 |
| **15:17:14** 160:16 | **15:20:19** 162:21 | **15:23:48** 164:17 | **15:26:52** 166:14 |
| **15:17:18** 160:17,18 | **15:20:20** 162:22 | **15:23:56** 164:18 | **15:26:55** 166:15 |
| **15:17:22** 160:19 | **15:20:24** 162:23 | **15:24:01** 164:19 | **15:26:59** 166:16 |
| **15:17:27** 160:20 | **15:20:32** 162:24 | **15:24:06** 164:20 | **15:27:07** 166:17 |
| **15:17:37** 160:21 | **15:20:34** 162:25 | **15:24:12** 164:21 | **15:27:08** 166:18 |
| **15:17:41** 160:22 | **15:20:37** 163:1 | **15:24:14** 164:22 | **15:27:10** 166:19 |
| **15:17:44** 160:23 | **15:20:42** 163:2 | **15:24:18** 164:23 | **15:27:11** 166:20 |
| **15:17:51** 160:24 | **15:20:43** 163:3 | **15:24:21** 164:24 | **15:27:15** 166:21 |
| **15:17:56** 160:25 | **15:20:45** 163:4 | **15:24:27** 164:25 | **15:27:16** 166:22 |
| **15:17:59** 161:1,2 | **15:20:47** 163:5 | **15:24:30** 165:1 | **15:27:20** 166:23 |
| **15:18:06** 161:3,4 | **15:20:50** 163:6 | **15:24:32** 165:2 | **15:27:25** 166:24 |
| **15:18:07** 161:5 | **15:20:54** 163:7 | **15:24:48** 165:3 | **15:27:27** 166:25 |
| **15:18:09** 161:6 | **15:20:58** 163:8 | **15:24:54** 165:4 | **15:27:31** 167:1 |
| **15:18:20** 161:7 | **15:21:03** 163:9 | **15:24:56** 165:5 | **15:27:35** 167:2 |
| **15:18:23** 161:8 | **15:21:08** 163:10 | **15:24:57** 165:6 | **15:27:36** 167:3 |
| **15:18:35** 161:9 | **15:21:18** 163:11 | **15:25:01** 165:7 | **15:27:44** 167:4 |
| **15:18:42** 161:10 | **15:21:20** 163:12 | **15:25:05** 165:8 | **15:27:50** 167:5 |
| **15:18:44** 161:11,12 | **15:21:24** 163:13 | **15:25:08** 165:9 | **15:27:53** 167:6 |
| **15:18:48** 161:13 | **15:21:27** 163:14 | **15:25:09** 165:10 | **15:27:54** 167:7 |
| **15:18:54** 161:14 | **15:21:45** 163:15 | **15:25:14** 165:11 | **15:27:58** 167:8 |
| **15:19:03** 161:15 | **15:21:51** 163:16 | **15:25:20** 165:12 | **15:28:03** 167:9 |
| **15:19:07** 161:16 | **15:21:55** 163:17 | **15:25:23** 165:13 | **15:28:04** 167:10 |
| **15:19:08** 161:17 | **15:22:00** 163:18 | **15:25:25** 165:14 | **15:28:07** 167:11 |
| **15:19:11** 161:18 | **15:22:04** 163:19 | **15:25:31** 165:15 | **15:28:12** 167:12 |

M. SPINKS

| | | | |
|---|---|---|---|
| **15:28:13** 167:13 | **15:31:46** 169:10 | **15:34:33** 171:6,7 | **15:38:30** 173:8 |
| **15:28:16** 167:14 | **15:31:49** 169:11 | **15:34:37** 171:8 | **15:38:35** 173:9 |
| **15:28:19** 167:15 | **15:31:51** 169:12 | **15:34:43** 171:9 | **15:38:38** 173:10 |
| **15:28:33** 167:16 | **15:31:54** 169:13 | **15:34:47** 171:10 | **15:38:42** 173:11 |
| **15:28:41** 167:17 | **15:31:57** 169:14 | **15:34:52** 171:11 | **15:38:44** 173:12,13 |
| **15:28:58** 167:18 | **15:32:00** 169:15 | **15:34:55** 171:12 | **15:38:48** 173:14 |
| **15:29:00** 167:19 | **15:32:13** 169:16 | **15:34:59** 171:13 | **15:38:53** 173:15 |
| **15:29:15** 167:20 | **15:32:17** 169:17 | **15:35:02** 171:14 | **15:38:56** 173:16 |
| **15:29:31** 167:21 | **15:32:21** 169:18 | **15:35:08** 171:15 | **15:38:57** 173:17 |
| **15:29:35** 167:22 | **15:32:25** 169:19 | **15:35:10** 171:16 | **15:39:00** 173:18 |
| **15:29:37** 167:23 | **15:32:27** 169:20 | **15:35:13** 171:17 | **15:39:05** 173:19 |
| **15:29:42** 167:24 | **15:32:33** 169:21 | **15:35:16** 171:18,19 | **15:39:06** 173:20 |
| **15:29:47** 167:25 | **15:32:35** 169:22 | **15:35:19** 171:20 | **15:39:09** 173:21 |
| **15:29:51** 168:1 | **15:32:42** 169:23 | **15:35:22** 171:21 | **15:39:13** 173:22 |
| **15:29:56** 168:2 | **15:32:44** 169:24 | **15:35:25** 171:22 | **15:39:18** 173:23 |
| **15:30:00** 168:3 | **15:32:48** 169:25 | **15:35:31** 171:23,24 | **15:39:24** 173:24 |
| **15:30:03** 168:4 | **15:32:51** 170:1 | **15:35:38** 171:25 172:1 | **15:39:27** 173:25 |
| **15:30:13** 168:5 | **15:32:56** 170:2 | **15:35:39** 172:2 | **15:39:32** 174:1 |
| **15:30:16** 168:6 | **15:32:59** 170:3 | **15:35:45** 172:3 | **15:39:35** 174:2 |
| **15:30:19** 168:7 | **15:33:03** 170:4 | **15:35:48** 172:4 | **15:39:36** 174:3 |
| **15:30:21** 168:8 | **15:33:06** 170:5 | **15:35:52** 172:5 | **15:39:38** 174:4 |
| **15:30:22** 168:9 | **15:33:07** 170:6 | **15:35:58** 172:6 | **15:39:42** 174:5 |
| **15:30:24** 168:10 | **15:33:10** 170:7 | **15:36:02** 172:7 | **15:39:44** 174:6 |
| **15:30:25** 168:11 | **15:33:12** 170:8 | **15:36:13** 172:8 | **15:39:48** 174:7 |
| **15:30:27** 168:12 | **15:33:13** 170:9 | **15:36:19** 172:9 | **15:39:50** 174:8 |
| **15:30:31** 168:13 | **15:33:15** 170:10 | **15:36:23** 172:10 | **15:39:53** 174:9 |
| **15:30:35** 168:14 | **15:33:18** 170:11 | **15:36:25** 172:11 | **15:39:57** 174:10 |
| **15:30:38** 168:15 | **15:33:22** 170:12 | **15:36:29** 172:12,13 | **15:40:02** 174:11 |
| **15:30:39** 168:16 | **15:33:31** 170:13 | **15:36:31** 172:14 | **15:40:19** 174:12 |
| **15:30:43** 168:17 | **15:33:33** 170:14 | **15:36:36** 172:15 | **15:40:28** 174:13 |
| **15:30:48** 168:18 | **15:33:35** 170:15 | **15:36:40** 172:16 | **15:40:32** 174:14 |
| **15:30:52** 168:19 | **15:33:42** 170:16 | **15:36:43** 172:17 | **15:40:35** 174:15 |
| **15:30:58** 168:20 | **15:33:46** 170:17 | **15:36:59** 172:18 | **15:40:36** 174:16,17 |
| **15:31:00** 168:21 | **15:33:52** 170:18 | **15:37:11** 172:19 | **15:40:44** 174:18 |
| **15:31:04** 168:22 | **15:33:55** 170:19 | **15:37:16** 172:20 | **15:40:51** 174:19 |
| **15:31:07** 168:23 | **15:33:58** 170:20 | **15:37:28** 172:21 | **15:40:54** 174:20 |
| **15:31:10** 168:24 | **15:34:02** 170:21 | **15:37:39** 172:22 | **15:40:57** 174:21 |
| **15:31:14** 168:25 169:1 | **15:34:06** 170:22 | **15:37:43** 172:23,24 | **15:40:58** 174:22 |
| **15:31:16** 169:2 | **15:34:07** 170:23 | **15:37:46** 172:25 | **15:40:59** 174:23 |
| **15:31:23** 169:3 | **15:34:09** 170:24 | **15:37:53** 173:1 | **15:41:01** 174:24 |
| **15:31:29** 169:4 | **15:34:10** 170:25 | **15:37:59** 173:2 | **15:41:04** 174:25 |
| **15:31:32** 169:5 | **15:34:14** 171:1 | **15:38:10** 173:3 | **15:41:07** 175:1 |
| **15:31:35** 169:6 | **15:34:18** 171:2 | **15:38:14** 173:4 | **15:41:09** 175:2 |
| **15:31:38** 169:7 | **15:34:23** 171:3 | **15:38:20** 173:5 | **15:41:12** 175:3 |
| **15:31:40** 169:8 | **15:34:28** 171:4 | **15:38:27** 173:6 | **15:41:17** 175:4,5 |
| **15:31:44** 169:9 | **15:34:32** 171:5 | **15:38:28** 173:7 | **15:41:22** 175:6 |

M. SPINKS

| | | | |
|---|---|---|---|
| **15:41:25** 175:7 | **15:44:03** 177:5 | **15:46:37** 179:3 | **15:50:32** 180:25 181:1 |
| **15:41:28** 175:8 | **15:44:06** 177:6 | **15:46:40** 179:4 | **15:50:33** 181:2 |
| **15:41:31** 175:9 | **15:44:07** 177:7 | **15:46:42** 179:5 | **15:50:37** 181:3 |
| **15:41:35** 175:10 | **15:44:09** 177:8 | **15:47:03** 179:6 | **15:50:44** 181:4,5 |
| **15:41:36** 175:11 | **15:44:12** 177:9 | **15:47:08** 179:7 | **15:50:46** 181:6 |
| **15:41:38** 175:12 | **15:44:16** 177:10 | **15:47:14** 179:8 | **15:50:49** 181:7 |
| **15:41:42** 175:13 | **15:44:18** 177:11 | **15:47:27** 179:9 | **15:50:54** 181:8 |
| **15:41:45** 175:14 | **15:44:20** 177:12 | **15:47:32** 179:10 | **15:50:56** 181:9 |
| **15:41:50** 175:15 | **15:44:22** 177:13 | **15:47:35** 179:11 | **15:50:59** 181:10,11 |
| **15:41:58** 175:16 | **15:44:26** 177:14 | **15:47:37** 179:12 | **15:51:02** 181:12 |
| **15:42:05** 175:17 | **15:44:30** 177:15 | **15:47:38** 179:13 | **15:51:07** 181:13 |
| **15:42:06** 175:18 | **15:44:32** 177:16 | **15:47:43** 179:14 | **15:51:10** 181:14 |
| **15:42:09** 175:19 | **15:44:34** 177:17,18 | **15:47:47** 179:15 | **15:51:13** 181:15,16 |
| **15:42:10** 175:20 | **15:44:37** 177:19 | **15:47:51** 179:16 | **15:51:18** 181:17 |
| **15:42:12** 175:21 | **15:44:40** 177:20 | **15:47:52** 179:17 | **15:51:21** 181:18 |
| **15:42:15** 175:22 | **15:44:42** 177:21 | **15:47:54** 179:18 | **15:51:24** 181:19 |
| **15:42:19** 175:23 | **15:44:43** 177:22 | **15:47:57** 179:19 | **15:51:26** 181:20 |
| **15:42:22** 175:24 | **15:44:45** 177:23 | **15:48:04** 179:20 | **15:51:31** 181:21 |
| **15:42:26** 175:25 | **15:44:48** 177:24 | **15:48:07** 179:21 | **15:51:32** 181:22 |
| **15:42:32** 176:1 | **15:44:50** 177:25 | **15:48:09** 179:22 | **15:51:40** 181:23 |
| **15:42:39** 176:2,3 | **15:44:54** 178:1 | **15:48:12** 179:23 | **15:51:46** 181:24 |
| **15:42:42** 176:4 | **15:44:57** 178:2 | **15:48:14** 179:24 | **15:51:53** 181:25 |
| **15:42:46** 176:5 | **15:45:00** 178:3 | **15:48:15** 179:25 | **15:51:59** 182:1 |
| **15:42:49** 176:6 | **15:45:08** 178:4 | **15:48:17** 180:1 | **15:52:02** 182:2 |
| **15:42:54** 176:7 | **15:45:12** 178:5 | **15:48:21** 180:2 | **15:52:05** 182:3 |
| **15:42:56** 176:8 | **15:45:19** 178:6 | **15:48:26** 180:3 | **15:52:15** 182:4 |
| **15:43:02** 176:9 | **15:45:22** 178:7 | **15:48:33** 180:4 | **15:52:18** 182:5 |
| **15:43:06** 176:10 | **15:45:25** 178:8 | **15:48:36** 180:5 | **15:52:19** 182:6 |
| **15:43:13** 176:11 | **15:45:30** 178:9,10 | **15:48:42** 180:6 | **15:52:28** 182:7 |
| **15:43:18** 176:12 | **15:45:44** 178:11 | **15:49:28** 180:7 | **15:52:30** 182:8 |
| **15:43:21** 176:13 | **15:45:44** 178:12 | **15:49:30** 180:8 | **15:52:36** 182:9 |
| **15:43:23** 176:14 | **15:45:48** 178:13 | **15:49:34** 180:9 | **15:52:37** 182:10 |
| **15:43:26** 176:15 | **15:45:49** 178:14 | **15:49:35** 180:10 | **15:52:38** 182:11 |
| **15:43:30** 176:16 | **15:45:53** 178:15 | **15:49:38** 180:11 | **15:52:40** 182:12 |
| **15:43:32** 176:17 | **15:45:55** 178:16 | **15:49:43** 180:12 | **15:52:41** 182:13 |
| **15:43:34** 176:18 | **15:45:57** 178:17 | **15:49:44** 180:13 | **15:52:42** 182:14 |
| **15:43:36** 176:19 | **15:46:01** 178:18 | **15:49:54** 180:14 | **15:52:43** 182:15 |
| **15:43:39** 176:20 | **15:46:05** 178:19 | **15:49:56** 180:15 | **15:52:45** 182:16 |
| **15:43:41** 176:21 | **15:46:09** 178:20 | **15:50:01** 180:16 | **15:52:47** 182:17 |
| **15:43:43** 176:22 | **15:46:12** 178:21 | **15:50:03** 180:17 | **15:52:54** 182:18 |
| **15:43:47** 176:23 | **15:46:15** 178:22 | **15:50:13** 180:18 | **16** 49:21 147:24 159:5 |
| **15:43:50** 176:24,25 | **15:46:19** 178:23 | **15:50:14** 180:19 | 167:7 |
| **15:43:53** 177:1 | **15:46:22** 178:24 | **15:50:17** 180:20,21 | **16:04:09** 182:19 |
| **15:43:56** 177:2 | **15:46:24** 178:25 | **15:50:19** 180:22 | **16:04:30** 182:20 |
| **15:43:57** 177:3 | **15:46:31** 179:1 | **15:50:25** 180:23 | **16:04:35** 182:21 |
| **15:43:59** 177:4 | **15:46:34** 179:2 | **15:50:28** 180:24 | **16:04:41** 182:22 |

M. SPINKS

| | | | |
|---|---|---|---|
| **16:04:45** 182:23 | **16:16:42** 184:23 | **16:19:38** 186:22 | **16:22:26** 188:19 |
| **16:13:24** 182:24 | **16:16:45** 184:24 | **16:19:40** 186:23 | **16:22:29** 188:20 |
| **16:14:03** 182:25 | **16:16:51** 184:25 | **16:19:43** 186:24 | **16:22:32** 188:21 |
| **16:14:06** 183:1 | **16:16:54** 185:1 | **16:19:46** 186:25 | **16:22:36** 188:22 |
| **16:14:11** 183:2 | **16:16:57** 185:2 | **16:19:53** 187:1,2 | **16:22:39** 188:23 |
| **16:14:13** 183:3,4 | **16:17:02** 185:3 | **16:19:56** 187:3 | **16:22:42** 188:24 |
| **16:14:16** 183:5 | **16:17:03** 185:4 | **16:19:58** 187:4 | **16:22:44** 188:25 |
| **16:14:18** 183:6 | **16:17:05** 185:5 | **16:20:01** 187:5 | **16:22:45** 189:1 |
| **16:14:20** 183:7 | **16:17:07** 185:6 | **16:20:03** 187:6 | **16:22:59** 189:2 |
| **16:14:22** 183:8 | **16:17:12** 185:7 | **16:20:07** 187:7 | **16:23:09** 189:3 |
| **16:14:24** 183:9 | **16:17:18** 185:8 | **16:20:09** 187:8 | **16:23:13** 189:4 |
| **16:14:26** 183:10 | **16:17:24** 185:9,10 | **16:20:13** 187:9 | **16:23:15** 189:5 |
| **16:14:29** 183:11 | **16:17:26** 185:11 | **16:20:16** 187:10 | **16:23:17** 189:6 |
| **16:14:32** 183:12,13 | **16:17:28** 185:12 | **16:20:18** 187:11 | **16:23:20** 189:7,8 |
| **16:14:33** 183:14 | **16:17:34** 185:13 | **16:20:21** 187:12 | **16:23:28** 189:9 |
| **16:14:38** 183:15 | **16:17:39** 185:14 | **16:20:26** 187:13 | **16:23:33** 189:10 |
| **16:14:41** 183:16,17 | **16:17:45** 185:15 | **16:20:31** 187:14 | **16:23:35** 189:11 |
| **16:14:44** 183:18 | **16:17:51** 185:16 | **16:20:34** 187:15 | **16:23:36** 189:12 |
| **16:14:46** 183:19 | **16:17:54** 185:17 | **16:20:39** 187:16 | **16:23:38** 189:13,14 |
| **16:14:54** 183:20 | **16:17:56** 185:18 | **16:20:45** 187:17 | **16:23:44** 189:15 |
| **16:14:57** 183:21 | **16:18:03** 185:19 | **16:20:48** 187:18 | **16:23:47** 189:16 |
| **16:15:01** 183:22 | **16:18:08** 185:20 | **16:20:52** 187:19 | **16:23:50** 189:17 |
| **16:15:06** 183:23 | **16:18:10** 185:21 | **16:20:55** 187:20 | **16:23:51** 189:18 |
| **16:15:10** 183:24 | **16:18:13** 185:22 | **16:21:00** 187:21 | **16:23:55** 189:19 |
| **16:15:12** 183:25 | **16:18:19** 185:23 | **16:21:02** 187:22 | **16:23:59** 189:20 |
| **16:15:17** 184:1 | **16:18:21** 185:24 | **16:21:07** 187:23 | **16:24:00** 189:21,22 |
| **16:15:19** 184:2 | **16:18:24** 185:25 | **16:21:11** 187:24 | **16:24:05** 189:23 |
| **16:15:21** 184:3 | **16:18:26** 186:1 | **16:21:17** 187:25 | **16:24:08** 189:24 |
| **16:15:26** 184:4 | **16:18:30** 186:2 | **16:21:19** 188:1 | **16:24:12** 189:25 |
| **16:15:30** 184:5 | **16:18:44** 186:3 | **16:21:25** 188:2 | **16:24:14** 190:1,2 |
| **16:15:33** 184:6 | **16:18:48** 186:4 | **16:21:29** 188:3 | **16:24:18** 190:3 |
| **16:15:36** 184:7 | **16:18:53** 186:5 | **16:21:32** 188:4 | **16:24:20** 190:4 |
| **16:15:40** 184:8 | **16:18:58** 186:6 | **16:21:34** 188:5 | **16:24:24** 190:5 |
| **16:15:47** 184:9 | **16:19:01** 186:7 | **16:21:40** 188:6 | **16:24:26** 190:6 |
| **16:15:50** 184:10 | **16:19:09** 186:8 | **16:21:42** 188:7 | **16:24:27** 190:7 |
| **16:15:55** 184:11 | **16:19:11** 186:9 | **16:21:44** 188:8 | **16:24:41** 190:8 |
| **16:15:56** 184:12 | **16:19:12** 186:10 | **16:21:46** 188:9 | **16:24:46** 190:9 |
| **16:16:04** 184:13 | **16:19:15** 186:11 | **16:21:50** 188:10 | **16:24:49** 190:10 |
| **16:16:07** 184:14 | **16:19:18** 186:12 | **16:21:54** 188:11 | **16:24:53** 190:11 |
| **16:16:09** 184:15 | **16:19:19** 186:13 | **16:21:59** 188:12 | **16:24:56** 190:12 |
| **16:16:13** 184:16 | **16:19:22** 186:14 | **16:22:02** 188:13 | **16:24:59** 190:13 |
| **16:16:17** 184:17 | **16:19:27** 186:15 | **16:22:04** 188:14 | **16:25:03** 190:14 |
| **16:16:20** 184:18,19 | **16:19:28** 186:16 | **16:22:11** 188:15 | **16:25:08** 190:15 |
| **16:16:23** 184:20 | **16:19:30** 186:17,18 | **16:22:13** 188:16 | **16:25:11** 190:16 |
| **16:16:30** 184:21 | **16:19:32** 186:19 | **16:22:17** 188:17 | **16:25:14** 190:17 |
| **16:16:35** 184:22 | **16:19:36** 186:20,21 | **16:22:22** 188:18 | **16:25:16** 190:18 |

M. SPINKS

| | | | |
|---|---|---|---|
| **16:25:18** 190:19,20 | **16:29:21** 192:20 | **16:31:58** 194:18,19 | **16:35:14** 196:20 |
| **16:25:21** 190:21 | **16:29:22** 192:21 | **16:31:59** 194:20 | **16:35:30** 196:21 |
| **16:25:23** 190:22 | **16:29:29** 192:22 | **16:32:03** 194:21 | **16:35:34** 196:22 |
| **16:25:24** 190:23 | **16:29:34** 192:23 | **16:32:07** 194:22 | **16:35:44** 196:23 |
| **16:26:00** 190:24 | **16:29:36** 192:24 | **16:32:09** 194:23 | **16:35:49** 196:24 |
| **16:26:01** 190:25 | **16:29:39** 192:25 | **16:32:12** 194:24 | **16:35:53** 196:25 |
| **16:26:04** 191:1 | **16:29:44** 193:1,2 | **16:32:14** 194:25 | **16:36:22** 197:1 |
| **16:26:09** 191:2 | **16:29:46** 193:3 | **16:32:17** 195:1 | **16:36:27** 197:2 |
| **16:26:14** 191:3 | **16:29:47** 193:4 | **16:32:19** 195:2,3 | **16:36:29** 197:3 |
| **16:26:15** 191:4,5 | **16:29:48** 193:5 | **16:32:24** 195:4 | **16:36:32** 197:4 |
| **16:26:22** 191:6 | **16:29:52** 193:6 | **16:32:30** 195:5 | **16:36:35** 197:5 |
| **16:26:26** 191:7 | **16:29:55** 193:7 | **16:32:33** 195:6 | **16:36:37** 197:6 |
| **16:26:31** 191:8 | **16:29:58** 193:8 | **16:32:37** 195:7 | **16:36:54** 197:7 |
| **16:26:35** 191:9,10 | **16:29:59** 193:9 | **16:32:40** 195:8 | **16:37:01** 197:8 |
| **16:26:38** 191:11 | **16:30:03** 193:10 | **16:32:45** 195:9 | **16:37:04** 197:9 |
| **16:26:41** 191:12 | **16:30:07** 193:11 | **16:32:49** 195:10 | **16:37:05** 197:10 |
| **16:27:10** 191:13 | **16:30:14** 193:12 | **16:32:51** 195:11,12 | **16:37:06** 197:11 |
| **16:27:14** 191:14 | **16:30:17** 193:13 | **16:32:53** 195:13 | **16:37:10** 197:12 |
| **16:27:17** 191:15 | **16:30:20** 193:14 | **16:32:54** 195:14 | **16:37:13** 197:13 |
| **16:27:23** 191:16 | **16:30:26** 193:15 | **16:32:55** 195:15 | **16:37:14** 197:14 |
| **16:27:26** 191:17 | **16:30:29** 193:16 | **16:32:57** 195:16 | **16:37:17** 197:15 |
| **16:27:30** 191:18 | **16:30:32** 193:17 | **16:33:00** 195:17 | **16:37:21** 197:16 |
| **16:27:37** 191:19 | **16:30:35** 193:18 | **16:33:04** 195:18 | **16:37:23** 197:17 |
| **16:27:42** 191:20,21 | **16:30:38** 193:19 | **16:33:08** 195:19,20 | **16:37:25** 197:18,19 |
| **16:27:44** 191:22 | **16:30:43** 193:20 | **16:33:15** 195:21 | **16:37:27** 197:20 |
| **16:27:49** 191:23 | **16:30:46** 193:21 | **16:33:20** 195:22 | **16:37:30** 197:21 |
| **16:27:57** 191:24 | **16:30:50** 193:22 | **16:33:21** 195:23 | **16:37:32** 197:22 |
| **16:27:59** 191:25 | **16:30:51** 193:23 | **16:33:23** 195:24 | **16:37:34** 197:23 |
| **16:28:02** 192:1 | **16:30:55** 193:24 | **16:33:31** 195:25 196:1 | **16:37:35** 197:24 |
| **16:28:05** 192:2 | **16:31:00** 193:25 | **16:33:32** 196:2 | **16:37:38** 197:25 |
| **16:28:09** 192:3 | **16:31:05** 194:1 | **16:33:39** 196:3 | **16:37:41** 198:1 |
| **16:28:14** 192:4 | **16:31:08** 194:2 | **16:33:52** 196:4 | **16:37:42** 198:2 |
| **16:28:16** 192:5 | **16:31:09** 194:3 | **16:33:59** 196:5 | **16:37:47** 198:3 |
| **16:28:21** 192:6 | **16:31:11** 194:4 | **16:34:02** 196:6 | **16:37:50** 198:4 |
| **16:28:25** 192:7 | **16:31:14** 194:5 | **16:34:11** 196:7 | **16:37:55** 198:5,6 |
| **16:28:28** 192:8 | **16:31:17** 194:6,7 | **16:34:13** 196:8 | **16:37:56** 198:7 |
| **16:28:33** 192:9 | **16:31:20** 194:8 | **16:34:30** 196:9 | **16:38:02** 198:8 |
| **16:28:38** 192:10 | **16:31:23** 194:9 | **16:34:33** 196:10 | **16:38:06** 198:9 |
| **16:28:41** 192:11 | **16:31:27** 194:10 | **16:34:44** 196:11 | **16:38:10** 198:10 |
| **16:28:51** 192:12 | **16:31:31** 194:11 | **16:34:47** 196:12 | **16:38:13** 198:11 |
| **16:28:53** 192:13 | **16:31:34** 194:12 | **16:34:54** 196:13 | **16:38:17** 198:12 |
| **16:28:55** 192:14 | **16:31:38** 194:13 | **16:34:55** 196:14 | **16:38:20** 198:13 |
| **16:28:59** 192:15 | **16:31:40** 194:14 | **16:34:59** 196:15 | **16:38:23** 198:14 |
| **16:29:04** 192:16 | **16:31:42** 194:15 | **16:35:03** 196:16 | **16:38:27** 198:15 |
| **16:29:12** 192:17,18 | **16:31:46** 194:16 | **16:35:06** 196:17 | **16:38:31** 198:16 |
| **16:29:19** 192:19 | **16:31:52** 194:17 | **16:35:12** 196:18,19 | **16:38:33** 198:17 |

| | | | |
|---|---|---|---|
| **16:38:34** 198:18 | **16:41:05** 200:18 | **16:43:58** 202:14 | **16:56:49** 204:13 |
| **16:38:36** 198:19,20 | **16:41:08** 200:19 | **16:44:04** 202:15 | **16:56:53** 204:14 |
| **16:38:39** 198:21 | **16:41:10** 200:20 | **16:44:05** 202:16 | **16:57:08** 204:15 |
| **16:38:43** 198:22 | **16:41:15** 200:21 | **16:44:11** 202:17 | **16:57:10** 204:16 |
| **16:38:48** 198:23,24 | **16:41:19** 200:22 | **16:44:12** 202:18 | **16:57:14** 204:17 |
| **16:38:49** 198:25 | **16:41:31** 200:23 | **16:44:13** 202:19 | **16:57:19** 204:18 |
| **16:38:50** 199:1 | **16:41:34** 200:24 | **16:44:14** 202:20 | **16:57:23** 204:19 |
| **16:38:51** 199:2 | **16:41:39** 200:25 | **16:44:15** 202:21 | **16:57:28** 204:20 |
| **16:38:53** 199:3 | **16:41:41** 201:1 | **16:44:18** 202:22 | **16:57:31** 204:21 |
| **16:38:56** 199:4 | **16:41:44** 201:2 | **16:44:20** 202:23 | **16:57:41** 204:22 |
| **16:38:58** 199:5 | **16:41:49** 201:3 | **16:44:21** 202:24 | **16:57:54** 204:23 |
| **16:39:02** 199:6 | **16:41:53** 201:4 | **16:44:23** 202:25 | **16:58:34** 204:24 |
| **16:39:05** 199:7 | **16:41:58** 201:5 | **16:44:25** 203:1 | **16:58:37** 204:25 |
| **16:39:10** 199:8 | **16:42:02** 201:6 | **16:44:27** 203:2 | **16:58:42** 205:1 |
| **16:39:16** 199:9 | **16:42:05** 201:7 | **16:44:30** 203:3 | **16:58:49** 205:2 |
| **16:39:17** 199:10 | **16:42:07** 201:8 | **16:53:05** 203:4 | **16:58:51** 205:3 |
| **16:39:19** 199:11 | **16:42:10** 201:9 | **16:54:57** 203:5 | **16:58:57** 205:4 |
| **16:39:22** 199:12 | **16:42:12** 201:10 | **16:55:01** 203:6,7,8,9 | **16:58:59** 205:5 |
| **16:39:27** 199:13 | **16:42:16** 201:11 | **16:55:03** 203:10 | **16:59:05** 205:6 |
| **16:39:28** 199:14 | **16:42:22** 201:12 | **16:55:06** 203:11 | **16:59:14** 205:7 |
| **16:39:29** 199:15 | **16:42:30** 201:13 | **16:55:08** 203:12 | **16:59:18** 205:8 |
| **16:39:32** 199:16,17 | **16:42:36** 201:14 | **16:55:12** 203:13 | **16:59:24** 205:9 |
| **16:39:34** 199:18 | **16:42:39** 201:15 | **16:55:15** 203:14 | **16:59:28** 205:10 |
| **16:39:39** 199:19 | **16:42:43** 201:16 | **16:55:24** 203:15 | **16:59:31** 205:11 |
| **16:39:42** 199:20 | **16:42:47** 201:17 | **16:55:29** 203:16 | **16:59:35** 205:12 |
| **16:39:47** 199:21 | **16:42:49** 201:18 | **16:55:31** 203:17 | **16:59:37** 205:13 |
| **16:39:52** 199:22,23 | **16:42:53** 201:19 | **16:55:32** 203:18 | **16:59:39** 205:14 |
| **16:39:55** 199:24 | **16:42:57** 201:20 | **16:55:34** 203:19 | **16:59:40** 205:15 |
| **16:39:58** 199:25 | **16:43:00** 201:21 | **16:55:37** 203:20 | **16:59:46** 205:16 |
| **16:40:02** 200:1 | **16:43:05** 201:22 | **16:55:41** 203:21 | **16:59:47** 205:17,18,19 |
| **16:40:04** 200:2 | **16:43:09** 201:23 | **16:55:45** 203:22 | 205:20,21 |
| **16:40:07** 200:3 | **16:43:14** 201:24 | **16:55:49** 203:23 | **16:59:51** 205:22 |
| **16:40:10** 200:4 | **16:43:15** 201:25 | **16:55:50** 203:24 | **16:59:53** 205:23 |
| **16:40:15** 200:5 | **16:43:17** 202:1 | **16:55:56** 203:25 | **16:59:58** 205:24 |
| **16:40:19** 200:6 | **16:43:19** 202:2 | **16:55:59** 204:1 | **161** 5:13 |
| **16:40:22** 200:7 | **16:43:21** 202:3 | **16:56:03** 204:2 | **17** 49:21 66:9 171:1 |
| **16:40:25** 200:8 | **16:43:24** 202:4 | **16:56:16** 204:3 | 180:11 |
| **16:40:30** 200:9 | **16:43:27** 202:5 | **16:56:21** 204:4 | **17:00:02** 205:25 |
| **16:40:32** 200:10 | **16:43:32** 202:6 | **16:56:24** 204:5 | **17:00:06** 206:1 |
| **16:40:37** 200:11 | **16:43:36** 202:7 | **16:56:27** 204:6 | **17:00:10** 206:2,3 |
| **16:40:41** 200:12 | **16:43:41** 202:8 | **16:56:30** 204:7 | **17:00:11** 206:4 |
| **16:40:45** 200:13 | **16:43:44** 202:9 | **16:56:33** 204:8 | **17:00:15** 206:5 |
| **16:40:46** 200:14 | **16:43:48** 202:10 | **16:56:37** 204:9 | **17:00:18** 206:6 |
| **16:40:49** 200:15 | **16:43:49** 202:11 | **16:56:39** 204:10 | **17:00:21** 206:7,8 |
| **16:40:57** 200:16 | **16:43:53** 202:12 | **16:56:41** 204:11 | **17:00:24** 206:9 |
| **16:41:01** 200:17 | **16:43:56** 202:13 | **16:56:44** 204:12 | **17:00:29** 206:10 |

**17:00:34** 206:11
**17:00:45** 206:12
**17:00:48** 206:13
**17:00:50** 206:14
**17:00:54** 206:15
**17:00:58** 206:16
**17:01:00** 206:17
**17:01:03** 206:18
**17:01:06** 206:19
**17:01:10** 206:20
**17:01:13** 206:21
**17:01:16** 206:22
**17:01:21** 206:23
**17:01:22** 206:24
**17:01:23** 206:25
**17:01:25** 207:1
**17:01:28** 207:2
**17:01:30** 207:3
**17:01:32** 207:4
**17:01:34** 207:5
**17:01:35** 207:6
**17:01:37** 207:7
**17:01:38** 207:8
**17:01:39** 207:9
**17:01:42** 207:10
**17:01:44** 207:11
**17:01:47** 207:12
**17:01:52** 207:13
**17:01:55** 207:14
**17:02:00** 207:15
**17:02:18** 207:16
**17:02:22** 207:17
**171** 5:14
**18** 5:6 49:21
**19** 49:21 142:23 143:7
144:5,12
**1959** 160:11
**197** 100:7

**2**

**2** 1:9 5:6 18:14,15,18
44:4 48:2,22,24,25 49:7
49:10,20 51:4,14,18
52:23 56:15 59:6,25
61:10,12 62:14 63:10
66:5 71:12,16,18 74:24

79:7 84:23,25 85:2
87:12,17 89:13,14
94:23 96:8,14,19 97:24
97:24 100:4,13,14
101:15,20 102:6 103:3
103:8,14,17,20 104:1,5
104:7,10 105:19,25
106:6,25 107:4,9,17
108:7,11,14 109:3,18
110:5,14,22 111:10,22
112:5,17 113:14,17
116:14,25 122:12,14,20
122:25 123:10 124:1,5
125:3,4,14,24 126:6,20
126:23 142:25 143:6
147:25 148:2 149:2,5
149:11,25 154:17 161:9
161:15 166:15,19,21
167:4 187:20 188:3,9
188:18,19,23 189:18
193:5
**2.0** 126:22
**2.02** 126:23
**2.1** 72:9
**2.18** 109:10
**2.3** 154:18
**2:00** 145:24 146:3,6,9
149:16 205:11 206:17
206:20
**2:31** 141:19
**2:45** 141:24
**20** 49:22
**20-foot** 20:20,24 21:3,9
**200-foot** 34:5,18
**20001** 3:17
**2004.65** 80:9
**2005** 80:3 145:13
**2006** 67:8
**2007** 66:9
**2008** 8:5 9:25 11:3,7,11
11:14 12:5,16 24:8
25:10 34:24 35:2 66:10
74:8 146:16 152:1
180:1 200:23
**2009** 2:3,5 6:7 14:16,20
15:8,13 18:1 39:19

207:23
**2010** 209:19
**202.346.4000** 3:18
**203** 4:6
**205** 4:7
**21** 49:22 76:1 186:7
**22** 49:22
**23** 49:22 126:10 173:1,4
**24** 49:22 128:16 134:1
**2423** 189:9
**25** 49:22 67:8 132:14
182:10,15
**26** 49:22
**27** 49:22
**28** 49:22 59:7 66:10
103:4 110:13
**28th** 65:21 70:1,6
**29** 17:25 49:22
**29th** 18:6 22:4 80:3
132:21 136:14 145:13
145:18

**3**

**3** 5:7 48:20 49:1,11,20
110:22 116:20 117:22
117:23 118:10 128:15
129:2 143:15 167:11
169:16 187:20,22
203:13 204:11 205:24
**3.12** 105:10
**3.56** 126:7
**3:00** 113:15 136:13,18,23
137:1,6 178:19 205:11
**3:53** 182:17
**30** 46:22 49:22 53:8
114:9,19 132:5,7 180:5
185:8,8,11,13,15,16,16
185:21 186:7 200:7
**31** 49:22 183:6 209:19
**32** 49:23 110:13 142:2,9
142:11 145:4
**33** 49:23 150:3
**34** 49:23
**35** 175:23,25 177:23
**36** 19:17
**37** 59:6 76:16,18 102:22

103:1 130:13 178:5
179:5
**38** 50:6 76:16,18,19 77:8
130:21

**4**

**4** 5:8 6:7 40:9 49:11,20
66:20,23,25 110:22
144:7,11 187:20,22
191:2 192:15
**4.1** 204:12
**4:00** 29:15 46:3,7,22
103:8,14 113:15 124:1
131:2 169:17,20 179:15
**4:05** 182:22
**4:14** 183:2
**4:30** 179:8,9,13
**4:45** 203:2
**4:55** 203:5
**40** 19:17 132:24
**427,500** 178:3
**45** 44:4 48:4,5,25 49:25
51:18 62:10 63:11
126:14
**46** 75:23,24 76:1
**47** 75:19,23 76:4
**471** 100:5,8
**4727** 29:22
**49** 5:7 48:6 50:4,7 51:18

**5**

**5** 5:9 29:3 49:11,20 67:6
67:9,15 99:22 110:22
161:6 187:20,22 196:21
196:25 197:4
**5.0** 179:6
**5.16** 126:4
**5.9** 191:23 192:8 195:24
196:3 198:4 199:8,20
199:20,24 200:4
**5:00** 85:21 86:5 137:18
138:2,6,9 139:4
**5:02** 207:12,18
**5:05** 139:4
**5:30** 18:6,7 20:1,2 29:19
46:4,8,24 74:21 75:3

M. SPINKS

78:12 98:1 103:8
123:12 131:3 135:13
179:16 180:8
**5:45** 74:21 75:3
**50** 48:6
**500** 119:21
**504.581.6180** 3:9
**56** 4:10

---
**6**
---

**6** 5:10 49:11,20 62:3
74:12,14 101:13 110:22
**6:00** 124:20 138:13
141:3 179:11,14
**6:15** 141:3
**6:45** 141:6
**66** 5:8
**668** 100:5,8
**67** 5:9
**68** 186:4

---
**7**
---

**7** 4:5 5:11 36:17 41:19
49:11,20 75:19,20
**7.5** 116:20 117:23,25
**7:00** 97:25 103:15 125:3
130:24 131:13 133:5,8
133:25 135:14 169:17
169:20 175:3,5,16
176:1
**7:30** 69:7 130:24 175:4,5
175:16 176:1
**70113** 3:8
**74** 5:10
**75** 5:11 101:14 165:12

---
**8**
---

**8** 5:12 19:10 49:11,21
130:2,3,6 173:4 175:7
**8:00** 69:7 145:17
**8:20** 132:16,20 134:16
**8:30** 134:15
**821** 3:7
**83** 124:23

---
**9**
---

**9** 5:13 49:11,21 161:1,2,5
161:12,25 162:3,9
172:22 176:22
**9:00** 134:25 135:7,11
151:13 191:22,25
193:11,24 194:3 195:3
195:7,16
**9:11** 2:6 6:8
**9:20** 151:11
**9:30** 18:25 151:11
191:10 192:25
**9:45** 83:7
**9:50** 150:4
**901** 2:7 3:16 6:10
**95** 112:10,15,19,21 113:4
113:10 186:14
**973.410.4040** 207:15

VERITEXT REPORTING COMPANY