# EXHIBIT 16

Report of Melvin Spinks (2009) (appendices and exhibits excluded)

### EXPERT OPINION REPORT

# Hurricane Katrina August 2005
# Analysis of Flooding of the Lower Ninth Ward
# And St. Bernard Parish
# New Orleans, Louisiana

**Prepared for**
**Ingram Barge PSLC**

**Prepared by**
**CivilTech Engineering, Inc.**



**June 2009**
**Revised From March 2009**
**Revised From June 2008**

*Expert Opinion Report – Hurricane Katrina*

# Table of Contents

**1.0    Introduction** ...................................................................**7**

1.1   Study Objective ...................................................... 7

1.2   Hurricane Katrina .................................................. 8

1.3   Lower Ninth Ward and St. Bernard Parish ......................... 9

1.4   Previous Investigative Studies ................................. 10


**2.0    Flood Simulation Model Setup** ..................................**13**

2.1   Basic Modeling Assumptions ...................................... 13

2.2   Data Collection .................................................. 14

2.3   Model Inputs ..................................................... 15

      Simulation Period .............................................. 15

      Elevation Data ................................................. 15

      Rainfall ....................................................... 16

      Surface Runoff Coefficients .................................... 16

      Levee Overtopping and Breaches ................................. 17

      Surge Hydrographs .............................................. 23


**3.0    Flood Model Simulation and Model Verification** ...........**24**


**4.0    Flood Model Simulation Scenarios** ..............................**32**


**5.0    Statement of Conclusions** ............................................**37**


**6.0    References** ..................................................................**39**

*Expert Opinion Report – Hurricane Katrina*

# List of Figures

Page

| Figure 1 | Hurricane Katrina Path and Intensity History ……………………........ | 8 |
| Figure 2 | The Lower Ninth Ward and St. Bernard Parish ………………………….. | 10 |
| Figure 3 | Rainfall time series used for St. Bernard Parish…………….………….. | 16 |
| Figure 4 | Location of Major Levee Breaches along IHNC and MRGO in St. Bernard Parish ……………………………………………………………… | 18 |
| Figure 5 | Lower Ninth Ward and St. Bernard Parish Study Area with locations of eyewitness accounts and stopped clocks...………………………………. | 20 |
| Figure 6 | Additional Eyewitness Locations ………………………………………….. | 21 |
| Figure 7 | 911 Calls Locations ……………………………. | 22 |
| Figure 8 | Surge Hydrographs during Hurricane Katrina …………………………… | 23 |
| Figure 9 | Progressing snapshots of the computed flood water depths…..……….. | 24 |
| Figure 10 | Modeled water level and eyewitness interior hydrographs……………... | 27 |
| Figure 11 | Modeled water level and IPET interior hydrographs…..………....…….. | 29 |
| Figure 12 | IPET High Water Mark Locations ……………………………………..…... | 31 |
| Figure 13 | Comparison of modeled maximum water level and HWMs ……………. | 31 |
| Figure 14 | Selected locations for comparing hydrographs from various modeled scenarios…………………………………………………………………….. | 32 |
| Figure 15 | Computed stage hydrographs at Location 1…..……………………….. | 34 |
| Figure 16 | Computed stage hydrographs at Location 2 ………………..…………. | 34 |
| Figure 17 | Computed stage hydrographs at Location 3 …………………………. | 35 |
| Figure 18 | Computed stage hydrographs at Location 4 …………………………. | 35 |
| Figure 19 | Computed stage hydrographs at Location 5 ………………..………... | 36 |

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

# List of Exhibits

Exhibit 1      Study Area Digital Orthophotograph

Exhibit 2      IHNC to Paris Rd Pre-Katrina Orthophotograph

Exhibit 3      IHNC to Paris Rd Katrina Flood Aerial

Exhibit 4      IHNC to Paris Rd Post-Katrina Orthophotograph

Exhibit 5      LiDAR Digital Elevation Model

Exhibit 6      Study Area Work Map

Exhibit 7      Modeled Water Depth (8/29/2005 9:00 AM CDT)

Exhibit 8      Modeled Water Depth (8/29/2005 9:50 AM CDT)

*Expert Opinion Report – Hurricane Katrina*

# List of Appendices

Appendix A      Professional Resume of Melvin G. Spinks, P.E.

Appendix B      Digital Elevation Model - Data Development

Appendix C      Manning Roughness Coefficients, Land Uses and Rainfall Losses

Appendix D      IPET Timeline of Flooding During Hurricane Katrina in the Lower
                Ninth Ward and St. Bernard Parish

Appendix E      Eyewitness Accounts - Summary Tables 1, 2 3, and 4 (911 Calls)

Appendix F      Flood Simulation Timeline and Notes

Appendix G      Study Area High Water Marks

Appendix H      Technical White Paper - USACE New Orleans District Depth
                versus Damage Curves

Appendix I      Verification of IHNC North and South Floodwall Breaching Times

Appendix J      Three Plaintiffs Locations & Flood Depth Hydrographs

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

# Abbreviation and Glossary

| | |
|---|---|
| CDT | Central Daylight Time |
| DEM | Digital Elevation Model |
| GIS | Geographic Information System |
| GIWW | Gulf Intracoastal Waterway |
| HEC-RAS | Hydrologic Engineering Center River Analysis System |
| HPS | Hurricane Protection System |
| HWM | High Water Mark |
| IHNC | Inner Harbor Navigation Canal |
| ILIT | Independent Levee Investigation Team |
| IPET | Interagency Performance Evaluation Task Force |
| LiDAR | Light Detection and Ranging |
| MRGO | Mississippi River Gulf Outlet |
| NAVD88 | North American Vertical Datum 1988 |
| NOAA | National Oceanic & Atmospheric Administration |
| SCS | Soil Conservation Service |
| SSURGO | Soil Survey Geographic |
| UTC | Coordinated Universal Time |
| USACE | U. S. Army Corps of Engineers |
| USGS | U. S. Geological Survey |
| DEM | The representation of continuous elevation values over a topographic surface by a regular array of z-values, referenced to a common datum. |
| NAVD88 2004.65 | North American Vertical Datum 1988 2004.65 adjustment |
| Overtopping | Water that flows over a levee or flood control structure due to an elevated water level which is higher than the crest level |
| Surge Hydrograph | Chart that displays the change of water elevation over time due to hurricane storm surge. |

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

Water Depth                    Water height or elevation above ground level

Water Level                    Water height above or below NAVD88

Stage                          Water Level

Stage Hydrograph               Chart that displays the change of stage over time



# 1.0   Introduction

CivilTech Engineering, Inc. has been retained by Ingram Barge PSLC to provide professional engineering and expert services in the matter of *Katrina Canal Breaches Consolidated Litigation, Civil Action 05-4182 and consolidated cases: Pertaining to Barge, United States District Court, Eastern District of Louisiana, Division K*. This expert report was prepared to assess the flooding of the Lower Ninth Ward and St. Bernard Parish in New Orleans, Louisiana during Hurricane Katrina in August 2005. This report supersedes the expert opinion reports entitled <u>*Hurricane Katrina August 2005, Analysis of Flooding of the Lower Ninth Ward and St. Bernard Parish, New Orleans, Louisiana*</u>, dated March 2009 and June 2008. This report has been prepared under the direction and supervision of Mr. Melvin G. Spinks, P.E. (Louisiana P.E. No. 25782), a licensed professional engineer in the State of Louisiana. The professional resume of Mr. Melvin G. Spinks, P.E. is provided in **Appendix A**.

This expert report relies on the best available technical information made available from private, governmental, and institutional agencies. If additional information becomes available, we reserve the right to determine its effect, if any, on our stated opinions and conclusions and to revise our conclusions as necessary by this additional technical information.

## 1.1   Study Objective

The study objective is to identify the flood time sequence and the contributions of the various flooding sources that led to the flooding of the Lower Ninth Ward and St. Bernard Parish in New Orleans, Louisiana during Hurricane Katrina in August 2005. Flooding of the Lower Ninth Ward and the St. Bernard Parish was caused by several sources including rainfall, levee/floodwall failures (breaches), and overtopping of the levees/floodwalls due to storm surge. A key fact issue under consideration in this matter pertains to the specific area flooded in the Lower Ninth Ward and St. Bernard Parish by the failure of the east floodwall at two locations along the Inner Harbor Navigation Canal (IHNC) prior to the flood inundation from the levee breaches along the Mississippi River Gulf Outlet (MRGO).

Flood simulations will be performed using a sophisticated two dimensional hydrodynamic computer simulation model (Sobek-1D2D) to evaluate the flood time sequence and contributions of flooding in the Lower Ninth Ward and St. Bernard Parish from the levee/floodwall breaches and overtopping along the Inner Harbor Navigation Canal (IHNC) and along the Mississippi River Gulf Outlet (MRGO). The flood simulation model will be calibrated and verified with data from eyewitness accounts, stopped clocks, high water marks (HWMs), and time-stamped photos as gathered in other investigation studies and from depositions of eyewitnesses in this matter.

**CivilTech**
**Engineering, Inc.**

## 1.2    Hurricane Katrina

An Interagency Performance Evaluation Task Force (IPET) was established by the Chief of Engineers, U.S. Army Corps of Engineers, to determine the facts concerning the performance of the hurricane protection system in New Orleans and Southeast Louisiana during Hurricane Katrina.  The IPET final report describes the storm as "The path followed by Hurricane Katrina, shown in **Figure 1**, caused severe surge and wave conditions on the east side of the Hurricane Protection System (HPS), from Lake Pontchartrain to southern Plaquemines Parish.  Katrina struck early on the morning of 29 August 2005, after building up water levels to the east of New Orleans for several days. Katrina was a Category 5 storm with up to 139-knot (160-mph) sustained surface winds until it was approximately 170 miles from landfall.  When it reached landfall at Buras, LA, around 0610 hr (6:10 a.m. Central Daylight Time, CDT) or 1110 Coordinated Universal Time, UTC), surface wind speeds were at about 100 knots (115 mph)." [1]



**Figure 1.**    Hurricane Katrina Path and Intensity History. (Intensity defined based on flight-level wind speeds, as opposed to surface winds). [1]

*Expert Opinion Report – Hurricane Katrina*

## 1.3    Lower Ninth Ward and St. Bernard Parish

The location of the Lower Ninth Ward and St. Bernard Parish study area is shown in **Figure 2** and in **Exhibits 1** and **2**. This area is bounded on the south by the Mississippi River, on the west by the Inner Harbor Navigation Channel (IHNC), and on the north and east by the Gulf Intracoastal Waterway (GIWW) and the Mississippi River Gulf Outlet (MRGO). The Lower Ninth Ward and St. Bernard Parish are protected by a single continuous "ring" of levees that constitute one of the three main protected basins in the New Orleans area. An internal local levee, the 40-Arpent Levee, separates the Lower Ninth Ward and St. Bernard Parish into a northeastern section that is primarily marsh and a southwestern section that is primarily populated. The Northeastern section is described as a large 32,000 acre wetland or bowl.

During Hurricane Katrina, the Lower Ninth Ward and the St. Bernard Parish west of Paris Road was devastated from the catastrophic failure of the hurricane flood protection system along the INHC floodwall. The storm surge generated by Hurricane Katrina, a Saffir-Simpson Category 3 storm at landfall with surface winds over 115 mph combined to produce the single most costly catastrophic failure of an engineered system in U.S. history. As a result, the entire Lower Ninth Ward and many homes and businesses in the St. Bernard Parish were completely destroyed from the flood inundation. With this horrific devastation came the significant loss of life and property in the New Orleans area. The flood inundation of the Lower Ninth Ward and the St. Bernard Parish as the storm surge began to recede following Hurricane Katrina is shown in **Exhibit 3**. In the aftermath, the catastrophic failure of the floodwall at two locations along the IHNC can be seen in **Exhibit 4**. Many homes were completely destroyed for blocks away from the IHNC floodwall.

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*



**Figure 2.**   The Lower Ninth Ward and St. Bernard Parish. [2]

## 1.4   Previous Investigative Studies

Numerous engineering and scientific investigations were performed by private, governmental, and institutional agencies to answer the many questions on the performance of the Hurricane Protection System (HPS) during Hurricane Katrina.  These investigations focused on the HPS during Hurricane Katrina to determine how the levees and floodwall performed, failure analyses, and what insights can be gained for the effective repair of the system.  Three main investigations were prepared for Hurricane Katrina as referenced below:

- *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, Interagency Performance Evaluation Task Force (IPET), U.S. Army Corps of Engineers, Volume 1 through Volume IX, March 26, 2007.

- *The Failure of the New Orleans Levee System during Hurricane Katrina*, Team Louisiana, Louisiana Department of Transportation, State Project No. 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, December 18, 2006

- *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005*, Independent Levee Investigation Team (ILIT), Volume 1 and Volume 2, July 31, 2006.

*Expert Opinion Report – Hurricane Katrina*

The largest of these investigations is the U.S. Army Corps of Engineers' own internal investigation identified as the Interagency Performance Evaluation Team (IPET). The IPET study was by far the largest of the three investigations, and had a budget of over $20 million. The second investigation was Team Louisiana, which represented the interests of the State of Louisiana in performing an investigation independent of the U.S. Army Corps of Engineers (USACE). The third investigation is the UC Berkeley-led Independent Levee Investigation Team (ILIT). These investigation teams were comprised of government, academic, and private sector scientists and engineers. The goal was common in these investigations in that the investigations were performed to provide credible and objective scientific and engineering answers to fundamental questions about the performance of the hurricane protection and flood damage reduction system in the New Orleans metropolitan area during Hurricane Katrina.

The engineering and scientific analyses performed in these investigation studies focused primarily on the effects of the storm surge and wave heights on the performance of the Hurricane Protection System during Hurricane Katrina, and the maximum flood levels within the protected areas. A study report entitled *Polder Flood Simulations for Greater New Orleans, Hurricane Katrina August 2005*, was prepared by Delft University of Technology and Svasek Hydraulics, dated July 2007. This study generated flood simulations for the Orleans Metro area, New Orleans East area, and St. Bernard area to assess the relative contribution of the main causes of flooding (breaches, overtopping, and rainfall) in the three areas. The flooding of New Orleans was simulated with the sophisticated computer software package Sobek-1D2D. The Sobek-1D2D has the capability to simulate the levee breaches and overtopping and provide water depth graphs (time vs depth hydrographs) and water level graphs (time vs water level hydrographs) for selected locations.

The studies below are expert opinion reports prepared by the defendants in the *Robison v. United States Case*, United States District Court, Eastern District of Louisiana. We have reviewed the technical findings from these expert reports:

- *Interior Flooding Analysis – St. Bernard Parish and Lower Ninth Ward, Orleans Parish, Hurricane Katrina, August 2005, New Orleans Area, Louisiana, Expert Opinion Report, Robison v. United States*, prepared by Mr. Steven D. Fitzgerald, P.E., Houston, Texas, dated December 18, 2008

- *Expert Report Prepared for United States Department of Justice, Robison v. United States*, prepared by Bruce A. Ebersole, P.E., United States Army Corps of Engineers, Chief, Flood and Storm Protection Division, Coastal and Hydraulics Laboratory, Engineer Research and Development Center, Vicksburg, MS, dated December 17, 2008.

**CivilTech**
**Engineering, Inc.**

- *Expert Report of Robert Glenn Bea, Ph.D., P.E.*, prepared for Katrina Canal Breaches Consolidated Litigation [Civil Action Number: 05-4182 "K" 92)], United States District Court, Eastern District of Louisiana, Pertains to MR-GO, Robison, (C.A. No. 06-2268), Moraga, California, dated July 14, 2008.

- *Declaration No. II, Engineering Forensic Studies of Performance of the Man-made Features Bordering the Inner Harbor Navigation Canal at the Lower 9th Ward During Hurricane Katrina*, Report to Katrina Canal Breaches Consolidated Litigation [Civil Action Number 05-4182 "K" 92)], United States District Court, Eastern District of Louisiana, Pertains to MR-GO, Robison (No. 06-2268), prepared by Dr. Robert Bea, Risk Assessment and Management Services, Moraga, California, dated July 11, 2008 with format edits dated July 15, 2008.

*Expert Opinion Report – Hurricane Katrina*

## 2.0    Flood Simulation Model Setup

The Sobek-1D2D computer simulation model used in the study report entitled *Polder Flood Simulations for Greater New Orleans, Hurricane Katrina August 2005*, was adopted for use in this investigation.  The Sobek-1D2D software was developed by WL-Deft Hydraulics and is used worldwide by private and government agencies in flood simulations.  The robust numerical Delft Scheme to model the water motion (Saint Venant Equations) in 1D and 2D provides a reliable and stable environment in the simulation of complex urban and rural drainage systems including levees breaches and flow diversions.  The model results show detail spatial information about water levels, velocities and change of these over time and arrival times at desired locations.

### 2.1    Basic Modeling Assumptions

The flood simulation of Hurricane Katrina in the Lower Ninth Ward and St. Bernard Parish incorporates several basic modeling assumptions.   These basic modeling assumptions used in the simulation are described below:

- Overtopping by waves is not taken into account directly, but when levee erosion occurred due to wave overtopping this is taken into account in the crest elevation.  The water volume from wave overtopping is small when compared with the volume of floodwater overtopping as the storm surge exceeds the crest elevation of the levees.  This assumption was made based on our technical evaluation of the storm surge levels and wave heights as provided from IPET along the IHNC east floodwall prior to 6:00 a.m. CDT.

- Surcharged internal storm drainage systems may have allowed a faster initial spreading of the floodwaters, but will have negligible influence on the maximum water levels.

- Buildings and other structures are not incorporated as elements in the model. These physical structures may have blocked water flow and changed flow directions. Their influence is local with the overall influence of these physical structures accounted for with using the bottom roughness value (friction to flow) in the model.

-  No distinction is made between the surface features such as houses and streets in the elevation in the model. However, to include their effect on flow, different set of Manning roughness coefficients are used.

- The infiltration losses from the rainfall are taken into consideration to model surface runoff.

- The direct impact of wind speed and direction is not taken into account at the interior side of the levees, as the wind fetch length is short due to the density of urban areas.

- Under seepage below or through levees or flood control structures is not taken into account.  All evidence is that under seepage is negligible in comparison to

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

the final water volumes caused by the levee breaches and storm surge overtopping.

## 2.2    Data Collection

Data used for this study was obtained from the three main investigative studies performed for Hurricane Katrina.  Data including storm surge hydrographs, rainfall, and levee breach times was obtained from the final IPET report (https://ipet.wes.army.mil).  Topography, levee and floodwall crest heights, size and depth of breaches was captured from LiDAR data obtained for both pre-Katrina and post-Katrina conditions for the study area.  Other data such as pre- and post-Katrina digital orthophotography, Katrina flood aerials, street maps, etc. were downloaded from public agency websites including USGS, NOAA, and Louisiana State University.  The project team has carefully reviewed whether the data is consistent.  There are uncertainties in the data; however, to the best of our knowledge we used the best available data.

Following is a list of data collected for this study:

- Study Area Digital Orthophotography (downloaded from http://atlas.lsu.edu/doqq2005) (refer to Exhibit 1)

- 2004 (Pre-Katrina) Digital Orthophotography (downloaded from http://atlas.lsu.edu/doqq2004) (refer to Exhibit 2)

- Katrina Flood Aerials (downloaded from http://ngs.woc.noaa.gov/katrina) (refer to Exhibit 3)

- 2005 (Post-Katrina) Digital Orthophotography (downloaded from http://atlas.lsu.edu/doqq2005) (refer to Exhibit 4)

- 2002 LIDAR-derived 15-Foot Digital Elevation Model (DEM) (downloaded from http://atlas.lsu.edu/lidar/ ) (refer to Exhibit 5)

- USGS 1/3 Arc DEM for missing tile in the 15-Foot DEM (http://seamless.usgs.gov/ ) (refer to Exhibit 5)

- Pre-Katrina (2000) 1-foot Levee Survey (https://erdcpw.erdc.usace.army.mil/ldr )

- Post-Katrina (2005) 2-foot Levee Survey (https://erdcpw.erdc.usace.army.mil/ldr )

- IPET Field Survey Data (https://ipet.wes.army.mil)

- Eyewitness Reports and Stopped-Clock Data from the IPET and Team Louisiana Reports

- High Water Marks (refer to Exhibit 6)

- Information on the breach locations and sizes from IPET and verified with pre- and post Katrina LIDAR data.  Timelines for the breaches were obtained from the IPET report.



- Surge Hydrographs from IPET

- Time series of rainfall from Delft University of Technology and Svakek Hydraulics delivered by Dr. Lee E. Branscome (CCM, Climatological Consulting Corporation)

## 2.3   Model Inputs

The simulation model inputs include:

- Simulation Period
- Elevation Data
- Rainfall
- Surface Roughness Coefficients
- Levee Breaches (including location, time, size and depth)
- Surge Hydrographs at the exterior sides of levees

The internal drainage system in the study area is drained by nine pump stations adjacent to the 40-Arpent Levee.  Surface drainage is pumped to the 40-Arpent Bayou.  Sobek-1D2D can simulate pumps, however, during Hurricane Katrina all pumps in the study area were not operational. [3]  According to an eyewitness report, pump station 5 (OP5) was only operational during the early hours of the storm but was shut down at 5:30 a.m. on August 29, 2005 due to flooding. [4]  Given the magnitude of the floodwaters entering the study area from the failure the HPS during Hurricane Katrina, the pump stations were not modeled.  The following sections describe each model input in detail.

**Simulation Period**

All simulations start on August 29, 2005 0:00 CDT and continue until August 29, 2005 21:00 CDT.

**Elevation Data**

It was necessary to resample the source DEM data into 164 feet (50 meter) grid in order to optimize the simulation runs relative to data accuracy as well as processing time. Critical elements such as the levee crest elevations were based on pre- and post-Katrina LiDAR levee survey data.  Ground topography in the study area is generally depicted in **Exhibit 5**.  Ground elevations range from approximately -6 feet in the northern sections adjacent to the 40-Arpent Levee to +10 feet in the southern sections adjacent to the Mississippi River.

All elevation data used in this study is referenced to the North American Vertical Datum of 1988 (NAVD88, 2004.65 Adjustment).  The data development for the Digital Elevation Model (DEM) is provided in **Appendix B**.  The Sobek-1D2D simulation model operates on the metric system of measurement which results were then converted to the U.S. Customary System for reporting purposes.

*Expert Opinion Report – Hurricane Katrina*

**Rainfall**

The flood simulation model assumes that the rainfall is spatially uniform over the entire study area. The total cumulative rainfall during Hurricane Katrina was measured as 11 inches for 20-hour storm duration. The rainfall series observed for Hurricane Katrina is shown in **Figure 3** with the total cumulative rainfall series. The Soil Conservation Service (SCS) Curve Number (CN) method developed by SCS [30] is used to determine the excess rainfall and the direct surface runoff. The data process to establish the CN value for the study area is summarized in **Appendix C**. The total cumulative excess rainfall was computed as 10.1 inches over the study area.



**Figure 3.**    Rainfall time series used for St. Bernard Parish.

**Surface Roughness Coefficients**

Manning Roughness Coefficients have been used in hydraulic modeling studies to represent the surface roughness for urban areas.   A distributed set of Manning Roughness Coefficients can be used for urban areas to evaluate the interaction between surface flow and buildings.   The Manning Roughness Coefficients by land use types found in the study area are presented in **Appendix C**.   The study area is comprised of various land use types including residential, commercial, industrial, and vegetated areas. The increased resistance in the study area for each land use was accounted for in the Manning Roughness Coefficient.

*Expert Opinion Report – Hurricane Katrina*

**Levee Overtopping and Breaches**

The catastrophic flooding of the Lower Ninth Ward and the St. Bernard Parish west of Paris Road was caused from floodwall breaches along the IHNC during Hurricane Katrina. The location of the levee/floodwall breaches along the IHNC and MRGO that impacted the study area are shown in **Figure 4**. Two major failures occurred to the IHNC east floodwall adjacent to the Lower Ninth Ward.

Pre- and post-Katrina levee LiDAR survey data was used to identify the physical location, width, and depth of the levees/floodwalls breaches. The location, description, type, failure width, levee/floodwall elevation before and after the breach, the time breach started and breaching time are presented in **Table 1**. A sensitivity analysis was performed to examine various breaching times for the IHNC north and south floodwall during Hurricane Katrina. This sensitivity analysis is presented in **Appendix I**. The sensitivity analysis tested six (6) cases for various breaching times for both the IHNC north and south breaches. Breach initiation times between 4:00 a.m CDT and 6:00 a.m CDT were evaluated for the IHNC north breach. Breach initiation times between 5:30 a.m. CDT and 7:00 a.m. CDT were evaluated for the IHNC south breach. The sensitivity analysis concluded that the breach times shown in Table 1 have the best correlation with the numerous eyewitness observations of the flood levels in the study area. A Geographic Information System (GIS) was used to assimilate pertinent data concerning eyewitness accounts on the flood event, High Water Marks (HWMs), flood times, levee elevation data, etc. for the study area. The GIS work map, as shown in **Exhibit 6**, provides a visual representation of the pertinent data for the study area.

**Table 1. Levee Breaches along IHNC and MRGO**

| Location | Description | Type | Failure Width | Before Breach Elev | After Breach Elev | Model Breach Start Time (CDT) | Model Breach Time |
|----------|-------------|------|---------------|--------------------|--------------------|-------------------------------|-------------------|
| 1 | IHNC North | I-Wall | 180 ft | 13.1 ft | 1 ft | 4:00 a.m. | 30 min |
| 2 | IHNC South | I-Wall | 793 ft | 13.1 ft | 1 ft | 5:30 a.m. | 15 min |
| 3 | MRGO Overtopping / Breach | Levees | Total of 35,200 ft; Various Sections along MRGO Levee | Varies | Varies | 5:30 a.m. | Varies |

*Expert Opinion Report – Hurricane Katrina*



**Figure 4.**    Locations of Major Levee Breaches along IHNC and MRGO in St. Bernard Parish.

The levee crest elevations for the Hurricane Protection System vary considerably for the IHNC and MRGO.  The IHNC East I-Wall crest elevation varies between 12.6 feet to 13.4 feet.  The levee crest elevation along MRGO varies between 12 feet to 20 feet.  The levee heights along the Mississippi River are much higher with crest elevations from 18 feet to 28 feet.  The ground elevations in the Lower Ninth Ward and St. Bernard Parish are generally higher near the Mississippi River and lower toward the 40-Arpent Levee.  A ridge line exists immediately west of Paris Road that parallels Paris Road. The ridge line is approximately 4 to 6 feet higher in elevation than the surrounding areas. This ridge line generally separates the surface drainage patterns in the St. Bernard Parish.  Floodwaters that entered from the breaches along the IHNC are generally contained west of this ridge.  While at the same time as floodwaters entered from the breaches along MRGO and overtopped the 40-Arpent Levee, the floodwaters would be contained east of this ridge line until merging just west of Paris Road.

The timing of the IHNC north and south breaches (failures) to the I-wall that flooded the Lower Ninth Ward is a major consideration in this study.  The main investigative studies performed by IPET, Team Louisiana, and ILIT differ considerably on the failure times of the IHNC east floodwall during Hurricane Katrina.  These studies relied on eyewitness accounts, stopped-clocks in houses, and the collection of videos and still photos to aid in

**CivilTech**
**Engineering, Inc.**

the development of the timeline for the overtopping and breaching of the levee and floodwall system.   Computer model flood simulations were not performed in the three main investigative studies to verify the timing and progression of flooding in the Lower Ninth Ward and St. Bernard Parish.

The IPET investigation contacted over 600 people and conducted over 200 interviews with people who observed flooding induced by Hurricane Katrina to aid in the development of the timeline for overtopping and breaching of the levee and floodwall system.   However, only a limited number of interviews were collected in the Lower Ninth Ward, primarily due to the fact that people were not allowed back into the area for a period of time due to unsafe conditions.   The eyewitness accounts and stopped-clock data relied upon by IPET are shown in **Figure 5**.   The complete IPET timeline for the Lower Ninth Ward and St. Bernard Parish is provided in **Appendix D**.   IPET concludes with the following statement "In summary, for the Lower Ninth Ward, it appears that flooding began early on Monday morning.   Eyewitness accounts and stopped-clock data indicate that floodwaters began entering the Lower Ninth Ward prior to 1030 UTC (5:30 a.m. CDT) and possibly as early as 0930 UTC (4:30 a.m. CDT).   These early times suggest that the water enter through one or both of the breaches in the IHNC Floodwall. The floodwall was overtopped later at about 1230 UTC (7:30 a.m. CDT).   Time-stamped photographs confirm that flooding had occurred by about 1300 UTC (8:00 a.m. CDT) near the Jackson Barracks along the southern end of this area near the St. Bernard Parish line.   The floodwaters from the IHNC moved east, eventually merging with the waters from the Chalmette area near Paris Road in the midmorning time frame. Flooding in the Chalmette area came from the northeast, entering this area about 1320 UTC (8:20 a.m. CDT).   Water levels for the Lower Ninth Ward and St. Bernard Parish peaked at about 10.5 to 11 ft."  [5]



**Figure 5.**    Lower Ninth Ward and St. Bernard Parish Study Area with locations of eyewitness accounts and stopped clocks. [Time is referenced to CDT]. [6]

The initial flood model data input for the IHNC floodwall breaches is based on IPET information and supplemented with additional eyewitness accounts gathered in this case as provided in **Appendix E**.  The location of the additional eyewitnesses is shown in **Figure 6**.

IPET noted that based on the eyewitness accounts and stopped-clock data, it appears that waters began entering the Lower Ninth Ward prior to 1030 UTC (5:30 a.m. CDT), and possibly as early as 0930 UTC (4:30 a.m. CDT).   Eyewitness Mr. Terry Mark Adams, lived east of IHNC north breach, reported that the carpet in his house was wet when he got up at 5:00 a.m. CDT. [7]   IPET phone interview of eyewitness at Pump Station 5 stated that at 4:30 a.m. CDT water was half way up to chain link fence. [27] Eyewitness Mr. William J. Villavasso, who worked at Pump Station 5 (OP5) reported that at the time of Hurricane Katrina, he heard explosion and experienced massive waters flooded Pump Station 5 sometime after 3:00 a.m. CDT. [8]   Eyewitness Mr. Daniel Weber,  who lived near the north breach, heard two booms when it was dark and saw water coming through his lock. [34] Central Control Log Book recorded that Pump Station 5 was requested to be shut down at 6:10 a.m. CDT [35]   The first floor elevation at Pump Station 5 is 1.89 ft (NAVD88 2004.65), which is approximately 7 to 8 feet above ground level.  The floodwater intrusion from the breaches would certainly take some time

*Expert Opinion Report – Hurricane Katrina*

in reaching the first floor of Pump Station No. 5.  Based on IPET information, additional eyewitness accounts and expert analyses, it is probable that the IHNC north breach occurred as early as 4:00 a.m. CDT.



**Figure 6.**    Additional Eyewitness Locations.

Eyewitness Ms. Carolyn Berryhill, who lived one block east of IHNC south breach, reported water came up fast about 5:30 a.m. CDT to 5:45 a.m. CDT. [10]  Eyewitness Mr. Kendrick R. Pounds saw two holes in the floodwall when he woke up at 5:50 a.m. CDT and reported that water was already on the floor. [11]  Eyewitness Mr. Matthew Simmons, who lived one block east of south floodwall breach, reported that between 5:10 a.m. CDT to 5:40 a.m. CDT the downstairs flooded to the ceiling. [12]  Based on IPET information and additional eyewitness accounts, it is probable the IHNC south breach occurred at or before 5:30 a.m. CDT.

Additional eyewitness data includes 911 rescue calls from residents in the area during Hurricane Katrina.   The approximate location of the available 911 calls is shown in **Figure 7**.  The description of each 911 call and corresponding time is summarized in **Table 4** in **Appendix E**.  The majority of the 911 calls stated that the water was up to attic in the house or the house was under water between the 6:30 a.m. CDT and 7:30 a.m. CDT.  The 911 rescue calls support the earlier breach times for the north and south breaches.   Mr. Arcola Sutton, who lived close to IHNC north breach placed a 911 call at

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

6:36 a.m. CDT stating that the water was up to the attic at his property.   Mr. Raymond Winfield, who lived east of IHNC between north and south breaches, placed a 911 call at 7:01 a.m. CDT and stated that the first floor of his house was completely under water. Ms. Allison Berryhill, who lives close to Jackson Barracks, placed a 911 call at 6:53 a.m. and stated that she had water in her house.  Ms.  Bianca Knight, who also lived close to Jackson Barracks, placed a 911 call at 7:00 a.m. CDT, stating the water level was up to the bed.



**Figure 7.**     911 Calls Locations.

Both Team Louisiana and ILIT contradict the above timeline for the IHNC north and south breaches.  They reported a time of 7:00 a.m. CDT for both the breaches.  It is our opinion that IPET was able to gather additional observed data from eyewitness accounts, stopped-clocks, and time-stamped photos in developing the flooding timeline for Hurricane Katrina.  Importantly, IPET was able to develop hydrographs based on sequences of time/date stamped digital photographs.  Most of this information developed from IPET did not become available until June 2006, after completion of the other reports from Team Louisiana and ILIT.   Therefore, the earlier breaching times as reported by IPET for IHNC floodwall breaches appear to be more accurate.

The time frame of MRGO levee overtopping is based on IPET's report.  Substantial wave overtopping near Bayou Bienvenue began around 6:00 a.m. and persisted until 10:00 a.m. CDT. [13]  Between Bayou Bienvenue and Bayou Dupre, waves began to

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

substantially overtop between 5:30 a.m. CDT and 6:30 a.m. CDT and erosion began at 5:30 a.m. CDT. [14]  Substantial wave overtopping near Bayou Dupre began at 6:30 a.m. CDT until 9:30 a.m. CDT. [15]  No other studies reported these detailed levee overtopping and erosion time frames along MRGO.

**Surge Hydrographs**

Five storm surge hydrographs were constructed as model inputs for Hurricane Katrina. The locations of the five storm surge hydrographs were shown in **Figure 4** and referenced as Location A (IHNC Lock Staff Gage), Location B (USGS Gage-GIWW at Paris Rd), Location C (Bayou Bienvenue), Location D (Bayou Dupre), and Location E (MRGO South End).  The surge hydrographs for Locations A, B, C, D, and E are shown in **Figure 8**.  As stated in the IPET report, the simulated ADCIRC surge hydrographs were adjusted to better match the HWMs at the interior sides of St. Bernard Parish. [31] In our study, the simulated ADCIRC surge hydrographs at Locations C, D, and E were also adjusted based on the HWMs at these locations and the hydrographs at Locations A and B. [32]  At Location B, observed data was available for the hydrograph rising limb and the peak water level; therefore, only the recession limb of this hydrograph was taken from ADCIRC simulated hydrograph at this location.  Surge hydrograph at Location A was directly taken from IPET report. [33]



**Figure 8.** Surge Hydrographs during Hurricane Katrina. [Times are referenced to CDT]

*Expert Opinion Report – Hurricane Katrina*

## 3.0    Flood Model Simulation and Model Verification

The Sobek-1D2D computer model flood simulation was performed with the model input data presented in Section 2.0.   The time progression of flooding in the study area during Hurricane Katrina is presented in **Figure 9**.  Flood depths are identified for selected time frames between 4:00 a.m. and 9:00 pm CDT on Monday, August 29, 2005.  A detailed timeline of the flooding in the study area based on the model results and compared to eyewitness accounts is presented in **Appendix F.**  The darker blue areas represent the deeper flood depths and the lighter blue represents the shallower flood depths.  The flood simulation animation for Hurricane Katrina is provided on the CD in this report.



**Figure 9.**    Progressing snapshots of the computed flood water depths (all times in CDT on August 29, 2005).

*Expert Opinion Report – Hurricane Katrina*



**Figure 9.**   Progressing snapshots of the computed flood water depths (all times in CDT on August 29, 2005).

*Expert Opinion Report – Hurricane Katrina*

At 4:00 a.m. CDT, the storm surge elevation is 9.2 feet in the IHNC, which is approximately 4 feet below the IHNC I-wall crest elevation. After the IHNC north floodwall breaches at or before 4:30 a.m. CDT, the floodwaters propagate through the Lower Ninth Ward as a high and fast moving flood front wave.  At this time, flood depths begin to rise in the north section of the Lower Ninth Ward near the pump station (OP5) at Florida Avenue and the north end of the IHNC floodwall.  By 5:30 a.m. CDT, the Lower Ninth Ward had flood depths up to 5 feet.  The IHNC south floodwall breaches at or before 6:00 a.m. CDT causing the flood depths to rise much more rapidly and spread across the Lower Ninth Ward as can be visually seen in the progression of flooding between 5:45 a.m. and 6:15 a.m. CDT in **Figure 9**.  The storm surge elevations in the IHNC were at 11.2 feet between 6:00 a.m. and 6:15 a.m. CDT, which is still approximately 2 feet below the IHNC I-wall crest elevation.  The floodwaters from the IHNC breaches moved easterly crossing over the railroad tracks at about 7:00 a.m. CDT.  The railroad continuous berm generally confined floodwaters to the Lower Ninth Ward until 7:00 a.m. CDT.  After 7:00 a.m. CDT, the floodwaters from the INHC moved easterly toward Paris Road into the Chalmette area. The storm surge began to overtop the IHNC at about 7:30 a.m. CDT and reached its maximum surge elevation at approximately 9:00 a.m. CDT along the IHNC.  The floodwaters from the IHNC began to merge with the floodwaters from MRGO at 9:00 a.m. CDT just west of Paris Road as presented in **Exhibit 7**.

At about 5:30 a.m. CDT the flood simulation model shows that the MRGO levee began to be overtopped and breached at various locations.  Floodwaters begin to fill the 32,000 acre wetland situated between MRGO and the 40-Arpent Levee.  At about 7:45 a.m. CDT, MRGO floodwaters overtop the 40-Arpent Levee east of Paris Road and enter the Chalmette area.  Floodwaters from the IHNC and MRGO converge at 9:00 a.m. CDT in the Chalmette area near Kings Drive, north and west of Paris Road.  The floodwaters from MRGO and the IHNC completely merged by 9:50 a.m. CDT near the courthouse located south and west of Paris Road as shown in **Exhibit 8.**  The IHNC and MRGO waters were indivisible after they merged in the area at 9:50 a.m. CDT  Floodwaters reached a maximum flood elevation of approximately 11.1 feet at about 12:20 p.m. CDT in the study area.  Camera footage shows MRGO floodwaters entering the Chalmette area northeast of the tower at about 1320 UTC (8:20 a.m. CDT) and rising very quickly.  The video also shows large clumps of marsh grass from the MRGO floodwaters, indicating flows from the marsh lands surrounding Lake Borgne and MRGO.  Presence of marsh grass was a common feature on houses and other structures from MRGO floodwaters in the area, but it was rarely, if ever seen west of Paris Road. [19]

The flood simulation model was verified by comparing the computed stage hydrographs with the observed water levels obtained from eyewitness reports, stopped clocks, and time-stamped video.  Observed water levels reported by eyewitness depositions and time-stamped video are provided in **Figure 10**.  IPET provided additional eyewitness, stopped clocks, and time-stamped photographs as provided in **Figure 11**.

**CivilTech**
**Engineering, Inc.**



**Figure 10.**  Modeled water level and eyewitness interior hydrographs.

Flood levels reported by the eyewitnesses close to the IHNC north and south breach locations are plotted in **Figure 10**.  The eyewitnesses information was obtained from their testimonies as summarized in **Appendix E**.  The witnesses' house slab heights, ground elevations, and observed water depths were added together to calculate the corresponding water levels at their locations as presented in **Figure 10**.  The error bars represent the range in the witnesses' estimated times and observed water levels.

Mr. T. Adams, who lived at the same location as IPET Site C1 (see **Figure 6** and **Figure 11**), stated that his carpet was wet when he got up at 5:00 a.m. CDT. [7]  The flood simulation results closely matched his estimated time and water level calculated at his house.  Mr. D. Weber who lived close to north breach, reported that he saw 3 to 4 feet of water outside his house shortly after 5:00 a.m. CDT. [34] The flood simulation model confirmed that the flood wave had already propagated to his location at that time.  Ms. D'A. Johnson, who lived within close proximity to IPET Site C1, reported that at about 6:10 a.m. CDT the water depth was higher than 5.2 feet in the street. [9] The flood simulation model computed a flood depth of 5.9 feet at 6:10 a.m. CDT at her location which agrees with her eyewitness account.

The simulated stage hydrographs in **Figure 10** show a sharp rise in the water levels in the Lower Ninth Ward after 4:10 a.m. CDT due to the IHNC north breach.  After 5:40 a.m. CDT, a second sharp rise is observed in the modeled water levels. This second rise in the stage hydrographs shows the flood front wave flowing from the IHNC south breach.  This rising pattern in the stage hydrographs closely matches the eyewitness

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

accounts of Mr. T. Adams, Ms. D'A. Johnson, Mrs. C. Berryhill, and Ms. D. Johnson.  Mr. T. Adams reported that the water level was up to his truck windshield before 6:00 a.m. CDT [7]   The water levels observed by Mr. T. Adams is consistent with the model results.  Mrs. C. Berryhill, who lived in close proximity to the IHNC south breach location, indicated that the floodwater depths in her house increased suddenly to the third stairway between 5:30 a.m. and 5:45 a.m. CDT [10]   The flood simulation water levels compared well at these times for her property.  Ms. D. Johnson, who lived between the IHNC north and south breaches stated that the water depth was halfway up the first floor between 6:00 and 6:30 a.m. CDT [29]   The flood simulation model confirms the observed water depth to the simulated water depth of 4.1 feet between 6:00 a.m. and 6:30 a.m. CDT at her location.   Mr. K. McFarland, who lived southeast of IHNC south breach, stated that he woke up at about 6:45 a.m. CDT and observed that the water was up to knee level in the house. [38]  The computer model simulated at flood depth of 3.1 feet at his property, which closely agrees with his observation.

Mr. J. Reed reported that the water level came up to the hood of the Jeep vehicle parked in front of his home in the street between 7:00 a.m. and 8:00 a.m. CDT. [18]  The flood depth was observed in his video camera recording but exact times where not available.  Ms. D. S. Bordelon, who lived east of railroad tracks in Arabi, saw water coming into her house at about 7:30 a.m. CDT. [39] The model simulations show that the flood wave propagated to her location around 7:30 a.m. CDT, which matches her observation.  Mr. D. Martinez, who lived west of Paris Road, reported that right after eye passed water started coming to his area. [41]  The flood model closely matched his observation.  Mr. J. Ruiz, who lives in Arabi, stated that he got water in the house at 9:50 a.m. CDT. [25]   At this time, the simulated water level matched closely with the observed water level at his property.  In addition, he stated that the water depth was 6.5 feet to 7 feet at his house at 10:10 a.m. CDT [25], which represents a corresponding water level of 12.2 feet.  This water level appears much higher than the model results and other eyewitness accounts during this time period.

A video camera time-stamped footage was used to create a stage hydrograph at the courthouse location (see **Figure 6** and **Figure 10**).  The video camera footage indicates that the flood wave front did not reach the courthouse property until about 9:49 a.m. CDT.  By 10:02 a.m. CDT, the floodwaters were observed to completely inundate the courthouse area and the floodwaters reached the height of a picnic table by 10:27 a.m. CDT.  By 10:33 a.m. CDT, the courthouse property had flood depths over 4 feet with floodwaters entering the courthouse building at 11:00 a.m. CDT.  The flood simulation model results very closely matched the observed water levels as shown in the video camera footage at the courthouse location.

The flood simulation model also computed higher water levels between 10:00 a.m. and 10:30 a.m. CDT as reported by Mr. J. Reed.  His reported water level during this time

**CivilTech**
Engineering, Inc.

*Expert Opinion Report – Hurricane Katrina*

period does not appear to be consistent with the observed water levels in the video footage at the courthouse as would be expected.

The computer model simulation results were also compared with the 911 rescue calls as provided in **Table 4** of **Appendix E**.  Mr. Arcola Sutton, who lived close to IHNC north breach, placed a 911 call at 6:36 a.m. CDT stating the water was up to the attic in his house.  The model simulated a flood depth of approximately 7.1 feet at his location at 6:36 a.m. CDT.  Mr. Raymond Winfield, who lived between the IHNC north and south breaches, placed a 911 call at 7:01 a.m. CDT, stating that first floor of the house was completely under water.  The computer model simulated a flood depth of 7.9 feet at his location at 7:01 a.m. CDT.  Ms. Allison Berryhill, who lived at close to Jackson Barracks, placed a 911 call at 6:53 a.m. CDT and stated that she had water in her house.  The computer model simulated a flood depth of about 0.7 feet at her location at 6:53 a.m. CDT.  Ms. Bianca Knight, who also lived close to Jackson Barracks, placed a 911 call at 7:00 a.m. CDT, stating the water level was up to the bed.  The computer model simulated a flood depth of 2.9 feet at her location at 7:00 a.m. CDT.

As illustrated in **Figure 11**, the flood simulation model results closely match the water levels attained by IPET at various sites within the Lower Ninth Ward and St. Bernard Parish for Hurricane Katrina.



**Figure 11**.  Modeled water level and IPET interior hydrographs.

IPET shows two stopped clocks located at Site C1, located in the north Lower Ninth Ward (see **Figure 5** and **Figure 11)** had a stop time at about 5:15 a.m. CDT.  Two other clocks at Site C1 with the same elevation showed a stop time of about 6:30 a.m. CDT. Four other clocks at higher elevations at Site C1 also indicated a stop time at about 6:30 a.m. CDT.  The ground elevation in this area is about -6 feet, which would indicate that at an elevation of +2 feet, the water depth would have had to rise about 8 feet before the clocks became inundated.  Thus, the actual breach time would have had to been sometime prior to the recorded times on the clocks, which would be in agreement with the eyewitness accounts of about 4:30 a.m. CDT.  This breached time is also supported by additional eyewitness accounts obtained in this matter.

This flood simulation model results were also compared to the surveyed HWMs as provided in **Appendix G**.  The HWMs are grouped into five areas as shown in **Figure 12.**  The computed maximum water level as shown in **Figure 13** closely matches the HWMs at all five locations.

Based on the flood simulation model results, it can be concluded that the flood simulation model provides reliable and accurate prediction of the flooding timeline and flood depths during Hurricane Katrina and closely matches eyewitness accounts, stopped-clocked data, and video footage and photographs.  In summary, the Lower Ninth Ward began to flood early on Monday morning at or before 4:30 a.m. CDT from the north breach and at or before 6:00 a.m. CDT from south breach in the IHNC floodwall.  The floodwaters from the IHNC moved east toward Paris Road and eventually merged with the floodwaters from MRGO in the Chalmette area near Paris Road at about 9:00 a.m. CDT as shown in **Exhibit 7**.  MRGO floodwaters entered the Chalmette area from the northeast at about 8:20 a.m. CDT.  The IHNC and MRGO floodwaters completely merged just west of Paris Road near the courthouse at 9:50 a.m. CDT as shown in **Exhibit 8**.  The maximum water levels in the Lower Ninth Ward and St. Bernard Parish peaked at about 10.5 feet to 11.1 feet at 12.20 p.m. CDT.

*Expert Opinion Report – Hurricane Katrina*



**Figure 12.**  High Water Mark Locations.



**Figure 13.**  Comparison of modeled maximum water level and HWMs.

*Expert Opinion Report – Hurricane Katrina*

## 4.0   Flood Model Simulation Scenarios

Several flood simulation scenarios were modeled to understand the contribution of the flood in the Lower Ninth Ward and St. Bernard Parish from the different causes of the flood.   Four flood simulation scenarios were performed as identified and described below:

- Scenario 1: **ALL Causes** during Hurricane Katrina.  This is equal to the Katrina event.
- Scenario 2: **IHNC Levee Breaches** includes the IHNC north and south floodwall breaches, levee/floodwall overtopping along the IHNC and MRGO from storm surge, and rainfall.
- Scenario 3: **MRGO Levee Breaches** includes the multiple levee breaches along MRGO, levee/floodwall overtopping along the IHNC and MRGO from storm surge, and rainfall.
- Scenario 4: **No Breaches** includes the levee/floodwall overtopping along the IHNC and MRGO from storm surge and rainfall.  Pump stations are assumed not to be operational.

Computed stage hydrographs (water depth versus time) were derived for five locations within the study area as shown in **Figure 14**.



**Figure 14.**   Selected locations for comparing hydrographs from various modeled scenarios.

*Expert Opinion Report – Hurricane Katrina*

The stage hydrographs (water depth) computed at Location 1 and Location 2, as presented in **Figure 15** and **Figure 16**, shows that the north and south floodwall breaches along the IHNC caused flood depths of approximately 4.5 feet to 8 feet in the Lower Ninth Ward before 9:00 a.m. CDT.  It was determined that the north and south floodwall breaches caused over 90% of the total flow into the Lower Ninth Ward before 9:00 a.m. CDT.  The remaining 10% of the total flow was contributed from overtopping and rainfall.  Floodwaters from MRGO enter the Lower Ninth Ward at Location 2 after 9:20 a.m. CDT and completely merged with the floodwater from the IHNC at about 9:50 a.m. CDT.  Between 9:50 a.m. and 12:20 p.m. CDT, floodwaters from MRGO added an additional 4 feet of flood depth in the Lower Ninth Ward.  The modeled water depth from all causes at 9:50 a.m. CDT on Monday, August 29, 2005, is shown in **Exhibit 8**.  The total calculated volume percentages of flow entering the St. Bernard Parish after 12:20 p.m. CDT in the study are summarized in **Table 2.**

**Table 2.  Calculated Inflow Volume Percentages into St. Bernard Parish**

| Total Volume | Percent | | |
|---|---|---|---|
| (ac-ft) | Rainfall | Breaches | Overtopping |
| 427, 500 | 7 | 56 | 37 |

The model simulations show that the levee breaches along MRGO could have inundated the Lower Ninth Ward and St. Bernard Parish approximately 3 to 4 hours later than what actually happened during Hurricane Katrina.  Without the catastrophic breaches along the IHNC and MRGO, flood depths would have only likely reached approximately  4 to 5 feet at Location 1 and approximately 2 to 3 feet at Location 2 from the storm surge overtopping the levees during Hurricane Katrina.  Locations 3 and 4 would likely had experienced only shallow flooding without the levee breaches along IHNC and MRGO according to the water depths presented in **Figure 17** and **Figure 18**.

MRGO levee breaches are the primary cause of flooding at Locations 3, 4 and 5. **Figure 19** shows that IHNC breaches did not contribute to the flooding at Location 5 This is perhaps due to the levee at Violet Canal. If no breaches had occurred along MRGO, Location 5 would have experienced minor flooding, mostly due to MRGO and the 40-Arpent levee overtopping.  Eyewitness accounts and photos of the marsh grass debris on homes confirmed that the floodwaters in Locations 3, 4, and 5 came from the floodwaters along MRGO.

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*



**Figure 15.** Computed stage hydrographs at Location 1.



**Figure 16.** Computed stage hydrographs at Location 2.

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*



**Figure 17.** Computed stage hydrographs at Location 3.



**Figure 18.** Computed stage hydrographs at Location 4.

*Expert Opinion Report – Hurricane Katrina*



**Figure 19.** Computed stage hydrographs at Location 5.

*Expert Opinion Report – Hurricane Katrina*

## 5.0    Statement of Conclusions

The following professional opinions and conclusions are made for the Lower Ninth Ward and St. Bernard Parish based on the study findings as documented in this report.

- Two major floodwall breaches (failures), identified as the north and south breaches occurred to the hurricane protection system along the Inner Harbor Navigation Canal (IHNC), causing catastrophic flooding of homes and businesses in the Lower Ninth Ward and the St. Bernard Parish during Hurricane Katrina.

- The IHNC north breach occurred at or before 4:30 a.m. CDT and the IHNC south breach occurred at or before 6:00 a.m. CDT on Monday, August 29, 2005, prior to the storm surge overtopping the IHNC floodwall crest elevation.  A sensitivity analysis performed for various breaching times for the IHNC north and south breaches.  The sensitivity analysis results supports the breach times noted above based on comparisons between the simulated water depths and observed water depths in the study area at specified locations and times.

- The Lower Ninth Ward began flooding at or before 4:30 a.m. CDT on Monday morning from the north breach and at or before 6:00 a.m. CDT from the south breach in the IHNC floodwall. The floodwaters from the IHNC moved east into the St. Bernard Parish, merging with the floodwaters from MRGO north and west of Paris Road at about 9:00 a.m. CDT.   The IHNC and MRGO flood wave fronts continued moving south and gradually merged at the courthouse at 9:50 a.m. CDT, which floodwaters become indivisible upon merging together.  Floodwaters from MRGO entered the Chalmette area from overtopping the 40-Arpent Levee east of Paris Road at about 8.20 a.m. CDT.

- The north and south breaches along the IHNC floodwall accounted for over 90% of the total flow into the Lower Ninth Ward and St. Bernard Parish before 9:00 a.m. CDT.  The floodwaters of the IHNC eventually merged with the floodwaters from MRGO just west and south of Paris Road.

- Water levels for the Lower Ninth Ward and St. Bernard Parish peaked at about 10.5 to 11.1 feet at 12:20 p.m. CDT on August 29, 2005.

- The flood simulation model developed for Hurricane Katrina produces reliable and accurate results that closely match eyewitness accounts, stopped clocks, and high water marks of the flooding in the Lower Ninth Ward and the St. Bernard Parish.

- The flood simulation (animation) of Hurricane Katrina provides an accurate time progression of the flooding in the Lower Ninth Ward and St. Bernard Parish.

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

- The flood simulation model for Hurricane Katrina (ALL CAUSES) was used to attain the flood water depth hydrographs for three (3) plaintiff locations identified at:

  ❖ John/Jerry Alford, 2423 Deslonde Street, New Orleans, LA 70117

  ❖ Josephine Richardson, 1321 Egania St., New Orleans, LA 70117

  ❖ Jacob Glaser, 8400 W Judge Perez Dr., New Orleans, LA 70043

  The plaintiff locations and the flood water depths during Hurricane Katrina at their specific locations are provided in **Appendix J**.

It is presently beyond the scope of this study to provide damage estimates to homes and businesses caused by the floodwaters during Hurricane Katrina. For reference purposes, damage estimates can be ascertained using depth versus damage curves as presented in **Appendix H**.

## 6.0 References

[1]    IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume I - Executive Summary and Overview, pgs. I-32 to 35.

[2]    IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-166.

[3]    IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force. Volume VI-32-34.

[4]    IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-194.

[5]    IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-200.

[6]    IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-195.

[7]    Deposition of Terry Mark Adams, taken November 13, 2007, pgs. 17-18.

[8]    Deposition of William Joseph Villavasso, Jr. dated December 18, 2007, pgs. 36, 45, 57, 64, 140, 148.

[9]    Deposition of D'Antoinette Johnson dated December 11, 2007, pgs. 18, 26–25, 32-33.

[10]   Deposition of Carolyn Berryhill taken December 17, 2007, pgs. 37-38.

[11]   Deposition of Kendrick Ray Pounds taken December 11,  2007. pgs. 23–25.

[12]   Deposition of Wilson Matthew Simmons dated January 8, 2007, pgs. 35-36.

[13]   IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force. Volume IV-240.



**CivilTech**
**Engineering, Inc.**

[14]   IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-241.

[15]   IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-242.

[16]   Deposition of Damond Peters dated April 8, 2008, pgs. 25, 31.

[17]   Deposition of Patrina Peters dated April 8, 2008, pgs. 65, 66, 75

[18]   Deposition of James Reed dated February 28, 2008, pg. 12-0029, 12-0028, 14.

[19]   IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-199.

[20]   Team Louisiana, Van Heerden, I. et al. (December 18, 2006) The Failure of the New Orleans Levee System during Hurricane Katrina, pgs. 93-94.

[21]   ILIT, Seed, R.B. et al. (July 31, 2006) Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005. Vol. I, pg. 6-6.

[22]   IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pgs. IV-196, IV-240 to IV-242.

[23]   Deposition of Andrew Sartin dated April 11, 2008, pg. 54.

[24]   Deposition of Sally Jones dated April 2, 2008, pg. 27.

[25]   Deposition of James Ruiz dated February 28, 2008, pg. 18, 19.

[26]   IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pgs. IV-1-180 to IV-1-273.

[27]   IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force. Volume IV-7-53.

[28]   IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force. Volume IV-7-51.

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

[29]  Deposition of Dakeia Johnson dated April 9, 2008, pg. 45, 49, 51

[30]  Soil Conservation Service, "SCS National Engineering Handbook, Sec. 4, Hydrology, USDA, 1972

[31]  IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-15-43

[32]  IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-116

[33]  IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-186

[34]  Deposition of Daniel Weber dated June 25, 2008, pg. 95, 100, 104

[35]   Central Log Book for Pump Station No. 5, August, 29, 2005.

[36]   Deposition of Kevin McFarland  dated January 29, 2009, pg. 53, 54

[37]  Deposition of Donna S. Bordelon dated April 23, 2009, pg. 26

[38]  Deposition of Dennis Martinez  dated April 7, 2009, pg. 25,41

**CivilTech**
**Engineering, Inc.**

41