# EXHIBIT 18

Excerpts of R.B. Seed et al., *Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005* ("ILIT Report")

Part 2



**Figure 6.23:** Re-interpreted longitudinal subsurface soil profile, showing location of breach section on the east bank of the Lower ninth Ward Levee.



**Figure 6.24:** Cross-section showing location of borings for Lower Ninth Ward, East Bank, South Breach.

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team

6-39





**Figure 6.25:** Plots of (a) OCR vs. Depth and (b) $S_u$ vs. Depth for the soft gray marsh clay (CH) at the inboard toe and further to the landside (not under levee embankment overburden pressure) – Lower Ninth Ward, IHNC East Bank, South Breach site.

6-40

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



**Figure 6.26:** Plots of (a) OCR vs. Depth and (b) $S_u$ vs. Depth for the shallow marsh and clay deposits at the inboard toe and further to the landside (not under levee embankment overburden pressure) – Lower Ninth Ward, IHNC East Bank, South Breach site.

6-41

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

**Figure 6.27:** Geometry and input parameters for FEM (PLAXIS) stability analyses for Lower Ninth Ward, IHNC East Bank, South Breach.



**Figure 6.28:** Deformed mesh after modeling staged construction for the levee and allowing for consolidation for Lower Ninth Ward, IHNC East Bank, South Breach.

6-43



**Figure 6.29:** Deformed mesh for storm surge elevation of +13.5ft (MSL) for Lower Ninth Ward, East Bank, South Breach.



**Figure 6.30:** Normalized shear strain contours (shear strain divided by strain to failure) for a storm surge at Elev. + 12.5 feet (MSL) at the Lower Ninth Ward, IHNC East Bank, South breach site; gapping at outboard toe of floodwall is developed fully through the embankment fill material.





**Figure 6.31:** Normalized shear strain contours (shear strain divided by strain to failure) for a storm surge at Elev. + 14 feet (MSL) at the Lower Ninth Ward, IHNC East Bank, South breach site; gapping at outboard toe of floodwall is fully developed.



**Figure 6.32:** Calculated Factors of Safety for two modes based on PLAXIS analyses of the Lower Ninth Ward South breach site (east bank IHNC) for various canal water elevations; showing the best-estimated path to failure.

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



**PARAMETER**

| MATERIAL | γ (pcf) | φ | c (psf) | Kh (ft/hr) | Kh (cm/s) | Kv/Kh | Θ * |
|---|---|---|---|---|---|---|---|
| Fill | 105 | 0 | 900 | 1.17E-04 | 9.91E-07 | 1 | 0.35 |
| Upper CH | 95 | 0 | 800 | 2.0E-04 | 1.69E-06 | 0.333 | 0.35 |
| Upper Marsh | 85 | 28 | 0 | 1.10E+00 | 9.31E-03 | 0.25 | 0.5 |
| OC Grey CH | 95 | 0 | 500 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| NC Grey CH | 95 | 0 | Su/p: 0.28 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| Lower Marsh | 85 | 28 | 0 | 1.10E+00 | 9.31E-03 | 0.25 | 0.5 |
| Silt | 110 | 0 | 600 | 1.17E-04 | 9.91E-07 | 0.333 | 0.41 |
| Lean Clay | 100 | 0 | 600 | 2.00E-04 | 1.69E-06 | 0.333 | 0.38 |
| Sands | 120 | 30 | 0 | 1.00E+00 | 8.5E-03 | 0.5 | 0.42 |
| Gaps | | | | 100 | | 10 | 1 |

* Fredlund et al, Green and Corey, Van Genuchten




Figure 6.33: Geotechnical cross-section for analysis of the IHNC east bank, south breach.

6-48

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 6.34: Finite difference mesh for seepage analyses for IHNC east bank, south breach.

6-49

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 6.35: Flow net for the south breach on IHNC; storm surge at 14.4ft (MSL).  Head contours at 1-foot intervals of head.



Figure 6.36: Pressure contours for the south breach on IHNC.  Storm surge at 14.4ft (MSL).

6-50



Figure 6.37: Hydraulic gradients for the south breach on IHNC east bank; storm surge at 14.4ft (MSL). Maximum exit gradient at the levee toe is $i_o \approx 0.8$ to 1.0.

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 6.38: Transient flow pore pressure generation for the south breach on IHNC east bank.



Figure 6.39: Pore pressure generation at different times and depths at the inboard toe of the south breach on IHNC east bank.

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 6.40: Hydraulic gradients at the south breach on IHNC east bank.

6-53

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 6.41: Pore pressure versus horizontal distance and time at the top of the second marsh layer; south breach on IHNC east bank.

Case 2:05-cv-04182-SRD-JCW   Document 19300-20   Filed 10/02/09   Page 19 of 34

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 6.42: Critical failure surface for the south breach on IHNCeast bank; storm surge at 14ft (MSL), failure through upper marsh layer with gap at front of sheetpiles fully developed.



Figure 6.43: Deeper failure surface for the south breach on IHNCeast bank; storm surge at 14ft (MSL), gap at front of sheetpiles fully developed.



Figure 6.44: Calculated Factors of Safety for three modes based on SLOPE/W analyses of the Lower Ninth Ward South breach site (east bank IHNC) for various canal water elevations; showing the best-estimated path to failure.



Figure 6.45:  Aerial view of the south breach at the east bank of the IHNC (at the west end of
the Ninth Ward), showing the crevasse splay generated by reverse drainage
flow.

[Photograph by U.S. Army Corps of Engineers]



Figure 6.46:   Aerial view of the partially repaired north breach on the east bank of the IHNC
at the west end of the Lower Ninth Ward.

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team

| MATERIAL | γ (pcf) | φ | c (psf) | PARAMETER | | | Θ * |
|---|---|---|---|---|---|---|---|
| | | | | Kh (ft/hr) | Kh (cm/s) | Kv/Kh | |
| Fill | 105 | 0 | 900 | 1.17E-04 | 9.91E-07 | 1 | 0.35 |
| CH | 95 | 0 | 800 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| OC Grey CH | 95 | 0 | 500 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| NC Grey CH | 95 | 0 | Su/p: 0.28 | 2.00E-04 | 1.69E-06 | 0.333 | 0.35 |
| Marsh | 85 | 28 | 0 | 1.10E+00 | 9.31E-03 | 0.25 | 0.5 |
| Lean Clay | 100 | 0 | 600 | 2.00E-04 | 1.69E-06 | 0.333 | 0.38 |
| Sands | 120 | 30 | 0 | 1.00E+00 | 8.5E-03 | 0.5 | 0.42 |
| Gaps | | | | 100 | | 10 | 1 |

* Fredlund et al, Green and Corey, Van Genuchten



Figure 6.47: Geotechnical cross-section for analysis of the IHNC east bank, north breach.

6-59

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 6.48: Finite difference mesh for seepage analyses for IHNC east bank, north breach.

6-60

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 6.49: Flow net generation for the north breach on IHNC east bank. Storm surge at +14.4ft (MSL). Head contours at 1 foot intervals of hydraulic head.



Figure 6.50: Pressure contours for the north breach on IHNC east bank. Storm surge at +14.4ft (MSL). Pore pressure contours at intervals of 62.4 lb/ft$^2$.

6-61

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 6.51: Hydraulic gradients for the north breach on IHNC. Storm surge at +14.4ft (MSL). Maximum exit gradient on the upper levee toe is $i_o \approx 1.0$, and $i_o \approx 1.5$ to 2.5 at the lower toe.

6-62



Figure 6.52: Critical potential stability failure surface for the north breach on IHNC.  Storm surge at +14 ft (MSL).



Figure 6.53: Transient flow pore pressure generation for the north breach on IHNC east bank.



Figure 6.54: Pore pressure generation at different times and depths at the inboard toe of the north breach on IHNC east bank.

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 6.55: Hydraulic gradients on the south breach on IHNC east bank.

6-65

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

Independent Levee
Investigation Team



Figure 6.56: Pore pressure versus horizontal distance and time on the north breach on IHNC east bank.

6-66



Figure 6.57:   Factor of Safety vs. water elevation (ft, MSL) for the north breach, east bank of the IHNC at the west end of the Lower Ninth Ward.

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006



Figure 6.58: IPET shear strength profile; IHNC east bank/Lower Ninth Ward (North) breach.



Figure 6.59:  Critical limit equilibrium stability failure mode from IPET Draft Final Report;
canal water elevation at +9 feet (MSL).  Factor of Safety: 1.03.

[IPET; June 1, 2006]

**Independent Levee
Investigation Team**

**New Orleans Levee Systems
Hurricane Katrina
July 31, 2006**



Figure 6.60:  Re-interpretation of shear strength, and the ILIT shear strength profile.