UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

APPENDIX TO LAFARGE NORTH AMERICA INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Volume III: Exhibits 20 through 39

Index of Exhibits to Lafarge North America Inc.'s
Memorandum of Law in Support of Motion for Summary Judgment

| Exhibit | Document |
|---|---|
| 1 | Report of Charles Cushing |
| 2 | Report of Gennaro Marino |
| 3 | Report of Reda Bakeer  (appendices excluded) |
| 4 | Deposition of Charles Cushing |
| 5 | Deposition of Donald Green (2009) |
| 6 | Deposition of Hector Pazos |
| 7 | Report of Austin Dooley |
| 8 | Deposition of Gennaro Marino (2009) |
| 9 | Deposition of Gennaro Marino (2008) |
| 10 | Deposition of Donald Green (2008) |
| 11 | Deposition of Reed Mosher |
| 12 | Report of Hector Pazos |
| 13 | Report of Robert Bea  (appendices excluded) |
| 14 | Deposition of Melvin Spinks (2008) |
| 15 | Deposition of Melvin Spinks (2009) |
| 16 | Report of Melvin Spinks (2009)  (appendices and exhibits excluded) |
| 17 | Report of Joseph Suhayda |
| 18 | Excerpts of R.B. Seed et al., *Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005* ("ILIT Report") |
| 19 | Deposition of Robert Bea |
| 20 | Excerpts of van Heerden et al., *The Failure of the New Orleans Levee System* |

|    |                                                                                                                                                                                                          |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | *during Hurricane Katrina* ("Team Louisiana Report")                                                                                                                                                     |
| 21 | Excerpts of Interagency Performance Evaluation Team, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (March 2007 Final Report) ("IPET Report")          |
| 22 | Report of Paul Kemp                                                                                                                                                                                      |
| 23 | Deposition of Terry Adams                                                                                                                                                                                |
| 24 | Deposition of William Villavasso                                                                                                                                                                         |
| 25 | Deposition Excerpts of Fact Witnesses                                                                                                                                                                    |
| 26 | Report of William Jason Weiss                                                                                                                                                                            |
| 27 | Deposition Reda Bakeer                                                                                                                                                                                   |
| 28 | Plaintiffs' Response to Request for Admission No. 6                                                                                                                                                      |
| 29 | Report of Donald Green                                                                                                                                                                                   |
| 30 | Deposition of Robert Bartlett                                                                                                                                                                            |
| 31 | Deposition of Austin Dooley                                                                                                                                                                              |
| 32 | Deposition of Arthur Murph                                                                                                                                                                               |
| 33 | Deposition of Sidney Williams (Feb. 2008)                                                                                                                                                                |
| 34 | Deposition of Sidney Williams (Oct. 2008)                                                                                                                                                                |
| 35 | Transcript of Recorded Interview, Exhibit 3 to Deposition of Sidney Williams (Oct. 2008)                                                                                                                 |
| 36 | Deposition of Marenthia Lagarde                                                                                                                                                                          |
| 37 | Report of Robert Bartlett                                                                                                                                                                                |
| 38 | Report of Melvin Spinks (2008) (appendices and exhibits excluded)                                                                                                                                        |
| 39 | Deposition of Wade Ragas                                                                                                                                                                                 |