# EXHIBIT 20

Excerpts of van Heerden et al., *The Failure of the New Orleans Levee System during Hurricane Katrina* ("Team Louisiana Report")

Part 2

# CHAPTER TWO

## HURRICANE KATRINA AND HER SURGE

### Katrina Meteorology

Hurricane Katrina reached maximum winds of 170 mph (1 minute average at 33 ft above ground) at 1300 CDT (1:00 PM) on Sunday, 28 August 2005, about 200 miles southeast of the mouth of the Mississippi River (Knabb et al. 2006). This was Category 5 on the Saffir-Simpson Scale (Appendix 1). The wind field expanded throughout the day until hurricane-force winds extended over 100 miles from the center, so that at one stage Katrina was a very large Category 5 storm.  Katrina did not turn northward until the first hours of Monday morning, 29 August, but weakened quickly as it moved toward the coast. The reasons for this weakening are not well understood, but it is typical of intense northern Gulf coast storms. The hurricane made landfall at 0610 as a Category 3 storm with estimated maximum winds of 117 mph (Howard pers. comm.) near Buras, Louisiana.

At the time of landfall, Katrina was reported to be a Category 4 storm. It was not downgraded to Category 3 until the National Hurricane Center (NHC) had completed a careful analysis of all available data and issued its Tropical Cyclone Report in December (Knabb et al. 2005).   Knabb et al. (2005) note that the maximum wind at landfall was lower than expected for a hurricane with a central pressure as low as 920 mb.  Hurricane Rita struck western Louisiana less than one month later (24 September 2005) and reached an even lower central pressure before it made landfall. Although Katrina's central pressure remained low, surface wind speeds at landfall were below the values that had been predicted from flight level readings.

### Track, Winds and Central Pressure

Katrina followed a track due north that took it across the Mississippi River to a final landfall near the mouth of the Pearl River at the Louisiana/Mississippi border at about 0945, 3.5 hours after the Buras landfall. The central pressure rose gradually as the storm was traversing southeast Louisiana.  At the time of the Mississippi landfall, pressure had reached 928 mb and Katrina was still a Category 3 hurricane with estimated maximum winds of 105 mph (van Heerden and Bryan 2006, pg 70). The hurricane accelerated after its Louisiana landfall from about 13 to 16 mph, making it a relatively fast-moving storm.

Katrina weakened rapidly after moving inland over southern and central Mississippi, becoming a Category 1 hurricane by 1300, about 3 hours after the

Mississippi landfall. The NHC downgraded Hurricane Katrina to a tropical storm about six hours later, when the remnants of the eye were northwest of Meridian, Mississippi.

The center of Katrina's eye, which was estimated at 25 to 35 miles in diameter, passed about 40 miles east of downtown New Orleans, but the city did not experience winds stronger than Category 1 or weak Category 2 (95 mph) velocities. Katrina's strongest winds were in the right-hand leading quadrant that was almost continually over water. A few instrumented towers placed in various locations in the GNO metropolitan area by the Florida Coastal Monitoring Program (FCMP) and by Texas Tech University measured sustained winds in the range of 71-79 mph (Knabb et al. 2005). A National Weather Service (NWS) anemometer located at an elevation of 52 ft along the Lake Pontchartrain Causeway 9.3 miles north of New Orleans measured a 1-minute average wind speed of 79 mph.

**Rainfall**

Rainfall along the northern Gulf coast was most intense along and just west of the track, averaging 8-10 inches of rain across southeastern Louisiana and southwestern Mississippi. The National Climatic Data Center reports that the Slidell NWS office measured  nearly 12 inches, and that five stations from the GNO measurements ranged from 6 to 13.9 inches (Graumann et al. 2005), suggesting an average of about 9 inches over the 24 hours that included passage of Katrina. This is sufficient to rank the Katrina rainfall among the top rain events reported from New Orleans, above TS Isidore in 2002 (4.5-7.5 inches) and below TS Allison in 2001 (14.5-21.5 inches).  Such precipitation totals would have produced street flooding in New Orleans like these earlier rainfall events if the breaches had not turned inconvenience into disaster. Louisiana appears to have been spared tornadoes, in contrast to Mississippi where 11 were reported.

IPET estimated 24-hour rainfall for the GNO, primarily using radar data, between 9.9 to 13.6 inches, beginning at 2300 CDT on 28 August and continuing for 24 hours.  They report the rate of precipitation rising to a peak of almost 2 in/hr between 0300 and 0400 29 August, then dropping to 0.6 in/hr for the two hours immediately before the Louisiana landfall in Buras (0600) based on radar estimates.  Rainfall is believed to have intensified again following this lull to 1.5 in/hr for three hours (0900).  This was the end of the most intense rainfall period as the estimated rate dropped to about 0.5 in/hr for the next 5 hrs (1300) and decreased again to less than 0.2 in/hr after that.

This radar-derived chronology suggests that there were lulls around the heaviest

rainfall periods between 0400 and 0600 or just before dawn, and after 0900 when eyewitnesses would have emerged from their homes to assess the situation. Relatively few eyewitnesses reported from the daybreak interval, unless they were being flooded at that time as in the Lower 9th Ward, but their reports were more frequent after 0900.

**Meteorological Assessment of Storm Surge and Waves**

If the maximum wind speeds in the GNO area were less than expected, the magnitude Katrina's storm surge was large. Katrina pushed ashore a surge of nearly 30 feet in the vicinity of Waveland and Pass Christian, Mississippi, and reached almost 20 feet against the Mississippi River levees in Plaquemines Parish. The highest surge observed in the GNO was against the MRGO levee in the funnel formed by the convergence of the levee systems built along the north bank of the GIWW and the south bank of the MRGO. The surge penetrated six miles into the GNO through the portion of the GIWW that was enlarged as part of the MRGO project.

The surge also entered the Lake Pontchartrain basin, raising Lake Maurepas by more than three feet 40 miles from the coast. It appears to have penetrated at least six miles inland in many portions of coastal Mississippi as well, and up to 12 miles inland along bays and rivers, crossing Interstate 10 in some locations. Katrina produced a significant storm surge along the eastern Gulf coast into the Florida panhandle. Hurricane-induced flooding extended several miles inland from the Gulf coast in Mobile Bay where the surge was about 10 feet, only about 2 feet lower than it was in Lake Pontchartrain.

Although the storm surge was higher to the east of the path of the eye of Katrina, water level also rose in the Pearl River marshes and in Lake Pontchartrain. The level of Lake Pontchartrain had been rising for about a day prior to landfall in response to the strong easterlies that preceded the storm, reaching about 3 feet (NAVD88). Then the elevated water in the Lake was sequentially tilted first toward the south shore by strong north to northwest winds around 0900, and then toward the northeast quadrant of the Lake (Slidell area) by the trailing westerlies (1200) of the cyclone.

The disastrous effect of the first Lake surge on the I-walls along the GNO drainage canals is well known. The second surge severely affected communities along the northeastern shore of Lake Pontchartrain from Mandeville to Slidell, but is less well understood. It is not known, for example, how much of the surge observed was an isolated Lake Pontchartrain event, and how much was a spillover from the more massive Mississippi surge to the east.

Knabb et al. (2005) explain the magnitude and extent of the storm surge produced by Katrina primarily as a function of the huge size of the storm, even though it had weakened from Category 5 intensity the previous day to Category 3 at landfall. Katrina had a 35 mile radius to maximum winds and a very wide swath of hurricane force winds that extended at least 87 miles east from the center on the day it made landfall. Even though Hurricane Camille (1969) was more intense than Katrina at landfall and followed a similar track, Camille was far smaller. Though Camille produced a similar storm surge maximum just to east of the eye, it did so over a much shorter stretch of coast.  It is also probable that the loss of Louisiana coastal wetlands and degradation of barrier islands along Katrina's track in the 35 years since Camille exacerbated the surge in 2005.  Additionally, the man-made Mississippi Rivers levees, as will be discussed shortly, exacerbated the surge.

While it was a Category 4 to 5 hurricane offshore, Katrina built and set in motion an energetic wave field. NOAA National Data Buoy 42040 located about 74 miles south Dauphin Island, Alabama, reported a significant wave, the average of the highest one-third of waves measured, of 30 feet as early as 1900 on August 28, 11 hours before the Louisiana landfall, and later measured a record 55 feet at the time of landfall.

Among the most important contributions of the IPET team was a very comprehensive modeling analysis of the waves that reached the GNO HPS (IPET 2006b). IPET found that the height of the waves affecting the south shore of Lake Pontchartrain and reaching the east side of the GNO HPS from Lake Borgne were limited by frictional drag in shallow water (depth-limited) and were not greater than anticipated in the original oceanographic analysis based on the "standard project hurricane" (SPH). Waves in Lake Pontchartrain were relatively high frequency (period less than 7 second) as would be expected for waves generated in the lake itself.

On the other hand, the IPET wave model predicted that a significant portion of the waves that affected levees and floodwalls bordering the funnel east of the GNO had periods twice as long, up to 15 seconds, and must have been generated well offshore. Such waves have the potential to cause significantly greater run-up on levees than the shorter-period (5-7 sec.), locally-generated waves of the same height that were anticipated in the original design.  For waves breaking on a beach or a levee, run-up is a function of wavelength, and wavelength increases as the square of the period. Longer period waves generate higher run-up basically by pushing a greater volume of water against the levee in each wave cycle.

**Storm Surge Height**

By the time Slidell flooded, Katrina had already breached levees in the GNO that ultimately inundated more than 80 percent of the East Bank. The USACE did not entirely succeed in removing these floodwaters until October 11, 43 days after Katrina's landfall, after a second reflooding through the IHNC of the Upper and Lower 9th Ward and Gentilly by Hurricane Rita (24 September).  Sheet pile walls driven across the beds of the Orleans Metro drainage canals kept those partially repaired breaches from being reactivated by Rita, but breaches on the IHNC flowed again.

The Hurricane Public Health Center at LSU has worked with Joannes Westerink at the University of Notre Dame since 2002 to develop an operational version of the ADvanced CIRCulation (ADCIRC) storm surge model for the Louisiana coast (van Heerden et al. 2002, 2003, and 2004).  ADCIRC, like the SLOSH model used by the National Weather Service (to be discussed in more detail in the next chapter), can predict surge elevations resulting from hurricanes, and is used to uncover details about the oceanographic response to a storm with a given track, speed and intensity. Surge is often discussed in association with hurricanes but is often misunderstood.

Surge is the rise of water above the normal tide level (still water level) generated by the prolonged and changing stresses of hurricane winds on the water surface. Oceanographic and meteorological factors other than the wind stress contribute to surge, like the rise of the ocean under an area of low atmospheric pressure (inverse barometer effect), and an increment due to the momentum transfer toward the coast caused by waves, but wind stress is the most important.

The combined effect of these factors vary greatly from place to place through time and are highly influenced by the geometry of the receiving coast and the man-made structures like levees and floodwalls that are put in place to contain the surge.  Only sophisticated models like SLOSH and ADCIRC are capable of simulating these complex interactions over the very large expanses of ocean traversed by a storm like Katrina, while including sufficient detail in the coastal areas of most interest (Figure 13).

**Modeling Surge with ADCIRC**

ADCIRC is a two-dimensional, depth-averaged, finite-element hydrodynamic model that is forced by a Planetary Boundary Layer (PBL) hurricane wind model (Westerink et al. 2004). The model predicts water surface elevation and currents generated by wind and pressure. LSU forecasting ADCIRC version S08 consists of over 300,000

computational nodes in a domain that includes the western half of the Atlantic Ocean, the Caribbean Sea and the Gulf of Mexico (Figure 13). More than 80 percent of these nodes are concentrated within Louisiana's wetlands and estuaries to reproduce the complex geometry of natural and man made channels and levees that affect surge transmission, amplification and attenuation. The goal was to create a model that could be run quickly and reliably for real-time operations support.

 

Figure 13. ADCIRC "S08" computational model domain (left) and detailed mesh outlines (right) around New Orleans area (for S08 grid reference see Feyen et al. 2002).

The GNO HPS was represented in an idealized way in that the levee and floodwall heights were presumed to be at the design levels relative to the NGVD29 vertical datum historically used by the USACE New Orleans District.  The model was developed with funding from the USACE New Orleans District and used the information they provided, however inaccurate with respect to deficiencies.  It is now known that most levee and floodwall crowns were lower than the design level of protection, as will be discussed in Chapter 5.  This version of ADCIRC is helpful from a forensics standpoint in providing an estimate of the more limited flooding that would have occurred during Katrina, if the East Bank HPS was complete and more or less at the 1965 authorized level of protection.  In fact, it has required more than $500 million in repairs, raising and rehabilitation since the storm to bring limited lengths of the HPS nominally up to the authorized condition.

We have used ADCIRC for forensics purposes to develop a way of stitching together the pieces of the Katrina story provided by eyewitnesses, gages and HWMs, and as a way of separating Katrina impacts that the HPS should have defended against, from those that it could not be expected to stop.  More specifically, we wanted to separate flooding over the crowns of levees and floodwalls caused by surge and waves in excess of the design level of protection, from flows that occurred because either the crown

elevations were below the design elevation, or flood protection had been compromised by breaching.

A good surge prediction requires very good information on hurricane track, speed of advance and intensity. The final NHC track has the eye center passing 6 miles to the east of the easternmost St. Bernard levee defenses, so that only the western, weaker eyewall winds affected any populated portion of GNO (Figure 14).  Katrina dealt GNO a glancing blow when it veered across the Mississippi River deltaic plain as a relatively fast-moving Category 3 storm.  Much more damaging Category 3 storm scenarios are possible that would have flooded the West Bank as well as the East Bank. (www.hurricane.lsu.edu)

A hindcast ADCIRC surge prediction was prepared (Figure 14). Based on this prediction a surge would have entered the GNO HPS before 0800 through the artificial funnel formed by the convergence of levees built along the north bank of GIWW and the south bank of the MRGO (Figure 14). This surge would then have sequentially overtopped levees along the western reach of the combined MRGO/GIWW, and entered the IHNC as a high-velocity jet (Figure 15). Minor overtopping was predicted along the southern St. Bernard levee (Caernarvon) and none on the Lake Pontchartrain shoreline. ADCIRC predicted a potential for overtopping along the Duncan Canal floodwall protecting Jefferson on the west side.



Figure 14. ADCIRC hindcast of surge sequence from August 29 0700 (top left), 0800 (top right), 0900 (bottom left), 1000 (bottom right).  Surge is in meters.  The vectors indicate wind direction with the center of circulation (eye) visible in the top right and bottom left panels.  Overtopping begins before 0800 (HPHC 2005).

Along, the MRGO on the south side of the funnel, water is shown spilling into a large impounded marsh (St. Bernard Wetlands) that is bounded on the south by a secondary state levee. This secondary levee (40 Arpent levee) is from 7 to 10 ft high, compared to the 17.5 ft federal levee along the MRGO, and is primarily used to facilitate drainage of the populated portion of St. Bernard. This secondary levee is depicted as submerged in the vicinity of the Lower 9 th Ward, a portion of Orleans Parish that falls within the St. Bernard drainage basin. The only overtopping shown in the hindcast that did not take place on the morning of August 29 is the water shown entering Jefferson from the western marshes.



Figure 15. Flows generated by Katrina toward and into New Orleans over the tops of levees near the onset of flooding. Note that circulation in the triangular "funnel" that opens to the east of the IHNC includes flows both normal and parallel to the levees and floodwalls built along the south bank of the MRGO and north bank of the GIWW (LSU HC 2005).

**Comparison of Model Results to Observed High Water Marks**

Only one complete contemporaneous record of stage exists from the GNO for Katrina (Figure 16). This was a set of visually collected hourly readings recorded by the lockmaster at the southern terminus of the IHNC (IPET 2006b). No automatic recording gages around the GNO functioned through the entire event to document the surge peak. The peak surge recorded at the IHNC lock was 15 ft NAVD88, but the elevation was later reduced to 14.2 ft when it was found that the gage was set 0.7 ft high (IPET 2006b, Vol.

IV-33).   But the local mean sea level (LMSL) elevation is about 0.7 ft above the NAVD88(2004.65) datum plane, so it appears that the <u>surge got to 15 ft above the local sea level, essentially what the 1965 design had called for in setting crown heights for the southern reach of the IHNC.</u>



Figure 16. Gage records from IPET (2006b, Vol. IV-33)

Beginning a week after the storm, LSU researchers began acquiring high water marks (HWM) outside the HPS to verify the ADCIRC hindcast.  Marks and debris lines on the unprotected side of the levees were all affected to some degree by waves, so water lines from inside buildings were s o u g h t  to reduce these effects. Where no interior marks existed, debris lines on levees were included selectively, but always provide higher surge estimates than those acquired inside buildings. Fifty-two HWM elevations outside of the GNO HPS were surveyed.

Similar data was collected at 92 points inside the basins that flooded (Figure 17). Initially, these points were referenced to the statewide LIDAR dataset using a laser level (NAVD88). To reduce potential for later disagreement, LSU initiated collaboration with the IPET to locate and survey this perishable evidence. Eventually all HWMs outside the flood protection system were surveyed by either USACE, Louisiana Department of Transportation and Development (LDOTD) surveyors, or both (Figure 18).  Local mean sea level, the reference for HPS design, varies from about 0.5 to 0.8 ft NAVD88 (2004.65).



Figure 17. Greater New Orleans showing principal features that define flood defenses on the East bank; locations of high water marks surveyed outside and inside of the flooded basins, and five sub-areas used for reporting surge (Lake West, Jefferson, Orleans Metro, East Orleans and St. Bernard).

The marks surveyed within the flooded basins, include 58 in St. Bernard, 22 in New Orleans Metro, and 12 in New Orleans East.  In addition to LSU and IPET, investigators from the USACE New Orleans District and the ASCE contributed to the HWM database. Peak elevations forecast by ADCIRC were converted from the NGVD29 ADCIRC datum to NAVD88 using the National Geodetic Survey VERTCON program, so that they could be compared to the HWM elevations (Table 2).

| Zones West to East | No. HWM Obs. | Measured HWM (SE) feet (NAVD88) | Advisory 31 Hindcast |
|---|---|---|---|
| **Lake West** | 5 | *7.22 (0.69)* | *8.89* |
| | | RMS Error | 2.16 |
| **Jefferson** | 4 | *8.04 (5.48)* | *12.23* |
| | | RMS Error | 1.12 |
| **Orleans Metro** | 20 | *11.91 (1.02)* | *12.79* |
| | | RMS Error | 1.08 |
| **East Orleans** | 9 | *13.71 (1.80)* | *13.71* |
| | | RMS Error | 2.07 |
| **St. Bernard** | 14 | *15.94 (1.67)* | *13.78* |
| | | RMS Error | 2.36 |
| **All** | 52 | *12.56 (0.46)* | *12.30* |
| | | RMS Error | 1.70 |
| *Percent Error* | *52* | | *14%* |

Table 2.LSU ADCIRC Accuracy for Katrina outside the GNO Hurricane Protection System.

The LSU ADCIRC hindcast produced a mean elevation (12.3 ft) for the GNO only 0.3 ft lower than the observed mean, with a root mean square (RMS) error of 1.7 ft, for an average error of 14 percent. ADCIRC overpredicted surge to the west of the GNO and underpredicted to the east in the funnel area by about 2 ft, but was off by only about a foot on average along the GNO lakefront, and was nearly perfect at the entrance to the 17th Street Canal.

The LSU ADCIRC hindcast produced RMS error estimates of 1.1 to 2.4 ft for the three basins that experienced extensive flooding. Although efforts are made to minimize the effects, all HWMs from outside the levees contain an added, but unknown, increment of water level rise associated with waves. We believe that the best HWMs collected inside buildings include the surge and wave setup, but not the waves themselves, or run-up where the waves have already broken on levees or other structures. As a result, the difference between a mean surge elevation of 14.4 ft predicted by ADCIRC and 16.1 ft measured in a building just outside the St. Bernard levee system, for example, is at least partly attributable to waves.



Figure 18.  Plot of high water marks along the south shore of Lake Pontchartrain collected by LSU and other agencies, and surveyed by the USACE (IPET 2006b, IV-1-7).

Spatial trends in maximum surge predicted by ADCIRC were confirmed for both the Lake Pontchartrain and Lake Borgne surges.  Along the south shore of the Lake, the surge increased from 6 ft to 13 ft going from Bayou LaBranche west of the City to Chef Menteur at the eastern margin of the lakeshore HPS (Figure 18).  Waves added varying amounts of runup to different levee reaches.  In the vicinity of the 17th Street and London Avenue Canal, the surge reached between 10 and 11 ft (NAVD88), but wave runup on some lake front levee faces added 5 ft (Figure 18).

The IPET analysis for the funnel area distinguishes between water level rise caused by surge and that attributable to waves.  Test points were identified outside the New Orleans East and St. Bernard HPS (Figure 19).  ADCIRC was used to identify trends in maximum surge elevation in the scatter created by the HWMs.  Maximum surge elevation is estimated to range from 12 to 14 ft NAVD88(2004.65), increasing from north to south, or from Lake Pontchartrain towards the Lake Borgne funnel in the Chef Menteur area adjacent to the Bayou Sauvage National Wildlife Refuge on the east side of the New Orleans East HPS.  The levee crown in the spots shown was within the design range of 13.5 to 15.5 ft MSL.  Sea level in the funnel area is about 0.6 ft NAVD88(2004.65).  Waves are believed to have added little more than an additional foot to the surge in this area, perhaps as a result of damping by the extensive wetland buffer in front of the levee.  This levee did not experience general overtopping and came through the storm with little damage.



Figure 19.  Test locations identified by IPET for analysis of surge and wave water levels in the funnel, for New Orleans East on left, and St. Bernard on right (from IPET 2006b, V-18-15, V-18-20)



Figure 20.  IPET estimates of surge and wave effects on east side of New Orleans East HPS.  Surge ranges from 12 to 14 ft, with an additional rise of 1 to 2 ft due to waves or wave runup.  Subtract 0.6 ft for elevation relative to sea level.  Pre-Katrina levee in this reach was high enough to resist general overtopping (from IPET 2006b, V-18-19).

South of New Orleans East, the maximum surge is interpreted as rising from 14 to 16 ft MSL, increasing towards the GIWW/MRGO junction, but dropping by 1.5 ft in the throat of the funnel just west of Paris Rd (Figure 21).  IPET added more

than a foot to the computed surge in this area to match the HWMs, and up to 2 ft more for waves, arriving at a combined surge/wave level of 16.5 to 18.2 ft MSL, somewhat below the design elevation of protection (17.5 to 23 ft MSL) but above the actual levee crown (15 to 17.5 ft MSL).   IPET shows a potential for overtopping (0.5 to 2.0 ft) with depths similar to the crown elevation deficiency.



Figure 21.  IPET estimates of surge and wave effects on north side of funnel, on New Orleans East HPS paralleling the GIWW.  Surge ranges from 14.7 to 16.8 ft, with an additional 2 ft of rise due to waves or wave runup.  Pre-Katrina levee in this reach was 15 to 18 ft high, but was subject to general overtopping (from IPET 2006b, V-18-18).  Subtract 0.6 ft for elevation relative to sea level.

On the south side of the funnel along the MRGO, IPET interprets the maximum surge as being more uniform, ranging from 17.5 to 19.5 ft MSL (Figure 22).  IPET had to add more than 2 ft to the computed surge to get to this level.  Based on our understanding of the HWMs in this area, we would place the maximum surge at least a foot lower along the MRGO, but this is a matter for interpretation, and there is no right answer.  IPET adds between 1 and 3 feet for waves, giving a combined water level that ranges from 19.5 to 23.0 ft MSL.  The design elevation for the levee crown in this area is 17.5 ft MSL, and the actual elevation ranged from 15 to 18 ft MSL, so the stage was set for general overtopping.  This overtopping, and the wave attack that preceded it, destroyed the MRGO levee, causing complete loss in some places and significant degradation in most (Figure 23).

39



Figure 22.  IPET estimates of surge and wave effects on south side of funnel, on St. Bernard (Chalmette) HPS paralleling the MRGO.  Surge is estimated between 18 to 20 ft (NAVD88), with an additional 2 ft of rise due to waves or wave runup.  Pre-Katrina levee was 15 to 18 ft high, but was subject to general overtopping (from IPET 2006b, V-18-24).  Subtract 0.6 ft for elevation relative to current sea level.



Figure 23.  MRGO levee degradation from near junction with GIWW to Verret (derived from IPET 2006b, IV-16-2 to IV-16-10).  Subtract 0.6 ft for MSL.

The IPET surge modeling team has made significant additions to the ADCIRC code and capabilities since the LSU hindcast on the day after the storm.  The improvements include a more detailed representation of the Mississippi coast, use of reconstructed hurricane wind fields now available from the NHC, and addition of the physics of wave-induced surge amplification (wave set-up). The more recent IPET results improve understanding of the late-stage surge that propagated into eastern Lake Pontchartrain and the north shore (IPET 2006b). They also have produced better agreement with the surge observed west of the GNO in the LaBranche wetlands. But IPET has not improved the match to observed HWMs in the vicinity of the three GNO basins that flooded.

Given these advances, it may be serendipitous that the LSU results available a day after landfall resulted in surge estimates for most of the GNO that were as good or better than later IPET results, within 9 to 16 percent of the observed HWMs. The LSU predictions were based on the more intense Category 4 winds that were supplied by the NHC at the time the storm was active, before Katrina was downgraded to Category 3 at landfall (Knabb et al. 2005), and this probably compensated for the lack of wave set-up in the surge estimates.

**Reconstruction of the Surge Sequence**

ADCIRC results show not only where levees were challenged but also provide the sequence or 'when' of flooding. Snapshots of the predicted surge at hourly intervals beginning at 0700 on August 29 show the maximum migrating through the region (Figure 14). At 0700, the highest water is along the Plaquemines shoreline south of the GNO. At 0800, the surge is highest in the MRGO funnel. By 0900, surge is building along the south shore of Lake Pontchartrain. At 1000, the massive buildup along the Mississippi coast is apparent and water levels are dropping in the GNO.

Another way to look at this temporal sequence is through examining the record of water level at the same point through time. These are surge hydrographs (Figure 23). The model predicted that the Lake Borgne surge would peak first in the funnel on the MRGO and in the IHNC at about 0830, and at between 0900 and 0915 along the Lake Pontchartrain lakefront. The Lake Pontchartrain surge at the mouth of the 17th Street Canal was between 10 and 11 ft NAVD88(2004.65).  Measured gage readings from the IHNC tend to confirm this sequence (Figure 16).



Figure 23. LSU ADCIRC model hydrographs for specific nodes in the IHNC (Industrial Canal) near the Lower 9th Ward and in Lake Pontchartrain at the 17th Street Canal.

## Impact of Rainfall Runoff

IPET has tried to estimate the fraction of the total volume of water entering each of the flooded basins that could have been contributed by rainfall runoff that was not pumped (IPET 2006b, Vol. VI). They used two steady-state models, HEC-RAS (formerly HEC2) for channels, and HEC-HMS to convert precipitation to runoff, and route it through a variety of interior sub-basins. They used as-built levee and floodwall elevations to estimate overflow, and made assumptions about pump efficiency. The total volume of flooding determined by IPET did not differ much from our early estimates because they were using the same LIDAR base elevations and similar HWM data. For Orleans Metro, the IPET estimate of flooding from overtopping was slightly higher than an estimate we derived using ADCIRC (16 % versus 13 %), presumably because the actual floodwall elevations along the IHNC were lower than in ADCIRC. We attributed the remainder to the breaches on the IHNC and the drainage canals, but IPET divided the remaining floodwater volume (84 %) between that estimated to have been contributed by rainfall (26 %), and that entering via breaches (58 %).

## Comparison of IPET and Team Louisiana Approaches to Rainfall

By focusing on the potential for rainfall flooding in the areas that did flood primarily as a result of flow through breaches, IPET seems to suggest that the GNO would have flooded without contributions from overtopping or the levee and floodwall failures. We <u>do not</u> consider runoff from precipitation to have played a role in determining the

maximum level of flooding in the Orleans Metro and St. Bernard basins for two reasons. First, flooding reached a level above mean sea level in these basins because of the **dynamics of flow through the breaches**.   The level of the Lake remained elevated above the level of floodwaters within the Orleans Metro basin for more than two days after the breaches occurred, and inflow continued for this entire period (Figure 24).



Figure 2-16.  Calculated Flow Through Levee Breaches. Based on Observed Stage Hydrographs
Figure 24.  Flows through Orleans Metro drainage canal breaches calculated by IPET
(IPET 2006b, Vol. VI-2-16).

**The ultimate elevation was determined by the head difference through time across the breach openings and would have been the virtually the same if no rainfall had occurred.**   Second, if breaches had not occurred in Orleans Metro that rendered the pumped drainage system inoperable and severely damaged, excess rainfall would have been removed within hours.   The pumps failed because of the breaches, and would otherwise have removed excess runoff as quickly as they have for larger rainfall events in the past, like that associated with TS Allison in 2001, and the extratropical deluge that occurred in May, 1995.

One check on this analysis is the flooding that occurred in neighboring Jefferson Parish where no overtopping or breaching occurred.   The staff from perimeter pump stations

were evacuated so that minimal pumping occurred in Jefferson as compared to Orleans Metro during the storm.  While it has been suggested that backflow through the pumps from the Lake contributed to this flooding, IPET found that this was a relatively minor contributor (less than 5 %) as backflow prevention measures at most stations were quite effective (IPET 2006b, Vol. VI-1-8, Figure 1-4).  The Jefferson basin is 4,000 acres larger than the Orleans Metro basin and was estimated by IPET to have generated a total runoff of 21,000 acre-ft.   IPET estimated that the runoff in Orleans Metro, after subtracting 2,300 acre-ft that they estimated was pumped, was 22,000 acre-ft.   The maximum flood elevation reached in Jefferson was between -3 to -4 ft (NAVD88) and resulted in mean flood depths of less than 2 ft in the lower-lying areas between the Lake and the Metairie ridge (IPET 2006b, Vol. VI-1-43, Figure 1-18).  This was cleared within a day when the pumps were restarted.  If the pumps had been operated through the storm, IPET determined that less than 10 percent of the area in Jefferson that flooded would have seen any accumulation of water (IPET 2006b, Vol. VI-1-42, Figure 1-17).  If the Orleans Metro HPS had not been overtopped along the IHNC, and drainage canal I-walls had not breached, flooding should have been less extensive in Orleans Metro than in Jefferson, as the pump stations were occupied and would have operated through the storm.

**Estimated Flooding Through Breaches**

Katrina flooded about 84 percent of the developed portions of the three East Bank basins that experienced long-term flooding, ranging from 68 percent in Orleans East to 95 percent in St. Bernard.  The overtopping predicted by ADCIRC across idealized levee and floodwall crowns showed far less water getting into New Orleans than actually entered the city, ranging from an estimated 11 percent of the flood volume in St. Bernard to 33 percent in Orleans East.  Only the lowest 34 percent of the nearly 55,000 acres that were submerged on 29 August would have experienced standing water once the storm passed.  Moreover, mean flood depths caused by overtopping alone would have been less than 2.3 ft in all three basins.  IPET predicted higher values for overtopping in St. Bernard and New Orleans East because they used actual levee heights that were substantially lower in places than the design level of protection (Figure 25).

The surge predicted by ADCIRC should have exceeded the levee crown elevations claimed for the HPS by no more than 3 ft anywhere in the GNO for less than two hours.  An overtopping event of this type would not have caused the extensive damage to interior drainage and pumping infrastructure that, in fact, took place.  Because they determined how high the water got, we believe breaches were responsible for nearly 90 percent of the flood volume in Orleans Metro and St. Bernard.  They were least significant in Orleans East, perhaps as low as 17 percent according to IPET, where the

flood elevation remained below sea level, and overtopping and rainfall played greater roles.

| Comparison of Estimated Mean Losses from Katrina with Hypothetical Scenarios ($millions 2005) | | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Katrina Model | | Hypothetical Katrina Scenario #1 (Resilient Levees) | | Hypothetical Katrina Scenario #2 (Resilient Levees and Pumps) | | Hypothetical Katrina Scenario #3 (Resilient Floodwalls) | |
| Basin Name | Water Surface Elevation | Property Loss Estimate ($millions 2005) | Water Surface Elevation | Property Loss Estimate ($millions 2005) | Water Surface Elevation | Property Loss Estimate ($millions 2005) | Water Surface Elevation | Property Loss Estimate ($millions 2005) |
| JE2 | -4.10 | 428.8 | -4.10 | 428.8 | -7.00 | 8.1 | -4.10 | 428.8 |
| NOE1 | 3.80 | 10.2 | 2.90 | 9.0 | 1.90 | 7.8 | 3.80 | 10.2 |
| NOE2 | -0.30 | 115.7 | -1.00 | 116.3 | -4.90 | 2.4 | -0.30 | 115.7 |
| NOE3 | 1.70 | 481.9 | -2.90 | 54.6 | -0.60 | 379.4 | 1.70 | 481.9 |
| NOE4 | 7.60 | 57.1 | 7.10 | 56.7 | 7.00 | 56.6 | 7.60 | 57.1 |
| NOE5 | -0.80 | 4,636.6 | -1.80 | 4,209.0 | -3.90 | 3,123.5 | -0.80 | 4,636.6 |
| OM1 | 2.60 | 2,130.2 | -0.90 | 1,695.0 | -5.10 | 132.7 | 0.0 | 1,713.2 |
| OM2 | 3.20 | 1,595.7 | -2.50 | 962.1 | -6.00 | 677.1 | -2.70 | 930.9 |
| OM3 | 3.80 | 1,965.8 | 3.10 | 1,740.8 | 2.90 | 1,674.3 | 3.80 | 1,965.8 |
| OM4 | 2.30 | 341.8 | 0.10 | 149.8 | -1.50 | 48.1 | 0.10 | 149.8 |
| OM5 | 2.60 | 3,376.8 | -0.80 | 924.6 | -2.00 | 785.0 | -0.40 | 1,203.9 |
| SB1 | 10.50 | 2,562.1 | 4.20 | 1,774.9 | 3.80 | 1,700.2 | 10.50 | 2,562.1 |
| SB3 | 10.90 | 2,383.9 | 3.70 | 1,412.1 | 3.70 | 1,412.1 | 10.90 | 2,383.9 |
| SB4 | 11.20 | 492.3 | 6.80 | 253.3 | 6.40 | 232.2 | 11.20 | 492.3 |
| Total | | 20,676.0 | | 13,797.0 | | 10,291.4 | | 17,132.3 |

Note: The water surface elevation for JE2 is set to produce flood damages of zero assuming that the pumps could evacuate the rainwater. Does not include infrastructure losses.



Percent of Property Damaged (Damage/Value)–Comparison of Model Results for Katrina Flooding (left) and Hypothetical Scenario #2, Resilient Levees and Pumps (right)

Figure 25. Location of damages calculated by IPET (2006b, VII-30) on right if the levees and floodwalls had not breached.  Damage estimate with breaches is $20.5 billion, and without breaches, $10.2 billion.  IPET estimates that if the levees and floodwalls had not failed (were 'resilient') the damages would have been about $3 billion for each of the three flooded basins of Orleans Metro, New Orleans East and St. Bernard. Actual damages associated with Katrina exceeded $100 million.

IPET estimated that of the water introduced into the Orleans Metro over and through the HPS, 37 percent came through the 17th St. Canal breach and 30 percent through the two London Ave. Canal breaches.  About half of the remainder (32 %) entered over the low floodwalls and levees along the west side of the IHNC, while the rest came through a levee breach south of the Gentilly ridge at the Port of New Orleans container facility (IPET 2006b, Vol. VI-2-42, Table 2-12). Processes that led to the initiation and expansion of breaches, particularly deficiencies in the elevations of some levee and floodwall reaches greatly influenced the volume of water introduced into each basin.  Large breaches that happened early resulted in greater depths of flooding.

The east side of the GNO that faces Lake Borgne experienced a higher level of storm surge during Katrina than the Orleans Metro south of Lake Pontchartrain (Figure 26).



Figure 26.  LSU ADCIRC maximum surge elevation (ft) and current velocity (fps) in parentheses based on the LSU hindcast. The arrow indicates the point at which the surge and velocity is reported.  The final number is the surge elevation (ft) forecast 39 hours prior to landfall. (Mashriqui etal 2006)

The surge from Lake Borgne propagated as a high velocity bore through the MRGO and GIWW to the IHNC causing maximum water levels in that canal to rise to 15 ft NAVD88(2004.65), while surge along the lakefront to the west was 2 to 4 ft lower.  The highest surges predicted and observed for the greater New Orleans area were in the throat of the funnel east of Paris Road.  Overtopping of levees in the MRGO connection to the IHNC west of Paris Road is believed to have provided the majority of the water that flooded New Orleans East.

The MRGO and GIWW levees east of the junction are the only GNO HPS levees that should have experienced extensive overtopping during Katrina.  Unfortunately for St. Bernard, the MRGO levee did not wait for overtopping, but was largely destroyed before it could be overtopped, at an earlier stage in the storm sequence, as is discussed in the next section.