# EXHIBIT 20

Excerpts of van Heerden et al., *The Failure of the New Orleans Levee System during Hurricane Katrina* ("Team Louisiana Report")

Part 3

# CHAPTER THREE

# THE FLOODING OF NEW ORLEANS

**Sources of Information on Flooding Sequence**

The ADCIRC surge model provided an accurate overview of the sequence of stresses affecting the GNO HPS.  The USACE has identified 50 locations on the GNO HPS where breaches occurred as a result of (1) structural instability, (2) overtopping and erosion, or (3) some combination of the two.  Verifying the timing of levee breaching or overtopping was not easy despite a number of reports from those who claimed to witness the onset of the flooding.  Witnesses, themselves under great duress, tended to offer differing versions of the same events and particularly could not agree on the timing.  Heavy rainfall kept witnesses indoors except during lulls, and wind-driven spray from breaking waves obscured the view from high rise buildings along the lakefront.

For more than a month after the storm, the chronology continued to be debated.  Ultimately, we were able to collect reliable reports from radio logs of emergency personnel and from cell phone records as they became available, and combine these with stopped clock data.  Obviously it was important to understand exactly when the breaches occurred, but another purpose was to establish the sequence and rapidity of flooding. An additional objective was to assess whether the local nature and rate of flooding affected the loss of life.  It is now understood that these variables differed widely across the neighborhoods inundated (see Appendix 3).

An article in the New Orleans Times-Picayune in mid-October 2005 provided affected residents with a telephone number to report stopped clock data from their flooded homes to help LSU investigators support a timeline for flooding.  As we hoped, this approach was picked up by IPET investigators.  IPET had the manpower and resources to interview over 600 people and survey a large number of stopped clocks. Very importantly, IPET was able to develop hydrographs based on sequences of time/date stamped digital photographs. Most of the information developed from these investigations did not become available, however, until June 2006, when IPET issued its final report.

**The Stopped Clock Data**

Nearly fifty stopped clock times were reported to the LSU Hurricane Center and field investigators during October and November as residents were returning to their homes.

Some sent photographs.  Battery-operated clocks were the source of most information, but grandfather clocks with pendulums were also included in the database (Figure 27). Numerous times were also submitted by eye witnesses reporting when they first noticed ponding, especially those who used cell phones to report the flooding.  Cell calls are date- and time-stamped and this information could be obtained from billing records.  All reported clock times were documented in a phone log or field list and entered into a spreadsheet indicating type of clock, address, zip code, and latitudes/longitudes where available.  For some, additional information was given on height of clocks, which ranged from three to ten feet above ground, or other supplemental data (e.g., slab elevation).  Efforts were made to verify reports and to encourage citizens to also report the information to USACE IPET investigators, when they began to look for and examine stopped clocks.

Addresses of stopped clocks and times were imported into ArcGIS 9.1, geocoded and mapped using 2004 Tiger Roads data.  Clock times were displayed for further analysis along with map layers such as levee shapefiles (with location of 17th Street Canal and two London Ave. canal breaches indicated), roads, extent of flooding on August 31, 2005 (NOAA data) and georeferenced  Ikonos imagery (September 1, 2005) supplied by the LSU Coastal Studies Institute (Appendix 2).  The great majority of stopped clock reports came from the Lakeview neighborhood that was flooded primarily by the 17th Street Canal breach.   Fewer are available for each of the London Avenue Canal breaches, and for the Lower 9th Ward where the damage to homes was more extensive.



Figure 27. An example of a flooded battery-operated clock from Gentilly.

The stopped clock data must be used with care, and were generally used as supporting data that could assist in corroborating eyewitness reports and provide clues about the rate and spatial evolution of flooding.  First, stopped clock times do not indicate AM or PM and therefore judgment is needed to decide which of two times separated by 12 hours is most likely and fits in best with other reports.  Second, while some reported clock times were verified with photos, a number of clock times and reports of first flooding that were reported could not be verified.  Third, slight time variations exist and must be accounted for, in that eye witness accounts generally reported times when ponding was first noticed, while battery operated clocks, typically wall mounted kitchen clocks, shorted out when water reached the batteries.  Grandfather clock times were likely reflective of when floodwaters reached the pendulum.  Fourth, it cannot be assumed that all clocks that stopped were actually set to the proper time.

With these caveats stated, it is still possible to glean good data from the stopped clocks that could be augmented with first responder call logs, cell phone records and limited video photography (date/time stamped).  The clock data from the Lakeview neighborhood gives an indication of the complexity of the flooding event caused by the 17th Street Canal breach.  As time passes, flooding can no longer be strictly linked to any single breach as the influences of individual breaches merge.

Clocks, particularly pendulum clocks, in the immediate vicinity of the 17th street breach give a "no later than" indication of when the breach occurred.  The earliest stopped clock was a pendulum clock located about half a mile from the breach that stopped at 10:07 (Figure 28).  The owner assures us that it was keeping time accurately before the storm.  The pendulum on these clocks stopped when water got to 2 to 3 ft above ground elevation in slab-on-grade homes.  Other grandfather clocks farther away from the breach stopped later.  A pendulum clock located a mile from the breach stopped 2.5 hours later, but still earlier than most wall-mounted electronic clocks.  Most wall-mounted electronic clocks are 7 to 9 ft above ground elevation.  They generally stopped 7 to 11 hours after the breach and the times showed no relationship with distance from the breach.  This suggests that outside the immediate vicinity of the breach, water rose fairly slowly and uniformly as the bowl filled.(www.publichealth.hurricane.lsu.edu/delft) The variation in time to stopping reflected simply the variability in clock elevations.  There were two exceptions to this rule.  First, clocks between the 17th Street Canal and the elevated West End Boulevard a few blocks to the east tended to see a higher rate of rise (stopped more quickly) if they were south of the breach.  The elevated boulevard divides the basin into smaller sections so that the section closer to the breach filled first before cascading into the larger main bowl to the east.  Also, because the area to the north of the breach is built up on fill from the lake, wall clocks in homes located quite close to the breach but on higher land to the north were flooded later.



Figure 28. An example of a pendulum clock that stopped at 10:07.

**Overtopping and Breaches**

The breaches are discussed in chronological order starting with the first breaches before Katrina's landfall. Based on phoned-in reports, it is likely that the first flooding inside the GNO HPS on the East Bank occurred from the Mississippi River in the Poydras area of St. Bernard Parish (Figure 29).  Most of the water that came across the levee was probably wave-driven, because the surge on the River did not peak until about 0800 on the Carrollton Gage (Figure 30). Water was observed rushing down streets shortly after daylight, about the time of the Louisiana landfall, but this apparently ceased after the water "came through."  Such a report would be consistent with limited wave-driven overtopping from the Mississippi River, which experienced a 13 ft bore and upstream flow as the hurricane crossed the mouth, tossing barges and ships onto the levee slopes (Figure 31).

51



Figure 29.  The St. Bernard HPS, showing elevations of the developed area, with the 5 ft contour in brown, and yellow, green and blue lower.  The federal HPS follows the IHNC and the MRGO on the west and north sides, and ties back into the mainline Mississippi River levee on the south side at Caernarvon.  Poydras reported first Katrina flooding from Mississippi River on East Bank.  More wetland than developed area is included within the area protected by the federal HPS.  A local levee, the 40 Arpent Levee, was built by the State and St. Bernard Parish to allow pumped drainage of the developed area inside the federal HPS.



Figure 30.  Surge on Mississippi River at the foot of Carrollton Avenue in New Orleans peaked above 15 ft at 0800, 29 August, 2005.  The thinner, darker line is the actual gage reading, while the blue is an IPET ADCIRC result (IPET 2006b, IV-5-67).



Figure 31.  Looking downstream from Gretna at ferries and barges on both banks of the Mississippi River batture and levee.

**Early Flooding on the IHNC**

The first sustained flooding of GNO residential areas occurred well before Katrina made landfall in Louisiana.  Between 4:30 and 5:00 am, water began to come through a gap on the west bank of the IHNC where the CSX Railroad crosses the northern arm of the canal, adjacent, and parallel to, the Interstate 10 bridge (Figure 32).  Here, sand bags had been laid across the tracks (Figure 33).  The metal gate that should have sealed this opening had been damaged during a train derailment, and had been removed for repair. This water flowed into the Desire or Upper 9th Ward neighborhood (Figure 34) when a nearby water level recorder on the IHNC recorded the surge was 9 feet (NAVD88) (Table 3a).  Temporary protection on the east side of the canal also apparently blew out about this time initiating the first flooding of the Orleans East Polder.

A larger breach developed south of the railroad crossing, also on the west side of the IHNC, near the Florida Avenue Bridge at the France Road terminal (Figure 35) at about the same time (Table 3a).  This was the major breach that flooded the eastern part of Orleans Metro south of the Metairie Ridge (Figure 36).  In one location, the wall failure caused erosion of a large scour hole in an earth levee composed primarily of sand and shell.

| Table 3a  Significant Breach Sources of Katrina Floodwater in GNO HPS | | | | | | | |
|---|---|---|---|---|---|---|---|
| HPS Zone | Breach Name | Type | Cause | Top Width (ft) | Sill Elev (ft) | TimeStart | Start Water Level |
| **Orleans Metro** | | | | | | | |
| Lakeview | 17th St. RELee | I-Wall | Translation Slide | 450 | 0.0 | 6:00-7:00 | 6.5 |
| Fillmore | London North | I-Wall | Underseepage/ Rotation Slide | 180 | 0.0 | 7:00-7:30 | 8.2 |
| Mirabeau/ Dillard | London South | I-Wall | Underseepage | 100 | -4.0 | 6:00-7:00 | 7.1 |
| City Park | Orleans Canal | Earth Levee | No Floodwall Installed | 150 | 9.5 | 8:30 | |
| Desire | IHNC West RR | RR Gate Missing | Sandbag Plug Blowout | 37 | 5.1 | 4:30 | 9.0 |
| Desire | IHNC West Florida Ave. North Breach | I-Wall | Overtopping Erosion | 100 | 7.0 | 7:00 | 12.0 |
| Desire | IHNC West Florida Ave. South Breach | Earth Levee | Overtopping Erosion | 125 | 5.0 | 5:00 | 10.0 |
| **St. Bernard/ Lower 9th Ward** | | | | | | | |
| Lower 9th Ward | IHNC East Bank North | I-Wall | Overturned/ Insufficient Levee | 90 | 7.0 | 7:30 | 12.5 |
| Lower 9th Ward | IHNC East Bank South | I-Wall | Overtopping Erosion Underseepage | 1,000 | 5.0 | 7:30 | 12.5 |
| Chalmette, Poydras, Verret | MRGO | Earth Levee | Wave Erosion Overtopping | 60,000 | 0.0 | 5:00 | 12.0 |
| Lower 9th Ward | IHNC/ GIWW | Wall Levee | Transitional Failure | 30 | 4.0 | 6:00 | 11.0 |
| | | | | | | | |

| Table 3b (cont'd). Significant Breach Sources of Katrina Floodwater in GNO HPS | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HPS Zone** | **Breach Name** | **Type** | **Cause** | **Top Width (ft)** | **Sill Elev (ft)** | **TimeStart** | **Start Water Level** |
| **New Orleans East** | | | | | | | |
| B. Sauvage NWR | NOEast Back  (1) | Earth Levee | Overtopping Erosion | 5,000 | 10.0 | 5:00 | 12.0 |
| B. Sauvage NWR | NOEast Back  (2) | Earth Levee | Overtopping Erosion | 1,200 | 9.5 | 5:00 | 12.0 |
| B. Sauvage NWR | NOEast Back  (3) | Earth Levee | Overtopping Erosion | 800 | 10.5 | 5:00 | 12.0 |
| B. Sauvage NWR | NOEast Back  (4) | Earth Levee | Overtopping Erosion | 139 | 5.5 | 5:00 | 12.0 |
| Read Blvd E. | Citrus Back (1) | Earth Levee | Overtopping Erosion | 480 | 11.0 | 5:00 | 13.0 |
| Read Blvd E. | Citrus Back (2) | Earth Levee | Overtopping Erosion | 550 | 8.5 | 5:00 | 13.0 |
| Read Blvd W. | Citrus Back 3) | Earth Levee | Overtopping Erosion | 380 | 11.0 | 5:00 | 13.0 |
| Jourdan/Almonaster | INHC East RR | RR Gate Missing | Sandbag plug blowout | 37 | 5.5 | 4:30 | 9.0 |



Figure 32. Orleans Metro Bowl showing locations of 17th Street, London Avenue and IHNC breaches, from SPOT satellite image on September 2, 2005, with water depth overlay from 1 (brown) to greater than 12 ft (dark blue).



Figure 33.  Looking northeast at sandbag blowout on RR penetration of I-Wall on west side of the IHNC near I-10 crossing.



Figure 34.  Neighborhoods of New Orleans courtesy of Greater New Orleans Community Data Center (www.gnocdc.org)

Ninety minutes later (6:30 AM), residents of the Lower 9th Ward on Tennessee Street saw water coming up the street from the east. It was a "slow" flow so they weren't sure if it was just rainwater. We are not sure of this source but it most likely represented some potential overtopping of sections of the levees along the southern side of the GIWW between its junction with MRGO and the 'T' into the industrial canal.  Eye witness reports are that this levee was submerged by 6:00 AM

IPET (2006b) has reported that the northern failure of the I-wall fronting the lower 9th ward occurred around 6:00 AM, however, as will be discussed shortly neither ILIT or Team Louisiana agree with this IPET assumption.  This breach eventually attained a width of about 90 ft as flow through it increased while the water continued to rise to more than 14 ft (NAVD88).



**IHNC Flood Protection Damage**

Figure 35. Overtopping and breaching along the IHNC.  IPET developed the terminology shown above to distinguish failure modes, and cause of flooding (IPET 2006b, V-14-18) Damaged areas along the IHNC: LONB= Overtopped levees, no breaching, WS=Overtopped floodwalls, no breaching(stable), LOB=Overtopped levees, breaching, TF= Transition failure (floodwall to levee transition), WF= Overtopped floodwalls, breached( failure)



Figure 36.  Looking southwest at first major breach into Orleans Metro on west side of IHNC at transition between floodwall and earth levee at container facility.



Figure 37.  Looking north at one of two breaches from IHNC east into the Lower Ninth Ward, known as the north breach.  I-wall remains inverted where it was overturned.



Figure 38.  New Orleans East showing areas of levee degradation and breaching, as well as flood depths 4 days after the storm.  Water overtopping the GIWW and MRGO levees flowed over higher industrial property adjacent to the channel, across the Chef Menteur ridge and CSX railroad embankment before reaching residential area to the north.

**Early Flooding in the Funnel**

The geometry of what has become known as the MRGO funnel is formed by the convergence of levees that follow the GIWW and MRGO channels, open on the east to Breton Sound, partially enclosing Lake Borgne, and narrowing to a 1,500 ft wide, 40+ foot deep ship channel west of the junction of the MRGO and GIWW (Figure 38).  The 6-mile portion of the combined MRGO/GIWW that connects the funnel with the IHNC (IPET "MRGO Reach 1") is what IPET has called the hydraulically critical reach, though the USACE apparently still objects to the "hurricane highway monicker," as they called it (IPET 2006b, I-6). Team Louisiana has used the term "Hurricane Alley" for this reach. The USACE said much the same after Hurricane Betsy flooded many of the same areas in 1965 (Shallat 2000).  It was this channel reach that added 3 ft to the surge in the IHNC that would otherwise have mirrored Lake Pontchartrain, and raised water levels so quickly that it caused IHNC breaches before the hurricane made landfall (Figure 39).

In the 0500 to 0600 period, still prior to landfall, the Katrina surge rose above 12 ft (Figure 40) on the New Orleans East Back Levee that follows the GIWW and faces south

toward Lake Borgne.  This levee experienced significant wave attack (Figure 39).  IPET reports that it was built of erosive sandy material dredged from the GIWW and was severely degraded in numerous places.  The areas protected behind these levees are largely undeveloped, however, and these wetlands provided some storage before a lower, local levee (Maxcent Levee) was overtopped on the back side (Figure 39).



New Orleans East IPET Characterization of Damages

Figure 39. Overtopping and breaching in New Orleans East.  IPET developed the terminology shown above to distinguish failure modes, and cause of flooding.  See Figure 35 for key (IPET 2006b, V-14-9).

By 0600, an eyewitness at a New Orleans East pump station close to where the MRGO/GIWW enters the IHNC reported that levees on both the north and south banks were submerged. An LSU ADCIRC model hydrograph for the IHNC predicts this (Figure 40). This overtopping event caused minor degradation of the 12 to 15 ft MRGO/GIWW levees on both sides of the funnel throat, and caused about 2,000 ft of I-wall to lean precariously on the north bank (Figure 41).  Waves were present and more of a factor than accounted for in the original design (Figure 42), but were traveling down the axis of the channel rather than breaking against the levees, as has been pointed out by IPET (IPET 2006b, IV-250).



Figure 40. LSU ADCIRC model hydrographs for specific nodes in the IHNC (Industrial Canal) near the Lower 9th Ward and in Lake Pontchartrain at the 17th Street Canal.



Figure 41.  View west of leaning I-wall on the north bank of the MRGO/GIWW at New Orleans East port facility.  Overtopping caused scour on both sides of I-wall.



Figure 42.  Photo of surge waves propagating up the length of the channel, taken by Entergy personnel showing wave flanks. overtopping levee on north bank of MRGO/GIWW channel looking west toward footings of Paris Road Bridge.  Annotation added by IPET (IPET 2006b, IV-250).



Figure 43.  LSU ADCIRC simulation of surge height and velocity in the MRGO adjacent to the Bayou Bienvenue Control Structure.



St. Bernard Parish IPET Damage Characterization

Figure 44.  IPET damage assessment on St. Bernard HPS showing 30 miles of levees that experienced some overtopping, and 12 miles of breaches along the MRGO (IPET 2006b, V-14-15). Unmarked north-south channel along the left side of figure is the IHNC.

At around 0500, the surge in the funnel rose to 10 ft and long-period waves from Lake Borgne began breaking on the 12 to 18 ft federal levees fronting the MRGO.  This part of the GNO HPS protects St Bernard Parish and the Lower Ninth Ward (Figure 44).  The waves initially eroded a wave bench on the unprotected side of the sandy levee face.  Discharge from overtopping waves then eroded the back side (Figure 45).  The back side scour holes expanded upgradient through the crown, called 'head cutting,' to merge with the wave bench, essentially removing the crown and creating the breach.

This "levee capping" process occurred at dozens of locations, starting at spots that were lower or faced with more easily eroded materials.  Eventually, the breaches grew to include virtually the entire 60,000 ft of the levee along the MRGO, most of which was eventually overflowed.



Figure 45.  High-resolution oblique Pictometry image of MRGO levee east of Bayou Dupre.  MRGO is at bottom, and protected side at top.  Photo shows several stages of "levee capping" breaching that initiates with wave bench formation on unprotected side, followed by wave overtopping and back side erosion, which enlarges upstream through the levee crown to join the front side bench.

Breaches formed in this way, as well as erosion of the loosely filled closure plugs adjacent to the Bayou Bienvenue and Dupre control structures (Figure 46), allowed discharge into the wetland reservoir between the MRGO levee and the north bank of the 40 Arpent Canal.  This 32,000 acre reservoir between the two levees has a 9 billion cubic foot capacity but filled rapidly so that by 0830 the 7 to 9 ft back levee overtopped. The surge then roared south into St Bernard, flooding everything east and west of Paris Road and eventually draining through the breaches in the Lower 9th Ward   (Figure 47).



Figure 46. Oblique Pictometry image of Bayou Bienvenue Control Structure from the southeast, with MRGO to top of frame.  East wing wall formed plug for the original bayou and was filled with sand and shell washed out and formed scour hole on protected side (left) prior to overtopping and locally lowered the surge level, as can be seen by the lack of scour trench behind the immediately adjacent surviving sheetpile wall.



Figure 47.  St. Bernard HPS showing federal levees in purple with design level of protection relative to an NGVD29 datum of unknown vintage.