# EXHIBIT 20

Excerpts of van Heerden et al., *The Failure of the New Orleans Levee System during Hurricane Katrina* ("Team Louisiana Report")

Part 4

**Later Flooding of the Lower 9th Ward and New Orleans East**

As the eye of the storm approached the latitude of New Orleans, the surge continued to rise in the funnel (Figures 40 and 43), and this increase in water level was conveyed with little reduction through the MRGO/GIWW connection into the IHNC. The surge jet moving west was directed to the south by a turn in the channel at the junction with the IHNC (Figure 44). There it pushed against the floodwalls and levees protecting the west bank but was ultimately stopped on the south by the lock structure that connects the Industrial Canal to the Mississippi River. Water that could not exit in this direction flowed north toward Lake Pontchartrain, which at 0700 was about 6 ft lower (Figure 40). One indication of the energy conveyed by this flow is the scour that occurred in the IHNC near the entrance to Lake Pontchartrain where two scour holes were eroded to a depth of nearly 90 ft while the normal depth is less than 40 ft (Figure 48).

At approximately 0600 levees and floodwalls along both banks of the IHNC were overtopped, beginning on the south end where the surge was highest. Surviving floodwall crown elevations along the IHNC were surveyed after the storm by IPET and found to range from 11.1 to 13.0 ft (LMSL) (Figure 49). Water pouring over I-wall structures (Figure 40) began to scour trenches on the back sides where the supporting earth levees were unprotected against scour (Figure 50). In the Lower 9th Ward, the influx of water overtopping the levees added to the flooding coming from the GIWW. At the Louisiana National Guard's Jackson Barracks in Arabi, situated on the high ground of the natural levees of the Mississippi River and about 2 miles from the IHNC, flood waters were first seen about 0700, but started rising rapidly after 0730.



Figures 48a,b.   Post-Katrina bathymetry acquired by LSU Coastal Studies Institute in the IHNC at Seabrook where it meets Lake Pontchartrain on the north end.  The purple shaded zones scour holes on either side of the bridge contraction are more than 80 ft deep in a channel that is otherwise less than 40 ft.

The New Orleans Police Department began receiving increasingly panicky calls from the Lower 9th Ward at 0755.  These were relayed to Bob Turner, Executive Director of the Lake Borgne Levee District.  He called the National Weather Service in Slidell at 0810 and disseminated this information via their webpage at 0817.  There is consensus that the 1,000 ft IHNC break occurred at 0730 when the gage at the USACE lock was reading about 12.5 ft (Figure 40). At approximately the same time, or a little later the northern breach occurred in the Lower Ninth Ward (Figure 37). The nature of the residential flooding changed considerably at this point, increasing in velocity and rising rapidly so that residents had to rush to get into their attics.  This timing corresponds well to observations of National Guard officers who saw rapidly rising water after 0730 from their post at Jackson Barracks.  Conditions did not improve significantly until about 1400 when the Guard was able to cut their floating boats from the trailers and begin making rescues from roofs (Figure 51).

Some of the engineers who have examined the south breach into the Lower 9th Ward believe it was caused by overtopping induced levee erosion, while others believe that piping and lateral movement may have been a contributing factor. Early reports attributed it to many other factors, including a barge collision.  We found that while the barge had indeed struck the I-wall at the south end of the breach, the angle of the steel reinforcing bars in the concrete cap exposed by the collision suggested that the section of wall struck was already leaning having failed earlier.  The barge had clipped the end of the already formed breach as it was sucked through.  The levee was entirely removed in the breach area and the still-interlocked concrete capped sheetpile of the I-wall that failed was fanned out on the protected side in an intact arc (Figure 52).  IPET analysis of the failure indicated that the wall at this location could have withstood overtopping if back side erosion had not removed the levee that supported it (IPET 2006b).  ILIT (2006) and Team Louisiana believe under-seepage could also have been a factor.  It would appear the main cause of failure at the northern breach into the Lower Ninth is both under-seepage, and loss of levee stability or overtopping and removal of soil support. No doubt both failure mechanisms were at play and both led to the failure.

At about the same time, the breaches on the west side of the IHNC that were initiated earlier enlarged as the water continued to rise. While the integrity of the Orleans Metro HPS was now seriously compromised, none of the breaks that had occurred along the IHNC and GIWW scoured below an elevation of five to seven feet above sea level, leaving resilient "sills."  The existence of elevated sills in these breaches meant that they stopped flowing when the canal level dropped below this point (Table 3a).

Residents on the north side of the Chef Menteur ridge in the Little Woods area of New Orleans East began seeing water pouring over the railroad embankment from the south at about 0800 (Figure 38). Water overtopping from the MRGO/GIWW connection had filled the somewhat higher intervening industrial area to the south. Those closer to the IHNC also saw water overtopping floodwalls, but this flooding was limited and did not result in significant breaches.



Figure 53. Design versus Current Elevations in IHNC. Design elevations in feet referenced to MSL. Current elevations in feet referenced to LMSL (2001-2005). Grade sectors and current elevations are approximate

Figure 49. IPET post-Katrina survey of floodwall elevations along northern reach of IHNC (IPET 2006b, II-113). Design and post-Katrina elevations are relative to local mean sea level (LMSL05).



Figure 50.  Scour trench behind surviving I-wall in Lower 9th Ward.



Figure 50b.  View looking south of the north breach into the Lower Ninth ward. Note on the left how the wall is 'standing on its head' and at the south edge of the breach, right side of photo, we see evidence that the wall slid backwards.



Figure 51 View west looking at southern breach (of two) in the Industrial Canal.
Lower Ninth Ward in foreground.  Orange colored barge once thought to have
played a role in the breach can be seen just inside the south end of the breach.



Figure 52.  Exhumed I-wall that failed in the south breach into the Lower 9th
Ward fanned out on ground behind its original position, with sheetpiles still
interlocked and concrete cap to right.

Some overtopping from Lake Pontchartrain was also reported south of the Lakefront Airport where a section of concrete levee wall was almost two feet lower than the adjacent earth levees. Overtopping took place there for about 2 hours (Figure 53). Additionally, a section of lakefront levee near Paris Road was overtopped for about an hour, presumably as a result of waves.



Scour Trench from Overtopping for 2 hours

Figure 53. Trench eroded from Lake Pontchartrain water overtopping a floodwall immediately south of Lakefront Airport.

IPET believes the main route of floodwater to New Orleans East was from the MRGO/GIWW funnel throat to the south. But medical personnel located closer to the local levee that follows Paris Road at the Methodist Hospital off Reed Avenue (Figure 38) began to notice water in the streets around 0900. It rose relatively slowly and appeared to come from the west. It did not get high enough to stop their generator until 1030. This was the time recorded on many synchronized electric clocks in the facility. The gradual rise continued and began to enter the building about 1100. It is likely that some of the water that flooded this area came from breaches that occurred along the GIWW levee east of the Michaud Canal slip that filled the marshy area behind the federal levee and then overtopped the local levee (Figure 39).

Breaches along the GIWW affecting the residential areas of New Orleans East were much less extensive than those affecting the MRGO levee on the south side of the funnel. As a result, most flooding was caused by overtopping that stopped once surge levels dropped. IPET reports that the water level in New Orleans East initially got to +1.5 ft in some residential areas close to sources of overtopping, and higher in the industrial land to the south, and in the Bayou Sauvage marsh to the east.  Once the surge abated on the GIWW, MRGO and IHNC, the surge water that had entered then spread out, dropping in some areas and rising in others until it reached equilibrium more than a foot below mean sea level.  Because Little Woods is so low, however, with many homes between 8 and 12 ft below sea level, even flooding to this modest elevation had catastrophic consequences.

**Flooding of Orleans Metro from Lake Pontchartrain**
As the eye of the storm started to cross the main Lake Pontchartrain tidal passes, winds over Lake Pontchartrain backed to the north pushing surge water and waves against the levees along the south side of the Lake (Figure 40).  The HPS along the lakeshore is pierced by channels in five places between the Jefferson/St. Charles Parish Return Canal west of the Jefferson Parish suburbs, and Chef Menteur Pass to the east of New Orleans East.   The westernmost drainage or outfall canal is the 17th Street Canal on the Orleans/Jefferson Parish line, followed by the Orleans Avenue Canal, Bayou St. John, London Avenue Canal and the IHNC.  All were open to the Lake during the storm except Bayou St. John which has a floodgate that functioned very effectively.

At 0900, surge levels rose as high as 12 feet near the mouth of the IHNC, and were above 10 ft (NAVD88) to the western side of the Jefferson basin. At the entrance to the 17th Street Canal, restaurants and boat houses built over water at the lake entrance broke up as did camps and homes on the lake shore outside the levee,  and the debris ended up in the canal. This debris formed a porous dam against the Metairie-Hammond Highway Bridge as the waves drove the debris against the bridge. This debris dam growth was then enhanced after the breach induced flow into the canal (Figure 54).

We have been surprised by how early – and at what relatively low canal water levels – IPET now believes the I-walls on the London Avenue and 17th Street Canals failed. The surge peaked at 0900 at about 10.5 ft. feet above mean sea level at the mouths of these canals, but IPET has now placed most failures at between 0600 and 0730 when the Lake Pontchartrain surge on the south shore was between 6.5 and 8.2 ft (Table 3a).



Figure 54. Debris dam at Metairie-Hammond Ave Bridge, 17th Street Canal. (Source EPA).

The three I-wall failures on the 17th Street and London Avenue Canals have been subjected to far more scrutiny than the other 47 GNO HPS breaches identified by IPET. They have been termed "structural" failures, like the north breach into the Lower 9th Ward, because the levee foundation gave way at canal water levels that were within the safe operating range specified in the design. LSU researchers were the first to note the lack of overtopping associated with these failures, and this was an impetus for subsequent investigations. We discuss the specifics of each of these failures in more detail in another section, focusing on what the design engineers knew or should have known at the time. Here, we look at the timing.

The difference between the IPET position supporting a very early initiation of the drainage canal breaches, and what most eyewitnesses reported, may be partially semantic. IPET is seeking to document the time of first movement of the levee foundation while most observers noticed the breach later, when it was fully developed. IPET has reported, for example, that panels of the I-wall on the east side of the 17th Street Canal began leaning as early as 0630, but most eyewitnesses agree that little water escaped until the main failure at between 0830 and 0915. I-wall panels on other levee reaches also moved during the storm, for example the I-wall protecting the

western side of Jefferson Parish (Duncan Canal), but this did not provoke comment at the time because the incipient failure did not lead to a breach (Figure 55).



Figure 55a.  I-wall movement and partial failure on Jefferson/St. Charles Parish Return Levee (Duncan Canal) that was not noted until well after the storm.



Figure 55b. Times-Picayune

IPET has reported that both breaches on the London Avenue Canal were initiated before 0800.  IPET gives the sequence of drainage canal breaches as starting with the failure to the east out of the 17th Street Canal at Robert E. Lee Boulevard at between 0600 and 0630, with water in the canal at 6.5 ft, followed by the Mirabeau (south) breach on the east side of the London Canal at between 0630 and 0700 when the canal was at 7.1 ft (Table 3a).  IPET believes the Robert E. Lee breach on the west side of the London Avenue Canal near the north end of the I-wall occurred between 0700 and 0730 when the canal was at 8.2 ft.  It is difficult to tell how much of this timeline is based on actual observation and how much is derived from failure models.

### 17th Street Canal Breach

By 0930, the eastern levee of the 17th Street Canal had broken and the breach had reached full development a hundred yards inland from the hurricane proof bridge crossing the canal near the Lake shore (Old Hammond Highway).  Surge waters immediately started to flow into the western portion of Orleans Parish (Figure 56). None of the residents to whom we spoke recalls seeing the 17th Street Canal breach at the moment it occurred.  The Chief of the New Orleans Fire Department received reports from personnel who were in a high-rise near the mouth of the canal.  They

estimated that the time was 0927. A resident who was reporting by cell phone on conditions four blocks from the breach made four calls between 0930 and 1000. He did not see water in the street until just after 0937.



Figure 56 Aerial view of 17th Street Canal Breach looking east, showing the separation of the I-wall from its supporting levee and the lateral displacement of the levee. Water is flowing from the Lake through the breach a day later (Source EPA).

Eye witnesses reported the flood waters rose rapidly. As these waters gushed up the canal from the Lake, the debris floating in the canal mouth was swept up against the Metairie-Hammond Highway hurricane bridge, which restricts the cross section of the canal due to its piers and low deck level (Figure 54). The debris packed up as a substantial dam that restricted inflow, and served as a very effective barrier to waves that might otherwise have propagated up the canal from the lake. The ILIT have reported that wall on the west bank of the canal opposite the break, the Jefferson Parish side, was also close to failure and experienced some deflection (ILIT 2006).

**The London Avenue Canal**

Surge levels at the entrance to the London Ave Canal were essentially the same as those to the east at the mouths of the 17th Street and Orleans Avenue Canals, and Bayou St. John, peaking close to 11 ft (NAVD88) around 0900. The entrance of the Orleans and

London Avenue Canals differs from that at 17th Street in that the I-walls begin farther inland, behind an S-shaped entranceway designed to absorb wave energy (Figure 57).



Figure 57.  View from Lake Pontchartrain of meandering entrance to London Avenue Canal on left and straight entrance at 17th Street Canal with bridge for wave barrier.

Our information agrees with that of IPET in placing the Mirabeau (southern) break as the first of the two London Avenue Canal breaches.  We have a reliable clock and eyewitness video data from homes adjacent to the breach location that shows it failed before 0920.  Flood waters immediately poured into the City, displacing one home off its foundations and sliding it 90 feet across a road (Figure 58). The video was taken just over an hour later at 1030.  By this time the video shows water up to the eaves of houses closest to the breach and a water depth of about 5 ft two blocks from the breach.  Flood water from the Lake streamed down the Canal towards this breach. While water levels were lowered close to the breach, elsewhere the surge level remained high, precipitating the second failure to the west into the Filmore neighborhood just south of the Robert E. Lee Avenue Bridge (Figure 59).

It is possible that this breach did not reach full development until after the peak of the surge, as the canal was falling.  All investigators studied the floodwall on the east bank opposite of the Robert E. Lee breach, which appears to have been arrested in a state of incipient failure.  The consensus of ILIT, IPET and Team Louisiana is that the west bank

breach relieved pressure on the east bank wall.  But it is also possible that the arrest could have occurred as the Lake level was falling after the peak (Figure 60).



Figure 58a.  Looking south towards Mirabeau break on London Avenue. Slab brick house was pushed off its pilings across the street from right to left. Sand dunes deposited by floodwaters in foreground.



Figure 58b.  View looking north of London Ave Mirabeau breach. Note deep scour hole and that wall segments appear to have fallen into hole



Figure 59.  Looking south toward Robert E. Lee  (north) break on London
 Avenue.



Figure 60.   Looking  south  at  leaning  I-wall  on  east  side  of  the  London
Avenue Canal opposite the Robert E. Lee breach (north).

**The Orleans Avenue Canal**

The Orleans Avenue Canal lies between the 17th Street and London Avenue Canals, and experienced the same surge sequence.  The concrete capped levees of the Orleans Canal held, but the capping project had not yet been completed.  Earthen levees that were awaiting floodwall installation lined the last 400 ft of the southern terminus of the canal, adjacent to the pump station.  These levees, about 9.0 ft high, compared to the 13 to 14 ft crown of the I-walls, were overtopped for at least two hours (Figure 61 a & b). This was one of the unfinished elements of the GNO HPS. This overtopping caused significant flooding on the west side of City Park, but it also lowered the pressure on the floodwalls between the pumping station and the lake to some degree. In effect, this unfinished portion of the Orleans Canal protective structure functioned as a spillway for two hours, lowering the level of the canal, at least near its southern terminus. (van Heerden and Bryan 2006)

Water poured unabated through the three breaches of the drainage canals in the Orleans Metro for more than 50 hours, until the water inside the "protected" area equalized with that in the lake at about 3 feet above sea level, and with the "average" home in the flooded sections standing in six to nine feet of water.  On the east side of the IHNC, in contrast, the influx of floodwaters occurred for less than six hours.  This important difference developed because the canal floodwall breaches scoured down to below sea level, to 20 ft or deeper for the Mirabeau breach on the London Avenue Canal, while those that compromised the GNO HPS elsewhere did not erode below + 5 ft (Table 3a, b).



Figure 61a.  South end of Orleans Avenue Canal I-wall on east side, showing uncapped earth levee that was overtopped, and scour around the utility pole.



Figure 61b. View missing capping on east side of canal, looking north. Capping also missing from west bank.

## Late Stage Flooding of St. Bernard

While Orleans Metro was flooding from Lake Pontchartrain through the drainage canal breaches, the stage was set for a second disastrous inundation of St. Bernard east of Paris Road. This area had already received some flooding from the west caused by the breaches and overtopping in the Lower 9th Ward, and from the south across the crown of the Caernarvon to Verret levee along the south side of the HPS (Figure 44). The Caernarvon to Verret levee was overtopped briefly for about 1.5 miles where it was less than 13 ft high, and this happened when the water was highest at that point, at about 0800. This overtopping was relatively brief, and the levee was protected from waves by a vast wetland area to the south. Despite overtopping, the levee crown experienced only minor damage, perhaps also due to a construction design that included a substantial clay cap placed over a core of sand pumped from the Mississippi River (Figure 62).

Flooding from overtopping and breaching of the IHNC into the Lower 9th Ward together with the more limited overtopping of the Caernarvon to Verret Levee account for about 10 percent of the total flooding of the protected area within the St. Bernard HPS. At around 0830, the most substantial flooding event in any part of the GNO began as the 40 Arpent back levee, with a crown elevation of between 7 and 9 ft, experienced massive overtopping from the wetland buffer area to the north and east (Figure 44).



Figure 62.  Looking west on the Caernarvon to Verret Levee that protects the south side of St. Bernard drained area east of Chalmette.  This levee was overtopped for about 1.5 miles where it was between 12.5 to 13.0 ft high, but was protected from waves by an extensive marsh to the left. It suffered little damage.

This was a very destructive overtopping event that substantially destroyed homes in subdivisions in the Meraux area that backed up to the 40 Arpent Canal (Figure 63).  The water did not enter uniformly over the whole levee but formed 'rivers' that started at several low spots, joined up in the 40 Arpent Canal that was just inside the levee, and raced preferentially through subdivisions and other cleared areas as the flood flowed toward the Mississippi River levee.  This flooding could only have started after the vast wetland impounded between that levee and the MRGO levee, nearly 32,000 acres, had filled to the elevation of the lowest reaches of the 40 Arpent Canal levee (about 7 ft).

The water that filled the impounded St. Bernard wetland and flowed over the 40 Arpent Canal levee into the developed and protected part of St. Bernard Parish came initially through breaches in the MRGO levee.  Filling the impounded wetland to a level of 7 ft required introduction of nearly 9 billion ft$^3$ of water across the MRGO levee within a



Figure 63.  View northwest toward 40 Arpent Canal and Levee in Meraux showing homes destroyed down to the slab by flooding from the MRGO across the back levee. The levee crown is visible in background.

relatively narrow time window.  That time window is available from the LSU ADCIRC hindcast of surge on the MRGO (Figure 43) that has been corroborated by gage data from the IHNC lock (Figure 16) and by the HWM analysis (Table 2).

The surge window on the MRGO can be defined by the time the water level exceeded a specified elevation.  If that elevation is defined as 6 ft, then the surge lasted 18 hours, but if it is defined by the time above 10 ft, which is about the height any previous surge had attained on the MRGO levee, the period is reduced to 6 hours, starting at about 0500.  Because the problem is to explain water levels in excess of 10 ft within the St. Bernard protected area, we are particularly interested in the exceedence interval for this value. Water levels in MRGO and the 10 ft exceedence interval constrain the St. Bernard flooding event, as does the maximum water elevation attained inside the protected communities, about 11 ft (NAVD88).  If too much water enters, the interior water level would have gotten higher than what was observed, while too little inflow does not fill the protected area to the observed level.  Finally, we know that water did not enter the wetland buffer area uniformly along the entire 12 mile length of the MRGO levee.  This

levee, like the 40 Arpent Canal levee, was not initially of uniform height but had a crown that ranged from 12 to 18 ft (NAVD88). The maximum surge elevations without the wave component along this levee ranged from 16 to 18 ft, and so were comparable in most places to the pre-Katrina crown elevation (Figure 64). Post-storm surveys disclosed that about half of the MRGO levee had experienced significant degradation or breaching. If the levee had not failed, it should have experienced general overtopping only for about an hour prior to the surge peak at 0830, and this window would not have provided enough water to explain the filling of the St. Bernard protected area.



Figure 64. MRGO levee degradation from near junction with GIWW to Verret (derived from IPET 2006b, IV-16-2 to IV-16-10). Subtract 0.6 ft for MSL.

A simple flooding model was adapted from IPET to satisfy the constraints discussed, while delivering the requisite water volume across the MRGO levee in the 6 hours available (IPET 2006b, IV-240). We assume for this model that wave overtopping of the lowest areas begins when the surge attains 10 ft. This is the level at which IPET estimates that low-frequency waves began breaking on the levee face and would have initially sent water over the crown in the lowest sections. This surge level occurred on the southern leg of the funnel at about 0500, at least an hour before landfall (Figure 44).

As the surge rose, the zone of wave-induced overtopping and levee degradation expanded until the peak was attained at 0830. It was assumed that the levee crown relatively quickly attained its post-Katrina condition once overtopping by waves began for any given reach (Figure 64). Flow over the levee was modeled using the IPET weir flow equations, first for wave overtopping and then for overtopping by waves and surge. Outflow from the inundated areas, both wetlands and developed zones, begins

once the MRGO drops below 10 ft at 1030.  We also included overtopping from MRGO Reach 1, the 7 mile reach that connects the funnel with the IHNC.

Our results for overtopping flow were similar to those calculated by IPET, with the addition of flow from Reach 1 (Figure 65).  The rate of transfer of water across the MRGO alignment peaks at around 0830 at more than 2.0 million cubic feet per second (cfs).  This is an extraordinary volume comparable to a large flood on the Lower Mississippi River.  But the volume of the 32,000 acre wetland buffer that must be filled before the 40 Arpent Canal levee is overtopped is also very large and the 40 ft deep MRGO channel provides an efficient conduit for supply of this water.  This model predicts that that filling of the buffer will take nearly 2.5 hours, delaying the onset of overtopping of the back levee until 0830 (Figure 66).



Figure 65.  IPET and Team Louisiana estimates of cumulative water volume introduced by waves and surge across the degrading MRGO levee crown.  Team Louisiana includes Reach 1 of MRGO.



Figure 66. Water level variations as surge Sr. Bernard wetlands and then the protected area of St. Bernard parish.

If the onset of breaching were delayed until the MRGO surge elevation reached 12 ft, then the spreading of levee degradation and failure would have to advance more quickly to attain the required length, and make up the necessary discharge. Under no realistic scenario, however, is the filling of the buffer wetlands an instantaneous event, but almost certainly required hours. Similarly, given the degradation mechanisms available – particularly the levee "capping" described in the previous section - it is unrealistic to assume that breaching of many miles of the MRGO levee occurred at exactly the same time.

**Rates of Flooding**

The GNO is composed of many sub-basins and neighborhoods that experienced different time-histories of flooding (Figure 67)
(See also www.hurricane.lsu.edu/floodprediction). Four major breaches, and some minor ones, introduced water into the Orleans Metro, along with overflow in the uncompleted floodwall section at the south end of Orleans Canal, and 3.2 miles of floodwall and levee on the west bank of the IHNC (Table 3a, Figure 35).

IPET constructed a series of hydrographs for flooded sub-basins based on stopped clock, video and time stamped digital photographs taken by witnesses (Figure 68). If a camera was pointed sequentially out a window at the same object like a light pole, then

various elevations on the pole were later surveyed to determine the time at which they were submerged.



Figure 67.  Structural Breaches of the HPS in the Orleans Metro and Lower 9th Ward Districts (IPET 2006b, V-7)

The first neighborhood to flood in the GNO, and one of the fastest rising floods observed anywhere was west of the IHNC container port facility where a significant breach opened early into the Desire and Bywater districts (Figure 35).  This is a small sub-basin between the Mississippi River and Gentilly ridges.  The maximum rate of rise there was approximately 6 ft/hr, commencing about 6:30, but the rise lasted for only 3 hours, after which the level dropped (Figure 68).   Water quickly overtopped the Gentilly ridge and flowed north into the Gentilly neighborhood, but also west into the Palmetto Canal which serves the New Orleans Mid-City area.  This area and the lower area of Broadview started rising at this time, but filled very slowly afterward (Figure 68), taking 56 hours to reach the equilibrium level of approximately 2.8 ft NAVD88 (Table 4).



Figure 68. Flood hydrographs for different districts of the Orleans Metro Area adjacent to breach sites. The slower rising Palmetto Canal record documents conditions in the part of the Central Business District that flooded.  IPET (2006b) page references noted in legend.

The drainage canal breaches on the 17th St. and London Avenue canals inundated the Lakeview area north of the Gentilly/Metairie ridge and south of the higher reclaimed land along the Lake Pontchartrain shoreline.  The flooding histories in the sub-basins that divide up the lowest part of Orleans Metro (Figure 68) are similar but were influenced by subtle terrain features that allowed water to pond before cascading into another area (Figure 32). The basin between the London Avenue Canal and the Bayou St. John natural levee to the west is smaller than those fed by the other two breaches.  It filled in 19 hours compared to 29 for the area between the 17th St. and Orleans Ave. Canals, and east of the Mirabeau Avenue breach on the London Avenue Canal (Table 4).  (See also www.hurricane.lsu.edu/floodprediction/)

Water coming from the west bank London Avenue Canal breach into the Filmore neighborhood reached wall mounted clocks in the vicinity of the breach within 1 to 4 hours (Figure 32).  Water levels there rose most quickly immediately after the breach (Table 4).  The opposite is true for the east bank London Avenue breach at Mirabeau which introduced water into a vast area extending to the IHNC.  There, water took 11 to

13 hours to reach the wall-mounted clocks, and the most rapid rate of rise was experienced shortly after noon (Table 4).

One surprise in the IPET hydrograph analysis was how quickly and early flooding occurred in the residential area of New Orleans East to the west of Paris Road (Figure 38). IPET depicts the flooding as taking place primarily as a result of water flowing over the low levees and floodwalls along the MRGO/GIWW, in the reach that constitutes the drain of the funnel. This overtopping flow crossed relatively high, built-up industrial land, an elevated railroad bed and the Chef Menteur ridge to reach the lower, Little Woods neighborhood that extends to the lakefront (Figure 29). It is apparent, however, that when this water arrived, it came in great quantity, causing maximum rates of rise of 5 to 6 ft/hr (Table 4), though the initial event was over within 3 hours (Figure 69). The two IPET hydrographs from this area suggest that the water moved almost as a wave from south to north, with a crest elevation at about 1.5 ft. The water level quickly dropped almost 3 ft from this high as the flood spread, reaching equilibrium well below sea level.

Flooding throughout St. Bernard Parish and the Lower 9th Ward was characterized by higher flow velocities and more rapidly rising waters than observed elsewhere in the GNO. Observers in the St. Bernard basin reported flows with standing waves moving down streets. Houses were destroyed or moved tens of blocks. This occurred elsewhere in the GNO only within a few hundred feet of major breaches, but was widespread in the St. Bernard Basin. Water reached the greatest elevation and depth within the GNO in the Lower 9th Ward and St. Bernard (Figure 70). The Lower 9th experienced a rate of rise of 8 ft per hour, and perhaps faster, in the area adjacent to the IHNC breaches, beginning after 0700 (Table 4).

It appears that the maximum elevation reached tended to increase slightly to the east in St. Bernard, so that the high water at Chalmette was about 0.5 ft higher than in the Lower 9th. The prevalent pathway for floodwaters after about 0830 was from the MRGO, across the submerged St. Bernard wetlands, and then over the 40 Arpent Levee. Once this surge finished filling the wetland storage had come came over the 40 Arpent Canal levee, the IHNC breaches that began the flooding became important drainage points as the IHNC water level dropped.

Maximum rate of rise in areas affected by the drainage canal breaches and downtown was 1 ft/hr, but the mean rate of rise ranged from 0.12 to 0.37 ft/hr in downtown and west of London Ave. Canal, respectively (Table 4).

**Table 4. Katrina Flooding from IPET Hydrographs for Regions of the Greater New Orleans East Bank**

*Regions with IPET (2006h) Volume/Page Reference*

| Parameter | 17th St. East IV-168 | London West IV-175 | London East IV-179 | IHNC West IV-184 | Downtown Palmetto VI-2-32 | East Orleans South IV-191 | East Orleans North IV-191 | Lower 9th West IV-194 | Lower 9th East IV-194 | Chalmette IV-194 |
|---|---|---|---|---|---|---|---|---|---|---|
| Time Max Rise 29 Aug. 05 (CDT) | 12:30 | 8:30 | 13:30 | 6:30 | 6:30 | 8:30 | 9:00 | 7:00 | 8:00 | 8:30 |
| Maximum Rise Rate (ft/hr) | 1.0 | 1.0 | 1.0 | 6.0 | 1.0 | 5.5 | 6.0 | 8.0 | 6.0 | 6.0 |
| Rise Period (hr) | 29 | 19 | 29 | 3 | 56 | 3 | 2 | 9 | 9 | 6 |
| Mean Rise Rate (ft/hr) | 0.26 | 0.37 | 0.24 | 2.50 | 0.12 | 3.75 | 3.75 | 1.81 | 1.83 | 2.83 |

Near the west bank breaches on the IHNC, however, the maximum rate of rise was 6 ft/hr, with a mean rate of 2.5 ft/hr.  So the flooding occurred more quickly there.

Surprisingly, the rate of rise in New Orleans East was even more rapid than west of the IHNC, with maximum rates of 5.5 and 6.0 ft/hr in the eastern part of the developed area.  The mean rate of rise for the developed area protected by the St. Bernard HPS was 3.9 ft/hr (Table 4).  The most rapid rates of flooding were measured in the Lower 9th Ward, between 6 and 8 ft/hr, but the mean rate was only 1.8 ft/hr.  Farther west in Chalmette, and probably all of St. Bernard, the maximum rate of rise was 6 ft/hr, with a mean rate of 2.8 ft/hr (Table 4).



Figure 69.  Rates of flooding in Little Woods area of New Orleans East.  The south point flooded slightly earlier as it was closest to the MRGO/GIWW overflow source.  IPET (2006b) page references noted in legend.

Figure 70.  Flooding in the Lower 9th Ward and St. Bernard Parish.  IPET (2006b) references given in legend.

## Reflooding from Hurricane Rita

Twenty-six days after Hurricane Katrina devastated southeast Louisiana, Hurricane Rita made landfall near the Texas border more than 150 miles to the west and destroyed communities in the coastal southwest.  But the GNO also experienced high water once again.  Water level rose to more than 5 ft in Lake Borgne and Lake Pontchartrain and overtopped a 6 ft high railroad embankment on the south side of Interstate-10 just west of the GNO (Figure 71).  While most of the city had been pumped almost dry by this time, closure of levee breaches was still in an early stage.  The Orleans Metro drainage canals that had been conduits for much of the flooding of the City were closed temporarily by sheetpile walls driven into the canal beds on the lake side of the hurricane bridges, and this prevented flooding through them.  On the other hand, this could not be done for the IHNC, where repairs had been made with light limestone chips, and several Katrina breaches were reactivated.  The most spectacular of these was the large southern breach into the Lower 9th Ward (Figure 72).  But flooding through smaller breaches along the west bank of the IHNC also flooded adjacent portions of the Orleans Metro area in the Pontchartrain Park and Gentilly Woods subdivisions (Figure 73).  Hurricane Rita flooding pushed back the schedule for dewatering the GNO by nearly two weeks, and exacerbated the difficulty of breach closure efforts on the IHNC.



Figure 71.  Hurricane Rita surge in Lake Pontchartrain at 0700 overtopping 6 foot high railroad embankment west of New Orleans in LaBranche wetlands.  View south from eastbound I-10 causeway.



Figure 72.  Reflooding of Lower 9th Ward by Hurricane Rita surge looking northeast across IHNC toward the reactivated southern I-wall breach.  Twin-rotor helicopter in the middle of the picture is dropping bags of rocks into the breach channel that developed.



Figure 73.  Reflooding of Southern University of New Orleans campus in Pontchartrain Park by surge through reactivated IHNC breaches during Hurricane Rita.

## Timeline for Overtopping and Breaching

The following timetable summarizes the flooding of Greater New Orleans on Monday morning, August 29, with the arrival and passage of Hurricane Katrina:

*0400-0500*:  - Relatively minor breaches at the intersection of the CSX Railroad and the northern arm of the IHNC send water into Orleans East and Orleans Metro to the west. This flooding lasts about 8 hours, and was reactivated in some locations for Hurricane Rita (September 24).
  - The MRGO levees in St. Bernard Parish begin to be destroyed by waves, and control structure closures begin to wash out initiating the filling of the St. Bernard wetland buffer.
  - Limited flooding into southern St. Bernard over the east bank of the Mississippi River near Poydras.

*0500-0600*:  - Major levee breach into Desire area of Orleans Metro on west bank of the IHNC near France Rd.
  - According to IPET there was a major floodwall failure just south of Florida Avenue (north breach) into Lower 9th Ward. ILIT and Team Louisiana believe this breach was at least an hour later.

- New Orleans East Back Levee adjacent to B. Sauvage National Wildlife Area overtops and breaches
- MRGO/GIWW connection from funnel to IHNC overtops north and south levees initiating significant flooding of New Orleans East industrial area, and adding to filling of St. Bernard wetlands buffer, with some pouring in the Lower 9th Ward.

*0610*: - Hurricane Katrina makes landfall in Louisiana near Buras on west side of Mississippi River mouth

*0600-0700*: - According to IPET, floodwall failure begins at the Mirabeau site (south) on the London Avenue Canal and at Old Hammond Highway on the 17th Street Canal.
- Overtopping of floodwalls and levees on the east and west bank of the IHNC becomes widespread, affecting all basins.

*0700-0800*: - South breach into Lower 9th Ward followed by north breach
- According to IPET, floodwall failure begins at the Filmore site (north) on the London Avenue Canal.
- Overtopping of low floodwalls in the vicinity of the Lakefront Airport
- Floodwaters from the MRGO overtop the railroad and Chef Menteur ridge and begin entering the residential areas of New Orleans East from the south.
- Caernarvon to Verret Levee overtopped without damage to the levee.

*0800-0930*: - Surge on Lake Borgne peaks followed by Lake Pontchartrain south shore 30 minutes later.
- The St. Bernard wetland buffer fills and floodwaters begin cascading over the 40 Arpent Levee into the developed areas of St. Bernard east of Paris Road.
- The 17th Street and London Canal breaches in Orleans Metro reach full development.
- The unfinished wall sections of the Orleans Canal begin overflowing.
- Flooding of New Orleans East residential areas from the east begins as water in the B. Sauvage National Wildlife Refuge overtops the local levee.

*0930-1030*: - Surge peaks on north shore of Lake Pontchartrain
- Surge peaks on Mississippi coast