# EXHIBIT 21

Excerpts of Interagency Performance Evaluation Team, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (March 2007 Final Report) ("IPET Report")



**US Army Corps of Engineers** ®

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume IV – The Storm

### 26 March 2007

**FINAL**



Volume I – Executive Summary and Overview
Volume II – Geodetic Vertical and Water Level Datums
Volume III – The Hurricane Protection System
Volume IV – The Storm
Volume V – The Performance – Levees and Floodwalls
Volume VI – The Performance – Interior Drainage and Pumping
Volume VII – The Consequences
Volume VIII – Engineering and Operational Risk and Reliability Analysis
Volume IX – General Appendices

**DISCLAIMER:** The contents of this report are not to be used for advertising, publication, or promotional purposes. Citation of trade names does not constitute an official endorsement or approval of the use of such commercial products. All product names and trademarks cited are the property of their respective owners. The findings of this report are not to be construed as an official Department of the Army position unless so designated by other authorized documents.

# Volume IV
# The Storm

# Contents

Executive Summary ...................................................................................................IV-1

Participants ..............................................................................................................IV-5

    Regional Hydrodynamics ........................................................................................IV-5
    Field Data Recovery and Timeline Analysis ..........................................................IV-6
    Detailed Hydrodynamics ........................................................................................IV-7

Overview ..................................................................................................................IV-7

    Fundamental Questions that were Addressed ........................................................IV-7
    Description of Work ................................................................................................IV-8
    Regional Wave and Storm Surge Modeling ...........................................................IV-8
    Complimentary Roles for Modeling Results and Measurements ............................IV-9
    Model Sensitivity Tests ...........................................................................................IV-9
    Volume Outline .......................................................................................................IV-9

Storm Water Levels and Waves – Formative Processes ....................................IV-10

Hurricane Katrina Description and History .......................................................IV-13

    Storm Parameters and Track ................................................................................IV-13
    Wind, Wave, Surge Evolution – the Big Picture ..................................................IV-13

High-Water Marks and Hydrographs ..................................................................IV-17

    Introduction ...........................................................................................................IV-17
    High-Water Mark Acquisition and Analysis ........................................................IV-18
    Water Level Hydrograph Acquisition and Analysis .............................................IV-23
    Observed Water Levels in Lake Pontchartrain .....................................................IV-23
    Observed Water Levels along the IHNC ..............................................................IV-32
    Observed Water Levels along the GIWW and MRGO .........................................IV-39
    Observed Water Levels in South Plaquemines Parish ..........................................IV-43
    Additional Relevant Hydrographs ........................................................................IV-44

Winds and Atmospheric Pressures ......................................................................IV-46

    Input to Hydrodynamic Models ............................................................................IV-46
    Development of the H*Wind/IOKA Wind Product and Pressure Fields ...............IV-46
    Katrina Surface Wind Fields at Landfall ..............................................................IV-48
    Comparison: H*Wind/IOKA Winds with Measurements .....................................IV-52
    Performance of Wind Instrumentation ..................................................................IV-60
    Katrina versus SPH Storm Parameters .................................................................IV-60

Regional Wave Modeling ......................................................................................IV-63

    Purpose and Approach ...........................................................................................IV-63
    Simulation of Offshore Waves ..............................................................................IV-65
    Boundary Conditions for Nearshore Wave Modeling ...........................................IV-79
    Simulation of Nearshore Waves ...........................................................................IV-80

Regional Storm Surge Modeling .........................................................................IV-104

    Purpose and Approach .........................................................................................IV-104
    TF01x2 Computational Model ............................................................................IV-105
    Storm Forcing and Other Details ........................................................................IV-109

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Peak Water Level Maps ..........................................................................................IV-110
Computed Temporal Variation of Storm Water Level at Key Locations ....................IV-113
Comparison: Model Results to High-Water Marks ................................................IV-118

Data Products from Regional Wave and Storm Surge Simulations ...................................IV-122

Comparison of Katrina Wave and Water Level Maxima with Design Values .....................IV-125

Approach and Datum Conversion ........................................................................IV-125
Wave Maxima .....................................................................................................IV-126
Water Level Maxima ...........................................................................................IV-129

Influence of the MRGO on Storm Surge in New Orleans Vicinity ..................................IV-134

Wave and Surge Modeling Sensitivity Tests ..................................................................IV-136

Introduction .......................................................................................................IV-136
Sensitivity to Wind Input ....................................................................................IV-137
Sensitivity to Surface Wind Drag Parameterization .............................................IV-146
Sensitivity to Chandeleur Island Deflation ..........................................................IV-148
Sensitivity to Wetland Roughness Changes and Bottom Friction Formulation .......IV-153
Contribution of Tide and Wave Setup to Storm Water Level .................................IV-161

Timeline for Breaching and Overtopping of the Levee and Floodwall System..................IV-164

Purpose and Approach .........................................................................................IV-164
17th Street..........................................................................................................IV-167
London West ......................................................................................................IV-173
London East........................................................................................................IV-176
Inner Harbor Navigation Canal (IHNC) West ......................................................IV-180
Bartholomew Golf Course ...................................................................................IV-186
New Orleans East ................................................................................................IV-190
Lower Ninth Ward and St. Bernard Parish ...........................................................IV-193
New Orleans Downtown ......................................................................................IV-200

High-Resolution Hydrodynamics: Detailed Waves, Water Levels, Overtopping, and Forces on
Structures .................................................................................................................IV-201

Overview ............................................................................................................IV-201
Detailed Time History of Water Levels, Waves, and Related Forces ......................IV-206
Orleans Canal .....................................................................................................IV-216
London Avenue Canal..........................................................................................IV-218
Inner Harbor Navigation Canal (IHNC) .............................................................IV-223
Flow Rates over MRGO Levee .............................................................................IV-242
Flood Protection Levees along New Orleans East .................................................IV-251

Findings and Lessons Learned.......................................................................................IV-256

References.....................................................................................................................IV-261

Appendix 1. Hydrograph and High-Water Mark Analysis

Appendix 2. Wind and Atmospheric Pressures

Appendix 3. Offshore Waves

Appendix 4. Nearshore Waves

Appendix 5. Storm Surge

Volume IV   The Storm
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

IV-iii

Appendix 6. Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity

Appendix 7. Eyewitness Accounts of Flooding Caused by Hurricane Katrina

Appendix 8. Dynamic Forces and Moments on Flood Walls

Appendix 9. Basic Engineering Analyses

Appendix 10. Hydraulic Flows Through the 17th Street Canal Breach

Appendix 11. Breach Flow London Avenue

Appendix 12. Physical Model of 17th Street Canal

Appendix 13. ADCIRC Numerical Modeling

Appendix 14. Detailed-Scale STWAVE Modeling

Appendix 15. Boussinesq Modeling

Appendix 16. Assessment of Changes of the Mississippi River Gulf Outlet (MRGO) Levees Determined from Pre- and Post-Katrina LIDAR Surveys

Appendix 17. Consideration of Wind-Induced Barge Motions and Associated Forces in the Inner Harbor Navigation Canal

Appendix 18. Brief Documentation of Unknowns

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

500 ft or so within both the London Avenue and Orleans Canals were also quite small, with wave heights remaining less than 1 to 1.5 ft throughout these canals during the storm.

Estimated forces on the canal floodwalls are provided. As a close approximation, these forces are similar to what would be expected if the water level at the wave crests were simply taken as the still-water level for force estimation. Maximum individual crest heights are estimated to be about 1 foot above the still-water levels in the vicinity of the breaches in the 17th Street and London Avenue Canals. Depending on the type of failure experienced by these floodwalls, contributions due to waves could be significant in causing gap formation in these locations.

Breaching within the IHNC occurred in locations near the junction of the GIWW/MRGO and IHNC and south of this junction. In this area, waves entering from the north from Lake Pontchartrain and from the east from the Gulf of Mexico are largely dissipated; however, during peak conditions for winds out of the east (around 0900 to 1100 UTC), wave heights of 4 ft or larger were generated within the GIWW/MRGO. These waves propagated into the IHNC and were diffracted and reflected from side to side within this canal. Estimated wave heights are in the 2- to 3-ft range for the area along the Lower Ninth Ward that may have breached early around 0930 to 1030 UTC. Later in the morning, around 1430 UTC, winds had rotated to where they were coming from the north, roughly aligned with the axis of the IHNC, and waves in the 2- to 3-ft range were generated near the southern end of the IHNC.

Similar to the approach used for the canals, observational data were assimilated into water levels along the large flood protection levees in St. Bernard Parish, New Orleans East, and Plaquemines Parish in order to ensure the maximum accuracy possible for calculations at the detailed scale. Mean water levels ranged from slightly below the levee crest to 2 or 3 ft above the levee crests in the St. Bernard Parish area facing northeast along the MRGO. Overtopping would have been extensive along the central portion of this section of levees, even without erosion/breaching; however, extensive erosion/breaching substantially increased the rate of discharge into this area. Results from COULWAVE show that combined wave and mean flow velocities were higher on the back faces of levees than on the front face of the levees (the part of the levee exposed to direct wave attack). This is consistent with observations of partially eroded levees in this area which show much greater erosion on levee back faces in many areas where there is no erosion on the levee front face.

Along New Orleans East Levees, the mean water level appears to have been very close to the levee crest elevation. These levees were exposed to wave overtopping for several hours on the morning of Katrina landfall; and significant erosion/breaching occurred. An interesting contrast was seen along the GIWW, where water levels were also near the crest of the levee but waves were propagating parallel to the crest of the levee rather than normal to it. In this case, even though the wave heights were similar to those along the exposed section of levees in New Orleans East, velocities on the back face of the GIWW Levee section were about 50 percent lower than those estimated for the exposed levee section. Levees along this GIWW section exhibited only minor erosion.

In Plaquemines Parish, the major levees and floodwalls were massively overtopped and many of these failed. Calculations with a Navier-Stokes model were used to show the



Figure 26.  H*Wind snapshot for 1200 UTC on 29 August, just after landfall near Buras, LA.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

# Appendix 7
# Eyewitness Accounts of Flooding Caused by Hurricane Katrina

## Introduction

As part of the IPET field data collection task, Corps employees assigned to IPET interviewed survivors of Hurricane Katrina to record first-hand observations of flooding that occurred during and after the hurricane. The interviewers focused on collecting information about the timing of events, rate of water level rise, source of floodwaters, and direction of flow. Where feasible, interviews were conducted in person at the site of the observations. These eyewitness accounts, with identifying information removed, are presented in this appendix. The approximate location of the reported observations in UTM NAD 1983 Zone 15 coordinates (meters) is noted for each interview.

It is important to note that while some groups of interviews are remarkably consistent or can be confirmed by data from other sources, other interviews provide unique information that can not be confirmed by other available data. Also, in some cases, all or part of an interview may conflict with other interviews in nearby locations or with data from other sources.

779,400

3,321,900

On Monday morning about 7:30 am, the worst of the storm had passed, and he went to the yard to clean up. There was no water in the street at that time. At 8 am, he noticed water pilling up in the street, but it was not a rush at all, but a slow steady rise. It got closer and closer to his home, and he was able to put most of what he wanted up and into the attic. It rose all day until about 4 pm, stopping about 5 ft in his house; his home is about 2 ft off the ground. They stayed the night in the attic and left on Tuesday morning at 8:30 am. The water had not fallen any at that time.

778,700

3,324,200

He reported hearing a loud boom and rumbling like thunder. 20 to 30 minutes after boom he saw a wave of black water at bottom of house; this was about 0930 to 1030 time frame. Every 10 to 20 minutes it went up another ½ foot. By 1200 to 1400 hrs water was up to ceiling. He thinks he has 12-foot ceilings, but not sure. He found a battery-operated clock that he knew was functioning before the flood, which showed 1240 hrs. This clock was at about chest level.

778,400

3,321,500

On early Monday the 29th, the storm came in, and there was a lot of rain and wind. They had moved their cars to high ground in front of the home and were waiting it out. About 11 am to 12, the wind was still blowing, but not nearly as badly, and all seemed to be okay. There was water from the storm all in the street. At 12:30 pm, she looked out and noticed water in the street and getting higher; she thought the pumping station would come on, but it never did. She said the water was rising quickly and was coming from the north, flowing south; by 3:00 pm, the water was over the cars, which she said was about 4-5 ft deep in the street. Her brother was at the home with her, and he got in a boat to look for people. She said the current was strong, but he could paddle around in it. He was out in the water until just before dark, about 6:30 pm, and by then the current had increased to the point he was not sure if he could get back to the home, but he did make it, and it was still coming from the north. At 6 pm, the water was 2" from the second story porch they were on, and that story is 12 ft from the ground. By 6 am Tuesday, the water had risen the 2" and was lapping onto the porch, but did not come up more from there.

Volume IV  The Storm – Technical Appendix

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

IV-7-3

782,700
3,323,600

On Monday morning August 29th 200, the eyewitness was up around 0730 hrs and looked out front (facing east toward Warrington St.) window. There was not much water in the street so he laid down to rest. Before he could get to sleep he heard a sound like a dog quickly lapping water. As he stepped out of bed his foot touched water. Startled, he jumped up and ran to the front window where he saw fast moving dirty and black water in the street going toward the lake (Pontchartrain, north). The water was nearly up to the window ledge and gurgling into the house under the doors. He and a friend thought to go up in the attic but realized that they would have no way to get out, so they busted out a back (window/door?) and ran to the highest ground, which was the berm (levee) on which the I-wall was built. There was much more water in front of the house than on the backside, which is why they went out the back. They got the neighbor from the north house and the three of them ran up the levee. Once up on high ground they ran toward Mirabeau intending to cross the bridge and get to Gregory Jr. High School which was high ground and on the west side of the canal. They had to make their way through blown down trees, and at this time there was plenty of light to see where they were going. En route, they stopped to lift one of them up to see over the top of the wall. He reported water about a foot below the top, and could touch the water with his hand. As they moved south they heard a loud cracking boom type sound and at the same instant the wall burst open in front of them. Water gushed out like 'twenty fire hydrants'. They did not stop to observe any more, but immediately turned and ran as fast as they could to the Filmore St bridge. They crossed the bridge to the west toward Paris St, but noticed that water on this side of the canal was moving to the south. Ran half the way to Paris St and then had to swim some to get to the Beacon Light Church in that vicinity. They stayed there for 1 1/2 days.
On 21 Mar 06, interviewed a neighbor across the street from this witness, and asked if there was a clock in his house? His wife affirmed that it was running and the elevation above the floor was 5.0 ft. Pictures of the clock are available showing its exact position after the flood. A high water mark was found in the house of 8 feet above the floor.

783,400
3,323,800

The eyewitness rode out Hurricane Katrina with his sister at his. He reported that by mid morning (not sure of specific time) on Monday, August 29 the storm was over and the wind had slowed down. At that time, his sister told him that water was coming into the house. He opened the back door and found water knee deep against the door. He got his sister into the attic. In 20 minutes, the water was waist in the house. They spent 2 nights in the attic. They got out of the attic onto the roof through a roof vent hole. They were rescued on Wednesday, August 31 by boat.

# Appendix 14
# Detailed-Scale STWAVE Modeling

## Introduction

This appendix contains a description of the general STWAVE model used in this study. In this appendix we shall only treat some modifications to the general model to allow its application to key situations within the scope of this study and to describe the model applications.

## Modifications to STWAVE

In the form of STWAVE distributed for general use, only two types of side boundary conditions are allowed:

1. Fully-absorptive boundaries where all energy is absorbed; and

2. Radiative boundaries where all energy is assumed to pass through the side without any reflection.

Neither of these conditions is appropriate for wave propagation within a steep-sided or walled canal. Consequently, the model was adapted for use here via the incorporation of reflective points that were aligned along the sides of the canal. Once these points were identified, and energy was propagated into them, the waves were reflected using the "mirror-angle" assumption with no diffraction, i.e.

$$\alpha_r = \theta_m - \alpha_i$$

where
$\alpha_i$ is the incident angle
$\alpha_r$ is the reflected angle, and
$\theta_m$ is the angle of the mirror

The present wave generation equations included within STWAVE are based on wave growth within an infinitely wide fetch. Recent publications (Kahma and Pettersson, 1994; Pettersson, 2004) have presented evidence suggesting that the wave generation process can be significantly affected by fetch width. The primary equation within STWAVE governing wave growth is its representation of the evolution of peak spectral frequency as a function of propagation time between two adjacent columns in the computational grid. Pettersson's work suggests that the rate of change of peak frequency at shot fetches is reduced by about a factor of 40%. This adjustment was made to the growth equation in the standard version of the model.

Studies have shown that, even in situations with complex bathymetry, diffraction in most wave spectra can be modeled via a phase-averaged diffusion operator; however, such an approximation may not be very good in the vicinity of a hard, surface-piercing structure. As part of an ongoing effort to update the STWAVE code, a new method for representing diffraction in spectral models has been formulated. This form preserves solution accuracy in both the near field and far field of the domain, even for the case of very narrow spectra near structures.

A single spectral component (or its monochromatic counterpart) will have a velocity potential of the form

$$\phi = \frac{g}{\omega} \frac{\cosh[k(h+z)]}{\cosh(kh)} a e^{-i\omega t}$$

where g is gravity, h is the water depth, z is the vertical coordinate with zero at the water surface, $a$ is the topography of the free surface at time = 0 (basically an amplitude function in x and y), $\omega$ is radial frequency , k is wave number and t is time. Since the velocity potential is irrotational, we must have

$$\frac{\partial^2 a}{\partial x^2} + \frac{\partial^2 a}{\partial y^2} + k^2 a = 0$$

If we consider a second function such that

$$\varphi = \frac{\cosh[k(h+z)]}{\cosh(kh)} D_0(kr) e^{-i\omega t}$$

it can be shown that $\varphi$ also satisfies the Laplace equation, and we have

$$\frac{\partial^2 D_0}{\partial x^2} + \frac{\partial^2 D_0}{\partial y^2} + k^2 D_0 = 0 \ .$$

Using Green's theorem and noting that the form of $D_0$ can be written in terms of Bessel functions of order zero, Lacombe shows that the complex amplitude of a wave inside a bounded

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

region can be written as an integral around the boundary (similar to the derivation of wave diffraction in the Huygens-Kirchoff integral used in optics),

$$a_p = \iint\limits_{S} \frac{a(s)}{\sqrt{r}} \frac{\cos(\theta) + \cos(\alpha)}{2} e^{-i(\rho_0(s) + kr - \pi/4)} ds$$

where $a(s)$ is the amplitude at point "s" along the boundary S, $\rho_0(s)$ is the phase of the complex amplitude at s, r is the distance from the boundary to point "p", $\theta$ is the direction from "s" to "p", and $\alpha$ is the wave propagation angle at "s." For the case of a straight-line boundary (ignoring $180^0$ reflections) and normalizing r by the wavelength, this can be written as

$$a_p = \int\limits_{Y} \frac{a(y)}{\sqrt{y}} \frac{\cos(\theta) + \cos(\alpha)}{2} e^{-i[2\pi(y\sin\alpha + r) - \pi/4]} dy$$

where the integral proceeds along y over the line segment "Y." This form for diffraction allows for a variation in wave height along Y rather than requiring a constant wave height as in a Fresnel integral form for diffraction but is otherwise quite similar to that representation, with the added stipulation that a near-field solution form can be used in the representation shown here in place of the $\sqrt{r}$ denominator.

Berkoff (1973) showed that the combined effects of refraction and diffraction could be solved via the "mild-slope approximation"

$$\frac{1}{a}\left\{\Delta a + \frac{1}{cc_g}\nabla a \cdot \nabla(cc_g)\right\} + k^2 - \nabla\rho \cdot \nabla\rho = 0$$

and

$$\nabla \cdot (a^2 cc_g \nabla\rho) = 0$$

where c is the wave phase velocity $c_g$ is the wave group velocity, and $\rho$ is wave phase along the ray. The first equation is the eikonal equation for the refracted-diffracted ray and the second is the condition for energy conservation along the ray. The second term within the curly brackets is the combined refraction-diffraction coupling term. Accurate solution of this equation requires a resolution in x and y such that the grid increment is smaller than L/8 where L is wavelength.

A singularity in the amplitude function exists at the boundary of a surface-piercing structure. The sharp interference patterns in monochromatic waves passing by such a structure are created by the superposition of the diffracted wave from this singularity and the geometric wave passing by it. Near a singularity, we have

Volume IV  The Storm – Technical Appendix

IV-14-3

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

$$\frac{\frac{\partial a}{\partial y}}{\frac{\partial^2 a}{\partial y^2}} \to 0$$

as $y \to 0$. This suggests that the diffraction pattern will depend primarily on the first term in the curly brackets near a structure, with a secondary (relatively slow) dependence on refraction and other processes. In such cases, it is possible to adapt a series solution for this problem, i.e.

$$\vec{\Gamma}_p = \vec{\Gamma}_p^{(0)} + \vec{\Gamma}_p^{(1)} + \cdots$$

where $\vec{\Gamma}_p$ is the energy flux vector at "p" and the superscripts "(0)" and "(1)" refer to the order of magnitude of the terms. In this case, we allow the diffraction solution to represent order zero and add the effects of refraction as a second step to the solution.

The solution for diffraction is very accurate provided that the resolution along y is sufficiently small, say on the order of L/20. However, its solution is quite slow numerically on such a scale; hence direct solution of the Huyghens-Kirchoff form for diffraction is too cumbersome for most wave modeling purposes. Thus, instead of the exact form, we substitute a pre-solved, discretized complex operator D, defined as

$$\{R[D(\delta y, \delta x, \alpha), I(\delta y, \delta x, \alpha)]\}$$

where R is the real part of the H-K integral and I is the imaginary part of the H-K integral for an incident wave of unit amplitude. The terms inside the parentheses denote the resolution in y and x for fixed values of $\alpha$, respectively. After sensitivity testing, these have been set in the current version of the code to $\delta y = L/400$, and $\delta x = L/10$. Inside STWAVE diffraction then becomes represented as a simple inner product with amplitude

$$|a_p| = [\sum_{k=1}^{M} a_k R_k (\delta x, \delta y, \alpha)]^2 +$$
$$[\sum_{k=1}^{M} a_k I_k (\delta x, \delta y, \alpha)]^2 + R_B + I_B$$

where M is taken to cover a sufficient range in y to provide an accurate approximation to the total integral. The phase of the wave at "p" is given by

$$\rho_p = \tan^{-1} \left( \frac{\Sigma_I}{\Sigma_R} \right)$$

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

where $\Sigma_I$ and $\Sigma_R$ are the sum of the imaginary and real contributions to the H-K integral, respectively. The energy flux angle at "p" is found from

$$\alpha_\Gamma = \sin^{-1}\left(\frac{k\partial\rho_p}{\partial y}\right)$$

By shifting the discretized elements of the operator ±n positions along y, a simple estimate of the angle can be obtained that is not directly dependent on the scale of the grid resolution.

Treating the diffraction-only solution in terms of a field equation for the rays, we can represent the effects of refraction on path (flux angle and displacement) and amplitude as

$$y_I^{(1)} = y^{(0)} + \sum_{i=I_0+1}^{I} \delta y_i(x,y)^{(0)}$$

$$\alpha_I^{(1)} = \alpha^{(0)} + \sum_{i=I_0+1}^{I} \delta\alpha_i(x,y)^{(0)}$$

$$a_I^{(1)} = a^{(0)} \prod_{i=I_0+1}^{I} S_{r_i}(x,y)^{(0)}$$

where $I_0$ references the x-location of the boundary and I references the location of the point at "p." The term $S_{r_i}$ references the effective change in amplitude along the ray due to refraction at the $I^{th}$ column of the grid. To implement additional source terms such as wave breaking, this is modified to the form

$$a_I^{(2)} = a^{(0)}(x_0, y_0) \prod_{i=I_0+1}^{I} S_{r_i}(x,y) S_{e_i}[a^{(1)}(x,y)^{(1)}]$$

where the term $S_{e_i}$ represents the sum of all additional source terms considered at the $I^{th}$ column of the grid.

The same bathymetries generated for the ADCIRC grids were adapted to a rectangular basis and used for all simulations in the outfall canals (17th Street, London Avenue, and Orleans Avenue) and in the navigation canal (Inner Harbor Navigation Canal, IHNC). In all three of the outfall canals, dissipation due to entrance losses was similar to those observed in both the physical model and the Boussinesq model. Energy losses due to bridges were simulated by an empirical loss function that simply removed the same proportion of energy from the waves passing under the bridge as measured in the physical model study, rather than simulating the energy loss via equivalent frictional loss process.

The results of the STWAVE simulations showed that waves in the outfall canals were essentially damped to less than 1 foot by the time they reached the "hurricane proof" bridges at

the 17th Street Canal and the London Avenue Canal. These runs also showed that waves in the Orleans Avenue Canal were almost entirely blocked by the extremely curved entrance to this canal. In all areas in the outfall canals, waves were continually reduced due to side losses and interactions with bridges and at all sites along these canals waves did not excel 1½ feet, including local wind wave generation.

In the IHNC, runs with the "narrow-fetch" version of STWAVE were used to estimate wave conditions along the canal. Figure 14-1 shows the line of maximum wave height along the MRGO/GIWW entrance to the IHNC from the east; and Figure 14-2 shows the line of maximum wave height along the northern portion of the IHNC down to its southern end. In both cases, two patterns are evident: a rapid damping of longer period waves that are entering the canals from the Gulf on the east and Lake Pontchartrain on the north and a growth of waves due to local wind generation along the canals. As seen in Figure 14-2, estimates of the latter process appear to be consistent with photographic evidence at the southern end of the IHNC.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 14-1. Line of maximum wave heights within the MRGO/GIWW entrance to the IHNC showing decay
of waves coming in through the entrance and local generation of waves within the canal. Grid
spacing is 20 meters



Figure 14-2. Line of maximum wave heights along the IHNC for waves entering from Lake Pontchartrain. This shows the decay of waves coming in throught the entrance and local generation of waves within the canal. Grid spacing is 20 meters. Vertical Line around grid point 400 represents estimates of wave height near this point made from photographs

As a final exercise of STWAVE, a run was made to examine the potential wave heights along the sites of levee breaches along the Lower Ninth Ward using the phase-resolving modification discussed in this Appendix. Not surprisingly, these results show that the major source of waves propagating onto these floodwalls early in the storm, at about the time of their overtopping/breaching, came from waves reflecting back from the west side of the IHNC. This raises the problem that the coefficient of reflection for waves incident on that side is a relative unknown. Sensitivity tests showed that for a range of energy reflection coefficients from 0.5 to 0.8, significant wave heights arriving at the site of the northern breach into the Lower Ninth Ward were in the range of 2 to 3 feet at the time shown in Figure 14-1.

IV-14-8

Volume IV  The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

# References

Kahma, K.K. and H.Pettersson,1994: Wave growth in a narrow fetch geometry, The Global Atmosphere and Ocean System, **4**, pp. 253-263.

Pettersson, H., 2004: Wave growth in a narrow bay. Finnish Institute of Marine Research, Contribution 9, 105 p.

Volume IV  The Storm – Technical Appendix

IV-14-9

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

# Appendix 15
# Boussinesq Modeling

## Organization of Appendix

This appendix contains information on the Boussinesq model (COULWAVE) used in simulations for this report along with descriptions of the applications and development of force estimates. The sections are given below:

- Basic Boussinesq Model Information: COULWAVE
- Description of Method used to Determine Force along Canal Walls
- Details on Wave Simulation near and inside the 17th Street Canal
- Details on Wave Simulation near and inside the London Canal
- Details on Wave Simulation near and inside the Orleans Canal
- Details on Wave Simulation near and inside the Inner NHC
- Details on Wave Simulation along MRGO Levees
- Details on Wave Simulation along New Orleans East Levees
- Details on Wave Simulation along Mississippi River Levees in Plaquemines Parish

## Basic Boussinesq Model Information: COULWAVE

COULWAVE (Cornell University Long and Intermediate Wave Model) was developed by Patrick Lynett (Texas A&M) and Phil Liu (Cornell) at Cornell during the late 90's. The target applications of the model are nearshore wind wave prediction, landslide-generated waves, and tsunamis, with a particular focus on capturing the movement of the shoreline, i.e. runup and inundation.

COULWAVE has the capability of solving a number of wave propagation models, however the applications for this project use the Boussinesq-type equations. To derive the Boussinesq-type model, one starts with the primitive equations of fluid motion, the Navier-Stokes equations, which govern the conservation of momentum and mass. The fundamental assumption of the Boussinesq equations is that the wavelength to water depth ratio is large; thus the model is meant to study shallow water waves. This fundamental assumption yields additional physical limitations, such as the vertical variation of the flow must be small, and turbulence must be

# Details on Wave Simulation near and inside the IHNC

## Simulation Setup

The bathymetric grid utilized here is from the ADCIRC grid. The ADCIRC grid is down-interpolated using an inverse distance weighted algorithm with care taken to eliminate coarse grid artifacts such as stepped bathymetry profiles. Manual modifications are made to the wall locations to better represent the canal boundaries. The total Boussinesq numerical grid is 3.5 square miles, using a 4 ft grid step in both horizontal directions. Two bridges cross the canal in this domain: the Florida Avenue Bridge and the North Claiborne Avenue Bridge.

Incident wave conditions are taken from the STWAVE simulations of wave evolution through the GIWW including local wave generation. The STWAVE output location is near the connection of the IHNC and the GIWW. Two-dimensional spectra are used to drive the Boussinesq runs. Simulations are performed for three times, 0630, 0930 and 1030 UTC on the 29th. Due to the early morning times of these simulations, only the waves coming through the GIWW will be used to force the Boussinesq; waves coming down the northern section of the IHNC are assumed short and small, and are ignored. Waves enter the IHNC from the GIWW at an angle nearly perpendicular to the IHNC. The model output to be presented includes wave height transect along the canal, forces, and the vertical distribution of pressure on a panel near the failure locations.

## Simulation Results: Wave Heights and Periods

A plan view snapshot of the wave field at 0630 UTC is given in Figure 15-26. At this time, the significant wave height at the end of the GIWW is 2.4ft. Due to the nearly perpendicular angle of entry into the IHNC, little wave energy makes it south to near the Lock. The wave height transect along the IHNC is shown in Figure 15-27. Wave heights at the Florida Avenue Bridge are about a quarter of a foot. At 0930 UTC, the wave height in the GIWW is near 3.4ft, and wave heights near the Florida Avenue Bridge are close to 0.6ft. By 1030 UTC, the significant wave height at the end of the GIWW has grown to 4.1ft. A snapshot of the waves at this time is shown in Figure 15-28. Here, more wave energy is able to turn into the southern reach of the IHNC, such that the significant wave height near the Florida Avenue Bridge is 1ft. Wave properties through the IHNC at 1030 are also shown in Figure 15-27.

## Simulation Results: Wave Forces

Use of the Boussinesq model to provide estimates of wave force on the IHNC walls near the failure locations is undesirable. The reason for this is that there was wave and surge overtopping, and the Boussinesq model is not capable of simulating overtopping of vertical structures such as canal walls. To address this deficiency, a Navier-Stokes hydrodynamic model is employed. The model used is called COBRAS, developed principally by Prof. Phil Liu at Cornell University. This numerical model is able to accurately simulate wave overturning, 2D(V) turbulence and vorticity and, important to this investigation, overtopping of vertical structures.

IV-15-36

Volume IV  The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

The general IHNC canal wall profile is taken from design memoranda. As the actual wall height is highly variable in the area of the failures, the simulations are reduced to a simple set where the surge is +1ft above the wall crest. Specifically, the surge is set as 13.5ft and the top of the wall at 12.5ft. Two simulations are run; one with no waves, and another with 1ft waves with a period of 5 seconds. Pressure distributions and fluid speeds are presented for both cases. Figure 15-29 shows the values for the no-wave case and Figure 15-30 for the wave case. What is evident here, as with all other canal simulations, is that the pressure is nearly hydrostatic, i.e. linearly varying from the instantaneous free surface elevation. The resulting force for the no-waves case is 1940 lb/ft, and 2260 lb/ft under the mean wave crest for the waves case. Note that this force is a mean value, not a 2 percent exceedence. The computational requirements of the Navier-Stokes simulations prohibit the long duration runs with input spectra required to derive statistical relations. Maximum fluid speeds on the backsides of the walls are close to free-fall speeds, near to 16 ft/s for both cases.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 15-26. Simulated wave field for the lower IHNC at 0630 UTC

Volume IV  The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 15-27. Transects of significant wave height and period along the lower IHNC at the three times. Wave heights are given in the top row and periods in the bottom. Both peak (from spectral analysis) and mean (from zero-crossing) periods are shown, to provide a measure of the periods of dominant wave energy. The first plot on the left gives the domain and the recording points, given by the black dots

Volume IV  The Storm – Technical Appendix

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

IV-15-39



Figure 15-28. Simulated wave field for the lower IHNC at 1030 UTC

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 15-29. Surge overtopping an IHNC wall with no waves. The wall elevation is specified as 1ft below the surge. The top plot gives the water surface and pressure distribution, the lower plot gives the fluid speed field



Figure 15-30. Surge overtopping an IHNC wall with 1 foot, 5 second waves. The wall elevation is specified as 1ft below the surge. The top plot gives the water surface and pressure distribution, the lower plot gives the fluid speed field.

IV-15-42

Volume IV  The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.