# EXHIBIT 22

Report of Paul Kemp

# EXPERT REPORT OF G. PAUL KEMP

In Re. Katrina Canal Breaches Consolidated Litigation (BARGE)

United States District Court for the Eastern District of Louisiana

Docket No. 05-4182

Prepared by

---

G. Paul Kemp, Ph.D.

Coastal Oceanographer and Geologist

633 Magnolia Wood Ave.

Baton Rouge, LA  70808

July 31, 2009

**EXPERT REPORT OF G. PAUL KEMP**

<u>**Table of Contents**</u>

| | | |
|---|---|---|
| 1. | Introduction | 1 |
| 2. | Qualifications | 4 |
| 3. | The Team Louisiana Report | 6 |
| 4. | Relevant Research Prior to Robinson Investigations | 9 |
| 5. | Robinson Investigations | 26 |
| 6. | Robinson Results | 33 |
| 7. | References | 35 |
| | Exhibit A -- Curriculum Vitae and Selected Publications | 42 |

# 1.  INTRODUCTION

My opinions, as set forth below, are directed toward two main points.  The first is to introduce the "Team Louisiana" Report, the investigation and analysis supporting it, and the conclusions it reached regarding the causes of the IHNC floodwall failures.  I was a participant in the Team Louisiana investigation and the principal drafter of the report.

The second is to express my own opinions, based on my work on Team Louisiana and in the Robinson case, concerning the effect of the MRGO on the flooding that took place in Orleans and St. Bernard Parishes in the vicinity of Lake Borgne, the Mississippi River-Gulf Outlet (MRGO) and the Inner Harbor Navigation Canal (IHNC) at the time of passage of Hurricane Katrina on August 29, 2005.


My opinions are offered at the request of the defense in the "Barge Litigation," which concerns allegations that the Barge ING 4727 was a cause of one or more of the floodwall breaches along the IHNC.  I include some photographs I took after the storm showing that this barge came to rest just inside the remains of the LPV structure within a subdivision of the Lower 9th Ward community (Figures 1 and 2).  It then refloated and moved slightly when interim repairs to the LPV structures failed again on September 24, 2009 and were scoured out by floodwaters generated during Hurricane Rita (Figure 3).



Figure 1.  Photograph on September 2, 2005, looking west from flooded Lower 9th Ward toward the IHNC showing reddish-orange barge located inside the LPV alignment near the south end of the large (south) breach (Team Louisiana 2007, p. 70).



Figure 2. View south taken on September 20, 2005, from the area of the south breach showing remains of I-Wall and trench created by plunging overtopping flow. Barge is at top left to left of small school bus (Team Louisiana 2007, p. 220). Surge generated by Hurricane Rita four days later washed away the temporary levee on the right side of the photograph and refloated the barge and dropped it on top of the bus where it remained until cut up and removed several months later.

3



Figure 3.  Photograph looking northeast from the IHNC west bank showing reflooding of the Lower 9th Ward caused by Hurricane Rita.  Barge is visible on right (Team Louisiana 2007, p. 92).

## 2.  QUALIFICATIONS

I am a coastal geologist and oceanographer living in Baton Rouge, Louisiana.  I have been employed since February 2007 as Vice-President of the Gulf Coast Initiative of the National Audubon Society, a 100 year old conservation organization headquartered in New York City.  Prior to holding this position, I was Associate Professor, Research, and Director of the Natural Systems Modeling Group (NSMG) at the Louisiana State University (LSU) School of the Coast and Environment for twelve years.  I received a B.S. degree in 1975 from Cornell University in Ithaca, New York, and I was awarded M.S. (1978) and Ph.D. (1986) degrees from the LSU Department of Marine Sciences,

4

now the Department of Oceanography and Coastal Sciences, and from the Coastal Studies Institute at Louisiana State University.

I have devoted much of my professional career in the past seven years to forecasting storm surges in coastal Louisiana generally, and more particularly the flooding and environmental impact caused and/or exacerbated by the MR-GO project, which includes the southern portion of the IHNC. I was qualified in this court to serve as an expert witness for the Plaintiffs in the Robinson case with respect to oceanography, hydrology and, more specifically, the interpretation of information developed by several numerical computer models employed under my direction. Prior to that, I also gained substantial insight into what happened in the MR-GO project area while engaged by the State of Louisiana as a member of the forensics investigation commissioned by the Secretary of the Louisiana Department of Transportation and Development (Team Louisiana 2007).

My areas of expertise include hydrodynamic modeling of high-intensity, short-term events, such as hurricanes, and low-intensity long-term phenomena, such as delta formation, river sediment transport and deposition, coastal wetland formation and deterioration, coastal erosion processes, ecosystem modeling and natural resources/science policy. While I was still an academic, I provided consulting services to the Morgan City Port Harbor and Terminal District on navigation channel dredging issues and to the Lafourche Parish Government on mitigating flood threats. I also served in 2004 and 2005 as an expert in hydrology and sedimentology on behalf of the Louisiana

Department of Transportation and Development in a lawsuit in state court in St. Charles Parish, and in Federal Court in Lafayette, Louisiana, in a case involving the navigability of a small lake in the Atchafalaya Basin.  I have previously worked as an expert for the Louisiana State Land Office on several cases dealing with ownership of riparian lands along the Mississippi River and smaller streams in Louisiana, and with the proper location of boundaries between states and parishes where a lake or an alluvial stream is involved.  Attached hereto as Exhibit A is a true and correct copy of my current *curriculum vitae*.

I was retained as an expert by the Defendants in the Barge Litigation during the first part of 2008 while I was also an expert for the Plaintiffs in the Robinson case.  The assignment to draft this report is my first in the Barge Litigation and my agreement is that I am to be paid $300 per hour and expenses for my efforts.  The opinions given here are my own and should not be construed as positions held by LSU or the National Audubon Society.  I submit this report on behalf of the Defendants and reserve the right to amend and supplement my opinions when and if additional information is brought to my attention.

### 3.  THE TEAM LOUISIANA REPORT

It is my understanding that the "Barge Plaintiffs" have asserted that an impact by Barge ING 4727 had a significant role in causing the north and south breaches of the eastern

IHNC floodwall adjacent to the Lower 9th Ward.  I understand that the Barge defendants may call me to testify concerning the Team Louisiana investigation and the conclusions reached by Team Louisiana regarding the causes of the north and south breaches on the east side of the IHNC, including the contribution of the MRGO to those failures.

I visited the breach sites numerous times in early September, 2005, in my capacity as a researcher attached to the LSU Hurricane Center and later as a member of the State Forensics Team.  I have reviewed all of the post-storm reports produced by the U.S. Army Corps of Engineers (USACE) Interagency Performance Evaluation Team (IPET 2006, 2007) and the Independent Levee Investigation Team (ILIT 2006).  I was also the principal drafter of the consensus report of the State Katrina forensic team (Team Louisiana 2007).

Each of these investigations independently attributed the cause of the IHNC breaches to failure mechanisms that did not require a collision by a barge.  Either implicitly or explicitly each study concluded that the Barge ING 4727 passed through the south breach opening after the I-Wall failure had already taken place, and, therefore, that a barge impact was not a precipitating cause of the breach.  Team Louisiana (2007, p. 67) addressed this issue as follows:

> "Some of the engineers who have examined the south breach into the Lower 9th Ward believe it was caused by overtopping induced levee erosion, while others believe that piping and lateral movement may have been a contributing factor.  Early reports attributed it to many other

factors, including a barge collision.  We found that while the barge had indeed struck the I-wall at the south end of the breach, the angle of the steel reinforcing bars in the concrete cap exposed by the collision suggested that the section of wall struck was already leaning having failed earlier.  The barge had clipped the end of the already formed breach as it was sucked through."

Team Louisiana concluded that the IHNC floodwall failures were instead caused by both prolonged overtopping and underseepage.  With respect to the south IHNC breach, Team Louisiana concluded (pp. 67, 201-04) that overtopping and underseepage caused the breach.  With respect to the north IHNC breach, Team Louisiana concluded (p. 67) that "[i]t would appear that the main cause of failure at the northern breach into the Lower Ninth is both under-seepage, and loss of levee stability or overtopping and removal of soil support.  No doubt both failure mechanisms were at play and both led to failure."

I directed additional detailed analyses in support of the Robinson plaintiffs by researchers with SVASEK Hydraulics, and the Delft University of Technology which were augmented by the work of Dr. Robert Bea and his associates at the University of California, Berkeley.  None of this additional analysis has supplied any evidence that would support an assertion that a barge impact was a precipitating cause of either of the IHNC floodwall breaches.

Team Louisiana also concluded (p. 202) that the IHNC floodwalls were overtopped in part because the funnel effect from the MRGO.  If the MRGO, as the channel had widened and deepened over time, had not provided capacity to convey such surge, the

8

water levels in the IHNC would have been 3 to 4 feet lower than they were during Katrina, and the "IHNC floodwalls and levees would have experienced little overtopping and a far lower likelihood of failure."

It is important to point out that neither I nor any of my Team Louisiana colleagues is a marine accident reconstruction expert, so my opinion with specific reference to the Barge ING 4727 is not based on the kind of detailed forensics analyses that such an expert might conduct regarding its transit.  Nevertheless, Team Louisiana included geotechnical engineers and other scientists who were eminently qualified to determine the causes of the levee and floodwall failures, and in the view of my Team Louisiana colleagues and myself, the evidence we reviewed and analyzed was sufficient to support the conclusions we reached in our report, and I believe it remains so today.

### 4. RELEVANT RESEARCH PRIOR TO ROBINSON INVESTIGATIONS

Before and after Hurricane Katrina, I conducted research on the storm surge impacts of the funnel formed by the convergence of the earthen structures that follow the south bank of the MR-GO and the north bank of the Gulf Intracoastal Waterway (GIWW) for various state agencies including the United States Department of Homeland Security (FEMA Hurricane Pam exercise), the Louisiana Department of Transportation and Development and the Louisiana Attorney General's Office.

Since Katrina, I have reviewed all of the primary investigations and studies that have documented this failure (USACE Interagency Performance Evaluation Task Force,

*Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, 2007; Independent Levee Investigation Team, *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 20*05 (http://www.ce.berkeley.edu/~new_orleans/, November 2005 Preliminary Report, May 2006 Draft Final Report, July 2006 Final Report); D. Woolley and L. Shabman, *Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project*, Report to Institute for Water Resources of the U.S. Army Corps of Engineers, June 2007; American Society of Civil Engineers, *The New Orleans Hurricane Protection System: What Went Wrong and Why*, 2007; National Academy of Engineering and National Research Council, Committee on New Orleans Regional Hurricane Protection Projects, Third Report, 2006; National Institute of Standards and Technology, *Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report*, 2006; Federal Emergency Management Agency, *Hurricane Katrina in the Gulf Coast*, 2006; Committee on Homeland Security and Governmental Affairs, *U.S. Senate, Hurricane Katrina A National Still Unprepared*, 2006; Committee to Investigation the Preparation for and Response to Hurricane Katrina, U.S. House of Representatives, *A Failure of Initiative*, Feb. 2006).

I was a member of the Louisiana Department of Transportation and Development forensics team (Team Louisiana) that conducted a study of the failure of the Greater New Orleans Hurricane Protection System (HPS) associated with passage of Hurricane Katrina. During 2005 and 2006, I made numerous inspections of the MR-GO and associated features from the land, water, and air.

10

I co-authored and served as primary draftsman through the LSU Hurricane Center of the report titled *The Failure of the New Orleans Levee System during Hurricane Katrina,* that was submitted to the Louisiana Department of Transportation and Development (LDOTD) in late 2006. The report was approved by the LDOTD Secretary for distribution on March 16, 2007, after extensive review by the state agencies that comprise the Louisiana Coastal Protection and Restoration Authority, including the Governor's Office and the Louisiana Attorney General's Office (http://www.dotd.louisiana.gov/administration/teamlouisiana/).

IPET addressed some aspects of the storm hydraulics associated with the Reach 2 portion of the MR-GO (Figure 4), and ILIT has provided important information on the stability and erodability of materials incorporated in the levees that washed away adjacent to this reach. The Team Louisiana report is unique, however, among all of the forensic studies published so far, in its treatment of the concentrating effect of the Lake Borgne funnel, of the differing roles played by each reach of the MR-GO in contributing to the catastrophe, and, importantly, of the decision-making that led to the unfortunate series of flooding events that accompanied Hurricane Katrina. I have authored with others a number of professional conference and journal papers that document this work. I have, when requested, provided staff members of Congressional and Senate committees and a Department of Defense Task Force investigating the Katrina related failures in New Orleans with information about Mississippi River-Gulf Outlet (MR-GO) contributions to that failure.

**Storm Surge Modeling Prior to Katrina**.  At the time Hurricane Katrina struck, I had been an LSU research faculty member for eleven years, attaining the academic rank of Associate Professor, and had spent much of that time developing capacity at LSU for adapting standard hydrodynamic models used by the engineering community (1) to meet the needs of ecologists and government agencies developing plans and projects to offset land loss in the wetlands of coastal Louisiana, and (2) to pilot innovative design approaches for wetland restoration projects using Mississippi River diversions.  At that time, relatively few numerical computer models had a reliable capability for handling the wetting and drying that is a major feature of low-lying intertidal wetland landscapes.  So I was excited by the possibilities for both hurricane simulation and restoration project design offered by the wetting and drying capabilities of the Advanced Circulation (ADCIRC) computer model that had been developed over more than a decade by Joannes Westerink (University of Notre Dame) and Rick Luettich (University of North Carolina). One responsibility after 2002 was to assess the potential of using the ADCIRC storm surge model as a disaster management tool for near real-time early warning forecasting of the storm surge threat associated with hurricanes approaching the coast of the United States from the direction of the Gulf of Mexico.

I directed a small team, including Dr. Hassan Mashriqui, P.E., an hydrologic engineer, and various graduate students and research associates, both at the LSU Hurricane Center and at the LSU Center for Computational Technology (CCT), which housed the supercomputer assigned for the modeling work.  Our team worked very closely with Dr.

Joannes Westerink, one of the ADCIRC developers, and his graduate students at Notre Dame.  At this time, both Dr. Westerink's team and mine worked under contracts with the LSU Center for Study of the Public Health Impacts of Hurricanes (CSPHIH), a sister unit of the LSU Hurricane Center, to carry out hurricane modeling tasks assigned by Dr. Ivor Ll. van Heerden, Deputy Director of the Hurricane Center and Director of CSPHIH. After several years of ADCIRC testing that had started before I became involved, the LSU Hurricane Center was called upon by the Louisiana Office of Emergency Preparedness to provide experimental real-time surge forecasting support during the 2005 hurricane season.  This request came after ADCIRC had gained significant exposure and credibility with both local and national emergency managers as a result of our modeling and scripting of the New Orleans flooding sequence caused by hypothetical 'Hurricane Pam' in an exercise in July, 2004.  The Hurricane Pam exercise, coordinated by the United States Federal Emergency Management Agency (FEMA), was intended to test hurricane forecasting, preparedness and response, and was the subject of testimony before the Senate Homeland Security and Governmental Affairs Committee in January 2006.  The physical attributes of the fictional Hurricane Pam were developed by the National Weather Service.

Hurricane Pam was characterized as a Category 3 storm created to follow a track similar to that taken by Hurricane Betsy in 1965.  ADCIRC simulated major overtopping of levees and floodwalls on both the east and west banks of the City and starkly demonstrated to me and many other observers the threat posed by the Lake Borgne funnel geometry created by the convergence of the Mississippi River-Gulf Outlet ("MR-GO")

and the Gulf Intracoastal Waterway (GIWW) channels and the artificial embankments that paralleled these channels on the south and north sides, respectively (Figure 4).  As a result of my participation in the Hurricane Pam exercise, I also became aware of the lack of practical plans for quickly dewatering the City in the event of overtopping or breaching.

**Storm Surge Forecasting for Hurricane Katrina.**   2004 and 2005 were active hurricane seasons.  In 2004, my group prepared computer models for four storms that threatened the Greater New Orleans area, in addition to the Hurricane Pam exercise.  In 2005, we modeled six storms, beginning with Tropical Storm Arlene in early June, and including three hurricanes that ended up making landfall in Louisiana, starting with Cindy in July and ending with Rita in September.  All of these computer model runs were posted on the LSU Hurricane Center internet website as we completed post-processing, where they were available until mid-2009 when the Hurricane Center was reorganized.



Figure 4. Modified from Interagency Performance Evaluation Task Force, Army Corps of Engineers, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, at IV-134, Figure 93 (June 2006) to show the Lake Borgne 'funnel' and the 'throat' constituted by MR-GO Reach 1.

The computer model runs of most interest for this report were six made for Hurricane Katrina posted to the internet beginning on Saturday, August 27, 2005 and continuing through landfall to conclude with a "hind cast" posted on September 13, 2005.  The hind cast is after-the-event computer model output based on empirical data collected by the National Hurricane Center (NHC) after passage of Hurricane Katrina.  During all of this time, Dr. Westerink provided essential advice and encouragement from his offices at the University of Notre Dame as our small team endured several sleepless nights.  Our modeling team left LSU at 4 AM Monday morning, about two hours before landfall, and I was startled by several downed trees blocking my path as the winds had already picked

15

up in Baton Rouge.  The power was out in many parts of Baton Rouge at that time, including at my home.  So it would remain for several days as we struggled to get credible information about what had happened in New Orleans.  Our model runs had predicted serious overtopping two days before the storm hit, and one of these forecast maps had been published on the front page of the *Times-Picayune* newspaper on Sunday morning, even though the latest forecast that we modeled had suggested some weakening (Figure 5).



Figure 5.  Graphic that appeared in the Sunday morning (August 28, 2005) edition of the New Orleans Times-Picayune newspaper, showing LSU predictions of overtopping on the east side of the city (courtesy of the Times-Picayune).

**Post Landfall Investigations.**   Initial reports were heartening and indicated that the winds and rainfall over the City were not extreme, but it later became clear that the

overtopping flooding that had given us chills as we watched our modeling results unfold on our computer screens on Saturday and Sunday had been compounded by water flowing through breaches.

It was not until Friday, September 2, that I had a chance to see the aftermath first-hand during an over flight with the Civil Air Patrol.  I was unable to enter the City to ascertain volume of flooding until the following Wednesday when police escorts could be arranged.  Rescue efforts were still in progress, but the breaches had been shored up to some degree while Lake Pontchartrain had returned to a normal stage and some pumps in the Orleans Metro area had been restarted.  Work crews had also deliberately breached the levees around St. Bernard Parish to let water out.

We began to use LSU boats and survey equipment to more systematically probe outside the perimeters of the "Greater New Orleans Hurricane Protection System" ("HPS") to find high water marks that were sheltered from wave action, and thereby assess the accuracy of our model results.  Initially using a laser level and height above the still water elevation, we were able to compare surge elevations to the crowns of the protection structures.  It was clear to us within a few days that our model simulations were extremely accurate, particularly along the Lake Pontchartrain shoreline.  We determined that the 17th Street and London Avenue outfall canal floodwalls had not been overtopped, but had failed at surge elevations lower than the crest of those structures.  At that time, the official position of U.S. Army Corps of Engineers (USACE) was that these floodwalls had been overtopped (van Heerden and Bryan 2006).  Reporters were

17

interested in what we were finding as so little reliable information was available, and began to accompany us as we conducted our surveys, often making it easier for us to gain access to critical locations.   On September 19 and 20, Michael Grunwald of the *Washington Post* went with us and we showed him what we had found on the 17th Street, London Avenue and Inner Harbor Navigation Canals (IHNC).  This led to a major story on September 21 that contrasted our findings with the official USACE position.   The apparent discrepancy led to a frenzy of interviews and stories that quickly changed perceptions of the causes of the disaster.  This story also stimulated the formation of other investigative teams organized by the American Society of Civil Engineers (ASCE), by the National Science Foundation (Independent Levee Investigation Team) and by the Corps itself through what later became known as the Interagency Performance Evaluation Team (IPET).   These reports also prompted the State of Louisiana to fund its own forensics team that became known later as Team Louisiana (van Heerden et al. 2007).

Hurricane Rita struck southwestern Louisiana on September 24, 2005 and after we had finished our last computer run, I rushed to New Orleans to see Gentilly and the Lower 9th Ward flood again through many of the same breaches along the Inner Harbor Navigation Canal (IHNC) that were opened by Hurricane Katrina (Figure 3).  When I took a survey team to New Iberia the next day, water was still high and many roads remained impassable.  I left Mr. Dane Dartez, a research associate, to continue documenting high water for the Rita surge over the next week, leading to our understanding that while ADCIRC had done well for Katrina, the model had over predicted surge, in general, in inland areas protected by miles of intact wetlands.  It was also possible to discern the

effect south of Lake Charles of the preferential conveyance of surge by the Calcasieu Ship Channel, like the MR-GO.  These observations gave me a personal understanding of the well-established, but largely unquantified, ameliorative effects of healthy wetlands as buffers against storm surge, and its inverse, the negative impacts of large artificial channels running inland from the coast.

I returned to New Orleans with the intent to more accurately and permanently document Katrina surge levels, as it was now known that no complete electronic gage records had been recovered in the New Orleans area.  We thought it also useful to arrange for confirmation by oceanographers from the USACE Engineering Research and Development Center (ERDC), formerly the Waterways Experiment Station in Vicksburg, Mississippi, before the high water marks were lost, and to head off future disputes.  This began about a month of extensive work with Dr. Steven Maynord, and a number of his colleagues from ERDC, in which we painstakingly located high water marks and debris lines throughout Greater New Orleans, and marked them for survey by teams of U.S. Army Corps of Engineers (USACE) contracted surveyors.  We took great pains to try to discriminate wave-free surge marks (pure surge) that were susceptible of prediction using ADCIRC from those that were inflated by the effects of wave breaking and run-up, which was not predicted by the S08 ADCIRC model then in use.  Generally, we used LSU boats and trucks because the USACE had little equipment available for this purpose.

On October 1, I believe, while this work was in progress, I was contacted by a colleague at the USACE New Orleans District to attend a meeting at the District headquarters.  This

was where I met the advance contingent of the ASCE and NSF/Berkeley (later ILIT) teams that had been invited to investigate engineering causes of the catastrophic flooding. The composition of these groups was heavily weighted toward geotechnical engineers. I welcomed them to New Orleans and arranged for Drs. Mashriqui and Sharma from LSU to join them in their field investigations and to provide them with ADCIRC model output while I continued the high water mark work. Our paths crossed on several occasions during the next week or so, and a number of these team members told me how valuable Dr. Mashriqui's presentation of ADCIRC output had been in helping them to reconstruct the details of the surge sequence.

By the time the other teams left New Orleans in mid-October, they had confirmed most of our initial findings with respect to the outfall canal failures, and had added a great deal of understanding with respect to the precise mechanisms. By this time, however, I was more intently focused on oceanography associated with the destruction of floodwalls along the IHNC and the LPV levees that had been erected along the MR-GO and the GIWW on the eastern outskirts of St. Bernard and New Orleans East. These failures had received less attention than the Orleans Metro floodwalls. Many of these areas could be approached only with considerable difficulty by boat as we surveyed scour holes and other indicators of the magnitude and direction of flow, noting the orientations and apparent trajectories of many barges and other vessels that had become stranded in the Central Wetlands area between the MR-GO levees and the 40 Arpent Levee. In the spoil disposal area that had been created along the south bank of Reach 2 of the MR-GO as a part of the original construction, dredged material that had been mounded into the LPV

embankment was completely or partially eroded or washed away, leaving little evidence other than vast aprons of sand and shell material from which to reconstruct what had happened (Figures 6).   Similar destruction was also observed on part of the northern boundary of the funnel (Figure 4) along the GIWW (Figure 7).   Few structures were found in these reaches from which reliable high water marks could be recovered, though wind and wave-tossed debris was visible in trees and on surviving navigation towers.



Figure 6. Oblique view looking northeast across Chalmette EBSB toward MRGO channel between the Bayou Bienvenue and Bayou Dupre floodgates that was constructed of hydraulic fill from the channel (IPET 2006, V-13-60).



Figure 7. View looking west along New Orleans East levees along the north bank of the GIWW that was constructed of hydraulic fill from the channel in stages over a 3 year period (IPET 2006, V-13-57).  The GIWW channel is to the left in this photograph.

We drove every part of the HPS that could be driven, including the non-federal 40 Arpent Canal Levee that defines the northern edge of the populated area in St. Bernard Parish. We saw a tremendous range in the degree of overtopping that various levees sustained, some with and others without damage, and noted ameliorative effects wherever substantial wetland acreage protected structures from wave impacts (Figure 8).

22



Figure 8.  Looking west on the Caernarvon to Verret Levee that protects the south side of St. Bernard drained area east of Chalmette.  This levee was overtopped for about 1.5 miles where the crown was between 12.5 to 13.0 ft high, but was protected from waves by an extensive marsh to the left.  It suffered little damage.

By mid November, despite the very dry weather, most high water marks and debris lines were no longer easily discernible and the post-Katrina surge validation effort was ended. Through this collaborative effort, however, we were able to gain a reasonable understanding of actual surge levels outside the HPS.  This information was placed into a common database maintained by the USACE that became an invaluable common source of information.  As a result, few disputes have subsequently arisen among the various investigative groups about surge elevations.  In contrast, to this day, no one actually knows the contribution of storm-driven waves anywhere, as the only direct measurements

23

were made in Lake Pontchartrain.  IPET tried to fill in this blank with inferences derived from after-the-fact wave modeling, and but when waves were modeled by our Dutch colleagues during work for the Robinson case, we found that much of the wave modeling work conducted by IPET for the Lake Borgne funnel was seriously flawed (See Kemp Expert Report, July 2008, Chapter 5).

**Team Louisiana**.   During October 2005, Secretary Bradberry of the Louisiana Department of Transportation and Development (LDOTD) and the Louisiana Attorney General's Office (AG) approached Dr. Ivor van Heerden about creating the state forensic team that was later known as "Team Louisiana."

In November, 2005, the LSU Hurricane Center was fortunate to receive a generous grant from the McKnight Foundation that allowed us to begin to recoup expenses and purchase a new truck to supplement the limited funding available from LDOTD.  I sometimes accompanied members of Team Louisiana and the ILIT as they conducted various investigations and ended up being tasked by Dr. van Heerden to serve as the primary drafter of the Team Louisiana report.  I completed most writing in August, 2006, but the final version was not officially released until March 16, 2007, after extensive review by personnel from a number of state agencies, the AG's Office, and the Governor's Office (http://www.dotd.louisiana.gov/administration/teamlouisiana/).

| Table 1.  Members of Team Louisiana | |
| --- | --- |
| Ivor L. van Heerden Ph.D. | LSU Hurricane Center<br>Department of Civil and Environmental Engineering, LSU |
| G. Paul Kemp Ph.D. | Natural Systems Modeling Lab, LSU |
| Hassan Mashriqui Ph.D., P.E. | LSU Hurricane Center<br>Department of Civil and Environmental Engineering, LSU |
| Radhey Sharma, Ph.D. | Department of Civil and Environmental Engineering, LSU |
| Billy Prochaska P.E. | Retired professional geotechnical engineer |
| Lou Capozzoli Ph.D., P.E. | Retired professional geotechnical engineer |
| Art Theis, P.E. | Retired state construction engineer |
| Ahmet Binselam, M.S. | LSU Hurricane Center<br>Department of Civil and Environmental Engineering, LSU |
| Kate Streva, B.S. | LSU Hurricane Center<br>Department of Civil and Environmental Engineering, LSU |
| Ezra Boyd, M.A. | LSU Hurricane Center<br>Department of Civil and Environmental Engineering, LSU |

This was very much a team effort.   Team Louisiana was comprised of a diverse group of distinguished experts, including oceanographers, geologists, geotechnical engineers, hydrologic engineers, and others (Table 1).  Drs. Mashriqui, van Heerden and I, along with Mr. Binselam, were primarily responsible for the surge analysis and discussion of MR-GO impacts and wetland effects that are contained in that report, some of which have also been published elsewhere (See van Heerden and Bryan 2006, Day et al. 2007, for example).  Because of my responsibility to reduce the input of various specialists into a single narrative, I had a unique vantage point from which to view all aspects of engineering and policy that led to the many failures of flood protection structures.

**The Robinson Case.**  After completing work with Team Louisiana, I was asked to join the MRGO litigation group expert team and lead additional investigations of MR-GO related flooding.  This has given me the opportunity to pursue questions that remained unanswered about the role of this navigation channel with a very high-caliber team of experts and modelers from this country and The Netherlands.  By the time of trial in April and May, 2009, I had been deposed twice and completed five expert reports or declarations for the Robinson plaintiffs.


## 5.  ROBINSON INVESTIGATIONS

The oceanographic studies conducted by the Plaintiffs' experts for the Robinson case are by far the most comprehensive to date.  I have described much of this work in an expert report submitted to the court in July 2008 which is Attached as Exhibit B to this report (Kemp 2008).  It is important to note that much added detail can be drawn from three reports submitted by researchers from Svasek Hydraulics and Delft University of Technology, namely de Wit et al. (2008) for surge, current velocities and overtopping, Gautier et al. (2008) for waves, and Kok et al. (2007, 2008) for flooding using a variety of computer models (Table 2).


Much of the detailed information generated for Robinson is not directly relevant to the transit of the Barge ING 4727 because that information addressed conditions that were changed by the USACE navigation channel (Table 3).  Nevertheless, such information is directly relevant to the role and responsibility of the United States for the flooding that took place.

.

| Table 2   Computer Models Used to Reconstruct Hurricane Katrina Surge and Waves for Robinson Investigations | | | |
|---|---|---|---|
| **Name** | **Acronym** | **Purpose** | **Reference** |
| **AD**vanced **CIRC**ulation | ADCIRC | 2D Vertically Averaged Coastal Circulation | Westerink, J.J., Leuttich, R.A., Jr., and Muccino, J. 1994.  Modeling tides in the Western North Atlantic using unstructured graded grids.  Tellus 46a(2): 178-199. |
| **FIN**ite **EL**ement 2D | FINEL2D | 2D Flow and Transport in Rivers and Coastal Waters | Dam, G., Bliek, A.J., Labeur, R.J., Ides, S., and Y. Planke.  2007.  Long term process-based morphological model of the Western Scheldt Estuary. IAHR RCEM Conf., Enschede. |
| **S**imulating **WA**ves **N**earshore | SWAN | Random, Short-Crested Wind-Generated Waves in Coastal Waters | Holthuijsen, L.H., Booij, N. and T.H.C. Herbers, 1989: A prediction model for stationary, short-crested waves in shallow water with ambient currents, *Coastal Engineering*, **13**, 23-54. |
| **WA**ve prediction **M**odel | WAM | directional spectra as well as wave properties offshore | WAMDIG 1988:  The WAM model - A third generation ocean wave prediction model. *Journal of Physical Oceanography*, **18**, 1775-1810. |
|  | SOBEK/ Delft1d2d | Flood forecasting | Delft Hydraulics 1997 Technical Reference Manual. Ministry of Transport, RIZA |

**Methods**.  Like all of the technical teams that have studied Katrina hydrodynamics, we have been forced to rely heavily on computer models to reconstruct the surge and wave dynamics in play during the passage of this storm.  We used five for Robinson that are well known by oceanographers, hydrologists and hydrologic engineers around the world (**Table 2**).  For this report we used the S08 version of ADCIRC (Team Louisiana 2007)

27

to provide wind fields and to help develop boundary hydrographs, time sequences of surge water level at the edges, for the FINEL model developed by SVASEK (**Figure 9**).

The FINEL model, like ADCIRC, is a two-dimensional oceanographic model that can predict water movement and set-up under the influence of winds and changes at the boundaries.  It was set up with far more detail on the geometry, namely bathymetry and topography, of the Lake Borgne funnel and associated waterways than was available in any ADCIRC version.  This was necessary to better study the effects of bottom friction differences between open water and various wetland types (de Wit et al. 2008). Bays and channels tend to provide less resistance to flow than do marshes and particularly swamp forest wetlands.  FINEL gave our team the flexibility necessary to examine incrementally the effects of adding, removing or modifying channels, wetlands and flood protection elements within the landscape to gain a greater understanding of how each contributed to surge dynamics (**Table 3**).

While it faithfully replicates surveyed overbank, floodwall and levee elevations as they existed prior to Katrina along the north bank of GIWW/MRGO Reach 1 and the IHNC, FINEL does not consider the effects of breaches that occurred during that storm in the southern portion of the IHNC between the MRGO junction and the lock.  Accordingly, it is expected to over-predict surge elevations actually observed in the southern part of the IHNC, and it does, predicting a peak at 08:30 of 17 feet instead of the 14 feet observed at 09:00 at the staff gage at the USACE lock (Figure 10).  These limitations have been

addressed to some degree by added analyses of overtopping potential using a 1D weir model for the polders not explicitly included in the model domain (de Wit et al. 2008).



Figure 9.  FINEL model computational domain included area outlined in red, and was extended for scenario 2B to include the entire St. Bernard polder from the 40 Arpent levee to the Mississippi River indicated by dashed red line (See Table 5.2).

SWAN is the most widely used wave model today.  It was developed by our colleagues in the Netherlands to look at wave generation and dissipation in nearshore, inshore and inter-tidal areas like the MRGO funnel (**Figure 11**).  This is a finite-difference model built, unlike ADCIRC or FINEL, of equal-sized rectilinear cells, that achieves greater resolution through the use of nested grids, in which larger grids provide boundary conditions for smaller ones.  It is very similar to the WAM model used by IPET to generate offshore wave conditions.  It was not necessary to rerun the WAM wave simulator because we had confidence that the WAM output from offshore that was generated by the USACE IPET could be used to set boundary conditions for the largest of the nested grids of the SWAN wave model (**Figure 11**).

**Table 3.  Katrina Simulation Scenarios for characterization of MR-GO Reach 1 and Reach 2 surge, current, and wave characteristics**

| Scenario | MRGO Reach 2 Channel | MRGO/GIWW Reach 1 channel | Reach 2 EBSBs | Reach 1 Levees | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|---|
| **1** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** |
| 2A | None | Pre MRGO | None | None | LPV authorized & no flow past | Pre MRGO 1958 |
| 2B | None | Pre MRGO | None | None | Existing 8/2005 & flow to Miss. River | Pre MRGO 1958 |
| **2C Neutral MR-GO** | **None** | **Pre MRGO** | **Existing 8/2005** | **Existing 8/2005** | **Existing 8/2005** | **Pre MRGO 1958** |
| 2D | None | Pre MRGO | Existing 8/1965 | None | Existing 8/2005 | Pre MRGO 1958 |
| 3 | As authorized | As authorized | Existing 8/2005 | Existing 8/2005 | Existing 8/2005 | Pre MRGO 1958 |



Figure 10.  Observed water levels recorded at hourly intervals from staff gage readings at USACE lock at south end of the IHNC (top) compared with FINEL predictions for the same point (bottom), on approximately the same time-scale.  Both show peak between 8:30 and 9:00, but FINEL predicts that without breaches, the crest would have been 17 feet rather than the 14 feet observed.



**Figure 11.  SWAN Nested Grids A-G positioned over bathymetry and topography. Boundary conditions for largest grid supplied by WAM output.**

We applied SWAN to study the Katrina storm scenarios with and without the MRGO project, and with and without the marshes and swamps that it destroyed (Gautier et al. 2008).  SWAN was set up for the Robinson investigations to look at wave generation where it would be expected to be significant, namely in the vicinity of Lake Borgne.  The SWAN domain established for Robinson extends west only so far as the junction of MR-GO Reach 2 with Reach 1 (the MRGO/GIWW), so it does not include the IHNC.

The SOBEK flood model was first described when it was used as part of the class certification process (Kok et al. 2007), and was used again to study the severity of

32

flooding that would result from what Dr. Bea has called an "MRGO Neutral" condition, as will be described shortly (Kok et al. 2008).  SOBEK comes into play only because it includes a time for the south breach wall collapse of 07:30, about 1.5 hours before the surge peak recorded from the lockmaster's staff (Figure 10).  I understand that others have inferred an earlier breach time; nobody has suggested that either breach occurred later than 8:00 a.m.

## 6.

## ROBINSON RESULTS

As described above, I undertook significant work in connection with the Robinson case, which focused on the devastating effects of the MRGO on the post-Katrina flooding in the New Orleans metropolitan area, including St. Bernard Parish and the Lower Ninth Ward.  My July 2008 expert report in Robinson (Kemp 2008) details my major conclusions concerning the effects that the MRGO had on Katrina-related flooding, including that:

a)      the MRGO created a funnel, the dangerous convergence of channels and spoil disposal areas, later augmented by addition of the Lake Pontchartrain & Vicinity (LPV) berms east of New Orleans, and by the subtraction of buffering wetlands, that foreseeably amplified the threat posed by hurricane surge to the Greater New Orleans area;

b)      the MRGO greatly enlarged the original Gulf Intracoastal Waterway (GIWW) connection between the throat of the funnel and the IHNC (MRGO Reach 1), which foreseeably increased surge transmission into the city earlier, adding to the height

and duration of surge experienced in the IHNC during Katrina and contributing to the early failure of floodwalls and levees adjacent to the IHNC;

c)      the MRGO created a Reach 2 channel with unstable side slopes that caused it to predictably expand over time, reducing the natural marsh buffer that previously separated it from Lake Borgne and from the adjacent LPV berms, thereby compromising foreshore protection for the man-made surge protection elements and hastening the onset of damaging wave action on these delicate structures (EBSBs) so that they breached earlier in the storm sequence;

d)      the MRGO created a channel in Reach 2 that predictably exposed freshwater swamps and marshes within the Lake Borgne funnel to increased salinity, accelerating their conversion to open water and thereby reducing the wetland surge and wave buffer between Lake Borgne and populated areas;

e)       the MRGO was a substantial contributing factor to the catastrophic flooding of St. Bernard parish and the Lower Ninth Ward, with 90% of the Lower Ninth flooding coming from the failure of the Reach 2 levees, and 10% from the IHNC floodwall failures[1]; and

f)      the U.S. Army Corps of Engineers was aware long before Hurricane Katrina that the MRGO enhanced catastrophic surge rush and wave forces on levees, but never warned Congress or sought funding for remedial measures.

My July 2008 report in Robinson (Kemp 2008) provides substantial detail concerning these opinions, and the scientific bases therefor.  That report is incorporated herein by

---

[1]      There was consensus on this figure among all of the experts on both sides of the Robinson case.

reference as if restated in full.  I understand that the Barge defendants may call me to testify about some of these conclusions, for purposes of establishing their claims against the United States and/or explaining the reasons why the Lower Ninth Ward flooded after Hurricane Katrina.

## 7.  REFERENCES

American Society of Civil Engineers (2007). *The New Orleans Hurricane flood protection System: What Went Wrong and Why*. ASCE, Reston VA.

Asano, T., Deguuchi, H, Kobayashi, N. (1993). "Interaction between water waves and vegetation," *Proceedings 23rd Coastal Engineering Conference*, ASCE, New York, 2710-2723.

Bea, R. G. (2008a). *Expert report concerning the performance during Hurricane Katrina of the man-made features bordering the Mississippi River – Gulf Outlet.* Declaration submitted on behalf of the Plaintiffs in Robinson v. United States in connection with the Flood Control Act immunity issues, July 11, 2008.

Bea, R. G. (2008b). *Expert report concerning the performance during Hurricane Katrina of the man-made features bordering the Inner Harbor Navigation Canal at the Lower 9th Ward.* Declaration submitted on behalf of the Plaintiffs in Robinson v. United States in connection with the Flood Control Act immunity issues, July 11, 2008.

Bea, R.G. and Arnold, J. L. (2008). *Technical Guidance Available for Design, Construction, and Maintenance of the MR-GO and LPV,* Technical Report to MR-GO Litigation Group Pertaining to MR-GO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Cobos-Roa, D (2008b). *Analyses of Breaching of the Effects of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina.* Technical Report to MR-GO Litigation Group Pertaining to MR-GO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Cobos-Roa, D. (2008a). *Analyses of Breaching of MR-GO Bayou Dupre & Bayou Bienvenue Navigation Structures During Hurricane Katrina.* Technical Report to MR-GO Litigation Group Pertaining to MR-GO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Storesund, R. (2008a). *Analyses of Breaching of MR-GO Reach 2 EBSBs During Hurricane Katrina.* Technical Report to MR-GO Litigation Group Pertaining to MR-GO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Storesund, R. (2008b).Review of Excavation and Backfill Practices Near Flood Control Systems. Technical Report to MR-GO Litigation Group Pertaining to MR-GO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bretschneider, C. L. (1954). *Field investigation of wave energy loss of shallow water ocean waves*, USACE, Beach Erosion Board, Technical Memo. No. 46, September.

Bretschneider, C. L. and Collins, J. I. (1966). *Storm Surge Effects of the Mississippi River-Gulf Outlet*, Study A, Report to USACE (New Orleans), NESCO Report SN-326-A, September, Pasadena, CA.

Camfield, F.E. (1977). *Wind-Wave Propagation Over Flooded, Vegetated Land,* Technical Report Paper No. 77-12, Coastal Engineering Research Center, USACE Waterways Experimental Station, Vicksburg, MS.

Camfield, F.E. (1983). "Wind-wave growth with high friction." Journal Waterway, Port, Coastal, and Ocean Engineering, ASCE, 109, 1, 115-117.

Coastal Environments, Inc. 1972.  Environmental Impact Study, Ship Channel Project. Report Prepared for St. Bernard Parish Police Jury, October, 1972

Collins, J. L. (1972). "Prediction of shallow-water spectra," J*ournal of Geophysical Research,* 77, 2693-2707.

Day, J. W. Jr., and Shaffer, G. P. (2008a). *Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems in Southeastern Louisiana,* Report to MR-GO Litigation Group, May.

Day, J. W. Jr. (2008b). *Effects of the Mississippi River Gulf Outlet on Coastal Wetlands and Other Ecosystems in Southeastern Louisiana,* Report to MR-GO Litigation Group, May.

Dean, R.G. (1978). "Effects of Vegetation on Shoreline Erosional Processes," *Wetlands Functions and Values: The State of Our Understanding,* American Water Resources Association, 415-426.

Ebersole, B. (2008). *Roles of MR-GO, GIWW, and IHNC During Hurricane Katrina, Hydrodynamic Loadings and Levee/Wall Responses Along the Navigation Channels and Influence of MR-GO During Katrina. USACE,* Engineering

Research and Development Center, Coastal and Hydraulics Laboratory, Vicksburg, MS.

Ebersole, B (2007) Hydrodynamic loadings and levee/floodwall responses along the navigation channel and influence of MRGO during Katrina.  Powerpoint presentation 188 slides.

FitzGerald, D, et al (2008). *Impact of the Mississippi River Gulf Outlet (MR-GO): Geomorphology & Geolog*y, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MR-GO, Robinson [No. 06-2268], Environmental Science Services, Inc., Denham Springs, LA.

Freeman, G.E., Rahmeyer, W.J., and Copeland, R.R. (2000). *Determination of Resistance Due to Shrubs and Woody Vegetation.* USACE, Engineer Research and Development Center, Coastal and Hydraulics Laboratory, ERDC/CHL TR-00-25, Vicksburg, MS.

Gautier, C., Kok, M., and Vrijling, J.K. (2008). *Wave Modeling New Orleans – Mississippi River Gulf Outlet, Hurricane Katrina August 2005*, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MR-GO, Robinson [No. 06-2268], Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

Gunn, R.L. (1997) Project fact Sheet, Mississippi River Gulf Outlet, Louisiana, US Corps of Engineers, New Orleans District, (www.mvn.usace.army.mil/ops/fact_sht/mrgo.htm)

Independent Levee Investigation Team (ILIT) (2006). *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005.* Final Report to National Science Foundation, University of California Berkeley, Berkeley Ca.

Interagency Performance Evaluation Task Force (IPET) (2007). *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane flood protection System.* USACE, Washington DC.

Jarvela, J. (2004). *Flow Resistance in Environmental Channels: Focus on Vegetation,* Helsinki University of Technology Water Resources Publication TKK-VTR-10, Helsinki, Finland.

Kahan, J.P.,Wu, M., Hajiamiri, S., and Knopman, D. (2006). From Flood Control to Integrated Water Resource Management, Lessons for the Gulf Coast from Flooding in Other Places in the Last Sixty Years, Gulf States Policy Institute, Rand Corporation.

Kemp, G.P. (2007). *Declaration*, Case 1:05-cv-01119-SGB, Document 35, Filed 01/27/2007.

Koelewijn, A.R., and Sellmeijer, J.B. (2006). "Beyond the Prediction of Critical Flood Levels: Using Artificial Neural Networks for Failure Mechanisms Below Crest Level," 7th International Conference on Hydroinfomatics, Nice, France.

Knutson, P. L., Brochu, R.A, Seelig, W.N and Inskeep, N. (1982),. "Wave damping in Spartina alterniflora marshes." *Wetlands*, Journal of the Society of Wetlands Science, (2), 87-104.

Knutson, P.L (1988). "Role of Coastal Marshes in Energy Dissipation and Shore Protection, Chapter 13, *The Ecology and Management of Wetlands,* Vol 1, Timber Press, Portland, OR.

Kobayashi, N., Raichle, A.W., and Asano, T. (1993). "Wave Attenuation by Vegetation," Journal of Waterway, Port, Coastal, and Ocean Engineering, ASCE, 119, 1, 320-48.

Kok, M., Aalberts, M., Maaskant, B., and Wit, L. de (2007). *Polder Flood Simulations for Greater New* Orleans *Hurricane Katrina August 2005*, Report by Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

Kok, M., Aalberts, M., Kanning, W., Maaskant, B, and Wit, L. de (2008). *Polder Flood Simulations for Greater New Orleans: the neutral MR-GO scenario,* Report to MR-GO Litigation Group, Report by Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

Mashriqui, H.S., Kemp, G.P., van Heerden, I., Ropers-Huilman, B.D., Hyfield, E. Young, Y., Streva, K. and Binselam (2006). "Experimental Storm Surge Simulations for Hurricane Katrina, *Coastal Hydrology* an*d Water Quality*, Xu, Y.J. and Singh, V.J. (Eds), *Proceedings of the AIH 25th Anniversary Meeting & International Conference*, American Institute of Hydrology, May, 481-489, Baton Rouge, Louisiana.

Massel, S.R., Furukawa, K., and Brinkman, R.M. (1999). "Surface wave propagation in mangrove forests," Journal of Fluid Dynamics Research, Elsevier Science B.V., 24, 219-249.

Meer, J.W. van der and Breteler, M. K. (1990). "Measurement and Computation of Wave Induced Velocities on a Smooth Slope," *22nd International Conference on Coastal Engineering,* Delft, The Netherlands.

Meer, J.W. van der and Segffert, J.W. (1994). "Erosion and Overtopping of a Grass Dike," *Proceedings of the International Conference on Coastal Engineering,* ASCE, 2639-2652.

Moller, I., et al (1999). "Wave Transformation Over Salt Marshes: A Field and Numerical Modelling Study from North Norfolk, England." *Estuarine, Coastal and Shelf Science* , 49, 411-426.

Morris, C. (2008). *Survey and Spatial Data in the Vicinity of the Mississippi River Gulf Outlet (MRGO)*, Expert Report Prepared for Plaintiffs in *Robinson v. United States*, Cmor Consulting LLC, Baton Rouge, LA.

MRGO Litigation Group (2008). *MR-GO Bibliography – Chronology,* Report to MR-GO Litigation Group, July.

Penland, S., et al (2008). *Impact of the Mississippi River Gulf Outlet (MR-GO): Geomorphology & Geolog*y, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MR-GO, Robinson [No. 06-2268], Environmental Science Services, Inc., Denham Springs, LA.

Reid, R.O. and Whitaker, R.E. (1976). "Wind-Driven Flow of Water Influenced by a Canopy," *Journal of Waterways, Harbors, and Coastal Engineering Division,* ASCE, WW1, 61-77.

Schuttrumpf, H. (2007). *Wave Overtopping Flow on Sea dikes – Experimental and Theoretical Investigations,* Delft Technical University, Delft, The Netherlands.

Seijffert, J.W. (2007). *Grass Covers and Reiforcement Measures,* Rijswaterstaat, Hydraulic Engineering Division, Delft, The Netherlands.

Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina (2006). *A Failure of Initiative.* U.S. Government Printing Office, Washington DC.

Shaffer, G (2008). Geometric characteristics of marsh and swamp vegetation in south Louisiana based on field measurements, personal communications, Southeastern Louisiana University.

Sills, G.L., et al (2008). Overview of New Orleans Levee Failures: Lessons Learned and Their Impact on National Levee Design and Assessment," *Journal of Geotechnical and Geoenvironmental Engineering,* ASCE, 134, 5, 556-565.

Smith, J. M. (2007). *Modeling Nearshore Waves for Hurricane Katrina,* USACE, ERDC TN-SWWRP-07-6, ERDC/CHL CHETN-I-76.

U.S. Army Corps of Engineers (USACE) (1988). Coastal *Engineering Manual*, EM 1110-2-1100, Vicksburg, Mississippi.

USACE (2007) Interagency Performance Evaluation Task Force (IPET) (2007). *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane flood protection System.* USACE, Washington DC.

USACE (2008a). *Integrated Final Report to Congress and Legislative Environmental Impact Statement for the Mississippi River – Gulf Outlet Deep-Draft De-authorization Study*, USACE New Orleans District, June.

USACE (2008b). Louisiana Coastal Protection and Restoration Technical Report, UsACE New Orleans District, Mississippi Valley Division, February.

URS Corporation (2007). Interaction of Hurricanes and Coastal Landscape Features: A Literature Review, Final Report, USACE Vicksburg District, Engineer Research Development Center, Coastal and Hydraulics Laboratory, URS Corp, Baton Rouge, LA.

van Heerden, I.L., Kemp, G.P., and Mashriqui, H. (2007). "Hurricane realities, models, levees and wetlands," *Cities of the Future Towards Integrated Sustainable Water and Landscape Management*, Novotny and P. Brown (Eds), IWA Publishing, London, UK.

Van Heerden, I.L. and G.P. Kemp. 2006. The Failure of the New Orleans Levee System During Hurricane Katrina. *Loyola L. Rev.* 52:1225-45.

Van Heerden, I.L. and M. Bryan, 2006. *The Storm—What Went Wrong and Why during Hurricane Katrina—The Inside Story from One Louisiana Scientist.* New York, NY: Penguin/Viking.

Verheij, H.J., et al (1997). *Erosion Resistance of Grassland as Dike Covering*, Technical Report, TAW – Technical Advisory Committee for Flood Defence in the Netherlands.

Vriend, H.J. de and Barends, F.B.J. (2006). "Scour and erosion: common ground between hydraulics and geotechnics," Delft Hydraulics and Delft University of Technology, Netherlands.

Wit, L. de, Maaskant, B, Kok, M., and Vrijling, J.K. (2008). *Flow Modeling New Orleans – Mississippi River Gulf Outlet, Hurricane Katrina August 2005*, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MR-GO, Robinson [No. 06-2268], Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

Woolley D. and Shabman, L. (2008). *Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane flood protection Project,* Final Report for the Headquarters, U.S.Army Corps of Engineers, Institute for Water Resources of the U.S. Army Corps of Engineers, Washington, DC.

Wu, F-C, Shen, H.W., and Chou, Y-J (1999). "Variation of Roughness Coefficients for Unsubmerged and Submerged Vegetation," *Journal of Hydraulic Engineering,* ASCE, 125, 9, 934-940.

US Corps of Engineers, New Orleans District (1999) Habitat Impacts of the Construction of the MRGO, prepared for the Environmental Subcommittee of the Technical Committee Convened by EPA in Response to St. Bernard Parish Council Resolution 12-98.

G. Paul Kemp

Dated: 7/31/09

41

**EXHIBIT A**

**CURRICULUM VITAE**

**G. PAUL KEMP**

633 Magnolia Wood Ave.
Baton Rouge, Louisiana  70808
Office:  225-288-9876; Cell:  225-772-1426; Fax:  225-769-8732

**EDUCATION**
Ph.D.   (Coastal Studies/Marine Sciences) Louisiana State University (LSU), 1986
M.S.     (Marine Sciences) Louisiana State University, 1978
B.S.     (Natural Resources) Cornell University, 1975

**EMPLOYMENT**
2007-Present, Vice President, Gulf Coast Initiative, National Audubon Society
Adj. Assoc. Prof., LSU Hurricane Center
1998-2006, Director-Natural Systems Modeling Laboratory & Hurricane Center, LSU
1994-1998, Associate Professor, Research, School of the Coast and Environment, LSU
1992-1994, Assistant Professor, Research, School of the Coast and Environment, LSU
1989-1994, Executive Director/ Science and Technology Director, Coalition to Restore Coastal Louisiana, Baton Rouge
1987-1991, Project Scientist and Director, Coastal Sciences Unit - Woodward-Clyde Consultants, Baton Rouge
1987, Post-Doctoral Research Associate-Coastal Ecology Institute, LSU
1985-1987, Hydrogeologist/Project Manager, Groundwater Technology, Inc., Mandeville
1984, NOAA/Knauss Congressional Fellow-Office of Senator Edward M.Kennedy, Washingron D.C.
1983, Geologist, Navarin Basin Project- Woodward-Clyde Oceaneering Inc., Dutch Harbor, AK and Houston, TX
1980-1983, Consulting geologist/Graduate Research Assistant- Department of Marine Sciences, LSU

# PUBLICATIONS

Day, J.W., Jr., **Kemp**, G.P., Cahoon, D.R., Reed, D.J., Boumans, R.M., Suhayda, J.M., and R. Gambrell.  IN PRESS.   Vegetation death and rapid loss of surface elevation in two Mississippi delta salt marshes: the role of sedimentation, autocompaction and sea-level rise.  Hydrobiologia

Shaffer, G.P., Day, J.W., Jr., Mack, S., **Kemp**, G.P., van Heerden, I., Poirrier, M.A., Westphal, K.A., Fitzgerald, D., Milanes, A., Morris, C.A., and F.S. Penland. IN PRESS.   The MRGO navigation project:   a massive human-induced environmental, economic and storm disaster.  J. Coastal Res. Spec. Issue 54.

Wilkins, J.G., Emmer, R.E., Hwang, D., **Kemp**, G.P., Kennedy, B., Mashriqui, H., and B. Sharky. 2008.  Louisiana Coastal Hazard Mitigation Guidebook. Louisiana Sea Grant College Program, Louisiana State University, Baton Rouge.  246 pp.

Day, J.W., Jr., Boesch, D.F., Clairain, E.J., **Kemp**, G.P., Laska, S.B., Mitsch, W.J., Orth, K., Mashriqui, H., Reed, D.J., Shabman, L., Simenstad, C.A., Streever, B.J., Twilley, R.R., Watson, C.C., Wells, J.T., and D.F. Whigham.  2007.  Restoration of the Mississippi Delta:  Lessons from Hurricanes Katrina and Rita.  Science 315(5819):  1679-1684.

Van Heerden, I., and G.P. **Kemp**.  2007.  The failure of the New Orleans levee system and pathways forward.  National Wetlands Newsletter 29(5): 36-40.

Van Heerden, I., **Kemp**, G.P., and H. Mashriqui.  2007.  Use of the ADCIRC storm surge Model for Hurricane Katrina surge predictions and forensic studies  IN Olsen, H.W. (ed) Proc. Geo-Denver 2007, GeoInstitute of Am. Soc. Civ. Engrs, February 18-21, 2007, Denver.  GSP 161 Embankments, Dams and Slopes.  9 pp.

Van Heerden, I., **Kemp**, G.P.  2007.  A conceptual hurricane surge protection plan for coastal Louisiana IN Olsen, H.W. (ed) Proc. Geo-Denver 2007, GeoInstitute of Am. Soc. Civ. Engrs, February 18-21, 2007, Denver.  GSP 161 Embankments, Dams and Slopes.  11 pp.

Walker, N.D., Haag, A., Balasubramanian, S., Leben, R., van Heerden, I., Kemp, G.P., and H. Mashriqui. 2006.   Hurricane prediction:  a century of advances. Oceanography 19(2): 24-36.

Van Heerden, I.Ll., **Kemp**, G.P., Mashriqui, H., Sharma, R., Prochaska, W., Capozzoli, L., Theis, A., Binsalem, A., Streva, K., and E. Boyd.  2006.  The Failure of the New Orleans Levee System during Hurricane Katrina.  Final Team Louisiana Forensics Report to Louisiana Department of Transportation and Development, December, 2006.  Baton Rouge, LA.  476 pp.

Day, J.W., Jr., Barras, J., Clairain, E., Johnston, J., Justic, D., **Kemp**, G.P., Ko, J.-Y., Lane, R., Mitsch, W.J., Steyer, G., Templet, P., and A. Yanez-Aranciba.  2005. Implications of global climatic change and energy cost and availability for the restoration of the Mississippi delta.  Ecological Engineering 24: 253-265.

Reyes E., J.F. Martin, J.W. Day, G.P. **Kemp**, H. Mashriqui. 2004. River Forcing at Work: Watershed modeling of prograding and regressive deltas. Wetlands Ecology and Management 12(2) 103-114.

Lane, R., **Kemp**, G.P., Mashriqui, H.S., Day, J.W., and Hamilton, A., 2003.  Potential nitrate removal from a river diversion into a Mississippi delta forested wetland. Ecological Engineering 20:237-249.

Martin, J., E. Reyes, P. **Kemp**, H. Mashriqui, and J. Day. 2002. Landscape modeling of the Mississippi delta. BioScience. 52: 357-365.

Are, D., **Kemp**, G.P., Guistina, G., Day, J.W., and F. Scarton. 2002.  A portable, electically-driven Dutch cone penetromenter for geotechnical measurements in soft estuarine sediments. Journal of Coastal Research. 18:372-378.

Lane, R., J. Day, G. **Kemp**, and B. Marx. 2002. Seasonal and spatial water quality changes in the outflow plume of the Atchafalaya River, Louisiana, USA. 2001. Estuaries. 25 (1): 30-42.

Martin, J., M. White, E. Reyes, P. **Kemp**, H. Mashriqui, and J. Day. 2000. Evaluation of coastal management plans with a spatial model: Mississippi delta, Louisiana, USA. Environmental Management. 25: 117-129.

Reyes, E., M. White, J. Martin, P. **Kemp**, J. Day, and V. Aravamuthan. 2000. Landscape modeling of coastal habitat change in the Mississippi delta. Ecology. 81: 2331-2349.

**Kemp**, G.P., Day, J.W., Reed, D.J., Cahoon, D.R., and M.Wang. 1999. Sedimentation, consolidation and surface elevation change in two salt marshes of the Mississippi River deltaic plain: Geotechnical aspects of wetland loss. In Rozas, L.P., J.A. Nyman, C.E. Proffitt, N.N. Rabalais, D.J. Reed, and R.E. Turner (eds). Proc. Conf. Recent Research in Coastal Louisiana, February 2-5, 1998, Lafayette, LA. P 15-34.

Suhayda, J.N., **Kemp**, G.P., Jones, R.S., and J. Peckman. 1991.  Restoration of wetlands using pipeline transported sediments, IN Coastal Depositional Systems in the Gulf of Mexico, Proc. GCS/SEPM Found. 12th Ann. Res. Conf., Dec. 8-11, Houston, TX.

**Kemp**, G.P., and J.T. Wells. 1987.  Observations of shallow-water waves over a fluid mud bottom: implications to sediment transport, In (N.C. Kraus, ed.) Coastal Sediments '87 Proc. Spec. Conf. Adv. In Understanding Coastal Sediment Processes, New Orleans, LA., 12-14 May, 1987. Am. Soc. Civil Engrs., Vol 1: 363-378.

**Kemp**, G.P., Conner, W.H., and J.W. Day. 1985. Effects of flooding on decomposition and nutrient cycling in a Louisiana swamp forest. Wetlands 5: 35-51.

**RECENT CASES IN WHICH DR. KEMP WAS PREVIOUSLY QUALIFIED AS AN EXPERT IN SEDIMENTOLOGY AND HYDROLOGY AND PROVIDED TESTIMONY AT TRIAL**

**2009**

(1)     U.S. Disctrict Court, Eastern District of Louisiana, *In re Katrina Canal Breaches Consolidated Litigation*, Pertaining to *Robinson* (06-2268),  Civil Action No 05-4182"K"(2),
Before Judge Duval
Trial May 2009,
Testified on behalf of the Plaintiffs.
Case remains pending.

**2005**

(2)     29TH JDC, ST. CHARLES PARISH, JUDGE KIRK GRANIER
TRIAL MAY 2005, Docket No. 31923
Louisiana Department of Transportation and Development vs. Monteleone, et al.
Testified on behalf of LDOTD
Decision overturned by Louisiana Supreme Court and scheduled for retrial

(3)     U.S. District Court, Western District of Louisiana, Lafayette Opelousas Division
Before Judge Doherty and Magistrate Judge Methvin
**JODY MECHE, et al CIVIL ACTION NO. CV 05-0385**
**VERSUS GLENN RICHARD**
**Testified on behalf of Jody Meche**

**2002**

(4)     9TH JDC, PARISH OF RAPIDES, Docket No. 198375
**RAPIDES PARISH POLICE JURY VERSUS**
**GRANT PARISH POLICE JURY**
Judge Harry Fred Randow
Trial in Alexandria, November 2002