# EXHIBIT 25

Deposition Excerpts of Fact Witnesses

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION

                                     NO. 05-4182
                                     and consolidated cases

                                     SECTION "K" (2)

PERTAINS TO: BARGE

BOUTTE V. LAFARGE        05-5531     JUDGE STANWOOD R.
MUMFORD V. INGRAM        05-5724     DUVALL, JR.
LAGARDE V. LAFARGE       06-5342
PERRY V. INGRAM          06-6299     MAG. JOSEPH C.
BENOIT V. LAFARGE        06-7516     WILKINSON, JR.
PARFAIT FAMILY V. USA    07-3500
LAFARGE V. USA           07-5178

WEBER V. LAFARGE         08-4459



     DEPOSITION OF JEROME AGUILLARD, 2221 VICKERS DRIVE

BATON ROUGE, LOUISIANA  70815, TAKEN AT THE OFFICES OF

CHAFFE, MCCALL, 1100 POYDRAS STREET, SUITE 2300, NEW

ORLEANS, LOUISIANA  70163, COMMENCING AT 9:30 ON FEBRUARY

16, 2009.

APPEARANCES:

FOR PLAINTIFF :

     LAW OFFICE OF BRIAN GILBERT

     (BY: EDWARD MORENO, ESQUIRE)

     821 BARONNE STREET

     NEW ORLEANS, LOUISIANA

Page 10

```
 1    A   No, we didn't.
 2    Q   I assume you stayed there Sunday?
 3    A   Yes, we did.
 4    Q   And as we all know the hurricane came
 5  through that Monday morning, the 29th of August,
 6  correct?
 7    A   Right.
 8    Q   Did you go to sleep on Sunday?
 9    A   On Sunday?  Not Sunday afternoon.  We went
10  to sleep late that night.
11    Q   And you woke up sometime Monday?
12    A   Monday morning, right.
13    Q   Was it already daybreak when you woke up?
14    A   No, it wasn't.  It was probably around two
15  or three in the morning.
16    Q   Tell me what you remember.
17    A   At that point when I woke up I started
18  hearing helicopters flying around and I remember
19  seeing the lights.  I could see the lights.  I thought
20  they were picking people up who were on top of houses
21  because they had some single story houses out there
22  with people that stayed back.  I didn't know that they
23  were putting the sand bags where the levee had broken
24  until I heard it on the radio because I had a walkman
25  radio and I could still pick up certain channels with
```

Page 11

```
 1  it.  So that's when I realized that the levee had
 2  broken there and they said all of New Orleans was
 3  flooded.  And I had went and looked out the window
 4  with a flashlight.  I could see my neighbor's house
 5  across the street and seen water all along the street
 6  but I didn't think it was that deep though.
 7    Q   After the hurricane passed on Monday did you
 8  go out in the street to check out any damage?
 9    A   Well, I had been -- as it was passing I
10  should say I had been in and out of my front door
11  standing on the porch and we had felt the wind die
12  down.  Because we didn't really get any rain or light
13  drizzle during the whole storm.  And my mom had
14  mentioned that you could feel the wind die down so she
15  mentioned that the storm must have turned.  When I
16  went outside there was still a lot of wind blowing,
17  branches blowing and trees blowing and then I heard
18  this sound which was like a muffled boom.  I went
19  into my home and I asked her did she hear that and she
20  said no and I stayed inside because I was checking on
21  my dog in and outside as well because he was still in
22  the yard and I stayed inside for a while.
23    Q   Let me interrupt you and break it down.  So
24  when you went out to check the damages you saw tree
25  limbs down?
```

Page 12

```
 1    A   Right.
 2    Q   That's when your mother said that the
 3  hurricane passed.  Was there any water in your yard or
 4  neighborhood at that time?
 5    A   No.
 6    Q   And then you said you heard this boom?
 7    A   Right.  When I went outside I heard the
 8  boom.  It sounded like a muffled boom.  It wasn't like
 9  a loud explosion.  You could hear the whole explosion.
10  It was more like it was muffled.
11    Q   Let me interrupt you again.  When you went
12  out just before you heard that boom, was it light or
13  dark at that time?
14    A   It was light at that time.
15    Q   So that was sometime Monday?
16    A   Right.
17    Q   Was it before or after noon if you remember,
18  12 noon?
19    A   That I'm not exactly sure of.  Well, it was
20  around the noontime hours.
21    Q   Now, you served in the marines, didn't you?
22    A   Yes.
23    Q   What was your rank?
24    A   I was a sergeant when I got out of the
25  marines.
```

Page 13

```
 1    Q   You have been around explosives?
 2    A   Yes.
 3    Q   What is a claymore mine?
 4    A   A claymore mine, it's kind of a flat mine,
 5  an explosive charge and it's curved, it's an area
 6  weapon that spreads out when it explodes and is
 7  designed to I guess be aimed at people.
 8    Q   Explosives?
 9    A   Yeah.  Like a shotgun round with small
10  pellets in it and it's designed as an area weapon to
11  catch a number of people in a certain area.
12    Q   Whether it's placed or planted, is it
13  covered somewhat?
14    A   Only with brush so that it's not seen.
15    Q   Does it give a muffled explosion sound?
16    A   No.  That's a loud explosion sound.
17    Q   Well, did this explosion or this sound that
18  you heard on the 29th on that Monday, did that sound
19  like a claymore mine?
20    A   It kind of did, from a distance it did.
21    Q   So it sounded like some kind of explosion?
22    A   Right.
23    Q   And how long -- I'm sorry.  After you heard
24  the explosion you came in and asked your wife if she
25  heard it and she said no.  How long after that did you
```

Page 14

1  have water in your house?
2     A   We had water in our house probably 30 to 40
3  minutes.
4     Q   After that?
5     A   After that, because it was rushing all into
6  the house and when I called her to the door I thought
7  the levee had overflowed.  I went to get my dog to
8  bring him inside and by the time we got back -- by the
9  time we got him inside and I went back outside it had
10  come up to the sidewalk so it was pouring pretty fast.
11     Q   All right.  So I'm just trying to make sure
12  I have the chronology right.  You went outside
13  sometime plus or minus noon, you don't remember
14  exactly?
15     A   Right.
16     Q   There were branches, tree limbs down but no
17  water in the neighborhood?
18     A   Right.
19     Q   You heard this explosion and you went
20  inside.  Your mother hadn't heard it.  30 to 40
21  minutes later you had water in the house.  After you
22  heard the explosion did you go back outside to get
23  your dog, is that what you said?
24     A   After I heard the explosion I didn't go at
25  that point to go get him.  I went to get him when I

Page 15

1  saw the water in the street and the water was coming
2  into the street.
3     Q   When did you see that water in the street
4  and can you tell me a direction, do you remember that
5  sort of thing?
6     A   I saw from the direction it was coming, it
7  was coming from New Orleans Street and Warrington
8  Drive which gets closer to the levee.  That's why I
9  thought the levee had overflowed.
10     Q   New Orleans Street and Warrington,
11  Warrington is parallel to the canal?
12     A   Right.  And I live here (indicating) so it
13  was coming from this direction like this up Brutas.
14     Q   So New Orleans is the second parallel down
15  below you?
16     A   Right.
17     Q   Did it appear to you as you sit here today
18  remembering that it was coming from the area we have
19  marked breach, within that general direction?
20     A   No, it didn't because when I went out my
21  door I also had water coming from my neighbor's yard
22  which was behind me and it was coming in this
23  direction as well.  So because it came more forcefully
24  from this direction than it did from this direction,
25  so I thought that maybe the gates at the lakefront had

Page 16

1  opened up and water was rushing from the lakefront
2  because of the force of the water that was coming from
3  this direction (indicating).
4     Q   Do you know when the second breach occurred?
5     A   No.
6     Q   Have you ever been to that second breach?
7     A   I have been to it.
8     Q   Somewhere between Filmore and Robert E. Lee?
9     A   Yes.  Should be I think a little closer to
10  Robert E. Lee.
11     Q   So somewhere up in this general vicinity
12  that we will circle?
13     A   Right.
14     Q   Second breach or I will just put breach as
15  well.  And you said that when you looked at the water
16  direction, it seemed to you it was coming from the
17  canal straight at you and from the northerly
18  direction?
19     A   Right.
20     Q   So in that direction and in that direction,
21  those two areas (indicating)?
22     A   Right.
23     Q   All right.  I'm sorry.  How long after the
24  boom was that, I know it's very difficult to piece
25  time together?

Page 17

1     A   That probably was around 30, maybe 30 to 45
2  minutes, maybe a little bit faster than that.
3     Q   I thought 30 to 40 minutes later the water
4  was already in your house?
5     A   The water was up to the sidewalk coming to
6  the steps between 30 and 45 minutes, maybe about an
7  hour it was, because my house was 2 feet off the
8  ground and about maybe closer to 45 minutes to an hour
9  it was actually in the house because we had gone
10  upstairs.
11     Q   So sometime earlier than 30 minutes you saw
12  the water coming from these two directions?
13     A   Right.
14     Q   Did you hear any other booms or explosions?
15     A   No.  Just a light pop sound, like a shotgun
16  from my windshield blowing out of my car.  That was
17  about it.
18     Q   This muffled explosion that you heard, was
19  it one sound, one boom or was it a succession of
20  booms, do you remember?
21     A   No.  I heard one muffled boom before I went
22  inside.
23     Q   All right.  Where were you standing when you
24  heard that boom somewhere in front of your house?
25     A   I was on my porch.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION            NO: 05-4182

                                   AND CONSOLIDATED CASES

    PERTAINS TO: BARGE

BOUTTE V. LAFARGE 05-5531

MUMFORD V. INGRAM 05-5724      SECTION "K" (2)

LAGARDE V. LAFARGE 06-5342     JUDGE STANWOOD R. DUVALL,JR.

PERRY V. INGRAM    06-6299     MAG. JOSEPH C. WILKINSON,JR.

BENOIT V. LAFARGE  06-7516

PARFAIT FAMILY V. USA 07-3500

LAFARGE V. USA 07-5178

WEBER V. LAFARGE 08-4459


    DEPOSITION OF PAUL BEST, 6967 COLBERT STREET, NEW
ORLEANS, LOUISIANA  70124, TAKEN AT THE LAW OFFICES OF
CHAFFE MCCALL, LLP, 1100 POYDRAS STREET, SUITE 2300, NEW
ORLEANS, LOUISIANA  70163-2300 ON APRIL 27, 2009 COMMENCING
AT 1:00.

Page 14

1    A    Yes.
2    Q    You drove back to the Colbert Street address?
3    A    Yes.
4    Q    What were the weather conditions at that time?
5    A    The wind was beginning to gust 40 miles an hour,
6    30.
7    Q    Was there any water in the street at that time at
8    Colbert?
9    A    No.
10   Q    At daybreak on August 29th was there any water in
11   the street at Colbert?
12   A    Minimal maybe.  The water cumulated around 8:30 or
13   9:00.  About 8:30 the streets was covered with water and I
14   had rain water up covering my front yard.
15   Q    So at daybreak on August 29th, 2005 you were the
16   only person inside of 6967 Colbert Street?
17   A    Yes.
18   Q    You mentioned something about 8:30 or 9:00, you
19   said that's when the water started to rise outside; is that
20   correct?
21   A    Yes.  The water started accumulating and the rain
22   water was sitting in the street.
23   Q    So when you talk about water in the street at 8:30
24   or 9:00, you believe that was rain water at the time?
25   A    Yes, that was rain water.

Page 15

1    Q    Sometime after 9:00 a.m. on August 29th, 2005 did
2    you hear any unusual noises while you were at 6967 Colbert
3    Street?
4    A    Yes.
5    Q    Describe for me the noise that you heard.
6    A    It sounded like a loud double explosion.  My first
7    thought was somebody dynamited the levee.  I have never
8    heard that before but that's what it sounded like.
9    Q    Had you ever heard that type of noise before?
10   A    No.
11   Q    When you heard the noise were you inside the
12   structure or outside the structure?
13   A    Inside.
14   Q    What room were you in at the time?
15   A    The front room, living room that faces the canal.
16   Q    Were there any windows open at the time?
17   A    Yes.
18   Q    How many windows did you have open at the time?
19   A    Two.
20   Q    The windows that were open, which way did they
21   face?
22   A    They faced the canal.
23   Q    The 17th Street Canal?
24   A    Yes.
25   Q    Overnight as the storm was coming over, did you

Page 16

1    hear transformers blowing throughout the night?
2    A    Yes, I did.
3    Q    The noise that you heard that morning, the unusual
4    noise that you heard, it was not a transformer, was it?
5    A    No.
6    Q    What time did you hear the noise?
7    A    9:30 possibly.
8    Q    What happened after you heard the noise?
9    A    I was at the window with the window wide open and
10   I was looking out that window and I heard the double
11   explosion and then about maybe 15 minutes later, maybe 30
12   minutes later a small black wave was coming from the other
13   side of the street that faces the canal and it came towards
14   my house as a ripple across the rain water, black, black
15   water.
16   Q    When you saw the water, was there a current to it?
17   A    No.  It was just like a small little wave, like a
18   ripple.
19   Q    And the wave was coming from the direction of the
20   17th Street Canal?
21   A    Yes.
22   Q    You mentioned two booms, how far apart were the
23   booms?
24   A    Two seconds, three seconds.
25   Q    How long did the booms last?

Page 17

1    A    Just a half a second each.
2    Q    Continuing on you said you saw a ripple of black
3    water in the street, correct?
4    A    Yes.
5    Q    Did the water continue to rise?
6    A    Yes, it rose a foot perhaps every 30 minutes.
7    Q    How deep did the water get there?
8    A    It stopped rising at Monday night late and it rose
9    all the way to the ceiling of the first floor which would
10   put it at about 12 feet from the street level.
11   Q    How long between the time that you heard the boom
12   when you actually had water start to come into the house?
13   A    It took perhaps an hour, probably less.
14   Everything was moving fast.  I was trying to raise chairs, a
15   new table we got we had finished.  I was putting the chairs
16   up and trying to raise the table up.  I didn't know how high
17   it was going to come.
18   Q    What is the elevation of the first floor of 6967
19   Colbert Street?
20   A    It's two and a half feet off the ground level,
21   street level.
22   Q    What were the weather conditions like when you
23   first saw the black water coming from the direction of the
24   17th Street Canal?
25   A    The storm was very intense, you know, 120,

Page 30

1    Q    That was a flood claim?
2    A    Yes.
3    Q    Have you heard of Lafarge North America, did the
4  gentleman that called you mention Lafarge North America?
5    A    Yes.
6    Q    So you knew that it was Lafarge North America that
7  Chaffe McCall was representing?
8    A    Yes.
9    Q    Have you ever worked for Lafarge?
10   A    No.
11   Q    Has any member of your family ever worked for
12  Lafarge?
13   A    No.
14   Q    Have you ever had any dealings with Lafarge?
15   A    No.
16   Q    Did you meet with anyone before your deposition
17  here today?
18   A    No.
19   Q    Did you meet with anyone, by that I mean anyone at
20  Chaffe McCall previously before your deposition was
21  scheduled?
22   A    No.
23   Q    So I assume you have not reviewed any documents in
24  connection with this deposition?
25   A    No.

Page 31

1    Q    Did you fill out a form SF95 with the Corps of
2  Engineers as a result of the damage to your house or did
3  your father do that?
4    A    No.
5    Q    You have never made a claim against the Corps of
6  Engineers?
7    A    No.
8    Q    Did you ever go down to the area which I believe
9  you said was five blocks from your home?
10   A    Yes.
11   Q    Did you ever go down at any time to look at where
12  the flood wall had fallen?
13   A    Yes.
14   Q    When?
15   A    The first time was -- well, the first time was
16  possibly three weeks after Katrina.
17   Q    In that three weeks you were in Baton Rouge?
18   A    Yes, we went to Baton Rouge.
19   Q    You picked up your father and your wife and went
20  to Baton Rouge?
21   A    Yes.
22   Q    Did you lose your car in the flood?
23   A    No, I did not.
24   Q    Did you have your car at home?
25   A    We had my truck and my wifes's car in Metairie.

Page 32

1    Q    But when you drove your wife --
2    A    I drove my father's car back.  We lost his car.
3    Q    So you lost an automobile, I believe it was a
4  Cadillac?
5    A    Yes.
6    Q    In the flood?
7    A    Yes.
8    Q    Did your father collect for the damages to that
9  car?
10   A    Yes.
11   Q    That was an insurance policy?
12   A    Correct.
13   Q    Did you have a cell phone at the time?
14   A    Yes.
15   Q    What was your cell phone number?
16   A    It was (504)388-9634, or is that my wife's?  No.
17  Scratch that.  It was my business cell phone.  I can't
18  recall it.  I have a new cell phone number.
19   Q    It was in your business name?
20   A    Yes.
21   Q    What was the name of your business?
22   A    Best Lawn Service.
23   Q    Did you advertise?
24   A    No.
25   Q    Did you have cards with your phone number?

Page 33

1    A    Yes.  I have a card at home with the cell phone
2  number on it.
3    Q    If you could get the cell phone number and give it
4  to the attorneys so he can give it to me.
5    A    Yes.
6    Q    So at the time of this storm, I'm talking about
7  Sunday and Monday, you had a cell phone in your possession?
8    A    Yes.
9    Q    Was it working?
10   A    Yes, it was.
11   Q    Did you call anyone on your cell phone?
12   A    Yes.
13   Q    Who did you call?
14   A    My wife.
15   Q    And when did you call your wife?
16   A    Several times.  The last time was around 8:30 in
17  the morning.
18   Q    Monday morning.
19   A    Monday morning, Yes.
20   Q    At about 8:30?
21   A    Yes, possibly 9:00.
22   Q    You said earlier that you heard these two booms
23  between 9 and 9:30?
24   A    Yes.
25   Q    You called your wife before you heard them?

1    A    Yes.
2    Q    Did you call her after you heard them?
3    A    No.
4    Q    So you heard these two booms that you thought were
5    an explosion and you had talked to your wife about 8:30,
6    about 30 minutes to an hour before you heard these two
7    noises that sounded like an explosion, right?
8    A    Yes.
9    Q    And you didn't call your wife back?
10   A    Well, later in the day I believe I called her.
11   Q    You spoke to her at 8:30 about I believe you said?
12   A    Yes.
13   Q    And then between 9 and 9:30 you heard two booms a
14   second apart?
15   A    Yes.
16   Q    They sounded to you like an explosion and then
17   water started coming; is that right?
18   A    Yes.
19   Q    But you didn't call your wife back to tell her
20   that you had heard this and what had happened?
21   A    I was more concerned about securing the two
22   animals and also trying to see what belongings I could
23   salvage to bring upstairs.
24   Q    But you didn't call your wife back, I'm talking
25   about after 9 or 9:30 right after that?

1    A    No.  I called her later that afternoon.
2    Q    Now, when you heard the boom, the two booms, did
3    you call the sheriff's office?
4    A    No.
5    Q    Did you dial 911 to tell anybody that you had
6    heard what you thought was an explosion?
7    A    No.
8    Q    Did you call any of your neighbors?
9    A    I believed I was the only one at home at the time.
10   Q    Did you know some of your neighbors?
11   A    Yes.
12   Q    How many neighbors did you know approximately?
13   A    I knew neighbors on both sides of me and also the
14   neighbors across the street.
15   Q    Did you attempt to reach any of them by phone?
16   A    No.  I don't have their phone numbers and I
17   believe -- like I said that I didn't see any lights on in
18   anybody's house.  I was sure I was the only one in that area
19   at home.
20   Q    I thought you said the lights went out at 8:30,
21   the electricity?
22   A    Well, I'm saying most of the people that left
23   didn't have lights on and that night I didn't see any
24   movement in my street, my area.
25   Q    And you said initially they had water in the

1    street; is that correct?
2    A    Yes.
3    Q    And then after you heard the two booms it was sort
4    of like a ripple on the water that was already in the
5    street?
6    A    Correct.
7    Q    Is that correct?
8    A    Yes.
9    Q    And that the water then rose about a foot an hour,
10   is that what you said?
11   A    Possibly a foot every 30 minutes to an hour, maybe
12   45 minutes.
13   Q    So it took roughly from 9:30 until late that
14   evening before the water reached the final level?
15   A    Correct, around 4:00, 3:00 that afternoon the
16   water was up to the ceiling.
17   Q    But it was just rising a foot every half hour to
18   an hour?
19   A    Correct.
20   Q    It wasn't a rapid -- you didn't hear the booms and
21   there was a rapid flow of water?
22   A    No.
23   Q    The first thing you noticed was a ripple; is that
24   correct?
25   A    Yes.

1    Q    And how could you tell when you looked at a ripple
2    that it was black water as opposed to rain water?
3    A    Because I was talking to my wife on the phone
4    telling her about the rain water we had right covering the
5    front yard and it looked like it wasn't going to flood, we
6    were going to make it.
7    Q    You were talking to her about 8:30 and you told
8    her there was water in the street but it was rain water and
9    it didn't look like it was going to be any problem?
10   A    Correct.  It looked like we were going to make it.
11   Q    Then you hear the two booms and there was a little
12   ripple coming on top of the rain water, that didn't concern
13   you at that time?
14   A    Well, I figured that the boom was the levee but I
15   was not aware of how high the water was going to come.  I
16   went through Betsy.  We had a flood then and the water came
17   right up to our doorstep in Gentilly Woods and pretty much
18   the water went down later that day.  The next day we just
19   cleaned up the streets and went on about our business.  So
20   that was my experience of a major hurricane passing over New
21   Orleans and a flood.  I was not aware of how high the water
22   was going to come.
23   Q    When you heard the two booms between 9 and 9:30,
24   the first thing you saw was a ripple on the water, the rain
25   water that was already in the street; is that right?

1    A   Yes.
2    Q   And were you concerned at that time with a ripple
3  coming on the surface of the water?
4    A   I knew it was something that had to do with the
5  levee, yes.
6    Q   How did you know it had something to do with the
7  levee at that time?
8    A   Well, because the noise came from that direction
9  and I thought somebody had dynamited the levee was my
10  initial reaction.
11    Q   How do you know it wasn't overtopping?
12    A   Because of the noise.  It sounded like an
13  explosion.
14    Q   Do you know how high the water was in the 17th
15  Street Canal that evening and that morning?
16    A   I'm sure it was right at the top of the wall.
17    Q   How do you know it wasn't overtopping that caused
18  this first ripple?
19    A   Oh, because when I heard the explosion I knew it
20  had something to do with it because I heard the explosion
21  and I saw the black ripple and I knew it had to do with
22  something about the levee breaking.  However, it broke and I
23  knew it wasn't water coming over the wall.
24    Q   If you saw a ripple how do you know it wasn't
25  overtopping?

1    A   Well, that's a possibility but after I saw the
2  levee break and I went and saw the ground pushed up 10 or
3  15 feet and I also talked to the Corps of Engineer people
4  who were surveying the area and I asked them about the
5  explosions.  I said I thought it was dynamite, my first
6  initial reaction, they were telling me, well, no, what you
7  heard was all that ground giving away at one time, this is
8  the type of noise that makes.
9    Q   But this is something you learned?
10    A   It's physics.
11    Q   This is something you learned in talking to some
12  unidentified Corps people three weeks or a month later?
13    A   Yes, about a month later.
14    Q   My question is, at the time that the accident or
15  you heard these two booms and then you saw a ripple on the
16  water, how did you know that the ripple was not overtopping
17  which would be the same water coming out of the 17th Street
18  Canal, how did you know it wasn't overtopping?
19    A   Well, because when you hear a double explosion
20  like that, you know, pretty much you know something
21  happened.  What it is, I don't know.  But when I did see the
22  ripple I knew it had to do with the levee breaking.  Whether
23  somebody dynamited it, that was -- I believed that somebody
24  had dynamited it because that's what it sounded like.  And I
25  was telling people in Baton Rouge I believe somebody

1  possibly detonated the levee, sabotaged the levee.  And my
2  thoughts were because I had the idea if people came from
3  Metairie they dynamited it because they didn't want the
4  water to overtop on their side.
5    Q   So you were telling people in Baton Rouge that you
6  thought somebody dynamited the levee?
7    A   Uh-huh (affirmative response).
8    Q   You have to answer yes or no.
9    A   Yes.
10    Q   She can't take it down.
11    A   Yes.
12    Q   You say you lived in Gentilly at the time of
13  Betsy?
14    A   Yes.
15    Q   Is that right?
16    A   Yes.
17    Q   You lived where?
18    A   In Gentilly Woods.
19    Q   And wasn't there a rumor at that time that they
20  had blown the levee at the time of Betsy?
21    A   I didn't hear that rumor.  I was young.  I didn't
22  know.
23    Q   Have you heard rumors over the years that the
24  Corps has blown levees up?
25    A   No.

1    Q   Describe for me the booms that you heard.  You say
2  they were like an explosion.  Did you hunt?
3    A   No.
4    Q   Have you ever fired a gun?
5    A   No.
6    Q   Do you know the sound it makes?
7    A   Yes.
8    Q   Did it sound like that?
9    A   No.
10    Q   Have you heard a transformer blow from time to
11  time?
12    A   Yes.
13    Q   Does that sound like an explosion?
14    A   Yes.
15    Q   Was it similar to that?
16    MR. BLANCHARD:
17        Objection, asked and answered.
18    THE WITNESS:
19        No.
20  BY MR. WIEDEMANN::
21    Q   How was it different?
22    A   These explosions were -- the decibels were
23  different.  This was deeper.  And the transformer sounds
24  like a very large firecracker going off in a sense and these
25  sounded like dynamite underground, like the ground might was

Page 42

1  stuck 5 feet under the ground.
2      Q   And before ever seeing the canal which you didn't
3  see before you left; is that right?
4      A   Yes.
5      Q   And you went in your canoe, you didn't go to the
6  canal?
7      A   No.
8      Q   You went to the Veterans Highway?
9      A   Yes.
10     Q   And then I assume you went and joined your dad and
11 your wife?
12     A   Yes.
13     Q   Then you went to Baton Rouge at some point?
14     A   Correct.
15     Q   Did you talk to anybody else in your neighborhood
16 regarding what you had heard?
17     A   Yes.
18     Q   To whom?
19     A   Another friend of mine who did landscaping work,
20 Mike Miller.
21     Q   Where did he live?
22     A   He lived on the other side of Robert E. Lee.
23     Q   So he wasn't close to the canal?
24     A   No.
25     Q   You were just telling him what you heard?

Page 43

1      A   Yes.
2      Q   He didn't say he heard anything?
3      A   No.
4      Q   Have you talked to anybody else from your
5  neighborhood that say they heard anything?
6      A   No.
7      Q   As far as you know you are the only one from your
8  neighborhood who heard this?
9      A   Yes.
10     Q   What did the boom sound like to you?  Can you
11 relate it to some other thing that you heard?
12         MR. BLANCHARD:
13             Objection, asked and answered.
14         THE WITNESS:
15             It was unique.  I have heard train cars run
16         into each other I have heard.  But this, it just
17         was an eerie, just a very eerie loud double boom.
18         The second one was possibly an echo.  I'm not
19         sure.
20 BY MR. WIEDEMANN::
21     Q   You did not see the levee itself until you
22 returned from Baton Rouge three or four weeks later?
23     A   Yes.
24     Q   So you don't have any idea of what happened with
25 the levee?

Page 44

1      A   No.
2      Q   When you saw the levee three or four weeks later
3  it was being repaired?
4      A   Well, I saw it from the Metairie side at the top
5  of that wall and I saw where it broke and I believe two
6  weeks later I drove to that spot and saw the ground actually
7  pushed up.
8      Q   Have you ever read any reports concerning the
9  cause of the breaches at the London Avenue Canal?
10     A   Yes.
11     Q   What have you read about the cause?
12     A   That possibly the soil underneath the levee was
13 compromised.
14     Q   Did you do any work in the Ninth Ward?
15     A   No.
16     Q   I'm talking about at the time of the hurricane?
17     A   No.
18     Q   Did you own any property there?
19     A   No.
20     Q   You were not near the Industrial Canal at any time
21 during the hurricane?
22     A   No.
23     Q   You don't know anything about what happened in the
24 Industrial Canal?
25     A   Yes, I know.

Page 45

1      Q   What do you know?
2      A   That the levee broke and that there was a barge
3  sitting in the Ninth Ward and that the whole neighborhood
4  was wiped out with a flood.
5      Q   You saw pictures of the barge on the land side of
6  the Industrial Canal?
7      A   I believe I did.
8      Q   You saw that the barge was near a breach in the
9  Industrial Canal flood wall?
10     A   I don't recall how close it was to it.
11     Q   The Industrial Canal is much wider and much deeper
12 than the London Avenue Canal, is it not?
13         MR. BLANCHARD:
14             Objection.  London Avenue Canal?
15         MR. WIEDEMANN:
16             I mean the 17th Street Canal.
17         MR. BLANCHARD:
18             Objection regardless.
19 BY MR. WIEDEMANN::
20     Q   Is that correct?
21     A   Yes.
22     Q   You didn't hear -- has anybody described to you
23 the noise that was made on the Industrial Canal?
24     A   No.
25     Q   You have nothing to compare it with?

1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    CIVIL ACTION                    SECTION "K" (2)

     NO. 05-4182 and

5    consolidated cases

6    JUDGE                           MAG.

     STANWOOD R. DUVAL, JR.          JOSEPH C. WILKINSON, JR.

7

8

                 IN RE:  KATRINA CANAL BREACHES

9               CONSOLIDATED LITIGATION

10               PERTAINS TO:  BARGE

11       Boutte v. Lafarge                05-5531
         Mumford v. Ingram                05-5724
12       Lagarde v. Lafarge              06-5342
         Perry v. Ingram                 06-6299
13       Benoit v. Lafarge              06-7516
         Parfait Family v. USA           07-3500
14       Lafarge v. USA                  07-5178
         Weber v. Lafarge                08-4459

15

16

17

18       Deposition of DEBRA ANN BLACKWELL, taken at the

19   offices of Chaffe McCall, L.L.P., 2300 Energy Centre,

20   1100 Poydras Street, New Orleans, Louisiana 70163, on

21   February 17, 2009.

22

23   REPORTED BY:

24   RALPH D. BOYLES, JR., CP, CCR

25   CERTIFIED COURT REPORTER

10

1  from the Google service.  You will see
2  it has your address, 5733 Wickfield
3  Drive.  I just want you to confirm that
4  Google has it right.  Where that red
5  bubble is, is that pretty close to where
6  your house is located?
7  A.  Well, yes, it's close, but probably in
8  the middle.
9  Q.  More in the middle of the block?
10  A.  Yes.
11  Q.  Wickfield runs parallel to the London
12  Avenue Canal, right?
13  A.  Yes.
14  Q.  Your house was between Prentiss and --
15  A.  Burbank.
16  Q.  -- Burbank?
17  A.  Yes.
18  Q.  Give or take, on the location of this
19  map, that bubble is accurate?
20  A.  Yes.
21  Q.  If you walk out your front door, do you
22  face the canal?
23  A.  Yes, but now there is another street
24  over, but I'm facing --
25  Q.  You would be facing in the direction of

11

1  the canal?
2  A.  Right.
3  Q.  But you would actually be facing
4  Warrington?
5  A.  Right.
6  Q.  So your house is a block from the canal?
7  A.  A block from the canal, correct.
8  Q.  How long have you lived there?
9  A.  Prior to Katrina we were there about
10  twelve years.
11  Q.  Do you own or rent?
12  A.  Own.
13  Q.  You obviously spent the night there
14  Sunday on the 28th?  The hurricane came
15  through on the 29th.  Did you go to
16  sleep that night?
17  A.  No, I really couldn't sleep.  No.
18  Q.  Could you describe what was going on,
19  wind, rain?  What was the weather like?
20  A.  The weather was windy, raining, I mean,
21  nonstop.  This was the time at the
22  actual hurricane?
23  Q.  Yes.
24  A.  Well, we still had electricity and all.
25  I called my mom and cooked breakfast.

12

1  Q.  So that would be on Monday?
2  A.  Yes, that morning, early morning.  But
3  you are saying the night before?
4  Q.  That's fine.  You can walk me through.
5  So the morning of Monday, you woke
6  up, cooked breakfast, and the sun was
7  out?
8  A.  Yeah.  It wasn't raining yet.  We all
9  ate, put the plates up, the kids cleaned
10  the kitchen, me and Kellie.  It started
11  raining, and my husband laid down.  Two
12  of the kids were asleep.  When it
13  started raining, we kind of like was
14  looking.  "Oh, it's not going to be
15  bad," blah, blah.  Thunder and you,
16  know, just hearing all kinds of stuff,
17  kind of scared, too.  I went to wake my
18  husband up because the tree across the
19  street had fell.  I was like, "Oh, no."
20  I said, "It's getting bad," blah, blah,
21  blah.
22  So afterwards the water hadn't
23  started rising yet.  We were just kind
24  of like watching out, kept looking out
25  the door to see if it was rising.  I

13

1  called my mama again.  She stood maybe
2  seven blocks away from us.
3  While I was on the phone with her,
4  it had to be like -- I don't know the
5  exact time, but around noon-ish, I
6  guess.  I was on the phone with her and
7  we heard another big boom.  I ran to
8  like towards the back of the house,
9  because I knew I had a tree back there.
10  I know it came from the front area
11  again, so we looked again, and there was
12  another tree down.  So we went back to
13  the back, just looking and checking, and
14  trees was falling.  There was lightning,
15  thundering, then you heard a big bam.
16  Once we heard the big bam, the
17  electricity and everything had went out,
18  too, and the phones were out, because I
19  tried to call my mama to find out what
20  was going on with her, and I couldn't
21  get through with her.  That was it.
22  From there, there was no light, no
23  nothing.  It stopped raining for like
24  maybe twenty minutes after that, but
25  then we didn't know where the weather

**14**

1  was coming from.
2      I was walking in the house, and it
3  had like stopped raining, so nobody was
4  really looking for water to start
5  rising.  So I continued to just get
6  prepared with the kids, messing with the
7  kids or whatever.  And my son-in-law
8  said, "Hey, this seat is wet.  The baby
9  peed," or whatever.  I actually walked
10 to the back of the house.  When I
11 stepped in my bedroom, the carpet was
12 like this (indicating), you know, the
13 water.  It just started.  It was like a
14 matter of maybe twenty minutes and the
15 water was rising.  We started getting
16 ready to bust through the roof, and
17 that's where we slept that night.
18 That's where we were.
19 Q.    Let me stop you.  So you heard some
20 noises, which were trees falling?
21 A.    We heard the trees falling, yeah.
22 Q.    This was around noontime?
23 A.    Yes.  I may not have the times right.
24 Q.    As best you can remember, then you heard
25 this bang?

**15**

1  A.    A big bang.  We thought maybe something
2  blew up or a generator or something, you
3  know, because the pumping station was
4  right there by the canal.  That's where
5  they came and rescued us off the house.
6  Q.    You heard something that sounded like an
7  explosion or bang or something?
8  A.    Right.
9  Q.    What direction did that come from; do
10 you remember?
11 A.    My house, like the front area.
12 Q.    So somewhere from the direction --
13 A.    I don't know if it was this side or that
14 side, what area.  I mean, it could have
15 been past the canal.  I don't know.
16 Q.    It was in the direction of the canal?
17 A.    In front of my house, right.
18 Q.    Could you tell if it came from Robert E.
19 Lee or from Mirabeau?
20 A.    Had to be around Robert E. Lee area, in
21 that area.
22 Q.    I think you said some twenty minutes
23 later after that bang, you noticed water
24 in the carpet?
25 A.    Water.  We wasn't paying attention to

**16**

it.  Once my son-in-law said his butt
was wet -- you know, my son-in-law is a
pretty big guy, like 410 pounds.  After
that, you know, it was like that's when
we started looking, went and looked out
the door, and the water started just
coming on up.
Q.    Describe your house to me, the exterior.
Is it raised or is it a slab?
A.    It was like maybe two to three feet off
the ground.  It wasn't really three
feet, but --
Q.    When you walk up to the front of your
house, you would have to go up two or
three steps?
A.    Three steps.
Q.    And is it one story or two?
A.    One.
Q.    Eight-foot ceilings?
A.    Yes.
Q.    So within twenty to thirty minutes of
this explosion, you had water in your
house?
A.    Yes, up into the ceiling.
Q.    Then it eventually got up to the

**17**

ceiling?
A.    Yes.
Q.    But in the first twenty to thirty
minutes --
A.    It got like maybe, I guess, what you
would say about this far from the
ceiling (indicating).
Q.    But backing up, in the first twenty or
thirty minutes after the bang, that's
when you first noticed water?
A.    Right.
Q.    Then it eventually rose?
A.    Started rising.
Q.    Up to the ceiling or nearly to the
ceiling?
A.    Yes.
Q.    Did you ever look outside to see where
the water was coming from or what was
going on or where you felt the water --
A.    We did try to look out the door.  We did
manage to kind of like pull the door
open, because at that time it was like
about by my knees.  We walked out the
door, and everything out there, it
wasn't just -- it was like -- we walked

26

1     front door, yes, we did see a tree
2     across the street that fell.  I don't
3     know exactly if that's what the boom
4     was.
5 Q.   Can you describe that boom for me?
6 A.   Well, the first one we heard was like a,
7     I guess, big bolt of lightning like.  I
8     guess you would say.  But in between
9     that one and the next one was -- I mean,
10    like I said, it was like a transformer
11    or something, because it was like a
12    cracking, you know, big old explosion.
13 Q.   But the lights stayed on that time?
14 A.   No.  At that time the lights went off.
15 Q.   We're going back to the big boom, not
16    the bang.
17 A.   The big boom, the lights went off.  We
18    didn't have any power.
19 Q.   Have you ever heard a transformer blow
20    before in your neighborhood?
21 A.   Yes.
22 Q.   So it sounded like a transformer?
23 A.   It was louder than that.
24 Q.   It was much louder?
25 A.   Yes.

27

1 Q.   The big bam, is that the same or that's
2    a different sound?
3 A.   That's the one I'm talking about.  The
4    first one was the tree, which wasn't as
5    loud.
6 Q.   When you referred to that, you said
7    another big boom, then a bang?
8 A.   The trees, the booms is the trees, bang
9    is --
10 Q.   Have you ever heard anything like that
11    other than a transformer?
12 A.   No.
13 Q.   Maybe in a movie?
14 A.   That's why I said a transformer.  That's
15    what I can relate it with the sound, but
16    much louder.
17 Q.   Did anybody ever tell you that it was
18    the canal that made that sound when it
19    broke?
20 A.   No, no one told me.  I don't know what
21    it was.  I didn't know what it was.
22    MR. MORENO:
23       That's all I have got.  Thank
24    you.
25          * * * * *

28

REPORTER'S CERTIFICATE

    I, RALPH D. BOYLES, JR., CP, CCR,
Certified Court Reporter, in and for the
State of Louisiana, do hereby certify that
the above witness was sworn to tell the
truth, the whole truth, and nothing but the
truth.

    The foregoing testimony was taken by
me in shorthand and is true and correct
testimony to the best of my ability and
understanding.

    That I am not of counsel, not
related to counsel, nor in any way interested
in the outcome of this event.


RALPH D. BOYLES, JR., CP, CCR
Certified Court Reporter
In and for the State of Louisiana

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES     *
CONSOLIDATED LITIGATION           *
                                  * CIVIL ACTION
                                  * NO.05-4182
                                  * Consolidated
                                  *
                                  * SECTION"K"(2)
 PERTAINS TO:  BARGES             *
                                  *
 Boutte v. Lafarge      05-5531   * JUDGE DUVAL
 Mumford v. Ingram      05-5724   *
 Lagarde v. Lafarge     06-5342   *
 Perry v. Ingram        06-6299   * MAG.WILKINSON
 Benoit v. Lafarge      06-7516   *
 Parfait Family v. USA  07-3500   *
 Lafarge v. USA         07-5178   *
 Weber v. Lafarge       08-4459   *
 *  *  *  *  *  *  *  *  *  *  *   *




     Deposition of GREGORY CAMPBELL, SR.,

taken at the law offices of Chaffe McCall,

2300 Energy Centre, 1100 Poydras Street,

New Orleans, Louisiana, on Friday, January 23,

2009 at 10:00 a.m.

Page 10

1     A   Okay.
2     Q   Who was at the house on that day with
3  you, if anybody?
4     A   My wife, my mother, my two nephews,
5  and my mother-in-law.
6     Q   Did they all live with you, or did
7  they -- had they come that day because of the
8  hurricane?
9     A   Well, my nephews was with me because
10 they mother went in the hospital.  My mother
11 lived downstairs, and my son came over because
12 of the hurricane, and my mother-in-law did
13 too, because of the hurricane.
14    Q   And what's your wife's name?
15    A   Jackie Campbell.
16    Q   And your mother lived with you
17 downstairs?
18    A   No; she lived downstairs.
19    Q   Lived downstairs at the same address?
20    A   1876 was her address.
21    Q   So 1874, is that an apartment or is
22 it a duplex?  Could you describe it to me?
23    A   It's a duplex.
24    Q   So you lived upstairs, and she lived
25 downstairs.

Page 11

1     A   Yes.
2     Q   And your two nephews were staying
3  with you because their mother was in the
4  hospital?
5     A   Yes.
6     Q   How long had they been with you?
7     A   Well, they just came over.  They
8  rushed her to the hospital that day, and they
9  stood with us until after Hurricane Katrina.
10    Q   What are their ages?
11    A   That was three years ago; 15 and 9.
12    Q   That was their ages then?
13    A   Yeah.
14    Q   And what's the name of the 15 year
15 old?
16    A   Irvin Mitchell.
17    Q   And the nine year old?
18    A   Jonathan Williams.
19    Q   And your mother-in-law also stayed
20 with you.  Is that correct?
21    A   No; she was there because of the
22 storm.
23    Q   She was there on the day because --
24    A   She came the day before the storm.
25    Q   And her name?

Page 12

1     A   Helen Paton.
2     Q   And I think you said your son was
3  with you also?
4     A   Yes; Gregory Campbell, Junior.
5     Q   And what's his age?
6     A   28 now.
7     Q   And is he a resident of New Orleans
8  today?
9     A   Mandeville.
10    Q   Could you tell me what you did on the
11 Sunday before the hurricane hit?  The 28th
12 going into the 29th.
13    A   Went to the store, packed up all my
14 beer -- I had to have something to drink on my
15 $2,500 porch I just built a month before
16 Katrina -- and made sure I had enough food.
17       I never run from a hurricane.
18    Q   So you were not planning to evacuate?
19    A   No; I wasn't planning on evacuating.
20    Q   So you spent most of Sunday getting
21 supplies and getting yourself ready?
22    A   Yes.
23    Q   And all the people that you told me
24 were at the house, they all planned to stay
25 with you?

Page 13

1     A   Yes.
2     Q   All right.  Can you tell me what you
3  saw, what you heard during the course of the
4  day on Sunday?
5     A   About Sunday -- Sunday was just a
6  normal day; sun out, sitting outside on the
7  back porch having something to eat and drink.
8       About 7 o'clock Monday morning after
9  the storm was over with, all the wind stopped
10 and trees stopped.  I went outside to assess
11 the damage to my house.  About 7 o'clock that
12 morning, went out, took pictures of my house
13 and seen what kind of damage I had to it.
14       About 9 o'clock Monday morning, heard
15 a bang or a boom, whatever you want to call
16 it.  And about 30 seconds later, I seen water
17 coming down Mirabeau Avenue.
18    Q   Let me stop you so we can back up and
19 take it in pieces.
20       Around 7 a.m. Monday morning, you
21 went outside to take some pictures and assess
22 damage?
23    A   Yes.
24    Q   What was the damage?
25    A   My poles was down, electricity down

Page 30

1    Q    Did anybody tell you why that wall
2  collapsed?
3    A    Just from what the TV says.
4    Q    What did the TV say?
5    A    TV said it's cheap material down
6  there that caused the whole thing to give out.
7    Q    All right.  But you spoke a little
8  bit about how it sounded like an explosion to
9  you.
10    A    Yes.
11    Q    Can you describe that to me?  I've
12  never heard an explosion before.
13    A    There's different kinds of explosion.
14  Depends on what type of explosion you use.  If
15  you use dynamite, it's totally different.  A
16  landmine explosion is totally different from
17  what you're using on dynamite.
18        So to me, a breach -- a break from a
19  levee will not have a noise, as far as I'm
20  concerned.  I know a boom dealing with
21  explosion is totally different than something
22  collapsing over.
23    Q    What did this explosion sound like to
24  you?
25    A    It sounded liked like "boom," an

Page 31

1  explosion.
2    Q    Land mine?  Dynamite?  Something
3  else?
4    A    Depends on what you use.
5    Q    Well, I'm asking you to describe to
6  me what it's like to hear this explosion.
7    A    It's weird.  For the area I was in,
8  it was real weird to hear explosion, period.
9    Q    Was it high?  Was it low?
10    A    It was high.  It was a high boom
11  rather than low.
12    Q    Did any windows or anything break at
13  the time of the sound?
14    A    No; not at my house.
15    Q    Do you know about anybody else's?
16    A    No.
17    Q    You say it was a high sound.  I think
18  of a rifle shot as a high sound.  It's a
19  crack.
20    A    Compared to a pistol, yes, it is.
21    Q    So compared to this sound, where does
22  that fit in?
23    A    A boom compared to a rifle and a
24  pistol is two different sounds.  It's a high
25  explosion.

Page 32

1    Q    A high explosion.  Okay.
2        So it was a high sound?
3    A    Right.
4    Q    And when we say "high,"" I'm asking
5  in terms of tone.
6    A    "Boom."
7    Q    Like a high tone (demonstrates), and
8  this is low tone.
9    A    No; a heavy tone.  Okay?  A heavy
10  explosion tone.
11    Q    Do you know anybody who saw -- strike
12  that.
13        How much of the London Avenue Canal
14  could you see from your upstairs bedroom
15  window that you were looking out of at the
16  time of the boom?
17    A    From my window?
18    Q    Yes.
19    A    About a quarter of it from the
20  bridge.
21    Q    A quarter of the canal?
22    A    Yes.
23    Q    Well, what do you call a quarter
24  (looking at map)?
25    A    My house is on Mirabeau and Allen.  I

Page 33

1  could see about this much from my house.  I
2  would call that a quarter (indicating).
3    Q    Let's find Mirabeau.  So this is
4  Allen Street?
5    A    If that's right, that should be Allen
6  Street.
7    Q    Wait.  You got this as Allen Street.
8    A    Okay.
9    Q    And you're right here?
10    A    And I'm here.
11    Q    Okay.  What part of the canal can you
12  see?
13    A    I could see this part of the canal
14  right here.
15    Q    So this is the only part you can see?
16    A    That's the only part I can see.
17    Q    Can you circle the part you can see?
18    A    (Complies.)
19    Q    Okay.
20    A    From my knowledge, that part wasn't
21  damaged.
22    Q    Lafarge sent you a subpoena to be
23  here today.  Am I correct?
24    A    Yes.
25    Q    How does Lafarge know that you even

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES     *
CONSOLIDATED LITIGATION           *
                                  * CIVIL ACTION
                                  * NO.05-4182
                                  * Consolidated
                                  *
                                  * SECTION"K"(2)
 PERTAINS TO:  BARGES             *
                                  *
 Boutte v. Lafarge       05-5531  * JUDGE DUVAL
 Mumford v. Ingram       05-5724  *
 Lagarde v. Lafarge      06-5342  *
 Perry v. Ingram         06-6299  * MAG.WILKINSON
 Benoit v. Lafarge       06-7516  *
 Parfait Family v. USA   07-3500  *
 Lafarge v. USA          07-5178  *
 Weber v. Lafarge        08-4459  *
 *  *  *  *  *  *  *  *  *  *  *   *




Deposition of JACKIE CAMPBELL,

taken at the law offices of Chaffe McCall,

2300 Energy Centre, 1100 Poydras Street,

New Orleans, Louisiana, on Friday, January 23,

2009 at 10:45 a.m.

Page 10

1    Q    And I understand your house was at
2  the corner of Mirabeau and Allen on the canal
3  side. Is that right?
4    A    Yes.
5         (Exhibit 3 was attached.)
6    Q    And on Exhibit No. 3, that is a
7  photograph of the area -- if you look at it
8  and orient yourself -- you see the canal here?
9    A    Okay.
10   Q    And this is Mirabeau?
11   A    Okay.
12   Q    And this "X"?
13   A    Is the house.
14   Q    Do you agree that's pretty much the
15 location of your house?
16   A    Yes.
17   Q    Actually the "X" should be on the
18 other side of the street, shouldn't it?
19   A    Yes.
20   Q    Let's mark a second "X."
21   A    (Complies.)
22   Q    You've corrected that it's really on
23 the canal side. We'll put the ones that
24 you've done in your deposition with a circle.
25       And this is Allen Street. You agree?

Page 11

1    A    Yes.
2    Q    If you need these to refer to at any
3  time, they're available to you.
4    A    Okay.
5    Q    So tell us, then, what happened. I
6  understand that after, you went outside and
7  you took some pictures of the debris.
8    A    I didn't take any pictures; no. I
9  didn't take any pictures.
10   Q    Tell us what you saw or what you
11 heard afterwards that morning.
12   A    After we went outside and saw the
13 trees and all the debris, we all started back
14 upstairs.
15       As we got to the top of the stairs,
16 we heard this big old loud sound like
17 something just blowing up or something.
18       At this point, everybody ran in the
19 house to get a window to look and see, you
20 know, what was going on. When we all got to a
21 window -- I went to the front window -- as you
22 could see, from the canal the water just
23 started flowing down the street. You could
24 just see water just coming, nonstop, just
25 flowing.

Page 12

1    Q    I'm sorry. When you say "down the
2  street," what street was that?
3    A    Mirabeau. Coming from Mirabeau from
4  Paris Avenue way.
5    Q    So let's see. Paris Avenue is --
6  here's Mirabeau, and here's the canal.
7    A    This is the canal. We always call
8  Paris back this way.
9    Q    So the water started coming from this
10 area?
11   A    From this way. Towards the house;
12 yeah.
13       At that point, one of my little
14 nephews went downstairs through the front of
15 the house and placed a towel on the third step
16 inside the house. You know, we was just
17 trying to time the water and see how fast it
18 was coming and when it was going to stop.
19       It didn't.
20       He moved it from the third step to
21 the sixth step, from the sixth step to the
22 ninth step. At that point we just closed up
23 and didn't go back down to the towel again.
24       At some point we thought the water
25 was going to stop, but it was, like, late that

Page 13

1  evening when it did stop.
2    Q    Okay. How soon after you heard that
3  boom or explosion or sound did you have water
4  coming into your house?
5    A    Water started flowing in -- I give
6  it -- I give-and-take 20 minutes to a half an
7  hour before it started really rising up to the
8  house. Yeah; because it was coming pretty
9  fast. It was like something you see in the
10 movies, actually, the way the water was
11 coming.
12   Q    Did you ever see it moving cars?
13   A    Boats, cars. We saw everything just
14 floating. All the cars in front the house was
15 just gone.
16       Because basically everybody had
17 parked by us because it never floods, so they
18 say, you know. So we watch everybody car just
19 float and go under water.
20   Q    Let's back up, then, to when you
21 heard the sound. Could you describe it to me
22 a little more?
23   A    Oh, my God. It was so loud and
24 scary. I mean, everybody just jumped. I
25 can't put it in no -- it was just huge. A

Page 14

1  loud, loud sound.  You know, something I never
2  heard before.
3      Q   That's what I was going to ask you.
4  Can you compare it to anything?
5      A   No.  I never heard -- no.
6      Q   You know the jet planes we see come
7  from the Belle Chasse air station every now
8  and then.  Have you heard those?
9      A   Yeah; I heard those.
10     Q   Was it that loud?  Louder than when
11  those go over you?
12        MR. GILBERT:
13           Object.
14        THE WITNESS:
15           I don't know.
16     Q   (By Mr. Walker) You can go ahead and
17  answer.
18     A   I don't know.
19     Q   It's hard to compare?
20     A   Yeah.  Yeah.
21     Q   What else can you tell me about the
22  sound?  Loudest thing you've ever heard.
23  Can't compare it to anything else.
24        Did it shake the house?  Did it shake
25  anything?  Was it that type of sound?

Page 15

1      A   I don't remember.  I don't remember.
2      Q   Could you tell from what direction
3  that sound came?
4      A   Yes.
5      Q   Where?
6      A   From the London Canal direction,
7  which I call Paris Avenue way.
8      Q   I'm going to show you in that Exhibit
9  No. 3, this is where they started repairs of
10  the canal.  Do you see this is where it broke?
11     A   Yes.
12     Q   Is that the direction from where you
13  heard the sound?
14     A   Yes; that's the way.  That's the
15  direction.
16     Q   And did you say you went to a window?
17     A   Yes, I did.
18     Q   And what did you see from that
19  window?
20     A   Water just flowing down the street.
21  Lots and lots of water.
22     Q   Was that a window facing Mirabeau?
23     A   Yes, it was.
24     Q   A normal day, what could you see from
25  that window?

Page 16

1      A   Cars, buses, people, apartments.
2      Q   Could you see the canal --
3      A   No, you can't see the canal.
4      Q   -- from that window?
5      A   No.
6      Q   And I'm sorry.  That day, what you
7  saw from the window was the water starting to
8  come up Mirabeau?
9      A   Come up Mirabeau.
10     Q   And did everybody else that was in
11  the house with you hear the same sound?
12     A   Yes.
13     Q   Did you all comment about it?  What
14  did each of you say to each other?
15     A   Actually, we joked about it for a
16  while until water wouldn't stop.  When we see
17  the water wasn't stopping, it wasn't funny
18  anymore.  Everybody started panicking and
19  getting scared.
20     Q   What you first heard it, what was the
21  comment?  Like "What was that?  Did you hear
22  that?"
23     A   "What was that?"  You know, everybody
24  was "Oh, my God.  What was that?"  You know,
25  trying to see what was coming from that

Page 17

1  direction because that's the direction the
2  noise came from.
3      Q   Did you ever see a boat or barge or
4  anything like that in the canal?
5      A   No.  Down on the London Canal?
6      Q   Right.
7      A   No; not that I remember.
8      Q   And at any time associated with this
9  noise and the water that you saw coming, did
10  you ever see a boat or barge or anything?
11     A   No.  Nothing but, like, the little
12  neighborhood people; fishing boats and stuff
13  like that.  No.
14     Q   No.  But the day of the noise, did
15  you see anything like that?
16     A   Big boat?
17     Q   Yes.
18     A   No.
19     Q   All right.  Did you go to high
20  school?
21     A   Yes.
22     Q   Which high school?
23     A   John McDonough Senior High.
24     Q   Did you graduate?
25     A   No.

```
 1    Q   Five seconds?  Would that be fair?
 2    A   I guess -- it's not -- about -- I
 3  guess five, 10 seconds maybe.
 4    Q   How many cars could fit on the
 5  bridge?
 6    A   At one time?
 7    Q   Yes.
 8    A   Just parked or crossing?
 9    Q   Let's say parked.  How many cars
10  could you put on that bridge?
11    A   About six on one side.
12    Q   Got you.  Do you own the property
13  with your husband at 1874 Mirabeau?
14    A   Yes.
15    Q   Do you own any other property?
16    A   No.
17    Q   Does your mother-in-law own any
18  property?
19    A   Not that I know of.
20    Q   Do you have any family members that
21  own any businesses?
22    A   Now?  Yes.
23    Q   How about at the time of the storm?
24    A   No.
25    Q   Your husband described a survey in
```

```
 1  answer to a question that I asked about how
 2  Lafarge even became aware of your husband's
 3  existence.  Do you remember that survey?
 4    A   No.
 5    Q   Do you know how Lafarge might have
 6  become aware of your existence to even send
 7  you a subpoena?
 8    A   No, I don't.
 9    Q   Do you remember speaking with any
10  private investigators that work for Lafarge?
11    A   You know, there was a guy who came
12  out.  I don't remember his name, though.
13    Q   Was it Robert Garcia?
14    A   I don't remember his name.
15    Q   How many times did you speak with
16  him?
17    A   Once in person and once on the phone.
18    Q   Do you know whether he recorded your
19  conversation on the phone?
20    A   I don't remember.  He was calling for
21  information about the other people that were
22  in the house, so I don't know if he recorded
23  it or not.
24    Q   Okay.  Now when you heard this sound,
25  it was still windy?
```

```
 1    A   No.
 2    Q   It was raining when you heard the
 3  sound?
 4    A   No.
 5    Q   Did you see any waves in the London
 6  Avenue Canal?
 7    A   I didn't see the canal; no.
 8    Q   Did anybody tell you that they saw
 9  any waves in the London Avenue Canal?
10    A   No.
11    Q   Did anybody tell you they saw any
12  storm surge in the London Avenue Canal?
13    A   No.
14    Q   Anybody tell that you any object
15  slammed against the wall in the London Avenue
16  Canal and caused it to break?
17    A   No.
18    Q   How many sounds did you hear when you
19  say you heard a loud sound?
20    A   One.
21    Q   Just one?
22    A   Uh-huh (nods head).
23    Q   Can you describe what it sounded
24  like?  Like -- and I know it was loud.  I'm
25  not asking like that.  Was it a high-pitched
```

```
 1  sound?  Was it a low-pitched sound?  Did it
 2  echo?  These sorts of things?
 3    A   It was loud.
 4    Q   I understand it was loud.
 5    A   It was one big loud echo -- it
 6  echoed.  It was one big loud --
 7    Q   Was it a high sound or low sound?
 8    A   It was high.
 9    Q   And when you say "high," I'm not
10  asking you about volume.  I'm not asking you
11  if it was high because it was loud.  I'm
12  asking you was it a high sound or low
13  (demonstrating) in terms of tone?  Bass?
14  Treble?
15    A   I don't remember on that one.  I
16  just -- it just was loud.  I didn't think
17  about, you know -- I don't know.
18    Q   Did you hear any sounds leading up to
19  that loud sound?
20    A   No.
21    Q   Have you ever driven over the
22  Industrial Canal?
23    A   Uh-huh (nods head).
24    Q   Have you ever looked at the flood
25  wall?
```

1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   CIVIL ACTION                    SECTION "K" (2)
     NO. 05-4182 and
 5   consolidated cases
 6   JUDGE                           MAG.
     STANWOOD R. DUVAL, JR.          JOSEPH C. WILKINSON, JR.
 7
 8
                  IN RE:  KATRINA CANAL BREACHES
 9                  CONSOLIDATED LITIGATION
10                   PERTAINS TO:  BARGE
11        Boutte v. Lafarge               05-5531
          Mumford v. Ingram               05-5724
12        Lagarde v. Lafarge              06-5342
          Perry v. Ingram                 06-6299
13        Benoit v. Lafarge               06-7516
          Parfait Family v. USA          07-3500
14        Lafarge v. USA                  07-5178
          Weber v. Lafarge                08-4459
15
16
17
18        Deposition of GLENN J. CROSS, taken at the
19   offices of Chaffe McCall, L.L.P., 2300 Energy Centre,
20   1100 Poydras Street, New Orleans, Louisiana 70163, on
21   February 17, 2009.
22
23   REPORTED BY:
24   RALPH D. BOYLES, JR., CP, CCR
25   CERTIFIED COURT REPORTER
```

**14**

1  we were checking out everybody's house,
2  seeing what kind of damage they had.
3  Q.   Do you remember what time it was you
4  started walking around?
5  A.   Well, it wasn't that much rain, because
6  we were like in and out all night.  But
7  when the storm -- I guess around 10:00
8  o'clock, 10:30, because they say the
9  storm was going to last about ten hours.
10  So about 10:00, 10:30, something like
11  that.
12  Q.   When you saw the tree limbs down, were
13  some trees topped over?
14  A.   Lots of trees was tilted over.  It was
15  like, I guess, nothing was the same.
16  You know, like times the wind blows, you
17  see things the same way.  It was like a
18  swirling wind, because they had stuff
19  laying down different ways, you know.
20  Q.   So you, Melvin and this other fellow
21  were walking around?
22  A.   Just me and Melvin.  The other guy just
23  stayed inside.
24  Q.   When you were walking around at 10:00,
25  10:30 that morning, was there any water

**15**

1  in the neighborhood?
2  A.   No, not at that time of the morning.
3  Q.   You and Melvin were walking around just
4  checking out damages, just --
5  A.   Just right in the block, not really far,
6  up to St. Anthony, because I know
7  everybody, and I was just really looking
8  to see what kind of damages my neighbors
9  had to their house.
10  Q.   When you were walking around, did you
11  run into somebody, another friend of
12  yours?
13  A.   Not in the morning, not at that time.
14  Q.   Later you ran into him?
15  A.   Yes, after, when the water was up, we
16  met lots of people.  When the water came
17  up, that's what started them coming out
18  of their house.
19  Q.   Tell me what you heard, if anything, at
20  some point when you were walking around
21  the neighborhood?
22  A.   Well, after we saw -- checked really
23  around the block, not the whole
24  neighborhood, we came home to eat, and
25  maybe about -- I don't know if it was

**16**

1  afternoon or what, we come back in the
2  yard, because we was fixing stuff in the
3  yard, and that's when we heard the big
4  boom.  When we heard the boom, we was
5  like, "Let's go to walking."  We started
6  walking toward Mirabeau then.
7  Q.   Let me stop you a second.  So you,
8  Melvin, and the other fellow were in the
9  yard?
10  A.   No.  Just me and Melvin.  The other guy
11  was still inside laying down.  He didn't
12  get up, because we stood up mostly the
13  whole night, and he was like resting.
14  Q.   So you and Melvin were in the yard when
15  you heard this boom?
16  A.   Yes, in my backyard.
17  Q.   Could you tell us from what direction
18  the boom came?
19  A.   No.  It just sounded like an explosion,
20  boom.
21  Q.   Could you tell that it came from the
22  canal area or up from Mirabeau, up from
23  Robert E. Lee?
24  A.   No, you couldn't tell where it came
25  from.  It just like shocked you, like

**17**

1  something blew up.
2  Q.   So you couldn't really tell where it
3  came from.  Could you describe it to me?
4  Was it just one boom or was it a
5  succession of booms?
6  A.   You know, it was boom.  Do you know what
7  it felt like?  I had an older brother
8  that passed away in '96, but he used to
9  work at Shell Oil in Norco.  I don't
10  know if you-all remember that explosion
11  at Shell Oil, but you could feel like a
12  little shaking, even the neighborhood I
13  live in, when that Shell Oil blew up.
14  It felt like a little shake, like you
15  could feel it.  It wasn't the magnitude
16  if I was living right around Shell Oil,
17  but it felt like that, you know.  I
18  remember that day, because we was
19  worrying about if my brother was at work
20  or not.  When we heard that, that's what
21  it sounded like.
22  Q.   So it sounded like an explosion?
23  A.   Yes, like an explosion.
24  Q.   It was just one time?
25  A.   Just one explosion, boom, like that.

1

1          UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3

4   CIVIL ACTION                    SECTION "K" (2)

    NO. 05-4182 and

5   consolidated cases

6   JUDGE                           MAG.

    STANWOOD R. DUVAL, JR.          JOSEPH C. WILKINSON, JR.

7

8

              IN RE:  KATRINA CANAL BREACHES

9               CONSOLIDATED LITIGATION

10               PERTAINS TO:  BARGE

11      Boutte v. Lafarge                05-5531

        Mumford v. Ingram               05-5724

12      Lagarde v. Lafarge              06-5342

        Perry v. Ingram                 06-6299

13      Benoit v. Lafarge               06-7516

        Parfait Family v. USA           07-3500

14      Lafarge v. USA                  07-5178

        Weber v. Lafarge                08-4459

15

16

17

18      Deposition of JOY S. DAVIS, taken at the

19   offices of Chaffe McCall, L.L.P., 2300 Energy Centre,

20   1100 Poydras Street, New Orleans, Louisiana 70163, on

21   February 17, 2009.

22

23   REPORTED BY:

24   RALPH D. BOYLES, JR., CP, CCR

25   CERTIFIED COURT REPORTER

26

1    go through that, because I try every day
2    to go on and forget it, you know,
3    because it was terrifying.  It was very
4    terrifying, you know, and I couldn't
5    understand why all of that amount of
6    water could come into a city.  You know,
7    I know we are surrounded by water, but
8    who was ever to think that you would
9    have two places that water was entering
10   the city from.
11   Q.    You said you stayed there for a week?
12   A.    We were there almost a week.
13   Q.    Then you were rescued by helicopter or
14   boat?
15   A.    Yes.  What happened was, the McDuffys
16   got really sick and, like I said, the
17   children started getting antsy, and my
18   dog drowned in the water, and my nine-
19   year-old -- that was his dog, and it was
20   getting a little bit overbearing to go
21   through.  So I made a call to my
22   supervisor at work and my --
23   Q.    Your cell phone was working?
24   A.    Yes.  No, actually not my cell phone.  I
25   used Peter's cell phone.  That was the

27

1    only cell phone that was basically
2    working.  Ours would go in and out, but
3    Peter had Verizon.  Get Verizon.  His
4    cell phone was working the best.  So I
5    called my supervisor and he, in turn --
6    he's an ex-Marine -- he called my boss,
7    and my boss called some friends of hers,
8    and within twenty minutes the Red Cross
9    was coming to get us out of there.
10   Q.    Have you since this day talked to other
11   people from your neighborhood or in the
12   area who heard that boom?
13   A.    No.  I was gone for a year.  When I came
14   back, I don't try to relive that.
15   Q.    Where were you working at the time?
16   A.    Crescent Guardian.
17   Q.    Is that where you're still working?
18   A.    Yes, sir.
19   Q.    What kind of business is that?
20   A.    It's a security company.
21   MR. WALKER:
22         Thank you very much.  Those are
23   all the questions I have.  They may
24   have some questions.
25   EXAMINATION BY MR. MORENO:

28

1    Q.    My name is Edward Moreno, and I
2    represent some plaintiffs that are suing
3    Lafarge North America for flooding that
4    occurred in the Ninth Ward.
5         I just want to go over some of your
6    testimony.  I know you hate to relive
7    this, but --
8    A.    Yeah.
9    Q.    -- I want to go back to where you heard
10   this boom and maybe try to pinpoint what
11   it sounded like to you.  Was it high;
12   was it low, or was it something you have
13   ever heard before?
14   A.    No, I've never heard it before.  I don't
15   think it was so loud that, you know, it
16   was really loud, no.  I know it was
17   somewhere near -- I mean, you have to
18   understand, at that point the city is
19   quiet.  The city was almost unpopulated.
20   You know, it was very quiet.  There was
21   nothing going on.  You would hear no
22   trains, hear no planes, hear no nothing
23   going.  So, you know, it's quiet in the
24   morning, so you can hear things that
25   were going on in the city.  You know,

29

1    you can just -- I don't know if you-all
2    were here or not, but it had a different
3    type of feeling.
4    Q.    You are talking about the city, not the
5    sound?
6    A.    The city, because the sound -- because,
7    what I'm trying to explain to you, the
8    sound, you could hear it.  Now, where it
9    came from, I can't tell you what
10   direction it came from.  You know, I
11   can't tell you that.  What direction the
12   water came from, I can remember the
13   water coming from down the road, because
14   I was looking at the water, the drain
15   over here to my left, and I could tell
16   the water was coming from my right.
17   Q.    Did this sound like, let's say, you were
18   watching a movie?
19   A.    Like a boom, like a boom.
20   Q.    Loud, not so loud?
21   A.    Well, I assume if I was closer, it would
22   have been very loud, but I wasn't that
23   close to wherever it was.  Even to the
24   Seventeenth Street Canal, I'm not that
25   close.  I mean, we are close, but not

30

1   that close.
2   Q.    The London?
3   A.    I'm sorry.  The London.  I'm just
4   learning these things.
5   Q.    So how far was the breach on the London
6   Canal?  I guess, how close were you to
7   it?
8   A.    This is it, and this is where we are
9   (indicating).
10  Q.    I think there was one here on Mirabeau.
11  You are maybe two or three blocks --
12  A.    Exactly.  Mirabeau is about three or
13  four blocks from the house.  It's in
14  walking distance.
15  Q.    Nobody ever told you that that sound was
16  the levee breaking?
17  A.    No.  I didn't find that out until I
18  actually was lifted out of New Orleans,
19  and when I got to my destination is when
20  I found that out.
21  Q.    How did you become a part of this case?
22  Did someone contact you?
23  A.    Someone contacted me, because someone
24  came and gave them my name to let them
25  know I was here in the city when it all

31

1   went down, and that's how my name got
2   caught up in all of this.
3   Q.    Who did you talk to?  Do you remember a
4   name?
5   A.    The person from the attorney's office
6   that contacted me?
7   Q.    Yes.
8   A.    No, I don't.
9   Q.    You don't?
10  A.    I know I talked to him twice, but I
11  don't remember his name.
12  Q.    What was the extent of the conversation
13  with him?
14  A.    Well, he had just told me that someone
15  had given him my name, and if I would be
16  interested or could I let them know or
17  talk to them, do a deposition.  They
18  told me they had some things going on.
19  They just wanted to hear my story and
20  hear my case and, you know, that was
21  about it.  So I was like, "Well, no
22  problem."
23  Q.    You didn't meet with anybody today
24  before this deposition?
25  A.    No.  I haven't met with anyone.  A guy

32

1   came and delivered the subpoena to my
2   house twice, because I had to change my
3   time.  He was just, "Here you go."
4   I said, "Thank you."  And that was
5   it.  He left from my door.
6   MR. MORENO:
7   I have no further questions.
8   Thank you.
9   MR. WALKER:
10  That's it.  You're free to go.
   * * * * *

33

REPORTER'S CERTIFICATE

I, RALPH D. BOYLES, JR., CP, CCR,
Certified Court Reporter, in and for the
State of Louisiana, do hereby certify that
the above witness was sworn to tell the
truth, the whole truth, and nothing but the
truth.

The foregoing testimony was taken by
me in shorthand and is true and correct
testimony to the best of my ability and
understanding.

That I am not of counsel, not
related to counsel, nor in any way interested
in the outcome of this event.


RALPH D. BOYLES, JR., CP, CCR
Certified Court Reporter
In and for the State of Louisiana

1

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE:  KATRINA CANAL BREACHES

     CONSOLIDATED LITIGATION

 5

                              CIVIL ACTION

 6                            NO. 05-4182

                              AND CONSOLIDATED

 7                            CASES

 8   PERTAINS TO:  BARGE

 9                            SECTION "K" (2)

     BOUTTE V. LAFARGE       05-5531

10   MUMFORD V. INGRAM       05-5724

     LAGARDE V. LAFARGE      06-5342  JUDGE STANWOOD

11   PERRY V. INGRAM         06-6299  R. DUVAL, JR.

     BENOIT V. LAFARGE       06-7516

12   PARFAIT FAMILY V. USA 07-3550

     LAFARGE V. USA          07-5178  MAG. JOSEPH C.

13   WEBER V. LAFARGE        08-4459  WILKINSON, JR.

14

15           Deposition of ARTHUR FOLEY, SR.,

16   4309 Van Avenue, New Orleans, Louisiana, taken

17   on Wednesday, February 18th, 2009, at the Law

18   Office of Chaffe, McCall, Phillips, Toler &

19   Sarpy, 1100 Poydras Street, Suite 2300, New

20   Orleans, Louisiana 70163.

21

22   REPORTED BY:

23       MELISSA M. EVANS

24       CERTIFIED COURT REPORTER

25
```

18

1   the water already in your house?
2       A.  Oh, yes.  Yes.
3       Q.  All right.  Let's go back to this
4   Exhibit 1.  And you were showing me the
5   direction of the water.  So here's Filmore.  So
6   you're saying the water was basically coming in
7   this direction (indicating)?
8       A.  Yeah, down like that (indicating).
9       Q.  So just in this general direction
10  (indicating)?
11      A.  Right.
12      Q.  You couldn't tell if it was coming
13  from here (indicating)?
14      A.  No.  All I know, it was coming from
15  down --
16      Q.  From the north?
17      A.  From the north.
18      Q.  So I'll just put an arrow in the
19  general direction.  That's where you felt the
20  water was coming from?
21      A.  Right.
22      Q.  We'll put water direction there.  All
23  right.  So you went up to the attic.  And you
24  were rescued on Friday, I think?
25      A.  On Friday after the helicopter picked

19

1   us up.
2       Q.  Did you ever break through the attic?
3       A.  Through the attic?
4       Q.  So you got up on your roof?
5       A.  On my roof.
6       Q.  And from your roof could you see the
7   canal?
8       A.  No, not from the way my house set.
9       Q.  Even if there was no water and you
10  were up on your roof, you couldn't see the
11  canal?
12      A.  I can't see the canal.
13      Q.  And how about from your back yard?
14  Could you see the canal?
15      A.  No.  I can see the embankment.  They
16  have that --
17      Q.  The wall?
18      A.  A wall built up.  You still couldn't
19  see the canal.  You can see the embankment.
20      Q.  So if you and I went out to your house
21  today and stood in your back yard --
22      A.  You could see the embankment.
23      Q.  -- we could see the earthen embankment
24  or levee?
25      A.  Right.

20

1       Q.  When you heard the boom, did you go
2   outside to kind of find out what was that or --
3       A.  No, I didn't go outside.
4       Q.  Okay.  Why not?
5       A.  Huh?
6       Q.  Why not?
7       A.  Why not?  I seen the water coming.
8   Why should I go outside?  There wasn't nothing
9   for me to go outside for.  I didn't know what
10  was going -- I figured them transformers was
11  blowing up.  That's really what I thought had
12  happened.  Because I told her, I said, All them
13  transformers is blowing up now.  But it wasn't
14  no transformer there.
15      Q.  Could you describe that sound to us a
16  little more?  Was it a bang?  A boom?  An
17  explosion?
18      A.  It's like an explosion.
19      Q.  Have you ever heard anything like that
20  before?
21      A.  No.
22      Q.  Have you ever heard a transformer
23  blowing?
24      A.  Oh, yeah.
25      Q.  Is that what it sounded like or

21

1   different?
2       A.  No.  It sound a little different, a
3   little different.  There's a difference in the
4   sound.
5       Q.  Louder?
6       A.  I would say it was.
7       Q.  Like a bigger explosion?
8       A.  Bigger explosion, right.
9       Q.  And when the transformer blows, it
10  doesn't shake your house, does it?
11      A.  No.
12      Q.  And this shook your house?
13      A.  That shook the house.
14          MR. WALKER:
15          All right, Mr. Foley.  Those are
16      all the questions I have.  Mr. Moreno
17      probably has some questions.  Thank
18      you.
19  EXAMINATION BY MR. MORENO:
20      Q.  Mr. Foley, I'm Edward Moreno, and I
21  represent some plaintiffs that are suing
22  Lafarge for some flooding that occurred during
23  Hurricane Katrina.  I just have a few
24  questions.  First of all, how did you become
25  involved in this case?  Did someone contact

**22**

1   you?
2       A.  They came.  They came, contact me and
3   just say I will be hearing from you.
4       Q.  Okay.
5       A.  And that letter that we have now, it
6   came in the mail.  I just didn't pay it no
7   mind.  I wasn't looking for nobody to come.
8       Q.  And so you never spoke to anyone?
9       A.  A good while -- I can't recall exactly
10  when, but they told us we have to sign up for
11  some kind of meeting they had going on for all
12  the people down in the Gentilly area.
13      Q.  What sort of meeting?
14      A.  Some kind of lawyer meeting as far as
15  I know of.  And we went down -- I'm trying to
16  think of the name of the building where we went
17  to -- and we had signed up.  Oh, Road Home.
18      Q.  Oh, that's different.
19      A.  Road Home.
20      Q.  Right.  No.  I'm talking about this
21  particular case, how you came to testify here.
22      A.  Oh, they came to my house.  And he had
23  a list with all the names of different people
24  that's around there, you know, in that section.
25  And he said did anybody ever contact me.  I

**23**

1   told him, no, until he contact me to come here.
2       Q.  Okay.  So he asked you what you had
3   heard or seen during the hurricane?
4       A.  Yes.  He asked me all that.
5       Q.  Okay.  I was a little confused.  When
6   we took Lula's deposition, she testified that
7   you were already in the attic when you heard
8   the boom.  Is that true?
9       A.  I was downstairs pulling up the
10  steps --
11      Q.  When you actually --
12      A.  -- to go to the attic.
13      Q.  Was she in the attic when the boom
14  happened?
15      A.  No.  She was down in the kitchen.
16      Q.  Okay.
17      A.  And you see, the water was coming up,
18  and I was pulling the ladder down to get up and
19  put some blankets and things up in the attic
20  for us.
21      Q.  Did you say that she was asleep when
22  the boom happened?
23      A.  I would say she was.  She was laying
24  down.  She wasn't -- probably wasn't sleeping,
25  but she was laying down.

**24**

1       Q.  Okay.  And can you tell me immediately
2   after you heard the boom, did you turn around
3   to her and talk to her?  Did she say anything?
4   Did she tell you she heard the sound?
5       A.  Yeah.  She said -- all she said, I
6   told you we should have left when the children
7   told you to go.
8       Q.  Okay.  And tell me a little more about
9   this sound.  It was just one boom?  Was it
10  several?
11      A.  No.  It just was one boom.
12      Q.  Like thunder?
13      A.  Like thunder.  Right, like thunder.
14      Q.  And no one ever told you that that
15  sound was the levee breaking?
16      A.  No.
17          MR. MORENO:
18          I have no further questions.
19      Thank you.
20          MR. WALKER:
21          Thank you very much.  That's it.
22      You're free to go.
23  (Whereupon the deposition was concluded.)

**25**

        C E R T I F I C A T E
        I, MELISSA M. EVANS, Certified Court
Reporter in and for the State of Louisiana, as
the officer before whom this testimony was
taken, do hereby certify that ARTHUR FOLEY,
SR., to whom oath was administered, after
having been first duly sworn by me upon
authority of R.S. 37:2554, did testify as
hereinbefore set forth in the foregoing 24
pages;
        That this testimony was reported by
me in the stenotype reporting method, was
prepared and transcribed by me or under my
personal supervision, and is a true and correct
transcript to the best of my ability and
understanding;
        That I am not related to counsel or
the parties herein, nor am I otherwise
interested in the outcome of this matter.


        MELISSA M. EVANS,
        CERTIFIED COURT REPORTER
        Certificate No. 89007

1

```
 1              UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  KATRINA CANAL BREACHES
      CONSOLIDATED LITIGATION
 5
                             CIVIL ACTION
 6                           NO. 05-4182
                             AND CONSOLIDATED
 7                           CASES
 8    PERTAINS TO:  BARGE
 9                             SECTION "K" (2)
      BOUTTE V. LAFARGE       05-5531
10    MUMFORD V. INGRAM       05-5724
      LAGARDE V. LAFARGE      06-5342  JUDGE STANWOOD
11    PERRY V. INGRAM         06-6299  R. DUVAL, JR.
      BENOIT V. LAFARGE       06-7516
12    PARFAIT FAMILY V. USA 07-3550
      LAFARGE V. USA          07-5178  MAG. JOSEPH C.
13    WEBER V. LAFARGE        08-4459  WILKINSON, JR.
14
15            Deposition of DARION HUNTER, 501
16    Wallace Drive, New Orleans, Louisiana, taken on
17    Wednesday, February 11th, 2009, at the Law
18    Office of Chaffe, McCall, Phillips, Toler &
19    Sarpy, 1100 Poydras Street, Suite 2300, New
20    Orleans, Louisiana 70163.
21
22    REPORTED BY:
23         MELISSA M. EVANS
24         CERTIFIED COURT REPORTER
25
```

10

1 a block or two from your house, what canal is
2 that?
3    A.   London Avenue Canal.
4    Q.   And you're familiar as we sit here
5 today with the breaches that occurred in that
6 canal?
7    A.   Yes.
8    Q.   Okay.  How close is your house to one
9 of those breaches?
10    A.   One of the breaches -- I can't be
11 exactly positive, but it's like somewhere up in
12 this area.
13    Q.   Real close to Mirabeau?
14    A.   Yeah.
15    Q.   Okay.  So Mirabeau is this street
16 here, and the breach is very close to Mirabeau
17 Avenue, right?
18    A.   Yes.
19    Q.   And that's the breach closest to your
20 house?  Because we know there was another
21 breach closer to Robert E. Lee, right?
22    A.   I'm not exactly sure.
23    Q.   Okay.  This is the one that you know
24 about, the one close to Mirabeau?
25    A.   Yeah.

11

1    Q.   All right.  The hurricane came through
2 sometime Monday, the 29th.  Can we agree on
3 that?
4    A.   Yes.
5    Q.   Okay.  Monday morning after daybreak
6 what did you do?  You said you were walking
7 around with some people.  When was that?  Was
8 that before the hurricane?
9    A.   No.  This was actually after the
10 hurricane.
11    Q.   Okay.
12    A.   After the rain and everything had
13 stopped, we all just -- like people that stayed
14 came out to see, you know, how everything
15 looked through the neighborhood.  And the water
16 was kind of high, but it wasn't too, too high,
17 you know, as of yet, but it never stopped
18 rising.
19    Q.   Okay.  Around what time was that, do
20 you remember?
21    A.   That was about -- I would have to say
22 about 2 or 3 o'clock.
23    Q.   In the afternoon or in the morning?
24    A.   In the afternoon.
25    Q.   Of Monday?

12

1    A.   Yes.
2    Q.   Okay.  And you were out there with
3 your brother, Oscar.  Do you remember any of
4 the other people you were with?
5    A.   Glen Cross, Melvin Crump.  That's the
6 two names that I can definitely remember.  But
7 there were other people.  I just can't remember
8 all of the names.
9    Q.   So is it fair to say that what you did
10 was when it became day break, after the
11 strength of the hurricane had passed, you went
12 outside to see what kind of damage had happened
13 in the neighborhood?
14    A.   Yes.
15    Q.   Did you see downed tree limbs?
16    A.   Yes.
17    Q.   Okay.  Shingles off some roofs, things
18 like that?
19    A.   Yes.
20    Q.   Now, at some point did you hear a boom
21 or an explosion or something along those lines?
22    A.   I heard what sounded to me like four
23 consecutive explosions.
24    Q.   And did those come from the London
25 Avenue Canal area?

13

1    A.   I can't really be absolutely specific
2 of where they came from, but I heard it.  We
3 didn't know exactly what it was.
4    Q.   Okay.  And at that time you were with
5 Oscar and Glen and Melvin?
6    A.   No.  I was with Glen and Melvin.
7    Q.   And where were you when you heard
8 these explosions?
9    A.   Let me see the map.  We were walking
10 up -- we were walking up -- it was Alan -- no.
11 It was Annette Street.  We was walking up to
12 Annette to get to Glen's house.
13    Q.   And Glen lived where?
14    A.   Brutus.  He stayed like on Brutus and
15 Annette, in this block (indicating).
16    Q.   So you were somewhere in this area?
17    A.   Coming up the street.
18    Q.   Annette and --
19    A.   Almost to Brutus.
20    Q.   Okay.  So somewhere in this area?
21    A.   Yeah.
22    Q.   Okay.  So where we've marked with an X
23 is the area where you were when you heard the
24 booms, right?
25    A.   Uh-huh (affirmative response).

14

1    Q.   And you were walking at that time?
2    A.   Yes.
3    Q.   Okay.
4    A.   The water had -- the water was pretty
5  high, but it was -- I'm like 6-foot, 4.  It was
6  high enough to where it was about up to here on
7  me (indicating).  Now, I remember, because I
8  was walking up the street.  And as I was
9  walking, I walked into a car that turned
10 sideways in the street.
11   Q.   And that was before the booms or after
12 the booms?
13   A.   That was before.
14   Q.   And after the booms, what did you
15 observe in terms of the water height or current
16 or anything else in that regard?
17   A.   I didn't actually notice it at first.
18 It wasn't me.  I think it was Glen.  Because we
19 had went to his house.  And his porch sits kind
20 of high.  And he said that we should go out and
21 look and see how high the water was and see if
22 the water was going to keep rising.  And we
23 went out and checked.  And the water had kept
24 rising like right after we heard the boom.
25   Q.   Did you ever go out toward the London

15

1  Avenue Canal after you heard the booms?
2    A.   I didn't think it was safe to try to
3  go like anywhere except to get to dry land, try
4  to get myself to safety.
5    Q.   Could you tell that the water was
6  coming from the canal?  It was coming from that
7  direction?
8    A.   Yes.
9    Q.   And if I understand you correctly,
10 after you heard these consecutive booms, the
11 water rose even more?
12        MR. MORENO:
13            Object to the form of the
14        question.  He didn't say that.
15 EXAMINATION BY MR. WALKER:
16   Q.   You can answer.  If I'm not right, you
17 can correct me.  I thought that's what I
18 understood you to say.
19   A.   That's pretty much what happened.
20 Once we heard the booms, the water just never
21 stopped rising.
22   Q.   Okay.  How were you rescued?
23   A.   Well, like I said, we had went over to
24 my friend Glen's house.  We were waiting to try
25 to see if the water was going to stop rising.

16

By this time it had start getting dark.  At
this point we were just basically all trying to
find our way to get to some dry ground.  A boat
came and picked us up.  I got on the boat.  I
went back to my house to try to get my brother
out of the house.  And I jumped out the boat
and went back in my house.  I grabbed a few
clothes.  And after I grabbed the clothes, I
went and got back on the boat.  And they had
the mausoleum, the cemetery and the mausoleum
right up here, cemetery and mausoleum.  We
stayed in the mausoleum for about six days --
six or seven days.
    Q.   And that was with Oscar?
    A.   Oscar stayed in the house for a few
days.
    Q.   Okay.  So at the time of the booms
Oscar was at the house?
    A.   Yeah.
    Q.   He wasn't with you?  You were with
Glen and Melvin?
    A.   Yes.
    Q.   Okay.  When you went back and met up
with Oscar, did he tell you he had heard the
booms also?

17

    A.   No.  I didn't actually go back and
meet up with him at the house.  Because he said
he was staying at the house.  I stayed up at
the mausoleum --
    Q.   Okay.
    A.   -- until he came up.  And when he
finally came up, then I left with him.
    Q.   Right.  Did you, Glen and Melvin when
you heard those booms ask each other, Did you
hear that?  What was that?  What were your
responses?
    A.   Did you hear that?  What was that?
Not really -- it was like a combination of what
was that?  Did you hear that?
    Q.   And everybody heard the same thing?
    A.   Yeah.
    Q.   Okay.  Could you describe those booms
to me?  Have you ever heard something like that
before that you could compare it to?
    A.   Sound like something was getting blown
up.
    Q.   It sounded like an explosion to you?
    A.   I mean, until this came about I
thought it was something like a gas line or
something busted.  And you know how they was

18

1  saying they was having fires and stuff?  I
2  really didn't know what it was.  I just heard
3  it.
4      Q.   And you said you did make it back to
5  your house before you went to the mausoleum; is
6  that right?
7      A.   Yes.
8      Q.   Okay.  And could you see the canal
9  from your house?
10     A.   No, I can't see the canal from my
11 house.  But my neighbor, my best friend's
12 father, he stayed for the hurricane also.  And
13 once the waters kept rising and the current --
14 the current was going from off this way up
15 going towards St. Anthony in Gentilly.
16     Q.   So the current was coming from the
17 canal towards your house and down St. Anthony
18 towards Gentilly?
19     A.   Yeah.  Because as we was coming up
20 Stevens, I was trying to cross over.  I stayed
21 in the 500 block.  I was crossing over to go
22 into the 400 block.  At this point the water
23 had rose up so high that I couldn't walk across
24 the street and I had to try to swim across and
25 grab onto the trees and fence and stuff because

19

1  the current was pushing me so hard.
2      Q.   And the current was pushing you away
3  from Mirabeau towards Gentilly?  Is that what
4  you're saying?
5      A.   No.  It was pushing me from -- it was
6  like my house -- the water was coming from
7  here, and it was just pushing me straight up
8  Stevens Road.
9      Q.   So pushing you directly away from the
10 canal?
11     A.   Yeah.
12     Q.   So if we draw an arrow like that, that
13 would be the direction that the current was
14 pushing you?
15     A.   Yes.
16     Q.   Let's label that current.  Did you
17 ever see a barge or a ship or a vessel or
18 anything like that when you heard those booms?
19     A.   I mean the levee is not -- I mean the
20 canal is not wide enough to have a barge or
21 anything that big to go through it, I wouldn't
22 believe.
23     Q.   Okay.  And you didn't see one?
24     A.   No.
25     Q.   Or anything of that sort?

20

1      A.   No.  I mean it just maybe could fit a
2  small boat in, but that's it.
3      Q.   Right.  But that day you didn't see
4  anything associated with those booms like a
5  large or a boat or anything like that?
6      A.   I wouldn't have been able to see it
7  from where I was at going back to the levee.
8      Q.   Were there cars floating around,
9  things like that, car alarms going off?
10     A.   Yeah.
11     Q.   And those things that you saw floating
12 around -- again, you didn't see a barge or a
13 work barge or a vessel or a ship or anything
14 like that coming from the canal?
15     A.   No.
16     Q.   When you heard those booms -- now, I
17 had asked you earlier to try and describe them
18 to me.  You said you never heard anything like
19 that.  You said it sounded like an explosion.
20 And I think you said you heard four explosions.
21 Is that right?  Four booms?
22     A.   It sounded like four consecutive
23 explosions.
24     Q.   So they were right together?
25     A.   Yes, sir.

21

1      Q.   It was like boom, boom, boom, boom?
2  Or was there a longer gap than that immediate
3  succession that I just did?
4      A.   About the immediate succession that
5  you did.
6      Q.   When did you come back to New Orleans
7  and go back to 501 Wallace Drive?
8      A.   Maybe about a year ago.
9      Q.   Okay.  And have you talked to your
10 neighbors about what you saw, what people
11 experienced?  Hey, what did you do?  Did you
12 stay?  That sort of thing?
13     A.   Yeah.
14     Q.   And have you talked to others who
15 heard booms or these booms?
16     A.   Glen Cross.  I have spoke with him
17 about it.  And he said that they stayed.
18 Because I left and I was in Corpus Christi,
19 Texas, for about three years after the
20 hurricane.  He said that he went up and looked
21 up at where the levee was supposed to have been
22 broke at.  He said if the levee would have
23 broke, in his opinion -- he said if the levee
24 would have broke, they would have had a lot of
25 the stones and stuff still there.  But he said

6  (Pages 18 to 21)

1

1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4   IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION

5                                  * NO. 05-4182

6   PERTAINS TO: BARGES            * Consolidated

7                                  * SECTION "K(2)"

8   Boutte v. Lafarge       05-5531 *

9   Mumford v. Ingram       05-5724 * JUDGE DUVAL

10  Lagarde v. Lafarge      06-5342 *

11  Perry v. Ingram         06-6299 * MAG. WILKINSON

12  Benoit v. Lafarge       06-7516 *

13  Parfait Family v. USA  07-3500 *

14  Lafarge v. USA          07-5178 *

15    *  *  *  *  *  *  *  *  *  *  *

16

17        Deposition of AARON LEE, given at

18  Chaffe McCall, L.L.P., 2300 Energy Centre, 1100

19  Poydras Street, New Orleans, Louisiana

20  70163-2300, on January, 21st, 2009.

21

22

23  REPORTER BY:

24        JOSEPH A. FAIRBANKS, JR., CCR, RPR

25        CERTIFIED COURT REPORTER #75005

14

1   Q.   Okay.  You and Donna left.
2   A.   Yes.
3   Q.   Do you remember, was it still
4   daylight?
5   A.   Yes.  It still was daylight.  Uh-huh.
6   Q.   And you headed to St. Bernard project.
7   A.   Right.
8   Q.   To whose house?  Whose residence?
9   A.   Well, it was her girlfriend house.
10   Um -- let me -- I don't' -- Joanne.  Joanne
11   Winsley.
12   Q.   Okay.
13   A.   That was her name.  It wasn't her
14   house, it was her daughter house.  But she
15   welcomed us over there for shelter temporarily.
16   But like I told you it got kind of
17   uncomfortable.
18   Q.   So you went there and actually met
19   with Joanne and her daughter, went into their
20   house but then decided to leave?
21   A.   Yes, sir.
22   Q.   Okay.  Why was it getting
23   uncomfortable?  What do you mean?
24   A.   She was a young girl with kids.
25   Q.   Okay.  Too many people?

15

1   A.   Well, you know, and being in my
2   condition I just was agitated and I just didn't
3   want to stay.  And I basically -- I slept.  The
4   way the project was made, they had a porch
5   that's fenced in, and that's basically where I
6   was sitting, out on the porch.  I slept out
7   there probably one night.  Or a half a day.
8   Q.   Okay.
9   A.   Anyway --
10   Q.   So you decided to leave Joanne 's
11   house and go back to your house.
12   A.   Right.  But we didn't make it.
13   Q.   Okay.  Do you remember the streets you
14   took to head back to Mandeville Street?
15   A.   We went down Mirabeau.  We come down
16   Paris to Mirabeau in the truck.
17   Q.   Okay.  I'm going to show you a map
18   here.  And hopefully -- all right.  I'm going
19   to come around here, and you and I can look at
20   this map.  All three of us can look at this
21   together here.  We've got Paris Avenue here and
22   Mirabeau here.
23   A.   Uh-huh.
24   Q.   All right?
25   A.   Uh-huh.

16

1   Q.   And is Mandeville towards Elysian
2   Fields?
3   A.   It's right off Elysian field.
4   Q.   Right off Elysian Fields.
5   A.   Yes, sir.
6   Q.   Okay.  Here it is.  Mandeville.  So
7   are you pretty close to Gentilly Boulevard?
8   A.   Yes, sir.
9   Q.   Lombard Street, Carnot Street?
10   A.   Right.  Right.  Right.
11   Q.   And between those two?
12   A.   No.  It's not.  I'm there now, but I
13   was on Mandeville Street between -- where I was
14   living at?
15   Q.   Uh-huh.
16   A.   On Mandeville between, um -- Lord have
17   mercy Jesus.  3200 block of Mandeville.
18   Q.   I'll read you some.  Selma, Dreux,
19   Mithra, Mirabeau, Carnot, Lombard --
20   A.   I -- can I call and let you ask her
21   what street?  I don't know the streets in
22   between.  I know it's the 3300 block of
23   Mandeville.  3331 Mandeville Street is where we
24   were staying at.
25   Q.   No problem.  We can find that later.

17

1   But it was between Filmore and Mirabeau?
2   A.   No, it wasn't between Filmore and
3   Mirabeau.  It wasn't between those two streets
4   there.
5   Q.   Okay.  In any event, you came down
6   Paris and up Mirabeau towards Elysian Fields,
7   right?
8   A.   We came down Paris and made that right
9   on Mirabeau, trying to get across an overpass.
10   Q.   All right.  So I'm going to put an X
11   here at the corner of Paris and Mirabeau.
12           That's where you took a right; is that
13   right?
14   A.   Uh-huh.
15   Q.   So you were going
16   A.   Right.
17   Q.   Now tell me what happened then when
18   you got to the London Avenue Canal.
19   A.   Well, the water started rising.  It
20   had got like that.  The water started rising.
21   She started --
22   Q.   You're showing about two feet?
23   A.   She started panicking, and all of
24   sudden it was just this big old blast, you
25   know, "boom."  And she really panicked because

5 (Pages 14 to 17)

18

1   the water was coming too fast.  And what
2   happened, it came in so fast we couldn't open
3   the doors to get out.  I had to kick the
4   windows out.  By that time, the truck was
5   floating.
6       Q.  Okay.
7       A.  And we got out the window, we swimmed
8   a little while, I got short-winded.  She
9   swimmed and got a big old piece of plywood that
10  was nailed for protection on somebody building.
11  I got on it and she pushed and floated and we
12  ended back up in the project.  We had to get
13  back there for safety.
14      Q.  You ended up going -- floating back to
15  St. Bernard project.
16      A.  Right.  We went back to the
17  St. Bernard project and that's where we was
18  rescued.
19      Q.  So you abandoned your car on Mirabeau.
20      A.  Right.  We had to.  It -- abandoned
21  the car and everything in it.  We abandoned the
22  truck.  The truck had floated on.
23      Q.  Okay.  Let me break this down in
24  pieces.  So you took a right on Mirabeau.
25      A.  Yes, sir.

19

1       Q.  Had you already reached the canal when
2   you heard the boom, were you crossing the
3   canal?
4       A.  We was on the canal.  I mean we was on
5   the bridge.  We was on the bridge when the big
6   boom went.
7       Q.  Okay.  So if you could see to your
8   left and to your right you would have seen the
9   canal, is that right?
10      A.  I seen nothing but water.  I seen
11  water, you know.
12      Q.  And this boom that you heard, where
13  did you hear it from?
14      A.  I don't know where it come from.  It
15  just went boom.  And what it was -- I didn't
16  see nothing hit, you know, or nothing like this
17  here, I just heard boom and seen the water
18  rushing in.
19      Q.  Okay.  Were you driving or was Donna
20  driving?
21      A.  She was driving.
22      Q.  So you were on the right-hand
23  passenger side?
24      A.  Yes, sir.
25      Q.  She was on the left?

20

        A.  Yes, sir.
        Q.  Okay.  Did the boom -- could you tell
    if the boom came from your side or from her
    side?
        A.  Well, Mr. Call, it hits both side.  I
    mean, you know, like boom.  I mean, you know,
    like a boom?  I don't know -- I don't know what
    side it came from, it just caught me in the
    middle, just boom.  And I couldn't tell you it
    came from this side or that side.  All I know
    is that I seriously heard it.
        Q.  How loud was it?
        A.  Oh, it was too loud.  I mean, I
    panicked.  I had to grab -- you know, like I
    told you, my wind was short.  I swimmed a lill
    while.  I stood on a arm of the bridge while
    she went got a long piece of plywood to help me
    get through, because I wouldn't have made it.
        Q.  Now before you you heard the boom,
    when you were going up Mirabeau, you said the
    water was about --
        A.  The water was rising.
        Q.  -- a foot?
        A.  Uh-huh.
        Q.  Okay.  And then when you heard the

21

    boom --
        A.  It came fast.  It was coming --
        Q.  The water then rose very quickly?
        A.  Uh-huh.  Definitely.
        Q.  Do you have any -- and I know this is
    very hard, especially three years after, but
    any approximation of how quickly the water
    rose?  Was it a minute, was it thirty
    seconds --
            MR. GILBERT:
                Let me just object.  And I want
            this objection to remain standing.
            You're leading him all over the place,
            and I'm not going to let you do that
            anymore.  Stop leading.  Stop asking
            leading questions.
            MR. WALKER:
                Why?  What's your objection?
            MR. GILBERT:
                Because you're not permitted to
            ask leading questions.  That's what
            the objection is.  That's a very
            straightforward rule in the code of
            evidence.  You're not allowed to ask
            leading questions.

```
             UNITED STATES DISTRICT COURT

           EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION

                               * NO. 05-4182

PERTAINS TO: BARGES            * Consolidated

                               * SECTION "K(2)"

Boutte v. Lafarge      05-5531 *

Mumford v. Ingram      05-5724 * JUDGE DUVAL

Lagarde v. Lafarge     06-5342 *

Perry v. Ingram        06-6299 * MAG. WILKINSON

Benoit v. Lafarge      06-7516 *

Parfait Family v. USA  07-3500 *

Lafarge v. USA         07-5178 *

   *   *   *   *   *   *   *   *   *   *   *


        Deposition of STEPHEN LENTZ, given at

Chaffe McCall, L.L.P., 2300 Energy Centre, 1100

Poydras Street, New Orleans, Louisiana

70163-2300, on October 29th, 2008.



REPORTER BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005
```

Page 18

1  at the time.
2     Q.  And with respect to the next morning,
3  which was August 29th, had you intended to go
4  to work that morning?
5     A.  Yes, sir.  I got up like normal to get
6  ready and go to work.  Um -- I got up about
7  seven o'clock, a little before 7:00, I guess,
8  and --
9     Q.  Could you describe the weather
10  conditions for us at the time you got up at
11  7:00 in the morning?
12     A.  Um -- cloudy, seemed to be raining if
13  I recall correctly.  Um -- cloudy, some wind,
14  um -- some water in the streets already at that
15  time.  Um -- that's about it, you know.  Not
16  nice weather to go really anywhere in.
17     Q.  When you noticed the water in the
18  street as you've just said, approximately how
19  high was it when you first noticed it?
20     A.  Oh.  Let's see.  It was up on the
21  wheels of my truck.  My truck was pulled in my
22  driveway.  The rear wheels of it.  It was about
23  halfway up the rear wheels, and my truck -- one
24  of the pictures shows the driveway where it was
25  at.  So.

Page 19

1     Q.  What kind of truck did you have?
2     A.  I had a Ford F-150.
3     Q.  Now, after you got up around seven
4  o'clock, what did you do next?  After you saw
5  the water in the street?
6     A.  Well, I made some comments to my
7  daughter I think that we, you know, just, you
8  know, go ahead and get ready for work and I'm
9  going to take her with me and stuff and go over
10  to the station.  I worked at the Third District
11  station, so it was pretty much a straight shot
12  for me to get to work.  And, um -- started
13  getting ready, told her to get her things
14  together, what she wanted to take with her in
15  case we couldn't come back.  And I was getting
16  ready and the water seemed to -- you know, the
17  rain got heavier and that, and I got a little
18  concerned about the water outside.  And, um --
19  while I was getting ready for work there was
20  a -- there was the, um -- I don't know how to
21  describe it other than a boom sound.
22     Q.  About what time did that happen?
23     A.  Oh, Lord.  It was between maybe 7:30,
24  8:15, somewhere up in there.  You know, I'm not
25  quite 100 percent sure, but I know right after

Page 20

1  that the water just started moving rapidly.  So
2  I scuttled to the attic with her and some
3  supplies and that, you know, tried to save a
4  few things.  I took my police radio with me,
5  got on the radio, you know, gave them a
6  position, stuff like that.  Um --
7     Q.  From inside the house, when you heard
8  the boom sound did you then have any
9  appreciation as to what direction the boom
10  noise had come from?
11     A.  Um -- it seemed to be coming from like
12  the back side of my house, you know, from like
13  in a northern direction towards the lake and
14  out by West End and that, you know.  Not West
15  End, but, you know -- you know the area called
16  Bucktown?  Up in that area.  It seemed to be
17  coming from there, you know.  Not too far from
18  the house.  I mean, it seemed pretty close.
19     Q.  In terms, again, of describing the
20  boom sound, was this a very loud noise?
21     A.  Oh, yeah.  It was distinctive.  You
22  can't -- you can't -- that's something I've
23  never hired before.  It was not like -- I was
24  in the military, and it's not like the sound of
25  gun fire or cannons going off anything like

Page 21

1  that, or bombs being dropped.  It was a
2  distinctive boom.  I don't know how to describe
3  it other than that it was a boom sound, you
4  know.  It was very --
5     Q.  How long was the duration of the --
6        MR. GILBERT:
7           I object.  Let him finish his
8        answer, please.
9        MR. FISHER:
10           Sorry.
11     A.  It was, um -- you know, just -- it
12  just -- I don't want to say it rattled the
13  windows or anything like that, but it was --
14  like I said, it was just a very distinct, loud,
15  sudden boom.  And, um -- and other than that,
16  it -- that's about it, you know.
17     Q.  How long was the duration of this boom
18  sound that you heard?
19     A.  A couple of seconds maybe.  You know,
20  maybe two, three seconds, I guess.
21     Q.  Okay.  Where were you physically
22  located in your house when you heard the boom?
23     A.  I don't remember.  Somewhere inside
24  the interior of the house, you know.  Just
25  getting ready -- like I said, I was getting

1

1             UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF LOUISIANA

3

4  IN RE:  KATRINA CANAL BREACHES

     CONSOLIDATED LITIGATION

5

                        CIVIL ACTION

6                        NO. 05-4182

                        AND CONSOLIDATED

7                        CASES

8  PERTAINS TO:  BARGE

9                        SECTION "K" (2)

     BOUTTE V. LAFARGE     05-5531

10  MUMFORD V. INGRAM     05-5724

     LAGARDE V. LAFARGE    06-5342  JUDGE STANWOOD

11  PERRY V. INGRAM       06-6299  R. DUVAL, JR.

     BENOIT V. LAFARGE     06-7516

12  PARFAIT FAMILY V. USA 07-3550

     LAFARGE V. USA       07-5178  MAG. JOSEPH C.

13  WEBER V. LAFARGE     08-4459  WILKINSON, JR.

14

15          Deposition of HELEN MCNEAL, 613 East

16  Hamilton Street, Gonzales, Louisiana, taken on

17  Wednesday, February 18th, 2009, at the Law

18  Office of Chaffe, McCall, Phillips, Toler &

19  Sarpy, 1100 Poydras Street, Suite 2300, New

20  Orleans, Louisiana 70163.

21

22  REPORTED BY:

23      MELISSA M. EVANS

24      CERTIFIED COURT REPORTER

25

**14**

1   of you went outside and started looking around
2   to see what had happened with trees falling
3   down and limbs and things like that, right?
4       A.   Uh-huh (affirmative response).
5       Q.   And then you heard --
6       A.   Back in the house.
7       Q.   But then you heard a boom?
8       A.   Huh?
9       Q.   You heard a boom, some kind of
10  explosion, some kind of noise?
11      A.   Yeah.  I heard a noise, but I didn't
12  pay any attention to it.
13      Q.   Where were you when you heard that
14  noise?
15      A.   I was in the living room.
16      Q.   And where was Mr. McNeal?  Was he
17  still outside?
18      A.   No.  We all had came inside, I think.
19      Q.   Had you already seen that big tree
20  that fell on your house?
21      A.   Uh-huh (affirmative response).
22      Q.   Okay.
23      A.   All the trees and things had fell.
24  After that the sun was coming out.  Everything
25  had got still.  The wind was still, everything.

**15**

1   So we said, Well, the storm's over.  Because I
2   told my daughter, I said -- well, my neighbor
3   left home.  I said, They'll be coming right
4   back when the storm is over.  Then we took
5   farther up and looked back and we seen the
6   water flowing in.  And all we could do was get
7   up in the attic.
8       Q.   You thought the storm missed us,
9   nothing bad happened, and then you heard this
10  noise and the water start coming in?
11      A.   We seen that bad happened because all
12  the trees had gone down.  The big tree in our
13  yard -- all the trees had fell.  So that was
14  what we were looking at.  And everything was
15  still.
16      Q.   Do you remember -- this sound that you
17  heard, was that around noon, ten in the
18  morning, something like that?  Do you remember
19  the time?
20      A.   I'd say it was in the morning.
21      Q.   Okay.  Did your daughter hear that
22  noise, that explosion, that boom?
23      A.   Yes, she did.
24      Q.   Okay.  Why don't you describe it to
25  me, that sound?  How would you best describe

**16**

1   it?
2       A.   I don't know.  All I know, I just
3   heard a noise.  Something made a funny noise, a
4   loud noise, and I looked back and seen the
5   water.
6       Q.   Was that noise like you see in the
7   movies, an explosion?  Was it a rumble?  Was it
8   a boom?  How would you describe it?
9       A.   It just made a boom like.
10      Q.   Okay.
11      A.   That's all I could remember.  And
12  seeing the water.  I just was trying to get up,
13  get, you know, get out the way.
14      Q.   And when you heard that boom and
15  Mr. McNeal heard the boom and you said your
16  daughter heard the boom, did you all look at
17  each other, like, did you hear that?
18      A.   Yeah.  We said, What is that?
19      Q.   And did any of you say, I don't know,
20  or sounded like this or like that?  Do you
21  remember what you said to each other?
22      A.   We ain't said nothing.  But I said,
23  What is that?  That's a terrible noise.  And my
24  daughter said, I don't know what that could be.
25  And then we looked back and we seen the water

**17**

1   coming.
2       Q.   And you say you looked back.  Where
3   did you look to?
4       A.   We was in the living room, and we
5   looked back to the dining area, and the water
6   was coming up the little step, come up in the
7   living room.
8       Q.   And how soon after the boom did you
9   see the water in the living room or coming up
10  the steps?
11      A.   It wasn't that long.
12      Q.   Half an hour?
13      A.   Just about.
14      Q.   Okay.  And before you saw the water
15  coming up the steps, did you go outside and
16  take a look, say, like where did that boom come
17  from?  What's going on?  Did you see water
18  anywhere?  Strike that.  That's a confusing
19  question.
20      A.   We ain't seen no water.  We didn't get
21  a chance to go outside.  The water was coming
22  in so fast.  All we had time to do was climb
23  and get up in the attic.
24      Q.   Okay.  After the boom --
25      A.   After the boom.

5  (Pages 14 to 17)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

                                CIVIL ACTION
                                NO. 05-4182
                                AND CONSOLIDATED
                                CASES

PERTAINS TO:  BARGE

                                SECTION "K" (2)
BOUTTE V. LAFARGE       05-5531
MUMFORD V. INGRAM       05-5724
LAGARDE V. LAFARGE      06-5342  JUDGE STANWOOD
PERRY V. INGRAM         06-6299  R. DUVAL, JR.
BENOIT V. LAFARGE       06-7516
PARFAIT FAMILY V. USA   07-3550
LAFARGE V. USA          07-5178  MAG. JOSEPH C.
WEBER V. LAFARGE        08-4459  WILKINSON, JR.



        Deposition of RAYMOND MCNEAL, 613

East Hamilton Street, Gonzales, Louisiana,

taken on Wednesday, February 18th, 2009, at the

Law Office of Chaffe, McCall, Phillips, Toler &

Sarpy, 1100 Poydras Street, Suite 2300, New

Orleans, Louisiana 70163.



REPORTED BY:

      MELISSA M. EVANS

      CERTIFIED COURT REPORTER

1     A.  Right-hand side.
2     Q.  Okay.  Was it closer to --
3     A.  Behind Gregory High School.
4     Q.  Right behind it?  So right in the
5  middle here?
6     A.  Yes.
7     Q.  Was it closer to Pratt Drive or closer
8  to Virgil Boulevard?
9     A.  Right behind -- the school right
10  behind my house.
11     Q.  So it was in the middle of Van Avenue?
12     A.  Yes.
13     Q.  Were you next-door to Mr. Foley?
14     A.  Yes.
15     Q.  Okay.  So if I put an X here, that
16  would be close to where your house was on Van
17  Avenue?
18     A.  Right.
19     Q.  So we'll mark this as 4351.  So if we
20  stepped out of your back yard at 4351 Van
21  Avenue, would we be facing the London Avenue
22  Canal?
23     A.  Yes.
24     Q.  And if you were standing in your back
25  yard, could you see the earthen levee and the

1  wall of the canal?
2     A.  No, I couldn't.
3     Q.  Why not?
4     A.  It's all -- the building's between me.
5     Q.  Was that a school building?
6     A.  They got a school building.
7     Q.  Anything else blocking your view?
8     A.  Nope.
9     Q.  Okay.  Had you ever seen water come
10  over the levee and into your neighborhood?
11     A.  No, I haven't.
12     Q.  Okay.  Now, on the day of the
13  hurricane, which is Monday, August 29th, 2005,
14  you were at 4351 Van Avenue?
15     A.  Yes.
16     Q.  You did not evacuate?
17     A.  No.
18     Q.  And were you there Sunday preparing
19  for the hurricane?
20     A.  Yes.
21     Q.  Did you go to sleep on Sunday?
22     A.  Yes.
23     Q.  And when did you wake up on Monday?
24     A.  Monday morning sometime.  After the
25  sun come up, sunrise, checking the damage.

1     Q.  So you woke up after the sun came out
2  and went outside to check on the damage?
3     A.  Yes.
4     Q.  Okay.  What kind of damage did you
5  see?
6     A.  The limbs was blown off and a tree was
7  on my house.
8     Q.  So limbs had blown off and --
9     A.  A whole tree.
10     Q.  On your house?
11     A.  Yeah.
12     Q.  So the wind had knocked the tree down?
13     A.  Yes.
14     Q.  Was there any water in the streets
15  when you went out?
16     A.  A little bit of water, but not much.
17     Q.  From rain?
18     A.  Yes.
19     Q.  Okay.  And was this 7:00, 8:00, 9:00
20  in the morning?  Do you remember the time?
21     A.  Probably about 9:00.
22     Q.  Okay.  And at some point you heard a
23  boom, correct?
24     A.  Yes, like a sonic boom.
25     Q.  Like a sonic boom?

1     A.  Yes.
2     Q.  Do you remember around what time that
3  was?
4     A.  Probably around 9:00 or a little after
5  nine.
6     Q.  So that was after you went outside to
7  look at damages?
8     A.  Yes.
9     Q.  And could you tell from what direction
10  that boom came from?
11     A.  It come from towards the levee.  I
12  would say about the east, coming from the east.
13     Q.  So that would be from the direction of
14  the canal?
15     A.  Yes.
16     Q.  And could you tell if it came from the
17  direction of Mirabeau Avenue?
18     A.  Yes.
19     Q.  From that direction?
20     A.  Yes.
21     Q.  And after you -- well, describe that
22  boom for us a little more.  You said it sounded
23  like a sonic boom?
24     A.  Yes.
25     Q.  Was it just one boom?

1

1       UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4   IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

    CONSOLIDATED LITIGATION

5

                                       NO. 05-4182

6                                      and consolidated cases

7                                      SECTION "K" (2)

8   PERTAINS TO: BARGE

9   BOUTTE V. LAFARGE        05-5531   JUDGE STANWOOD R.

    MUMFORD V. INGRAM        05-5724   DUVALL, JR.

10  LAGARDE V. LAFARGE       06-5342

    PERRY V. INGRAM          06-6299   MAG. JOSEPH C.

11  BENOIT V. LAFARGE        06-7516   WILKINSON, JR.

    PARFAIT FAMILY V. USA 07-3500

12  LAFARGE V. USA           07-5178

13  WEBER V. LAFARGE         08-4459

14

15

16

17

18       DEPOSITION OF ALFRED MCROYAL, 5749 WICKFIELD DRIVE,

19  NEW ORLEANS, LOUISIANA  70122, TAKEN AT THE OFFICES OF

20  CHAFFE, MCCALL, 1100 POYDRAS STREET, SUITE 2300, NEW

21  ORLEANS, LOUISIANA  70163, COMMENCING AT 9:30 ON FEBRUARY

22  9, 2009.

23

24

25

14

1    A   Yeah.  I looked over.  That was the first
2  thing we looked at when we came out to see what was
3  going on, how bad it was.  And I said it didn't hurt
4  too bad.
5    Q   And so you didn't see any water?
6    A   There was no water.  The streets were just
7  wet from the rain that night and that was cleaning up.
8    Q   You didn't see any water coming off the
9  levee?
10    A   Nothing was coming over the levee until that
11 boom and about 30 or 40 minutes later, that's when you
12 seen all that water.
13    Q   So do you remember who you were talking to
14 on the phone?
15    A   My son.
16    Q   He was in Texas you said?
17    A   Yeah.  He was in -- yeah, Texas I think it
18 was.  No, Florida.  He was in Florida.  And I was
19 telling him -- he said, Dad, what happened and I said
20 everything cool, I said we didn't have nothing but the
21 trees on the front.  I said they were took up and a
22 few shingles and some siding off the house, but as far
23 as anything else, everything was cool and then I hear
24 that boom.
25    Q   So while you were talking to him you heard

15

1  the boom?
2    A   Yeah.  He said what was that and I said I
3  don't know, it sounds like something blew up.  He said
4  where is Pop, he calls my uncle, he's his Godfather,
5  so I said he's in the kitchen cooking.  So I got up to
6  tell Pop and they was talking on the phone and I came
7  and sat back outside and everything except for my
8  neighbors next door, they was inside.  I didn't see
9  them.  Actually I didn't know they was home until the
10 water came in and they came on the roof.
11    Q   What is the name of your neighbors?
12    A   Debra and her husband.
13    Q   Raymond?
14    A   Yeah.  And her grandkids.  I didn't know
15 they was there until I seen them Monday night.  Yeah,
16 Monday night, because we all had to get on the roof
17 Monday night because the water came in the house and
18 it came up so fast and knocked all the Sheetrock out
19 of the room.
20    Q   So you were on the porch talking to your
21 son?
22    A   Yeah.  I heard the boom so I gave the phone
23 to my uncle.
24    Q   Hold on.  You were on the porch talking to
25 your son when you heard the boom?

16

1    A   Yes.
2    Q   Where did it come from?
3    A   It sounds like it came from right around the
4  corner then.
5    Q   Did it come up from this area up towards
6  Robert E. Lee?
7    A   Yeah.  It come -- not the lake.  It came
8  from the opposite way from like going toward Dillard
9  University back in that area, coming from uptown and a
10 few minutes later we heard another one.
11    Q   Was that second boom that you heard, was
12 that similar to the first boom?
13    A   Yeah.  It was a little more powerful.  I
14 said what is going on.
15    Q   That came from the Seventh Ward area?
16    A   Seventh Ward area.  So my uncle thought --
17 we thought it was the transformers but I didn't think
18 about it.  The transformers didn't start blowing until
19 Tuesday, because the water, it didn't blow when the
20 rain hit.  So the reason it started blowing is because
21 the water was on -- because it was like honest to God,
22 it was like 28 feet of water.  We had to get to the
23 top of the roof.
24    Q   So later when you were on top of the roof
25 you heard transformers blowing?

17

1    A   That's when I heard the transformers
2  blowing, that was Tuesday evening about 6:00 .
3    Q   That was a different kind of sound --
4    A   Well --
5    Q   You have to let me finish because she can't
6  get us both.  That was a different sort of sound and
7  explosion than the ones you heard when you heard that
8  first boom?
9    A   Yeah, because I'm only about 20 feet away
10 from the transformer across from my house.
11    Q   Let's back up.  Again to get it clear, you
12 were talking to your son on the phone when you hear a
13 boom and he heard that boom over the phone too?
14    A   Yeah.  He said what is that Dad and I said I
15 don't really know.  So he said where is Pop and I said
16 he's in the kitchen.  I gave the phone to him.
17 Mr. Clark and his son was home and they came out on
18 the porch when I was talking to Michael.
19    Q   Where does Mr. Clark and his son live?
20    A   I live here (indicating), they live across
21 the street.
22    Q   So he lives on Wickfield also?
23    A   Yes.
24    Q   Across the street?
25    A   Yeah.  Michael died.  He's been dead about

18

1  five months now.
2      Q   So you were sitting on the porch and this
3  area right here (indicating) is your house?
4      A   Yeah.
5      Q   And this is the canal and you heard the
6  sound come from the canal area?
7      A   Yeah.  Both of them both sounds.
8      Q   Then later you heard a second sound from
9  what you have said is the Seventh Ward?
10     A   That's where my uncle said he heard, he said
11 that sounds like it's coming from Broad and London
12 Avenue by the London Canal.
13     Q   Tell me what happened after you heard those
14 explosions.
15     A   Like I said it was a while when me and
16 Michael was talking, it was a while.  So Michael said
17 something about -- and he went inside and I was
18 sitting out there talking, I said, Pop, what you
19 cooking and then I seen the car, two trucks, they
20 wasn't coming straight, it was coming sideways.
21     Q   Floating down Wickfield?
22     A   Yeah.  But the water was coming up, so by
23 the time it got over here the water shot up over the
24 car.  When it hit the ground again it started --
25 because I got up and I said, Pop, come see.  By the

19

1  time I ran inside the water was up to my ankle.
2      Q   I'm sorry, the cars that you saw floating,
3  were they floating down Wickfield?
4      A   Going towards the lake.  That's what was so
5  strange about it, because we figured water came in, it
6  would come from the lake.  But this here, the water
7  was going to the lake.  It was coming from around the
8  corner.  So when Pop got up there and looked he said
9  the water was coming from the pumping station.  He saw
10 it turning the corner.
11     Q   So you saw these cars floating down
12 Wickfield in the direction of Robert E. Lee, towards
13 Robert E. Lee?
14     A   Yeah, towards UNO going towards Robert E.
15 Lee.  It was coming from the opposite.  I live here
16 (indicating), they was coming from this way, and the
17 lake is right here, they're coming from this way going
18 towards the lake.  It was like a Toyota and two little
19 small trucks.  As a matter of fact, they stayed in the
20 street for months before they got them out of there.
21     Q   Now, that first explosion -- there are two
22 areas where the levee broke or blew up, one is up here
23 by Robert E. Lee and one is down by Mirabeau?
24     A   Uh-huh.
25     Q   The first explosion you heard, was that

20

1  toward Robert E. Lee or towards Mirabeau?
2      A   That was towards Mirabeau.
3      Q   The second one you heard was towards Robert
4  E. Lee?
5      A   Yes, because like I said they happened so
6  fast and it was boom boom and then maybe a few minutes
7  later that's when you heard the other one.  After the
8  second one blew the water started really getting bad
9  and started coming faster.  By that time we took our
10 mind off -- we are talking about trying to get in the
11 attic and trying to get out the water.  It wasn't
12 going to stop because -- it was funny, when we got in
13 the attic we broke the glass on the side of the house
14 to ventilate up there and I'm looking and I still
15 don't see until maybe Tuesday morning, by that time
16 the water was really high and then you seen the water
17 coming towards the lakefront.
18     Q   When you went up on the roof through your
19 attic for the first time, that would have been
20 sometime Monday?
21     A   No.  We didn't get on the roof until
22 Tuesday, Tuesday morning, early Tuesday morning
23 because like I told you --
24     Q   What did you do all day Monday?
25     A   We had to stay inside because the shingles

21

1  were too hot to go on the roof.
2      Q   But you stayed in the attic?
3      A   Yeah.  But the house had filled with water.
4  We didn't want to go down.  We didn't want to fall
5  down.  And the water was all the way to the ceiling
6  because at night all the electric went out so the
7  whole house was black.
8      Q   Was your house a one story or two story?
9      A   One story.
10     Q   So the entire bottom single story was
11 flooded?
12     A   Flooded, you couldn't see nothing.
13     Q   Now, Tuesday you went up through the roof?
14     A   We went through the roof Monday morning.  We
15 didn't go on the roof until Tuesday.  We was in the
16 attic Monday.
17     Q   When you went out on the roof everything you
18 saw was flooded?
19     A   Everything.  Well, the water was still
20 coming up, but the way my house is built it's in the
21 back, I had a den that was flat.  Well, the water was
22 on the flat part but we had made the hole up here.
23 But like I told you, we had to stand up in the
24 daytime, take turns standing up in the hole because we
25 couldn't stay down because the water was so nasty.  It

**22**

1  was in the attic, at least five feet high in the
2  attic.
3      Q    When you were up on the roof could you see
4  where the canal used to be?
5      A    No.  All we could see was water.  We
6  couldn't even see.  It was so high.  We couldn't see a
7  couple of houses over there period.  The water had
8  covered up.
9      Q    Did you see any boats, any ships, any
10  barges, anything like that?
11     A    No.  No.  No.  We didn't see none of that.
12  The only thing I saw was dogs floating.
13     Q    And your uncle was with you the whole time?
14     A    Yeah, Dayfield Martin.
15     Q    Now, the first big boom and that second big
16  boom that you heard, did you feel those two, did they
17  shake the house or was it just a noise?
18     A    Well, it was a big noise.  But the whole
19  neighborhood like shook and you could tell when the
20  transformer blew.  When the first one blew we was
21  hanging on the roof that morning but we couldn't get
22  on the roof because it was too hot.  First it started
23  blowing that morning.  When that one blew was
24  across from us.  Like I said it wasn't but 20 feet
25  away from us.  This was nothing like the booms we

**23**

1  heard.
2      Q    So the transformer booms were nothing like
3  the other booms?
4      A    No.  The other booms, no.
5      Q    And Michael who died about five months ago
6  --
7      A    Michael Clark.  His dad, his name was Clark
8  too.  I think Davis Clark.
9      Q    Are they still living there across the
10  street?
11     A    No.  His dad lives across the river.  They
12  had their house tore down.  They said they're going to
13  rebuild.
14     Q    So they have moved on?
15     A    Yeah.  The mom and the son and the daddy
16  separated.  She lives across the river with the
17  daughter.  They live in Baton Rouge.
18     Q    When you were talking to Michael, was Davis
19  out there too?
20     A    No.  Just Michael and his dad.  The mom and
21  them had evacuated that Saturday.
22     Q    Is there anybody else that was out there
23  that came out to the street and said hey, did you hear
24  that?
25     A    No, because there was nobody else in the

**24**

1  neighborhood but us.  Everyone else had evacuated.
2  The whole neighborhood evacuated.  There was only
3  three families there and I didn't know about my
4  neighbors until the night I see them out on the roof.
5      Q    What was their name?  The Raymonds?
6      A    Yeah.  Debra and them.  I see them down the
7  street and said I thought y'all was gone, I said your
8  grandkids, and they said no, they're in here too.  She
9  said I took the doors and laid them up here and we
10  were laying on them.  They were the first that left.
11  A boat came and got them.  A helicopter came and got
12  me and my uncle.  Like I said, if anybody would have
13  been there and could have seen it, they could have
14  knew right then there was no act of God, uh-uh,
15  because it happened too fast and it happened way after
16  the storm.  Like I said the storm was over Sunday
17  morning -- I mean Monday morning.  And just like I'm
18  looking outside, this is almost how the weather was.
19  No rain, no wind or nothing.  And then all of a sudden
20  boom and 40 minutes all that water came.  That
21  destroyed everything, the water.
22  <mark>   Q    It sounded like a dynamite explosion to you?</mark>
23  <mark>   A    Yeah, blowing up the mountain.  Then I said,</mark>
24  <mark>man, the whole thing, the water, I didn't realize the</mark>
25  <mark>water was as bad as it is.</mark>

**25**

1          MR. WALKER:
2              Okay.  That's all the questions I have.
3          Thank you, Mr. McRoyal.  You can answer
4          these gentlemen's questions if they have
5          any.
6                      EXAMINATION
7  BY MR. MORENO:
8      Q    I have a few.  I'm Edward Moreno and I
9  represent the barge plaintiffs in this case.  I'm just
10  going to ask you a few questions.  If you have trouble
11  understanding me, just ask me and I will rephrase it.
12  I just have a few questions.  Are you represented by
13  any attorneys in connection with flooding for Katrina?
14     A    No.
15     Q    When is the first time you met with
16  Mr. Walker?
17     A    This is the thirst time I met him today.
18  One of his representatives came to my house about two
19  months ago.  They give me a court date and then gave
20  me another one because they changed court dates or
21  something to today.
22     Q    How long did you meet with Mr. Walker before
23  the deposition?
24     A    Never.
25     Q    You said that you testified that 40 minutes

1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4   IN RE: KATRINA CANAL BREACHES    *   CIVIL ACTION

    CONSOLIDATED LITIGATION          *   NO. 05-4182

5                                    *   consolidated

                                     *

6           PERTAINS TO: BARGE       *   SECTION"K"(2)

    Boutte v. Lafarge        05-5531 *   JUDGE DUVAL

7   Mumford v. Ingram        05-5724 *

    Lagarde v. Lafarge       06-5342 *

8   Perry v. Ingram          06-6299 *   MAG.WILKINSON

    Benoit v. Lafarge        06-7516 *

9   Parfait Family v. USA    07-3500 *

    Lafarge v. USA           07-5178 *

10  Weber v. Lafarge         08-4459 *

11

12

13

14

15

16

17           Deposition of SARAH PRICE, taken at

18   the offices of Chaffe McCall, LLP, 2300 Energy

19   Centre, 1100 Poydras Street, New Orleans,

20   Louisiana, on Friday, February 13, 2009

21   commencing at 2:00 p.m.

22

23

24

25

14

1    A    They had just finished working on it,
2  just opened the streets and everything, like,
3  August the 29th.  It was closed the whole year
4  because they were working on --
5    Q    The floodwall?
6    A    Right.
7    Q    When you say "they" --
8    A    Whoever.
9    Q    -- is that the Army Corps of
10  Engineers maybe?
11    A    Whoever was doing the work.
12    Q    Or the contractors?
13    A    Yeah; because that one year, they
14  closed the Filmore side; and that following
15  year, they closed Mirabeau side.  And they had
16  just reopened that side August the 23rd,
17  working on the canal.
18    Q    If you know, what kind of work were
19  they doing on the floodwall of the canal?  Do
20  you know?
21    A    No.
22    Q    But you were just aware of this?
23    A    Yeah.
24    Q    Let's talk about what you saw and
25  what you heard that morning that might be of

15

1  interest or importance.  Did you have --
2  strike that.
3         Did you hear any noises that morning
4  as you were in your home during the storm?
5    A    No.  I just heard the winds and
6  cracking of trees.
7    Q    Did you hear any noises that sounded
8  like an explosion or a boom that morning?
9    A    When we got up, walking around
10  checking everything and seeing how the
11  water -- did they have any water, like, in the
12  streets.  Because I had a pool in my backyard,
13  and I went to the window to see if they have
14  any -- you know, was it overflowing, had it
15  overflowed.
16         And it hadn't.  And I said, "We made
17  it," you know.  It was over.
18         And all of a sudden, you know, we was
19  looking around the house because a big tree
20  had fell over in the walkway, and then we just
21  heard, you know, a noise.
22         And I went back in the bathroom, and
23  I just saw the water just "rhooming, rhooming"
24  not knowing what was going on.  And that's
25  when the water just start, you know, rising

16

1  up.
2         And luckily earlier that Sunday
3  morning, Mr. Bentley said, "We're going to put
4  a ladder on the side of the house," because my
5  house was a flat-roof house.  And luckily, he
6  did because we would have drown in the house
7  because I didn't have an attic.  So we put the
8  ladder on the side of the porch, and thank God
9  he was there with me because I would have
10  drowned.
11    Q    Now you just told us a minute or two
12  ago that you went out to take a look at your
13  swimming pool?
14    A    No; I said I looked through the
15  window of the bathroom.
16    Q    Is that about the same point in time
17  that you heard this noise that you just
18  described?  When you looked out the window and
19  saw the pool?
20    A    Well, the first time when I looked
21  out, it was -- you know, the water hadn't
22  gotten over the pool.  I said, "Well, the
23  hurricane is over."  You know, it was fine.
24         And then we were just sitting there
25  in the den and, you know, just like it was

17

1  drizzling a little bit.
2         And all of a sudden the water just
3  started, like, coming up.  And we was, like,
4  marking -- you know, like marking the steps,
5  looking at the steps.
6         And then we heard, you know, a sound.
7  And I went back to the bathroom to look
8  through the window for the pool.
9         That's when I saw the water just
10  coming in.  And we didn't know what was going
11  on, so we went out there to get the ladder.
12         And when we went out and opened the
13  door, all the water came in the house, and we
14  put the ladder out.
15    Q    What time was that when you heard the
16  noise?
17    A    It was daylight then.  It was
18  daylight.
19    Q    You're not certain of the time?
20    A    No.  Like I said, the lights was out.
21    Q    Can you describe the noise you heard
22  to us?
23    A    No.  I was -- we were just scared.
24  We didn't know -- you know, it was just like a
25  boom.

18

```
1    Q   Like a boom?
2    A   "Boom."  And that's when the water
3  start -- I didn't know what was going on.
4    Q   Was it more than one boom?
5    A   I don't know.  I don't know.
6    Q   And from what direction did it seem
7  to you that the boom noise came from?
8    A   I was frantic.  I don't know what
9  direction it came from.  I don't know.
10    Q   And after that, the water, as you
11  just described to us, started to rise?
12    A   Started to rise.
13        (Mr. Walker leaves.)
14    Q   Did you and your friend Mr. Bentley
15  then use that ladder that you just told us
16  about and get up on the roof of your house as
17  the water started to get higher?  Is that
18  correct?
19    A   Right.
20    Q   And you were eventually rescued.  Is
21  that right?
22    A   Two nights; we spent Monday and
23  Tuesday night.
24    Q   So you spent two nights on the roof
25  of your house?
```

19

```
1    A   Right.
2    Q   When you got up on the -- strike
3  that.
4        After the water started to rise, you
5  got on the ladder and got on the roof of your
6  house.  Were you able to see the canal or
7  floodwall?
8    A   Oh, no.
9    Q   You still couldn't see that?
10    A   I mean, I wasn't looking.  I was
11  looking around me to make sure the water --
12  you know, hoped the water didn't come, you
13  know, over -- over the house.
14        Because I had, like, a Murano.  And
15  it had covered the whole car, and everything
16  around me was nothing but water.  And during
17  that night, we heard, like, things -- I guess
18  whatever was in the water -- splash in the
19  water.
20        But I couldn't tell you -- I'm not
21  going to say that.  I couldn't look at the
22  canal.  I heard people hollering, you know,
23  around me, you know.
24    Q   How high did the water get in
25  relation to the roof of your house?
```

20

```
1    A   It got -- I think -- they said it was
2  like 7 -- I think 7-and-a-half foot, you know,
3  in the house.
4    Q   So that was -- strike that.
5        How high is the ceilings in your
6  house, Ms. Price?
7    A   I don't know if it was 10 -- 10-inch?
8    Q   8 feet?  9 feet?
9    A   Might be 8 feet.
10    Q   8-foot ceilings?
11    A   I think.
12    Q   Is it fair to say from what you just
13  described to us that the height of the water
14  got almost up to the ceiling in your house?
15    A   Yeah; because if I had stayed in
16  there, I would have drowned.  It got that
17  high.
18    Q   Did you later become aware after you
19  were rescued and went on about trying to put
20  your life back together, did you later become
21  aware of what happened with the floodwalls in
22  the canal?
23    A   Did I hear about --
24    Q   Yes.
25    A   That's when I heard about the barge,
```

21

```
1  you know, across the canal.
2    Q   Well, there weren't any barges in the
3  London Avenue Canal, were there?
4    A   Oh, no.
5    Q   You're talking about some other
6  canal, aren't you?
7    A   Right.
8    Q   Let's talk about the London Avenue
9  Canal.  What did you know or do you know about
10  what happened to the floodwalls in that canal?
11  What caused them to breach, in other words?
12    A   I don't know.
13    Q   You don't know?
14    A   No.  Could you tell me?
15    Q   Well --
16    A   I don't know.
17    Q   I'm asking you the questions.
18    A   I don't know.  No; I don't know.
19    Q   I'm trying to find out what you know.
20    A   I don't know.
21    Q   You don't know what caused the
22  floodwalls to breach at London Avenue?
23    A   No.  Only thing I can say is that,
24  like I said, they had just reopened it.  I
25  think it was August the 23rd, so I don't know
```

1

1     UNITED STATES DISTRICT COURT

2     EASTERN DISTRICT OF LOUISIANA

3

4 IN RE:  KATRINA CANAL BREACHES

 CONSOLIDATED LITIGATION

5

           CIVIL ACTION

6           NO. 05-4182

           AND CONSOLIDATED

7           CASES

8 PERTAINS TO:  BARGE

9           SECTION "K" (2)

 BOUTTE V. LAFARGE  05-5531

10 MUMFORD V. INGRAM  05-5724

 LAGARDE V. LAFARGE  06-5342 JUDGE STANWOOD

11 PERRY V. INGRAM  06-6299 R. DUVAL, JR.

 BENOIT V. LAFARGE  06-7516

12 PARFAIT FAMILY V. USA 07-3550

 LAFARGE V. USA   07-5178 MAG. JOSEPH C.

13 WEBER V. LAFARGE  08-4459 WILKINSON, JR.

14

15    Deposition of LULA WATSON, 4309 Van

16 Avenue, New Orleans, Louisiana, taken on

17 Wednesday, February 18th, 2009, at the Law

18 Office of Chaffe, McCall, Phillips, Toler &

19 Sarpy, 1100 Poydras Street, Suite 2300, New

20 Orleans, Louisiana 70163.

21

22 REPORTED BY:

23   MELISSA M. EVANS

24   CERTIFIED COURT REPORTER

25

14

1  stayed at the house on Sunday; is that right?
2      A.  Yes, sir.
3      Q.  And did you go to sleep that evening?
4      A.  I did.
5      Q.  And you woke up sometime Monday?
6      A.  Woke up that Sunday morning -- Monday
7  morning, yeah, between 1:30, something to 2:00.
8  And he woke me up.  And when I got up, the
9  house was like water to here on me
10 (indicating).  And he said, We should get up in
11 the attic.  So we was going in the kitchen and
12 all of a sudden the water just start gushing.
13     Q.  Okay.  When he -- you said that Arthur
14 woke you up?
15     A.  Yes, sir.
16     Q.  Is the house a one- or two-story?
17     A.  It's a one-story.
18     Q.  And when he woke you up, was it dark
19 or was it light?
20     A.  Dark, real dark.
21     Q.  And earlier had you heard the
22 hurricane come through, the wind?  Any broken
23 windows, shingles, did you hear any of that?
24 Or were you asleep?
25     A.  I was -- early part of the day the

15

1  most that I heard was like a lot of wind, rain,
2  water just, you know, constantly running.
3  That's it.  Because I kept watching the level
4  of the water.  And it was rising.  Because I
5  was asking Mr. Foley to let's get out while we
6  had a chance, you know, to walk out.  And he
7  said, no, I don't think the water going to get
8  that high.  So we just stayed.  Our children
9  came for us, but we didn't want to leave.
10     Q.  When did your children come?
11     A.  They came that Saturday and that
12 Friday.
13     Q.  Okay.  And did they evacuate?
14     A.  Yes.
15     Q.  So they came Friday and Saturday?
16 Sunday you were there on your own?
17     A.  Uh-huh (affirmative response).
18     Q.  And Monday the hurricane came through?
19     A.  Yes, sir.
20     Q.  Did you ever hear a boom or an
21 explosion or anything like that?
22     A.  Yes, I did, that morning.  When we got
23 up that Monday morning, like -- it was like
24 something to 2:00, something to 3:00, something
25 like that.  Just a big, loud explosion.

16

1  Because it shook the house, too.  And that's
2  when the tree from the neighbor fell over in
3  the kitchen.  And we were standing in the
4  kitchen when the tree fell across in the
5  kitchen.
6      Q.  Okay.  So that sound that you heard,
7  was that the cracking of the tree trunk or
8  something else?
9      A.  It sounded like something else.  Now,
10 the tree, it was a whole different sound.
11     Q.  Okay.  And before that sound was there
12 any water in the neighborhood in your yard or
13 anything like that?
14     A.  Oh, yes, sir.  They had plenty of
15 water.
16     Q.  Okay.  And where was that water coming
17 from, do you know?
18     A.  I really can't say what direction.
19 The most that I could say was coming from like
20 the lake part.  And then it started coming from
21 like the back, because it pushed a lot of stuff
22 from the kitchen towards the front.
23     Q.  Okay.  And are you sure that this
24 sound that you heard was at 2:00 or 3:00 in the
25 morning and it wasn't around noon on Monday?

17

1      A.  I really can't say specific what time
2  because it was a lot going on and they had a
3  lot of stuff in the house moving around.  A lot
4  of people was hollering.
5      Q.  Okay.  But I'm trying to go way before
6  all that.  Monday night -- Monday morning --
7  I'm sorry -- the hurricane came through and --
8      A.  The boom?  With the boom part?  We was
9  like in the attic when that part happened.  So
10 it was like day.  You know, it was like in the
11 daytime because I was asleep again and he woke
12 me up.
13     Q.  Had you heard any boom before that
14 one?
15     A.  No, sir.  Just a lot of debris, trees
16 and stuff moving around in the house.
17     Q.  The boom that you heard, could you
18 tell where it was coming from?
19     A.  We up in the air, so it sound like it
20 was coming from towards the lake.
21     Q.  Could you tell if it was coming like
22 from towards the canal side or towards the City
23 Park side?
24     A.  I really couldn't say directly.  It's
25 been a long time and a lot of stuff I tried to

26

1  identification and is attached hereto.)
2      A.  Yes, sir.
3      Q.  And you've shown us that TV.  That
4  eventually was completely covered, right?
5      A.  Covered.
6      Q.  And the water came within 6 to
7  8 inches --
8      A.  -- from the china cabinet.
9      Q.  From the top?
10      A.  Yes.
11      Q.  And that was the highest it got?
12      A.  Yes, sir.
13      Q.  Now, as far as you remember, this
14  photograph of your living room, was that before
15  or after the boom?
16      A.  That was -- that picture there -- it
17  wasn't that high.  So I'd say it was -- it
18  was -- I really couldn't say because I can't
19  remember.  I just was snapping.  After I start
20  seeing a lot of stuff moving around and
21  everything, I just start snapping.
22      Q.  Could you describe that boom to us,
23  what it sounded like?  You said -- I think you
24  said it shook the house, right?
25      A.  Yes, it did.

27

1      Q.  And did Mr. Foley hear it?
2      A.  Yes, sir.
3      Q.  Have you talked to anybody since the
4  hurricane that heard the boom?
5      A.  No, sir.
6      Q.  Okay.  Could you describe it to us?
7      A.  Just went -- like something exploded,
8  like you're blowing up something.
9      Q.  All right.  Thank you.  That's all the
10  questions I have.  These other gentlemen --
11      A.  Those are the only ones you're going
12  to keep?
13      Q.  Yes.  And I'll make copies of it right
14  now for you.
15      A.  Thank you.
16  EXAMINATION BY MR. MORENO:
17      Q.  Hi, Ms. Watson.  I have a few
18  questions.  My name is Edward Moreno, and I
19  represent some plaintiffs that are suing
20  Lafarge North America for flooding that
21  occurred in the Ninth Ward.  I just want to go
22  over -- I'm a little confused.  Because you
23  said you woke up 1:30, 2:00, 3 o'clock and you
24  were in the attic and you heard the booms,
25  right?

28

1      A.  Uh-huh (affirmative response).
2      Q.  Well, 3 o'clock, you meant in the
3  morning or in the afternoon you woke up?
4      A.  In the afternoon.
5      Q.  Oh, okay.
6      A.  Because I was like up all night.  I
7  was scared to go to sleep.
8      Q.  So you were just dozing?
9      A.  Uh-huh (affirmative response).
10      Q.  Is there anything that sounds like
11  that explosion?  Have you ever heard something
12  like that on television that you can tell me
13  this is what it sounded like?
14      A.  It sound like somebody just -- like
15  something, you know -- like an explosion or
16  something.
17      Q.  And can I ask what is the nature of
18  your disability?  You said you were disabled.
19      A.  I had open-heart surgery.  I have a
20  bad -- artificial valve in the heart.
21      Q.  And you said that Mr. Foley heard it.
22  Did you discuss it with him?  Did you say --
23  what did you say to him immediately after?
24      A.  Once we heard it, we looked at each
25  other, and he said, What is that?  Because it

29

1  shook the house.
2      Q.  All right.  I have no further
3  questions.
4          MR. WALKER:
5          That's it.  Thank you very much.
6      (Whereupon the deposition was concluded.)