# EXHIBIT 35

Transcript of Recorded Interview
Exhibit 3 to Deposition of Sidney Williams (Oct. 2008)

Part 1

# Centanni
# Investigative
# Agency

**ATTORNEY WORK PRODUCT**

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail:piwayne@centanni.net ◆ Website: www.centanni.net

November 27, 2006

RE:   Lafarge North America – Barge ING 4727
CIA File:  10838
Client Reference:  99675/28821

### TRANSCRIPTION OF MARCH 20, 2006 RECORDED
### TELEPHONE CONVERSATION WITH 9th WARD RESIDENTS
### *GLORIA GUY, JENNIFER FREZEL, and SIDNEY WILLIAMS*

The following is a **draft** transcription of a March 20, 2006 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Gloria Guy** (hereinafter "GG"), **Jennifer Frezel** (hereinafter "JF"), and **Sidney Williams** (hereinafter "SW"), residents of the 9th Ward who did not evacuate during Hurricane Katrina[1]:


GG:   Hello.

RG:   Hello?

GG:   Yeah.

RG:   Hi, is Gloria Guy in?

GG:   Yes, this is Gloria Guy.

RG:   Hi Miss Guy.

GG:   How you doing?

RG:   Pretty good.  How are you?

---

[1] Disclaimer:  This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

*3*

GG:   All right.

RG:   Um.  My name is Robert Garcia.

GG:   Yes sir.

RG:   And, um, we're investigating the, um, 9th Ward levee breaks.

GG:   Yes.

RG:   And, uh, your son, uh, Antonio.

GG:   Yes.

RG:   He gave me your telephone number.

GG:   Yes.

RG:   And, uh, told me that y'all were, um, in the- in the area of the 9th Ward during the time that the...

GG:   *(unintelligible)*

RG:   ...flood and the hurricane happened.

GG:   Yeah.

RG:   And, uh, we're just trying to get in touch with.

GG:   All right.

RG:   Hello?

GG:   All right.  I can explain it to you.

RG:   Oh, okay.

GG:   Okay.  That was August- August the thirty-first- the twenty ninth of August, and it was- must have been 'round 'bout three thirty in the morning, and, uh, I heard a "BANG BANG BANG" three times, and after that the water come flowing, twenty foot high and we had to- we had to get through the roof.  And I lost everything in there, 'cause I was

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 3

fighting for my life.  And got through the roof - my son bust it loose and we all got...He

helped me, I'm sixty-six.  The other lady, she's seventy-five years old and her son is

forty-five, and my, uh, my son, Tony, he's thirty something years old, and his wife,

Latasha, she's twenty-seven.  And we all went through the roof, and after we got through

the roof, the water was coming so fully we jumped to the other house where they had

upstairs and downstairs next to us, 'cause our house was floating away.  And we wind up

on another roof.  Blankets where we got out the other house to cover our bodies 'cause it

was cold.  So we laid up on the roof for nine and a half hours.  And then "All Night

Shorty" saved our lives.  (pause)  Hello?

RG:    Yes, ma'am.

GG:    And the- and after he saved our life and got us out he brought us to the bridge.

RG:    The Claiborne Bridge?

GG:    Yeah.  And after the bridge they had a man with a eighteen-wheeler.  They had two of

them.  A woman was driving an eighteen-wheeler and a man was driving the eighteen

wheeler.  And after I got off that boat with him, they rush us in the truck, and they had

hot stuff for us to eat and there was somewhere for us to set and relax until the Coast

Guard came.  So we was in that truck all that time until they came.  But "All Night

Shorty" saved us and I thank God for it.

RG:    And- And "All Night Shorty" do you know his name?

GG:    Huh?  All I know "All Night Shorty."

RG:    "All Night Shorty?"

GG:    Yeah.  And, uh, they got somebody else here that was there too also rescued us, Sidney

Williams.  Sidney Williams 'bout forty something years old.  We all together.  You

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 4

know, we never parted no more, you know, during that, ever since the storm we been

together.  So would you like to talk to him?

RG:   Uh, yeah, I'll talk to him- I'll talk to him in a second.

GG:   All right.  And then Jennifer Frazier- Frezel.  I call her Frazier but it's Frezel.

RG:   How do you spell that?

GG:   She's a white girl.  What it is? F-

Unidentified person in background (believed to be SW):   F-R-E.

GG:   R...

Unidentified person in background (believed to be SW):   Z-E-L.

GG:   F-R-E-Z-E-L.

Unidentified person in background (believed to be SW):   I stayed on the bridge too.

GG:   And that's the one who had my grandchildren.

Unidentified person in background (believed to be SW):   I heard the "Boom-boom-boom" too.

GG:   She had him.  She was on the other end from me.

RG:   Okay.

GG:   So, I just want you to have a conversation with her and I'll get them all in here and you

can talk to them.  And that's my story.

RG:   Okay.  And you said- About what time did this happen?

GG:   I'd say about three-thirty in the morning.

RG:   Three-thirty?

GG:   Three-thirty.  I won't take it back.  And her too.  Three-thirty in the morning.  They

gonna tell you.  And that thing went off one two three.  I ain't gonna never forget that.  I

lost everything.  And all my body all messed up from that.  On that roof all that time,

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 5

> your skin, you know, my knees and stuff all messed up.  So here, I'm gonna let you talk to Miss Frazier.  Come here.

RG: Did- Did, ma'am?

GG: Uh-huh?

RG: Okay, I'm- I'm sorry.  I just wanted to ask you a couple of questions before I…

GG: Okay.

RG: Did, um, and you heard this three times, like a bang?

GG: It went BANG BANG, three times.  I wouldn't tell you a word of lie.  God knows that's the truth.  I was scared.  And then the water start coming.

RG: And then were you- were you sleeping?  Did that wake you up, or?

GG: No, we wasn't sleeping.  This is what happened.  My neighbor next door, her name is Inez "Bickenham[2]" and her son name is Calvin "Bickenham[3]."  They house went first.  See after they left out they house, it started going, moving, you know.  And she came over there and she said, "We got to get away."  And then she come to tell us that, hear she telling us that, and then the "Bang Bang" come and she, her house went to floating.  Them houses floating up and down the street.

RG: So the- So before y'all heard that banging, the water was already coming in?

GG: See, before we heard the banging the water wasn't coming in our house.

RG: Okay.

---

[2] Her name was confirmed to be Inez Bickham.
[3] His name was confirmed to be Calvin Ross.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 6

GG:   The water was on the third step, but when the bang hit, one two three, that's when it come. That's when it came, when it hit three times, that's when the water started coming in, and it came full too, all the way up to the roof.

RG:   And then it was rushing in like...

GG:   Like a rushing wind. I mean it was coming so fast I couldn't save nothing. All I could do is get up there on top of that washing machine and fight for my life.

RG:   And did, um, uh, and then y'all eventually got- y'all got up on the- into the attic?

GG:   Yeah, see I had to get on- I'm- I'm short, I ain't nothing but four feet nine, and we had to get on the washer and the dryer, and my- my deep freezers was there, and get up on there to get up into the attic. We had to let my son take that thing and break that- break a hole in there for to save all of us.

RG:   'Cause it was coming up in the attic?

GG:   Yeah. That- That thing went all the way through my attic, and we had to jump from another house after that, and we jump on the roof then. That's when they found the blankets to put over us. And then the water start coming and hit the other house, and then we had to go on the third house. So we was out there for about nine and a half hours.

RG:   And did- did y'all...Could y'all see the- the levee and the- and the floodwall when y'all got up to the roof?

GG:   No. We when we got up there, no. By us being on that-that two-story house, we couldn't see nothing. See, 'cause that was up and down. Right next to me is a white house, and my house line up going straight into that house, so we could not see that. At least I didn't see it. All I seen was water. (cough)

RG:   And then how high, uh...

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 7

GG:    Twenty foot. I won't take it back *(unintelligible)* twenty foot high.

RG:    And then were the winds... By the time...

GG:    The winds was heavy heavy heavy. That's why they got blankets out of this two-story
       house where they had the blanket at in there. And when my son went in there and got the
       blankets to cover us because it was cold. The winds was coming, the water was coming.
       It was cold up in there. On top that roof it was cold.

RG:    And do you, uh, by the time y'all- y'all got up to the roof, or before- before the flooding
       even started, had- had the hurricane started yet?

GG:    No, wait, let me tell you, see, the hurricane was coming, but it wasn't no hurricane
       coming. The hurricane just had a little winds and a little light water, you know, but that
       water was like, you know, like the water in the river, how it go flowing, you know, come
       fully fully fully force. It was forceful. With the- With the hurricane it wasn't forceful
       like that, but with that, uh, that- that barge breaking, yes, it was- it was coming like I
       don't know what. That water was coming. You know what it had houses coming down
       the street. I ain't never seen houses coming that fast down the street. They was heading
       to Claiborne Street.

RG:    Oh really?

GG:    Yes indeed. 'Cause all you could do is take and put them blankets over you and
       everybody hold on each end to save us from flying off the roof.

RG:    And then when y'all got to the roof had the winds gotten- gotten more than...?

GG:    They got worse, and the water was coming real bad- real bad. We was fighting from that
       water, get away from that water. And them houses was going down. See the house we
       was on, my house was going down in the river. And we had to jump from there onto the

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 8

other house.  Then the two-story house was going in the river.  Then we jump on the other house, and that's the only way we was, you know, there until "All Night Shorty" came got us.

RG:   And nine and a half hours later y'all think?

GG:   Yeah, that was nine and a half hours we was up there on that roof.

RG:   Did y'all...How did y'all know that was how long y'all were up there?  Did y'all have a watch or...?

GG:   Well, my- my- my daughter-in-law had a watch on.

RG:   Okay.

GG:   'Cause all my stuff went in the river, and then Jennifer "Frazier" had a watch.

RG:   She was- She was on the- on the roof with y'all?

GG:   She was on the...No, she was on the other end, on...See, we didn't live that far from- from each other.  She was on her end.

RG:   Where- Where did she live at?

GG:   She lived on, uh, on.

Unidentified person in background (believed to be SW):       Poland.

GG:   On what?

Unidentified person in background (believed to be SW):       Poland and France.

GG:   On Poland and France.  That's where she lived at.

RG:   Oh, on the other side?

GG:   Yeah.  See, 'cause she had the grandchildren from me.  She said, "Momma I'm gonna take the children," you know, she said, "I'm going home."  And she left with the children, so that left us stuck there.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 9

RG:     Okay.

GG:     And if I would have knew that I'd have left with her.

RG:     And what do you- what do you think- what do you think caused the- the levees breaking over there?

GG:     Well I think they broke that levee. I'm sorry. 'Cause we never had that. I been down there since nineteen seventy seven and...

Unidentified person in background (believed to be SW):     *(unintelligible)*

GG:     All right. And I never heard that before in my life. Hear me? And we done had them little hurricane, little storms down there. It never been like that. And then my whole house is gone. I just got a roof on it, got siding and all that. It wasn't nothing nice, I tell you that.

RG:     So you- So do you think they...? When you- When you say that they broke the levee...

GG:     They broke it. When I heard the boom boom boom, that's what it was, three times. And God knows I wouldn't lie to you.

RG:     Was it a- Was it a, like a boom boom boom, or?

GG:     It was a hard hard boom.

RG:     Like- Like an explosion?

Unidentified person in background (believed to be SW):     Sound like dynamite.

GG:     It sound like...

Unidentified person in background (believed to be SW):     *(unintelligible)*.

GG:     I mean it was- it was really loud. See, I don't know if it was dynamite or what it was, but I know it was loud. You hear me?

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 10

RG:   'Cause you…I'm- I'm just trying to- trying to think of the sound, 'cause you said- you said "bang" earlier and then "boom."

GG:   No, you see, when it hit, it was hitting…

Unidentified person in background (believed to be SW):   Boom boom boom.

GG:   I'm trying to explain it best to my knowledge, but it was a hard hard hard blow, you understand me?  I never heard nothing like that before.  See I never heard nothing like that before and it scared me.  See, it scared me real bad.

RG:   And then you were- you were awake during that time 'cause you…?

GG:   *(unintelligible)* 'cause he- she came over, and thank God she did.  She wouldn't be living now.  She'd be dead, 'cause her house floated away right after that.  And then my house goes.

RG:   And then you…

GG:   Wasn't nothing nice mister.

RG:   And then you were talking about that barge.

GG:   See that, look, the barge, they broke the barge.

RG:   They broke…

GG:   When they broke the barge, everything went.  The barge was on the other end, you know, not too far from where we was at on the roof on Jourdan Avenue.

RG:   Over there by, uh…?

GG:   She got pictures.  Jennifer "Frazier" got pictures of it.  She got pictures of my house too.

RG:   That…This was afterwards though, like, not during?

GG:   No, she couldn't take nothing then, no indeed.  She would have been dead.  All that water was coming up.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 11

RG:   And then.

GG:   She took it afterwards.

RG:   You were saying that they broke the- that they broke the barge?

GG:   Yeah, they broke it.  It was like "BANG."  It was so loud mister.  You know, I mean it
      was loud, it scared.

RG:   And when did- when did y'all first see that barge?

GG:   When we seen it?  When "All Night Shorty" got us off the- off that roof, that's when we
      seen it.  Other than that we wouldn't have seen it.  We made it to the bridge, okay.

RG:   Okay.  So after- after he picked y'all up?

GG:   Yeah, 'cause see the- the barge wasn't too far from the bridge where we was at.  It wasn't
      too far.  But he brought us from that river part all the way to that- that- that- that thing is
      still there, okay.  It's still there where they broke it.

RG:   So y'all didn't see it until y'all got to the bridge?

GG:   You couldn't see nothing.  All that water and them houses was floating, mister, I'm sorry,
      you couldn't hardly see nothing till we got to that bridge I seen the barge.

RG:   Okay.  And then that was over there on Jourdan Avenue?

GG:   Yes.

RG:   By, uh, kind of by, um, uh, Roman Street?

GG:   Yes.  Not too far from that bridge.  Not too far from the bridge.

RG:   Okay.

GG:   It was in a area by itself.

Unidentified person in background (believed to be SW):      Derbigny and Jourdan Avenue.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 12

GG:   By Derbigny.  See 'cause I lived on Tennessee between Derbigny and Prieur.  It wasn't

too far, you know, on the other side when you get to the end of the bridge.

RG:   And then- And…But y'all couldn't see anything beforehand?

GG:   No indeed.  All I could see, I'm gonna tell you, when I was on that roof, was houses

floating down to Claiborne Street and people *(phone disruption)* trees and everything.

RG:   Okay.

GG:   And these little houses had done went "swoop" straight down Claiborne Street.

RG:   And then when y'all got up to the- up to the roof, the winds were real high and the rain

was- was coming?

GG:   Yeah.

RG:   And then, could that have affected why you couldn't see too, 'cause…?

GG:   It was- It was awful mister.  I'm gonna tell you the truth.  The only thing we was doing

was fighting for our life.  I'm gonna tell you *(phone disruption)* from here to heaven.  I

thank God that he spared my life and my children life.  Other than that we wouldn't be

here.  I wasn't worried about the house, the furnitures, or nothing.  All I wanted to do was

save my life.  And I thank God my grandchildren was all right, 'cause I'm raising them.

My daughter dead.

RG:   And so how do you…?  Do you think that, uh…?  You were saying that it, you heard the

booms.  Do you think that was the- that was like explosions, or?

GG:   See, all I can say, in order for the explo- I mean for the- for the barge to be like that and

all that, they put explosion down under the ground and they exploded it, okay?  That's all

I could see.  Dynamite and all that was down there under the ground.  'Cause really, you

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 13

know what I'm looking at?  I don't know you, you don't know me.  But they wanted to

buy our land a long time ago.  Not too long ago before the storm hit.

RG:   Yeah, I had- I had heard about that.

GG:   And I refused to take and let them have my land.  I feel like this.  I bought this house in

nineteen seventy-seven.  I put a new roof on there.  I put siding.  I did all the, uh, guards

and everything on there.  And I feel as though if after I done put all my labor working

trying to make a house look decent I didn't have no right to sell it.  I was supposed to live

in there and enjoy it.  They wanted it anyway, so that's what happened.  They blowed it

up.

RG:   And can you- can you think of anybody else that was- that was in the area at the time, or?

GG:   Well, uh, all the people that was in the area, they was either in trees or on the roof.

RG:   Okay.

GG:   Or either dead.  And you know, Mister Robert, uh, Green, he was there with us also.  His

momma, he was trying to get them up on the roof and the momma died on top of the roof.

(crying) He put the baby on the roof and the baby fell down and died.  Baby fell in the

water and died the water was coming so fast.  I'm sorry.  It's breaking my heart to see all

that. (sniffling)

RG:   And he was up on the roof with y'all?

GG:   Yes.  All of us was fighting for our life.  We don't stay that far from each other.  And he

fighting there trying to get them- them children, his grandchildren, and, uh, his mother up

there, and the lady had a heart attack on the roof and then the little baby, he put her up

there and she fell down in the water.  (crying)  And they told him Coast Guard gonna

have to get his momma where she at and the baby.  They ain't never went got them.  And

then he had two more little grandchildren.  We had them in the truck with us.  He gave them to us.  We put them in the truck.  I'm sorry to cry but I can't help it.  It just hurt.

RG:    And then y'all had- y'all had met Robert Green over on the- over on the North Claiborne Bridge?

GG:    Yeah, we all...That man, "All Night Shorty" save all our lives, and the man who had the truck on the bridge he gave us something to eat and he made us warm, 'cause we was cold.  And I had them two little babies in the truck with us.  And Robert had to go see about his little brother, so he could save his brother.  His brother got off.  He saved him.  It was really sad mister.  I'm sorry, but it was sad.  (sniffling)

RG:    And then you also said Sidney Williams was with you?

GG:    Yeah, I have him here.  They are here.

RG:    Oh, okay.

GG:    And Jennifer "Frazier" here.  Here's Jennifer.

JF:    Hello.

RG:    Hello?

JF:    Yeah.

RG:    Hi ma'am, how are you?

JF:    All right.

RG:    Um, as I was, um, speaking with Miss- Missus Guy regarding the, um, the levee breaches over there in the 9th Ward.

JF:    Mm.

RG:    And we're just trying to get in touch with anybody that was out there that may have seen or heard anything or figure out exactly what happened out there in the 9th Ward.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 15

JF:    Mm. (beep)

RG:    And um...

JF:    I lived on Poland, and, um, it was like three something in the morning.  I had went-
Before that I went across the canal to get her so she could come by my house 'cause I
lived upstairs in a brick building and I figured, you know, if something happened at least
we'll be upstairs we'll be safe.  But she wanted to go back home, 'cause she felt like, you
know, that was her house, she worked for it.  You know, old people, they just different
than younger people.  So I told her, I said, well I'll take the kids and if anything happen
then we'll only have to get you, not you and the kids, you know.  Well, I had took a
shower and I went to sleep and my boyfriend at the time, he had woke me up.  It was like
three something in the morning.  So we heard something go "BOOM BOOM."  It was
like two or three booms.

GG (from background):        Sidney gonna talk to him about it.

JF:    Okay.  She said Sidney will talk to you after me.  And then, um, I called- tried to call by
her house but the phone lines were dead.  So I went ahead after that and I got in the car
and we went to the Superdome, and water just, it was (beep) everything.  I- I- 'Cause I
wasn't on that side but the water was coming on our side.  The trees was flowing and
everything.  But I heard the- That's what scared me and made me leave, the boom.

RG:    Those booms?

JF:    'Cause I didn't know what, you know, what it was.

RG:    Well, where did it sound like they were coming from?

JF:    On the other side of the canal.

RG:    And then you were, uh, you lived on Poland?

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 16

JF:     Uh-huh.

RG:     What was your address over there?

JF:     Nineteen o one France.

RG:     Nineteen o one France?

JF:     Mm.

GG (from background):     Jenny, give my address, seventeen twenty Tennessee.

JF:     You got her address?  Seventeen twenty Tennessee.

RG:     Yeah, on- on Tennessee?

JF:     Yeah, he's got it.

RG:     And, um, and then what time- what time did you bring her back over to the, uh…?

JF:     Well, her son came and picked her up.  That was like way before the storm even hit.  It

was like when we first started feeling some of the effects, you know how when it gets

close to light.  Not wh…

RG:     Okay.

JF:     Like when it just the wind starts blowing and starts raining a little bit and lightning.  But I

had brought her up there.  He had came and picked her up, 'cause she was like, she didn't

want- 'cause I took my air conditioner out of my window and it was hot in there, so, um,

she wanted to get back across the canal to see about her house and she stayed, but like I

said, I heard the boom, you know, and that's when I said it's time to.  But I tried to call

her 'cause I was gonna go over there and go and get her to let her know I was leaving,

'cause they didn't have any transportation.  So, um, I didn't hear from her since then, but

we wind up going to the Superdome and, um, well about two days later, a day later, or

something, that's when she came through the door.  'Cause I- I didn't get any sleep.  I

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 17

was staying it- staying up in the Superdome. I- 'Cause they started bringing people in helicopters and stuff. I stayed there until, um…

GG (from background):        …to the hospital first.

JF:        Oh you went to the hospital first?

GG (from background):        Yeah, I went to the hospital.

JF:        She went to the hospital first and then finally I seen her came through, and when she came through she went to telling me everything that happened and her knees were all busted open. She looked bad. Her elbows was busted. She said it was from jumping from the roof to roof 'cause they had to jump on like three houses, but, um, all I know what I know is 'bout the booms, and I- I left.

RG:        And then had you seen, um, had you seen anything in the canal or anything earlier, or?

JF:        I wasn't paying atten- I mean, I wasn't paying attention, you, I mean, when your life, uh, I mean when you scared like that, you know, people don't go to looking for things. You just trying to save your life. But, you know, like I said, I had went to sleep. I took a shower and I went to sleep and my boyfriend woke me up. It was about three o'clock. I don't remember exactly what time it was. I know it was like when it started really getting bad.

GG (from background):        It was three thirty in the morning.

JF:        It was three thirty?

GG (from background):        Three thirty in the morning.

JF:        'Cause I heard them booms, 'cause our lights were out, so, I mean, I didn't have no clock, but, you know, boom boom boom and I- it was time for me to go. And we didn't really know where to go- where to go, because we went- from there we went all the way across

the river to um, was that O. Perry Walker School?   And they- that shelter was closed

down and we went to another school, it was closed down.  'Cause I was really trying to

avoid going to the Superdome, so, um, finally we went to the Superdome, and that place

was horrible, and they was doing all kind of illegal stuff in there.   Locked- They locked

us in there.   They put chains and bolts on the doors in there.   And I took my kids and, um,

escaped out of there after I seen she was all right.

RG:   And are you related to- to Miss Guy?

JF:   No, I just been in the family for like, what fifteen years I been knowing them?

RG:   Oh, okay, okay.

JF:   She's like a mom to me, so I try to help her out as much as I can.

RG:   And so you're living over there with them right now, or?

JF:   In the same apartment complex.

RG:   Oh, okay.  Where's that at?  Where y'all staying at?

JF:   In Decatur, Georgia.

RG:   Decatur, Georgia?

JF:   Uh-huh.

RG:   Okay.  What's y'all's address over there?

JF:   Hers is twenty four seventeen apartment one six-

GG (from background):      No baby, one seventy.

JF:   One seventy?  Apartment one seventy.

RG:   Twenty-four seventeen, what's the street?

JF:   Aylesbury.  A-Y-L-E-S wait A-L-Y

GG (from background):      A-Y-L-E-S

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 19

JF:    A

GG (from background):    A-Y-L-E-S

JF:    A-Y-L-E-S-B-U-R-Y.

GG (from background):    And tell him Loop L-O-O-P.

JF:    Loop L-O-O-P.

RG:    Okay.

JF:    Apartment one sixty, no, one seventy, one…

GG (from background):    *(unintelligible)*

JF:    You, your address.

GG (from background):    Oh, what's my address?

JF:    The apartment number right there.

GG (from background):    Mine's is one seventy.

JF:    One seventy.

GG (from background):    And yours is one sixty-six.

JF:    And mine is twenty four nineteen, one six- one sixty-six.

RG:    Okay.

JF:    You're an attorney?

RG:    No, uh-uh.  No, I'm an investigator.

JF:    Uh-huh.

RG:    I'm a private investigator.

JF:    Okay.

RG:    And we're investigating the- the levee breaches over there in the 9th Ward.

JF:    Mm.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 20

RG:     'Cause we- You know, I've heard other people, uh...

JF:     Uh-huh.

RG:     ...talk about all different kinds of rumors and- and stuff going on over there, and, um, the

        only way that we can find out what actually- what really happened over there...

JF:     Going through everybody.

RG:     ...is talking to people that were- that were actually out there.

JF:     I don't know.  Like, when I first first went back to New Orleans, 'cause I went like right

        after the storm, and, um, they put us on a bus across the canal, the, uh, what is, the

        military people.  They wouldn't let us on the other side of Claiborne, and I was like, why

        you not letting us over there, you know?  People have property.  We want to see, you

        know, what's standing, what's not standing, what can be saved, what can't be saved, just

        the condition, you know.  And they like, "We can give you a tour."  I said, "Well we

        don't want a tour.  We want to, you know, see."

RG:     Yeah, that's when they were doing the "Look and Leave" plan, or?

JF:     Yeah.  So they brought us so far.  He wouldn't let us off the bus, so I jumped off the bus,

        and I was wondering why you not letting us off of the bus and why you not letting us see

        for ourselves, you know.  It was very secretive.  And they're like, "Well way down there

        if you can see..."  You couldn't see without actually getting off the bus, right.  He said

        that's where the levee was breached, and then this is where the levee, and it was three

        places.  So I got off the bus and I looked.  I said that- that could never be a breach.  Not to

        that depth of it, you know, 'cause it was like a hole, like a big old piece of the levee was

        missing, and it was like three spots.  Then I seen that barge, and I'm like no, this, it's just,

        do the math.  You know, it does not add up.  You won't let people in.  You saying you

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 21

won't let them in because you say you finding bodies.  Okay go in there and find the
bodies.  You know, find them, that's fine with me, but I want to see, 'cause y'all try to
kill people.  That's the- That's the way I look at it.  For a piece of property?  No, it's- it's
not right.  You know if I wouldn't have left I could have died.

RG:   Yeah.  A lot- A lot of people think the same way.

JF:   You know, I mean, I left right in the heart of it, you know, we driving up, um, what's
that, Clai- not Claiborne, yeah Claiborne, St. Claude, no Claiborne, Claiborne Avenue.
We driving up there.  Trees are, I mean trees, not branches, trees are flying, pieces of
wood, I mean every- you know, water just coming from wherever.  You know, we dry,
and I was in a small little Honda sits down to the ground.  You know it was- it was- it
was very traumatic.  And then to go back to this day and it still not fixed.  You know, and
people still stuck all over the United States wanting to go home and can't go home.
Every time I go there, I mean, I get sick.

RG:   It's- It's hard to get in touch with people, and that's why we're just trying to track
everybody down.  But is, uh, is Sidney there?

JF:   Yeah.  Sidney.

GG (from background):      He back there.  I want to tell the lawyer one thing.

JF:   Hold on.

SW:   Yeah.  Yeah.  (from another phone)

RG:   Hello?

SW:   Yeah.

RG:   How are you doing?  Is…

JF:   The investigator's on the phone.