# EXHIBIT 35

Transcript of Recorded Interview
Exhibit 3 to Deposition of Sidney Williams (Oct. 2008)

Part 2

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 22

SW:   Tell her I got it.

JF:    All right.  (hangs up)

RG:   Hello?

SW:   Yeah.  Yeah.  How you doing?

RG:   Is this Sidney Williams?  How you doing?

SW:   All righty.

RG:   Uh, my name's Robert Garcia.

SW:   Uh-huh.

RG:   And I spoke with, uh, with, uh, with your wife, Gloria.

SW:   Right.

RG:   And, uh, also to Jennifer.

SW:   *(unintelligible)*

RG:   And, um, what we're doing is investigating the- the levee breaches over there in the 9th

      Ward.

SW:   Right.

RG:   And, uh, we're just trying to talk with- with any residents that may have been out there

      during the time of Hurricane Katrina that might…

SW:   Oh yeah, we was there.

RG:   …that might have seen or heard anything, and- and, uh, just trying to find out what- what

      really happened out there.

SW:   Oh man.  Man, we got up about three thirty in the morning.  I went in the kitchen and

      opened the door and seen the water about to come in.  I got all everybody together and,

      uh, we had proceeded to go into the, uh, washroom where the attic is at, and then we

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 23

heard a knock on the door, and I'm glad I answered the door. It was the guy next- lived

next door, him and his momma. She real old. They was coming by us, you know, so I

opened the door and let them in and we all headed up to the attic, man. I tell you after we

got them, between, uh, Gloria and that lady next door, once we got them in the attic, and

we had got ready to go in there, before I could even get on the deep freezer, water was up

to my chest, you know. And, uh, so me and her son got on the deep freezer together,

which we almost floated up there. Once we got in the attic, before we could get a hole in

the roof, the water was up there. When we did get the hole in the roof and we had got out

of it, uh, man, we ain't seen no houses around us except for two houses which was next

to us. And, uh, we was laying on our roof after we got out- outside the attic. And we

heard a loud BOOM sound about three times. You know, enough to make you jump

every time the sound went off. Sounded like dynamite or something, you know.

RG:   When you- When you were on the roof?

SW:   Yeah, when we…right after we got on the roof. We laid down. We all laying on the

roof. I mean, enough to make you jump each, every time the sound went off, you know.

And, uh, we was there for maybe about ten minutes before our house decided to float

over to the neighbor's house and then we heard a loud cracking in our roof, so we was

able to walk over on the neighbor's roof. And, uh, once we got on there, we was on there

about an hour before we even noticed the barge. And how we noticed the barge, the back

additional we was leaning up against started going down in the water and made us climb

over on the next house. That's when we seen the barge out there like it was over the

wall, you know. We didn't know it had done broke the wall. That's what they said, you

know. It didn't, to me (laughing), it sounded more like they blew the wall, and that

       wasn't the worst part of it.  That ain't all they did.  They, after the wall broke, they opened the floodgates on us.  We had water coming in on us everywhere man.

RG:    And then, um, so ya'll had- so y'all had gotten onto the roof…

SW:    Uh-huh.

RG:    …and then wh- as y'all were laying down on the roof, you- you heard, uh, three booms?

SW:    Yeah, real loud.  Enough to make us jump each time.

RG:    You know- You know where they were coming from, like?

SW:    No, we didn't.

RG:    Like what area?

SW:    No, not until we, uh, found out, when we seen the barge, you know, but we was- we was out there thinking that they had blew that damn thing.  That's what it sounded like more to me.  It really didn't sound like a barge to me.  I work on barges on the river.  A loaded barge, I can see breaking that wall.  A empty barge, no, 'cause, I mean, they slam barges into the ships all the time, and it don't make that much noise.  I'm gonna be honest with you.

RG:    And- And then- And then I know you said that- that y'all got up to the roof and laid down.  Did y'all look out?  You said you could only see two houses around y'all, the ones next to you?

SW:    The ones right next to us, that's right, on both sides the street.

RG:    And then- And then the- the water was up to the roof by this time, or almost?

SW:    It was almost.  It wasn't no more than about a foot from the roof.

RG:    And then, um, and then had y'all looked out by the- by the…?

SW:    When we looked towards the canal, that's when we seen that barge.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 25

RG:   Okay, but be- but before then you had said that…

SW:   Yeah, we heard- we heard the- the boom, the loud boom three times.

RG:   And then- And then, like I think you said after that, like ten minutes later, then- then the house kind of- your house went again- up against a neighbor's house and…?

SW:   Right.

RG:   Y'all jumped over there?

SW:   Well, we was able to walk.

RG:   Oh, y'all were able to walk?

SW:   Yeah, we was able to walk on the next roof.

RG:   And then, um…

SW:   From that roof to another roof, where we spent nine and a half hours on that roof.  Coast Guards came through there but they did not come and save nobody where we was at. Nobody, you know.  And, uh, what happened, they had a guy live in the neighborhood that we know, we called him, I don't know his full- his real name, but they call him "All Night Shorty."  He come through there in a boat.  He came and saved a lot of people, man.  I know that guy have plenty of blessings coming to him.  He saved a lot of people. That, man, that was three o'clock that morning.  He was saving people from the time we seen him till, like, three o'clock the next morning.

RG:   Oh really?

SW:   Really.  After the Coast Guards got there, they told him they wasn't coming through there with they boats.  There was too much trash in the streets.  For him to come and get us and bring us to the next bridge, which was St. Claude Street Bridge.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 26

RG:    And then- And then just- just going back... I'm just trying to- trying to get everything-
       trying to kind of figure out everything to get like a timeframe of when everything
       happened, and I know you said at like three thirty, that's when the water started coming
       into the house.

SW:    Right.  Uh-huh.

RG:    And then- And then y'all got up, uh, into the roof, and then the- and then the water was
       about almost up to about a foot from the roof?

SW:    Yeah.  Yeah.  It wind up covering our roof, though.

RG:    Oh, it ended up covering your roof?

SW:    Oh yeah.  It covered our roof.  We didn't- We couldn't see our house no more after we
       got off it.  We seen pieces of our house floating away.

RG:    And then- And then that's after it had leaned up against the house next door?

SW:    Right.

RG:    And then, um, and then y'all had- y'all had walked onto that other house next door, and
       then you said y'all had stayed on there for about an hour until y'all saw that barge?

SW:    Uh, maybe it was a little longer than an hour, maybe about two hours.

RG:    Two hours?

SW:    Yeah, we were on that roof and then we seen that barge and we wind up have- when that
       house start falling apart, we wind up on the third roof.

RG:    And about- about how- how high- how high was the water at at this point?

SW:    Oh, man, it was like maybe, uh, uh, let's see, maybe six inches from the peak of the roof.
       We were laying in water on that roof.

RG:    On the second roof?

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 27

SW:  On the second roof.  We were laying in water and we was at the peak of the roof, 'cause

that's the part we had to hold on to.  We kept slipping off of there.

RG:  And was that a- that was a one-story that y'all went on to?

SW:  It was a one-story, but it was an additional built on the back part of it.

RG:  Like a- Like a camelback?

SW:  Yeah.

RG:  One of them camelback roofs?

SW:  Mm-hm.

RG:  And then y'all, so y'all were- so y'all were on the top of the camelback?

SW:  No, uh-uh, good thing we wasn't, because that's the part start falling down first.

(laughing)  You know.  That's the part start going backwards on us, 'cause we were

leaning up against it.  We was at the front of the part of the house leaning up against that

part and we- we realized we were going back, and when we noticed that that was the part

of the house falling backwards into the water.  So we got up and got on the third roof.

RG:  And then, did y'all see the barge for the first time when y'all got on the- on the third roof

or the second roof?

SW:  On the third roof we seen the barge.

RG:  Okay.  So about two hours, like two hours or more after y'all got up to the...?

SW:  Yeah.

RG:  ...after y'all got up to the attic?

SW:  Uh-huh.

RG:  And then had y'all- had y'all looked over there in that direction beforehand?

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 28

SW:   No, not exactly, I mean, you know, we was trying to duck that rain.  That rain was blowing towards us from that way, and they was beating the shit out of us, man.  Matter of fact, that second house, we wind up getting some blankets out of it from off that upstairs additional.  And good thing, 'cause just to cover our skin, man, that rain was tearing our ass up.

RG:   And- And so- And where- where did you see the barge at when you- when you, uh…?

SW:   It was on Jourdan Avenue.  On somebody else property after the water went down, but I mean, you couldn't tell which street it was on, you know with all that water being there, but it was over the wall.  You could tell it was over the wall.

RG:   And then, had y'all seen it beforehand in the canal or anything?

SW:   Uh, no, no.  We didn't even see a barge period during, knowing that they had the storm.  We didn't even see a barge.  Looked like they brought that barge out there and cut it loose.

RG:   I mean, did it…What we're trying to do, I know that- that that barge was in the- was in the 9th Ward area, 'cause I've seen it myself.

SW:   Right.

RG:   And, um, and what we're trying to figure out is did- did the levee and the floodwall break before the barge came into the neighborhood.

SW:   Mm.

RG:   Like you said, about, uh, you know, if it could have floated into the- into the neighborhood…

SW:   Yeah.

RG:   …after- after the water got so high.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 29

SW:  Uh-huh.  I think they blew it, to be honest with you man.  I ain't gonna lie.  'Cause see they been trying to buy all our property.  Nobody would sell.  They wanted to widen the canal for years.  For years they been trying to buy.  Nobody wouldn't sell.  I'm looking at, well that was a damn good way to just blow the wall and get everybody property, wash them out, you know.

RG:  So do you- So you think that they blew the levee?

SW:  I- I truly believe.

RG:  And that the- And what about the barge?  Do you think it- it floated into the...?

SW:  I believe it floated into there.  'Cause it was a empty barge.

RG:  It was an empty barge?

SW:  It was a empty barge.  I don't think anything was in that barge.

RG:  And then do you, uh, at the time that y'all had seen the barge, had the water, uh, been as high?

SW:  Oh, yeah, the water as high.  It was high enough for it to float over that wall.

RG:  It was- It was high- The water was higher than the floodwall?

SW:  Yes, yeah.

RG:  Okay.  And then, do you think that if- if the barge would have been there before, uh, before, y'all would have seen it?  Do you think it would have...?

SW:  I think we would have seen it, but I think that barge would have floated over that wall.  It didn't- I don't bel- I truly honest believe, man, that barge did not break that wall.  If it would have, then we, you know, it would have broke the wall be- be- after the water got- before the water got so high.  An empty barge gonna rise with the water.  I mean, a

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 30

loaded barge gonna sink, you know. 'Cause I load barges. They sink in water. They don't float up with the water.

RG:    Yeah, when you fill them, they sink.

SW:    Right.

RG:    And then until it's, uh, whatever's in it is level with the...

SW:    Exactly.

RG:    ...with the water.

SW:    We load barges all the time on the river, and we gotta have a draft. See when we got so much stuff in there we gotta check a draft so when the tugs push them they don't sink, you know.

RG:    So you think that the levee had broken beforehand possibly?

SW:    Uh, yep.

RG:    Possibly from the dynamite or explosion?

SW:    Explosion, yeah, broke that wall.

RG:    And then the- And then the...?

SW:    They put that barge there for an excuse or reason. They say the barge did it, you know.

RG:    And then you said that you- you load barges?

SW:    Yes sir.

RG:    Okay. What company do you work for?

SW:    Pacorini, USA.

RG:    How do you spell that?

SW:    Hold on. Let me get you the correct spelling right now. Uh. P-A-C.

RG:    Okay.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 31

SW:   O-R-I-N-I, USA.  Alabo Street Wharf I work on.

RG:   Okay.  And then what was your title over there, like, uh?

SW:   Forklift.

RG:   Forklift.

SW:   Drove in the barge, yep.  When they bring the loads, I stack the loads inside the barge.

RG:   Okay.

SW:   Man, that barge would have floated over that wall.  It wouldn't have broke that wall.

RG:   And how long- how long had you been working over there?

SW:   Uh, I been- I been with the company, this company here, uh, maybe about six years, but before it's- this company took over this wharf, I was with, uh, Maritrend.  They was on that wharf.  I was with them about five years.

RG:   Okay.  At the same wharf?

SW:   At the same wharf.

RG:   And, uh, and then- and then y'all stayed up there for...

SW:   I don't know how long we stayed out there, but when we got on the third roof, we was on the third roof nine and a half hours.  Now we had to have been out there maybe about fifteen, sixteen hours total time, you know.

RG:   And then, did you, uh, by the time- by the time that y'all had seen that barge had the sun- had daylight come out or had it...I know- I know that the hurricane was going at the time, but...

SW:   Yeah, it was- it was like maybe, oh, close to six o'clock in the morning.

RG:   When y'all first saw the barge?

SW:   Yeah.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 32

RG:   Like when the daylight was just coming out or was kind of..?

SW:   When it was just coming out.

RG:   And then- And then the water was above the floodwall at that point.

SW:   Oh, it was- it was over that floodwall, 'cause it was almost up to our- it was almost at our roof.  To the top of the house where the house stops and the roof starts.

RG:   Right at the- at the peak?

SW:   Right.  Not when we was on our roof.  I'm saying when we got off our roof the water had done got to the roof of our house.  And after we got on the second roof, then the water started covering our roof.

RG:   Oh, okay.

SW:   Yeah.

RG:   And then when y'all got to the third roof, that's when y'all saw the barge?

SW:   That's when we seen the barge, after that addition fell down.  The addition was kind of blocking us.  That water was just that high for that barge to float over.  That barge didn't break that wall, man, they blowed that wall.  They wanted that property long time ago.  Now they don't have to get off with much money now, you know.  People can't sell nothing but their land now.

RG:   And then- And then y'all were eventually brought- brought over to the North Claiborne Bridge by "All Night Shorty?"

SW:   Uh, we, yeah, he brought us to the Claiborne Bridge and where the Coast Guard made him take us like about five o'clock the very next morning and brought us to the St. Claude Street Bridge where they brought us to the Superdome where we was jeopardizing our life there too, you know.  You felt like you should have drowned in the

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 33

damn water than to go in the Superdome, man, it was a damn shame, man.  We went

through some shit in there for four days.

RG:    And what time did y'all get to- Do you know about what time y'all got to the Claiborne

Bridge when- when "All Night Shorty" rescued y'all?

SW:    Hmm.  Oh.  It was still dark, so that mean it had to have been the next night.

RG:    That- That night of the Monday?  'Cause if it happened in the- It happened three thirty…

SW:    Saturday or?  Saturday night, or?

RG:    Well that would have been Mon- Monday was the twenty-ninth.

SW:    Right.  When we got to the Claiborne Bridge.

RG:    Now Monday morning was when the- was when the hurricane hit.

SW:    Monday?

RG:    Monday morning.

SW:    Okay, so…

RG:    And then- And then so if it's Monday morning at three thirty…?

SW:    Right.  That was Monday morning, three thirty Monday morning.  We must have got on

the bridge, oh man, shit, it had to have been that night, the next night, Monday night.

RG:    That Monday night?

SW:    Yeah.

RG:    Sometime.  So the- the…?

SW:    So we was there…

RG:    …day had gone and then the nighttime had come?

SW:    Mm-hm.  Well we- we must have been, uh, daylight didn't hit when we was on the bridge

until that, uh, Wednesday morning, Tuesday morning.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 34

RG:     Okay.

SW:     Yeah.

RG:     And then...

SW:     We went- We got on the bridge that night, we was, you know, the next- the next night. I
        mean Monday night, and then Tuesday when we got daylight.

RG:     Tuesday morning was when y'all went to the St. Claude Bridge?

SW:     Right.  No Tuesday night we went to the St. Claude Bridge.  We spent some time out
        there.

RG:     Oh, okay.

SW:     Yeah.

RG:     And then, is there anybody else that you can think of that was out there at the time, or
        that may have seen something?

SW:     Well, did you talk with Antonio Guy?

RG:     Yeah, I talked to Antonio.  He's the- He's the one that gave me y'all's phone number.

SW:     Okay, she want to- Miss Guy want to ask you one thing.  I can't think of anyone right
        now, phone numbers or anything.   While you talking to her I may come up with
        something.

RG:     Okay.

SW:     Okay.  Hold on.

RG:     Thank you.  I appreciate it.

GG:     Hello?

RG:     Yes ma'am?

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 35

GG:   You know what I wanted to tell you.  I know this don't implicate me back, but I had

insurance with Louisiana Citizens Insurance Company, and my policy was for a hundred

thousand dollars, and I paid it up for a whole year.  It's paid up for a year when that

happened.  You know what they did?  They sent me a check for one o eight.

RG:   A hundred and eight thousand or a hundred and eight dollars?

GG:   No a hundred- a hundred and eight dollars.

RG:   They sent you a check for a hundred and eight dollars?

GG:   Yeah.

RG:   Did you- Did you contact them?

GG:   I didn't cash it and I called them up and contact, but I don't hear nothing right come out

the adjuster.   The adjuster should have been out there.   So they ain't give me no

satisfaction yet.  I aint' gonna stop till I get satisfaction.  They shouldn't have took my

money.

RG:   Yeah, I don't know- I don't know anything about that.

GG:   No, I'm just telling you what's going on.  And *(unintelligible)* paid off.  That was the

flood.  That was sixty-four thousand.  So they paid off, but the other, but Louisiana

Citizen didn't pay off.

END OF SIDE A


SIDE B

GG:   ...me a check for one o eight but they should have sent me a check for a hundred

thousand dollars.  Said well we're waiting on the adjuster.  Soon as the adjuster come

through we gonna take care of you.  But they ain't took care of me yet.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 36

RG:   And- And then when, um, um, I- I don't know- I don't know what to tell you about that.

GG:   Well I got a copy of the check and I got the papers and stuff and I got where my house is gone.  See I got papers on all that.

RG:   And had y'all- had y'all talked to anybody else about- about what happened over there in the 9th Ward, or?

GG:   Well, no I talked to Robert Green.

RG:   Oh, okay.

GG:   See, I talked to him.  'Cause I don't know the right... Nobody is not trying to do anything.  It's really- It's really awful.  Ugly.

RG:   Well we just- we just trying to find out, you know, the- what- what really happened out there.

GG:   Well all I can say they blowed it up.  I'll get on the television tell them that they blowed it up 'cause they want that land down there.  What they want it for I don't know, but they want it.  They been wanting it.

RG:   And you- you hadn't seen that barge till y'all got to the Claiborne Bridge?

GG:   Right.  As- As "All Night Shorty" was bringing us and we seen it and he got us right to the bridge and we seen it.

RG:   And did anybody else that was with you, did they tell you about the barge being out there before y'all got up there?

GG:   Uh, what's his name, this other man, I can't 'call his name, man with the truck, that man with that truck who had us sitting down there and he fed us and he gave us food and stuff.

RG:   What did he- What did he say about it?  He had seen it before?

GG:   He said, uh, when he came he seen it out there hisself.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 37

RG:   When he- When he…

GG:   He seen the barge.

RG:   That he- That he saw what happened to it, or?

GG:   Yeah, it don't- it didn't belong where it was at.  That's what that man with the truck said.

RG:   Okay.

GG:   See, I don't know his name, but that's the ones who saved our lives and took care of us
      and I thank God for them.

RG:   But he- Did he say that he saw it come into the area or did he…?

GG:   No, it was there when they arrived with the- with the eighteen-wheelers.  See that was
      eighteen-wheeler trucks they had, two of them, a white woman, and he was a black man
      and they was rescuing people and helping them.

RG:   Okay.  Any- Anything else you can think of, or…?

GG:   The only thing I can- I'm gonna tell you something else if you want to know it.

RG:   All right.  Go ahead.

GG:   At the Superdome, when after they took me to the doctor and we went to the Superdome,
      all right, those people was awful there.  They was selling all kind of drugs up in there.
      They had alcohol up in there and the punks was fooling with the guards.  Hello?  'Cause I
      couldn't lay down and go to sleep.  And I stood by the door so I could get away from
      there.  And they broke the Coke machine.  They did all kind of things up in that place.
      And I ain't gonna never forget that 'cause I was trying to lay down and sleep and as I was
      up on the upper floor, the guards and the punks was together.  Then they had some drug
      addicts up there.  Then they had these womens come in there selling their bodies.

RG:   Oh really?

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 38

GG:    Yeah, that wasn't too far from me, 'cause I'm telling you it was awful up in that dome.
       And then one of the men took and shot the guard. It was a woman guard they shot, but
       they didn't, uh, kill her or nothing like that. She got shot in the arm or something. And
       then when I look again they had the bag where the guard was bring- dragging them out
       there. See I guess they beat them up and put them in the bag and drag them out there. It
       wasn't nothing nice.

RG:    I know. I've heard- I've heard some of the stories.

GG:    It wasn't nothing nice. Guess what else. Five little children. They took them in the
       bathroom and they rape them. It wasn't all at one time, it was so many at a time. It was
       five of them. They raped them little children and killed them. Little boys and little girls.

RG:    I've- I've read about that.

GG:    All right. You know I'm not lying about that. And, uh, I say, it was awful. We went
       though hell, a living hell. To say we lost everything.

RG:    Well, we're just trying to figure out what happened over there.

GG:    Well I'm telling you what happened.

RG:    Is, uh, is Sidney still there?

GG:    Yes he is.

RG:    I just wanted to ask him…

GG:    I'll call him.

RG:    …a few questions.

GG:    Okay. All right.

RG:    Thank you.

GG:    And, uh, thank you, hear?

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 39

RG:    Okay.  Thank you ma'am.

GG (in background):  Sidney, pick up the phone.

SW (in background):  Go back in there.

GG (in background):  You calling me telling me I gotta go back in....

SW:    Yeah?

RG:    Hi.  Mr. Williams?

SW:    Yeah.

RG:    I'm sorry to bother you again.

SW:    Oh, but you don't want nobody from out the East though, huh?

RG:    I'm sorry?

SW:    You don't want anybody from out the East, huh?

RG:    No.  We're just working on that- that- uh, that break over there...

SW:    9th Ward, right.

RG:    ...in the 9th Ward.

SW:    You know, I looked in my phone to see if I could pull up somebody's number, but everybody else is out the East and, uh, 'cross the river, you know.  So I don't...

RG:    If...

SW:    If I can think of people names, but I don't have they numbers for you to call.

RG:    Would you- Would you like to write down a- a one eight hundred number?

SW:    Yeah.  That way...

RG:    That way it won't cost y'all any money if y'all- if you run across anybody, or...

SW:    Right, I can call, have them call you?

RG:    Yeah.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 40

SW:   Okay.  What that is?

RG:   It's, uh, one.

SW:   Wait.   This thing here ain't writing.   Let me get another pen.   (pause)   Okay

      *(unintelligible)*

RG:   It's one eight eight eight.

SW:   One eight eight eight.

RG:   Uh, seven three seven.

SW:   Seven three seven.

RG:   Two two zero two.

SW:   Two two zero two.  Okay.  And what's your name?

RG:   My name's Robert.

SW:   Robert.  R-O-B, huh?

RG:   Yeah, R-O-B.

SW:   E-R?

RG:   E-R-T.

SW:   Wait.  E.  R-O-B.  R-O-B?

RG:   Yeah, E-R-T.  R-O-B.

SW:   E-R-T.

RG:   Robert.

SW:   All right.

RG:   And when you- when you'd seen that, um, when y'all had seen the barge, was it moving

      or was it staying still?

SW:   It was just sitting.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 41

RG: It was just sitting?

SW: Mm-hm.

RG: Okay.

SW: Yep.

RG: Just sitting right there on Jourdan Avenue?

SW: On Jourdan Avenue.  Well now that- now that the water's down look like it's on somebody's property, huh?

RG: Yeah, I had seen it out there and it was- it was still sitting on Jourdan, but a little…it was kind of- kind of moved a little bit off of the street.

SW: Yeah.  I went down- I been down there about five or six times since then.  I- I was looking for our house and couldn't find it, but now I know where it's at.  I went down there last week.  It was underneath the neighbor house.  (laughing)  One of the houses we climbed on top.  The second house we climbed on top.

RG: And did y'all know anybody named, uh, uh… There was a couple people I was trying to get in touch with, uh, Lester Harris.

SW: No.

RG: Do y'all know Lester Harris?

SW: Uh, no.

RG: Or, uh.

SW: Did he live on Tennessee?

RG: I'm not sure where he stayed at.

SW: Mm.

RG: And, uh, Eddie Spiller?

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 42

SW:   No.  A Eddie worked with us, but I never knew his last name.

RG:   And, uh.

SW:   He- I know he lived down there in the 9th Ward.

RG:   And there was somebody, uh, had a nickname "Silky."  Have you ever heard of him?

SW:   No.  Uh-uh.

RG:   Or Michael Williams?  Anybody?

SW:   No.  I don't go out, me.

RG:   Oh, okay.

SW:   When I come- See, when I go- when I leave home in the morning, I'm leaving home at five thirty in the morning.  I'm gone to work.  I be there for six.  You gotta be there for six to sign in, you know.  You don't start that time of the morning, you sign in.  Everybody sign.  You get signed up.

RG:   Okay.

SW:   And they tell you want time to be on the- on the- on the dock and what- what dock I'm gonna be on, you know.  That's just... The company's on Alabo.  Sometimes we work on Alabo Street, sometimes we work 'cross the river in Waggaman.  Sometimes we work at Zitos off of Causeway.  Oh, they be sending us everywhere, man.  (laughing)

RG:   Oh, okay.

SW:   You know.  And they- that's just to get you have some idea what time you gonna be there so you know what time they leave to get to that dock, you know.

RG:   And- And- And on the bridge, was- was there a man with, uh, with one leg, like an older man with one leg?

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 43

SW:     Mm.  Maybe so.  I don't even remember, man.  I'm still having bad dreams about that
        thing, you know.  I can't remember right now.

RG:     Okay.

SW:     But, uh.

RG:     Well if- if I have any other questions, or, do you mind me contacting you?

SW:     Yes.  You'll get me.  Write my cell number down.

RG:     Okay.  What's your cell number?

SW:     Just in case I ain't home.  Four zero four.

RG:     Okay.

SW:     Four nine six nine nine seven three.

RG:     And then what- what's y'all's number over there?  I think I just lost it.

SW:     Oh, the house number?

RG:     Yeah.

SW:     Four zero four.

RG:     Okay.

SW:     Two twelve five zero six three.

RG:     Okay.

SW:     Yeah, when I get home I might not get home until like nine- nine, ten o'clock in the
        morning some- I mean the next night sometimes.  So once I get home, that's it.  I don't
        see nobody.  (laughing)  I like it like that.  When I'm home I'm inside.  I don't even run
        the streets.

RG:     Yeah.  I'm the same way.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 44

SW:   I ain't got no friends.  I stay to myself.  I got plenty friends.  When I walk, I walk alone,

you know.  But I prefer to be at my house, ins- my TV.  Me and my TV he ain't got no

trouble out of me.  (laughing)  Everybody know where to find me, in my room.

RG:   Well I appreciate it, sir.

SW:   Okay.  All right Mister Robert.  Just give me a call if you need…

RG:   Okay.

SW:   …to know anything else, you know.

RG:   Yeah, and pass my number along if you run into somebody.

SW:   Yeah, well I probably would, 'cause I'm going back next week if my P.O. let me.

RG:   Okay.

SW:   Like I got a damn P.O.  I had brought my son and, uh, my daughter-in-law to the grocery.

They was drinking beer.  I ain't had nothing.  They gave me a DUI and open charge, uh,

open container charge.

RG:   When?

SW:   I went to court… Up in Georgia.

RG:   Since the storm?

SW:   Yeah.  I went to court, uh, Friday, man.  They charged me thirteen hundred dollars, thir-,

uh, thirteen months probation, and a forty hour community service.  And I- I gotta go see

my probation officer for the first time Thursday.  But everybody that I talked to that been

to jail and everything said, "Yeah, they'll let you go back," you know.  'Cause I told the

judge, I said, "Well my job is in New Orleans," you know.  He said, "Well, I know that."

He said, "I understand that."  He said, "But that's something you gotta take up with your

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 45

probation officer." Oh man, that's all I need now, you know, for them to turn me down after all them years I been working for this company, you know.

RG:    Yeah, working with the same company?

SW:    Right. So, I ain't gonna know. If he- If he let me go, I'm gonna be out of here Friday. Once I leave his office, I'm coming home and… (yelling to person in background) HANG THE PHONE UP! …I'm coming home getting my clothes together. I'm pulling out. I'll be back at work Saturday.

RG:    Okay, well- well give me a call then.

SW:    Okay. You can call me and, uh, in the meanwhile I'm gonna be thinking about you, so if I do get back, I'll- I'll be seeing some of- some of the guys, you know. I'll check with them.

RG:    Okay.

SW:    And get they phone numbers. I'll make sure of that.

RG:    Okay. Well, thank you, sir.

SW:    Okay, Mister Rob.

RG:    Okay. Have a good day.

SW:    Thank you for calling up.

RG:    Okay.

SW:    All right. You the first person we ever heard from wanted to know anything about the storm, man.

RG:    Oh, really?

SW:    Since- Since the storm.

RG:    And do- do you know if, um, if your wife has- has the neighbor's, uh, number, the, uh…?

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 46

SW:    I know her name is, uh, is, last name is "Pickerham," uh, what is this woman first name? Uh, Inez "Pickerham" but we don't have no number.

RG:    Oh, you don't have her number?

SW:    She was- Matter of fact she was in the dome with us.  We kept losing her.  Every time she got up to use the bathroom, she lost us, and I come look- go looking for her, I find her, I bring her back, you know.  She go again, she get lost on the way getting back, I go find her again.  We finally lose her when the- when all the buses came to get everybody.  I couldn't find her.

RG:    And…

SW:    Everybody was breaking their neck out of there.  I say, well, I might wind up losing Gloria.  She had- We had two kids.  She had one and I had one.  So we wind up on separate buses.  I- I- We was on the third bus.  She was on the first bus.  No, we were on the fourth bus.  She was on the first bus.

RG:    And you don't know where she might have gone, or?

SW:    Well, they said they was taking everybody to Texas, so I didn't worry about her.  Said I'll look for her when we get there.  We beat her there.  I don't know what way they bus driver went.  We beat her there.  Man we was there almost a whole day.  I walked around that Georgia, I mean that, uh, that, uh, Texas dome man, looking and looking and looking and couldn't find her.  Wore my feet out.

RG:    Never found her?

SW:    I said well let me go sit down, you know.  That was…I- I said let me go sit down and get something to eat, 'cause I hadn't ate, you know, since we left the dome.

RG:    Well if I- if I- if I run across her in my talking, I'll give her y'all's number.

CIA 10838
Transcription of 3/20/06 Recorded Telephone Conversation
with Gloria Guy, Jennifer Frezel, and Sidney Williams
Page 47

SW:   Okay.

RG:   And, um, 'cause I know she'd probably be interested in- in contacting y'all.

SW:   Okay.  She can call anytime, you know.  She'll catch Gloria at home, I'm sure, and if I'm

not here, can catch me on my cell.

RG:   Okay then.

SW:   Okay, thanks again.

RG:   Thank you.  Have a good one.

SW:   You too.

RG:   Okay.  Bye-bye.


**END OF CALL**

This telephone conversation between Robert Garcia and Gloria Guy, Jennifer Frezel, and

Sidney Williams was recorded on March 20, 2006 without Ms. Guy's, Ms. Frezel's, or Mr.

Williams's knowledge or consent.