# EXHIBIT 36

Deposition of Marenthia Lagarde

1

```
1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:

     KATRINA CANAL BREACHES      CIVIL ACTION

5                                NO. 05-4182

                                 Consolidated

6    PERTAINS TO: BARGE          SECTION "K"(2)

7

     Boutte v. Lafarge        05-5531

8    Mumford v. Ingram        05-5724

     Lagarde v. Lafarge       06-5342 JUDGE DUVAL

9    Perry v. Ingram          06-6299

     Benoit v. Lafarge        06-7516 MAGISTRATE:

10   Parfait Family v. USA    07-3500 WILKINSON

     Lafarge v. USA           07-5178

11   Weber v. Lafarge         08-4459

12

13   *****************************************

14        Deposition of MARENTHIA LAGARDE,

15   taken at the Law Offices of Chaffe McCall,

16   L.L.P., 2300 Energy Centre, 1100 Poydras

17   Street, New Orleans, Louisiana, beginning

18   at or about 10:00 A.m. on Thursday, the

19   22nd day of January, 2009.

20   *****************************************

21

22

23

24

25
```

**2**

APPEARANCES:
REPRESENTING THE BARGE PSLC:
LAW OFFICE OF BRIAN A. GILBERT, PLC
By: Edward L. Moreno, Esq.
821 Baronne Street
New Orleans, Louisiana  70113
504-885-7700

REPRESENTING LAFARGE NORTH AMERICA:
CHAFFE, MCCALL, LLP
By: Derek A. Walker, Esq.
2300 Energy Center
1100 Poydras Street
New Orleans, Louisiana  70163-2300
504-585-7000

SUTTERFIELD & WEBB, LLC
By: Daniel A. Webb, Esq.
650 Poydras Street
Suite 2715
New Orleans, Louisiana  70130
504-598-2715
GOODWIN PROCTER, LLP
By: Mark S. Raffman, Esq.
901 New York Avenue, N.W.
Washington, D.C.  20001
202-346-4240

TAHEERAH K. EL-AMIN
Trial Attorney
United Stated Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Avenue, NW
Room 8068N
Washington, D.C.  20004
(Via Telephone)

ALSO PRESENT:
Michael Lagarde and Donald Pritchett

**4**

STIPULATION

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken under the Federal Rules of Civil Procedure in accordance with law;

That the formalities of reading and signing are waived, that the formalities of sealing, certification and filing are specifically waived;

* * * * * *

RALPH PREVEAU, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

**3**

EXAMINATION INDEX


EXAMINATION
Page

By Mr. Walker........5


EXHIBIT INDEX

Exhiibt 01 - 26     Exhibit 10 - 64
Exhiibt 02 - 26     Exhibit 11 - 64
Exhiibt 03 - 29     Exhibit 12 - 68
Exhibit 04 - 29     Exhibit 13 - 68
Exhibit 05 - 29     Exhibit 14 - 99
Exhibit 06 - 33     Exhibit 15 - 106
Exhibit 07 - 38     Exhibit 16 - 118
Exhibit 08 - 52     Exhibit 17 - 126
Exhibit 09 - 63     Exhibit 18 - 146

**5**

MARENTHIA LAGARDE, after having been first duly sworn by the above-mentioned court reporter, did testify as follows:
EXAMINATION
BY MR. WALKER:
Q.    Mrs. Lagarde -- It's Mrs; is that correct?
A.    Ms.
Q.    As I explained to you off the record, my name is Derek Walker and this is Mr. Daniel Webb and we represent Lafarge which is a Defendant in a lawsuit that's been filed as a result of flooding caused by Hurricane Katrina.  Have you ever taken your deposition before?
A.    No, I haven't.
Q.    Given your deposition.  Sorry.  I will explain it to you and if there's anything you have a question about let me know.

You're under oath.  That means that the testimony you give here today is equivalent to your testimony in court in front of a judge.  For instance, in the

**6**

1  event something were to happen to you
2  between now and when we go to trial we can
3  use this as your testimony.  So,
4  obviously, everything that you say should
5  be the truth.  If there's anything you
6  don't remember or anything you're unsure
7  about qualify your answer in that fashion
8  so that we know.
9        If I ask you anything that you
10 don't understand ask me to repeat it.  I'm
11 not here to trick you.  I'm just here to
12 ask you questions and hear your answers,
13 so I'm not purposely trying to be unclear.
14        If I ask you a question that
15 makes no sense, and that may happen, ask
16 me to repeat it; okay?  Do you have any
17 questions about this process?
18 A.    No, I don't.
19 Q.    Okay.  Is there any reason why you
20 can't give proper answers today or
21 understand my questions?  By that I mean,
22 are you under any kind of medication, any
23 kind of drug, any kind of alcohol, any
24 medical type reason why you can't
25 understand my questions and give me

**7**

1  answers?
2  A.    No.  There's no reason why I
3  couldn't.
4  Q.    All right.  What is your age,
5  please?
6  A.    I'm 61 years old.
7  Q.    And your full name?
8  A.    Marenthia Lagarde.
9  Q.    And your present address, please?
10 A.    3721 Rue Nichole in Algiers,
11 Louisiana.
12 Q.    And how long have you been living
13 there?
14 A.    Close to four years now.
15 Q.    Okay.  And who owns that house?
16 A.    Michael Lagarde.
17 Q.    Was that a house purchased after
18 Katrina?
19 A.    No.
20 Q.    Okay.  Michael owned that house
21 prior to Katrina?
22 A.    Yes.
23 Q.    Okay.  Where else have you lived
24 since Katrina?
25 A.    In Greenville, Mississippi, where we

**8**

1  evacuated.
2  Q.    Okay.  Other than Greenville and Rue
3  Nichole, have you lived anywhere else
4  since Katrina?
5  A.    No.
6  Q.    And whose home was in Greenville?
7  A.    Alice Washington.
8  Q.    And how is she related?
9  A.    She's not related at all.
10 Q.    Who is she?
11 A.    She's a lady who gave us shelter
12 after the storm.
13 Q.    That was a stranger and you just
14 happened to end up there?
15 A.    Yes.
16 Q.    How long did you stay at
17 Mrs. Green's home?
18 A.    We was there for, approximately, one
19 month.
20 Q.    All right.  What's your education
21 and you can start -- What high school did
22 you attend?
23 A.    George Washington Carver Senior High
24 in New Orleans.
25 Q.    Did you graduate.

**9**

1  A.    Yes, I did.
2  Q.    Did you go to college?
3  A.    Yes.
4  Q.    What college?
5  A.    Attend Southern University in Baton
6  Rouge, four years.
7  Q.    What degree did you get?
8  A.    Have a Bachelor's.
9  Q.    In?
10 A.    Science.
11 Q.    Bachelor in Science?
12 A.    Uh-huh (affirmative response).
13 Q.    What specific area did you major
14 in?
15 A.    Business Administration.
16 Q.    Do you have any post-graduate
17 studies?
18 A.    No.
19 Q.    Did you take, after graduating from
20 Southern, any specialized courses in
21 business or some other area to further
22 your education?
23 A.    No.
24 Q.    What's your employment history?
25 Let's do it in reverse.  Tell me if you're

10

1  presently working.
2  A.   I'm presently retired.
3  Q.   Okay.
4  A.   I retired from the New Orleans
5  Public Schools as a result of Katrina.  I
6  was with them for 33 years.
7  Q.   Does that mean that since Katrina
8  you have not worked?
9  A.   That's right.
10  Q.   Okay.  Up to Katrina you were
11  working?
12  A.   Yes.
13  Q.   So, at the time of the Katrina, that
14  August 29th, 2005, I guess, at that time
15  you were just starting a new school year.
16  A.   Right.
17  Q.   Okay.  What were you teaching?
18  Where were you teaching?
19  A.   I was not teaching.  I was a Program
20  Manager in the central office.
21  Q.   For a particular school?
22  A.   For the whole district, Title I
23  Federal Program.
24  Q.   Okay.  So, did you go to an office
25  every day?

11

1  A.   Yes, I did.
2  Q.   Where was that located?
3  A.   3500 General DeGaulle Avenue --
4  General DeGaulle Drive in Algiers.
5  Q.   Okay.  So across the river from
6  us --
7  A.   Right.
8  Q.   -- on the Westbank.
9  A.   Uh-huh (affirmative response).
10  Q.   And what office was that?  What's
11  the name of that office?
12  A.   It was the Title I office.
13  Q.   That's what it was called?
14  A.   Yes.
15  Q.   Okay.  Now how long were you Program
16  Director for Title I?
17  A.   Well, I was a Program Manager.
18  Q.   I'm sorry, Program Manager.
19  A.   With Title I in that particular
20  position, like, 16 years.
21  Q.   And, I'm sorry, since I'm not
22  familiar with the job, is that for a
23  particular region of high schools, a
24  particular geographical region?  Can you
25  explain that to me?

12

1  A.   My position was that I was a Title I
2  Program Manager for the non-public
3  schools, which was parochial or private
4  schools dealing under the -- with New
5  Orleans Public Schools.  It was a federal
6  program.
7  Q.   Okay.
8  A.   So I dealt with all of the private
9  and non-public schools where other folks
10  dealt with public schools in that
11  office.
12  Q.   That would be for the entire Metro
13  New Orleans?
14  A.   Archdiocese of Orleans Parish,
15  yes.
16  Q.   I'm sorry?
17  A.   Yes.  All of the archdiocese schools
18  in Orleans Parish.
19  Q.   So, for instance, would you have
20  dealt with Brother Martin, Jesuit and --
21  A.   Every day.
22  Q.   St. Catherine's, all those schools?
23  A.   Uh-huh (affirmative response.
24  Q.   Okay.
25  A.   If they chose to be in the program.

13

1  But, at some point, in the process in each
2  school year, I had to touch base with
3  every school to determine whether or not
4  they wanted to participate.
5  Q.   What about non-parochial schools
6  like Newman or Country Day?
7  A.   Private schools, yes.  Uh-huh
8  (affirmative response).
9  Q.   You dealt with them as well.
10  A.   Uh-huh (affirmative response).
11  Q.   Okay.  Did you liaise with a
12  particular person at those schools that
13  had to do with what you were doing?
14  A.   Yes, I did.  I was liaison between
15  the Superintendent of the non-public
16  schools at the Archdiocese, plus the
17  Public Schools Superintendents.  I was a
18  liaison between all of them and I worked,
19  you know, in the middle man between
20  them.
21      MR. WALKER:  Can we take a two
22  minute break?  I forgot my legal pad, so
23  I'm going to go get something to take some
24  notes.  Would you like anything?
25      (Recess in the deposition)

14

1  BY MR. WALKER:
2  Q.    You were --
3  A.    Program Manager.
4  Q.    -- Program Manager for 16 years.
5  A.    Yes.
6  Q.    What position did you hold before
7  then?
8  A.    Before then I was -- I had the title
9  of Liaison Assistant.  I was pretty much
10  in public relations.  I would contact
11  principals of schools to set up
12  appointments for students.  I worked with
13  a part of the Title I Program.  I was
14  Title I the whole while.  We had what was
15  called a Pupil Personnel Department, which
16  was they tested students that had
17  emotional problems, learning disabilities.
18  So I would do all of the appointments,
19  doctors appointments, make sure the
20  parents get the kids in.  Then I moved on
21  to this position when they cut that
22  department out.
23  Q.    How long were you in that prior
24  department?
25  A.    From, uh -- I can't recall the

15

1  number of years, but I started out in 1974
2  up until I got this position that I'm in
3  now.
4  Q.    Okay.  We'll do the math later.
5  A.    Yeah.  Thank you.
6  Q.    Let's go backward.  When you
7  graduated from Southern did you start to
8  work at that time?
9  A.    I worked one year in Dallas, Texas,
10  with the Sun Oil Company and I was a
11  stenographer there.  Then I left Sun Oil
12  Company and I came back to New Orleans and
13  the next job was with the New Orleans
14  Public Schools.
15  Q.    Okay.  So, since 19 -- Well, tell me
16  what year you graduated.
17  A.    I graduated in '71.
18  Q.    And worked with Sun from '71 to
19  '72?
20  A.    Yes.
21  Q.    So, is it fair to say that, as of
22  '72, '73 --
23  A.    Well, '72 to '74 I did not work at
24  all.
25  Q.    Okay.

16

1  A.    I was at home helping take care of
2  an elderly aunt that was sick and then
3  taking care of Michael.  And then in
4  February of '74 I began working with the
5  New Orleans Public Schools.
6  Q.    All right.  So, from February of
7  1974 until --
8  A.    August 2005.
9  Q.    -- August of 2005 you worked with
10  the New Orleans Public School System.
11  A.    Yes.
12  Q.    All right.  Michael Lagarde is
13  related to you?
14  A.    He's my son.
15  Q.    Okay.  Do you have any other
16  children?
17  A.    No, I don't.
18  Q.    What's your present marital
19  status?
20  A.    Single.  I was married, divorced and
21  he died, so I'm single.
22  Q.    Okay.  So your ex-husband died after
23  your divorce.
24  A.    Yes.
25  Q.    Okay.  And what was his name?

17

1  A.    George Garcia.
2  Q.    So your last name Lagarde is your
3  maiden name.
4  A.    Right.  I just kept my maiden
5  name.
6  Q.    Okay.  And how is Donald Pritchett
7  related to you?
8  A.    He's my nephew.
9  Q.    What is the relationship between one
10  of Donald's parents and yourself?
11  A.    His mother is my sister.
12  Q.    Okay.  And what's her name?
13  A.    Sanrenthia -- S-A-N-R-E-N-T-H-I-A.
14  Q.    And what other siblings do you
15  have?
16  A.    I have one brother and two
17  sisters.
18  Q.    Including Sanrenthia?
19  A.    Yes.
20  Q.    What's the name of your other
21  sister?
22  A.    Evelyn.
23  Q.    And what's your brother's name?
24  A.    Edward.
25  Q.    And all three are living?

18

1   A.   Yes.
2   Q.   Are Evelyn and Edward New Orleans
3   residents today?
4   A.   Evelyn lives in Portland, Oregon.
5   Edward is in New Orleans.
6   Q.   Were either Evelyn or Edward New
7   Orleans residents at the time of
8   Katrina?
9   A.   Edward.
10   Q.   Evelyn was already an Oregon
11   resident?
12   A.   Yes.
13   Q.   And Sanrenthia is presently living
14   here in New Orleans?
15   A.   Yes.
16   Q.   Was she a resident of New Orleans at
17   the time of Katrina?
18   A.   Yes.
19   Q.   Just to help this gentleman, you and
20   I are doing this fine, you're doing very
21   well.  I remember two things that I forgot
22   to tell you about.  He can only take down
23   the written word, so if you nod or grunt
24   or whatever, and you haven't done that, he
25   won't know it, so just remember to speak

19

1   your answers.  And, also, I have to let
2   you finish your answer, sometimes I jump
3   in, and you have to let me finish my
4   question because he can't take us both at
5   the same time.
6        So Donald is your nephew.  Prior
7   to coming here today, did you meet with
8   your attorney?
9   A.   Yes.
10   Q.   Okay.  Did you meet this morning?
11   A.   Yes.
12   Q.   Okay.  Did you review any
13   documents?
14   A.   No.
15   Q.   Had you met with either Mr. Moreno
16   or Mr. Gilbert or other attorneys
17   representing you before this morning?
18   A.   No.
19   Q.   You've never met any of these
20   attorneys before?
21   A.   No.
22   Q.   Tell me, then, how is it that you
23   came to be represented by this group of
24   lawyers.
25   A.   Michael initiated the, uh, process.

20

And that's how I became, you know,
involved.
Q.   Okay.  So Michael came to you and
told you about these lawyers, or this
lawsuit, or something, and you signed up
because he'd done it?  I don't want to put
words in your mouth.  Just walk me through
what you remember about the process of you
being -- of you retaining these lawyers to
represent you.
A.   Well, Michael retained the lawyers
and he informed me about what was going on
and I just followed his lead.
Q.   Okay.  Did you sign a contract with
the lawyers yourself?
A.   I don't recall a contract.  I don't
recall.
Q.   Okay.  Is this the only set of
lawyers that's representing you with
respect to Katrina related events?
A.   I have a, uh -- It was a firm with
the insurance company that I talked
with.
Q.   A different firm?
A.   Yes.

21

Q.   Is that with the Louisiana Citizens
issues you had?
A.   Yes.
Q.   Okay.  Any other lawyers that you
recall?
A.   No.  That's all.
Q.   Okay.  Who do you understand are the
lawyers that are representing you in this
litigation we're talking about today?  Do
you have a person's name, a law firm's
name?  Do you remember?
A.   Brian Gilbert.
Q.   Okay.  Have you ever talked to Mr.
Gilbert by phone?
A.   No.  I haven't talked with Mr.
Gilbert, but I have talked with other
folks from his office.
Q.   In his office.  Without telling me
the substance of what you talked about,
because that's privileged between you and
your lawyers, can you tell me the subject
matter?  What was the conversation
about?
     MR. MORENO:  Object to that.
     MR. WALKER:  You can answer.

22

1    MR. MORENO:  You can answer.
2    THE WITNESS:  Pretty much, it's
3  been just to inform us where the case is
4  going.  I have not initiated any calls,
5  but I've gotten calls making sure that,
6  you know, papers are sent in and where
7  they were sent to.  You know, that we're
8  on line with everything that was going on.
9  There hasn't been a detailed
10  conversation.
11    MR. WALKER:  Okay.
12  BY MR. WALKER:
13  Q.   Did you go through any kind of
14  rehearsal for today in terms of the types
15  of questions I would be asking you, how
16  you should answer, the types of answers,
17  anything like that this morning?
18  A.   Well, yeah.  Yeah.
19  Q.   Was it done as a mock, like somebody
20  acted like I'm going to be Derek Walker,
21  these are the questions --
22  A.   No.
23  Q.   -- or was it just a summary of how
24  the process would work and the types of
25  questions you would hear?

23

1    MR. MORENO:  Go ahead.
2    THE WITNESS:  It wasn't as a
3  mock.  It was just a general conversation.
4    MR. WALKER:  Okay.
5  BY MR. WALKER:
6  Q.   Were you told what to answer with
7  respect to any particular question I might
8  ask you?
9  A.   Only to be truthful.
10  Q.   Okay.  Does the name Danny Becnel
11  ring a bell to you?  Daniel Becnel?
12  A.   No, it doesn't.
13  Q.   Who do you remember represented you,
14  or is representing you, in your claim
15  against Louisiana Citizens?
16  A.   It's the firm of the Hurricane
17  Legal, and I can't recall names right now.
18  I just know the Hurricane Legal.
19  Q.   Who is Louisiana Citizens?  What is
20  that company?
21  A.   From what I understand, it's the
22  state insurance company.
23  Q.   Did you have an insurance policy
24  with that company?
25  A.   Yes, I did.

24

1  Q.   And what did you understand that
2  policy covered?  What kind of damage of
3  claim?
4  A.   Homeowners insurance and content,
5  structure.
6  Q.   Did it cover wind damage?
7  A.   I don't know.  I know it covered
8  hail, because we had the roof repaired.  I
9  can't recall.  I'm not sure.
10  Q.   Did you have flood insurance?
11  A.   No, I didn't.
12  Q.   Okay.  Did you make a claim against
13  Louisiana Citizens for recovery of either
14  damage to your home or damage to its
15  contents as a result of flood?  I'm sorry,
16  if I didn't say it, against Louisiana
17  Citizens.
18  A.   Yes.
19  Q.   Did you receive any payment from
20  Louisiana Citizens for either the property
21  damage or damage to contents resulting
22  from flood?
23  A.   Yes.
24  Q.   And do you recall the amount of that
25  payment?

25

1  A.   I can't recall the correct amount,
2  but we did -- I did receive something.
3  Q.   Okay.  And do you recall if that
4  payment was entirely for contents or
5  partially for contents and partially for
6  damage to your structure?
7  A.   Part of it was for, I guess,
8  structure because he told me it was for,
9  like, the roof and then some was for
10  content.
11  Q.   Is that suit still going on?
12  A.   No, it's not.
13  Q.   Did you sign settlement papers,
14  papers dismissing and closing that suit
15  because you were satisfied with the
16  payments you received?
17  A.   Yes.
18  Q.   Where did you sign those, in whose
19  office?
20  A.   At the Louisiana, uh -- At the
21  Hurricane Legal office.
22  Q.   So the office of the lawyers that
23  were representing you.
24  A.   Yes.
25  Q.   Okay.  I'm going to show you a

26

1  couple of documents that we'll mark as
2  Marenthia Lagarde Number 1. It's a
3  Louisiana Citizens form letter dated
4  January 21, 2006, showing some payments on
5  a claim.
6  Q.   Do you recognize that?
7  A.   Yes, I do.
8  Q.   Okay. Does that reflect payments
9  you received?
10  A.   Yes.
11  Q.   Was it fifteen thousand --
12  A.   $15,396.88.
13  Q.   Okay. Did you review and approve
14  the lawsuit that the Hurricane Legal
15  Center filed against Louisiana Citizens?
16  A.   Yes, I did.
17  Q.   I'm going to show you what is known
18  as the Second Amended Complaint of that
19  lawsuit and mark that as Exhibit 2. I'm
20  going to ask you some questions about
21  that. I'm going to come around. And I
22  apologize, I only have one copy of this.
23  If you look at Paragraph 6 of this
24  complaint it says "Additionally, as a
25  result the hurricane force winds of

27

1  Katrina (the efficient proximate cause)
2  Plaintiffs sustained a substantial loss to
3  their immovable property, personal
4  property, contents and all improvements
5  thereon." You see that where I've read
6  A.   Uh-huh (affirmative response).
7  Yes.
8  Q.   You understand what a Plaintiff
9  is?
10  A.   That's me, isn't it.
11  Q.   That's you.
12  A.   Yeah.
13  Q.   That's the person suing; correct?
14  A.   Uh-huh (affirmative response).
15  Q.   According to this lawsuit, Marenthia
16  Lagarde is suing Louisiana Citizens Fair
17  Plan; correct?
18  A.   Yes.
19  Q.   And you understand that in this
20  lawsuit you are claiming that as a result
21  of hurricane force winds your house, which
22  is the inmovable property, sustained
23  damage; correct?
24  A.   Because of hurricane force winds.
25  That's what it said, yes.

28

1  Q.   All right. And that's repeated here
2  in Paragraph 9, what we can read,
3  "Plaintiff's insured movable property and
4  all improvements thereon sustained wind
5  damages from hurricane force winds, which
6  is a covered peril".
7  A.   Uh-huh (affirmative response).
8  Q.   Right?
9  A.   Yeah. That's what it says.
10  Q.   I'll show you Paragraph 22, which
11  says, "The flooding entering the city of
12  New Orleans and surrounding parishes
13  resulted from breaches in, and the failure
14  of, the canals, levees and/or levee canal
15  walls along the 17th Street Canal, London
16  Avenue Canal, Industrial Canal, the
17  Mississippi River Gulf Outlet, and
18  elsewhere, and were the result of the acts
19  of negligence in the design, construction
20  and maintenance of said levees, canals and
21  levee canal walls." You see where I've
22  read that?
23  A.   Uh-huh (affirmative response).
24  Q.   Okay. Do you recall approving these
25  clauses with respect to wind damage and

29

1  flooding in the filing of your lawsuit
2  against Louisiana Citizens?
3  A.   I guess I did. I don't -- You know,
4  it's been a while.
5  Q.   Okay.
6  A.   And I've been under a lot of stress,
7  so.
8  Q.   Exhibit 3 is the evidence of the
9  payment you received; correct? A copy of
10  the check, check stubs?
11  A.   Yes.
12  Q.   All right. And Exhibit 4 is the
13  letter from the Hurricane Legal Center
14  reflecting the transaction sending you the
15  money and deducting their fees?
16  A.   Yes.
17  Q.   Okay. Exhibit 5 is a FEMA
18  correspondence. Did you receive that
19  money from FEMA?
20  A.   Yes, I did.
21  Q.   That's ten thousand --
22  A.   Five hundred.
23  Q.   Did you receive any money through
24  the Road Home Program?
25  A.   Yes.

30

1  Q.    What amount is that?
2  A.    I can't remember the exact amount
3  right now, but I can, uh --
4  Q.    Other than the money you received
5  from FEMA, and the money you received from
6  Road Home, and the settlement you received
7  from Louisiana Citizens, have you received
8  any other monies as a result of Hurricane
9  Katrina?
10 A.    We received money from the Red Cross
11 and Salvation Army.  That's all.
12 Q.    That was the emergency assistance
13 money that a lot of residents received?
14 A.    Yeah, while we were in
15 Mississippi.
16 Q.    Right.  Okay.  Anything else in
17 response to a claim that you filed or a
18 lawsuit that you filed from anybody?
19 A.    No.
20 Q.    As you and I have read in the
21 lawsuit that the Hurricane Center filed on
22 your behalf, you allege there that your
23 property was damaged by hurricane force
24 winds and that any flooding that occurred
25 was due to breaches in the walls due to

31

1  failure to maintain and properly build
2  these walls.  Do you have any information
3  that Lafarge Cement Company, who was the
4  operator of this barge, has anything to do
5  with the claims that you made against
6  Louisiana Citizens?
7  A.    Do I possess any type of written
8  information or anything like that?
9  Q.    Let's start with that.
10 A.    No.
11 Q.    Do you possess any kind of knowledge
12 that's not written that the barge is
13 involved, in any sense, with wind damage
14 to your home?
15 A.    With wind damage?
16 Q.    Uh-huh (affirmative response).
17 A.    Not with the wind damage.
18 Q.    Okay.  Do you possess any knowledge
19 that the barge is involved, in any way,
20 with the maintenance and operation or
21 construction of the levee systems?
22 A.    We had a neighbor of ours that was
23 there that said -- He told us personally
24 that he did see the barge come through
25 there banging against the houses and just

32

hitting -- knocking houses down.  That's
all I have.
Q.    You don't have any knowledge that
the barge or the barge company had
anything to do with the maintenance or
operation or construction of the levees.
A.    I don't understand the question.
Q.    Okay.  You remember we read the
lawsuit?
A.    Uh-huh (affirmative response).
Q.    Paragraphs of that lawsuit.  And
according to that lawsuit you, as
Plaintiff, were alleging against Louisiana
Citizens that the flooding of the City of
New Orleans was due to breaches in the
levee walls caused by poor or negligent
maintenance, operation and construction of
those walls.
A.    Okay.
Q.    Does the barge have anything to do
with the maintenance, operation and
construction of those walls, to your
knowledge?
A.    Not to my knowledge.
Q.    Do you know what an SF95 Form is?

33

A.    That's that Corps of Engineers form,
I believe.
Q.    Did you fill one of those out?
A.    Yes, I did.
Q.    Who does it say, in that form that
you filed against the United States
Government, is responsible for the
flooding in the city of New Orleans?  Do
you remember?
A.    I don't recall.
Q.    Let's mark your SF95 form as number
6.  We're looking at a form that on the
top left-hand area has "civilian" circled
in Number 3 where it says "Type of
Employment," right?
A.    Yes.
Q.    The next line says "Date of Birth"
9-16-47.  Marital status single;
correct?
A.    Yes.
Q.    Your name with the address 3721 Rue
Nichole.
A.    Correct.
Q.    Is that your signature down at the
bottom?

9 (Pages 30 to 33)

34

1  A.   Yes, it is.
2  Q.   Are you left-handed?
3  A.   No, I'm not.  I just write funny.
4  Q.   And it has your phone number as
5  504-218-7027 down at bottom.
6  A.   7057.
7  Q.   Okay.  That's 7057.  Is that a home
8  phone, cell phone?
9  A.   Home phone.
10  Q.   Is that current?
11  A.   Yes.
12  Q.   Is that the phone at 3721 Rue
13  Nichole?
14  A.   Yes, it is.
15  Q.   Who is living there with you now?
16  A.   Currently my sister and her
17  children.
18  Q.   Is that Sanrenthia?
19  A.   Yes.
20  Q.   And Donald?
21  A.   Yes.  And her daughter Salina, but
22  she's away at school.
23  Q.   But Michael owns the house.
24  A.   Yes.
25  Q.   Do you pay Michael rent?

35

1  A.   No.  I do the upkeep of the house.
2  Q.   Okay.  If you look at Paragraph 8A,
3  in the center of this form, you can read
4  it on your own if you like.
5  A.   Okay.
6  Q.   In summary, it, basically, says that
7  the levees and hurricane protection walls
8  in the City of New Orleans failed and were
9  not -- did not provide adequate protection
10  from flooding due to negligence of the
11  Corps of Engineers; isn't that right?
12  A.   That's what it is.
13  Q.   There's no mention of the barge
14  having caused or done anything, is
15  there?
16  A.   No, not in this statement.
17  Q.   And am I correct that if you had
18  information that the barge was somehow
19  involved or at fault, you would have added
20  it to this form, wouldn't you?
21  A.   Well, I would have had this not been
22  on the form already.  All of this was
23  already provided in this form, in here.
24  This is not my words.
25  Q.   Well, that particular paragraph was

36

1  printed is what you're saying.
2  A.   Yes.
3  Q.   But you filled out most of the other
4  in your own handwriting didn't you?
5  A.   Well, the top part, yes.
6  Q.   Well, when you signed this form
7  making a claim against the United States
8  Government did you consider it to be an
9  accurate claim that you were making and
10  signing?
11  A.   Well, yes, at the time.  Because I'd
12  like to say this is against the Corps of
13  Engineers which is all well and good.  I
14  just want to be compensated for whoever is
15  guilty.  Now this goes towards the Corps
16  of Engineers being guilty that's fine.  If
17  what I'm saying here today goes against
18  Lafarge that's fine.  I just want to be
19  compensated for my losses of whoever is
20  guilty.
21  Q.   Are you aware that there is a
22  lawsuit filed by another group of lawyers,
23  not Mr. Gilbert and his team, for
24  basically the same geographical area that
25  you lived in, the Ninth Ward, St. Bernard

37

1  and others, that alleges that it was not
2  the barge, but rather the Corps of
3  Engineers that caused the flooding?  Are
4  you aware of that?
5  A.   I'm not aware of that.  I just
6  received something talking about the barge
7  case.  I think that's what they called it,
8  but I don't recall.  I can't say, it could
9  be.
10  Q.   Do you have an opinion or any
11  knowledge, one way or the other, whether
12  it was the barge or the negligence of the
13  Corps of Engineers that caused the failure
14  of the levee systems in the Ninth Ward?
15  A.   Well, I have an opinion, but it's my
16  opinion, and from where my home is
17  located, which is right in front of the
18  breach, I always felt it was the barge
19  because the barge came to rest on top of
20  my house.  Now the water from the MRGO I
21  don't know.  I never felt that the water,
22  the surge from that, reached as far back
23  as I am, all the way through St. Bernard
24  Parish through the Industrial Canal.
25  That's my opinion.

38

1  Q.   Did you have that opinion on
2  February 7th, 2007 when you signed this
3  form against the United States Government
4  stating that, in your opinion based on
5  your signature, you thought the Corps of
6  Engineers was at fault?
7  A.   Pretty much.  This was a -- This
8  form was a -- Like I said, whoever's
9  responsible for it that's who I want to
10  step up to the plate.  It could have been
11  the barge, could have been the MRGO, but
12  whoever is responsible that's where we
13  stand.
14  Q.   Well, I'm going to show you another
15  form that we will mark as Exhibit Number
16  7.  Is that your signature on that form
17  also
18  A.   Yes, it is.
19  Q.   And that's also an SF95 form?
20  A.   Yes.
21  Q.   And you see that it's blank in
22  several areas where the other one was
23  filled in; right?
24  A.   Yes.
25  Q.   And in Section 8A --

39

1  A.   Right here?
2  Q.   Right.  Where it says, "Basis Of
3  Claim," it's not filled in like Exhibit 6
4  talking about the Corps of Engineers, is
5  it?
6  A.   No.  It's the same.  No.
7  Q.   Is that your handwriting where it
8  says 1815 Jourdan Avenue?
9  A.   Yes.
10  Q.   So you had the opportunity in this
11  form, didn't you, to put in anything you
12  wanted there?
13  A.   Yes.  And they sent it back saying
14  it was incomplete, so I had to send it --
15  fill it back in.
16  Q.   So you could have put on that form,
17  since there is not any preprinted form
18  there, that, in your opinion, the barge
19  did it; right?
20  A.   Yeah.
21  Q.   And you didn't, though, did you?
22  A.   And it should be another one,
23  because I did several of these.  One of
24  them was handwritten.
25  Q.   On this one, Number 7, Exhibit 7, it

40

1  doesn't show that does it?
2  A.   No, it doesn't.
3  Q.   It just has the address.
4  A.   Uh-huh (affirmative response).
5  Q.   Have you written anything, signed
6  any statements, given any affidavits or
7  declarations of any type to anybody where
8  you have voiced the opinion that the barge
9  had anything to do the failure of the
10  walls in the Ninth Ward?
11  A.   No, I haven't.
12  Q.   Do you want to take a break?
13  A.   No, I'm fine.
14  Q.   Okay.  I'd like to talk a little bit
15  about the hurricane.  You were still
16  working at the time, in August of '05.
17  What did you do on the Saturday before the
18  hurricane?  Let me just ask you this
19  question, did you make preparations to
20  evacuate?  Was it your intention to
21  evacuate?
22       Ms. Lagarde, just so you know, that's
23  the United States Government lawyer who is
24  on the line since they're involved in
25  these lawsuits.  This lady is in

41

1  Washington, D.C. and participating by
2  phone.
3  A.   Okay.
4       MR. WALKER:  Do you want to
5  restate your name for the Plaintiff and
6  we'll let you know who's here.
7       MS. EL-AMIN:  Okay.  Thank you.
8       MR. WALKER:  We have present
9  three Plaintiffs, Marenthia Lagarde,
10  Michael Lagarde and Donald Pritchett and
11  their attorney Edward Moreno.  Derek
12  Walker, Dan Webb and Mark Raffman are
13  here, along with the court reporter.
14       MS. EL-AMIN:  Okay.
15       MR. WALKER:  We are taking the
16  deposition of Ms. Lagarde.  All right?
17       MS. EL-AMIN:  Got it.
18       MR. WEBB:  And the court reporter
19  needs to know how to spell your name.
20       MS. EL-AMIN:  Okay.  My first
21  name is Taheerah -- T-A-H-E-E-R-A-H.  The
22  last name is El-Amin -- E-L-A-M-I-N.
23       MR. WEBB:  Thank you.
24       MS. EL-AMIN:  You're welcome.
25  BY MR. WALKER:

42

1   Q.   I was asking you about the Saturday
2   before the hurricane.  Had you made
3   preparations to evacuate?  Were you going
4   to leave?  Just talk to me about the
5   Saturday before the hurricane.
6   A.   On the Saturday before I prepared
7   all of my paperwork that I needed, that I
8   felt I needed to take with me.  I wasn't
9   really going to leave.  Just like everyone
10  else, we don't usually leave for
11  hurricanes, but Michael encouraged me to
12  leave since I had three children at the
13  house with me and we were listening to the
14  intensity of the hurricane.  So we were
15  preparing to leave.  I prepared their
16  little bags, my bags, our comfort bags,
17  just to have them ready in the event we
18  actually would leave, because I really
19  wasn't planning on leaving.
20  Q.   And that's on that Saturday?
21  A.   That's on that Saturday.
22  Q.   Okay.  So if you weren't planning to
23  leave, did you go buy supplies and canned
24  goods?
25  A.   We had pretty much everything we

43

1   needed there.  We had water, we had food,
2   we had dog food because I had my dogs.
3   So, you know, we were prepared.
4   Q.   Okay.  What's the address of that
5   home where you were living?
6   A.   1815 Jourdan -- J-O-U-R-D-A-N --
7   Avenue.
8   Q.   You said you had Michael's three
9   children with you.  Did they live with
10  you?
11  A.   Yes.  They lived with me at the
12  time.
13  Q.   What are their names?
14  A.   Jamaree -- J-A-M-A-R-E-E -- Maya --
15  M-A-Y-A -- and Michael Lagarde.
16  Q.   And what were their ages or what are
17  they today, whichever is easier?
18  A.   Jamaree is 13, Maya's 11 and Michael
19  is 10.
20  Q.   Those are their ages today?
21  A.   Yes.
22  Q.   Okay.  And they were living with you
23  in August of 2005.
24  A.   Yes, they were.
25  Q.   Was Michael living with you?

44

A.   Yes, he was.
Q.   Was Michael's wife living with
you?
A.   No.  She was not.
Q.   Was Michael divorced at the time or
seperated?
A.   The divorce was not final.
Seperated.
Q.   Was anybody else living in the house
with you?
A.   Donald Pritchett.
Q.   Okay.
A.   But he was not at home at the time.
He was away at school.
Q.   Where was he at school?
A.   Southern University in Baton
Rouge.
Q.   So Michael and his three children,
you and Donald were the residences of the
house.
A.   Yes.
Q.   No one else?
A.   No one else.
Q.   And all of you were there except
Donald who was at Southern.  Was Michael

45

there as well?
A.   Yes.
Q.   Was Michael there during the
Saturday?
A.   Yes.
Q.   Okay.  So y'all made preparations in
the event you finally decided to evacuate.
A.   That's correct.
Q.   Okay.  What cars did you own?
A.   I owned a Corsica, a 1975 Corsica,
and Michael owned a van, a minivan, a
Quest.  I'm not good with cars.
Q.   All right.  I know you evacuated to
Greenville.
A.   Yes.
Q.   When did you make that decision to
evacuate?
A.   He learned that my sister-in-law had
acquired a block of rooms in Greenville
that Saturday night, maybe about 10:30
Saturday.  And we all convoyed out of New
Orleans on that Sunday.  We left home
about 9:15 Sunday morning.
Q.   And what made you decide to
evacuate?  On Saturday you made

46

1  preparations just in case.  Sunday morning
2  you left at 9:15.  What compelled you to
3  leave?
4  A.    Michael told me if the hurricane
5  didn't kill me he would, so I had to get
6  out of town with his children.
7  Q.    So it was your concern for your
8  personal safety due to the strength of the
9  hurricane?
10  A.    That's correct.
11  Q.    And were you monitoring that by TV
12  and radio?
13  A.    Mostly by TV.
14  Q.    Okay.  Did you hear the voluntary
15  and subsequent mandatory evacuation
16  orders?
17  A.    We were there, I think, for the
18  voluntary.  The mandatory may have been in
19  effect when we left, but I wasn't really
20  paying attention to it because I was
21  trying to leave.
22  Q.    It sounds like Michael was more
23  adamant and concerned than you were.  Is
24  that fair?
25  A.    That's fair.

47

1  Q.    Were you in the Ninth Ward during
2  Betsy?
3  A.    Yes, I was.
4  Q.    Did you recall and do you recall
5  today the flooding that occurred in the
6  Ninth Ward as a result of Betsy?
7  A.    Yes.  My home was up to 7, 8 feet
8  flooded, so we were impacted by that.
9  Q.    Was that in your mind during these
10  preparations?
11  A.    Not really, because I don't know, I
12  had a false sense of security because
13  after Hurricane Betsy they had brought up
14  the levee a little bit higher and put the
15  steel things in it and, you know.  And our
16  area, when the other parts of the city was
17  flooding just from hard rain, we didn't
18  have all our, you know, water down up in
19  there.  So I had a false sense of
20  security.
21  Q.    Okay.  Where did you live during
22  Betsy?
23  A.    1815 Jourdan Avenue.
24  Q.    Was that originally your parents
25  home?

48

1  A.    Yes.
2  Q.    Did you acquire it through a
3  succession?
4  A.    We have a -- Yes, succession now,
5  yes.
6  Q.    You have three siblings; correct?
7  A.    Right.
8  Q.    Who actually owns the house today?
9  Is it still in the name of all four of you
10  since the succession?
11  A.    Yes.
12  Q.    Okay.  So ownership has not been
13  transferred legally exclusively to you.
14  A.    No.
15  Q.    All four of you, brothers and
16  sisters, still own the home jointly.
17  A.    Yes.
18  Q.    Are any of your brothers and sisters
19  plaintiffs in the lawsuit that you
20  filed?
21  A.    No.
22  Q.    Have any of your brothers and
23  sisters made any claim against Louisiana
24  Citizens, against the Corps of Engineers
25  or against the barge company, Lafarge, or

49

1  Ingram or anybody else as a result of
2  damage to your residence at 1815
3  Jourdan?
4  A.    No.
5  Q.    You told me earlier that you think
6  that part of the money you received from
7  Louisiana Citizens and the Road Home, I
8  assume, is for damage to the property, the
9  physical property, correct, as opposed to
10  personal contents?
11  A.    Yeah.  That first, uh, thing that
12  they gave me.  The adjuster came out, he
13  saw part of the roof under the barge and
14  he releaized -- We had just had a new roof
15  put on and I think that's what swayed him
16  our way.
17  Q.    Have you shared any of the funds you
18  received for physical damage to the
19  property with any of your siblings?
20  A.    Yes, I have.
21  Q.    Do you have an arrangement or has it
22  been shared equally or how has that worked
23  since you're all co-owners of the
24  property?
25  A.    Well, we don't have an arrangement.

50

1   We just share it, my brothers and my
2   sisters, and, even though I lived in the
3   house and they weren't there, I shared
4   with them.  It wasn't, maybe, the same
5   amount, but I did share with them.
6   Q.   Okay.  I note in the SF95 forms that
7   you have in front of you that you claimed
8   $175,000 in property damage.
9   A.   Uh-huh (affirmative response).
10  Q.   You see that?
11  A.   Yes.
12  Q.   How did you arrive at that
13  calculation?
14  A.   Personal property.  That's 12A:
15  Property Damage.  Is that what you're
16  speaking of?
17  Q.   Yes, the hundred seventy-five
18  thousand.
19  A.   Okay.  Well, I was in that house for
20  over fifty years now, so a lot of the
21  things in there were from my parents.  My
22  grandmother had some stuff.  We had
23  aquired a lot of things in there.
24  Q.   Let me interrupt you.  Maybe I was
25  unclear or didn't understand the form.  Is

51

1   it your testimony that the 175 is strictly
2   personal possessions, contents?
3   A.   That's the, uh -- No.  That's the
4   building itself.  The property,
5   personal -- I don't understand all this.
6   The 175,000 property damage that's
7   included in that was the structure plus
8   whatever contents was in the house.
9   Q.   Okay.  Do you recall what part of
10  the one seventy-five was the value of the
11  home itself, of the structure?
12  A.   I can't recall.  I don't know.
13  Q.   Conversely, do you recall --
14  A.   I'm sorry.
15  Q.   Go ahead.
16  A.   A lot of the forms that we filled
17  out at the time, and still going on now,
18  was at a time of stress, you know.  And
19  I'm not saying that's an excuse for not
20  knowing this, but I can't recall the
21  breakdown.  I'm sorry.
22  Q.   Okay.  Did somebody help you fill
23  this form out?
24  A.   No.
25  Q.   Where did you get the form?

52

1   A.   This form?
2   Q.   Yes, this SF95.
3   A.   Online.  I believe I printed it
4   out.
5   Q.   Okay.  Did you ask anybody any
6   questions on how to fill the form out?
7   A.   No.
8   Q.   Let's ask the question conversely,
9   on property damage, you don't remember
10  what value you might have used for the
11  value of the property.  Do you remember
12  what value you used for the contents that
13  you lost?
14  A.   Pretty, uh, -- I don't know.  It's
15  on that sheet you have there, the
16  breakdown.  You have the breakdown over
17  there.  I can't remember.  I can't
18  recall.
19  Q.   You're talking about a typed out
20  sheet that lists all your contents?
21  A.   Right.
22  Q.   Okay.  Let's look at that.  And
23  we'll mark it as Exhibit Number 8.  It's
24  actually Lagarde 000156 through 159.  Is
25  that the list you're talking about?

53

1   A.   Yes.
2   Q.   Okay.  Who prepared that list?
3   A.   It was prepared together with,
4   uh -- Well, I actually sat down and wrote
5   down the contents of the house room by
6   room by room, if you notice.
7   Q.   I'm sorry.  You said it was prepared
8   together.
9   A.   Yes.  Well, Michael and Donald and
10  I, you know, we had to get together and
11  collaborate on these things because I
12  don't know -- I couldn't recall what
13  Donald had.  Michael was in there, he had
14  his stuff, but I did pretty much of the,
15  uh, things that was in the house since
16  I've been in there practically all of my
17  life.
18  Q.   All right.  Let me understand, is
19  that list then a list of everyone's
20  contents in the house?
21  A.   No.  This is just things that I can
22  claim.
23  Q.   Okay.  So things that you bought or
24  that belonged to you.
25  A.   Right.

54

1  Q.    How about things that belong to
2  Donald?
3  A.    He should have a list over there.
4  Yes, it's all listed.
5  Q.    At the time of Katrina, did you have
6  a credit card?
7  A.    Yes.
8  Q.    What credit card did you have at the
9  time?
10  A.    I had an American Express.  I know I
11  had a Sears and a Discover card.  I think
12  that's it.
13  Q.    And did you have a bank account?
14  A.    Yes.
15  Q.    With what bank or banks?
16  A.    Capital One.  And I don't think it
17  was called Capital One at the time.  It
18  was something else.  It changed to Capital
19  One.
20  Q.    Hibernia?
21  A.    Yeah, Hibernia.
22  Q.    Okay.  Do you have any receipts or
23  invoices or proof of purchase of any item
24  on that list?
25  A.    No, not really.  All of these things

55

1  pretty much was in the house.
2  Q.    Have you been asked by your
3  attorneys to look for documents, proof of
4  receipts or anything like that?
5  A.    No.
6  Q.    Have you contacted American Express
7  or Discover or any of your credit card
8  companies?
9  A.    None of this stuff was bought on
10  credit cards.
11  Q.    That was my next question.
12  A.    I'm sorry.  These things were either
13  things that was left in by my parents
14  before they died or things that I had
15  purchased from the time I was in that
16  house from 19 whatever until now, because
17  I bought most of the appliances and
18  furnitures.  And I just had the upkeep of
19  the house even though my parents hadn't
20  passed away yet.  So a lot of these things
21  would not have receipts.
22  Q.    Did you buy any of those with
23  checks?
24  A.    Uh, most likely.
25  Q.    Okay.  Have you been asked by your

56

attorneys or have you personally obtained
your checking account history to determine
whether you have any evidence of any
particular purchase?
A.    No.
Q.    But you think that a lot of the
larger items would have been purchased by
check?
A.    By check or, perhaps, like, say, the
kitchen appliances.  I know the washer/
dryer.  I'm saying I didn't use credit
cards, but I got that from Sears, so I
know that probably was on a credit card.
Q.    Okay.
A.    The other things, no, I don't have
any receipts.
Q.    All right.
A.    That's all I can say.
Q.    But the total -- Let me come around
with you and look at this with you because
I'm not sure I understand it.
A.    Okay.
Q.    You see that the first line is your
name, right?  Marenthia Legarde.
A.    Uh-huh (affirmative response).

57

Q.    By the way, did you type this out?
A.    Yeah.  This is on the computer.
Michael did it.
Q.    Okay.  And for what specific
purpose?  In other words, is this
something that you -- Did somebody ask you
to do this?
A.    No.  We did it because we knew
eventually down the line insurance,
someone, was going to want to know what
was the contents of the house.
Q.    Okay.  So this was not specifically
done for the Louisiana Citizens lawsuit
and the claim you made against Louisiana
Citizens?
A.    No.  We needed just to have an
inventory of what we recalled.  And,
personally, this is not everything that
was in the house.
Q.    Okay.  First line says 1815 Jourdan
Avenue, real estate, one hundred
seventy-five thousand.
A.    So that was just right here.
Q.    So, is it your testimony now that
the value you placed on 1815 Jourdan

58

1  Avenue is one hundred seventy-five
2  thousand?
3  A.    Since I can see this and recall, you
4  know, -- I can't recall this offhand.
5  That's yes.
6  Q.    Then we have a total on the last
7  line of three hundred five thousand four
8  hundred forty.
9  A.    Uh-huh (affirmative response).
10  Q.    I haven't done the math, but is it
11  your understanding the three hundred five
12  thousand four hundred fory is the one
13  hundred seventy-five thousand of the value
14  you place on the real estate, plus all of
15  the remaining items?
16  A.    And this may include Michael's and
17  Donald's total.
18  Q.    The three hundred five thousand?
19  A.    Yeah.  And I can't -- you know, by
20  them not all being in front of me, I can't
21  tell you for sure, but this may be their
22  total included in that.
23  Q.    Let me ask you about the value you
24  placed on the real estate; how did you
25  come up with that figure of one hundred

59

1  seventy-five thousand?
2  A.    Well, I just figured that's how
3  much -- That's the value I put on my life,
4  on the property there.
5  Q.    And how did you come up with that?
6  A.    Because it was mine.  I just wanted
7  to, uh -- I just thought it was a fair
8  amount.  That's all.
9  Q.    So you have no objective basis for
10  that amount?
11  A.    No, no.
12  Q.    You didn't ask for an appraisal?
13  A.    No, there was no appraisal done.
14  Q.    Did you have your house appraised at
15  any time in the five years before
16  Katrina?
17  A.    No.
18  Q.    Did you ever take out a second
19  mortgage on the house?
20  A.    No.
21  Q.    Any loans which had the house as
22  collateral?
23  A.    No.
24  Q.    Was the house fully paid for?
25  A.    Yes.

60

Q.    Could you tell me who -- Let's look
at a map and orient ourselves.  While I
get that map who lived next door to you?
A.    Next door was a rental house.  It
was owned by a Mr. Isaac Thornton.  The
house next it -- the property next to it
was vacant.  There was no house there.
Q.    How many houses from the corner were
you?
A.    Four from North Roman and 1, 2, 3,
4, five from North Prieur.
Q.    Okay.  And if I walked out of the
front door of your house would I be facing
the Industrial Canal or would I be facing
St. Bernard?
A.    Industrial Canal.
Q.    Was there anything in front of you
across the street?
A.    No.
Q.    Just the levee.
A.    Right.
Q.    Okay.  So if I cross -- if I walked
out of your front door of 1815 Jourdan,
crossed the street I could start walking
up the earthen levees; is that right?

61

A.    That's correct.
Q.    Next to you was a house, a rental
property owned by Mr. Thornton.
A.    Uh-huh (affirmative response).
Q.    Who lived in that house?  Do you
remember?
A.    Uh --
Q.    If you don't that's okay.
A.    I know the name, but it's not coming
to me.
Q.    Okay.  If you think about it later
just tell me.
A.    Okay.
Q.    You said next to Mr. Thornton's
property was a vacant house?
A.    No.  On the other side of me.
Q.    Okay.  I'm sorry.
A.    Was a lot.  It was a vacant -- the
house had been demolished.
Q.    Okay.  Walk me through, then, your
house, Mr. Thornton's house --
A.    A vacant lot and another house.
Q.    Who lived in that house or who owned
that house?
A.    A lady by the name of Mrs. Ella

62

1  George.
2  Q.   So she would have been on the corner
3  of Jourdan Avenue and North Roman?
4  A.   No.  She would have been -- you
5  going -- Mr. Thornton is going one way.
6  You going towards Prieur.
7  Q.   I'm sorry.  Let's go towards Prieur.
8  Let's do it that way.
9  A.   Okay.
10  Q.   So it's your house, Mr. Thornton's
11  house --
12  A.   A vacant lot, Ms. Ella George.  Next
13  to Ms. George was Mr. Freeman's house.
14  And then there was another vacant lot on
15  the corner of Jourdan Avenue and Prieur.
16  Q.   All right.  Now let's go in the
17  direction of North Roman.
18  A.   A vacant lot, Mr. Taylor's lot.
19  Q.   Next to you.
20  A.   Yeah.
21  Q.   Okay.
22  A.   Mr. Henry Davis' home.  It was
23  rented.  Next to them was another house.
24  I can't think of these people name.  But
25  was it a house on the corner.

63

1  Q.   Okay.
2  A.   Of Roman and Jourdan Avenue.
3  Q.   All right.  Now how about who lived
4  directly behind you?
5  A.   Well, on Roman it was Mrs. Goodwin
6  lot and her backyard expanded all past our
7  lot.
8  Q.   Okay.
9  A.   To even up to end of Mr. Thornton's
10  lot.  So there was no one right there.
11  Q.   So her house on Roman, North Roman
12  address, the backyard actually went all
13  the way through the back of your house.
14  A.   Yeah.
15  Q.   Okay.  Who would have been behind
16  you who would have had a Deslonde address?
17  A.   I don't know the people, but there
18  was a house, you know, Mrs. Goodwin house.
19  Then behind them there was a house on
20  Deslonde.  I don't know their names.
21  Q.   Okay.  We're on Exhibit 9, aren't
22  we?
23  A.   Yeah.
24  Q.   This is a Google map of the area.
25  You see the little bubble there?

64

1  A.   Right here?
2  Q.   Yeah.  Is that a fair location of
3  your house?  Now that you described it
4  it's actually too close to North Roman;
5  right?
6  A.   It was 1, 2, 3 houses and then my
7  house was the 4th house.
8  Q.   So is it more accurate to say sort
9  of around here where the arrow is?
10  A.   Probably a little bit over.
11  Q.   Or even a little bit over.  Okay.
12  A.   Uh-huh (affirmative response).
13  Q.   Insofar as the perspective and
14  accuracy of this map, it's correct that
15  your house was between North Roman, North
16  Prieur on Jourdan Avenue; right?
17  A.   That's correct.
18  Q.   Okay.
19       MR. WALKER:  Can we take about a
20  two minute break, stretch and do whatever
21  you want for a while?  Just take a break?
22       (Recess in the deposition)
23  BY MR. WALKER:
24  Q.   Let me show you some photographs.
25  Let's start marking them Number 10.

65

1       (Photographs being marked)
2  Q.   Let's look at 10 and 11.  I'd like
3  you to tell me if those accurately reflect
4  what was the location of your house.  I
5  realize we're looking at empty lots, but
6  we've gone out there and looked at
7  municipal address and just want you to
8  verify, as best you can, that that is
9  indeed --
10  A.   This is correct right here.
11  Q.   So 11 is correct where it shows 1815
12  Jourdan; right?
13  A.   Yeah.  Because we were right here by
14  the pole, so, yeah, pretty much.
15  Q.   Okay.  So 10 and 11 where they have
16  in blue writing 1815 Jourdan accurately
17  show the location of the lot that
18  currently belongs to you where your house
19  once stood.
20  A.   That's correct.
21  Q.   Okay.  Now you notice also it has
22  writing for 1829 Jourdan.
23  A.   Uh-huh (affirmative response).
24  Q.   Is that a property that you owned?
25  A.   Yes.  I owned that property.

17 (Pages 62 to 65)

66

1  Q.   Tell me a little bit about that,
2  this 1827-29 Jourdan.
3  A.   Well, it was a double house.  So it
4  was 1827-1829, but it's just, you know,
5  one lot.  So it belongs to me.
6  Q.   Did you rent that at the time?
7  A.   There was no structure on that
8  property.
9  Q.   I see.  It was an empty lot?
10  A.   Yes.
11  Q.   At the time of Katrina it was empty.
12  A.   Yes.
13  Q.   Was there ever a house on there?
14  A.   Yes.
15  Q.   And it had been torn down before
16  Katrina?
17  A.   Yes.
18  Q.   And why was that?
19  A.   Well, it was in ill-repair and when
20  I bought it from the owner we just
21  demolished it with the hopes of
22  rebuilding.  Since my parents were still
23  living at 1815 I had hoped to rebuild at
24  1829, which never occurred.
25  Q.   When did you buy that?  Do you

67

1  remember, approximately?
2  A.   In about, I'm trying to think of
3  Michael's age when I bought it.  I can't
4  recall, but it was in, probably, the early
5  '80s.
6  Q.   Okay.  So it had stood vacant for
7  some 25 years before Katrina.
8  A.   Yes.
9  Q.   Did you own any other property in
10  the Ninth Ward?
11  A.   No.
12  Q.   So you owned 1815 with your siblings
13  and 1827-29 outright?
14  A.   Yes.
15  Q.   On your own?
16  A.   Yes.
17  Q.   Let's look at the other two, 12 and
18  13.  I know those are more up close.  Did
19  you recognize anything in particular that
20  verifies the accuracy of -- They're spray
21  painted on one 1815.
22  A.   Yeah.
23  Q.   Have you been out there since the
24  hurricane?
25  A.   Uh-huh (affirmative response).

68

1  Q.   Would you confirm that, in fact, in
2  front of your lot there's 1815 sprayed
3  on?
4  A.   Yes, we did that.
5  Q.   So these two photographs in Exhibit
6  12 that show the 1815 they show the
7  location of your property.
8  A.   Yes.
9  Q.   Okay.  Now we look at 13 which has
10  in blue the entire 1800 block of Jourdan
11  Avenue.  Can you confirm from that
12  photograph whether that is correct?
13  A.   Yes.  That's correct.
14  Q.   Okay.  And this house that we see
15  behind the barge, do you know whose house
16  that is?
17  A.   Mrs. Goodwin, Ally Goodwin.
18  Q.   Ally Goodwin?
19  A.   Uh-huh (affirmative response).
20  Q.   And was that a house that faced --
21  A.   Roman.
22  Q.   -- Roman?
23  A.   Uh-huh (affirmative response).
24  Q.   So her address would have been on
25  Roman.

69

1  A.   Uh, okay.
2  Q.   We were talking earlier about the
3  Saturday and Sunday you were leaving,
4  August of 2005.  At the time of Betsy,
5  were you living with your parents?
6  A.   Yes.
7  Q.   At 1815 Jourdan?
8  A.   That is correct.
9  Q.   Did your family evacuate for
10  Betsy?
11  A.   No, we didn't.
12  Q.   Okay.  Did you experience the
13  flooding of the Ninth Ward during Betsy?
14  A.   Yes.
15  Q.   Were you in the home during that
16  entire experience?
17  A.   Yes.
18  Q.   And did your home flood?
19  A.   Yes.
20  Q.   How high did the water go up?
21  A.   Between 7 and 8 feet.
22  Q.   Do you recall seeing the breaches in
23  the levee system in the Industrial Canal
24  after Betsy?
25  A.   Yes.

70

1  Q.    Were they in virtually the same
2  locations as the breaches after Katrina?
3  A.    They were pretty much in the 1900,
4  2000 block Jourdan Avenue.
5  Q.    During Betsy, after Betsy?
6  A.    Yeah.
7  Q.    Is that pretty close to the location
8  where they were after Katrina?
9  A.    Yeah.
10 Q.    Was there any barge associated with
11 Betsy and flooding of the Ninth Ward?
12 A.    No.
13 Q.    Did you see the water come into the
14 Ninth Ward during Betsy?
15 A.    Yes.
16 Q.    Was it coming over the levee?
17 A.    Not when I noticed because looking
18 out -- Our window was facing -- We could
19 see the water coming through the levee.
20 You know, it was, like, seeping through.
21 It hadn't broken or collapsed in front of
22 our door, but you could see it, you know,
23 seeping through the dirt in the levee.
24 Q.    Okay.  And, at some point, did you
25 see that the wall had actually broken,

71

1  that the levee had broken?
2  A.    Not until the next day.
3  Q.    Okay.  The next day when you saw
4  that the wall had collapsed in front of
5  your -- close to the front of your home,
6  during Betsy we're talking about, was
7  water still coming into the
8  neighborhood?
9  A.    No.
10 Q.    Was water seeping back out from the
11 neighborhood to the Industrial Canal?
12 A.    It was just standing still.
13 Q.    Standing still.  You earlier
14 expressed an opinion of possibly why the
15 levees broke during Katrina.  Do you have
16 an opinion of why the levees broke during
17 Betsy?
18 A.    No.  I was younger then, you know.
19 And it was just the older folks saying
20 that the levee had been -- They had blew
21 it up.  I didn't, you know, I didn't know.
22 I wasn't -- At that stage of my life I
23 wasn't into it like the older folks were,
24 so, no.
25 Q.    Did you hear any booms or explosions

72

1  or any noises during Betsy that might --
2  A.    We heard -- When I say we, because
3  my family was there.  We heard a boom, but
4  right across from us was a big electrical
5  box, what they call them?
6  Q.    Transformer?
7  A.    Transformer.  There was sparks
8  coming from them, so, in my mind, that's
9  what it was.  Could have been something
10 else.
11 Q.    That boom that you heard during
12 Betsy, could it have been the levee
13 breaking?
14 A.    Like I'm saying, it could have been,
15 you know, but with me looking out the
16 window seeing this, it could have been the
17 transformer or could have been the levee.
18 I don't know.  We didn't realize the levee
19 had actually broke until the next morning
20 when we were being evacuated out because
21 they evacuated us through the break where
22 it broke.  So we really didn't -- It was
23 dark.  We couldn't see, so, I didn't
24 realize it had -- we didn't realize it
25 was --

73

1  Q.    So, during Betsy you were evacuated
2  by boat that actually traveled through the
3  the breach in the levee to get you out.
4  A.    That's correct.
5  Q.    Could you give me the ages of your
6  siblings or the order of birth?  Are you
7  the oldest or youngest or in the middle?
8  A.    No.  My brother is, uh -- You have
9  to be patient with me now.  I'm 61.  My
10 brother's 64.  Edward is 64.  Evelyn is --
11 she'll be 63.  She's 62, actually, right
12 now.  I'm 61.  And Sandi is 48.
13 Q.    So Edward and Evelyn are the older
14 ones.
15 A.    Yeah.
16 Q.    Okay.  Could you give me Edward's
17 address please?
18 A.    It's 1348 and Andrew Street.
19 Q.    How about a telephone number?
20 A.    No, not right offhand, because I
21 stopped learning telephone numbers when
22 they kept changing them all the time, but
23 I have it.
24 Q.    Is he working or is he retired?
25 A.    He's retired.

74

1    Q.    Where did he work?
2    A.    With Boh Brothers Construction.
3    Q.    How about Evelyn, she's in Oregon;
4    right?
5    A.    She's in Oregon and she works for
6    the, uh, school district out there.
7    Q.    Do you remember her phone by any
8    chance?
9    A.    I don't know.  I have them.  I don't
10   know offhand.  I can give them to you,
11   though.
12   Q.    And they evacuated during Betsy with
13   you?
14   A.    Edward was not living at home, but
15   he evacuated.  Evelyn was attending
16   Southern University as it was going on.
17   Q.    So neither of them was at the home
18   during Betsy?
19   A.    No.
20   Q.    So you were the oldest sibling at
21   the home with the your parents.
22   A.    Right.
23   Q.    Was any other relative with you at
24   the time during Betsy?
25   A.    Yes.  My mother's sister, who was

75

1    paralyzed, and her brother-in-law who had
2    cancer.  And my dad.  That was it.
3    Q.    Okay.  Was the house repaired or
4    rebuilt after Betsy?
5    A.    It was repaired.
6    Q.    Do you remember Hurricanes Ivan and
7    Georges?
8    A.    Yes.
9    Q.    Did you stay at the house during
10   those hurricanes?
11   A.    We evacuated during Ivan.  We
12   evacuated to New Iberia.  And, uh, for
13   George we evacuated the house.  We went to
14   my brother's house so all of us was, you
15   know, at his house.
16   Q.    During either of those hurricanes,
17   or any other hurricane when you might have
18   been at the house at 1815 Jourdan, did you
19   ever see water come into the
20   neighborhood?
21   A.    Was it Ivan?  I think it was
22   Hurricane Ivan came into the neighborhood,
23   but we did not experience anything.  The
24   houses that was on slabs was, you know,
25   received -- had damage, but our house was,

76

1    like, up on pillars.
2    Q.    Okay.  And that water that came into
3    the neighborhood from Ivan, did it come
4    over the Industrial Canal flood wall, did
5    it come from behind the pump station by
6    Florida Avenue, do you remember where it
7    came from?
8    A.    It did not come over the wall and it
9    was mostly the heavy rain that built-up in
10   the gutters and the pumping station wasn't
11   pumping it out fast enough so it just
12   built-up.
13   Q.    So how high did it get?
14   A.    Let's see.  It must have gotten
15   about maybe two, three feet.
16   Q.    Okay.  Your house at 1815 was
17   raised?
18   A.    Yes.
19   Q.    Okay.  So if I was standing on the
20   street and wanted to go up to your front
21   door how many steps would I have to
22   walk?
23   A.    About four.
24   Q.    Okay.  Was it on cement pillars?
25   What was it raised on, do you remember?

77

1    A.    The cinder block.
2    Q.    Okay.  So it was open below.  I
3    could crawl under from one side of the
4    house to the other?
5    A.    Pretty much.
6    Q.    Okay.  Did you have it blocked off
7    with any kind of fencing so the dogs
8    wouldn't go under or anything like that?
9    A.    We had it fenced.  It was
10   enclosed.
11   Q.    Could you describe it for me?  Was
12   it a one story or a two story house?
13   A.    One story.
14   Q.    How many bedrooms?
15   A.    Five.
16   Q.    How many baths?
17   A.    One.
18   Q.    What was the total square footage,
19   if you remember?
20   A.    I can't recall.
21   Q.    Kitchen?
22   A.    Kitchen, living room.  That's it.
23   Q.    Okay.  What was the construction?
24   Was it brick, was it wood siding?
25   A.    Wood frame.

78

1  Q.   Wood frame.
2  A.   Uh-huh (affirmative response).
3  Q.   Do you have any pictures of your
4  house pre-Katrina?
5  A.   Yes.
6  Q.   How did you come to have those?  Did
7  you take them with you when you evacuated,
8  or were they somewhere other than the
9  house, or did you rescue them from the
10 house?
11 A.   They were -- My sister in Portland
12 had pictures.  I have one now that I don't
13 recall how I got that picture, but someone
14 had them before.  My sister Sandy, who
15 lived around the corner, upstairs, she had
16 some pictures.  She had pictures.
17 Q.   Are these exterior and interior or
18 just exterior?  Do you remember?
19 A.   Uh, exterior and with some of the
20 photos we had we had some at some minor
21 interior ones that we had.
22 Q.   We have, previously, filed in this
23 case and presented to your attorneys
24 what's called interrogatories and request
25 for production of documents.  Do you

79

1  recall seeing those where you had to give
2  written answers to certain things?
3  A.   Yeah.
4  Q.   Okay.  We've asked for various
5  things.  I would ask that you review these
6  with your attorney, and we'll remind him
7  as well, but we'd like to see copies of
8  those photographs.
9  A.   Sure.
10 Q.   If you could give them to your
11 attorney.
12 A.   Sure.
13 Q.   Thank you.  If I told you that your
14 house was, approximately, 1850 square feet
15 based on documents that you provided us,
16 would you have any reason to disagree?
17 A.   Eighteen hundred.  I'm trying to
18 remember because I wrote that down.
19 Approximately, maybe, close to that.  I'm
20 not sure.
21 Q.   Okay.  And do you agree that the lot
22 size is about 110 by 40?
23 A.   Yes.  I know that's true.
24 Q.   Now you talked about slab houses
25 during Ivan.  Other than George flooding,

80

to some extent, did your house at 1815
Jourdan, other than Betsy, ever flood?
A.   No.
Q.   During the May floods, the rain
storms, it never flooded during any of
those?
A.   No water in the house.  You know, in
the yard, but nothing inside the house.
Q.   Okay.  You said that you maintained
the house.  Had you ever done any
renovation or refurbishment of the
house?
A.   Yes.  We, uh -- Well, we redid the
porch.  Like I said, the roof was done.
Q.   So you replaced the roof after one
of the hail storms.
A.   Yeah.
Q.   Okay.
A.   Um, we were in the process of trying
to do all of the rooms so we did the, uh
-- I did the porch and, you know, bought
appliances for the kitchen, stuff like
that.
Q.   What did you do to the porch?
A.   Well, we -- I had to repaint it and

81

we put up the iron bars, you know,
security bars around the porch, and just
started fixing it up trying to get it to
look better for the porch.  Then, you
know, we painted the house, the outside,
you know, the exterior part of the house.
That's about it.
Q.   When did you do this work on the
porch?
A.   The iron work?
Q.   Uh-huh (affirmative response).
A.   That was done, uh -- Let's see.
That was done about 2000, I believe.
Q.   Did you pay tax, property taxes, on
the house?
A.   Yes, I did.
Q.   Do you remember the assessed value
of the house?
A.   I can't remember.  I don't
remember.
Q.   Did you ever file anything with the
tax assessor disputing the appraised or
assessed value of your house?
A.   No.
Q.   You said you had homeowners with

82

1   Louisiana Citizens; right?
2   A.   Yes.
3   Q.   How long had you had a policy with
4   them before Katrina?
5   A.   At Louisiana Citizens, it was maybe
6   three years with Louisiana Citizens, and
7   before that it was with someone else.  I
8   don't remember because we had to change
9   carriers, so it was about three years with
10  Louisiana Citizens.
11  Q.   Did you provide them any records or
12  information regarding the contents of your
13  house to obtain that policy?
14  A.   No.
15  Q.   Did you provide them information
16  regarding the evaluation or appraisal or
17  assessed value of your house?
18  A.   I didn't.  But we went through
19  Louisiana Citizens through an agent that
20  had been doing -- Called Balance Insurance
21  and they are the ones that went to
22  Louisiana Citizens.  And, if I can recall,
23  we had that conversation.  They came out,
24  took pictures of the house and told us,
25  you know, if we needed upgrade or do

83

1   anything to the house before they could
2   insure it.
3   Q.   Okay.  That's Balance?
4   A.   Yeah.
5   Q.   Balance is the name of the agency?
6   A.   Yeah.
7   Q.   Where are they --
8   A.   I don't think they're there anymore
9   since the hurricane.  I haven't seen them.
10  They were in New Orleans, uh, in New
11  Orleans East.
12  Q.   Do you remember the name of the
13  agent?
14  A.   No.  I have all that information.  I
15  don't know it right offhand.
16  Q.   You still have that?
17  A.   I have some information with their
18  names.
19  Q.   Would you have, also, the name of
20  the insurance company before Louisiana
21  Citizens?
22  A.   I'm sure I do.  I just have to go
23  through all those papers.
24  Q.   Would Evelyn or any of the other
25  brothers or sisters have this information

84

1   also?  In other words, when you took out
2   insurance for the house, since it belonged
3   to all four of you, did they keep records,
4   did you give them copies of records?
5   A.   No.  I had the sole responsibility
6   of doing all of that, so they have no idea
7   what was.
8   Q.   Did they help pay for any of the
9   maintenance, upkeep, repair of the
10  house?
11  A.   No.
12  Q.   Did they help pay for the
13  insurance?
14  A.   No.
15  Q.   All right.  On Sunday at 9:15 you
16  left to Greenville.
17  A.   Uh-huh (affirmative response).
18  Q.   Did you take the van or the
19  Corsica?
20  A.   The van.
21  Q.   All of you in one car?
22  A.   Yes.
23  Q.   So that would have been you,
24  Michael, Michael's three children?
25  A.   It was my, uh, my sister's husband.

85

1   I had a niece who was expecting.  The
2   three children, Mike's, uh, oldest,
3   Sandy's daughter and myself and my three
4   dogs.  Michael had to stay behind.
5   Q.   Okay.  And Donald was at school.
6   A.   Yes.
7   Q.   Who drove?
8   A.   Donald, Sr., his father.
9   Q.   Okay.  Donald Pritchett?
10  A.   Yes.
11  Q.   And I'm sorry, remind me, where did
12  they live at the time, Donald Pritchett,
13  Sr.?
14  A.   They lived on Deslonde Street around
15  the corner.
16  Q.   So had they come over earlier or did
17  they -- How did you communicate who was
18  leaving, you're leaving?  Was Donald's
19  wife the one that had the -- booked the
20  rooms?
21  A.   No.  Donald's wife, which is my
22  sister Sandy, had to stay behind because
23  she worked at a hospital.
24  Q.   Okay.
25  A.   So, when we knew we were leaving

22  (Pages 82 to 85)

86

1 Donald had no way to leave neither, so I
2 was grateful that he was there to drive.
3 So we all just decided, you know, we knew
4 who was going. We just had to get in the
5 car and go.
6 Q. Uh-huh (affirmative response).
7 A. My niece that was, uh, expecting a
8 baby, her mom wasn't ready to leave. Her
9 mom had some other stuff to do. So she
10 asked to come with us because she was
11 afraid. We just got together, was just
12 like, okay, who wants to get in the car?
13 Everybody get in. Let's go. So we just
14 -- That's how it happened. We knew where
15 we were going. We just didn't all, you
16 know, go together.
17 Q. I understand. So you got to -- You
18 made it to Greenville.
19 A. Yeah.
20 Q. That was your first permanent stop,
21 so to speak.
22 A. Yes.
23 Q. Okay. Where did you go?
24 A. We had rooms at the Ramada Inn.
25 Q. When did you move from the Ramada

87

1 Inn to the peoples' home?
2 A. We were in Greenville on the 29th.
3 That was the day we were in Greenville.
4 And we were in the Ramada on a Wednesday.
5 So that would have been, like, October
6 1st, something like that.
7 Q. September?
8 A. Yeah, September 1st.
9 Q. So you stayed at the Ramada for a
10 couple of days.
11 A. Yeah.
12 Q. Then moved.
13 A. Uh-huh (affirmative response).
14 Q. When you left the Ninth Ward around
15 9:15 Sunday morning what was the weather
16 like?
17 A. Pretty much like it is out here now.
18 It was calm, sunny, a little wind, but it
19 was calm.
20 Q. Okay. Any water in the
21 neighborhood?
22 A. No.
23 Q. Did you see any activity in the
24 Industrial Canal?
25 A. No, none that I'd notice, because

88

1 when we left we did not go across the
2 Claiborne Avenue Bridge. We went the back
3 way up Florida Avenue, because we was
4 going out to New Orleans East, so I didn't
5 see any unusual activity.
6 Q. Okay. Now let's go to Monday.
7 You're at the Ramada, in one or more
8 rooms, with your family and dogs. I
9 assume you spent most of the day watching
10 television, seeing when you could get
11 back?
12 A. Yes.
13 Q. Okay. At some point, I think you
14 saw the Ninth Ward, is that correct,
15 watching television?
16 A. We were watching -- When we first
17 heard of the flooding we, actually, had
18 not gone into our rooms at the Ramada
19 because we couldn't check in, but in the
20 lobby there was a television and folks was
21 in and out watching the TV. At the time
22 that they showed the flooding, or
23 announced that they were flooding in the
24 lower Ninth Ward, I was outside. I didn't
25 see it. But my sister, who had arrived by

89

1 then, came out and said the Ninth Ward was
2 flooded.
3 We all went in to watch -- It
4 was, like, CNN, I believe, the news, but
5 it was sketchy at the time. They wasn't
6 showing a whole lot of stuff. Not until
7 the next day when you could actually watch
8 TV for sure that we could see the water.
9 And I did see a, uh, when they were
10 scanning I did see the water, you know,
11 going over and I made the comment that's
12 right in front of our door.
13 Because I could tell from the
14 bridge when they scanned over, you know,
15 just living down there all our life you
16 can, kind of, know right where your house
17 was. So we got in, like, a little
18 firsthand view of it.
19 Q. So, did you actually -- were you
20 able to identify your house in one of
21 these helicopter flyovers that were on
22 TV?
23 A. When I saw it I couldn't see my
24 house. I saw Mrs. Goodwin's house, so
25 from Ms. Goodwin's house I knew where my

90

1  house was suppose to be, but there was no
2  house.  You know, the water was up
3  there.
4  Q.   Okay.  And there was no barge there
5  either, was there?
6  A.   No.  The water was coming -- When I
7  saw the film the water was coming, like,
8  across the -- you know, just pouring over
9  like a dam across the levee   That was
10  before, you know, the barge went through.
11  So, I don't know -- I'm sure if the barge
12  had gone through then we would have seen
13  it.
14  Q.   All right.  I'm going to play you a
15  clip from YouTube, if I know how to work
16  this.
17        MR. WALKER:  Off the record.
18      (Off-the-record discussion)
19  BY MR. WALKER:
20  Q.   You were interviewed after the
21  hurricane by some reporters.  Do you
22  remember that?
23  A.   A whole lot of folks, yeah.
24  Q.   Are you familiar with a video clip
25  of an interview of you on YouTube?

91

1  A.   I don't know about YouTube.  I know
2  I've been interviewed.  I haven't watched
3  these things for a while.
4  Q.   Let's see if this works.
5      (YouTube film being played)
6  A.   Yeah.  I remember that.  I didn't
7  know that was on YouTube.
8      (Tape being played)
9  Q.   Now that I know how to work this
10  we're going to pause and be able to
11  interrupt.  That is you, is that correct,
12  Ms. Legarde?
13  A.   Yes.
14  Q.   Do you remember giving this
15  interview?
16  A.   Yes.
17  Q.   Okay.
18      (Film continued to be showed)
19  Q.   You say there Monday morning.
20  You're talking about being in Greenville;
21  correct?
22  A.   Right.
23  Q.   And you say you saw the levee
24  breach.
25  A.   I was talking.

92

1  Q.   I'm sorry?
2  A.   No.  I was talking.  You know,
3  breach was in everybody's head at that
4  time, you know.
5  Q.   You didn't actually see the levee
6  breach personally.
7  A.   No, just on TV.
8  Q.   Okay.  By seeing the levee breach
9  you didn't mean you saw when it breeched,
10  but you saw that it had breached.
11  A.   Yeah.  Well, we assumed it had
12  breached because the water was coming
13  across, you know.  If they show it, they
14  may show it, how it was just streaming
15  over.  You know, streaming over like your
16  bathtub might overflow.
17  Q.   So you were talking in this
18  interview about what you were seeing on
19  television while you were in Greenville,
20  Mississippi.
21  A.   Right.
22  Q.   Correct?
23  A.   Yes.
24  Q.   And in this interview it says that
25  you saw your house.

93

1  A.   Uh-huh (affirmative response).
2  Q.   Did you actually see your house?
3  A.   Well, we -- No.  Like I said, we
4  saw -- I saw where the house would have --
5  was suppose to be --
6  Q.   Uh-huh (affirmative response).
7  A.   -- when they panned over.  Like I
8  say, you know where your house is.  I
9  didn't see the -- I think I saw a picture
10  of it.
11  Q.   All right.  Let's let it play.
12      (Film continues to play)
13  A.   Right here.
14  Q.   I'm sorry.  You were saying?
15  A.   I'm just saying right there when I
16  say that's our house, where the barge was,
17  you know, that's our house, although it
18  wasn't there that was where it was suppose
19  to have been.  But when it was panning
20  over, like, when I -- Because I saw just
21  briefly on CNN they're saying that's our
22  house, I didn't really -- I didn't mean
23  that that's our house, but that's where
24  our house is, or suppose to be.  You know,
25  in talking.

94

1   Q.    So you were able to identify the
2   1800 block of Jourdan Avenue.
3   A.    Yes.
4   Q.    Where you would have recognized your
5   house.
6   A.    Right.
7   Q.    All right.  Let's let this play.
8        (Film continues to play)
9   Q.    So you recall that interview?
10  A.    I recall it.
11  Q.    You recall stating that when you saw
12  this area of the 1800 block of Jourdan
13  where your house was, or should have been,
14  you did not see the barge; correct?
15  A.    No.  I didn't see the barge.
16       (Film continues to play)
17  Q.    So, if this is correct, and I
18  understanding your interview correctly, I
19  believe you said that a couple of days
20  later, again, watching the television, and
21  the helicopter overflights that's when you
22  first saw the barge on the TV in the
23  neighborhood close to your house.
24  A.    That's when I saw it on TV, but
25  while I was in Greenville I did see a

95

1   newspaper that had a picture of it on
2   there.
3   Q.    And that's the first time you saw
4   the barge.
5   A.    Uh-huh (affirmative response).  Now
6   when we was panning over there was nothing
7   there.
8        (Film continues to play)
9   Q.    Do you remember the date of this
10  interview?
11  A.    No, I don't.
12  Q.    Okay.  It must have been after Rita;
13  right?
14  A.    Yeah.
15  Q.    Have you seen this video clip
16  before?
17  A.    I remember doing it, but I
18  don't remember -- I didn't even know it
19  was on YouTube.  I didn't know.
20  Q.    So you remember the interview, but
21  you've never seen this clip put together
22  the way it's been before?
23  A.    No.  I didn't even know it was on
24  there, no.
25  Q.    Was this interview done in

96

1   Greenville?
2   A.    No, was done in New Orleans.
3   Q.    You were back in New Orleans by
4   then.
5   A.    Yes.
6   Q.    Where were you when this interview
7   was done?
8   A.    At the Rue Nichole address.
9   Q.    Okay.  So you were at your home --
10  at Michael's home at Rue Nichole.
11  Somebody came to visit you and asked if
12  they could interview you?
13  A.    Yes.
14  Q.    Where was this reporter from?  Do
15  you remember what company he worked for?
16  A.    These were the same folks who
17  interviewed us -- me -- on December 3rd
18  when we first went -- when they first
19  opened up the city.  And, yet, I don't
20  recall their names, but I'm sure I
21  could -- I'm not sure, but I probably
22  could find out --
23  Q.    Okay.
24  A.    -- their names.
25  Q.    So this was probably after December

97

1   3rd.  You said they interviewed you.
2   A.    Yeah.  Remember when they opened up
3   -- when they opened up the Lower Ninth
4   Ward, our area of the Ninth Ward on
5   December 6 -- 3rd, I believe.  It was just
6   swarming with folks down there.  These
7   were the same folks that came.
8   Q.    So they interviewed you initially
9   when you were down there the day it ?
10  opened --
11  A.    Yes, just walking around.
12  Q.    -- and then came back and did this
13  interview?
14  A.    Yes.
15  Q.    Okay.  And that is you in this video
16  clip; correct?
17  A.    Uh-huh (affirmative response).
18  Q.    That is your voice.  You are
19  talking.  You recognize and recall this
20  interview?
21  A.    That's correct.
22  Q.    Okay.  At the time that this fellow
23  did the interview, did he just have you on
24  camera or were you looking at things as he
25  interviewed you?  Were you looking at

25  (Pages 94 to 97)

98

1   video clips, these video clips?  Was he
2   showing you pictures?
3   A.    This particular one right here?
4   Q.    Yes.
5   A.    No.  He was just interviewing me.  I
6   wasn't looking at anything.
7   Q.    So he was interviewing you and he,
8   apparently, put this thing --
9   A.    Together.
10  Q.    -- together afterwards.
11  A.    Uh-huh (affirmative response).
12  Q.    Now I'll show you some photographs,
13  but you can see in the video where we
14  paused it, the school bus and the barge.
15  A.    Uh-huh (affirmative response).
16  Q.    And you pointed out in your
17  interview that this position that the
18  barge is in, in this video clip, is not
19  the original position because it moved
20  after Rita.  Is that what you said?
21  A.    Right.
22       (Film has ended)
23  Q.    You talked about some other
24  interviews and I'm going to show you
25  something.  Who is Edward Smokey

99

1   Lagarde?
2   A.    My dad.
3   Q.    Okay.  I'll show you what we will
4   mark as Exhibit 14.  Exhibit 14 is taken
5   off-line, but it's a Times-Picayune
6   article that quotes you, as well as other
7   people, and it shows a photograph of you
8   that I'll show you as well.  You see here
9   at the bottom where I've bracketed in
10  yellow?
11  A.    Uh-huh (affirmative response).
12  Q.    Marenthia Lagarde wore a T-shirt
13  bearing a color photograph of her block
14  and the caption "Manmade Disaster."  Do
15  you remember that?
16  A.    Uh-huh (affirmative response).
17  Q.    And I think we just saw, right at
18  the end of the clip, when you were walking
19  in the neighborhood, the T-shirt in the
20  photograph that's the one they're
21  referring to?
22  A.    Yes.  That's correct.
23  Q.    And the description that this
24  reporter gives is, Lagarde's home was on
25  Jourdan Avenue exactly where the red steel

100

1   barge landed after it went through the
2   levee.  You see that?
3   A.    Yes.
4   Q.    Okay.  It doesn't say that it hit
5   the levee or it broke the levee, but
6   rather it went through after; isn't that
7   right?
8   A.    Went through the levee.  Landed and
9   went through the levee.  That's what it
10  says.
11  Q.    And you didn't tell this reporter
12  that the barge broke the levee, did you?
13  A.    I don't think I recall
14  telling -- making comments on that anyway,
15  because I wasn't there.  I didn't see it.
16  I don't know.
17  Q.    In fact, I think you told me earlier
18  that you never told anybody that the barge
19  broke the levee.
20  A.    I couldn't because I was not there.
21  No.
22  Q.    You didn't tell this reporter, nor
23  have you told anybody else, that you ever
24  heard from a neighbor or anybody that
25  barge broke the levee.

101

1   A.    This reporter?
2   Q.    That reporter or any other
3   reporter --
4   A.    The only thing that I know --
5   Q.    Let me finish my question.
6   A.    Okay.  I'm sorry.
7   Q.    That reporter, any other reporter or
8   anybody else, you've never told them that
9   you heard someone say, or heard from
10  someone that someone said, that the barge
11  broke the levee?
12  A.    I'm not sure if -- I've talked with
13  folks and I have said that my neighbor
14  around the corner was at his house and he
15  saw the barge coming, you know, through
16  the levee and banging against the houses.
17  I can't recall if it was reporters or
18  what.  I talk to a lot of folks.  I can't
19  remember --
20  Q.    Go ahead.  I'm sorry.
21  A.    I'm finished.
22  Q.    Okay.  You never told Mr. Gilbert or
23  Mr. Moreno or any of your attorneys that,
24  have you?
25  A.    What?

102

1  Q.   What this neighbor told you.
2  A.   That was a part of one of those
3  questionnaires, I believe, that was sent
4  out, if we knew or talked with anyone who
5  claimed that they saw the barge, you know,
6  coming through.  That was one of the
7  questions.
8  Q.   Okay.
9  A.   So I did answer that.
10 Q.   Well, what I understood you to just
11 tell me was that this neighbor told you
12 that he saw the barge bang around his
13 house.
14 A.   Bang around the neighborhood, uh-huh
15 (affirmative response).
16 Q.   Okay.  So what this neighbor told
17 you was that he saw the barge after it had
18 gone through the levee and was in the
19 neighborhood.
20 A.   Yeah.  I think that's correct.
21 Q.   Okay.
22 A.   Because he told us he did see it.
23 And what brought his attention to it was
24 the noise, the banging.
25 Q.   Of the barge banging into houses?

103

1  A.   Yes.
2  Q.   And who is this neighbor?
3  A.   His name is Eddie Spiller, who's
4  deceased now.
5  Q.   When did he tell -- Did he tell you
6  this or did he tell Michael this?
7  A.   No.  He told that to -- In
8  Greenville.  We ran into him in
9  Greenville.  We didn't even know that he
10 would be there.  So he -- It was myself,
11 my sisters and some other folks from New
12 Orleans that we all ended up in Greenville
13 together while we were at the Red Cross.
14 The Red Cross, yeah, waiting for Red Cross
15 that we were having this conversation, so
16 it wasn't hearsay.  He told me.  You know,
17 I heard him say this.
18 Q.   And who else was there, your sisters
19 and Michael?
20 A.   My sister.  Michael was not there at
21 the time.  He was still out here in New
22 Orleans.  My brother, Edward, was there,
23 some neighbors that was on Deslonde
24 Street.  There were several of us there.
25 Q.   Mr. Spiller is deceased?

104

1  A.   Yes, he is.
2  Q.   How long ago did he die?  Do you
3  remember?
4  A.   It's been about two years now, I
5  believe.
6  Q.   And isn't that right that what he
7  said was that he stayed and, um, at some
8  point, during his waiting to be rescued
9  and during his evacuation he saw the barge
10 already in the neighborhood banging around
11 houses?
12 A.   Yes.
13 Q.   And is it correct that he never said
14 that he saw the barge hit the levee, break
15 the levee or go through the levee?
16 A.   He did not tell me that.  I did not
17 hear that.
18 Q.   That's correct, isn't it?
19 A.   Yes.
20 Q.   That he never told you he saw the
21 barge bang against the levee, hit the
22 levee or break the levee.
23 A.   All he told me was that it was a
24 loud bang.  That's what caught his
25 attention.  And then he saw the barge

105

1  hitting the houses.  Now interpret that,
2  you know.
3  Q.   Have you ever seen anything in
4  writing, in a TV interview, anything that
5  any attorneys have shown you that quotes
6  Mr. Spiller saying anything about the
7  barge?
8  A.   No.
9  Q.   And I think I asked you this, but
10 just to be clear, I have a lot of
11 newspaper articles, video clips of you and
12 what you relate to reporters and others
13 about your experiences and opinions
14 regarding the flooding and there isn't a
15 single mention of Mr. Spiller, or what he
16 told you, in any of these articles; isn't
17 that right?
18 A.   Probably right.  I can't recall, but
19 I don't remember any articles.
20 Q.   You don't remember ever telling
21 anybody about Mr. Spiller and what he told
22 you.
23 A.   Yes.  It was an attorney from Liskow
24 and Lewis with Ingram Barge Company that I
25 saw out there one day.

106

1  Q.   Liskow and Lewis?
2  A.   Yes.  He was questioning us.  And
3  all I remember telling him was that Mr.
4  Spiller, the story that Mr. Spiller said
5  that he -- what he witnessed.  And, at the
6  time, I just knew his name, Eddie.  And I
7  knew his last name, but it wouldn't come
8  back to me and I couldn't give him his
9  last name.
10       Where he went with that from
11 there I don't know.  But he's the only
12 person that I recall of any type of
13 attorney or someone that I did mention
14 this to Eddie, about Eddie.
15 Q.   So, other than us here today, and
16 this attorney from Liskow and Lewis,
17 you've never mentioned Eddie Spiller and
18 what he told you at any other time.
19 A.   Just with family members, yeah.
20 Q.   Okay.  Now just for completeness of
21 the record of your deposition, I'm going
22 to mark as Exhibit 15 something we talked
23 about earlier.  And this is the FEMA
24 disaster assistance money you received,
25 isn't it?

107

1  A.   Yeah, one of them.
2  Q.   Now in your SF95 form, if you want
3  to pull it out, Number 12(B)says one
4  hundred fifty thousand for personal
5  injury.  Do you see that?
6  A.   Yes, I do.
7  Q.   At the time of the hurricane you'd
8  evacuated; right?
9  A.   Yes.
10 Q.   So you didn't suffer any personal
11 injuries due to Hurricane Katrina, did
12 you?
13 A.   Mental.
14 Q.   I'm sorry?
15 A.   Mental illness, mental stress.  I
16 cried for a month and I'm still crying.
17 Q.   You suffered no bodily injuries.
18 A.   No, no.
19 Q.   So what you're saying here, your
20 claim for personal injury is mental
21 stress?
22 A.   And it inflicted -- You know,
23 impacted my health tremendously, so I took
24 that as personal injury.
25 Q.   But that mental stress that we're

108

talking about was not the result of any
experience you had in the hurricane
because you were not here.  It's the --
A.   No.
Q.   -- experience of the trauma after
the hurricane.
A.   Or during the -- Yes.
Q.   Is that right?
A.   The evacuation in itself was worth
more than that, with the traffic, you
know.
Q.   Have you ever evacuated before?
A.   Just for Ivan.
Q.   Did you make a claim for a hundred
fifty thousand dollars against anybody
because of that evacuation?
A.   They didn't have these forms out.
No.  No, I didn't.
Q.   Have you seen any doctor of any type
as a result of your claim for personal
injury arising after Katrina?
A.   My personal doctor, yes.
Q.   What kind of doctor is that?
A.   He's just my general practice
doctor.  I see him and talk with him about

109

how it affected me.
Q.   You haven't seen any psychiatrist,
have you?
A.   No.
Q.   Any psychologist?
A.   No.
Q.   Any counselors?
A.   No.
Q.   The only doctor you've seen since
August 29, 2005 for your claim for
personal injuries arising from Katrina is
your general practitioner.
A.   Yes.
Q.   What's his name?
A.   Dr. Emile LaBranch.
Q.   Has he prescribed anything to you
for your complaints?
A.   Yeah.  I'm on medication.  My blood
pressure, my pressure's extremely -- You
know, I'm stressed out with that, plus,
uh --
Q.   Has he told you that high blood
pressure is a heredity condition?
A.   Well, I knew that already.
Q.   And you had high blood pressure

**110**

1  before Katrina, didn't you?
2  A.   I had diabetes before Katrina.  The
3  pressure was borderline.  It wasn't
4  high.
5  Q.   Has he prescribed anything else to
6  you?
7  A.   No.
8  Q.   Looking at your list of property
9  contents --
10  A.   Okay.
11  Q.   -- the largest single item on here
12  is Page 2, which is an antique china
13  cabinet and contents.  Could you describe
14  to me what were the contents and what was
15  the origin of the china cabinet?
16         MR. MORENO:  What page?
17         MR. WALKER:  000157, Page 2,
18  sort of in the middle of the page right
19  above "Kitchen."
20         THE WITNESS:  Okay, I see it.
21  Well, the China cabinet was a cabinet left
22  from my mother and she had it for years.
23  The structure itself, I have no idea how
24  much it cost, but I know it was old and it
25  was pretty much antique.  She had in

**111**

1  there -- We had things in there that
2  belonged to my grandmother and my
3  great-grandmother that we considered very
4  valuable.
5  BY MR. WALKER:
6  Q.   Things like that?
7  A.   There were figurines, porcelain
8  figurines, um, some china.  It wasn't a
9  whole set because over the years it got
10  broken, cracked or lost.  There were
11  pictures of my grandparents in there.  We
12  didn't just have china in there.  We had
13  my great-grandparents on both my families'
14  side.
15  Q.   So, as part of the twelve thousand
16  dollars for this item, the emotional
17  personal value of the pictures?
18  A.   And the contents that was there that
19  was passed down from my great-grandmother
20  to my grandmother to my mom to me that I
21  would have probably passed down to my
22  granddaughters.
23  Q.   Is there any other item on this list
24  where the value is a sentimental value
25  other than these pictures that were in the

**112**

1  china cabinet.
2  A.   In the master bedroom, the bed, that
3  was a bed that was passed down from my
4  mom.  The, um, the queen bed, it was the
5  bed.  The dresser, it was like, 1, 2, 3
6  pieces of that; the dresser, the chest of
7  drawer, I believe, the cedar chest on here
8  and the dresser.  All of those were -- The
9  religious artifacts.  That was stuff that
10  was my grandmother's that was porcelain
11  figurines of the saints and pictures.  A
12  big, you know, picture of Christ on Mt.
13  Olive.
14  Q.   Is that what you say are
15  lithographs?
16  A.   You know, a lot of those
17  things -- We had been in that house for
18  over fifty years.  And a lot of things my
19  grandmother and my great-grandmother
20  brought down.  A cast iron ashtray holder.
21  I don't know if you'll be able to find one
22  like that again.  Those things were --
23  They've been irreplaceable.
24  Q.   Okay.  The lithographs, were they
25  done by any particular artist?  Where were

**113**

1  they acquired?
2  A.   They, uh -- I'm not sure.  Because
3  they were in -- They were hanging on the
4  wall.  Actually, I was -- I wouldn't -- I
5  wouldn't deal with it because they were
6  kind of fragile.  I had pictures of -- We
7  had, uh, like I say, it was a large sized
8  picture of Christ sitting on Mt. Olive
9  looking down that had been in the family
10  forever.  So, like I said, I can't put a
11  price on these things.  These things
12  are -- I don't know.
13  Q.   Well, is it fair to say that the
14  price that you put, this estimated worth
15  that's a dollar figure, is not really the
16  cost of original purchase or replacement,
17  but takes into account a great value, a
18  sentimental value of your own?
19  A.   That has something to do with it.
20  Q.   I'm looking at another one, for
21  instance, which was the handmade heirloom
22  quilts.
23  A.   Yes.
24  Q.   Is that similar?  I mean, you put a
25  value of four thousand dollars because of

114

1   the sentimental value that they had to
2   you?
3   A.   Pretty much.  They were passed down
4   from my great-grandparents through -- on
5   my father's side.  His grandmother had
6   them, my grandmother, then I was able to
7   get it.
8   Q.   All right.  So it's the sort of
9   thing that --
10  A.   So it was like a family history in
11  those.
12  Q.   Right.  It's the sort of thing that
13  you and I might see at a garage sale that
14  somebody says I'll pay you fifty dollars
15  for that and to you it's worth five
16  thousand dollars.
17  A.   More, yes.
18  Q.   Do you recall meeting with the
19  Cochran firm?
20  A.   No, I didn't meet with them.
21  Q.   Have you ever met with an attorney
22  called Darrell Phillips?
23  A.   No.
24  Q.   An attorney called Guidry?  I
25  believe it's Robert Guidry.

116

1   including Mr. Guidry, has represented you
2   for Katrina related issues?
3   A.   Just this, you know, now.
4   Q.   Are they representing you now?
5   A.   From what I understand, it's been
6   turned over to Mr. Moreno's group.
7   Q.   Okay.  I see.  So your original
8   attorneys were the Cochran Group?
9   A.   Yes.
10  Q.   And they've turned your
11  representation over to Mr. Gilbert?
12  A.   Yes.
13  Q.   Is that your understanding?
14  A.   Yes.
15  Q.   So, did you sign a retainer
16  agreement or contract with The Cochran
17  Firm?
18  A.   I believe so.  You know, I received
19  something saying -- I think so.  I'm not
20  sure.  I'm more than sure I did.
21  Q.   Did anybody from The Cochran Firm,
22  either by phone or in person, interview
23  you regarding the events of this case and
24  their representation of your interests?
25  A.   Yes.

115

1   A.   I may have spoke to Mr. Guidry on
2   the telephone, but that was just to get a
3   message to Michael.  So, no, I didn't have
4   a conversation.
5   Q.   Did Mr. Guidry call -- How did you
6   contact Mr. Guidry?  How did that come
7   about?
8   A.   That was done through Michael.
9   Q.   And why did you contact him?
10  A.   I didn't contact him.
11  Q.   He called you?
12  A.   Yeah.  He called me to talk with
13  Michael.
14  Q.   Did you talk to him at all?
15  A.   I didn't hold an in-depth
16  conversation with him because, at the
17  time, Michael with dealing with all of
18  this, getting it together, so I didn't
19  talk with him.
20  Q.   Has Mr. Guidry, or anybody at The
21  Cochran Firm ever represented you?
22  A.   Besides this?
23  Q.   In any context.
24  A.   No.
25  Q.   Okay.  Nobody at the Cochran firm,

117

1   Q.   Who was that?
2   A.   I can't recall because it changed so
3   many times, but I keep all my papers, you
4   know, to see who I talk with.  So, I can't
5   recall the name right now.
6   Q.   Did they ever give you a statement
7   to sign regarding what you saw, heard, or
8   any events related to Katrina?
9   A.   I don't -- I don't recall.  I don't
10  recall.
11  Q.   Let's look at a couple more
12  photographs.  This is a photograph of the
13  barge on the bus, which you understand to
14  be after Rita; correct?
15  A.   Right.
16  Q.   What street is this?  Do you
17  recognize that street?
18  A.   That's North Roman.
19  Q.   That's North Roman?  Okay.  So, can
20  we write in here -- This is it, right?
21  A.   Yeah.
22  Q.   So, North Roman.  Okay.  And is this
23  Jourdan?
24  A.   Yes.
25      (Mr. Walker marking photograph)

118

1  Q.   Where would your house have been
2  located?
3  A.   Right here.
4  Q.   Close to where this car is?
5  A.   Right in this open space right
6  here.
7  Q.   Can we put an "x" there?  Is that
8  right?
9  A.   Uh-huh (affirmative response).
10 Q.   Let's mark that as Exhibit 16, I
11 think.  17?  15?  So that would have been
12 1815 Jourdan?
13 A.   Yes.
14 Q.   Okay.  And whose house is this white
15 one behind?
16 A.   Mrs. Goodwin.
17 Q.   Okay.  Is that right, Mrs. Goodwin
18 A.   Yes.
19 Q.   Okay.  How about this house, do you
20 know who --
21 A.   That's where my sister lived.
22 Prichett, that's Andy Pritchett's.
23 Q.   Do you remember the address?
24 A.   1800 Deslonde.
25 Q.   Okay.  I'm going to show you a

119

1  photograph that's before Rita, Exhibit 16,
2  and I'm going to explain something to you.
3  You see the break in the levee walls?
4  A.   Uh-huh (affirmative rsponse).
5  Q.   You see the two corners?
6  A.   Uh-huh (affirmative response).
7  Q.   This is the water, actually, flowing
8  out of the Ninth Ward back into the
9  Industrial Canal.  Do you see that?
10 A.   Uh-huh (affirmative response).
11 Q.   And do you see the barge?
12 A.   Yes.
13 Q.   Okay.  There's no school bus;
14 right?
15 A.   No.
16 Q.   Visible at the time?
17 A.   That's right.  It was over here.
18 Q.   You can see it on the corner.
19 A.   Uh-huh (affirmative response).
20 Q.   So this would have been before the
21 barge moved, clearly, before Rita.
22 A.   Yes.
23 Q.   This is days after the hurricane;
24 right?
25 A.   Yeah, I guess so.

120

1  Q.   You see this house in the background
2  behind the barge?
3  A.   Right here?
4  Q.   No, this one.  I'm sorry.
5  A.   That's a Deslonde Street house.
6  Q.   That's what I was going to ask you.
7  So we can orient ourselves, that's 1800
8  Deslonde; right?
9  A.   Uh-huh (affirmative response).
10 Q.   So the barge before Rita was,
11 actually, closer to the Claiborne Avenue
12 Bridge than after Rita; isn't that
13 right?
14 A.   No.  Rita pushed the barge closer.
15 That's what you said?  When Rita came
16 through it moved it over more this way.
17 Q.   Okay.
18 A.   Towards the bridge.  Before Rita it
19 was closer, you know, over this way.
20 Q.   Right.  Claiborne Avenue would be
21 over here?
22 A.   Right.
23     (Photographs marked by Mr. Walker)
24 Q.   Your house would have been,
25 approximately, where?

121

1  A.   Right up in here.  Right here, you
2  know, side of it, the square.
3     (Referring to photograph)
4  Q.   If this is the 1800 Deslonde house,
5  right, then where do you think North Roman
6  is?
7  A.   This looks like the -- This is
8  Ms. Goodwin's house right here.  So she
9  was on Roman, facing Roman right here.
10 So, this would have been somewhere up in,
11 like, this area would be Roman.  This is
12 Mrs. Goodwin's house.
13 Q.   Mrs. Goodwin's house?
14 A.   Right here.
15 Q.   Okay.
16    (Photograph marked by Mr. Walker)
17 A.   The front of her house was on Roman,
18 so, Roman have to be up in here
19 somewhere.
20 Q.   So your house would have been
21 somewhere to the left of the end of the
22 barge.
23 A.   Right, right up in here.
24 Q.   Okay.  So --
25 A.   Mrs. Goodwin house.

122

1  Q.   -- is that a fair --
2  A.   I would say.
3  Q.   -- approximation of the location of
4  your house?
5  A.   Uh-huh (affirmative response).
6  Q.   So that would have been 1816?
7  A.   1815.
8  Q.   1815, sorry.  Jourdan; right?
9  ( Photograph marked by Mr. Walker)
10  Q.   And after Rita the barge moved even
11  further or closer towards Claiborne
12  Avenue.
13  A.   Yeah.  The little bus floated out,
14  you know, like up in here.  See, the bus
15  was over here.  Yeah.  And it wasn't that
16  much more.
17  Q.   Okay.  All right.  Based on the
18  location of your house in these pictures
19  where you identified it, and based on your
20  personal knowledge, you have no knowledge
21  or information that the barge ever hit
22  your house, do you?
23  A.   Except when we went out there most
24  of the stuff was under it.  We could see a
25  lot of our possessions under the barge.

123

1  Q.   You don't know how they got there,
2  though, do you?
3  A.   No, I wasn't there.
4  Q.   Okay.  Your house was not standing.
5  A.   No.
6  Q.   When you went out the first time
7  there was nothing left of your house?
8  A.   No, just the back steps.
9  Q.   And was that true of many houses in
10  the area?
11  A.   Yeah.
12  Q.   They were completely gone?
13  A.   Yes.
14  Q.   And that would include houses on
15  Deslonde and Tennessee and Galvez?
16  A.   The whole neighborhood, yes.
17  Q.   Right.  And those houses were
18  completely gone as well.
19  A.   Not -- Some of them not completely
20  gone.  There was some stuff left on
21  there.
22  Q.   Different houses were affected a
23  little differently.
24  A.   Right.
25  Q.   By the hurricane.

124

1  A.   Yes.
2  Q.   By the waters?
3  A.   Yes.
4  Q.   Some houses were completely
5  obliterated and gone, like yours.
6  A.   Uh-huh (affirmative response).
7  Q.   So houses were partially standing
8  and some had actually been moved from
9  their original location to a different
10  location; right?
11  A.   That's correct.
12  Q.   Now you never saw the barge on
13  Tennessee Street, did you, or Deslonde?
14  A.   No.
15  Q.   All right.  So you're not saying
16  that the barge hit houses on Tennessee or
17  Deslonde that are completely obliterated,
18  are you?
19  A.   No, I'm not saying that.
20  Q.   And when you say that the contents
21  of your house were under the barge what do
22  you mean?
23  A.   Well, when we were able to go and
24  once it dried out we could look -- Let's
25  see.

125

1  (Referring to a photograph)
2  A.   Like, at the part of the back part
3  of the barge and back up in here, it was,
4  like, wasn't flush against the ground.  It
5  was, like, you know, up.  So we got on our
6  knees and we looked under there and we
7  could see some of our furnitures.  We
8  could see our kitchen, some of the kitchen
9  appliances under there, some of the roof,
10  pieces of the frame, wood frame of the
11  house.  We could see different things that
12  we knew came out of our home that were
13  still under there.
14  Q.   You would agree with me that the
15  only way for things to be under the barge
16  is for the barge to have been over those
17  things, at some point, and then come down
18  with the waters; right?
19  A.   Either that, or as it was moving it
20  just, you know, just stayed under.  I
21  don't --
22  Q.   You don't know?
23  A.   No.  I wasn't there.  I don't
24  know.
25  Q.   All right.  I'm going to show you

126

1   another exhibit that we'll mark as 17 and
2   these are what's called Second
3   Supplemental Answers To Interrogatories.
4   I'll come around there and look at these
5   with you.  Have you ever seen this
6   document or a document like that?
7   A.    I think I may have seen something
8   like it, if not this one.  I remember
9   seeing a lot of documents coming
10  through.
11  Q.    Were you given a document that's
12  called a verification for you to sign that
13  verifies that the answers that your
14  attorney is giving to us are sworn by you
15  to be correct?
16  A.    Yes.
17  Q.    You remember signing that?
18  A.    I remember that.
19  Q.    Okay.  Let's look at some of these
20  answers that you've given.  First of all,
21  do you understand that you have filed a
22  lawsuit blaming the barge for your losses.
23  A.    Uh-huh (affirmative response).
24  Q.    Right?
25  A.    Yes.

127

1   Q.    Okay.  And you understand that you
2   filed an SF95 Form against the United
3   States Government blaming the Corps of
4   Engineers for your losses?
5   A.    Right.  Yes.
6   Q.    All right.  And you understand that
7   you filed a lawsuit, for which you have
8   already received settlement monies,
9   against Louisiana Citizens blaming them
10  for your losses, both due to wind and to
11  water; correct?
12  A.    Contents, yes.
13  Q.    And what you stated earlier is that
14  you don't really know who's to blame.  You
15  just want to be compensated.
16  A.    Whoever is guilty.  Now, you
17  know -- No, I wasn't there.
18  Q.    Right.  It could be the Corps of
19  Engineers?
20  A.    Or it could be the Lafarge or
21  whoever this is.  It could be.  But
22  whoever's responsible that's who I
23  would --
24  Q.    I asked you earlier if you were
25  aware of the other lawsuit and other group

128

of lawyers headed by an attorney called
Joseph Bruno who have filed a claim and a
lawsuit for the same geographical areas as
yours blaming the Corps of Engineers.
Have you been informed of that lawsuit?
        MR. MORENO:  Does she have to
answer the questions with you standing
over her like that?
        MR. WALKER:  We don't have to.
BY MR. WALKER:
Q.    Am I intimidating you?
        MR. MORENO:  Yeah.
        MR. WALKER:  I didn't mean to.  I
came here to look at the --
        MR. MORENO:  All right.
        MR. WALKER:  This will be the
last one of this type and then we'll look
at the documents.
        MR. MORENO:  Okay.
        MR. WALKER:  If I intimidate you
or bother you, you can tell me to sit
down.
        THE WITNESS:  Okay.  I received,
it looked like it was a bulk mail, you
know, just sending out stuff saying if you

129

were a resident of The Lower Nine or
St. Bernard or some other part of the
city, you know, it's something like a
class action suit, but it was information
only.  It wasn't asking to send anything
in or sign anything.  It was just
information.
BY MR. WALKER:
Q.    Let me get over here because I have
one more on that so you're not
intimidated.  Have you ever been told that
you have the option to join the other
lawsuit that blames the Corps of Engineers
for the flooding of New Orleans and does
not blame the barge?
A.    I don't recall that.
Q.    Okay.  Let's look at your answers.
Answer Number 5 says that "Marenthia
Lagarde may be called to testify in this
case to prove facts relative to evacuation
and displacement."  We talked about that;
right.
A.    Yes.
Q.    "Destruction of areas and things
within class geography."  Do you know what

130

1  that means?
2  A.    The area that was affected, I guess.
3  I'm not sure.
4  Q.    You can only talk about your house
5  and your contents and what you saw;
6  right?
7  A.    That's correct.
8  Q.    You don't know what anybody else
9  lost and you don't know how their damages
10  occurred other than the hurricane;
11  right?
12  A.    Well, other than my siblings, no,
13  only what they tell me.  And then, uh,
14  Michael and Donald lost, you know.
15  Q.    I'm sorry.  Like what?
16  A.    I say I know what Michael and Donald
17  and his children lost.
18  Q.    Okay.
19  A.    But someone else's personal property
20  around there, I'm not -- I can't answer
21  that.
22  Q.    All right.  I just want to make sure
23  I know everything that you're suppose to
24  testify about according to your attorneys
25  in this trial.  So destruction of areas

131

1  and things within class geography refers
2  to your personal losses and possibly your
3  familiarity with some of your family
4  members as well; right?
5  A.    Yes.
6  Q.    Okay.  "Emotional damages due to all
7  the foregoing."  You told me already that
8  you have seen Dr. LaBranch.
9  A.    Yes.
10  Q.    And no one else as a result of the
11  emotional damages; right?
12  A.    Right.
13  Q.    Okay.  "Observations during the
14  storm."  You couldn't have any, could you,
15  because you weren't here.
16  A.    I was not there.
17  Q.    So the observations during the storm
18  would have been what you were seeing in
19  Greenville, Mississippi.
20  A.    That's correct.
21  Q.    "Occurrence of ING 4727."  Do you
22  know what ING 4727 is?
23  A.    That's the barge.
24  Q.    That's the number of the barge?
25  A.    That's the number of the barge,

132

1  yes.
2  Q.    "Striking her residence."  You don't
3  know that one way or the other.  You've
4  already told me; correct?
5  A.    Right.
6  Q.    So you can't have any testimony
7  regarding any occurrence of the barge
8  striking your house; right?
9  A.    No.  I was not there.
10  Q.    Okay.  "Damage to said residence."
11  All you can tell us was that it's gone.
12  You don't know how or when exactly it
13  occurred; right?
14  A.    No.
15  Q.    Is that right?
16  A.    That's right.
17  Q.    "Property loss and repair."  You
18  told us about your personal contents and
19  the loss of the house itself.  There were
20  no repairs; correct?
21  A.    Not as of yet, no.
22  Q.    Do you have plans to rebuild?
23  A.    Yes.
24  Q.    What stage are those plans in?  What
25  exactly are those plans?

133

1  A.    I'm working with the Make It Right
2  people.
3  Q.    Make It Right people?
4  A.    Yes.
5  Q.    Okay.  "Timing and source of
6  flooding."  You don't have any knowledge
7  on that, do you?
8  A.    Uh, no, just only what I saw on
9  TV.
10  Q.    Right.
11        MR. MORENO:  Derek, again, I'm
12  going to ask that -- She can read.  She's
13  a very educated person.  She can read this
14  for herself -- and ask that you sit down
15  and address her from your chair.  It is
16  intimidating to have someone stand over
17  you.
18        MR. WALKER:  All right.  This is
19  the way I chose to do it.  Thank you.
20  BY MR. WALKER:
21  Q.    "Timing and source of flooding" we
22  were talking about.  Since you weren't
23  there you don't know when the flooding
24  started or where it started from or came
25  from, do you

134

1  A.   No, I don't.
2  Q.   "Nature and existence of any and all
3  settlements or settlement negotiations
4  with any Defendants."  Tell me what that
5  means.
6  A.   I'm assuming it means if I know
7  anything from any anyone else that was
8  affected.
9  Q.   I'm sorry.  Could you read --
10  A.   I'm just saying I'm assuming if I'm
11  aware of any other settlements, or
12  whatever, by anyone else that's been
13  affected by this.
14  Q.   Okay.  And are you aware of any
15  settlements?
16  A.   No, not -- No, just the folks just
17  selling to Road Home.
18  Q.   Okay.
19       MR. WALKER:  Off the record a
20  second.
21          (Off the record)
22  BY MR. WALKER:
23  Q.   What page is that that we're on
24  there?
25  A.   Page 6.

135

1  Q.   Then the last clause there is "any
2  and all communication with others with
3  whom any Defendant in this action has
4  settled."  What does that mean?
5  A.   If it's pertaining to this
6  particular case, if I've spoken with
7  anyone about the settlement and, no, I
8  haven't.
9  Q.   Okay.  So you have not talked to
10  anybody that has settled for any damages
11  or losses pertaining to Hurricane Katrina;
12  is that right?
13  A.   Concerning this barge case thing
14  here?  No.
15  Q.   Well, you say concerning this barge
16  case.
17  A.   Well, this case here.  I didn't mean
18  to say barge, but nothing concerning
19  this.
20  Q.   Well, have you talked to anybody
21  concerning any settlements that they might
22  have entered into involving the barge?
23  A.   No, I haven't.
24  Q.   Okay.  If you go to the next pink
25  tab what page is that?

136

1  A.   11.
2  Q.   Thank you.  I'm sorry.  Let's go to
3  Page 8 first.  See down at the bottom?
4  A.   Yes.
5  Q.   Your answer is, "No."  And the
6  question was: "Where the Plaintiff claims
7  to have seen the barge and the breaches of
8  the retaining walls on August 29th, 2005."
9  You've already told us you weren't there.
10  You couldn't have seen it; right?
11  A.   No.  I was not there.
12  Q.   Let's go to Page 11.  It says,
13  "Identify each person interviewed by
14  Kendrick Harding --"  You see where I am
15  in the middle there?
16  A.   Yes.
17  Q.   "-- or any other investigator."
18  Says, "Marnethia Lagarde, Michael Lagarde
19  and Donald Pritchett were interviewed by
20  their attorneys at The Cochran Firm
21  resulting in attorney notes."
22  A.   Okay.  That may have been a
23  telephone conversation asking for papers
24  to be signed or sent back or making sure
25  that we had, you know, these

137

1  questionnaires.  But to actually talk with
2  someone, like I said, I don't recall
3  talking with anyone except, perhaps, Mr.
4  Guidry when he called to speak with
5  Michael.
6  Q.   Okay.  And the only knowledge you
7  have about that is that Michael told you
8  that or that this fellow called and he
9  called for Michael.
10  A.   Yes.
11  Q.   Okay.  Below that it says, "David
12  Leefe, Council for Ingram, approached and
13  spoke with Marenthia Lagarde near her
14  residence in December of 2005."  Is that
15  the attorney from Liskow and Lewis that
16  you referred to earlier?
17  A.   That's correct.
18  Q.   If you back up to Page 10,
19  Interrogatory Number 14, in the middle it
20  says, "Plaintiff's complaints in this case
21  allege that the barge crashed through the
22  east side flood wall and that it raised
23  diagonally across the canal."  And the
24  question is, "Identify witnesses and
25  documents that support these allegations."

138

1   And the answer is, "Marenthia Lagarde,
2   Michael Lagarde.  The barge landed on
3   their house at 1815 Jourdan Avenue."  You
4   don't know that to be a fact as you just
5   testified; right?
6   A.    Well, it had to land on my house
7   with all my stuff to be under it.  You
8   know, I don't -- I wasn't there, but when
9   you go there, and I don't know if you went
10  out there, it had to land somewhere and it
11  landed on top of my house.
12  Q.    You don't know how your contents got
13  under the barge, do you?
14  A.    I was not there, no.
15  Q.    Okay.  So you don't know if the
16  barge, in fact, touched your house or
17  landed on it, do you?
18       MR. MORENO:  That's been asked
19  and answered several times.
20       MR. WALKER:  I agree.
21  BY MR. WALKER:
22  Q.    Then it says, "Ingram Barge
23  demolished the house at the time the barge
24  was removed."  I thought your testimony
25  was that in December of 2005, or when you

139

1   first went out to the Ninth Ward, your
2   house was already gone.
3   A.    Well, it was under the barge.
4   Q.    It was demolished.
5   A.    It was gone, yeah.
6   Q.    So Ingram didn't demolish the house.
7   When the barge was removed your house was
8   no longer standing.
9   A.    No.  It was under their barge, so
10  they demolished it.  If their barge
11  knocked my house down and there was
12  evidence that it was under there.
13  Q.    I don't want to argue with you, but
14  you weren't there.
15  A.    No, I wasn't there.  They weren't
16  there.
17  Q.    Right.  So you don't know if the
18  barge touched your house, do you?  You're
19  concluding that because your contents were
20  under the barge.
21  A.    Right.
22  Q.    Okay.  But the next point was Ingram
23  Barge demolished the house when they
24  removed the barge.  Do you understand that
25  the barge was removed in February and

140

1   March of 2006?
2   A.    Uh-huh (affirmative response).
3   Q.    Okay.  When you first went to the
4   Ninth Ward after the hurricane your house
5   was gone, wasn't it?
6   A.    Parts of it, yes.
7   Q.    Well, what parts were remaining?
8   A.    The roof was out there.  It was on
9   the side of the barge, parts of it.  The
10  roof mostly, everything else was gone.
11  Q.    Page 12, Interrogatory Number 18, it
12  says here you called or that your
13  cousin --
14  A.    That's the wrong date.  That should
15  be on the 28th.
16  Q.    That's Eldridge Nelson called you on
17  the 28th?
18  A.    Yes, right before we evacuated.
19  Q.    Did you own a cell phone at the
20  time?
21  A.    Yes, I did.
22  Q.    Do you remember that number?
23  A.    Uh-huh (affirmative response).
24  Q.    Would you give it to us?
25  A.    Sure.  It's area code

141

1   504-884-0978.
2   Q.    Do you still have that same
3   number?
4   A.    Yes, I do.
5   Q.    Did you make any cell phone calls
6   prior to leaving?
7   A.    No, I didn't.
8   Q.    Let's go to Page 13, Interrogatory
9   Number 26.  It says here you're seeking
10  damages for past and future mental pain,
11  suffering and anguish.  That is the
12  emotional stress that you related earlier
13  that you've seen Dr. LaBranch for?
14  A.    Pretty much, yes.
15  Q.    Have you had any mental health care
16  expenses?
17  A.    No.
18  Q.    You haven't had any demolition or
19  salvage expenses, have you?
20  A.    No.
21  Q.    It says that one of the items is
22  inconvenience.  What do you mean by
23  that?
24  A.    Just not by not being at my own
25  home.  I'm in -- I'm at Michael's home,

142

1  but it's not mine.
2  Q.   And past and future loss of
3  enjoyment of lifestyle.  What do you mean
4  by that?
5  A.   Well, it was my neighborhood I grew
6  up at.  I had lots of friends.  I had
7  neighbors.  My church was there.  I have
8  to travel from the West Bank to the East
9  Bank now to go to the church that I grew
10 up in.  You know, so, uh, it's just not
11 being in my neighborhood that I grew up
12 in.
13 Q.   Okay.  You told me earlier that you
14 have plans to rebuild.
15 A.   Yes.
16 Q.   I'm sorry.  Who are you working
17 with on that?
18 A.   The Make It Right.
19 Q.   Make It Right.  Do you have any
20 timetable for that, any plans, drawings I
21 mean?
22 A.   Well, yes.  I was able to pick a
23 design just recently and, uh, they working
24 with me financially.  So we're in the
25 process of doing that now.

143

1  Q.   Okay.  Is there a schedule for that
2  when you might have -- Do you have an
3  expectation of when you might break
4  ground, start rebuilding?
5  A.   No, not really, because we're going
6  through all of that now.  We're going
7  through the first stages now doing the
8  financing and all, so I don't have a
9  date.
10 Q.   Is there a budget or an estimated
11 cost of construction?
12 A.   It's according to what style I get
13 and who the architect is going to be, so I
14 don't have the money -- a dollar value
15 right now.
16 Q.   Do you have an estimate that you've
17 been told or that's in your mind for
18 reconstruction?
19 A.   Well, they not -- The home not
20 suppose to be over, like, the one hundred
21 fifty thousand.  And whatever we get from
22 Road Home and the elevation suppose to go
23 towards that.  I haven't gotten my money
24 for elevation yet.
25 Q.   When you say elevation what do you

144

1  mean?
2  A.   Well, you know, it's required that
3  you elevate your house either five feet or
4  eight feet, you know, off the ground.
5  Q.   So to raise it during the
6  construction on columns or pillars.
7  A.   Right.  Yes.
8  Q.   Have you tried to sell the lot?
9  A.   No.
10 Q.   Did you ever try to sell it before
11 Katrina?
12 A.   No.
13 Q.   You have not received anything from
14 Road Home yet?
15 A.   Yes.  I received Road Home monies.
16 Q.   You have, but you don't remember the
17 amount.
18 A.   Not the exact amount, but, uh, I
19 can't remember the exact amount, but it's
20 just -- It's not much.  It's like
21 fifty-five thousand.
22 Q.   I'm sorry.  How much?
23 A.   About fifty-five and something, some
24 more.  I can't recall the other dollar
25 amount.

145

1  Q.   Now is that to be applied to the
2  reconstruction?
3  A.   Yes.
4  Q.   Okay.  So part of the hundred fifty
5  thousand dollar estimate is the fifty-five
6  obtained from Road Home.
7  A.   Yeah.
8  Q.   So you're seeking financing for the
9  balance, approximately, plus or minus, a
10 hundred thousand?
11 A.   Uh-huh (affirmative response).
12 Q.   Have you made applications?
13 A.   Not yet.  Like I said, we just
14 getting to it because just recently they
15 called me.  So we still working with it.
16 Q.   If you look at Page 19,
17 Interrogatory 36, it says you're claiming
18 damage to 1827-29 Jourdan Avenue.  But
19 you've already told me there was no
20 structure there, so you're not claiming
21 any damage to that location, are you?
22 A.   No, no.
23 Q.   Isn't that correct?
24 A.   Right.  Yes.
25     MR. WALKER:  Let's take a two

146

1 minute break.  I think I'm done,
2 Ms. Lagarde.
3      (Recess in the deposition)
4 BY MR. WALKER:
5 Q.   One more thing that we need to do
6 with your deposition.  As Exhibit 18 I
7 would like to mark the video disc of your
8 interview that we saw earlier; okay?
9 A.   Uh-huh (affirmative response).
10 Q.   So we will attach that as part of
11 your deposition.
12      MR. WALKER:  Those are all the
13 questions I have.  Thank you very much.
14 (Whereupon the deposition was concluded)
15
16
17
18
19
20
21
22
23
24
25

147

1      REPORTER'S CERTIFICATE
2
3      I, RALPH PREVEAU, Certified
4 Court Reporter, do hereby certify that the
5 above-named witness, after having been
6 first duly sworn by me to testify to the
7 truth, did testify as hereinabove set
8 forth;
9      that the testimony was reported
10 by me in shorthand and transcribed under
11 my personal direction and supervision, and
12 is a true and correct transcript, to the
13 best of my ability and understanding;
14      that I am not of counsel, not
15 related to counsel or the parties hereto,
16 and in any way interested in the outcome
17 of the matter.
18
19
20      _____
21      RALPH PREVEAU
22      Certified Court Reporter
23
24
25

MARENTHIA LAGARDE

January 22, 2009

Page 1

## A

**ability** 147:13
**able** 89:20 91:10 94:1
  112:21 114:6 124:23
  142:22
**above-mentioned** 5:3
**above-named** 147:5
**account** 54:13 56:2
  113:17
**accuracy** 64:14 67:20
**accurate** 36:9 64:8
**accurately** 65:3,16
**acquire** 48:2
**acquired** 45:19 113:1
**acted** 22:20
**action** 1:4 129:4 135:3
**activity** 87:23 88:5
**acts** 28:18
**adamant** 46:23
**added** 35:19
**Additionally** 26:24
**address** 7:9 33:21 40:3
  43:4 63:12,16 65:7
  68:24 73:17 96:8
  118:23 113:15
**adequate** 35:9
**adjuster** 49:12
**administering** 4:16
**Administration** 9:15
**affidavits** 40:6
**affirmative** 9:12 11:9
  12:23 13:8,10 27:6,14
  28:7,23 31:16 32:10
  40:4 50:9 56:25 58:9
  61:4 64:12 65:23 67:25
  68:19,23 78:2 81:11
  84:17 86:6 87:13 93:1
  93:6 95:5 97:17 98:11
  98:15 99:11,16 102:15
  118:9 119:4,6,10,19
  120:9 122:5 124:6
  126:23 140:2,23 145:11
  146:9
**aforementioned** 4:5
**afraid** 86:11
**age** 7:4 67:3

**agency** 83:5
**agent** 82:19 83:13
**ages** 43:16,20 73:5
**ago** 104:2
**agree** 79:21 125:14
  138:20
**agreed** 4:3
**agreement** 116:16
**ahead** 23:1 51:15 101:20
**alcohol** 6:23
**Algiers** 7:10 11:4
**Alice** 8:7
**allegations** 137:25
**allege** 30:22 137:21
**alleges** 37:1
**alleging** 32:13
**Ally** 68:17,18
**Amended** 26:18
**AMERICA** 2:7
**American** 54:10 55:6
**amount** 24:24 25:1 30:1
  30:2 50:5 59:8,10
  144:17,18,19,25
**Andrew** 73:18
**Andy** 118:22
**and/or** 28:14
**anguish** 141:11
**announced** 88:23
**answer** 6:7 19:2 21:25
  22:1,16 23:6 102:9
  128:7 129:18 130:20
  136:5 138:1
**answered** 138:19
**answers** 6:12,20 7:1 19:1
  22:16 79:2 126:3,13,20
  129:17
**antique** 110:12,25
**anybody** 30:18 40:7 44:9
  49:1 52:5 100:18,23,24
  101:8 105:21 108:15
  115:20 116:21 130:8
  135:10,20
**anymore** 83:8
**anyway** 100:14
**apologize** 26:22
**apparently** 98:8

**appliances** 55:17 56:10
  80:22 125:9
**applications** 145:12
**applied** 145:1
**appointments** 14:12,18
  14:19
**appraisal** 59:12,13 82:16
**appraised** 59:14 81:22
**approached** 137:12
**approve** 26:13
**approving** 28:24
**approximately** 8:18 67:1
  79:14,19 120:25 145:9
**approximation** 122:3
**aquired** 50:23
**archdiocese** 12:14,17
  13:16
**architect** 143:13
**area** 9:13,21 33:13 36:24
  47:16 63:24 94:12 97:4
  121:11 123:10 130:2
  140:25
**areas** 38:22 128:3 129:24
  130:25
**argue** 139:13
**arising** 108:21 109:11
**Army** 30:11
**arrangement** 49:21,25
**arrive** 50:12
**arrived** 88:25
**arrow** 64:9
**article** 99:6
**articles** 105:11,16,19
**artifacts** 112:9
**artist** 112:25
**ashtray** 112:20
**asked** 55:2,25 79:4 86:10
  96:11 105:9 127:24
  138:18
**asking** 22:15 42:1 129:5
  136:23
**assessed** 81:17,23 82:17
**assessor** 81:22
**assistance** 30:12 106:24
**Assistant** 14:9
**associated** 70:10

**assume** 49:8 88:9
**assumed** 92:11
**assuming** 134:6,10
**attach** 146:10
**attend** 8:22 9:5
**attending** 74:15
**attention** 46:20 102:23
  104:25
**attorney** 2:19 19:8 41:11
  79:6,11 105:23 106:13
  106:16 114:21,24
  126:14 128:1 136:21
  137:15
**attorneys** 19:16,20 55:3
  56:1 78:23 101:23
  105:5 116:8 130:24
  136:20
**August** 10:14 16:8,9
  40:16 43:23 69:4
  109:10 136:8
**aunt** 16:2
**Avenue** 2:16,21 11:3
  28:16 39:8 43:7 47:23
  57:21 58:1 62:3,15
  63:2 64:16 68:11 70:4
  76:6 88:2,3 94:2 99:25
  120:11,20 122:12 138:3
  145:18
**aware** 36:21 37:4,5
  127:25 134:11,14
**A.m** 1:18

## B

**baby** 86:8
**Bachelor** 9:11
**Bachelor's** 9:8
**back** 15:12 37:22 39:13
  39:15 63:13 71:10 88:2
  88:11 96:3 97:12 106:8
  119:8 123:8 125:2,3
  136:24 137:18
**background** 120:1
**backward** 15:6
**backyard** 63:6,12
**bags** 42:16,16,16
**balance** 82:20 83:3,5
  145:9

MARENTHIA LAGARDE

January 22, 2009

Page 2

**bang** 102:12,14 104:21
    104:24
**banging** 31:25 101:16
    102:24,25 104:10
**bank** 54:13,15 142:8,9
**banks** 54:15
**barge** 1:6 2:2 31:4,12,19
    31:24 32:4,4,20 35:13
    35:18 37:2,6,12,18,19
    38:11 39:18 40:8 48:25
    49:13 68:15 70:10 90:4
    90:10,11 93:16 94:14
    94:15,22 95:4 98:14,18
    100:1,12,18,25 101:10
    101:15 102:5,12,17,25
    104:9,14,21,25 105:7
    105:24 117:13 119:11
    119:21 120:2,10,14
    121:22 122:10,21,25
    124:12,16,21 125:3,15
    125:16 126:22 129:15
    131:23,24,25 132:7
    135:13,15,18,22 136:7
    137:21 138:2,13,16,22
    138:23 139:3,7,9,10,18
    139:20,23,24,25 140:9
**Baronne** 2:4
**bars** 81:1,2
**base** 13:2
**based** 38:4 79:15 122:17
    122:19
**basically** 35:6 36:24
**basis** 39:2 59:9
**baths** 77:16
**bathtub** 92:16
**Baton** 9:5 44:16
**bearing** 99:13
**Becnel** 23:10,11
**bed** 112:2,3,4,5
**bedroom** 112:2
**bedrooms** 77:14
**began** 16:4
**beginning** 1:17
**behalf** 30:22
**believe** 33:2 52:3 81:13
    89:4 94:19 97:5 102:3

104:5 112:7 114:25
    116:18
**bell** 23:11
**belong** 54:1
**belonged** 53:24 84:2
    111:2
**belongs** 65:18 66:5
**Benoit** 1:9
**Bernard** 36:25 37:23
    60:15 129:2
**best** 65:8 147:13
**Betsy** 47:2,6,13,22 69:4
    69:10,13,24 70:5,5,11
    70:14 71:6,17 72:1,12
    73:1 74:12,18,24 75:4
    80:2
**better** 81:4
**big** 72:4 112:12
**birth** 33:17 73:6
**bit** 40:14 47:14 64:10,11
    66:1
**blame** 127:14 129:15
**blames** 129:13
**blaming** 126:22 127:3,9
    128:4
**blank** 38:21
**blew** 71:20
**block** 45:19 68:10 70:4
    77:1 94:2,12 99:13
**blocked** 77:6
**blood** 109:18,22,25
**blue** 65:16 68:10
**boat** 73:2
**bodily** 107:17
**Boh** 74:2
**booked** 85:19
**boom** 72:3,11
**booms** 71:25
**borderline** 110:3
**bother** 128:21
**bottom** 33:25 34:5 99:9
    136:3
**bought** 53:23 55:9,17
    66:20 67:3 80:21
**Boutte** 1:7
**box** 72:5

**bracketed** 99:9
**Branch** 2:20
**breach** 37:18 73:3 91:24
    92:3,6,8
**breached** 92:10,12
**breaches** 1:4 28:13 30:25
    32:15 69:22 70:2 136:7
**break** 13:22 40:12 64:20
    64:21 72:21 104:14,22
    119:3 143:3 146:1
**breakdown** 51:21 52:16
    52:16
**breaking** 72:13
**breeched** 92:9
**Brian** 2:3 21:12
**brick** 77:24
**bridge** 88:2 89:14 120:12
    120:18
**briefly** 93:21
**broke** 71:15,16 72:19,22
    100:5,12,19,25 101:11
**broken** 70:21,25 71:1
    111:10
**brother** 12:20 17:16 73:8
    103:22
**brothers** 48:15,18,22
    50:1 74:2 83:25
**brother's** 17:23 73:10
    75:14
**brother-in-law** 75:1
**brought** 47:13 102:23
    112:20
**Bruno** 128:2
**bubble** 63:25
**budget** 143:10
**build** 31:1
**building** 51:4
**built-up** 76:9,12
**bulk** 128:24
**bus** 98:14 117:13 119:13
    122:13,14
**business** 9:15,21
**buy** 42:23 55:22 66:25

--- **C** ---

**C** 2:1
**cabinet** 110:13,15,21,21

112:1
**calculation** 50:13
**call** 72:5 115:5
**called** 11:13 14:15 37:7
    54:17 78:24 82:20
    114:22,24 115:11,12
    126:2,12 128:1 129:19
    137:4,8,9 140:12,16
    145:15
**calls** 22:4,5 141:5
**calm** 87:18,19
**camera** 97:24
**canal** 1:4 28:14,15,16,16
    28:21 37:24 60:14,16
    69:23 71:11 76:4 87:24
    119:9 137:23
**canals** 28:14,20
**cancer** 75:2
**canned** 42:23
**Capital** 54:16,17,18
**caption** 99:14
**car** 84:21 86:5,12 118:4
**card** 54:6,8,11 55:7
    56:13
**cards** 55:10 56:12
**care** 16:1,3 141:15
**carriers** 82:9
**cars** 45:9,12
**Carver** 8:23
**case** 22:3 37:7 46:1 78:23
    116:23 129:20 135:6,13
    135:16,17 137:20
**cast** 112:20
**Catherine's** 12:22
**caught** 104:24
**cause** 27:1
**caused** 5:15 32:16 35:14
    37:3,13
**cedar** 112:7
**cell** 34:8 140:19 141:5
**cement** 31:3 76:24
**center** 2:9 26:15 29:13
    30:21 35:3
**central** 10:20
**Centre** 1:16
**certain** 79:2

MARENTHIA LAGARDE

January 22, 2009

Page 3

**CERTIFICATE** 147:1
**certification** 4:11
**Certified** 4:14 147:3,22
**certify** 147:4
**Chaffe** 1:15 2:8
**chair** 133:15
**chance** 74:8
**change** 82:8
**changed** 54:18 117:2
**changing** 73:22
**check** 29:10,10 56:8,9
  88:19
**checking** 56:2
**checks** 55:23
**chest** 112:6,7
**children** 16:16 34:17
  42:12 43:9 44:18 46:6
  84:24 85:2 130:17
**china** 110:12,15,21 111:8
  111:12 112:1
**chose** 12:25 133:19
**Christ** 112:12 113:8
**church** 142:7,9
**cinder** 77:1
**circled** 33:13
**Citizens** 21:1 23:15,19
  24:13,17,20 26:3,15
  27:16 29:2 30:7 31:6
  32:14 48:24 49:7 57:13
  57:15 82:1,5,6,10,19,22
  83:21 127:9
**city** 28:11 32:14 33:8
  35:8 47:16 96:19 129:3
**Civil** 1:4 2:20 4:7
**civilian** 33:13
**Claiborne** 88:2 120:11
  120:20 122:11
**claim** 23:14 24:3,12 26:5
  30:17 36:7,9 39:3
  48:23 53:22 57:14
  107:20 108:14,20
  109:10 128:2
**claimed** 50:7 102:5
**claiming** 27:20 145:17
  145:20
**claims** 31:5 136:6

**class** 129:4,25 131:1
**clause** 135:1
**clauses** 28:25
**clear** 105:10
**clearly** 119:21
**clip** 90:15,24 95:15,21
  97:16 98:18 99:18
**clips** 90:1,1 105:11
**close** 7:14 64:4 67:18
  70:7 71:5 79:19 94:23
  118:4
**closer** 120:11,14,19
  122:11
**closing** 25:14
**CNN** 89:4 93:21
**Cochran** 114:19 115:21
  115:25 116:8,16,21
  136:20
**code** 140:25
**collaborate** 53:11
**collapsed** 70:21 71:4
**collateral** 59:22
**college** 9:2,4
**color** 99:13
**columns** 144:6
**come** 26:21 31:24 56:19
  58:25 59:5 70:13 75:19
  76:3,5,8 78:6 85:16
  86:10 106:7 115:6
  125:17 126:4
**comfort** 42:16
**coming** 19:7 61:9 70:16
  70:19 71:7 72:8 90:6,7
  92:12 101:15 102:6
  126:9
**comment** 89:11
**comments** 100:14
**communicate** 85:17
**communication** 135:2
**companies** 55:8
**company** 15:10,12 20:22
  23:20,22,24 31:3 32:4
  48:25 83:20 96:15
  105:24
**compelled** 46:2
**compensated** 36:14,19

  127:15
**complaint** 26:18,24
**complaints** 109:17
  137:20
**completely** 123:12,18,19
  124:4,17
**completeness** 106:20
**computer** 57:2
**concern** 46:7
**concerned** 46:23
**concerning** 135:13,15,18
  135:21
**concluded** 146:14
**concluding** 139:19
**condition** 109:23
**confirm** 68:1,11
**consider** 36:8
**considered** 111:3
**Consolidated** 1:5
**construction** 28:19 31:21
  32:6,17,22 74:2 77:23
  143:11 144:6
**contact** 14:10 115:6,9,10
**contacted** 55:6
**content** 24:4 25:10
**contents** 24:15,21 25:4,5
  27:4 49:10 51:2,8
  52:12,20 53:5,20 57:11
  82:12 110:9,13,14
  111:18 124:20 127:12
  130:5 132:18 138:12
  139:19
**context** 115:23
**continued** 91:18
**continues** 93:12 94:8,16
  95:8
**contract** 20:14,16 116:16
**conversation** 21:22
  22:10 23:3 82:23
  103:15 115:4,16 136:23
**conversely** 51:13 52:8
**convoyed** 45:21
**copies** 79:7 84:4
**copy** 26:22 29:9
**corner** 60:8 62:2,15,25
  78:15 85:15 101:14

  119:18
**corners** 119:5
**Corps** 33:1 35:11 36:12
  36:15 37:2,13 38:5
  39:4 48:24 127:3,18
  128:4 129:13
**correct** 5:8 25:1 27:13,17
  27:23 29:9 33:19,23
  35:17 45:8 46:10 48:6
  49:9 61:1 64:14,17
  65:10,11,20 68:12,13
  69:8 73:4 88:14 91:11
  91:21 92:22 94:14,17
  97:16,21 99:22 102:20
  104:13,18 117:14
  124:11 126:15 127:11
  130:7 131:20 132:4,20
  137:17 145:23 147:12
**correctly** 94:18
**correspondence** 29:18
**Corsica** 45:10,10 84:19
**cost** 110:24 113:16
  143:11
**Councel** 137:12
**counsel** 4:4 147:14,15
**counselors** 109:7
**Country** 13:6
**couple** 26:1 87:10 94:19
  117:11
**courses** 9:20
**court** 1:1 4:14 5:3,24
  41:13,18 147:4,22
**cousin** 140:13
**cover** 24:6
**covered** 24:2,7 28:6
**co-owners** 49:23
**cracked** 111:10
**crashed** 137:21
**crawl** 77:3
**credit** 54:6,8 55:7,10
  56:11,13
**cried** 107:16
**cross** 30:10 60:22 103:13
  103:14,14
**crossed** 60:24
**crying** 107:16

MARENTHIA LAGARDE

January 22, 2009

Page  4

**current** 34:10
**currently** 34:16 65:18
**cut** 14:21

**D**

**dad** 75:2 99:2
**Dallas** 15:9
**dam** 90:9
**damage** 24:2,6,14,14,21
  24:21 25:6 27:23 28:25
  31:13,15,17 49:2,8,18
  50:8,15 51:6 52:9
  75:25 132:10 145:18,21
**damaged** 30:23
**damages** 28:5 130:9
  131:6,11 135:10 141:10
**Dan** 41:12
**Daniel** 2:12 5:12 23:11
**Danny** 23:10
**dark** 72:23
**Darrell** 114:22
**date** 33:17 95:9 140:14
  143:9
**dated** 26:3
**daughter** 34:21 85:3
**David** 137:11
**Davis** 62:22
**day** 1:19 10:25 12:21
  13:6 71:2,3 87:3 88:9
  89:7 97:9 105:25
**days** 87:10 94:19 119:23
**deal** 113:5
**dealing** 12:4 115:17
**dealt** 12:8,10,20 13:9
**deceased** 103:4,25
**December** 96:17,25 97:5
  137:14 138:25
**decide** 45:24
**decided** 45:7 86:3
**decision** 45:16
**declarations** 40:7
**deducting** 29:15
**Defendant** 5:13 135:3
**Defendants** 134:4
**DeGaulle** 11:3,4
**degree** 9:7
**demolish** 139:6

**demolished** 61:19 66:21
  138:23 139:4,10,23
**demolition** 141:18
**department** 2:20 14:15
  14:22,24
**deposition** 1:14 4:5 5:16
  5:18 13:25 41:16 64:22
  106:21 146:3,6,11,14
**Derek** 2:8 5:11 22:20
  41:11 133:11
**describe** 77:11 110:13
**described** 64:3
**description** 99:23
**design** 28:19 142:23
**Deslonde** 63:16,20 85:14
  103:23 118:24 120:5,8
  121:4 123:15 124:13,17
**destruction** 129:24
  130:25
**detailed** 22:9
**determine** 13:3 56:2
**diabetes** 110:2
**diagonally** 137:23
**die** 104:2
**died** 16:21,22 55:14
**different** 20:24 123:22
  124:9 125:11
**differently** 123:23
**direction** 62:17 147:11
**directly** 63:4
**Director** 11:16
**dirt** 70:23
**disabilities** 14:17
**disagree** 79:16
**disaster** 99:14 106:24
**disc** 146:7
**Discover** 54:11 55:7
**discussion** 90:18
**dismissing** 25:14
**displacement** 129:21
**disputing** 81:22
**district** 1:1,2 10:22 74:6
**Division** 2:20
**divorce** 16:23 44:7
**divorced** 16:20 44:5
**doctor** 108:19,22,23,25

109:9
**doctors** 14:19
**document** 126:6,6,11
**documents** 19:13 26:1
  55:3 78:25 79:15 126:9
  128:18 137:25
**dog** 43:2
**dogs** 43:2 77:7 85:4 88:8
**doing** 13:13 18:20,20
  82:20 84:6 95:17
  142:25 143:7
**dollar** 113:15 143:14
  144:24 145:5
**dollars** 108:15 111:16
  113:25 114:14,16
**Donald** 2:24 17:6 19:6
  34:20 41:10 44:11,19
  44:25 53:9,13 54:2
  85:5,8,9,12 86:1 130:14
  130:16 136:19
**Donald's** 17:10 58:17
  85:18,21
**door** 60:3,4,13,23 70:22
  76:21 89:12
**double** 66:3
**Dr** 109:15 131:8 141:13
**drawer** 112:7
**drawings** 142:20
**dresser** 112:5,6,8
**dried** 124:24
**drive** 11:4 86:2
**drove** 85:7
**drug** 6:23
**dryer** 56:11
**due** 30:25,25 32:15 35:10
  46:8 107:11 127:10
  131:6
**duly** 5:2 147:6
**DUVAL** 1:8
**D.C** 2:16,22 41:1

**E**

**E** 2:1,1
**earlier** 49:5 69:2 71:13
  85:16 100:17 106:23
  127:13,24 137:16
  141:12 142:13 146:8

**early** 67:4
**earthen** 60:25
**easier** 43:17
**east** 83:11 88:4 137:22
  142:8
**EASTERN** 1:2
**Eddie** 103:3 106:6,14,14
  106:17
**educated** 133:13
**education** 8:20 9:22
**Edward** 2:3 17:24 18:2,5
  18:6,9 41:11 73:10,13
  74:14 98:25 103:22
**Edward's** 73:16
**effect** 46:19
**efficient** 27:1
**eight** 144:4
**Eighteen** 79:17
**either** 18:6 19:15 24:13
  24:20 55:12 75:16 90:5
  116:22 125:19 144:3
**elderly** 16:2
**Eldridge** 140:16
**electrical** 72:4
**elevate** 144:3
**elevation** 143:22,24,25
**Ella** 61:25 62:12
**else's** 130:19
**El-Amin** 2:19 41:7,14,17
  41:20,22,24
**emergency** 30:12
**Emile** 109:15
**emotional** 14:17 111:16
  131:6,11 141:12
**employment** 9:24 33:15
**empty** 65:5 66:9,11
**enclosed** 77:10
**encouraged** 42:11
**ended** 98:22 103:12
**Energy** 1:16 2:9
**Engineers** 33:1 35:11
  36:13,16 37:3,13 38:6
  39:4 48:24 127:4,19
  128:4 129:13
**enjoyment** 142:3
**entered** 135:22

MARENTHIA LAGARDE

January 22, 2009

Page 5

**entering** 28:11
**entire** 12:12 68:10 69:16
**entirely** 25:4
**equally** 49:22
**equivalent** 5:24
**Esq** 2:3,8,12,15
**estate** 57:21 58:14,24
**estimate** 143:16 145:5
**estimated** 113:14 143:10
**evacuate** 40:20,21 42:3
  45:7,17,25 69:9
**evacuated** 8:1 45:13
  72:20,21 73:1 74:12,15
  75:11,12,13 78:7 107:8
  108:12 140:18
**evacuation** 46:15 104:9
  108:9,16 129:20
**evaluation** 82:16
**Evelyn** 17:22 18:2,4,6,10
  73:10,13 74:3,15 83:24
**event** 6:1 42:17 45:7
**events** 20:20 116:23
  117:8
**eventually** 57:9
**Everybody** 86:13
**everybody's** 92:3
**everyone's** 53:19
**evidence** 29:8 56:3
  139:12
**exact** 30:2 144:18,19
**exactly** 99:25 132:12,25
**EXAMINATION** 3:1,4
  5:5
**exclusively** 48:13
**excuse** 51:19
**exhibit** 3:11,13,14,14,15
  3:16,16,17,17,18,18,19
  3:19,20,20,21,21 26:19
  29:8,12,17 38:15 39:3
  39:25 52:23 63:21 68:5
  99:4,4 106:22 118:10
  119:1 126:1 146:6
**Exhiibt** 3:13,15
**existence** 134:2
**expanded** 63:6
**expectation** 143:3

**expecting** 85:1 86:7
**expenses** 141:16,19
**experience** 69:12,16
  75:23 108:2,5
**experiences** 105:13
**explain** 5:19 11:25 119:2
**explained** 5:10
**explosions** 71:25
**Express** 54:10 55:6
**expressed** 71:14
**extent** 80:1
**exterior** 78:17,18,19
  81:6
**extremely** 109:19
**ex-husband** 16:22
**E-L-A-M-I-N** 41:22

**F**
**faced** 68:20
**facing** 60:13,14 70:18
  121:9
**fact** 68:1 100:17 138:4
  138:16
**facts** 129:20
**failed** 35:8
**failure** 28:13 31:1 37:13
  40:9
**fair** 15:21 27:16 46:24,25
  59:7 64:2 113:13 122:1
**false** 47:12,19
**familiar** 11:22 90:24
**familiarity** 131:3
**families** 111:13
**family** 1:10 69:9 72:3
  88:8 106:19 113:9
  114:10 131:3
**far** 37:22
**fashion** 6:7
**fast** 76:11
**father** 85:8
**father's** 114:5
**fault** 35:19 38:6
**February** 16:4,6 38:2
  139:25
**federal** 4:7 10:23 12:5
**fees** 29:15
**feet** 47:7 69:21 76:15

  79:14 144:3,4
**fellow** 97:22 137:8
**felt** 37:18,21 42:8
**FEMA** 29:17,19 30:5
  106:23
**fenced** 77:9
**fencing** 77:7
**fifteen** 26:11
**fifty** 50:20 107:4 108:15
  112:18 114:14 143:21
  145:4
**fifty-five** 144:21,23
  145:5
**figure** 58:25 113:15
**figured** 59:2
**figurines** 111:7,8 112:11
**file** 81:21
**filed** 5:14 26:15 30:17,18
  30:21 33:6 36:22 48:20
  78:22 126:21 127:2,7
  128:2
**filing** 4:11 29:1
**fill** 33:3 39:15 51:22 52:6
**filled** 36:3 38:23 39:3
  51:16
**film** 90:7 91:5,18 93:12
  94:8,16 95:8 98:22
**final** 44:7
**finally** 45:7
**financially** 142:24
**financing** 143:8 145:8
**find** 96:22 112:21
**fine** 18:20 36:16,18
  40:13
**finish** 19:2,3 101:5
**finished** 101:21
**firm** 20:21,24 23:16
  114:19 115:21,25
  116:17,21 136:20
**firm's** 21:10
**first** 5:2 41:20 49:11
  56:23 57:20 86:20
  88:16 94:22 95:3 96:18
  96:18 123:6 126:20
  136:3 139:1 140:3
  143:7 147:6

**firsthand** 89:18
**five** 29:22 58:7,11,18
  59:15 60:11 77:15
  114:15 144:3
**fixing** 81:3
**floated** 122:13
**flood** 24:10,15,22 69:18
  76:4 80:2 137:22
**flooded** 47:8 80:5 89:2
**flooding** 5:14 28:11 29:1
  30:24 32:14 33:8 35:10
  37:3 47:5,17 69:13
  70:11 79:25 88:17,22
  88:23 105:14 129:14
  133:6,21,23
**floods** 80:4
**Florida** 76:6 88:3
**flowing** 119:7
**flush** 125:4
**flyovers** 89:21
**folks** 12:9 21:17 71:19,23
  88:20 90:23 96:16 97:6
  97:7 101:13,18 103:11
  134:16
**followed** 20:13
**follows** 5:4
**food** 43:1,2
**footage** 77:18
**force** 26:25 27:21,24
  28:5 30:23
**foregoing** 131:7
**forever** 113:10
**forgot** 13:22 18:21
**form** 26:3 32:25 33:1,5
  33:11,12 35:3,20,22,23
  36:6 38:3,8,15,16,19
  39:11,16,17 50:25
  51:23,25 52:1,6 107:2
  127:2
**formalities** 4:9,10
**forms** 50:6 51:16 108:17
**forth** 147:8
**forty** 58:8
**fory** 58:12
**four** 7:14 9:6 48:9,15
  58:7,12 60:10 76:23

MARENTHIA LAGARDE

January 22, 2009

Page  6

84:3 113:25
**fragile** 113:6
**frame** 77:25 78:1 125:10
125:10
**Freeman's** 62:13
**friends** 142:6
**front** 5:25 37:17 50:7
58:20 60:13,17,23 68:2
70:21 71:4,5 76:20
89:12 121:17
**full** 7:7
**fully** 59:24
**funds** 49:17
**funny** 34:3
**furnitures** 55:18 125:7
**further** 9:21 122:11
**future** 141:10 142:2

**G**

**Galvez** 123:15
**garage** 114:13
**Garcia** 17:1
**general** 11:3,4 23:3
108:24 109:12
**gentleman** 18:19
**geographical** 11:24
36:24 128:3
**geography** 129:25 131:1
**George** 8:23 17:1 62:1
62:12,13 75:13 79:25
**Georges** 75:7
**getting** 115:18 145:14
**Gilbert** 2:3 19:16 21:12
21:14,16 36:23 101:22
116:11
**give** 5:23 6:20,25 73:5,16
74:10 79:1,10 84:4
106:8 117:6 140:24
**given** 5:18 40:6 126:11
126:20
**gives** 99:24
**giving** 91:14 126:14
**go** 6:2 9:2 10:24 13:23
15:6 22:13 23:1 42:23
51:15 62:7,16 69:20
76:20 77:8 83:22 86:5
86:13,16,23 88:1,6

101:20 104:15 124:23
135:24 136:2,12 138:9
141:8 142:9 143:22
**goes** 36:15,17
**going** 13:23 20:12 22:4,8
22:20 25:11,25 26:17
26:20,21 38:14 42:3,9
51:17 57:10 62:5,5,6
74:16 86:4,15 88:4
89:11 90:14 91:10
98:24 106:21 118:25
119:2 120:6 125:25
133:12 143:5,6,13
**good** 36:13 45:12
**goods** 42:24
**Goodwin** 2:15 63:5,18
68:17,17,18 118:16,17
121:25
**Goodwin's** 89:24,25
121:8,12,13
**Google** 63:24
**gotten** 22:5 76:14 143:23
**Government** 33:7 36:8
38:3 40:23 127:3
**graduate** 8:25
**graduated** 15:7,16,17
**graduating** 9:19
**granddaughters** 111:22
**grandmother** 50:22
111:2,20 112:19 114:5
114:6
**grandmother's** 112:10
**grandparents** 111:11
**grateful** 86:2
**great** 113:17
**great-grandmother**
111:3,19 112:19
**great-grandparents**
111:13 114:4
**Greenville** 7:25 8:2,6
45:14,19 84:16 86:18
87:2,3 91:20 92:19
94:25 96:1 103:8,9,12
131:19
**Green's** 8:17
**grew** 142:5,9,11

**ground** 125:4 143:4
144:4
**group** 19:23 36:22 116:6
116:8 127:25
**grunt** 18:23
**guess** 10:14 25:7 29:3
119:25 130:2
**Guidry** 114:24,25 115:1
115:5,6,20 116:1 137:4
**guilty** 36:15,16,20
127:16
**Gulf** 28:17
**gutters** 76:10

**H**

**hail** 24:8 80:16
**handmade** 113:21
**handwriting** 36:4 39:7
**handwritten** 39:24
**hanging** 113:3
**happen** 6:1,15
**happened** 8:14 86:14
**hard** 47:17
**Harding** 136:14
**head** 92:3
**headed** 128:1
**health** 107:23 141:15
**hear** 6:12 22:25 46:14
71:25 104:17
**heard** 72:2,3,11 88:17
100:24 101:9,9 103:17
117:7
**hearsay** 103:16
**heavy** 76:9
**heirloom** 113:21
**helicopter** 89:21 94:21
**help** 18:19 51:22 84:8,12
**helping** 16:1
**Henry** 62:22
**heredity** 109:23
**hereinabove** 147:7
**hereto** 4:4 147:15
**Hibernia** 54:20,21
**high** 8:21,23 11:23 69:20
76:13 109:22,25 110:4
**higher** 47:14
**history** 9:24 56:2 114:10

**hit** 100:4 104:14,21
122:21 124:16
**hitting** 32:1 105:1
**hold** 14:6 115:15
**holder** 112:20
**home** 8:6,17 16:1 24:14
29:24 30:6 31:14 34:7
34:9 37:16 43:5 44:13
45:22 47:7,25 48:16
49:7 51:11 62:22 69:15
69:18 71:5 74:14,17,21
87:1 96:9,10 99:24
125:12 134:17 141:25
141:25 143:19,22
144:14,15 145:6
**homeowners** 24:4 81:25
**hoped** 66:23
**hopes** 66:21
**hospital** 85:23
**house** 7:15,17,20 27:21
34:23 35:1 37:20 42:13
44:9,20 48:8 50:3,19
51:8 53:5,15,20 55:1,16
55:19 57:11,19 59:14
59:19,21,24 60:4,6,7,13
61:2,5,15,19,21,21,22
61:23,24 62:10,11,13
62:23,25 63:11,13,18
63:18,19 64:3,7,7,15
65:4,18 66:3,13 68:14
68:15,20 75:3,9,13,14
75:15,18,25 76:16 77:4
77:12 78:4,9,10 79:14
80:1,7,8,10,12 81:5,6
81:15,18,23 82:13,17
82:24 83:1 84:2,10
89:16,20,24,24,25 90:1
90:2 92:25 93:2,4,8,16
93:17,22,23,24 94:5,13
94:23 101:14 102:13
112:17 118:1,14,19
120:1,5,24 121:4,8,12
121:13,17,20,25 122:4
122:18,22 123:4,7
124:21 125:11 130:4
132:8,19 138:3,6,11,16

138:23 139:2,6,7,11,18
139:23 140:4 144:3
**houses** 31:25 32:1 60:8
64:6 75:24 79:24
101:16 102:25 104:11
105:1 123:9,14,17,22
124:4,7,16
**hundred** 29:22 50:17
57:21 58:1,7,8,11,12,13
58:18,25 79:17 107:4
108:14 143:20 145:4,10
**hurricane** 5:15 23:16,18
25:21 26:14,25 27:21
27:24 28:5 29:13 30:8
30:21,23 35:7 40:15,18
42:2,5,14 46:4,9 47:13
67:24 75:17,22 83:9
90:21 107:7,11 108:2,6
119:23 123:25 130:10
135:11 140:4
**hurricanes** 42:11 75:6
75:10,16
**husband** 84:25

## I

**Iberia** 75:12
**idea** 84:6 110:23
**identified** 122:19
**identify** 89:20 94:1
136:13 137:24
**illness** 107:15
**ill-repair** 66:19
**immovable** 27:3
**impacted** 47:8 107:23
**improvements** 27:4 28:4
**include** 58:16 123:14
**included** 51:7 58:22
**including** 17:18 116:1
**incomplete** 39:14
**inconvenience** 141:22
**INDEX** 3:1,11
**Industrial** 28:16 37:24
60:14,16 69:23 71:11
76:4 87:24 119:9
**inflicted** 107:22
**inform** 22:3
**information** 31:2,8

35:18 82:12,15 83:14
83:17,25 122:21 129:4
129:7
**informed** 20:12 128:5
**ING** 131:21,22
**Ingram** 1:8,9 49:1
105:24 137:12 138:22
139:6,22
**initially** 97:8
**initiated** 19:25 22:4
**injuries** 107:11,17
109:11
**injury** 107:5,20,24
108:21
**inmovable** 27:22
**Inn** 86:24 87:1
**inside** 80:8
**Insofar** 64:13
**instance** 5:25 12:19
113:21
**insurance** 20:22 23:22
23:23 24:4,10 57:9
82:20 83:20 84:2,13
**insure** 83:2
**insured** 28:3
**intensity** 42:14
**intention** 40:20
**interested** 147:16
**interests** 116:24
**interior** 78:17,21
**interpret** 105:1
**interrogatories** 78:24
126:3
**Interrogatory** 137:19
140:11 141:8 145:17
**interrupt** 50:24 91:11
**interview** 90:25 91:15
92:18,24 94:9,18 95:10
95:20,25 96:6,12 97:13
97:20,23 98:17 105:4
116:22 146:8
**interviewed** 90:20 91:2
96:17 97:1,8,25 136:13
136:19
**interviewing** 98:5,7
**interviews** 98:24

**intimidate** 128:20
**intimidated** 129:11
**intimidating** 128:11
133:16
**inventory** 57:17
**investigator** 136:17
**invoices** 54:23
**involved** 20:2 31:13,19
35:19 40:24
**involving** 135:22
**in-depth** 115:15
**iron** 81:1,10 112:20
**irreplaceable** 112:23
**Isaac** 60:5
**issues** 21:2 116:2
**item** 54:23 110:11
111:16,23
**items** 56:7 58:15 141:21
**Ivan** 75:6,11,21,22 76:3
79:25 108:13

## J

**Jamaree** 43:14,18
**January** 1:19 26:4
**Jesuit** 12:20
**job** 11:22 15:13
**join** 129:12
**jointly** 48:16
**Joseph** 128:2
**Jourdan** 39:8 43:6 47:23
49:3 57:20,25 60:23
62:3,15 63:2 64:16
65:12,16,22 66:2 68:10
69:7 70:4 75:18 80:2
94:2,12 99:25 117:23
118:12 122:8 138:3
145:18
**judge** 1:8 5:25
**jump** 19:2
**Justice** 2:20
**J-A-M-A-R-E-E** 43:14
**J-O-U-R-D-A-N** 43:6

## K

**K** 1:6 2:19
**Katrina** 1:4 5:15 7:18,21
7:24 8:4 10:5,7,10,13

18:8,17 20:20 27:1
30:9 54:5 59:16 66:11
66:16 67:7 70:2,8
71:15 82:4 107:11
108:21 109:11 110:1,2
116:2 117:8 135:11
144:11
**keep** 84:3 117:3
**Kendrick** 136:14
**kept** 17:4 73:22
**kids** 14:20
**kill** 46:5
**kind** 6:22,23,23 22:13
24:2 31:11 77:7 89:16
108:23 113:6
**kitchen** 56:10 77:21,22
80:22 110:19 125:8,8
**knees** 125:6
**knew** 57:8 85:25 86:3,14
89:25 102:4 106:6,7
109:24 125:12
**knocked** 139:11
**knocking** 32:1
**know** 5:21 6:8 13:19
18:25 20:1 22:6,7
23:18 24:7,7 29:3
32:25 37:21 40:22 41:6
41:19 43:3 45:13 47:11
47:15,18 51:12,18
52:14 53:10,12 54:10
56:10,13 57:10 58:4,19
61:9 63:17,18,20 66:4
67:18 68:15 70:20,22
71:18,21,21 72:15,18
74:9,10 75:15,24 79:23
80:7,21 81:1,5,6 82:25
83:15 86:3,16 89:10,14
89:16 90:2,8,10,11,15
91:1,1,7,9 92:2,4,13,15
93:8,17,24 95:18,19,23
100:16 101:4,15 102:5
103:9,16 105:2 106:11
107:22 108:11 109:20
110:24 112:12,16,21
113:12 116:3,18 117:4
118:20 120:19 121:2

MARENTHIA LAGARDE                                                    January 22, 2009

Page  8

122:14 123:1 125:5,20
125:22,24 127:14,17
128:25 129:3,25 130:8
130:9,14,16,23 131:22
132:3,12 133:23 134:6
136:25 138:4,8,9,12,15
139:17 142:10 144:2,4
**knowing** 51:20
**knowledge** 31:11,18 32:3
32:23,24 37:11 122:20
122:20 133:6 137:6
**known** 26:17

---

**L**

**L** 2:3 4:1
**LaBranch** 109:15 131:8
141:13
**lady** 8:11 40:25 61:25
**Lafarge** 1:7,8,9,10,11
2:7 5:13 31:3 36:18
48:25 127:20
**Lagarde** 1:8,14 2:24 5:1
5:7 7:8,16 16:12 17:2
26:2 27:16 40:22 41:9
41:10,16 43:15 52:24
99:1,12 129:19 136:18
136:18 137:13 138:1,2
146:2
**Lagarde's** 99:24
**land** 138:6,10
**landed** 100:1,8 138:2,11
138:17
**large** 113:7
**larger** 56:7
**largest** 110:11
**law** 1:15 2:3 4:8 21:10
**lawsuit** 5:13 20:5 26:14
26:19 27:15,20 29:1
30:18,21 32:9,11,12
36:22 48:19 57:13
126:22 127:7,25 128:3
128:5 129:13
**lawsuits** 40:25
**lawyer** 40:23
**lawyers** 19:24 20:4,9,11
20:15,19 21:4,8,21
25:22 36:22 128:1

**lead** 20:13
**learned** 45:18
**learning** 14:17 73:21
**leave** 42:4,9,10,12,15,18
42:23 46:3,21 86:1,8
**leaving** 42:19 69:3 85:18
85:18,25 141:6
**Leefe** 137:12
**left** 15:11 45:22 46:2,19
55:13 84:16 87:14 88:1
110:21 121:21 123:7,20
**left-hand** 33:13
**left-handed** 34:2
**legal** 13:22 23:17,18
25:21 26:14 29:13
**legally** 48:13
**Legarde** 56:24 91:12
**letter** 26:3 29:13
**let's** 9:25 15:6 31:9 33:11
52:8,22 60:1 62:7,8,16
64:25 65:2 67:17 76:14
81:12 86:13 88:6 91:4
93:11 94:7 117:11
118:10 124:24 126:19
129:17 136:2,12 141:8
145:25
**levee** 28:14,21 31:21
32:16 37:14 47:14
60:20 69:23 70:16,19
70:23 71:1,20 72:12,17
72:18 73:3 90:9 91:23
92:5,8 100:2,5,5,8,9,12
100:19,25 101:11,16
102:18 104:14,15,15,21
104:22,22 119:3
**levees** 28:14,20 32:6 35:7
60:25 71:15,16
**Lewis** 105:24 106:1,16
137:15
**liaise** 13:11
**liaison** 13:14,18 14:9
**life** 53:17 59:3 71:22
89:15
**lifestyle** 142:3
**line** 22:8 33:17 40:24
56:23 57:9,20 58:7

**Liskow** 105:23 106:1,16
137:15
**list** 52:25 53:2,19,19 54:3
54:24 110:8 111:23
**listed** 54:4
**listening** 42:13
**lists** 52:20
**lithographs** 112:15,24
**litigation** 21:9
**little** 40:14 42:16 47:14
63:25 64:10,11 66:1
87:18 89:17 122:13
123:23
**live** 43:9 47:21 85:12
**lived** 7:23 8:3 36:25
43:11 50:2 60:3 61:5
61:23 63:3 78:15 85:14
118:21
**lives** 18:4
**living** 7:12 17:25 18:13
34:15 43:5,22,25 44:2,9
66:23 69:5 74:14 77:22
89:15
**LLC** 2:11
**LLP** 2:8,15
**loans** 59:21
**lobby** 88:20
**located** 11:2 37:17 118:2
**location** 64:2 65:4,17
68:7 70:7 122:3,18
124:9,10 145:21
**locations** 70:2
**London** 28:15
**long** 7:12 8:16 11:15
14:23 82:3 104:2
**longer** 139:8
**look** 26:23 35:2 52:22
55:3 56:20 60:1 65:2
67:17 68:9 81:4 117:11
124:24 126:4,19 128:14
128:17 129:17 145:16
**looked** 65:6 125:6
128:24
**looking** 33:12 65:5 70:17
72:15 97:24,25 98:6
110:8 113:9,20

**looks** 121:7
**loss** 27:2 132:17,19 142:2
**losses** 36:19 126:22
127:4,10 131:2 135:11
**lost** 52:13 111:10 130:9
130:14,17
**lot** 29:6 30:13 50:20,23
51:16 55:20 56:6 61:18
61:22 62:12,14,18,18
63:6,7,10 65:17 66:5,9
68:2 79:21 89:6 90:23
101:18 105:10 112:16
112:18 122:25 126:9
144:8
**lots** 65:5 142:6
**loud** 104:24
**Louisiana** 1:2,17 2:4,10
2:13 4:16 7:11 21:1
23:15,19 24:13,16,20
25:20 26:3,15 27:16
29:2 30:7 31:6 32:13
48:23 49:7 57:13,14
82:1,5,6,10,19,22 83:20
127:9
**lower** 88:24 97:3 129:1
**L.L.P** 1:16

---

**M**

**MAGISTRATE** 1:9
**maiden** 17:3,4
**mail** 128:24
**maintain** 31:1
**maintained** 80:9
**maintenance** 28:20
31:20 32:5,17,21 84:9
**major** 9:13
**making** 22:5 36:7,9
100:14 136:24
**man** 13:19
**Manager** 10:20 11:17,18
12:2 14:3,4
**mandatory** 46:15,18
**Manmade** 99:14
**map** 60:2,3 63:24 64:14
**March** 140:1
**Marenthia** 1:14 5:1 7:8
26:2 27:15 41:9 56:24

MARENTHIA LAGARDE

January 22, 2009

99:12 129:18 137:13 138:1
**marital** 16:18 33:18
**mark** 2:15 26:1,19 33:11 38:15 41:12 52:23 99:4 106:22 118:10 126:1 146:7
**marked** 65:1 120:23 121:16 122:9
**marking** 64:25 117:25
**Marnethia** 136:18
**married** 16:20
**Martin** 12:20
**master** 112:2
**math** 15:4 58:10
**matter** 21:22 147:17
**Maya** 43:14
**Maya's** 43:18
**McCall** 1:15 2:8
**mean** 6:21 10:7 92:9 93:22 113:24 124:22 128:13 135:4,17 141:22 142:3,21 144:1
**means** 5:22 130:1 134:5 134:6
**medical** 6:24
**medication** 6:22 109:18
**meet** 19:7,10 114:20
**meeting** 114:18
**members** 106:19 131:4
**mental** 107:13,15,15,20 107:25 141:10,15
**mention** 35:13 105:15 106:13
**mentioned** 106:17
**message** 115:3
**met** 19:15,19 114:21
**Metro** 12:12
**Michael** 2:24 7:16,20 16:3,12 19:25 20:3,11 34:23,25 41:10 42:11 43:15,18,25 44:5,18,25 45:3,11 46:4,22 53:9,13 57:3 84:24 85:4 103:6 103:19,20 115:3,8,13 115:17 130:14,16

136:18 137:5,7,9 138:2
**Michael's** 43:8 44:2 58:16 67:3 84:24 96:10 141:25
**middle** 13:19 73:7 110:18 136:15 137:19
**Mike's** 85:2
**mind** 47:9 72:8 143:17
**mine** 59:6 142:1
**minivan** 45:11
**minor** 78:20
**minus** 145:9
**minute** 13:22 64:20 146:1
**Mississippi** 7:25 28:17 30:15 92:20 131:19
**mock** 22:19 23:3
**mom** 86:8,9 111:20 112:4
**Monday** 88:6 91:19
**money** 29:15,19,23 30:4 30:5,10,13 49:6 106:24 143:14,23
**monies** 30:8 127:8 144:15
**monitoring** 46:11
**month** 8:19 107:16
**Moreno** 2:3 19:15 21:24 22:1 23:1 41:11 101:23 110:16 128:6,12,15,19 133:11 138:18
**Moreno's** 116:6
**morning** 19:10,17 22:17 45:23 46:1 72:19 87:15 91:19
**mortgage** 59:19
**mother** 17:11 110:22
**mother's** 74:25
**mouth** 20:7
**movable** 28:3
**move** 86:25
**moved** 14:20 87:12 98:19 119:21 120:16 122:10 124:8
**moving** 125:19
**MRGO** 37:20 38:11

**Mt** 112:12 113:8
**Mumford** 1:8
**municipal** 65:7
**M-A-Y-A** 43:15

## N

**N** 2:1 4:1
**name** 5:11 7:7 11:11 16:25 17:2,3,5,12,20,23 21:10,11 23:10 33:21 41:5,19,21,22 48:9 56:24 61:9,25 62:24 83:5,12,19 103:3 106:6 106:7,9 109:14 117:5
**names** 23:17 43:13 63:20 83:18 96:20,24
**Nature** 134:2
**near** 137:13
**need** 146:5
**needed** 42:7,8 43:1 57:16 82:25
**needs** 41:19
**negligence** 28:19 35:10 37:12
**negligent** 32:16
**negotiations** 134:3
**neighbor** 31:22 100:24 101:13 102:1,11,16 103:2
**neighborhood** 71:8,11 75:20,22 76:3 87:21 94:23 99:19 102:14,19 104:10 123:16 142:5,11
**neighbors** 103:23 142:7
**neither** 74:17 86:1
**Nelson** 140:16
**nephew** 17:8 19:6
**never** 19:19 37:21 66:24 80:5 95:21 100:18 101:8,22 104:13,20 106:17 124:12
**new** 1:17 2:4,10,13,16 8:24 10:4,15 12:4,13 15:12,13 16:5,10 18:2,5 18:6,14,16 28:12 32:15 33:8 35:8 45:21 49:14 75:12 83:10,10 88:4

96:2,3 103:11,21 129:14
**Newman** 13:6
**news** 89:4
**newspaper** 95:1 105:11
**Nichole** 7:10 8:3 33:22 34:13 96:8,10
**niece** 85:1 86:7
**night** 45:20
**Nine** 129:1
**Ninth** 36:25 37:14 40:10 47:1,6 67:10 69:13 70:11,14 87:14 88:14 88:24 89:1 97:3,4 119:8 139:1 140:4
**nod** 18:23
**noise** 102:24
**noises** 72:1
**non-parochial** 13:5
**non-public** 12:2,9 13:15
**North** 2:7 60:10,11 62:3 62:17 63:11 64:4,15,15 117:18,19,22 121:5
**note** 50:6
**notes** 13:24 136:21
**notice** 53:6 65:21 87:25
**noticed** 70:17
**number** 11:23 15:1 26:2 33:11,14 34:4 38:15 39:25 52:23 64:25 73:19 107:3 129:18 131:24,25 137:19 140:11,22 141:3,9
**numbers** 73:21
**NW** 2:21
**N.W** 2:16

## O

**O** 4:1
**oath** 4:17 5:22
**Object** 21:24
**objective** 59:9
**obliterated** 124:5,17
**observations** 131:13,17
**obtain** 82:13
**obtained** 56:1 145:6
**obviously** 6:4

MARENTHIA LAGARDE

January 22, 2009

occurred 30:24 47:5
  66:24 130:10 132:13
occurrence 131:21 132:7
October 87:5
offhand 58:4 73:20
  74:10 83:15
office 2:3 10:20,24 11:10
  11:11,12 12:11 21:17
  21:18 25:19,21,22
Offices 1:15
officiated 4:16
off-line 99:5
Off-the-record 90:18
Oil 15:10,11
okay 6:16,19 7:15,20,23
  8:2 10:3,10,17,24 11:5
  11:15 12:7,24 13:11
  15:4,15,25 16:15,22,25
  17:6,12 19:10,12 20:3
  20:14,18 21:4,7,13
  22:11 23:4,10 24:12
  25:3,25 26:8,13 28:24
  29:5,17 30:16 31:18
  32:8,19 34:7 35:2,5
  40:14 41:3,7,14,20
  42:22 43:4,22 44:12
  45:6,9 46:14 47:21
  48:12 50:6,19 51:9,22
  52:5,22 53:2,23 54:22
  55:25 56:14,22 57:4,12
  57:20 60:12,22 61:8,11
  61:13,17,20 62:9,21
  63:1,8,15,21 64:11,18
  65:15,21 67:6 68:9,14
  69:1,12 70:24 71:3
  73:16 75:3 76:2,16,19
  76:24 77:2,6,23 79:4,21
  80:9,18 83:3 85:5,9,24
  86:12,23 87:20 88:6,13
  90:4 91:17 92:8 95:12
  96:9,23 97:15,22 99:3
  100:4 101:6,22 102:8
  102:16,21 106:20
  110:10,20 112:24
  115:25 116:7 117:19,22
  118:14,17,19,25 119:13

120:17 121:15,24
  122:17 123:4 126:19
  127:1 128:19,23 129:17
  130:18 131:6,13 132:10
  133:5 134:14,18 135:9
  135:24 136:22 137:6,11
  138:15 139:22 140:3
  142:13 143:1 145:4
  146:8
old 7:6 110:24
older 71:19,23 73:13
oldest 73:7 74:20 85:2
Olive 112:13 113:8
once 65:19 124:24
ones 73:14 78:21 82:21
Online 52:3
open 77:2 118:5
opened 96:19 97:2,3,10
operation 31:20 32:6,17
  32:21
operator 31:4
opinion 37:10,15,16,25
  38:1,4 39:18 40:8
  71:14,16
opinions 105:13
opportunity 39:10
opposed 49:9
option 129:12
order 73:6
orders 46:16
Oregon 18:4,10 74:3,5
orient 60:2 120:7
origin 110:15
original 98:19 113:16
  116:7 124:9
originally 47:24
Orleans 1:17 2:4,10,13
  8:24 10:4 12:5,13,14,18
  15:12,13 16:5,10 18:2,5
  18:7,14,16 28:12 32:15
  33:8 35:8 45:22 83:10
  83:11 88:4 96:2,3
  103:12,22 129:14
outcome 147:16
Outlet 28:17
outright 67:13

outside 81:5 88:24
overflights 94:21
overflow 92:16
owned 7:20 45:10,11
  60:5 61:3,23 65:24,25
  67:12
owner 66:20
ownership 48:12
owns 7:15 34:23 48:8

_____

P

P 2:1,1 4:1
pad 13:22
page 3:5 110:12,16,17,18
  134:23,25 135:25 136:3
  136:12 137:18 140:11
  141:8 145:16
paid 59:24
pain 141:10
painted 67:21 81:5
panned 93:7
panning 93:19 95:6
papers 22:6 25:13,14
  83:23 117:3 136:23
paperwork 42:7
paragraph 26:23 28:2,10
  35:2,25
Paragraphs 32:11
paralyzed 75:1
parents 14:20 17:10
  47:24 50:21 55:13,19
  66:22 69:5 74:21
Parfait 1:10
Parish 12:14,18 37:24
parishes 28:12
parochial 12:3
part 14:13 25:7 36:5
  49:6,13 51:9 81:6
  102:2 111:15 125:2,2
  129:2 145:4 146:10
partially 25:5,5 124:7
participate 13:4
participating 41:1
particular 10:21 11:19
  11:23,24 13:12 23:7
  35:25 56:4 67:19 98:3
  112:25 135:6

parties 4:4 147:15
parts 47:16 140:6,7,9
passed 55:20 111:19,21
  112:3 114:3
patient 73:9
pause 91:10
paused 98:14
pay 34:25 81:14 84:8,12
  114:14
paying 46:20
payment 24:19,25 25:4
  29:9
payments 25:16 26:4,8
Pennsylvania 2:21
people 62:24 63:17 99:7
  133:2,3
peoples 87:1
peril 28:6
permanent 86:20
Perry 1:9
person 13:12 27:13
  106:12 116:22 133:13
  136:13
personal 27:3 46:8 49:10
  50:14 51:2,5 107:4,10
  107:20,24 108:20,22
  109:11 111:17 122:20
  130:19 131:2 132:18
  147:11
personally 31:23 56:1
  57:18 92:6
Personnel 14:15
person's 21:10
perspective 64:13
pertaining 135:5,11
PERTAINS 1:6
Phillips 114:22
phone 21:14 34:4,8,8,9
  34:12 41:2 74:7 116:22
  140:19 141:5
photograph 68:12 99:7
  99:13,20 117:12,25
  119:1 121:3,16 122:9
  125:1
photographs 64:24 65:1
  68:5 79:8 98:12 117:12

MARENTHIA LAGARDE

January 22, 2009

Page 11

120:23
**photos** 78:20
**physical** 49:9,18
**pick** 142:22
**picture** 78:13 93:9 95:1
 112:12 113:8
**pictures** 78:3,12,16,16
 82:24 98:2 111:11,17
 111:25 112:11 113:6
 122:18
**pieces** 112:6 125:10
**pillars** 76:1,24 144:6
**pink** 135:24
**place** 58:14
**placed** 57:25 58:24
**Plaintiff** 27:8 32:13 41:5
 136:6
**plaintiffs** 27:2 41:9
 48:19
**Plaintiff's** 28:3 137:20
**Plan** 27:17
**planning** 42:19,22
**plans** 132:22,24,25
 142:14,20
**plate** 38:10
**play** 90:14 93:11,12 94:7
 94:8,16 95:8
**played** 91:5,8
**PLC** 2:3
**please** 7:5,9 73:17
**plus** 13:16 51:7 58:14
 109:20 145:9
**point** 13:1 70:24 88:13
 104:8 125:17 139:22
**pointed** 98:16
**pole** 65:14
**policy** 23:13 24:2 82:3,13
**poor** 32:16
**porcelain** 111:7 112:10
**porch** 80:14,21,24 81:2,4
 81:9
**Portland** 18:4 78:11
**position** 11:20 12:1 14:6
 14:21 15:2 98:17,19
**possess** 31:7,11,18
**possessions** 51:2 122:25

**possibly** 71:14 131:2
**post-graduate** 9:16
**pouring** 90:8
**Poydras** 1:16 2:9,12
**practically** 53:16
**practice** 108:24
**practitioner** 109:12
**preparations** 40:19 42:3
 45:6 46:1 47:10
**prepared** 42:6,15 43:3
 53:2,3,7
**preparing** 42:15
**preprinted** 39:17
**prescribed** 109:16 110:5
**present** 2:24 7:9 16:18
 41:8
**presented** 78:23
**presently** 10:1,2 18:13
**pressure** 109:19,23,25
 110:3
**pressure's** 109:19
**pretty** 14:9 22:2 38:7
 42:25 52:14 53:14 55:1
 65:14 70:3,7 77:5
 87:17 110:25 114:3
 141:14
**PREVEAU** 4:14 147:3
 147:21
**previously** 78:22
**pre-Katrina** 78:4
**price** 113:11,14
**Prichett** 118:22
**Prieur** 60:11 62:6,7,15
 64:16
**principals** 14:11
**printed** 36:1 52:3
**prior** 7:21 14:23 19:6
 141:6
**Pritchett** 2:24 17:6 41:10
 44:11 85:9,12 136:19
**Pritchett's** 118:22
**private** 12:3,8 13:7
**privileged** 21:20
**probably** 56:13 64:10
 67:4 96:21,25 105:18
 111:21

**problems** 14:17
**Procedure** 4:7
**process** 6:17 13:1 19:25
 20:8 22:24 80:19
 142:25
**PROCTER** 2:15
**production** 78:25
**program** 10:19,23 11:15
 11:17,18 12:2,6,25 14:3
 14:4,13 29:24
**proof** 54:23 55:3
**proper** 6:20
**properly** 31:1
**property** 24:20 27:3,4,22
 28:3 30:23 49:8,9,19,24
 50:8,14,15 51:4,6 52:9
 52:11 59:4 60:6 61:3
 61:15 65:24,25 66:8
 67:9 68:7 81:14 110:8
 130:19 132:17
**protection** 35:7,9
**prove** 129:20
**provide** 35:9 82:11,15
**provided** 35:23 79:15
**proximate** 27:1
**PSLC** 2:2
**psychiatrist** 109:2
**psychologist** 109:5
**public** 10:5 12:5,10
 13:17 14:10 15:14 16:5
 16:10
**pull** 107:3
**pump** 76:5
**pumping** 76:10,11
**Pupil** 14:15
**purchase** 54:23 56:4
 113:16
**purchased** 7:17 55:15
 56:7
**purpose** 57:5
**purposely** 6:13
**pushed** 120:14
**put** 20:6 39:11,16 47:14
 49:15 59:3 81:1 95:21
 98:8 113:10,14,24
 118:7

---
**Q**
---
**qualify** 6:7
**queen** 112:4
**Quest** 45:12
**question** 5:20 6:14 19:4
 23:7 32:7 40:19 52:8
 55:11 101:5 136:6
 137:24
**questioning** 106:2
**questionnaires** 102:3
 137:1
**questions** 6:12,17,21,25
 22:15,21,25 26:20 52:6
 102:7 128:7 146:13
**quilts** 113:22
**quotes** 99:6 105:5

---
**R**
---
**R** 2:1
**radio** 46:12
**Raffman** 2:15 41:12
**rain** 47:17 76:9 80:4
**raise** 144:5
**raised** 76:17,25 137:22
**RALPH** 4:14 147:3,21
**Ramada** 86:24,25 87:4,9
 88:7,18
**ran** 103:8
**reached** 37:22
**read** 27:5 28:2,22 30:20
 32:8 35:3 133:12,13
 134:9
**reading** 4:9
**ready** 42:17 86:8
**real** 57:21 58:14,24
**realize** 65:5 72:18,24,24
**really** 42:9,18 46:19
 47:11 54:25 72:22
 93:22 113:15 127:14
 143:5
**reason** 6:19,24 7:2 79:16
**rebuild** 66:23 132:22
 142:14
**rebuilding** 66:22 143:4
**rebuilt** 75:4
**recall** 14:25 20:16,17

MARENTHIA LAGARDE

January 22, 2009

21:5 23:17 24:9,24
25:1,3 28:24 33:10
37:8 47:4,4 51:9,12,13
51:20 52:18 53:12 58:3
58:4 67:4 69:22 77:20
78:13 79:1 82:22 94:9
94:10,11 96:20 97:19
100:13 101:17 105:18
106:12 114:18 117:2,5
117:9,10 129:16 137:2
144:24
**recalled** 57:17
**receipts** 54:22 55:4,21
56:16
**receive** 24:19 25:2 29:18
29:23
**received** 25:16 26:9 29:9
30:4,5,6,7,10,13 37:6
49:6,18 75:25 106:24
116:18 127:8 128:23
144:13,15
**Recess** 13:25 64:22 146:3
**recognize** 26:6 67:19
97:19 117:17
**recognized** 94:4
**reconstruction** 143:18
145:2
**record** 5:11 90:17 106:21
134:19,21
**records** 82:11 84:3,4
**recovery** 24:13
**red** 30:10 99:25 103:13
103:14,14
**redid** 80:13
**referred** 137:16
**referring** 99:21 121:3
125:1
**refers** 131:1
**reflect** 26:8 65:3
**reflecting** 29:14
**refurbishment** 80:11
**regarding** 82:12,16
105:14 116:23 117:7
132:7
**region** 11:24
**rehearsal** 22:14

**relate** 105:12
**related** 8:8,9 16:13 17:7
20:20 116:2 117:8
141:12 147:15
**relations** 14:10
**relationship** 17:9
**relative** 74:23 129:20
**realeaized** 49:14
**religious** 112:9
**remaining** 58:15 140:7
**remember** 6:6 18:21,25
20:8 21:11 23:13 30:2
32:8 33:9 52:9,11,17
61:6 67:1 74:7 75:6
76:6,25 77:19 78:18
79:18 81:17,19,20 82:8
83:12 90:22 91:6,14
95:9,17,18,20 96:15
97:2 99:15 101:19
104:3 105:19,20 106:3
118:23 126:8,17,18
140:22 144:16,19
**remind** 79:6 85:11
**removed** 138:24 139:7
139:24,25
**renovation** 80:11
**rent** 34:25 66:6
**rental** 60:4 61:2
**rented** 62:23
**repaint** 80:25
**repair** 84:9 132:17
**repaired** 24:8 75:3,5
**repairs** 132:20
**repeat** 6:10,16
**repeated** 28:1
**replaced** 80:15
**replacement** 113:16
**reported** 147:9
**reporter** 4:15 5:3 41:13
41:18 96:14 99:24
100:11,22 101:1,2,3,7,7
147:4,22
**reporters** 90:21 101:17
105:12
**REPORTER'S** 147:1
**represent** 5:12 20:10

**representation** 116:11
116:24
**represented** 19:23 23:13
115:21 116:1
**representing** 2:2,7 19:17
20:19 21:8 23:14 25:23
116:4
**request** 78:24
**required** 144:2
**rescue** 78:9
**rescued** 104:8
**residence** 49:2 132:2,10
137:14
**residences** 44:19
**resident** 18:11,16 129:1
**residents** 18:3,7 30:13
**respect** 20:20 23:7 28:25
**response** 9:12 11:9 12:23
13:8,10 27:6,14 28:7,23
30:17 31:16 32:10 40:4
50:9 56:25 58:9 61:4
64:12 65:23 67:25
68:19,23 78:2 81:11
84:17 86:6 87:13 93:1
93:6 95:5 97:17 98:11
98:15 99:11,16 102:15
118:9 119:6,10,19
120:9 122:5 124:6
126:23 140:2,23 145:11
146:9
**responsibility** 84:5
**responsible** 33:7 38:9,12
127:22
**rest** 37:19
**restate** 41:5
**result** 5:14 10:5 24:15
26:25 27:20 28:18 30:8
47:6 49:1 108:1,20
131:10
**resulted** 28:13
**resulting** 24:21 136:21
**retained** 20:11
**retainer** 116:15
**retaining** 20:9 136:8
**retired** 10:2,4 73:24,25
**reverse** 9:25

**review** 19:12 26:13 79:5
**right** 7:4 8:20 10:9,16
11:7 16:6,12 17:4
23:17 28:1,8 29:12
30:3,16 33:15 35:11
37:17 38:23 39:1,2,19
41:16 45:13 48:7 52:21
53:18,25 56:17,24
57:23 60:21,25 62:16
63:3,10 64:1,5,16 65:10
65:12,13 72:4 73:11,20
74:4,22 82:1 83:15
84:15 89:12,16 90:14
91:22 92:21 93:11,13
93:15 94:6,7 95:13
98:3,21 99:17 100:7
104:6 105:17,18 107:8
108:8 110:18 114:8,12
117:5,15,20 118:3,5,5,8
118:17 119:14,17,24
120:3,8,13,20,22 121:1
121:1,5,8,9,14,23,23
122:8,17 123:17,24
124:10,15 125:18,25
126:24 127:5,6,18
128:15 129:22 130:6,11
130:22 131:4,11,12
132:5,8,13,15,16 133:1
133:3,10,18 135:12
136:10 138:5 139:17,21
140:18 142:18,19
143:15 144:7 145:24
**ring** 23:11
**Rita** 95:12 98:20 117:14
119:1,21 120:10,12,14
120:15,18 122:10
**river** 11:5 28:17
**Road** 29:24 30:6 49:7
134:17 143:22 144:14
144:15 145:6
**Robert** 114:25
**Roman** 60:10 62:3,17
63:2,5,11,11 64:4,15
68:21,22,25 117:18,19
117:22 121:5,9,9,11,17
121:18

MARENTHIA LAGARDE

January 22, 2009

**roof** 24:8 25:9 49:13,14 80:14,15 125:9 140:8 140:10
**room** 2:21 53:5,6,6 77:22
**rooms** 45:19 80:20 85:20 86:24 88:8,18
**Rouge** 9:6 44:17
**rsponse** 119:4
**Rue** 7:10 8:2 33:21 34:12 96:8,10
**Rules** 4:7

**S**

**S** 2:1,15 4:1
**safety** 46:8
**saints** 112:11
**sale** 114:13
**Salina** 34:21
**salvage** 141:19
**Salvation** 30:11
**Sandi** 73:12
**Sandy** 78:14 85:22
**Sandy's** 85:3
**Sanrenthia** 17:13,18 18:13 34:18
**sat** 53:4
**satisfied** 25:15
**Saturday** 40:17 42:1,5,6 42:20,21 45:4,20,21,25 69:3
**saw** 49:13 71:3 88:14 89:23,24 90:7 91:23 92:9,10,25 93:4,4,9,20 94:11,22,24 95:3 99:17 101:15 102:5,12,17 104:9,14,20,25 105:25 117:7 124:12 130:5 133:8 146:8
**saying** 36:1,17 39:13 51:19 56:11 71:19 72:14 93:14,15,21 105:6 107:19 116:19 124:15,19 128:25 134:10
**says** 26:24 28:9,11 33:14 33:17 35:6 39:2,8 57:20 92:24 100:10

**114:**14 129:18 136:12 136:18 137:11,20 138:22 140:12 141:9,21 145:17
**scanned** 89:14
**scanning** 89:10
**schedule** 143:1
**school** 8:21 10:15,21 13:2,3 16:10 34:22 44:14,15 74:6 85:5 98:14 119:13
**schools** 10:5 11:23 12:3,4 12:5,9,10,17,22 13:5,7 13:12,16,17 14:11 15:14 16:5
**Science** 9:10,11
**sealing** 4:11
**Sears** 54:11 56:12
**second** 26:18 59:18 126:2 134:20
**Section** 1:6 38:25
**security** 47:12,20 81:2
**see** 27:5 28:21 31:24 38:21 50:10 56:23 58:3 63:25 66:9 68:14 70:13 70:19,22,25 72:23 75:19 76:14 79:7 81:12 87:23 88:5,25 89:8,9,10 89:23 91:4 92:5 93:2,9 94:14,15,25 98:13 99:8 100:2,15 102:22 107:5 108:25 110:20 114:13 116:7 117:4 119:3,5,9 119:11,18 120:1 122:14 122:24 124:25 125:7,8 125:11 136:3,14
**seeing** 69:22 72:16 79:1 88:10 92:8,18 126:9 131:18
**seeking** 141:9 145:8
**seen** 83:9 90:12 95:15,21 105:3 108:19 109:2,9 126:5,7 131:8 136:7,10 141:13
**seeping** 70:20,23 71:10
**sell** 144:8,10

**selling** 134:17
**send** 39:14 129:5
**sending** 29:14 128:25
**Senior** 8:23
**sense** 6:15 31:13 47:12 47:19
**sent** 22:6,7 39:13 102:3 136:24
**sentimental** 111:24 113:18 114:1
**seperated** 44:6,8
**September** 87:7,8
**set** 14:11 20:18 111:9 147:7
**settled** 135:4,10
**settlement** 25:13 30:6 127:8 134:3 135:7
**settlements** 134:3,11,15 135:21
**seventy-five** 50:17 51:10 57:22 58:1,13 59:1
**SF95** 32:25 33:11 38:19 50:6 52:2 107:2 127:2
**share** 50:1,5
**shared** 49:17,22 50:3
**sheet** 52:15,20
**shelter** 8:11
**she'll** 73:11
**shorthand** 147:10
**show** 25:25 26:17 28:10 38:14 40:1 64:24 65:17 68:6,6 92:13,14 98:12 98:24 99:3,8 118:25 125:25
**showed** 88:22 91:18
**showing** 26:4 89:6 98:2
**shown** 105:5
**shows** 65:11 99:7
**sibling** 74:20
**siblings** 17:14 48:6 49:19 67:12 73:6 130:12
**sick** 16:2
**side** 61:16 77:3 111:14 114:5 121:2 137:22 140:9
**siding** 77:24

**sign** 20:14 25:13,18 116:15 117:7 126:12 129:6
**signature** 33:24 38:5,16
**signed** 20:5 36:6 38:2 40:5 136:24
**signing** 4:10 36:10 126:17
**similar** 113:24
**single** 16:20,21 33:18 105:15 110:11
**sister** 17:11,21 34:16 74:25 78:11,14 85:22 88:25 103:20 118:21
**sisters** 17:17 48:16,18,23 50:2 83:25 103:11,18
**sister's** 84:25
**sister-in-law** 45:18
**sit** 128:21 133:14
**sitting** 113:8
**size** 79:22
**sized** 113:7
**sketchy** 89:5
**slab** 79:24
**slabs** 75:24
**Smokey** 98:25
**sole** 84:5
**somebody** 22:19 51:22 57:6 96:11 114:14
**son** 16:14
**sorry** 5:18 11:18,21 12:16 24:15 51:14,21 53:7 55:12 61:17 62:7 85:11 92:1 93:14 101:6 101:20 107:14 120:4 122:8 130:15 134:9 136:2 142:16 144:22
**sort** 64:8 110:18 114:8 114:12
**sounds** 46:22
**source** 133:5,21
**Southern** 9:5,20 15:7 44:16,25 74:16
**space** 118:5
**sparks** 72:7
**speak** 18:25 86:21 137:4

MARENTHIA LAGARDE

January 22, 2009

| | | | |
|---|---|---|---|
| **speaking** 50:16 | **stopped** 73:21 | **Superintendents** 13:17 | **Tape** 91:8 |
| **specialized** 9:20 | **storm** 8:12 131:14,17 | **supervision** 147:11 | **tax** 81:14,22 |
| **specific** 9:13 57:4 | **storms** 80:5,16 | **Supplemental** 126:3 | **taxes** 81:14 |
| **specifically** 4:12 57:12 | **story** 77:12,12,13 106:4 | **supplies** 42:23 | **Taylor's** 62:18 |
| **spell** 41:19 | **stranger** 8:13 | **support** 137:25 | **teaching** 10:17,18,19 |
| **spent** 88:9 | **streaming** 92:14,15 | **suppose** 90:1 93:5,18,24 | **team** 36:23 |
| **Spiller** 103:3,25 105:6,15 | **street** 1:17 2:4,9,12 | 130:23 143:20,22 | **telephone** 2:22 73:19,21 |
| 105:21 106:4,4,17 | 28:15 60:18,24 73:18 | **sure** 14:19 22:5 24:9 | 115:2 136:23 |
| **spoke** 115:1 137:13 | 76:20 85:14 103:24 | 56:21 58:21 79:9,12,20 | **television** 88:10,15,20 |
| **spoken** 135:6 | 117:16,17 120:5 124:13 | 83:22 89:8 90:11 96:20 | 92:19 94:20 |
| **spray** 67:20 | **strength** 46:8 | 96:21 101:12 113:2 | **tell** 9:25 15:15 18:22 |
| **sprayed** 68:2 | **stress** 29:6 51:18 107:15 | 116:20,20 130:3,22 | 19:22 21:21 58:21 60:1 |
| **square** 77:18 79:14 | 107:21,25 141:12 | 136:24 140:25 | 61:12 65:3 66:1 89:13 |
| 121:2 | **stressed** 109:20 | **surge** 37:22 | 100:11,22 102:11 103:5 |
| **Sr** 85:8,13 | **stretch** 64:20 | **surrounding** 28:12 | 103:5,6 104:16 128:21 |
| **St** 12:22 36:25 37:23 | **strictly** 51:1 | **sustained** 27:2,22 | 130:13 132:11 134:4 |
| 60:15 129:2 | **striking** 132:2,8 | **SUTTERFIELD** 2:11 | **telling** 21:18 100:14 |
| **stage** 71:22 132:24 | **structure** 24:5 25:6,8 | **swarming** 97:6 | 105:20 106:3 |
| **stages** 143:7 | 51:7,11 66:7 110:23 | **swayed** 49:15 | **ten** 29:21 |
| **stand** 38:13 133:16 | 145:20 | **sworn** 5:2 126:14 147:6 | **Tennessee** 123:15 124:13 |
| **standing** 71:12,13 76:19 | **stubs** 29:10 | **system** 16:10 69:23 | 124:16 |
| 123:4 124:7 128:7 | **students** 14:12,16 | **systems** 31:21 37:14 | **terms** 22:14 |
| 139:8 | **studies** 9:17 | **S-A-N-R-E-N-T-H-I-A** | **tested** 14:16 |
| **start** 8:21 15:7 31:9 | **stuff** 50:22 53:14 55:9 | 17:13 | **testified** 138:5 |
| 60:24 64:25 143:4 | 80:22 86:9 89:6 112:9 | | **testify** 5:4 129:19 130:24 |
| **started** 15:1 81:3 133:24 | 122:24 123:20 128:25 | | 147:6,7 |
| 133:24 | 138:7 | **T** | **testimony** 5:23,24 6:3 |
| **starting** 10:15 | **style** 143:12 | **T** 4:1,1 | 51:1 57:24 132:6 |
| **state** 4:15 23:22 | **subject** 21:21 | **tab** 135:25 | 138:24 147:9 |
| **stated** 2:20 127:13 | **subsequent** 46:15 | **Taheerah** 2:19 41:21 | **Texas** 15:9 |
| **statement** 35:16 117:6 | **substained** 28:4 | **take** 9:19 13:21,23 16:1 | **Thank** 15:5 41:7,23 |
| **statements** 40:6 | **substance** 21:19 | 18:22 19:4 40:12 42:8 | 79:13 133:19 136:2 |
| **States** 1:1 33:6 36:7 38:3 | **substantial** 27:2 | 59:18 64:19,21 78:7 | 146:13 |
| 40:23 127:3 | **succession** 48:3,4,10 | 84:18 145:25 | **thereon** 27:5 28:4 |
| **stating** 38:4 94:11 | **suffer** 107:10 | **taken** 1:15 4:6 5:16 99:4 | **thing** 49:11 98:8 101:4 |
| **station** 76:5,10 | **suffered** 107:17 | **takes** 113:17 | 114:9,12 135:13 146:5 |
| **status** 16:19 33:18 | **suffering** 141:11 | **talk** 40:14 42:4 101:18 | **things** 18:21 47:15 50:21 |
| **stay** 8:16 75:9 85:4,22 | **suing** 27:13,16 | 108:25 115:12,14,19 | 50:23 53:11,15,21,23 |
| **stayed** 87:9 104:7 125:20 | **suit** 25:11,14 129:4 | 117:4 130:4 137:1 | 54:1,25 55:12,13,14,20 |
| **steel** 47:15 99:25 | **Suite** 2:13 | **talked** 20:22 21:13,15,16 | 56:15 79:2,5 91:3 |
| **stenographer** 15:11 | **summary** 22:23 35:6 | 21:19 79:24 98:23 | 97:24 111:1,6 112:17 |
| **step** 38:10 | **Sun** 15:10,11,18 | 101:12 102:4 106:22 | 112:18,22 113:11,11 |
| **steps** 76:21 123:8 | **Sunday** 45:22,23 46:1 | 129:21 135:9,20 | 125:11,15,17 129:24 |
| **stipulated** 4:3 | 69:3 84:15 87:15 | **talking** 21:9 37:6 39:4 | 131:1 |
| **stood** 65:19 67:6 | **sunny** 87:18 | 52:19,25 69:2 71:6 | **think** 37:7 46:17 49:5,15 |
| **stop** 86:20 | **Superintendent** 13:15 | 91:20,25 92:2,17 93:25 | 54:11,16 56:6 61:11 |
| | | 97:19 108:1 133:22 | |
| | | 137:3 | |

MARENTHIA LAGARDE

January 22, 2009

62:24 67:2 75:21 83:8
  88:13 93:9 99:17
  100:13,17 102:20 105:9
  116:19 118:11 121:5
  126:7 146:1
**Thornton** 60:5 61:3 62:5
**Thornton's** 61:14,21
  62:10 63:9
**thought** 38:5 59:7
  138:24
**thousand** 26:11 29:21
  50:18 57:22 58:2,7,12
  58:13,18 59:1 107:4
  108:15 111:15 113:25
  114:16 143:21 144:21
  145:5,10
**three** 17:25 41:9 42:12
  43:8 44:18 48:6 58:7
  58:11,18 76:15 82:6,9
  84:24 85:2,3
**Thursday** 1:18
**time** 10:13,14 15:8 18:7
  18:17 19:5 36:11 40:16
  43:12 44:5,13 51:17,18
  54:5,9,17 55:15 59:15
  66:6,11 69:4 73:22
  74:24 85:12 88:21 89:5
  92:4 95:3 97:22 103:21
  106:6,18 107:7 115:17
  119:16 123:6 138:23
  140:20
**times** 117:3 138:19
**Times-Picayune** 99:5
**timetable** 142:20
**Timing** 133:5,21
**title** 10:22 11:12,16,19
  12:1 14:8,13,14
**today** 5:23 6:20 18:3
  19:7 21:9 22:14 36:17
  43:17,20 47:5 48:8
  106:15
**told** 20:4 23:6 25:8 31:23
  46:4 49:5 79:13 82:24
  100:17,18,23 101:8,22
  102:1,11,16,22 103:7
  103:16 104:20,23

105:16,21 106:18
  109:22 129:11 131:7
  132:4,18 136:9 137:7
  142:13 143:17 145:19
**top** 33:13 36:5 37:19
  138:11
**torn** 66:15
**Torts** 2:20
**total** 56:19 58:6,17,22
  77:18
**touch** 13:2
**touched** 138:16 139:18
**town** 46:6
**traffic** 108:10
**transaction** 29:14
**transcribed** 147:10
**transcript** 147:12
**transferred** 48:13
**transformer** 72:6,7,17
**trauma** 108:5
**travel** 142:8
**traveled** 73:2
**tremendously** 107:23
**trial** 2:19 6:2 130:25
**trick** 6:11
**tried** 144:8
**true** 79:23 123:9 147:12
**truth** 6:5 147:7
**truthful** 23:9
**try** 144:10
**trying** 6:13 46:21 67:2
  79:17 80:19 81:3
**turned** 116:6,10
**TV** 46:11,13 88:21 89:8
  89:22 92:7 94:22,24
  105:4 133:9
**twelve** 111:15
**two** 13:21 17:16 18:21
  64:20 67:17 68:5 76:15
  77:12 104:4 119:5
  145:25
**type** 6:24 31:7 33:14
  40:7 57:1 106:12
  108:19 128:17
**typed** 52:19
**types** 22:14,16,24

**T-A-H-E-E-R-A-H**
  41:21
**T-shirt** 99:12,19

---

**U**

**U** 4:1
**uh** 14:25 19:25 20:21
  25:20 30:3 49:11 51:3
  52:14 53:4,15 55:24
  59:7 61:7 69:1 73:8
  74:6 75:12 78:19 80:13
  80:20 81:12 83:10
  84:25 85:2 86:7 89:9
  109:21 113:2,7 130:13
  133:8 142:10,23 144:18
**uh-huh** 9:12 11:9 12:23
  13:7,10 27:6,14 28:7,23
  31:16 32:10 40:4 50:9
  56:25 58:9 61:4 64:12
  65:23 67:25 68:19,23
  78:2 81:11 84:17 86:6
  87:13 93:1,6 95:5
  97:17 98:11,15 99:11
  99:16 102:14 118:9
  119:4,6,10,19 120:9
  122:5 124:6 126:23
  140:2,23 145:11 146:9
**um** 80:19 104:7 111:8
  112:4
**unclear** 6:13 50:25
**understand** 6:10,21,25
  21:7 23:21 24:1 27:8
  27:19 32:7 50:25 51:5
  53:18 56:21 86:17
  116:5 117:13 126:21
  127:1,6 139:24
**understanding** 58:11
  94:18 116:13 147:13
**understood** 102:10
**United** 1:1 2:20 33:6
  36:7 38:3 40:23 127:2
**University** 9:5 44:16
  74:16
**unsure** 6:6
**unusual** 88:5
**upgrade** 82:25
**upkeep** 35:1 55:18 84:9

**upstairs** 78:15
**USA** 1:10,10
**use** 6:3 56:11
**usually** 42:10

---

**V**

**v** 1:7,8,8,9,9,10,10,11
**vacant** 60:7 61:15,18,22
  62:12,14,18 67:6
**valuable** 111:4
**value** 51:10 52:10,11,12
  57:25 58:13,23 59:3
  81:17,23 82:17 111:17
  111:24,24 113:17,18,25
  114:1 143:14
**van** 45:11 84:18,20
**various** 79:4
**verification** 126:12
**verifies** 67:20 126:13
**verify** 65:8
**video** 90:24 95:15 97:15
  98:1,1,13,18 105:11
  146:7
**view** 89:18
**virtually** 70:1
**Visible** 119:16
**visit** 96:11
**voice** 97:18
**voiced** 40:8
**voluntary** 46:14,18

---

**W**

**waiting** 103:14 104:8
**waived** 4:10,12
**walk** 20:7 61:20 76:22
**walked** 60:12,22
**Walker** 2:8 3:7 5:6,11
  13:21 14:1 21:25 22:11
  22:12,20 23:4,5 41:4,8
  41:12,15,25 64:19,23
  90:17,19 110:17 111:5
  117:25 120:23 121:16
  122:9 128:9,10,13,16
  128:20 129:8 133:18,20
  134:19,22 138:20,21
  145:25 146:4,12
**walking** 60:24 97:11

---

MARENTHIA LAGARDE

January 22, 2009

99:18
**wall** 70:25 71:4 76:4,8
   113:4 137:22
**walls** 28:15,21 30:25
   31:2 32:16,18,22 35:7
   40:10 119:3 136:8
**want** 20:6 36:14,18 38:9
   40:12 41:4 57:10 64:21
   65:7 107:2 127:15
   130:22 139:13
**wanted** 13:4 39:12 59:6
   76:20
**wants** 86:12
**Ward** 36:25 37:14 40:10
   47:1,6 67:10 69:13
   70:11,14 87:14 88:14
   88:24 89:1 97:4,4
   119:8 139:1 140:4
**washer** 56:10
**Washington** 2:16,22 8:7
   8:23 41:1
**wasn't** 23:2 42:8,19
   46:19 50:4 71:22,23
   76:10 86:8 89:5 93:18
   98:6 100:15 103:16
   110:3 111:8 122:15
   123:3 125:4,23 127:17
   129:5 138:8 139:15
   140:5
**watch** 89:3,7
**watched** 91:2
**watching** 88:9,15,16,21
   94:20
**water** 37:20,21 43:1
   47:18 69:20 70:13,19
   71:7,10 75:19 76:2
   80:7 87:20 89:8,10
   90:2,6,7 92:12 119:7
   127:11
**waters** 124:2 125:18
**way** 31:19 37:11,23
   49:16 57:1 62:5,8
   63:13 86:1 88:3 95:22
   120:16,19 125:15 132:3
   133:19 147:16
**weather** 87:15

**Webb** 2:11,12 5:12 41:12
   41:18,23
**Weber** 1:11
**Wednesday** 87:4
**welcome** 41:24
**went** 63:12 75:13 82:18
   82:21 88:2 89:3 90:10
   96:18 100:1,6,8,9
   106:10 122:23 123:6
   138:9 139:1 140:3
**weren't** 42:22 50:3
   131:15 133:22 136:9
   139:14,15
**West** 142:8
**Westbank** 11:8
**we'll** 15:4 26:1 41:6
   52:23 79:6 126:1
   128:17
**we're** 21:9 22:7 33:12
   63:21 65:5 71:6 91:10
   107:25 134:23 142:24
   143:5,6
**we've** 65:6 79:4
**whichever** 43:17
**white** 118:14
**whoever's** 38:8 127:22
**wife** 44:2 85:19,21
**WILKINSON** 1:10
**wind** 24:6 28:4,25 31:13
   31:15,17 87:18 127:10
**window** 70:18 72:16
**winds** 26:25 27:21,24
   28:5 30:24
**witness** 4:6,17 22:2 23:2
   110:20 128:23 147:5
**witnessed** 106:5
**witnesses** 137:24
**wood** 77:24,25 78:1
   125:10
**word** 18:23
**words** 20:7 35:24 57:5
   84:1
**wore** 99:12
**work** 15:8,23 22:24 74:1
   81:8,10 90:15 91:9
**worked** 10:8 13:18 14:12

15:9,18 16:9 49:22
   85:23 96:15
**working** 10:1,11 16:4
   40:16 73:24 133:1
   142:16,23 145:15
**works** 74:5 91:4
**worth** 108:9 113:14
   114:15
**wouldn't** 35:20 77:8
   106:7 113:4,5
**write** 34:3 117:20
**writing** 65:16,22 105:4
**written** 18:23 31:7,12
   40:5 79:2
**wrong** 140:14
**wrote** 53:4 79:18

|  **X**  |
| --- |

**x** 118:7

|  **Y**  |
| --- |

**yard** 80:8
**yeah** 15:5 22:18,18 27:12
   28:9 30:14 39:20 49:11
   54:21 57:2 58:19 62:20
   63:14,23 64:2 65:13,14
   67:22 70:6,9 73:15
   79:3 80:17 83:4,6
   86:19 87:8,11 90:23
   91:6 92:11 95:14 97:2
   102:20 103:14 106:19
   107:1 109:18 115:12
   117:21 119:25 122:13
   122:15 123:11 128:12
   139:5 145:7
**year** 10:15 13:2 15:9,16
**years** 7:6,14 9:6 10:6
   11:20 14:4 15:1 50:20
   59:15 67:7 82:6,9
   104:4 110:22 111:9
   112:18
**yellow** 99:10
**York** 2:16
**younger** 71:18
**youngest** 73:7
**YouTube** 90:15,25 91:1
   91:5,7 95:19

**y'all** 45:6

|  **$**  |
| --- |

**$15,396.88** 26:12
**$175,000** 50:8

|  **0**  |
| --- |

**000156** 52:24
**000157** 110:17
**01** 3:13
**02** 3:14
**03** 3:15
**04** 3:16
**05** 3:17 40:16
**05-4182** 1:5
**05-5531** 1:7
**05-5724** 1:8
**06** 3:18
**06-5342** 1:8
**06-6299** 1:9
**06-7516** 1:9
**07** 3:19
**07-3500** 1:10
**07-5178** 1:10
**08** 3:20
**08-4459** 1:11
**09** 3:21

|  **1**  |
| --- |

**1** 26:2 60:10 64:6 112:5
**1st** 87:6,8
**10** 3:13 43:19 64:25 65:2
   65:15 137:18
**10:00** 1:18
**10:30** 45:20
**106** 3:18
**11** 3:14 43:18 65:2,11,15
   136:1,12
**110** 79:22
**1100** 1:16 2:9
**118** 3:19
**12** 3:15 67:17 68:6
   140:11
**12A** 50:14
**12(B)says** 107:3
**126** 3:20
**13** 3:16 43:18 67:18 68:9

MARENTHIA LAGARDE

January 22, 2009

Page 17

141:8
**1331** 2:21
**1348** 73:18
**14** 3:17 99:4,4 137:19
**146** 3:21
**15** 3:18 106:22 118:11
**159** 52:24
**16** 3:19 11:20 14:4
  118:10 119:1
**17** 3:20 118:11 126:1
**17th** 28:15
**175** 51:1
**175,000** 51:6
**18** 3:21 140:11 146:6
**1800** 68:10 94:2,12
  118:24 120:7 121:4
**1815** 39:8 43:6 47:23
  49:2 57:20,25 60:23
  65:11,16 66:23 67:12
  67:21 68:2,6 69:7
  75:18 76:16 80:1
  118:12 122:7,8 138:3
**1816** 122:6
**1827-1829** 66:4
**1827-29** 66:2 67:13
  145:18
**1829** 65:22 66:24
**1850** 79:14
**19** 15:15 55:16 145:16
**1900** 70:3
**1974** 15:1 16:7
**1975** 45:10

---
### 2
**2** 1:6 26:19 60:10 64:6
  110:12,17 112:5
**2000** 70:4 81:13
**20001** 2:16
**20004** 2:22
**2005** 10:14 16:8,9 43:23
  69:4 109:10 136:8
  137:14 138:25
**2006** 26:4 140:1
**2007** 38:2
**2009** 1:19
**202-346-4240** 2:17
**21** 26:4

**22** 28:10
**22nd** 1:19
**2300** 1:16 2:9
**25** 67:7
**26** 3:13,14 141:9
**2715** 2:13
**28th** 140:15,17
**29** 3:15,16,17 109:10
**29th** 10:14 87:2 136:8

---
### 3
**3** 29:8 33:14 60:10 64:6
  112:5
**3rd** 96:17 97:1,5
**33** 3:18 10:6
**3500** 11:3
**36** 145:17
**3721** 7:10 33:21 34:12
**38** 3:19

---
### 4
**4** 29:12 60:11
**4th** 64:7
**40** 79:22
**4727** 131:21,22
**48** 73:12

---
### 5
**5** 3:7 29:17 129:18
**504-218-7027** 34:5
**504-585-7000** 2:10
**504-598-2715** 2:14
**504-884-0978** 141:1
**504-885-7700** 2:5
**52** 3:20

---
### 6
**6** 26:23 33:12 39:3 97:5
  134:25
**61** 7:6 73:9,12
**62** 73:11
**63** 3:21 73:11
**64** 3:13,14 73:10,10
**650** 2:12
**68** 3:15,16

---
### 7

**7** 38:16 39:25,25 47:7
  69:21
**7th** 38:2
**70113** 2:4
**70130** 2:13
**70163-2300** 2:10
**7057** 34:6,7
**71** 15:17,18
**72** 15:19,22,23
**73** 15:22
**74** 15:23 16:4

---
### 8
**8** 47:7 52:23 69:21 136:3
**8A** 35:2 38:25
**80s** 67:5
**8068N** 2:21
**821** 2:4

---
### 9
**9** 28:2 63:21
**9-16-47** 33:18
**9:15** 45:23 46:2 84:15
  87:15
**901** 2:16
**99** 3:17