# EXHIBIT 38

Report of Melvin Spinks (2008) (appendices and exhibits excluded)

**EXPERT OPINION REPORT**

# Analysis of Flooding of the Lower Ninth Ward and St. Bernard Parish Hurricane Katrina August 2005 New Orleans, Louisiana

**Prepared for**

**INGRAM BARGE PSLC**

**Prepared By**
**CivilTech Engineering, Inc.**

**June 27, 2008**

*Expert Opinion Report – Hurricane Katrina*

# Table of Contents

**1.0    Introduction** ....................................................................................**6**

1.1   Study Objective ................................................................6

1.2   Hurricane Katrina ............................................................6

1.3   Lower Ninth Ward and St. Bernard Parish ......................8

1.4   Previous Investigative Studies ........................................9

**2.0    Flood Simulation Model Setup** .........................................**11**

2.1   Basic Modeling Assumptions ........................................11

2.2   Data Collection ..............................................................12

2.3   Model Inputs .................................................................13

       Simulation Period.........................................................13

       Elevation Data..............................................................13

       Rainfall ........................................................................14

       Levee Overtopping and Breaches ................................14

       Surge Hydrographs......................................................19

**3.0    Flood Model Simulation and Model Verification** ............**20**

**4.0    Flood Model Simulation Scenarios** ..................................**25**

**5.0    Statement of Conclusions** ...............................................**29**

**6.0    References** ........................................................................**30**

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

# List of Figures

Figure 1        Hurricane Katrina Path and Intensity History ……………………......... 7

Figure 2        The Lower Ninth Ward and St. Bernard Parish ………………………….. 9

Figure 3        Rainfall time series used in model for St. Bernard Parish……………… 14

Figure 4        Location of Major Levee Breaches Along IHNC and MRGO in St. Bernard Parish ………………………………………………………………….. 15

Figure 5        Lower Ninth Ward and St. Bernard Parish study area with locations of eyewitness accounts and stopped clocks…..………………………………… 17

Figure 6        Additional Eyewitness Locations …………………………………………….. 18

Figure 7        Surge Hydrographs during Hurricane Katrina …………………………….. 19

Figure 8        Progressing snapshots of the computed flood water depths………….. 20

Figure 9        Modeled water level and IPET interior hydrographs…..………………… 23

Figure 10       IPET High water mark locations ……………………………………….…..… 24

Figure 11       Comparison of modeled maximum water level and HWMs …………… 24

Figure 12       Selected locations for comparing hydrographs from various modeled scenarios ………………………………………………………...………………… 25

Figure 13       Computed modeled hydrographs at Location 1…..………………………. 26

Figure 14       Computed modeled hydrographs at Location 2 …………………..……… 27

Figure 15       Computed modeled hydrographs at Location 3 ………..………………… 27

Figure 16       Computed modeled hydrographs at Location 4 ……..…………………… 28

Figure 17       Computed modeled hydrographs at Location 5 ……..…………………… 28

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

# List of Exhibits

Exhibit 1     Study Area Digital Orthophotograph

Exhibit 2     IHNC to Paris Rd Pre-Katrina Orthophotograph

Exhibit 3     IHNC to Paris Rd Katrina Flood Aerial

Exhibit 4     IHNC to Paris Rd Post-Katrina Orthophotograph

Exhibit 5     LiDAR Digital Elevation Model

Exhibit 6     Study Area Work Map

Exhibit 7     Modeled Water Depth (8/29/2005 9:10 AM CDT)

*Expert Opinion Report – Hurricane Katrina*

# List of Appendices

Appendix A    Professional Resume of Melvin G. Spinks, P.E.

Appendix B    IPET Timeline of Flooding During Hurricane Katrina in the Lower Ninth Ward and St. Bernard Parish

Appendix C    Flood Simulation Timeline and Notes

Appendix D    Technical White Paper - USACE New Orleans District Depth versus Damage Curves

**CivilTech**
**Engineering, Inc.**

# Abbreviation and Glossary

| | |
|---|---|
| CDT | Central Daylight Time |
| DEM | Digital Elevation Model |
| GIS | Geographic Information System |
| GIWW | Gulf Intracoastal Waterway |
| HEC-RAS | Hydrologic Engineering Center River Analysis System |
| HPS | Hurricane Protection System |
| HWM | High Water Mark |
| IHNC | Inner Harbor Navigation Canal |
| ILIT | Independent Levee Investigation Team |
| IPET | Interagency Performance Evaluation Task Force |
| LiDAR | Light Detection and Ranging |
| MRGO | Mississippi River Gulf Outlet |
| NAVD88 | North American Vertical Datum 1988 |
| NOAA | National Oceanic & Atmospheric Administration |
| UTC | Coordinated Universal Time |
| USACE | U. S. Army Corps of Engineers |
| USGS | U. S. Geological Survey |
| DEM | The representation of continuous elevation values over a topographic surface by a regular array of z-values, referenced to a common datum. |
| NAVD88 2004.65 | North American Vertical Datum 1988 2004.65 adjustment |
| Overtopping | Water that flows over a levee or flood control structure due to an elevated water level which is higher than the crest level |
| Surge Hydrograph | Chart that displays the change of water elevation over time due to hurricane storm surge. |
| Water Depth | Water height or elevation above ground level |
| Water Level | Water height above or below NAVD88 |

*Expert Opinion Report – Hurricane Katrina*

## 1.0    Introduction

CivilTech Engineering, Inc. has been retained by Ingram Barge PSLC to provide professional engineering and expert services in the matter of *Katrina Canal Breaches Consolidated Litigation, Civil Action 05-4182 and consolidated cases: Pertaining to Barge, United States District Court, Eastern District of Louisiana, Division K*.  This expert report was prepared to assess the flooding of the Lower Ninth Ward and St. Bernard Parish in New Orleans, Louisiana during Hurricane Katrina in August 2005.  This report has been prepared under the direction and supervision of Mr. Melvin G. Spinks, P.E. (Louisiana P.E. No. 25782), a licensed professional engineer in the State of Louisiana. The professional resume of Mr. Melvin G. Spinks, P.E. is provided in **Appendix A**.

This expert report relies on the best available technical information made available from private, governmental, and institutional agencies.  If additional information becomes available, we reserve the right to determine its effect, if any, on our stated opinions and conclusions and to revise our conclusions as necessary by this additional technical information.

## 1.1    Study Objective

The study objective is to identify the flood time sequence and the contributions of the various flooding sources that led to the flooding of the Lower Ninth Ward and St. Bernard Parish in New Orleans, Louisiana during Hurricane Katrina in August 2005.  Flooding of the Lower Ninth Ward and the St. Bernard Parish was caused by several sources including levee/floodwall failures (breaches), overtopping of the levees/floodwalls due to storm surge, and rainfall.  A key fact issue under consideration in this matter pertains to the specific area flooded in the Lower Ninth Ward and St. Bernard Parish by the failure of the east floodwall at two locations along Inner Harbor Navigation Canal (IHNC) prior to the flood inundation from the levee breaches along the Mississippi River Gulf Outlet (MRGO).

Flood simulations will be performed using a sophisticated two dimensional computer simulation model (Sobek-1D2D) to evaluate the flood time sequence and contributions of flooding in the Lower Ninth Ward and St. Bernard Parish from the levee/floodwall breaches and overtopping along the Inner Harbor Navigation Canal (IHNC) and along the Mississippi River Gulf Outlet (MRGO).   The flood simulation model will be calibrated and verified with data from eyewitness accounts, stopped clocks, high water marks, and time-stamped photos as gathered in other investigation studies and from depositions of eyewitness in this matter.

## 1.2    Hurricane Katrina

An Interagency Performance Evaluation Task Force (IPET) was established by the Chief of Engineers, U.S. Army Corps of Engineers, to determine the facts concerning the performance of the hurricane protection system in New Orleans and Southeast

**CivilTech**
Engineering, Inc.

6

*Expert Opinion Report – Hurricane Katrina*

Louisiana during Hurricane Katrina.  The IPET final report describes the storm as "The path followed by Hurricane Katrina, shown in **Figure 1**, caused severe surge and wave conditions on the east side of the Hurricane Protection System (HPS), from Lake Pontchartrain to southern Plaquemines Parish.  Katrina struck early on the morning of 29 August 2005, after building up water levels to the east of New Orleans for several days. Katrina was a Category 5 storm with up to 139-knot (160-mph) sustained surface winds until it was approximately 170 miles from landfall.  When it reached landfall at Buras, LA, around 0610 hr (6:10 a.m. Central Daylight Time, CDT) or 1110 Coordinated Universal Time, UTC), surface wind speeds were at about 100 knots (115 mph), but the long path through the Gulf, and its intensity and size, had built up record levels of surge and waves, larger than any previous storm to strike the area, or the North American continent.



**Figure 1.**   Hurricane Katrina Path and Intensity History. (intensity defined based on flight-level wind speeds, as opposed to surface winds). [1]

Katrina (a Category 3 storm at landfall) generated substantially higher surges than Camille (a Category 5 storm at landfall in August 1969) in the area where they both made a direct hit. Whereas the Saffir-Simpson scale is a good predictor of wind levels and damage from hurricanes, it is not a particularly good predictor of the surge and wave generation potential for these storms.  Surge and wave levels are particularly sensitive to

the path the storm takes, the geometry of the coastline and the continental shelf, and the offshore character of the storm. Hurricane Katrina had much greater wave and storm surge generation potential than the Standard Project Hurricane (SPH) storms used to design the HPS.

Katrina swept through the New Orleans area rapidly, making a second landfall at Pearl River, MS, around 0945 hr (9:45 a.m. CDT (1445 UTC)) with surface wind speeds around 100 knots (115 mph). With it came record rainfall. Over a 24-hr period, sections of New Orleans near the intersection of Lake Pontchartrain and the IHNC received over 14 in. of rainfall. The previous record was from Hurricane Betsy which dumped up to 7 in. in the same time frame. This rainfall was to become at least 20 percent of the total volume of water that flooded the New Orleans metropolitan area. The east and south facing levees of New Orleans East, St. Bernard and Plaquemines Parishes absorbed the brunt of the storm, experiencing surge and waves significantly beyond their design levels. Overtopping was common and, depending on location, persisted for hours.

Literally all of the gauging instruments to measure water conditions were destroyed by Katrina. Other than high-water marks, and the devastation, there were few measurements to confirm the actual water level time-histories resulting from the storm. Surge levels ranged from about 10 to 12 ft along the south shore of Lake Pontchartrain to 20 ft along the Plaquemines Levees. Even enclosed areas such as the IHNC experienced water levels above 14 ft, not including waves. Winds from Katrina generated a record-wave environment." [1]

## 1.3   Lower Ninth Ward and St. Bernard Parish

The location of the Lower Ninth Ward and St. Bernard Parish study area is shown in **Figure 2** and in **Exhibits 1 and 2**. This area is bounded on the south by the Mississippi River, on the west by the Inner Harbor Navigation Channel (IHNC), and on the north and east by the Gulf Intracoastal Waterway (GIWW) and the Mississippi River Gulf Outlet (MRGO). The Lower Ninth Ward and St. Bernard Parish are protected by a single continuous "ring" of levees that constitute one of the three main protected basins in the New Orleans area. An internal local levee, the 40-Arpent Levee, separates the Lower Ninth Ward and St. Bernard Parish into a northeastern section that is primarily marsh and a southwestern section that is primarily populated. The northeastern section is described as a large 32,000 acre wetland or bowl. The crest height of the 40-Arpent Levee between the wetlands and the populated areas is approximately 6.5 feet.

During Hurricane Katrina, the Lower Ninth Ward and the St. Bernard Parish was devastated from the catastrophic failure of the hurricane flood protection system along the INHC floodwall and the levee breaches along MRGO. The storm surge generated by Hurricane Katrina, a Saffir-Simpson Category 3 storm at landfall with surface winds over 115 mph combined to produce the single most costly catastrophic failure of an

*Expert Opinion Report – Hurricane Katrina*

engineered system in U.S. history.  As a result, the entire Lower Ninth Ward and many homes and businesses in the St. Bernard Parish were completely destroyed from the flood inundation.  With this horrific devastation came the significant loss of life and property in the New Orleans area.  The flood inundation of the Lower Ninth Ward and the St. Bernard Parish as the storm surge began to recede following Hurricane Katrina is shown in **Exhibit 3**.  In the aftermath, the catastrophic failure of the floodwall at two locations along the IHNC can be seen in **Exhibit 4**.  Many homes were completely destroyed for blocks away from the IHNC floodwall.



**Figure 2.**   The Lower Ninth Ward and St. Bernard Parish [2]

## 1.4   Previous Investigative Studies

Numerous engineering and scientific investigations were performed by private, governmental, and institutional agencies to answer the many questions on the performance of the Hurricane Protection System (HPS) during Hurricane Katrina.  These investigations focused on the HPS during Hurricane Katrina to determine how the levees and floodwall performed, failure analyses, and what insights can be gained for the effective repair of the system.  Three main investigations were prepared for Hurricane Katrina as referenced below:

- ▪ *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, Interagency Performance Evaluation Task Force (IPET), U.S. Army Corps of Engineers, Volume 1 through Volume IX, March 26, 2007.

- ▪ *The Failure of the New Orleans Levee System during Hurricane Katrina*, Team Louisiana, Louisiana Department of Transportation, State Project No. 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, December 18, 2006

- ▪ *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005*, Independent Levee Investigation Team (ILIT), Volume 1 and Volume 2, July 31, 2006.

The largest of these investigations is the U.S. Army Corps of Engineers' own internal investigation identified as the Interagency Performance Evaluation Team (IPET).  The IPET study was by far the largest of the three investigations, and had a budget of over $20 million.  The second investigation was Team Louisiana, which represented the interests of the State of Louisiana in performing an investigation independent of the U.S. Army Corps of Engineers (USACE).  The third investigation is the UC Berkeley-led Independent Levee Investigation Team (ILIT).  These investigation teams were comprised of government, academic, and private sector scientists and engineers.  The goal was common in these investigations in that the investigations were performed to provide credible and objective scientific and engineering answers to fundamental questions about the performance of the hurricane protection and flood damage reduction system in the New Orleans metropolitan area during Hurricane Katrina.

The engineering and scientific analyses performed in these investigation studies focused primary on the effects of the storm surge and wave heights on the performance of the Hurricane Protection System during Hurricane Katrina, and the maximum flood levels within the protected areas.  A study report entitled *Polder Flood Simulations for Greater New Orleans, Hurricane Katrina August 2005*, was prepared by Delft University of Technology and Svasek Hydraulics, dated July 2007.  This study generated flood simulations for the Orleans Metro area, New Orleans East area, and St. Bernard area to assess the relative contribution of the main causes of flooding (breaches, overtopping, and rainfall) in the three areas.  The flooding of New Orleans was simulated with the sophisticated computer software package Sobek-1D2D. The Sobek-1D2D has the capability to simulate the levee breaches and overtopping and provide water depth graphs (time vs depth hydrographs) for selected locations.

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

## 2.0    Flood Simulation Model Setup

The Sobek-1D2D computer simulation model used in the study report entitled *Polder Flood Simulations for Greater New Orleans, Hurricane Katrina August 2005*, was adopted for use in this investigation.  The Sobek-1D2D software was developed by WL-Deft Hydraulics and is used worldwide by private and government agencies in flood simulations.  The robust numerical Delft Scheme to model the water motion (Saint Venant Equations) in 1D and 2D provides a reliable and stable environment in the simulation of complex urban and rural drainage systems including levees breaches and flow diversions.  The model results show detail spatial information about water levels, velocities and rise rates over time and arrival times at desired locations.

### 2.1    Basic Modeling Assumptions

The flood simulation of Hurricane Katrina in the Lower Ninth Ward and St. Bernard Parish incorporates several basic modeling assumptions.  These basic modeling assumptions used in the simulation are described below:

- Overtopping by waves is not taken into account directly, but when levee erosion occurred due to wave overtopping this is taken into account in the crest elevation.  The water volume from wave overtopping is small when compared with the volume of floodwater overtopping as the storm surge exceeds the crest elevation of the levees.

- Surcharged internal storm drainage systems may have allowed a faster initial spreading of the floodwaters, but will have negligible influence on the maximum water levels.

- Buildings and other structures are not incorporated as elements in the model. These physical structures may have blocked water flow and changed flow directions.  There influence is local with the overall influence of these physical structures accounted for in the bottom roughness value (friction to flow) used in the model.

- No distinction is made between the surface features such as houses and streets in the elevation and roughness used in the model.  Flow velocities will be generally overestimated at locations with houses and underestimated at locations with streets and/or vacant lands.

- The interaction between surface water and groundwater is neglected in the simulations.

- The direct impact of wind speed and direction is not taken into account the model simulations.

- Under seepage below or through levees or flood control structures is not taken into account.  All evidence is that under seepage is negligible in comparison to the final water volumes caused by the levee breaches and storm surge overtopping.


**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

## 2.2    Data Collection

Data used for this study was obtained from the three main investigative studies performed for Hurricane Katrina.  Data including storm surge hydrographs, rainfall, and levee breach times was obtained from the final IPET report (https://ipet.wes.army.mil). Topography, levee and floodwall crest heights, size and depth of breaches was captured from LiDAR data obtained for both pre-Katrina and post-Katrina conditions for the study area.  Other data such as pre- and post-Katrina digital orthophotography, Katrina flood aerials, street maps, etc. were downloaded from public agency websites including USGS, NOAA, and Louisiana State University.  The project team has carefully reviewed whether the data is consistent. There are uncertainties in the data. However, to the best of our knowledge we used the best available data.

Following is a list of data collected for this study:

- Study Area Digital Orthophotography (downloaded from http://atlas.lsu.edu/doqq2005) (refer to Exhibit 1)

- 2004 (Pre-Katrina) Digital Orthophotography (downloaded from http://atlas.lsu.edu/doqq2004) (refer to Exhibit 2)

- Katrina Flood Aerials (downloaded from http://ngs.woc.noaa.gov/katrina) (refer to Exhibit 3)

- 2005 (Post-Katrina) Digital Orthophotography (downloaded from http://atlas.lsu.edu/doqq2005) (refer to Exhibit 4)

- LIDAR-derived 15-Foot Digital Elevation Model (DEM) (downloaded from http://atlas.lsu.edu/lidar/ ) (refer to Exhibit 5)

- USGS 1/3 Arc DEM for missing tile in the 15-Foot DEM (http://seamless.usgs.gov/ ) (refer to Exhibit 5)

- Pre-Katrina 1-foot Levee Survey (https://erdcpw.erdc.usace.army.mil/ldr )

- Post-Katrina 2-foot Levee Survey (https://erdcpw.erdc.usace.army.mil/ldr )

- IPET Field Survey Data (https://ipet.wes.army.mil)

- Eyewitness Reports and Stopped-Clock Data from the IPET and Team Louisiana Reports

- High Water Marks (refer to Exhibit 6)

- Information on the breach locations and sizes from IPET and verified with pre- and post Katrina LIDAR data.  Timelines for the breaches were obtained from the IPET report

- Surge Hydrographs from IPET


**CivilTech**
**Engineering, Inc.**

- Time series of rainfall from Delft University of Technology and Svakek Hydraulics delivered by Dr. Lee E. Branscome (CCM, Climatological Consulting Corporation)

## 2.3   Model Inputs

The simulation model inputs include:

- Simulation Period
- Elevation Data
- Rainfall
- Levee Overtopping and Breaches (including location, time, size and depth)
- Surge Hydrographs

The internal drainage system in the study area are drained by nine pump stations adjacent to the 40-Arpent Levee.  Surface drainage is pumped to the 40-Arpent Bayou.  Sobek-1D2D can simulate pumps, however, during Hurricane Katrina all pumps in the study area were not operational [3].  According to an eyewitness report, pump station 5 (OP5) was only operational during the early hours of the storm but was shut down at 5:30 a.m. on August 29, 2005 due to flooding.[4]   Given the magnitude of the floodwaters entering the study area from the failure the HPS during Hurricane Katrina, the pump stations were not modeled.  The following sections describe each model input in detail.

**Simulation Period**

All simulations start on August 29, 2005 0:00 CDT and continue until August 29, 2005 21:00 CDT.

**Elevation Data**

It was necessary to resample the source DEM data into 164 feet (50 meter) grid in order to optimize the simulation runs relative to data accuracy as well as processing time. Critical elements such as the levee crest elevations were based on pre- and post-Katrina LiDAR levee survey data.  Ground topography in the study area is generally depicted in **Exhibit 5**.  Ground elevations range from approximately -6 feet in the northern sections adjacent to the 40-Arpent Levee to +10 feet in the southern sections adjacent to the Mississippi River.

All elevation data used in this study is referenced to the North American Vertical Datum of 1988 (NAVD88 datum 2004.65 Adjustment).  The Sobek-1D2D simulation model operates on the metric system of measurement which results were then converted to the U.S. Customary System for reporting purposes.



**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

**Rainfall**

The rainfall series used for Hurricane Katrina is shown in **Figure 3**.  The simulation model assumes that the rainfall is spatially uniform over the entire study area. The total cumulative rainfall during Hurricane Katrina was measured at 11 inches for a 20-hour storm duration.



**Figure 3.** Rainfall time series used in model for St. Bernard Parish.

**Levee Overtopping and Breaches**

The catastrophic flooding of the Lower Ninth Ward and the St. Bernard Parish during Hurricane Katrina was caused from levee overtopping and breaches along the IHNC and MRGO during Hurricane Katrina.  The location of the levee/floodwall breaches along the IHNC and MRGO that impacted the study area are shown in **Figure 4**.  Two major failures occurred to the IHNC east floodwall adjacent to the Lower Ninth Ward.

Pre- and post-Katrina levee LiDAR survey data was used to identify the physical location, width, and depth of the levees/floodwalls breaches.   The location, description, type, failure width, levee/floodwall elevation before and after the breach, and the time breach started is presented in **Table 1**.  A Geographic Information System (GIS) was used to assimilate pertinent data concerning eyewitness accounts on the flood event, high water marks, flood times, levee elevation data, etc. for the study area.  The GIS work map, as shown in **Exhibit 6**, provides a visual representation of the pertinent data for the study area.

**Table 1.  Levee Breaches along IHNC and MRGO**

| Location | Description | Type | Failure Width | Before Breach Elevation | After Breach Elevation | Time Breach Start |
|---|---|---|---|---|---|---|
| 1 | IHNC North | I-Wall | 180 ft | 13.1 ft | 1 ft | 4:00 a.m. |
| 2 | IHNC South | I-Wall | 793 ft | 13.1 ft | 1 ft | 5:30 a.m. |
| 3 | MRGO Overtopping / Breach | Levees | Various Sections along MRGO Levee | Varies | Varies | 5:30 a.m. |



**Figure 4.** Location of Major Levee Breaches Along IHNC and MRGO in St. Bernard Parish

The levee crest elevations for the Hurricane Protection System vary considerably for the IHNC and MRGO.  The IHNC East I-Wall crest elevation varies between 12.6 feet to 13.4 feet. The levee crest elevation along MRGO varies between 12 feet to 20 feet.  The levee heights along the Mississippi River are much higher with crest elevations from 18 feet to 28 feet. The ground elevations in the Lower Ninth Ward and St. Bernard Parish are generally higher near the Mississippi River and lower toward the 40-Arpent Levee.  A ridge line exists immediately west of Paris Road that parallels Paris Road.  The ridge line

is approximately 4 to 6 feet higher in elevation than the surrounding areas.  This ridge line generally separates the surface drainage patterns in the St. Bernard Parish. Floodwaters that entered from the breaches along the IHNC are generally contained west of this ridge while at the same time as floodwater entered from the breaches along MRGO and then overtopped the 40-Arpent Levee would be contained east of this ridge line until merging at Paris Road.

The timing of the IHNC north and south breaches (failures) to the I-wall that flooded the Lower Ninth Ward is a major consideration in this study.  The main investigative studies performed by IPET, Team Louisiana, and ILIT differ considerably on the failure times of the IHNC east floodwall during Hurricane Katrina.  These studies relied on eyewitness accounts, stopped-clocks in houses, and the collection of videos and still photos to aid in the development of the timeline for the overtopping and breaching of the levee and floodwall system.  Computer model flood simulations were not performed in the three main investigative studies to verify the timing and progression of flooding in the Lower Ninth Ward and St. Bernard Parish.

The IPET investigation contacted over 600 people and conducted over 200 interviews with people who observed flooding induced by Hurricane Katrina to aid in the development of the timeline for overtopping and breaching of the levee and floodwall system.  However, only a limited number of interviews were collected in the Lower Ninth Ward, primarily due to the fact that people were not allowed back into the area for a period of time due to unsafe conditions.  The eyewitness accounts and stopped-clock data relied upon by IPET are shown in **Figure 5**.   The complete IPET timeline for the Lower Ninth Ward and St. Bernard Parish is provided in **Appendix B**.  IPET concludes with the following statement "In summary, for the Lower Ninth Ward, it appears that flooding began early on Monday morning.  Eyewitness accounts and stopped-clock data indicate that floodwaters began entering the Lower Ninth Ward prior to 1030 UTC (5:30 a.m. CDT) and possibly as early as 0930 UTC (4:30 a.m. CDT).   These early times suggest that the water enter through one or both of the breaches in the IHNC Floodwall. The floodwall was overtopped later at about 1230 UTC (7:30 a.m. CDT).  Time-stamped photographs confirm that flooding had occurred by about 1300 UTC (8:00 a.m. CDT) near the Jackson Barricks along the southern end of this area near the St. Bernard Parish line.  The floodwaters from the IHNC moved east, eventually merging with the waters from the Chalmette area near Paris Road in the midmorning time frame. Flooding in the Chalmette area came from the northeast, entering this area about 1320 UTC (8:20 a.m. CDT).  Water levels for the Lower Ninth Ward and St. Bernard Parish peaked at about 10.5 to 11 ft." [5]

*Expert Opinion Report – Hurricane Katrina*



**Figure 5.** Lower Ninth Ward and St. Bernard Parish study area with locations of eyewitness accounts and stopped clocks. [Time is referenced to CDT]. [6]

The initial flood model data input for the INHC floodwall breaches is based on IPET information and supplemented with additional eyewitness accounts gathered in this case.  The location of the additional eyewitnesses is shown in **Figure 6**.

IPET noted that based on the eyewitness accounts and stopped-clock data, it appear that waters began entering the Lower Ninth Ward prior to 1030 UTC (5:30 a.m. CDT), and possibly as early as 0930 UTC (4:30 a.m. CDT).   Eyewitness Mr. Terry Mark Adams, lived east of IHNC north breach, reported that the carpet in his house was wet when he got up at 5:00 a.m.. [7]  Eyewitness Mr. William J. Villavasso, who worked at Pump Station 5 (OP5) reported that at the time of Hurricane Katrina, he heard explosion and experienced massive waters flooded Pump Station 5 sometime after 3:00 a.m.. [8]  Eyewitness Mrs. D'Antoinette M. Johnson, who lived about two blocks south east of north breach, reported water in her house when she woke up at 4:15 a.m. – 4:45 a.m. [9].  Based on IPET information and additional eyewitness accounts, it is probable that the IHNC north breach occurred at or before 4:00 a.m. CDT.

*Expert Opinion Report – Hurricane Katrina*



**Figure 6.** Additional Eyewitness Locations

Eyewitness Mr. Carolyn Berryhill, who lived one block east of IHNC south breach, reported water came up fast about 5:30 to 5:45 a.m.. [10]  Eyewitness Mr. Kendrick R. Pounds saw two holes in the floodwall when he woke up at 5:50 a.m. and reported that water was already on the floor. [11]  Eyewitness Mr. Matthew Simmons, who lived one block east of south floodwall breach, reported that between 5:10 a.m. to 5:40 a.m. the downstairs flooded to the ceiling [12].   Based on IPET information and additional eyewitness accounts, it is probable the IHNC south breach occurred at or before 5:30 a.m. CDT.

Both Team Louisiana and ILIT contradict the above timeline for the IHNC north and south breaches. They reported a time of 7:00 a.m. for both the breaches.  It is our opinion that IPET thoroughly reviewed all available data gathered from eyewitness accounts, stopped-clocks, and time-stamped photos in developing the flooding timeline for Hurricane Katrina.  Importantly, IPET was able to develop hydrographs based on sequences of time/date stamped digital photographs. Most of this information developed from IPET did not become available until June 2006, after completion of the other reports from Team Louisiana and ILIT. Therefore, the timeline of the IHNC floodwall breaches concluded in this study appears to be more accurate.

*Expert Opinion Report – Hurricane Katrina*

The time frame of MRGO levee overtopping is based on IPET's report. Substantial wave overtopping near Bayou Bienvenue began around 6:00 a.m. and persisted until 10:00 a.m. [13]. Between Bayou Bienvenue and Bayou Dupre, waves began to substantially overtop between 5:30 a.m. and 6:30 a.m. and erosion began at 5:30 a.m.. [14] Substantial wave overtopping near Bayou Dupre began at 6:30 a.m. and till 9:30 a.m.. [15] No other studies reported these detailed levee overtopping and erosion time frame along MRGO.

**Surge Hydrographs**

Five storm surge hydrographs shown in **Figure 4** at Locations A, B, C, D, E, and F were constructed as model inputs for Hurricane Katrina.  The surge hydrographs for Location A (IHNC Lock Staff Gage) and B (USGS Gage-GIWW at Paris Rd) are shown in **Figure 7**. Surge hydrographs at Locations C, D and E were constructed based on the high water marks at these locations and the hydrographs at Locations A and B.



Figure 129. IHNC hydrographs. [Times are referenced to CDT]

**Figure 7.**  Surge Hydrographs during Hurricane Katrina

*Expert Opinion Report – Hurricane Katrina*

## 3.0    Flood Model Simulation and Model Verification

The Sobek-1D2D computer model flood simulation was performed with the model input data presented in Section 2.0.   The time progression of flooding in the study area during Hurricane Katrina is presented in **Figure 8**.   Flood depths are identified for selected time frames between 4:00 a.m. and 9:00 pm CDT on Monday, August 29, 2005.   A detailed timeline of the flooding in the study area based on the model results and compared to eyewitness accounts is presented in **Appendix C**.   The darker blue areas represent the deeper flood depths and the lighter blue represents the shallower flood depths.   The flood simulation animation for Hurricane Katrina is provided on the CD in this report.



**Figure 8.** Progressing snapshots of the computed flood water depths (all times in CDT on August 29, 2005)

*Expert Opinion Report – Hurricane Katrina*



**Figure 8.** Progressing snapshots of the computed flood water depths (all times in CDT on August 29, 2005)

*Expert Opinion Report – Hurricane Katrina*

Prior to 4:00 a.m., the model shows only minor ponding in the study area from rainfall. At 4:00 a.m., the storm surge elevation is at 9.2 feet in the IHNC, which is approximately 4 feet below the IHNC I-wall crest elevation.  After the IHNC north floodwall breached at or before 4:00 a.m., flood depths begin to rise in the north section of the Lower Ninth Ward near Pump Station 5 (OP5).  By 5:30 am, the Lower Ninth Ward along the IHNC had flood depths up to 5 feet.  The IHNC south floodwall breached at or before 5:30 a.m., causing the flood depths to rise much more rapidly and spread across the Lower Ninth Ward as can be visually seen in the progression of flooding between 6:00 a.m. and 6:15 a.m. in Figure 8.  The storm surge elevations in the IHNC were at 11.2 feet during this time, which is still approximately 2 feet below the IHNC I-wall crest elevation.  The storm surge began to overtop the IHNC after 7:30 a.m. and reached a maximum surge elevation of 14 feet at approximately 8:20 a.m. along the IHNC.

The IPET report notes that two stopped clocks located at Site C1 (see Figure 5) showed a stop time of about 5:15 a.m. CDT.  Two other clocks at Site C1 at the same elevation showed a time of about 6:30 a.m. CDT.  Four other clocks at higher elevations at Site C1 also indicated a time of about 6:30 a.m. CDT.  The ground elevation in this area is about -6 feet, which would indicate that at a +2 feet, the water level would have had to rise about 8 feet before the clocks became inundated.  Therefore, the actual breach time would have had to been sometime prior to the recorded times on the clocks, which would be in agreement with the eyewitness accounts of about 4:30 a.m. CDT.  The earlier breached time is also support by additional eyewitness accounts obtained in this matter.  Mr. T. Adams, who lived at the same location at IPET Site C1, stated that his carpet was wet when he got up at 5:00 a.m. [7].  The flood simulation model computed a flood depth of 3.2 feet at 5:15 a.m. which supports Mr. Adams eyewitness account. Another eyewitness, D'A. Johnson, who lived within close proximity, reported that at about 6:10 a.m. water was higher than 5.2 feet. [9]   The flood simulation model computed a flood depth of 5.7 feet at 6:10 a.m. at the same location, which strongly agrees with the eyewitness account.

At about 5:30 a.m., the flood simulation model shows the MRGO levee beginning to overtopped and breached at various locations.  Floodwaters begin to fill the 32,000 acre wetland situated between MRGO and the 40-Arpent Levee.  At about 7:45 a.m., MRGO floodwaters overtop the 40-Arpent Levee and enter Chalmette. Floodwaters from the IHNC and from MRGO meet at Delille Street, three blocks west of Paris Road, at 9:10 a.m.  Delille Street is where the topographic ridge line is located.  Surge water continues the flood the entire area to a maximum depth of approximately 11.2 feet at noon.  Eyewitness reports confirm the timing and flow direction of the flooding in this area.  Eyewitness James Reed also reported no water coming over the 40-Arpent levee between 7:00 to 8:00 am. [18]  MRGO floodwaters enter Chalmette from the northeast whereby camera footage shows water entering the area to the northeast of the tower at about 1320 UTC (8:20 a.m. CDT) and rising very quickly.  The video also shows large clumps of marsh grass moving in a northeast to southwest direction, clearly indicating

**CivilTech**
Engineering, Inc.

*Expert Opinion Report – Hurricane Katrina*

flows from the marsh lands surrounding Lake Borgne and MRGO.  Presence of marsh grass was a common feature on houses and other structures through this entire area, but it was rarely, if ever seen west of about Paris Road. [19]

As illustrated in **Figure 9**, the flood simulation model closely matches the water levels attained by IPET at various sites within the Lower Ninth Ward and St. Bernard Parish for Hurricane Katrina.



**Figure 9**. Modeled water level and IPET interior hydrographs

This flood simulation model results were also compared to the surveyed high water marks (HWMs). The HWMs are grouped into five areas as shown in **Figure 10.**  The computed maximum water level as shown in **Figure 11** closely matches the IPET HWMs at all five locations.

Based on the flood model simulation results, it can be concluded that the model provides a reliable and accurate account of the flooding during Hurricane Katrina and closely matches eyewitness accounts, stopped-clocked data, and video footage and photographs.  In summary, the Lower Ninth Ward appears to begin flooding early on Monday morning at or before 4:30 a.m. from the breaches in the IHNC floodwall.  The floodwaters from the IHNC moved east, eventually merging with the waters from the Chalmette area near Paris Road at about 9:10 a.m. CDT from MRGO.  Flooding in the Chalmette area came from the northeast from MRGO, entering this area at about 8:20 a.m.. Water levels for the Lower Ninth Ward and St. Bernard Parish peaked at about 10.5 feet to 11 feet at noon.

*Expert Opinion Report – Hurricane Katrina*



**Figure 10.** IPET High water mark locations.



**Figure 11.**  Comparison of modeled maximum water level and HWMs

*Expert Opinion Report – Hurricane Katrina*

## 4.0    Flood Model Simulation Scenarios

Several flood simulation scenarios were modeled to understand the contribution of the flood in the Lower Ninth Ward and St. Bernard Parish from the different causes of the flood.   Four flood simulation scenarios were performed as identified and described below:

- Scenario 1: **ALL Causes** during Hurricane Katrina.  This is equal to the Katrina event.
- Scenario 2: **IHNC Levee Breaches** includes the IHNC north and south floodwall breaches, levee/floodwall overtopping along the IHNC and MRGO from storm surge, and rainfall.
- Scenario 3: **MRGO Levee Breaches** includes the multiple levee breaches along MRGO, levee/floodwall overtopping along the IHNC and MRGO from storm surge, and rainfall.
- Scenario 4: **No Breaches** includes the levee/floodwall overtopping along the IHNC and MRGO from storm surge and rainfall.  Pump stations are assumed not be operational.

The flood simulation model computed stage hydrographs (water depth versus time) at five locations within the study area as shown in **Figure 12**.



**Figure 12.** Selected locations for comparing hydrographs from various modeled scenarios.

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

The stage hydrographs computed at Location 1 and Location 2, as shown in **Figure 13** and **Figure 14**, respectively, shows that the north and south floodwall breaches along the IHNC caused flood depths between 8 feet and 10 feet in the north Lower Ninth Ward before merging with floodwaters from MRGO. From 9:00 am and 12:00 pm, floodwaters from MRGO added an additional 4 to 5 feet of flood depth in the Lower Ninth Ward. The modeled water depth from all causes at 9:10 a.m. on Monday, August 29, 2005, is shown in **Exhibit 7**. The model simulations show that the levee breaches along MRGO would have completely inundated the Lower Ninth Ward and St. Bernard Parish sometime later than what actually happened during Hurricane Katrina.

Without the catastrophic breaches along the IHNC and MRGO, flood depths would have only likely reached approximately 2 to 3 feet at Location 2 and approximately 4 to 5 feet at Location 1 in the Lower Ninth Ward from surge overtopping the levees during Hurricane Katrina. Locations 3, 4, 5 would likely had experienced only shallow flooding without the levee breaches along IHNC and MRGO.

MRGO levee breaches are the primary cause of flooding at Locations 3, 4 and 5. IHNC breaches did not contribute to the flooding at Location 5, perhaps due to the levee at Violet Canal. If no breaches had occurred along MRGO, Location 5 would have experienced minor flooding, mostly due to MRGO and the 40-Arpent levee overtopping. Eyewitness accounts and photos of the marsh grass debris on homes confirmed that the floodwaters in Locations 3, 4, and 5 came from the floodwaters along MRGO.



**Figure 13.** Computed stage hydrographs at Location 1.

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*



**Figure 14.** Computed stage hydrographs at Location 2.



**Figure 15.** Computed stage hydrographs at Location 3.

**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*



**Figure 16.** Computed stage hydrographs at Location 4.



**Figure 17.**  Computed stage hydrographs at Location 5.

*Expert Opinion Report – Hurricane Katrina*

## 5.0    Statement of Conclusions

The following professional opinions and conclusions are made for the Lower Ninth Ward and St. Bernard Parish based on the study findings as documented in this report.

- Two major floodwall breaches (failures), identified as the north and south breaches occurred to the hurricane protection system along the Inner Harbor Navigation Canal (IHNC), causing catastrophic flooding of homes and businesses in the Lower Ninth Ward and the St. Bernard Parish during Hurricane Katrina.

- The IHNC north breach occurred at or before 4:00 a.m. and the IHNC south breach occurred at or before 5:30 a.m. on Monday, August 29, 2005, prior to the storm surge overtopping the IHNC floodwall crest elevation.

- The Lower Ninth Ward began flooding before 4:30 a.m. on Monday morning from the north and south breaches in the IHNC floodwall.  The floodwaters from the IHNC moved east into the St. Bernard Parish, eventually merging with the waters from the Chalmette area near Paris Road at about 9:10 a.m. CDT.  Floodwaters from MRGO entered the Chalmette area from the northeast at about 8:20 a.m. CDT.

- The flooded areas in the Lower Ninth Ward and St. Bernard Parish were from the floodwaters of the IHNC and eventually merged with the floodwaters from MRGO at Paris Road.   The flooded areas before the IHNC and MRGO floodwaters merged are depicted in Exhibit 7.

- Water levels for the Lower Ninth Ward and St. Bernard Parish peaked at about 10.5 to 11.2 feet at noon.

- The flood simulation model developed for Hurricane Katrina produces reliable and accurate results that closely match eyewitness accounts, stopped clocks, and high water marks of the flooding in the Lower Ninth Ward and the St. Bernard Parish.

- The flood simulation (animation) of Hurricane Katrina provides an accurate time progression of the flooding in the Lower Ninth Ward and St. Bernard Parish.

It is presently beyond the scope of this study to provide damage estimates to homes and businesses caused by the floodwaters during Hurricane Katrina.   For reference purposes, damage estimates can be ascertained using depth versus damage curves as presented in **Appendix D**.



**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

## 6.0 References

[1]     IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume I - Executive Summary and Overview, pgs. I-32 to 35.

[2]     IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-166.

[3]     IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force. Volume VI-32-34.

[4]     IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-194.

[5]     IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-200.

[6]     IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-195.

[7]      Deposition of Terry mark Adams, taken November 13, 2007, pgs. 17-18.

[8]     Deposition of William Joseph Villavasso, Jr. dated December 18, 2007, pgs. 36, 45, 57, 64, 140, 148.

[9]     Deposition of D'Antoinette Johnson dated December 11, 2007, pgs. 18, 26–25, 32-33.

[10]    Deposition of Carolyn Berryhill taken December 17, 2007, pgs. 37-38.

[11]    Deposition of Kendrick Ray Pounds taken December 11,   2007. pgs. 23–25.

[12]    Deposition of Wilson Matthew Simmons dated January 8, 2007, pgs. 35-36.

[13]    IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force. Volume IV-240.



**CivilTech**
**Engineering, Inc.**

*Expert Opinion Report – Hurricane Katrina*

[14]  IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-241.

[15]  IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-242.

[16]  Deposition of Damond Peters dated April 8, 2008, pgs. 25, 31.

[17]  Deposition of Patrina Peters dated April 8, 2008, pgs. 65, 66.

[18]  Deposition of James Reed dated February 28, 2008, pg. 12-0029.

[19]  IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pg. IV-199.

[20]  Team Louisiana, Van Heerden, I. et al. (December 18, 2006) The Failure of the New Orleans Levee System during Hurricane Katrina, pgs. 93-94.

[21]  ILIT, Seed, R.B. et al. (July 31, 2006) Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005. Vol. I, pg. 6-6.

[22]  IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pgs. IV-196, IV-240 to IV-242.

[23]  Deposition of Andrew Sartin dated April 11, 2008, pg. 54.

[24]  Deposition of Sally Jones dated April 2, 2008, pg. 27.

[25]  Deposition of James Ruiz dated February 28, 2008, pg. 18.

[26]  IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm, pgs. IV-1-180 to IV-1-273.



**CivilTech**
Engineering, Inc.