UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br><br>NO. 2005-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO   Mejia - 06-2786 | * * | |

* * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

On motion of plaintiffs, ROBERT MEJIA and JANINE G. MEJIA, and defendant, ALLSTATE INSURANCE COMPANY, through undersigned counsel, and on suggesting to this Honorable Court that the above entitled and numbered proceeding has been settled and compromised and should be dismissed with prejudice at plaintiffs' costs;

Respectfully Submitted:
GOLDEN & FONTE

_____
Kenneth C. Fonte (5649)
One Galleria Blvd., Suite 1822
Metairie, LA 70001
Telephone: (504) 849-2600
Facsimile: (504) 849-2615
*Counsel for Plaintiffs*

LOZES & PONDER

_____
JEFFERY P. LOZES (8921)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Telephone: (504) 581-4455
Facsimile: (504) 587-9408
*Counsel for Defendant*