UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 2005-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO   Mejia - 06-2786 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing;

IT IS ORDERED by the Court that the above entitled and numbered suit be and the same is hereby dismissed with prejudice at plaintiffs' costs.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
JUDGE