UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE KATRINA CANAL CASES
C.A. NO. 05-4182 K AND ALL
CONSOLIDATED CASES, IN-
CLUDING PARTICULARLY
LEVEE, MRGO AND
RESPONDER CATEGORIES

## PROTECTIVE NOTICE OF APPEAL

COME NOW THE FOLLOWING INDIVIDU-
ALS, WHO APPEAR HEREIN <u>IN PROPRIA
PERSONA</u>;

Fee <u>NOT PAID</u>
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____



ASHTON R. O'DWYER, JR.,

SHIRLEY DENEUMOUSTIER O'DWYER

HAROLD JOSEPH GAGNET

RUDOLPH T. O'DWYER, III

AND GIVE NOTICE OF THEIR INTENT TO APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT FROM THE "AMENDED FINAL ORDER AND


JUDGMENT" (RECORD DOCUMENT NO. 19282) AND ALL ATTACHMENTS THERETO, WHICH WAS SIGNED BY STANWOOD R. DUVAL, JR. ON SEPTEMBER 24, 2009.

NEW ORLEANS, LA. THIS 1ST DAY OF OCTOBER 2009.

_____
ASHTON R. O'DWYER, JR.

_____
SHIRLEY D. O'DWYER

_____
HAROLD J. GAGNET

_____
RUDOLPH THEODORE O'DWYER III



## CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing pleading was served upon all counsel electronically, this 1st day of October 2009.

*[signature]*

October 1, 2009

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 OCT -2 PM 3:46
LORETTA G. WHYTE
CLERK

6034 St. Charles
N.O, LA, 70118

Madame Clerk;

Do your duty pursuant to 28 U.S.C. § 452, and file the enclosed Protective Notice of Appeal.

With utter contempt for you and your "string-pullers",

[signature]



ASHTON O'DWYER
6034 ST. CHARLES AVE.
NEW ORLEANS, LA 70118

Clerk — U.S. District Court
500 Poydras St.
New Orleans, LA 70130