U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT - 2 2009

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 09-42

CV05-4182-K

U.S. COURT OF APPEALS
FILED
SEP 29 2009
CHARLES R. FULBRUGE III
CLERK

IN RE: KATRINA CANAL BREACHES LITIGATION

---

GLADYS CHEHARDY; CHUCK MORRIS; DAY MORRIS; SPENCER FALOU; HEATHER FALOU; ET AL,

    Plaintiffs - Petitioners

v.

STATE FARM FIRE & CASUALTY COMPANY.; ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; AMERICAN INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CHUBB CUSTOM INSURANCE COMPANY; AAA HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY OF AMERICA; AEGIS SECURITY INSURANCE COMPANY; GREAT NORTHERN INSURANCE COMPANY; HANOVER INSURANCE CO; STANDARD FIRE INSURANCE COMPANY,

    Defendants - Respondents

---

GLADYS CHEHARDY; CHUCK MORRIS; DAY MORRIS; HEATHER FALOU; SPENCER FALOU; ET AL,

    Plaintiffs - Petitioners

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

v.

STATE FARM FIRE & CASUALTY COMPANY; ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY; AMERICAN INSURANCE COMPANY; AEGIS SECURITY INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CHUBB CUSTOM INSURANCE COMPANY; AAA HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION;

LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE
COMPANY OF AMERICA; GREAT NORTHERN INSURANCE COMPANY;
HANOVER AMERICAN INSURANCE COMPANY; STANDARD FIRE
INSURANCE COMPANY

    Defendants - Respondents

---

GLADYS CHEHARDY; CHUCK MORRIS; DAY MORRIS, SPENCER
FALOU; HEATHER FALOU; ET AL

    Plaintiffs - Petitioners

v.

STATE FARM FIRE & CASUALTY COMPANY; ALLSTATE INDEMNITY
COMPANY; ALLSTATE INSURANCE COMPANY; AMERICAN
INSURANCE COMPANY; AEGIS SECURITY INSURANCE COMPANY;
LAFAYETTE INSURANCE COMPANY; LIBERTY MUTUAL FIRE
INSURANCE COMPANY; CHUBB CUSTOM INSURANCE COMPANY;
AAA HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY;
LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION;
LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE
COMPANY OF AMERICA; GREAT NORTHERN INSURANCE COMPANY;
HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE
COMPANY

    Defendants - Respondents

---

Motion for Leave to Appeal
under Fed. R. Civ. P. 23(f)

---

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the motion for leave to appeal under Fed.
R. Civ. P. 23(f) is Denied.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana  SEP 29 2009

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 29, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-42,  In Re: Katrina Canal, et al
        USDC No. 2:05-CV-4182
        USDC No. 2:06-CV-1672
        USDC No. 2:06-CV-1673
        USDC No. 2:06-CV-1674

Enclosed is a copy of the judgment issued as the mandate.

CHARLES R. FULBRUGE III, Clerk

By: /s/ Angelique D. Batiste
Angelique D. Batiste, Deputy Clerk
504-310-7715

cc: w/encl:
Ms. Sarah House Barcellona
Ms. Judy Y. Barrasso
Ms. Kelly C Bogart
Mr. Joseph M Bruno
Mr. Stephen G Bullock
Ms. Jaime Michele Cambre
Mr. Kevin Ray Derham
Mr. Lawrence J Duplass
Mr. John N Ellison
Mr. Neal J Favret
Mr. Calvin Clifford Fayard Jr.
Mr. Richard L Fenton
Mr. James M Garner
Mr. Stephen E Goldman
Ms. Kendra Kekelis Hartman
Mr. Ralph S Hubbard III
Mr. Kevin P Kamraczewski
Mr. Howard Bruce Kaplan
Mr. Wayne J Lee

```
Ms. Amy S Malish
Mr. Gregory John McDonald
Mr. Joseph J McKernan
Ms. Andrea A Mittleider
Ms. Maura Z Pelleteri
Mr. C Michael Pfister
Mr. H Minor Pipes III
Mr. Drew A Ranier
Mr. Seth Andrew Schmeeckle
Mr. Robert I Siegel
Mr. Steven W Usdin
Mr. David E Walle
Mr. John W Waters Jr.
Mr. William J Wegmann Jr.
Mr. Edward Robert Wicker
Mr. Alan J Yacoubian
```

Mandate Issued - MDT-1  (!ag,tax,img)