UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATIONS | * | |
| PERTAINS TO: SEVERED MASS | * | SECTION: K(2) |
| JOINDER CASES | * | |
| | * | |
| Severed from Ailes 06-7822 | * | |
| | * | |
| TANYA WADE, ET AL | * | CIVIL ACTION NO. 07-1576 |
| | * | |
| VS. | * | JUDGE SECTION "K" |
| | * | |
| STATE FARM FIRE AND | * | MAGISTRATE 2 |
| CASUALTY COMPANY | * | |

**************************************

### JOINT MOTION & ORDER TO DISMISS WITH PREJUDICE

ON MOTION of defendant, State Farm Fire and Casualty Company, and plaintiffs, Johnell and Tanya Wade, appearing herein through undersigned counsel of record, and on suggesting to the court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs; and

_____  
BRIAN J. EISELEN, Esq. (#?????)  
Connick & Connick  
2551 Metairie Road  
Metairie, La. 70001  
Telephone: 504-838-8777  
Facsimile: 504-838-9903  

_____  
ROY C. BEARD (#17461)  
MCCRANIE, SISTRUNK, ANZELMO, HARDY  
MAXWELL & MCDANIEL  
3445 N. Causeway Blvd., 8th Floor  
Metairie, LA 70002  
Telephone: (504) 831-0946