UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATIONS | * | |
| PERTAINS TO: SEVERED MASS | * | SECTION: K(2) |
| JOINDER CASES | * | |
| | * | |
| Severed from Ailes 06-7822 | * | |
| | * | |
| TANYA WADE, ET AL | * | CIVIL ACTION NO. 07-1576 |
| | * | |
| VS. | * | JUDGE SECTION "K" |
| | * | |
| STATE FARM FIRE AND | * | MAGISTRATE 2 |
| CASUALTY COMPANY | * | |

**************************************

## O R D E R

      IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

      New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E