UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION NO. 05-4182 | CIVIL ACTION |
| PERTAINS TO: | SECTION "K"(2) |

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait Family v. USA* | C.A. 07-3500 |

## ORDER

Considering the *Ex Parte* Motion of Lafarge North America Inc. to File a Memorandum in support of a Motion for Summary Judgment In Excess of Page Length Limitations (Doc. 19293),

**IT IS ORDERED** that the *Ex Parte* Motion of Lafarge North America Inc. to File a Memorandum in support of a Motion for Summary Judgment In Excess of Page Length Limitations (Doc. 19293) is **GRANTED**; however, because the exhibits supporting the substantive motion that were file as attachments and exhibits are so voluminous,

**IT IS FURTHER ORDERED** that a manual attachment consisting of a hard copy of all such attachments and exhibits properly indexed shall be filed with the Clerk of Court no later than Friday, October 9, 2009 in the Clerk's Office along.

**IT IS FURTHER ORDERED** that a separate indexed hard copy of said manual attachment shall be filed in Chambers along with a CD-rom consisting of pdf versions of said documents no later than Friday, October 9, 2009.

New Orleans, Louisiana, this __5th__ day of October, 2009.

                                            **STANWOOD R. DUVAL, JR.**
                               **UNITED STATES DISTRICT COURT JUDGE**