UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO: 05-4182 |
| PERTAINS TO: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500) | SECTION: "K" (2) |

ATTACHMENTS TO DOCUMENT NO.  19309

    DESCRIPTION: Attachments A-1, A-2, A-3, B, C;
                   Appendix of Exhibits;
                   Exhibits 1-39

    FILED BY:   Lafarge North America, Inc.

    FILE DATE:   10/5/09

ARE LOCATED IN THE CLERK'S OFFICE.