UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| | * | **No. 05-4182** |
| 05-4181, 05-4182, 05-4191, 05-4568, | * | **& Consolidated Cases** |
| 05-5237, 05-6073, 05-6314, 05-6324, | * | |
| 05-6327, 05-6359, 06-0020, 06-1885, | * | **SECTION K** |
| 06-0225, 06-0886, 06-11208, 06-2278, | * | **JUDGE DUVAL** |
| 06-2287, 06-2346, 06-2545, 06-3529, | * | |
| 06-4065, 06-4389, 06-4634, 06-4931, | * | |
| 06-5032, 06-5042, 06-5159, 06-5163, | * | |
| 06-5367, 06-5471, 06-5771, 06-5786, | * | |
| 06-5937, 06-7682, 07-0206, 07-0647, | * | |
| 07-0993, 07-1284, 07-1286, 07-1288, | * | |
| 07-1289. | * | |
| | * | |

**************************************

## NOTICE OF APPEAL

Plaintiffs in Case No. 06-5116 (*Sims*), Case No. 06-5118 (*Richard*), Case No. 06-5142 (*Augustine*), Case No. 06-5132 (*Ferdinand*), Case No. 06-5131 (*Bourgeois*), Case No. 06-5134 (*Christophe*), Case No. 06-5137 (*Williams*), Case No. 06-5127 (*DePass*), Case No. 06-5128 (*Adams*), and Case No. 06-5140 (*Porter*), all of whom are made putative non-opt-out class members by the following orders and judgments, hereby appeal to the United States Court of Appeal for the Fifth Circuit the Order and Reasons, (Document 19255), Final Order and Judgment (Document 19256) rendered by Judge Stanwood R. Duval, Jr. in this action, entered September 9, 2009, and the Amended Final Order and Judgment rendered by Judge Standwood R. Duval, Jr. (Document 19282) and entered on September 24, 2009.

Respectfully submitted,

/s/ James K. Irvin
James K. Irvin (#7166)
MILLING BENSON WOODWARD L.L.P
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Facsimile:   (504) 569-7001
jirvin@millinglaw.com

<u>Of Counsel</u>
John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Telephone: (504) 586-0000
Facsimile:  (504) 522-8423

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of October, 2009, I electronically filed the foregoing Notice of Appeal Motion with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter and caused copies to be hand-delivered to the Clerk of Court and counsel as directed by the Court's notice.

/s/ James K. Irvin

386752