UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. LaFarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. LaFarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *LaFarge v. USA*   07-5178 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * *

**BARGE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO OPPOSE LAFARGE NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT**

**NOW COME** Barge Plaintiffs, through undersigned counsel, who, for reasons expressed in the accompanying Memorandum, respectfully move the Court for an Order (1) Granting a two-week extension of time for filing their Opposition to the Three Thousand Five Hundred and Fifty-Seven (3557) page Motion for Summary Judgment and related documents Lafarge North America has filed (said Opposition of which is currently due to be filed on October 23, 2009), and (2) Combining/ Consolidating hearing dates of said Motion (currently set for hearing on November 18, 2009) and anticipated *Daubert* motions (currently set for hearing on January 10, 2010).

Lafarge, through counsel, has been consulted concerning this Motion, but states that it ***does not consent*** to granting of same.

It is so moved, this 9th day of October, 2009.

1

Respectfully submitted,

**s/Brian A. Gilbert, Esq**.(21297)
Law Office Of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
Dpollard@kpalawyers.com;
Mbailey@kpalawyers.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
karl@wiedemannlaw.com;
karen@wiedemannlaw.com

Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

>Richard T. Seymour (D.C. Bar #28100)
>Law Office of Richard T. Seymour, P.L.L.C.
>1150 Connecticut Avenue N.W., Suite 900
>Washington, D.C. 20036-4129
>Voice: 202-862-4320
>Cell: 202-549-1454
>Facsimile: 800-805-1065 and 202-828-4130
>e-mail: rick@rickseymourlaw.net
>
>Lawrence A. Wilson (N.Y.S.B.A. #2487908)
>David W. Drucker (N.Y.S.B.A. #1981562)
>Wilson, Grochow, Druker & Nolet
>Woolworth Building
>233 Broadway, 5th Floor
>New York, NY 10279-0003
>Telephone: (212) 608-4400
>Facsimile: (212) 227-5159
>e-mail: lwilson@wgdnlaw1.com;
>ddruker@wgdnlaw1.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th day of October, 2009.

>\s\Brian A. Gilbert