### UNITED STATE DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge*          05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. LaFarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL,  JR. |
| *Benoit v. LaFarge*          06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *LaFarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON,  JR. |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

### MOTION FOR EXPEDITED HEARING OF BARGE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO OPPOSE LAFARGE NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT

**NOW COME** Barge Plaintiffs, through undersigned counsel, upon suggesting that Barge Plaintiffs have moved for a two week extension of the deadline for opposing Lafarge's Motion for Summary Judgment, and for combination of hearings of said Motion and anticipated *Daubert* Motions.  The Court's regular docket affords a hearing date of October 28, 2009, **after** the current October 23, 2009 deadline for the Barge Plaintiffs to file their opposition to Lafarge's Motion for Summary Judgment.

Barge Plaintiffs therefore respectfully move for an expedited hearing of their *Motion For Extension Of Time To Oppose Lafarge North America's Motion For Summary Judgment.*

So moved, this 9th day of October, 2009.

Respectfully submitted,


**s/Brian A. Gilbert, Esq**.(21297)
Law Office Of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
        Dpollard@kpalawyers.com;
        Mbailey@kpalawyers.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
k a r l @ w i e d e m a n n l a w . c o m;
karen@wiedemannlaw.com

Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.

1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com;
ddruker@wgdnlaw1.com

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing document has been served

upon counsel of record, by United States Mail, postage prepaid and properly addressed,

facsimile, and/or ECF upload, this 9th day of October,  2009.

\s\Brian A. Gilbert