UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. LaFarge*  06-5342 | * | **JUDGE** |
| *Perry v. Ingram*  06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. LaFarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | **MAG.** |
| *LaFarge v. USA*  07-5178 | * | **JOSEPH C. WILKINSON, JR.** |

* * * * * * * * * * * * * * * * * * * * * *

### ORDER ON MOTION FOR EXPEDITED HEARING OF BARGE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO OPPOSE LAFARGE NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT

Considering the above and foregoing, it is hereby **ORDERED** that the Barge Plaintiffs' *Motion For Expedited Hearing Of Barge Plaintiffs' Motion For Extension Of Time To Oppose Lafarge North America's Motion For Summary Judgment* be, and is hereby, **GRANTED.**

**FURTHER ORDERED,** Lafarge North America, Inc. is to file any Opposition to *Barge Plaintiffs' Motion For Extension Of Time To Oppose Lagarge North America's Motion For Summary Judgment* no later than October_____, 2009.

**FURTHER ORDERED**, hearing of *Barge Plaintiffs' Motion For Extension Of Time To Oppose Lafarge North America's Motion For Summary Judgment* is scheduled for _____ o'clock on the _____ day of October, 2009.

2

New Orleans, Louisiana, this _____ day of October, 2009.

_____
**HON. STANWOOD R. DUVAL,  JR**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 9th day of October,  2009.

\s\Brian A. Gilbert

2