UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                                CIVIL ACTION
CONSOLIDATED LITIGATION
NO. 05-4182

PERTAINS TO:

SECTION "K"(2)

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait Family v. USA* | C.A. No. 07-3500 |
| *LaFarge v. USA* | C.A. No. 07-5178 |

## ORDER

Considering the Motion for Extension of Deadlines (Doc. 19312) and the Motion for Expedited Hearing (Doc. 19313) filed by plaintiffs,

**IT IS ORDERED** that the Motion for Expedited Hearing (Doc. 19313) is **GRANTED**; however the matter is taken on the papers filed.

As to the Motion for Extension of Deadlines (Doc. 19312), the Court has reviewed the pleadings and memoranda and finds that on no account shall the *Daubert* hearings and the Motions for Summary Judgment in this matter be heard *in pari materia*. While the Court regrets Mr. Gilbert's illness, it is impossible at this time to reschedule these hearings. The Court has continually attempted to accommodate these parties and there simply is no other time to set the hearing on the BARGE substantive motions. However, in an attempt to allow Mr. Gilbert and his team more time to prepare, the Court will grant the following extensions:

**IT IS ORDERED** that the deadline for filing oppositions to the Motions for Summary Judgment filed by LaFarge and Zito Fleeting are **CONTINUED** from October 23, 2009 to **November 2, 2009 at noon.**

**IT IS FURTHER ORDERED** that the deadline for filing reply briefs on these motions is **CONTINUED** from October 30, 2009 to **November 9, 2009 at noon.**

**NO FURTHER EXTENSIONS SHALL BE GRANTED.**

New Orleans, Louisiana, this  13th   day of October, 2009.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**