37095
41290

OCT - 9 2009

COUNT CODE

5SXX Accounts
____ - Restitution
____ - U.S. Postal Service Forms
____ - Petty Offense

REGISTRY FUND:

604700 Accounts
____ - Cash Bonds
____ - Land Condemnation
____ - Deceased & Deserting Seaman

NERAL & SPECIAL FUNDS:

____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
        085000 - $5.00 / 510000 - $10.00

FILING FEES

____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
        086900 - $20.00 / 510000 - $19.00
____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

COPY FEES

____ - Copies from public terminal (.10 per page - # of pages ____) 5114CR
____ - Copies (.50 per page - # of pages ____) 322350
____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
____ - Magnetic Tape Recordings ____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

MISCELLANEOUS ACCOUNTS

____ - Certification (# of Cert. ____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
____ - Records Search (TOTAL $26.00 Each) (# of names ____) 322360 - $15.00 / 510000 - $11.00
____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment ____ 322380

ES & MISCELLANEOUS ACCOUNTS

____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

OUNTS RECEIVABLE

____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Milling, Benson, Woodward L.L.P.

CASE NUMBER: 05-4182 & Consolidated   SECTION: K

CASE TITLE: In Re Katrina Canal Breaches

PAYMENT OF: 455.00   CASH ____   CHECK ____ a# 39358   MONEY ORDER ✓
                     SEAMAN ____   PAUPER ____   NON CASH ____

Civil Action Cases (for New Filings Only)
nate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
priate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

____ 1. Cases requiring immediate action
       by the Court such as TRO, Injunction,
       Orders to Show Cause, etc.
____ 2. Class Action
____ 3. Antitrust
____ 4. Patent, Trademark, Copyright
____ 5. Civil Rights Case

____ 6. Habeas Corpus & Other Convictions
       Petitions Title 28 USC Sec. 2255
____ 7. Petitions for Stay of Execution
       Death Sentence
____ 8. Social Security Case
____ 9. All Others

is a THREE JUDGE COURT?   Yes ____   No ____
is a RELATED CASE?