UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | No. 05-4182 |
| 05-4181, 05-4182, 05-4191, 05-4568, | & Consolidated Cases |
| 05-5237, 05-6073, 05-6314, 05-6324, | |
| 05-6327, 05-6359, 06-0020, 06-1885, | SECTION K |
| 06-0225, 06-0886, 06-11208, 06-2278, | |
| 06-2287, 06-2346, 06-2545, 06-3529, | JUDGE DUVAL |
| 06-4065, 06-4389, 06-4634, 06-4931, | |
| 06-5032, 06-5042, 06-5159, 06-5163, | |
| 06-5367, 06-5471, 06-5771, 06-5786, | |
| 06-5937, 06-7682, 07-0206, 07-0647, | |
| 07-0993, 07-1284, 07-1286, 07-1288, | |
| 07-1289. | |

NOTICE OF APPEAL BY OBJECTORS
BRINKMEYER, LeBLANC, and THOMAS

Notice is hereby given that objecting class members Mary Brinkmeyer, Michelle LeBlanc, and Thomas C. Stuart hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Amended Final Order and Judgment entered in this action on September 24, 2009 (Document 19282), and from the Order and Reasons (Document 19255) as amended by the Order Granting Unopposed Joint Motion to Alter or Amend Judgments entered in this action on September 24, 2009 (Document 19281).

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer J. Rosenbaum* | */s/ Michael T. Kirkpatrick* |
| Jennifer J. Rosenbaum, Local Counsel | Michael T. Kirkpatrick, Trial Attorney |
| La. Bar No. 31946 | DC Bar No. 486293, *Pro Hac Vice* |
| New Orleans Workers' Center for Racial Justice | Allison M. Zieve |
| 217 N. Prieur St. | DC Bar No. 424786 |
| New Orleans, LA 70112 | Public Citizen Litigation Group |
| 615-423-0152 | 1600 20th Street NW |
| jjrosenbaum@gmail.com | Washington, DC 20009 |
| | 202-588-1000 |
| | mkirkpatrick@citizen.org |

Counsel for Objectors Mary Brinkmeyer,
Michelle LeBlanc, and Thomas C. Stuart

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2009, I electronically filed the foregoing Notice of Appeal by Objectors Brinkmeyer, LeBlanc, and Stuart, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all known counsel of record in this matter.

 */s/ Jennifer J. Rosenbaum*
Jennifer J. Rosenbaum, Local Counsel