| | | |
|---|---|---|
| **NATHANIEL JOSEPH, et al** | * | **UNITED STATES DISTRICT COURT** |
| | * | |
| **VERSUS** | * | **EASTERN DISTRICT OF LOUISIANA** |
| | * | |
| **NEW ORLEANS SEWAGE AND WATER BOARD, et al** | * | **CIVIL ACTION NO: 06-5032** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION TO FILE EXHIBIT 1

**NOW INTO COURT,** through undersigned counsel, come the following list of persons in exhibit 1, who are all similarly situated as the named plaintiff in the above styled and numbered cause, and move that their names be entered as co-plaintiffs in these proceedings.

    RESPECTFULLY SUBMITTED BY
    LAW OFFICES OF MARION OVERTON WHITE
    **511 EAST LANDRY STREET**
    **OPELOUSAS, LOUISIANA 70570**
    **TELEPHONE: (337) 948-8296**

    BY:   /s/ Marion Overton White
         MARION OVERTON WHITE
         LOUISIANA BAR: 13428