| | | |
|---|---|---|
| **NATHANIEL JOSEPH, et al** | * | **UNITED STATES DISTRICT COURT** |
| | * | |
| **VERSUS** | * | **EASTERN DISTRICT OF LOUISIANA** |
| | * | |
| **NEW ORLEANS SEWAGE AND WATER BOARD, et al** | * | **CIVIL ACTION NO: 06-5032** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the ex parte motion of the plaintiffs:

**IT IS ORDERED** that exhibit 1, containing 599 names of co-plaintiffs, be entered in these proceedings.

**SIGNED** at New Orleans, Louisiana, on this _____ day of _____, 2009.

_____
**U.S. JUDGE STANWOOD DUVAL**


**RESPECTFULLY SUBMITTED BY**
**LAW OFFICES OF MARION OVERTON WHITE**
**511 EAST LANDRY STREET**
**OPELOUSAS, LOUISIANA 70570**
**TELEPHONE: (337) 948-8296**

**BY:   /s/ Marion Overton White**
      **MARION OVERTON WHITE**
      **LOUISIANA BAR: 13428**