## EXHIBIT 1

**Beatrice Alexander**      245 Clemson Place
                           Kenner, LA 70065


**Marvel Alexander**       3007 Iberville St.
                           New Orleans, LA 70119


**Mario Allen**
Address at time of Katrina:          2700 Paris Rd.
                                     New Orleans, LA 70129
Present address:           4579 Wilmington Pike
                           Dayton, Ohio 45440


**Willie Andrews**         1236 S. Roche Blvd.
                           New Orleans, LA 70125


**Girleen Andrus**         3003 Toledano St. Apt. 201
                           New Orleans, LA 70125


**Alphonse Arceneaux**
Troy Harvey
Address at time of Katrina:   6301 Kuebel Dr. #E
                              New Orleans, LA 70126
Present address:      7849 Read Blvd. Apt. 12
                      New Orleans, LA 70127


**Edward Arceneaux**
Jennifer Arceneaux
Enchantra Arceneaux


**Geraldine Arceneaux** / 2-3-31
Address at time of Katrina:   6319 Kuebel Dr. Apt. 8
                              New Orleans, LA 70126
Present address:      1405 Hines St. Apt. E44
                      Republic, MI 65738


**Keith Arceneaux**        107 Blue Heron Dr.
Donna Arceneaux            Monroe, LA71203
Wesley Arceneaux


**Yolanda Arceneaux** / 8-6-53 / ***-**-6497
Johime Johnson
Address at time of Katrina:   8400 I-10 Service Rd.
                              New Orleans, LA 70127

Present address:    2434 Wisteria St.
                         New Orleans, LA 70122

**David Joseph Armour Jr.** / 2-24-79 / \*\*\*-\*\*-7361
Wendy Mitchell Armour / 3-24-80 / \*\*\*-\*\*-7980
Makaila Armour / 6-6-02 / \*\*\*-\*\*-8425
Malachi Armour / 12-28-03 / \*\*\*-\*\*-1403
Honour Armour / 8-22-05 / \*\*\*-\*\*-8226
Majesty Armour / 8-22-05 / \*\*\*-\*\*-8286
Emmanuel Armour
Address at time of Katrina:   4641 Rosemont Place
                                 New Orleans, LA 70126
Present address:    1700 Mustang Dr.
                         Marble Falls, TX 78654

**Theresa Arnoile / 8-21-57**   4409 Crowder Blvd.
Brian Clay                New Orleans, LA 70127
Aaron Collins
Darryl Clay

**Karla Barton** / 2-11-76
Karlise Jones
Malorie Barton
Megan Barton
Address at time of Katrina:   4335 Lonely Oak
                                 New Orleans, LA 70126
Present address:    5335 W. Gulfbank
                         Houston, TX 77088

**Anthony Bastian Jr. /** 9-9-71
Violet Williams / 10-25-51
Address at time of Katrina:   14763 Chef Menture Hwy. #132
                                 New Orleans, LA 70129
Present address:    7013 Boxwood Dr. #508
                         Houston, TX 77028

**Roosevelt Batiste**       2412 Wisteria St.
Sheryl Henry            New Orleans, LA 70122

**Kim Bell**              4993 Wright Road
Mairs Bell              New Orleans, LA 70128
Brandon Bell
Jordon Bell

**Casey Bemisi /** 12-13-66
Sherra Bemisi / 3-29-69
Brooke Bemisi
Casey Bemisi Jr.
Address at time of Katrina:    10132 Rosewood Pl.
                               New Orleans, LA 70127
Present address:      8117 Jewella Ave.
                      Shreveport, LA 70118

**Desmond Bemisi /** 5-4-64
Linda Bemisi
Address at time of Katrina:    1518 N. Prier
                               New Orleans, LA 70116
Present address:      2502 Weber Dr. #7201
                      Lubbock, TX 79404

**Gladys Bemiss /** 4-19-37
Isidro Bemiss / 8-6-34
Address at time of Katrina:    2643 Verbena St.
                               New Orleans, LA 70122
Present address:      8117 Jewella Ave.
                      Shreveport, LA 71108

**Kevin Bland**                3301 Bienville Street / P.o. Box 791340
Kashawn Bland                  New Orleans , LA 70119 / 70179

**Giggie Blount /** ***-**-8785
Address at time of Katrina:    1317 Spin St.
                               New Orleans, LA

**Stephanie Blount** / May 8, 1983 / ***-**-9991
Kristini Bount / August 6, 2003 / ***-**-0420
Jasmine Armstrong / September 10, 1982 / ***-**-1448
Address at time of Katrina:    1730 Spain Street
                               New Orleans, Louisiana
Present Address:      7022 South Gessner Road Apt. 36
                      Houston, Texas 77036

**Cassandra Blatcher** / March 22, 1947 / ***-**-2137
Edwin Blatcher Jr. / December 27, 1946 / ***-**-8301
Edwin Blatcher III / July 11, 1974 / ***-**-5986
Catilyn Collins / February 5, 2001 / ***-**-2149
Address at time of Katrina:   2628 Dumaine Street
                               New Orleans, Louisiana 70118
Present address:      10027 Spice Lane
                      Houston, TX 77072


**DeYonka Nicole Blatcher** / August 24, 1980 / ***-**-1676
Address at time of Katrina:   2521 Eagle Street
                               New Orleans, Louisiana
Present address:      7135 New England Dr.
                      New Orleans, LA 70129

**Carol Blossom /** 12-6-47
Lawrence Bell
Dennis Blossom
Address at time of Katrina:      2661 Jonquil St.
                                 New Orleans, LA 70122


**Stephanie Blount** / May 8, 1983 / ***-**-9991
Kristini Bount / August 6, 2003 / ***-**-0420
Jasmine Armstrong / September 10, 1982 / ***-**-1448
Address at time of Katrina:      1730 Spain Street
                                 New Orleans, Louisiana
Present Address:      7022 South Gessner Road Apt. A207
                      Houston, Texas 77036


**Allieta Blue**        8420 Cohn St.
Gregory Blue        New Orleans, LA 70118
Gwendolyn Lee


**Marguerite Bourne** / 9-2-33 / ***-**-2990
Address at time of Katrina:   4114 Haynes Blvd.
                               New Orleans, LA
Present address:      7100 S. Gessner Apt. 71
                      Houston, TX 77074


**Luther Boyd**
Address at time of Katrina:   2043 Lizardi St.
                               New Orleans, LA 70117
Present address:      3265 Woodgly St.
                      New Orleans, LA

**Dikea Brass**

**Diontay Brass**

**Dishontay Brass**

**Dianne Britton**   2044 Stephen Girard St.
New Orleans, LA 70122

**Carol Brown** / 1-16-73
Address at time of Katrina: 4748 Viola Street
New Orleans, LA 70126
Present address:  9501 W. Sam Houston Parkway
Houston, TX 77099

**Madelyn Brown** / 8-15-54
Address at time of Katrina: 4007 Dodt Ave.
New Orleans, LA 70126
Present address:  P.O. Box 741897
New Orleans, LA 70174-1897

**Ricky Caraway** / 10-31-59 / ***-**-7932
Karen Reed Harris
Thesen Reed Jr.
Address at time of Katrina: 2922 Edith Weston Pl.
New Orleans, LA 70126
Present address:  10950 Tanner Park #2804
Houston, TX 77075

**Loriann Weathersby Carruth**  5463 Banyan Trace Dr. #A
Baton Rouge, LA 70805

**Rufus Carruth Jr.**   2213 Balis Dr.
Baton Rouge, LA 70808

**Evola Carter** / 4-18-34
Terri Blount
Address at time of Katrina: 1800 Franklin Ave.
New Orleans, LA 70117
Present address:  7100 S. Gessner Rd.
Houston, TX 77036

**Kimeo Carter**   9700 Court Glen Dr. #3205
Ellshanna Carter   Houston, TX 77099

**Lavorry Carter /** 5-6-88:
Address at time of Katrina:   6316 Franklin Ave.
                              New Orleans, LA 70122
Present address:       7022 S. Gessner Rd. #36
                       Houston, TX 77036

**Edith Cates /** 8-26-55
Toy Dante Hutchison
Address at time of Katrina:   1729 Short St.
                              New Orleans, LA 70118
Present address:       2513 Edith St. #131
                       Baton Rouge, LA

**Adolph Charles**            2657 Jonquil St.
                              New Orleans, LA 70122

**Michelle Cheneau**          510 Third Sr.
                              Magnolia, MS 39652

**John Claiborne /** 5-13-60
Address at time of Katrina:   5008 Dauphine St.
                              New Orleans, LA 70117
Present address:       7200 S. Gessner St. #44
                       Houston, TX 77074

**Tonya Clark /** 6-2-78
Tonjanik Clark
Lance Clark
Address at time of Katrina:   8749 Jeanette St. #B
                              New Orleans, LA 70118
Present address:       470 Maxey Rd. #1906
                       Houston, TX 77013

**Robert A. Claverie**        2631 Verbena St.
                              New Orleans, LA 70122

**Terrance Coffil /** 8-24-76   3140 Blaire St.
**Caifha Nelson /** 11-23-79   New Orleans, LA 70131

**Michael Conerly**           52261 Armato Rd.
Samantha Conerly              Independence, LA 70443

**Troy Colvin**               8304 S. Course Dr.
                              Housston, TX 77072

**Pamela Coleman** / 2-10-56 / ***-**-5750
Address at time of Katrina:   2217 S. Liberty St.
                              New Orleans, LA 70113
Present address:       8935 S. Gessner Rd. #92
                       Houston, TX

**Rickey Coleman**            1130 Sumner Street
Genene Coleman               New Orleans, LA 70114
Richera Coleman
Rico Coleman

**Lesley Christophe**         1300 Garden Path Dr.
Aaron Christophe             Round Rock, TX 70127
Aaronisha Christophe
Jumahne Christophe
Shomari Christophe

**Robert Claverie** / 7-30-44   2631 Verbenia St.
                                New Orleans, LA 70122

**Pamela Coleman**            8935 S. Gessner Road #92
                              Houston, TX 77074

**Jovonna Angelle Cooley**         1700 Mustang Dr. #501
                                   Marble Falls, TX 78654

**Margret Cook** / 8-13-13
Address at time of Katrina:   2688 Lavender St.
                              New Orleans, LA 70122
Present address:       10856 W. Fuller Pl.
                       Baton Rouge, LA 70816

**Alva Curley** / 3-13-37
Denise Segrow
Address at time of Katrina:   2123 Almonaster Blvd
                              New Orleans, LA 70117
Present address:       7100 S. Gessner Rd.
                       Houston, TX 77074

**Reginald Curley**           14010 Peyton Dr.
                              Dallas, TX 75240

**Loriann Weathersby Curruth** / 10-04-63
Address at time of Katrina:     1330 Senate St.
                                New Orleans, LA 70122
Present address:        5463 Banyan Trace Dr. Unit A
                        Baton Rouge, LA 70805


**Rufus Carruth Jr. /** 5-21-61
Address at time of Katrina:     1212 N. Miro St.
                                New Orleans, LA 70119
Present address:        2213 Balis Dr.
                        Baton Rouge, LA 70808

**Fallon Daniels**              1941 S. Pointe Dr. Apt. 1
Tyla Daniels                    Baton Rouge, LA70808
Perique Jones
Kia Reese
Kiana Jones
Dominique Jones


**Ozzie Lee Daniels** / 1-3-39 / ***-**-1634
Donald Daniels / 11-17-84 / ***-**-8954
Address at time of Katrina:     2647 Gladiolus St.
                                New Orleans, LA 70122
Present address:        1910 South Pointe Dr.- Apt. 1
                        Baton Rouge, LA 70808


**Elisha Davis /** 7-4-86 / ***-**-2808
Address at time of Katrina:     1815 S. Rampart
                                New Orleans, LA 70113
Present address:        2500 Nairn
                        Houston, TX 77074


**Laquita Dixon**
Address at time of Katrina**:**  2618 Philip St.
                                New Orleans, LA 70113
Present address:        7018 S. Gessner Road Apt. 80
                        Houston, TX 77036


**Mary Di Maggio Duchmann** / August 1, 1953 / ***-**-3764
Gregg Duchmann Sr. / April 17, 1955 / ***-**-9831
Ashley Duchmann / August 30, 1988 / ***-**-2042
Gregg Duchmann Jr. / December 28, 1981 / ***-**-3365
Address at time of Katrina:     4008 Juno Drive
                                Chalmette, Louisiana 70043

Present address:          904 Asheville Drive
                          Slidell, Louisiana 70458

**Willie Dykes**
Address at time of Katrina:   2523 Eagle St.
                              New Orleans, LA 70118
Present address:          10522 Beechnut St. #303
                          Houston, TX 77072

**Natasha Edwards**         12101 Fondren Road #1306
                            Houston, TX 77035
**Jamie Espadron**          2613 Dawson Street
Kandy Espadron              Kenner, LA 70062
Cortez Bass

**Kendall Feliciana**       4250 Blount Rd. Lot 21
Yolanda Daily               Baton Rouge, LA 70807
Kendall Daily
Darishonda Daily
Jamie Daily

**Gary Felo**        7018 S. Gessner Rd. #70
                     Houston, TX

**Belinda Ferrand** / 8-5-66 / ***-**-9283
Donald Sims Jr. / 8-18-63 / ***-**-4375
Donald Sims III / 8-26-02 / ***-**-4733
Kenneth Haynes Jr. / 12-3-87 / ***-**-9059
Address at time of Katrina:   918 Alabo Street
                              New Orleans, LA 70127
Present address:          451 Wilson Creek Blvd. #1132
                          McKinney, TX 75069

**Louis Fields**        2682 Jonquil St.
Chandra Fields          New Orleans, LA 70112
Saundra Fields
Helen Fields

**Darlene Fourthner** / 7-10-57
Address at time of Katrina:   6433 N. Miro St.
                              New Orleans, LA 70117
Present address:          23461 U.S. Hwy 59 #1026
                          Portor, TX 77365

**Natasha Forthner /** 3-20-78
Address at time of Katrina:          6433 N. Miro St.
                                     New Orleans, LA 70117
Present address:          2133 Valence St.
                          New Orleans, LA 70115


**Leslie Francis /** 4-12-49
Dax Bordenave
Wendy Moore
Address at time of Katrina:    2920 New Orleans St.
                               New Orleans, LA 70119
Present address:    4115 St. Claude Ave.
                    New Orleans, LA 70117


**Rachell Fred**          2426 ½ Frenchman Street
                          New Orleans, LA 70119


**Katherine French /** 2-17-83 / ***-**-5915
Address at time of Katrina:    2227 Campronne St. #C
                               New Orleans, LA 70118
Present address:    1239 Ina Claire Dr. #452
                    Opelousas, LA 70570


**Michael Galle /** 5-15-74 / ***-**-2968
Ebony Galle
Corey Galle
Kentrell Galle
Brian Galle
Sawn Galle
Address at time of Katrina:    5601 Chimney Rock St.
                               New Orleans, LA
Present address:    4642 Virgillan St.
                    New Orleans, LA


**David Gibson /** 3-1-46
Donna Gibson
Nikka Gibson
Address at time of Katrina:    6054 Airway St.
                               New Orleans, LA 70126
Present address:    P.O. Box 741763
                    New Orleans, LA 70174

**Waldorf Gibson III /** 6-3-59   2503 Annunciation St.
Veronica Gibson / 6-9-61   New Orleans, LA 70130
Waldorf Gibson IV
Walnica Gibson


**Melvin Gilbert /** 6-14-78
Address at time of Katrina: 6767 Cindy Pl. #105
         New Orleans, LA 70127
Present address:   7100 S. Gessner Rd. #20
         Houston, TX 77036

**Valya Gilbert** / 6-25-61 / ***-**-9978
Address at time of Katrina: 7033 Bankeill Rd.
         New Orleans, LA 70127
Present address:   7100 S. Gessner #44
         Houston, TX 77074

**Charles Green Jr.**   1700 Mustang Dr. #406
Kizzy Green     Marble Falls, TX 78654

**Curnara Green**    1700 Mustang Dr. #705
         Marble Falls, TX 78654

**Desmond C. Green** / 10-23-80 / ***-**-2578
Address at time of Katrina: 4554 Bonita Drive
         New Orleans, LA 70126
Present address:   1700 Mustang Dr. #102
         Marble Falls, TX 78654


**Leola Grimes**   513 Vidrine Street
       Ville Platte, LA 70586

**Benjamin Guidroz**
Carlito Jones
Address at time of Katrina: 2688 ½ Lavender St.
         New Orleans, LA 70122
Present address:   2686 South Hill St.
         Riverdale, GA 30296


**Marilyn Hall**   P.O. Box 1014
       Arnaudville, LA 70512

**Stacy Hankton**          4250 Blount Rd. #7
                          Baton Rouge, LA 70807


**Ethel Marie Harris** / 12-9-62 / ***-**-4063
Arthur Harris / 2-1-52 /***-**-4997
Address at time of Katrina:   1764 N. Broad Street #1
                             New Orleans, LA 70117


**Janice Estina Harris** / 8-23-78 / ***-**-2197
Marlo Love Harris / 5-26-99 / ***-**-8691
Mauri Love Harris / 2-28-02 / ***-**-0985
Address at time of Katrina:   2165 Sere St.
                             New Orleans, LA 70122
Present address:       505 Avenue N
                       Marble Falls, TX 78654


**James Harris Jr.** / 11-24-54 / ***-**-6348
Address at time of Katrina:   2303 Almonaster Ave.
                             New Orleans, LA 70117
Present address:       523 General Pershing / . P.O. Box 51966
                       New Orleans, LA 70115 / 70151


**Karen Reed Harris**      8600 Theta St. #1802
                          Houston, TX 77034


**Dwayne Harrison /** 12-10-84
Address at time of Katrina:         2431 Eagle St.
                                   New Orleans, LA
Present address:       5500 Desoto St.
                       New Orleans, LA


**Shirley Hasty**          3029 Huntville St.
Walter Hasty                    Kenner, LA 70065


**Catherine Henry** / 1-4-26 / ***-**-6637
Gregory M. Henry / 6-5-54 / ***-**-0575
Lynette M. Henry / 4-4-60 / ***-**-3336
Address at time of Katrina:   2135 Mazant Street
                             New Orleans, Louisiana
Present address:       2032 Music St.
                       New Orleans, LA 70117


**Damian Henry /** 7-28-84      3205 Erato St.
                               New Orleans, LA

**Juan Henry**          2559 Wisteria
                        New Orleans, LA 70116

**Sherly Henry /** 1-2-58 / \*\*\*-\*\*-4574          2412 Wisteria St.
                                                    New Orleans, LA


**Derrick P. Herman**
Renata Jones
Yasmine Herman
Address at time of Katrina:   3630 Farimont Dr.
                              New Orleans, LA 70122
Present address:   69 Moss Dr.
                   LaPlace, LA 70068

**Geraldine Holland**          2627 Gladiolus St.
                               New Orleans, LA 70122

**Frederick Holmes**
Address at time of Katrina**:**   1428 S. Maurice Ave.
                                  New Orleans, LA 70117
Present address:   P.O. Box 248
                   Scott, LA 70583

**Gregg Holmes**          2269 N. Miro St.
                          New Orleans, LA 70117

**Morgan Holmes** / 11-04-78 / \*\*\*-\*\*-2964
Address at time of Katrina:   3927 M. L. King Jr. Blvd. #4
                              New Orleans, LA 70125
Present address:   3823 Red Bluff Rd. #146
                   Pasadena, TX 77053


**Loretta Donis Hood**          2506 Palmer Rd.
                                Magnolia, MS 39652

**Leroy Hookfin / 1-10-56**
Leshon Hookfin
Helenstine Hookfin
Sade Hookfin
Allyson Blount
Delra Blount
Address at time of Katrina:   2343 N. Villere St.
                              New Orleans, LA 70117
Present address:        13350 N. Borough Dr. #2802
                        Houston, TX 77067


**Howard Howze**            1854 Miro St.
                            New Orleans, LA 70153


**Shawn Howze**             2230 Frenchman St.
                            New Orleans, LA 70119


**Marilyn Ann Hull** / 1-16-44 / ***-**-1626
Address at time of Katrina:   1914 Seelos Court
                              Chalmette, LA 70043
Present address:        127 St. Landry Street
                        Arnaudville, LA 70512


**Claudette Huntington** / 4-5-35
Address at time of Katrina:   3736 Republic St.
                              New Orleans, LA 70122
Present address:        P.O. Box 741897
                        New Orleans, LA 70174


**Theron Hurel**            2728 Louisiana Ave.
                            New Orleans, LA 70115


**Robert Isaac** / 5-14-81
Address at time of Katrina:   506 Ninth St.
                              New Orleans, LA
Present address:        5060 Oak Bay Dr. Apt. 1118
                        New Orleans, LA


**Jeanne Isabelle** / 3-12-74
Address at time of Katrina:       2503 Valmont St.
                                  New Orleans, LA 70115
Present address:        470 Maxey Rd. #1508
                        Houston, TX 77013

**Stacey Isabelle /** 1-14-76
Marquis Isabelle
Kenneth Smith Jr.
Address at time of Katrina:   1729 Short St.
                              New Orleans, LA 70118
Present address:      6340 Rainpart St. #31
                      Houston, TX 77081


**Ernest Joseph Jack /** 4-8-79
Address at time of Katrina:   2600 Dumaine St.
                              New Orleans, LA 70119
Present address:      4250 Blount Rd. #7
                      Baton Rouge, LA 70807


**Dianne Jackson /** 1-8-57 / ***-**-8600
Address at time of Katrina:   3005 Iberville St. #1A
                              New Orleans, LA 70119
Present address:      6070 Linden St.
                      Baton Rouge, LA 70805


**Larry Jackson /** 12-27-55 / ***-**-4511
Address at time of Katrina:   3005 Iberville St.
                              New Orleans, LA 70119
Present address:      3700 E. Brookstown Dr. Apt. 84
                      Baton Rouge, Louisiana 70805


**Mary Ann Jackson /** 1-31-55 / ***-**-8119
Samuel Jackson / 5-20-27 / ***-**-6272
Deborah Jackson / 8-8-27 / ***-**-2962
Address at time of Katrina:   1764 N. Broad St.
                              New Orleans, LA 70119
Present address:      734 W. Grolee St.
                      Opelousas, LA 70570


**Keith Jerome Sr.** / 6-16-67 / ***-**-7924
Akira Jerome / 10-19-78 / ***-**-5767
Keith Jerome Jr. / 5-19-95
Shardee Williams / 2-18-00
Kache Jerome / 3-9-00
Address at time of Katrina:   7019 Lake Kenilworth Dr. #219
                              New Orleans, LA 70126
Present address:      1700 Mustang Dr. #408
                      Marble Falls, TX 78654

**Donald Johnson /** 12-11-73
Address at time of Katrina:    8400 I-10 Service Rd.
                                              New Orleans, LA 70126
Present address:          2201 Manhattan Blvd. U152
                                   Harvey, LA 70058

**Leon Johnson**              131 Aldine Bender Rd. Apt. 5108
                                   Houston, TX 77060

**Sheila Johnson /** **10-19-73**
Anthony Simms
Rahime Simms
Rashia Simms
Jaled Johnson
Address at time of Katrina:    St. Bernard Housing
Present address:          Houston, TX

**Darwin Jones /** 10-13-68
Address at time of Katrina:    9010 Bunkerhill Rd.
                                              New Orleans, LA 70126
Present Address:          5700 Lost Forest Dr. #1502
                                   Houston, TX 77092

**Kiana Jones**
Conlley Jones
Address at time of Katrina:    2688 ½ Lavender St.
                                              New Orleans, LA
Present address:          2686 S. Hill
                                   Riverdale, GA 30296

**Perique Jones /** 2-4-83
Kia Reese
Myrna Perique
Kiana Jones
Address at time of Katrina:    3630 Fairmount Dr.
                                              New Orleans, LA 70122
Present address:          1941 Southpoint Dr. #1
                                   Baton Rouge, LA 70808

**Renata C. Jones**          69 Moss Drive
Yasmine Herman          LaPlace, LA 70068

**Virnell Jones**              9501 W. Sam Houston Pkwy.
Carol Brown                Houston, TX 77042

**Ann Jordan**          2631 Verbena St. Apt. A
                        New Orleans, LA 70122


**Everette Joshua Jr.** / 6-3-64
Ronald Lewis
Address at time of Katrina:    2707 Clover St.
                               New Orleans, LA 70122
Present address:        P.O. Box 8579
                        New Orleans, LA 70182

**Climedean Jowes** / 1-19-43
Address at time of Katrina:    1534 St. Louise St.
                               New Orleans, LA 70112
Present address:        131 Adline Bender #2304


**Carol Ann Karajulles** / March 23, 1961 / ***-**-6972
Address at time of Katrina:    1723 Plaza Drive
                               New Orleans, Louisiana
Present address:        P.O. Box 1014
                        Arnaudville, Louisiana 70512

**Isiah Kellup** / 7-2-77
Address at time of Katrina:    5501 Tullis Dr.
                               New Orleans, LA 70116
Present address:        P.O. Box 8283
                        New Orleans, LA 70182

**Gloria Kelson** / 5-23-41 / ***-**-0920
Crystal Williams
Address at time of Katrina:    984 S. Telemachus St.
                               New Orleans, LA 70125
Present address:        9950 Glavin Ave.
                        Baton Rouge, LA 70810              .

**LaTasha Kelly** / November 25, 1981 / ***-**-5623
Melvin R. Gilbert / June 16, 1978 / ***-**-7762
Address at time of Katrina:    6767 Cindy Pl #105
                               New Orleans, Louisiana
Present address:        7100 South Gessner Drive #20
                        Houston, Texas 77036

**Mary Kelly**          7022 Gessner Rd. #36
Iman Bush               Houston, TX 77036
Jailyn Hayes

**Shandra Lacoste** / 12-22-60 / ***-**-7418
Philip Lacoste / 11-20-60 / ***-**-9307
Address at time of Katrina:   2675 Gladiolus St.
                              New Orleans, LA 70122
Present address:         1910 South Pointe Dr.
                         Baton Rouge, LA 70808

**Jason Jamal Landry**       8500 Nairn Apt. 312
                             Houston, TX 77074

**Pasa Ray Landry**     7100 S. Gessner Rd. #32
Pasa Ray Robar          Houston, TX 77074
Tyran Ray White
Pa'shnae Marie White
Jamonte Celestien

**Tianna Leblanc**      9700 Court Glen Dr. #3205
                        Houston, TX 77099

**Annabell Levy /** 5-12-29
Address at time of Katrina:   6027 Kuebel Dr.
                              New Orleans, LA 70126
Present address:         407 Park Ave.
                         Indianola, MS 38751

**Kendrell Lewis**

**Kerri Williams-Lewis**

**Morris Lewis Jr.**

**Morris Lewis Sr.**

**Natalie Lewis**            14335 Ella Blvd. #920
                             Houston, TX 77014

**Nikia Lewis (+** two children)

**Sheena L'Herisse /** 11-12-81 / ***-**-4932
Cortez Bass / 7-28-03 / ***-**-0474
Address at time of Katrina:   3341 Delachaise St.
                              New Orleans, LA
Present address:       112 Holmes Blvd. Apt. F2
                       Terrytown, LA 70056

**Yolanda L'herisse**          5900 Bay Meadows Lane
Jared L'herisse                Arlington, TX 70160
Jamal L'herisse

**Kenneth M. Lobre** / June 1, 1970 / ***-**-1000
Mary K. Smith / April 18, 1960 / ***-**-8932
Address at time of Katrina:   3229 Pakenham Drive
                              Chalmette, Louisiana 70043
Present address:       505 E. St. Avide Street
                       Chalmette, Louisiana 70043

**Rodney Lomax Jr.**           3978 Cameo Drive
Rhonda Lomax                   Oceanside, CA 92056
Juanita Ario

**Rodney Lomax Sr.**           2743 Amelia Street
                               New Orleans, LA 70015

**Jacqueline Mabece** / 1-2-60
Thomas Mabece
Jolane Mabece
Address at time of Katrina:   6995 Haberview Ln.
                              New Orleans, LA 70127
Present address:       802 Oak St.
                       Indianola, MS 38751 **Gray Mackie**

**Keaunka Manning /** 2-1-76
Kemel Varnado
Krishel Williams
Tremel Varnada
Address at time of Katrina:   1007 A. Gordon St.
                              New Orleans, LA 70117
Present address:       12000 Fleming #178
                       Houston, TX 77013

**Karen Martes**

**Shalawn Martes**          8600 Theta Street #906
Norman Washington          Houston, TX 77034
Karen Martes

**Crayshell Martin / \*\*\*-\*\*-8120**
Address at time of Katrina:  1726 Letulle St.
                            New Orleans, LA
Present address:      10501 Holly Spring
                      New Orleans, LA

**Earnest Martin**          7100 S. Gessner Rd. #32
                            Houston, TX 77074

**Jacqueline Martin /** 11-25-58
Address at time of Katrina:  112 Holmes Blvd.
                            Terrytown, LA 70056
Present address:      7018 S. Gessner Dr. #64
                      Houston, TX 77036

**James Martin Sr.**        4825 Majestic Oaks
Gaynell Martin              New Orleans, LA 70126

**Tyran Martin**
Address at time of Katrina:  3007 Americus St.
                            New Orleans, LA 70114
Present address:      7018 S. Gessner #64
                      Houston, TX 77074

**Latoya Mason**            3605 Marigny St.
Jon-Pierre Bush             New Orleans, LA 70122
Javier Bush
William Mason
Wanda Mason
Lawrence Rachon

**Phyllis Matthews**        2612 Corning St.
                            Hephzibah, GA 30815

**Herman McClain**          16034 Newick Ave.
Marilyn McClain             Baton Rouge, LA 70866
Prais McClain
Alphone McClain
Chavez McClain
Chaz McClain
Chevelle McClain
Cherelle McClain


**Betty McKenzie** / 8-22-58 / ***-**-1105
Emory McKenzie / 6-22-54 / ***-**-5765
Schrrell McKenzie / 12-2-81 / ***-**-8754
Alric Ackerson / 7-27-05
Address at time of Katrina:   8931 Gervais St.
                              New Orleans, LA 70127
Present address:       802 Oak St.
                       Indianola, MS 38751


**Darnell McLaurin**          150 Woodway Dr.
                              Houma, LA 70363


**Joe McLaurin /** 11-17-60
Address at time of Katrina:   3007 Americus
                              New Orleans, LA 70114
Present address:       7100 S. Gessner
                       Houston, TX 77036


**Teshina McLaurin**


**Aaron Mills**               2638 Lavender St.
                              New Orleans, LA 70122


**Helena Minnifield**         P.O. Box 509
Trenill Williams             Osyka, MS 39657


**Patricia Mitchell**         10534 Beechnut St. Apt. 205
Kentrell Diaz                Houston, TX 77072


**Frank Mitchell Sr. /** 9-13-42 / ***-**-2884
Lucinda Mitchell / 12-16-43 / ***-**-1000
Address at time of Katrina:   2730 Dumaine St.
                              New Orleans, LA 70119
Present address:       2455 Wisteria St.
                       New Orleans, LA 70122

**Sherry Mitchell**            4413 Crowder Blvd.
Willie Carter                  New Orleans, LA 70127

**Roberto Molina**             60391 S. Mill Street
Cheryl Molina                  Lacombe, LA 70445
Laila Sercovich
Trinity Sercovich
Julia Flores
Estella Molina

**Christina Morris** / March 26, 1962 / ***-**-0613
Address at time of Katrina:   301 South Gelves Street
                              New Orleans, Louisiana
Present address:              16714 Laurelwood Drive
                              Channelview, Texas 77530

**Glenda Murray**              Dayton, Ohio

**Deanna Myles /** 10-20-82
Chaz Wheat
Jabez Myles
Address at time of Katrina:   2426 Frenchmen
                              New Orleans, LA 70119

**Don Myles /** 7-31-84
Address at time of Katrina:   3419 ½ S. Liberty St.
                              New Orleans, LA 70115
Present address:              3423 Red Bluff
                              Pasadena, TX 77503

**Donielle Myles /** 7-31-84 / ***-**-0554
Address at time of Katrina:   2133 Louisiana Ave.
                              New Orleans, LA 70115
Present address:              1601 Garth Rd.
                              Baytown, TX 77520

**Edward Myles Jr.**
Yolanda Augusta Myles / 10-27-55
Address at time of Katrina:   3419 ½ South Liberty St.
                              New Orleans, LA
Present address:              1601 Garth Rd. Apt. 3412

**Frederick Myles** / 7-15-50 / ***-**-0431
Address at time of Katrina:   7033 Bunker Hill
                              New Orleans, LA 70127
Present address:     7018 S. Gessner #80
                     Houston, TX 77036

**Jerome Myles** / 5-25-58 / ***-**-9978
Valya Gilbert Myles
Address at time of Katrina:   7033 Bunker Hill
                              New Orleans, LA 70127
Present address:     7100 S. Gessner #19
                     Houston, TX 77036

**Jerome Myles Jr.** / 8-6-85
Address at time of Katrina:   733 Valence
                              New Orleans, LA 70115
Present address:     2426 ½ Frenchmen
                     New Orleans, LA 70119

**Jerry Myles**          10300 Wilcrest Dr.
                         Houston, TX 77099

**Keisha Myles**         2732 Loyola Ave.
                         New Orleans, LA 70113

**Keishon Myles** / 3-3-80
Brandi Trepangnier
Address at time of Katrina:   901 Foucher #4
                              New Orleans, LA 70115
Present address:     12221 Fleming Dr.
                     Houston, TX 77013

**Qiana Myles** / 5-20-80 / ***-**-0051
Darlene Woodrin
Address at time of Katrina:   2426 ½ Frenchmen St.
                              New Orleans, LA 70119
Present address:     19246 Cypress River Dr.
                     Katy, TX 77449

**Sonita Myles**         2426 Frenchman St.
                         New Orleans, LA 70119

**Cassandra Norman /** 1-10-52
Address at time of Katrina:   7590 Avon Park Blvd.
                              New Orleans, LA 70126
Present address:   1405 E. Hines St. Apt. E43
                   Republic, MI 65738

**Ariahn Norton**        3014 Touro St.
Farrell J. Norton        New Orleans, LA 70122

**Annie Otis** / 8-10-53 / ***-**-6655
Renata Otis / 12-22-79 / ***-**-7706
Address at time of Katrina:   1625 N. Roman St.
                              New Orleans, LA 70116
Present address:   29711 Legends Green Dr.
                   Spring, TX 77386

**Yolanda Otis /** 2-24-87 / ***-**-8113
Address at time of Katrina:        24101 Curran Blvd. Apt. 114
                                   New Orleans, LA
Present address:   505 Eraste Landry Rd. Apt. 207
                   Lafayette, LA 70506

**Rayshika Overstreet**        10500 Valley Forge Dr. #228
                               Houston, TX 77042

**Kenneth Parker**

**Lamar Parker**        6425 Westhiemer Dr. #2118
                        Houston, TX 77057

**Quintin Pate**        10555 Spice Ln.
                        Houston, TX 77072

**Theodore B. Patterson Jr.**        220 Cherokee St.
                                     New Orleans, LA 70118

**Junius Pazon**        636 Terrebonne St.
Dianne Pazon            Marrero, Louisiana 70072

**Edward Perez**        2801 Decomine Dr.
Elsa Perez              Chalmette, LA 70043
Edward Perez Jr.
Christy Perez
Chris Perez

**Joseph Perique**    620 Bounty St.
          New Orleans, LA 70114


**Keith N. Perique Sr.** / January 10, 1963 / \*\*\*-\*\*-6263
Nachaya C. Perique / October 6, 1980 / \*\*\*-\*\*-7644
Pierre D. Perique / August 2, 2002 / \*\*\*-\*\*-2951
Address at time of Katrina: 3925 Franklin Ave.
          New Orleans, Louisiana 70122
Present address:  4500 West Northgate Dr. Apt 39
       Irving, Texas 75062


**Miriam Perique**    2686 South Hills
Ronela Shiloh     Riverdale, GA 30296
Margret Cook
Myrna Shiloh


**Darrin Perrymon**    2065 Carver Drive
Rondel Myles      Marrero, LA 70072
Marco Veal
Kevin Veal
Darrin Perrymon Jr.
Radonald Veal
Daranisha Veal
Darian Perrymon
Reahna Veal
Felicia Myles


**Elbert Peterson**


**Sharmaine Pettway** / 5-15-72
Correy Hall
Marshall Pettway Sr.
Matthew Pettway
Caira Pettway
Address at time of Katrina: 4907 Dodt Ave.
          New Orleans, LA 70126
Present address:  319 Raintree dr.
       Sunnydale, TX 75182

**Zelda Pierce** / 6-8-73 / ***-**-2226
Robert Pierce
Avante Pierce
Address at time of Katrina:    3722 Baudin St.
                              New Orleans, LA 70119
Present address:       12261 Fondren Rd. #1408
                      Houston, TX 77035


**Stephanie Pierre**
Melond Pierre
Address at time of Katrina:    2680 Lavender St.
                              New Orleans, LA 70126
Present address:       3265 Woodglynn Drive
                      Baton Rouge, LA 70814


**Shondrica Porte** / 4-12-76 / ***-**-8480
Travis Steele
Desmond Steele
Detrel Porte
Cornell Thomas
Address at time of Katrina:    2729 Palmyra St.
                              New Orleans, LA 70119
Present address:       7018 S. Gessner Rd #76
                      Houston, TX 77004

**Iola Press** / 2-5-75
Tommie Ashley
Erin Bienemy
Quincy Kelly
Address at time of Katrina:    2029 Charbonnett
                              New Orleans, LA 70117
Present address:       10950 Briar Forest Dr. #1723
                      Houston, TX 77042


**Reynard Press**       P.O. Box 2446
                      Baton Rouge, LA 70821

**Renee Press**
Joseph Thomas Jr.
Chris Anthony Jr.
Leflore James Press
Address at time of Katrina:   5333 N. Rampart St.
                              New Orleans, LA
Present address:   2434 Wisteria Ln.
                   New Orleans, LA 70122


**Taasheana Quinn** / 9-24-81 / ***-**-4242
Address at time of Katrina:   6826 Seagull Ln. #D
                              New Orleans, LA 70126
Present Address:   12615 Brookglade Cr. Apt. 615
Rashad Nixon          Houston, TX 77099


**Littie Raymond /** 1-20-68
Evan Raymond
Lawrence Raymond
Address at time of Katrina:   2724 Verbena St.
                              New Orleans, LA 70122
Present address:   1419 Oxford St.
                   Shreveport, LA 71103


**John Melvin Reed Jr.** / 2-14-60 / ***-**-0317
Address at time of Katrina:   2640 Clover St.
                              New Orleans, LA 70122
Present Address:   2335 Willowglen Dr.
                   Beaumont, TX 77707


**Lillie Mae Reed**      8600 Theta St. #2701
Ronchell Witson      Houston, TX 77034


**Myrtle Reed** / October 2, 1940 / ***-**-5412
Brian Reed
Address at time of Katrina:   2622 Soniat Street
                              New Orleans, Louisiana 70115
Present Address:   4745 Folsom Drive
                   Beaumont, Texas 77706


**Leta Regis** / ***-**-2536
Address at time of Katrina:   2254 Urquhart St
                              New Orleans, LA 70117
Present address:   716 W. Merrill St. #2
                   Opelousas, LA 70570

**Sybil Rhea**
Kevinika Legier
Kevin Legier
Johnisha Legier
Keykiya Rhea
Address at time of Katrina:          6069 Warrington Dr.
                                     New Orleans, LA 70122
Present address:       5150 Baccich St.
                      New Orleans, LA 70122


**Rene Ricard** / 3-8-85 / ***-**-3108
Address at time of Katrina:   4820 Miles Dr.
                              New Orleans, LA 70122
Present address:       10027 Spice Ln. #1901
                      Houston, TX 77072


**Beatrice Robertson** / 1-6-52
Address at time of Katrina:   4664 Haydel St.
                              New Orleans, LA 70126
Present address:       5700 Lost Forest Dr. #1604
                      Houston, TX 77052


**Clera Robertson** / 7-26-88 / ***-**-5518
Kemyna Robertson
Kemichael Robertson
Address at time of Katrina:   7033 Bunker Hill Rd
                              New Orleans, LA 70127
Present address:       6235 Longleaf Dr. #2618
                      Houston, TX 77088


**Jack Robertson /** 1-27-52
Jerelyn Robertson / 6-6-72
Address at time of Katrina:   7646 Lady Grey st.
                              New Orleans, LA 70127
Present address:       4720 N. 15th Ave. #4
                      Pheonix, AZ85015
**Jackie Robertson**
Maya Robertson
Address at time of Katrina:   1804 Orleans Ave.
                              New Orleans, LA 70119


**Patrice Robertson** / 11-10-68
Jack Robertson
Markeyah Robertson
Ajah Robertson

Address at time of Katrina:     9010 Bunker Hill Rd.
                                New Orleans, LA 70126
Present address:          5700 Lost Forest Dr. #1502
                          Houston, TX 77092


**Paula Robertson** / 4-12-54 / ***-**-4016
Address at time of Katrina:     1215 Josephine St. #3
                                New Orleans, LA 70130
Present address:          639 Azalea Rd. #31
                          Mobile, AL 36609


**Ronald Robertson**            2600 Chippewa St.
                                New Orleans, LA 70130


**Ronald Robertson Sr.**        7160 S. Gessner Dr. #16
                                Houston, TX 77036


**Lawrence Rochon** / 11-24-28
William Mason            3605 Marigny St.
Wanda Mason              New Orleans, LA 70122
Latoya Mason
Jon Piere Bush
Javier bush


**Cynthia Rodriguez** / 9-25-73 / ***-**-4791
Address at time of Katrina:     1622 St. Roch Ave.
                                New Orleans, LA
Present address:          10300 S. Wilcrest Dr. Apt 1908
                          New Orleans, LA


**June Marie Roth** / 10-14-66 / ***-**-8512
Gavin M. Roth / 1-14-71 / ***-**-7063
Cyril Denzal Lemon / 1-8-93 / ***-**-6013
Address at time of Katrina:     5131 Bundy Rd. -Apt. V21
                                New Orleans, LA 70127
Present address:          1700 Mustang Dr. -Apt. 304
                          Marble Falls, TX 78654


**Jason Sam /** 4-4-74 / ***-**-2811
Ersie Crowden / 3-7-50 / ***-**-8847
Ali Crowden / 5-5-81 / ***-**-8583
Charles Milburn / 5-17-69 / ***-**-3062
Jerry Sam / 6-18-68 / ***-**-7202
Terrance Crowden / 12-15-76 / ***-**-9199

Joseph Nelson
William Sam
Address at time of Katrina:   6105 Bienvenue St.
                              New Orleans, LA 70117
Present address:   731 Emmett St.
                   Opelousas, LA 70570


**Francilyn Sandifer /** 1-15-62
Ahkeen Sandifer
Keenya Sandifer
Address at time of Katrina:   250 Holmes Blvd. #4102
                              New Orleans, LA
Present address:   7018 Gessner Dr. #62
                   Houston, TX 77036


**Kertrina Sandifer**   7018 S. Gessner Dr.
                        Houston, TX 77036

**Denise Seagnow /** 7-17-81 / ***-**-0127
Address at time of Katrina:   2321 Franklin Ave.
                              New Orleans, LA 70117
Present address:   7100 S. Gessner #26
                   Houston, TX 77074

**Evola Shiloh /** 11-23-76 / ***-**-2248
Carl Foster III
Carliss Foster
Eldrick Shiloh
Semay Shiloh
Address at time of Katrina:   2639 Almonaster Ave.
                              New Orleans, LA
Present address:   7100 S. Gessner Rd. #32
                   Houston, TX 77036


**Jermaine Shiloh**
Jermaine Bernard
Address at time of Katrina:   3655 Lavender St.
                              New Orleans, LA 70122
Present Address:   P.O. Box 52473
                   New Orleans, LA 70152


**Myrna Shiloh /** 11-2-59
Address at time of Katrina:   3630 Fairmont Dr.
                              New Orleans, LA 70122

Present address:  10856 W. Fullen Place
        Baton Rouge, LA 70816

**Verisha Sices**   1832 Hill St.
        Alexandria, LA 71301

**Edward Simms**   Houston TX (South)

**Reynard Simon**  2434 Wisteria St.
Joann Simon    New Orleans, LA
Amariyona Hall

**Ramelli Slack** / 3-15-81
Address at time of Katrina: 2029 Charbonnet St.
          New Orleans, LA 70117
Present address:  816 Joeyenni Blvd. Apt. 8
        Kenner,  LA 70065

**Roxanne Slack**  10950 Briar Forest Dr. Apt. 1723
Travon Smith    Houston, TX 77042

**Kenneth Smith**   802 South 9th St.
        Mayfield, KY 40266

**Mary Kabel Smith**
Address at time of Katrina:   3229 Packenham Dr.
            Chalmette, LA 70043
Preset address:  505 E. St. Avide St.
        Chalmette, LA 70043

**Troy Smith**    2230 Reynes St.
        New Orleans, LA 70117

**Travon Smith**    10950 Briar Forest Dr. Apt. 1723
        Houston, TX 77042

**Yniska Lemon Smith** 1700 Mustang Dr. Apt. 1106
Corey Smith     Marble Falls, TX 78654

**Chanda Stegall** / 1-10-78
Bralon Stegall
Brandon Stegall
Bryce Stegall
Address at time of Katrina: 4907 Dodt Ave.
          New Orleans, LA 70126

Present address:    2103 S. Moor Dr.
                     Carrollton, TX 75006

**Neil Sterling**    6110 Fairdale Lane
                     Houston, TX 77507

**Brittani Stewart** / 7-21-86
Address at time of Katrina:    8200 Palmetto St.
                               New Orleans, LA
Present address:    1001 County Rd. 4320
                     New Orleans, LA

**Bernard Sutton Jr.**    10555 Spice Ln. #1408
Raniolada Slack    Houston, TX 77072
Michael Conerly
Address at time of Katrina:    5333 N. Rampart St.
                               New Orleans, LA 70117
Present address:    10555 Spice Ln. #1408
                     Houston, TX 77072

**Bernard Sutton Sr.**

**Terri Sutton** / 1-26-61
Randy Bemisi
Kristin Sutton
Erin Sutton
Address at time of Katrina:    2649 Verbena St.
                               New Orleans, LA 70122
Present address:    8117 Jewella Ave.
                     Shreveport, LA 71108

**Ross Swinney** / 4-5-35 / ***-**-5970
Pamela Swinney
Address at time of Katrina:    2217 S. Liberty St.
                               New Orleans, LA 70113
Present address:    8935 S. Gessner Road
                     Houston, TX 77074

**Phileshun Sylvan**
Eric Sylvan
Address at time of Katrina:    3609 Henican Pl.
                               Metairie, LA 70003
Present address:    3177 Primwood Dr.
                     Harvey, LA 70058

**Cina Taylor**            11201 Veterans Memorial Dr. #112
                           Houston, TX 77067


**Demetrice Robertson Thomas**      5700 Thousand Oaks Circle #1206
Ivy Thomas                          Belle Chase, LA 70037

**Deidra Taylor /** 9-8-59 / ***-**-9508
Address at time of Katrina:   609 Willowbrook Dr.
                              Gretna, LA 70056
Present address:      7220 S. Gessner Road
                      Houston, TX 77074

**Drew Taylor /** 8-21-77 / ***-**-2704
753 Carrollwood Village #201
Gretna, LA 70056

**James Taylor**            11201 Veterans Memorial Drive #112
Cina Taylor                 Houston, TX 78654

**James Thomas**            7135 England Street
                            Houston, TX 77021

**James Thomas Jr.**
Address at time of Katrina:          2521 ½ Eagle St.
                                     New Orleans, LA 70118
Present address:      10522 Beechnut St. #303
                      Houston, TX 77072

**Ron Thompson /** 6-16-69 / ***-**-1412
Address at time of Katrina:   2122 Seventh St.
                              New Orleans, LA 70115

**Tommy Thompson /** 6-19-62 / ***-**-9323

**Brandon Trepagnier** / 12-14-78 / ***-**-7347
Address at time of Katrina:   901 Foucher St #4
                              New Orleans, LA
Present address:      12221 Fleming Dr. #1202
                      Houston, TX 77013

**Breian Trepagnier**            115 N. Jefferson Pkwy.
                                 New Orleans, LA 70119

**Wanda Trepagnier /** 11-6-54

Address at time of Katrina:    8200 Palmetto St.
                               New Orleans, LA
Present address:        1001 County Rd. 4320
                        New Orleans, LA

**Justine Tweedale** / 6-27-43 / ***-**-4823
Address at time of Katrina:         2718 Verbena St.
                                    New Orleans, LA 70122

Present address:        same

**Deva Varnado**
Terriniesha Varnado
Derrick Varnado
Artaija Varnado
Address at time of Katrina:    2912 Ashley Dr.
                               Violet, LA 70922
Present address:        P.O. Box 2446
                        Baton Rouge, LA 70821

**Sheila Varnado**         4300 Sullen Pl. #5B
Chelaes Biemieny       New Orleans, LA 70131

**Charlene Vernon**            8304 S. Course Dr. Apt. 816
                               Houston, TX 77072

**Geraldine Vernon**

**Karen Vernon** / 11-15-78
George Martin
Address at time of Katrina:    2827 Orleans Ave.
                               New Orleans, LA 70119
Present address:        8304 S. Course Dr. #816
                        Houston, TX 77072

**Vernon Ward**            2541 Valence St.
                           New Orleans, LA 70115

**Mable Veal Washington**   3132 Orleans Ave.
Carol Brown                 New Orleans, Louisiana 70119

**Norman Washington** / 9-22-53 / ***-**-0634
Address at time of Katrina:         2512 Robert St.
                                    New Orleans, LA 70115
Present address:        8600 Theta Street
                        Houston, TX 77034

**Argentina Weddington /** 8-28-82
Britan Weddington
Address at time of Katrina:   3802 Duplesis St.
                             New Orleans, LA 70122
Present address:   9407 Westheimer Rd.
                   Houston, TX 77063

**Marie Weddington**          9407 Westheimer Rd. #A207
                              Houston, TX 77063

**Cleo Wells /** 12-22-56
Lucian Wells
Joshua Jackson
Address at time of Katrina:   636 N. Miro St. #0
                             New Orleans, LA 70119
Present address:   10550 Valley Forge Dr. #143L
                   Houston, TX 77042

**Eronie White** / 2-14-50 / ***-**-3364
Herschel Anthony White / 2-24-89 / ***-**-6706
Address at time of Katrina:   2325 Touro St.
                             New Orleans, LA
Present address:   1700 Mustang Dr. #803
                   Marble Falls, TX 78654

**Claudia White /** 11-17-61 / ***-**-5252
Stanley White Jr.
Address at time of Katrina:   5120 N. Derbigny
                             New Orleans, LA 70117
Present address:   7100 S. Gessner #18
                   Houston, TX 77074

**Cassnessa Williams**
Cassidy Williams
Address at time of Katrina:   1221 Harrison Ave.
                             New Orleans, LA 70122
Present address:   6201 Riverside Drive Apt. 33D
                   Metairie, LA 70003

**Charlie Williams /** 8-8-61
Address at time of Katrina:   2704 Lavender St.
                             New Orleans, LA 70122
Present address:   P.O. Box 52473
                   New Orleans, LA 70152

**Crystal Williams**

**Deborah Williams**

**Deidre Denise Williams**   2842 Fayette St. #B
Kenner, LA 70062

**Donald Williams Jr.**

**Donald Williams Sr.**

**Eunice Williams**

**Kahlil Williams**

**Kayja Williams**

**Kendrick Williams**

**Kendrick Williams Jr.**

**Kennedi Williams**

**Kerrion Williams**

**Ronald Williams** / 8-12-54
Mary Williams / 6-24-54
Address at time of Katrina:   1221 Harrison Ave.
New Orleans, LA 70122
Present address:   2175 North Highway 360 Apt. 828
Grand Prairie, TX 75050

**Trinell Williams**

**Tyrone Williams Jr.**   1422 W. Grolee St.
Tyrone Williams Sr.   Opelousas, LA 70570

**Violet Williams** / 10-25-51
Deneshia Bastian / 3-26-79
Address at time of Katrina:   14763 Chef Hwy. Unit 13 Apt.m 132
New Orleans, LA 70129
Present address:   13030 N. Borough Dr. #910
Houston, TX 77067

**Wayntrell Williams**

**Wilcus Williams**

**Brandon Woodrin**          6101 Tullis Dr. #190H
                             New Orleans, LA 70131

**Darlene Woodrin** / 8-24-45
Joseph Woodrin
Address at time of Katrina:   10500 Haynes Blvd.
                              New Orleans, LA 70127
Present address:      19246 Cypress River Dr.
                      New Orleans, LA

**Stacy Woodrin** / 10-19-68 / ***-**-3868
Address at time of Katrina:   10500 Haynes Blvd.
                              New Orleans, LA 70127
Present address:      19246 Cypress River Dr.
                      Katy, TX 77449

**Michael C. Woods** / December 19, 1960 / ***-**-7998
Jacqueline Woods / January 28, 1965 / ***-**-9184
Kristen G. Woods / July 6, 1987 / ***-**-5133
Michelle J. Woods / September 21, 1990 / ***-**-6303
Address at time of Katrina:   4509 Chef Menteur
                              New Orleans, LA 70122
Present address:      845 Fairfax Drive
                      Terrytown, Louisiana 70056

**\*\*Desedria Yates** / 8-5-76 / ***-**-2440
Flemings Broglin / 12-21-63 / ***-**-2440
A'Kilah Ponder / ***-**-0791
Ariel Ponder / ***-**-5897
Anissa Yates / ***-**-0844
Aniya Broglin / ***-**-2516
Address at time of Katrina:   405 Palm Avenue
Present address:      637 S. Lombard St.

**Mattie Gardner-Young** / December 13, 1931 / ***-**-2875
Elbert Peterson / December 30, 1951 / ***-**-8643
Address at time of Katrina:   4682 Evangeline Drive
                              New Orleans, Louisiana 70127
Present address:      208 French Road
                      Indianola, Mississippi 38751