UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:    KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| § | MAG. WILKINSON |
| PERTAINS TO:  MRGO § | |
| § | |

**UNITED STATES OF AMERICA'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for the reasons expressed in the accompanying memorandum of law, the United States of America moves to dismiss all claims pertaining to the East Bank Industrial Area contained in the Amended MR-GO Master Consolidated Class Action Complaint (Doc. 11471), as well as all claims asserted by Plaintiffs Kenneth P. Armstrong, Sr., and Jeannine B. Armstrong.

Respectfully Submitted,

TONY WEST
Assistant Attorney General

1

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Counsel, Torts Branch

 s/ Jeffrey Paul Ehrlich
Jeffrey Paul Ehrlich
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I, Jeffrey Paul Ehrlich, hereby certify that on October 16, 2009, I served a true copy of the foregoing upon all Parties by ECF.


    /s/ Jeffrey Paul Ehrlich
JEFFREY PAUL EHRLICH