# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES | § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | | § | JUDGE DUVAL |
| | | § | MAG. WILKINSON |
| | PERTAINS TO: MRGO | § | |
| _____ | | § | |

## NOTICE OF HEARING

TO:   All Counsel of Record.

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States of America's Motion to Dismiss at the Courtroom of the Honorable Stanwood R. Duval, Jr, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 11th day of November, 2009, at 9:30 a.m.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2009.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana