UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:   KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO:  MRGO | § | |
| _____ | § | |

## UNITED STATES OF AMERICA'S EX PARTE MOTION
## TO FILE DOCUMENT UNDER SEAL

The United States of America moves to file under seal Exhibit 1 to its Memorandum of Law in Support of Its Motion to Dismiss (Doc. 19323).  The subject document, a copy of which will be sent by FedEx to the Clerk of the Court today, contains personally identifiable information of persons who have attempted to present administrative claims to the United States.

                                         Respectfully Submitted,

                                         TONY WEST
                                         Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Counsel, Torts Branch

 s/ Jeffrey Paul Ehrlich
Jeffrey Paul Ehrlich
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I, Jeffrey Paul Ehrlich, hereby certify that on October 16, 2009, I served a true copy of the foregoing upon all Parties by ECF.


                                          <u>/s/ Jeffrey Paul Ehrlich</u>
                                          JEFFREY PAUL EHRLICH