# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES | § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | | § | JUDGE DUVAL |
| _____ | | § | MAG. WILKINSON |
| | | § | |
| | PERTAINS TO:   MRGO | § | |
| _____ | | § | |

## STATEMENT NOTING A PARTY'S DEATH

Defendant, United States of America, suggests upon the record, pursuant to

Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Ethel

Mae Coats during the pendency of this action.

Respectfully Submitted,

TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

1

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch


 s/ Robin D. Smith
Robin D. Smith
Senior Trial Counsel, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorney for the United States


 s/ Jeffrey Paul Ehrlich
Jeffrey Paul Ehrlich
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorney for the United States

## CERTIFICATE OF SERVICE

I, Jeffrey Paul Ehrlich, hereby certify that on October 16, 2009, I served a true copy of the foregoing upon all Parties by ECF.


/s/ Jeffrey Paul Ehrlich
JEFFREY PAUL EHRLICH