UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:    KATRINA CANAL BREACHES | §  | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO | § | |
| _____ | § | |

UNITED STATES' MOTION TO HOLD FURTHER
MRGO MOTIONS PRACTICE IN ABEYANCE

The United States moves to vacate the Court's Orders requiring the filing of a motion for summary judgment based on the discretionary function exception.  The present motion is prompted by the discovery that the plaintiffs failed to comply with the FTCA's administrative-claim requirements.  This failure deprives the Court of subject-matter jurisdiction and requires dismissal of the EBIA claims.  The United States has therefore today filed a motion to dismiss the EBIA claims (Doc. 19323).

1

For these reasons, the United States respectfully requests that the Court vacate its Orders requiring the filing of a motion for summary judgment based on the discretionary function exception.

        Respectfully Submitted,

        TONY WEST
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ Robin D. Smith
        Robin D. Smith
        Senior Trial Counsel
        Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record by ECF on October 16, 2009.

/s Robin D. Smith