UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
| _____§ | | |

## NOTICE OF HEARING

To:  All named plaintiffs through
their counsel of record

PLEASE TAKE NOTICE THAT the undersigned will hear the United States' Motion to Hold Further MRGO Motions Practice in Abeyance at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, New Orleans, LA, 70130, on the 25th day of November, 2009, at 9:30 a.m.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana

1