UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO | § | |
| _____ | § | |

UNITED STATES' MEMORANDUM IN SUPPORT
OF ITS MOTION TO HOLD FURTHER MRGO
MOTIONS PRACTICE IN ABEYANCE

To resolve jurisdictional issues not present in Robinson v. United States, the Court ordered the United States to file a dispositive motion raising the discretionary function exception as a defense to the MRGO plaintiffs' claims relating to the East Bank Industrial Area. In preparing that motion, the United States ascertained that the three MRGO plaintiffs who allege damage from EBIA negligence have not complied with the FTCA's administrative-claim requirements. Although these plaintiffs presented administrative claims prior to filing suit, their claims did not pertain to the EBIA. Further, at least two of these plaintiffs filed suit before exhausting their administrative remedies. The United States has therefore moved today under Rule 12(b)(1) for a dismissal of

1

these claims for lack of subject-matter jurisdiction (Doc. 19323).

Since no plaintiff now has a cognizable claim pertinent to the EBIA, the United States respectfully requests that the Court vacate its Order directing the United States to file a motion based on the discretionary function exception. As the MRGO has already been stayed in all other respects, an order holding further motions practice in abeyance would now be appropriate.

    Respectfully Submitted,

    TONY WEST
    Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY, JR.
    Assistant Director, Torts Branch

    s/ Robin D. Smith
    Robin D. Smith
    Senior Trial Counsel
    Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station Box 888
    Washington, D.C. 20044
    (202) 616-4400 / (202) 616-5200 (Fax)
    Attorneys for the United States

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record by ECF on October 16, 2009.

/s Robin D. Smith