UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
| _____ | § | |

DEFENDANT UNITED STATES' EX PARTE
MOTION FOR EXPEDITED HEARING

Pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 7, the United States moves for an expedited hearing of its motion to hold further MRGO motions practice in abeyance. An expedited hearing is requested because the United States' discretionary-function-exception motion is now due to be filed next

1

Wednesday, October 21.  Unless this motion is expedited, it will become moot before it is heard.

For this reason, the hearing of the United States' motion to hold further MRGO motions practice in abeyance should be expedited.

                                          Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          PHYLLIS J. PYLES
                                          Director, Torts Branch

                                          <u>s/ Robin D. Smith</u>
                                          ROBIN D. SMITH
                                          Trial Attorney
                                          Torts Branch, Civil Division
                                          U.S. Department of Justice
                                          P.O. Box 888
                                          Benjamin Franklin Station
                                          Washington, D.C.  20044
                                          (202) 616-4289
                                          (202) 616-5200 (fax)
                                          robin.doyle.smith@usdoj.gov
                                          Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I certify that on October 16, 2009, the foregoing was served on all counsel of record by ECF.

                                 s/ Robin D. Smith
                                   Robin D. Smith