UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
| _____§ | | |

## ORDER

Having considered the United States' Motion for Expedited Hearing, and for good cause shown, it is hereby ORDERED that the Motion for Expedited Hearing is GRANTED.  The United States' Motion to Hold Further MRGO

1

Motions Practice in Abeyance shall be heard without oral argument on October \_\_\_\_\_, 2009.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE