UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
| _____§ | | |

DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT
OF ITS MOTION FOR EXPEDITED HEARING

Pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 7, the United States has moved for an expedited hearing of its motion to hold further MRGO motions practice in abeyance. An expedited hearing is requested because the United States' discretionary-function-exception motion is now due to be filed

1

next Wednesday, October 21.  Unless this motion is expedited, it will become moot before it is heard.

For this reason, the United States' motion for an expedited hearing should be granted.

                                          Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          PHYLLIS J. PYLES
                                          Director, Torts Branch

                                          s/ Robin D. Smith
                                          ROBIN D. SMITH
                                          Trial Attorney
                                          Torts Branch, Civil Division
                                          U.S. Department of Justice
                                          P.O. Box 888
                                          Benjamin Franklin Station
                                          Washington, D.C.  20044
                                          (202) 616-4289
                                          (202) 616-5200 (fax)
                                          robin.doyle.smith@usdoj.gov
                                          Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I certify that on October 16, 2009, the foregoing was served on all counsel of record by ECF.

                                                 <u>s/ Robin D. Smith</u>
                                                   Robin D. Smith

Case 2:05-cv-04182-SRD-JCW   Document 19327-2   Filed 10/16/09   Page 3 of 3