MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 15, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES                CIVIL ACTION
        CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE                        JUDGE DUVAL
    Abadie I, 06-5164                              MAG. WILKINSON
    Road Home, 07-5528


Pursuant to my previous order, Record Doc. No. 19291, a conference was conducted in open court on this date in the referenced matters.  Participating were: plaintiffs' counsel, Scott Joanen, together with Jason Crews, a paralegal in the office of plaintiffs' counsel; Chris Pellegrin, counsel for defendant Louisiana Citizens Property Insurance Company (via telephone); Dan Rees, counsel for the State of Louisiana Road Home program; Wayne Duchmann, Shari Duchmann Jackson and Sonya Duchmann Bell, plaintiffs.

The purpose of the conference was to address the matter previously referred to me by Judge Duval concerning settlement of the claims of the late Grace Duchmann against Louisiana Citizens originally filed as part of the above-referenced Abadie I matter,

MJSTAR:  1 : 15

including specifically the interest of the Road Home program in the settlement proceeds and its approval of the settlement. At the conclusion of the conference, all interested parties agreed that a binding settlement has been reached and that funds will be distributed as recited and recorded in open court. By copy of this minute entry, Judge Duval will be advised so that he may enter a Partial Dismissal Order as to the Duchmann claims. Record Doc. Nos. 19251 and 19279.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**