UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Abadie 06-5164<br>      (Duchmann v. La. Citizens) | JUDGE DUVAL<br>MAG. WILKINSON |

### PARTIAL ORDER OF DISMISSAL

The Court having been advised that a settlement has been firmly bound and recorded before Magistrate Judge Wilkinson in open court on October 15, 2009, concerning all claims of Grace Duchmann (her estate and her heirs) against Louisiana Citizens Property Insurance Company asserted herein, including approval of the State of Louisiana Road Home Program and the portion of settlement funds payable to the Road Home Program,

**IT IS ORDERED** that the claims of Grace Duchmann (her estate and her heirs) be and are hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 (thirty) days, to reopen the action or seek summary judgment enforcing the compromise if settlement is not consummated within that time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this ___16___ day of October, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE