**SUITS PENDING AGAINST THE S&WB IN USDC**

|     | **PLAINTIFF** | **EDLA #** |
| --- | --- | --- |
| 1.  | O'Dwyer, Maureen, et al | 05-4181 |
| 2.  | Berthelot, Colleen, | 05-4182 |
| 3.  | Vodanovich, Ann | 05-5237 |
| 4.  | Kirsch, David - Ali Haghighi | 05-6073 |
| 5.  | Ezell, Jim, Bonnie Ezell | 05-6314 |
| 6.  | Brown, David M | 05-6324 |
| 7.  | Leblanc, Beth -Alan West | 05-6327 |
| 8.  | Tauzin, Julie E. | 06-0020 |
| 9.  | Bradley, Frederick, | 06-0225 |
| 10. | Finney, Mary Beth, | 06-0886 |
| 11. | Christenberry, Herbert W. | 06-2278 |
| 12. | Fitzmorris, James E | 06-2346 |
| 13. | Marcello, Peter Lamer | 06-2545 |
| 14. | Adams, Cathy | 06-4065 |
| 15. | O'Dwyer, Maureen | 06-4389 |
| 16. | Adams, Glenn | 06-4634 |
| 17. | Brock, Emma, Taylor | 06-4931 |
| 18. | Fleming, Flora | 06-5159 |
| 19. | Holmes, Fred /Alvin Livers | 06-5161 |
| 20. | Gordon, Creato, | 06-5163 |
| 21. | Leduff, Bobby L., | 06-5260 |
| 22. | O'Dwyer, Maureen, et al | 06-5786 |
| 23. | O'Dwyer, Maureen, et al | 06-6099 |
| 24. | Deane, Jennifer Luscy, | 06-6473 |
| 25. | Richardson, Josephine | 06-8708 |
| 26. | Paul, Judy - Willie Mackie | 07-0993 |
| 27. | Coco, Lucinda | 07-1284 |
| 28. | Hennessey, Michelle | 07-1288 |
| 29. | Coniglio, Laurie | 07-1289 |
| 30. | Carney, Chris, et al | 07-1349 |
| 31. | Douville/Lawrence | 07-1113 |
| 32. | Adams, Dawn (Scruggs case) | 07-4391 |
| 33. | Morial, Sybil | 07-4551 |
| 34. | Kornman, Adrian | 07-4552 |
| 35. | White, Micheal | 07-4553 |
| 36. | Lobrano, Joseph | 07-4554 |
| 37. | Puccio | 07-4556 |
| 38. | Metro Labs, Inc. | 07-4557 |
| 39. | Savoy Place Assoc, LP | 07-4558 |
| 40. | Hurwitz Mintz | 07-4559 |

|     | PLAINTIFF | EDLA # |
|-----|-----------|--------|
| 41. | Hurwitz Mintz Furniture | 07-4560 |
| 42. | Doley, Keith, APC | 07-4561 |
| 43. | Morial, Julie | 07-4563 |
| 44. | Murphy Bld Corp/Oil | 07-4775 |
| 45. | Cina, Frank (several plfs) | 07-4944 |
| 46. | Dillard University | 07-4948 |
| 47. | St. Augustine High School – St. Joseph | 07-4949 |
| 48. | Plaisance, Ronald | 07-4950 |
| 49. | WNO Ownership | 07-4951 |
| 50. | Harrison, Jacob | 07-4952 |
| 51. | Liberty Bank & Trust | 07-4953 |
| 52. | DeSalvo, Heidi | 07-4954 |
| 53. | DeSalvo, Vincent Jr. | 07-4955 |
| 54. | Desalvo, Vincent Sr. | 07-4956 |
| 55. | Gerdes, Louis | 07-4957 |
| 56. | Jackson Brewery Millhouse | 07-4958 |
| 57. | Union Ltd. Partnership | 07-4959 |
| 58. | Hertz 909 Poydras | 07-4960 |
| 59. | Riverfront Lodging LLC | 07-4961 |
| 60. | Jackson Brewery Marketplace | 07-4962 |
| 61. | Prytania Medical Complex Ownrs Assn | 07-4963 |
| 62. | Prat, Carmen | 07-4964 |
| 63. | Berenson, Joan | 07-4966 |
| 64. | Adler, Coleman II | 07-4967 |
| 65. | Abundance Square Associates LP | 07-4968 |
| 66. | Redemptorist Ltd. Partner | 07-4970 |
| 67. | Omega Hospital, LLC | 07-4971 |
| 68. | Doley, Harold E. Jr. | 07-4972 |
| 69. | Wells, King S. Sr. | 07-4973 |
| 70. | Robert, Chad | 07-4974 |
| 71. | Miller Ammon L. Jr. | 07-4975 |
| 72. | Entercom Communication Corporation | 07-4976 |
| 73. | Adler, Annette M. | 07-4977 |
| 74. | Smythe, Carolyn | 07-4978 |
| 75. | White III LLC f/k/a JLH, LLC | 07-4979 |
| 76. | Haydel, Clara Mae and Cliff Robert Jr. | 07-4980 |
| 77. | Patterson, Gloria | 07-4981 |
| 78. | Treasure Village Associates | 07-4982 |
| 79. | Kern, Gary | 07-4983 |
| 80. | Dominion, No Centre LLC | 07-4984 |
| 81. | Bagneris, Michael & Madlyn | 07-4985 |
| 82. | Hotel Investors, LLC | 07-4986 |

|     | **PLAINTIFF** | **EDLA #** |
|-----|---------------|-----------|
| 83. | Blaum, Gregory and minor children | 07-4987 |
| 84. | Morial, Marc H. | 07-4988 |
| 85. | LA Independent Federation of Electors | 07-4989 |
| 86. | Tanner, V | 07-4990 |
| 87. | Adler, Coleman II | 07-4991 |
| 88. | Southpoint Technologies LLC | 07-4992 |
| 89. | Adler's Special Account | 07-4993 |
| 90. | Berenson, Joan and BPH Real Estate | 07-4994 |
| 91. | CII Carbon, LLC | 07-4995 |
| 92. | TOURO Infirmary | 07-4996 |
| 93. | Imperial Trading Co., Inc. | 07-4997 |
| 94. | Physician Management Services of LA | 07-4998 |
| 95. | Reese, Dorothy | 07-4999 |
| 96. | Doley, Keith & Kathleen | 07-5000 |
| 97. | Robert, Cliff Sr. & Cecilia | 07-5001 |
| 98. | Shops & Garage at Canal Place | 07-5002 |
| 99. | Greystar Development & Construction | 07-5003 |
| 100. | Cambridge Realty West | 07-5004 |
| 101. | Majestic Life Ins. | 07-5005 |
| 102. | White, Hunter III | 07-5006 |
| 103. | United Restaurant Entities, LLC | 07-5008 |
| 104. | Davis, Claire B. | 07-5009 |
| 105. | Plaisance, Robert L. | 07-5010 |
| 106. | Wetco Restaurant Group LLC | 07-5012 |
| 107. | Doley, Aaron | 07-5014 |
| 108. | Majestic Mortuary Services Inc. | 07-5015 |
| 109. | Universal Health Services, Inc. | 07-5016 |
| 110. | Reid, Winston & Catrice Johnson-Reid | 07-5017 |
| 111. | Xavier University of LA | 07-5018 |
| 112. | Embry, Shea & Carolyn Mangham | 07-5019 |
| 113. | Connick, Harry Sr., and Adams, Glenn | 07-5067 |
| 114. | SWBNO v. USA | 07-5105 |
| 115. | Reese, Justin | 07-5148 |
| 116. | Reese, Jared | 07-5150 |
| 117. | Green-Johnson, Gayle | 07-5155 |
| 118. | Rault Resources, Inc. | 07-5184 |
| 119. | Rault, Bonnie | 07-5186 |
| 120. | McCay, R. Scott | 07-5187 |
| 121. | Curtis, Martha | 07-5193 |
| 122. | Universal Health Services, Inc. | 07-5254 |
| 123. | Universal Health Services, Inc. | 07-5286 |
| 124. | Davis, Clare B. | 07-5314 |

|      | **PLAINTIFF**                          | **EDLA #** |
|------|----------------------------------------|------------|
| 125. | Omega Hospital                         | 07-5315    |
| 126. | Gerdes, Louis                          | 07-5316    |
| 127. | Abundance Square Assoc                 | 07-5317    |
| 128. | Union Limited Partnership              | 07-5318    |
| 129. | Doley, Harold E. Jr.                   | 07-5319    |
| 130. | Jackson Brewery Millhouse LLC          | 07-5320    |
| 131. | Shops and Garage at Canal Place        | 07-5321    |
| 132. | Wells, S. Sr. King & Helen C.          | 07-5322    |
| 133. | Imperial Trading Co., Inc.             | 07-5323    |
| 134. | Physician Management Services of LA    | 07-5324    |
| 135. | Berenson, Joan and BPH Real Estate     | 07-5325    |
| 136. | St. Augustine High School              | 07-5326    |
| 137. | Reese, Justin                          | 07-5328    |
| 138. | Adler, Coleman II                      | 07-5329    |
| 139. | Kern, Gary                             | 07-5330    |
| 140. | Jackson Brewery Marketplace, Ltd.      | 07-5331    |
| 141. | Plaisance, Rachel                      | 07-5332    |
| 142. | Plaisance, Ronald Sr.                  | 07-5333    |
| 143. | Prytania Medical Complex Owners Asc.   | 07-5334    |
| 144. | Hotel Investors, LLC                   | 07-5335    |
| 145. | Blaum, Gregory J. /children            | 07-5336    |
| 146. | Riverfront Lodging, LLC                | 07-5337    |
| 147. | La. Independent Fed. of Electors       | 07-5338    |
| 148. | Wetco Restaurant Group                 | 07-5339    |
| 149. | Cambridge Realty West                  | 07-5340    |
| 150. | Robert, Cliff                          | 07-5341    |
| 151. | United Restaurant Entities             | 07-5342    |
| 152. | Adler's Special Acct.                  | 07-5345    |
| 153. | Miller, Ammon L. Jr.                   | 07-5346    |
| 154. | Liberty Bank & Trust Co.               | 07-5347    |
| 155. | Doley, Aaron M.                        | 07-5348    |
| 156. | Greystar Development and Construction  | 07-5349    |
| 157. | Universal Health Services, Inc.        | 07-5350    |
| 158. | Treasure Village Associates, LP        | 07-5351    |
| 159. | Touro Infirmary                        | 07-5352    |
| 160. | Embry, Shea                            | 07-5353    |
| 161. | Redemptorist Ltd Partnership           | 07-5354    |
| 162. | CII Carbon LLC                         | 07-5355    |
| 163. | White III, LLC                         | 07-5356    |
| 164. | DeSalvo, Heidi                         | 07-5357    |
| 165. | DeSalvo, Vincent Sr.                   | 07-5358    |
| 166. | Dillard University                     | 07-5359    |

|      | **PLAINTIFF**                         | **EDLA #** |
|------|---------------------------------------|------------|
| 167. | White, H. Hunter III                  | 07-5360    |
| 168. | Hertz 909 Poydras, LLC                | 07-5361    |
| 169. | Morial, Marc H.                       | 07-5362    |
| 170. | Prat, Carmen                          | 07-5363    |
| 171. | Dominion/No Centre, LLC               | 07-5364    |
| 172. | Berenson, Joan                        | 07-5365    |
| 173. | Xavier University of Louisiana        | 07-5367    |
| 174. | Doley, Keith & Kathleen               | 07-5368    |
| 175. | Adler, Annette M.                     | 07-5369    |
| 176. | DeSalvo, Vincent L. Jr.               | 07-5370    |
| 177. | Southpoint Technologies, LLC          | 07-5371    |
| 178. | Reese, Jared                          | 07-5372    |
| 179. | Green-Johnson, Gayle                  | 07-5373    |
| 180. | Haydel, Clara Mae                     | 07-5374    |
| 181. | Entercom Communications               | 07-5375    |
| 182. | Adler, Coleman II                     | 07-5376    |
| 183. | WNO Ownership                         | 07-5377    |
| 184. | Bagneris, Michael                     | 07-5378    |
| 185. | Harrison, Jacob                       | 07-5494    |
| 186. | Reid, Winston                         | 07-5495    |
| 187. | Smythe, Carolyn                       | 07-5496    |
| 188. | Pere Marquette Hotel Partners, L.L.C. | 09-5921    |