UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K"(2) |

FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
07-1289

PERTAINS TO:  LEVEE

### REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 78.1E

NOW INTO COURT, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans to request oral argument on Levee plaintiffs' Motion to Dismiss the Sewerage and Water Board of New Orleans Without Prejudice.

The Sewerage and Water Board of New Orleans believes oral argument would assist the Court in deciding whether the dismissal of the Sewerage and Water Board of New Orleans without prejudice is proper at this stage in the proceedings.

1

WHEREFORE, the Sewerage and Water Board of New Orleans requests this Court grant oral argument on the Motion to Dismiss the Sewerage and Water Board Without Prejudice on October 28, 2009, at 9:30 a.m., or as the Court may otherwise order.

Respectfully submitted,

/s/ Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR. - #18299, T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHARLOTTE JANE SAWYER - #28493**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585-2242
Facsimile: (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE AND WATER BOARD OF NEW ORLEANS

## CERTIFICATE

I do hereby certify that on the 20th day of October 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

/s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR.**