CCOUNT CODE:                                                      REGISTRY FUND:

355XX Accounts                                                    604700 Accounts
____ - Restitution                          OCT 1 9 2009          ____ - Cash Bonds
____ - U.S. Postal Service Forms                                  ____ - Land Condemnation
____ - Petty Offense                                              ____ - Deceased & Deserting Seaman

ENERAL & SPECIAL FUNDS:
  ____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
  ____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
            085000 - $5.00 / 510000 - $10.00
        FILING FEES
  ____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
  ____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
            086900 - $20.00 / 510000 - $19.00
  ____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
  X    - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
  ____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
        COPY FEES
  ____ - Copies from public terminal (.10 per page - # of pages ____) 5114CR
  ____ - Copies (.50 per page - # of pages ____) 322350
  ____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
  ____ - Magnetic Tape Recordings ____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
        MISCELLANEOUS ACCOUNTS
  ____ - Certification (# of Cert. ____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
  ____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
  ____ - Records Search (TOTAL $26.00 Each) (# of names ____) 322360 - $15.00 / 510000 - $11.00
  ____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
  ____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
            Recovery of Costs - Jury Assessment ____ 322380

ES & MISCELLANEOUS ACCOUNTS
  ____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
  ____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

OUNTS RECEIVABLE
  ____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)
        RECEIVED FROM (FIRM): New Orleans Workers' Ctr. / Public Citizen (represents Intervenors)
        CASE NUMBER: 05-4182 and Consolidated    SECTION: K
        CASE TITLE: In re Katrina Canal Breach

        PAYMENT OF  [ 455 | 00 ]   CASH ____   CHECK ____   MONEY ORDER ✓
                                   SEAMAN ____   PAUPER ____   NON CASH ____

              Civil Action Cases (for New Filings Only)
jnate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
priate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

  ____ 1. Cases requiring immediate action            ____ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,               Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.                  ____ 7. Petitions for Stay of Execution
  ✓   2. Class Action                                         Death Sentence
  ____ 3. Antitrust                                   ____ 8. Social Security Case
  ____ 4. Patent, Trademark, Copyright                ____ 9. All Others
  ____ 5. Civil Rights Case

is a THREE JUDGE COURT?     Yes ____   No ____
is a RELATED CASE?          Yes ____   No ____             Attorney of Record