# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO | | |

## ORDER

Having considered the United States of America's Motion to File Under Seal, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Accordingly, the Clerk of Court is directed to file under seal Exhibit 1 to the United States of America's Memorandum of Law in Support of Its Motion to Dismiss (Doc. 19323).

New Orleans, Louisiana, this __20th__ day of __October__, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana