UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES          CIVIL ACTION
         CONSOLIDATED LITIGATION

                                         NO. 05-4182

                                         SECTION "K"(2)

**FILED IN:** 05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
05-6073, 05-6314, 05-6324, 05-6327, 05-6369,
06-0020, 06-1885, 06-0225, 06-0886, 06-11028,
06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
and 07-1289

**PERTAINS TO: LEVEE**

## ORDER

Finding that a decision on the "Motion to Dismiss the Sewerage and Water Board Without Prejudice" filed by the LEVEE PSLC (Doc. 19275) in each of the captioned cases will not be aided by oral argument,

**IT IS ORDERED** that the "Request for Oral Argument Pursuant to Local Rule 78.1E" filed on behalf of defendant Sewerage and Water Board of New Orleans (Doc. 19332) is DENIED.

New Orleans, Louisiana, this 22nd day of October, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE