UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>    Master Consolidated Class Action<br>    Complaint (Doc. 3413)<br>    *Chehardy*, Nos. 06-1672, 06-1673,<br>    and 06-1674 | * * * * * | SECTION "K"(2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

Notice is hereby given that the *Chehardy* Plaintiffs, through the Court's Appointed Liaison Counsel and Insurance Liaison Counsel, together with the Court's Appointed Plaintiffs' Steering Committee (collectively referred to as "the Insurance PSLC"), and who are counsel in the above-referenced *Chehardy* actions, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order dismissing the *Chehardy* actions (No. 06-1672, 06-1673, and 06-1674) entered in this action on September 29, 2009 (Doc. 19289), the Court having previously denied Plaintiffs' motion for reconsideration in the Court's *Order and Reasons* dated August 6, 2009 (Doc. 19205).

1

Respectfully submitted,

**APPROVED PLAINTIFFS LIAISON COUNSEL**

 /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

**INSURANCE PLAINTIFFS' SUB-GROUP
LITIGATION COMMITTEE**

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar #5486)
INSURANCE PSLC LIAISON COUNSEL
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
calvinfayard@fayardlaw.com


For
**INSURANCE PLAINTIFFS' SUB-GROUP
LITIGATION COMMITTEE**
John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier
Calvin C. Fayard, Jr.

And

For
Plaintiffs and all Counsel in the *Chehardy* actions

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 23st day of October, 2009.

                                              /s/ Joseph M. Bruno
                                              JOSEPH M. BRUNO (La. Bar # 3604)