UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| FILED IN: 06-5032 | * | |
| | * | JUDGE DUVAL |
| NATHANIEL JOSEPH | * | |
| VERSUS | * | MAG. WILKINSON |
| S.&W.B. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND INCORPORATED MEMORANDUM TO ADD THE NAMES OF ADDITIONAL PLAINTIFFS TO COMPLAINT

Now into court comes Nathaniel Joseph, the named Plaintiff in the above styled and numbered cause, who files this motion and incorporated memorandum to name as co-plaintiffs the persons included in the amended complaint:

1.

When this suit was filed, most of the co-plaintiffs were out of state or could not be located and therefore, they were not made parties in the original lawsuit.

2.

Since they have returned and their address' are now known and they were victims of the Katrina

canal breach, they feel that they are entitled to and desirous of their portions of whatever settlement was reached.

3.

The names contained in the amended and supplemental complaint are included herein just as if they were present at the time when the original suit was filed.

Wherefore Complainant prays that a rule issue herein directed to the opposing parties in these proceedings to show cause why this amended and supplemental complaint should not be incorporated in mover's complaint.

>Respectfully Submitted By:
**THE LAW OFFICES OF
MARION OVERTON WHITE**
511 East Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 948-8296

BY: /s/ Marion Overton White
　　　Louisiana Bar: 13428