UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| FILED IN: 06-5032 | * | |
| | * | JUDGE DUVAL |
| NATHANIEL JOSEPH | * | |
| VERSUS | * | MAG. WILKINSON |
| S.&W.B. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED AND SUPPLEMENTAL COMPLAINT

Now into Court comes, Nathaniel Joseph, complainant in the above styled and numbered complaint, and moves this honorable court to amend and supplement his original complaint naming the following persons as party complainants just as if they were named at the inception of this complaint as follows:

**Robert Achee** / 12-23-87 / Address at time of Katrina: 36052 Mass Polk Rd.
Pearl River, LA 70452
Present address:    2116 General Pershing
Violet, La

**Beatrice Alexander**    245 Clemson Place
Kenner, LA 70065

**Marvel Alexander**    3007 Iberville St.
New Orleans, LA 70119

1

**Mario Allen**          Address at time of Katrina:     2700 Paris Rd.
                                                         New Orleans, LA 70129
                         Present address:                4579 Wilmington Pike
                                                         Dayton, Ohio 45440


**Willie Andrews**       1236 S. Roche Blvd.
                         New Orleans, LA 70125


**Girleen Andrus**       3003 Toledano St. Apt. 201
                         New Orleans, LA 70125


**Alphonse Arceneaux** Address at time of Katrina:   6301 Kuebel Dr. #E
**Troy Harvey**                                      New Orleans, LA 70126
                         Present address:   7849 Read Blvd. Apt. 12
                                            New Orleans, LA 70127


**Edward Arceneaux**
**Jennifer Arceneaux**
**Enchantra Arceneaux**


**Geraldine Arceneaux / 2-3-31**   Address at time of Katrina:    6319 Kuebel Dr. Apt. 8
                                                                  New Orleans, LA 70126
                                   Present address:   1405 Hines St. Apt. E44
                                                      Republic, MI 65738
**Keith Arceneaux**      107 Blue Heron Dr.
**Donna Arceneaux**          Monroe, LA71203
**Wesley Arceneaux**


**Yolanda Arceneaux / 8-6-53 / \*\*\*-\*\*-6497** Address at time of Katrina:8400 I-10 Service Rd.
**Johime Johnson**                                              New Orleans, LA 70127
                                   Present address:   2434 Wisteria St.
                                                      New Orleans, LA 70122

**David Joseph Armour Jr.** / 2-24-79 / \*\*\*-\*\*-7361


**Wendy Mitchell Armour** / 3-24-80 / \*\*\*-\*\*-7980
**Makaila Armour** / 6-6-02 / \*\*\*-\*\*-8425
**Malachi Armour** / 12-28-03 / \*\*\*-\*\*-1403
**Honour Armour** / 8-22-05 / \*\*\*-\*\*-8226
**Majesty Armour** / 8-22-05 / \*\*\*-\*\*-8286
**Emmanuel Armour**      Address at time of Katrina:    4641 Rosemont Place
                                                        New Orleans, LA 70126
                         Present address:    1700 Mustang Dr.

2

                                                   Marble Falls, TX 78654
**Theresa Arnoile / 8-21-57**   4409 Crowder Blvd.
**Brian Clay**                  New Orleans, LA 70127
**Aaron Collins**
**Darryl Clay**


**Karla Barton / 2-11-76**
**Karlise Jones**
**Malorie Barton**
**Megan Barton**
        Address at time of Katrina:   4335 Lonely Oak
                                      New Orleans, LA 70126
        Present address:   5335 W. Gulfbank
                           Houston, TX 77088


**Anthony Bastian Jr. / 9-9-71**
**Violet Williams / 10-25-51**
        Address at time of Katrina:   14763 Chef Menture Hwy. #132
                                      New Orleans, LA 70129
               Present address:   7013 Boxwood Dr. #508
                                  Houston, TX 77028


**Roosevelt Batiste**   2412 Wisteria St.
**Sheryl Henry**        New Orleans, LA 70122


**Kim Bell**       4993 Wright Road
**Mairs Bell**     New Orleans, LA 70128
**Brandon Bell**
**Jordon Bell**


**Anthony M. Bellow**     P.O. Box 316
**Melvileen B. Bellow**   Hahnville, LA 70057
**Gloria J. Burton**
**Chaz'z J. Richardson**


**Casey Bemisi / 12-13-66**
**Sherra Bemisi / 3-29-69**
**Brooke Bemisi**
**Casey Bemisi Jr.**

Address at time of Katrina:   10132 Rosewood Pl.
                              New Orleans, LA 70127
         Present address:     8117 Jewella Ave.
                              Shreveport, LA 70118

**Desmond Bemisi** / 5-4-64
**Linda Bemisi**
         Address at time of Katrina:   1518 N. Prier
                              New Orleans, LA 70116
         Present address:   2502 Weber Dr. #7201
                            Lubbock, TX 79404

**Gladys Bemiss** / 4-19-37
**Isidro Bemiss** / 8-6-34
                Address at time of Katrina:   2643 Verbena St.
                              New Orleans, LA 70122
                Present address:   8117 Jewella Ave.
                              Shreveport, LA 71108

**Kevin Bland**        3301 Bienville Street / P.o. Box 791340
**Kashawn Bland**      New Orleans , LA 70119 / 70179

**Giggie Blount** / ***-**-8785
                Address at time of Katrina:   1317 Spin St.
                              New Orleans, LA

**Stephanie Blount** / May 8, 1983 / ***-**-9991
**Kristini Bount** / August 6, 2003 / ***-**-0420
**Jasmine Armstrong** / September 10, 1982 / ***-**-1448
         Address at time of Katrina:   1730 Spain Street
                              New Orleans, Louisiana
         Present Address:   7022 South Gessner Road Apt. 36
                            Houston, Texas 77036

4

**Cassandra Blatcher** / March 22, 1947 / \*\*\*-\*\*-2137
**Edwin Blatcher Jr.** / December 27, 1946 / \*\*\*-\*\*-8301
**Edwin Blatcher III** / July 11, 1974 / \*\*\*-\*\*-5986
**Catilyn Collins** / February 5, 2001 / \*\*\*-\*\*-2149
                    Address at time of  Katrina:   2628 Dumaine Street
                                                   New Orleans, Louisiana 70118
                    Present address:    10027 Spice Lane
                                        Houston, TX 77072


**DeYonka Nicole Blatcher** / August 24, 1980 / \*\*\*-\*\*-1676
                    Address at time of Katrina:    2521 Eagle Street
                                                   New Orleans, Louisiana
                    Present address:   7135 New England Dr.
                    New Orleans, LA 70129


**Carol Blossom /** 12-6-47
**Lawrence Bell**
**Dennis Blossom**
                    Address at time of Katrina:    2661 Jonquil St.
                                                   New Orleans, LA 70122


**Stephanie Blount** / May 8, 1983 / \*\*\*-\*\*-9991
**Kristini Bount** / August 6, 2003 / \*\*\*-\*\*-0420
**Jasmine Armstrong** / September 10, 1982 / \*\*\*-\*\*-1448
                    Address at time of Katrina:    1730 Spain Street
                                                   New Orleans, Louisiana
                    Present Address:   7022 South Gessner Road Apt. A207
                                       Houston, Texas 77036


**Allieta Blue**          8420 Cohn St.
**Gregory Blue**          New Orleans, LA 70118
**Gwendolyn Lee**


**Marguerite Bourne** / 9-2-33 / \*\*\*-\*\*-2990
                    Address at time of Katrina:    4114 Haynes Blvd.
                                                   New Orleans, LA
                    Present address:   7100 S. Gessner Apt. 71
                                       Houston, TX 77074

5

**Luther Boyd**
        Address at time of Katrina:    2043 Lizardi St.
                                    New Orleans, LA 70117
        Present address:   3265 Woodgly St.
                          New Orleans, LA

**Dikea Brass**
**Diontay Brass**
**Dishontay Brass**

**Dianne Britton**     2044 Stephen Girard St.
                     New Orleans, LA 70122

**Carol Brown** / 1-16-73
        Address at time of Katrina:    4748 Viola Street
                                    New Orleans, LA 70126
        Present address:   9501 W. Sam Houston Parkway
                          Houston, TX 77099

**Madelyn Brown** / 8-15-54
        Address at time of Katrina:    4007 Dodt Ave.
                                    New Orleans, LA 70126
        Present address:   P.O. Box 741897
                          New Orleans, LA 70174-1897

**Ricky Caraway** / 10-31-59 / \*\*\*-\*\*-7932
**Karen Reed Harris**
**Thesen Reed Jr.**
        Address at time of Katrina:    2922 Edith Weston Pl.
                                    New Orleans, LA 70126
        Present address:   10950 Tanner Park #2804
                          Houston, TX 77075

**Monika Carrier** / 8-28-86 / \*\*\*-\*\*-7312
**Joushmas Carrier**
Address at time of Katrina:   312 Virtue St.
Present address:   1338 Nash Dr.
                    Opelousas, LA 70570

6

**Loriann Weathersby Carruth**   5463 Banyan Trace Dr. #A
                Baton Rouge, LA 70805

**Rufus Carruth Jr.**        2213 Balis Dr.
                Baton Rouge, LA 70808

**Evola Carter** / 4-18-34
**Terri Blount**
Address at time of Katrina: 1800 Franklin Ave.
                New Orleans, LA 70117
Present address:   7100 S. Gessner Rd.
                Houston, TX 77036


**Kimeo Carter**     9700 Court Glen Dr. #3205
**Ellshanna Carter**     Houston, TX 77099
**Lavorry Carter** / 5-6-88
Address at time of Katrina:    6316 Franklin Ave.
                New Orleans, LA 70122
Present address:   7022 S. Gessner Rd. #36
                Houston, TX 77036

**Edith Cates** / 8-26-55
**Toy Dante Hutchison**
Address at time of Katrina:    1729 Short St.
                New Orleans, LA 70118
Present address:   2513 Edith St. #131
                Baton Rouge, LA

**Adolph Charles**     2657 Jonquil St.
                New Orleans, LA 70122

**Michelle Cheneau**       510 Third Sr.
                Magnolia, MS 39652

**John Claiborne** / 5-13-60
Address at time of Katrina:    5008 Dauphine St.
                New Orleans, LA 70117
Present address:   7200 S. Gessner St. #44

7

Houston, TX 77074

**Tonya Clark** / 6-2-78
**Tonjanik Clark**
**Lance Clark**
Address at time of Katrina:    8749 Jeanette St. #B
                New Orleans, LA 70118
Present address:    470 Maxey Rd. #1906
                Houston, TX 77013

**Robert A. Claverie**        2631 Verbena St.
                New Orleans, LA 70122

**Terrance Coffil / 8-24-76**    3140 Blaire St.
**Caifha Nelson / 11-23-79**     New Orleans, LA 70131

**Michael Conerly**      52261 Armato Rd.
**Samantha Conerly**        Independence, LA 70443

**Troy Colvin**        8304 S. Course Dr.
                Housston, TX 77072

**Pamela Coleman** / 2-10-56 / ***-**-5750
Address at time of Katrina:    2217 S. Liberty St.
                New Orleans, LA 70113
Present address:    8935 S. Gessner Rd. #92
                Houston, TX

**Rickey Coleman**      1130 Sumner Street
**Genene Coleman**      New Orleans, LA 70114
**Richera Coleman**
**Rico Coleman**

**Lesley Christophe**      1300 Garden Path Dr.
**Aaron Christophe**      Round Rock, TX 70127
**Aaronisha Christophe**
**Jumahne Christophe**
**Shomari Christophe**

8

**Robert Claverie** / 7-30-44    2631 Verbenia St.
New Orleans, LA 70122

**Pamela Coleman**    8935 S. Gessner Road #92
Houston, TX 77074

**Jovonna Angelle Cooley**    1700 Mustang Dr. #501
Marble Falls, TX 78654

**Margret Cook** / 8-13-13
Address at time of Katrina:    2688 Lavender St.
New Orleans, LA 70122
Present address:    10856 W. Fuller Pl.
Baton Rouge, LA 70816

**Agnes Corpus**    1011 Center St.
Arabi, LA 70032

**Terrance Crowden** / 12-15-76 / ***-**-9199
Address at time of Katrina:    203 Southern Pl. #109
Chalmette, LA 70043
Present address:    731 Emmett St.
Opelousas, LA 70570

**Alva Curley** / 3-13-37
**Denise Segrow**
Address at time of Katrina:    2123 Almonaster Blvd
New Orleans, LA 70117
Present address:    7100 S. Gessner Rd.
Houston, TX 77074

**Reginald Curley**    14010 Peyton Dr.
Dallas, TX 75240
**Loriann Weathersby Curruth** / 10-04-63
Address at time of Katrina:    1330 Senate St.

9

New Orleans, LA 70122
Present address:   5463 Banyan Trace Dr. Unit A
          Baton Rouge, LA 70805

**Rufus Carruth Jr. /** 5-21-61
Address at time of Katrina:   1212 N. Miro St.
          New Orleans, LA 70119
Present address:   2213 Balis Dr.
          Baton Rouge, LA 70808

**Fallon Daniels**          1941 S. Pointe Dr. Apt. 1
**Tyla Daniels**            **Baton Rouge, LA 70808**
**Perique Jones**
**Kia Reese**
**Kiana Jones**
**Dominique Jones**

**Ozzie Lee Daniels /** 1-3-39 / ***-**-1634
**Donald Daniels /** 11-17-84 / ***-**-8954
Address at time of Katrina:   2647 Gladiolus St.
          New Orleans, LA 70122
Present address:   1910 South Pointe Dr.- Apt. 1
          Baton Rouge, LA 70808

**Elisha Davis /** 7-4-86 / ***-**-2808
Address at time of Katrina:   1815 S. Rampart
          New Orleans, LA 70113
Present address:   2500 Nairn
          Houston, TX 77074

**Laquita Dixon**
Address at time of Katrina:   2618 Philip St.
          New Orleans, LA 70113
Present address:   7018 S. Gessner Road Apt. 80
          Houston, TX 77036

**Mary Di Maggio Duchmann /** August 1, 1953 / ***-**-3764
**Gregg Duchmann Sr. /** April 17, 1955 / ***-**-9831
**Ashley Duchmann /** August 30, 1988 / ***-**-2042

10

**Gregg Duchmann Jr.** / December 28, 1981 / \*\*\*-\*\*-3365
Address at time of Katrina:   4008 Juno Drive
                              Chalmette, Louisiana 70043
Present address:   904 Asheville Drive
                   Slidell, Louisiana 70458

**Willie Dykes**
Address at time of Katrina:   2523 Eagle St.
                              New Orleans, LA 70118
Present address:   10522 Beechnut St. #303
                   Houston, TX 77072

**Natasha Edwards**          12101 Fondren Road #1306
                  Houston, TX 77035
**Jamie Espadron**     2613 Dawson Street
**Kandy Espadron**     Kenner, LA 70062
**Cortez Bass**

**Kecia Esteem** / 12-3-72 / \*\*\*-\*\*-1616
Address at time of Katrina:   310 Southern Pl.
Present address:   716 Park Ave.
                   New Iberia, LA

**Kendall Feliciana**          4250 Blount Rd. Lot 21
**Yolanda Daily**       Baton Rouge, LA 70807
**Kendall Daily**
**Darishonda Daily**
**Jamie Daily**

**Gary Felo**     7018 S. Gessner Rd. #70
                  Houston, TX

**Belinda Ferrand** / 8-5-66 / \*\*\*-\*\*-9283
**Donald Sims Jr.** / 8-18-63 / \*\*\*-\*\*-4375
**Donald Sims III** / 8-26-02 / \*\*\*-\*\*-4733
**Kenneth Haynes Jr.** / 12-3-87 / \*\*\*-\*\*-9059
Address at time of Katrina:   918 Alabo Street
                              New Orleans, LA 70127

11

Present address:   451 Wilson Creek Blvd. #1132
            McKinney, TX 75069


**Louis Fields**      2682 Jonquil St.
**Chandra Fields**   New Orleans, LA 70112
**Saundra Fields**
**Helen Fields**
**Darlene Fourthner /** 7-10-57
Address at time of Katrina:   6433 N. Miro St.
            New Orleans, LA 70117
Present address:   23461 U.S. Hwy 59 #1026
            Portor, TX 77365


**Natasha Forthner /** 3-20-78
Address at time of Katrina:      6433 N. Miro St.
            New Orleans, LA 70117
Present address:      2133 Valence St.
            New Orleans, LA 70115


**Leslie Francis /** 4-12-49
**Dax Bordenave**
**Wendy Moore**
Address at time of Katrina:   2920 New Orleans St.
            New Orleans, LA 70119
Present address:   4115 St. Claude Ave.
            New Orleans, LA 70117


**Rachell Fred**      2426 ½ Frenchman Street
            New Orleans, LA 70119


**Katherine French /** 2-17-83 / ***-**-5915
Address at time of Katrina:   2227 Campronne St. #C
            New Orleans, LA 70118
Present address:   1239 Ina Claire Dr. #452
            Opelousas, LA 70570


**Michael Galle /** 5-15-74 / ***-**-2968

**Ebony Galle**
**Corey Galle**
**Kentrell Galle**
**Brian Galle**
**Sawn Galle**
Address at time of Katrina:    5601 Chimney Rock St.
                New Orleans, LA
Present address:    4642 Virgillan St.
            New Orleans, LA

**David Gibson** / 3-1-46
**Donna Gibson**
**Nikka Gibson**
Address at time of Katrina:    6054 Airway St.
                New Orleans, LA 70126
Present address:    P.O. Box 741763
            New Orleans, LA 70174

**Waldorf Gibson III** / 6-3-59 2503 Annunciation St.
**Veronica Gibson** / 6-9-61          New Orleans, LA 70130
**Waldorf Gibson IV**
**Walnica Gibson**

**Melvin Gilbert** / 6-14-78
Address at time of Katrina:    6767 Cindy Pl. #105
                New Orleans, LA 70127
Present address:    7100 S. Gessner Rd. #20
            Houston, TX 77036

**Valya Gilbert** / 6-25-61 / ***-**-9978
Address at time of Katrina:    7033 Bankeill Rd.
                New Orleans, LA 70127
Present address:    7100 S. Gessner #44
            Houston, TX 77074

13

**Charles Green Jr.**       1700 Mustang Dr. #406
**Kizzy Green**         Marble Falls, TX 78654

**Curnara Green**       1700 Mustang Dr. #705
            Marble Falls, TX 78654

**Desmond C. Green** / 10-23-80 / ***-**-2578
Address at time of Katrina:   4554 Bonita Drive
            New Orleans, LA 70126
Present address:   1700 Mustang Dr. #102
            Marble Falls, TX 78654

**Leola Grimes** 513 Vidrine Street
            Ville Platte, LA 70586

**Benjamin Guidroz**
**Carlito Jones**
Address at time of Katrina:   2688 ½ Lavender St.
            New Orleans, LA 70122
Present address:   2686 South Hill St.
            Riverdale, GA 30296

**Marilyn Hall**       P.O. Box 1014
            Arnaudville, LA 70512

**Stacy Hankton**     4250 Blount Rd. #7
            Baton Rouge, LA 70807

**Ethel Marie Harris** / 12-9-62 / ***-**-4063
**Arthur Harris** / 2-1-52 /***-**-4997
Address at time of Katrina:   1764 N. Broad Street #1
            New Orleans, LA 70117

**Janice Estina Harris** / 8-23-78 / ***-**-2197
**Marlo Love Harris** / 5-26-99 / ***-**-8691
**Mauri Love Harris** / 2-28-02 / ***-**-0985
Address at time of Katrina:   2165 Sere St.
            New Orleans, LA 70122

14

Present address:   505 Avenue N
                   Marble Falls, TX 78654

**James Harris Jr.** / 11-24-54 / \*\*\*-\*\*-6348
Address at time of Katrina:   2303 Almonaster Ave.
                   New Orleans, LA 70117
Present address:   523 General Pershing / . P.O. Box 51966
                   New Orleans, LA 70115 / 70151

**Karen Reed Harris**        8600 Theta St. #1802
                   Houston, TX 77034

**Dwayne Harrison** / 12-10-84
Address at time of Katrina:        2431 Eagle St.
                   New Orleans, LA
Present address:   5500 Desoto St.
                   New Orleans, LA

**Shirley Hasty**      3029 Huntville St.
**Walter Hasty**           Kenner, LA 70065


**Catherine Henry** / 1-4-26 / \*\*\*-\*\*-6637
**Gregory M. Henry** / 6-5-54 / \*\*\*-\*\*-0575
**Lynette M. Henry** / 4-4-60 / \*\*\*-\*\*-3336
Address at time of Katrina:   2135 Mazant Street
                   New Orleans, Louisiana
Present address:   2032 Music St.
                   New Orleans, LA 70117

**Damian Henry /** 7-28-84 3205 Erato St.
                   New Orleans, LA
**Juan Henry**      2559 Wisteria
                   New Orleans, LA 70116

**Sherly Henry /** 1-2-58 / \*\*\*-\*\*-4574    2412 Wisteria St.
                   New Orleans, LA

**Derrick P. Herman**
**Renata Jones**
**Yasmine Herman**
Address at time of Katrina:    3630 Farimont Dr.
                New Orleans, LA 70122
Present address:   69 Moss Dr.
            LaPlace, LA 70068

**Geraldine Holland**       2627 Gladiolus St.
                New Orleans, LA 70122

**Frederick Holmes**
Address at time of Katrina:   1428 S. Maurice Ave.
                New Orleans, LA 70117
Present address:   P.O. Box 248
            Scott, LA 70583

**Gregg Holmes**       2269 N. Miro St.
                New Orleans, LA 70117

**Morgan Holmes** / 11-04-78 / ***-**-2964
Address at time of Katrina:    3927 M. L. King Jr. Blvd. #4
                New Orleans, LA 70125
Present address:   3823 Red Bluff Rd. #146
            Pasadena, TX 77053

**Loretta Donis Hood**       2506 Palmer Rd.
            Magnolia, MS 39652

**Leroy Hookfin** / 1-10-56
**Leshon Hookfin**

16

**Helenstine Hookfin**
**Sade Hookfin**
**Allyson Blount**
**Delra Blount**
Address at time of Katrina:    2343 N. Villere St.
                New Orleans, LA 70117
Present address:    13350 N. Borough Dr. #2802
                Houston, TX 77067

**Howard Howze**        1854 Miro St.
                New Orleans, LA 70153

**Shawn Howze**        2230 Frenchman St.
                New Orleans, LA 70119

**Marilyn Ann Hull** / 1-16-44 / ***-**-1626
Address at time of Katrina:    1914 Seelos Court
                Chalmette, LA 70043
Present address:    127 St. Landry Street
                Arnaudville, LA 70512

**Claudette Huntington** / 4-5-35
Address at time of Katrina:    3736 Republic St.
                New Orleans, LA 70122
Present address:    P.O. Box 741897
                New Orleans, LA 70174

**Theron Hurel**    2728 Louisiana Ave.
                New Orleans, LA 70115

**Robert Isaac** / 5-14-81
Address at time of Katrina:    506 Ninth St.
                New Orleans, LA
Present address:    5060 Oak Bay Dr. Apt. 1118
                New Orleans, LA

**Jeanne Isabelle** / 3-12-74
Address at time of Katrina:        2503 Valmont St.
                New Orleans, LA 70115

Present address:    470 Maxey Rd. #1508
       Houston, TX 77013


**Stacey Isabelle** / 1-14-76
**Marquis Isabelle**
**Kenneth Smith Jr.**
Address at time of Katrina:    1729 Short St.
       New Orleans, LA 70118
Present address:    6340 Rainpart St. #31
       Houston, TX 77081


**Ernest Joseph Jack** / 4-8-79
Address at time of Katrina:    2600 Dumaine St.
       New Orleans, LA 70119
Present address:    4250 Blount Rd. #7
       Baton Rouge, LA 70807


**Dianne Jackson** / 1-8-57 / ***-**-8600
Address at time of Katrina:    3005 Iberville St. #1A
       New Orleans, LA 70119
Present address:    6070 Linden St.
       Baton Rouge, LA 70805


**Larry Jackson** / 12-27-55 / ***-**-4511
Address at time of Katrina:    3005 Iberville St.
       New Orleans, LA 70119
Present address:    3700 E. Brookstown Dr. Apt. 84
       Baton Rouge, Louisiana 70805


**Mary Ann Jackson** / 1-31-55 / ***-**-8119
**Samuel Jackson** / 5-20-27 / ***-**-6272
**Deborah Jackson** / 8-8-27 / ***-**-2962
Address at time of Katrina:    1764 N. Broad St.
       New Orleans, LA 70119
Present address:    734 W. Grolee St.
       Opelousas, LA 70570


**Keith Jerome Sr.** / 6-16-67 / ***-**-7924

18

**Akira Jerome** / 10-19-78 / \*\*\*-\*\*-5767
**Keith Jerome Jr.** / 5-19-95
**Shardee Williams** / 2-18-00
**Kache Jerome** / 3-9-00
Address at time of Katrina:    7019 Lake Kenilworth Dr. #219
                New Orleans, LA 70126
Present address:   1700 Mustang Dr. #408
                Marble Falls, TX 78654


**Donald Johnson /** 12-11-73
Address at time of Katrina:    8400 I-10 Service Rd.
                New Orleans, LA 70126
Present address:   2201 Manhattan Blvd. U152
                Harvey, LA 70058

**Leon Johnson**131 Aldine Bender Rd. Apt. 5108
                Houston, TX 77060

**Sheila Johnson / 10-19-73**
**Anthony Simms**
**Rahime Simms**
**Rashia Simms**
**Jaled Johnson**
Address at time of Katrina:    St. Bernard Housing
Present address:   Houston, TX

**Darwin Jones /** 10-13-68
Address at time of Katrina:    9010 Bunkerhill Rd.
                New Orleans, LA 70126
Present Address:   5700 Lost Forest Dr. #1502
                Houston, TX 77092

**Devin Jones /** 3-17-83
Address at time of Katrina:    404 Palm Ave.
                Chalmette, LA 70043
Present address:   1035 Sixth Street
                Westwego, LA 70094

19

**Kiana Jones**
**Conlley Jones**
Address at time of Katrina:   2688 ½ Lavender St.
                New Orleans, LA
Present address:   2686 S. Hill
                Riverdale, GA 30296

**Perique Jones / 2-4-83**
**Kia Reese**
**Myrna Perique**
**Kiana Jones**
Address at time of Katrina:   3630 Fairmount Dr.
                New Orleans, LA 70122
Present address:   1941 Southpoint Dr. #1
                Baton Rouge, LA 70808

**Renata C. Jones**   69 Moss Drive
**Yasmine Herman**   LaPlace, LA 70068

**Virnell Jones**   9501 W. Sam Houston Pkwy.
**Carol Brown**   Houston, TX 77042

**Ann Jordan**     2631 Verbena St. Apt. A
          New Orleans, LA 70122

**Everette Joshua Jr. / 6-3-64**
**Ronald Lewis**
Address at time of Katrina:   2707 Clover St.
                New Orleans, LA 70122
Present address:   P.O. Box 8579
                New Orleans, LA 70182

**Climedean Jowes / 1-19-43**
Address at time of Katrina:   1534 St. Louise St.
                New Orleans, LA 70112
Present address:   131 Adline Bender #2304

**Carol Ann Karajulles** / March 23. 1961 / \*\*\*-\*\*-6972
Address at time of Katrina:   1723 Plaza Drive
                New Orleans, Louisiana
Present address:   P.O. Box 1014
                Arnaudville, Louisiana 70512

**Isiah Kellup** / 7-2-77
Address at time of Katrina:   5501 Tullis Dr.
                New Orleans, LA 70116
Present address:   P.O. Box 8283
                New Orleans, LA 70182

**Gloria Kelson** / 5-23-41 / \*\*\*-\*\*-0920
**Crystal Williams**
Address at time of Katrina:   984 S. Telemachus St.
                New Orleans, LA 70125
Present address:   9950 Glavin Ave.
                Baton Rouge, LA 70810          .

**LaTasha Kelly** / November 25, 1981 / \*\*\*-\*\*-5623
**Melvin R. Gilbert** / June 16, 1978 / \*\*\*-\*\*-7762
Address at time of Katrina:   6767 Cindy Pl #105
                New Orleans, Louisiana
Present address:   7100 South Gessner Drive #20
                Houston, Texas 77036

**Mary Kelly**          7022 Gessner Rd. #36
**Iman Bush**          Houston, TX 77036
**Jailyn Hayes**

**Shandra Lacoste** / 12-22-60 / \*\*\*-\*\*-7418
Philip Lacoste / 11-20-60 / \*\*\*-\*\*-9307
Address at time of Katrina:   2675 Gladiolus St.
                New Orleans, LA 70122
Present address:   1910 South Pointe Dr.
                Baton Rouge, LA 70808

**Jason Jamal Landry** 8500 Nairn Apt. 312

Houston, TX 77074

**Pasa Ray Landry** 7100 S. Gessner Rd. #32
**Pasa Ray Robar**  Houston, TX 77074
**Tyran Ray White**
**Pa'shnae Marie White**
**Jamonte Celestien**

**Tianna Leblanc**  9700 Court Glen Dr. #3205
        Houston, TX 77099

**Annabell Levy /** 5-12-29
Address at time of Katrina:   6027 Kuebel Dr.
            New Orleans, LA 70126
Present address:   407 Park Ave.
        Indianola, MS 38751

**Kendrell Lewis**

**Kerri Williams-Lewis**

**Morris Lewis Jr.**

**Morris Lewis Sr.**

**Natalie Lewis**    14335 Ella Blvd. #920
        Houston, TX 77014

**Nikia Lewis (+** two children)

**Sheena L'Herisse /** 11-12-81 / ***-**-4932
**Cortez Bass** / 7-28-03 / ***-**-0474
Address at time of Katrina:   3341 Delachaise St.
            New Orleans, LA
Present address:   112 Holmes Blvd. Apt. F2
            Terrytown, LA 70056

22

**Yolanda L'herisse**          5900 Bay Meadows Lane
**Jared L'herisse**          Arlington, TX 70160
**Jamal L'herisse**

**Kenneth M. Lobre** / June 1, 1970 / ***-**-1000
**Mary K. Smith** / April 18, 1960 / ***-**-8932
Address at time of Katrina:    3229 Pakenham Drive
                    Chalmette, Louisiana 70043
Present address:    505 E. St. Avide Street
                    Chalmette, Louisiana 70043

**Rodney Lomax Jr.**          3978 Cameo Drive
**Rhonda Lomax**          Oceanside, CA 92056
**Juanita Ario**

**Rodney Lomax Sr.**          2743 Amelia Street
                    New Orleans, LA 70015

**Jacqueline Mabece** / 1-2-60
**Thomas Mabece**
**Jolane Mabece**
Address at time of Katrina:    6995 Haberview Ln.
                    New Orleans, LA 70127
Present address:    802 Oak St.
                    Indianola, MS 38751 **Gray Mackie**

**Keaunka Manning** / 2-1-76
**Kemel Varnado**
**Krishel Williams**
**Tremel Varnada**
Address at time of Katrina:    1007 A. Gordon St.
                    New Orleans, LA 70117
Present address:    12000 Fleming #178
                    Houston, TX 77013

**Karen Martes**

23

**Shalawn Martes**      8600 Theta Street #906
**Norman Washington**     Houston, TX 77034
**Karen Martes**


**Aisha Martin**
**Michael Wills**
**Darryneisha Fields**
**Daryelle Martin**
**Darin Martin**
Address at time of Katrina:   250 Holmes Rd. #4102
                 Gretna, LA 70056
Present address:   7018 S. Gessner Rd. #84
                 Houston, TX 77074


**Crayshell Martin** / ***-**-8120
Address at time of Katrina:   1726 Letulle St.
                 New Orleans, LA
Present address:   10501 Holly Spring
                 New Orleans, LA

**Earnest Martin**      7100 S. Gessner Rd. #32
                 Houston, TX 77074

**Jacqueline Martin** / 11-25-58
Address at time of Katrina:   112 Holmes Blvd.
                 Terrytown, LA 70056
Present address:   7018 S. Gessner Dr. #64
                 Houston, TX 77036

**James Martin Sr.**    4825 Majestic Oaks
**Gaynell Martin**      New Orleans, LA 70126

**Tyran Martin**
Address at time of Katrina:   3007 Americus St.
                 New Orleans, LA 70114
Present address:   7018 S. Gessner #64

24

Houston, TX 77074

**Latoya Mason**         3605 Marigny St.
**Jon-Pierre Bush**      New Orleans, LA 70122
**Javier Bush**
**William Mason**
**Wanda Mason**
**Lawrence Rachon**


**Phyllis Matthews**     2612 Corning St.
                         Hephzibah, GA 30815




**Herman McClain**        16034 Newick Ave.
**Marilyn McClain**      Baton Rouge, LA 70866
**Prais McClain**
**Alphone McClain**
**Chavez McClain**
**Chaz McClain**
**Chevelle McClain**
**Cherelle McClain**


**Betty McKenzie** / 8-22-58 / ***-**-1105
**Emory McKenzie** / 6-22-54 / ***-**-5765
**Schrrell McKenzie** / 12-2-81 / ***-**-8754
**Alric Ackerson** / 7-27-05
Address at time of Katrina:    8931 Gervais St.
                New Orleans, LA 70127
Present address:    802 Oak St.
                Indianola, MS 38751


**Darnell McLaurin**      150 Woodway Dr.
                Houma, LA 70363

25

**Joe McLaurin** / 11-17-60
Address at time of Katrina:    3007 Americus
                New Orleans, LA 70114
Present address:   7100 S. Gessner
                Houston, TX 77036

**Teshina McLaurin**

**Aaron Mills**               2638 Lavender St.
                New Orleans, LA 70122

**Helena Minnifield**          P.O. Box 509
**Trenill Williams**          Osyka, MS 39657


**Patricia Mitchell**          10534 Beechnut St. Apt. 205
**Kentrell Diaz**             Houston, TX 77072

**Frank Mitchell Sr.** / 9-13-42 / ***-**-2884
**Lucinda Mitchell** / 12-16-43 / ***-**-1000
Address at time of Katrina:    2730 Dumaine St.
                New Orleans, LA 70119
Present address:   2455 Wisteria St.
                New Orleans, LA 70122
**Sherry Mitchell**           4413 Crowder Blvd.
**Willie Carter**            New Orleans, LA 70127

**Roberto Molina** / 7-8-51
**Cheryl Molina** / 10-29-55
**Laila Sercovich**
**Trinity Sercovich**
**Julia Flores**
**Estella Molina**
Address at time of Katrina:    404 E. Solidelle St.
                Chalmette, LA 70443
Present address:   60319 S. Mill Rd.
                Lacombe, LA 70445

**Christina Moores** / March 26, 1962 / ***-**-0613

Address at time of Katrina:    301 South Galves Street
                                New Orleans, Louisiana
Present address:    16714 Laurelwood Drive
                                Channelview, Texas 77530

**Glenda Murray**        Dayton, Ohio

**Deanna Myles** / 10-20-82
**Chaz Wheat**
**Jabez Myles**
Address at time of Katrina:    2426 Frenchmen
                                New Orleans, LA 70119

**Don Myles** / 7-31-84
Address at time of Katrina:    3419 ½ S. Liberty St.
                                New Orleans, LA 70115
Present address:    3423 Red Bluff
                                Pasadena, TX 77503

**Donielle Myles** / 7-31-84 / ***-**-0554
Address at time of Katrina:    2133 Louisiana Ave.
                                New Orleans, LA 70115
Present address:    1601 Garth Rd.
                                Baytown, TX 77520

**Edward Myles Jr.**
**Yolanda Augusta Myles** / 10-27-55
Address at time of Katrina:    3419 ½ South Liberty St.
                                New Orleans, LA
Present address:    1601 Garth Rd. Apt. 3412

**Frederick Myles** / 7-15-50 / ***-**-0431
Address at time of Katrina:    7033 Bunker Hill
                                New Orleans, LA 70127
Present address:    7018 S. Gessner #80
                                Houston, TX 77036

27

**Jerome Myles** / 5-25-58 / \*\*\*-\*\*-9978
**Valya Gilbert Myles**
Address at time of Katrina:    7033 Bunker Hill
                    New Orleans, LA 70127
Present address:    7100 S. Gessner #19
                    Houston, TX 77036


**Jerome Myles Jr.** / 8-6-85
Address at time of Katrina:    733 Valence
                    New Orleans, LA 70115
Present address:    2426 ½ Frenchmen
                    New Orleans, LA 70119


**Jerry Myles** / 5-27-59 / \*\*\*-\*\*-4748      10300 Wilcrest Dr.
                    Houston, TX 77099


**Keisha Myles**      2732 Loyola Ave.
                    New Orleans, LA 70113


**Keishon Myles** / 3-3-80
**Brandi Trepangnier**
Address at time of Katrina:    901 Foucher #4
                    New Orleans, LA 70115
Present address:    12221 Fleming Dr.
                    Houston, TX 77013


**Qiana Myles** / 5-20-80 / \*\*\*-\*\*-0051
**Darlene Woodrin**
Address at time of Katrina:    2426 ½ Frenchmen St.
                    New Orleans, LA 70119
Present address:    19246 Cypress River Dr.
                    Katy, TX 77449


**Sonita Myles**      2426 Frenchman St.
                    New Orleans, LA 70119

28

**Cassandra Norman** / 1-10-52
Address at time of Katrina:    7590 Avon Park Blvd.
                    New Orleans, LA 70126
Present address:   1405 E. Hines St. Apt. E43
                    Republic, MI 65738

**Ariahn Norton**    3014 Touro St.
**Farrell J. Norton**  New Orleans, LA 70122

**Mike Orillion Jr.**     305 Reese Place
**Mike Orillion III**      Chalmette, LA 70043

**Annie Otis** / 8-10-53 / ***-**-6655
**Renata Otis** / 12-22-79 / ***-**-7706
Address at time of Katrina:    1625 N. Roman St.
                    New Orleans, LA 70116
Present address:   29711 Legends Green Dr.
                    Spring, TX 77386

**Yolanda Otis** / 2-24-87 / ***-**-8113
Address at time of Katrina:        24101 Curran Blvd. Apt. 114
                    New Orleans, LA
Present address:   505 Eraste Landry Rd. Apt. 207
                    Lafayette, LA 70506

**Rayshika Overstreet** 10500 Valley Forge Dr. #228
                    Houston, TX 77042

**Kenneth Parker**

**Lamar Parker**        6425 Westhiemer Dr. #2118
                    Houston, TX 77057

**Quintin Pate**         10555 Spice Ln.
                    Houston, TX 77072

**Theodore B. Patterson Jr.**        220 Cherokee St.
                    New Orleans, LA 70118

**Junius Pazon**      636 Terrebonne St.
Dianne Pazon      Marrero, Louisiana 70072

**Edward Perez**      2801 Decomine Dr.
**Elsa Perez**      Chalmette, LA 70043
**Edward Perez Jr.**
**Christy Perez**
**Chris Perez**

**Joseph Perique**      620 Bounty St.
                New Orleans, LA 70114

**Keith N. Perique Sr.** / January 10, 1963 / ***-**-6263
**Nachaya C. Perique** / October 6, 1980 / ***-**-7644
**Pierre D. Perique** / August 2, 2002 / ***-**-2951
Address at time of Katrina:    3925 Franklin Ave.
                New Orleans, Louisiana 70122
Present address:   4500 West Northgate Dr. Apt 39
            Irving, Texas 75062

**Miriam Perique**      2686 South Hills
**Ronela Shiloh**      Riverdale, GA 30296
**Margret Cook**
**Myrna Shiloh**

**Darrin Perrymon**      2065 Carver Drive
**Rondel Myles**      Marrero, LA 70072
**Marco Veal**
**Kevin Veal**
**Darrin Perrymon Jr.**
**Radonald Veal**
**Daranisha Veal**
**Darian Perrymon**
**Reahna Veal**
**Felicia Myles**

**Elbert Peterson**

**Sharmaine Pettway** / 5-15-72

**Correy Hall**
**Marshall Pettway Sr.**
**Matthew Pettway**
**Caira Pettway**
Address at time of Katrina:    4907 Dodt Ave.
                        New Orleans, LA 70126
Present address:    319 Raintree dr.
                    Sunnydale, TX 75182

**Zelda Pierce** / 6-8-73 / ***-**-2226
**Robert Pierce**
**Avante Pierce**
Address at time of Katrina:    3722 Baudin St.
                        New Orleans, LA 70119
Present address:    12261 Fondren Rd. #1408
                    Houston, TX 77035

**Stephanie Pierre**
**Melond Pierre**
Address at time of Katrina:    2680 Lavender St.
                        New Orleans, LA 70126
Present address:    3265 Woodglynn Drive
                    Baton Rouge, LA 70814

**Shondrica Porte** / 4-12-76 / ***-**-8480
**Travis Steele**
**Desmond Steele**
**Detrel Porte**
**Cornell Thomas**
Address at time of Katrina:    2729 Palmyra St.
                        New Orleans, LA 70119

Present address:    7018 S. Gessner Rd #76
              Houston, TX 77004

**Iola Press** / 2-5-75
**Tommie Ashley**
**Erin Bienemy**
**Quincy Kelly**
Address at time of Katrina:    2029 Charbonnett
                New Orleans, LA 70117
Present address:    10950 Briar Forest Dr. #1723
              Houston, TX 77042

**Reynard Press**    P.O. Box 2446
              Baton Rouge, LA 70821

**Renee Press**
**Joseph Thomas Jr.**
**Chris Anthony Jr.**
**Leflore James Press**
Address at time of Katrina:    5333 N. Rampart St.
                New Orleans, LA
Present address:    2434 Wisteria Ln.
              New Orleans, LA 70122

**Taasheana Quinn** / 9-24-81 / ***-**-4242
Address at time of Katrina:    6826 Seagull Ln. #D
                New Orleans, LA 70126
Present Address:   12615 Brookglade Cr. Apt. 615
**Rashad Nixon**              Houston, TX 77099

**Littie Raymond** / 1-20-68
**Evan Raymond**
**Lawrence Raymond**

32

Address at time of Katrina:    2724 Verbena St.
                New Orleans, LA 70122
Present address:   1419 Oxford St.
                Shreveport, LA 71103

**John Melvin Reed Jr.** / 2-14-60 / \*\*\*-\*\*-0317
Address at time of Katrina:    2640 Clover St.
                New Orleans, LA 70122
Present Address:  2335 Willowglen Dr.
                Beaumont, TX 77707

**Lillie Mae Reed**  8600 Theta St. #2701
**Ronchell Witson**  Houston, TX 77034

**Myrtle Reed** / October 2, 1940 / \*\*\*-\*\*-5412
**Brian Reed**
Address at time of Katrina:    2622 Soniat Street
                New Orleans, Louisiana 70115
Present Address:   4745 Folsom Drive
                Beaumont, Texas 77706

**Leta Regis** / \*\*\*-\*\*-2536
Address at time of Katrina:    2254 Urquhart St
                New Orleans, LA 70117
Present address:   716 W. Merrill St. #2
                Opelousas, LA 70570

**Sybil Rhea**
**Kevinika Legier**
**Kevin Legier**
**Johnisha Legier**
**Keykiya Rhea**
Address at time of Katrina:        6069 Warrington Dr.
                    New Orleans, LA 70122
Present address:   5150 Baccich St.
                New Orleans, LA 70122

**Rene Ricard** / 3-8-85 / \*\*\*-\*\*-3108
Address at time of Katrina:    4820 Miles Dr.

New Orleans, LA 70122
Present address:   10027 Spice Ln. #1901
         Houston, TX 77072


**Beatrice Robertson** / 1-6-52
Address at time of Katrina:   4664 Haydel St.
         New Orleans, LA 70126
Present address:   5700 Lost Forest Dr. #1604
         Houston, TX 77052


**Clera Robertson** / 7-26-88 / ***-**-5518
**Kemyna Robertson**
**Kemichael Robertson**
Address at time of Katrina:   7033 Bunker Hill Rd
         New Orleans, LA 70127
Present address:   6235 Longleaf Dr. #2618
         Houston, TX 77088


**Jack Robertson** / 1-27-52
**Jerelyn Robertson** / 6-6-72
Address at time of Katrina:   7646 Lady Grey st.
         New Orleans, LA 70127
Present address:   4720 N. 15th Ave. #4
         Pheonix, AZ85015
**Jackie Robertson**
**Maya Robertson**
Address at time of Katrina:   1804 Orleans Ave.
         New Orleans, LA 70119


**Patrice Robertson** / 11-10-68
**Jack Robertson**
**Markeyah Robertson**
**Ajah Robertson**
Address at time of Katrina:   9010 Bunker Hill Rd.
         New Orleans, LA 70126
Present address:   5700 Lost Forest Dr. #1502
         Houston, TX 77092


**Paula Robertson** / 4-12-54 / ***-**-4016

34

Address at time of Katrina:    1215 Josephine St. #3
                 New Orleans, LA 70130
Present address:   639 Azalea Rd. #31
            Mobile, AL 36609


**Ronald Robertson**        2600 Chippewa St.
                 New Orleans, LA 70130
**Ronald Robertson Sr.**    7160 S. Gessner Dr. #16
            Houston, TX 77036


**Lawrence Rochon /** 11-24-28
**William Mason**        3605 Marigny St.
**Wanda Mason**            New Orleans, LA 70122
**Latoya Mason**
**Jon Piere Bush**
**Javier Bush**


**Cynthia Rodriguez /** 9-25-73 / ***-**-4791
Address at time of Katrina:    1622 St. Roch Ave.
                 New Orleans, LA
Present address:   10300 S. Wilcrest Dr. Apt 1908
                 New Orleans, LA


**Kim Rodrigues /** 6-8-82
**Joshua Brow Jr. /** 12-1-99
**Ja'Keem Rodrigues /** 3-20-01
**Devin Jones Jr. /** 9-2-04


**June Marie Roth** / 10-14-66 / ***-**-8512
**Gavin M. Roth** / 1-14-71 / ***-**-7063
**Cyril Denzal Lemon** / 1-8-93 / ***-**-6013
Address at time of Katrina:    5131 Bundy Rd. -Apt. V21
                 New Orleans, LA 70127
Present address:   1700 Mustang Dr. -Apt. 304
            Marble Falls, TX 78654

**Jason Sam** / 4-4-74 / \*\*\*-\*\*-2811
**Ersie Crowden** / 3-7-50 / \*\*\*-\*\*-8847
**Ali Crowden** / 5-5-81 / \*\*\*-\*\*-8583
**Charles Milburn** / 5-17-69 / \*\*\*-\*\*-3062
**Jerry Sam** / 6-18-68 / \*\*\*-\*\*-7202
**Terrance Crowden** / 12-15-76 / \*\*\*-\*\*-9199
**Joseph Nelson**
**William Sam**
Address at time of Katrina:    6105 Bienvenue St.
               New Orleans, LA 70117
Present address:    731 Emmett St.
          Opelousas, LA 70570

**Williams Sam** / 8-20-44 / \*\*\*-\*\*-4535
**Williams Sam Jr.**
Address at time of Katrina:    210 Southern Place Apt. 102
Present address:    422 Perry Lane #405
          Opelousas, LA 70570

**Francilyn Sandifer** / 1-15-62
**Ahkeen Sandifer**
**Keenya Sandifer**
Address at time of Katrina:    250 Holmes Blvd. #4102
               New Orleans, LA
Present address:    7018 Gessner Dr. #62
          Houston, TX 77036

**Kertrina Sandifer**    7018 S. Gessner Dr.
          Houston, TX 77036

**Denise Seagnow** / 7-17-81 / \*\*\*-\*\*-0127
Address at time of Katrina:    2321 Franklin Ave.
               New Orleans, LA 70117
Present address:    7100 S. Gessner #26
          Houston, TX 77074

**Evola Shiloh** / 11-23-76 / \*\*\*-\*\*-2248
**Carl Foster III**

36

**Carliss Foster**
**Eldrick Shiloh**
**Semay Shiloh**
Address at time of Katrina:   2639 Almonaster Ave.
              New Orleans, LA
Present address:   7100 S. Gessner Rd. #32
        Houston, TX 77036

**Jermaine Shiloh**
**Jermaine Bernard**
Address at time of Katrina:   3655 Lavender St.
              New Orleans, LA 70122
Present Address:  P.O. Box 52473
        New Orleans, LA 70152

**Myrna Shiloh / 11-2-59**
Address at time of Katrina:   3630 Fairmont Dr.
              New Orleans, LA 70122
Present address:   10856 W. Fullen Place
        Baton Rouge, LA 70816

**Verisha Sices**      1832 Hill St.
        Alexandria, LA 71301

**Edward Simms**    Houston TX (South)

**Reynard Simon**   2434 Wisteria St.
**Joann Simon**      New Orleans, LA
**Amariyona Hall**

**Ramelli Slack / 3-15-81**
Address at time of Katrina:   2029 Charbonnet St.
              New Orleans, LA 70117
Present address:   816 Joeyenni Blvd. Apt. 8
        Kenner, LA 70065

**Roxanne Slack**    10950 Briar Forest Dr. Apt. 1723
**Travon Smith**     Houston, TX 77042

37

**Jasper Lee Smith** / 6-31-51

**Kenneth Smith**    802 South 9th St.
           Mayfield, KY 40266

**Mary Kabel Smith** / 4-18-60
**Kenneth Lobre**
Address at time of Katrina:    3229 Pakenham Drive
                Chalmette, LA 70043
Present address:   505 E. St. Avide St.
             Chalmette, LA 70043

**Troy Smith**        2230 Reynes St.
            New Orleans, LA 70117

**Travon Smith**      10950 Briar Forest Dr. Apt. 1723
             Houston, TX 77042

**Wayne Smith**
Address at time of Katrina:    1910 Seelos St.
                Chalmette, LA 70043
Present address:   73389 Birdie St.
             Abita Springs, LA 70420

**Yniska Lemon Smith**      1700 Mustang Dr. Apt. 1106
**Corey Smith**           Marble Falls, TX 78654

**Chanda Stegall** / 1-10-78
**Bralon Stegall**
**Brandon Stegall**
**Bryce Stegall**
Address at time of Katrina:    4907 Dodt Ave.
                New Orleans, LA 70126
Present address:   2103 S. Moor Dr.
             Carrollton, TX 75006

**Neil Sterling**       6110 Fairdale Lane
            Houston, TX 77507

**Brittani Stewart / 7-21-86**
Address at time of Katrina:    8200 Palmetto St.
                    New Orleans, LA
Present address:    1001 County Rd. 4320
                    New Orleans, LA


**Bernard Sutton Jr.**        10555 Spice Ln. #1408
**Raniolada Slack**      Houston, TX 77072
**Michael Conerly**
Address at time of Katrina:    5333 N. Rampart St.
                    New Orleans, LA 70117
Present address:    10555 Spice Ln. #1408
                    Houston, TX 77072


**Bernard Sutton Sr.**


**Terri Sutton / 1-26-61**
**Randy Bemisi**
**Kristin Sutton**
**Erin Sutton**
Address at time of Katrina:    2649 Verbena St.
                    New Orleans, LA 70122
Present address:    8117 Jewella Ave.
                    Shreveport, LA 71108


**Ross Swinney / 4-5-35 / ***-**-5970**
**Pamela Swinney**
Address at time of Katrina:    2217 S. Liberty St.
                    New Orleans, LA 70113
Present address:    8935 S. Gessner Road
                    Houston, TX 77074


**Phileshun Sylvan**
**Eric Sylvan**
Address at time of Katrina:    3609 Henican Pl.
                    Metairie, LA 70003
Present address:    3177 Primwood Dr.
                    Harvey, LA 70058

**Cina Taylor**        11201 Veterans Memorial Dr. #112
                Houston, TX 77067


**Demetrice Robertson Thomas**   5700 Thousand Oaks Circle #1206
**Ivy Thomas**              Belle Chase, LA 70037

**Deidra Taylor** / 9-8-59 / ***-**-9508
Address at time of Katrina:   609 Willowbrook Dr.
                Gretna, LA 70056
Present address:   7220 S. Gessner Road
                Houston, TX 77074

**Drew Taylor** / 8-21-77 / ***-**-2704
753 Carrollwood Village #201
Gretna, LA 70056

**James Taylor**        11201 Veterans Memorial Drive #112
**Cina Taylor**          Houston, TX 78654
**James Thomas**        7135 England Street
                Houston, TX 77021

**James Thomas Jr.**
Address at time of Katrina:        2521 ½ Eagle St.
                New Orleans, LA 70118
Present address:   10522 Beechnut St. #303
                Houston, TX 77072

**Ron Thompson** / 6-16-69 / ***-**-1412
Address at time of Katrina:   2122 Seventh St.
                New Orleans, LA 70115

**Tommy Thompson** / 6-19-62 / ***-**-9323

**Brandon Trepagnier** / 12-14-78 / ***-**-7347
Address at time of Katrina:   901 Foucher St #4
                New Orleans, LA
Present address:   12221 Fleming Dr. #1202
                Houston, TX 77013

40

**Breian Trepagnier**       115 N. Jefferson Pkwy.
        New Orleans, LA 70119

**Wanda Trepagnier /** 11-6-54
Address at time of Katrina:    8200 Palmetto St.
        New Orleans, LA
Present address:    1001 County Rd. 4320
        New Orleans, LA

**Justine Tweedale /** 6-27-43 / ***-**-4823
Address at time of Katrina:       2718 Verbena St.
        New Orleans, LA 70122
Present address:    same

**Deva Varnado**
**Terriniesha Varnado**
**Derrick Varnado**
**Artaija Varnado**
Address at time of Katrina:    2912 Ashley Dr.
        Violet, LA 70922
Present address:    P.O. Box 2446
        Baton Rouge, LA 70821

**Sheila Varnado**    4300 Sullen Pl. #5B
**Chelaes Biemieny**     New Orleans, LA 70131

**Charlene Vernon**     8304 S. Course Dr. Apt. 816
        Houston, TX 77072

**Geraldine Vernon**

**Karen Vernon** / 11-15-78
**George Martin**
Address at time of Katrina:    2827 Orleans Ave.
        New Orleans, LA 70119
Present address:    8304 S. Course Dr. #816
        Houston, TX 77072

**Vernon Ward**     2541 Valence St.

41

New Orleans, LA 70115

**Mable Veal Washington** 3132 Orleans Ave.
**Carol Brown**          New Orleans, Louisiana 70119

**Norman Washington** / 9-22-53 / \*\*\*-\*\*-0634
Address at time of Katrina:      2512 Robert St.
                    New Orleans, LA 70115
Present address:   8600 Theta Street
           Houston, TX 77034

**Argentina Weddington** / 8-28-82
**Britan Weddington**
Address at time of Katrina:   3802 Duplesis St.
                    New Orleans, LA 70122
Present address:   9407 Westheimer Rd.
           Houston, TX 77063

**Marie Weddington**        9407 Westheimer Rd. #A207
           Houston, TX 77063

**Cleo Wells** / 12-22-56
**Lucian Wells**
**Joshua Jackson**
Address at time of Katrina:   636 N. Miro St. #0
                    New Orleans, LA 70119
Present address:   10550 Valley Forge Dr. #143L
           Houston, TX 77042

**Eronie White** / 2-14-50 / \*\*\*-\*\*-3364
**Herschel Anthony White** / 2-24-89 / \*\*\*-\*\*-6706
Address at time of Katrina:   2325 Touro St.
                    New Orleans, LA
Present address:   1700 Mustang Dr. #803
           Marble Falls, TX 78654

**Claudia White** / 11-17-61 / \*\*\*-\*\*-5252
**Stanley White Jr.**
Address at time of Katrina:   5120 N. Derbigny

New Orleans, LA 70117
Present address:    7100 S. Gessner #18
Houston, TX 77074

**Cassnessa Williams**
**Cassidy Williams**
Address at time of Katrina:    1221 Harrison Ave.
New Orleans, LA 70122
Present address:   6201 Riverside Drive Apt. 33D
Metairie, LA 70003

**Charlie Williams / 8-8-61**
Address at time of Katrina:    2704 Lavender St.
New Orleans, LA 70122
Present address:    P.O. Box 52473
New Orleans, LA 70152

**Crystal Williams**

**Deborah Williams**

**Deidre Denise Williams**  2842 Fayette St. #B
Kenner, LA 70062

**Donald Williams Jr.**

**Donald Williams Sr.**

**Eunice Williams**

**Kahlil Williams**

**Kayja Williams**

**Kendrick Williams**

**Kendrick Williams Jr.**

**Kennedi Williams**

43

**Kerrion Williams**

**Ronald Williams** / 8-12-54
**Mary Williams** / 6-24-54
Address at time of Katrina:    1221 Harrison Ave.
              New Orleans, LA 70122
Present address:   2175 North Highway 360 Apt. 828
          Grand Prairie, TX 75050

**Trinell Williams**

**Tyrone Williams Jr.**      1422 W. Grolee St.
**Tyrone Williams Sr.**      Opelousas, LA 70570

**Violet Williams** / 10-25-51
**Deneshia Bastian** / 3-26-79
Address at time of Katrina:    14763 Chef Hwy. Unit 13 Apt.m 132
              New Orleans, LA 70129
Present address:   13030 N. Borough Dr. #910
          Houston, TX 77067

**Wayntrell Williams**

**Wilcus Williams**

**Brandon Woodrin**      6101 Tullis Dr. #190H
              New Orleans, LA 70131

**Darlene Woodrin** / 8-24-45
**Joseph Woodrin**
Address at time of Katrina:    10500 Haynes Blvd.
              New Orleans, LA 70127
Present address:   19246 Cypress River Dr.
          New Orleans, LA

**Stacy Woodrin** / 10-19-68 / ***-**-3868
Address at time of Katrina:    10500 Haynes Blvd.
              New Orleans, LA 70127
Present address:   19246 Cypress River Dr.

44

Katy, TX 77449

**Michael C. Woods** / December 19, 1960 / \*\*\*-\*\*-7998
**Jacqueline Woods** / January 28, 1965 / \*\*\*-\*\*-9184
**Kristen G. Woods** / July 6, 1987 / \*\*\*-\*\*-5133
**Michelle J. Woods** / September 21, 1990 / \*\*\*-\*\*-6303
Address at time of Katrina:   4509 Chef Menteur
                New Orleans, LA 70122
Present address:   845 Fairfax Drive
                Terrytown, Louisiana 70056


**\*\*Desedria Yates** / 8-5-76 / \*\*\*-\*\*-2440
**Flemings Broglin** / 12-21-63 / \*\*\*-\*\*-2440
**A'Kilah Ponder** / \*\*\*-\*\*-0791
**Ariel Ponder** / \*\*\*-\*\*-5897
**Anissa Yates** / \*\*\*-\*\*-0844
**Aniya Broglin** / \*\*\*-\*\*-2516
Address at time of Katrina:   405 Palm Avenue
Present address:   637 S. Lombard St.


**Mattie Gardner-Young** / December 13, 1931 / \*\*\*-\*\*-2875
**Elbert Peterson** / December 30, 1951 / \*\*\*-\*\*-8643
Address at time of Katrina:   4682 Evangeline Drive
                New Orleans, Louisiana 70127
Present address:   208 French Road
                Indianola, Mississippi 38751

**WHEREFORE COMPLAINANT PRAYS** that a rule issue herein directed to the interested parties in these proceedings to show cause why this amended and supplemental petition should not be incorporated into mover's complaint.

> **Respectfully Submitted By:**
> **THE LAW OFFICES OF**
> **MARION OVERTON WHITE**
> **511 East Landry Street**
> **Opelousas, Louisiana 70570**
> **Telephone: (337) 948-8296**
>
> **By: /s/ Marion Overton White**
>     **Marion Overton White**
>     **Louisiana Bar: 13428**