UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 |
| | * | |
| FILED IN : 06-5032 | * | SECTION "K" |
| | * | |
| NATHANIEL JOSEPH | * | JUDGE DUVAL |
| VERSUS | * | |
| S.&W.B. | * | MAG. WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

**CONSIDERING** the amended and supplemental complaint:

**IT IS ORDERED** that objecting parties show cause on the 11th day of November, 2009, at 9:30 A.M., why the amendment of movers should not be incorporated in complainant's complaint.

**SIGNED** at New Orleans, Louisiana, on this _____ day of _____, 2009.

_____
U.S. DISTRICT JUDGE

Respectfully Submitted By:
THE LAW OFFICES OF
MARION OVERTON WHITE
511 East Landry Street
Opelousas, Louisiana 70570

Telephone: (337) 948-8296

By: /s/ Marion Overton White
    Marion Overton White
    Louisiana Bar: 13428