UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 |
| | * | |
| FILED IN : 06-5032 | * | SECTION "K" |
| | * | |
| NATHANIEL JOSEPH | * | JUDGE DUVAL |
| VERSUS | * | |
| S.&W.B. | * | MAG. WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

This will notify you that a hearing on the motion and incorporated memorandum to add plaintiffs to complaint is set for the 11th day of November, 2009, at 9:30 A.M. before the honorable Judge Duval in New Orleans, Louisiana.

Respectfully Submitted By:
THE LAW OFFICES OF
MARION OVERTON WHITE
511 East Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 948-8296

By: /s/ Marion Overton White
Marion Overton White
Louisiana Bar: 13428