UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO: 05-4182 |
| FILED IN : 06-5032 | * <br> * | SECTION "K" |
| NATHANIEL JOSEPH<br>VERSUS<br>S.&W.B. | * <br> * <br> * <br> * | JUDGE DUVAL <br><br> MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO AMEND COMPLAINT

Now into court comes Nathaniel Joseph, the named plaintiff in the above styled and numbered cause, who files this motion to name as co-plaintiffs the persons included in the amended complaint:

**WHEREFORE COMPLAINANT PRAYS** that a rule issue herein, directed to the opposing parties in these proceedings, to show cause why this amended and supplemental complaint should not be incorporated into mover's complaint.

Respectfully Submitted By:
LAW OFFICE OF MARION OVERTON WHITE
511 East Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 948-8296
By: /s/ Marion Overton White
        Louisiana Bar: 13428