UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 |
| | * | |
| FILED IN : 06-5032 | * | SECTION "K" |
| | * | |
| NATHANIEL JOSEPH | * | JUDGE DUVAL |
| VERSUS | * | |
| S.&W.B. | * | MAG. WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT

At the time this suit was filed, most of the complainants set forth in the amended complaint were not living in New Orleans or even in the eastern district of the United States District Court. Since the Katrina disaster, many of the persons named herein, either returned to the New Orleans area or contacted the author of this motion to be joined in as party plaintiffs in these proceedings. After conferring with them, it became rather obvious that their complaints were similar to the complaint of the plaintiff in this lawsuit, **NATHANIEL JOSEPH.** Consequently, the names of the plaintiffs should be added as co-complainants and given the right to their fair share of the proceeds from the settlement of this case.

Respectfully Submitted By:
**LAW OFFICE OF MARION OVERTON WHITE**
511 East Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 948-8296
By: /s/ Marion Overton White
      **Louisiana Bar: 13428**