UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 |
| FILED IN : 06-5032 | * * | SECTION "K" |
| NATHANIEL JOSEPH<br>VERSUS<br>S.&W.B. | * * * * | JUDGE DUVAL<br><br>MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

**CONSIDERING** the amended and supplemental complaint:

**IT IS ORDERED** that objecting parties show cause on the 11th day of November, 2009, at 11:00 A.M., why the amendment of movers should not be incorporated in complainant's complaint.

**SIGNED** at New Orleans, Louisiana, on this _____ day of _____, 2009.

_____
**U.S. DISTRICT JUDGE**

Respectfully Submitted By:
THE LAW OFFICES OF
MARION OVERTON WHITE
511 East Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 948-8296

By: <u>/s/ Marion Overton White</u>
    Marion Overton White
    Louisiana Bar: 13428