UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO: 05-4182 |
| FILED IN : 06-5032 | * * | SECTION "K" |
| NATHANIEL JOSEPH<br>VERSUS<br>S.&W.B. | * * * * | JUDGE DUVAL<br><br>MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

This will notify you that a hearing on the motion to amend complaint is set for the 11th day of November, 2009, at 11:00 A.M. before the honorable Magistrate Judge Wilkinson in New Orleans, Louisiana.

> Respectfully Submitted By:
> THE LAW OFFICES OF
> MARION OVERTON WHITE
> 511 East Landry Street
> Opelousas, Louisiana 70570
> Telephone: (337) 948-8296
>
> By: /s/ Marion Overton White
> Marion Overton White
> Louisiana Bar: 13428