UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Katrina Canal Breaches Litigation                Civil Action No. 05-4182

Pertains to                                              Section K
**Barge**
06-3313, 06-5342

## ORDER

The docket sheet in the above captioned case lists Richard Joseph Guidry as lead counsel of record for a number of plaintiffs and claimants in the designated member cases. However, the records of the Clerk reflect that this attorney is not a member of the bar of this court in good standing.

Accordingly, **IT IS ORDERED** that the name of Richard Joseph Guidry be removed from the docket sheet as counsel of record. Once admitted or otherwise in good standing as a member of the bar of this court, this attorney may file a motion to be recognized as counsel of record and to be listed on the case docket sheet and otherwise participate in the case.

Other counsel of record shall promptly file a designation of new lead counsel.

New Orleans, Louisiana this _____ day of October, 2009.

_____
DISTRICT JUDGE