UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| FILED IN: | 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, -5-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11028, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, and 07-1289. | |

### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF THE

### LEVEE PSLC'S MOTION FOR LEAVE TO FILE REPLY BRIEF

**NOW INTO COURT**, through undersigned counsel, comes the comes the LEVEE PSLC, which moves for leave to file its Reply Brief to the Sewerage & Water Board's Opposition to the Motion to Dismiss without Prejudice.

The points addressed in the LEVEE PSLC's Reply Brief are essential for the Court's

consideration relative to the Motion to Dismiss Without Prejudice, in particular misleading and unfounded arguments set forth for the first time in the defendant's Opposition.

WHEREFORE, the LEVEE PSLC prays for an Order by the Court granting leave to file the attached Reply Brief.

Respectfully submitted,
 /s/ Joseph M. Bruno
Joseph M. Bruno (La. Bar# 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Plaintiffs' Liaison Counsel

Gerald E. Meunier (La. Bar# 9471)
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Liaison Counsel, Levee Plaintiffs' Sub-Group Litigation Committee

Darlene M. Jacobs (La. Bar # 7208)
Jacobs, Sarrat & Lovelace
823 St. Louis Street, New Orleans, LA 70112
Levee Plaintiffs' Sub-Group Litigation Committee

Richard M. Martin, Jr. (La. Bar #8998)
Law Office of Richard M. Martin, Jr., L.L.C.
20 Versailles Boulevard
New Orleans, LA 70125-4114
Telephone: (504) 861-8476
Levee Plaintiffs' Sub-Group Litigation

**CERTIFICATE OF SERVICE**

      I certify that on October 27, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I further certify that there are no non-CM/ECF participants that would require a first-class mailing to of the foregoing document and notice of electronic filing.

                                                         */s/* Joseph M. Bruno