UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: INSURANCE | * | MAG. WILKINSON |
| (Mass Joinder Cases) | * | |
| <u>Abadie I</u>     06-5164 | * | |
| <u>Abadie II</u>    07-5112 | * | |
| <u>Allen</u>        07-5111 | * | |

## ORDER

**CONSIDERING THE FOREGOING**, it is **ORDERED** that Plaintiffs' Motion to Extend Dismissal Order be and hereby is **GRANTED**. The Court hereby extends its February 4, 2009 Dismissal Order (Rec. Doc. 70, Case No. 07-5112) and subsequent May 1, 2009 (Rec Doc. 18746, Case No. 05-4182) and August 3, 2009 (Rec. Doc. 19189, Case No. 05-4182) for an additional ninety (90) days to allow the parties to continue consummating final resolution of these matters.

New Orleans, Louisiana, this _____ day of November, 2009.

**UNITED STATES DISTRICT COURT JUDGE**