| First | Last | Company |
|---|---|---|
| John | Aaron | LA Citizens |
| Naueedunnisa (navid) | Ahmed | Lexington |
| Paul | Alexander | Allstate |
| Rosetta | Allen | Lafayette/United Fire |
| James | Amerson | Lafayette/United Fire |
| Mattie | Andrews | State Farm |
| Mark | Andry | Lexington |
| Louise | Armstrong | Lafayette/United Fire |
| Patrice | August-Louper | Fidelity |
| Syed | Baber | State Farm |
| Albert | Barard | LA Citizens |
| Albert | Barns | Allstate |
| Cathleen | Baudy | Lafayette/United Fire |
| Ira | Bennet | LA Citizens |
| Clarence | Berzat | State Farm |
| Edna | Bethancourt-Harris | LA Citizens |
| Henry | Blount | Lafayette/United Fire |
| Rose | BoGuille | Allstate |
| Terrance | Boyd | LA Citizens |
| Wilhelmina | Briggs | Lafayette/United Fire |
| Betty | Brock | Liberty Mutual |
| Orbadella | Browder | Allstate |
| Claudia | Brown | Allstate |
| Shranda | Brown | LA Citizens |
| Leola | Brown | LA Citizens |
| Louis | Brown | Lafayette/United Fire |
| Mildred | Brown | Lafayette/United Fire |
| Valerie | Brown | St Paul/Travelers |
| Robert | Bruno | Maryland Casualty |
| Bruce | Burley | LA Citizens |
| Linda | Butler | LA Citizens |
| Ruth | Butler | St Paul/Travelers |
| Rosa | Bynum | Allstate |
| Rita | Caldwell | Allstate |
| Phyllis | Campo | State Farm |
| Milton | Carr | Allstate |
| Shirley | Castigliola | Encompass |
| Chantrell | Causey | Lexington |
| Brenda | Chambers | LA Citizens |
| Valerie | Chriss | LA Citizens |
| Helen | Christoff | Lafayette/United Fire |
| Sheila | Cobbs | American Family |
| Catrice | Collins-Washington | American Family |
| Victor | Colombo | Lafayette/United Fire |
| Laurie | Coniglio | St Paul/Travelers |
| Deborah | Coulon | St Paul/Travelers |
| Rita | Coupel | Allstate |
| Perry | Courseault | Allstate |
| Charles | Curtis | Lafayette/United Fire |
| Alice | Dabney | Allstate |
| Della | Daniels | St Paul/Travelers |



EXHIBIT A

| | | |
|---|---|---|
| Johnnie | Davenport | LA Citizens |
| Hazel | Davis | Allstate |
| Earline | Davis | Allstate |
| Kim | Davis | Lafayette/United Fire |
| John | Davis | Lafayette/United Fire |
| Sylena | Davis | Lexington |
| Dollie | Davis | Liberty Mutual |
| Johnny | DeClouet | LA Citizens |
| Linda | DeCuir | Allstate |
| Earl | Dejan | LA Citizens |
| Florence | Delaney | Republic |
| Viola | Demouchet | Allstate |
| John | Dexter | Allstate |
| Willard | Dickinson | Hartford |
| Keyosa | Dilosa | LA Citizens |
| Sylvia | Dobard | Encompass |
| Warren | Dolese | Encompass |
| Vernon | Dotson | LA Citizens |
| Stanley | Doucette | LA Citizens |
| Earline | Dukes | Lafayette/United Fire |
| Egan | Edward | LA Citizens |
| Shirley | Edwards | Lafayette/United Fire |
| Alfred | Edwards | State Farm |
| Gene | Eugene | LA Citizens |
| Robin | Fabre | LA Citizens |
| DUANE | FALLS | St Paul/Travelers |
| PHYLLIS | FELTON | State Farm |
| Glenda | Flagge | Lexington |
| Alexzine | Fortier | Lafayette/United Fire |
| Gaynell | Fouchea-Golden | LA Citizens |
| Donna | Fournier | Allstate |
| Antoinette | Franklin | Lafayette/United Fire |
| Asif | Gafur | Allstate |
| Larris | Galmon | Allstate |
| Viola | Galmon | Lexington |
| Pamela | George | Lexington |
| Margie | Gillard | Lafayette/United Fire |
| Mildred | Glover | Allstate |
| Detrina | Green | American Family |
| Debra | Griffin | Liberty Mutual |
| Thelma | Griffith | LA Citizens |
| John | Hale | LA Citizens |
| Erin | Hamilton | Lexington |
| Mia | Harris | LA Citizens |
| Dorothy | Hart-Manuel | Allstate |
| Linda | Hatcher | LA Citizens |
| Ralph | Haynes | LA Citizens |
| Janice | Haywood | Lexington |
| Joseph | Hebert | LA Citizens |
| Daniel | High | Lloyds of London |
| Nataisha | Holland | LA Citizens |
| John | Holmes | Liberty Mutual |

| | | |
|---|---|---|
| Levi | Howard | Allstate |
| Claudette | Huntington | Lafayette/United Fire |
| Joyce | Ison | LA Citizens |
| Oliver | Jackson | Lafayette/United Fire |
| Danielle | James | Allstate |
| Mark | James | Lexington |
| Robert | Jenevein | St Paul/Travelers |
| Gaynell | Jenkins | Essex/Markel |
| Gwendolyn | Johnson | LA Citizens |
| Ida Mae | Johnson | Lafayette/United Fire |
| Carl | Johnson | St Paul/Travelers |
| Bertha | Johnson | St Paul/Travelers |
| Marlene | Jones | LA Citizens |
| Bernadette | Jones | Lafayette/United Fire |
| Albert | Jones | Lafayette/United Fire |
| Jean | Jones | Lafayette/United Fire |
| Edna | Jones | St Paul/Travelers |
| Calvin | Jones | State Farm |
| Bronnicia | Jones-Beach | LA Citizens |
| Deonne | Jones-Blunt | Encompass |
| Armythean | Joseph | LA Citizens |
| Thurman | Kaiser | Lafayette/United Fire |
| Suzzette | Kelley | LA Citizens |
| Alex | Kelson | Allstate |
| Melvina | Kepp | State Farm |
| Frances | King | LA Citizens |
| Ralph | Klafert | LA Citizens |
| Veraniece | Knoten | Lafayette/United Fire |
| Beverly | KuyKendall | LA Citizens |
| Joycelyn | Labostrie | Lafayette/United Fire |
| Larry | LaFrance | Fidelity |
| Rose | Landry | LA Citizens |
| Peter | Landry | Lloyds of London |
| Ronald | Laporte | St Paul/Travelers |
| Ronald | Laporte | St Paul/Travelers |
| Diane | Lawless | Allstate |
| AJILEA | Lawrence | LA Citizens |
| Gail | Lawyer | Allstate |
| Melba | Leggett-Barnes | LA Citizens |
| Odell | Leverette | LA Citizens |
| Adolph | Lewis | Horace Mann |
| Shalone | Lloyd-Iglus | LA Citizens |
| Lloyd | Lockett | St Paul/Travelers |
| Jonathan | Louis | State Farm |
| Gloria | Malter | Allstate |
| Gwendolyn | Marchand | Allstate |
| Willis | Marguerite | Fidelity |
| Jules | Martin | LA Citizens |
| George | Martin Sr. | Lafayette/United Fire |
| Mariano | Martinez | Lafayette/United Fire |
| Markethy | McClellan | Lexington |
| Cindy | McGinnis | LA Citizens |

| | | |
|---|---|---|
| Nathaniel | McGowan | Allstate |
| Deborah | McIntosh | LA Citizens |
| Alton | McKey | Lexington |
| Claudette | McKnight | Lafayette/United Fire |
| Obra | Melancon | St Paul/Travelers |
| Darrell | Mellion | LA Citizens |
| Sharon | Merrick | LA Citizens |
| O'Neal | Merrick | Lafayette/United Fire |
| Lois | Mike | LA Citizens |
| Mattie | Miller | Allstate |
| Brenda | Mills | Lafayette/United Fire |
| Viola | Mimms | Lafayette/United Fire |
| Walter | Mitchell | LA Citizens |
| Kenneth | Mitchell | LA Citizens |
| Alferd | Moliere | LA Citizens |
| Zaida | Monconduit | Lexington |
| Phillip | Montgomery | Lloyds of London |
| Melissa | Moore | Allstate |
| Donald | Moore | LA Citizens |
| Shandell | Moore | Lexington |
| ISABEL | MORALES | LA Citizens |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Kevin | Moses | LA Citizens |
| Marie | Moss | LA Citizens |
| Cung | Nguyen | LA Citizens |
| Sandra | Norman | LA Citizens |
| Robert | Nunez | St Paul/Travelers |
| David | O'Neal | ZC Sterling |
| Errol | Owens | LA Citizens |
| Yadira | Pagan | Lexington |
| Frances | Palmer | LA Citizens |
| Ruby | Patterson | Allstate |
| Jean | Phillip | LA Citizens |
| George | Poche | LA Citizens |
| Margaret | Polk | LA Citizens |
| Marie | Poole | LA Citizens |
| Deloris | Powell | LA Citizens |
| Ruby | Proctor | Lafayette/United Fire |
| Corey | Provost | LA Citizens |
| Gladys | Ramsey | St Paul/Travelers |
| Edward | Randolph | Lexington |
| Gladys | Rayfield | Lafayette/United Fire |
| Henrietta | Reed | Lloyds of London |
| Evelyn | Reese | Lafayette/United Fire |
| Robert | Richardson | Allstate |
| Gwangi | Richardson-Alston | LA Citizens |
| Willie | Robertson | State Farm |
| Ralph | Robin | St Paul/Travelers |
| Patricia | Robinson | Hanover |

| | | |
|---|---|---|
| LaDonya | Robinson | LA Citizens |
| AUDREY | ROLLAND | LA Citizens |
| Andra | Rounds | Lexington |
| Alfred | Royal | St Paul/Travelers |
| Claudie | Rufus | Kemper |
| Dionnlyn | Sampson | LA Citizens |
| Warren | Schmitt | St Paul/Travelers |
| Calvin | Schnyder | Allstate |
| Hubert | Sentino | LA Citizens |
| Janice | Shaw | Lafayette/United Fire |
| W | Simmons | Lafayette/United Fire |
| Mae | Singleton | LA Citizens |
| Mary | Slater | Union National |
| Norman | Smith | Homesite |
| Ollie | Smith | LA Citizens |
| Tremayne | Smith | LA Citizens |
| DEBRA | SMITH | Lafayette/United Fire |
| Alexander | Smith | Lafayette/United Fire |
| Judy | Smith | Lexington |
| Willie | Spears | Lafayette/United Fire |
| Willie | Spears | Scottsdale |
| Johnnie | Spellman | St Paul/Travelers |
| Rita | Sperber | Allstate |
| Joe-Anna | St. Cyr | American Family |
| Elaine | Steward | Lafayette/United Fire |
| Gail | Stewart | St Paul/Travelers |
| Kim | Stovall | Lafayette/United Fire |
| Glenn | Summers | LA Citizens |
| Demetrias | Temple | Lexington |
| Arle | Thomas | Allstate |
| Sandra | Thompson | LA Citizens |
| Deidre | Thompson | Lafayette/United Fire |
| Tyrone | Thompson | Lafayette/United Fire |
| Gail | Thornton-Collins | LA Citizens |
| Gregory | Toefield | Homesite |
| Delene | Torrey | LA Citizens |
| Joseph | Tramontana | Lexington |
| Irma | Tross | Lafayette/United Fire |
| Lawrence | Uhde | Encompass |
| Percy | Vaughn | LA Citizens |
| Earl | Veal | Lafayette/United Fire |
| Mary | Verrett | LA Citizens |
| Eileen | Victor | St Paul/Travelers |
| Kathy | Vignaud | Lafayette/United Fire |
| Victory | Walace-Taylor | LA Citizens |
| Tarita | Walker | State Farm |
| Darensbourg | Walter | LA Citizens |
| Carlita | Washington | LA Citizens |
| Leanidous | Washington | Lafayette/United Fire |
| Karen | Washington | Lexington |
| Chanel | Watson | LA Citizens |
| Saul | Welmer | LA Citizens |

| | | |
|---|---|---|
| Cosette | West | State Farm |
| Sebastion | Weston | LA Citizens |
| Carl | Wharton | Allstate |
| Nathedra | White | LA Citizens |
| Myrtle | White | Lafayette/United Fire |
| Edward | White | St Paul/Travelers |
| Ocenetta | William | LA Citizens |
| Anita | Williams | Allstate |
| Angela | Williams | LA Citizens |
| Ruby | Williams | LA Citizens |
| Sterling | Williams | LA Citizens |
| Mildred | Williams | Lafayette/United Fire |
| Robert | Williams | St Paul/Travelers |
| Monique | Williams-Bennette | LA Citizens |
| Melba | Williams-Hopper | LA Citizens |
| Bernadette | Woods | LA Citizens |
| Rose | Woods | Lafayette/United Fire |
| Ruth | Yonta-Mitchell | Lafayette/United Fire |
| Theodore | Young | LA Citizens |
| Wendell | Youngblood | Lexington |
| Austra | Zapata | Lexington |