UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO: MRGO | |

### RULE 7.6 E CERTIFICATE

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiffs, who in compliance with the Uniform Local Rules Of The United States District Court For The Eastern District Of Louisiana, LR 7.6 E, which sets forth as follows:

> "Prior to filing any motion for leave to intervene, to amend pleadings or to file a third-party complaint, the moving party shall attempt to obtain consent for the filing and granting of such motion from all parties having an interest to oppose. If such consent is obtained, the motion shall not be noticed for hearing but thereafter shall be filed, accompanied by a proposed order, with a statement of the consent of opposing counsel. No such motions, when required to be noticed for hearing, shall be accepted for filing unless accompanied by a certificate of counsel for the moving party to the effect that opposing counsel have refused to consent to the filing and granting of such motion. If the court finds that opposing counsel does not have a good faith reason for failing to so consent, the court may impose such sanctions as it deems proper."

Counsel for plaintiffs previously contacted lead opposing counsel Robin Smith pursuant to Local Rule 7.6 E to meet and confer regarding this dispute.  Despite these communications,

counsel were unable to reach an agreement on the subject and defense counsel refused to consent to the granting of said motion. Thus, the Court entered an Order establishing motion practice to address the dispute.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of October, 2009.

/s/ Joseph M. Bruno
Joseph M. Bruno