UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.: 05-4182 |
| | SECTION "K" (2) |
| PERTAINS TO: MRGO | |

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the MRGO Plaintiffs will bring their Motion to Intervene before the Honorable Stanwood Duval in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 16th day of December, 2009 at 11:00 a.m, pursuant to the Court's order of October 20, 2009 (Rec. Doc. 19329).

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of October, 2009.

                                                /s/ Joseph M. Bruno
                                                Joseph M. Bruno