**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   **KATRINA CANAL BREACHES**<br>         **CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K" (Judge Duval)**<br><br>**MAGISTRATE 2 (Judge Wilkinson)** |
| PERTAINS TO:   **MR-GO and**<br>                **07-cv-4608** | |

_____

**NOTICE OF HEARING**

      PLEASE TAKE NOTICE that **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation,** and **Hartford Steam Boiler Inspection and Insurance Company** will bring the attached Motion to Consolidate The Entergy Companies' Individual Case with the MR-GO Consolidated Class Action for hearing before the Honorable Stanwood R. Duval, Jr., United States District Judge, Eastern District of Louisiana on **December 16, 2009 at 11:00 am**.

      Respectfully submitted on October 30th, 2009,

                By:_____/s/Wendy Hickok Robinson_____

Ewell E. Eagan Jr. (La. Bar No. 5239), TA
Wendy Hickok Robinson (La. Bar No. 25225)
Brian L. Guillot (La. Bar No. 31759)
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121

and

O.H. Storey (Arkansas Bar No. 69078)
Marcus V. Brown (La. Bar No. 18817)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113

Attorneys for Plaintiffs, Entergy New Orleans,
Inc., Entergy Louisiana, L.L.C., Entergy
Services, Inc., and Entergy Corporation

and

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

and

Ernest E. Svenson (La. Bar No. 17164)
The Svenson Law firm, LLC
432 Henry Clay Avenue
New Orleans, LA 70118-5724

Attorneys for Hartford Steam Boiler
Inspection and Insurance Company

2

C E R T I F I C A T E

I hereby certify that on this 30th day of October, 2009, I electronically filed the foregoing NOTICE OF HEARING with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid to all non-CM/ECF participants.

/s/Wendy Hickok Robinson