UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (Judge Duval)<br><br>MAGISTRATE 2 (Judge Wilkinson) |
| PERTAINS TO:   MR-GO and<br>07-cv-4608 | |

**ORDER ON MOTION TO CONSOLIDATE THE ENTERGY COMPANIES'
INDIVIDUAL CASE WITH MR-GO MASTER CONSOLIDATED CLASS ACTION**

**CONSIDERING** the Motion to Consolidate The Entergy Companies' Individual Case with MR-GO Master Consolidated Class Action filed by **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation,** and **Hartford Steam Boiler Inspection and Insurance Company** (collectively "the Entergy Companies"):

**IT IS ORDERED, ADJUDGED, AND DECREED** the Motion to Consolidate is herby **GRANTED**.

1

**IT IS FURTHER ORDERED** that Entergy's individual action will proceed jointly with the Master Consolidated Class Action.

New Orleans, Louisiana, this ____ day of December, 2009.

_____
STANWOOD R. DUVAL
UNITED STATES DISTRICT JUDGE