jay.darlington@lafarge-na.com

Carrie Jenks
08/29/2005 12:50 PM

To: Andy Liu/River_Region/Us/Cement/Lafarge@LafargeCorp, Gaetan Vezina/River_Region/Us/Cement/Lafarge@LafargeCorp, peter.gay@lafarge-na.com, barney.barnes@lafarge-na.com, Mike DePriest/Tulsa/Us/Cement/Lafarge@LafargeCorp, Terry VanWinkle/Sugar_Creek/Us/Cement/Lafarge@LafargeCorp, Jerry Broadus/KansasCityTerminal-US_Region/Us/Cement/Lafarge@LafargeCorp, Larry Parker/Fredonia/Us/Cement/Lafarge@LafargeCorp, Jay Darlington/River_Region/Us/Cement/Lafarge@LafargeCorp, Susan Hupman/River_Region/Us/Cement/Lafarge@LafargeCorp, Kent M Vangilder/River_Region/Us/Cement/Lafarge@LafargeCorp, Dave Abbott/River_Region/Us/Cement/Lafarge@LafargeCorp, Anthony Dosien/US_Region/Us/Cement/Lafarge@LafargeCorp, Roger Hall/NewOrleans/Us/Cement/Lafarge@LafargeCorp, Michael Bayda/US_Region/Us/Cement/Lafarge@LafargeCorp, Dan Gorke/River_Region/Us/Cement/Lafarge@LafargeCorp, Brian Cullum/Head_Office/Us/Group/Lafarge@LafargeCorp, Joe Pennings/Joppa/Us/Cement/Lafarge@LafargeCorp, Hans Schrama/Davenport/Us/Cement/Lafarge@LafargeCorp, Alain Pfaff/Davenport/Us/Cement/Lafarge@LafargeCorp, Yury Lvov/Sugar_Creek/Us/Cement/Lafarge@LafargeCorp, Bill Mason/Sugar_Creek/Us/Cement/Lafarge@LafargeCorp, William Croom/Fredonia/Us/Cement/Lafarge@LafargeCorp, Steve Jeffery/Tulsa/Us/Cement/Lafarge@LafargeCorp, Tim Krusmark/Tulsa/Us/Cement/Lafarge@LafargeCorp, aj.guthrie@lafarge-na.com, mark.strawn@lafarge-na.com, Don.Tripp@Lafarge-na.com, trent.renfro@lafarge-na.com, Jay Song/River_Region/Us/Cement/Lafarge@LafargeCorp, Avenelle L Archille/River_Region/Us/Cement/Lafarge@LafargeCorp, Rachael Burnett/Joppa/Us/Cement/Lafarge@LafargeCorp, Mike Kralik/Sugar_Creek/Us/Cement/Lafarge@LafargeCorp, ed.vandermeulen@lafarge-na.com, Ellyse Pearlstein/River_Region/Us/Cement/Lafarge@LafargeCorp, Gregory Hicks/Fredonia/Us/Cement/Lafarge@LafargeCorp
cc: jon.erbes@lafarge-na.com@LafargeCorp, John Stull/River_Region/Us/Cement/Lafarge@LafargeCorp, Lance Grimsley/Head_Office/Us/Group/Lafarge@LafargeCorp, Rob Mould/River_Region/Us/Cement/Lafarge@LafargeCorp, Frank Lazarowicz/River_Region/Us/Cement/Lafarge@LafargeCorp, John Caldwell/River_Region/Us/Cement/Lafarge@LafargeCorp, John Ford/River_Region/Us/Cement/Lafarge@LafargeCorp, Dan Thompson/River_Region/Us/Cement/Lafarge@LafargeCorp, Bertrand DeMontille/River_Region/Us/Cement/Lafarge@LafargeCorp, lance.grimsley@lafarge-na.com, wayne.smith@lafarge-na.com, Mark Thomas/US_Region/Us/Cement/Lafarge@LafargeCorp
Subject: 8-29-05 Executive Summary Wkly River Region Supply Conference Call

Many thanks to Rachael Burnett for helping me get this report completed in a

LNA000192

timely fashion today while traveling!

All plants, traffic coordinators, distribution coordinators present for the call with the exception of the Sugarcreek Plant, Don Tripp, and Roger Hall.

In observance of Labor Day, the NEXT CALL WILL BE HELD TUESDAY 9-6-05 at 9amCST. Dial in at 800-242-2214. Passcode 112332.

Action Items:
(1) Don Tripp- West DesMoines additional pipe for unloading ash- 2 silos one for Iatan ash and the other for Nebraska ash
(2) Susan Hupman- verify with Northeast Region PD car availability for Nebraska ash to WDM- to email Dosien, Jenks by Thursday September 1st
(3) Rachael Burnett- send email detailing out Joppa to RDR barge ETA's - attempt to determine future tight spot
(4) Jay Darlington - notification and tracking process on barge delays to Davenport- email out to the entire network once available.
(5) Jay Darlington- complie barge list of loads in the gulf exposed to Hurriance Katrina- category 5
(6) Brian Cullum- Tulsa to OKC shipping needs for rail car planning desired this week - incorporating Alpena blend of 3kst to be received in September.
(7) Frank Lazarowicz- follow through on Midwest Marine- to ensure that loading capacity returns to 6/day to hit both cement and newcem forecasted shipments.

Business Unit Meetings
Midwest BU Mting 9-16-05
Midsouth BU Mting 9-2-05 via conf call.
Tulsa BU Mting last Friday in September.
West Central BU Mting 9-16-05 with conference call 9-6-05 at 10amcst

Finance
As last year, we start with the Budget Envelope and then we do the Detailed Budget. Final Deadlines are: Budget Envelope, October 4th with the Budget Detailed, November 4th
Bertrand will issue instructions and detailed deadlines for the the Envelope exercise the week of 8/29/05.

Production
YTD Cement Production running YTD 7.15% over budget and -.43% behind RP1. Fredonia is the only plant YTD behind budget. Joppa and Sugarcreek are the only plants running ahead of RP1 by 61kmt. Davenport, Fredonia & Tulsa are running behind RP1 by 49kmt.
Fredonia and Davenport Plants both under power curtailments.
Davenport - kiln went down 8/29 due to coal feeder. Will be down 8/30 and part of 8/31. Will determine 8/29 afternoon if outage will be longer than two days. Lost approx. 10,000 tons of clinker.
Joppa - FM 1 down for 44-1/2 hours due to inventory purposes. FM 2 down transitioning to maxcem.
Tulsa - FM 3 down due to elevator - did not lose any cement.

Sales
Still experiencing a lower level of difficulty throughout the River Region with

LNA000193

inventory figures, performance against budget to forecast and daily actual sales as a result of E-ONE.
Overall, all areas appear to be on target to meet if not exceed forecast for the month of August.
YTD (excluding July actual as these figures remain unavailable) River Region Sales figures are running -4.03% over RP1 and 6.32% over Budget.

E-ONE Update
A decision has been made NOT TO ""GO LIVE"" at any additional site during the month of August. Further notification will come out as to if the River Region can start the roll-out plan after Labor Day or wait until September 12th. The main reason for the delay is system performance. The group is going to be making several changes this weekend that should help the performance issue but the need for sustained performance is needed before additional sites are added. I know that this has been a challenge for all of you, please be positive. I'm sure all would much rather roll-out the new system when it operates as planned. Thanks again for your patience. If anyone has any question please give call (651-905-8310) or email Mark Strawn.

Distribution
(1) Fredonia Plant to begin loading Omaha vs. customer direct rail at a ratable pace.
(2) Memphis to be 100% back on Joppa after labor day weekend. Memphis went 21 days without unloading a barge due to low water conditions. Unloaded 4 barges Fri 8-26 thru Mon 8-29.
(3) Facilities in the New Orleans area exposed to Hurrance Katrina.


STOCKOUT SUMMARY FOR THE PAST WEEK:
(1) Tulsa Plant -Low Alkali- Friday August 26th- 1 day


YTD New Orleans and Westlake have incurred 12 oilwell stockouts with freight concessions paid upwards of $170,000.

Stockout Definition: "a state or instance whereby cement is not available OR accessible OR at hand." In effect a stockout is anytime LNA must modify our customer supply unexpectedly and in a reactive manner in the "real-time." Allocation actions are of an anticipated/proactive nature intended to minimize/control the situation.


Truck
(1) Status of Iatan ash to West DesMoines -questionable???
(2) All trucks to Memphis and to the gulf have ceased- water levels returning to normal.
(3) Freight payment issues being experienced with EONE.
(2) Due to difficulties in shifting railcars into Omaha, DOD approval for trucking is in place. Trucking has been set up as follows:
- Sugarcreek to Omaha $38/st with AG Source Inc, contact Todd Bird at 785-841-1315 at the rate of 10 trucks per day for the next 2 weeks beginning August 8th.

Rail

LNA000194