Case 2:05-cv-04182-SRD-JCW   Document 19347-3   Filed 11/02/09   Page 1 of 2



≪ BACK    🖨 PRINT

**Aug 26, 2005**
**GOVERNOR BLANCO DECLARES STATE OF EMERGENCY**

BATON ROUGE, LA--Governor Kathleen Babineaux Blanco today issued Proclamation No. 48 KBB 2005, declaring a state of emergency for the state Louisiana as Hurricane Katrina poses an imminent threat, carrying severe storms, high winds, and torrential rain that may cause flooding and damage to private property and public facilities, and threaten the safety and security of the citizens of the state of Louisiana The state of emergency extends from Friday, August 26, 2005, through Sunday, September 25, 2005, unless terminated sooner.

The full text of Proclamation No. 48 KBB 2005 is as follows:

WHEREAS, the Louisiana Homeland Security and Emergency Assistance and Disaster Act, R.S. 29:721, et seq., confers upon the governor of the state of Louisiana emergency powers to deal with emergencies and disasters, including those caused by fire, flood, earthquake or other natural or man-made causes, in order to ensure that preparations of this state will be adequate to deal with such emergencies or disasters and to preserve the lives and property of the citizens of the state of Louisiana;

WHEREAS, when the governor finds a disaster or emergency has occurred, or the threat thereof is imminent, R.S. 29:724(B)(1) empowers her to declare the state of disaster or emergency by executive order or proclamation, or both; and

WHEREAS, On August 26, 2005, Hurricane Katrina poses an imminent threat to the state of Louisiana, carrying severe storms, high winds, and torrential rain that may cause flooding and damage to private property and public facilities, and threaten the safety and security of the citizens of Louisiana;

NOW THEREFORE I, KATHLEEN BABINEAUX BLANCO, Governor of the state of Louisiana, by virtue of the authority vested by the Constitution and laws of the state of Louisiana, do hereby order and direct as follows:

SECTION 1: Pursuant to the Louisiana Homeland Security and Emergency Assistance and Disaster Act, R.S. 29:721, et seq., a state of emergency is declared to exist in the state of Louisiana as Hurricane Katrina poses an imminent threat, carrying severe storms, high winds, and torrential rain that may cause flooding and damage to private property and public facilities, and threaten the safety and security of the citizens of the state of Louisiana;

SECTION 2: The state of Louisiana's emergency response and recovery program is activated under the command of the director of the state office of Homeland Security and Emergency Preparedness to prepare for and provide emergency support services and/or to minimize the effects of the storm's damage.

SECTION 3: The state of emergency extends from Friday, August 26, 2005, through Sunday, September 25, 2005, unless terminated sooner.

###

GOV.LOUISIANA.GOV



**≪ BACK    🖶 PRINT**

### Executive Counsel

*Staff Listing*
Terry Ryder, Executive Counsel
Erin Monroe Wesley, Associate Executive Counsel
Brian Wiggins, Assistant Executive Counsel
Jeanne Wright, Executive Assistant
Teri Ricks, Legal Assistant

*Department Mailing Address*
P.O. Box 94004
Baton Rouge, LA 70804-9004

*Department Physical Address*
900 North 3rd Street
Baton Rouge, LA 70802

Phone: 225-342-7015
Fax: 225-342-5598

GOV.LOUISIANA.GOV