**ZITO FLEETING, LLC**
P.O. BOX 10306
JEFFERSON, LA 70181-0306

504-835-8531   FAX 504-838-9632

C/O INGRAM BARGE COMPANY
P. O. BOX 23049
NASHVILLE   TN 37202

And/Or Owner of Vessel

| | | | | | |
|---|---|---|---|---|---|
| INVOICE NO. | 2005-9-177 | | | | |
| INVOICE DATE | 09/27/2005 | | | | |
| Page 1 of 1 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONNIE Z | 1700 hp | MT | Hourly Job 10503 | | Net | $120.00 | /HR |
| | | | 08/25/2005 12:40 | Product: | | | |
| | | | 08/25/2005 19:45 | 11.00% Fuel Surcharge | $93.30 | |
| | | | Hours: 7.0833 | | | |
| | | | | | Total | $943.50 | |

Remarks: CONNIE Z STBY @ IND. LOCKS 1040-1945 082505 LESS 2 HOURS FREE TIME WITH OR5541, OR4833, ING2042, LDS AND ING5619 MT. LOGS ATTACHED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONNIE Z | 1700 hp | MT | Hourly Job 10504 | | Net | $120.00 | /HR |
| | | | 08/26/2005 01:10 | Product: | | | |
| | | | 08/26/2005 09:50 | 11.00% Fuel Surcharge | $114.40 | |
| | | | Hours: 8.6667 | | | |
| | | | | | Total | $1,154.40 | |

Remarks: CONNIE Z STBY WITH OR3481 MT, OR4835 LD, T13569 LD, ING6745 LD, ING4727 @ IND. LOCKS. 082505 2310 TO 082605 0950 MINUS 2 HRS. FREE TIME. LOGS ATTACHED.

Invoice Total:   $2,097.90



105036166

TERMS: NET DUE UPON RECIEPT OF INVOICE. AMOUNTS NOT PAID WITHIN THIRTY DAYS OF INVOICE DATE ARE SUBJECT TO A FINANCE CHARGE OF ONE AND ON HALF (1 1/2%) PERCENT PER MONTH (18% APR). ATTORNEY'S FEES IN THE AMOUNT OF TWENTY FIVE (25%) PERCENT WILL BE CHARGED ON ANY ACCOUNT PLACED IN THE HANDS OF AN ATTORNEY FOR COLLECTION.



IBCO-0243