UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*           08-4459 | * | |
| | * | |

NOTICE OF MANUAL ATTACHMENT

**NOTICE IS HEREBY GIVEN** that Exhibit 2 of Plaintiffs Opposition to Zito's Motion for Summary Judgment will be tendered by hand due to size that prevents its ECF upload.

Respectfully Submitted,

/s/Dylan Pollard

Shawn Khorrami (CA SBN #14011)

Dylan Pollard (CA SBN # 180306)

Matt C. Bailey (CA SBN #218685)

Khorrami, Pollard & Abir, LLP

444 S. Flower Street, 33rd Floor

Los Angeles, California 90071

Telephone: (213) 596-6000

Facsimilie: (213) 596-6010

e-mail: Skhorrami@kpalawyers.com;
Dpollard@kpalawyers.com;
Mbailey@kpalawyers.com


Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
karl@wiedemannlaw.com;
karen@wiedemannlaw.com

Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

>Lawrence A. Wilson (N.Y.S.B.A. #2487908)
>David W. Drucker (N.Y.S.B.A. #1981562)
>Wilson, Grochow, Druker & Nolet
>Woolworth Building
>233 Broadway, 5th Floor
>New York, NY 10279-0003
>Telephone: (212) 608-4400
>Facsimile: (212) 227-5159
>e-mail: lwilson@wgdnlaw1.com;
>ddruker@wgdnlaw1.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 2d day of November, 2009.

>\s\Brian A. Gilbert
>BRIAN A. GILBERT