UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** * | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** * | | |
| * | | **NUMBER: 05-4182 "K"(2)** |
| * | | |
| * | | **JUDGE DUVAL** |
| * | | |
| **PERTAINS TO: INSURANCE** * | | **MAG. WILKINSON** |
| (Mass Joinder Cases) * | | |
| Abadie I      06-5164 * | | |
| Abadie II    07-5112 * | | |
| Allen         07-5111 * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE FOREGOING**, it is **ORDERED** that Plaintiffs' Motion to

Extend Dismissal Order be and hereby is **GRANTED**.  The Court hereby extends its February 4,

2009 Dismissal Order  (Rec. Doc. 70, Case No. 07-5112) and subsequent May 1, 2009 (Rec Doc.

18746, Case No. 05-4182) and August 3, 2009 (Rec. Doc. 19189, Case No. 05-4182) for an

additional ninety (90) days to allow the parties to continue consummating final resolution of

these matters.

New Orleans, Louisiana, this __2nd__ day of November, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge