UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*       08-4459 | * | |

**ORDER GRANTING BARGE PLAINTIFFS'** ***EX PARTE*** **CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES IN OPPOSITION TO LAFARGE NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT**

Considering the above and foregoing, Barge Plaintiffs' are hereby granted leave to file an opposing Memorandum not to exceed 50 pages in opposition to Lafarge North America's Motion for Summary Judgment, .

New Orleans, Louisiana, this 2nd day of November, 2009.

_____
HON. STANWOOD R. DUVAL, JR.