UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * * * | |
| CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| PERTAINS TO:   BARGE | * * | and consolidated cases |
| *Boutte v. Lafarge*         05-5531 | * | SECTION "K" (2) |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarge v. Lafarge*        06-5342 | * | |
| *Perry v. Ingram*            06-6299 | * | |
| *Benoit v. Lafarge*          06-7516 | * | JUDGE |
| *Parfait Family v. USA*    07-3500 | * | STANWOOD R. DUVAL, JR. |
| *Lafarge v. USA*             07-5178 | * * | MAG. JOSEPH C. WILKINSON, JR. |
|  | * * | |

<u>NOTICE OF MANUAL FILING OF
PLAINTIFFS' EXHIBITS 1 THROUGH 94, FILED CONCURRENT WITH AND IN
SUPPORT OF PLAINTIFFS' OPPOSITION TO LNA'S MOTION FOR SUMMARY
JUDGMENT</u>

Due to size and bandwidth limitations which would prevent the upload of the below-referenced documents by way of the ECF system, Barge Plaintiffs proffer by hand directly to this Court a flash hard drive containing all exhibits filed in support of their Opposition to LNA's Motion for Summary Judgment.  A description of all such exhibits is attached hereto.

1

Notice of Manual Filing

# PLAINTIFFS' EXHIBIT LIST

| | |
|---|---|
| **Plaintiffs' Exhibit No. 1:** | Deposition of Lower Ninth Ward Resident, Sidney Williams, describing occurrence of the South Breach, pp.30-31 |
| **Plaintiffs' Exhibit No. 2:** | Deposition of Lower Ninth Ward Resident, Arthur M. Anderson III, pp. 61 -62, 69-75 |
| **Plaintiffs' Exhibit No. 3:** | Deposition of  Lower Ninth Ward Resident, Arcola Sutton, pp. 75-78 |
| **Plaintiffs' Exhibit No. 4:** | Deposition of Lower Ninth Ward Resident, Patrina Peters, pp. 67-75 |
| **Plaintiffs' Exhibit No. 5:** | Deposition of Lower Ninth Ward Resident, Dakeia Johnson, pp. 34-37, 45-47 |
| **Plaintiffs' Exhibit No. 6:** | Deposition of Lower Ninth Ward Resident, Anthony Dunn, pp. 15, 23 -27 |
| **Plaintiffs' Exhibit No. 7:** | Deposition of Lower Ninth Ward Resident, Dolores St. Cyr-Butler, pp. 17, 31-34, 117-118 |
| **Plaintiffs' Exhibit No. 8:** | Deposition of Lower Ninth Ward Resident, Ronald McGill, pp.  40-49, 59-60 |
| **Plaintiffs' Exhibit No. 9:** | Deposition of Lower Ninth Ward Resident, Ernest "All Night Shorty" Edwards, pp. 87-90 |
| **Plaintiffs' Exhibit No. 10:** | Deposition of Lower Ninth Ward Resident, Daniel Weber, pp. 86, 88, 92-93, 95-97, 102, 104, 106-107, 122-124 |
| **Plaintiffs' Exhibit No. 11:** | Deposition of Lower Ninth Ward Resident, Earl Lackings, p. 55 |
| **Plaintiffs' Exhibit No. 12:** | Deposition of Lower Ninth Ward Resident, Christopher Weaver, p. 140 |
| **Plaintiffs' Exhibit No. 13:** | Deposition of Lower Ninth Ward Resident, Kevin McFarland, p. 91 |

Notice of Manual Filing

| | |
|---|---|
| **Plaintiffs' Exhibit No. 14:** | Deposition of Lower Ninth Ward Resident, Arthur Murph, pp. 191-193 |
| **Plaintiffs' Exhibit No. 15:** | Deposition of Lower Ninth Ward Resident, Carolyn Berryhill, pp. 33-41, 105, 108 |
| **Plaintiffs' Exhibit No. 16:** | Deposition of Lower Ninth Ward Resident, Towanda Schexnayder, p. 42 |
| **Plaintiffs' Exhibit No. 17:** | Deposition of Lower Ninth Ward resident, Michael Bickham, pp. 53-56, 63-65, 77-78 |
| **Plaintiffs' Exhibit No. 18:** | Deposition of Lower Ninth Ward Resident, Terry Adams, pp. 1- 114 |
| **Plaintiffs' Exhibit No. 19:** | Deposition of Lower Ninth Ward Resident, Andrew Sartin, pp. 40- 52 |
| **Plaintiffs' Exhibit No. 20:** | Sartin Deposition,  Exhibit 1 |
| **Plaintiffs' Exhibit No. 21:** | Transcription of January 25, 2006 audio statement of Lower Ninth Ward Resident, Arthur Murph, to attorney Richard Joseph Guidry |
| **Plaintiffs' Exhibit No. 22:** | Affidavit of Lower Ninth Ward Resident, Frazier Tompkins |
| **Plaintiffs' Exhibit No. 23:** | Transcript of surreptitiously recorded statement of Lower Ninth Ward Resident, Frazier Tompkins, taken by Centanni Investigative Agency while employed by Lafarge and its attorneys |
| **Plaintiffs' Exhibit No. 24:** | Affidavit of Lower Ninth Ward Resident, Gertrude LeBlanc (and attachments) |
| **Plaintiffs' Exhibit No. 25:** | Transcript of surreptitiously recorded statement of Lower Ninth Ward Resident, Gertrude LeBlanc taken by Centanni Investigative Agency while employed by Lafarge and its attorneys |
| **Plaintiffs' Exhibit No. 26:** | Deposition of Reed Mosher, pp. 90-91, 94, 96-98, 115, 126- |

|  | 129, 163-167, 261-262 |
|---|---|
| **Plaintiffs' Exhibit No. 27:** | Deposition of Dennis Martinez, p. 38 |
| **Plaintiffs' Exhibit No. 28:** | Deposition of Capt. James Hall, pp. 35-37 |
| **Plaintiffs' Exhibit No. 29:** | Deposition of Cmdr. (Ret.) Don Green, pp. 36, 45, 123,155-157, 210 |
| **Plaintiffs' Exhibit No. 30:** | Deposition of Raymond Grabert, p. 70-73 |
| **Plaintiffs' Exhibit No. 31:** | Deposition LNA Terminal Attendant, Louis Robin, pp. 40-41 |
| **Plaintiffs' Exhibit No. 32:** | Deposition of LNA Maintenance Supervisor, Earl Smith, pp. 54, 71, 100 |
| **Plaintiffs' Exhibit No. 33:** | Deposition of Unique Towing Deckhand, Eric Thigpen, pp. 25-27, 35-37, 40-41, 44-45 |
| **Plaintiffs' Exhibit No. 34:** | Deposition of D. Philip Skaer, II, pp. 22-27, 63, 77-78 |
| **Plaintiffs' Exhibit No. 35:** | Deposition of Sewerage and Water Board Pumping Station Operator, William Villavasso, pp. 24-25, 31-32, 42-74, 80, 88-89, 118-119,146,184-186,191, 205-206 |
| **Plaintiffs' Exhibit No. 36:** | Deposition of Lafarge FED.R.Civ.P. 30(b)6 Designee, Area Distribution Supervisor, Edward Vandermuelen pp. 105 |
| **Plaintiffs' Exhibit No. 37:** | Deposition of LNA Area Safety Advisor, Jennifer Arnold, p. 11 |
| **Plaintiffs' Exhibit No. 38:** | Deposition of LNA Assistant Terminal Manager, Edward Busch, pp. 13, 18-20, 36, 43, 56, 61, 71, 81, 105, 106, 107, 111 |

| | |
|---|---|
| **Plaintiffs' Exhibit No. 39:** | Eastern District of Louisiana Civ. Action 05-4419, Record Doc. 788, Trial Transcript of Testimony by Barry Boudreaux, p. 26, 58 |
| **Plaintiffs' Exhibit No. 40:** | Eastern District of Louisiana Civ. Action 05-4419, Record Doc. 701, Trial Transcript of Testimony of Eric Thigpen, p. 9 |
| **Plaintiffs' Exhibit No. 41:** | Declaration of Melvin Spinks |
| **Plaintiffs' Exhibit No. 42:** | Report and Attachments of Gennaro Marino |
| **Plaintiffs' Exhibit No. 43:** | Declaration of Gennaro Marino with Exhibits A through F |
| **Plaintiffs' Exhibit No. 44:** | Report of Melvin Spinks, P.E. |
| **Plaintiffs' Exhibit No. 45:** | Excerpts from Deposition of Melvin Spinks, 2008 |
| **Plaintiffs' Exhibit No. 46:** | Excerpts from Deposition of Melvin Spinks, 2009 |
| **Plaintiffs' Exhibit No. 47:** | Report of Hector Pazos, with attachments |
| **Plaintiffs' Exhibit No 48:** | Deposition of Hector Pazos, July 20, 2009, pp.56-57, 83-92 |
| **Plaintiffs' Exhibit No. 49:** | Times Picayune or Getty Images photo of exposed rebar |
| **Plaintiffs' Exhibit No. 50:** | Photo(s) of rebar markings on bottom of ING 4727 |
| **Plaintiffs' Exhibit No. 51:** | Declaration of Robert Bartlett, P.E.. (with attachments) |
| **Plaintiffs' Exhibit No. 52:** | Report of Robert Bartlett, P.E.. |
| **Plaintiffs' Exhibit No. 53:** | ABC News video interview of Joseph Edwards |
| **Plaintiffs' Exhibit No. 54 :** | USACE White Page Technical Paper – New Orleans District Depth v. Damage Curves |

| | |
|---|---|
| **Plaintiffs' Exhibit No. 55:** | Video of Robert Bea |
| **Plaintiffs' Exhibit No. 56:** | NIST Technical Note 1476, performance of physical structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report, National Institute of Standards and Technology, Chapter 3, pp. 43, 52 – 53 |
| **Plaintiffs' Exhibit No. 57:** | NIST Technical Note 1476, performance of physical structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report, National Institute of Standards and Technology, Chapter 4, p. 116 |
| **Plaintiffs' Exhibit No. 58:** | National Transportation Safety Board Safety Recommendation concerning barge allision with North Claiborne Avenue Bridge |
| **Plaintiffs' Exhibit No. 59:** | Declaration of Don Green |
| **Plaintiffs' Exhibit No. 60:** | Proclamation of State of Emergency by Gov. Kathleen Blanco (48 KBB 2005) |
| **Plaintiffs' Exhibit No. 61:** | National Weather Service , National Hurricane Center Tracking Maps |
| **Plaintiffs' Exhibit No. 62:** | Impact Weather Advisories |
| **Plaintiffs' Exhibit No. 63:** | LNA Barge Unloading Report |
| **Plaintiffs' Exhibit No. 64:** | Declaration of Brian A. Gilbert |
| **Plaintiffs' Exhibit No. 65:** | Interagency Evaluation Taskforce ("IPET"), pp. 79-80, Appendix 14 to IPET Vol. IV (Final), Appendix 15 to IPET Vol. IV (Final) Vol.IV pp.226-227 |
| **Plaintiffs' Exhibit No. 66:** | Report of Shearer and Associates,02/15/2009,pp.1-2 |
| **Plaintiffs' Exhibit No. 67:** | Plaintiffs' Response to Request for Admission No.6 |

| | |
|---|---|
| **Plaintiffs" Exhibit No. 68:** | Sewerage and Water Board Central Control Log from August 29, 2005 |
| **Plaintiffs" Exhibit No. 69** | Charts prepared by LNA/Centanni re: stopped clocks |
| **Plaintiffs" Exhibit No. 70** | Video provided by Sal Guitterez, Esq. taken at St. Bernard Parish Courthouse 08/29/2005. |
| **Plaintiffs" Exhibit No. 71** | Deposition of Robert C. Cornwall, pp. 20-24. |
| **Plaintiffs" Exhibit No. 72** | Deposition of Thomas Mark Stone, pp. 1,9,34,40-43,56,58,60. |
| **Plaintiffs" Exhibit No. 73** | Deposition of Mark Madary pp. 1,15,26,38,44-50. |
| **Plaintiffs" Exhibit No. 74** | Deposition of Craig P. Tafaro, Jr. pp. 1,5,12,20,22,28. |
| **Plaintiffs" Exhibit No. 75** | Deposition of Henry Rodrigues, Jr. pp. 1,7,9,25,36,37,49-50,54,86. |
| **Plaintiffs" Exhibit No. 76** | Deposition of Raymond Cross  pp. 12,43,69,75. |
| **Plaintiffs' Exhibit No. 77** | Deposition of James Louis Ruiz, pp. 1,12,16-21,24,25,28,30. |
| **Plaintiffs' Exhibit No. 78** | Deposition of James Reed, pp. 8,9,11,18,19,23-26,35-39,52,56-58. |
| **Plaintiffs' Exhibit No. 79** | Deposition of Sydney Roux, pp. 1, 8, 46, 47. |
| **Plaintiffs' Exhibit No. 80** | Deposition of LNA Expert Dan Ryan |
| **Plaintiffs' Exhibit No. 81** | NIST Technical Note 1476, Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report, National Institute of Standards and Technology, Pages 43, 94-97, 116 |

Notice of Manual Filing

| **Plaintiffs' Exhibit No. 82** | Interagency Perfomance Evaluation Taskforce ("IPET"), Appendix 17 (Consideration of Wind Induced Barge Motions and Associated Forces in the Inner Harbor Navigation Canal) |
|---|---|
| **Plaintiffs' Exhibit No. 83** | Deposition of Zito Manager, Barry Boudreaux, Tr. 56-58 |
| **Plaintiffs' Exhibit No. 84** | Declaration of Michael Forman, Esq. authenticating Google maps identifying the location of witnesses at the time of events described in their deposition/affidavits in relation to IHNC (and **Exhibits A through T**, thereto. |
| **Plaintiffs' Exhibit No. 85** | Sketch of Mooring by Chaffe, McCall |
| **Plaintiffs' Exhibit No. 86** | Exhibit 6 to Deposition of LNA Expert Skaer |
| **Plaintiffs' Exhibit No. 87** | Declaration of Hector V. Pazos, P.E. |
| **Plaintiffs' Exhibit No. 88** | Exec Summary of Reed Mosher Report, Robinson v. USA |
| **Plaintiffs' Exhibit No. 89** | Plaintiffs Response to Request for Admission No. 6 |
| **Plaintiffs' Exhibit No. 90** | Sobek-Delft Flood Model Animation by Melvin Spinks, Scenario One – ALL CAUSES |
| **Plaintiffs' Exhibit No. 91** | Aerial Photos of IHNC, and Lafarge Dock showing ING 4745 and white Bunge Barges |
| **Plaintiffs' Exhibit No. 92** | Extracts of U.S.C.G. Sector New Orleans Hurricane Plan |
| **Plaintiffs' Exhibit No. 93** | Lafarge Terminal Hurricane Preparation Checklist |
| **Plaintiffs' Exhibit No. 94** | Report of Don Green, with Regulation Violations Chart |
| **Plaintiffs' Exhibit No. 95** | Barry Boudreaux Deposition, 56-58 |
| **Plaintiffs' Exhibit No. 96** | Cushing report, p. 23, 77, 78, 79, Appendix C p. C-1, Appendix D pp. D1- to D3, Appendix F. |

| **Plaintiffs' Exhibit No. 97** | Dooley Report, p. 34 |

Dated: November 2, 2009    Respectfully submitted,

By: /s/  Shawn Khorrami
SHAWN KHORRAMI  (CA Bar #180411)
DYLAN POLLARD  (CA Bar #180306)
MATT BAILEY  (CA Bar #218685)
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:     (213) 596-6000
Facsimile:     (213) 596-6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
mbailey@kpalawyers.com


 /s/  Brian Gilbert
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
bgilbert@briangilbertlaw.com


 /s/  Lawrence D. Wiedemann
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
lawrence@wiedemannlaw.com
karl@wiedemannlaw.com
karen@wiedemannlaw.com


 /s/  Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
pistols42@aol.com

10

Notice of Manual Filing

       /s/  Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
rick@rickseymourlaw.net

*Attorneys for Barge Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 2nd day of November, 2009

      \s\BRIAN GILBERT, ESQ.