# BARGE PLAINTIFFS' COMPENDIUM OF PROOF NO. 1

### LOCATIONS OF ING 4727 ON AUGUST 28 AND 29, 2009

- Forces which affect the Barge's movements and locations.
- Observations of the Barge loose in the IHNC on the day before Katrina;
- Observations of contact/impact between ING 4727 and the eastern IHNC floodwall, at locations where Lafarge denies any possibility that the Barge could have been.

### Induced Barge Movements

*Plaintiffs' Exhibit 29, June 25, 2009 Deposition of Cmdr. (Ret.) Don Green, p. 210.* (Q. Okay. What else would affect the movement of a barge in a confined area like the Industrial Canal between the Florida Avenue Bridge and the Claiborne Bridge? Would wind shifting? A. Yes. Q. Would tornadoes? A. Yes. Q. Would waves? A. Yes. Q. Would deflection and reflection of waves? A. Yes. Q. All of that would cause -- have an effect upon the movements of a floating vessel? A. Yes.)

*Plaintiffs' Exhibit 59, Declaration of Don Green.* ("Any opinion which says the barge could not have floated from the west side of IHNC to east side IHNC is incorrect or speculative.")

### Sunday, August 28, 2005 – the Day Before Katrina

*Plaintiffs' Exhibit 22, Affidavit of Lower Ninth Ward resident Frazier Tompkins.* ("On August 28, 2005, at approximately 10:30 - 11:00 a.m., I went from my home to my church, the Third Church of God in Christ, located at 1432 Flood Street, New Orleans. As I crossed the Claiborne Avenue Bridge, I looked down to my right to see the water level in the Industrial Canal. I was surprised to observe a single barge on the east side of the canal without any tug in attendance. The barge was in the vicinity of Derbigny, Roman and Prieur streets on the east side of the canal." "I later observed the same barge on the land side of the flood wall of the Industrial Canal.")

*Plaintiffs' Exhibit 23, transcript of surreptitiously recorded statement of Lower Ninth Ward resident, Frazier Tompkins, taken by Centanni Investigative Agency while employed by Lafarge and its attorneys.* ("Yeah, that barge was sitting in there the day before the storm.")

*Plaintiffs' Exhibit 24, Affidavit of Lower Ninth Ward resident Gertrude LeBlanc.* ("On the morning of Sunday, August 28, 2005, around 11:00 a.m. or noon, we evacuated, and drove across the Claiborne Avenue Bridge, headed out of the Lower Ninth Ward, toward Downtown and the Upper Ninth Ward, I looked to my right and saw a large reddish-

orange barge in the Industrial Canal, very close to the floodwall that runs along the Lower Ninth Ward." "When I returned after Katrina, it appeared that the same barge was sitting in my backyard.")

*Plaintiffs' Exhibit 25, transcript of surreptitiously recorded statement of Lower Ninth Ward resident, Gertrude LeBlanc, taken by Centanni Investigative Agency while employed by Lafarge and its attorneys.* ("Yeah, when we were leaving that Sunday morning we saw the barge and wondered why it was sitting there.")

*See also Plaintiffs' Exhibit 29, June 25, 2009 Deposition of Cmdr. (Ret.) Don Green, p. 210, lines 1-5* (Q.   So if Mr. Villavaso saw it sometime between 4 and 6, it could have broken loose sometime the day before?  A.   It could have -- you're right.  I don't know when it broke away.)

## Monday, August 29, 2005 - Katrina

*Exhibit 65, IPET, March 26, 2007; Vol. IV,  "The Storm - Findings and Lessons Learned" p. IV-261.  (*"Barge impacts in high-wind/high-wave situations have the potential to inflict consequential damage to floodwalls.")

*Plaintiffs' Exhibit 55, video of Robert Bea.* ("...and in fact, in the Ninth Ward, it (the barge) played a role in the disaster of unfolding of the levee under the excessive forces from the colliding barge.")

*Plaintiffs' Exhibit 35, December 18, 2007 Deposition of Sewerage and Water Board Pumping Station Operator, Wm. Villavasso, pp. 24-25, 31-32, 42-74, 88-89,  describing occurrence of the North Breach.* ("When it fell down, it splashed and I seen massive amounts of water and I seen something that appeared to be a barge protruding, the tip protruding through the wall.")

*Plaintiffs' Exhibit 26, July 22, 2009 Deposition of Reed Mosher, p. 261, line 23 – p. 262, line 19.* (Q.    In your investigation of the Inner Harbor Navigation Canal in connection with the IPET report and your expert report, did you ever become aware of any other vessel or object that was in the water at the time of Katrina? MR. RAFFMAN: Objection. Form. THE WITNESS: No. BY MR. SEYMOUR: Q.    By "in the water," I mean inside the canal. A.    No, I don't remember, no. Q.    If there had been another vessel or a large object, would you have been likely to learn of it during the investigation? A.    If it was another large object and if it was in that region where the failures were, I would probably have been told about that. But I don't remember any – I don't know of any notification that there was  another thing floating around out there.")

*Plaintiffs' Exhibit 1, October 9, 2008 Deposition of Lower Ninth Ward resident Sidney Williams describing occurrence of the South Breach.* ("I heard a boom, a loud boom I was coming up out the roof.  When I got on the roof, I looked; just had the second boom occurred, I seen the barge out there against that wall rocking hitting the wall.")

*Plaintiffs' Exhibit 18, November 13, 2006 Deposition of Lower Ninth Ward resident Terry Mark Adams, pp. 1-114, describing occurrence of the South Breach.*
- *pp. 25 – 26:* Q. Okay. Did you see anything else after you were on the roof at 5:30 or thereabouts? A. Then I heard something that sounded like a bang. When I heard the bang I seen the barge come floating through. After the barge came through the water came through, like the water must have rose about 12 feet in seconds. … Q. And tell us what you saw after you heard the boom. A. After I heard that, the water came through. It was like a tidal wave of the tsunami. Cars was getting rolled, houses were getting pushed apart.
- *p. 60, lines 6 – 11:* Q. And what about any other water coming in from any other direction? A. Not yet, but the – the levee was basically from there all the way to Claiborne. You can basically see that it was just about intact.
- *pp. 81 – 82*: Q. In other words, was it – how much of the barge could you actually see? In other words, the part that would normally be above the water line to the top of it, how much of it could you see? A. I could see - - I could see right at about four feet of that barge sticking out there over the – over the flood wall. )
- *p. 67, lines 8 – 19:* Q. Were you able to see continuously the area between where Law Street comes at right angles into Jourdan Avenue and the floodwall, between there and the Claiborne Avenue bridge? Were you able to see that area? A. I could see it. Q. There wasn't anything in your way? No obstructions, no trees? A. Most of the trees were stripped bare. They – they didn't have anything on them. Q. Why was that? A. The wind.

*Plaintiffs' Exhibit 21, Transcription of January 25, 2006 audio statement of Lower Ninth Ward resident Arthur Murph to attorney Richard Joseph Guidry, describing occurrence of South Breach.* ("I know the barge was dragging against the wall…" "It busted that wall." "The water was not overrunning the levee, and the barge came from the other side, by Lafarge concrete, and broke through that wall, wiped these people's houses out and landed on mine, and killed a couple .....I know it wiped out a couple of people..... I don't know for a fact, but I... Because they had people in those houses." )

*Plaintiffs' Exhibit 2, April 29, 2009 Deposition of Lower Ninth Ward resident Arthur M. Anderson, III, pp. 69 – 75, concerning Mr. Murph's observations.* ("He said he saw the barge bust through the wall.")

*NOTE:* Please see *Plaintiffs Exhibit 84 In Globo*, maps identifying the location of witnesses at the times of events described here.