# BARGE PLAINTIFFS' COMPENDIUM OF PROOF NO. 2

## PHYSICAL EVIDENCE OF BARGE IMPACT

Concrete monoliths on the London and 17th Street Canals fell intact. *Plaintiffs' Exhibit 47, June 29, 2009 Report of Hector Pazos, Attachment 1, Photo Groups depicting 17th Street and London Avenue Canal breaches.* Concrete monoliths at the eastern Inner Harbor Navigation Canal breaches display significant pulverization of concrete. *Plaintiffs' Exhibit 47, June 29, 2009 Report of Hector Pazos, Attachment 1, Photo Groups depicting IHNC North Breach, and Group depicting IHNC South Breach.* This distinction is unique to the eastern IHNC floodwall breaches.

Exposed rebar protruding from area where concrete floodwall cap was at southern end of South Breach is a feature not present at any other breach. *Plaintiffs' Exhibit 49, Times Picayune or Getty Images photo of exposed rebar.* This rebar left a corresponding pattern on the bottom of ING 4727. *Plaintiffs' Exhibit 50, photo(s) of rebar markings on bottom of ING 4727.* This feature is unique to the South Breach of the Eastern IHNC floodwall.

"The scratches on the bottom of the barge are spaced at intervals that agree with the 9 inch design spacing of the vertical rebars in one face of the floodwall, (as described in the "as built" drawings of the floodwall) assuming the barge traveled in a somewhat straight path through the wall at a slight angle off perpendicular to the live of the wall. Some of the scratches on the bottom of the barge extended approximately three-fourths the length of the barge." *Plaintiffs' Exhibit 52, Report of Robert Bartlett, P.E.*

Witnesses testified to scraping and grinding noises (please see **Compendium of Proof No. 3**). Scrape marks appear along the inner expanse of the eastern IHNC floodwall from a point north of both the North Breach to the location of the South Breach. *Plaintiff's Exhibit 53, ABC News video interview of Joseph Edwards; Plaintiffs' Exhibit 47, June 29, 2009 Report of Hector Pazos, Attachment 1, Photo Groups depicting IHNC North Breach, and Group depicting IHNC South Breach.* Such markings do not appear at breach sites on other canals. *Plaintiffs' Exhibit 53, June 29, 2009 Report of Hector Pazos, Attachment 1, Photo Groups depicting 17th Street and London Avenue Canal breaches.*

*Plaintiffs' Exhibit 87 Declaration of Hector Pazos.*

*Plaintiffs' Exhibit 51, Declaration of Robert Bartlett, P.E..*

*Plaintiffs' Exhibit 43, Declaration of Genarro G. Marino, Ph.D, P.E.*