# BARGE PLAINTIFFS' COMPENDIUM OF PROOF NO. 3

### SOUNDS IDENTIFIED WITH
### BARGE CONTACT WITH THE EASTERN IHNC FLOODWALL

- Descriptions of Sounds as Booms/Explosions/Grinding/Screeching;
- Timing of Sounds Relative to Time of Day and/or Relative to Onset of Flooding

*Plaintiffs' Exhibit 2, Excerpts of April 29, 2009 Deposition of Lower Ninth Ward resident Arthur M. Anderson, III, pp. 61 – 62, comparing sound heard during Katrina to sound of prior barge collision with N. Claiborne Ave. Bridge.* **("**I heard -- let me tell you what I heard. It was strange. I heard a boom. Yes, I did hear boom." "Lots of people had got killed when a barge ran into the Claiborne Bridge. It was almost like that same sound. It was kind of like impact, kind of.")

*Plaintiffs' Exhibit 3, Excerpts of February 10, 2009 Deposition of Lower Ninth Ward resident Arcola Sutton, pp 75 – 78.* (Q. Okay. And, so, around 5:05 you heard a boom? A. Right.)

*Plaintiffs' Exhibit 4, Excerpts of Deposition of Lower Ninth Ward resident Patrina Peters, pp. 67- 75.* (Q. Can you give me a time frame? In other words, what I'm asking, how long between the first boom, the second boom, you go in the closet and you make the call? A. Between say quarter to 6, 5:30, quarter to 6. Between 5:30, 6:00 I was talking to Damond in the closet. Q. So a boom with a sound and then a shudder and a shake and a movement? A. Uh-huh.)

*Plaintiffs' Exhibit 5, Excerpts of Deposition of Lower Ninth Ward resident Dakeia Johnson, pp. 34 – 37, 45 - 47.* (Q. Okay. Was there any time that you felt you weren't secure? A. Yes. Q. When was that? A. When the water started rising. Q. And that was the first time you felt unsafe? A. Yes. Q. And do you remember what time that was? A. I would say around 6:00, 6:30 A.M. Q. And what threw you out of bed? A. The noise and the shaking of the house).

*Plaintiffs' Exhibit 6, Deposition of Lower Ninth Ward resident Anthony Dunn, pp. 15, 23 - 27.* (A. You are right, 1725 Jourdan Avenue. Q I think there was an upstairs/downstairs she described? A Yeah, we stayed upstairs….Q. All right. At some point you heard some booms, right? A. I heard a boom about one or two times…Q Before you heard the booms, what was the water like in the neighborhood? The water was low. After I heard the booms then the water rise up the steps.)

*Plaintiffs' Exhibit 7, February 19, 2008 Deposition of Lower Ninth Ward resident Dolores St. Cyr – Butler, pp. 17, 31 – 34, 117 – 118.* ("When I got down in the garage, I heard boom, boom, boom, and then the water came in.")

*Plaintiffs' Exhibit 8, Deposition of Lower Ninth Ward resident Ronald McGill, pp 40 – 49,59 – 60, describing sound before flooding.* ("Okay. So you heard the barge in the Ninth Ward hitting something?" "He hit the wall and came through." "When you got on top of the Claiborne Bridge, you can see the barge sitting in the middle of Jourdan Avenue." "And did you see that before?" "It wasn't in there before.")

*Plaintiffs' Exhibit 9, Deposition of Lower Ninth Ward resident Ernest "All Night Shorty" Edwards  pp 87 - 90, describing sound before flooding.* ("So while you were up on the bridge between 3:00 and 7:00 in the morning, did you hear or see anything else of any significance that you remember?" "I heard a boom, that's all.  I heard two booms, but the wind was blowing so hard, I didn't know what it was, and we were scared to death.")

*Plaintiffs' Exhibit 10,  Deposition of Lower Ninth Ward resident Daniel Weber, pp. 95 – 97, 99, 102, 122 – 124, describing sound before flooding.* **("**Okay.  And what else happened?" "Heard a loud sound.  Two loud sounds.  Boom.  Boom." "And where were these sounds coming from? "From towards the canal.")

*Plaintiffs' Exhibit 11, Deposition of Lower Ninth Ward resident Earl Lackings, p. 55, describing sound before flooding.* **("**We heard a big boom.  That's all.  A  big boom.")

*Plaintiffs' Exhibit 19, Deposition of Lower Ninth Ward resident Andrew Sartin, pp. 45 – 52, describing before flooding.* **("**It sound like I heard it hit something hard.  Boom.  By then I stand by the gate.  When I looked at the gate, here it come." "Then where did you go from the gate after you heard –" "I just standing there.  When I left the  gate, I ran." "Why did you run?" "Man, a big 'ole tidal wave coming down the street.")

*Plaintiffs' Exhibit 12, Deposition of Lower Ninth Ward resident Christopher Weaver, p. 140, describing sound before flooding.* **("**Why do you believe the barge is responsible?" "Because what I thought was an explosion at the time during the hurricane and what I learned later on down the line is that there was no actual explosion.  It was what I heard. It was the barge running through that wall.")

*Plaintiffs' Exhibit 13, Deposition of Lower Ninth Ward resident Kevin McFarland, p. 91, describing sound before flooding.* **("**It did not sound like a -- I know a sound from an explosion, and I know a sound from something hitting. "Boom," something hit.")

*Plaintiffs'  Exhibit 14, Deposition of Lower Ninth Ward resident Arthur Murph, p. 191 – 193, describing sound before flooding.* ("By that time I got midway in the driveway, I heard a big boom sound."  **"**Okay.  What happened immediately after that?"  "The water came.")

*Plaintiffs' Exhibit 17, Deposition of Lower Ninth Ward Resident Michael Bickham,  pp. 63-65, 77 – 78, describing sound before flooding.* **("**Was it a single boom that you heard?"  "No.  It came on like -- impact sounded like explosion, but it kept dragging.")

*Plaintiffs' Exhibit 15, Deposition of Lower Ninth Ward resident Carolyn Berryhill, pp 33 – 41, 105, 108 describing grinding sound, followed by boom sound and flooding.* ("And by the time they got back and Michael went upstairs and Wesley came inside and walked to the back of the house, well, during that time we all heard the grinding sound.")

*Plaintiffs' Exhibit 16, Deposition of Lower Ninth Ward resident Towanda Schexnayder, p. 42, lines 6 – 10, describing sound before flooding.* ("A screeching noise. It was like a knocking. Maybe about -- and I might be a little off with the time -- it was a little after 3:00, I think. I started hearing that noise.")

*Plaintiffs' Exhibit 3, February 10, 2009 deposition of Lower Ninth Ward resident Arcola Sutton, pp 75 – 78, describing sound before flooding.* "(Okay. And, so, around 5:05 you heard a boom? Right.")

*Plaintiffs' Exhibit 53 ABC News interview of Lower Ninth Ward resident Joe Edwards describing boom and flooding.*

*Plaintiff's Exhibit 35, Deposition of Sewerage and Water Board Pump Operator Wm. Villavasso, pp. 118 – 119, describing sounds associated with his observation of a barge at the time and location of the North Breach.* (A. Yeah. Well, when the transformer blows, it's a distinctive noise. It makes like more of a firecracker sound. But the sound I heard when I heard the wall break was like an explosion. It was a deeper boom)

*Plaintiffs' Exhibit 18, Deposition of Lower Ninth Ward resident Terry Adams*, p. 80, lines 1 – 9. ("I seen something on the water that really looked like an ark to me. I was like that's real funny. And I didn't – I didn't know it was a barge until I heard it hit. And when it hit it sounded empty. And that's what made me realize that it was a barge, the sound of it.")

*Plaintiffs' Exhibit 43, Declaration of Genarro Marino, Section L.*

*NOTE:*   Please see *Plaintiffs Exhibit 84 In Globo*, *Google* maps identifying the location of witnesses at the times of events described here.