# BARGE PLAINTIFFS' COMPENDIUM OF PROOF NO. 4

## ING 4727's ABILITY TO EXERT SUFFICIENT FORCE TO CAUSE THE EASTERN IHNC FLOODWALL BREACHES

## IMPACT LOADS ASSERTED BY BARGES ON STATIONARY STRUCTURES

*Plaintiffs' Exhibit 55, video of Robert Bea.* ("...and in fact, in the Ninth Ward, it (the barge) played a role in the disaster of unfolding of the levee under the excessive forces from the colliding barge.")

*Plaintiffs' Exhibit 87, Declaration of Hector Pazos.*

*Plaintiffs' Exhibit 43, Declaration of Genarro Marino, Ph.D, P.E.*

*Plaintiffs' Exhibit 51, Declaration of Robert Bartlett, P.E.*

*Plaintiffs' Exhibit 47, June 29, 2009 Report of Hector Pazos, Attachment 5 – "Estimate Of The Forces Acting On The Floodwall Due To The Barge Contacting The Floodwall."*

*Plaintiffs' Exhibit 65, IPET, March 26, 2007; Vol. IV, "The Storm - Findings and Lessons Learned" p. IV-261.* ("Barge impacts in high-wind/high-wave situations have the potential to inflict consequential damage to floodwalls.")

*Plaintiffs' Exhibit 82, IPET, March 26, 2007, V89 – V102; IPET, Vol. IV, Technical Appendix 17, "Consideration of Wind-Induced Barge Motions and Associated Forces in the Inner Harbor Navigation Canal."* ("… addresses the issue of whether the barge that traversed from the Industrial Navigation Harbor Canal (INHC) through the flood wall to the Lower Ninth Ward could have been a cause of the levee failure in this area or whether the barge was simply transported through the levee subsequent to its failure" … "It is found that the terminal velocity of the barge is achieved rather quickly for the wind speed examined (100 miles per hour) and that for barge conditions in the INHC the momentum and energy impact on the east flood wall depend primarily on the draft of the barge during the event.")

*Plaintiffs' Exhibit 26, July 22, 2009 Deposition of Reed Mosher, p. 126, line 16 – p. 127, line 6.* (Q.    We're talking about – forget about angles.  We're talking about the corner of the barge.  So the barge is not at a right angle to the wall, but the corner of the barge, the path that that corner takes going across the canal and hitting the wall is at right angles to the wall.  Is that -- is that a clear concept?    A.    Okay.  If the motion of the barge is perpendicular to the wall, then that could be the case, and then it would impart -- whatever the weight of the barge plus its velocity at the time would be the force, but it would have to be traveling perpendicular to the wall.)
.

*Plaintiffs' Exhibit 56, NIST Technical Note 1476, Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report, National Institute of Standards and Technology, Chapter 3, pp. 52-53.* ("One of the garages, a five-story parking structure located in the eastern-most part of Biloxi, experienced no apparent structural collapse from storm surge directly, but did experience partial collapse of the southwest corner due to the rocking motion of the floating barge moored alongside it. All five levels of the southwest corner collapsed from the barge impact.")

*Plaintiffs' Exhibit 57, NIST Technical Note 1476, Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report, National Institute of Standards and Technology, Chapter 4, p. 116. (*"Many bridges were not subjected to direct effects of Hurricane Katrina's storm surge and wave actions, but nevertheless sustained structural damage due to impact by surge-borne debris. The US-90 bridge over the Pascagoula River in Mississippi, approximately 45 miles east of the storm track, is one such bridge. Storm surge in the eastern part of the state caused several barges to break loose from their moorings and strike the eastbound lanes of the US-90 bridge, causing misalignment of the superstructure spans (over four feet to the north, see Figure 4-49) and tipping of piers. The damage required the complete replacement of six spans (about 300 linear feet)")

*Plaintiffs' Exhibit 58, June 30, 1994 National Transportation Safety Board Safety Recommendation concerning barge allision with N. Claiborne Avenue Bridge.* ("About *3:30* pm" CDT on May 28, 1993, the towboat CHRIS, pushing the empty hopper barge DM 3021, collided with a support pier of the eastern span of the Judge William Seeber Bridge in New Orleans, Louisiana. The Judge William Seeber Bridge, known locally as the Claiborne Avenue Bridge, carries Highway Route 39 over the New Orleans Inner Harbor Navigation Canal, known locally as the Industrial Canal. The impact severed the pier, causing two approach spans (about 145 feet of bridge deck) and a two-column bent to collapse onto the barge and into the shallow waters of the canal. Two automobiles carrying three people fell with the four-lane bridge deck, resulting in one death and serious injuries to two other people.")