# BARGE PLAINTIFFS' COMPENDIUM OF PROOF NO. 5

## SUDDENNESS OF FLOODING IDENTIFIED WITH
## BARGE CONTACT WITH THE EASTERN IHNC FLOODWALL

- Descriptions of Suddenness of Flooding;
- Timing of Suddenness of flooding relative to Time of Day and/or Relative to Onset of Flooding

*Plaintiffs' Exhibit 10, Excerpts of Deposition of Daniel Weber who lost his long time companion due to the suddenness of flooding.* Mr. Weber lived approximately four (4) blocks from the Industrial Canal. (P. 86) At around daybreak, he heard two loud sounds. "Boom. Boom." From the direction of the canal. (P. 88, 92) (Q. Then what? A. Sat back on the bed. Tried to hear the radio. That went out. The backup battery didn't work and my radio went out. Then I walked to the living room, the living room, I was getting ready to walk back and I could feel the floors a little damp. And I looked back toward the living room door, I seen water skeeting through where the lock is. I taste it, it was salty. I said we're in trouble. So I hurry up and went back to the bedroom, wake her up, tell her we got to get in the attic. Before I could get her in the attic, to even get her out of the bed, the water was up almost over the window. Side door to the kitchen blew open. Boom, all the water rushes into the house. Everything run into the hall. Couldn't get to the attic. Trapped. All the furniture ran into the hall. Q. So you had to pull-down attic? Is that what you're saying? A. Oh, everything ran to the hall. Freezer and refrigerator, looked like something was just trying to keep me from, you know, keep me from getting – Anyway, we couldn't get to the attic. **And she told me, said, "I'm sorry, I got both of us drowned." I told her, I said, "I am not going to let you die." All the effort I put into it, she still drown). (p. 92-93)** (Emphasis added)

Mr. Weber was then able to break a window cutting his fingers "to the bone." (p. 93)

After exiting the house through a window, Mr. Weber, while standing on a chain link fence, pushed his companion onto the roof. (Q. -- sort of relive it with you. I know its difficult, but that's exactly what we need to do. You were on the fence. Let me make sure I followed you. You got on your roof? Is that right? A. I never really got a chance to get up on the roof. She was on the roof. I put her on the roof. Q. You put her up there? Okay. And then she slipped off the roof? A. No, the water was coming up so fast it washed her off. **Q. Okay. And you went down to try and get her? A. I went right behind her. Q. Okay. And you grabbed her shirt? A. Grabbed her blouse, come up with her blouse, she just vanished. I couldn't find her. I looked for her. I couldn't find her). (p. 106-107)** (Emphasis added)

At this time, the water was flowing from the canal towards St. Bernard Parish. (Q. Okay. And was there any direction to this water? A. The water was going towards St. Bernard Parish hard. **I saw broke up buildings passing me). (p. 104)** (Emphasis added)

The timing of the sounds of the impact, the flood and Mr. Weber's attempt to get his companion out of the residence was immediate.   Mr. Weber saw the barge within 10 minutes of getting his companion out of the house.  (Note: His house is 4 blocks from the levee)  (Q. I have one.  I just want to clarify.  From the time your wife's shirt tore off until the time you first saw the barge, how much time went by?  A. It couldn't have been no more than ten minutes or something.  It was really soon.) (p. l22)


*Plaintiffs' Exhibit 18, Excerpts of Deposition of Terry Adams, p. 26* (Q.  And tell us what you saw after you heard the boom.  A. After I heard that, the water came through.  It was like a tidal wave or the tsunami.  Cars were getting rolled, houses were getting pushed apart.)