# BARGE PLAINTIFFS COMPENDIUM OF PROOF NO. 6

## WAVE HEIGHTS IN THE IHNC

**A.     Lafarge's Representation in ¶ 21 of its Statement of Undisputed Facts**

Paragraph 21 in Lafarge's Statement of Undisputed Facts states:

> 21. It is possible, through scientific means, to determine wave heights during a storm event at a given location.

**B.     Lafarge's Representation in ¶ 22 of its Statement of Undisputed Facts**

Paragraph 22 in Lafarge's Statement of Undisputed Facts states:

> 22. The Interagency Performance Evaluation Task Force ("IPET") conducted a scientific study and concluded that wave heights in the IHNC during Hurricane Katrina reached 1 foot before 5:30 a.m. CDT on August 29, 2005, and 2-3 feet after that.

A great deal of evidence disagrees with this statement, including the IPET Report and its Appendices. Defendant does not cite the IPET Report in support of its statement, but relies instead on three experts.

One expert, Melvin Spinks, misread the following passage in Vol. IV of the IPET Report at p. 227 as referring to wave heights in the IHNC: "The largest waves entering the IHNC from Lake Pontchartrain boundary lag the large waves entering from the MRGO/GIWW by about 4 hr, with peak conditions occurring around 1430 UTC (9:30 a.m CDT). Similar to waves entering the MRGO/GIWW, these waves decay rapidly and within less than a mile have been reduced to about 1.2 ft." Neither of the other experts stated that the wave height in the IHNC were only one foot before 5:30 A.M. CDT. Defendant's only source for this statement is this clearly mistaken reading, and Defendant has not cited to the Court the parts of the IPET Report that are contrary to its statement.

    **C.**    <u>**The Interagency Performance Evaluation Task Force (IPET) Admission of Limitations on Efforts to Model Waves in Canals**</u>

The Interagency Performance Evaluation Task Force ("IPET") discussed the difficulties of modeling wave heights in its January 10, 2006 Performance Evaluation Plan and Interim Status, Report 1 of a Series. In the section on "Numerical and Physical Modeling of Local Hydrodynamic Forces and Overtopping" on pp. 79-80,[1] it described the experimental approach it intended to follow:

> Inside the canals (i.e. 17th Street, Orleans, London Ave, IHNC, MRGO), the situation is quite complex. <u>No existing model includes all of the phenomena that potentially are significant in this region.</u> For this reason, a suite of different models will be utilized that should collectively represent all of these phenomena very well. <u>Since little or no information exists on waves within the canal areas, this approach should provide valuable information pertaining to model-related differences in wave estimates within the canals.</u> The models and teams utilized here are described below:
>
> **ADCIRC model.** The ADCIRC model will be exercised on a very small grid (1-5 meters) along all of the canals. This model will provide estimates of mean water levels along the canal related to direct wind forcing over the duration of the storm. This model will use boundary conditions from the combined wind and wave set-up along the canal entrances (which will be calibrated to high-water marks as part of Task 4). The limited high-water marks from the interior of the canals and information from the forensics team (described below) will be used to calibrate the results inside the canals. A team consisting of Ray Chapman (ERDC-CHL), Mary Cialone (ERDC-CHL) and Rick Luettich (UNC) will perform this work.
>
> **Physical model.** A physical model (1:40-1:50 scale) will be constructed for the 17th Street Canal. This model is needed to estimate wave transmission under submerged (or near submerged) bridges. <u>None of the numerical models can provide this information; hence, the physical model will provide calibration/validation information for the numerical models in this effort.</u> The physical model will also be used to help quantify the potential for wave groups to create surging currents within the canals (resonant and non resonant), as well as overtopping rates due to both wave and mean water levels exceeding the sides of the levees. Bill Seabergh, Jeff Melby, Robert Dean, and Nobu Kobayashi will lead this effort.
>
> **STWAVE model.** This model is the only model among the model suite being utilized that can estimate wave generation along the canal. STWAVE can be run in either a coupled mode or an uncoupled mode with the ADCIRC model, depending on the degree of wave set-up due to wave energy losses along the canal. Besides wave generation by the wind, this model contains all phase-averaged source terms required for modeling at this scale (for example: wave breaking, bottom dissipation, nonlinear four-wave interactions, refraction, shoaling, and side reflection). <u>Information from the physical model will be required to calibrate wave energy losses</u>

---

[1] The relevant pages of this Report are attached hereto as Exhibit 65.

>   as waves pass under submerged or near-submerged bridges.  Don Resio (ERDC-CHL), Jane Smith (ERDC-CHL), and Mary Cialone (ERDC-CHL) will perform this work.
>
>   **Boussinesq model.** This model provides an excellent representation of phase resolving phenomena within a wave field (for example complex diffraction-refraction-reflection patterns). It also allows for nonlinear (three-wave) interactions among wave components of a spectrum. Such interactions are potentially significant contributors to long-period (10's of seconds to minutes) oscillations within the canals.  <u>Boussinesq models are depth averaged, so these model runs will also require calibration information from the physical model for the situation of submerged or near-submerged bridges.</u> The Boussinesq model <u>does not contain a validated wave generation source term; consequently, information on any significant wave generation along the canal will have to be gained from the STWAVE model</u>.  Jeff Melby (ERDC-CHL), Patrick Lynett (Texas A&M University), Nobu Kobayashi (University of Delaware) will perform this work.

(Emphasis added.)

### D.   **The Interagency Performance Evaluation Task Force Report**

Appendix 14 to the IPET Report, Volume IV ("The Storm") (Final) is entitled "Detailed-Scale STWAVE Modeling."[2]  The Appendix states at p. IV-14-6:

>   In the IHNC, runs with the "narrow-fetch" version of STWAVE were used to estimate wave conditions along the canal.  Figure 14-1 shows the line of maximum wave height along the MRGO/GIWW entrance to the IHNC from the east; and Figure 14-2 shows the line of maximum wave height along the northern portion of the IHNC down to its southern end.  In both cases, two patterns are evident: a rapid damping of longer period waves that are entering the canals from the Gulf on the east and Lake Pontchartrain on the north and <u>a growth of waves due to local wind generation along the canals.</u>  As seen in Figure 14-2, estimates of the latter process appear to be consistent with photographic evidence at the southern end of the IHNC.

(Emphasis supplied.)

Figure 14.1 shows that the model estimates that waves about 2.8 feet in height entered the IHNC from the MRGO/GIWW entrance, and the text combined with Figure 14.2 can reasonably be read as showing that the model estimates that local winds drove wave heights within the IHNC to as high as 8.5 feet at one end, with photographic evidence of waves as high as 3.5 feet at the other.

---

[2] Appendix 14 to IPET Volume IV (Final) is Exhibit 65.

The Appendix continues, describing difficulty in modeling the wave heights at the site of the breaches in the IHNC and stating, without any representation that it reflected reality, estimates from a range of possible reflection rates:

> As a final exercise of STWAVE, a run was made to examine the potential wave heights along the sites of levee breaches along the Lower Ninth Ward using the phase-resolving modification discussed in this Appendix. Not surprisingly, these results show that the major source of waves propagating onto these floodwalls early in the storm, at about the time of their overtopping/breaching, came from waves reflecting back from the west side of the IHNC. <u>This raises the problem that the coefficient of reflection for waves incident on that side is a relative unknown.</u> Sensitivity tests showed that <u>for a range of energy reflection coefficients from 0.5 to 0.8, significant wave heights arriving at the site of the northern breach into the Lower Ninth Ward were in the range of 2 to 3 feet at the time shown in Figure 14-1.</u>

*Id.* at p. IV-14-8 (emphasis supplied).

IPET also ran wave simulations along the IHNC using a Boussinesq model, but this model was very simplified, assumed that waves along the Gulf Intracoastal Waterway were the only waves to be considered, ignored all waves coming from Lake Pontchartrain, ignored all waves in the IHNC by assuming they were insignificant, and therefore assumed that the waves entering the IHNC were perpendicular to the IHNC and so lost most of their water and energy.[3] The times stated are Universal Time, and it is not controversial that Universal Time is five hours earlier than Central Daylight Time:

> Incident wave conditions are taken from the STWAVE simulations of wave evolution through the GIWW including local wave generation. The STWAVE output location is near the connection of the IHNC and the GIWW. Two-dimensional spectra are used to drive the Boussinesq runs. Simulations are performed for three times, 0630, 0930 and 1030 UTC on the 29th. Due to the early morning times of these simulations, only the waves coming through the GIWW will be used to force the Boussinesq; waves coming down the northern section of the IHNC are assumed short and small, and are ignored. Waves enter the IHNC from the GIWW at an angle nearly perpendicular to the IHNC. The model output to be presented includes wave height transect along the canal, forces, and the vertical distribution of pressure on a panel near the failure locations.

---

[3] Appendix 15 to IPET Volume IV (Final) is Exhibit 65.

### Simulation Results: Wave Heights and Periods

A plan view snapshot of the wave field at 0630 UTC is given in Figure 15-26. At this time, the significant wave height at the end of the GIWW is 2.4ft. Due to the nearly perpendicular angle of entry into the IHNC, little wave energy makes it south to near the Lock. The wave height transect along the IHNC is shown in Figure 15-27. Wave heights at the Florida Avenue Bridge are about a quarter of a foot. At 0930 UTC, the wave height in the GIWW is near 3.4ft, and wave heights near the Florida Avenue Bridge are close to 0.6ft. By 1030 UTC, the significant wave height at the end of the GIWW has grown to 4.1ft. A snapshot of the waves at this time is shown in Figure 15-28. Here, more wave energy is able to turn into the southern reach of the IHNC, such that the significant wave height near the Florida Avenue Bridge is 1ft. Wave properties through the IHNC at 1030 are also shown in Figure 15-27.

IPET Volume IV ("The Storm") (Final), Technical Appendix 15, p. IV-15-37.

IPET Technical Appendix 15 shows on p. IV-15-39 the Boussinesq model calculates:

- that near the site of the North Breach (12000 on the grid), wave heights <u>in the IHNC</u> at 0630 UTC (1:30 A.M. CDT) were close to 2 feet;

- that near the site of the North Breach (12000 on the grid), wave heights <u>in the IHNC</u> at 0930 UTC (4:30 A.M. CDT) were close to 3 feet; and

- that near the site of the North Breach (12000 on the grid), wave heights <u>in the IHNC</u> at 1030 UTC (5:30 A.M. CDT) were close to 4 feet.

The main text of Volume IV (Final) of the IPET Report says at p. IV-4:[4]

Breaching within the IHNC occurred in locations near the junction of the GIWW/MRGO and IHNC and south of this junction. In this area, waves entering from the north from Lake Pontchartrain and from the east from the Gulf of Mexico are largely dissipated; however, during peak conditions for winds out of the east (around 0900 to 1100 UTC), wave heights of 4 ft or larger were generated within the GIWW/MRGO. These waves propagated into the IHNC and were diffracted and reflected from side to side within this canal. Estimated wave heights are in the 2- to 3-ft range for the area along the Lower Ninth Ward that may have breached early around 0930 to 1030 UTC. Later in the morning, around 1430 UTC, winds had rotated to where they were coming from the north, roughly aligned with the axis of the IHNC, and waves in the 2- to 3-ft range were generated near the southern end of the IHNC.

---

[4] A copy of the cited portions of the main text of Volume IV is attached as Exhibit 65.

The main text continues to discuss waves at the IHNC breaches on pp. 222-229. It states at p. 226-227:

> As can be seen in Figure 161, waves entering the MRGO/GIWW from relatively open waters decay rapidly from almost 3 ft to about 1.2 ft within about one-half mile. However, the winds for the entire 0600-to-1100 UTC (1:00-to-6:00 a.m. CDT) timeframe on the 29th are relatively well aligned with the axis of the MRGO/GIWW; consequently, local wave generation is quite important here, with wave heights of over 4 ft produced in the vicinity of the GIWW/MRGO – IHNC intersection during peak wind conditions at 1030 UTC (5:30 a.m. CDT) of about 80 knots out of the east. These waves are quite short with peak periods in the range of 3.5 to 4.0 sec. The Boussinesq model was utilized to approximate waves within the IHNC, based on boundary conditions derived from the STWAVE. A modified version of STWAVE was also run in this same area, due to the large spatial extent of the region being modeled. Results from the STWAVE runs showed that the primary source of wave energy incident upon the floodwalls along the Lower Ninth Ward came from waves reflected back to the east side of the canal from the west side. Due to all the irregularities along the west side of the IHNC and the range of types of slopes and materials, it is difficult to estimate the reflection coefficient for this area with much certainty. Sensitivity tests show that for coefficients of energy reflection in the 50 percent to 80 percent range, wave heights of approximately 2 to 3 ft would be incident on the Lower Ninth Ward floodwalls.
>
> The largest waves entering the IHNC from Lake Pontchartrain boundary lag the large waves entering from the MRGO/GIWW by about 4 hr, with peak conditions occurring around 1430 UTC (9:30 a.m CDT). Similar to waves entering the MRGO/GIWW, these waves decay rapidly and within less than a mile have been reduced to about 1.2 ft. As was the case in the MRGO/GIWW, local wave generation contributes significantly to the evolution of the wave field propagating down the canal from the north. In this case the maximum winds for generation down this portion of the canal occur at about 1430 UTC (9:30 a.m. CDT) on the 29th and are about 61 knots out of the north. As seen in Figure 162, the lower wind speeds and possibly some of the bridges along the canal result in significant wave heights that are slightly smaller than those generated down the MRGO/GIWW – about 2.8 ft compared to over 4 ft. The wave periods are also slightly lower than the peak conditions along the MRGO/GIWW, falling in the range of 3.0 to 3.5 sec. As can be seen in Figure 162, the estimated wave height and period from STWAVE appear consistent with photographic evidence at the extreme southern end of the IHNC, near the Mississippi River Lock.

The main text does not explain the discrepancies between itself and each of the Technical Appendices described above.

A jury would have to determine whether the government's Detailed-Scale STWAVE Model or its description of the results of its Boussinesq model, or its graphical depiction of its Boussinesq model, or the main text of the IPET Report, is more accurate, to the extent that the jury would reasonably have to fall back on any of these models or descriptions.

### E. Reed Mosher, Lafarge's Selectively Unmentioned Witness

Lafarge does not mention Reed Mosher of the Army Corps of Engineers in connection with waves in the IHNC, although it cites him several times in its summary-judgment papers in connection with other matters. *E.g.*, Lafarge Summary Judgment Memorandum at p. 8 n.8 and 9, p. 10 n.14, p. 19, p. 19 n.22, p. 23 n.48, p. 41 n.107, and p. 44 n.122; Exhibit 11 to its Memorandum; Statement of Undisputed Facts ¶¶ 19 on p. 7, 31 on p. 12, 32 on p. 12, 34 on pp. 13, 14, and 15 (multiple reliances).

Defendant Lafarge also listed the expert reports in the *Robinson* case as its own exhibits. Lafarge April 29, 2009 Final Exhibit List, Doc. # 18700, item 72 ("Expert reports, depositions, and trial exhibits from MRGO/Robinson").

One would therefore have expected to see Dr. Mosher's expert report in *Robinson* mentioned in a statement of assertedly "Undisputed" fact. Dr. Mosher's executive summary disputes Defendant's statement.[5] It states:

## Executive Summary

> Hurricane Katrina's unprecedented storm surge and waves overwhelmed the Lake Pontchartrain and Vicinity Hurricane Protection Project ("LPV") flood works on August 29, 2005. These levees, floodwalls, and control structures had not been designed to withstand a storm as powerful as Hurricane Katrina. Based on my study of the available and pertinent evidence and information, it is my opinion to a reasonable degree of scientific certainty that:

---

[5] A copy of these pages is attached as Exhibit 88.

Compendium of Testimony on Wave Heights
Page 8 of 16 —

*   *   *

(2) The hydraulic forces of the waves and the surge that overtopped the LPV levees and floodwalls on the south side of the MRGO and the east side of the IHNC were sufficiently powerful to cause the breaches that occurred even if the MRGO had been no larger than its design dimensions or had not even been in existence when Hurricane Katrina struck. . . .

*   *   *

(4) The hydraulic forces exerted by storm surge and waves in the IHNC caused the LPV floodwall on the east side of the canal just south of Florida Avenue to collapse before the surge and waves reached the top of the wall (colloquially referred to as the "north breach"). Even if the MRGO had been no larger than its design dimensions or if the MRGO had not even existed, Hurricane Katrina would have forced sufficient surge and waves into the IHNC through the GIWW to cause the LPV floodwall to collapse at this location.

(5) The hydraulic forces exerted by storm surge and waves in the IHNC caused the LPV floodwall on the east side of the canal north of Claiborne Avenue to collapse after the surge and waves overtopped the wall (colloquially referred to as the "south breach"). Even if the MRGO had been no larger than its design dimensions or if the MRGO had not even existed, Hurricane Katrina would have forced sufficient surge and waves into the IHNC through the GIWW to overtop the LPV floodwall and cause its collapse at this location.

### F.    William Villavasso, Manager of the Pumping Station

William Villavasso, a 23-year employee of the Water and Sewer Board, had been the Chief Operator of Pump Station 5 at the time of Hurricane Katrina. Pump Station 5 is located at Florida Avenue and the Industrial Canal.[6] He saw four to five foot high waves splashing over the Industrial Canal:[7]

```
2  EXAMINATION BY MR. GILBERT:
3     Q.  That's fine.  I am satisfied with
4  the drawing.  I don't need you to add anything
5  to it.
6         Okay.  So let's go back to you
7  narrating what's going on after midnight
```

---

[6] December 18, 2007 Deposition of Mr. Villavasso, Tr. 24 line 9 to Tr. 25 line 13. A copy of the relevant pages of his deposition is attached as Exhibit 35.
[7] December 18, 2007 Deposition of Mr. Villavasso, Tr. 57 line 2 to Tr. 58 line 7.

```
 8   Sunday.  Pick up where -- I guess it would be
 9   Monday.  Pick up where you left off and tell
10   us what's happening at the station.  You said
11   at about around 3:00 you start seeing some
12   rain.  What's going from there?
13       A.  Okay.  I am starting to see rain
14   intensify, winds picking up, and water
15   splashing over the levees, both sides.  In the
16   rear where the bayou, the bayou and also the
17   Industrial Canal.
18       Q.  How much do you see splashing over
19   the Industrial Canal?
20       A.  I could only estimate.  I would say
21   from three, four, maybe five feet.
22       Q.  Okay.
23       A.  A splashing effect.
24       Q.  When you say "splashing", can you
25   describe that?  And I guess what I mean is,
0058
 1   that -- is that a constant flow of water?  Is
 2   that intermittent?  What is that?
 3       A.  No, it's a constant.  It's constant
 4   splash.  And the wind is pushing, it's
 5   splashing, and the splashing, which I have
 6   been at this -- worked there for a long time.
 7   I have never seen it splash to that effect.
```

He was asked again about this subject:

```
 8       Q.  Now, you also testified that, I
 9   believe, the first time that you went up and
10   made an observation from this door, you saw
11   water splashing over the floodwall four to
12   five feet high and in wave forms.  Is that
13   correct?
14       A.  Right.
15       Q.  When you went out the second time,
16   just before you saw the wall break, were you
17   still seeing these four to five foot waves, or
18   was the water coming over?
19       A.  Intensifying, yeah.  Intensifying.
20       Q.  How high was the water level in the
21   canal?  Was it starting to pour over or creep
22   over?
23       A.  It was a splashing effect.  I
```

```
     24  couldn't tell if it was continuously pouring.
     25  I could just see it splashing hard.
```

*Id.* at 184 lines 8-25.

Mr. Villavasso also testified to seeing a large wave travel South down the Industrial Canal, towards Claiborne Avenue, early in the morning of August 29 and shortly before he heard a "boom" sound and saw what appeared to him to be the tip of barge stuck in the floodwall: [8]

```
     25    Q.  Okay.  All right.  Well, you
     0129
      1  remember when you and I and Brian had a chance
      2  to visit with you?
      3    A.  Correct.
      4    Q.  All right.  And you, I thought, tell
      5  me if I am wrong, described having seen a
      6  large volume of water traveling down the
      7  Industrial Canal from the lake toward the
      8  river.
      9    A.  That's correct.
     10    Q.  Okay.  So when did you observe that
     11  occurring?
     12    A.  Around the same time of -- Around
     13  the same time I heard the explosion.  Because
     14  I looked to my right, I looked to my left.
     15    Q.  Okay.
     16    A.  I looked to my right, I seen a wave
     17  of water just gushing down the Industrial
     18  Canal and it passed the bridge and I heard a
     19  boom.
     20    Q.  Okay.  I think you also told me,
     21  though, that when the wave hit the bridge,
     22  something -- or you heard some things when it
     23  hit the bridge?
     24    A.  Oh, yeah, you heard all kind of
     25  clankering and -- I guess it brought a lot of
     0130
      1  debris towards that way.  I am not sure.
      2    Q.  All right.  And so I guess obviously
      3  your eye just followed the water continue its
      4  course down toward the river?
```

---

[8] December 18, 2007 Deposition of Mr. Villavasso, Tr. 24 line 9 to Tr. 25 line 13.

Compendium of Testimony on Wave Heights
Page 11 of 16 —

```
 5     A.  Yes.
 6     Q.  All right.  And did you say that the
 7  sound was co-existent, or at least the sound
 8  happened at the same time when the wall of
 9  water got to that point?
10     A.  May not have been simultaneously,
11  but it happened within a short span.
```

December 18, 2007 Deposition of Mr. Villavasso, Tr. 128 line 25 to Tr. 130 line 11.  He

discussed the "boom" sound again, and stated as follows:

```
13     Q.  Okay.
14     A.  At that particular time I opened the
15  door back up and the wind yanks the door out
16  of my hand and pulls it off from the hinges.
17  And I think the top hinge was just holding the
18  door.  Then I heard transformers on a
19  telephone pole -- on a light poles, telephone
20  poles, whatever you want to call them, you
21  could hear them exploding.
22     Q.  Do you know what time this is?
23     A.  I would say this would probably be
24   -- See, I am not sure on time.  I couldn't
25  tell you time.  I would say -- I thought it
0064
 1  was about 3:00 or 4:00, but I am not sure what
 2  time it was.
 3     Q.  Okay.
 4     A.  But I am going to get back around to
 5  that time thing in a minute.  But to finish
 6  what I was saying, when I looked over to my
 7  left, I am watching the water, it's getting
 8  more intense splashing over the wall.  Then I
 9  heard like an explosion.  Boom.  And I heard
10  the explosion, I said what -- what could that
11  be?  I am still looking in that direction.
12  And then I seen the levee wall partially --
13  sections, it's -- The levee walls are like in
14  sections.  I saw it tumble over (indicating).
15  A couple of sections looked like they tumbled
16  over.  And I am looking real good, I am
17  squinting my eyes because it's raining, too.
18  Imagine it was still dark, but I could see
19  that.  Because it looked like a mouth with a
```

```
20  tooth out.  That's what went through my mind.
21  And then I seen what appear to be metal
22  structure like a barge, only the tip of it.
23  Couldn't tell you I seen a whole barge,
24  because I didn't.  I -- That's what I seen.
```

*Id.*, Tr. 63 line 13 to Tr. 64 line 24.  He was asked again about the large wave going from above

the Florida Avenue bridge towards Claiborne Avenue:

```
19     Q.  You described what I believe you
20  said was a 20 foot wall of water.  Do you
21  remember that?
22     A.  Yes.
23     Q.  I was a bit confused as to when that
24  was and where it was coming from.  Would you
25  mind just going over that again a bit?
0187
 1     A.  Well, I seen a wall of water.  When
 2  I said 20 feet, I was just estimating that's
 3  what it may have been.  Coming from Southern
 4  Scrap towards the Florida bridge, coming that
 5  way, going towards the Claiborne bridge.
 6     Q.  And did you see that in the canal or
 7  into the neighborhood?
 8     A.  Into the canal.  Basically it was --
 9  it was pouring over the sides, but -- At that
10  point.  But at the point it start pouring over
11  the sides, and it was just rushing straight
12  down the canal.
13     Q.  And was that before or after the
14  wall break?
15     A.  It was during the wall break.  When
16  it reached that point, that's when I heard a
17  boom, the wall broke, I seen the tip of what
18  appeared to be a barge and the water rushing.
19     Q.  Okay.  So you saw this 20 foot wall
20  of water coming from the Southern Scrap yard
21  area toward the wall that eventually broke and
22  down the canal?
23     A.  Correct.
24     Q.  Is that fair?  Did you see any of
25  this wall of water that you referred to coming
0188
 1  from the Southern Scrap yard actually come
```

2  over the railroad track area?
3     A.  No.  I was more focused on the
4  canal.
5     Q.  I'm going to show you a photograph
6  that I hope helps us with what you just said.
7  I'll mark it as Number 9.  It shows the
8  Florida Avenue bridge; right?  That's the blue
9  bridge?
10    A.  Right.
11    Q.  And Southern Scrap yard and the pump
12  station area?  Is that right?
13    A.  Yeah.
14    Q.  Okay.  And is it helpful to you to
15  show us with a pen the direction of this wave
16  of water?
17    A.  Yeah.  I seen the wave of water come
18  this way, with this arrow here (writing).  I
19  seen it go down.  I heard a lot of clinging
20  when it got to the bridge, and just seen it go
21  this way (writing).
22    Q.  Okay.
23       MR. ERNST:
24         Heading from the lake toward the
25     Claiborne Avenue?
0189
1        THE WITNESS:
2          The lake towards the Claiborne
3       Avenue bridge.
4  EXAMINATION BY MR. WALKER:
5     Q.  And this was, to the best of your
6  estimate, about a 20 foot wall of water?
7     A.  Well, yeah.  I am estimating when I
8  say 20 foot.  I didn't have a tape measure
9  there.  I just seen it was a high wall of
10  water.
11    Q.  I understand.  And then as that wall
12  of water passed somewhere parallel to your
13  pump station is when you saw the wall
14  collapse?
15    A.  Right.
16    Q.  Did that wall of water keep going
17  down?  Did you notice?  Or did it go over the
18  wall, or what happened?
19    A.  Yeah, at the time it was flowing
20  this way, it was pouring over the walls, over

```
21  the side of the walls.  You could see it
22  pouring over the walls and we were getting
23  massive amounts of water then.  But as you
24  seen it, it looked like a big ball really
25  going this way (indicating), then you --
0190
 1     Q.  When you say "this way", you're
 2  saying down the canal?
 3     A.  Down the canal towards Claiborne.
 4     Q.  And the walls that you're referring
 5  to, you have been showing us with your hands,
 6  are these walls in front of Southern Scrap and
 7  the walls in front of your pump station?
 8     A.  Yeah.  The floodwall.
 9     Q.  Right.
10     A.  They go all the way down.  I don't
11  see them on this map.  Where it goes down this
12  way (indicating).  But yeah.  You could see
13  them spla- -- the water was splashing at
14  first; then it start flowing when the big ball
15  of water came.
16     Q.  That's when it started pouring over
17  the floodwalls?
18     A.  Correct.
19     Q.  Both to the north and to the south
20  of the Florida Avenue bridge?
21     A.  As the water approached --
          *          *          *
 4     Q.  Both to the north and to the south
 5  of the Florida Avenue bridge?
 6     A.  As the water approached this way
 7  (indicating), the intensity of it flowing over
 8  the wall was greater.
 9     Q.  As it got to that narrow area of the
10  bridge, in front of the bridge?
11     A.  It was greater, yeah.
12     Q.  All right.  Could you just finish
13  that?  Did you mean that to be an arrow
14  pointing in the direction where that ball of
15  water came?
16     A.  Yeah, the ball of water is coming
17  down this way; water is flowing over the side
18  of the canal wall; and when it reached down to
19  the end where I heard a boom, I seen -- what
20  happened, I don't know, but when I heard the
```

> 21  boom, you could see this part of the wall
> 22  tumble down and I seen to appear to be part of
> 23  a -- something steel.
> 24      Q.  The tip of something?
> 25      A.  Steel.
> 0192
>  1      Q.  Let me finish this, if this is
>  2  accurate.  So this would be -- Is that right,
>  3  the continuation of the arrow?
>  4      A.  Correct.
>  5      Q.  All right.  Now, you described the
>  6  sounds you heard.  Clinging, I think you
>  7  said?
>  8      A.  Yeah.  When it was -- when it hit
>  9  the bridge.
> 10      Q.  Metal sounds, crashing sounds,
> 11  breaking sounds?  What?
> 12      A.  Metal sounds.
> 13      Q.  Well, would you think it was the
> 14  wall of water taking debris down?
> 15      A.  Yeah.  That's exactly what I
> 16  thought.
> 17      Q.  Smashing against what?  Against each
> 18  other or some structure?
> 19      A.  Smashing against the bridge itself.
> 20  Because the bridge was lowered.  And the next
> 21  day we found that out, because it was full of
> 22  metal debris and stuff.
> 23      Q.  What kind of debris?  Any idea?
> 24      A.  Big round tanks.  Some kind of big
> 25  tanks.  All kind of debris.  I don't know
> 0193
>  1  where it came from or actually what it was.

*Id.*, Tr. 186 line 19 to 193 line 1.  This topic came up again in the deposition:

>  7  EXAMINATION BY MR. WALKER:
>  8      Q.  Earlier, looking at Number 9, you
>  9  described this 20 foot wall of water coming
> 10  down the Industrial Canal before the break.
> 11      A.  Yeah.
> 12      Q.  Okay?  And I am asking you at the
> 13  time that the wall of water was coming down
> 14  the canal, when you saw this tip here, where
> 15  was the wall of water?

```
16      A.  Well, first of all, I heard a boom,
17   then I seen the wall tumble as I still seen
18   the water moving.
19      Q.  Pushing down the canal?
20      A.  Correct.  Now, the water had -- This
21   big ball of water had gone past that point
22   when the wall tumbled and I could still -- I
23   could see the tip of what appeared to be a
24   barge.
25      Q.  And the wall of water was continuing
0206
 1   to head on south down the canal?
 2      A.  Yeah, and some was coming out,
 3   gushing out of that opening --
 4      Q.  Okay.
 5      A.  -- after that wall collapsed.
 6      Q.  So part of the ball of water was
 7   continuing south and part of it was pushing
 8   through that opening?
 9      A.  Correct.  It was going both ways.
10      Q.  I understand that you then went back
11   in, because you stayed a few moments observing
12   this, and then ran back in?
13      A.  I watched it to see what would
14   happen, how much water was coming actually
15   through and trying to really believe that --
16   see what happened here.  And when I really,
17   you know, like realized, well, this is it,
18   there's a real break here, I ran inside and
19   called Central Control to drop power out of
20   our station.
```

*Id.*, Tr. 205 line 7 to Tr. 206 line 20.