# BARGE PLAINTIFFS' COMPENDIUM OF PROOF NO. 7

### OBSERVATIONS OF WIND DIRECTION
### INCONSISTENT WITH LAFARGE'S ASSERTIONS

- Water was observed splashing over the eastern IHNC floodwall, from west to east, at times when water in the IHNC was below the top of the floodwall, at which times Lafarge asserts that wind was not blowing from west to east.

    *Plaintiffs' Exhibit 17, Deposition of Lower Ninth Ward resident Michael Bickham, pp. 53 – 56, describing water blown from west to east over eastern IHNC floodwall.* (Q: Okay. And correct me if I'm not saying things correctly. What I thought you said was as you looked down Prieur toward the levee you saw wind-whipped splashing? A: The water coming over the levee. A: But the wind had it where it was moving and you could see the water as it popped. It wasn't like it was a constant flow of water, but you could see the water as the wind -- as it hit that wall coming up.")

    *Plaintiffs' Exhibit 35, Deposition of Sewerage and Water Board Pumping Station Operator Wm. Villavasso, p. 64, describing water blown from west to east over eastern IHNC floodwall.* ("But to finish what I was saying, when I looked over to my left, I am watching the water, it's getting more intense splashing over the wall.")

    *Plaintiffs' Exhibit 21, Transcription of January 25, 2006 audio statement of Lower Ninth Ward resident Arthur Murph to attorney Richard Joseph Guidry, describing water blown from west to east over eastern IHNC floodwall.* ("It was high up on the concrete wall, and you know high as I ever saw it. But you know it wasn't running…flowing over top, you know, constantly. It was just from the water flowing back and forth, you know, with the wind blowing and everything and splashing up against it and spraying over the top.")

    *Plaintiffs' Exhibit 18, excerpts of Deposition of Lower Ninth Ward resident Terry Adams, p. 61, line 21 – p. 62, line 6,* (Q. Okay. Can you describe for us how the water was coming over the top? A. Like when the wave hit it, the water jumped over it. The wave hit it, it would jump over.)

- Wind was observed blowing Southeast to Northwest in the Lower Ninth Ward at a time when Lafarge asserts that it was from the Northeast.

*Plaintiffs' Exhibit 19, Deposition of Lower Ninth Ward resident Andrew Sartin, p. 40, lines 9 – 13, p. 40, line 9 – p. 41, line 19, p. 42, line 12 – p. 43, line 2.* (…Florida. Was the wind hitting you in the face, or was it hitting you at the back?   A.   No.  No.  It was going like -- it was going like on an angle like toward the lake at first, like on an angle. …  Q.   So I can draw an angle sort of like that? A.   Yeah. Q.   Tell me if --     A.   That's about good.        Q.   Is that about right?  That was the wind direction --    A.  Yeah.    Q.   -- at some time early morning --    A.   That wind spin all the way back around  now.    Q.  Okay.  That's why I want to make sure   we're talking there about early morning Monday. A.   Yeah.   Q.   Right.      …    A.   That was early that morning, early  morning.  Because what I was really scared about   is the tree.  I thought the tree was going to  fall on the back of the house.  That's what I tried to keep watching, the tree. Q.   You had a tree in the back of your house? A.   Uh-huh.      Q.   Which is facing Claiborne Avenue?   A.   Yeah.  The back of the house, yeah. Q.   You thought that the wind was going to  push that tree down --  A.   Yeah.   Q.   -- towards the house basically? A.   Yeah.  Because the wind was on an angle.  Same angle I gave.)

*Sartin Deposition Exhibit 1:*



- South-to-north wind was observed in Chalmette, west of Paris Road, at a time when Lafarge asserts that wind direction was from north to south.

    *Plaintiffs' Exhibit 27, Deposition of Dennis Martinez, p. 38, describing wind from south to north.* ("Q.  So when you woke up around 5:00 or so, the wind was blowing from the direction of the river?  A.  Exactly.")

- Unpowered vessels in the Intracoastal Waterway were observed being blown from west to east at times at which Lafarge asserts that wind was not blowing from west to east.

    *Plaintiffs' Exhibit 28, Deposition of Capt. James Hall, pp. 35 – 37, describing breakaway barges being blown eastward in the Intercoastal Waterway around daybreak.* (Q:  Would you put an arrow in the direction that the containers and the hopper barge moved?  A: Okay.  They were moving south.  Well, west -- I mean east at that point according to this chart and that's where they started hitting the lash barge.  Q:  To clarify though, when you said it was going down, they were floating east but then when all is said and done everything had moved different directions? A: Yeah)

- "Prevailing wind" was not the only force capable of motivating ING 4727; ING 4727 could move in directions other than "prevailing wind."

    *Plaintiffs' Exhibit 29, June 25, 2009 Deposition of Cmdr. (Ret.) Don Green.*
    - *p. 36* ("So I can't say with certainty that at the Lafarge facility the wind was blowing from the northeast at 68 miles an hour as reflected in the Lakefront weather observations.");
    - *p. 45* ("But we don't know -- no one knows what the direction of the wind was coming from when the first line failed, or they didn't -- I don't think based on my experience of having lines fail, they don't fail uniformly.");
    - *p. 123* ("We have a witness -- what's his name -- at the power station saying it hit up at the northern end and then it eventually ended -- if that's the same barge, that it  drifted back and forth or whichever, but it was at  the mercy of winds and current for some time.");

- *p. 210* (Q.  Okay.  What else would affect the movement of a barge in a confined area like the Industrial Canal between the Florida Avenue Bridge and the Claiborne Bridge?  Would wind shifting?  A.  Yes.  Q.  Would tornadoes?  A.  Yes.  Q.  Would waves? A.  Yes.  Q.  Would deflection and reflection of waves?  A.  Yes.  Q.  All of that would cause -- have an effect upon the movements of a floating vessel?  A.  Yes.)

*Plaintiffs' Exhibit 43, Declaration of Genarro G. Marino, Section E.*

*Plaintiffs' Exhibit 87, Declaration of Hector Pazos, Section B.*

*NOTE:*   Please see *Plaintiffs Exhibit 84 In Globo*, maps identifying the location of witnesses at the times of events described here.