# BARGE PLAINTIFFS' COMPENDIUM OF PROOF NO. 8

## PREEMPTIVE INUNDATION BY IHNC FLOODWATERS

A.  **Arrival of IHNC water before MRGO water; inundation before MRGO water arrives**

>  Spinks Decl., ¶¶ 9, 11-17, 19-20.
>  Spinks 2009 Depo, p. 150:23-151:16
>  Spinks Report, p. 26-30, 33, 37.
>  Spinks Decl., ¶ 30 n.3.
>  Spinks 2008 Depo, pp. 184:3-185:9
>  Spinks Report, p. 26, 33.

**Direction Observations/Direction of Water Flow**

- Direct Observations
   Deposition of Robert C. Cornwall
   Deposition of Thomas Mark Stone
   Deposition of Mark Madary
   Deposition of Craig P. Taffaro, Jr.
   Deposition of Henry Rodriguez, Jr.
   Deposition of Raymond Cross
   Deposition of James Louis Ruiz
   Deposition of Terry Adams
   Deposition of Andrew Sartin
   Deposition of Daniel Weber
   Deposition of James Reed

- Floating Objects
   Deposition of Patrina Peters
   Deposition of Sydney Roux

B.  **Extent of Damage to Plaintiffs' Property**

>  **USACE New Orleans District Depth – Damage Curves/Technical White Paper, Appendix D** (Appendix H to Report of Melvin Spinks)

_____

*Plaintiffs' Exhibit 71, Excerpts of June 25, 2008 Deposition of Robert C. Cornwall, pp. 23-34,* (Q. All right. So you're at Caffin Avenue sitting on St. Claude. A. (Witness nods head affirmatively.) Q. And the car in front of you decides to back up because she thinks she's got a problem, and she started -- does she get out of her car and come talk to you? A. She

just got out of the car and started waving at me, "Back up, Mister. Back up. Back up." I look up, I said, "What's wrong?" She said, "Look, hurry up, back up." Q. When you looked towards St. -- A. I could see the water piling down towards us. So I backed up and headed back towards -- towards to my house. Q. Did you ever get closer to the Industrial Canal that morning than Caffin Avenue? A. No. That was the closest I got. Q. All right. And I want you to describe for me what you saw coming down St. Claude Avenue. **A. About four foot wall of water steady coming at us.**)

*Plaintiffs' Exhibit 72, Excerpts of April 22, 2009 Deposition of Thomas Mark Stone, pp. 9, 40-43, 56.* (Q. You're currently the Fire Chief of St. Bernard Parish; is that correct? A. Yes, sir. Q. How long have you been with the fire department in St Bernard Parish? A. I've been with the St. Bernard Parish government this May will be thirty-one years. Q. At some point there was flooding here at the government complex, obviously; correct? A. Yes. Q. Do you know when the flooding started? A. Yes, sir. Q. What time did it start? A. I think we started seeing water approximately 0830. Q. Which direction were you looking when you first saw the water? A. I was looking to the west when I first saw water. Q. Could you tell which direction the water was coming from? A. Yes, sir. Q. Which direction? A. From the west. Q. As the water rose, were there whitecaps on the top of the water? A. Yes, sir. Q. Could you tell which direction the whitecaps were coming from? A. Yes, sir. Q. Which directions? A. The west. **The water that you saw coming to the government complex on August 29th, 2005 at about 8:30 in the morning, do you know what the source of that water was? A. At the time I thought I did. Q. What did you think at the time? A. Industrial Canal. Q. And you said at the time you thought that. What do you think now? A. Well, now I'm pretty much positive that the initial water I saw came from the Industrial Canal.**)

*Plaintiffs' Exhibit 73, Deposition of Mark Madary, pp. 38, 45-48.* (A. Sometime around 7:00. The calls came in sometime between 6:60 to 7:30 when we were getting the phone calls. One from the sheriff's office as to he was going to rescue his men that were at the substations in Arabi. A parish employer named Rudy Agular, who subsequently has deceased, had called in to say that they had 5 feet of water in Arabi Park -- he lived on Mehle -- and that his neighbor, Mr. Monerick, was in the attic, and they needed help getting people there. We had another phone call form a family named Hardy who was the relative of the National Guardsman that I spoke that was stationed at the complex. There were 16 National Guardsmen that were assigned to us and two State policemen, and that's your – Q. So you're not sure precisely what time that happened? A. Sometime, I'm assuming, around 8:00. Q. And you said the water overtook the vehicle? A. Yes. Q. Could you tell which direction the water was coming from? A. We met it head on. I mean, it pushed the deuce and a half backwards, the water. We started -- the vehicle buoyed. We had gotten out of the cab into the back of the deuce and a half, and it buoyed, and we started floating from a westerly to an easterly direction. Q. And you were on -- A. Judge Perez. Q. -- Judge Perez at the time? A. Yes. Q. How fast did the water rise? A. I would say it was over my head in 20 minutes. Q. What did you do when the water started pushing the truck backwards? A. Well, first we got out of the cab and got in the back. The canopy that sits on the truck had blown off… Q. At some point, you got out of the truck? A. Out of the back of the truck. Q. Out of the back of the truck. A. The truck floated down Judge

Perez.  We were deciding whether to -- it was coming fast.  I mean, you know, there's other vehicles that are floating past us.  We did see a body float past us.  We floated a little bit off of the direct path of Judge Perez, so we got, like, into the parking space of one of the buildings.  Eventually, it jammed the truck up against the building…)

*Plaintiffs' Exhibit 74, Deposition of Craig P. Taffaro, Jr., pp. 20, 22-24, 26-28.* (Q.  Great.  Okay.  So that Sunday you were here at the parish complex?  A.  Yes.  Q.  All right.  Let's move into Monday and the coming of the storm.  What is your best recollection of when you looked out of this building and you saw water in the parking lot, what time?  A.  I think it was about 8:30 in the morning on Monday, August 29th.  A.  Anyway, the wind, the wind had shifted, so we thought we were going to be okay, and then about 8:30 or so we started to have water.  There was a call -- There was a call that came in, I think to the office of Emergency Preparedness, from one of the sheriff substations in Arabi saying that they were starting to get water, and it wasn't long after that that we started to see the water come up.  Q.  I'm sorry.  The call from the substation in Arabi, -- A.  Uh, huh.  Q. -- was that before or after 8:30?  A.  It was before.  To my understanding, it was before.  Q.  Before 8:30 in the morning when you saw water in your parking lot, did you receive any information from anyone regarding rising water in those two canals?  A.  Oh, no, I did not.  Q.  Okay.  Did you receive information before 8:30 in the morning about water overflowing the 40 Arpent Canal and flowing this way, towards the --  A.  I did not.  Q.  Was there any current in this water?  A.  Well, it was rolling in, as we first saw it, it was rolling in form a direction from Arabi, and looked as though it was coming from the back portion of Arabi, so where the building is, where this building is, we saw it coming into the north side of the building first coming from a, I guess that would be from a northwesterly direction.  Q.  Okay.  You say it got twelve to fourteen feet?  A.  I believe so.)

*Plaintiffs' Exhibit 75, Deposition of Henry Rodriguez, Jr., pp. 9, 36, 49-50, 54, 86.* (Q. Now, at the time of Katrina, correct me if I'm wrong, you were a member of the St. Bernard Parish Counsel, and more particularly you were the president, is that correct?  A.  Yes, sir.  Q.  When did you actually physically leave your home in Verret and go to the civic center to ride out the storm?  A.  About ten o'clock, eleven o'clock that morning.  Q.  Was that on Sunday morning, the day before?  A.  Yes, sir.  Q. While you were still in the government complex, at some point in time obviously the water began to rise.  When was that?  A.  The water first -- it was at six o'clock, about six o'clock that morning, between there and 6:30.  Q.  Was that on -- A.  I got a call from the Sheriff's office that day, the water had come in through the upper part of Arabi and they were going to abandon the Sheriff's station on Judge Perez, and they called to tell us the water was coming our way.  Nut in between Arabi and the section there, there's a railroad track that kind of deters the flow of water.  So I think the first water that I seen coming from the Industrial Canal area was approximately about 7:30 that morning.  And it was coming up at an extremely fast rate.  Q.  But when you were in the government complex, was water coming from MRGO into St. Bernard?  A.  Well, first it came form the Industrial Canal area.  **Q.  Okay.  Do you know which water came first?  A.  The one I saw first was from the Industrial Canal.**)

*Plaintiffs' Exhibit 76, Excerpts of Deposition of Raymond Cross, pp. 12, 43, 69.*  (A. 3929 Imperial Drive, Chalmette, Louisiana 70043.  Q.  Which direction was the wind coming

from when you first got on the roof?  A.  It was coming form the city towards St. Bernard.  Q.  So the wind was coming from the direction of the city?  A. Exactly.  Q.  Which way was the water coming from if you could tell?  A. The same way.  Q.  So it was coming in the same direction as the water was blowing.  A.  Yeah.  Because they had tidal waves.  They had white caps in the street.  Q.  Did you see any water coming over that levee?  A.  Not coming over it.  We saw the water going towards the levee, not coming over it.  Going this way, not coming this way (indicating).  Q.  So the water came from the city?  A.  Exactly.)

*Plaintiffs' Exhibit 4, Excerpts of Deposition of Lower Ninth Ward resident Patrina Peters, pp. 90.* (Q.  So towards Chalmette?  A.  Yeah.  Q.  That house floated away towards Chalmette?  A. Yeah.)

*Plaintiffs' Exhibit 79, Deposition of Sydney Roux, pp. 46-47.* (Q.  So you are saying your opinion as a layperson is that the water came from the area from the New Orleans area based on the way the houses moved?  A.  Right.)

*Plaintiffs' Exhibit 77, February 19, 2008 Deposition of James Louis Ruiz, pp. 18-20, 25.* 925 Lebeau (Q.  Okay.  All right.  At 9:15 when you looked out and saw water in the street, can you tell me how deep the water was in the street?  A. I would imagine about two feet.  Q.  When you got into the attic at quarter to 10:00 or ten minutes to 10:00, how deep was the water in your house?  A.  In my house?  Q.  Yes, sir.  A.  Seven feet.  Maybe six and a half, seven feet.  Because I was standing on my tiptoes and I could barely keep my nose above it.  Q.  And when you say throw them up six feet -- A.  Throw them forward, ahead of me six feet.  Q.  Okay.  And then you would swim up to catch them?  A.  No.  I swam a little bit, but they'd be coming back toward me.  Q.  You were heading downtown or uptown then?  A.  Downtown?  Q.  Let me back up.  Were you heading towards Chalmette or were you heading towards -- A.  Towards New Orleans.)

*Plaintiffs' Exhibit 18, Deposition of Lower Ninth Ward resident Terry Adams, pp 26, 102.* (Q.  And tell us what you saw after you heard the boom.  A.  After I heard that, the water came through.  It was like a tidal wave or the tsunami.  Cars were getting rolled, houses were getting pushed apart.  Q.  Okay. What time was it when the wall tilted?  A.  When the barge came through.  Somewhere between like 5:30, 6:00 o'clock, or somewhere around up in there.  Q.  And I thought you just told us that you saw the wall near -- Between Law Street and Florida Avenue tilt sometime after 7:30 when you got Mr. Weaver into the attic.  A.  No.  I told you I brought Mr. Weaver in the attic and get him some medical attention.  The wall on Florida -- on Florida Avenue and Law, it gave out.  When the barge came through, the water rushed in like the tsunami.  And cars and stuff were being thrown around, and houses were being tore apart…)

*Plaintiffs' Exhibit 19, Deposition of Lower Ninth Ward resident Andrew Sartin, pp. 45 – 52, describing before flooding.* (**"**It sound like I heard it hit something hard.  Boom. By then I stand by the gate.  When I looked at the gate, here it come." "Then where did you go from the gate after you heard –" "I just standing there.  When I left the gate, I ran." "Why did you run?" "Man, a big 'ole tidal wave coming down the street.")

*Plaintiffs' Exhibit 10, deposition of Daniel Weber, p. 104, lives four blocks from IHNC.* (Q. Okay. And was there any direction to this water? A. The water was going towards St. Bernard Parish hard. I saw broke up buildings passing me. Q. And did it appear to you that it was coming straight from the Industrial Canal? A. Yeah, was it coming from that way hard. Hard.)

*Plaintiffs' Exhibit 78, Deposition of James Reed, p.36-37, 52, 4025 King Drive, Chalmette, Louisiana 70043.* (Q. When you looked to the east towards Paris Road, did you see any land mass or was it all water? A. Well, the levee was -- you could still see the levee and all. And of course you could see the trees in the back. And I saw my garage was across the canal. I thought it blew across the canal, but State Farm seems to think differently. It was across into the wooded area in back of my house now. I went to the east. Q. All right. At any time, did you ever see any water come over the 40 Arpent Levee into the 40 Arpent Canal? A. No.)

*Plaintiffs' Exhibit 44, Report of Melvin Spinks, p. 26*: "Presence of marsh grass was a common feature on houses and other structures from MRGO floodwaters in the area, but it was rarely, if ever seen west of Paris Road."

*Plaintiffs' Exhibit 54, Appendix H to Report of Melvin Spinks (USACE New Orleans District Depth Damage Curves)*, containing tables 1 – 4 postulating damage rates caused by flood depths.

| Table 1 One Story, No Basement | | |
|---|---|---|
| Depth | Mean of Damage | Standard Deviation of Damage |
| -2 | 0.0% | 0.0% |
| -1 | 2.5% | 2.7% |
| 0 | 13.4% | 2.0% |
| 1 | 23.3% | 1.6% |
| 2 | 32.1% | 1.6% |
| 3 | 40.1% | 1.8% |
| 4 | 47.1% | 1.9% |
| 5 | 53.2% | 2.0% |
| 6 | 58.6% | 2.1% |
| 7 | 63.2% | 2.2% |
| 8 | 67.2% | 2.3% |
| 9 | 70.5% | 2.4% |
| 10 | 73.2% | 2.7% |
| 11 | 75.4% | 3.0% |
| 12 | 77.2% | 3.3% |
| 13 | 78.5% | 3.7% |
| 14 | 79.5% | 4.1% |
| 15 | 80.2% | 4.5% |
| 16 | 80.7% | 4.9% |

| Table 2 Two or More Stories, No Basement | | |
|---|---|---|
| Depth | Mean of Damage | Standard Deviation of Damage |
| -2 | 0.0% | 0.0% |
| -1 | 3.0% | 4.1% |
| 0 | 9.3% | 3.4% |
| 1 | 15.2% | 3.0% |
| 2 | 20.9% | 2.8% |
| 3 | 26.3% | 2.9% |
| 4 | 31.4% | 3.2% |
| 5 | 36.2% | 3.4% |
| 6 | 40.7% | 3.7% |
| 7 | 44.9% | 3.9% |
| 8 | 48.8% | 4.0% |
| 9 | 52.4% | 4.1% |
| 10 | 55.7% | 4.2% |
| 11 | 58.7% | 4.2% |
| 12 | 61.4% | 4.2% |
| 13 | 63.8% | 4.2% |
| 14 | 65.9% | 4.3% |
| 15 | 67.7% | 4.6% |
| 16 | 69.2% | 5.0% |

| Table 3 Content One Story, No Basement | | |
|---|---|---|
| Depth | Mean of Damage | Standard Deviation of Damage |
| -2 | 0.0% | 0.0% |
| -1 | 2.4% | 2.1% |
| 0 | 8.1% | 1.5% |
| 1 | 13.3% | 1.2% |
| 2 | 17.9% | 1.2% |
| 3 | 22.0% | 1.4% |
| 4 | 25.7% | 1.5% |
| 5 | 28.8% | 1.6% |
| 6 | 31.5% | 1.6% |
| 7 | 33.8% | 1.7% |
| 8 | 35.7% | 1.8% |
| 9 | 37.2% | 1.9% |
| 10 | 38.4% | 2.1% |
| 11 | 39.2% | 2.3% |
| 12 | 39.7% | 2.6% |
| 13 | 40.0% | 2.9% |
| 14 | 40.0% | 3.2% |
| 15 | 40.0% | 3.5% |
| 16 | 40.0% | 3.8% |

| Table 4 Content Two Stories or More, No Basement | | |
|---|---|---|
| Depth | Mean of Damage | Standard Deviation of Damage |
| -2 | 0.0% | 0.0% |
| -1 | 1.0% | 3.5% |
| 0 | 5.0% | 2.9% |
| 1 | 8.7% | 2.6% |
| 2 | 12.2% | 2.5% |
| 3 | 15.5% | 2.5% |
| 4 | 18.5% | 2.7% |
| 5 | 21.3% | 3.0% |
| 6 | 23.9% | 3.2% |
| 7 | 26.3% | 3.3% |
| 8 | 28.4% | 3.4% |
| 9 | 30.3% | 3.5% |
| 10 | 32.0% | 3.5% |
| 11 | 33.4% | 3.5% |
| 12 | 34.7% | 3.5% |
| 13 | 35.6% | 3.5% |
| 14 | 36.4% | 3.6% |
| 15 | 36.9% | 3.8% |
| 16 | 37.2% | 4.2% |