# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION   * | CIVIL ACTION |
| * | |
| * | NO. 05-4182 |
| PERTAINS TO:  BARGE   * | and consolidated cases |
| * | |
| *Boutte v. Lafarge*  05-5531   * | SECTION "K" (2) |
| *Mumford v. Ingram*  05-5724   * | |
| *Lagarge v. Lafarge*  06-5342   * | |
| *Perry v. Ingram*  06-6299   * | |
| *Benoit v. Lafarge*  06-7516   * | JUDGE |
| *Parfait Family v. USA*  07-3500   * | STANWOOD R. DUVAL, JR. |
| *Lafarge v. USA*  07-5178   * | |
| * | MAG. JOSEPH C. WILKINSON, JR. |
| * | |
| * | |

## NOTICE OF MANUAL FILING AND SUBSTITUTION OF PLAINTIFFS' EXHIBITS 47 AND 92 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO LNA'S MOTION FOR SUMMARY JUDGMENT

Due to size and bandwidth limitations which would prevent the upload of the below-referenced documents by way of the ECF system, Barge Plaintiffs proffer by hand directly to this Court a compact disc containing Plaintiffs' Exhibits 47 and 92, subject of *Barge Plaintiffs' Second Ex Parte Motion To Substitute Exhibits To Opposition To Motion For Summary Judgment*.

1

Notice of Manual Filing

Dated: November 16, 2009    Respectfully submitted,

By: /s/  Shawn Khorrami
SHAWN KHORRAMI  (CA Bar #180411)
DYLAN POLLARD  (CA Bar #180306)
MATT BAILEY  (CA Bar #218685)
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:     (213) 596-6000
Facsimile:     (213) 596-6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
mbailey@kpalawyers.com


 /s/  Brian Gilbert
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
bgilbert@briangilbertlaw.com


 /s/  Lawrence D. Wiedemann
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
lawrence@wiedemannlaw.com
karl@wiedemannlaw.com
karen@wiedemannlaw.com


 /s/  Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
pistols42@aol.com

      /s/  Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
Voice: 202-862-4320
Cell:    202-549-1454
Facsimile:  800-805-1065 and 202-828-4130
rick@rickseymourlaw.net

*Attorneys for Barge Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 16th day of November, 2009

\s\Brian A. Gilbert