

Photo 4.69 Aerial photograph of I-wall breach (IHNC02) at IHNC West. Breach scales to be 160 ft long. Note breach had been backfilled with crushed stone from temporary flood protection and used as an access road. Photograph take in October 2005. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture.)



Photo 4.70 I-Wall breach at IHNC west (IHNC 02) after backfilled which apparently created additional wall damage. Concrete wall shows twist deformation but minimal debonding or shattering of concrete. From photo Post-Rita twist from end to middle of breach is about 45° (over about 80 ft). Photograph taken on October 2, 2005. North View. (from https://ipet.wes.army.mil/-Post-Katrina/Photographs/Lake Pontchartrain LA 2nd Vicnity/IHNC~Inner Harbor Navigation Canal/Photographs combined in pdf/IHNC West Central 2005.10(Oct) 02 IHNC West Central_Dunbar.pdf)

floodwaters still flowing into protected side. The water level depicted in this photograph appears to show the top of the displaced wall has settled as much as 4-5 ft.

From Photo 4.70 it appears that the maximum twist from end to middle of the yielded area is about 45° after Rita.

Although twisting and bending deformation are present, there is no significant debonding or shattering of concrete as with the South Breach damage nor did the wall tear off its end and twist 270° as with the North Breach. Other salient differences are the nature and magnitude of wall displacement the IHNC west wall which yielded by translating rotating and settling whereas the subject breaches were exhumed from the ground and displaced as much as 195 ft from their original location. Moreover, both of the North and South Breaches had significant back scour. This was not present at the yielded IHNC west I-wall.

### London Ave Canal

There are two breaches which occurred along the London Ave. Canal. These areas have been called the North and South Breaches and have been identified by IPET as OEB06 and OEB04, respectively. For both breaches there were no land side scour trenches as flooding was noted without overtopping.

The South Breach is depicted in Photo 4.71. This breach is about 110 ft long and has displaced (top of wall) on the order of 20 ft. Note in Photo 4.71 most of the yielded section is submerged indicating that this section is on the order of 10 ft or more below as-built top of wall and probably bent over. Bending damage at the 2.75 ft connection (re: as-built drawings) between the sheetpile and concrete floodwall is depicted in Photo 4.72. This damage leaves little bending or shear resistance to lateral wall loads (eg. hydrostatic pressure or earth pressures). Except for the concrete-sheetpile connection, the exposed concrete panels exhibited little damage even near the ends of the breach. Apparently this is at least in part due to stress relief occurring at the connection.

4-89



Photo 4.71 South Breach along the east side of London Ave. Canal. Breach is about 110 ft long and scales to have a maximum lateral deflection of about 20 ft at the top of the wall. Most of the yielded sections are below water level. Note at south end of breach, the panel furthest from breach is bent more than the nearest. Northwest view. (Photograph from IPET Report Volume 5, Figure 35)



Photo 4.72 Panel joint along the South Breach of the London Ave. Canal. Joint has separated both in longitudinal and transverse directions with the water stop pulled out. Transverse debonding of the concrete from the sheetpile due to bending. Bending cracks can also be seen in the lower concrete to the right. Note sheetpile cutout, apparently to install waterstop to depth. (from NOHPP website-Post-Katrina/ Photographs/ Lake Pontchartrain LA and Vicinity/London Canal/ South Site 2005.10(Oct) 27Sills_Vroman)

It should be noted that the as-built floodwall replaced a sheetpile wall which was left inplace and was present on the protection side of the floodwall.

Damage photographs of the north breach along the London Ave. Canal are depicted in Photos 4.73 to 4.77. This breach is 410 ft long (IPET Volume V) and scales to have a maximum offset of 17 ft (at top of the wall). As can be seen in Photos 4.73 and 4.74, most of the northern part of the yielded floodwall is submerged under the floodwaters indicating top of wall settlement of the translated and rotated wall of on the order of 10 ft.  This area has a significant amount of the levee material which has been washed out.

Near the ends of the north breach where lateral bending reaches about 16°-18° (off alignment) there is no significant damage to the exposed panel sections end twisting and bending strains concentrated in the panels (see Photo 4.76). Given the offset at the top of the wall, the fairly uniformly displaced central section of the I-wall appears bent over. The rotation of the southern part is estimated at about 50° after land side backfill (see Photo 4.75). Considering the as-built height of the I-wall at 12.5 ft, the bottom of the I-wall would be laterally displaced 7 ft from its original position.  Evidence of bending damage of the 2.75 ft I-wall and sheetpile connection is depicted in Photo 4.77.

It should be noted for the north breach, the old sheetpile wall is present on the flood side (see Photo 4.75).

Both the London Ave. Canal breaches were constructed with levee crowns on both sides that were 3 to 6 ft below that for the IHNC (east). This fact and levees which are adjacent to canal water exacerbate gap development compared to the IHNC east breach areas. Moreover, in contrast to the IHNC east breaches, the London Ave Canal yielded sections exhibit essentially no concrete panel damage, displaced significantly less and were not exhumed from the ground, and has out-of-plane bending damage at the I-wall-sheetpile connection. Note that this connection at the is 2.75 ft compared to



Photo 4.73 North Breach along the west side of London Ave. Canal. This breach is 410 ft long with fairly uniform top of wall displacement of about 17 ft. Northern part of the breach is more tilted (or panel has detached) as this section is submerged and on the order of 10 ft below the as-built top of wall. Also, washout of flood side levee in this section exist. East view. (Photograph from ILIT Draft report titled: "Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005)"



<u>Photo 4.74</u> North Breach along the west side of the London Ave. Canal. This photograph is probably after the previous as there is no flow across the breach. Note playhouse to right appears to be elevated on piles and undisturbed. Northeast view. (Photograph from IPET Report, Volume V, Figure 36).



Photo 4.75 North Breach along the west side of the London Ave. Canal. Photos shows soil-filled gap between floodwall and flood side levee and old pre-floodwall sheetpile that was left inplace and is supporting the outboard levee. Fairly uniform tilt to panels is depicted, however, about midway there is an inboard offset accompanied by additional inboard panel tilt. Based on this photograph the south portion of the concrete wall is tilted about 50° inboard after temporary fill has been placed behind it. Photograph dated September 16, 2005. North view (from Team Louisiana Final Report, Figure 117).



Photo 4.76 South end of North Breach on west side of the London Ave. Canal. Twisting wall deformations at the end of the breach occurred at panel joints with exposed concrete panels showing little damage. At the I-wall-sheetpile connection a noticeable transverse offset can be seen at the joint where the row boat is located. Note old sheetpile wall in front of the floodwall retaining flood side levee. South view (from NOHPP website- Post-Katrina, Photographs Lake Pontchartrain LA and Vicinity/ London Canal Photograph/originals London-West-Robert B Lee Breach 2005.09 (29)_Dunbar)



Photo 4.77 Panel joint at the North Breach along the London Ave. Canal. Separation along the joint has caused water stop to fail. Further stress relief cracking present from bending at I-wall-sheetpile connection (Photo taken by H. Pazos)

4.75 ft high at the IHNC east. With water at the top of the wall the hydrostatic shear and moment (mid-connection) would be 3-4 and 5-7 times higher for the London Ave. Canal.

## 17th St. Canal

Photographs associated with the I-wall breach along the 17th St. Canal (identified by IPET as OEB02) are provided in Photos 4.78 to 4.83. The 250 ft breach of I-wall which rotated and reported to have laterally displaced about 45 ft (ILIT Fig. 2.3(b)). Also most portions of the concrete wall in the submerged sections, where the protection levee has been washed out appear to be significantly bent over and detached in places (see Photos 4.82 to 4.84). Moreover, the submerged wall sections have dropped on the order of 14 ft or more (see Photos 4.78 and 4.79). Also, as can be seen from the photographs, the exposed sections of the concrete panel themselves are intact, however, significant rotation or lateral and transverse displacements can exists at the joints.

There is no reported overtopping of the wall by either IPET or ILIT (see Photo 4.78). And, at the ends of the breach, the wall is noticeably vertical but appears to slightly bent laterally inward (see Photos 4.80 and 4.81).

It should be noted that the I-wall cross-section employed the 17th St. Canal is characteristically different than that at the IHNC east. For the 17th St. Canal the top of the flood-side levee was designed to be at Elevation 2.0 ft (NGVD29) whereas the IHNC east this crown is 7.0 ft higher at Elevation 9.0 ft. Also, there is a significant increase in the shear and bending moment that the sheetpile-concrete connection is subjected to from floodwaters on the I-wall. If both walls are laterally unsupported the 17th St. Canal shear and bending moment would be about 2.6 and 4.2 times greater than that at IHNC east with the water at the top of the wall yet the height of this connection was 2.75 ft compared to 4.75 ft for the IHNC east. Moreover, the levee crown adjacent to the canal water exacerbates the wall-soil gap development during flooding.



Photo 4.78 17th St. Canal Breach. Flooding has virtually submerged the entire displaced floodwall. Based on the flood-line in the canal the submerged section of the rotated and displaced wall has moved downward at least about 14 ft. The backfilling operation to the north has defected the wall inboard. Note overtopping scour can not be seen north of the breach. South view (Photo taken from IPET Report, Volume V, Figure 9)



Photo 4.79 17th St. Canal Breach. Displaced sections on the north and south sides of the breach, where much of the land side washout originated are submerged. Rotated and displaced submerged sections had settled least about 14 ft. Note at both ends of the I-walls have remained essentially vertical. View east. Photograph dated about 2 pm on August 29, 2005. (Photo taken Team Louisiana Final Report titled "The Failure of the New Orleans Levee System During Hurricane Katrina," dated December 18, 2006, Figure 121)



Photo 4.80 North end of the 17th St. Canal breach. Floodwaters are flowing through the breach a day after Hurricane Katrina. Two partially submerged floodwall panels have been displaced inboard and appear to at least be partially detached from the subjacent sheetpile. Note water line is above the flood side crown and that the floodwall has separated from land side levee which appears to be the result of the wall bending back toward the canal as the levee material slumped inward (also see Photo 4.81). Southeast view. (Photo taken from Team Louisiana Final Report titled "The Failure of the New Orleans Levee System During Hurricane Katrina," dated December 18, 2006, Figure 56)



<u>Photo 4.81</u> Submerged south end of the 17th St. Canal Breach. This photograph appears to have been taken during the same time frame as Photo 4.80. From the landward movement of I-wall and levee residential structure were "crushed" together. Lateral displacement in this area was reported at 45 ft. At the south end the floodwall appears to be bent over and laterally rotated. South view. (from IPET report Volume V, Figure 10)



Photo 4.82 I-wall breach at 17th St. Canal during the installation of the temporary levee. Only displaced floodwall segments on both ends of the breach can now be seen. Note that the I-wall segment on the north end now appears to have the same relative location as the one on the south end after it at least partially detached from the subjacent sheetpile. Southeast view. (Photo taken from http://graphics8.nytimes.com/images/ 2008/02/01/us/01corps_600.jpg)



Photo 4.83 South portion of the 17th St. Canal. This is the southern submerged section in Photos 4.79 to 4.81. Exposed concrete panel intact bent over with transverse and longitudinal separation in panel joints. Landward panel rotation appears to be on the order of 60°. South view. (from NOHPP website/ Post-Katrina/Lake Pontchartrain LA and Vicinity/ 17th Street- 2005 Sep Oct Nov/ Photographs originals/2005.09 (Sep) 26 17th Breach/P1010051.jpg)



Photo 4.84 South portion of the 17th St. Canal Breach. Photo shows panels in Photo 4.83 and the next to the south. This southern intact panel appears completely bent over. Southwest view. (Photo taken by H. Pazos)

Again the breach did not result in the I-wall being exhumed from the ground despite displacing a reported 45 ft. Also, floodwall panels remained essentially intact in contrast to the IHNC east breaches.

#### Analysis

Examination of the other I-wall failures given above indicate that both the IHNC North Breach and South Breach are quite unique with considerably more resultant damage to the I-wall monoliths. Overall, differences in the intensity and nature of damage include:

- Considerable less wall displacements.

- Entire I-wall and sheetpile has not been taken out of the ground.

- Breach ends have not been twisted and/or torn 90° or more out of the ground.

- Concrete panel damage is considerable less, in fact after Hurricane Katrina these panels remained essentially intact.

- Lateral bends at the ends of the breach were much less severe (except for the south end of the North Breach which resulted from washout, see Section 4.1).

- Displacement was residential structures were present, was considerably less to non-existent.

- All I-wall floodwall rotated and displaced but still provided some protection except at the 17th and London Ave. Canal breaches where the floodwall yielded due to out-of-plane shear and bending

- Floodwall lateral displacement appears to be significant more curvi-linear

4.5 Scour From Overtopping I-Walls

Reported protection structures and scour conditions associated with the IHNC are depicted on Figure 4.4. Scour information prepared in this section is based on IPET. Protection-side scour from overtopping of I-walls can exacerbate gap development between the levee and floodwall. This results from the loss of passive support from overtopping induced washout/scour which results in additional deflection of the sheetpile.

Although the IPET investigation has claimed that scour ultimately caused failure of the South Breach, both the North and South Breaches clearly occurred prior to overtopping (see Section 3.0). Furthermore, overtopping of the remaining adjacent I-wall sections did not result in failure with reported scour trench depths and widths of 4 ft and 5 ft for significant lengths (see Figure 4.4).

No floodwall failures were reported opposite the North and South Breaches where scour was reported to 4 ft deep. It should be noted, however, that a majority of this west side of the navigation canal consisted of more resistant T-wall and the only limited sections of I-wall were along the Florida Avenue Wharf bulkhead structure (see Figure 4.4). No breach of these I-wall sections was reported with 4 ft deep scour.

Breaches discussed above under IHNC west, Citrus Back, and Plaqesmines Parish exhibited major overtopping washouts effectively reducing the protection height with time. Adjacent unfailed sections had scour which was up to 6 to 10 ft deep. Other I-wall areas with scour did not fail. At the Lakefront Airport, the scour trench was reported up to 6 ft deep and 16 ft wide.

FIGURE 4.4   IHNC FLOOD PROTECTION STRUCTURES AND REPORTED SCOUR
FROM OVERTOPPING



FIGURE 4.4  IHNC FLOOD PROTECTION STRUCTURES AND REPORTED SCOUR
FROM OVERTOPPING (CONTINUED)

## 5.0 MEA POST-FAILURE INVESTIGATION

### 5.1 Ground Surface Profile Conditions

The available topographic information along or in the vicinity of the north and South Breaches consisted of the as-built plan drawings (discussed in Section 2.0), 2002 and 2005 LiDAR surveys, as well as some precision line surveys performed well north and south of the project breaches. All but the as-built data was provided to MEA by Civil Tech Engineering. There were numerous unsuccessful and time consuming attempts made to determine the site topographic conditions and to obtain other known survey information.

To assess the accuracy of the LiDAR 2002 and 2005 (post-Katrina) surveys, topo profiles were taken where precision line survey data was available. The location of these sections and these three profiles is depicted in Figures 5.1 to 5.4. As can be seen from Figures 5.2 to 5.4, the 2005 LiDAR points on the protected side as a whole are within about 0.5 ft of the land-line survey. As expected, the 2002 LiDAR does not compare as well with the precision survey, as it was a significantly lower resolution survey than the LiDAR 2005. For all three cross-sections, the protection side slope ranges from about 3.25:1 (horizontal to vertical) to 6:1.

It should be also noted that the differences in elevation on the west side of the floodwall can be related to vegetation, or ground modification, or other obstruction. Note that the LiDAR is always greater than the land survey.

Other than the as-built information (see Section 2.0), there was no sufficiently accurate pre-Katrina topographic data available across either the North or South Breach. However, LiDAR sections across relatively undisturbed areas just south of the North Breach and just north and south of the South Breach are depicted in Figures 5.5, 5.6, and 5.7, respectively. These LiDAR slopes are gentler than the 1969 3:1 as-built slopes. As can be seen in Sections 4, 5, and 6, the 2005 LiDAR data on the projection



FIGURE 5.1   LOCATIONS OF GROUND SURFACE SECTIONS TAKEN
ALONG IHNC EAST (E-mail from Melvin G. Spinks to
Gennaro G. Marino dated May 27, 2009).



FIGURE 5.2   EAST-WEST GROUND SURFACE SECTION 1 COMPARING
LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY
(E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27,
2009).



FIGURE 5.3   EAST-WEST GROUND SURFACE SECTION 2 COMPARING
LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY
(E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27,
2009).



FIGURE 5.4    EAST-WEST GROUND SURFACE SECTION 3 COMPARING
LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY
(E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27,
2009).



FIGURE 5.5    EAST-WEST GROUND SURFACE SECTION 4 JUST SOUTH
OF THE NORTH BREACH AT STATION 52+57 USING THE
2005 LiDAR DATA (E-mail from Melvin G. Spinks to Gennaro
G. Marino dated May 27, 2009).



FIGURE 5.6   EAST-WEST GROUND SURFACE SECTION 5 JUST NORTH OF
THE SOUTH BREACH AT STATION 32+89 USING THE 2005
LiDAR DATA (E-mail from Melvin G. Spinks to Gennaro G. Marino
dated May 27, 2009).



FIGURE 5.7   EAST-WEST GROUND SURFACE SECTION 6 JUST SOUTH OF
SOUTH BREACH AT STATION 22+77 USING THE 2005 LiDAR DATA
(E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27,
2009).

side indicate slopes of about 3.3:1 for the North Breach area and 3.8:1 for the South Breach area. Also, although the 2002 LiDAR is clearly not very accurate (both horizontally or vertically), in places it shows similar protection side slopes (see Figures 5.5, 5.6, and 5.7), and what is depicted for land LiDAR data in the ILIT report for just north of the South Breach. Moreover, the two sections for the South Breach area are virtually identical, indicating uniform grades along the breach area.

Because of the scouring effects and level of accuracy of the LiDAR data, the width of the crown on the protection side of the embankment was reconstructed using the as-built plans (see Section 2.0). The crown elevation was taken at 6.0 ft NAVD88 by considering the discoloration along the base of the concrete floodwall north and south of the South Breach.

A survey along Section 7 was available to beyond Jourdan Ave. This section is depicted in Figure 5.8 and is through the northern part of the South Breach. The 2005 LiDAR profile indicates that in the vicinity of Jourdan Ave., the ground surface is less than 1 ft lower than the as-built elevations. A similar order of magnitude of difference was also found along Section 2 at Jourdan Ave., indicating there is nominal settlement of the road from when the as-built survey was taken, prior to 1969, to 2005 (post-Katrina).

Considering the 2005 post-Katrina elevation at top of floodwall of 12.5 ft (NAVD88), the wall height from Jourdan Ave. is about 1.5 ft shorter than the as-built plans at both the North and South Breach areas. In other words, about 1.5 ft of settlement at the crown of the levee has been realized over more than 35 years. Moreover, this is consistent with the flattening of the levee slope over time as indicated in the LiDAR survey data.

Sections 8 and 9 are provided in Figures 5.9 and 5.10. These figures are through the north and south parts of the South Breach, respectively.

5-6



FIGURE 5.8   EAST-WEST GROUND SURFACE SECTION 7 THROUGH
THE NORTH BREACH AT STATION 54+40 USING THE 2005
LiDAR DATA  (E-mail from Melvin G. Spinks to Gennaro G. Marino
dated May 27, 2009).



FIGURE 5.9   EAST-WEST GROUND SURFACE SECTION 8 THROUGH
THE SOUTH BREACH AT STATION 28+94 (E-mail from
Melvin G. Spinks to Gennaro G. Marino dated May 27, 2009).



FIGURE 5.10   EAST-WEST GROUND SURFACE SECTION 9 THROUGH
THE SOUTH BREACH AT STATION 26+19 (E-mail from
Melvin G. Spinks to Gennaro G. Marino dated May 27, 2009).

5.2 Soil Profile Conditions

5.2.1 General

Both north-south and east-west profiles were developed in the breach areas based on the available soil boring information. The locations of the borings utilitized are shown on Figure 5.11. As can be seen in Figure 5.11, borings were done to approximately 350 ft west to 90 ft east of the floodwall in the area. The sources from which the boring log data was obtained were:

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, International Tank Terminal & McDonough Marine Borrow Pit Areas Drilling Report- I, Appendix I, Prepared for Washington, Prepared by MMG, June 2001

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, McDonough Marine Site Assessment Drilling Report- II, Appendix J, Prepared for Washington, Prepared by MMG, June 2001

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, International Tank Terminal Site Assessment Drilling Report- III, Appendix K, Prepared for Washington, Prepared by MMG, November 2001

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Saucer Marine Site Assessment Drilling Report- IV, Appendix L, Prepared for Washington, Prepared by MMG, January 2002

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Indian Towing Site Assessment Drilling Report- VI, Appendix N, Prepared for Washington, Prepared by MMG, May 2002



FIGURE 5.11 LOCATION OF AVAILABLE "DEEP" BORINGS ALONG THE IHNC (EAST)

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Mayer Yacht/Distributors Oil Site Assessment Drilling Report- V, Appendix K, Prepared for Washington, Prepared by MMG, March 2002

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Boland Marine Site Assessment Drilling Report- VII, Appendix M, Prepared for Washington, Prepared by MMG, July 2002

- Groundwater Characterization/Monitoring Report, Monitoring Period- April 2005 Inner Harbor Navigation Canal- East Bank Industrial Area 1800-2500 Surekote Road New Orleans, Louisiana, Parish: Orleans, AI-1398, Prepared for USACE, New Orleans District, Prepared by Washington Group International, August 2005.

- USACE, Inner Harbor Navigational Canal East Levee- I.H.N.C. Loch to Florida Ave. Levee and Floodwall Cappings "H-4-25157" Nov. 1969.

- USACE Design Memorandum No. 4 General Design, Florida Ave Complex, IHNC, June 1980.

- Eustis Engineering Company, Inc. for USACE, December 16, 2005.

- CPT data for USACE, October 26, 2005.

- USACE, Chalmette Area Plan, Design Memorandum No. 3- General Design Plan and Profile, Station 49+00 to Station 68+00 "H-2-23820".

- Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Vol. II, Appendix B, July 31, 2006.

Because of the limited information which could be obtained from the Washington Group borings of depth 9 ft or less, they were not used in the development of the soil profile information and are not shown on Figure 5.11. In developing the north-south cross-sectional information for both the North and South Breaches, a profile was done for the west side with borings closest to the west toe of the levee to about the floodwall and, on the east side, the north-south profile was developed mainly utilitizing borings from about the floodwall to the east toe. Although an independent assessment of the soil deposits to an elevation of -35 ft was made, the stratigraphy below this elevation was based on the reported conditions in the final reports by ILIT and IPET.

For the analyses performed below, the strata are assumed to conservatively grade finer from west to east. The WGI soil descriptions from samples taken from borings drilled along the waterfront indicate the presence of coarser native materials (generally ML to CL) than those reported by other investigators, who almost exclusively drilled into the levee and, to the east, indicated finer grained soils (generally CH) which are verified by Atterberg Limits. No Atterberg Testing was available from WGI.

5.2.2 North Breach Soil Profile

The east-west cross-section most relevant to the North Breach would be at the north end and is shown on Figure 5.12. This is the location where the failure commenced.

There are 7 basic soil units which are present at the North Breach to at least an elevation of -60 ft (NAVD88).

1  Waterfront Fill (WF). This relatively flat-lying fill exists on the west side of the floodwall. The fill is generally 3 to 5 ft thick (to Elevation -1 to -2 ft) and appears to be almost 8 ft thick (to Elevation -6 ft) in the vicinity of the western



FIGURE 5.12   EAST-WEST CROSS-SECTION 1-1 AT THE NORTH END OF THE NORTH BREACH

toe of the levee at the north end of the breach. This material primarily consists of gray or brown fill with a discontinuous lower layer of gray clayey fill. The upper sandy fill is mainly a fine sand with varying amounts of silt and shells. The lower clayey fill appears to be more continuous in the northern portion of the site with a thickness of up to 1 to 2 ft, and ranges from a clayey silt to lean clay [MC to CL]. Debris is also present in places through the fill layer. Based on the surface elevation provided in the as-built drawings, it appears that a significant amount of this fill unit was placed prior to 1969.

2 Levee Embankment (LE). This embankment material was controlled fill placed for flood protection. The as-built crown of the levee is about +6.5 ft NAVD88. Based on the boring information the embankment appears to have been placed on native soils and over the majority of the levee area the levee fill/native soil contact appears to be sloping to the east from about Elevation -5 ft to -7 ft ± up to about 1 ft. There is an area below the western toe where this fill appears to extend down to about a maximum elevation of -18 ft.

From soils described in the area, the levee materials are gray, dark gray, lean clay to clay with silty clay in places, with debris, very occasional organics [CL, CH]. Below the western toe, the levee materials are reported to be very soft to soft, but in other locations they are generally stiff.

3 Upper Silts and Clays (USC): Immediately below the waterfront fill and the levee embankment, there are gray fine-grained deposits which mainly range in thickness from 6 to 14 ft. Generally, the thinnest of this fine-grained layer in the waterfront area is to the north, where it is 6 to 9 ft, with thicknesses on the order of 12 to 13 ft below the remainder of the waterfront. Also, this unit thins to the east and is only several feet thick at and beyond the east toe of the levee. (Note USC is essentially absent where levee fill extends to near the bottom of this layer; see Figure 5.12). These deposits are present to about elevation of -10 to -11 ft to the north but deepen below the waterfront to the

south to about Elevation -14 ft to -15 ft and slope upwards to the southeast in the breach area to Elevation -8 ft.

This soil unit mainly consist of gray to dark gray, soft to moderately soft, silty clay to clay [CL-ML to CH] but contains some varved silt [ML] to the north. Also, organic content was found in places. In the North Breach area, the upper silts and clays deposits are generally finer grained from west to east except in the southeast where no such gradation was found. Based on the available borings, the soil unit transitions under the levee footprint to soft clay [CH] where present. Also, the intensity of interlayering in the unit appears to move prevalent to the west and south with reported intermittent lenses and seams, as well as varved and interbedded conditions.

4  Marsh (M). Below the silts and clays is a unit which contains the most significant amount of organics. In previous investigations, this unit has been called marsh and is present in the North Breach area to about Elevation -16 ft to -23 ft and ranges in thickness from about 6 to 9 ft. Based on the available boring information, the bottom of the marsh layer is about level to sloping up as much as 6 ft from beneath the levee and to the east. The brownish and grayish marsh deposits were generally reported as soft, with a proximate range of very soft to stiff. Based on the available boring information, this unit ranges from organic to with organics and generally grades to the east under the levee from a lean clay to clay [CL, OL, CH, OH] except for a 7 to 8 ft thick peaty zone. The peat rich zone appears to be a discontinuous lobe about 125 ft west of the floodwall and consist of interbeds of peaty organic silt to clay which contains wood and becomes siltier to the south [OL-PT, PT-CL, CH-OH, OL-CL]. Also reported to be present in this proximate north-south organic lobe is an occasional isolated peat layer.

5  Lower Silts and Clays (LSC). Below the organic layer or marsh are interbeds of fine-grained deposits. This soil unit was reported to be deepest to the north

under the waterfront at about elevation -28 ft and rises to the south to about -23 ft and thinning accordingly from about 7 to 10 ft thick to 1 to 3 ft thick. Under the levee and to the east, the soil unit appears to drop 4 to 6 ft to an elevation ranging from -23 ft to -32 ft, resulting in thickness of 5 to 14 ft.

` This soil unit mainly consists of gray to dark gray, very soft to soft, interbeds of silty clay to clay with silt strata or lenses and with wood in places [CL-ML to CH]. Generally speaking, the unit appears to be overall finer to the east.

6  Bottom Clay (BC). Below the lower silts and clays unit is clay. This soil unit is described as a gray, soft clay [CH] and is present to an elevation of about -50 ft  (IPET: Figure 11.22).

7  Bottom Sand (BS). The bottom sand which is below the above mentioned clay is reported to be present to at least Elevation -60 ft (IPET: Figure 11.22). The bottom sand is described as Nearshore Gulf-Relic Beach deposit.

5.2.3 South Breach Soil Profile

Based on the available boring data, a similar stratigraphy to the North Breach area exists at the South Breach. In other words, the same soil units are found present (i.e., 1. Waterfront Fill, 2. Levee Embankment, 3. Upper Silts and Clays, 4. Marsh, 5. Lower Silts and Clays, 6. Bottom Clays, and 7. Bottom Sand). Contrary to the North Breach, however, there is interlayering to interfingering of Soil Units 3 and 4 west of the floodwall. This appears to commence about 200 ft south of the north end of the South Breach and is depicted in the soil cross-section shown in Figure 5.13. The depth and amount of interlayering increases to the south and can extend up to 230 ft west of the wall. Further development of the interbedding of the upper silts and clays and the organic layer is shown in Figure 5.14. To the south of this cross-section, the



FIGURE 5.13   EAST-WEST CROSS-SECTION 3-3 200 FT SOUTH OF THE NORTH END OF THE SOUTH BREACH



FIGURE 5.14   EAST-WEST CROSS-SECTION 2-2 180 FT SOUTH OF THE NORTH END OF THE SOUTH BREACH

interlayering is more extensive and the soil unit layers appear to be interfingered just south of the South Breach. At the south end of the breach, the interlayering is found between about Elevation -8 ft and -22 ft.

1.  Waterfront Fill (WF). Based on the as-built drawing for construction of this reach of floodwall, it appears that a significant amount of this fill was placed prior to the construction in 1969. In general, this fill appears to be thicker and contains fewer shells than at the North Breach. The total thickness of the waterfront fill is on the order of 4 to 6 ft and locally up to 13 ft where probably a pre-existing excavation was present. The bottom elevation of this fill or the top of native soils along most of the northern part of this waterfront area is -3 to -4 ft. In the southern portion, the fill is present to about Elevation -1 to -3 ft. The deepest fill sections were locally found closest to the canal to Elevation -10.5 ft.

    As along the North Breach, sandy fill was generally placed above clayey fill if present. At the South Breach, the sandy fill was found to be discontinuous west to east in places and typically less than 3-4 ft thick (but locally up to 6 ft). This fill is principally described as red-brown or brown, medium to fine sand to silty sand with debris and shells in places [SW, SP, SM], with occasional pockets of shells or clay silt.

    The clay fill is essentially continuous along most areas across the waterfront with a thickness typically of 2 to 4 ft up to over 5 ft (and up to 13 ft near the canal). It is described as essentially a brown or gray, stiff, silty clay to lean clay, but locally silt or clayey silt, with shells and debris in places [ML to CL].

2.  Levee Embankment (LE). The controlled fill placed for the levee embankment had a maximum thickness at the landside crown from about 9.5 to 11.3 ft. The approximate bottom elevation of the levee along the South Breach, which rested on native soils, was approximately from -3 ft to -6 ft. Based on descriptions provided on the available boring logs, the levee fill essentially consisted of gray,

stiff, lean clay to clay but can be locally silty clay, and occasionally contains gravel, shells, or organics in places [CL, CH].

3. Upper Silts and Clays (USC). As with the North Breach area, this unit is found below the waterfront fill and the levee embankment material. When considering the total thickness (including any interlaying with the organic soil unit), this unit thins to the east. As mentioned above, the interlayering to interfingering with the organic or Marsh unit begins at about 200 ft south of the north end of the breach and is present west of the floodwall. To the south the interlayering becomes greater and can commence as high as about Elevation -8 ft. Consequently, the thickness of the silt and clay zones generally decrease to the south. Waterfront unit thicknesses are about 11 to 20 ft, except where interlayering is present. Maximum zone or layer thicknesses for this unit are, then, on the order of 2 to 12 ft, unless discontinuous organic layers are present, and then the unit thickness can extend to 20 ft. East of the floodwall, where interlayering was not found, the unit thickness ranges from about 3 to 10 ft.

West of the floodwall and from just north of the South Breach to about 650 ft south of it, where no significant interbeds are present, the bottom of the unit is at about Elevation -10 to -16 ft. However, where the marsh is discontinuous, these silt and clay deposits can extend down to about Elevation -29 ft to the Lower Silts and Clays unit. Landside elevations to the base of the unit for this northern portion of the breach area range from about -8 to -12 ft elevation. With interlayers from about 650 ft south of the north end to beyond the south end of the breach, the bottom extends to approximately -17 to -22 ft elevation, but is as shallow as -9 ft on the landside.

This soil unit is essentially described to the west as a gray, soft to stiff, silt to lean clay, occasionally sand silt, and containing organics or wood in a few places [ML to CL]. Varving or interbedding of this unit exist to the north, decreases to the south, and is not present at the south end of the breach. These western silt to

5-20

lean clay deposits appear to grade beneath the levee east to primarily a brown or gray, soft to stiff, clay, roots [CH].

4.  Marsh (M). This fine-grained unit was identified from reported soil descriptions which contain a greater degree of organics than adjoining soil deposits. Such organic layers are present below the waterfront area, with thicknesses typically up to 4 to 10 ft, and along the South Breach toward the canal. These organic layers are discontinuous in places. Under the west side of the levee to the east (where interlayering/interfingering is not present and only one layer exists), the unit thickness ranges from about 2 to 10 ft without a distinct pattern north to south.

    Generally, the bottom of the organic or marsh layer(s) is from -16 to -22 ft elevation, again without any distinct pattern. In the vicinity of the South Breach, the lowest bottom elevation is approximately -24 ft elevation near the canal at the north end of the breach and the most shallow at about -14.5 ft elevation on the east side at 200 ft south of breach north end. This soil unit is mainly described below the waterfront as dark gray or gray, very soft to soft, organic clayey silt to clay, roots and wood in places, to silty clay to lean clay, and to no organics and wood [ML-CL to CH, OL, OH], with peat layers locally present closer to the canal. This unit grades or transitions under the levee to the east to dark gray, gray, or brown, very soft to soft, clay with wood or organics to organic clay with wood [CH, OH].

5.  Lower Silts and Clays (LSC). This unit is present below the marsh layer (unless absent). The thickness of this unit ranges up to 15 ft (typically 5 to 11 ft) with the thickest areas about 400 ft to 670 ft south of breach north end. Generally, the elevation of these silts and clays dips to the south along the breach area. Based on the available boring information, the bottom elevation decreases from -23 ft about 10 ft to -29 ft, but the deepest is on the east side at about 670 ft south of breach north end at about Elevation -31 ft.

This unit is essentially described as dark gray or gray, soft to medium stiff, clayey silt and lean clay seams/layers [ML-CL, CL] to soft to medium stiff, clay with silt to silty clayey sand to sand lenses/strata [CH].

6.  Bottom Clay (BC). This unit underlies the Lower Silts and Clays. It is described as a gray, soft clay [CH]. Below Elevation -50 ft, some lean clay is present but the bottom of the unit extends to Elevation -60 ft (ILIT: Figure 6.33). The resulting thickness of this unit is about 25 to 40 ft.

7.  Bottom Sand (BS). The Bottom Sand is present below the Bottom Clay and is present to deeper than -70 ft elevation (ILIT: Figure 6.33).

5.3 Soil Unit Properties

It should be noted that the vast majority of the soil property data are from borings drilled in the vicinity of floodwall and to the east of it. The most significant exception to this were permeability tests performed from WGI borings

.

Waterfront Fill

The only soil property data available on waterfront fill materials are related to Standard Penetration Tests (SPT) and one vane shear test. For silt, clay and sand mixtures there is a wide distributed range of STP values from 2 to 34 blows per foot (bpf) for 12 tests typically ranging from 3 to 6 bpf with an average of 4 bpf (excluding highest value). The SPT values ranged from WOH to 24 bpf, averaged 5 bpf (15 tests), and were typically from 2 to 5 bpf for the silts and clays. With lowest and highest values ignored, the average becomes 4 bpf.

In test intervals which contained significant amounts of debris and shells mixed with varying amounts of sand, silt, and clay, SPT values ranged from 2 up to 90 bpf (36 tests) but typically from 8 to 30 bpf (ave. 16 bpf excluding top 10%). SPT's in the sand

fill ranged from 3 to 55 bpf for 8 tests but typically from 3 to 8 bpf. Excluding the highest outlier, the average blow count is 8 bpf for the sand fill. These overall higher SPT values in are most likely related to the presence of concrete reported.

Based on the above, the silt and clay fill can be overall considered soft to medium stiff, and the sand fill materials are generally very loose to loose. The debris and shells in the fill can be considered essentially coarse grained materials. Therefore, they are non-cohesive when mixed with sands and, depending on the amount of these materials with fine-grained soils may be cohesive or non-cohesive. Overall, these fill materials are either medium dense or very stiff, based on the available data.

Permeabilities assumed for this unit ranged from 0.1 to $10^{-7}$ cm/sec, depending upon the material. Assumed values for modeling are provided in Section 5.6.

#### Levee Embankment

There are 6 available Atterberg Limits test results on the levee embankment. All tests indicate a fat clay with liquid limits (LL) and plasticity indices (PI) of 60 to 115% (81% ave.) and 25 to 70% (52% ave.), respectively. Corresponding inplace moisture contents (MC) were found below or between the plasticity ranges. From a total of 34 available water content tests, the levee fill was found to have fairly well distributed moisture content from 22 to 74% (46% ave.). Within the first foot of the levee ground surface, the moisture content ranges from 22 to 57% (typically 30 to 40%), with an average of 33% for 9 tests (excluding one high outlier), or 13% lower than the on-average value.

The 13 available unconfined compression (UC) and 1 vane shear (VS) tests in the levee fill result in undrained shear strengths ($S_u$) ranging from 0.170 to 1.598 tsf with an average of 0.361 tsf (without high outlier). Reported wet density (WD) values ranged from 99 to 121 pcf (9 tests) and average 108.7 pcf.

Given the reported embankment soil types, the permeability assumed for modeling purposes was $10^{-7}$ cm/sec.

## Upper Silts and Clays

All of the 6 available Atterberg Limits were in fat clay with Liquid Limits and plasticity indices of 73 to 115% (90% ave.) and 47 to 87% (60%), respectively. Reported moisture contents in this unit range from 32 to 147% (but typically from 45 to 70%), with an average of 65% for 37 tests (or a 61% average without the 2 highest outliers).

A total of 17 unconfined compression, 1 unconsolidated undrained, and 3 VS test results are available in this unit. The undrained shear strengths derived from these tests ranged from 0.045 to 0.400 tsf, with an average of 0.256 tsf. Excluding the very low outlier, the average $S_u$ is 0.266 tsf. Corresponding reported wet densities range from 92 to 109 pcf, with an average of 100.7 pcf (15 tests). The WD and $S_u$ values are plotted with depth in Figures 5.15 and 5.16. When $S_u$ and WD was plotted versus elevation and/or separated into toe and embankment locations, no advantage was obtained. An overall plot of $S_u$ versus depth is provided in Figure 5.16. Also, plots separating the unit strengths into upper embankment (ground surface elevations (GSE) greater than 0 ft NAVD88) resulted in lower overall strengths than in the toe area; see Figures 5.17 and 5.18. It would be expected that the upper embankment value would have an overall higher strength. This appears to be related to almost half the data population from borings with GSE at 1.0 and 1.7 ft. A greater population may also increase this average. Consequently, an average overall strength of 0.256 tsf was assumed in analysis.

There are 2 field laboratory permeability tests that were done on USC materials west of the floodwall which are reported by WGI. These tests were performed in Holes 57E and MW8. For the 2 field tests, 57E contained varved ML and ML-CL materials, whereas MW8 was reported to have overall slightly finer varved materials but also penetrated into the marsh unit. The marsh materials were described as having a high



FIGURE 5.15   WET DENSITY VERSUS DEPTH FOR THE USC UNIT



FIGURE 5.16  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE USC UNIT



FIGURE 5.17  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE USC UNIT FOR UPPER EMBANKMENT
(GSE > 0.0 FT NAVD88)



FIGURE 5.18  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE USC UNIT FOR TOE AREA (GSE < 0.0 FT NAVD88)

peat content [CL-PT] and 1 ft of wood in the bottom third of the sanded interval. 57E and MW8, which were relatively close to each other, reported to horizontal permeabilties of 1.95 x $10^{-6}$ cm/sec and 4.78 x $10^{-5}$ cm/sec (average of the two calculation methods). The laboratory test conducted on a sample from MW8 is reported to have a permeability of 4.0 x $10^{-8}$ cm/sec. No soil description of the laboratory sample is provided, but the measured MC and WD are consistent with the USC properties measured on the east side of the canal (ie., CH clays). Permeabilities assumed for modeling purposes ranged from $10^{-4}$ to $10^{-8}$ cm/sec depending on the soil composition. Also, for the varved soils, $K_u/K_v$ was taken as 2.5 (Terzaghi, Peck and Mesri, 1996). The specific values used are provided in Section 5.6.

Marsh

The reported nature of the soils classified as Marsh indicate variable types of organics (e.g., amorphous, fiberous, roots, and wood) and amount of organics and variable properties. Moisture contents in this organic layer ranged from 22 to 442% (90 to 300% typical), with an average of 159% for 75 tests. The lowest moistures were reported in the ILIT borings from 22 to 32% and appear anomalous for this unit. Neglecting these values the average MC becomes 169%. Liquid Limits for 16 tests ranged from 34 to 122% (typically 60 to 100%) and averaged 85%. Again, the ILIT Liquid Limits appear uncharacteristically low for this unit, ranging from 34 to 44%. Without these values the unit LL average becomes 96%. The corresponding plasticity indicies were from 23 to 84%, averaging 62%.

Wet density in this soil unit ranged from 63 to 105 pcf, averaging 84 pcf (22 tests). Over two-thirds of the strength related tests were performed under unconfined compression. Reported undrained shear strengths from 33 tests ranged from 0.032 to 0.420 tsf, with an average for all tests of 0.149 tsf. It should be noted that there are a number of strengths from 0.032 to 0.090 tsf at depths from 7.5 to 12.5 ft. Where corresponding Torvane testing was performed for 5 of these very low strength samples, about twice the $S_u$ was obtained.

A plot of all the wet density values with depth is given in Figure 5.19. WD has also been plotted versus depth for upper embankment and toe areas in Figures 5.20 and 5.21, respectively. As can be seen from comparing Figures 5.20 and 5.21, there is a decidedly greater WD trend below the upper embankment area (UEA) with an average of 94 pcf compared with 79 pcf below the toe area. Moreover, it should be noted that all UEA values were reported in 1965 and 1966, prior to the levee enlargement and 40 years time-dependent compression.

An overall plot of the undrained shear strengths with depth is shown in Figure 5.22. The variability in the $S_u$ with depth plot is primarily related to the heterogeneous nature of the marsh and the different states of effective stress. The $S_u$ values have also been plotted below the upper embankment and toe areas and are given in Figures 5.23 and 5.24, respectively.  As expected, the average $S_u$ below the UEA is greater than below the toe area at 0.201 tsf to 0.101 tsf, respectively. It is important that 10 of the 16 reported tests for strength values taken under the upper embankment area were done during the 1965 time period and prior to the levee enlargement and 40 years of compression. Consequently, the pre-Katrina strength average should be greater due to additional compression and aging (Mesri, and Ajlouni, 2007; Mesri, 1987; Terzaghi, et. al, 1996; Zpeik, et. al., 1998).

Evidence of the compression undergone by the marsh beneath the UEA can also be seen in natural moisture content trends. For borings done between 1965 and 1971, the average MC for UEA was 148% (32 tests), ranging from 48 to 380%, compared to 192% (19 tests) with values from 46% to 385% in the toe area. Post-Katrina water content tests were mainly in the toe area, where the average was 171% (20 tests), ranging from 72 to 442%. The only moisture contents for under the UEA were reported by ILIT and averaged 27% (5 tests), ranging from 22 to 32%. Combined, the average MC below the UEA and toe area are 132% and 181%, respectively.



FIGURE 5.19   WET DENSITY VERSUS DEPTH FOR THE M UNIT



FIGURE 5.20   WET DENSITY VERSUS DEPTH FOR THE M UNIT
          FOR THE UPPER EMBAMKMENT (GSE > 0 ft NAVD88)



FIGURE 5.21   WET DENSITY VERSUS DEPTH FOR THE M UNIT
FOR THE TOE AREA (GSE < 0 ft NAVD88)



FIGURE 5.22  UNDRAINED SHEAR STRENGTH VERSUS DEPTH
FOR THE M UNIT



FIGURE 5.23   UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE M UNIT BELOW THE UPPER EMBANKMENT AREA



FIGURE 5.24   UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE M UNIT BELOW THE TOE AREA

In addition to primary and secondary compression effects over time, increased strengths would be expected from the aging process and the inherent natural earth reinforcement provided by root systems in the marsh, similar to the way root networks assist in the stability of vegetated earth slopes additional compression and aging (Cazzoffi, and Crippa, 2005; Docker, and Hubble, 2008; Wu, and Watson, 1998, Wu, et. al, 1998; Yong-hong et.al, 2005 and Haji Ali,and Normaniza, 2008).

No insitu permeability tests were run strictly in the marsh unit. As mentioned in the USC subsection, the lower third of the 57E well was in the organic layer, which indicated a lower horizontal permeability (K = 1.95 x $10^{-6}$ cm/sec) than the nearby MW8 well, which was completely in USC. Also, it is interesting to note that in evaluating the soil profile for the more permeable zones from drilling depths of up to about -35 ft elevation, WGI chose to focus most testing above and below the organic layer.

IPET summarized marsh and peat values in Figure V-17-15 which has been reproduced in Figure 5.25. It is important to note that, based on the soil descriptions of the organic layer, the vast majority of this organic material is not peat, and the peat which is present is localized and typically described to contain a significant amount of silt and clay. Considering effective vertical overburden pressure up to 1000 psf, K ranges from about 1.1 x $10^{-8}$ to 9 x $10^{-5}$ cm/sec (which includes peat not present at the site). Specific K values assumed for modeling different unit subsoils are provided in Section 5.6.

## Lower Silts and Clays

As mentioned at the beginning of this section, in some areas along the IHNC (east), particularly outside the breach areas, there is little distinction between the LSC and BC units because of the frequency of the coarser grained inter-stratification. Therefore, the properties provided below are only for those materials that could be identified as LSC.



FIGURE 5.25   PEAT AND MARSH PERMEABILITY VALUES VERSUS EFFECTIVE OVERBURDEN
PRESSURE (IPET FIGURE V-17-15)

For the 48 water content tests in the LSC, the moisture ranged from 32 to 77% with an average of 53%. There is no Atterberg Limit in this unit. Wet densities varied from 94 to 114 pcf (fairly well distributed) with an average of 102.1 pcf for 15 tests. All the $S_u$ values were determined from 19 unconfined compression tests, 2 unconsolidated undrained tests, and 2 unconsolidated undrained tests. Reported $S_u$ ranged from 0.055 to 0.217 tsf and averaged 0.136 tsf. See next subsection for combined LSC and BC plots for density and strength with depth.

There was one field permeability test which appears to have been done predominately in the LSC unit. The test was performed in Well MW7 and had a reported average horizontal K of $2.0 \times 10^{-5}$ cm/sec. A laboratory test apparently in this unit resulted in a K of $2.68 \times 10^{-5}$ cm/sec. For modeling, K values assumed ranged from $10^{-4}$ to $10^{-8}$ cm/sec. Specific K values assumed for different soil types are provided in Sections 5.6 and 5.7.

### Bottom Clay

Similar to LSC, the data considered below are only for those which could be identified as BC. There were 194 water contents performed which ranged from 19 to 80%, and averaged 53%. A total of 19 Atterberg Limits tests were done in the BC. Liquid limits and plasticity indices ranged from 54 to 96% (averaged 81%), and 31 to 74% (averaged 55%), respectively. Corresponding moisture contents typically fell within the upper two thirds of the Liquid Limit and Plastic Limit brackets.

From the 49 reported values, wet densities in BC ranged from 96 to 125 pcf (typically less than 110 pcf) and averaged 103.1 pcf. The vast majority of the 102 bottom clay samples tested for undrained shear strength were reported from unconfined compression testing. The $S_u$ ranged from 0.083 to 1.493 tsf (typically from 0.125 to 0.300 tsf) with an average of 0.231 tsf.

For the purpose of assessing the wet density and strength, LSC and BC values have been combined because of the variability in the interstratification. Figure 5.26 contains a plot of all the wet densities with depth for both LSC and BC. For all the 111 data points, the overall average is 102.8 pcf. Separating the wet density values beneath the upper embankment and toe areas, which are given with depth in Figures 5.27 and 5.28, result in averages of 104.2 pcf (22 tests) and 101.3 pcf (89 tests). Greater overall density beneath the levee is an indication of compression in the UEA.

The overall plot of strength versus depth is depicted in Figure 5.29 with plots for the upper embankment and toe areas shown in Figures 5.30 and 5.31, respectively. Strength lines were best-fitted assuming a slope of 0.22 $\sigma'_v$ and a buoyant unit weight of 40 pcf. Note that the field vane shear test results performed in the LSC/BC are consistent with $S_u$ with depth trend as can be seen in Figure 5.30.

It should be noted that there is a number of anomalous low strengths (13 tests) with $S_u$ values ranging from 0.038 to 0.100 tsf which were performed on samples (mainly UC) with an average depth of 25.7 ft. These samples had an average wet density of 104.1 pcf (for 11 tests ranging from 96 to 120 pcf) and an average moisture content of 52% (9 tests ranging from 23 to 73%). Moreover, $S_u$ was at about or below the 6 available corresponding Torvane test strengths with averages of 0.067 tsf and 0.11 tsf, respectively. Also, it should be noted that 75 of the 105 UEA strengths were conducted in 1965-1966 prior to levee enlargement and about 40 years prior to Katrina. Therefore, strengths from these older borings are expected to be low due to aging and additional compression over time (Mesri, and Ajlouni, 2007; Mesri, 1987; Terzaghi, et. al, 1996; Zpeik, et. al., 1998).

For modeling purposes, the Bottom Clay was assumed to have a K of $10^{-8}$ cm/s.



FIGURE 5.26  WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS



FIGURE 5.27  WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS
FOR UPPER EMBANKMENT AREA (GSE > 0 FT NAVD88)



FIGURE 5.28  WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS
FOR TOE AREA (GSE < 0 FT NAVD88)



FIGURE 5.29  UNDRAINED SHEAR STRENGTH VERSUS DEPTH
FOR LSC AND BC UNITS



FIGURE 5.30  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC
AND BC UNITS FOR THE UPPER EMBANKMENT AREA
(GSE > 0 FT NAVD88)



FIGURE 5.31   UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC
AND BC UNITS FOR THE TOE AREA (GSE < 0 FT NAVD88)

5.4 Soil Modulus

Soil Modulus values can be established from the results of field floodwall tests reported by Jackson, 1988. The field test involved a 200 ft long floodwall consisting of PZ-27 sheetpile in very soft to soft highly plastic clays ($S_u$ about 200 to 500 psf) to the tip. The test was performed at the East Atchafalaya Basin Protection Levee which is about 70 miles southwest of the IHNC.

Inclinometers placed in 4 locations along the sheetpile indicated that as water loading increased over a total of 30 days, the sheetpile went from "fixed" to "free earth" condition when the flood level was increased from 6 to 7 ft behind the wall (see Figure 5.32). Wall deflection plots indicated no tip translation to this point. Moreover, this is consistent with the "fixed" behavior at the bottom of the piles. These plots also depict the gradual formation of a gap between the sheetpile and flooding, even over sustained time periods. As can be seen in Figure 5.32, with a flood height of 4 ft the soil-pile separation is present to about Elevation -5 ft (or a depth of 11.5 ft) with maximum gap openings of 0.11 to 24 in. at the ground surface.

Best-fit $E_S/S_u$ of 96 was determined for total deflections with depth for flood heights of 4, 6, 7, and 8 ft for a total flood duration of 52 days. Cumulative top of the wall deflections during the water raising periods were about 30% of the total for all the 4 monitored piles. In other words, the "initial" $E_S/S_u$ can be considered to be 320. It should be noted that the water was raised at a rate of 1 ft/day.

5.5 Groundwater Conditions

As shown in the hydrograph immediately before Katrina in Figure 3.4, the I-10 USGS and Orleans levee gages which are north of the breaches and the staff gage at the IHNC lock to the south of the breaches show fairly good agreement. Therefore, either the gages north or the one to the south of the breach areas should provide representative data of the canal level for non-extreme weather conditions.



PILE A



PILE B



PILE C



PILE D

FIGURE 5.32   TEST SHEETPILE DEFLECTION PLOTS AT DIFFERENT FLOOD LEVELS
(JACKSON, 1988)

The available pre-Katrina data for the USGS IHNC gage at I-10 has been plotted in Figure 5.33. As can be seen from this figure, the water level in the IHNC oscillates between about Elevation 0 ft to 2 ft (NAVD88), with a medium elevation of about 1 ft. Therefore, the groundwater table at the shorelines west of the floodwall should be on the order of Elevation 1 ft.

Groundwater level depths along the floodwall waterfront were taken by the Washington Group International (WGI). There were two types of groundwater table measurements reported. The vast majority of the reported groundwater depths (over 330 holes) were determined based on the visually observed level of soil saturation.

The other method used consisted of installing 12 monitoring wells along the IHNC (east) waterfront and measuring the water level in the walls a minimum of three days after installation. The wells were installed to a depth of 12.5 to 37.1 ft using 4.5 in. ID hollow stem augers (HSA). WGI produced potentiometric contours of the groundwater surface from this data, which is shown in Figure 5.34. From Figure 5.34, it can be seen that groundwater flows east from the canal.

As can be seen on Figure 5.34, the highest groundwater level was increased in Hole MW-11 at 2.84 ft elevation (NGVD29). This elevation appears anomalous. In thisarea Bielecki and Lessor, 2005, state "the large embayment on the north end of the site is likely due to the large volume of soils removed during remediation of Boland Marine."

The monitoring well levels can be adjusted by -1.0 ft to obtain NAVD88 elevations by assuming a shoreline groundwater table at Elevation +2 ft (NGVD29) from Figure 5.34, and considering a medium canal level elevation of +1.0 ft NAVD88. Also in comparing groundwater levels in the monitoring wells with the reported levels in the borings done in 2001, a ground surface elevation of +2.5 ft NAVD88 was assumed for these later holes. As expected, most of the MW holes had equal to or greater groundwater table elevations than the neighboring 2001 holes in the direction of the



FIGURE 5.33   AVAILABLE IHNC WATER ELEVATIONS FOR THE USGS GAGE AT I-10 FROM JUNE 27, 2005 TO AUGUST 29, 2005 (WALTERS, 2009)



WGI342537

FIGURE 5.34   GROUNDWATER POTENTIOMETRIC SURFACE MAP ON
APRIL 24, 2005 PREPARED BY THE WASHINGTON GROUP
INTERNATIONAL, INC. (WGI 342537, Bieleck and Lesser,
2005)

potentiometric line (i.e., approximately north to south). Only wells MW-3, 4, and 7 were significantly lower in elevation. These lower well elevations were likely the result of the relatively short period after installation that the groundwater level was measured, given the low permeability of the formation. Bielecki and Lessor, 2005, noted "all of the monitoring wells were low-yield wells. . . . Purging these wells to dryness is expected given that this formation's low yield is insufficient to supply drinking water to a residential household." MW-3, 4, and 7 are discussed below.

MW-5 was installed to a depth of 12.5 ft and was reported to have GWT elevation of -4.84 ft (NAVD88). The nearby 2001 borings report the groundwater table from -0.75 ft to -3.0 ft. Even considering a ground surface 1 ft lower than assumed, a GWT elevation of -2 ft appears more appropriate.

Both MW-4 and MW-7 are deeper well installations, as both are to a depth of about 37 ft. MW-4 and MW-7 are sealed to Elevations -23.7 ft and -21.4 ft and are terminated at Elevations -33.2 ft and -34.1 ft, respectively. Therefore, these wells are likely below the organic layer and into the lower silts and clay and possibly into the clay units. For MW-4, the nearby north-south 2001 holes report GWT elevations up to -1.25 ft. Consequently, an Elevation -1.25 ft was assumed at this well. For MW-7, a GWT elevation of -1.0 ft has been taken based on the 2001 holes data.

Considering the above groundwater levels and excavated areas of the waterfront, based on air photographs, the potentiometric lines developed prior to Hurricane Katrina were estimated and are shown on Figure 5.35. As can be seen in Figure 5.35, the GWT elevation in the vicinity of the western toe of the levee is estimated to be along the North Breach as 0 to -1 ft and the South Breach as -2 ft. Groundwater levels of this magnitude are consistent with ponded water in these areas and are depicted in the air photos (see Section 2.1).

Along the east side of the project floodwall, there is less information on groundwater levels. Most of the borings done in this area do not report any related information. Several post-failure borings which were drilled to 12 to 15 ft located in both the North and South Breaches noted no groundwater at the time of HSA drilling, despite encountering materials with peat and wood. These borings were labeled IHNC-N-BOR-1, IHNC-S-BOR-1, and IHNC-S-BOR-2 (see Figure 5.11). The one available boring which provided a measured groundwater level was 6-UT. Based on the as-built drawings, Boring 6-UT is located about 70 ft east of the floodwall and about 60 ft west of the then present Jourdan Ave. Canal at Station 42+00. The measured groundwater level in Boring 6-UT in 1966 was 4.4 ft below the ground surface at Elevation -9.9 ft NAVD88.

There are a number of eyewitnesses, who resided in the Lower 9th Ward, who indicated there was no evidence of seepage and that in fact the groundwater table was below landscaping depth.[1] Moreover, no seepage along the levee was observed, despite the canal water shoreline along the levee only about 60 ft east of the floodwall for more than 400 ft between the North and South Breach areas.

5.6 North Breach Failure Analyses

5.6.1 Seepage Analysis

Using Geostudio, the North Breach was modeled to Geologic Section 1-1 (see Figure 5.36). This location, which is located at the north end of the breach, is where the failure appears to have initiated (see Section 4.1). The soil properties assumed in the seepage model are based on the information provided in Section 5.3 and are summarized in Table 5.1.

---

[1] D. St. Cyr-Butler deposition dated February 19, 2007, p. 117.

E. Offray deposition dated February 19, 2007, p. 77, 84.

S. Williams deposition dated February 19, 2007, p. 88.

R. McGill deposition dated January 18, 2007, p. 93.

C. Berryhill deposition dated December 13, 2007, p. 84.

A. Murph deposition dated December 17, 2007, p. 95, 105, 106, 144, 145.

K. R. Pounds deposition dated December 11, 2007, p.72-74.

# TABLE 5.1 SOIL PROPERTY VALUES ASSUMED FOR THE NORTH AND SOUTH BREACH MODELED SECTION

| Soil Layer | Symbol | Sub. Layer # | Description | Location | Kv (cm/sec) | kv (ft/hr) | kh/kv | Saturation Ratio (%) | Su (psf) | Wet Density (pcf) |
|---|---|---|---|---|---|---|---|---|---|---|
| Levee Embankment | LE | | Levee Embankment | ALL | 1.0E-07 | 1.2E-05 | 1 | 70 | 722 | 109 |
| Waterfront Fill | WF | 1 | bn,wh $S w/sh to sh wr$S, debris in pls | North | 1.0E-04 | 1.2E-04 | 1 | 40 | φ=30 | 100 |
| | | 2 | bk to gr lean clay w/debris | North | 1.0E-07 | 1.2E-05 | 1 | 75 | 500 | 100 |
| | | 3 | fill, debris, shell, concrete, rock | North | 1.0E-01 | 1.2E+01 | 1 | 40 | φ=30 | 100 |
| | | 4 | fill, bn gr, st, $C | South 18 | 1.0E-06 | 1.2E-04 | 1 | 75 | 500 | 100 |
| | | 5 | Fill bn, /S w/$ wd debris in pls, w/poc of SH and gr C$ | South 18 | 5.0E-04 | 5.9E-02 | 1 | 40 | φ=30 | 100 |
| | | 6 | fill,rd bn m/$ to $$ $h and debris in pls | South 16 | 1.0E-04 | 1.2E-02 | 1 | 40 | φ=30 | 100 |
| | | 7 | gr bn dgr st $C to LC w/debris and SH in pls | South 16 | 5.0E-07 | 5.9E-05 | 1 | 75 | 500 | 100 |
| | | 8 | Fill dlgr rdbn $, debris | South 16 | 1.2E-03 | 1.2E-01 | 1 | 40 | φ=30 | 100 |
| Upper Silt & Clay | USC | 1 | gr, s, but to st, lean clay to silty clay w/org in pls, gennally siltier to east | North | 5.0E-07 | 5.9E-05 | 1 | 100 | 510 | 101 |
| | | 2 | Gr, so clay | North | 1.0E-08 | 1.2E-06 | 1 | 100 | 510 | 101 |
| | | 3 | gr, so, $ to C$, varved | South18 | 5.0E-06 | 5.9E-04 | 2.5 | 100 | 510 | 101 |
| | | 4 | Silt, gray, varved, organics-rich layers, moderaily soft, wet | North | 1.0E-05 | 1.2E-03 | 2.5 | 100 | 510 | 101 |
| | | 5 | gr, so $ w/fis, wd in pls | South 18 | 5.0E-05 | 5.9E-03 | 1 | 100 | 510 | 101 |
| | | 6 | gr, v.so C$ to LC w/wd in pls | South 18 | 5.0E-07 | 5.9E-05 | 1 | 100 | 510 | 101 |
| | | 7 | gr, v. so to st CLAY, rts | South 18 | 1.0E-08 | 1.2E-06 | 1 | 100 | 510 | 101 |
| | | 8 | gr C$ | South 16 | 1.0E-06 | 1.2E-04 | 1 | 100 | 510 | 101 |
| | | 9 | gr, so, C$ occ clayey notos, org, varved | South 16 | 1.0E-06 | 1.2E-04 | 2.5 | 100 | 510 | 101 |
| | | 10 | gr, v.so to so., $ to C$, $C to LC in pls, s, orgs in pls, occ WD | South 16 | 5.0E-06 | 5.9E-04 | 1 | 100 | 510 | 101 |
| | | 11 | bngr, v.coarse, $$ to S$ | South 16 | 1.0E-04 | 1.2E-02 | 1 | 100 | 510 | 101 |
| Marsh | M | 1 | bn, gr, dkgr, mainly so, organic clay w/wd and occ, rts to east | North | 5.0E-08 | 5.9E-06 | 1 | 100 | Look at the cross sections in Figures 5.42, 5.58, and 5.59 | |
| | | 2 | gr,dkgr,bk interbedded peaty org $ to C, 4" to 2' lk, with $C 4" to 6" lk, occ peat 6" tk,CPT | North | 1.0E-04 | 1.2E-04 | 2 | 100 | | |
| | | 3 | bn, gr, v.so, to LC w/orgs to org CLAY, rts and wd | South 18 | 5.0E-06 | 5.9E-06 | 1 | 100 | | |
| | | 4 | bngr, dkgr, gr, s. to m.st, Lean CLAY $C in pls, w/orgs, occ rts, wd | North | 1.0E-07 | 1.2E-05 | 1 | 100 | | |
| | | 5 | gr, dgr in pls, v.so to so., C$ to $C and to no/wwd and orgs | South 18 | 1.0E-06 | 1.2E-04 | 1 | 100 | | |
| | | 6 | dk gr, gr, bn, v.so to so, CLAY, w/wd to org CLAY w/ wd | South 18 | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| | | 7 | gr, v.so, C$ to $C w/wd and orgs, pl layers in pls | South 16 | 1.0E-06 | 1.2E-04 | 1 | 100 | | |
| | | 8 | dgr, gr, bn, v.so, to so., CLAY w/wd to org CLAY w/wd | South 16 | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| Lower Silt & Clay | LSC | 1 | dkgr, gr v so to so LC to C w/$ strata/ lenses | North | 5.0E-08 | 5.9E-06 | 2 | 100 | Look at the cross sections in Figures 5.42, 5.58, and 5.59 | |
| | | 2 | gr, so, CLAY w/ layers/lenses of C$ to LC | South 16 | 1.0E-08 | 1.2E-06 | 2 | 100 | | |
| | | 3 | gr C$ and LC layers/seams | South 18 | 5.0E-07 | 5.9E-05 | 2 | 100 | | |
| | | 4 | dkgr, gr, so, To mst CLAY w/fns/strata of $ to SF$ | South 18 | 5.0E-06 | 5.9E-06 | 2 | 100 | | |
| | | 5 | gr C$ and LC layers/seams | South 16 | 5.0E-05 | 5.9E-05 | 1 | 100 | | |
| Bottom Clay | BC | | gr, so, CLAY | | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| Bottom Sand | BS | | Nearshore Gulf-Relic Beach | | 1.0E-02 | 1.2E+00 | 1 | 100 | φ=30 | 120 |



**FIGURE 5.35  ESTIMATED GROUNDWATER POTENTIOMETRIC CONTOURS WEST OF
IHNC (EAST) FLOODWALL PRIOR TO HURRICANE KATRINA**



FIGURE 5.36 GEOSTUDIO 2D SEEPAGE MODEL AT THE NORTH BREACH (NAVD88)



FIGURE 5.37 TOTAL HEAD CONTOURS SHOWING THE PRE-FLOOD PHREACTIC SURFACE FOR NORTH BREACH (NAVD88)

5-57



29.5 hours water surge 14.2ft
Total head

North Breach Section 1-1 with 6 inch width gap along the wall



FIGURE 5.38 TOTAL HEAD CONTOURS FOR NORTH BREACH FOR PEAK SURGE AT ELEVATION
14.2 FT (NAVD88)

5-58



29.5 hours water surge 14.2ft
Pressure head

FIGURE 5.39 PRESSURE HEAD CONTOURS FOR THE NORTH BREACH FOR PEAK SURGE AT ELEVATION
14.2 FT (NAVD88)



29.5 hours water surge 14.2ft
Hydraulic gradient

North Breach Section 1-1 with 6 inch width gap along the wall

FIGURE 5.40 HYDRAULIC GRADIENT CONTOURS FOR THE NORTH BREACH FOR PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)





FIGURE 5.41 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS FOR THE NORTH BREACH

The pre-flood steady-state phreatic surface used in the modeling of subsurface seepage was determined by considering the potentiometric contours developed in Figure 5.35 and the groundwater table 4 ft below the ground surface near Jourdan Avenue. The resulting phreatic surface is depicted in Figure 5.37. Note the resultant groundwater table is a minimum of 2 ft below the ground surface on the protected side.

In order to assess the subsurface seepage conditions during the storm surge, the canal water level was assumed to follow the IHNC hydrograph depicted in Figure 3.4. The surge was considered as linearly increases in appropriate segments following the hydrograph to the reported peak surge of Elevation 14.2 ft. During the flooding, a separation of 0.5 ft was conservatively assumed between the sheetpile and ground to depth. This full hydrostatic gap was applied after the water level was 1-2 ft above the crown of the levee. It should be noted that, based on field test measurements, if this separation was present it is expected that it would be on the order of a fraction of an inch maximum (see Section 5.4).

The resulting total head, pressure head, and hydraulic gradient contours, given the above modeling conditions, are provided in Figures 5.38 to 5.40. These plots are for the highest surge level of Elevation 14.2 ft. Also, the time histories of total head of monitoring points depicted during the storm is shown in Figure 5.41. The monitoring points are depicted in the cross-sections of Figure 5.36 to 5.40.

The effect of the overall higher permeability assumed on the west side of the floodwall (see Section 5.3) can be seen in the total head and pressure head plots with the reduction in total head and significant drop in pressure head under the levee (see Figures 5.38 and 5.39). Also, Figure 5.40 indicates that at the peak surge that there is no hydraulic gradients of concern in critical landside areas. Moreover, the monitoring point below the landside toe does not feel, in fact, the effect the of the 30 hr surge.

As expected, the Monitoring Point A below the waterfront essentially monitors the surge (except for an early rapid saturation period). The time history for monitoring Point

5-62

TABLE 5.2 COMPUTED SAFETY FACTORS FOR DIFFERENT CONDITIONS FOR THE NORTH AND SOUTH BREACHES

| Case Number | Hydrostatic Gap | | GWT on protected side | 2D² | 3D² | | Cross-Section | | | Water Surge El. (ft) | SF (Spencer) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | El. -5ft | El. -10.5ft | | | 30 ft width | 60 ft width | Section 1 | Section 2 | Section 3 | | |
| 1 | X | | X | X | | | X | | | 12.5 | 1.47 |
| 2 | | X | X | X | | | X | | | 12.5 | 1.37 |
| 3 | X | | X | X | | | | X | | 12.5 | 1.55 |
| 4 | | X | X | X | | | | X | | 12.5 | 1.37 |
| 5 | X | | X | X | | | | | X | 12.5 | 1.37 |
| 6 | | X | X | X | | | | | X | 12.5 | 1.27 |
| 7 | X | | X | | X | | X | | | 12.5 | 2.79 |
| 8 | | X | X | | X | | X | | | 12.5 | 2.72 |
| 9 | X | | X | | | X | X | | | 12.5 | 2.56 |
| 10 | | X | X | | | X | X | | | 12.5 | 2.22 |
| 11 | X | | X | X | | | X | | | 11.2 | 1.51 |
| 12 | | X | X | X | | | X | | | 11.2 | 1.43 |
| 13 | X | | X | | X | | X | | | 11.2 | 3.20 |
| 14 | X | | X | | | X | X | | | 11.2 | 2.83 |
| 15 | | X | X | | X | | X | | | 11.2 | 2.86 |
| 16 | | X | X | | | X | X | | | 11.2 | 2.38 |
| 17 | X | | X | X | | | | X | | 11.8 | 1.58 |
| 18 | | X | X | X | | | | X | | 11.8 | 1.39 |
| 19 | X | | X | X | | | | | X | 11.8 | 1.39 |
| 20 | | X | X | X | | | | | X | 11.8 | 1.31 |
| 21 | X | | | X | | | X | | | 12.5 | 1.29 |
| 22 | | X | | X | | | | X | | 12.5 | 1.32 |
| 23 | | X | | X | | | | | X | 12.5 | 1.17 |

1. For section 1-1 GWT = -1.0 ft el.
   For section 2-2 GWT = -3.4 ft el.
   For section 3-3 GWT = -1.0 ft el.

2. 2D analyses were run using Geostudio and 3D analyses were run using CLARA

B below the tip of the floodwall shows an abrupt change at about 23 hrs. Prior to this time, there is essentially no change as soil mass hasn't become saturated above the GWT. The total head jump at Point B is the result of the development of the hydrostatic gap discussed above in this subsection. Once this occurs saturation results and this point eventually follows the surge trend.

The most important location is below the landside toe, where Point C is located. Also, can be seen in Figure 5.41, this monitoring point feels no effect on the flood through the 30 hr period to the surge peak at Elevation 14.2 ft (NAVD88).

5.6.2 Floodwall Stability Analysis

The soil properties assumed in the stability analysis for the North Breach are provided in Table 5.1 and in the section shown in Figure 5.42. The ground profiles is based on Section 1-1 shown in Figure 5.12. The assumed groundwater table is shown in Figure 5.37. Table 5.2 summarizes the safety factors from stability analyses considering various groundwater, gap and slip conditions. Critical failure surfaces were found to be circular in 2D and ellipsoid in 3D using Spencer's Method.

In the stability analysis the canal water level assumed at the time of failure was 11.2 ft (NAVD88). This is based on an estimated time of failure of 6:00 am (see Section 3.5). With the water level raised to 5 ft above the levee crown to 11.2 ft elevation within 6 hours it is expected that if soil-wall separation would occur, it would be a small fraction of an inch and taper to zero downward. Based on field testing with much softer soils than the levee material present on this project and after sustained flooding, a very thin gap could form to about Elevation -5 ft (NAVD88), see Section 5.4. Also, based on Section 5.6.1, the groundwater table on the protection side of the sheetpile wall appears to be at Elevation -1 ft (see Figure 5.37).

In view of the fact that the failure was observed to be localized and initiates at the north end (see Section 4.1), a 3D stability analysis was consequently performed using



FIGURE 5.42   CROSS-SECTION 1-1 THROUGH THE NORTH BREACH SHOWING THE
ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES OF
THE LAYERS USED IN THE STABILITY ANALYSIS

CLARA. The resulting safety factor (SF) for the yielding of the first 30 ft monolith is 3.20 (Case 13) (see Figure 5.43). If 2 monoliths are considered the SF becomes 2.83 (Case 14) (see Figure 5.44). If the hydrostatic gap is considered to unlikely extend to the tip of the sheetpile the 3D SF becomes 2.86 (Case 15) and 2.38 (Case 16) for 1 and 2 monolith failures, respectively.

Considering a massive full breach failure, the 2D SF was equal to 1.51 (Case 11) for the estimated subsurface conditions at the time of failure. If a fully developed unrealistic hydrostatic gap was assumed this SF was 1.43 (Case 12).

With the floodwall retaining the maximum height of water to Elevation 12.5 ft and considering a massive failure, and the unlikely conditions of no protection side groundwater table and full gap development, the 2D SF becomes 1.29 (Case 21) (see Figure 5.45). Therefore, this section of floodwall should not have failed from water loading during the storm even under improbable circumstances. It should be noted that a massive failure was not observed nor does not seem appropriate given the floodwall damage (see Section 4.1).

5.6.3 Failure Analysis

Based on the transient seepage analysis performed above, there is essentially no effect of underseepage felt by the protection side subsoils. In other words, failure was not initiated by underseepage. Also, evaluated above was the ability of the floodwall at the North Breach to retain the storm induced surge. Based on this stability analysis, the floodwall system had more than adequate integrity even for the improbable worse case scenario. This case would require that there would have been a massive failure which laterally extended some 130 ft east (and beyond the undisturbed Jourdan Ave.). Furthermore, given the SF and the expected overtopping induced scour at the adjacent conditions, significant deflection reducing the protection elevation would not be expected.



FIGURE 5.43 3D SLIP SURFACE FOR A LOCALIZED FAILURE ENCOMPASSING ONE MONOLITH AT THE NORTH END OF THE NORTH BREACH (CASE 13)

5-67



FIGURE 6.9 THE PRESSURE HEAD CONTOURS FOR THE NORTH BREACH; STORM SURGE 14.4 FT MSL-ILIT



FIGURE 6.8 TOTAL HEAD CONTOURS FOR THE NORTH BREACH; STORM SURGE 14.4 FT MSL-ILIT. HEAD CONTOURS AT 1-FOOT INTERVALS OF HEAD

MEA assumed the depth indicated in Figure 6.54 of the ILIT report means the depth below Location D, as this definition provides consistent results. The solid lines in Figure 6.7 represent the porewater pressures at the steady-state condition if the full water surge of 14.4 ft was in place. The simulation demonstrates that the transient development of porewater pressure was controlled by high permeability assumed for the lower marsh layer. As can be seen in the figure, pressures reached to about 70% of the steady-state condition in less than six hours starting from 11 p.m. on August 28.

Figure 6.8 shows the total head contours for the North Breach model. The result from the MEA analysis is similar to the results shown in Figure 6.49 (mislabeled as flow net generation) of the ILIT report except for the number of head drops in the marsh layer. In Figure 6.49 of the ILIT report the head drops in the marsh layer show that in the distance of about 80 ft starting from the wall to the toe of the levee, 7 ft was dropped from the total head. Given the high permeability of 1.1 ft/hr (i.e., 9.17E-3 cm/sec) assumed for marsh layer, this amount of head drop does not seem reasonable (see Figure 6.8).

Figure 6.9 shows the pressure contours for the North Breach ILIT model. Because Figure 6.50 of the ILIT report, actually shows total head contours, instead of pressure head contours it was not possible to compare the results.

In Figure 6.10, the exit hydraulic gradients for the North Breach on IHNC are depicted. Figure 6.51 of the ILIT report shows the developed exit hydraulic gradient. This figure indicates that ILIT considered water loading along the waterfront. Therefore, water flow is observed through the lower marsh layer upstream of the levee. MEA attempted to reproduce this figure by assuming a gap and water loading along the waterfront. It appears a developed uniform gap of 1.3 ft wide dominates the flow direction and results in eastward flow from the floodwall to the downstream through the marsh. Also, from our modeling results, it was found that independent of whether the gap between the floodwall and soil developed, negligible eastward flow was observed through the upstream marsh layer despite the existence of water loading along

6-17



FIGURE 6.7 PORE PRESSURE GENERATION AT DIFFERENT TIMES AND DEPTHS
AT THE INBOARD TOE OF THE NORTH BREACH



Pore pressure vs time and depth at location D

6-16

b) Figure 6.49 or 6.50 of the ILIT report were apparently a simulation conducted by assuming a gap developed between the wall and soil without waterfront loading. However, Figure 6.51 shows that the gap and waterfront loading were assumed in the North Breach model. It is not clear why the overall seepage pattern for mislabeled Figures 6.49 or 6.50 were different than what is shown on Figure 6.51 for the same cross-section. It is also unknown why the gap was assumed in the North Breach model and not in the South Breach model.

MEA assumed a gap between the wall and soil and waterfront loading in order to reproduce the ILIT results for the North Breach given in Figure 6.51. MEA determined that if the gap width is smaller than 2.5 inches the gap is not developed from the levee crown all the way to the marsh layer, the water flow that passes through the gap would be ignorable. Therefore, the assumptions regarding the gap geometry are important for the purpose of seepage analysis.

Figure 6.7 shows generated pore pressures at different times and depths at the inboard toe of the North Breach at Location D. Location of Point D is shown in Figure 6.2. This figure shows similar results to Figure 6.54 of the ILIT report. Full quantitative comparison of the results for this figure was not possible because:

a) Location D for the North Breach model was not shown in the ILIT report. It was assumed by MEA that Location D for North Breach model is at the toe of the levee, similar to South Breach model shown in Figure 6.35 and 6.36.

b) It was not clearly explained in Figure 6.54 of the ILIT report what the "Depth" means (i.e., elevation or depth below ground surface).

## Water surge

Following the ILIT description given earlier, the water elevation was raised linearly to +9 ft MSL-ILIT by 3:30 a.m. on the morning of August 29 using transient seepage analysis. Finally, the water elevation was raised linearly to Elevation 14.4 ft MSL-ILIT by 8:30 a.m. on the morning of August 29 using transient seepage analysis. Raising the surge level linearly over time appeared to best represent the ILIT results.

## Results

For the North Breach, the results of the analysis shown in ILIT Figures 6.49 and 6.50 depict horizontal flow in the marsh layer starting just from underneath the sheetpile wall. Based on these two figures, no flow is assumed in the upstream marsh and the only source of seepage was seepage from flow along a gap created by the lateral deflection of the sheetpile. In Figure 6.51, ILIT appears to be combining the effect of the horizontal flow through the marsh layer and vertical flow along the sheetpile gap for a surge level of 14.4 ft MSL-ILIT (a resulting head of 6 ft above the levee crown and 11.9 ft above the levee toe). The combined effect is shown to have a hydraulic exit gradient 1.0 at the toe of the levee berm to 2.5 on the east side of the toe.

It should be noted that no gap was assumed for the south model. There was no explanation in the ILIT report for why a gap was assumed for the North Breach model and not for the South Breach.

It is difficult to fully compare the results of MEA analysis to ILIT for the North Breach because:

a) Figures 6.49 and 6.50 of the ILIT report appear to be mislabeled and are the same plot with different captions (i.e. Flow net generation and pressure contours). This plot, however, appears to contain total head contours.

elevation assumptions are made on the protected side of the levee during and before the water surge. The assumed groundwater elevations on the protected side of the levee were not provided in the ILIT report.

## 6.2.5 Reproduction of ILIT results - North Breach

### Geometry and soil layers

The geometry and soil layers shown in Figure 6.47 of the ILIT report were used to model seepage analysis of the North Breach by MEA. Since there is no vertical scale given for the geometry, all vertical dimensions are calculated assuming the top and the bottom elevation of the wall are at Elevation 13.5 ft and Elevation -8 ft MSL-ILIT, respectively, as depicted in the South Breach model (ILIT Figure 6.33).

### Material properties

Based on Figure 6.47, the soil profile from top to bottom consists of fill, CH, marsh, OC grey CH, NC grey CH, and sands. The soil properties are shown in Figure 6.47 of the ILIT report. The same soil layers and soil properties are used in MEA analysis, which are shown in Figure 6.2 and Table 6.1.

### Initial water boundary condition

In the ILIT report, there is no information provided for the groundwater elevation that was used to model the steady-state seepage condition before Katrina. Based on the dashed line shown in Figure 6.51 of the ILIT report, the water level on the protected side of the levee was assumed at the ground surface beyond the upper toe of the levee in the MEA analysis. Based on the description on page 6-12 of the ILIT report, the initial water elevation on the canal side of the levee was assumed at Elevation +5 ft MSL-ILIT by MEA, as this is the water elevation at 11:00 p.m. on the night of August 28.

## Wall Length

Based on Figure 6.28 and Figure 6.33 of the ILIT report, the top and bottom elevation of the sheetpile are depicted at Elevations 13.5 and -8 ft MSL-ILIT, respectively. Therefore, the length of the sheetpile is 21.5 ft. However, based on Plate 12 of H-4-25157 as-built drawings (see Section 2.0), the top and bottom elevations of the wall are 15 and -8 ft MSL, which means the length of the wall should be 23 ft.

## Overtopping of the Wall

Figure 6.18 of the ILIT report shows the hydrographs measured water levels at gage stations along the IHNC (see Figure 6.1). The highest water level recorded is 14.2 ft NAVD88 (2004.65), which based on the ILIT conversion should be equivalent to 12.2 ft NAVD88 (2004.65), which based on the ILIT conversion should be equivalent to 12.2 ft NAVD88, yet the top elevation of the wall shown in Figure 6.33 of the ILIT report for South Breach is at Elevation 13.5 ft MSL-ILIT. It is also not clear why the overtopping with water surge elevation of 14.4 ft MSL-ILIT is modeled, which is equivalent to Elevation 16.4 ft NAVD88.

## Initial Groundwater Level Condition

The ILIT seepage model started from a steady state condition at 11 p.m. on August 28 (Elevation 5 ft MSL-ILIT). However, the hydrograph shows that the water elevation at 12:00 a.m. on August 28 was lower. Therefore, if using the hydrograph, it would have been more reasonable to commence the seepage analysis at the earliest time provided, i.e., 12 a.m. August 28.

In Figure 6.37 of the ILIT report, the exit gradient at the toe of the levee for the South Breach model was reported close to 1.0. Similar results were shown in Figure 6.51 of the ILIT report for the North Breach. However, in the seepage analysis conducted by MEA and using ILIT modeling assumptions and the same code, it was found that the exit gradient can vary *significantly* depending on what groundwater



FIGURE 6.6 PRESSURE HEAD COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 10 AT THE TOE OF THE LEVEE

6-12



Total head at Point 10 at the toe of the levee

FIGURE 6.5 TOTAL HEAD COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 10 AT THE TOE OF THE LEVEE



FIGURE 6.4 PRESSURE HEAD WITH TIME COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 9 UNDERNEATH THE WALL



FIGURE 6.3 TOTAL HEAD WITH TIME COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 9 UNDERNEATH THE WALL



FIGURE 6.2 THE CROSS SECTION AND SOIL LAYERS OF IHNC LEVEE, NORTH BREACH (MSL-ILIT)

6-8

North Breach model at 11:00 p.m. on August 28. Then, two types of analyses were performed for raising the water surge level: 1) raising the water level in every two hours and 2) raising the water level in three steps: a) from Elevation 1.5 ft to 5 ft NAVD88 during 12:00 a.m. to 9:00 p.m. on August 28, b) from Elevation 5 ft to 14.4 ft NAVD88 during 9:00 p.m. on August 28 to 9:00 a.m. on August 29, c) from Elevation 14.4 ft to 9.2 ft during 9:00 a.m. to 2:00 p.m. on August 29.

To evaluate the seepage effect over time, the location of Points 9 and 10, in the cross-section in Figure 6.2 were selected for pressure head and total head comparison. As can be seen in Figure 6.3 to 6.6, although the final pressure head and total head results are the same, the time history of these two types of analyses are totally different.

It is worth mentioning that the only results shown in the ILIT report are for the water surge Elevation 14.4 ft MSL-ILIT for "transient flow analyses". No information is provided by ILIT on how the "transient flow analyses" were conducted. It is assumed in the analyses below that ILIT consider a rate of increase in surge in lieu of time steps.

6.2.4 Evaluation of the ILIT Report Assumptions

Datum

In Figure 6.1, the hydrograph shows that at 11:00 p.m. on August 28, the water elevation is 4.9 ft NAVD88, which is equivalent to 2.9 ft MSL-ILIT. It also shows that at 3:30 a.m. on August 29 the water elevation is 8.7 ft NAVD88 (or 6.7 ft MSL-ILIT). The water elevation at 9:00 a.m. on August 29 is 14.2 ft NAVD88, (or 12.2 ft MSL-ILIT). Therefore, it seems that ILIT mixed together the MSL-ILIT and NAVD88 datums, resulting in vertical dimensioning problems. The water surge elevations assumed by ILIT in these analyses, however, appear to be based on NAVD88, and the geometry of the model is based on MSL-ILIT.

FIGURE 6.1 HYDROGRAPHS SHOWING MEASURED (AND PHOTOGRAPHED)
WATER LEVELS AT GAGE STATIONS ALONG THE INNER HARBOR
NAVIGATION CANAL (IHNC)



Source: IPET Interim Report No. 2 April 2006

6-5

TABLE 6.1 HYDRAULIC CONDUCTIVITY OF SOIL LAYERS

|  | Hydraulic Conductivity (ft/hr) |
|---|---|
| Fill (all) | 0.000117 |
| Upper Marsh | 1.1 |
| Upper CH | 0.0002 |
| OC Grey CH | 0.0002 |
| NC Grey CH | 0.0002 |
| Lower Marsh | 1.1 |
| Silt | 0.000117 |
| Lean Clay | 0.0002 |
| Sand | 1 |

## Soil layers

The soil permeabilities from the ILIT report are given in Table 6.1. As for the waterfront fill, based on page 6-8 of the ILIT report, sandy fill was placed on the canal side of the levee raising the ground surface. However, in Figure 6.33 or 6.47, the color that represents this fill layer is different from the color that represents the fill on the top portion of the levee and also the sand layer at the bottom of the model. Also, the soil properties used for this layer were not clearly explained. Based on the flow pattern depicted in many of the ILIT model results the waterfront layer appears to have a lower permeability. It was consequently assumed to have the same K as the levee material.

## Initial Groundwater Level On Both Sides of the Levee

In the ILIT report, there is no discussion of the initial groundwater elevations on the protected side or the canal side before Katrina. Also, in the seepage analyses conducted by ILIT, the assumed initial groundwater elevations were not provided.

## Water Surge Elevations On the Canal Side

Page 6-12 of ILIT report states: "Transient flow analyses were performed in which canal water levels were raised progressively, beginning with fully equilibrated ("steady state") conditions with a canal water elevation of about +5 ft (MSL) at 11:00 p.m. on the night of August 28 (after many hours of relatively slow surge rise to that level), then rising progressively to Elevation +9 ft (MSL) by about 3:30 a.m. on the morning of August 29, and then rising a bit more rapidly to Elevation +14.4 ft (MSL) by about 8:30 a.m. (It should be noted that the failure and breach occurred at about 7:45 a.m., but these transient flow analyses were carried forward to at least 9:00 a.m. to more fully examine progressive flow and pore pressure development)." This surge history was based on the hydrograph shown in Figure 6.1. MEA tested these surge-time history assumptions made by ILIT using the same surge data given in Figure 6.1. MEA conducted a steady-state seepage analysis using ILIT modeling assumptions for

## 6.2 ILIT Seepage Analyses

### 6.2.1 General

ILIT performed seepage analyses for the North and South Breaches to show that the high hydraulic gradients at the toe of the levee induced by seepage through the marsh layer, caused the failures along the east bank of the Inner Harbor Navigation Canal (IHNC). In the summary, ILIT stated in Section 6.5 of their report: "The two large breaches at the east bank of the IHNC (at the west end of the Lower Ninth Ward) both appear to have resulted not from overtopping, but rather from underseepage beneath the inadequately deep sheetpile curtains at these two sections." To best reproduce the ILIT results, MEA made a request for ILIT input/output files, but was told they were not available. Given the available information, MEA attempted to reproduce the ILIT results using the same code (Geostudio) to best understand the reported results. Moreover, the assumptions made by ILIT for modeling the North and South Breach are discussed below.

### 6.2.2 ILIT Elevation Conversions

The conversion between NAVD88 and MSL-ILIT is provided in the first paragraph of Section 6.1 of the ILIT report. The Elevation +3 ft MSL-ILIT is stated to be equivalent to +5 ft NAVD88. It appears the MSL datum used in the ILIT report is different from the MSL (NGVD29) datum which was used in as-built drawings for the floodwalls (see Section 2.0). Therefore, to avoid confusion the MSL used by ILIT is called MSL-ILIT in this report.

### 6.2.3 South and North Breach Model Assumptions in the ILIT Report

Wall length

Based on Figure 6.28 and Figure 6.33 of the ILIT report, the top and bottom elevations of the sheetpile are depicted at Elevations 13.5 and -8 ft MSL-ILIT, respectively. Therefore, the length of the sheet pile was assumed was 21.5 ft.

For the South Breach, ILIT's failure analyses again determined that the main cause for the failure was underseepage. ILIT stated the same possible seepage-induced mechanisms given above as for the North Breach. Again, IPET disagreed with this conclusion, again citing that the assumed marsh permeability was too great.

For the South Breach, IPET concluded that, at the time of failure, there was significant scouring of the protection-side levee due to overtopping. In other words, at the time of failure there was sufficient time to develop the scour and, therefore would be at some time after the canal water elevation overtopped the top of the wall at 12.5 ft NAVD88 (see Figure 3.4). However, the failure clearly occurred before this time (see Section 3.5). Based on their failure analyses, IPET again considered a full hydrostatic gap between the levee and sheetpile, pushing laterally against the land side soil. As a result of their failure investigation, IPET stated: "the IPET slope stability analysis for the I-wall at the east bank IHNC at south breach show it to be stable, with water to the top of the wall, one would have to conclude that the most plausible explanation for the breach is scour of the protected side support of the I-wall from overtopping" (p. V-17-39).

After analyzing the effect that the scour would have on the floodwall stability, ILIT concluded: "The scoured trench behind the floodwall did contribute a bit to the enhancement of lateral displacement (and resultant water-filled gapping) on the outboard side, but it does not appear to have been the principal factor at this failure and breach site" (p. 6-11).

As can be seen from the above, ILIT concluded that both the North and South Breaches were related to severe seepage from the hurricane induced surge. These seepage analyses are reviewed below in Section 6.2. Also as discussed above, IPET determined the cause of failure for both of the project breaches based on stability analyses, and reduction in floodwall resistance at South Breach from overtopping scour. These limit-equilibrium stability analyses are discussed below in Section 6.3.

# 6.0 POST-FAILURE INVESTIGATION BY OTHERS

## 6.1 Introduction

A review and evaluation of the IPET and ILIT failure analyses of the North and South Breaches were performed. In summary, ILIT contends that the North Breach was primarily the result of underseepage. Regarding the North Breach, ILIT contends that the possible seepage induced failure mechanisms are:

"1. Seepage erosion and piping due to excessive exit gradients at the inboard toe.

2. Hydraulic uplift or "blowout" at the inboard toe.

3.Translational stability failure, as a result of reduction in strength of the foundation soils at the inboard side due to underseepage-induced pore pressure increases" (p. 6-18).

In response to ILIT's seepage concerns, IPET stated: "Because the unrealistic permeability assigned to the marsh material for the NSF-Berkeley (ILIT) seepage analyses was at least 1,000 times too high, the results of the seepage analyses described in that report do not reflect the real seepage conditions in the field. Because it was assigned such a high permeability, the marsh layer appeared in those analyses to have very low resistance to seepage, and to respond very quickly to the rise in canal water level. This behavior is not consistent with the actual behavior of marsh material and peat, especially when consolidated under the weight of the levees" (IPET p. V-17-39).

IPET determined that there was no overtopping when the North Breach occurred, yet considered that a hydrostatic gap was present to the tip of the sheetpile. IPET concluded based on their analyses that the canal water level at the time of failure was sufficiently high enough on the floodwall to cause failure. ILIT's comments on IPET's conclusion was that IPET under-estimated certain soil strengths and that when appropriate values were included in the IPET analysis it was "not likely" that such a failure would result (p. 6-19).

Moreover, it does not appear likely that the barge was "drawn" into the breach". This would have required that the floodwall had already been displaced out of the ground and the reported violent on rush of floodwater (see Table 3.1) was already flowing into the Lower 9th Ward. This would be inconsistent with the impact-like noises in the vicinity of the breach which were heard prior to the violent flooding. Also, if the barge was moving southward as indicated by the damage at the south and it would have flowed into the 9th Ward somewhere along the 850 ft breach before reaching the south end with such force to shear the wall. Conversely, if the wall was considered yielding with little landside flow occurring prior to the barge reaching the wall it would not "draw" in the vessel. And, in fact, if this was the cause it would appear that there would have little resistance and the wall would have merely toppled over in lieu of shearing off the end. Therefore, it is not likely that the wall could not have been "drawn" into the breach".

flooding which was earthquake-like, in addition to the reported observations of the ING4727 barge impacting and going through the wall.

As with the North Breach, the floodwall damage indicates the presence of upper impact forces. Floodwall in the northern and southern parts have been displaced out of the ground as much as 195 ft and 65 ft, respectively. As discussed in the analysis of the North Breach (see Section 5.6.3), there is no evidence of exhumed floodwall at any of the other I-wall breaches despite significant yielding, or from field testing. In fact, if anything, settlement of floodwalls appear to have resulted (see Section 4.4).

Other post-Katrina damage characteristics, which are not present in the other non-IHNC (east) I-wall breaches include: the displacement configuration, 90° twisted or tilted walls, severe monolith structural damage, significant lateral bends at the ends, and back scour/erosion (see Section 4.2). The other I-wall breaches (except for the North Breach) do not exhibit an irregular lateral displacement pattern as the South Breach. These other I-wall breaches have resulted in configurations consisting of a bowed shape to near linear uniform displacement at a width of 2,000 ft (see Section 4.4). This indicates that the northern bowed floodwall section of the South Breach occurred independently and yielded first without the presence of overtopping and any induced washout. Therefore, the area of the back scour/erosion is expected to be in the initial failure area. And, is associated with the exhumed bowed wall segment and from flow around the induced rotation/displacement of the floodwall from barge impact.

The southern uniformly displaced segment yielded subsequently from barge collision(s) and prior to the vessel being propelled southward into the now twisted end of the south breach. The force of the barge sheared off the top part of the reinforced concrete floodwall at the end and "coiled" the adjacent southern monoliths (see Sections 4.2 and 4.3). The shearing at the construction joint is consistent of with the joint elevation, barge draft, and expected surge level.

not have occurred. Moreover, adjacent wall sections had scour from overtopping but did not fail and severe scour conditions existed in other I-wall location without breach (see Section 4.5).

## 5.7.3 Failure Analysis

The seepage analyses performed above for the north and south sections of the South Breach were done for the time of peak surge elevation. The transient seepage analyses for both sections showed that there would be no effect felt on the protection side. In other words, there would be no underseepage induced stability. There were two sections investigated, as the north and south parts of the breach exhibit different damage conditions and appeared to yield to different stages.

Floodwall stability analyses were also run for both the north and south parts of the breach. As discussed above, for the estimated conditions at the time of failure more than adequate safety factors were obtained from the limit equilibrium analyses. Even when considering the worst, but improbable, case with the maximum height of retained water, the SF was still more than adequate. Even after overtopping and associated scour along adjacent sections, they did not fail with intact I-wall in other areas with as much or more resulting scour (see Section 4.5). Moreover, the critical failure planes for this worse case are not reasonable as they extend into or beyond Jourdan Ave. (which remained undisturbed).

Given that failure of the South Breach does not appear to be the result of underseepage or limit-equilibrium stability, and given witness accounts (see Table 3.1), damage, in addition to no other likely causes, the South Breach was essentially caused by the barge from a number of collisions with the floodwall. Eyewitness accounts consisted of a number of reports of hearing up to 3 significant "booms" prior to flooding. Witness closer to the breach area could also hear "grinding" or banging against the wall. Others reported severe shaking of the house apparently after a "boom" and prior to



FIGURE 5.63 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR SOUTH PART OF SOUTH BREACH

South Breach Section 3-3 - Case 23



FIGURE 5.62 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR NORTH PART OF SOUTH BREACH



FIGURE 5.61 CRITICAL SLIP CIRCLE FOR CONDITIONS AT FAILURE FOR THE SOUTH PART OF THE SOUTH BREACH



5.60 CRITICAL SLIP CRICLE FOR CONDITONS AT FAILURE FOR THE NORTH PART OF THE SOUTH BREACH

North Breach analysis with a saturation head increase and then a second "jump" in total head as a result of the assumed development of the full 9 in. hydrostatic gap.

No effect can be seen in Figures 5.56 and 5.57 at either point at the critical landside toe location after the 30 hr period to peak surge.

### 5.7.2 Floodwall Stability Analysis

The soil properties used in this analysis are summarized in Table 5.1 and are depicted in Figures 5.58 and 5.59. These two sections analyzed are the same as those used in the seepage analysis. Two sections are considered as the northern section appeared to yield first followed by the southern part (see Section 4.2). Table 5.2 summarizes the results from the stability analyses performed along the South Breach. It should be noted that, as with the North Breach, the critical failure surfaces were found to be circular using Spencer's Method. The estimated groundwater table expected during failure per Section 5.7.1 are shown is Figures 5.48 and 5.49. These plots indicate pre-flood groundwater levels of Elevation -3.4 ft and -1.0 ft on the protection side of the sheetpile for Section 2-2 and Section 3-3, respectively. As discussed in Section 3.5, the estimate time of flooding is 6:30 am with a corresponding surge elevation of 11.8 ft. As for the North Breach, (see Section 5.6.2) a thin hydrostatic gap may exist up to -5 ft elevation. With these failure conditions, 2D safety factors of 1.58 (Case 17) and 1.39 (Case 19) result for the north and south parts. The critical slip circles for these two cases are shown in Figures 5.60 and 5.61. If the water level were increased to 12.5 ft elevation, a SF of 1.55 (Case 3) and 1.37 (Case 5) results for the north and south parts.

If the same analysis was conducted but a fully extended, but improbable, gap was considered without any groundwater table the computed SF became 1.32 (Case 22) (Section 2-2) and 1.17 (Case 23) (Section 3-3). These critical circles are shown in Figures 5.62 and 5.63. In other words, with the development of the scour trench from overtopping, and even with the assumed associated wall deflection with full hydrostatic gap for hours, the safety factor was adequate. Therefore, failure of the floodwall should



FIGURE 5.59   CROSS-SECTION 3-3 THROUGH THE SOUTH PART OF THE SOUTH BREACH SHOWING THE ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES OF THE LAYERS USED IN THE STABILITY ANALYSIS



Note: Su = 0 if not shown
ϕ = 0 if not shown

FIGURE 5.58 CROSS-SECTION 2-2 THROUGH THE NORTH PART OF THE SOUTH BREACH SHOWING THE ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES OF THE LAYERS USED IN THE STABILITY ANALYSIS

FIGURE 5.57 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS
FOR THE SOUTH PART OF THE SOUTH BREACH



Section 3-3 with 6" gap

FIGURE 5.56 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS
FOR THE NORTH PART OF THE SOUTH BREACH



Section 2-2 with 6" gap



FIGURE 5.55 HYDRAULIC GRADIENT CONTOURS FOR THE SOUTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)



FIGURE 5.54 HYDRAULIC GRADIENT CONTOURS FOR THE NORTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)



29.5 hours water surge 14.2 ft
Pressure head



FIGURE 5.53 PRESSURE HEAD CONTOURS FOR THE SOUTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)



29.5 hours water surge 14.2 ft
Pressure head

South Breach Section 2-2 with 6" width gap



FIGURE 5.52 PRESSURE HEAD CONTOURS FOR THE NORTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)



FIGURE 5.51 TOTAL HEAD CONTOURS FOR THE SOUTH BREACH PART OF THE SOUTH AT PEAK SURGE ELEVATION AT 14.2 FT (NAVD88)



FIGURE 5.50 TOTAL HEAD CONTOURS FOR THE NORTH PART OF SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)



FIGURE 5.49 TOTAL HEAD DIAGRAM SHOWING THE PRE-FLOOD PHREATIC SURFACE FOR SOUTH PART OF SOUTH BREACH (NAVD88)



FIGURE 5.48 TOTAL HEAD DIAGRAM SHOWING THE PRE-FLOOD PHREATIC SURFACE FOR NORTH PART OF SOUTH BREACH (NAVD88)



FIGURE 5.47 GEOSTUDIO 2D SEEPAGE MODEL FOR THE SOUTH PART OF THE NORTH BREACH (NAVD88)



FIGURE 5.46 GEOSTUDIO 2D SEEPAGE MODEL FOR THE NORTH PART OF THE SOUTH BREACH

(NAVD88)

considered for the South Breach for geologic Cross-Sections 2-2 and 3-3. These corresponding cross-sections and their locations are given in Figures 5.11, 5.12 and 5.13. The northern section of the breach represented by Section 2-2 appeared to fail first and is the "protruded" portion of floodwall (see Photo 4.18). The southern portion of the breach has a fairly uniformly displaced floodwall (see Photo 4.18). Figures 5.46 and 5.47 show the 2D models used for north and south parts of the South Breach.

The steady-state pre-flood phreatic surface generated by Geostudio for the north and south sections of the South Breach are shown in Figures 5.48 and 5.49. Again, the groundwater table near Jourdan Ave. was taken at a depth of 4 ft with the groundwater level no less than 2 ft below the ground surface west on the protection side. Using this initial phreatic surface and applying the surge condition and hydrostatic gap as before the total head, pressure head and hydraulic gradient contours were generated for the peak surge at Elevation 14.2 ft. These plots are shown in Figures 5.50 to 5.55. The results in these contour plots were similar to those for the North Breach with no significant hydraulic gradients on the landside of the floodwall. Also, keep in mind, that the overall permeabilities were may be conservatively assumed higher in the native soil strata on the flood side (similar to the North Breach analysis).

The time histories for monitoring points on the flood side (Point A), below the wall (Point B), and below the land side toe (Point C) for the north and south parts of the South Breach are given in Figures 5.56 and 5.57. The locations of these points are shown on any of the cross-sections. Different behavior can be seen for Sections 2-2 and 3-3 when comparing the time histories for the USC monitoring points on the flood side. This is caused by the presence of a clay fill layer in Section 2-2 which is not present in the Section 3-3 model. As a result, this caused a gradual saturation and the USC monitoring point to lag, and gradually feel the surge. In contrast, the sandy waterfront fill in Section 3-3 through the south part of the South Breach results in early saturation and a rapid change in total head. This USC monitoring point subsequently mirrors the surge rise. The monitoring points below the wall behaved similar to in the

In addition to the breach damage indicating that the failure was not that extensive as assumed from the worse case stability analysis, it clearly progressed north to south (see Section 4.1). This is also consistent with eyewitness reports which report the failure to be gradual from the north end (see Table 3.1). Moreover, eyewitnesses report they heard a noticeable boom and what appeared to be a barge through the wall (see Table 3.1). It should be noted that the ING 4727 barge was the only unmoored vessel in this segment of the IHNC.

When examining the floodwall damage it is apparent that a concentrated force was present on the upper part of the concrete I-wall. This conclusion was reached as the north end of the sheetpile wall tore-off the still intact adjacent section from top down and the floodwall was completely removed from the ground. Exhumed sheetpile was not observed at other I-wall breaches except the IHNC South Breach (see Section 4.5). In fact, some of those other I-walls which have breached have settled- not come out of the ground. In viewing Figure 5.32, it is also interesting to note that even when the wall had been flooded gradually over 8 ft for some 50 days that the recorded sheetpile deflections show no tendency for the sheetpile rotating out of the ground. Even with overtopping induced washout causing significant rotation of the non-IHNC east I-walls none were displaced out of the ground (see Section 4.5).

In addition to torn, exhumed, and severely twisted floodwall after Katrina, other floodwall damage conditions are not present and systematic upper impact force included: monoliths with very severe structural damage and waterfront back scour/erosion. The back scour to the west of the northern part of the North Breach is an indication of flow around the rotated/displaced floodwall.

5.7 South Breach Failure Analyses

5.7.1 Seepage Analysis

The subsurface seepage conditions for the South Breach were similarly modeled as the North Breach (see Section 5.6.1). However, there were two cross-sections



North Breach Section 1-1 - Case 21

FIGURE 5.45 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR THE NORTH BREACH (CASE 21)



FIGURE 5.44 3D SLIP SURFACE FOR A LOCALIZED FAILURE ENCOMPASSING TWO MONOLITHS AT THE NORTH END OF THE NORTH BREACH (CASE 14)



FIGURE 6.10 HYDRAULIC GRADIENTS FOR THE NORTH BREACH ON IHNC; STORM SURGE 14.4 FT MSL-ILIT

waterfront. Due to many uncertainties with the ILIT modeling assumptions, which were discussed earlier, no further attempt was made by MEA to reproduce the results produced in this ILIT figure.

6.2.6 Reproduction of ILIT Results - South Breach

## Geometry and soil layers

In order to reproduce the ILIT models used for the seepage analyses, the geometry and soil layers shown in Figure 6.33 of the ILIT report were used to model seepage analysis performed at the South Breach.

## Material properties

Based on Figure 6.33 and Figure 6.27, the soil profile from top to bottom consists of fill, upper CH, upper marsh, OC gray CH, lower marsh, silt, NC gray CH, lean clay and sands. The soil properties are shown in Figure 6.33 of the ILIT report. The same soil layers and soil properties were used in the MEA analyses, which are shown in Table 6.1 and Figure 6.11.

For the South Breach, the results of the analysis shown in Figures 6.35, 6.36, and 6.37 that show horizontal flow in the marsh layer started from a far distance upstream. This indicates that the waterfront fill layer was modeled as a low permeability material which is contradictory to the description of this fill as a sandy fill layer made by ILIT on page 6-8 and to what was used in the North Breach model. To reproduce the ILIT results, MEA used the same material of levee fill for waterfront fill layer (see Table 6.1).



FIGURE 6.11 THE CROSS SECTION AND SOIL LAYERS OF IHNC LEVEE, SOUTH BREACH (NAVD88)

Initial Water Boundary Condition

In the ILIT report, there is no information provided for the groundwater elevation that was used to model the steady-state seepage condition before Katrina. Based on the dashed line shown in Figure 6.35 of ILIT report, the water level on the protected side of the levee was assumed at the ground surface beyond the upper toe of the levee in MEA analyses. Based on what was described in page 6-12 of ILIT report, the initial water elevation was assumed at Elevation +5 ft MSL-ILIT by MEA on the canal side of the levee. This water elevation corresponds to the surge elevation at 11:00 p.m. on the night of August 28. A steady-state seepage analysis was conducted by MEA for these described initial groundwater conditions.

Water Surge

The water elevation was raised linearly to Elevation +9 ft MSL-ILIT by 3:30 a.m. on the morning of August 29 using transient seepage analysis. Finally the water elevation was raised linearly to water Elevation 14.4 ft MSL-ILIT by 8:30 a.m. on the morning of August 29 using transient seepage analysis. Raising the surge level linearly over time seemed to best represent the ILIT results.

Results

Figure 6.12 shows generated porewater pressure at different times and depths at the inboard toe of the South Breach, Location D. The porewater pressures in this figure are slightly higher than the porewater pressures in Figure 6.39 of the ILIT report. It is worth mentioning that in Figure 6.39 the porewater pressure values for the depth of -5 ft below Location D are higher than for the depth of –8 ft below Location D and appears erroneous. They are not consistent with the results shown for the other depths.



FIGURE 6.12 PORE PRESSURE GENERATION AT DIFFERENT TIMES AND DEPTHS AT THE INBOARD TOE OF THE SOUTH BREACH

Figure 6.13 shows the total head for the South Breach, which is comparable to results shown in Figure 6.35 of ILIT report. South Breach was modeled without gap in the ILIT report. The total head contours shown in Figure 6.35 of the ILIT report are not labeled, so it is not possible to compare the results quantitatively.

Figure 6.14 shows the pressure head contours for the South Breach. The results of this figure are similar to the results shown in Figure 6.36 of the ILIT report.

Figure 6.15 shows the hydraulic gradient for the South Breach at storm surge of 14.4 ft MSL-ILIT in the transient analysis. The hydraulic gradients in Figure 6.37 of the ILIT report at the toe of the levee are about 1.0. However, the hydraulic gradients shown in Figure 6.15 are larger than 1.0 and are up to 2.6. This difference in the results is mainly due to initial water conditions and the groundwater level assumptions on the protected side of the levee. MEA conducted a series of analyses with different groundwater level assumptions on the protected side of the levee and concluded that the exit hydraulic gradient can be as low as 0.5 when the groundwater level is considered at 1.2 ft below ground surface in distance of 150 ft from the floodwall on the protected side of the levee.

### 6.2.7 Summary

MEA attempted to reproduce as close as possible the ILIT results for the North and South Breach of IHNC. Through this process many uncertainties about the ILIT modeling assumptions were recognized and discussed. The reproduced results are in general agreement with the ILIT results for the South Breach. The North Breach results could not be fully compared to the ILIT results due to unclear assumptions about the gap geometry and water loading along the waterfront. The conclusions of this study are:



FIGURE 6.13 TOTAL HEAD CONTOURS FOR THE SOUTH BREACH; STORM SURGE 14.4 FT MSL-ILIT. HEAD CONTOURS AT 1-FOOT INTERVALS OF HEAD



FIGURE 6.14 THE PRESSURE HEAD CONTOURS FOR THE SOUTH BREACH; STORM SURGE 14.4 FT MSL-ILIT



FIGURE 6.15 HYDRAULIC GRADIENTS FOR THE SOUTH BREACH ON IHNC; STORM SURGE 14.4 FT

MSL-ILIT

- The very high permeability assumed for the marsh layer of 1.1 ft/hr controls underseepage, resulting in severe hydraulic gradients. Reducing this permeability value alone to an appropriate one as discussed in Section 5.3 in the ILIT North and South Breach models results in seepage becoming a non-issue.

- Given the high permeability of the marsh layer, it is unusual to have a large number of total head drops in the marsh layer, which are shown for the North Breach results in the ILIT report.

- Air photos in 2002 and 2004 (see Section 2.0) show water-filled trenches along the west toe of the levee at South Breach. Despite this shallow groundwater table adjacent to the floodwall there is no evidence of seepage problems.

- The back-calculated full hydrostatic gap of 1.3 ft apparently assumed by ILIT is unrealistic.

- Permeability of the waterfront fill layer is not clearly determined in the ILIT report. The figures showing the results of seepage analyses indicate that different permeability values were used for the waterfront fill layers for the North and South Breaches. This is inconsistent with this material described only as a sandy fill on page 6-8 of the ILIT report.

- Initial groundwater conditions are not provided and not discussed by ILIT, despite their important effect on the results of seepage analysis.

- Although on August 28 at 11:00 p.m. the water level on the canal side was higher than normal groundwater level, ILIT decided to start the seepage analysis assuming steady–state condition at that time. It would have been more reasonable to start the analysis at an earlier time, prior to the surge, at a lower elevation.

6-30

- It appears ILIT assumed a gap between the wall and soil for the North Breach; however, this was not assumed for the South Breach. No explanation was given, despite the dominant resulting flow exhibited with the ILIT gap present in the North Breach model.

- The width and length of the gap between soil and floodwall on the canal side has a significant effect on the seepage analysis; however, it was not discussed in the ILIT report.

- The errors in figures, captions, and labels presented in the ILIT report made the report confusing and the full comparison of ILIT and MEA seepage analyses impossible.

- The datum elevations used by ILIT are inconsistent with the datum elevations shown in design drawings. Furthermore, in many places the NAVD88 and MSL datum appear confused by ILIT.

- The wall length assumed by ILIT was about 1.5 ft shorter than the as-built.

6.3 IPET Limit Equilibrium Analyses
6.3.1 Model Assumptions

Geometry

The geometry used in limit equilibrium analysis is identical to the geometry used in the analysis in Figure 11-21 of the IPET final report. For three-dimensional analyses, no variation in geometry of soil layers perpendicular to the sliding direction was considered. For protection side of the levee, the crown width was taken at 7 ft at Elevation 6.5 ft NAVD88. The levee slopes for the North and South Breaches were modeled as 2.2:1 and 2.7:1, respectively.

## Piezometric Conditions

In GDM3, the piezometric level on the protected side, was assumed at the ground surface. In the reported IPET post-failure analysis, no information is provided on the groundwater table, so a similar assumption was made for both the North and South Breach areas. The average elevation of ground surface on the protected side of the levee beyond the toe is at Elevation -8.10 NAVD88, shown in Figure 11-18 of the IPET report, and therefore the piezometric level is assumed at the Elevation -8.10 NAVD 88 on the protected side of the wall. This water elevation appears to be too low, but it was used in MEA analyses in order to reproduce the IPET post-failure results. The IPET piezometric level on the flood side of the wall was assumed to the top of the wall.

## Soil Layers and Properties

In the IPET analysis, there are five soil layers assumed: Levee fill, Upper Marsh, Lower Marsh, Interdistributary Clay, and Relic Beach. The Relic Beach has unit weight of 120 pcf and friction angle 30° with zero cohesion based on IPET report, (p. V11-8, V11-32). The soil properties for other layers assumed in the IPET report are shown in Table 6.2 (p. V11-26, V11-27). Table 6.2 and Figure 6.16 also depict the IPET soil strength parameters for the centerline, and the toe of the levee.

## 6.3.2 Reproduction of IPET Results-North and South Breaches
## Soil Strengths

In attempting to reproduce IPET's results, the same type of failure analyses was performed (i.e., Spencer's Method). However, use of either set of the centerline or toe strength in Table 6.2 did not reproduce the IPET safety factors. Also, soil strength parameter values depicted on the reported slope analysis sheets appear

TABLE 6.2  ASSUMED IPET WET DENSITY AND SHEAR STRENGTH PARAMETERS

| Soil Layer | IPET parameters for center line | | | IPET parameters for under the toe | | | Parameters required for reproducing IPET Safety Factors (RISF-S) | | | | Parameters required for reproducing IPET Safety Factors (RISF-N) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EL. (ft-NAVD88) | WD (pcf) | $S_u$ (psf) | EL. (ft-NAVD88) | WD (pcf) | $S_u$ (psf) | EL. (ft-NAVD88) | WD (pcf) | $S_u$ (psf) | (%)[1] | EL. (ft-NAVD88) | WD (pcf) | $S_u$ (psf) | (%)[1] |
| Levee Fill | 7 | 109 | 500 | | | | 7 | 109 | 500 | | 7 | 109 | 500 | |
| | -2.8 | 109 | 500 | | | | -2.8 | 109 | 500 | | -2.8 | 109 | 500 | |
| Marsh 1 | -2.8 | 105 | 500 | -2.8 | 105 | 400 | -2.8 | 105 | 480 | 80 | -2.8 | 105 | 450 | 50 |
| | -8.8 | 105 | 500 | -14 | 105 | 400 | -8.8 | 105 | 480 | 80 | -8.8 | 105 | 450 | 50 |
| Marsh 2 | -8.8 | 80 | 300 | -14 | 80 | 200 | -8.8 | 80 | 280 | 80 | -8.8 | 80 | 250 | 50 |
| | -20.8 | 80 | 300 | -20 | 80 | 200 | -20.8 | 80 | 280 | 80 | -20.8 | 80 | 250 | 50 |
| Interdistributary Clay | -20.8 | 100 | 340[3] | -20 | 100 | 100[3] | -20.8 | 100 | 292[3] | 80 | -20.8 | 100 | 220[3] | 50 |
| | -50 | 100 | 591[3] | -50 | 100 | 351[3] | -50 | 100 | 543[3] | 80 | -50 | 100 | 471[3] | 50 |

1 [(RISF-S)-($Su_{New}$)]/[($Su_{Connector}$-$Su_{New}$)]
2 [(RISF-N)-($Su_{New}$)]/[($Su_{Connector}$-$Su_{New}$)]
3 A linear increase in strength with depth



FIGURE 6.16 UNDRAINED SHEAR STRENGTH WITH ELEVATION (NAVD88)

inappropriate and would not reproduce IPET calculated safety factors[1]. The soil strength (RISP) that were used by MEA to reproduce the safety factors reported in the IPET report for North and South Breach failures are also shown in Table 6.2 and Figure 6.16. The RISP-N soil strengths are 50% of the difference of centerline and toe strength to obtain the IPET safety factor.

While the RISP-N soil parameter provide almost identical safety factors calculated by IPET for North Breach, they underestimate by 15% the safety factors calculated by IPET for South Breach. The safety factors calculated for South Breach using RISP-N parameters for water elevations +10.5 ft and +12.5 ft are 1.00 and 0.94, respectively. Therefore, for the South Breach, the RISP-S soil strengths were introduced which are 80% of the difference of centerline and toe parameters. Conversely, use of an 80% factor at the North Breach results in a safety factor of 1.20 and 1.09 for water elevations +10.5 ft and +12.5 ft, respectively. It is unknown why higher strength soil parameters have to be used to reproduce the IPET safety factors for South Breach.

The comparison of safety factors calculated by IPET and MEA using Spencer's method are shown in Table 6.3. Bishop's simplified method was also used, and the safety factors were almost identical to Spencer's.[2]

---

[1] It should be noted that the shear strength parameter for interdistributary clay varies in depth. In MEA analyses, in order to simulate an increase in strength parameters with depth in CLARA, the interdistributary clay is subdivided to sublayers. The thickness of clay layers between Elevation -21 and Elevation -30 are 1 ft and below Elevation -30 are 2 ft. More subdivisions of clay layer did not influence the safety factor calculated via limit equilibrium analysis.

[2] Full development of the gap between sheetpile wall and the soil is assumed. Therefore, the full water depth from the elevation to the toe of the sheetpile is considered to impose horizontal pressure toward landside along the wall. Due to CLARA limitation in assigning more than 100 loads, the distributed load could not be used in the analysis. Therefore, the water load is assumed as resultant horizontal load along the wall depth and resultant vertical load along the ground surface on the flood side of the wall. The horizontal pressure acting on the levee imposed by water is applied at one-third of the height between the elevation of water (e.g., Elevation 10.5 or 12.5 ft NAVD88) and the bottom elevation of the wall (e.g. Elevation -10.5 NAVD88 for North Breach and South Breach). The resultant vertical pressure acting on the ground surface by water is applied in shorter intervals in proximity to the wall.

To compare the effect of vertical resultant force and distributed load on safety factor, various horizontal spacing in the sliding direction between resultant forces was tested in 2D analysis. It was concluded that

## Hydrostatic Gap

The 2D model used by IPET to simulate North Breach failure where the water elevation is at Elevation +10.5 on the flood side, is shown in Figure 6.17. As can be seen in the figure a full gap is assumed at this time. The 2D model used by MEA to simulate the same analysis is shown in Figure 6.18. The 2D model used by IPET to simulate South Breach failure with the water elevation at +12.5 ft is shown in Figure 6.19. The 2D full gap model used by MEA to replicate the same simulation is shown in Figure 6.20. As can be seen in Figures 6.17 to 6.20, critical failure surfaces for IPET and MEA analyses are virtually identical. Two additional analyses are conducted to simulate the case that water elevation is 12.5 ft and 10.5 ft for North and South Breach failures, respectively.

## Loading Conditions

In MEA 3D analyses, and as in IPET and MEA 2D limit equilibrium analyses, shown in Figure 6.17 to Figure 6.20, half of the levee on the flood side and the upper marsh layer above Elevation -10.5 ft NAVD88 is removed in the analyses and water pressure as resultant load imposed in vertical and horizontal directions on the ground surface and at the wall, respectively. [3]

---

if the interval between resultant vertical loads in proximity to the wall (10 ft from the wall) is less than 0.5 ft, the calculated safety factor using resultant force is essentially identical to safety factors calculated with distributed loads, with a difference of no more than 0.5% in safety factors. Since the loads at further distances from the wall are not contributing to the safety factor, no vertical resultant loads were used at distances greater than 10 ft from the wall on the flood side. In MEA analyses, the vertical loads on the flood side of the wall in the direction of sliding are applied at 0.25 ft intervals up to 10 ft from the wall. More decrease of horizontal spacing between vertical loads in the direction of sliding does not influence the calculated safety factor.

[3] The horizontal spacing perpendicular to the direction of the sliding for the resultant horizontal and vertical loads is assumed 10 feet. Based on a number of trials the change in horizontal spacing between the loads does not have any effect on calculated safety factor.

## TABLE 6.3 COMPARISON OF SAFETY FACTORS CALCULATED BY IPET AND MEA IN 2D ANALYSIS

| Calculated Safety Factors | | | | |
|---|---|---|---|---|
| | Water El. 10.5 (NAVD88) | | Water El. 12.5 (NAVD88) | |
| Analysis | North Breach | South Breach | North Breach | South Breach |
| IPET | 1.027 | 1.180 | 0.960 | 1.102 |
| MEA | 1.03* | 1.18** | 0.96* | 1.10** |

*Using RISF-N soil parameters, shown in Table 6.3

**Using RISF-S soil parameters, shown in Table 6.2



FIGURE 6.17 EAST BANK (NORTH BREACH), CASE 2, DESIGN CANAL WATER
LEVEL = 10.5 FT (NAVD88), WITH CRACK, AFTER IPET – APPENDIX
11



FIGURE 6.18 NORTH BREACH FAILURE, DESIGN WATER LEVEL = 10.5 FT (NAVD88), WITH CRACK, MEA ANALYSIS



FIGURE 6.19 EAST BANK (SOUTH BREACH), CASE 4, DESIGN CANAL WATER
LEVEL = 12.5 FT (NAVD88), WITH CRACK, AFTER IPET – APPENDIX
11



FIGURE 6.20 SOUTH BREACH FAILURE, DESIGN WATER LEVEL = 12.5 FT (NAVD88), WITH CRACK, MEA ANALYSIS

Results

The North and South Breach stability analyses were examined by changing some of the assumptions made individually and also collectively. The same methods of analysis were used to assess critical failure surfaces using CLARA. The results from these stability analyses are summarized in Table 6.4.

IPET stability 2D safety factor for water at the top of the wall for the North Breach was reported as 0.96, conservatively, considering a full hydrostatic gap without any protection side groundwater table along the wall. Doing the IPET 2D analysis, little change resulted when only the MEA levee slope was used with a SF equal to 0.98 (Case 3).

Based on the IPET presented data, the toe $S_u$ line used by IPET appears too low for materials below the marsh. Moving this line to best fit the data and using the back calculated levee-toe proportionality (RISF-N), the 2D safety factor becomes 1.01 (Case 5). But combining the slope, toe strength increase, and expected protection side GWT and gap conditions provided in Section 5.6.2, the SF increases to 1.33 (Case 9).

As noted, the failure of the North Breach was progressively north to south tumbling panel by panel (see Table 3.1 and Section 4.1). Considering a 3D failure, a SF of 1.67 (Case 1) and 1.25 (Case 2) resulted for one and two 30 ft. panels, respectively. For the effect of slope, toe strength increase and realistic hydraulic gap and GWT conditions the 3D SF increases to 2.13 (Case 7) (1 monolith) and 1.62 (Case 8) (2 monoliths).

Under the same IPET assumptions mentioned above, IPET determined the SF = 1.10 for the South Breach. For the South Breach, a similar examination of the IPET stability analysis was done. As can be seen in Table 6.4, an adjustment merely in the slope resulted in a SF equal to 1.14 (Case 4). If the toe strength was increased as for the North Breach, SF became 1.11 (Case 6). Considering the combined effect of the

## TABLE 6.4 COMPUTED SAFETY FACTORS FOR STABILITY ANALYSES CONSIDERING DIFFERENT EXPECTED CONDITONS USING AS A BASIS THE IPET FAILURE ANALYSIS

| Case Number | Hydrostatic Gap | | GWT on protected side[1] | Slope of MEA | Shifted line for $Su_{bee}$ (IPET) | 2D[2] | 3D[2] | | IPET Cross-Section | | Water Surge El. (feet) | SF (Spencer) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | El. -5ft | El. -10.5ft | | | | | 30 ft width | 60 ft width | NB | SB | | |
| 1 | | X | X | | | | X | | X | | 12.5 | 1.67 |
| 2 | | X | X | | | | | X | X | | 12.5 | 1.25 |
| 3 | | X | | X | | X | | | X | | 12.5 | 0.98 |
| 4 | | X | | X | | X | | | | X | 12.5 | 1.14 |
| 5 | | X | | | X | X | | | X | | 12.5 | 1.01 |
| 6 | | X | | | X | X | | | | X | 12.5 | 1.11 |
| 7 | X | | X | X | X | | X | | X | | 12.5 | 2.13 |
| 8 | X | | X | X | X | | | X | X | | 12.5 | 1.62 |
| 9 | X | | X | X | X | X | | | | X | 12.5 | 1.33 |
| 10 | X | | X | X | X | X | | | X | | 12.5 | 1.14 |

1. For North Breach the GWT = -1.0 ft el.
For South Breach the GWT = -3.4 ft el.

2. 2D and 3D analyses were run using CLARA

slope, increased toe strength, as well as, a realistic hydraulic gradient and groundwater table (see Section 5.7.2) the SF increases to 1.33 (Case 9).

### 6.3.3 Summary

MEA attempted to reproduce the limit equilibrium stability analysis results reported by IPET, as the input for such analyses could not be found. With these results a parametric analysis was performed. The following summarizes this investigation.

- In order to achieve the same SF as IPET, the back calculated proportionality of the reported levee and toe strengths for the North and South Breaches were not the same as would be expected. For the North Breach, the RISF-equals 50% and for the South Breach it was 80%.

- Based on the reported toe data the assumed strength for clays below the marsh appeared too low. Appropriately increasing this strength to the data did not result in significant increase in SF. This may be due to the back-calculated levee-toe proportionality used.

- North Breach failure occurred gradually initiating north to south. The modified IPET analysis with combined slope, strength, gap, and groundwater effects result in more than adequate safety factor against localized 3D failure at the North Breach.

- Considering a more realistic hydrostatic gap and groundwater table conditions with the toe strength and slope adjustments resulted in SF of 1.14 (Case 10) and 1.33 (Case 9) for the North and South Breaches. Therefore, massive failures would not be expected with the modified IPET analysis during Katrina. Note that even with overtopping scour in adjacent section no significant reduction in protective height occurred.

- The protection side groundwater table can play a significant role in the limit equilibrium analysis, but IPET did not report or apparently consider it.

7.0 SUMMARY AND CONCLUSIONS

As requested by Mr. L. Wiedeman, Esq., of Wiedemann and Widemann, Marino Engineering Associates, Inc., (MEA) undertook an investigation of the cause(s) of failure of the North and South Breach areas along the Inner-Harbor Navigational Canal (IHNC) during Hurricane Katrina. The following are the findings from this investigation.

- North Breach and South Breach occurred in floodwalls along the east bank of the south segment of the IHNC (between Florida Ave. and Claiborne Ave.). The North Breach is about 250 ft long and exists between east-west streets Florida Ave. and Law Street, just south of the Florida Ave. Bridge. The South Breach is about 850 ft long and is between east-west streets N. Galvez St. and N. Prieur St.

- Prior to Katrina, the floodwalls along the south segment of the navigational canal consisted mainly of T-wall along the west bank and I-wall along the east bank. The I-wall is essentially made of steel sheetpile driven to a design depth, with upper floodwall of reinforced concrete. The steel sheets are embedded into the concrete to provide a structural connection (see Section 2.0).

- The constructed I-wall is based on the design analyses which considered seepage effects and lateral support of floodwater. The I-wall was not designed, however, for barge impact(s).

- Observations and reports related to failure of the I-wall areas were collected and summarized in Section 3.5 and Table 3.1. Based on reports of flooding, the North Breach occurred at about 6:00 am and the South Breach around 6:30 am. The North Breach was observed to gradually progress from north to south. The ultimate failure of the South Breach was evident by the violent rush of floodwater, as told by many of the unevacuated residents.

- Prior to the initiation of failure at the North Breach, it was reported that a "boom" was heard. The wall began to "tumble" panel by panel. A tip of a vessel likened to a barge was observed in the vicinity of the breach. Note that the only unmoored vessel present between the lowered Florida Ave. Bridge and the southern river lock was the ING4727 barge (see Section 5.6.3).

- As with the North Breach, some witnesses reported to have seen the ING4727 barge impacting or going through the wall at the South Breach. There were up to several "booms" heard towards the IHNC by a number of unevacuated residents. Violent shaking of houses, likened to an earthquake, was felt for sustained periods apparently after the "boom" sounds. Those closer to the breach area could also hear "grinding" or "banging" prior to flooding. After the impact noises were heard from the South Breach area, flooding occurred rapidly, tearing a number of homes from their foundation (see Section 5.7.3).

- The floodwall damage at the North Breach and South Breach is consistent with the above observations/reports. For the North Breach, the I-wall was torn out of the ground and twisted 270° to the south end of the breach (see Photo 4.10). To cause the sheetpile to be displaced out of the ground would require significant upper force on the wall, such as a barge impact. It should be noted that at the time of failure there was no overtopping and, thus, no significant backside scour to undermine the floodwall, although there is no evidence that if there was overtopping at the time of failure that undermining would result (see Sections 4.1 and 5.6.3).

- Because of the bowed and "linear" deformed layout of the displaced floodwall, it is likely that the failure occurred in two main stages (see Photo 4.24). Again, as with the North Breach, note that the floodwall has been

displaced out of the ground as much as 195 ft which would require an upward impact force on the wall.

- At the south end of the breach, the floodwall was literally sheared off (see Photo 4.35). This would clearly require a significant impact force from the ING4727 barge. Consequently, from the general nature of the damage, it appears there would have been several areas of impact (see Section 4.2). This is consistent with the number of impact-like noises heard and barge observations by those in the area.

- When examining other I-wall breaches, it becomes clear that another mechanism of failure is present along the east bank of the navigational canal. While at other I-wall breaches the floodwall remained in the ground and tended to settle and exhibit little concrete wall damage, the contrary was the case for the North and South Breaches (see Section 4.4). Moreover, several of these other I-wall breaches, where the protection level was reduced from tilting, contained significant washout of the levee on the inboard side from overtopping. At the time of failure, however, no overtopping would be expected at the North and South Breaches. There are other salient differences in the other I-wall breaches. These are discussed in Section 4.0.

- Other non-barge related mechanisms of failure were also investigated. These investigations involved the potential for seepage-induced instability and the potential for instability of floodwall-levee system from the surge loading. In order to perform these analyses, all the available relevant data on the wall, topography, and soil and groundwater conditions were collected. This information was summarized and analyzed in Sections 5.1 to 5.5 and used in the models to assess the seepage and stability associated with the I-wall system in Sections 5.6 and 5.7.

- The potential for significant seepage to result under the floodwall during the storm was assessed for both the North Breach (see Section 5.6.1) and South Breach (see Section 5.7.1). Based on the modeled conditions for both the North and South Breaches, the permabilities of the subsoils are too low to allow surge seepage pressures to reach the earth on the supporting (protection) side during the limited time of the storm induced surge. Consequently, seepage-induced instability was not a factor.

- The capability of the floodwall-levee system to laterally hold back the water pressure on the wall was also checked. The analyses and results for the North and South Breaches are given in Sections 5.6.2 and 5.7.2, respectively. Because the North Breach began at the north end, localized yielding at the time of the failure was evaluated. Based on this analysis, such a failure was not likely. Moreover, a stability analysis was done to determine if this floodwall area would have eventually failed at the maximum retained water height during the hours of the storm surge. This analysis also indicated that failure at this time was not likely.

- For the South Breach, stability analyses were performed for both the water surge at the time of failure and the ultimate loading. In both cases, a stability failure from retained surge water was not likely for the realistic conditions assumed at the time of failure.

- Given the above seepage and stability results, observations/reports during the time of the catastrophe, and the nature of the floodwall damage, the ING4727 barge was the essential cause for the North and South I-wall Breaches.

- Also provided in this report is an examination of studies performed by IPET and ILIT into the cause(s) of the subject breaches. This can be found in Section 6.0 of this report. In summary, ILIT opined that severe

underseepage occurred by the hours of the storm, inducing instability on the protection side. During the short duration of the storm, this requires high soil permeability, which is not present. IPET contends the failure is related to lateral instability of the floodwall, but this mechanism assumes the wall moved laterally with the ground. This did not occur, as the floodwalls were displaced out of the ground up to 195 ft.

- It should be noted that additional findings may come to light with the acquisition of data and ongoing investigation.

## 8.0 REFERENCES

ASCE, 2007, The New Orleans Hurricane Protection System: What Went Wrong and Why, American Society of Civil Engineers Report, 84 pp.

Bea, R.B. and D. Cobos-Roa, 2008, Analyses of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina, report prepared for Katrina Canal Breaches Consolidated Litigation, March, 2008, draft report.

Bieleck, E., and R. Lesser, 2005, Groundwater Characterization/Monitoring Report, Monitoring Period- April 2005, Inner Harbor Navigation Canal- East Bank Industrial Area 1800-2500 Sarekote Rd., New Orleans, Louisiana Parish: Orleans, Al-1393 Report to USACE- Tulsa District, Total Environmental Restoration Contract, DACA56-94-D-0021 Task Order #0026. Prepared by Washington Group International.

Cazzuffi, D., and E. Crippa, 2005, Contribution of Vegetation to Slope Stability: An Overview of Experimental Studies Carried Out On Different Types of Plants, Geotechnical Special Publication, (130-142), p. 1617-1628

Docker, B.B. and T.C.T. Hubble, 2008, Quantifying Root-Reinforcement at River Bank Soils by Four Australian Tree Species, Geomorphology, Volume 100, Issue 3-4, p. 401-418.

Haji Ali F., O. Normaniza, 2008, Shear Strength of A Soil Containing Vegetation Roots, Soils and Foundations, Vol. 48, n(4), p. 587-596.

Jackson, R.B., June, 1988, E-99 Sheet Pile Wall, Field Load Test Report, Technical Paper No. 1, prepared for US Army Corps of Engineers.

Mesri, G., 1987, Fourth Law of Soil Mechanics: A Law of Compressibility. Proceedings of International Symposium on Geotechnical Engineering of Soft Soils, Vol. 2, M.J. Mendoza and L. Montanez, eds., Sociedad Mexicana de Suelos, Coyo Can, Mexico, p. 179-187.

Mesri, G., and M. Ajlouni, 2007, Engineering Properties of Fibrous Peat, Journal of Geotechnical and Geoenvironmental Engineering, Vol. 133, Issure 7, p. 850-866.

Terzaghi, K., R. B. Peck, and G. Mesri, 1996, Soil Mechanics in Engineering Practice, Third Edition, John Wiley & Son, Inc., 549 pp.

Yang Yong-hong, Zhang Jian-guo, Zhang Jian_huri, Liu Shu_zen, Wang Cheng-hua, and Xiao Qing-hua, 2005, Impacts of Soil Moisture Content and Vegetation on Shear Strength of Unsaturated Soil, Wuhan University, Journal of Natural Sciences, Vol. 10, No. 4.

Wu, T.M., and A. Watson, 1998, Insitu Shear Tests of Soil Block with Roots, Canadian Geotechnical Journal, Vol. 35, Issue 4, p. 579-590.

Wu, Tien, M., R.M., McOuber, R.T. Erb, and P.E. Beal, 1988, Study of Soil-Root Interaction, Journal of Geotechnical & Geoenvironmental Engineering, Vol. 114, Issue 12, p. 1351-1375.

Walters, D., 2009, Email on data from USGS 0738023321 Industrial Canal at I-10 at New Orleans, LA, djwalter@usgs.gov.

Westerlink, J., Ebersole, B., and Winer, H., 2006, Appendix E: Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity, IPET Report, Report dated February 21, 2006.