UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | SECTION "K"  (2) |
| *Boutte v. Lafarge*            05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL |
| *Benoit v. Lafarge*           06-7516 | * | JR. |
| *Parfait Family v. USA*    07-3500 | * | |
| *Lafarge v. USA*               07-5178 | * | |
| *Weber v. Lafarge*            08-4459 | * * | MAG. JOSEPH  C.  WILKINSON, JR. |

## ERRATA NOTICE

**PLEASE TAKE NOTICE** the Plaitniffs' originally filed Memorandum In Opposition to Lafarge's Motion for Summary Judgment contains errors.  The Table of Contents and Table of Authorities was inadvertently omitted.

            Respectfully submitted,

            <u>*s/Brian A. Gilbert*</u> (21297)
            Law Office Of Brian A. Gilbert, P.L.C.
            821 Baronne Street
            New Orleans, Louisiana 70113
            Telephone: (504) 885-7700
            Telephone: (504) 581-6180
            Facsimile: (504) 581-4336
            e-mail: bgilbert@briangilbertlaw.com

            Shawn Khorrami (CA SBN #14011)
            Dylan Pollard (CA SBN # 180306)
            Matt C. Bailey (CA SBN #218685)
            Khorrami, Pollard & Abir, LLP

444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
Dpollard@kpalawyers.com;
Mbailey@kpalawyers.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
karl@wiedemannlaw.com;
karen@wiedemannlaw.com

Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com;
ddruker@wgdnlaw1.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 2nd day of November, 2009.