UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES			CIVIL ACTION
CONSOLIDATED LITIGATION
							NO.: 05-4182

							SECTION "K"(2)

FILED IN:	05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
		05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
		06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
		06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
		06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
		06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
		06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
		07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
		07-1289

PERTAINS TO:  LEVEE

## MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans and moves for leave to submit a surreply to address arguments plaintiffs advance for the first time in their Reply to Sewerage and Water Board's Opposition to Motion to Dismiss Without Prejudice. [Doc. 19341].  In their reply, plaintiffs raise new issues not originally raised or briefed in their Motion to Dismiss Without Prejudice.  Not addressed in their original memorandum in support, they now aver this Court lacks jurisdiction and make an inaccurate and misleading argument regarding the status of the state court litigation.  Accordingly, the Sewerage and Water Board of New Orleans requests leave to file the accompanying surreply memorandum to respond to these additional arguments.

        Respectfully submitted,

        s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR. - #18299, T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHARLOTTE J. SAWYER – #28493**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS

## CERTIFICATE

I do hereby certify that on the 2nd day of November 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

        s/Charles M. Lanier, Jr.
        **CHARLES M. LANIER, JR.**