UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.:  05-4182<br><br>SECTION "K"(2) |

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
07-1289

PERTAINS TO:  LEVEE

## ORDER

Considering the Sewerage and Water Board of New Orleans' Motion for Leave to File Surreply to Plaintiffs' Reply to Opposition to Motion to Dismiss Without Prejudice:

IT IS ORDERED that defendant's motion for leave is granted, and the Surreply is hereby filed.

New Orleans, Louisiana, this _____ day of November 2009.

_____
UNITED STATES DISTRICT COURT JUDGE