CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2005-11660          DIVISION L          SECTION 11

SUSAN and WILLIAM LAURENDINE ET AL

VERSUS

THE BOARD OF COMMISSIONERS FOR THE ORLEANS
LEVEE BOARD

### JUDGMENT

This matter came for hearing on the 5th day of December, 2008 on defendant's, Sewerage and Water Board, Motion to Recuse the Honorable Judge Kern Reese.

PRESENT:   DARLEEN JACOBS, Attorney for plaintiffs, SUSAN and WILLIAM LAURENDINE, AL LEBOUEF, ALINE HODGES, PIERRE ASCANI, THERESA HARVEY, DALE ATKINS and ANITA SARRAT;

CHARLES LANIER, Attorney for the defendant, SEWERAGE AND WATER BOARD

After hearing the pleadings, evidence and argument of counsel;

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Recuse Judge Reese is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of Court re-allot this matter, excluding Division "L".

JUDGMENT SIGNED, NEW ORLEANS, LOUISIANA this 13th day of January, 2009.

Sgd.) Robin M. Giarrusso
_____
JUDGE ROBIN M. GIARRUSSO
DIVISION G

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

EXHIBIT
1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2005-11660      DIVISION L      SECTION 11

SUSAN and WILLIAM LAURENDINE ET AL

VERSUS

THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE BOARD

### REASONS FOR JUDGMENT

Under the recent revision to La.CCP art. 151, this Court has no choice. Judge Reese must be recused as he and his family members are putative class members to this litigation. This Court is constrained to follow the mandatory language of the article despite this Court's belief that Judge Reese is a fair and impartial jurist.

SIGNED, NEW ORLEANS, LOUISIANA this 13th day of January, 2009.

'Sgd.) Robin M. Giarrusso

JUDGE ROBIN M. GIARRUSSO
DIVISION G

A TRUE COPY,

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

EXHIBIT 2

NO. 2009-C-0149

COURT OF APPEAL, FOURTH CIRCUIT

STATE OF LOUISIANA

SUSAN AND WILLIAM LAURENDINE, ET AL.

VERSUS

THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE BOARD

IN RE:          SUSAN LAURENDINE, ET AL.

APPLYING FOR: SUPERVISORY WRIT

DIRECTED TO:   HONORABLE ROBIN M. GIARRUSSO
               CIVIL DISTRICT COURT, ORLEANS PARISH
               DIVISION "G-11", 2005-11660

               HONORABLE KERN A. REESE
               CIVIL DISTRICT COURT, ORLEANS PARISH
               DIVISION "L-6",

**WRIT DENIED**

La. C. C. P. article 151 was amended during the Regular Session of the 2008 Louisiana Legislature in Act 2008, No. 663, effective August 15, 2008. Thereafter, on August 26, 2008, the Sewerage and Water Board of New Orleans filed a second Motion to Recuse Judge Kern Reese based on revisions contained in this amendment. After a hearing on the motion, the trial court granted the Motion to Recuse.

The pertinent portion of La. C. C. P. art. 151 provides mandatory grounds for recusal:

> A. A judge of any court, trial or appellate, **shall** be recused when he:
>
> ...

EXHIBIT 3

RECEIVED APR 30 2009

(3) Is the spouse of a party, or of an attorney employed in the cause or the judge's parent, child, or immediate family member is a party or attorney employed in the cause...

Judge Reese's wife and sons filed suit against the Sewerage and Water Board and others in federal court, seeking recovery for damage to property and their persons.

La. C. C. art. 6 provides: "In the absence of contrary legislative expression, substantive laws apply prospectively only. Procedural and interpretative laws apply both prospectively and retroactively, unless there is a legislative expression to the contrary." The Louisiana Legislature did not express whether the revisions to La. C. C. P. art. 151 were to be applied prospectively or retroactively. As such, given that La. C. C. P. art. 151 is procedural in nature, we must apply its revisions prospectively and retroactively and find that the trial judge did not err in granting the Motion to Recuse Judge Reese.

New Orleans, Louisiana this __28th__ day of __April__, __2009__.

_____
JUDGE TERRI F. LOVE

_____
JUDGE DAVID S. GORBATY

_____
JUDGE EDWIN A. LOMBARD

A TRUE COPY

APR 28 2009

_____ CLERK
COURT OF APPEAL FOURTH CIRCUIT

2