UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| (Clark, No. 07-3846) | * | MAGISTRATE WILKINSON |
| | * | |

**ORDER OF DISMISSAL**

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered consolidated action bearing Docket No. 07-3846, be and the same is hereby dismissed with prejudice, with each party to bear its own costs.

THUS DONE AND SIGNED at New Orleans, Louisiana this _____ day of _____, 2009.

_____
JUDGE STANDWOOD R. DUVAL, JR.