UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*            05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*           08-4459 | * | |
| | * | |

**ORDER GRANTING BARGE PLAINTIFFS' AMENDED *EX PARTE* CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES IN OPPOSITION TO  LAFARGE NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT**

Considering the above and foregoing, Barge Plaintiffs' are hereby granted leave to file an opposing Memorandum not to exceed 60  pages in opposition to Lafarge North America's Motion for Summary Judgment, .

New Orleans, Louisiana, this 3rd day of    November   , 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 2d day of November, 2009.

\s\Brian A. Gilbert
BRIAN A. GILBERT