UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>Savarese, 07-1819 | SECTION "K"(2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER OF DISMISSAL

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal (Doc. 19236),

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to bear her or its own costs.

New Orleans, Louisiana, this 3rd day of November, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE