UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALFRED AND CARMEL EDWARDS** | * | CIVIL ACTION NO.     07-1911 |
| | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| **VERSUS** | * | MAGISTRATE: WILKINSON |
| | * | |
| **STATE FARM FIRE & CASUALTY COMPANY** | * | |
| | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby dismissed, with prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA