UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE<br>    Abadie I, 06-5164<br>    Abadie II, 07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the request of plaintiffs' liaison counsel, Joseph M. Bruno (by letter filed separately in the records of the two Abadie cases, Record Doc. Nos. 76 and 72, respectively),

**IT IS ORDERED** that a hearing concerning Road Home settlement obligations will be conducted before me on **DECEMBER 7, 2009 at 2:00 p.m.** All plaintiffs listed below must appear before me in person to explain their position concerning the settlement obligations asserted against them by the Road Home Program:

Wilber and Bonita Alexander
Francis Carter
Millicent Cotton
Walter Darenbourg / Olga Haughton
Willie Denson
Louis Doley
Lisa Dupree
Mary Floyd
John Hammurabi
Valencia Jarrow
Sheryl Mcbride

        **Ben Merlin**
    **Lucenda Monroe / Audry Hogan**
        **Tommie Myrick**
   **Germaine and Dennis Nolan**
        **Larry Payne**
    **Chandra Torry-Chapman**
      **Patricia Turner**

Plaintiffs' counsel, Joseph Bruno, or a representative of his office, Chris Pellegrin, counsel for defendant Louisiana Citizens Property Insurance Company, David Strauss, counsel for State Farm, and Dan Rees, counsel for the State of Louisiana Road Home program, must appear. A copy of the executed Road Home subrogation/assignment agreements for the persons listed above must be provided to me by counsel prior to the hearing.

**IT IS FURTHER ORDERED** that plaintiffs' counsel must serve a copy of this order on plaintiffs and make good faith effort to assure plaintiffs' appearances. However, plaintiffs' execution of the necessary settlement consummation documentation prior to the hearing will make an appearance unnecessary.

New Orleans, Louisiana, this ___9th___ day of November, 2009.

                                          JOSEPH C. WILKINSON, JR
                                 UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**