UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | Case No.:  05-4182 And consolidated cases |
| PERTAINS TO:  BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 *Mumford v. Ingram* 05-5724 *Lagarde v. Lafarge* 06-5342 *Perry v. Ingram* 06-6299 *Benoit v. Lafarge* 06-7516 *Parfait Family v. USA* 07-3500 | Hon. Stanwood R. Duval, Jr. Magistrate Judge Joseph C. Wilkinson, Jr. |

## LAFARGE NORTH AMERICA INC'S EX PARTE APPLICATION FOR LEAVE OF COURT TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT IN EXCESS OF PAGE LENGTH LIMITATION

**MAY IT PLEASE THE COURT:**

Defendant Lafarge North America Inc. ("LNA") hereby respectfully requests leave to file a reply memorandum not exceeding thirty (30) pages in length in support of LNA's Motion for Summary Judgment, to be filed on November 9, 2009.  In support of this request, LNA notes the number and significance of the issues raised by the motion and the Court's previous allowance of similar or longer page-limit extensions for summary judgment motion papers (*e.g.,* Doc. 16492).

Pursuant to Local Rule 7.3E, a Proposed Order is provided.

It is so moved.

Dated:  November 9, 2009                    Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

/s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 9th day of November, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock

2