UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*            05-5531 | * |  |
| *Mumford v. Ingram*        05-5724 | * |  |
| *Lagarde v. Lafarge*         06-5342 | * | JUDGE |
| *Perry v. Ingram*                06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*             06-7516 | * |  |
| *Parfait Family v. USA*    07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*            08-4459 | * | JOSEPH C. WILKINSON, JR. |

**Notice of Manual Filing of Exhibit 1 to Lafarge North America's Reply Memorandum in Support of Motion for Summary Judgment**

Due to size and bandwidth limitation which would prevent the upload of Exhibit 1, Appendices to the Report of Reda Bakeer, Lafarge North America, Inc. proffers by hand directly to this Court a hard copy of the exhibit.

Dated: November 9, 2009						Respectfully submitted,

							Robert B. Fisher, Jr., T.A. (#5587)
							Derek A. Walker (#13175)
							**CHAFFE MCCALL, L.L.P.**
							2300 Energy Centre
							1100 Poydras Street
							New Orleans, LA  70163-2300
							Telephone:  (504) 585-7000
							Facsimile:  (504) 585-7075
							Fisher@chaffe.com
							Walker@chaffe.com

							 /s/ John D. Aldock
							John D. Aldock
							Richard M. Wyner
							Mark S. Raffman
							**GOODWIN PROCTER LLP**
							901 New York Avenue, N.W.
							Washington, DC  20001
							Telephone:  (202) 346-4240
							jaldock@goodwinprocter.com
							rwyner@goodwinprocter.com
							mraffman@goodwinprocter.com

							Daniel A. Webb (#13294)
							**SUTTERFIELD & WEBB, LLC**
							Poydras Center
							650 Poydras Street, Suite 2715
							New Orleans, LA  70130
							Telephone:  (504) 598-2715

							*Attorneys for Lafarge North America Inc.*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 9th day of November, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

                                              /s/ John D. Aldock