# EXHIBIT 2

Excerpts of Interagency Performance Evaluation Team, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (March 2007 Final Report) ("IPET Report")



**US Army Corps of Engineers** ®

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

**Volume IV – The Storm**

**26 March 2007**



**FINAL**

and the east-facing levees along the Mississippi River, and in the "pocket" formed by the delta and the Mississippi coast. The storm then pushed that volume of water northward with hurricane strength winds toward the Mississippi coast and into Lakes Borgne and Pontchartrain as the storm tracked to the north. Locally, hurricane force winds from east and east-northeast in advance of the storm center also pushed water against the east-facing levees and floodwalls of the hurricane protection system in Plaquemines, St. Bernard, and Orleans Parishes. The increased water levels in Breton Sound and Lake Borgne allowed considerable wave energy that was generated in the gulf to propagate over and through gaps between the barrier islands, across the inundated wetlands, to the hurricane protection system in Plaquemines, St. Bernard, and Orleans Parishes. Local wave generation also occurred in these inundated areas.

High water levels in Lake Borgne acted to drive water into Lake Pontchartrain (because of the water level difference between the two lakes). In addition to this filling action, locally high winds in Lake Pontchartrain acted to tilt the water surface in the lake, raising the water surface on the downwind side and lowering the water surface on the upwind side of the lake. These same winds created high wave conditions on the downwind side of the lake. Winds blew counter-clockwise about the hurricane's eye, and the storm tracked to the east of Lake Pontchartrain. So as the storm made landfall in Louisiana, tracked north, made final landfall again, and then continued north into Mississippi, wind direction in Lake Pontchartrain changed steadily (winds first from the east, then northeast, then from the north, then northwest, and finally from the west). In response to this changing wind direction, the region of maximum storm surge and high waves translated along the southern half of the lake, moving from west to east.

Throughout the system, the very high water levels and wave energy levels created by Hurricane Katrina exposed the hurricane protection system to considerable hydrodynamic forces. This section provides a general overview of how the wave and water level conditions evolved during the storm. Appendix 5 contains a very detailed discussion of the physics of storm surge wave propagation through the system. The focus for the rest of this volume is characterizing, in much more detail, the water level and wave conditions along the periphery of the hurricane protection system. Forces and loadings on the system created by those conditions are also discussed in more detail. The hydrodynamic conditions created by Katrina are then compared to the conditions which the projects were designed to withstand, from both regional and local, high-resolution hydrodynamic perspectives.

## High-Water Marks and Hydrographs

### Introduction

The Interagency Performance Evaluation Task Force (IPET) study used a combination of measured data and model-simulated data to characterize the time varying water level conditions. Measured data fell into two categories: HWM measurements which capture peak water levels (with some uncertainty); and hydrographs, which capture the water level as a function of time (with more certainty). An extensive post-storm effort was undertaken to identify and survey HWMs following passage of the storm. While certain HWMs capture the peak water levels well, they contain no information about the temporal variation of water level. HWMs also have their

Volume IV  The Storm

IV-17

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-35. H*Wind snapshot on 29 August 2005 0000 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

Volume IV The Storm – Technical Appendix

IV-2-43

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-36. H*Wind snapshot on 29 August 2005 0300 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

IV-2-44

Volume IV The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-37. H*Wind snapshot on 29 August 2005 0600 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.



Figure 2-38. H*Wind snapshot on 29 August 2005 0900 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

IV-2-46

Volume IV The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-39. H*Wind snapshot on 29 August 2005 1200 UTC. The wind speeds are color contoured in
knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and
land exposures identified by the abrupt change in color contours over the land.

Volume IV The Storm – Technical Appendix

IV-2-47

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-40. H*Wind snapshot on 29 August 2005 1500 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-41. H*Wind snapshot on 29 August 2005 1800 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.



Figure 2-42. H*Wind snapshot on 29 August 2005 2100 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

IV-2-50

Volume IV The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-43. H*Wind snapshot on 30 August 2005 0000 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

Volume IV The Storm – Technical Appendix

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

IV-2-51



**US Army Corps
of Engineers®**

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume V – The Performance — Levees and Floodwalls

June 2007



**FINAL**

All of the IHNC floodwalls and levees were overtopped on 29 August. The peak storm surge elevation in the IHNC was 14.2 ft at 9:00 a.m., as can be seen in Figure 51. This peak water level is about 1.7 ft above the tops of the floodwalls and levees. The reaches where the floodwalls and levees did not collapse have, therefore, survived water loading considerably higher than the design loading.

Initial observations after the hurricane revealed that overtopping had eroded at least one section of levee (without floodwall) along the west bank and had eroded the soil adjacent to the wall at three other locations along the east and west bank (Figure 50). It appeared that water flowing over the floodwall scoured and eroded the levee on the protected side of the I-wall, exposing the supporting sheet piles and reducing the passive resistance, as can be seen in Figure 52. The erosion appeared to be so severe at the breach locations that the sheet piles may have lost all foundation support, resulting in failures of the type shown in Figure 53. Perhaps the best evidence of this scour can be seen along the unbreached reaches of the east bank I-walls, where U-shaped scour trenches were found adjacent to the I-walls. As the scour increased, the I-wall may have moved laterally and leaned toward the protected side, causing the scour trench to grow as the water cascaded farther down the slope until sufficient soil resistance was lost and complete failure occurred.

Although it is clear that the walls were overtopped, and that their stability was compromised by the erosion that occurred, it is also clear that one of the east side breaches occurred before the wall was overtopped. Eyewitness reports indicate that the water level in the 9th Ward near Florida Avenue was rising as early as 5:00 a.m., when the water level in the IHNC was still below the top of the floodwall, as shown by the hydrograph in Figure 54. Stability analyses indicate that foundation instability would occur before overtopping at the north breach on the east side of the IHNC. This breach location is, thus, the likely source of the early flooding in the Lower 9th Ward. Stability analyses indicate that the other three breach locations would not have failed before they were overtopped.

The soil immediately beneath the levees and floodwalls at all four breach locations included marsh, beneath which was clay, and beneath the clay, sand. Through most of their lengths, the critical circles passed through the marsh and clay. The critical circles did not extend to the sand layer beneath the clay.

Formation of a gap on the canal side of the wall, allowing hydrostatic water pressure acting through the full depth of the gap, causes a very significant reduction in the value of the calculated factor of safety. Evidence that a gap did form behind the wall near the breaches can be seen in Figures 55 and 56.

Stability analyses of the north breach on the east side resulted in a computed factor of safety equal to 1.0, with a gap on the canal side of the wall and water in the IHNC at elevation 11.2 ft. This is about 1.0 ft higher than the average IHNC water level at the time floodwater was observed in the Lower 9th Ward. Considering that the effective water level could have been 1.0 ft higher due to wave effects, this result is consistent with the observed IHNC water level when floodwater was first reported in the Lower 9th Ward. Thus, it appears that the north breach

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 81.  Displaced floodwall along the eastern side of the IHNC adjacent to the Lower Ninth Ward.