# EXHIBIT 3

Exhibit B to Deposition of Donald Green (2009)

EXHIBIT B

New Orleans Lakefront Airport weather data 050829

# History for New Orleans Lakefront, Louisiana
## on Monday, August 29, 2005

Jump to data by:

Date: August 29 2005   Airport Code: [Go]   Bottom of Form

Latest visited Airport Codes: KNEW | KNBG | KFLL

« Previous Day   Daily | Weekly | Monthly | Custom | Trip Planner   Next Day »

### Daily Summary

| | Actual | Average | Record |
|---|---|---|---|
| **Temperature** | | | |
| Mean Temperature | 85 °F / 29 °C | 82 °F / 27 °C | |
| Max Temperature | 91 °F / 32 °C | 90 °F / 32 °C | 99 °F / 37 °C (1998) |
| Min Temperature | 79 °F / 26 °C | 74 °F / 23 °C | 67 °F / 19 °C (1971) |
| **Degree Days** | | | |
| Heating Degree Days | 0 | 0 | |
| Month to date heating degree days | 0 | 0 | |
| Since 1 July heating degree days | 0 | 0 | |
| Cooling Degree Days | 20 | 17 | |
| Month to date cooling degree days | 558 | 485 | |
| Year to date cooling degree days | 2200 | 2038 | |
| Growing Degree Days | 28 (Base 50) | | |
| **Moisture** | | | |
| Dew Point | 75 °F / 23 °C | | |
| Average Humidity | 75 | | |
| Maximum Humidity | 91 | | |
| Minimum Humidity | 59 | | |

LNA001071

| | | |
|---|---|---|
| Precipitation | | |
| Precipitation | 0.65 in / 1.65 cm | 0.21 in / 0.53 cm | 2.72 in / 6.91 cm (1996) |
| Month to date precipitation | 3.77 | 5.52 | |
| Year to date precipitation | 40.18 | 44.77 | |
| Snow | | |
| Snow | 0.00 in / 0.00 cm | - 0 |
| Month to date snowfall | 0.0 | |
| Since 1 July snowfall | 0.0 | |
| Snow Depth | 0.00 in / 0.00 cm | |
| Sea Level Pressure | | |
| Sea Level Pressure | 29.10 in / 985 hPa | |
| Wind | | |
| Wind Speed | 17 mph / 27 km/h (NE) | |
| Max Wind Speed | 33 mph / 53 km/h | |
| Max Gust Speed | 47 mph / 76 km/h | |
| Visibility | 1 miles / 2 kilometers | |
| Events | Fog, Rain | |

Key: T is trace of precipitation, MM is missing value
Source: NWS Daily Summary

2

Case 2:05-cv-04182-SRD-JCW   Document 19370-5   Filed 11/09/09   Page 4 of 9



Temperature  Dew Point  Normal High/Low

Barometric Pressure

Wind Speed

Show full METARS (help) - Comma Delimited File

| Time(CDT) | Temperature | Dew Point | Humidity | Sea Level Pressure | Visibility | Wind Direction | Wind Speed | Gust Speed | Precipitation | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:01 AM | 80.6 °F / 27.0 °C | 75.2 °F / 24.0 °C | 84% | 29.43 in / 996.5 hPa | 2.0 miles / 3.2 kilometers | NE | 46.0 mph / 74.1 km/h | 57.5 mph / 92.6 km/h | 0.02 in / 0.1 cm | | Heavy Rain |
| 12:11 AM | 80.6 °F / 27.0 °C | 75.2 °F / 24.0 °C | 84% | 29.42 in / 996.2 hPa | 2.5 miles / 4.0 kilometers | NE | 43.7 mph / 70.4 km/h | 52.9 mph / 85.2 km/h | 0.05 in / 0.1 cm | | Rain |
| 12:19 AM | 80.6 °F / 27.0 °C | 75.2 °F / 24.0 °C | 84% | 29.43 in / 996.5 hPa | 4.0 miles / 6.4 kilometers | NE | 44.9 mph / 72.2 km/h | 63.3 mph / 101.9 km/h | 0.05 in / 0.1 cm | Rain | Light Rain |

LNA001073

| Time | Temp | | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | | Precip | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| 12:15 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.29 in / 99.8 hPa | 1.0 miles / 1.6 kilometers | NE | 47.2 mph / 75.9 km/h | 66.7 mph / 107.4 km/h | 0.18 in / 0.5 cm | Heavy Rain |
| 2:07 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.30 in / 992.1 hPa | 1.0 miles / 1.6 kilometers | NE | 52.9 mph / 85.2 km/h | 66.7 mph / 107.4 km/h | 0.13 in / 0.3 cm | Heavy Rain |
| 2:00 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.31 in / 992.4 hPa | 0.8 miles / 1.2 kilometers | NE | 62.1 mph / 100.0 km/h | | 0.05 in / 0.1 cm | Heavy Rain |
| 1:53 AM | 78.1 °F / 25.6 °C | 75.0 °F / 23.9 °C | 90% | 29.32 in / 992.9 hPa | 1.0 miles / 1.6 kilometers | NE | 67.9 mph / 109.3 km/h | | 0.55 in / 1.4 cm | Heavy Rain |
| 1:39 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.32 in / 993.1 hPa | 1.2 miles / 2.0 kilometers | NNE | 58.7 mph / 94.5 km/h | | 0.44 in / 1.1 cm | Heavy Rain |
| 1:23 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.35 in / 993.8 hPa | 0.8 miles / 1.2 kilometers | NE | 58.7 mph / 94.5 km/h | | 0.31 in / 0.8 cm | Heavy Rain |
| 1:12 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.37 in / 994.5 hPa | 1.8 miles / 2.8 kilometers | NE | 44.9 mph / 72.2 km/h | 59.8 mph / 96.3 km/h | 0.7 in / 0.4 cm | Heavy Rain |
| 1:00 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.38 in / 994.8 hPa | 0.8 miles / 1.2 kilometers | NE | 56.4 mph / 90.7 km/h | | 0.10 in / 0.3 cm | Heavy Rain |
| 12:53 AM | 80.1 °F / 26.7 °C | 75.0 °F / 23.9 °C | 85% | 29.40 in / 995.6 hPa | 2.0 miles / 3.2 kilometers | NE | 43.7 mph / 70.4 km/h | 56.2 mph / 90.7 km/h | 0.16 in / 0.4 cm | Rain |
| 12:37 AM | 80.6 °F / 27.0 °C | 75.2 °F / 24.0 °C | 84% | 29.40 in / 995.5 hPa | 3.0 miles / 4.8 kilometers | NE | 44.9 mph / 72.2 km/h | 58.7 mph / 94.5 km/h | 0.10 in / 0.3 cm | Rain |
| 12:26 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.40 in / 995.5 hPa | 1.8 miles / 2.8 kilometers | NE | 47.2 mph / 75.9 km/h | 63.3 mph / 101.9 km/h | 0.08 in / 0.2 cm | Heavy Rain |

LNA001074

| Time | Temp | | Humidity | Pressure | Wind Dir | Wind Speed | Precip | Conditions |
|---|---|---|---|---|---|---|---|---|
| 2:27 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.28 in / 991.4 hPa | NNE | 1.0 miles / 1.6 kilometers | 54.1 mph / 87.0 km/h | 0.28 in / 0.7 cm | Rain | Light Rain |
| 2:35 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.26 in / 990.7 hPa | NNE | 0.8 miles / 1.2 kilometers | 40.3 mph / 64.8 km/h | 51.8 mph / 83.3 km/h | 0.48 in / 1.2 cm | Rain | Heavy Rain |
| 2:44 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.25 in / 990.4 hPa | NE | 0.5 miles / 0.8 kilometers | 43.7 mph / 70.4 km/h | 71.4 mph / 114.8 km/h | 0.70 in / 1.8 cm | Fog, Rain | Heavy Rain |
| 2:53 AM | 78.8 °F / 25.6 °C | 75.2 °F / 24.0 °C | 93% | 29.24 in / 990.1 hPa | NE | 0.16 miles / kilometers | 43.7 mph / 70.4 km/h | 56.4 mph / 90.7 km/h | 0.75 in / 1.9 cm | Rain | Heavy Rain |
| 3:03 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.20 in / 988.7 hPa | NNE | 2.5 miles / 4.0 kilometers | 42.6 mph / 68.5 km/h | 64.4 mph / 103.7 km/h | 0.01 in / 0.0 cm | Heavy Rain |
| 3:09 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.21 in / 989.1 hPa | NNE | 1.5 miles / 2.4 kilometers | 42.9 mph / 72.2 km/h | 54.1 mph / 87.0 km/h | 0.07 in / 0.2 cm | Rain | Light Rain |
| 3:16 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.18 in / 988.0 hPa | NNE | 0.5 miles / 0.8 kilometers | 42.6 mph / 68.5 km/h | 57.5 mph / 92.6 km/h | 0.32 in / 0.8 cm | Fog |
| 3:21 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.18 in / 988.0 hPa | NNE | 0.2 miles / 0.4 kilometers | 27.2 mph / 75.9 km/h | 55.2 mph / 88.9 km/h | 0.53 in / 1.3 cm | Fog |
| 3:28 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.17 in / 987.7 hPa | NNE | 0.2 miles / 0.4 kilometers | 43.7 mph / 70.4 km/h | 58.7 mph / 94.5 km/h | 0.93 in / 2.4 cm | Fog |
| 3:36 AM | 77.0 °F / 25.0 °C | 75.2 °F / 24.0 °C | 94% | 29.14 in / 986.7 hPa | East | 0.2 miles / kilometers | 34.5 mph / 55.6 km/h | 51.8 mph / 83.3 km/h | 1.14 in / 2.9 cm | Fog |
| 3:43 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.08 in / 984.6 hPa | NNE | 0.5 miles / 0.8 kilometers | 50.6 mph / 81.5 km/h | 59.8 mph / 96.3 km/h | 1.66 in / 4.2 cm | Fog, Rain | Heavy Rain |

LNA001075

**Astronomy — August 29, 2005**

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | Precip | Events |
|---|---|---|---|---|---|---|---|---|---|---|
| 3:46 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.11 in / 985.7 hPa | 0.5 miles / 0.8 kilometers | NNE | 51.8 mph / 83.3 km/h | 70.2 mph / 113.0 km/h | 1.75 in / 4.4 cm | Fog, Heavy Rain |
| 3:53 AM | 78.1 °F / 25.6 °C | 75.9 °F / 24.4 °C | 93% | 29.12 in / 986.1 hPa | 0.5 miles / 0.8 kilometers | NE | 54.1 mph / 87.0 km/h | 85.2 mph / 137.0 km/h | 1.80 in / 4.6 cm | Fog |
| 4:00 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.11 in / 985.7 hPa | 1.0 miles / 1.6 kilometers | NE | 48.3 mph / 77.8 km/h | 76.0 mph / 122.2 km/h | 0.02 in / 0.1 cm | Overcast |
| 4:29 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.05 in / 983.6 hPa | 0.8 miles / 1.2 kilometers | NNE | 48.3 mph / 77.8 km/h | 61.0 mph / 98.2 km/h | 0.21 in / 0.5 cm | Overcast |
| 4:37 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.02 in / 982.6 hPa | 0.5 miles / 0.8 kilometers | NNE | 52.9 mph / 85.2 km/h | 64.4 mph / 103.7 km/h | 0.34 in / 0.9 cm | Fog |
| -- -- | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 28.96 in / 982.0 hPa | 0.5 miles / 0.8 kilometers | NNE | 55.2 mph / 88.9 km/h | 69.0 mph / 111.1 km/h | 0.46 in / 1.2 cm | Fog |
| 6:05 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 28.76 in / 973.8 hPa | 0.2 miles / 0.4 kilometers | NNE | 59.8 mph / 96.3 km/h | 80.6 mph / 129.6 km/h | 0.25 in / 0.6 cm | Fog |
| 6:19 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | N/A% | 28.70 in / 971.8 hPa | 0.2 miles / 0.4 kilometers | North | | | 0.49 in / 1.2 cm | Fog |
| 6:53 AM | 79.0 °F / 26.1 °C | - | N/A% | 28.59 in / 967.9 hPa | 0.2 miles / 0.4 kilometers | NE | 69.0 mph / 111.1 km/h | 86.3 mph / 138.9 km/h | 1.23 in / 3.1 cm | Fog |
| 7:16 AM | 78.8 °F / 26.0 °C | - | N/A% | 28.49 in / 964.7 hPa | | North | | | 0.37 in / 0.9 cm | Fog |
| 7:53 AM | - | - | N/A% | 28.30 in / 958.4 hPa | | North | | | 0.37 in / 0.9 cm | Unknown |

| Time | Temp | | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Precip | Events |
|---|---|---|---|---|---|---|---|---|---|
| | 24.0 °C | | | | | | | | |
| 6:05 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 28.76 in / 973.8 hPa | 0.2 miles / 0.4 kilometers | NNE | 59.8 mph / 96.3 km/h | 0.25 in / 0.6 cm | Fog |
| 6:19 AM | 78.8 °F / 26.0 °C | | N/A% | 28.50 in / 973.8 hPa | 0.2 miles / 0.4 kilometers | North | | | Fog |
| 6:53 AM | 79.0 °F / 26.1 °C | | N/A% | 28.59 in / 967.9 hPa | 0.2 miles / 0.4 kilometers | NE | 69.0 mph / 111.1 km/h | 1.23 in / 3.1 cm | Fog |
| 7:16 AM | 78.8 °F / 26.0 °C | | N/A% | 28.49 in / 964.7 hPa | | North | | 0.37 in / 0.9 cm | Unknown |
| 7:53 AM | - | - | N/A% | 28.30 in / 958.4 hPa | - | North | - | | Unknown |

## Astronomy
### August 29, 2005

| | Rise | Set |
|---|---|---|
| Actual Time | 11:35 AM UTC | 12:25 AM UTC |
| Civil Twilight | 11:11 AM UTC | 12:50 AM UTC |
| Nautical Twilight | 10:42 AM UTC | 1:19 AM UTC |
| Astronomical Twilight | 10:12 AM UTC | 1:48 AM UTC |
| Moon | 6:44 AM UTC (8/29) | 9:38 PM UTC (8/29) |
| Length Of Visible Light: | 13h 39m | |
| Length of Day | 12h 50m | |

Normal View  Extended View

Waning Crescent, 28% of the Moon is Illuminated

| 8/29 | 9/3 New | 9/11 First Quarter | 9/18 Full | 9/25 Last Quarter |
|---|---|---|---|---|

LNA001077

* * *

- For more information about the solar system,
- View the Full Star Chart!

Downloaded at 1225, Friday, October 28, 2005 from:
http://www.wunderground.com/history/airport/KNEW/2005/8/29/DailyHistory.html?req_city=NA&req_state=NA&req_statename=NA

8

LNA001078