# EXHIBIT 5

Deposition of Michael Bickham

1

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4   IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION

5                                  * NO. 05-4182

6   PERTAINS TO: BARGES            * Consolidated

7                                  * SECTION "K(2)"

8   Boutte v. Lafarge      05-5531 *

9   Mumford v. Ingram      05-5724 * JUDGE DUVAL

10   Lagarde v. Lafarge     06-5342 *

11   Perry v. Ingram        06-6299 * MAG. WILKINSON

12   Benoit v. Lafarge      06-7516 *

13   Parfait Family v. USA  07-3500 *

14   Lafarge v. USA         07-5178 *

15    *  *  *  *  *  *  *  *  *  *  *

16

17          Deposition of MICHAEL ANTHONY BICKHAM,

18   given at Chaffe McCall, LLP, 2300 Energy

19   Centre, 1100 Poydras Street, New Orleans,

20   Louisiana 70163-2300, on May 4th, 2009.

21

22

23   REPORTER BY:

24          JOSEPH A. FAIRBANKS, JR., CCR, RPR

25          CERTIFIED COURT REPORTER #75005

**2**

1  APPEARANCES:
2  REPRESENTING THE BARGE PSLC:
3     BRIAN A. GILBERT, P.L.C.
4     (BY:  BRIAN A. GILBERT, ESQUIRE)
5     821 Baronne Street
6     New Orleans, Louisiana 70113
7     504-885-7700.
8
9  REPRESENTING LAFARGE NORTH AMERICA:
10    CHAFFE, MCCALL, L.L.P.
11    (BY:  DEREK WALKER, ESQUIRE)
12    2300 ENERGY CENTRE
13    1100 Poydras Street.
14    New Orleans, Louisiana 70163-2300
15    504-585-7000
16
17
18
19
20
21
22
23
24
25

**4**

1            S T I P U L A T I O N
2        IT IS STIPULATED AND AGREED by and
3  among counsel for the parties hereto that the
4  deposition of the aforementioned witness may be
5  taken for all purposes permitted within the
6  Louisiana Code of Civil Procedure, in
7  accordance with law, pursuant to notice;
8        That the formalities of reading,
9  signing, filing, sealing and certification are
10 hereby specifically waived;
11        That all objections, save those as to
12 the form of the question and the responsiveness
13 of the answer, are reserved until such time as
14 this deposition, or any part thereof, is used
15 or sought to be used in evidence.
16
17
18                    * * *
19
20
21
22        JOSEPH A. FAIRBANKS, JR., CCR, RPR,
23 Certified Court Reporter in and for the State
24 of Louisiana, officiated in administering the
25 oath to the witness.

**3**

1     E X A M I N A T I O N   I N D E X
2
3  EXAMINATION BY:              PAGE
4
5  MR. WALKER   ...............................5
6  MR. GILBERT  .............................101
7     E X H I B I T   I N D E X
8
9  EXHIBIT NO.                  PAGE
10 Exhibit 1  ...............................19
11 Exhibit 2  ...............................21
12 Exhibit 3  ...............................22
13 Exhibit 4  ...............................39
14 Exhibit 5  ...............................45
15 Exhibit 6  ...............................84
16 Exhibit 7  ...............................86
17 Exhibit 8  ...............................90
18
19
20
21
22
23
24
25

**5**

1        MICHAEL ANTHONY BICKHAM
2  2407 Rose Drive, Gretna, Louisiana 70053, a
3  witness named in the above stipulation, having
4  been first duly sworn, was examined and
5  testified on his oath as follows:
6  EXAMINATION BY MR. WALKER:
7     Q.  All right.  Good morning, Mr. Bickham.
8  Sorry we were delayed.  We're here to do what's
9  called taking your deposition.
10        Have you ever done this before?
11    A.  No.
12    Q.  Okay.  I'll explain it to you, and if
13 there is anything you don't understand just ask
14 me or your attorney and we'll try and help you
15 through it.
16    A.  Okay.
17    Q.  First of all, you're under oath.
18    A.  Okay.
19    Q.  You understand that that means that
20 you're sworn to tell the truth and that if you
21 don't tell the truth there could be
22 consequences; right?
23    A.  Yeah.
24    Q.  It's the same as if you were in court
25 sitting in front of a judge.  All right?

**6**

1   A.   Okay.
2   Q.   We're going to ask you questions.  We
3   just want your best answers.  If you don't
4   remember something, it's okay for you to say I
5   don't remember.  If you're guessing or not
6   sure, just tell me you're guessing or not sure.
7   So I want to know the difference between
8   something you're certain about, something that
9   you're kind of certain, something you're
10   guessing, something you don't remember.  Okay?
11   A.   All right.
12   Q.   And if I ask you a question that you
13   don't understand, just ask me to repeat it, say
14   I don't understand it.  Because I'm not here to
15   trick you and sometimes I ask bad questions.
16   Okay?
17   A.   All right.
18   Q.   Is there anything you don't understand
19   about this procedure?
20   A.   I understand.
21   Q.   Okay.
22       MR. GILBERT:
23           The only thing that I'm going to
24       ask is that you guys let each other
25       finish talking before you each start

**7**

1       talking because it will be easier for
2       him to take it down.  And also, if you
3       would speak in a loud clear voice
4       because my hearing is just shot.  You
5       know?
6       THE WITNESS:
7           Okay.
8   EXAMINATION BY MR. WALKER:
9   Q.   By the way, if you need to take a
10   break or something, take a phone call, I'm
11   telling you already I may get a phone call in
12   about fifteen minutes from one of my sons, we
13   can take breaks, all right?
14       Would you restate your name and
15   address for the record, please.
16   A.   My name is Michael Bickham.  My
17   residence is 2407 Rose Drive, Gretna,
18   Louisiana.
19   Q.   What's your age?
20   A.   My age is 49 years of age.
21   Q.   Okay.  Are you under any kind of
22   prescription medication?
23   A.   No.
24   Q.   Have you taken any drugs this morning
25   of any kind?

**8**

1   A.   No.
2   Q.   Have you had a drink of any type?
3   A.   No.
4   Q.   Is there any reason why you would not
5   be able to give me good answers to my questions
6   or understand my questions?  And by that, I
7   mean, a reason having to do with drug, alcohol,
8   something that's influencing your mind?
9   A.   No.
10   Q.   Okay.  So you're able to understand my
11   questions and give me good answers.
12   A.   Yes, sir.
13   Q.   Okay.  Tell me how far you went in
14   high school.
15   A.   Tenth grade.
16   Q.   And what high school was that?
17   A.   Abramson Senior High.
18   Q.   Where is that located?
19   A.   Read Road.
20   Q.   That's in New Orleans East?
21   A.   New Orleans East.
22   Q.   And did you attend any kind of
23   University, college, any --
24   A.   No.
25   Q.   -- schooling after the tenth grade?

**9**

1   A.   No.
2   Q.   How about any vocational training, any
3   trade, anything like that?
4   A.   No.
5   Q.   Okay.  Where did you grow up?
6   A.   New Orleans.  In the Lower Ninth Ward.
7   Q.   What street?
8   A.   Haydel.
9   Q.   Is that with a Y?  H-Y?
10   A.   H-A-Y-D-E-L.
11   Q.   So we could also say Haydel?
12   A.   Yeah.
13   Q.   Like the bakery?
14   A.   Yeah.
15   Q.   Okay.  And is that between Florida and
16   Claiborne or Claiborne and St. Claude?
17   A.   No.  That's -- it's on the higher side
18   of the Ninth Ward.  It's in between Chef
19   Menteur and Dwyer.
20   Q.   Between Chef Menteur and Dwyer.
21   A.   Back then they used to call it The
22   Goose.
23   Q.   The Goose?  That was the name of the
24   neighborhood?
25   A.   Yeah.

10

1   Q.   The Goose.
2   A.   That's -- if you got a map of the
3   city, that's Dale, America, Ray Avenue, Rene,
4   those are the main streets of that
5   neighborhood.
6   Q.   So it's east of Florida Avenue?
7   A.   I'm not exactly certain of that.
8   Q.   Down river of Florida Avenue?
9   A.   Yeah.
10   Q.   Yeah.  How long did you live on
11   Haydel?
12   A.   Well.
13   Q.   Through high school?
14   A.   Throughout high school, yeah.
15   Q.   And when did you move away from home?
16   A.   Um -- seventeen years old.
17   Q.   Okay.  Are you married?
18   A.   Divorced.
19   Q.   And that was from Diane Berryhill?
20   A.   Charlene Bickham.
21   Q.   Charlene?
22   A.   C-H-A-R-L-E-N-E.  Charlene.
23   Q.   And do you have any children?
24   A.   Four.
25   Q.   What are their names?

11

1   A.   Michael -- Michael Anthony Bickham,
2   Jr.; um -- Charles Bickham, call him C.J.
3   because his name is Charles John; um -- Joseph
4   and Marie.
5   Q.   And is their mother Charlene?
6   A.   Yeah.
7   Q.   All four.
8   A.   Yeah.
9   Q.   Okay.  Have you been married to
10   anybody else?
11   A.   No.
12   Q.   What's your relationship with Diane
13   Berryhill?
14   A.   I am her what you call -- I can't say
15   boyfriend, but I been with her since I left my
16   ex-wife.  We just never got married.  So, I
17   have a son with her, too.  His name is Rodney.
18   Q.   And does he go by Rodney Bickham?
19   A.   Rodney Berryhill.
20   Q.   How old is Rodney?
21   A.   Twenty-one years old.
22   Q.   And I assume that the other four are
23   all older.
24   A.   Yeah.
25   Q.   Were any of the four older children in

12

New Orleans at the time of Katrina?
A.   I'm not exactly certain of that one.
Q.   Okay.  And how about Rodney?
A.   No, he was -- at the time of Katrina
he was incarcerated.
Q.   In New Orleans?
A.   In New Orleans.
Q.   Okay.  Are you working today?
A.   I got off of work at nine o'clock.
Q.   Where do you work?
A.   Wendy's.
Q.   What do you do there?
A.   I'm a cook.  Breakfast cook.
       (Brief interruption.)
EXAMINATION BY MR. WALKER:
Q.   How long have you worked at Wendy 's?
A.   A year.
Q.   Where did you work before that?
A.   Um -- Empire Shipyard.
Q.   In Empire, Louisiana?
A.   No.  Empire right off of
Tchoupitoulas.
Q.   What did you do there?
A.   Forklift operator.
Q.   And how long did you work with them?

13

A.   Maybe about three months.
Q.   And why did you quit that job?
A.   No work on the river.
Q.   And where did you work before Empire?
A.   Alabo Street.  Number 1 Alabo.
Q.   As a longshoreman, or what?
A.   Pacorini.
Q.   Pacorini Stevedores?
A.   Not stevedores, just Pacorini.  They
also do ships and barges.
Q.   So were you operating a forklift or
doing --
A.   Yeah.  I did basically everything
there at Pacorini.
Q.   How long did you work there?
A.   Right about three years.
Q.   Did you work there before the
hurricane?
A.   Yep.
Q.   And after the hurricane you came back
and got the same job.
A.   Yeah.
Q.   Okay.  And why did you quit Pacorini
and go to Empire?
A.   Because Global bought them out, and

4  (Pages 10 to 13)

**14**

1  any type of convicted felon Global didn't hire
2  so they let us go.
3      Q.  Tell me about that, your arrest
4  record, conviction record.  What is that?
5      MR. GILBERT:
6          Let me just object.  This is
7          limited to felony convictions within
8          ten years.
9          But you can answer.
10     A.  I really didn't want to put this in no
11  deposition for a lawsuit.
12  MR. GILBERT:
13          Well, my objection is continuing.
14          And we've made a stipulation on the
15          record that objections will be taken
16          up by the Court if and when Lafarge
17          makes an effort to offer any of that
18          into evidence.  So talking about it
19          now doesn't mean that it's going to go
20          into evidence, it just means that
21          consistent with the stipulations we've
22          made, objections are reserved until
23          later.  I just have to put it on the
24          record.  You're protected.
25          (Off the record.)

**15**

1      A.  The reason why, I didn't want to go
2  there is because I wasn't given an opportunity
3  to actually defend myself on that.  The
4  boyfriend of -- Germane Moon called the police
5  because he wanted me out of her life.  And in
6  the process of it, they asked me a question
7  have you ever took this child that was twelve
8  years old a bath or seen her take a bath.  I
9  said I was there living in the house with 'em,
10  yes, I did.  Because of that, I got convicted
11  of sexual battery.  Not because they found that
12  I did anything, but because I was not the
13  father they convicted me of sexual battery.
14  EXAMINATION BY MR. WALKER:
15     Q.  And did you serve time as a result?
16     A.  Seven and a half years.  He never
17  showed up in court.  They never even called
18  him.  He was -- he was a -- he went to the
19  military and I wanted to open a restaurant.  I
20  never had a conviction before then.  But
21  because he served his country they let him walk
22  and they hung me.
23     Q.  And that was Germane Moon?
24     A.  Yeah.  Only reason why I didn't get
25  life is because she wouldn't testify against me

**16**

1  because she said that I was in the house with
2  her.  But because he did -- had the papers
3  filed and everything else, they threatened to
4  take her children if she turned around and
5  testified on my behalf.  So the State of
6  Louisiana hung me with that.
7      Q.  She being the mother?
8      A.  Uh-huh.
9      Q.  Is that your only conviction?
10     A.  Theft of over five hundred dollars.
11     Q.  And did you serve any time as a result
12  of that theft?
13     A.  They ran it concurrent to my regular
14  charge.
15     Q.  Any others?
16     A.  No.
17     Q.  Is your birthday 9/23/59?
18     A.  Yes, sir, it is.
19     Q.  And your social is 438--15-1421?
20     A.  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.
21     Q.  Do you have a driver's license?
22     A.  Suspended.
23     Q.  Why is it suspended?
24     A.  I owe Gretna for traffic tickets.
25     Q.  Has that ever been suspended before?

**17**

1      MR. GILBERT:
2          Object.
3          You can answer.
4      A.  I believe so.  In New Orleans.
5  EXAMINATION BY MR. WALKER:
6      Q.  And why was it suspended?
7      MR. GILBERT:
8          Continuing objection.
9      A.  I'm not certain of that.  I don't
10  remember that one in New Orleans.
11  EXAMINATION BY MR. WALKER:
12     Q.  Okay.
13     A.  I know I had to get it reinstated.
14     Q.  Do you owe child support?
15     A.  Yes, sir.
16     Q.  And is there any kind of action or
17  lawsuit or anything against you for unpaid
18  child support?
19     MR. GILBERT:
20          Objection.  Vagueness.
21     A.  They are taking my unemployment,
22  federal income tax and state tax.
23  EXAMINATION BY MR. WALKER:
24     Q.  The child support services?
25     A.  Yes.

5 (Pages 14 to 17)

18

1   Q.   So you're getting those amounts
2   deducted or taken from you toward your child
3   support payments?
4   A.   Yeah.
5   Q.   Okay.  And to whom do you owe child
6   support?
7   A.   Charlene.  Well, actually, it's like I
8   owe the state, because all my children is over
9   the age of 20.  So the state is still charging
10  me for way back then.
11  Q.   Okay.  So this is child support when
12  the children were minors --
13  A.   Yeah.
14  Q.   -- that you're having to pay back to
15  Charlene.
16  A.   Yeah.
17  Q.   Okay.
18      MR. GILBERT:
19          Let me just object on the grounds
20          of foundation, also.
21  EXAMINATION BY MR. WALKER:
22  Q.   Your conviction was for sexual
23  battery, you said?
24  A.   Yes.
25  Q.   Was the charge aggravated rape?

19

1   A.   In the beginning, yes.
2   Q.   And that was changed and dropped?
3       MR. GILBERT:
4           Object.
5   EXAMINATION BY MR. WALKER:
6   Q.   And the charge was then changed to
7   sexual battery?
8       MR. GILBERT:
9           Object.  Derek, you know you can
10          only examine him about convictions.
11  A.   Yes.
12  EXAMINATION BY MR. WALKER:
13  Q.   This is a very grainy, bad picture,
14  but I'm showing you a blowup of what appears to
15  be a driver's license.  Do you recognize that
16  as your driver's license?
17  A.   Yeah.
18  Q.   Okay.  Let's mark that as Exhibit 1 to
19  this deposition.
20      That's the one that's currently
21  suspended?
22      (Exhibit 1 was marked for
23  identification and is attached hereto.)
24  A.   Yes.
25  EXAMINATION BY MR. WALKER:

20

1   Q.   Is the information on that license
2   correct?
3   A.   Yes.
4   Q.   All right.  Let's put this sticker on
5   there.
6       Is that your signature above the
7   photograph?
8   A.   Yes, it is.
9   Q.   I'm going to show you a document
10  that's actually two documents that we'll talk
11  about later.  These are called SF-95.  And
12  they're forms that a lot of people in the city
13  of New Orleans filed against the Corps of
14  Engineers down on Tchoupitoulas.
15      (Brief interruption.)
16  EXAMINATION BY MR. WALKER:
17  Q.   I was showing you these documents,
18  SF-95s.  You recalled about this --
19  A.   About the barge?  You mentioned the
20  barge.
21  Q.   No, I mentioned the Corps of
22  Engineers.
23  A.   Yeah.  Corps of Engineers, yeah.
24  Q.   I wanted to show you one of them.  Is
25  that your signature down at the bottom?

21

1       (Exhibit 2 was marked for
2   identification and is attached hereto.)
3   A.   Yes, it is.
4   EXAMINATION BY MR. WALKER:
5   Q.   Okay.  And is that your signature on
6   this one?
7   A.   Yes.
8   Q.   Okay.  All three are your signatures;
9   on the driver's license, Exhibit 1, and on
10  these two separate SF-95 forms?
11  A.   Number one, I'm saying that's my
12  signature.  Diane Berryhill signed that
13  application for me.
14  Q.   Okay.  That's why I'm asking about the
15  signatures, because clearly the handwritings
16  are deponent.
17  A.   Yeah.  They going the be looking
18  different because --
19  Q.   So this one that we will mark as
20  Exhibit 2, although that's your name that's not
21  your signature.
22  A.   You're asking any did I sign them?
23  No.  Because I don't read the application
24  without my eyeglasses, and I lost them.  So as
25  she was reading them I told her go ahead on and

22

1   sign my name.  That's all.
2        Q.  All right.  And how that one that you
3   have in front of you now that we've marked as
4   Exhibit 3?  It's the same form, but a
5   different -- it was filled out by someone else.
6            (Exhibit 3 was marked for
7        identification and is attached hereto.)
8        A.  Uh-huh.
9   EXAMINATION BY MR. WALKER:
10       Q.  And I'm asking you if that signature
11  which is much bigger is actually your
12  penmanship.
13       A.  Is it not my penmanship.
14       Q.  Okay.  So somebody else signed this
15  one for you.
16       A.  That's my daughter.  Thomekia.
17       Q.  We will mark that one as Exhibit 3.
18  So the only one that's your signature --
19       A.  That's my original signature.
20       Q.  -- is on your driver's license.
21       A.  Yeah.
22       Q.  All right.  Was there a warrant for
23  your arrest for failing to register as a sex
24  offender?
25            MR. GILBERT:

23

1            Object.
2        A.  There was.
3   EXAMINATION BY MR. WALKER:
4        Q.  And what was the result of that?
5        A.  They let it go because that had
6   happened after I come back from Katrina, and I
7   couldn't find no place in New Orleans where I
8   was supposed to go at because they had a paper
9   on the wall saying one place, I go there and
10  the building was never opened.  I was living in
11  Gretna.  So the warrant hit, they picked me up.
12  When I got out of court on bond -- well, when I
13  got out of jail on bond, I went straight and I
14  registered and went to the office and they just
15  threw it out of court.
16       Q.  So are you actually registered today?
17       A.  Yes.
18       Q.  All right.  Let's talk about why we're
19  really here.  Hurricane Katrina.
20            You did not evacuate.
21       A.  No.  Couldn't.
22       Q.  Did you work on Saturday?
23       A.  At Pacorini, we worked seven days a
24  week.  When a barge came, you had to work until
25  the barge was finished if they put your name on

24

1   it.  So you worked seven days a week, twelve
2   hours a day.
3        Q.  At Alabo Street?
4        A.  Yes, First Alabo Street.
5        Q.  Okay.  And you loaded and unloaded
6   barges?
7        A.  It was either -- mostly we unloaded
8   ships and loaded barges.  Rarely we loaded
9   them, you know.  We always unloaded them.
10       Q.  So ships would come alongside and
11  they'd have a midstream facility --
12       A.  Not midstream, but right off the dock.
13  They'd pull it up to the dock and we'd unload
14  the dock, or some cargo might be going to
15  another area so we will load from the ship to a
16  barge to go to that area.
17       Q.  Okay.  And you participated in the
18  loading under the longshoreman, forklift
19  operator or some other kind of labor?
20       A.  Yes.
21       Q.  Were you a member of the union?
22       A.  No.
23       Q.  Are any of the Pacorini --
24       A.  Not at that time.
25       Q.  All right.  So on Saturday you were

25

1   working.
2        A.  Yes.
3        Q.  How about on Sunday?
4        A.  Yes.
5        Q.  Okay.  And can we agree that the
6   hurricane came through on Monday, the 29th of
7   August, 2005?
8        A.  Yeah.
9        Q.  Okay.  So you worked all day Saturday
10  until what time?
11       A.  Until -- now that Saturday we worked
12  all day, but that Sunday everybody was -- they
13  shut the shipyard down because of the tides.
14  You can't work with the ships moving like they
15  moving.  Even tied up, the ships had to be
16  moved out.  So all we did was untied a lot of
17  ships Saturday and let them pull off the docks,
18  stop from tearing the docks up.
19       Q.  So there weren't cargo operations
20  going on on Sunday.
21       A.  No.
22       Q.  You helped in releasing the lines for
23  the ships to --
24       A.  That's basically all everybody did was
25  released and tie things down.

26

MR. GILBERT:
    I'm sorry. Did you say that's
what you did on Saturday or Sunday?
THE WITNESS:
    Sunday.
MR. GILBERT:
    Untying?
THE WITNESS:
    Untie the barge so the ships
could leave.
EXAMINATION BY MR. WALKER:
    Q. Were you untying barges, ships or
both?
    A. I'm not exactly -- sir, they sent us
to do several different jobs. If you finish
one, they send you somewhere else. So telling
you specifically which one I did, I can't do
that, you know, because it's too many different
things they make you go and do if you're out
there working.
    Q. And the Alabo Street wharf is on the
Mississippi River, correct?
    A. Yes.
    Q. What time did you knock off on Sunday?
    A. I don't remember.

27

    Q. Okay. Was it before or after lunch?
    A. I think we was all home, so it had to
be before.
    Q. Before lunch. Okay. And after you
finished there, you went home?
    A. Home.
    Q. Okay. Tell me where home was.
    A. 1840 Prieur.
    Q. And that's in the Lower Ninth Ward.
    A. Lower Ninth Ward.
    Q. Who owned the house?
    A. The Berryhill family owned the house.
    Q. Did you own any property in the Ninth
Ward?
    A. No.
    Q. Did you have any personal possessions
in that house?
    A. Yes.
    Q. Okay. Such as what? And just give me
the main, most expensive biggest items.
    A. Well, I did like a mechanic shop on
the bottom apartment, one of them. There used
to be a grocery store, the city wouldn't let
them reopen so I used it as a mechanic's shop
doing repair work on cars other there.

28

    Q. That was before Katrina.
    A. Yeah, before Katrina.
    Q. So you had sort of a side job.
    A. Yeah. Fixing, doing starters,
alternators and stuff like that.
    Q. Okay. And what else did you have in
that house that you owned, that belonged to you
personally?
    A. I don't remember. I don't remember
all that. Because it's like everything we
bought we bought together, and I didn't
consider anything in that house that was just
definitely mine.
    Q. Okay. So that was yours and Diane's.
    A. Yeah.
    Q. Okay. How long had you been living
with Diane? Bad question.
        When did you start your relationship
with her and living together?
    A. My relationship with Diane started
when I was married. We've been together for
over twenty-eight years.
    Q. Twenty-eight?
    A. Yeah.
    Q. How long have you lived -- or had you

29

lived at 1840 Prieur?
    A. Um -- roughly about five years.
    Q. Is that when you came out of jail?
    A. I went to jail from Prieur Street.
    Q. Okay. When did you come out of jail,
what year?
    A. I completed my tour -- my, um -- I'm
trying to think exactly how -- two or three
weeks before Katrina I come back home.
    Q. Out of jail.
    A. Yeah.
    Q. And you went to 1840 Prieur.
    A. Yeah.
    Q. Before -- and you served seven years
or so.
    A. Uh-huh. It wasn't no continuous seven
years. Okay? There's probation, then -- it
was like they put me on probation, and I went
and I did a year, I come back home, and I went and
did another year or something, come back home.
So it's not a continuous seven years.
    Q. All right. Okay. In those periods
when you were not incarcerated, you were living
with Diane on Prieur?
    A. Yeah. We had started out -- we

30

1   started at, um -- N. Roman, went to Urquhart,
2   and the last area was Prieur.
3       Q.   Do you remember when you started
4   living on Prieur?
5       A.   Um -- no.  Because she -- we lived on
6   Deslonde, her auntie house, before I went to
7   jail.  And then when I come back she was living
8   on Prieur.
9       Q.   At the time of Katrina --
10      A.   We was on Prieur and Deslonde.
11      Q.   Okay.  But wasn't the address --
12      A.   1840.  1840-1/2.  1838, 1838-1/2.  It
13  was a fourplex.
14      Q.   But Deslonde, not Prieur.
15      A.   Yeah.  It's Deslonde.  On the corner
16  of Deslonde and Prieur.
17      Q.   Right.  So although you told me
18  earlier that it was Prieur, the physical
19  municipal address is actually Deslonde.
20      A.   It was on Deslonde, right.
21      Q.   Right.  Okay.  Have you ever worked on
22  the Industrial Canal?
23      A.   Not on the Industrial, no.
24      Q.   All right.  What did you do Sunday
25  when you came home after the Alabo Street

31

1   wharf?
2       A.   Tried to seal up my house.  The Mayor
3   had said that there was supposed to be
4   transportation for those of us who didn't have
5   transportation to get out.  We couldn't find no
6   transportation.
7       Q.   And was it was your wish and intention
8   to evacuate?  And by that, I mean -- or did you
9   say, no, we're staying, we're going to ride
10  this out?
11      A.   At first I was going to stay.  But we
12  kept looking at the television, and they kept
13  saying that this is a 4, Category 4.  I told
14  her, I said, we lived through Betsy and all, I
15  said, but I don't know if this house could take
16  the rest.  So we walked to the designated area
17  for the bus.  Ain't no bus showed up.  So I
18  walked home.
19      Q.   And where was that designated area?
20      A.   On Claiborne Avenue.  No buses showed
21  up.
22      Q.   Claiborne and what?
23      A.   I don't know about, but we was on
24  Claiborne waiting at the bus stop.
25      Q.   Did you have to cross the bridge?

32

1       A.   No.
2       Q.   Okay.  So it was on the Lower Ninth
3   Ward side.
4       A.   It was on the Lower Ninth Ward side.
5       Q.   And no bus ever showed up.
6       A.   No buses showed up.
7       Q.   What time was that?
8       A.   I'm not exactly certain of that, sir.
9       Q.   Was it light or dark?
10      A.   It was still daytime.
11      Q.   Okay.  And you and Diane?
12      A.   Me and Diane, her sister Carol and
13  her -- Carol old man Charles, we stayed.
14      Q.   And y'all had walked together?
15      A.   No.  No, we all didn't walking
16  together.  Carol got a heart murmur.  Charles
17  had a car in front the door that he was trying
18  to get running.  He had a Blazer.  If he could
19  have got that running we'd have been all right.
20      Q.   Charles is C.J.?
21      A.   No.  Charles is not C.J.  C.J. is from
22  my children.  I just said Diane, her sister
23  Carol and Carol old man Charles.
24      Q.   Okay.  Got it.  Okay.  So he had the
25  only car.

33

1       A.   Yeah.
2       Q.   But it didn't start.
3       A.   A Blazer.
4       Q.   And it didn't --
5       A.   It didn't run like he wanted it to, so
6   he was skeptical about taking it.
7       Q.   You do not own a car.
8       A.   No.
9       Q.   How did you get to and from work?
10      A.   From Prieur Street to First Alabo, you
11  can ride a bike there in twelve minutes.
12      Q.   Okay.  When you went to the bus stop,
13  were there other --
14      A.   People there?
15      Q.   Yeah.
16      A.   Yeah.
17      Q.   Okay.  Anybody you remember?
18      A.   Anybody that I know?  No, everybody
19  was trying to talk about getting out or where
20  they was going to go.
21      Q.   Okay.  So you walked back home?
22      A.   We went back home.
23      Q.   When you got home, was it light or
24  dark?
25      A.   It was still daylight.  I closed the

34

1  windows up as best as I could with what I had,
2  I turned around and boiled some eggs, I took
3  the rope off my ladder, I took the life jacket,
4  I put it all in the front room.  And I told
5  her, I said, the best thing we can do is if the
6  storm come up too high we can get in the attic.
7  And I put my life jacket around her and told
8  her to lay down.  And she was sleeping.  She
9  had already had hip surgery on both her hips.
10  So that walk had her hurting.
11     Q.  Diane you mean?
12     A.  Yeah.
13     Q.  How old is Diane?
14     A.  Fifty-two years old.  She done had hip
15  surgery on both of her hips and knee surgery,
16  so she's walking around with two plastic hips
17  and one plastic knee.  And then I put her in
18  the tree for Katrina.
19        (Off the record.)
20     A.  When that hurricane hit --
21  EXAMINATION BY MR. WALKER:
22     Q.  Now, before you get there, Mike, when
23  you got back to the house, you boarded it up,
24  you did what you told me about the ladder.  Did
25  you do any other preparations?

35

1     A.  No.  Everything else, after boiling
2  the eggs and stuff, we put it in a little
3  cooler and turn around and just let it sit in
4  the front room.
5     Q.  Had you bought any additional food
6  supplies?
7     A.  My first paycheck was supposed to be
8  the week Katrina hit.  I never got paid.
9     Q.  And you were expecting to leave
10  anyway.
11     A.  Yep.  The thing about that, we only --
12  between the two of us we had $23, and where
13  were we going?  She gets a once-a-month income,
14  and this was already coming to the end of a
15  month, starting a new month.  So all my bills
16  were paid.
17     Q.  Okay.  Who else was in the house with
18  you two, anybody?
19     A.  Me and just her.
20     Q.  How about -- I think you said it was a
21  fourplex?
22     A.  It was a fourplex.
23     Q.  Anybody in the fourplex?
24     A.  Her sister lived downstairs underneath
25  us.

36

1     Q.  And did she stay, too?
2     A.  She stayed with us.
3     Q.  Anybody else with her?  Charles?
4     A.  Charles.
5     Q.  And Charles and Diane stayed?
6     A.  No.  Charles and Carol.
7     Q.  Not Diane.
8     A.  Me and Diane.
9     Q.  Carol and Diane are sisters.
10     A.  Yes.
11     Q.  Carol and Charles stayed downstairs?
12     A.  They stayed.
13     Q.  And you two upstairs.
14     A.  Yes.
15     Q.  Anybody else in the fourplex that did
16  not evacuate?
17     A.  No.
18     Q.  Okay.  You said that you -- after you
19  came back and made your preparations you got a
20  life jacket.  Did you put that in the attic or
21  on your person?
22     A.  On my person.  It was in the front
23  room.  I told her when the hurricane comes I'm
24  going put it around her.
25     Q.  Okay.  So you didn't actually walk

37

1  around the house wearing it, you had it ready.
2     A.  I had it ready.
3     Q.  Okay.  What were you thinking?  What
4  were you expecting?  Why did you take these
5  life jackets out?
6     A.  Because of living in this house, it
7  had already lived through Betsy and all the
8  rest.  It never went through a Category 4
9  hurricane, and I didn't think it would stand
10  it.  And I told my lady, I said, I don't think
11  this house is going to do it.  But there's no
12  place else we can go.
13     Q.  Were you concerned about the winds; is
14  that what you're talking about?
15     A.  I was concerned about the winds.
16  That's why I boarded up and closed up as much
17  as I could.
18     Q.  Did you have any concern about water?
19     A.  No.
20     Q.  Okay.  Were you living in the Ninth
21  Ward during Betsy and were you old enough to
22  remember it?
23     A.  I was living in the Ninth Ward but not
24  on that side.
25     Q.  Okay.

38

1    A.   And I remember swimming with the
2    Lampills and with my big mama my mama.  Yes, I
3    remember Betsy.
4    Q.   So you remember the flooding in Betsy.
5    A.   Yes, I do.
6    Q.   And at the time you were living --
7    A.   On Haydel Street.
8    Q.   -- on Haydel.
9        But flooding was not a particular
10   concern of yours at this time?
11   A.   No.  Especially living upstairs.  It
12   wasn't my certain.
13   Q.   All right.  In the time that you lived
14   in the Lower Ninth Ward in the area of Deslonde
15   and N. Roman and Urquhart, did you ever see the
16   neighborhood flood?
17   A.   No.
18   Q.   How about during the May floods and
19   those heavy rains, did you ever see more than a
20   foot or two or water in the neighborhood?
21   A.   No.
22   Q.   Did you ever see water come over the
23   levee?  And I'm talking before Katrina.
24   A.   No.
25   Q.   In your life there.

39

1    A.   No.
2    Q.   Did you ever see any seepage of water?
3    A.   No.
4    Q.   All right.  Let's get a couple of
5    exhibits here that you can use if you want to
6    as we go through your testimony.  We're going
7    to mark a Google map here as Exhibit 4.  And
8    you'll see at the top it says 1838 Deslonde.
9        (Exhibit 4 was marked for
10   identification and is attached hereto.)
11   A.   Uh-huh.
12   EXAMINATION BY MR. WALKER:
13   Q.   Was that your address?
14   A.   1840.  Next door.
15   Q.   Okay.  1838 was --
16   A.   That's Carol.
17   Q.   Okay.  That was the fourplex
18   downstairs.
19   A.   Yeah.
20   Q.   Okay.  But we can say it's the same
21   building; right?
22   A.   Yeah, it is.
23   Q.   All right.  So this Google map shows
24   where 1838-1840 Deslonde is located with this b
25   balloon.  Would you agree that that's an

40

    accurate location of the GPS?
1    A.   Jourdan Avenue?  Yes, it is.
2    Q.   Okay.  So it's almost in the middle of
    the block between N. Roman and N. Prieur.
3    A.   Yes.
4    Q.   And one block from Jourdan Avenue.
5    A.   One block from Jourdan Avenue.
6    Q.   And three blocks from N. Claiborne.
7    A.   Yes.
8    Q.   All right.  If we walked out of the
    front door of 1840 Deslonde, would we be facing
    the Industrial Canal or Chalmette?
9    A.   Tennessee Street.
10   Q.   Tennessee Street.
11   A.   You'd be facing Tennessee.
12   Q.   So your back yard would face --
13   A.   Jourdan Avenue and the Industrial
    Canal.
14   Q.   Okay.  Now, behind your backyard I
    assume you had a house --
15   A.   Yes.
16   Q.   Let's me finish so that he can --
17   A.   I'm sorry.
18   Q.   That's okay.  You had a house that
    actually faced Jourdan Avenue?

41

    A.   On the next street over, yes.
1    Q.   So if I went out your backyard and
    looked towards the Industrial Canal, I'd
    actually see the back of a house on Jourdan
    Avenue.
2    A.   If you were on the ground --
3    Q.   That's what I'm talking about.
4    A.   But if you were in the upstairs
    apartment and you walked to that back door
    you'll be looking at the levee and the roofs of
    the other houses.
5    Q.   Because you could have seen over the
    houses on Jourdan Avenue.
6    A.   Yes.
7    Q.   Okay.  So the house behind you on
    Jourdan was a one-story?
8    A.   One-story.
9    Q.   Okay.  But if you were sitting on the
    ground --
10   A.   All you see is houses.
11   Q.   Back of the houses, right.
12   A.   Yes.
13   Q.   Okay.  If we went out of the front
    door and were facing Tennessee Street, who
    would be the neighbor or who was the neighbor

**42**

1  on your left towards N. Prieur?
2      A.   On my left?  If I walked out that door
3  on my left, across the street on this side was
4  Miss Sylvia.  Directly in front of me was
5  Mr. Lloyd.  On this side of me was Mr. Green,
6  and Miss Pinkston was next door to me.  And I
7  watched all four houses float past me.
8      Q.   Okay.  Let's take it slowly because
9  the record can't show where you're pointing.
10  So again, if you and I had walked out of your
11  front door, the neighbor to your left was?
12      A.   Ms. Sylvia.
13      Q.   Okay.  And who was next to her?
14      A.   No.  Ms. Sylvia -- coming back towards
15  my front door was Mr. Lloyd.
16      Q.   All right.  Hold on.  So next to you
17  was Ms. Sylvia.
18      A.   On my side the street?
19      Q.   Right.
20      A.   It was Miss Pinkston.
21      Q.   And next to her on your side of the
22  street?
23      A.   Now, I don't know the guy that lived
24  across the street from her.  But Miss Pinkston
25  was the last house on the corner of Prieur.

**43**

1      Q.   So you were one house from the corner?
2      A.   I'm one house off the corner.
3      Q.   Miss Pinkston is on the corner and
4  then your house?
5      A.   Yes.
6      Q.   Now, let's go in the other direction,
7  still on your side of the street.
8      A.   The next one over was Mr. Green.
9      Q.   Is that Robert Green?
10      A.   I'm not exactly certain of his first
11  name.  I've always known him by Mr. Green.
12      Q.   There are several of them?
13      A.   In the family, yes.  It's a family
14  house there.
15      Q.   Okay.  And next to the Greens?
16      A.   I don't know the neighbors over there.
17      Q.   Now, how about directly across the
18  street from you?
19      A.   Directly across the street from me was
20  a bus driver by the name of Mr. Lloyd.
21      Q.   Lord?
22      A.   Yeah, Lloyd.  L-O-Y -- I think it's
23  L-O-Y-D or something like that.
24      Q.   Lloyd?  Okay.  And you said
25  Ms. Sylvia?

**44**

        A.   Ms. Sylvia was on the corner next to
him.
        Q.   Across the street from you.
        A.   Yeah.
        Q.   And what's her last name?
        A.   I don't know her last name.
        Q.   Okay.  Now, how about behind you, your
neighbors on Jourdan?
        A.   I don't know them.
        Q.   Okay.  Did you know any of the people
on Jourdan?
        A.   No.
        Q.   Do you know a fellow called Arthur
Murph?
        A.   No.
        Q.   Before coming here today, Mr. Bickham,
did you meet with Mr. Gilbert?
        A.   No.
        Q.   Have you ever met Mr. Gilbert before
today?
        A.   No.
        Q.   Did you meet with any attorneys to
talk about this deposition?
        A.   No, sir.
        Q.   Have you ever met with any attorneys

**45**

to discuss the barge case or the Corps of
Engineers case or the flooding or anything like
that?
        A.   No.
        Q.   Are you represented in any lawsuit
against anybody resulting from Katrina?
        A.   No, not that I know of.
        Q.   Okay.  You haven't signed any
papers --
        A.   No.
        Q.   -- with any attorney firms saying you
have my case, go, you know, sue whoever you
want?
        A.   No, sir.
        Q.   I'm going to show you another exhibit
that we'll mark as Number 5.  It's also one of
these Google services, and you'll see again it
says 1838 Deslonde.  And it's got an orange
house looking thing.
            (Exhibit 5 was marked for
identification and is attached hereto.)
        A.   Yeah.
EXAMINATION BY MR. WALKER:
        Q.   This is a post-Katrina photograph.  Is
that pretty close to the location of the

12  (Pages 42 to 45)

**46**

1    address between N. Prieur and N. Roman?
2       A.   Yes, it is.
3       Q.   Okay.  And we see Jourdan Avenue and
4    the levee here, right?
5       A.   This is Jourdan Avenue here, Miss
6    Pinkston house is here, my house was here,
7    Mr. Green, Ms. Sylvia, Mr. Lloyd.
8       Q.   All right.  Let's go through it
9    slowly. I see this vegetation, these green
10   things here, trees or something, that's where
11   your house was?
12      A.   That's where it was.
13      Q.   So if I put an X in front here, that's
14   fair?
15      A.   That's where it was.
16      MR. GILBERT:
17          Well, let's --
18          Wait.  Just hang on, because I
19      have an objection.  Vegetation or
20      trees or something.  I'm just going to
21      object to --
22      MR. WALKER:
23          It's -- just for demonstrative
24      purposes there's a green blob.
25      MR. GILBERT:

**47**

1          I understand.  Let's call it a
2      green blob then.
3      MR. WALKER:
4          All right.
5    EXAMINATION BY MR. WALKER:
6       Q.   And Miss Pinkston was here, you said?
7       A.   Yes.
8       Q.   Would it be this --
9       A.   This area here, this corner lot here,
10   was Miss Pinkston.
11      Q.   All right.  We'll put a circle --
12   would that be fair, in here somewhere?
13      A.   Yeah.
14          (Brief interruption.)
15   EXAMINATION BY MR. WALKER:
16      Q.   In here, right?
17      A.   Right.
18      Q.   All right.  So the circle is Miss
19   Pinkston.  And then Mr. Green, you said, over
20   here?
21      A.   Right.
22      Q.   This white thing?
23      A.   No.  It was right here.
24      Q.   That's his house?
25      A.   Is this the whole block?

**48**

1       Q.   Yeah.  This is the whole block right
2    here.
3       A.   Okay, this would be Ms. Sylvia.  This
4    area here is me.  You got another house here
5    that was Mr. Green.
6       Q.   Okay.  So we'll do an arrow for the
7    Greens.  Okay?  So you're the X, Pinkston is
8    the circle and the arrow is the Greens.
9       A.   All right.
10      Q.   And did you say there was something in
11   the corner?  You don't remember that one?
12      A.   I don't remember the people that lived
13   in the house.
14      Q.   And Mr. Lloyd was directly across from
15   you?
16      A.   Mr. Lloyd house was across the street,
17   Ms. Sylvia house was on corner of Prieur,
18   and -- on the corner of Deslonde and Prieur.
19      Q.   Okay.
20      A.   Okay.  Mr. Lloyd house was right next
21   door to it.  See, this -- your photograph --
22   I'm saying what I'm saying, but your photograph
23   is not actually showing where each house lot is
24   at.  So actually, in this block here, there's
25   like about seven or eight different houses.

**49**

1       Q.   Right.
2       A.   But the way I'm doing it is basically
3    telling you an area, that I come out my front
4    door to my left, exactly on side of me was Miss
5    Pinkston.  That next piece of property was 1840
6    Deslonde.  Okay?  And then the next piece of
7    property was Mr. Green.  And if it was all
8    sectioned off I would be able to tell you
9    exactly where each house was at.
10      Q.   All right.  Between you and Mr. Green
11   there was nothing; in other words, the house
12   next to you was Mr. Green.
13      A.   Yeah.
14      Q.   Okay.  And the other house next to you
15   on the other side was Ms. Pinkston.
16      A.   Miss Pinkston.
17      Q.   All right.  So regardless of how we
18   marked it on Exhibit 5 --
19      A.   They're all gone.
20      Q.   -- the houses were three in a row.
21      A.   Yeah.
22      Q.   Okay. All right.  Sunday.  Let's go
23   back to Sunday.  You made your preparations,
24   put the life vest I think you said in the
25   living room?

50

1    A.   Yeah.
2    Q.   Was the house one bedroom, two
3 bedroom?
4    A.   I was two bedrooms.
5    Q.   Two bedrooms, two baths?
6    A.   One bath.
7    Q.   One bath.  Living room, kitchen?
8    A.   Living room, kitchen, yeah.
9    Q.   Okay.  Eight foot ceilings?
10    A.   Eight foot ceilings.
11    Q.   And eight foot ceilings downstairs,
12 too?
13    A.   Eight foot ceilings throughout the
14 whole house.
15    Q.   And did you have an attic?
16    A.   Yes.
17    Q.   Was it a pull-down type?
18    A.   No.  It had the, um -- slide door.
19 Put a ladder or something there and push the
20 door open to the attic.
21    Q.   Did you make any preparations to put
22 the ladder in the attic?
23    A.   I put -- I put the ladder at the back
24 door and locked it.  But the water came in so
25 fast, the only thing I could put in that

51

1 hallway was a trunk that carried my clothes in
2 and we climbed up in the attic from the trunk.
3    Q.   All right.
4    A.   And it came in so fast.
5    Q.   We'll get to that.  That's much later.
6 Right now I just want to talk about your
7 preparations so I can keep a chronology.
8         Describe the house for me in terms of
9 construction type.  Was it wood or brick?
10    A.   It was stucco on the outside, wood on
11 the inside.  Like a concrete, but it wasn't
12 solid concrete.
13    Q.   Was it raised or on a slab?
14    A.   It was on a slab.
15    Q.   So how many steps from the ground to
16 the front door of Carol 's house?
17    A.   None.
18    Q.   So it was directly --
19    A.   Level with the ground.  Went straight
20 up in.  Open the front door and step in.
21    Q.   Okay.  And you said stucco with wood
22 frame.
23    A.   Yes, sir.
24    Q.   Okay.  All right.  Did you go to sleep
25 on Sunday?

52

1    A.   No.  She did.  Diane did.
2    Q.   What were you doing Sunday evening?
3    A.   Watching.
4    Q.   TV?
5    A.   No, watching the weather.
6    Q.   Okay.
7    A.   Kept going in and out of the door
8 watching the weather.
9    Q.   All right.  And you never went to
10 sleep?  Or did you try and go to sleep?
11    A.   Couldn't sleep.
12    Q.   Why?
13    A.   I have a statement that I used to tell
14 Diane, that I am her body guard, and as long as
15 that hurricane was out there as a threat I
16 wasn't sleeping.  Neither one of us could be
17 caught off guard.
18    Q.   Okay.  Tell me what happened as the
19 night progressed.  Let's go Sunday, take it to
20 midnight.  Anything in particular, anything
21 remarkable up to midnight?
22    A.   We were -- me and Charles was joking
23 about the high winds.  I met him downstairs and
24 I turned around and we walked from Prieur and
25 Deslonde to N. Johnson.  The water had already

53

1 started to rise on the canal.  We was joking
2 about how it was popping on the wall.  We would
3 see it coming over, but the wall was containing
4 it from the winds.
5    Q.   Okay.  Let me stop you there.  So you
6 and Charles walk to the levee.
7    A.   No.  We walked from Prieur -- from
8 Deslonde and Prieur to Johnson and Deslonde.
9 N. Johnson.
10    Q.   All right.
11    A.   Same street, one block down.
12 N. Johnson is a dead end coming from Tennessee,
13 but you can reach it from Jourdan Avenue.  My
14 daughter owned her house one block away, and we
15 was walking down there.  My stepdaughter
16 Thomekia.  This area --
17    Q.   Oh, I see it.  This is N. Johnson
18 here.  I'm sorry.  So you walked down Deslonde
19 to N. Johnson?
20    A.   Toward N. Johnson.
21    Q.   Right.
22    A.   And when you get here, you can see the
23 wall of Jourdan Avenue.
24    Q.   When you got to the corner of Prieur
25 and Deslonde?

54

1    A.  And you can see the wall.  The wall
2  was up on the levee.  And we're sitting there
3  watching as the wind blew the water against the
4  wall.  And very little water was coming over
5  that wall.
6    Q.  Got you.  Okay.  Did you ever get any
7  closer to the levee than the corner of Deslonde
8  and N. Prieur?
9    A.  No.
10   Q.  Okay.  So if I put an arrow going down
11 N. Prieur, that's where you were, where you
12 looked towards the levee and saw what you
13 described.
14   A.  Yeah.
15   Q.  Okay.  So let's put an arrow.  And
16 that's where you and Charles looked down and
17 saw that.
18   A.  Yes.
19   Q.  Okay.  Around what time was that?  And
20 I realize you don't -- you're not waring a
21 watch or anything like that.
22   A.  I can't.  And they had already turned
23 the power and all off, so I really couldn't
24 tell you.  The power and gas was already turned
25 off.

55

1    Q.  So when you and Charles took this
2  walk, there was no power.
3    A.  No power.  No street lights, no
4  nothing in the hood.  It was just us being a
5  fool, because we were joking, decided to walk
6  and see if anybody was still walking around.
7    Q.  So it was probably well after midnight
8  on Sunday.
9    A.  Yeah.  Yeah.  After midnight.
10   Q.  So it was already Monday at some point
11 before daybreak.
12   A.  Yeah.
13   Q.  Okay.  Was there any water in the
14 street when you and Charles were walking?
15   A.  No, sir.  There wasn't.
16   Q.  And do you remember the weather in
17 terms of the wind, the rain?
18   A.  It was raining, but it wasn't -- it
19 was like the rain would like whip you, like it
20 would swing around you, but it wasn't where you
21 would be soaking wet.  You know, by the time we
22 got back to the house, neither one of us was
23 soaking wet.  You know, and I told him I'm
24 going upstairs and check on Diane.  He went in
25 his house and checked on Carol.

56

1    Q.  Okay.  And how was the wind?
2    A.  High.
3    Q.  The rain was moderate but the wind was
4  strong.
5    A.  The wind was strong.
6    Q.  Okay.  And correct me if I'm not
7  saying things correctly.  What I thought you
8  said was as you looked down Prieur toward the
9  levee you saw wind-whipped splashing?
10   A.  The water coming over the levee.  The
11 wind had already got the water where it was
12 high on the levee -- on the Industrial Canal.
13   Q.  Against the wall.
14   A.  But the wind had it where it was
15 moving and you could see the water as it
16 popped.  It wasn't like it was a constant flow
17 of water, but you could see the water as the
18 wind -- as it hit that wall coming up.
19   Q.  All right.  So it was slapping against
20 the wall and you'd see the splash over the
21 wall.
22   A.  Yeah.
23   Q.  But it was not flowing over the wall.
24   A.  No, it wasn't.
25   Q.  Okay.  Did you just go out that one

57

1  time?
2    A.  That one time.
3    Q.  All right.  Did you make to it
4  N. Johnson?
5    A.  No.  We turned around.
6    Q.  Okay.  And you went back to Diane, he
7  went back to Carol.
8    A.  Yes, sir.
9    Q.  But you don't remember the time.  We
10 know the power was already off, no street
11 lights were on.
12   A.  No streetlights.
13   Q.  Okay.  What did you do next?
14   A.  Well, I went upstairs and I went and
15 opened the door and I looked at her, and the
16 horn started to blow.  Mr. Green son didn't
17 take his car.  So when the horn started to
18 blow, we ran over there and I'm looking out the
19 window, and his car is going underwater.  And I
20 told Diane, I said, something is wrong.  She
21 says, what?  I said, the noise.  Something is
22 wrong.  So I opened the back door.
23   Q.  Upstairs.
24   A.  From upstairs.  No longer can I see
25 the water coming over the top of that wall.  I

15  (Pages 54 to 57)

58

1  told her to get dressed.  She said, what was
2  that this I heard?  I said, baby, I thought
3  that was a transformer or something exploding,
4  but it wasn't.  Within eight minutes the guy
5  that lived around the corner from me was asking
6  me could he come up into my apartment because
7  his house is underwater.
8      Q.  All right.  Let me stop you.
9          So you went back after you and Charles
10  went outside, and at some point after that you
11  heard Mr. Green 's car, or one of the Greens'
12  car -- a horn blowing.
13      A.  The horn blowing.
14      Q.  Okay.  How long had you been back in
15  the house since your walk when you heard the
16  horn blowing?
17      A.  Maybe about ten minutes.
18      Q.  Okay.  Before you went out with
19  Charles had you looked from your back porch
20  towards the levee?
21      A.  No.
22      Q.  Okay.  You heard the horn blowing.
23  Where is it that you looked from to see the
24  car?
25      A.  My wife niece used to live next door

59

1  to us in the fourplex.  She had moved and gave
2  us the complete upper apartment.
3      Q.  So you had --
4      A.  Both sides.
5      Q.  40 and 38 or whatever the numbers are.
6      A.  Yeah.  So I walked out of my front
7  door into the next room, and the front room
8  window looked into Mr. Green front yard.  And
9  we was looking down at the car as the car
10  battery went off at the water started to hit
11  it.
12      Q.  You say we.
13      A.  Me -- because the house started to
14  flood, so now it's me, Diane, her sister Carol
15  and Charles.
16      Q.  Okay.  But you're way ahead of me.  I
17  thought you said that when you came back with
18  Charles from your walk, about ten minutes later
19  you heard the horn going.
20      A.  And when we walked back there was no
21  water.  But ten minutes later the neighborhood
22  was flooding fast.
23      Q.  Okay.  When you heard the horn start
24  going, I thought you said you went to see what
25  the noise was, why the horn was blowing.

60

1      A.  Uh-huh.
2      Q.  Right?
3      A.  Yes, sir.
4      Q.  Okay.  And you went next door to your
5  niece's house to see -- to look at the car.
6      A.  Yes, sir.
7      Q.  Okay.  You were by yourself when you
8  did that?
9      A.  Me and Diane was together.
10      Q.  Okay.  So you had gotten her when the
11  horn started blowing and you both went to your
12  niece's house to see why the horn was blowing.
13      A.  Okay.  Let's, um -- let's backtrack.
14  Let me explain.  The first thing, I went and I
15  opened the door to check on her.  There was a
16  noise.  I thought it was a transformer.  I went
17  to the back door and didn't see the water
18  popping up on the wall anymore.
19      Q.  And what did you see?
20      A.  I didn't -- with the lights out, I
21  didn't see anything.  All you could see like
22  from here to that building with the white top.
23  I can see that levee, but I can't see the
24  splash of water coming off that levee anymore.
25      Q.  Could you see the levee?  Could you

61

1  see the wall?
2      A.  I could see the levee wall, but I
3  couldn't see the water coming off of it.  So I
4  told her to get dressed.
5      Q.  Let me stop you.  So you couldn't see
6  the splashing that you and Charles had seen.
7      A.  No.
8      Q.  But you saw the wall standing.
9      A.  The wall was standing.
10      Q.  Okay.
11      A.  Now, from that point, by the time she
12  got up, put on a sweat shirt and started to get
13  dressed, the horn went off.  So now I done
14  walked over from my door, my apartment, there's
15  a little hallway.  Come out my front door to
16  Allison and them front door and walked to the
17  bedroom -- that front room window.  I can look
18  down at Mr. Green driveway.
19      Q.  Right.
20      A.  His grandson left his car there and
21  the water had already hit his battery.
22      Q.  So it had gone up two or three feet.
23      A.  It was coming up real fast.
24      Q.  All right.  Let me stop you.  And the
25  reason you went to look from your back towards

**62**

1 the levee --
2     A.   Because we heard a noise.
3     Q.   -- is because you heard a noise.
4     A.   Yeah.
5     Q.   Right.  And you said that Diane heard
6 the noise, too?
7     A.   It woke her up.
8     Q.   Okay.  Could you had describe that
9 noise.
10     A.   It's -- it sounded like a dragging
11 sound.  The first thing it sound like to me was
12 like somebody was out there like two cars
13 hitting one another, but I knew it wasn't no
14 cars.  It sounded like two cars hitting.  And
15 it sounded so loud until it woke her up, and
16 she's a light sleeper.  But when I opened the
17 door up, she jumped up and asked me what was
18 that?  I told her I don't know.
19     Q.   Okay.  I'm sorry.  I thought you said
20 something about at first you thought it was a
21 transformer.
22     A.   The sound.  Okay?  I thought it was a
23 transformer that was blowing.  So I told her, I
24 don't know, it sounded like a transformer
25 blowing.

**63**

1     Q.   So did it sound like an explosion to
2 you?
3     A.   It was an explosion.  It sounded like
4 an explosion.
5     Q.   Okay.  Was it a single --
6         MR. GILBERT:
7             Let him finish his answer.
8 EXAMINATION BY MR. WALKER:
9     Q.   Was it a single boom that you heard?
10     A.   No.  It came on like -- impact sounded
11 like explosion, but it kept dragging.  You
12 know, like it kept making a noise as though
13 something was dragging.
14     Q.   So you first heard an explosion-like
15 sound that you thought could have been a
16 transformer.
17     A.   Yeah.
18     Q.   Did you hear that explosion sound
19 again?
20     A.   No.
21     Q.   Okay.  You heard the one.  And then
22 after the explosion sound you heard like a
23 dragging sound?
24     A.   Sound like a dragging sound.
25     Q.   Okay.

**64**

1     A.   That's what made her jump up.
2     Q.   And that was a continuous one, or was
3 it interrupted?
4     A.   It didn't -- you heard a dragging
5 sound for like two or three minutes and it just
6 stopped.
7     Q.   Okay.  And the dragging sound was
8 continuous or was it --
9     A.   Yeah.  All you heard was like a --
10 (Indicating.)
11     Q.   And then it stopped?
12     A.   It stopped.
13     Q.   And because of that you went then to
14 the -- after that, then the horn started
15 blowing.
16     A.   The horn started blowing.
17     Q.   You and she went to the front and
18 looked down at the car, and it was --
19     A.   I went in first and she came in after
20 me.  Because the horn went off loud.  That's
21 what made her come in there.  Okay?  I went in
22 there, the horn was going off.  Her sister
23 Carol and Charles came and told us that the
24 water done got in the house, they needed to
25 come upstairs.  So they came up.  I went back

**65**

1 from Allison apartment to my apartment and I
2 grabbed the hammer, the rope and didn't get a
3 chance to get the ladder because when I looked
4 back in the hallway, this water is now three
5 steps from the top of my -- from the stop step.
6 I grabbed my trunk, threw everything else down
7 and grabbed the trunk and put the trunk in the
8 attic -- to move the attic out of the way.
9     Q.   So it was three steps from the second
10 floor of this house.
11     A.   Yeah.
12     Q.   And I'm sorry.  Was this an internal
13 stairway?
14     A.   It's a single stairway going up.
15     Q.   Inside the house?
16     A.   Inside the house.
17     Q.   Not a door or anything?
18     A.   Well, I had the burglar bar door
19 already opened.
20     Q.   Burglar bars inside?
21     A.   Downstairs at the first door.
22     Q.   So you have your own -- you had your
23 own entrance to the house.
24     A.   Yeah.
25     Q.   From downstairs, stairs leading

66

1    straight up.
2        A.   Yes.
3        Q.   That was not stairs from Charles and
4    Carol 's house.
5        A.   No.
6        Q.   So that was your own front entrance
7    that came from down up.
8        A.   Yeah.
9        Q.   You had the burglar bars opened.  Why?
10   From your walk?
11       A.   No.  The burglar bars is opened
12   because if something happened I didn't want to
13   have to fight -- there's no door there, it's
14   just the burglar bars, and I didn't want to
15   fight to have to get and find no keys to open
16   no burglar bars if something happened.  So I
17   left it open.
18       Q.   Sorry.  So then you looked and the
19   water was almost up to three steps --
20       A.   It was like --
21       Q.   -- from your house.  From your floor.
22       A.   From my floor.  And it -- Charles and
23   them told me that the house was getting water
24   in it.  I said, come on up, walked inside,
25   started to grab the rope, the life jacket for

67

1    Diane, and the food.  And Charles say, man,
2    look at this.  And I walked back to the front,
3    and the water come up so fast until the
4    neighbor -- we called him Snake, I really don't
5    know his real name, we called him Snake -- he
6    come up there and he said, bro, can I come in?
7    My house is under.
8        Q.   He came through your front door?
9        A.   He camp up -- he came swimming --
10       Q.   Okay.
11       A.   -- and asked me could he come in.  He
12   said his house is flooded.
13       Q.   So when you looked -- if we go back to
14   the point where you saw the water three steps
15   from your floor, that means the water was some
16   six to seven feet?
17       A.   Six to seven feet high.
18       Q.   Because that's how high the ceiling
19   was in Carol's house.
20       A.   Well, the ceiling downstairs, yeah.
21       Q.   All right.  And how much time, and I
22   realize this is all estimated, had passed from
23   when you heard the horn to when the water was
24   about three steps from your --
25       A.   Sir, I'm going to put it like this:

68

In about twelve minutes.  I found myself
picking a roof up off of my sister-in-law and
putting my wife in a tree in twelve minutes.
From the point of the noise, twelve minutes
later I'm in a tree.  Thirteen hours later I'm
listening at the coast guards tell me the water
is too strong -- I can't -- we can't come in
there for y'all.  Thirteen hours later, in a
tree, they telling me the water is too strong.
    Q.   I understand.
        MR. GILBERT:
            Let's take five.
            (Brief recess.)
EXAMINATION BY MR. WALKER:
    Q.   All right.  Mr. Bickham, let's get
back on the record here.  I think the last
question I asked you is if you could remember
the gap in time between the time that the car
horn started going and the water came up to
almost three steps from your second floor
residence.  And I think you told me that in a
matter of about twelve minutes --
    A.   Everything was gone.
    Q.   -- everything was gone.  So do you
think it was twelve minutes or so from the time

69

the car horn started going until water reached
your second story?
    A.   I believe it was right about twelve
minutes -- within a twelve-minute period this
whole neighborhood -- or the house that I was
in begin to float.
    Q.   And you say twelve minutes as opposed
to fifteen or twenty.  Why do you say that?
    A.   Because if this would have gave me
fifteen minutes I would have been able to get
in the attic, knock a -- knock a section of the
window out or the ceiling out.  But within that
twelve-minimum period I got everybody in the
attic and the attic buckled.  I grabbed a
hammer, and by the time I put the hammer in my
hand the back wall fell out.
    Q.   And the attic buckled -- well,
let's --
    A.   Like it lifted up off the house
foundation.
    Q.   Let's back up a little bit.
        Did you get everyone in the attic?
    A.   Everybody got up in the attic.  The
last person I pulled in the attic was Charles.
    Q.   So that's you, Diane, Carol and

18  (Pages 66 to 69)

70

1  Charles.
2      A.  And the guy that I told you needed --
3      Q.  Snake?
4      A.  Snake.
5      Q.  So was there five of you up there.
6      A.  Five of us.
7      Q.  In your attic.  Was there water in the
8  attic when you were up there?
9      A.  No.
10     Q.  Okay.  You then said the attic
11 buckled.
12     A.  It buckled.  It's like the house
13 shift.  You felt it under you, but I'm trying
14 to keep Diane comfortable or calm.  I told her
15 she was tripping.  But I'm looking at Charles,
16 and I told him, I said, this roof is moving.
17     Q.  And how long you had been in the attic
18 before it started buckling?
19     A.  We wasn't -- Charles and I never got a
20 chance to sit down.  Everyone else start
21 finding a place, trying to wait it out.  By the
22 time I pulled Charles up we was floating.
23     Q.  And the buckling was because the
24 entire house was moving?
25     A.  Was shifting.

71

1      Q.  Okay.
2      A.  Now, I grabbed the hammer and started
3  beating on the ceiling to knock the ceiling
4  out.  The section of board that I broke loose
5  wouldn't move.  So I broke loose another
6  section as the house started to move, and
7  there's a tree up against this house.
8      Q.  Your house.
9      A.  And there is no trees -- no trees in
10 the area that we lived in.  My front yard
11 didn't have no tree, Miss Pinkston yard didn't
12 have no tree.  But this tree stopped me from
13 pushing that roof open.
14     Q.  Okay.  So the house had apparently
15 shifted and moved sufficiently to lodge against
16 the tree that you didn't recognize.
17     A.  This tree floated up against this
18 house.  That's where -- that's where I said the
19 house buckled.
20     Q.  So you think the tree floated against
21 the house?
22     A.  The tree came to us.
23     Q.  So the house was generally in the same
24 location.
25     A.  Because me and Charles tried to push

72

1  this board out that I loosened.  The back wall
2  where the back steps is just fell out.
3      Q.  So you think this was a tree that had
4  been uprooted?
5      A.  This was a tree that was uprooted
6  going with the current.
7      Q.  Okay.  And it lodged against the
8  house.
9      A.  And it lodged against this house,
10 between Miss Pinkston house and my house.
11     Q.  And do you know which direction this
12 current was going in?
13     A.  No.
14     Q.  Do you know in which direction the
15 house shifted?
16     A.  No.  The only thing I remember is we
17 like bounced up against another tree.
18     Q.  As we sit here today, and I'm not
19 asking you what you were looking at then, but
20 as we sit here today, since you were there for
21 thirteen hours into the daylight hours of
22 Monday --
23     A.  Yeah.
24     Q.  -- did you have a perspective of where
25 you ended up so that could tell us the house

73

1  shifted from here to here?
2      A.  From the perch that I was in this
3  tree, looking straight across me I'm looking at
4  N. Claiborne bridge.
5      Q.  Okay.  Let's look at Exhibit 4 which
6  shows the Google map and the house.  Looking at
7  this map, can you tell me where the house
8  shifted to?  Or was it too difficult because
9  everything was underwater?
10     A.  Everything was underwater.
11     Q.  So you don't know if it shifted
12 towards Tennessee Street?
13     A.  I don't know if it shifted Tennessee
14 Street or to Jourdan Avenue.  What I do know --
15     Q.  I'm sorry, go ahead.
16     A.  What I do know is, I can look and I'm
17 looking directly at the Claiborne bridge.
18     Q.  From?
19     A.  From the tree that we was in.  From
20 this angle, I'm looking directly at the
21 Claiborne bridge.
22     Q.  That's when you were in the tree?
23     A.  Yeah.
24     Q.  So you were no longer in the house at
25 that time.

74

1    A.   The house was gone.
2    Q.   Right.  Now, when you were still in
3 the house, were you closer to Claiborne Avenue?
4    A.   I don't know.
5    Q.   Okay.  And you can't tell if you were
6 closer to Florida Avenue.
7    A.   No.
8    Q.   So you really, as you sit here today
9 thinking back on it, or even as you were there
10 that day, you don't really have an idea of how
11 the house shifted.
12   A.   No, I don't.
13   Q.   Okay.  So at some point the house just
14 kind of collapsed from under y'all, is that
15 right?  Or breaks apart.
16   A.   Well, what happened is when that
17 house -- the roof hit this tree, it lodged
18 against this tree, and I still think by the
19 grace of God, because it held it there.  We
20 broke to the front, and Carol forgot her bag,
21 and when she went back to get her bag the roof
22 collapsed over us.  It was over us.
23   Q.   The roof of 1348?
24   A.   The roof of 1348 and 1840 Deslonde
25 fell backwards.  And it trapped her.  The

75

1 waves -- we lift the house up while Charles
2 pulled her from underneath.  But it stayed
3 lodged against this tree.
4    Q.   Right.
5    A.   I put Diane above my head in this
6 tree.  Carol went in between the fork of the
7 tree.  Mr. Lloyd house came back up and hit us.
8 All I could hold onto was a branch until his
9 house got off my legs.
10   Q.   So this was -- Carol was the highest
11 on the tree?
12   A.   Diane was the highest.
13   Q.   Diane then Carol?
14   A.   Then Carol and Charles.
15   Q.   Then Charles?  How about Snake?
16   A.   He got out in the water and started
17 swimming.  I haven't seen him yet until this
18 day.
19   Q.   So you don't know --
20   A.   I don't know where he's at.
21   Q.   You don't know if he survived.
22   A.   I don't know if he survived.
23   Q.   Do you know him as anything other than
24 Snake?
25   A.   That's all we knew him as around the

76

1 neighborhood.  He cut grass around the
2 neighborhood.  He's like handicapped.  But all
3 I ever known him as is Snake.  I never known
4 his real name.
5    Q.   I know this all happened very quickly.
6 Did y'all have cellphones?
7    A.   None that would work outside the
8 range.  I had one, my old lady had one and
9 Charles had one, but all of us got drenched in
10 water.  The cellphones were dead.
11   Q.   Nobody had time to make a call, 911 or
12 anything like that.
13   A.   Couldn't make no calls.
14   Q.   All right.  I know you were on the
15 tree for some time.  When you were first all
16 clinging to the tree, it was still dark?
17   A.   Yeah.
18   Q.   What was the weather like at that time
19 in terms of --
20   A.   Raining hard.
21   Q.   So the rain had increased.
22   A.   The wind and the rain -- you can hear
23 the howling of the wind, and the rain was
24 stinging you it was coming down so fast.
25   Q.   Did you hear anybody else?  Did you

77

1 see people?  Were you able to see things?
2    A.   There was another guy floating.  He
3 had on a life jacket, but the current was
4 bringing him towards the Industrial Canal.  The
5 same house that had me jammed saved him because
6 the next street over he was able to get on the
7 roof of the next house.
8    Q.   And do you know who that was by any
9 chance?
10   A.   Unh-unh.
11   Q.   But the current was push him from
12 Tennessee?
13   A.   It was circling.
14   Q.   -- toward the Industrial Canal?
15   A.   It was circling from like -- from the
16 Mississippi all the way back.  And that's
17 basically what the houses were doing, they were
18 floating past us in a circle.
19   Q.   One thing I didn't ask you was when
20 you heard this original sound, this boom,
21 explosion, and then the grinding sound, did you
22 have any notion of where it came from?
23   A.   It sounded -- I'm going to tell you
24 exactly what I did.  From the sound of it, it
25 sounded like it was behind my house.  And I

78

1   opened my back door to look out.  I can't see
2   what it is, but all I see is the water not
3   coming over.
4          This barge landed like a half a block
5   from where I lived at when it come over that
6   barge -- come over the wall.  It landed, but I
7   can't see this barge in the dark.
8      Q.  You don't know at that time if it was
9   there or not.
10     A.  I couldn't see it.
11     Q.  Right.
12     A.  With the rain and all, all it look
13  like was darkness.
14     Q.  Right.  So where -- let's go back to
15  where do you think the sound came from?
16     A.  From -- okay.  Say like right now I'm
17  in the front of my house.  This sound came from
18  my back like I'm going to my bathroom.
19     Q.  So from your back yard area.
20     A.  So it's going back towards Jourdan
21  Avenue.
22     Q.  Did it sound like it came from Florida
23  Avenue, St. Claude, Claiborne?
24     A.  No, it came from behind me off of
25  Jourdan.  And the only thing between us then

79

1   was the Industrial Canal, Claiborne Avenue and
2   Florida Avenue.  But behind me is what that
3   sound sounded like it came from behind my
4   house.
5      Q.  I understand.
6      A.  The back of my house.
7      Q.  Did it sound to you like it came from
8   Southern Scrap?
9      A.  I don't know about that, sir.
10     Q.  Did it sound that far away from you?
11     A.  No.  It sounded close to me.
12     Q.  Okay.  And then you went back and you
13  no longer could see the splashing --
14     A.  I couldn't see the splashing --
15     Q.  -- but you could see the wall.
16         All right.  You were hanging on this
17  tree that night of Monday.  How long were you
18  on that tree before daylight?  And again, I
19  know this is all an estimate, but did daylight
20  come in an hour or so?
21     A.  No.  It took a while for daylight to
22  come.  It looked like it took forever for
23  daylight to come.
24     Q.  Okay.
25     A.  You know, it's a funny thing.  Because

80

1   I sit in that tree, and I'm looking up at
2   Diane, and I turned around and I prayed, and my
3   exact prayer was, father, out of all the things
4   that you brought me through, I know you didn't
5   bring me out here to die like this, not like
6   this.
7      Q.  All right.  At some point it got
8   light.  And you were still in the tree?
9      A.  Yeah.
10     Q.  Okay.  And you were facing Claiborne
11  Avenue?
12     A.  I could see Claiborne Avenue.  With
13  all the water I couldn't exactly tell which --
14  I can see the bridge from the tree.
15     Q.  All right.  At that point when it
16  first got light and you looked all around you,
17  the neighborhood was flooded?
18     A.  It was -- there was no neighborhood.
19     Q.  Okay.
20     A.  All you seen is rooftops.
21     Q.  Were houses still floating by and
22  moving and things floating around?
23     A.  Deep freezers, refrigerators, ice
24  boxes -- I watched Mr. Lloyd house, Miss
25  Pinkston house and Ms. Sylvia house just float

81

1   past me.
2      Q.  When did you see that?  After
3   daybreak?
4      A.  And during the daybreak.
5      Q.  Okay.  When did you first see the
6   barge?
7      A.  I didn't see the barge.
8      Q.  Okay.  You saw the barge days later on
9   TV?
10     A.  Days later on TV.
11     Q.  All right.  While you were out there
12  before you got rescued, you never saw the
13  barge.
14     A.  Never seen it.
15     Q.  Diane, Carol or Charles, did they ever
16  see the barge, to your knowledge?
17     A.  Not that I know of.
18     Q.  Okay.  None of you said, hey, take a
19  look at that, what's that over there, while you
20  were in the tree?
21     A.  No.  No.
22     Q.  All right.  Did you first see the
23  barge -- I said it, but did you agree, it was
24  on TV was the first time you saw the barge?
25     A.  Yeah.  First time I seen it.

21 (Pages 78 to 81)

82

1  Q.  Okay.  How were you rescued?
2  A.  Not by the City of New Orleans.  I was
3  rescued by a fire fighter that worked on Galvez
4  Street.  He came in and he got us, sit back and
5  told a couple of other people that he'll be
6  back for them.  By the time he dropped us off
7  on the Claiborne bridge the National Guards and
8  the Coast Guards commandeered his boat and went
9  in another direction.  We watched as this lady
10  right there on Tennessee and Claiborne went
11  into a heart attack.  Her seizure knocked this
12  man two daughters in the water.  He lost his
13  mama, saved one of his daughters.  And the
14  Coast Guard told him just push the dead to the
15  side, we'll be --
16  Q.  And you saw this from the Claiborne
17  Avenue bridge?
18  A.  It was -- wasn't even a block away.
19  All the man had to do was go one block, and
20  they commandeered his boat.  And they left us
21  on the Claiborne bridge for two days.  No
22  water, no food.  We put a dude with a rope
23  bouncing on top a refrigerator.  They got an
24  18-wheeler that we put smoke sausage and hot
25  sausage on his motor trying to eat that because

83

1  they wouldn't deliver us food.  My wife
2  suffered with -- Diane, I call her my wife,
3  we've been together for so long, suffer with
4  Sickle Cell and I couldn't eve get a blanket.
5  The 18-wheeler driver put her in his truck,
6  took off his shirt and put it around her.
7  Today, I still got that brown sweat shirt that
8  he put around her.
9  Q.  Do you know who that man was?
10  A.  I don't even know his name.
11  Q.  Do you want to know his name?  We've
12  got it.
13  MR. GILBERT:
14  That was Joseph Edwards.  That's
15  All Night Shorty's brother.
16  A.  And All Night Shorty was the fire
17  fighter that came back for us.
18  Q.  All right.  You all four was rescued
19  at the same time, they put you in the boat
20  together?
21  A.  Yeah.
22  Q.  So you all fit.  Okay.
23  A.  We all fit in the boat.
24  Q.  Okay.  Let me show you another exhibit
25  that we'll mark as Number 6.  This is a

84

pre-Katrina photograph.  Claiborne Avenue,
right?
(Exhibit 6 was marked for
identification and is attached hereto.)
A.  Right.
EXAMINATION BY MR. WALKER:
Q.  And this first street would be
N. Derbigny?  And then the second street would
be N. Roman, and then this would be Prieur.
And this street here would be Deslonde.
So do you see the house on this
photograph, or is it just off the photograph?
A.  You know what?  I can't see the house.
It can't be missed on it.  We had the only big
double lime green house in the neighborhood.
Q.  All right.  This one, Exhibit 7, goes
a little further.  Same thing; Claiborne
Avenue, then we've got N. Derbigny, Roman,
Prieur.  I think I goes a little further.  Or
is it identical?
A.  It's identical.
Q.  Yeah.  They're identical.  This one is
just little brighter.  Let me use that one.
Let's not mark 7, since they're identical.
We'll stay with 6.

85

But you would agree that this is
Derbigny and this is Roman, that your house
should be right -- look, is this it, that lime
green just peaking out there?
A.  I'm trying to see.  This is the
Claiborne bridge.
Q.  Right.  And here's Deslonde.  First
block the N. Derbigny.  And here's Roman which
stops right there, right?
A.  Okay.
Q.  And so your house should be --
A.  Around in this corner up in here.  If
this is Roman right here, and the next block,
you see, it's cut off.
Q.  And this is Prieur.  So you're right
here, right?
A.  Right up in this area.
Q.  Okay.
A.  In that area.
Q.  Somewhere here where I put this X,
just off the photograph.
A.  Yeah.
Q.  Okay.  This tree that you're talking
about, do you have any idea where --
A.  I don't know where it came from.

22  (Pages 82 to 85)

86

1    Q.   But, do you remember if you were
2  closer to Claiborne Avenue?  When you were up
3  there hugging that tree, had you moved towards
4  Claiborne?
5    A.   From where I was, it look like I was
6  roughly about the same, about two blocks from
7  the Claiborne bridge.
8    Q.   So maybe it just moved back or
9  something.
10    A.   I'm not -- like I say, I can't answer
11  that question.
12    Q.   I understand.
13    A.   I know I turned around and told her I
14  want to try to go there, and she told me no,
15  you can't see underneath the water.
16    Q.   I'm going to show you one that we will
17  mark as 7 which has the barge in it.  Do you
18  recognize the streets and where your house
19  would have been relative to the barge?
20       (Exhibit 7 was marked for
21  identification and is attached hereto.)
22    A.   Okay.  This is Jourdan Avenue.
23  EXAMINATION BY MR. WALKER:
24    Q.   Right.
25    A.   My house.

87

1    Q.   And this is Deslonde back here, right?
2    A.   Okay.  This is Deslonde street right
3  here.
4    Q.   Right.
5    A.   But my house is off the map, off this
6  corner.
7    Q.   Okay.
8    A.   Where this barge came in at, where
9  about here is where my stepdaughter bought her
10  house.  She walked down the street from my
11  house -- from my house to hers.
12    Q.   That's the one on Johnson you're
13  talking about?
14    A.   No.
15    Q.   Okay.
16    A.   She's right -- she one house off of
17  Johnson.  She bought her property one house
18  before N. Johnson.  My grandson used to walk
19  this area up to my house.  It was one house off
20  this corner.
21    Q.   Okay.
22    A.   This barge came in right behind her
23  house and it tore it apart.
24       MR. GILBERT:
25         That's your granddaughter, you

88

1  say?
2    A.   My stepdaughter Thomekia Cunningham.
3  EXAMINATION BY MR. WALKER:
4    Q.   Okay.  We'll labeled that Thomekia
5  Cunningham.  And that's on Johnson?
6    A.   It's on Deslonde.  The property was on
7  Deslonde, one block off of N. Johnson.
8    Q.   Okay.
9    A.   One house off N. Johnson.  Not a
10  block, one house.
11    Q.   And your house would be just off this
12  photograph?
13    A.   Off this map.
14    Q.   Over here where we put this X?
15    A.   Yeah.
16    Q.   Okay.  Can we see it in that
17  photograph?  Or that one?
18       MR. GILBERT:
19         You asking about the
20         stepdaughter 's house?
21       MR. WALKER:
22         No.
23  EXAMINATION BY MR. WALKER:
24    Q.   Your house.  Or the location where
25  your house was.

89

1       So we still don't get enough, do we?
2  It's off this photograph, too, right?
3    A.   This is Johnson, this is Deslonde and
4  Prieur.
5    Q.   So wouldn't it be right around where
6  your finger is?
7    A.   It's right around in here.  I'm
8  looking at -- see, what's got me confused here
9  is Miss Pinkston had a red brick house, and you
10  got something white here.  Right next to her
11  was the lime green house which would be right
12  here, which would be my house, this would be
13  Miss Pinkston, this would be Ms. Sylvia,
14  Mr. Lloyd.  And next to me was Mr. Green.
15  (Indicating.)
16    Q.   So assuming that this street that
17  we're going to put on here is Prieur.  Right?
18    A.   Right.
19    Q.   If we're correct, and that this is
20  Deslonde --
21    A.   Right.
22    Q.   -- then your house would be --
23    A.   Right there.
24    Q.   -- this X that we've circled, right?
25    A.   Yeah.

90

1    Q.   And we put house.  Right?
2    A.   My daughter house was one house off of
3  Johnson.  This right here is where my
4  stepdaughter house was at.
5    Q.   We will mark that with a circle.
6    A.   I'm looking at the lot.
7    Q.   And that's Thomekia?
8    A.   Yeah.
9    Q.   All right.  Let's mark that as
10  Exhibit 8.
11       (Exhibit 8 was marked for
12  identification and is attached hereto.)
13  EXAMINATION BY MR. WALKER:
14    Q.   You don't see that tree that you wound
15  up in?
16    A.   No.  I try to explain.  The only tree
17  that was in this neighborhood was across the
18  street from us in front of Mr. Lloyd house.
19  This tree is still standing.  It was a big oak
20  tree.  That was the only tree that was in this
21  area.  There was no tree on the side my house
22  or on the side Mr. Pinkston house or on the
23  side of Ms. Sylvia house.  The only tree that
24  was there, and it had a buckle in the sidewalk
25  and it was at the edge of Mr. Lloyd house.

91

1    Q.   The tree that you all ended up in, was
2  it an oak, a pine, do you have any idea what
3  kind of tree it was?
4    A.   No.
5    Q.   Did it have lots of leaves and
6  branches?
7    A.   Yeah.  It had a lot of leaves and
8  branches.  But what most importantly that it
9  had, it was also braced against a light post.
10  And I believe it was because of that light post
11  that tree stayed up there.
12    Q.   So was this tree that you were in
13  rooted to the ground?
14    A.   Yeah.
15    Q.   Okay.  So it was a growing live tree.
16    A.   Yeah.
17    Q.   Okay.  And I know you've gone back to
18  the Ninth Ward since Katrina.  Have you ever
19  looked for that tree?
20    A.   Yeah.  I did.
21    Q.   And is it there?
22    A.   And Rita took it out.
23    Q.   Rita took it out.
24    A.   Because I wanted to go back and sign
25  that tree.  But Rita took it out.

92

1    Q.   Are you guessing or do you know that
2  for a fact?
3    A.   The tree is gone.
4    Q.   Right.  But did you see it between
5  Katrina and Rita?
6    A.   It was there once.  The first time we
7  come back to visit it was there.  And when Rita
8  hit it was gone.
9    Q.   So did you go the visit before Rita?
10    A.   No.
11    Q.   Okay.  So how do you know it was there
12  before Rita?
13    A.   Same way you get these pictures, my
14  brother David was on his computer, and I showed
15  him where we were.  And this tree was still
16  there.  And the only reason why I knew this
17  tree was there is because from where I was I
18  could look down at the streetlight.  It was
19  still jammed in the tree.  I could reach out
20  and touch the post, but I had to slide down
21  some to touch the light itself.
22    Q.   So this was a lamppost that was --
23    A.   It was the street lamp.  The
24  streetlight post.
25    Q.   Was lodged against the tree.

93

1    A.   The tree was like -- I could reach out
2  and touch the post.  These two things together
3  kept this tree from falling.
4    Q.   Was the post still anchored to the
5  street?
6    A.   The post was still there but I just
7  couldn't find the tree.
8    Q.   Right.  But the post was still
9  anchored -- when you were up there in the tree,
10  was the post anchored to the ground?
11    A.   Yeah.
12    Q.   And it had just, it had went over or
13  what?
14    A.   No.  Just like the tree grew up with
15  this post.
16    Q.   I got you.  So they were together --
17    A.   They were together.
18    Q.   -- before Katrina, real close
19  together.
20    A.   Yeah.  And then -- because the tree as
21  the wind was blowing was rocking.  And me and
22  Charles, we was talking about it and I said,
23  Bro, that post is keeping this tree from
24  falling.
25       (Off the record.)

24  (Pages 90 to 93)

94

1    A.  Yeah.  The way the wind was rocking
2  this tree, if it wasn't for that post I feel
3  like that tree would have went down.
4  EXAMINATION BY MR. WALKER:
5    Q.  All right.  We're almost done,
6  Mr. Bickham.  Let me ask you a couple of
7  questions.  Where did you eventually evacuate
8  to, Houston, Nashville?  Where did you guys end
9  up?
10   A.  Bonham, Texas.
11   Q.  How long were you there?
12   A.  They hospitalized Diane there, so I
13 think we were there like three or four days.
14   Q.  And then where did you go?
15   A.  Baton Rouge.
16   Q.  And is that where you stayed until you
17 came back to New Orleans?
18   A.  Yeah.
19   Q.  Okay.  How long were you in Baton
20 Rouge?  Approximately.  Couple months, a year?
21   A.  No, we were there right about a year.
22   Q.  Okay.  You were not physically injured
23 as a result of the Katrina, bodily injury; you
24 didn't break any bones or --
25   A.  I didn't break any bones.  But Katrina

95

1  messed up my feet.
2    Q.  In what sense?
3    A.  Try to explain it to you?  I can't.
4  From standing up in that water got me with
5  bacteria that they can't correct.  They keep
6  telling me to try medications.  All my feet --
7  my toes are starting to come back.  They had
8  turned purple. (Indicating.)
9    Q.  Have you seen any doctors?
10   A.  I stopped because they keep on giving
11 me medication that's not going with my blood
12 pressure medication and it's making me go up
13 like feeling like I'm loaded or something, so I
14 stopped going.  Right now, the only thing I do
15 with my feet is I scrub them down and soak them
16 in bleach and alcohol.
17   Q.  Okay.  Did you seek medical treatment
18 for your feet?
19   A.  In Baton Rouge -- in Bonham.  But
20 they, um -- came and got us and brought us to
21 Baton Rouge before I got the medication.
22   Q.  Did you seek any treatment for your
23 feet in Baton Rouge?
24   A.  No.
25   Q.  Have you seen any doctors since for

96

your feet, since you returned to New Orleans?
   A.  Um -- health care center on
St. Claude.
   Q.  And did they prescribe you anything,
any treatment?
   A.  He gave me -- he told me that it's
going to take time, that they got to find the
right medication, but he gave me a, um --
1 percent fungi bottle of -- tubing to rub on
my feet, and it ain't done any good.
   Q.  Did you have any condition of this
type on your feet before Katrina?
   A.  I've had the callus and the corn, but
my feet have never been this bad.  Right now I
walk with a limp.  Because after a while it's
like my skin gets soft, I got to get out of my
shoes and let my feet air.
   Q.  And did you ever have any problems of
this type with your feet, athlete's foot,
fungus, anything like that before Katrina?
   A.  No.
   Q.  Okay.  Did you suffer any other
consequences as a result of Katrina?  Physical,
I mean.
   A.  No.

97

   Q.  Have you sought any psychological,
emotional counseling treatment since Katrina?
   A.  No.
   Q.  Okay.
   A.  Even though I haven't searched for
any, but I wake up in my sleep sweating because
of this incident.  There's a limit a man should
go.  And in the Superdome, they stole the
tissue paper and tried to sell it to me, to
sell it to my wife.  They stole everything at
the Superdome provided and wanted to sell it to
you.  In my sleep I keep seeing this over and
over where they want to sell you the T-shirt to
keep warm, sell you the tissue paper because
your child need to go to the bathroom.  There's
a statute of limitations, and it's like I can't
seem to get this vision out of my mind of how
they treated you.  They come back and they
asked you if you want the air conditioning or
lighting.  To stop the odor from coming we took
the air conditioning and couldn't fight the
odor.
      (Off the record.)
EXAMINATION BY MR. WALKER:
   Q.  Mr. Bickham, I'm going back to

98

1  Exhibit 2, which was this form that I believe
2  you said that Diane signed for you?
3      A.  Yes.
4      Q.  Okay.  I don't know if you remember
5  this form, if it was read to you, this is a
6  claim against the U.S. Corps of Engineers
7  blaming them for --
8      A.  Yeah.
9      Q.  -- the levee failure and flooding of
10 New Orleans.  You remember that?
11     A.  Yeah.
12     Q.  And you know that you submitted this
13 claim?
14     A.  Yeah.
15     Q.  Or it was submitted on your behalf,
16 right?
17     A.  Yes.
18     Q.  All the information is correct,
19 Michael Bickham, 1840 Deslonde.
20     A.  Right.
21     Q.  You remember this and you authorized
22 this filing.
23     A.  Yes, I did.
24     Q.  And you see down here it says property
25 damage, ten thousand dollars.  That would be

99

1  the value that you or Diane put on property
2  that you owned.
3      A.  Yeah.
4      Q.  Personal belongings.
5      A.  Yeah.
6      Q.  No personal injury, no wrongful death.
7      A.  Right.
8      Q.  You agree with that.
9      A.  Right.
10     Q.  And this Number 366-0284, is that your
11 cell?
12     A.  That used to be.
13     Q.  Okay.
14     A.  Let's see.  That used to be.  In Baton
15 Rouge it's 366-0284 was the phone number there.
16     Q.  Now.  Exhibit 3 is the same form dated
17 March 1, '07.  Exhibit 2 was dated
18 February 28th, 2007.  I think you said that
19 this signature of yours was done by --
20     A.  By Thomekia.
21     Q.  -- Thomekia who is your step --
22     A.  Stepdaughter.
23     Q.  Stepdaughter.  Same form.
24     A.  Same information.
25     Q.  2407 Rose Drive in Gretna, that's

100

1  where you're living.
2      A.  That's where we living at now.
3      Q.  Property damage a million dollars.
4  Personal injury a million dollars.  Those two
5  are wrong, right?
6      A.  Yeah.
7      Q.  Okay.  Do you remember talking on the
8  phone to an investigator for a company called
9  Centanni who interviewed you over the phone,
10 you and Diane?
11     A.  Centanni?
12     Q.  Yeah.  Back in December 14, 2005.  His
13 name was Danny Varra.
14     A.  No.
15     Q.  You don't remember that?
16     A.  No.
17         MR. GILBERT:
18         I'm about to object.  Are you
19     about to play something, Derek?
20         MR. WALKER:
21         I'm about to play something.
22         MR. GILBERT:
23         I have to object to the extent
24     that the plaintiffs were not provided
25     a copy of what you're about to play,

101

1  nor a copy of any written transcript
2  of any purported contact between
3  Centanni, any of this agents and
4  Mr. Bickham.
5      Do you understand what I just
6  said?
7          MR. WALKER:
8          Uh-huh.
9          MR. GILBERT:
10         Do you also understand that there
11     was an Order that all of these things
12     were to be provided to us?
13         (Whereupon an excerpt from a tape
14     recording was played.)
15 EXAMINATION BY MR. WALKER:
16     Q.  Is that Diane 's voice?
17     A.  That's Diane.
18     Q.  That's Diane.  Okay.  I think those
19 are all the questions I have, Mr. Bickham.
20 Thank you very much.
21         MR. GILBERT:
22         Okay.  I have just a couple a
23     follow-ups.
24 EXAMINATION BY MR. GILBERT:
25     Q.  You testified earlier about the

102

1  dragging sound.  You described like two cars
2  hitting one another and an explosion.  The
3  explosion, was that the sound you were
4  describing?
5       A.   That's the sound I was describing.
6       Q.   The dragging sound and the explosion
7  sound, how far apart were they?  Or were they
8  at the same time?  I'm just trying to get you
9  to tell me --
10       A.   It was like a couple seconds apart.
11  Because the first thing we heard was explosion,
12  and the dragging come right behind it.
13       Q.   Did you hear any scraping or my type
14  of grinding sounds before the explosion sound?
15            MR. WALKER:
16                Objection.  Leading.
17       A.   No.
18  EXAMINATION BY MR. GILBERT:
19       Q.   Did you hear any sounds before the
20  explosion sound?
21       A.   No.
22       Q.   Okay.  All right.  You said a couple
23  seconds?
24       A.   Yeah.
25       Q.   Okay.  All right.  I'm done.

103

1            MR. WALKER:
2                That's it?
3            MR. GILBERT:
4                That's it.

104

REPORTER'S CERTIFICATE
       I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
Certified Court Reporter in and for the State
of Louisiana, do hereby certify that the
aforementioned witness, after having been first
duly sworn by me to testify to the truth, did
testify as hereinabove set forth;
       That said deposition was taken by me
in computer shorthand and thereafter
transcribed under my supervision, and is a true
and correct transcription to the best of my
ability and understanding.
       I further certify that I am not of
counsel, nor related to counsel or the parties
hereto, and am in no way interested in the
result of said cause.

_____
JOSEPH A. FAIRBANKS, JR., CCR, RPR
CERTIFIED COURT REPORTER #75005

27 (Pages 102 to 104)

MICHAEL BICKHAM

May 4, 2009

## A

**ability** 104:12
**able** 8:5,10 49:8 69:10
  77:1,6
**Abramson** 8:17
**accurate** 40:1
**action** 1:4 17:16
**additional** 35:5
**address** 7:15 30:11,19
  39:13 46:1
**administering** 4:24
**aforementioned** 4:4
  104:5
**age** 7:19,20,20 18:9
**agents** 101:3
**aggravated** 18:25
**agree** 25:5 39:25 81:23
  85:1 99:8
**AGREED** 4:2
**ahead** 21:25 59:16 73:15
**ain't** 31:17 96:10
**air** 96:17 97:19,21
**Alabo** 13:5,5 24:3,4
  26:21 30:25 33:10
**alcohol** 8:7 95:16
**Allison** 61:16 65:1
**alongside** 24:10
**alternators** 28:5
**America** 2:9 10:3
**amounts** 18:1
**anchored** 93:4,9,10
**angle** 73:20
**answer** 4:13 14:9 17:3
  63:7 86:10
**answers** 6:3 8:5,11
**Anthony** 1:17 5:1 11:1
**anybody** 11:10 33:17,18
  35:18,23 36:3,15 45:6
  55:6 76:25
**anymore** 60:18,24
**anyway** 35:10
**apart** 74:15 87:23 102:7
  102:10
**apartment** 27:22 41:9
  58:6 59:2 61:14 65:1,1
**apparently** 71:14

**APPEARANCES** 2:1
**appears** 19:14
**application** 21:13,23
**Approximately** 94:20
**area** 24:15,16 30:2 31:16
  31:19 38:14 47:9 48:4
  49:3 53:16 71:10 78:19
  85:17,19 87:19 90:21
**arrest** 14:3 22:23
**arrow** 48:6,8 54:10,15
**Arthur** 44:13
**asked** 15:6 62:17 67:11
  68:17 97:19
**asking** 21:14,22 22:10
  58:5 72:19 88:19
**assume** 11:22 40:20
**assuming** 89:16
**athlete's** 96:19
**attached** 19:23 21:2 22:7
  39:10 45:21 84:4 86:21
  90:12
**attack** 82:11
**attend** 8:22
**attic** 34:6 36:20 50:15,20
  50:22 51:2 65:8,8
  69:11,14,14,17,22,23
  69:24 70:7,8,10,17
**attorney** 5:14 45:11
**attorneys** 44:22,25
**August** 25:7
**auntie** 30:6
**authorized** 98:21
**Avenue** 10:3,6,8 31:20
  40:2,6,7,17,25 41:5,13
  46:3,5 53:13,23 73:14
  74:3,6 78:21,23 79:1,2
  80:11,12 82:17 84:1,18
  86:2,22

## B

**b** 3:7 39:24
**baby** 58:2
**back** 9:21 13:20 18:10,14
  23:6 29:9,19,20 30:7
  33:21,22 34:23 36:19
  40:16 41:4,9,21 42:14
  49:23 50:23 55:22 57:6

57:7,22 58:9,14,19
  59:17,20 60:17 61:25
  64:25 65:4 67:2,13
  68:16 69:16,21 72:1,2
  74:9,21 75:7 77:16
  78:1,14,18,19,20 79:6
  79:12 82:4,6 83:17
  86:8 87:1 91:17,24
  92:7 94:17 95:7 97:18
  97:25 100:12
**backtrack** 60:13
**backwards** 74:25
**backyard** 40:19 41:2
**bacteria** 95:5
**bad** 6:15 19:13 28:17
  96:14
**bag** 74:20,21
**bakery** 9:13
**balloon** 39:25
**bar** 65:18
**barge** 2:2 20:19,20 23:24
  23:25 24:16 26:9 45:1
  78:4,6,7 81:6,7,8,13,16
  81:23,24 86:17,19 87:8
  87:22
**barges** 1:6 13:10 24:6,8
  26:12
**Baronne** 2:5
**bars** 65:20 66:9,11,14,16
**basically** 13:13 25:24
  49:2 77:17
**bath** 15:8,8 50:6,7
**bathroom** 78:18 97:15
**baths** 50:5
**Baton** 94:15,19 95:19,21
  95:23 99:14
**battery** 15:11,13 18:23
  19:7 59:10 61:21
**beating** 71:3
**bedroom** 50:2,3 61:17
**bedrooms** 50:4,5
**beginning** 19:1
**behalf** 16:5 98:15
**believe** 17:4 69:3 91:10
  98:1
**belonged** 28:7

**belongings** 99:4
**Benoit** 1:12
**Berryhill** 10:19 11:13,19
  21:12 27:12
**best** 6:3 34:1,5 104:11
**Betsy** 31:14 37:7,21 38:3
  38:4
**Bickham** 1:17 5:1,7 7:16
  10:20 11:1,2,18 44:16
  68:15 94:6 97:25 98:19
  101:4,19
**big** 38:2 84:14 90:19
**bigger** 22:11
**biggest** 27:20
**bike** 33:11
**bills** 35:15
**birthday** 16:17
**bit** 69:21
**blaming** 98:7
**blanket** 83:4
**Blazer** 32:18 33:3
**bleach** 95:16
**blew** 54:3
**blob** 46:24 47:2
**block** 40:4,6,7 47:25
  48:1,24 53:11,14 78:4
  82:18,19 85:8,13 88:7
  88:10
**blocks** 40:8 86:6
**blood** 95:11
**blow** 57:16,18
**blowing** 58:12,13,16,22
  59:25 60:11,12 62:23
  62:25 64:15,16 93:21
**blowup** 19:14
**board** 71:4 72:1
**boarded** 34:23 37:16
**boat** 82:8,20 83:19,23
**bodily** 94:23
**body** 52:14
**boiled** 34:2
**boiling** 35:1
**bond** 23:12,13
**bones** 94:24,25
**Bonham** 94:10 95:19
**boom** 63:9 77:20

MICHAEL BICKHAM

May 4, 2009

**bottle** 96:9
**bottom** 20:25 27:22
**bought** 13:25 28:11,11
  35:5 87:9,17
**bounced** 72:17
**bouncing** 82:23
**Boutte** 1:8
**boxes** 80:24
**boyfriend** 11:15 15:4
**braced** 91:9
**branch** 75:8
**branches** 91:6,8
**BREACHES** 1:4
**break** 7:10 94:24,25
**Breakfast** 12:13
**breaks** 7:13 74:15
**BRIAN** 2:3,4
**brick** 51:9 89:9
**bridge** 31:25 73:4,17,21
  80:14 82:7,17,21 85:6
  86:7
**Brief** 12:14 20:15 47:14
  68:13
**brighter** 84:23
**bring** 80:5
**bringing** 77:4
**bro** 67:6 93:23
**broke** 71:4,5 74:20
**brother** 83:15 92:14
**brought** 80:4 95:20
**brown** 83:7
**buckle** 90:24
**buckled** 69:14,17 70:11
  70:12 71:19
**buckling** 70:18,23
**building** 23:10 39:21
  60:22
**burglar** 65:18,20 66:9,11
  66:14,16
**bus** 31:17,17,24 32:5
  33:12 43:20
**buses** 31:20 32:6

―――――――――――
**C**

**call** 7:10,11 9:21 11:2,14
  47:1 76:11 83:2
**called** 5:9 15:4,17 20:11

44:13 67:4,5 100:8
**calls** 76:13
**callus** 96:13
**calm** 70:14
**camp** 67:9
**canal** 1:4 30:22 40:12,18
  41:3 53:1 56:12 77:4
  77:14 79:1
**car** 32:17,25 33:7 57:17
  57:19 58:11,12,24 59:9
  59:9 60:5 61:20 64:18
  68:18 69:1
**care** 96:2
**cargo** 24:14 25:19
**Carol** 32:12,13,16,23,23
  36:6,9,11 39:16 51:16
  55:25 57:7 59:14 64:23
  66:4 69:25 74:20 75:6
  75:10,13,14 81:15
**Carol's** 67:19
**carried** 51:1
**cars** 27:25 62:12,14,14
  102:1
**case** 45:1,2,12
**Category** 31:13 37:8
**caught** 52:17
**cause** 104:16
**CCR** 1:24 4:22 104:2,24
**ceiling** 67:18,20 69:12
  71:3,3
**ceilings** 50:9,10,11,13
**cell** 83:4 99:11
**cellphones** 76:6,10
**Centanni** 100:9,11 101:3
**center** 96:2
**Centre** 1:19 2:12
**certain** 6:8,9 10:7 12:2
  17:9 32:8 38:12 43:10
**CERTIFICATE** 104:1
**certification** 4:9
**Certified** 1:25 4:23
  104:3,25
**certify** 104:4,13
**Chaffe** 1:18 2:10
**Chalmette** 40:12
**chance** 65:3 70:20 77:9

**changed** 19:2,6
**charge** 16:14 18:25 19:6
**charging** 18:9
**Charlene** 10:20,21,22
  11:5 18:7,15
**Charles** 11:2,3 32:13,16
  32:20,21,23 36:3,4,5,6
  36:11 52:22 53:6 54:16
  55:1,14 58:9,19 59:15
  59:18 61:6 64:23 66:3
  66:22 67:1 69:24 70:1
  70:15,19,22 71:25 75:1
  75:14,15 76:9 81:15
  93:22
**check** 55:24 60:15
**checked** 55:25
**Chef** 9:18,20
**child** 15:7 17:14,18,24
  18:2,5,11 97:15
**children** 10:23 11:25
  16:4 18:8,12 32:22
**chronology** 51:7
**circle** 47:11,18 48:8
  77:18 90:5
**circled** 89:24
**circling** 77:13,15
**city** 10:3 20:12 27:23
  82:2
**Civil** 1:4 4:6
**Claiborne** 9:16,16 31:20
  31:22,24 40:8 73:4,17
  73:21 74:3 78:23 79:1
  80:10,12 82:7,10,16,21
  84:1,17 85:6 86:2,4,7
**claim** 98:6,13
**Claude** 9:16 78:23 96:3
**clear** 7:3
**clearly** 21:15
**climbed** 51:2
**clinging** 76:16
**close** 45:25 79:11 93:18
**closed** 33:25 37:16
**closer** 54:7 74:3,6 86:2
**clothes** 51:1
**coast** 68:6 82:8,14
**Code** 4:6

**collapsed** 74:14,22
**college** 8:23
**come** 23:6 24:10 29:5,9
  29:19,20 30:7 34:6
  38:22 49:3 58:6 61:15
  64:21,25 66:24 67:3,6,6
  67:11 68:7 78:5,6
  79:20,22,23 92:7 95:7
  97:18 102:12
**comes** 36:23
**comfortable** 70:14
**coming** 35:14 42:14
  44:16 53:3,12 54:4
  56:10,18 57:25 60:24
  61:3,23 76:24 78:3
  97:20
**commandeered** 82:8,20
**company** 100:8
**complete** 59:2
**completed** 29:7
**computer** 92:14 104:9
**concern** 37:18 38:10
**concerned** 37:13,15
**concrete** 51:11,12
**concurrent** 16:13
**condition** 96:11
**conditioning** 97:19,21
**confused** 89:8
**consequences** 5:22 96:23
**consider** 28:12
**consistent** 14:21
**Consolidated** 1:6
**constant** 56:16
**construction** 51:9
**contact** 101:2
**containing** 53:3
**continuing** 14:13 17:8
**continuous** 29:16,21
  64:2,8
**convicted** 14:1 15:10,13
**conviction** 14:4 15:20
  16:9 18:22
**convictions** 14:7 19:10
**cook** 12:13,13
**cooler** 35:3
**copy** 100:25 101:1

MICHAEL BICKHAM

May 4, 2009

Page  3

**corn** 96:13
**corner** 30:15 42:25 43:1
  43:2,3 44:1 47:9 48:11
  48:17,18 53:24 54:7
  58:5 85:12 87:6,20
**Corps** 20:13,21,23 45:1
  98:6
**correct** 20:2 26:22 56:6
  89:19 95:5 98:18
  104:11
**correctly** 56:7
**counsel** 4:3 104:14,14
**counseling** 97:2
**country** 15:21
**couple** 39:4 82:5 94:6,20
  101:22 102:10,22
**court** 1:1,25 4:23 5:24
  14:16 15:17 23:12,15
  104:3,25
**cross** 31:25
**Cunningham** 88:2,5
**current** 72:6,12 77:3,11
**currently** 19:20
**cut** 76:1 85:14
**C-H-A-R-L-E-N-E**
  10:22
**C.J** 11:2 32:20,21,21

**D**

**D** 3:1,7
**Dale** 10:3
**damage** 98:25 100:3
**Danny** 100:13
**dark** 32:9 33:24 76:16
  78:7
**darkness** 78:13
**dated** 99:16,17
**daughter** 22:16 53:14
  90:2
**daughters** 82:12,13
**David** 92:14
**day** 24:2 25:9,12 74:10
  75:18
**daybreak** 55:11 81:3,4
**daylight** 33:25 72:21
  79:18,19,21,23
**days** 23:23 24:1 81:8,10

82:21 94:13
**daytime** 32:10
**dead** 53:12 76:10 82:14
**death** 99:6
**December** 100:12
**decided** 55:5
**deducted** 18:2
**Deep** 80:23
**defend** 15:3
**definitely** 28:13
**delayed** 5:8
**deliver** 83:1
**demonstrative** 46:23
**deponent** 21:16
**deposition** 1:17 4:4,14
  5:9 14:11 19:19 44:23
  104:8
**Derbigny** 84:8,18 85:2,8
**Derek** 2:11 19:9 100:19
**describe** 51:8 62:8
**described** 54:13 102:1
**describing** 102:4,5
**designated** 31:16,19
**Deslonde** 30:6,10,14,15
  30:16,19,20 38:14 39:8
  39:24 40:11 45:18
  48:18 49:6 52:25 53:8
  53:8,18,25 54:7 74:24
  84:10 85:7 87:1,2 88:6
  88:7 89:3,20 98:19
**Diane** 10:19 11:12 21:12
  28:17,20 29:24 32:11
  32:12,22 34:11,13 36:5
  36:7,8,9 52:1,14 55:24
  57:6,20 59:14 60:9
  62:5 67:1 69:25 70:14
  75:5,12,13 80:2 81:15
  83:2 94:12 98:2 99:1
  100:10 101:16,17,18
**Diane's** 28:14
**die** 80:5
**difference** 6:7
**different** 21:18 22:5
  26:15,18 48:25
**difficult** 73:8
**direction** 43:6 72:11,14

82:9
**directly** 42:4 43:17,19
  48:14 51:18 73:17,20
**discuss** 45:1
**DISTRICT** 1:1,2
**Divorced** 10:18
**dock** 24:12,13,14
**docks** 25:17,18
**doctors** 95:9,25
**document** 20:9
**documents** 20:10,17
**doing** 13:12 27:25 28:4
  49:2 52:2 77:17
**dollars** 16:10 98:25
  100:3,4
**door** 32:17 39:14 40:11
  41:9,24 42:2,6,11,15
  48:21 49:4 50:18,20,24
  51:16,20 52:7 57:15,22
  58:25 59:7 60:4,15,17
  61:14,15,16 62:17
  65:17,18,21 66:13 67:8
  78:1
**double** 84:15
**downstairs** 35:24 36:11
  39:18 50:11 52:23
  65:21,25 67:20
**dragging** 62:10 63:11,13
  63:23,24 64:4,7 102:1,6
  102:12
**drenched** 76:9
**dressed** 58:1 61:4,13
**drink** 8:2
**Drive** 5:2 7:17 99:25
**driver** 43:20 83:5
**driver's** 16:21 19:15,16
  21:9 22:20
**driveway** 61:18
**dropped** 19:2 82:6
**drug** 8:7
**drugs** 7:24
**dude** 82:22
**duly** 5:4 104:6
**DUVAL** 1:9
**Dwyer** 9:19,20

**E**

**E** 3:1,1,7,7
**earlier** 30:18 101:25
**easier** 7:1
**east** 8:20,21 10:6
**EASTERN** 1:2
**eat** 82:25
**edge** 90:25
**Edwards** 83:14
**effort** 14:17
**eggs** 34:2 35:2
**eight** 48:25 50:9,10,11
  50:13 58:4
**either** 24:7
**em** 15:9
**emotional** 97:2
**Empire** 12:19,20,21 13:4
  13:24
**ended** 72:25 91:1
**Energy** 1:18 2:12
**Engineers** 20:14,22,23
  45:2 98:6
**entire** 70:24
**entrance** 65:23 66:6
**Especially** 38:11
**ESQUIRE** 2:4,11
**estimate** 79:19
**estimated** 67:22
**evacuate** 23:20 31:8
  36:16 94:7
**eve** 83:4
**evening** 52:2
**eventually** 94:7
**everybody** 25:12,24
  33:18 69:13,23
**evidence** 4:15 14:18,20
**exact** 80:3
**exactly** 10:7 12:2 26:14
  29:8 32:8 43:10 49:4,9
  77:24 80:13
**EXAMINATION** 3:3
  5:6 7:8 12:15 15:14
  17:5,11,23 18:21 19:5
  19:12,25 20:16 21:4
  22:9 23:3 26:11 34:21
  39:12 45:23 47:5,15
  63:8 68:14 84:6 86:23

MICHAEL BICKHAM

May 4, 2009

88:3,23 90:13 94:4
97:24 101:15,24 102:18
**examine** 19:10
**examined** 5:4
**excerpt** 101:13
**exhibit** 3:9,10,11,12,13
3:14,15,16,17 19:18,22
21:1,9,20 22:4,6,17
39:7,9 45:15,20 49:18
73:5 83:24 84:3,16
86:20 90:10,11 98:1
99:16,17
**exhibits** 39:5
**expecting** 35:9 37:4
**expensive** 27:20
**explain** 5:12 60:14 90:16
95:3
**exploding** 58:3
**explosion** 63:1,3,4,11,18
63:22 77:21 102:2,3,6
102:11,14,20
**explosion-like** 63:14
**extent** 100:23
**ex-wife** 11:16
**eyeglasses** 21:24

**F**

**face** 40:16
**faced** 40:25
**facility** 24:11
**facing** 40:11,15 41:24
80:10
**fact** 92:2
**failing** 22:23
**failure** 98:9
**fair** 46:14 47:12
**FAIRBANKS** 1:24 4:22
104:2,24
**falling** 93:3,24
**family** 1:13 27:12 43:13
43:13
**far** 8:13 79:10 102:7
**fast** 50:25 51:4 59:22
61:23 67:3 76:24
**father** 15:13 80:3
**February** 99:18
**federal** 17:22

**feel** 94:2
**feeling** 95:13
**feet** 61:22 67:16,17 95:1
95:6,15,18,23 96:1,10
96:12,14,17,19
**fell** 69:16 72:2 74:25
**fellow** 44:13
**felon** 14:1
**felony** 14:7
**felt** 70:13
**fifteen** 7:12 69:8,10
**Fifty-two** 34:14
**fight** 66:13,15 97:21
**fighter** 82:3 83:17
**filed** 16:3 20:13
**filing** 4:9 98:22
**filled** 22:5
**find** 23:7 31:5 66:15 93:7
96:7
**finding** 70:21
**finger** 89:6
**finish** 6:25 26:15 40:22
63:7
**finished** 23:25 27:5
**fire** 82:3 83:16
**firms** 45:11
**first** 5:4,17 24:4 31:11
33:10 35:7 43:10 60:14
62:11,20 63:14 64:19
65:21 76:15 80:16 81:5
81:22,24,25 84:7 85:7
92:6 102:11 104:5
**fit** 83:22,23
**five** 16:10 29:2 68:12
70:5,6
**Fixing** 28:4
**float** 42:7 69:6 80:25
**floated** 71:17,20
**floating** 70:22 77:2,18
80:21,22
**flood** 38:16 59:14
**flooded** 67:12 80:17
**flooding** 38:4,9 45:2
59:22 98:9
**floods** 38:18
**floor** 65:10 66:21,22

67:15 68:20
**Florida** 9:15 10:6,8 74:6
78:22 79:2
**flow** 56:16
**flowing** 56:23
**follows** 5:5
**follow-ups** 101:23
**food** 35:5 67:1 82:22
83:1
**fool** 55:5
**foot** 38:20 50:9,10,11,13
96:19
**forever** 79:22
**forgot** 74:20
**fork** 75:6
**forklift** 12:24 13:11
24:18
**form** 4:12 22:4 98:1,5
99:16,23
**formalities** 4:8
**forms** 20:12 21:10
**forth** 104:7
**found** 15:11 68:1
**foundation** 18:20 69:20
**four** 10:24 11:7,22,25
42:7 83:18 94:13
**fourplex** 30:13 35:21,22
35:23 36:15 39:17 59:1
**frame** 51:22
**freezers** 80:23
**front** 5:25 22:3 32:17
34:4 35:4 36:22 40:11
41:23 42:4,11,15 46:13
49:3 51:16,20 59:6,7,8
61:15,16,17 64:17 66:6
67:2,8 71:10 74:20
78:17 90:18
**fungi** 96:9
**fungus** 96:20
**funny** 79:25
**further** 84:17,19 104:13

**G**

**Galvez** 82:3
**gap** 68:18
**gas** 54:24
**generally** 71:23

**Germane** 15:4,23
**getting** 18:1 33:19 66:23
**Gilbert** 2:3,4 3:6 6:22
14:5,12 17:1,7,19 18:18
19:3,8 22:25 26:1,6
44:17,19 46:16,25 63:6
68:11 83:13 87:24
88:18 100:17,22 101:9
101:21,24 102:18 103:3
**give** 8:5,11 27:19
**given** 1:18 15:2
**giving** 95:10
**Global** 13:25 14:1
**go** 11:18 13:24 14:2,19
15:1 21:25 23:5,8,9
24:16 26:19 33:20
37:12 39:6 43:6 45:12
46:8 49:22 51:24 52:10
52:19 56:25 67:13
73:15 78:14 82:19
86:14 91:24 92:9 94:14
95:12 97:8,15
**God** 74:19
**goes** 84:16,19
**going** 6:2,23 14:19 20:9
21:17 24:14 25:20 31:9
31:11 33:20 35:13
36:24 37:11 39:6 45:15
46:20 52:7 54:10 55:24
57:19 59:19,24 64:22
65:14 67:25 68:19 69:1
72:6,12 77:23 78:18,20
86:16 89:17 95:11,14
96:7 97:25
**good** 5:7 8:5,11 96:10
**Google** 39:7,23 45:17
73:6
**Goose** 9:22,23 10:1
**gotten** 60:10
**GPS** 40:1
**grab** 66:25
**grabbed** 65:2,6,7 69:14
71:2
**grace** 74:19
**grade** 8:15,25
**grainy** 19:13

MICHAEL BICKHAM

May 4, 2009

**granddaughter** 87:25
**grandson** 61:20 87:18
**grass** 76:1
**green** 42:5 43:8,9,11
  46:7,9,24 47:2,19 48:5
  49:7,10,12 57:16 58:11
  59:8 61:18 84:15 85:4
  89:11,14
**Greens** 43:15 48:7,8
  58:11
**Gretna** 5:2 7:17 16:24
  23:11 99:25
**grew** 93:14
**grinding** 77:21 102:14
**grocery** 27:23
**ground** 41:6,19 51:15,19
  91:13 93:10
**grounds** 18:19
**grow** 9:5
**growing** 91:15
**guard** 52:14,17 82:14
**guards** 68:6 82:7,8
**guessing** 6:5,6,10 92:1
**guy** 42:23 58:4 70:2 77:2
**guys** 6:24 94:8

**H**

**H** 3:7
**half** 15:16 78:4
**hallway** 51:1 61:15 65:4
**hammer** 65:2 69:15,15
  71:2
**hand** 69:16
**handicapped** 76:2
**handwritings** 21:15
**hang** 46:18
**hanging** 79:16
**happened** 23:6 52:18
  66:12,16 74:16 76:5
**hard** 76:20
**Haydel** 9:8,11 10:11 38:7
  38:8
**head** 75:5
**health** 96:2
**hear** 63:18 76:22,25
  102:13,19
**heard** 58:2,11,15,22

59:19,23 62:2,3,5 63:9
  63:14,21,22 64:4,9
  67:23 77:20 102:11
**hearing** 7:4
**heart** 32:16 82:11
**heavy** 38:19
**held** 74:19
**help** 5:14
**helped** 25:22
**hereinabove** 104:7
**hereto** 4:3 19:23 21:2
  22:7 39:10 45:21 84:4
  86:21 90:12 104:15
**hey** 81:18
**he'll** 82:5
**high** 8:14,16,17 10:13,14
  34:6 52:23 56:2,12
  67:17,18
**higher** 9:17
**highest** 75:10,12
**hip** 34:9,14
**hips** 34:9,15,16
**hire** 14:1
**hit** 23:11 34:20 35:8
  56:18 59:10 61:21
  74:17 75:7 92:8
**hitting** 62:13,14 102:2
**hold** 42:16 75:8
**home** 10:15 27:2,5,6,7
  29:9,19,20 30:25 31:18
  33:21,22,23
**hood** 55:4
**horn** 57:16,17 58:12,13
  58:16,22 59:19,23,25
  60:11,12 61:13 64:14
  64:16,20,22 67:23
  68:19 69:1
**hospitalized** 94:12
**hot** 82:24
**hour** 79:20
**hours** 24:2 68:5,8 72:21
  72:21
**house** 15:9 16:1 27:11,12
  27:17 28:7,12 30:6
  31:2,15 34:23 35:17
  37:1,6,11 40:20,24 41:4

41:15 42:25 43:1,2,4,14
  45:19 46:6,6,11 47:24
  48:4,13,16,17,20,23
  49:9,11,14 50:2,14 51:8
  51:16 53:14 55:22,25
  58:7,15 59:13 60:5,12
  64:24 65:10,15,16,23
  66:4,21,23 67:7,12,19
  69:5,19 70:12,24 71:6,7
  71:8,14,18,19,21,23
  72:8,9,10,10,15,25 73:6
  73:7,24 74:1,3,11,13,17
  75:1,7,9 77:5,7,25
  78:17 79:4,6 80:24,25
  80:25 84:11,13,15 85:2
  85:11 86:18,25 87:5,10
  87:11,11,16,17,19,19
  87:23 88:9,10,11,20,24
  88:25 89:9,11,12,22
  90:1,2,2,4,18,21,22,23
  90:25
**houses** 41:11,13,20,21
  42:7 48:25 49:20 77:17
  80:21
**Houston** 94:8
**howling** 76:23
**hugging** 86:3
**hundred** 16:10
**hung** 15:22 16:6
**hurricane** 13:18,20
  23:19 25:6 34:20 36:23
  37:9 52:15
**hurting** 34:10
**H-A-Y-D-E-L** 9:10
**H-Y** 9:9

**I**

**ice** 80:23
**idea** 74:10 85:24 91:2
**identical** 84:20,21,22,24
**identification** 19:23 21:2
  22:7 39:10 45:21 84:4
  86:21 90:12
**impact** 63:10
**importantly** 91:8
**incarcerated** 12:5 29:23
**incident** 97:7

**income** 17:22 35:13
**increased** 76:21
**Indicating** 64:10 89:15
  95:8
**Industrial** 30:22,23
  40:12,17 41:3 56:12
  77:4,14 79:1
**influencing** 8:8
**information** 20:1 98:18
  99:24
**Ingram** 1:9,11
**injured** 94:22
**injury** 94:23 99:6 100:4
**inside** 51:11 65:15,16,20
  66:24
**intention** 31:7
**interested** 104:15
**internal** 65:12
**interrupted** 64:3
**interruption** 12:14 20:15
  47:14
**interviewed** 100:9
**investigator** 100:8
**items** 27:20

**J**

**jacket** 34:3,7 36:20
  66:25 77:3
**jackets** 37:5
**jail** 23:13 29:3,4,5,10
  30:7
**jammed** 77:5 92:19
**job** 13:2,21 28:3
**jobs** 26:15
**John** 11:3
**Johnson** 52:25 53:8,9,12
  53:17,19,20 57:4 87:12
  87:17,18 88:5,7,9 89:3
  90:3
**joking** 52:22 53:1 55:5
**Joseph** 1:24 4:22 11:3
  83:14 104:2,24
**Jourdan** 40:2,6,7,17,25
  41:4,13,16 44:8,11 46:3
  46:5 53:13,23 73:14
  78:20,25 86:22
**Jr** 1:24 4:22 11:2 104:2

MICHAEL BICKHAM

May 4, 2009

Page   6

104:24
**judge** 1:9 5:25
**jump** 64:1
**jumped** 62:17

**K**

**Katrina** 1:4 12:1,4 23:6
   23:19 28:1,2 29:9 30:9
   34:18 35:8 38:23 45:6
   91:18 92:5 93:18 94:23
   94:25 96:12,20,23 97:2
**keep** 51:7 70:14 95:5,10
   97:12,14
**keeping** 93:23
**kept** 31:12,12 52:7 63:11
   63:12 93:3
**keys** 66:15
**kind** 6:9 7:21,25 8:22
   17:16 24:19 74:14 91:3
**kitchen** 50:7,8
**knee** 34:15,17
**knew** 62:13 75:25 92:16
**knock** 26:24 69:11,11
   71:3
**knocked** 82:11
**know** 6:7 7:5 17:13 19:9
   24:9 26:18 31:15,23
   33:18 42:23 43:16 44:6
   44:9,10,13 45:7,12
   55:21,23 57:10 62:18
   62:24 63:12 67:5 72:11
   72:14 73:11,13,14,16
   74:4 75:19,20,21,22,23
   76:5,14 77:8 78:8 79:9
   79:19,25 80:4 81:17
   83:9,10,11 84:13 85:25
   86:13 91:17 92:1,11
   98:4,12
**knowledge** 81:16
**known** 43:11 76:3,3
**K(2)** 1:7

**L**

**L** 4:1
**labeled** 88:4
**labor** 24:19
**ladder** 34:3,24 50:19,22

50:23 65:3
**lady** 37:10 76:8 82:9
**Lafarge** 1:8,10,12,14 2:9
   14:16
**Lagarde** 1:10
**lamp** 92:23
**Lampills** 38:2
**lamppost** 92:22
**landed** 78:4,6
**law** 4:7
**lawsuit** 14:11 17:17 45:5
**lay** 34:8
**leading** 65:25 102:16
**leave** 26:10 35:9
**leaves** 91:5,7
**left** 11:15 42:1,2,3,11
   49:4 61:20 66:17 82:20
**legs** 75:9
**let's** 19:18 20:4 23:18
   39:4 40:22 42:8 43:6
   46:8,17 47:1 49:22
   52:19 54:15 60:13,13
   68:12,15 69:18,21 73:5
   78:14 84:24 90:9 99:14
**levee** 38:23 41:10 46:4
   53:6 54:2,7,12 56:9,10
   56:12 58:20 60:23,24
   60:25 61:2 62:1 98:9
**Level** 51:19
**license** 16:21 19:15,16
   20:1 21:9 22:20
**life** 15:5,25 34:3,7 36:20
   37:5 38:25 49:24 66:25
   77:3
**lift** 75:1
**lifted** 69:19
**light** 32:9 33:23 62:16
   80:8,16 91:9,10 92:21
**lighting** 97:20
**lights** 55:3 57:11 60:20
**lime** 84:15 85:3 89:11
**limit** 97:7
**limitations** 97:16
**limited** 14:7
**limp** 96:15
**lines** 25:22

**listening** 68:6
**little** 35:2 54:4 61:15
   69:21 84:17,19,23
**live** 10:10 58:25 91:15
**lived** 28:25 29:1 30:5
   31:14 35:24 37:7 38:13
   42:23 48:12 58:5 71:10
   78:5
**living** 15:9 23:10 28:16
   28:19 29:23 30:4,7
   37:6,20,23 38:6,11
   49:25 50:7,8 100:1,2
**Lloyd** 42:5,15 43:20,22
   43:24 46:7 48:14,16,20
   75:7 80:24 89:14 90:18
   90:25
**LLP** 1:18
**load** 24:15
**loaded** 24:5,8,8 95:13
**loading** 24:18
**located** 8:18 39:24
**location** 40:1 45:25
   71:24 88:24
**locked** 50:24
**lodge** 71:15
**lodged** 72:7,9 74:17 75:3
   92:25
**long** 10:10 12:16,25
   13:15 28:16,25 52:14
   58:14 70:17 79:17 83:3
   94:11,19
**longer** 57:24 73:24 79:13
**longshoreman** 13:6
   24:18
**look** 60:5 61:17,25 67:2
   73:5,16 78:1,12 81:19
   85:3 86:5 92:18
**looked** 41:3 54:12,16
   56:8 57:15 58:19,23
   59:8 64:18 65:3 66:18
   67:13 79:22 80:16
   91:19
**looking** 21:17 31:12
   41:10 45:19 57:18 59:9
   70:15 72:19 73:3,3,6,17
   73:20 80:1 89:8 90:6

**loose** 71:4,5
**loosened** 72:1
**Lord** 43:21
**lost** 21:24 82:12
**lot** 20:12 25:16 47:9
   48:23 90:6 91:7
**lots** 91:5
**loud** 7:3 62:15 64:20
**Louisiana** 1:2,20 2:6,14
   4:6,24 5:2 7:18 12:20
   16:6 104:4
**Lower** 9:6 27:9,10 32:2,4
   38:14
**lunch** 27:1,4
**L-O-Y** 43:22
**L-O-Y-D** 43:23
**L.L.P.** 2:10

**M**

**M** 3:1
**MAG** 1:11
**main** 10:4 27:20
**making** 63:12 95:12
**mama** 38:2,2 82:13
**man** 32:13,23 67:1 82:12
   82:19 83:9 97:7
**map** 10:2 39:7,23 73:6,7
   87:5 88:13
**March** 99:17
**Marie** 11:4
**mark** 19:18 21:19 22:17
   39:7 45:16 83:25 84:24
   86:17 90:5,9
**marked** 19:22 21:1 22:3
   22:6 39:9 45:20 49:18
   84:3 86:20 90:11
**married** 10:17 11:9,16
   28:21
**matter** 68:22
**Mayor** 31:2
**McCall** 1:18 2:10
**mean** 8:7 14:19 31:8
   34:11 96:24
**means** 5:19 14:20 67:15
**mechanic** 27:21
**mechanic's** 27:24
**medical** 95:17

MICHAEL BICKHAM

May 4, 2009

**medication** 7:22 95:11 95:12,21 96:8
**medications** 95:6
**meet** 44:17,22
**member** 24:21
**Menteur** 9:19,20
**mentioned** 20:19,21
**messed** 95:1
**met** 44:19,25 52:23
**Michael** 1:17 5:1 7:16 11:1,1 98:19
**middle** 40:3
**midnight** 52:20,21 55:7 55:9
**midstream** 24:11,12
**Mike** 34:22
**military** 15:19
**million** 100:3,4
**mind** 8:8 97:17
**mine** 28:13
**minors** 18:12
**minutes** 7:12 33:11 58:4 58:17 59:18,21 64:5 68:1,3,4,22,25 69:4,7 69:10
**missed** 84:14
**Mississippi** 26:22 77:16
**moderate** 56:3
**Monday** 55:6 55:10 72:22 79:17
**month** 35:15,15
**months** 13:1 94:20
**Moon** 15:4,23
**morning** 5:7 7:24
**mother** 11:5 16:7
**motor** 82:25
**move** 10:15 65:8 71:5,6
**moved** 25:16 59:1 71:15 86:3,8
**moving** 25:14,15 56:15 70:16,24 80:22
**Mumford** 1:9
**municipal** 30:19
**murmur** 32:16
**Murph** 44:14

**N**

**N** 3:1,1,1,7 4:1 30:1 38:15 40:4,4,8 42:1 46:1,1 52:25 53:9,12,17 53:19,20 54:8,11 57:4 73:4 84:8,9,18 85:8 87:18 88:7,9
**name** 7:14,16 9:23 11:3 11:17 21:20 22:1 23:25 43:11,20 44:5,6 67:5 76:4 83:10,11 100:13
**named** 5:3
**names** 10:25
**Nashville** 94:8
**National** 82:7
**need** 7:9 97:15
**needed** 64:24 70:2
**neighbor** 41:25,25 42:11 67:4
**neighborhood** 9:24 10:5 38:16,20 59:21 69:5 76:1,2 80:17,18 84:15 90:17
**neighbors** 43:16 44:8
**neither** 52:16 55:22
**never** 11:16 15:16,17,20 23:10 35:8 37:8 52:9 70:19 76:3 81:12,14 96:14
**new** 1:19 2:6,14 8:20,21 9:6 12:1,6,7 17:4,10 20:13 23:7 35:15 82:2 94:17 96:1 98:10
**niece** 58:25
**niece's** 60:5,12
**night** 52:19 79:17 83:15 83:16
**nine** 12:9
**Ninth** 9:6,18 27:9,10,13 32:2,4 37:20,23 38:14 91:18
**noise** 57:21 59:25 60:16 62:2,3,6,9 63:12 68:4
**NORTH** 2:9
**notice** 4:7
**notion** 77:22
**number** 13:5 21:11

45:16 83:25 99:10,15
**numbers** 59:5

**O**

**O** 3:1 4:1
**oak** 90:19 91:2
**oath** 4:25 5:5,17
**object** 14:6 17:2 18:19 19:4,9 23:1 46:21 100:18,23
**objection** 14:13 17:8,20 46:19 102:16
**objections** 4:11 14:15,22
**odor** 97:20,22
**offender** 22:24
**offer** 14:17
**office** 23:14
**officiated** 4:24
**Oh** 53:17
**okay** 5:12,16,18 6:1,4,10 6:16,21 7:7,21 8:10,13 9:5,15 10:17 11:9 12:3 12:8 13:23 17:12 18:5 18:11,17 19:18 21:5,8 21:14 22:14 24:5,17 25:5,9 27:1,4,7,19 28:6 28:14,16 29:5,17,22 30:11,21 32:2,11,24,24 33:12,17,21 35:17 36:18,25 37:3,20,25 39:15,17,20 40:3,19,24 41:15,18,23 42:8,13 43:15,24 44:7,10 45:8 46:3 48:3,6,7,19,20 49:6,14,22 50:9 51:21 51:24 52:6,18 53:5 54:6,10,15,19 55:13 56:1,6,25 57:6,13 58:14 58:18,22 59:16,23 60:4 60:7,10,13 61:10 62:8 62:19,22 63:5,21,25 64:7,21 67:10 70:10 71:1,14 72:7 73:5 74:5 74:13 78:16 79:12,24 80:10,19 81:5,8,18 82:1 83:22,24 85:10,18,23 86:22 87:2,7,15,21 88:4

88:8,16 91:15,17 92:11 94:19,22 95:17 96:22 97:4 98:4 99:13 100:7 101:18,22 102:22,25
**old** 10:16 11:20,21 15:8 32:13,23 34:13,14 37:21 76:8
**older** 11:23,25
**once** 92:6
**once-a-month** 35:13
**one-story** 41:16,17
**open** 15:19 50:20 51:20 66:15,17 71:13
**opened** 23:10 57:15,22 60:15 62:16 65:19 66:9 66:11 78:1
**operating** 13:11
**operations** 25:19
**operator** 12:24 24:19
**opportunity** 15:2
**opposed** 69:7
**orange** 45:18
**Order** 101:11
**original** 22:19 77:20
**Orleans** 1:19 2:6,14 8:20 8:21 9:6 12:1,6,7 17:4 17:10 20:13 23:7 82:2 94:17 96:1 98:10
**outside** 51:10 58:10 76:7
**owe** 16:24 17:14 18:5,8
**owned** 27:11,12 28:7 53:14 99:2
**o'clock** 12:9

**P**

**P** 4:1
**Pacorini** 13:7,8,9,14,23 23:23 24:23
**PAGE** 3:3,9
**paid** 35:8,16
**paper** 23:8 97:9,14
**papers** 16:2 45:9
**Parfait** 1:13
**part** 4:14
**participated** 24:17
**particular** 38:9 52:20
**parties** 4:3 104:14

MICHAEL BICKHAM

May 4, 2009

**passed** 67:22
**pay** 18:14
**paycheck** 35:7
**payments** 18:3
**peaking** 85:4
**penmanship** 22:12,13
**people** 20:12 33:14 44:10
  48:12 77:1 82:5
**percent** 96:9
**perch** 73:2
**period** 69:4,13
**periods** 29:22
**permitted** 4:5
**Perry** 1:11
**person** 36:21,22 69:24
**personal** 27:16 99:4,6
  100:4
**personally** 28:8
**perspective** 72:24
**PERTAINS** 1:6
**phone** 7:10,11 99:15
  100:8,9
**photograph** 20:7 45:24
  48:21,22 84:1,12,12
  85:21 88:12,17 89:2
**physical** 30:18 96:23
**physically** 94:22
**picked** 23:11
**picking** 68:2
**picture** 19:13
**pictures** 92:13
**piece** 49:5,6
**pine** 91:2
**Pinkston** 42:6,20,24 43:3
  46:6 47:6,10,19 48:7
  49:5,15,16 71:11 72:10
  80:25 89:9,13 90:22
**place** 23:7,9 37:12 70:21
**plaintiffs** 100:24
**plastic** 34:16,17
**play** 100:19,21,25
**played** 101:14
**please** 7:15
**point** 55:10 58:10 61:11
  67:14 68:4 74:13 80:7
  80:15

**pointing** 42:9
**police** 15:4
**popped** 56:16
**popping** 53:2 60:18
**porch** 58:19
**possessions** 27:16
**post** 91:9,10 92:20,24
  93:2,4,6,8,10,15,23
  94:2
**post-Katrina** 45:24
**power** 54:23,24 55:2,3
  57:10
**Poydras** 1:19 2:13
**prayed** 80:2
**prayer** 80:3
**preparations** 34:25
  36:19 49:23 50:21 51:7
**prescribe** 96:4
**prescription** 7:22
**pressure** 95:12
**pretty** 45:25
**pre-Katrina** 84:1
**Prieur** 27:8 29:1,4,12,24
  30:2,4,8,10,14,16,18
  33:10 40:4 42:1,25
  46:1 48:17,18 52:24
  53:7,8,24 54:8,11 56:8
  84:9,19 85:15 89:4,17
**probably** 55:7
**probation** 29:17,18
**problems** 96:18
**procedure** 4:6 6:19
**process** 15:6
**progressed** 52:19
**property** 27:13 49:5,7
  87:17 88:6 98:24 99:1
  100:3
**protected** 14:24
**provided** 97:11 100:24
  101:12
**PSLC** 2:2
**psychological** 97:1
**pull** 24:13 25:17
**pulled** 69:24 70:22 75:2
**pull-down** 50:17
**purple** 95:8

**purported** 101:2
**purposes** 4:5 46:24
**pursuant** 4:7
**push** 50:19 71:25 77:11
  82:14
**pushing** 71:13
**put** 14:10,23 20:4 23:25
  29:18 34:4,7,17 35:2
  36:20,24 46:13 47:11
  49:24 50:19,21,23,23
  50:25 54:10,15 61:12
  65:7 67:25 69:15 75:5
  82:22,24 83:5,6,8,19
  85:20 88:14 89:17 90:1
  99:1
**putting** 68:3
**P.L.C** 2:3

**Q**
**question** 4:12 6:12 15:6
  28:17 68:17 86:11
**questions** 6:2,15 8:5,6,11
  94:7 101:19
**quickly** 76:5
**quit** 13:2,23

**R**
**rain** 55:17,19 56:3 76:21
  76:22,23 78:12
**raining** 55:18 76:20
**rains** 38:19
**raised** 51:13
**ran** 16:13 57:18
**range** 76:8
**rape** 18:25
**Rarely** 24:8
**Ray** 10:3
**reach** 53:13 92:19 93:1
**reached** 69:1
**read** 8:19 21:23 98:5
**reading** 4:8 21:25
**ready** 37:1,2
**real** 61:23 67:5 76:4
  93:18
**realize** 54:20 67:22
**really** 14:10 23:19 54:23
  67:4 74:8,10

**reason** 8:4,7 15:1,24
  61:25 92:16
**recalled** 20:18
**recess** 68:13
**recognize** 19:15 71:16
  86:18
**record** 7:15 14:4,4,15,24
  14:25 34:19 42:9 68:16
  93:25 97:23
**recording** 101:14
**red** 89:9
**refrigerator** 82:23
**refrigerators** 80:23
**regardless** 49:17
**register** 22:23
**registered** 23:14,16
**regular** 16:13
**reinstated** 17:13
**related** 104:14
**relationship** 11:12 28:18
  28:20
**relative** 86:19
**released** 25:25
**releasing** 25:22
**remarkable** 52:21
**remember** 6:4,5,10
  17:10 26:25 28:9,9
  30:3 33:17 37:22 38:1
  38:3,4 48:11,12 55:16
  57:9 68:17 72:16 86:1
  98:4,10,21 100:7,15
**Rene** 10:3
**reopen** 27:24
**repair** 27:25
**repeat** 6:13
**Reporter** 1:23,25 4:23
  104:3,25
**REPORTER'S** 104:1
**represented** 45:5
**REPRESENTING** 2:2,9
**rescued** 81:12 82:1,3
  83:18
**reserved** 4:13 14:22
**residence** 7:17 68:21
**responsiveness** 4:12
**rest** 31:16 37:8

MICHAEL BICKHAM

May 4, 2009

**restate** 7:14
**restaurant** 15:19
**result** 15:15 16:11 23:4
  94:23 96:23 104:16
**resulting** 45:6
**returned** 96:1
**ride** 31:9 33:11
**right** 5:7,22,25 6:11,17
  7:13 12:21 13:16 20:4
  22:2,22 23:18 24:12,25
  29:22 30:17,20,21,24
  32:19 38:13 39:4,21,23
  40:10 41:21 42:16,19
  46:4,8 47:4,11,16,17,18
  47:21,23 48:1,9,20 49:1
  49:10,17,22 51:3,6,24
  52:9 53:10,21 56:19
  57:3 58:8 60:2 61:19
  61:24 62:5 67:21 68:15
  69:3 74:2,15 75:4
  76:14 78:11,14,16
  79:16 80:7,15 81:11,22
  82:10 83:18 84:2,5,16
  85:3,7,9,9,13,15,16,17
  86:24 87:1,2,4,8,16,22
  89:2,5,7,10,11,17,18,21
  89:23,24 90:1,3,9 92:4
  93:8 94:5,21 95:14
  96:8,14 98:16,20 99:7,9
  100:5 102:12,22,25
**rise** 53:1
**Rita** 91:22,23,25 92:5,7,9
  92:12
**river** 10:8 13:3 26:22
**Road** 8:19
**Robert** 43:9
**rocking** 93:21 94:1
**Rodney** 11:17,18,19,20
  12:3
**Roman** 30:1 38:15 40:4
  46:1 84:9,18 85:2,8,13
**roof** 68:2 70:16 71:13
  74:17,21,23,24 77:7
**roofs** 41:10
**rooftops** 80:20
**room** 34:4 35:4 36:23

49:25 50:7,8 59:7,7
  61:17
**rooted** 91:13
**rope** 34:3 65:2 66:25
  82:22
**Rose** 5:2 7:17 99:25
**Rouge** 94:15,20 95:19,21
  95:23 99:15
**roughly** 29:2 86:6
**row** 49:20
**RPR** 1:24 4:22 104:2,24
**rub** 96:9
**run** 33:5
**running** 32:18,19

---

## S

**s** 4:1 12:16 51:16 58:11
  66:4 88:20 101:16
**Saturday** 23:22 24:25
  25:9,11,17 26:3
**sausage** 82:24,25
**save** 4:11
**saved** 77:5 82:13
**saw** 54:12,17 56:9 61:8
  67:14 81:8,12,24 82:16
**saying** 21:11 23:9 31:13
  45:11 48:22,22 56:7
**says** 39:8 45:18 57:21
  98:24
**school** 8:14,16 10:13,14
**schooling** 8:25
**Scrap** 79:8
**scraping** 102:13
**scrub** 95:15
**seal** 31:2
**sealing** 4:9
**searched** 97:5
**second** 65:9 68:20 69:2
  84:8
**seconds** 102:10,23
**section** 1:7 69:11 71:4,6
**sectioned** 49:8
**see** 38:15,19,22 39:2,8
  41:4,20 45:17 46:3,9
  48:21 53:3,17,22 54:1
  55:6 56:15,17,20 57:24
  58:23 59:24 60:5,12,17

60:19,21,21,23,23,25
  61:1,2,3,5 77:1,1 78:1,2
  78:7,10 79:13,14,15
  80:12,14 81:2,5,7,16,22
  84:11,13 85:5,14 86:15
  88:16 89:8 90:14 92:4
  98:24 99:14
**seeing** 97:12
**seek** 95:17,22
**seen** 15:8 41:12 61:6
  75:17 80:20 81:14,25
  95:9,25
**seepage** 39:2
**seizure** 82:11
**sell** 97:9,10,11,13,14
**send** 26:16
**Senior** 8:17
**sense** 95:2
**sent** 26:14
**separate** 21:10
**serve** 15:15 16:11
**served** 15:21 29:14
**services** 17:24 45:17
**set** 104:7
**seven** 15:16 23:23 24:1
  29:14,16,21 48:25
  67:16,17
**seventeen** 10:16
**sex** 22:23
**sexual** 15:11,13 18:22
  19:7
**SF-95** 20:11 21:10
**SF-95s** 20:18
**shift** 70:13
**shifted** 71:15 72:15 73:1
  73:8,11,13 74:11
**shifting** 70:25
**ship** 24:15
**ships** 13:10 24:8,10
  25:14,15,17,23 26:9,12
**shipyard** 12:19 25:13
**shirt** 61:12 83:6,7
**shoes** 96:17
**shop** 27:21,24
**shorthand** 104:9
**Shorty** 83:16

**Shorty's** 83:15
**shot** 7:4
**show** 20:9,24 42:9 45:15
  83:24 86:16
**showed** 15:17 31:17,20
  32:5,6 92:14
**showing** 19:14 20:17
  48:23
**shows** 39:23 73:6
**shut** 25:13
**Sickle** 83:4
**side** 9:17 28:3 32:3,4
  37:24 42:3,5,18,21 43:7
  49:4,15 82:15 90:21,22
  90:23
**sides** 59:4
**sidewalk** 90:24
**sign** 21:22 22:1 91:24
**signature** 20:6,25 21:5
  21:12,21 22:10,18,19
  99:19
**signatures** 21:8,15
**signed** 21:12 22:14 45:8
  98:2
**signing** 4:9
**single** 63:5,9 65:14
**sir** 8:12 16:18 17:15
  26:14 32:8 44:24 45:14
  51:23 55:15 57:8 60:3
  60:6 67:25 79:9
**sister** 32:12,22 35:24
  59:14 64:22
**sisters** 36:9
**sister-in-law** 68:2
**sit** 35:3 70:20 72:18,20
  74:8 80:1 82:4
**sitting** 5:25 41:18 54:2
**six** 67:16,17
**skeptical** 33:6
**skin** 96:16
**slab** 51:13,14
**slapping** 56:19
**sleep** 51:24 52:10,10,11
  97:6,12
**sleeper** 62:16
**sleeping** 34:8 52:16

MICHAEL BICKHAM

May 4, 2009

Page 10

**slide** 50:18 92:20
**slowly** 42:8 46:9
**smoke** 82:24
**Snake** 67:4,5 70:3,4
  75:15,24 76:3
**soak** 95:15
**soaking** 55:21,23
**social** 16:19
**soft** 96:16
**solid** 51:12
**somebody** 22:14 62:12
**son** 11:17 57:16
**sons** 7:12
**sorry** 5:8 26:2 40:23
  53:18 62:19 65:12
  66:18 73:15
**sort** 28:3
**sought** 4:15 97:1
**sound** 62:11,11,22 63:1
  63:15,18,22,23,24,24
  64:5,7 77:20,21,24
  78:15,17,22 79:3,7,10
  102:1,3,5,6,7,14,20
**sounded** 62:10,14,15,24
  63:3,10 77:23,25 79:3
  79:11
**sounds** 102:14,19
**Southern** 79:8
**speak** 7:3
**specifically** 4:10 26:17
**splash** 56:20 60:24
**splashing** 56:9 61:6
  79:13,14
**St** 9:16 78:23 96:3
**stairs** 65:25 66:3
**stairway** 65:13,14
**stand** 37:9
**standing** 61:8,9 90:19
  95:4
**start** 6:25 28:18 33:2
  59:23 70:20
**started** 28:20 29:25 30:1
  30:3 53:1 57:16,17
  59:10,13 60:11 61:12
  64:14,16 66:25 68:19
  69:1 70:18 71:2,6

75:16
**starters** 28:4
**starting** 35:15 95:7
**state** 4:23 16:5 17:22
  18:8,9 104:3
**statement** 52:13
**STATES** 1:1
**statute** 97:16
**stay** 31:11 36:1 84:25
**stayed** 32:13 36:2,5,11
  36:12 75:2 91:11 94:16
**staying** 31:9
**step** 51:20 65:5 99:21
**stepdaughter** 53:15 87:9
  88:2,20 90:4 99:22,23
**steps** 51:15 65:5,9 66:19
  67:14,24 68:20 72:2
**stevedores** 13:8,9
**sticker** 20:4
**stinging** 76:24
**STIPULATED** 4:2
**stipulation** 5:3 14:14
**stipulations** 14:21
**stole** 97:8,10
**stop** 25:18 31:24 33:12
  53:5 58:8 61:5,24 65:5
  97:20
**stopped** 64:6,11,12 71:12
  95:10,14
**stops** 85:9
**store** 27:23
**storm** 34:6
**story** 69:2
**straight** 23:13 51:19
  66:1 73:3
**street** 1:19 2:5,13 9:7
  13:5 24:3,4 26:21 29:4
  30:25 33:10 38:7 40:13
  40:14 41:1,24 42:3,18
  42:22,24 43:7,18,19
  44:3 48:16 53:11 55:3
  55:14 57:10 73:12,14
  77:6 82:4 84:7,8,10
  87:2,10 89:16 90:18
  92:23 93:5
**streetlight** 92:18,24

**streetlights** 57:12
**streets** 10:4 86:18
**strong** 56:4,5 68:7,9
**stucco** 51:10,21
**stuff** 28:5 35:2
**submitted** 98:12,15
**sue** 45:12
**suffer** 83:3 96:22
**suffered** 83:2
**sufficiently** 71:15
**Sunday** 25:3,12,20 26:3
  26:5,24 30:24 49:22,23
  51:25 52:2,19 55:8
**Superdome** 97:8,11
**supervision** 104:10
**supplies** 35:6
**support** 17:14,18,24 18:3
  18:6,11
**supposed** 23:8 31:3 35:7
**sure** 6:6,6
**surgery** 34:9,15,15
**survived** 75:21,22
**suspended** 16:22,23,25
  17:6 19:21
**sweat** 61:12 83:7
**sweating** 97:6
**swimming** 38:1 67:9
  75:17
**swing** 55:20
**sworn** 5:4,20 104:6
**Sylvia** 42:4,12,14,17
  43:25 44:1 46:7 48:3
  48:17 80:25 89:13
  90:23

---

### T

**T** 3:1,7 4:1,1
**take** 7:2,9,10,13 15:8
  16:4 31:15 37:4 42:8
  52:19 57:17 68:12
  81:18 96:7
**taken** 4:5 7:24 14:15
  18:2 104:8
**talk** 20:10 23:18 33:19
  44:23 51:6
**talking** 6:25 7:1 14:18
  37:14 38:23 41:7 85:23

87:13 93:22 100:7
**tape** 101:13
**tax** 17:22,22
**Tchoupitoulas** 12:22
  20:14
**tearing** 25:18
**television** 31:12
**tell** 5:20,21 6:6 8:13 14:3
  27:7 49:8 52:13,18
  54:24 68:6 72:25 73:7
  74:5 77:23 80:13 102:9
**telling** 7:11 26:16 49:3
  68:9 95:6
**ten** 14:8 58:17 59:18,21
  98:25
**Tennessee** 40:13,14,15
  41:24 53:12 73:12,13
  77:12 82:10
**tenth** 8:15,25
**terms** 51:8 55:17 76:19
**testified** 5:16 16:5 101:25
**testify** 15:25 104:6,7
**testimony** 39:6
**Texas** 94:10
**Thank** 101:20
**theft** 16:10,12
**thereof** 4:14
**they'd** 24:11,13
**thing** 6:23 34:5 35:11
  45:19 47:22 50:25
  60:14 62:11 72:16
  77:19 78:25 79:25
  84:17 95:14 102:11
**things** 25:25 26:19 46:10
  56:7 77:1 80:3,22 93:2
  101:11
**think** 27:2 29:8 35:20
  37:9,10 43:22 49:24
  68:16,21,25 71:20 72:3
  74:18 78:15 84:19
  94:13 99:18 101:18
**thinking** 37:3 74:9
**thirteen** 68:5,8 72:21
**Thomekia** 22:16 53:16
  88:2,4 90:7 99:20,21
**thought** 56:7 58:2 59:17

MICHAEL BICKHAM

May 4, 2009

59:24 60:16 62:19,20
62:22 63:15
**thousand** 98:25
**threat** 52:15
**threatened** 16:3
**three** 13:1,16 21:8 29:8
40:8 49:20 61:22 64:5
65:4,9 66:19 67:14,24
68:20 94:13
**threw** 23:15 65:6
**tickets** 16:24
**tides** 25:13
**tie** 25:25
**tied** 25:15
**time** 4:13 12:1,4 15:15
16:11 24:24 25:10
26:24 30:9 32:7 38:6
38:10,13 54:19 55:21
57:1,2,9 61:11 67:21
68:18,18,25 69:15
70:22 73:25 76:11,15
76:18 78:8 81:24,25
82:6 83:19 92:6 96:7
102:8
**tissue** 97:9,14
**today** 12:8 23:16 44:16
44:20 72:18,20 74:8
83:7
**toes** 95:7
**told** 21:25 30:17 31:13
34:4,7,24 36:23 37:10
55:23 57:20 58:1 61:4
62:18,23 64:23 66:23
68:21 70:2,14,16 82:5
82:14 86:13,14 96:6
**top** 39:8 57:25 60:22
65:5 82:23
**tore** 87:23
**touch** 92:20,21 93:2
**tour** 29:7
**trade** 9:3
**traffic** 16:24
**training** 9:2
**transcribed** 104:10
**transcript** 101:1
**transcription** 104:11

**transformer** 58:3 60:16
62:21,23,24 63:16
**transportation** 31:4,5,6
**trapped** 74:25
**treated** 97:18
**treatment** 95:17,22 96:5
97:2
**tree** 34:18 68:3,5,9 71:7
71:11,12,12,16,17,20
71:22 72:3,5,17 73:3,19
73:22 74:17,18 75:3,6,7
75:11 76:15,16 79:17
79:18 80:1,8,14 81:20
85:23 86:3 90:14,16,19
90:20,20,21,23 91:1,3
91:11,12,15,19,25 92:3
92:15,17,19,25 93:1,3,7
93:9,14,20,23 94:2,3
**trees** 46:10,20 71:9,9
**trick** 6:15
**tried** 31:2 71:25 97:9
**tripping** 70:15
**truck** 83:5
**true** 104:10
**trunk** 51:1,2 65:6,7,7
**truth** 5:20,21 104:6
**try** 5:14 52:10 86:14
90:16 95:3,6
**trying** 29:8 32:17 33:19
70:13,21 82:25 85:5
102:8
**tubing** 96:9
**turn** 35:3
**turned** 16:4 34:2 52:24
54:22,24 57:5 80:2
86:13 95:8
**TV** 52:4 81:9,10,24
**twelve** 15:7 24:1 33:11
68:1,3,4,22,25 69:3,7
**twelve-minimum** 69:13
**twelve-minute** 69:4
**twenty** 69:8
**twenty-eight** 28:22,23
**Twenty-one** 11:21
**two** 20:10 21:10 29:8
34:16 35:12,18 36:13

38:20 50:2,4,5,5 61:22
62:12,14 64:5 82:12,21
86:6 93:2 100:4 102:1
**type** 8:2 14:1 50:17 51:9
96:12,19 102:13
**T-shirt** 97:13

—————————
**U**
—————————

**U** 4:1
**Uh-huh** 16:8 22:8 29:16
39:11 60:1 101:8
**um** 10:16 11:2,3 12:19
29:2,7 30:1,5 50:18
60:13 95:20 96:2,8
**underneath** 35:24 75:2
86:15
**understand** 5:13,19 6:13
6:14,18,20 8:6,10 47:1
68:10 79:5 86:12 101:5
101:10
**understanding** 104:12
**underwater** 57:19 58:7
73:9,10
**unemployment** 17:21
**Unh-unh** 77:10
**union** 24:21
**UNITED** 1:1
**University** 8:23
**unload** 24:13
**unloaded** 24:5,7,9
**unpaid** 17:17
**Untie** 26:9
**untied** 25:16
**untying** 26:7,12
**upper** 59:2
**uprooted** 72:4,5
**upstairs** 36:13 38:11
41:8 55:24 57:14,23,24
64:25
**Urquhart** 30:1 38:15
**USA** 1:13,14
**use** 39:5 84:23
**U.S** 98:6

—————————
**V**
—————————

**v** 1:8,9,10,11,12,13,14
**Vagueness** 17:20

**value** 99:1
**Varra** 100:13
**vegetation** 46:9,19
**vest** 49:24
**vision** 97:17
**visit** 92:7,9
**vocational** 9:2
**voice** 7:3 101:16

—————————
**W**
—————————

**wait** 46:18 70:21
**waiting** 31:24
**waived** 4:10
**wake** 97:6
**walk** 15:21 34:10 36:25
53:6 55:2,5 58:15
59:18 66:10 87:18
96:15
**walked** 31:16,18 32:14
33:21 40:10 41:9 42:2
42:10 52:24 53:7,18
59:6,20 61:14,16 66:24
67:2 87:10
**WALKER** 2:11 3:5 5:6
7:8 12:15 15:14 17:5
17:11,23 18:21 19:5,12
19:25 20:16 21:4 22:9
23:3 26:11 34:21 39:12
45:23 46:22 47:3,5,15
63:8 68:14 84:6 86:23
88:3,21,23 90:13 94:4
97:24 100:20 101:7,15
102:15 103:1
**walking** 32:15 34:16
53:15 55:6,14
**wall** 23:9 53:2,3,23 54:1
54:1,4,5 56:13,18,20,21
56:23 57:25 60:18 61:1
61:2,8,9 69:16 72:1
78:6 79:15
**want** 6:3,7 14:10 15:1
39:5 45:13 51:6 66:12
66:14 83:11 86:14
97:13,19
**wanted** 15:5,19 20:24
33:5 91:24 97:11
**Ward** 9:6,18 27:9,10,14

MICHAEL BICKHAM

May 4, 2009

32:3,4 37:21,23 38:14 91:18
**waring** 54:20
**warm** 97:14
**warrant** 22:22 23:11
**wasn't** 15:2 29:16 30:11 38:12 51:11 52:16 55:15,18,20 56:16,24 58:4 62:13 70:19 82:18 94:2
**watch** 54:21
**watched** 42:7 80:24 82:9
**watching** 52:3,5,8 54:3
**water** 37:18 38:20,22 39:2 50:24 52:25 54:3 54:4 55:13 56:10,11,15 56:17,17 57:25 59:10 59:21 60:17,24 61:3,21 64:24 65:4 66:19,23 67:3,14,15,23 68:6,9,19 69:1 70:7 75:16 76:10 78:2 80:13 82:12,22 86:15 95:4
**waves** 75:1
**way** 7:9 18:10 49:2 59:16 65:8 77:16 92:13 94:1 104:15
**wearing** 37:1
**weather** 52:5,8 55:16 76:18
**week** 23:24 24:1 35:8
**weeks** 29:9
**Wendy** 12:16
**Wendy's** 12:11
**went** 8:13 15:18 23:13,14 27:5 29:4,12,18,19 30:1 30:6 33:12,22 37:8 41:2,23 51:19 52:9 55:24 57:6,7,14,14 58:9 58:10,18 59:10,24 60:4 60:11,14,16 61:13,25 64:13,17,19,20,21,25 74:21 75:6 79:12 82:8 82:10 93:12 94:3
**weren't** 25:19
**wet** 55:21,23

**we'll** 5:14 20:10 45:16 47:11 48:6 51:5 82:15 83:25 84:25 88:4
**we're** 5:8 6:2 23:18 31:9 31:9 39:6 54:2 89:17 89:19 94:5
**we've** 14:14,21 22:3 28:21 83:3,11 84:18 89:24
**wharf** 26:21 31:1
**whip** 55:19
**white** 47:22 60:22 89:10
**wife** 58:25 68:3 83:1,2 97:10
**WILKINSON** 1:11
**wind** 54:3 55:17 56:1,3,5 56:11,14,18 76:22,23 93:21 94:1
**window** 57:19 59:8 61:17 69:12
**windows** 34:1
**winds** 37:13,15 52:23 53:4
**wind-whipped** 56:9
**wish** 31:7
**witness** 4:4,25 5:3 7:6 26:4,8 104:5
**woke** 62:7,15
**wood** 51:9,10,21
**words** 49:11
**work** 12:9,10,18,25 13:3 13:4,15,17 23:22,24 25:14 27:25 33:9 76:7
**worked** 12:16 23:23 24:1 25:9,11 30:21 82:3
**working** 12:8 25:1 26:20
**wouldn't** 15:25 27:23 71:5 83:1 89:5
**wound** 90:14
**written** 101:1
**wrong** 57:20,22 100:5
**wrongful** 99:6

| X |
| :---: |
**X** 3:1,1,7,7 46:13 48:7 85:20 88:14 89:24

| Y |
| :---: |
**Y** 9:9
**yard** 40:16 59:8 71:10,11 78:19
**yeah** 5:23 9:12,14,25 10:9,10,14 11:6,8,24 13:13,22 15:24 18:4,13 18:16 19:17 20:23,23 21:17 22:21 25:8 28:2 28:4,15,24 29:11,13,25 30:15 33:1,15,16 34:12 39:19,22 43:22 44:4 45:22 47:13 48:1 49:13 49:21 50:1,8 54:14 55:9,9,12 56:22 59:6 62:4 63:17 64:9 65:11 65:24 66:8 67:20 72:23 73:23 76:17 80:9 81:25 83:21 84:22 85:22 88:15 89:25 90:8 91:7 91:14,16,20 93:1,10 94:1,18 98:8,11,14 99:3 99:5 100:6,12 102:24
**year** 12:17 29:6,19,20 94:20,21
**years** 7:20 10:16 11:21 13:16 14:8 15:8,16 28:22 29:2,14,17,21 34:14
**Yep** 13:19 35:11
**y'all** 32:14 68:8 74:14 76:6

| $ |
| :---: |
**$23** 35:12

| # |
| :---: |
**#75005** 1:25 104:25

| 0 |
| :---: |
**05-4182** 1:5
**05-5531** 1:8
**05-5724** 1:9
**06-5342** 1:10
**06-6299** 1:11
**06-7516** 1:12
**07** 99:17

**07-3500** 1:13
**07-5178** 1:14

| 1 |
| :---: |
**1** 3:10 13:5 19:18,22 21:9 96:9 99:17
**101** 3:6
**1100** 1:19 2:13
**1348** 74:23,24
**14** 100:12
**15-1421** 16:19
**18-wheeler** 82:24 83:5
**1838** 30:12 39:8,15 45:18
**1838-1/2** 30:12
**1838-1840** 39:24
**1840** 27:8 29:1,12 30:12 39:14 40:11 49:5 74:24 98:19
**1840-1/2** 30:12
**19** 3:10

| 2 |
| :---: |
**2** 3:11 21:1,20 98:1 99:17
**20** 18:9
**2005** 25:7 100:12
**2007** 99:18
**2009** 1:20
**21** 3:11
**22** 3:12
**2300** 1:18 2:12
**2407** 5:2 7:17 99:25
**28th** 99:18
**29th** 25:6

| 3 |
| :---: |
**3** 3:12 22:4,6,17 99:16
**366-0284** 99:10,15
**38** 59:5
**39** 3:13

| 4 |
| :---: |
**4** 3:13 31:13,13 37:8 39:7 39:9 73:5
**4th** 1:20
**40** 59:5
**438** 16:19
**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** 16:20

MICHAEL BICKHAM

**45** 3:14
**49** 7:20

---

**5**

**5** 3:5,14 45:16,20 49:18
**504-585-7000** 2:15
**504-885-7700** 2:7

---

**6**

**6** 3:15 83:25 84:3,25

---

**7**

**7** 3:16 84:16,24 86:17,20
**70053** 5:2
**70113** 2:6
**70163-2300** 1:20 2:14

---

**8**

**8** 3:17 90:10,11
**821** 2:5
**84** 3:15
**86** 3:16

---

**9**

**9/23/59** 16:17
**90** 3:17
**911** 76:11