# EXHIBIT 6

Deposition of James Hall Including Exhibits 3 and 4

1

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4    IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

     CONSOLIDATED LITIGATION

5

                                        NO. 05-4182

6                                       and consolidated cases

7                                       SECTION "K" (2)

8    PERTAINS TO: BARGE

9    BOUTTE V. LAFARGE        05-5531    JUDGE STANWOOD R.

     MUMFORD V. INGRAM        05-5724    DUVALL, JR.

10   LAGARDE V. LAFARGE       06-5342

     PERRY V. INGRAM          06-6299    MAG. JOSEPH C.

11   BENOIT V. LAFARGE        06-7516    WILKINSON, JR.

     PARFAIT FAMILY V. USA    07-3500

12   LAFARGE V. USA           07-5178

13   WEBER V. LAFARGE         08-4459

14

15        DEPOSITION OF CAPTAIN JAMES HALL, 34220 CANE MARKET

16   ROAD, WALKER, LOUISIANA  70785, TAKEN AT THE OFFICES OF

17   CHAFFE, MCCALL, 1100 POYDRAS STREET, SUITE 2300, NEW

18   ORLEANS, LOUISIANA  70163, COMMENCING AT 10:00 ON MARCH

19   17, 2009.

20   APPEARANCES:

21   FOR PLAINTIFF :

22        LAW OFFICE OF BRIAN GILBERT

23         (BY: PATRICK SANDERS, ESQUIRE)

24         821 BARONNE STREET

25         NEW ORLEANS, LOUISIANA

**2**

1   APPEARANCES (CONTINUED):

2

3   FOR DEFENDANT LAFARGE NORTH AMERICA:

4       CHAFFE, MCCALL

5       (BY: ROBERT FISHER, ESQUIRE AND THOMAS FORBES,

6       ESQUIRE)

7       1100 POYDRAS STREET, SUITE 2300

8       NEW ORLEANS, LOUISIANA  70163

9

10  FOR DEFENDANT AMERICAN CLUB:

11      MONTGOMERY BARNETT

12      (BY: RONALD J. KITTO, ESQUIRE)

13      1100 POYDRAS STREET, SUITE 3200

14      NEW ORLEANS, LOUISIANA  70163

15

16

17

18  REPORTED BY:

19      LAUREN S. BREWSTER

20      CERTIFIED COURT REPORTER (#99001)

21      IN AND FOR THE STATE OF LOUISIANA

22                    * * *

23

24

25

**3**

1              INDEX OF EXAMINATIONS

2   EXAMINATION                    PAGE

3   BY MR. SANDERS. . . . . . . . . . . 5,86

4   BY MR. FISHER. . . . . . . . . .  56,89

5

6

7              INDEX OF EXHIBITS

8   HALL NUMBER 1. . . . . . . . . . . . .21

9       MAP

10  HALL NUMBER 2 . . . . . . . . . . . .  21

11      HARBOR CHART

12  HALL NUMBER 3. . . . . . . . . . .  21

13      AERIAL VIEW

14  HALL NUMBER 4. . . . . . . . . . .  22

15      CLOSE UP AERIAL VIEW

16  HALL NUMBER 5. . . . . . . . . . ..  56

17      SKETCH

18  HALL NUMBER 6. . . . . . . . . . .  57

19      LICENSE

20  HALL NUMBER 7. . . . . . . . . . .  90

21      CHART

22  HALL NUMBER 8. . . . . . . . . . .  91

23      INLAND RIVER REPORT

24

25

**4**

1                S T I P U L A T I O N

2       It is stipulated and agreed by and between

3   the counsel for the parties hereto that the deposition

4   of the aforementioned witness is hereby being taken

5   under the Federal Code of Civil Procedure, for all

6   purposes, in accordance with law;

7

8       All formalities, including the reading and

9   signing of the transcript by the witness, are hereby

10  waived.

11

12      All objections, except those as to the form

13  of the question and the responsiveness of the answer,

14  are hereby reserved until such time as this

15  deposition, or any part thereof, may be used or sought

16  to be used in evidence.

17

18                    * * * *

19

20      LAUREN S. BREWSTER, Certified Court Reporter

21  in and for the Parish of Orleans, State of Louisiana,

22  officiated in administering the oath to the witness.

23                    * * *

24

25

**5**

1              CAPTAIN JAMES HALL

2              34220 CANE MARKET ROAD

3              WALKER, LOUISIANA 70785

4         having been first duly sworn as a witness,

5         was examined and testified as follows:

6                    * * *

7              ↲EXAMINATION

8   BY MR. SANDERS:

9       Q   Captain Hall, my name is Patrick Sanders and

10  I represent some flood victims that suffered damages

11  in the Lower 9th Ward.

12      MR. FISHER:

13          Can we make appearances before we get

14      started just for the record, is that all

15      right?

16      MR. SANDERS:

17          Yes.

18      MR. FISHER:

19          We will have everybody introduce

20      themselves.

21      MR. SANDERS:

22          Pat Sanders on behalf of the

23      plaintiffs.

24      MR. FISHER:

25          Robert Fisher of Chaffe McCall on

**6**

behalf of Lafarge North America.
MR. KITTO:
      Ronald Kitto with Montgomery Barnett on
behalf of American Club.
MR. FISHER:
      American Club who are the insurers of
Lafarge North America among other insurers.
I think that's it.
BY MR. SANDERS:
      Q   You were listed as a witness by Lafarge and
we are just here today to maybe find out what we might
expect as far as your observations during Hurricane
Katrina and so forth.  Could you give us your name and
address for the record?
      A   James R. Hall, Junior, 34220 Cane Market
Road, Walker, Louisiana 70785.
      Q   Currently by whom are you employed?
      A   Right now I'm working as a trip pilot and I
work for different companies.  You just contract to
different companies and right now I'm currently off
the boat renewing my license.
      Q   What is your date of birth?
      A   12/20/70.
      Q   Did you bring any documents?  The subpoena
called for some documents, do you have any?

**7**

      A   No.  That's one thing the boats' captains
usually don't keep a record of that.  It's filed on
the boat, one copy is and one copy is sent into the
office.  And I called Stag Marine and supposedly
they're supposed to fax it to somebody over here,
attention Edward, whoever that is.  I spoke with him
yesterday.
      Q   Edward Moreno?  We weren't faxed anything.
      A   I had nothing to do with that.  It's in
Morgan City.
      Q   I understand.  So who was your last
employer?  I know you are doing boat trips now, but
was Stag Marine your last full time employer?
      A   No.
      Q   Who was your last employer?
      A   Tex Mex Marine, a company called Tex Mex
Marine out of Houston.
      Q   And going back in time, could you take me
back through your employment history up to the storm?
So you are a trip guy now but before that it was Tex
Mex Marine?
      A   Tex Mex and prior to Tex Mex I worked
regular for three different companies, actually a
company called River Ventures.  Their office is in
Geismar.  And I worked for them as a trip pilot in the

**8**

fleet in Baton Rouge and they just went through a sell
out.  I'm trying to think of who actually owns it now.
It was HBL in Baton Rouge.  It was a Tiger fleet and I
think they sold out to Ingram Barge Line or something.
They had something to do with Ingram Barge Line.  And
other than that I usually work through kind of like a
staffing service here in New Orleans.  Boat Crews is
the name of them.  They just call on a job to job
basis and I call them and they let me know when I'm
available, give them the times and all availability
and they will call me and negotiate price and time and
all that.
      Q   At the time of the storm were you employed
by Stag Marine or the staffing company?
      A   Stag Marine.
      Q   How long had you worked for them?
      A   Off and on for three or four years off and
on.
      Q   I overheard you say you have given a
deposition before.  Just to remind you, it's okay to
say you don't remember if you don't know an answer,
it's okay.  We are just here to get some information.
If you don't understand a question, tell me and we
will talk about it.  Since the storm you have worked
as a captain?

**9**

      A   Uh-huh (affirmative response).
      Q   And that's pretty much on push boats,
tugboats?
      A   Either/or.
      Q   And in August 2005 you were the captain of
what vessel?
      A   MR. WAYNE.
      Q   That was owned by Stag Marine?
      A   Uh-huh (affirmative response).
      Q   It's my understanding that you rode out the
storm on the MR. WAYNE; is that correct?  And the
storm happened I guess in the morning hours of Monday,
August 29th.  If you could take us through maybe like
if you recall Thursday through the storm, were you on
the MR. WAYNE that entire time?
      A   Yeah.  All right.  We were on a job in Black
Bay and it was a contract job for a construction
company.  And I can't recall the name of it at this
time.  Stag has all that information.  But they were
on a demolition job picking up pipe line from platform
to platform.  They would pick it up off the bottom
divers and whatnot and they would pick a pipe up, cut
it in links and they would survey it for radioactive
materials and whatnot and if it passed the surveyor or
whatever they got the Geiger counters and they get on

**10**

there and if it was a below a certain number then they
would send it to Southern Scrap, that particular load
to Southern Scrap on the Industrial Canal.

Q   So you were moving essentially scrap back
and forth from Black Bay to Southern Scrap?

A   Uh-huh (affirmative response), scrap pipe.

Q   Was that your sole job I guess from Thursday
before the storm through the storm or did you do other
jobs too?

A   Well, it was anything directly related to
that construction company, whether it be crane barges,
whether it be materials and it's all transmitted on
flat deck barges.

Q   So essentially you were assigned to this
construction demolition project?

A   That was that boat's contract, yeah.  It was
a contract job.

Q   And do you remember back Thursday before the
storm exactly, did you make any trips to Southern
Scrap or were you held up in Black Bay waiting for
loading?

A   When the storm started approaching I was in
Black Bay.

Q   What day did the storm start approaching?

A   That was I think around -- well, it actually

**11**

started approaching that Thursday.  It started
tracking this way Thursday or Friday.  And there was a
big debate between me and another captain that was
working for another company that was also contracted
on the job, there was another boat there with us
called the MISS JENNIFER.

Q   What was the debate?

A   The debate was if and when do we pull out,
you know.  And the construction company that we were
contracted with didn't want to pull out and if it had
not tracked this way it's a common thing during a
hurricane with a boat.

Q   So if I could summarize it, they wanted you
to keep working and y'all were debating as to whether
to seek safe harbor?

A   Exactly.

Q   And as a master of a vessel you control that
vessel; is that correct?

A   That's correct.

Q   That's even against Stag Marine?

A   That's right.

Q   Even against that construction company?

A   That's right.

Q   So you do what is best for your vessel and
crew?

**12**

A   Uh-huh (affirmative response), and
ultimately that's what I did.  I pulled out and left.

Q   On what day was it that you pulled out and
left?

A   That was -- the storm actually hit Saturday
morning.

Q   I think it was Monday morning.

A   Monday morning.

Q   The 29th.

A   Okay.  Monday morning.  That was Sunday
morning when I got off watch, Saturday evening.  And
that particular company only rides one captain on a
boat and you know in certain conditions that you got
to make calls ahead of time, a lot further ahead of
time.  You have nobody to relieve you if you need to
pull out and start heading somewhere for safe harbor
then you either ride it all the way through.  Well,
that's your only option, to ride it all the way
through.  And so that's what I was thinking about
around Saturday.  Saturday evening when I got off
watch I called the other boat and I spoke with the
other captain and he and I were debating whether if
and when we were going to pull out and whatnot and he
asked me what I thought and I told him by the looks of
the hurricane the way it was tracking I was definitely

**13**

going to pull out, it was just a matter of did they
want me to bring their equipment with me or not.  If
they want to keep working I will leave it here, but by
the way the crane barges and all are on a spud system,
what they call a spud system -- I don't know if you
are familiar with that.  It's legs on a barge.  And
they were watching in the area whether they could
reach the bottom of the spuds and everything was
spudded down and they had just a piece from -- it was
an old platform that they used the pilings from it to
tie off the empty flat decks until they needed to load
them and whatnot.

Q   How were you monitoring the weather?  Were
you in contact with Stag Marine and they were advising
you or did you have monitoring equipment on your
vessel?

A   Yeah.  I was monitoring it through the Coast
Guard on channel 22.  The Coast Guard was giving
updates to mariners and also I was watching it in the
galley on the T.V.  When we were tied up I would go
down to the galley and get a visual on how it was
tracking and whatnot, and until it gets awful close I
can't pick it up with radar anyway until it gets
40 miles or so closer inland.  But the debate that
evening, like I say, was whether to stay or go or what

**14**

1  we was going to bring, if they were going to bring
2  their equipment or they wanted to keep working.
3  Naturally, welcome to it as far as I was concerned but
4  I was -- this was not my company.  I was worried about
5  the boat and the crew.
6      Q   When you left did you take a barge with you
7  or you left the boat?
8      A   I took I think three barges with me.
9      Q   Where did you bring them?
10     A   I brought them the MISS JENNIFER, took the
11 crane barges and I took the flat decks that we were
12 using on the transport and we both cut out.  That next
13 morning, that's what I was going to say earlier, when
14 I went to bed that night they was debating it and I
15 told the other captain -- before I went to bed I
16 called him on the radio and I said, before I go to
17 bed, in the morning when I wake up and when I am
18 eating breakfast in the galley, if it's still tracking
19 this way I'm leaving, as soon as I finish breakfast,
20 so whatever they need to do, they need to get in
21 contact with us and let me know what they want us to
22 do, because after breakfast I'm leaving one way or the
23 other.  So after breakfast the next morning I talked
24 to him and they were still kind of debating and the
25 deckhand fired the engines up and then they made the

**15**

1  decision that they wanted their equipment to come in.
2      Q   That's the three barges?
3      A   Yeah.
4      Q   Did you bring them in?
5      A   I brought them up the Industrial, to the
6  west bank of the Industrial on the Southern Scrap side
7  directly -- almost directly across from Boh Brothers
8  Construction.  And we spudded the crane barge down the
9  other boat and we breasted up the flat decks.
10     Q   So you brought them essentially to Boh
11 Brothers?
12     A   No, across the Industrial from Boh Brothers.
13     Q   And that area of the Industrial Canal, it is
14 north of the Florida bridge?
15     A   South of the Florida Street bridge, towards
16 the Mississippi Gulf Outlet.
17     Q   I have got some pictures here.  Let me show
18 you this aerial view.  This is the Industrial Canal.
19 This is the Intercoastal (indicating).  So where about
20 did you bring -- this is the Florida bridge and the
21 Claiborne bridge is down here.  That is the
22 Mississippi River.
23     A   Okay.  Well, it was completely off this map.
24 It was down below Southern Scrap and the Florida
25 Street bridge.  If you have a picture of the Florida

**16**

1  Street bridge or in that area.
2      Q   So you went under the Florida bridge?
3      A   No.  No.  Beyond the Florida Street bridge.
4  There is no other boat traffic bridge where you got to
5  contact traffic and the only bridge there beyond that
6  is that Paris Road bridge or whatever it is, the
7  high-rise that goes over the Industrial.
8      Q   Is that near where you brought the barges by
9  Paris Road?
10     A   Uh-huh (affirmative response).  Yeah.  It
11 was just above that bridge on the right descending
12 bank of the Industrial.
13     Q   Okay.  This is Paris Road bridge, this is
14 the Industrial Canal.  Does that help you?  That's the
15 same picture?
16     A   Yes, it's the same picture.  This would be
17 the Industrial here (indicating).
18     Q   This is the Industrial?
19     A   Uh-huh (affirmative response).
20         MR. FISHER:
21             That is the GICW, the MRGO, Industrial
22         Canal is here (indicting).  You are holding
23         it north upright.
24         THE WITNESS:
25             Okay.

**17**

1          MR. FISHER:
2              Your finger is pointing at the Paris
3          Road bridge close to the Michoud Canal.
4          THE WITNESS:
5              Do you have it at the point where it
6          crosses the Industrial?  Do you have a
7          picture of it where it crosses the
8          Industrial?  It's not even on this.  I would
9          feel better looking at the chart.
10         MR. FISHER:
11             Okay.  Here is the chart.  This is
12         where NOAH chart 11369 Lake Pontchartrain
13         and Maurepas area or we got that one too.
14         This is better.  Well, not better but this
15         is more to scale.  Lake Borgne Outlet Canal,
16         GICW and here is your junction, the MRGO and
17         the --
18         THE WITNESS:
19             That's where the Paris Road bridge
20         crosses right here (indicating).
21         MR. FISHER:
22             Yeah.  That's the Route 47 bridge.
23         THE WITNESS:
24             All right.  We were above it on the
25         right descending bank here (indicating).

18

```
 1   MR. FISHER:
 2       Would that be the north bank or the
 3   south bank?
 4   THE WITNESS:
 5       That would be -- the way the Industrial
 6   is facing it would be the south bank.  Yeah,
 7   the south bank.
 8   MR. FISHER:
 9       Can we ask him to make a circle
10   approximately where they were?
11   MR. SANDERS:
12       Yeah.  Do it to this one.
13   MR. FISHER:
14       Yeah.  This one is a larger scale.
15   Just get your bearings first and circle
16   around where you were.
17   THE WITNESS:
18       Okay.  We spudded the barges right --
19   that would be Boh Brothers now.  Where is
20   the scale on this?
21   MR. FORBES:
22       This is a mile one.
23   THE WITNESS:
24       So we were right about here
25   approximately (indicating).  That's where
```

19

```
 1   other tow was spudded.
 2   BY MR. SANDERS:
 3    Q   Since we are on the map, where did you go
 4   after that to tie up?
 5    A   I went across the canal.  I left and went up
 6   here to the Florida Street bridge and -- well, Florida
 7   Street is over here (indicating).  I went up over here
 8   at this junction and looked for a place to tie up for
 9   a little while and then I came back down and on the
10   left descending bank there is an old bulk terminal
11   dock right about here (indicating).
12       MR. FORBES:
13           It's actually labeled on this other
14       map.  It's here, bulk terminal.
15       MR. FISHER:
16           It shows on the harbor chart.  That's
17       what we call this one.  11368 is the harbor
18       chart.
19       MR. FORBES:
20           Just so it's clear, the Industrial
21       Canal is here (indicating) and the then the
22       Intercoastal branches off.  It's a separate
23       section.  So what you have is me cutting
24       this out --
25       MR. FISHER:
```

20

```
 1       It's the inset that shows the France
 2   Road Bay since right here the GICW comes
 3   into the Inner Harbor on the Industrial
 4   Canal.  Here is the mileage scale off the
 5   same chart.
 6   THE WITNESS:
 7       We were at the facility so I don't need
 8   to estimate it.  We were at the facility and
 9   there is an inside piece to that dock and
10   then there is a section of it, like a guide
11   wall system just out from it maybe 200 feet,
12   100, anywhere from 150 to 200 feet out from
13   the land side dock of the terminal if I
14   remember right, a pretty good little gap in
15   there.  It was enough to get all of us in
16   there.
17   MR. FISHER:
18       Can we ask the captain to circle the
19   boat terminal dock over here?
20   MR. SANDERS:
21       Yeah.
22   THE WITNESS:
23       Okay.
24   MR. FISHER:
25       Just to get him oriented, can we make
```

21

```
 1   this Exhibit 1, the 11369?
 2   MR. SANDERS:
 3       Yes.
 4   MR. FISHER:
 5       And Exhibit 2 will be the inset or the
 6   chart that we copied from the 11368 which is
 7   the harbor chart.
 8   MR. FORBES:
 9       You might want to mark the aerial view
10   as 3.
11   MR. FISHER:
12       Okay.  We can make the aerial view as
13   Exhibit 3 if that's all right.
14       (Exhibit Hall Nos. 1, 2, 3 marked for
15       identification.)
16   MR. SANDERS:
17       I have two aerials of the facility, was
18   that the?
19   MR. FISHER:
20       It's kind of hard --
21   MR. FORBES:
22       This is it right here (indicating).
23   THE WITNESS:
24       This is where we was right here
25   (indicating).
```

6 (Pages 18 to 21)

22

1  MR. FISHER:
2      The first thing you showed him is
3  Number 3 and that can be 4.
4  MR. SANDERS:
5      Okay.
6  THE WITNESS:
7      This would be it here (indicating).
8  MR. SANDERS:
9      Could you put an X?
10 THE WITNESS:
11     Okay.
12 MR. SANDERS:
13     Maybe circle it.
14 THE WITNESS:
15     Okay.
16 MR. SANDERS:
17     I guess the larger aerial we are going
18 to make 3.  Okay.
19 MR. FISHER:
20     Yeah.  That's fine.
21 MR. SANDERS:
22     The close up aerial we will make Hall
23 4.
24     (Exhibit Hall No. 4 marked for
25     identification.)

23

1  BY MR. SANDERS:
2    Q   Okay.  So you dropped off the barges on the
3  south bank somewhere, spudded down and you parked some
4  abreast, is that true?
5    A   Yeah.  Well, actually we took them the crane
6  barges.  The reason why we dropped it off over there
7  was the other boat, the MISS JENNIFER if I recall the
8  name of it right, I can find it for you, but the other
9  boat's captain wanted to set it up to where he would
10 feel safe with the barges.  Initially I told him I
11 would go along with him if he wanted to build out of
12 the barges somewhat of a fender system and make like a
13 safe harbor for our two vessels and that way when
14 everything started and if all hell broke loose we
15 would have been protected from anything that was breaking
16 away or in direct danger of collision with our vessel.
17 So I helped him build it and I was even inside of it
18 at one point and I didn't feel comfortable there
19 because we were back up against the bank and if
20 something happened and we did -- if something happened
21 and we were struck by some break away barge or
22 something, it would have just shoved us further into
23 the revetment and that takes away my power of moving
24 the boat once it pushes the rudders up in the ground
25 and we would have been painted into a corner

24

1  basically.  So I sat there probably five minutes at
2  the most.  It just didn't hit me right at all.  I
3  actually had the deckhands break one of the barges
4  loose where I could get out and I put it back and we
5  wired it back in and that's where we stayed for the
6  hurricane.
7    Q   What kind of barges were these?
8    A   Flat decks and crane barges.  They were all
9  flat decks but one of them had a crane on it and one
10 of them had sort of like a living quarters deal welded
11 for the divers and whatnot to change.
12   Q   The flat deck barges, how did you board them
13 together, what kind of lines?
14   A   With rigging.
15   Q   Wire rope?
16   A   Yeah.
17   Q   Single part, double part?
18   A   They were made up of four and a half wires
19 so they were all at least two part wires on each
20 corner and plus the lines that they had to put over
21 the top of them.  They never broke away.  They rode
22 the hurricane.
23   Q   So you had them moored at each corner?
24   A   Uh-huh (affirmative response).
25   Q   Any other points?

25

1    A   Spuds, and the rig dropped down and we
2  knocked the main winches out of gear, the control
3  spuds to where they could freely float at the rise,
4  because we knew there was going to be a surge coming
5  and they were I think 48 foot spuds that we had access
6  to so we was pretty sure they was going to be able to
7  handle the surge.
8    Q   So the spud barge anchored everything?
9    A   Yeah.
10   Q   And the deck barges were moored to the spud?
11   A   Uh-huh (affirmative response).
12   Q   And you said how many parts on each corner
13 of wire rope?
14   A   I don't really know for sure but they were
15 at least made up with two parts on each side.
16   Q   Any lines in the middle or were they just
17 made up on the end?
18   A   Yeah.  They put 3 inch rope lines and nylon
19 lines on top of the rig in case they were to break.
20   Q   So you had made it up with wire rope and
21 polypropylene rope?
22   A   Uh-huh (affirmative response).
23   Q   That would be 2 inches?
24   A   Three inches.
25   Q   And you said after that you didn't feel

7 (Pages 22 to 25)

**26**

1  comfortable and you got out?
2     A   Uh-huh (affirmative response).
3     Q   Is that when you motored down to the
4  junction?
5     A   Up to the Florida Avenue bridge.
6     Q   Were you looking for a base at that point to
7  tie up?
8     A   Uh-huh (affirmative response).
9     Q   And I take it you didn't find a place so you
10 came back?
11    A   I went up that south bank looking real hard
12 and then I was going to check out all the facilities
13 on the way back down on the other side, that way I
14 could favor both sides and really get a look at what
15 we were dealing with there.
16    Q   And eventually you did find a place?
17    A   Eventually when I was coming -- when I was
18 coming back down descending the area I was contacted
19 by one of the other tugs on the radio and he asked me
20 where I was going and I told him I was looking for a
21 place to tie up and he told me to come on down there
22 with them, that's what they were all doing and we were
23 all going to get together.
24    Q   That's what y'all did?
25    A   And secure ourself to each other inside of

**27**

1  those docks and that way if something was to happen
2  you would have five tugs to choose from.  If something
3  started getting real bad you could just moor one boat
4  to another.
5     Q   Now, that's what you did, you met up with
6  like about four other vessels, am I correct?
7     A   Uh-huh (affirmative response).
8     Q   Y'all moored together?
9     A   Uh-huh (affirmative response).
10    Q   How did you moor it together?
11    A   We bolted a couple of us and we faced up to
12 each other with deck winches and once we dogged down
13 the deck winches and got them real tight, we put
14 probably as much as we could anywhere from 10 to 12
15 part 3 inch nylon lines from center bitt to center
16 bitt and then the same from certain quarter to certain
17 quarter and you quarter on the bow and breasted it up
18 to each other and then on the outer boats we had wire
19 running from the inside vessel to the dock from the
20 outside vessel to the dock and had it set up to where
21 the wires could scale up the pilings without getting
22 stopped by whatever, some obstruction on the dock.  We
23 found those pilings that would allow whatever you
24 secure it with, wires and ropes, to slide up, all the
25 way up as the surge comes to keep from holding down

**28**

1  the vessels which eventually it did anyway.  We went
2  up over top of the dock before it was over with.
3     Q   Because of the surge?
4     A   Yeah.
5     Q   Now, what time -- I guess it was on Sunday
6  you tied up with the other vessels?
7     A   Uh-huh (affirmative response).
8     Q   About what time of day was that, or night?
9     A   That was --
10    Q   Was it daylight?
11    A   Yeah.  It was around sundown because I was
12 pretty driven to find somewhere pretty quick because
13 it was starting to get dark and that's when we got in
14 contact with them.
15    Q   At any point did you attempt to passage
16 under the Florida bridge?
17    A   No.
18    Q   Was it up or down when you went down to that
19 junction?
20    A   Down.  I wanted to at least stay in sight of
21 the tow and the other vessel that was working for us
22 in case something did happen and he needed help, I
23 would be able to give him assistance.
24    Q   So you wanted to stay in proximity to the
25 barge?

**29**

1     A   Yeah.  That's why I didn't go no further.  I
2  wanted to be able to see him.
3     Q   The whole time you are monitoring weather
4  via radio?
5     A   Uh-huh (affirmative response), and the
6  television.
7     Q   Okay.  Why don't you take us now, sundown
8  essentially on Sunday did you go to sleep?
9     A   Oh, no.  No.  In those type of situations
10 you completely do a whole vessel overhaul on safety
11 features and you set up for your engine room.  You got
12 to set it up to where you can be able to at least have
13 access to additional pumps and you set it up to where
14 you got your discharge hoses out at certain portholes
15 and whatnot to where if you start taking on water
16 rapidly you can kind of either hopefully keep up with
17 it or if not pump it completely out.  You start from
18 there and you go through the boat and battening down
19 the hatches on every single void on the vessel and
20 taking care of precautions to stay afloat and make
21 sure everything is set up to where you can have -- you
22 can maintain contact with the other vessels and the
23 Coast Guard if need be and make sure your crew has a
24 place to be when it all goes down to where they can be
25 safe.  You have two sets of doors on most tow boats

30

1  and you have your outer sets of doors is made out of
2  the same material they make the bulk heads and cabins
3  with, it's steel seaworthy lock and seal doors and
4  they lock and seal at all four points.  A lot of times
5  inland vessels, you don't use them.  A lot of times
6  you leave them open for access for the crew coming in
7  and out.  Well, when they set up like that, especially
8  when you are working in the bay and you got to go
9  around and get everything operating and get it closed
10  up and get it all, that's what we were doing,
11  battening down all the hatches and preparing for the
12  hurricane.
13      Q    You stayed up all night I assume?
14      A    Yeah.
15      Q    Monitoring the storm?
16      A    Uh-huh (affirmative response).
17      Q    And I think it's pretty much undisputed that
18  the storm hit somewhere around 6:00 a.m, made landfall
19  that Monday morning.  Did you see any or feel any
20  storm surge?
21      A    Yeah.
22      Q    Now, would you describe that, was it a
23  gradual increase in water level or was it a tidal
24  wave?
25      A    It was pretty much -- I wouldn't say tidal

31

1  wave but it was -- it come in hard.  It come in hard.
2      Q    How long did it last?
3      A    The surge itself, I can't really recall the
4  actual surge.  I had a problem I was dealing with at
5  the time with a deckhand that I had.
6      Q    What was his problem?
7      A    Well, his grandfather was a boat captain and
8  he called me.  Evidently he called his grandfather and
9  was scared and his grandpa called me and went through
10  a big spiel about that was his only grandson and he
11  didn't want him to die on the boat and wanted to know
12  if there was anyway to get him off the boat and at
13  that time there was no way to get him off.
14      Q    This was at the time the storm was hitting?
15      A    The evening before.  Actually he knew it was
16  going to be a bad hurricane.  He was in his 70's and
17  he had been running boats all his life so he knew.
18  And the main bathroom in the boat was close to the
19  engine room and it also had -- it was basically a
20  steel box made out of same steel that everything else
21  is made out of on the boat which is a pretty thick
22  steel and it didn't have a regular internal door to it
23  on that particular vessel.  It had a steel lock door,
24  seaworthy door just like any of the exteriors of the
25  boat.  Well, when it started getting rough to where I

32

1  needed to be in the wheel house at all times mainly,
2  he got so scared that he went in the bathroom and
3  locked that door, and that's the last place you want
4  to be on a boat in case it goes down.  I needed them
5  to be able to get out with no snags and him locking
6  himself up in there and battening those hatches down
7  left him the only access which was about an 8 inch
8  port hole window and he was only going to get out of
9  there.
10      Q    You got the grandfather calling you up and
11  the deckhand locking himself in the bathroom?
12      A    Yeah.  So I went down as it was coming in
13  trying to get him out of the bathroom.  Once I got the
14  door open and got in there he was in the shower and he
15  was real upset and crying and whatnot.
16      Q    Well, if I could get you back to the surge.
17      A    So that kind of kept me --
18      Q    So is it fair to say you don't know how long
19  the surge lasted?
20      A    No.  No.  With what was going on and all.
21      Q    That's perfectly fine.  We just want to know
22  if you know.  If you don't know that's fine.
23      A    It wasn't a long gradual build-up.  It come
24  in.  You could feel the boat rising.  If you are used
25  to being on a boat you could feel it as the water was

33

1  coming in.
2      Q    Did you do anything to adjust lines or
3  anything like that?
4      A    Well, we had -- if I can get a pen I can
5  kind of show you what was going down, that way you
6  would know exactly what I was doing versus the other
7  boats.
8      Q    Okay.
9      A    The outer part of the dock runs like this
10  and the inside of the terminal is here (indicating)
11  and it's got a big tall structure on it.  It's a
12  conveyor belt system.  Well, the boats whether it be
13  the closer boats here or the closer boats here --
14  well, let's see.  I think it was either -- I think it
15  was three boats here and another boat here and we were
16  right here (indicating), so I wasn't tied to this
17  inside.  It was a much larger gap than that.
18      Q    If that was your boat, put MR. WAYNE there.
19      A    Okay.
20      Q    And why don't you label this dock and this I
21  guess terminal or whatever you call it.
22      A    Okay.
23      Q    Do you know the name of the terminal?
24          MR. FISHER:
25              Sometimes it's called NOBT.

9 (Pages 30 to 33)

34

```
 1        THE WITNESS:
 2            As far as boats go they just refer to
 3        it as the old bulk dock.
 4   BY MR. SANDERS:
 5        Q   Why don't you write old bulk dock.
 6        A   Okay.
 7        Q   What was that right there?
 8        A   That also belongs to him but it's out the
 9   Industrial.
10        Q   It's a dock?
11        A   Yeah.
12        Q   Why don't you write dock.
13        A   Okay.  And these inside boats to -- this is
14   where they were made fast to the docks, moored to the
15   docks.  And I was made up here, here and had face
16   wires on them here (indicating).  So like I say, when
17   the surge come in, I was dealing with him plus this
18   structure collapsed and it started slinging pieces of
19   iron into the boat and it was hitting like cannon
20   balls, hitting the cabin of the boat, and it started
21   busting windows out of the wheel house and I started
22   getting water coming in the wheel house and in the
23   pump rooms, and it was going down into the engine room
24   from there down the stairways.  And the port holes and
25   the window in the engine room was busted and it
```

35

```
 1   started taking on water that way.
 2        Q   Did you ever have to adjust lines?
 3        A   No.
 4        Q   Did you have any type of wind gauge on your
 5   vessel?
 6        A   No.  It had been wiped out in a previous
 7   storm.  But if I remember right there was -- I was
 8   talking to one of the captains of Crosby, I think it
 9   was on the boat, I forget which Crosby tug it was.  He
10   had a wind gauge.  And at one point while I was
11   talking to him, I don't know if it got higher than
12   that, but he was getting peaks of 140 mile per hour
13   winds up to I think he said 180 or something like
14   that.  He was getting spikes at that time and that was
15   before it got real bad.  So I mean there is no telling
16   what you would have picked up with a wind gauge.
17        Q   And when did all this happen, do you know
18   the time the surge came?  If you don't know it's okay.
19        A   No.  It was just early morning hours.
20        Q   Was it daylight?
21        A   I would say daybreak or so, around daybreak,
22   give or take 30 minutes or so, 45 minutes.
23        Q   And for how long, when did the weather
24   subside?
25        A   We were in there for a good 12 hours so at
```

36

```
 1   least ten hours.  It was a good 12 hours before we
 2   could maneuver again.
 3        Q   Now, during the storm did you ever see any
 4   other vessels break away?
 5        A   Yeah.
 6        Q   Why don't you describe for us what you saw.
 7        A   We had above this dock, I'm not really sure
 8   where it came from, because by the time I looked up,
 9   by the time I got back in the wheel house dealing with
10   him and whatnot I seen -- well, as a matter of fact,
11   there was a block of lash barges right here on the
12   upper end of this dock.  They were -- do you know what
13   a lash barge is?
14        Q   Yeah.
15        A   Well, there was I think at least two wired
16   into the dock right there and they had, if I remember
17   right, it was a rake piece -- well, it had to have
18   been a rake piece to ride up on like that.  It hit the
19   lash barges and they broke loose.  The stern barge
20   broke loose and I think it kind of swung around and I
21   think it had one more wire on it after it broke and it
22   kind of just topped around there.  And if I remember
23   right it was just a hopper barge.  I can't remember if
24   it was a cover top or an open hopper or what that hit
25   it.  And they had some containers from up the canal
```

37

```
 1   there from that container dock, that ship dock that
 2   loads the container ships.  They were everywhere, the
 3   containers were.  And they come down and went over the
 4   top of this dock.  The surge came in so much to where
 5   when it started getting real bad they had to cut all
 6   these lines because all the boats rose up over the top
 7   of the docks and it started pushing us over the top of
 8   this outside dock and we were in danger of tearing up
 9   rudders and wheels and everything else and mainly not
10   be able to crank up and do anything about it.  Once
11   you got over the top of the dock you would be
12   helpless.  So in order to keep from going completely
13   over that top we had to all crank up and work back in
14   because the wind was pushing us over it and we all
15   cranked up and at one point I had to stay in the wheel
16   house to keep them tucked in and pull them back in.
17        Q   Back to those last barges you said were
18   struck by a hopper barge?
19        A   If I remember right it was a hopper barge.
20        Q   Where did that hopper barge come from?
21        A   I don't know, somewhere up -- may have been
22   a barge from Southern Scrap.  It may have been.  I'm
23   speculating.
24        Q   It was floating down?
25        A   Yeah.  Well, it come in a downward direction
```

10  (Pages 34 to 37)

38

1  evidently to hit it like that, to hit them on the bow
2  and break them like that.
3      Q   You said you also saw some containers,
4  right, from a container yard?
5      A   Yeah.
6      Q   And those containers floated down also?
7      A   Yeah.  They were scattered.
8      Q   When you say down this old dock, bulk dock,
9  is that on the north side of the Intercoastal; is that
10  correct?
11      A   Yes.
12      Q   Can you put the direction of north?
13      A   Okay.
14      Q   And when you say the hopper barge and the
15  containers --
16      A   Let me see the map here.
17      Q   This is where -- this is the picture.  This
18  is where you said you tied up?
19      A   Yeah.  It was due north of where these
20  containers started coming in this levee right here
21  (indicating) where they had like a seawall on it and
22  these containers.
23      Q   When you say they were going down, would
24  that be that direction?
25      A   At that point they were about -- they hit

39

1  it.  They were going down.  In the hurricane it
2  shifted and they would go -- they would turn around
3  and go in a different direction.
4      Q   Would you put an arrow in the direction that
5  the containers and the hopper barge moved?
6      A   Okay.  They were moving south.  Well,
7  west -- I mean east at that point according to this
8  chart and that's where they started hitting the lash
9  barge.  Well, there was -- just above that were a
10  couple more lash barges that had broken away from
11  somewhere else on there.  I don't know particularly
12  where but above that dock.  They were on the top side
13  of the dock.  And these containers that had scattered
14  when it got real bad -- you got to remember, at this
15  time in those extreme winds and whatnot and rain and
16  all you are limited in visibility.  Also it's like
17  under way in a fog.  You have restricted visibility.
18  But with my restricted visibility, that's what I saw,
19  you understand.  And it was all over with when we
20  regained a hundred percent visibility.  By that time
21  everything had moved somewhere else.  So this is when
22  it first went down and those containers were going
23  everywhere and this levee -- as a matter of fact, they
24  hit this wall and knocked this wall over and I don't
25  know if it was just the containers that hit it.  I

40

1  could have swore it was a train car even in there
2  somewhere.  I don't know if train tracks are even
3  close to that but that's what it looked like.  It may
4  have been some type of special built container or a
5  conversion or whatever, it was something down in
6  there.
7      Q   To clarify though, when you said it was
8  going down, they were floating east but then when all
9  is said and done everything had moved different
10  directions?
11      A   Yeah.
12  MR. FORBES:
13          Can I ask him one question?
14  MR. SANDERS:
15          Yeah.
16  MR. FORBES:
17          Was the boat facing west?
18  THE WITNESS:
19          My boat was facing -- the bow was here
20  (indicating).  Yeah, it would be facing
21  west.
22  MR. FISHER:
23          Towards France Road.
24  MR. FORBES:
25          Were they all facing the same way?

41

1  THE WITNESS:
2          I was looking at the Florida Avenue
3  bridge and these were facing the opposite
4  direction, these three.  This vessel was
5  facing the same direction as I was.
6  MR. FORBES:
7          So you two were bow to bow?
8  THE WITNESS:
9          Yeah.  These two vessels and me and
10  this other vessel were face up to each other
11  and we had the line from center bitt to
12  center bitt.
13  MR. FORBES:
14          Were these all square bowed boats?
15  THE WITNESS:
16          No.  There was a model bow tug.  I
17  can't remember if -- well, this one here
18  beside me was a Harvey tug from -- it was a
19  model bow and the Crosby boat was a push
20  boat.  I think there was one other model
21  bow.  I think this other one over here
22  (indicating) was a model bow.  Maybe not.
23  It might have been this one (indicating).
24  BY MR. SANDERS:
25      Q   You said you could see the Florida bridge,

11 (Pages 38 to 41)

**42**

1  could you see the Florida bridge from where you were
2  tied up?
3      A   Before it started I could.
4      Q   Before the bad weather?
5      A   Yeah.  But once it started, like I say the
6  visibility was limited to right around where those
7  lash barges were, that's why I couldn't really tell
8  what was on them.  But I knew something was on them
9  and had rode up on them so it had to be some type of
10  --
11      Q   About how far were the lash barges from you
12  if you would estimate maybe in yards?
13      A   I would say less than 75 or 80 yards off the
14  stern of this boat right here (indicating).
15      Q   Any other events?  Y'all weathered the storm
16  I take it?
17      A   Yeah.
18      Q   Any vessels sink or anything happen?
19      A   Not in that immediate area.
20      Q   Not to your group?
21      A   Yeah.  Afterwards we seen them everywhere
22  when it all cleared up to where we could see again.
23      Q   After it cleared up and you got under way
24  would you tell us where you went?
25      A   I cranked up and headed up the Industrial

**43**

1  and mainly trying to get an idea.  Now, Southern Scrap
2  was who I was dealing with so I wanted to see if they
3  were wiped out because that was going to be a factor
4  whether to stay where I was at.  In the meantime I was
5  getting -- well, trying to find out what the situation
6  was with the roads and whatnot.  And then the
7  Industrial and the Intercoastal as far as traffic
8  being permitted.
9      Q   Did you check on the spuds in the other
10  barges?
11      A   Once it cleared up I looked right across the
12  canal and I started talking to him on the radio.
13      Q   They didn't break away?
14      A   No.  They were okay.
15      Q   When you went down by Southern Scrap did you
16  go by the Florida bridge?
17      A   Yeah.
18      Q   Tell us what you saw with regard to the
19  Florida bridge.  I understand there was a lot of pile
20  up there?
21      A   There was a barge, an empty open hopper
22  actually on top of the bridge kind of off to the side
23  and it was on the right-hand side.  I believe it was
24  kind of sitting up on the bridge itself on the
25  structure.

**44**

1      Q   We heard some prior testimony that some
2  people from the pump station were given some food?
3      A   That was from us.
4      Q   That was from you?
5      A   Yes.
6      Q   Why don't you tell us about that.  How did
7  you come to see them?
8      A   When I went up to Southern Scrap, me and
9  another boat that was -- well, he had his tow just
10  below where the other boat had our tow and it was a
11  boat called the Brave and it worked for a company out
12  of Morgan City.
13      Q   What did y'all do?
14      A   Anyway he come up behind me.  As I got under
15  way he started coming on there and me and him got to
16  talking back and forth about what all that we seen and
17  I landed at the bull nose there at the beginning of
18  the guide wall for the Florida Avenue bridge and what
19  is -- they call a bull nose a big old concrete and I
20  pushed up against it and he pushed up against it
21  beside me and we seen people on the roof tops and
22  whatnot.  When we walked outside the wheel room you
23  could hear them hollering help us.  And evidently most
24  of them couldn't swim.  So we started debating
25  dropping a skiff and sending some deckhands to go get

**45**

1  them out.  And so my deckhand and their deckhand, they
2  got together and me and this other captain come up
3  with a little plan on dropping the skiff and going
4  around the guide wall and getting in to where we could
5  have access to them.  And then the pumping station,
6  them guys was stranded in the pumping station.
7      Q   Could the skiff, could they go under the
8  Florida bridge or was it too much?
9      A   Yeah.  Well, no they had so much debris.
10  You could have if it wouldn't have been.
11      Q   How high -- when the bridge is down how high
12  is it off the water, do you know?
13      A   We have to have it raised naturally but
14  probably --
15      Q   I don't want you to guess.
16      A   I don't know because I always call ahead and
17  get it lifted.
18      Q   From that day your observation there was too
19  much debris, the skiff couldn't go that route?
20      A   No.  We went inside the guide wall and there
21  was so much water in to where you could just take a
22  little skiff like that and go anywhere with it really.
23      Q   But I'm just trying to get an idea for the
24  debris piled up at the bridge.
25      A   Yeah.  I had to stay away from that.  They

12  (Pages 42 to 45)

**46**

1    had natural gas or either propane tanks there and
2    stuff.  They had some dangerous stuff by the bridge.
3        Q    The pump station employees as I recall said
4    that they were climbing across all that to get to the
5    other side?
6        A    Uh-huh (affirmative response).
7        Q    Did you see that?
8        A    No.  I didn't see them attempt to crawl
9    over.  I seen them standing there.  I didn't see them
10   make any attempts.  We were trying to get them to help
11   us to help them.
12       Q    How did you know they were pump employees?
13       A    Uniforms and stuff.
14       Q    They had uniforms?
15       A    And that's where they were in the pumping
16   stations.
17       Q    You didn't get any of the names of any of
18   these gentlemen?
19       A    No.
20       Q    When you talked to them did you talk to them
21   on the PA system or were they close enough that you
22   could yell to them?
23       A    No.  At first we were standing outside on
24   the top deck outside the wheel house and we could hear
25   them screaming and that's when the captain got

**47**

1    together with me and went down on the bottom deck and
2    got the hands together and dropped a skiff in and got
3    them or told them what he wanted them to do, get them
4    boys out of there.
5        Q    I guess they rescued some people?
6        A    Yeah.
7        Q    Did they come on your vessel?
8        A    No.  The way we was positioned it was a lot
9    easier for them to come up that part of the levee.
10   It's like a big concrete platform there to where they
11   could sit and we could get them some water and food
12   and rehydrate them and they were better off there than
13   on my boat.  Anyway mine was destroyed at that point.
14   We had water damage.  Everything was -- we couldn't
15   really provide them with nothing other than canned
16   food.  But what we could provide them with we did.
17       Q    So you got them to the concrete area?
18       A    Uh-huh (affirmative response).
19       Q    You gave them some food and water?
20       A    Uh-huh (affirmative response).
21       Q    How long did you stay there?
22       A    We stayed there a couple of hours doing that
23   until the point where I noticed they had -- we were
24   going to send the hands to a house just across from
25   the pumping station there, they had some people on the

**48**

1    roof of it also and the only way to get to it was
2    right there, like that little flood gate deal right
3    there by the pumping station.  And the hands were in
4    that aluminum skiff and the only way to do it was to
5    get on that wall, to climb over that steel.  And I
6    seen a big power line down right there and I didn't
7    want to take a chance of getting electrocuted so I
8    called them off and told them to come back.
9        Q    Did you help any of the pump station
10   employees get to the opposite side of the Industrial
11   Canal to another station?
12       A    Well, we called the Coast Guard and told
13   them what we had.  I can't remember when they
14   contacted us back.  I think it was the Brave told them
15   exactly where they were and whatnot I believe he said
16   that the only way they could pick them up was with a
17   chopper, they were flying Hueys and the only way to
18   get the Huey in there was for them to be on the other
19   side of the bridge at the pick up point.
20       Q    Would that be the New Orleans side?
21       A    Yeah.  And the opposite side from the
22   pumping station.  As a matter of fact, now that I
23   think of it, they got over there without any --
24       Q    Help from you?
25       A    Yeah.  They didn't really need no help to

**49**

1    get across evidently inside the bridge structure where
2    they would be walking because the debris was over the
3    top and underneath.  Evidently they could walk through
4    without -- I think it wasn't but like maybe one or two
5    like trees sticking through there to where they just
6    had to step over the deal and they all made it to the
7    point of pick up.
8        Q    Now, the next bunch of questions I think I
9    know the answers.  I just want to make sure.  Between
10   the Florida bridge and the Claiborne bridge there is a
11   barge that ended up in this neighborhood.  At any time
12   during the storm did you see how that barge got into
13   that neighborhood?
14       A    That was the Ingram barge you are referring
15   to?
16       Q    Yeah.  If you were right here (indicating)
17   where the X was, is it fair to say you could not see
18   what happened between the Florida and the Claiborne
19   bridge?
20       A    No.  I couldn't say that I never seen
21   personally the Ingram barge.
22       Q    I'm talking about the barge between the
23   Florida bridge and the Claiborne bridge which is
24   essentially the lock.
25       A    Yeah.

50

1    Q    You don't know what happened up in there?
2    A    No.  There was just too much stuff, debris.
3    Q    Right.  And when you went up to the Florida
4  bridge, did you see the Ingram barge in the
5  neighborhood or did you notice it?
6    A    I can't really recall seeing the other
7  vessel, the JENNIFER.  The captain on there had taken
8  a bunch of pictures of that area.
9    Q    But this was like 10 hours or 12 hours after
10  the storm?
11    A    Yeah.  But as far as I seen one on the
12  opposite side, but I don't remember seeing -- there
13  was just so much stuff.  It was everywhere.  I don't
14  remember seeing that particular barge in that
15  particular area.
16    Q    That's fine.  I didn't think you did.  I
17  wanted to make sure.  So you have no knowledge of how
18  or why that barge got into the neighborhood?
19    A    The hurricane.
20    Q    But you didn't witness it?
21    A    No.
22    Q    And nobody on your vessel witnessed anything
23  as far as you know?
24    A    No.  There were so many breaches in so many
25  levees in so many barges.  It was chaos.

51

1    Q    Did you hear any rumors or any talk about
2  how that barge got into that neighborhood?
3    A    No.  It was pretty much self explanatory.
4  You have a situation like that.  That Ingram barge
5  from the pictures that I have seen of it and whatnot
6  is an open hopper barge and a barge that light and
7  something the wind does -- hell, it took the crane
8  barge, brand new crane barges from the dock below us
9  and put one out several miles out in the middle of the
10  trees.  I'm talking about offshore, big heavy crane
11  barges owned by Boh Brothers, brand new barges.
12    Q    You mentioned a light hopper barge, what
13  does that have to do with anything as far as the wind?
14    A    It's not loaded and it's light and it has a
15  lot more free board and it's like one big sail in the
16  wind.  It's vulnerable to hurricane winds anyway.  You
17  can feel the difference pushing them in any type of
18  wind.  You get a 10 or 12 mile cross wind and you are
19  pushing an open hopper barge, you can tell a big
20  difference between that and shoveling a load because
21  it's vulnerable to the wind.
22    Q    As a captain do you take special precaution
23  in mooring an empty to a full barge?
24    MR. FISHER:
25    I want to object to the form.

52

THE WITNESS:
    When breasting one up with a load, a
high load breast?
MR. SANDERS:
    Yeah.
THE WITNESS:
    Yeah, depending on -- I would worry
more about the load because it tends to do a
lot more damage when it breaks away than an
empty open hopper.
BY MR. SANDERS:
    Q    Is there any particular concern as a captain
mooring an empty to a full the high load arrangement
you indicated?
    A    Yeah.  Well, there is high load ties that
you make between those.
    Q    Can you describe that?
    A    All right.  When you have two barges that
are on the same level and there is no draft difference
between the two or free board difference between the
two, then you make what they call a high load tie and
what that is is a tie that ensures that either if you
are tying off on an empty barge that's a lot higher
than the load, if that's where you are going to tie it
off to or if you are going to tie it off on the load,

53

either way you have to make a high load tie.  On the
river they call it a high water tie.  And what it does
is it keeps those lines from coming off those bits on
the lower barge when it fluctuates.
    Q    I noticed when you mentioned you moored up
the barges to the spud and even in the mooring of your
vessel you used several parts, is that what your
training for hurricane prevention tells you to use, as
many parts as possible?
    A    As many parts of the line that you can put
on there and still execute the tie at the end.  You
still are going to have that extra tail on there to
make sure it's dogged down real good, the tie, but
naturally you would want to use every bit of the line
that you can to make it stronger.  The more parts the
stronger it is, you know.
    Q    Did you give any statements to anybody in
connection with your experiences during the storm?
    A    Other than the man, the owner of the boat.
When we got back to Morgan City a couple of days later
they had shut down all the waterways and all the
highways and we were in a position to where I wanted
to stay and help the people but we were already in a
position we was supposed to take groceries and whatnot
before the storm even comes.

**54**

1  Q   So you were low on supplies?
2  A   Low on supplies and the damage of the boat
3  and all.  And then after the storm was over with I
4  knew that the interstates were shut down, the
5  Intercoastal was shut down, the river was shut down,
6  everything was shut down to allow us to move except
7  for the Gulf of Mexico.
8  Q   Now, you said you stayed a couple of hours
9  at the Florida bridge.  Why don't you tell us where
10  did you go after that?
11  A   After that I went back down to the tow and
12  we talked and that's when we started discussing how
13  are we going to get out of here.  But we were pretty
14  much trapped and we were due for crew changes.  They
15  couldn't get our relief to us because of the highways
16  and the waterways were shut down and we pretty much
17  ran out of everything except for fuel.  So I had
18  plenty of fuel so I proposed that we go out in the
19  Gulf and go all the way around and go back to Morgan
20  City and that's what we did and it took us 22 hours to
21  get back to Morgan City.  When we got there the owner
22  met me on the hill and he asked me what happened and I
23  told him, got my check, got in my truck and went home.
24  Q   Again I have to ask you a bunch of questions
25  and I think I know the answer.  Do you have any

**55**

1  knowledge as to when the locks closed at Claiborne?
2      MR. FISHER:
3         You mean St. Claude?
4      MR. SANDERS:
5         Sorry, St. Claude.
6      MR. FISHER:
7         Before the storm?
8      MR. SANDERS:
9         Before the storm.
10      THE WITNESS:
11         I couldn't give you no time on that.
12         That wasn't my concern.
13  BY MR. SANDERS:
14  Q   I take it you don't know when the Florida
15  Avenue bridge went down?
16  A   No.  It was down when we got there if I
17  remember and it was down when I left.
18  Q   After the storm when was the next time you
19  had occasion to go through the St. Claude locks or the
20  Industrial Canal in that area?
21  A   It was probably -- I went out west for a
22  little while so most of my running was out the west
23  end of Texas over there, but I think I made a run
24  through there about eight months later or something
25  like that.

**56**

1  Q   Eight months?
2  A   Something like that.
3      MR. SANDERS:
4         Okay.  I'm going to check by notes.  Do
5  you have any questions?
6      MR. FISHER:
7         Yeah.  Let's take a little break.
8         (Off the Record)
9      MR. SANDERS:
10         Can I make this Hall Number 5?
11      MR. FISHER:
12         Okay.
13         (Exhibit Hall No. 5 marked for
14         identification.)
15      MR. FISHER:
16         The court reporter can put the Exhibit
17  stickers on it when we finish our mess here.
18  Actually we have them all in one stack.
19         EXAMINATION
20  BY MR. FISHER:
21  Q   We are back on the record.  Captain Hall, in
22  the beginning I introduced myself with my partner Tom
23  Forbes here.  We represent Lafarge North America who
24  are the operators of the cement terminal in the
25  Industrial Canal between the Florida Avenue and

**57**

1  Claiborne Avenue bridges on the west side.  All right.
2  I have a few questions for you.  During the recess you
3  were kind enough to let us make a copy of your license
4  and I have got an issue here from the U.S. Coast Guard
5  of the U.S. Merchant Marine Officer certifying that
6  James R. Hall, Junior is a master of steam or motor
7  vessels of not more than 100 registered tons (domestic
8  tonnage) upon inland waters; also radar observer
9  (unlimited) expires December 2007; also, authorized to
10  engage in commercial assistance towing.  And this is
11  dated December 17, 2002.  Captain, am I correct that
12  you are now on the third issue of this license?
13  A   Yeah.  Well, actually with different
14  endorsements and all.  But that original, that's a
15  descendant of the original, yeah.
16  Q   So you have another issue of a license
17  that's current and valid, correct?
18  A   Well, they have got it hostage in West
19  Virginia right now due to all this hurricane in New
20  Orleans.
21  Q   We understand.
22  A   That's why I'm not on the boat today.
23  Q   Well, good luck with that.  Let's attach a
24  copy of Captain Hall's Coast Guard license, it has a
25  front and back copy, as Exhibit 6.

58

```
1          (Exhibit Hall No. 6 marked for
2          identification.)
3      A   I know it's not a photo copy, it's just
4  black and white.  But could you also label those
5  copies, just write copy on them?
6      Q   We sure will.  We will put copy on here.
7  All right.  Okay.  Captain Hall, I probably won't be
8  very long.  Just to clear up a few things.  You
9  mentioned at the beginning of your deposition in
10 response to Mr. Sanders' questions that you and your
11 friends on the other boat had been working in Black
12 Bay, correct?
13     A   Uh-huh (affirmative response).
14     Q   In fact you are nodding your head but you
15 have got to say yes or no because that's the only way
16 she can get it down.
17     A   Yes.
18     Q   Where is Black Bay in relationship to the
19 area around France Road and the GICW where you ended
20 up at the terminal?
21     A   It would be southwest.
22     Q   Okay.
23     A   West of Lake Borgne.
24     Q   West of Lake Borgne?
25     A   Uh-huh (affirmative response).
```

59

```
1      Q   Is it actually an arm or a part of Lake
2  Borgne?
3      A   If you have a chart.
4      Q   Let's get a chart and maybe it will show us.
5  Let me use the big one.  Actually this chart is one
6  that we copied.
7      A   If you have a record state map it shows on
8  there.  It's a bay down here (indicating).
9      Q   Is it on this chart then?
10     A   No.
11     Q   The 11369?
12     A   No.
13     Q   So it's off the chart somewhere?
14     A   Yeah.
15     Q   All right.  We don't have it then.  So it
16 would be southwest of Lake Borgne somewhere?
17     A   Yeah.
18     Q   Is it out in the marshes?
19     A   The Gulf outlet comes down here (indicating)
20 and they have -- it goes into the buoy system and they
21 have a rock wall that comes down here (indicating) and
22 they got a little spot there 15 or 20 miles south of
23 any land and it's a big gap in the west wall in the
24 west rock wall.  It's called a hole in the wall.  It's
25 marked on the chart as a hole in the wall.  And you go
```

60

```
   through the hole in the wall and you turn west and you
   come into Black Bay.
      Q   So just to get to try to get us a little bit
   oriented.
      A   Between this and Tiger Pass and Venice and
   all.
         MR. FORBES:
            You need a chart that shows the river
            delta?
         THE WITNESS:
            Yeah.
         MR. FISHER:
            Tom will get us another chart that
            shows below this one so we will put this off
            for a minute or two.
   BY MR. FISHER:
      Q   In the meantime can you describe your boat,
   the MR. WAYNE, for us?
      A   The MR. WAYNE is a push boat.  It's like you
   said earlier, a square bow with two knees on it.  It's
   a smaller tow boat.
      Q   What's the size?
      A   I would have to guess on the size.  I can't
   remember the exact dimensions of it.  It ain't no
   longer than --
```

61

```
   Q   Sixty by 25?
   A   Something like that.
   Q   Is that the size of what we call a
conventional fleet boat?
   A   About like that.  A little smaller than a
fleet boat as far as height and all.  Because it's
like instead of a three deck boat.  It's kind of like
a two and a half.  It kind of sits behind the wheel
house.
   Q   What is the power plant of it?
   A   It was several hundred rated at that time
diesel basically.
   Q   Between rudders?
   A   Yeah.
   Q   No cranking rudders?
   A   No.  It's a basic.
   Q   Basic fleet boat?
   A   Yeah.
   Q   I have a picture.  What about the other
boat, what was it, the MISS JENNIFER?
   A   Yeah, the MISS JENNIFER.
   Q   What size was she?
   A   I think MISS JENNIFER was around a thousand.
It was about a thousand twin screw tug and it was a
model bow tug if I remember right and it was a full
```

62

1 three deck, probably about a 650 foot, about the size
2 of a standard river fleet boat.  Somewhere about 60 to
3 25 or 24 but standard size.
4     Q  Okay.
5     A  Other than the model bow it would be about
6 the same.
7     Q  So MISS JENNIFER was also operated by Stag
8 Marine?
9     A  No.
10     Q  What company was she operated by?
11     A  I really don't remember the actual name but
12 it's JENNIFER.
13     Q  JENNIFER.  I'm sorry.
14     A  It's either MISS JENNIFER or whatever.
15     Q  We can look her up later in the record.
16     A  Really we just refer to them as the JENNIFER
17 among each other.
18     Q  What were the other tugs and/or tow boats
19 that were out there on the morning of Katrina with
20 you?  You got some Crosby tugs there?
21     A  There was a Crosby tug, there was -- what
22 was the name of that company out of Harvey?  Harvey
23 Towing or Harvey Gulf Towing or something like that.
24     Q  Harvey Gulf?
25     A  Something like that.

63

1     Q  I know it, yeah.
2     A  And the others evidently were from some
3 smaller companies that I didn't identify like color or
4 company logo or anything.  They got a bunch of them
5 independents to where you can't identify them by
6 color.  And I can't remember.  I can't recall the
7 names of them.
8     Q  So in the group of vessels that you made a
9 bird's eye view drawing for us on Exhibit 5, there
10 were three other tugs in this group?
11     A  Yeah.  There is three across here and there
12 is one beside me.  There was the Harvey tug here
13 (indicating).
14     Q  Why don't we put Harvey tug on this just to
15 identify which one it was.  Okay.  Can you identify
16 any others?
17     A  The Crosby tug was right here (indicating).
18     Q  The Crosby Spirit maybe?
19     A  I can't remember whether it was the Spirit.
20     Q  Let's just put Crosby tug, the one that you
21 are faced up to.
22     A  Yeah.
23     Q  Okay.  Crosby tug, was she a model bow?
24     A  The Crosby tug was a square tow I believe if
25 I remember right.

64

1     Q  The Harvey tug was a model bow?
2     A  Uh-huh (affirmative response).
3     Q  What about the one on the north side of the
4 Crosby tug, which one was that if you remember?
5     A  That one, that's the one -- it had to have
6 been an independent tug or something.  Nothing about
7 it sticks in my memory for some reason so it had to
8 have been just -- I can't remember the name of it.
9     Q  How about the one to the south of the Crosby
10 tug towards the water side?
11     A  That one was, if I remember right it was
12 also either contracted to Crosby or Crosby had
13 bought that boat.  This captain here, this Crosby tug
14 knew these guys real good so they were evidently on
15 the same job or whatever.  He would know all of them.
16     Q  So you can't recall the names of the one
17 just above the Crosby tug and the one just below it?
18     A  Yeah.
19     Q  Let's just put up here to make sure we are
20 aware that there was a towing vessel on each side of
21 the Crosby tug.  Okay.  Now, where were the barges
22 that you-all had under tow when you came into the
23 Intercoastal Waterway?
24     A  They were back down on the opposite side.
25     Q  They were still further to the east on the

65

1 GICW and closer to the Paris Road bridge; is that
2 correct?
3     A  Yes.
4     Q  You described that earlier in one of these?
5     A  Less than a mile.  It was just a little
6 piece there.
7     Q  Were there any other -- before all hell
8 broke loose the morning of the 29th of August '05,
9 were there any other vessels, whether they were barges
10 or tugs or push boats or anything else in the area of
11 the Intercoastal Waterway close to the Industrial
12 Canal?
13     A  Before the storm?
14     Q  Before and during the storm, before things
15 started getting wild?
16     A  Yeah.  There were several boats doing as we
17 was doing, trying to find safe harbor somewhere to
18 where a lot of them that I seen after the storm, the
19 ones that were sunk and up on the hill and everything
20 else come from the shipyard so I don't know if they
21 were crewed.
22     Q  You are referring to the Bollinger Shipyard?
23     A  Yeah.
24     Q  Did you happen to see a small refrigerator
25 ship on the north bank near the New Orleans Coast

**66**

Storage Dock?

A    Thought about tying up to it.

Q    You saw that ship?

A    Uh-huh (affirmative response).  Container ship, wasn't it?

Q    I believe it was a refrigerated ship.  She was a small ship?

A    Yeah.

Q    You saw her then?

A    Uh-huh (affirmative response).  I was guessing it was a container ship because it was at that dock.  I thought it may have been one they hadn't started loading yet.  I'm not familiar with what the process is on that.  I thought about tying up to that dock just below just to the stern of that ship.  If it got too bad I could pull everybody off and make a forced boarding of the ship is what I thought.  And I mean the boat I was on wasn't particularly a real seaworthy boat to start with.

Q    What was the free board of your boat in normal conditions?

A    Well, depends on how much fuel and water that you have onboard, you know.  It varies.  But loaded with fuel and water, I would be guessing.  But it would be under 40 feet, it would be right around

**67**

that.

Q    Are you talking about draft now or are you talking about free boarding from the water line and the top of your --

A    I thought you was wanting me --

Q    No, the free board?

A    The free board on the bottom deck would be probably three and a half feet.

Q    I was guessing three or four feet.  Okay.  Thank you.  Let's go to the --

A    I thought you was referring to the bridge.

Q    No.  Talking about air.  No.  No.  You got it.  Thank you.  At some point in time or up to some point in time you were continuing to monitor the radio?

A    Uh-huh (affirmative response).

Q    And you were listening to the Coast Guard on channel 22; is that right?

A    Yes.

Q    And what about your radar, did you have that on and operating?

A    Yeah, at first.

Q    Did you later shut your electronics down?

A    They later got shut down.

Q    They got shut down?

**68**

A    Uh-huh (affirmative response), from the water.  It either blew a main fuse in the radar.  I lost my radar during that time and evidently it was either due to water or something, one of those pieces of iron hitting it, hitting the scanner or whatever, you know.

Q    But you had one radar in the boat or two?

A    In that boat there was just one radar.

Q    What about your radios, did they go out on you or did you turn them off?

A    I had the radios on through the storm and one of them survived the storm.

Q    Did you continue to get weather information on the radio?

A    Yes.

Q    Were you using the NOAH channel, channel 1 or still using 22?

A    I was still using the Coast Guard channels for updates as far as anything.  Because like I say as far as tracking goes and whatnot, no matter how bad the storm got, unless the generators shut down you would still have electricity.  So I would still check on the T.V. as far as tracking to see exactly until just completely everything was just completely knocked out, channels and cell phones and whatnot.

**69**

Q    Captain, at what point in time did you lose your radar that morning?

A    It was early because -- it had to have been when it first started picking up around I imagine 7:00 or 7:30.

Q    Do you remember about what point in time that morning sunrise should have been, bearing in mind you had the storm going on?

A    Around quarter to seven I imagine, something like that, 6:45.

Q    How was the visibility at 6:45 or quarter to seven?

A    Not very good because it started raining and with the clouds and whatnot and the type of rain that it was, it had restricted you to about a half mile or so at first when it started coming in and it just got down to where you couldn't see but a couple hundred yards in front of you.

Q    Between six and seven in the morning at the bulk terminal dock where you were tied off to, from what direction was the wind coming in and what strength was the wind based on your seaman's eye?

A    When if first approached us we had the wind at our back, it was coming, it was pushing in on our stern.

70

```
 1      Q    It was coming out of the east then?
 2      A    Yeah.
 3      Q    If you are faced up to this boat here
 4  (indicating), then east would be your stern area?
 5      A    Yeah.  I say east easterly, a variation of
 6  that.
 7      Q    So the wind was coming from your stern; is
 8  that right?
 9      A    Yeah.
10      Q    Now, at what point in time did the wind, if
11  you noticed it, start to shift or come from out of the
12  north and out of the northwest?
13      MR. SANDERS:
14          Let me object.  He never testified
15      anything about north.
16  BY MR. FISHER:
17      Q    When did the wind shift that morning if you
18  recall, I will ask it that way?
19      A    It was after the eye wall passed.  Really as
20  far as time goes it's hard to say what time, because
21  like I say I was dealing with a lot of stuff on the
22  boat.  And when we first was getting hit by the wall
23  itself, the eye wall itself, we started taking on
24  water and at that point I rarely stayed in the wheel
25  house after that during the real bad part of it
```

71

```
 1  because I was back and forth to the engine room and
 2  with the deckhand.
 3      Q    When did your boat get hit by the most
 4  intense or worst part of the storm surge, about what
 5  point in time was that?
 6      A    It seemed like around eight or nine is when
 7  it first -- I mean it was bad up to that point but it
 8  started getting severe from that point on to after
 9  noon or lunch for sure was the main severity of it.
10  Because around that time that's when I had to get him
11  out of the bathroom because we came to a point where I
12  thought I was going to lose the boat when we started
13  taking on that much water and I got him out and got
14  him over to that Harvey tow.
15      Q    That's the deckhand you are referring to?
16      A    Yeah.
17      Q    At some point in time that morning did your
18  boat actually ride up over the top of the bulk
19  terminal dock?
20      A    Yeah.
21      Q    When was that?
22      A    Well, when the surge picked us all up and
23  these boats had their hands, they each knew that they
24  each had a station to be at if it come down to having
25  to cut the line, so it did and each one of the
```

72

```
deckhands went to their designated area and cut those
cables because the surge had come in and it come in so
much to where the wires was starting to hold us down
under water as the surge was coming in and we was in
danger of one of those boats starting to take on
water, if not all of them so we had to cut loose from
the docks.  When we did we all kept rising and it
started moving south, I guess it would be from here
(indicating), and the whole block of us started moving
over to this dock.  And before my rudders reached the
critical point on the dock, I started working them
back toward that way.  At that time they all started
cranking up and we all shifted back towards the main
dock.
    Q    So you tried to do this to keep your boat
and the other captains too from riding over the
outside dock?
    A    Yeah.  Because we didn't know what that
surge was going to do, whether it was going to set us
down on top of it or what or drag us across it and
tear the rudders and the wheels out from under you and
maybe possibly knock a hole in the hull.  You really
can't tell.
    Q    When all that happened, just what you
described there with the surge causing you to ride up
```

73

```
and endanger the boat by possibly riding over the
dock, how high was the storm surge, can you give us an
idea to how high it was?
    MR. SANDERS:
        Object to the form.
    MR. FISHER:
        You can answer.
    THE WITNESS:
        I would say at least 25 feet.  It had
to have been at least 25 feet.  It was more
than what they estimated at 20 feet or
whatever, 22 feet or whatever, it had to
have been.  Because we looked at it
afterwards and it had to have been well
over, at the very minimum six or seven more
feet.  Because figuring the draft of the
vessels and the way that dock usually sits
out of the water in normal stages of the
Industrial, and for it to put us up that
high to go over the top of that dock and we
all are drawing in at least eight or nine
feet of water, to put us up over the top it
had to have been at least 25 foot or so.  I
would say at the very least if I had to
guess it would be over a 30 foot surge.
```

74

BY MR. FISHER:

Q   Earlier, Captain, you told us that you didn't have an anemometer or a wind gauge on your boat?

A   That's right.

Q   But some other boat did, which one was that?

A   That was Crosby boat.  If I remember right it was the Crosby bow boat.  Because we were -- at that point we were all engaged in a conversation about the wind and the speed of the wind and I think it was the captain on the Crosby boat and another boat, because they were debating on, you know, which one was getting the more correct reading and whatnot.

Q   Who was it that told you that he was experienced in 140 knot to 180 knot winds, who told you that?

A   If I remember right it was the captain on the Crosby boat.

Q   Do you remember his name?

A   No, I do not.

Q   And he was getting that information off his anemometer or wind gauge?

A   Yes.

Q   And did anybody else, any other boat captain tell you anything about the strength of the wind that

75

morning?

A   Like I say we were all talking about it, all of us.  And it was that captain on one of these other boats, one of these other three was getting a slightly different reading.  It wasn't much, but maybe ten knots off or whatever.  And that's when he said that he was getting spikes up to 180 or whatnot, and that was before the real hard stuff come.  At that point we thought that was the hard stuff, put it that way, and then it turned like three times worse, you know.

Q   Before that experience on the morning of Katrina on August 29th, 2005 had you ever experienced winds of that strength and intensity on a boat?

A   Yes, I have.

Q   When was that?

A   During Hurricane Andrew I was on the river and I was working the Baton Rouge Harbor and we had 14-foot white caps going north on the river and wind speeds well over a hundred miles an hour.  And compared to this it was just minimum.  It was just like a rain storm.

Q   So Katrina was more intense than Andrew?

A   Oh, ten times on the water.  As a matter of fact, I was telling the boat's owner, we was talking about that and at that point during Andrew I thought I

76

had seen a storm of a life time until that, until Katrina.  And after Katrina -- as a matter of fact, I have been on boats for several hurricanes throughout the years and Andrew would be the closest one and it wasn't even, it didn't even compare.

Q   At any time on the morning of August 29 during Katrina while you were trying to stay afloat and keep off the top of the dock and making observations you just told us about, did you see the storm surge knock down or knock over any flood walls?

A   Well, yeah, this wall here, the seawall here (indicating).

Q   Indicating on the north side of the drawing which is Number 5?

A   Uh-huh (affirmative response).  I seen the -- I don't know if it was the containers hitting it that knocked it, because that particular levee has whatever, it may be cement or concrete or steel or whatever that petition was made of, it was some type of man made little wall there on top of that levee.  I don't know which one actually was the cause of it breaking.  But when I heard it break, I looked and I seen containers going through and over the breach and went down some houses down in there and hit the houses and whatnot.

77

Q   You don't know what caused that wall to breach?

A   I would say just the pressure from the -- I would say the pressure of the water from the surge and the winds pushing it in like it did of the main breach.  And then when it gave way, then any time you have a breach like that in a levee or a seawall in my experience through the years whether it be due to high water or some type of storm or whatnot, naturally the laws of physics it's going to suck whatever is close to it, it's going to suck containers or barges or whatever is in that particular area, it is going to form a suction and pull it through that breach and when it gets there it's going to open it up or go on through.

Q   What got sucked through the breach?

A   Containers, several containers and something that looked like a train car is what it looked like to me.  I don't know if it was some type of -- if somebody bought a train car and had it out there and it was converted into some type of container.  I don't know if there was even a railroad out there.

Q   How far away from MR. WAYNE was the breach that you saw?

A   It was pretty close.  It was less than a

**78**

1 hundred yards.
2    Q   Can you take my pen and circle the area on
3 your drawing on Number 5 about where the breach was
4 that you just described?
5    A   Right about here (indicating).
6    Q   Good.  Can I have the pen?  I will just put
7 that breach with an arrow.  Thank you.
8    A   When we left -- I don't know if this will
9 help you understand -- but when we did depart this
10 area and I decided to go ahead and go back to Morgan
11 City due to us not having any type of provisions or
12 supplies, just a short piece down here at the Paris
13 Road bridge.
14    Q   Indicating to the east of Paris Road?
15    A   Yeah.  Then the Gulf Outlet, the
16 Intercoastal goes one way, it's a junction right there
17 when you turn would be --
18    Q   We have got it on this chart right here on
19 the one you earlier identified.
20    A   And you turn right here (indicating).
21    Q   Indicating the juncture between the MRGO and
22 the GICW?
23    A   Right.  I noticed all along here several
24 breaches had broke.
25    Q   Indicating the southwest bank of the MRGO?

**79**

1    A   Uh-huh (affirmative response).
2    Q   Is that what you are talking about?
3    A   Yes.
4    Q   That's when you were on your way out of the
5 Gulf?
6    A   Yes.
7    Q   What did those levees look like?
8    A   A lot of them is rock revetments.  Some of
9 them is -- if I remember right some of them is regular
10 dirt levees but I seen -- it was hard for me to get
11 down through there.  There was so many breaches.  I
12 had to turn completely -- I had to turn 90 degrees and
13 I started going south.  I had to turn into them 90
14 degrees and I had to travel sideways all the way down
15 the Gulf Outlet to stay into the current.  There was
16 so much current coming through those levees.
17    Q   The breaches?
18    A   Uh-huh (affirmative response).
19    Q   So you were having to make course
20 alterations or adjustments in order to keep your boat
21 headed down the MRGO because of the water coming into
22 the breaches?
23    A   Yes.  I travelled completely sideways to
24 turn into so much current.  These breaches was
25 every -- some of them was as close as 40 or 50 feet

**80**

1 from each other and each breach was 35 or 40 foot
2 wide.  You had a lot of water.  It was like crossing
3 the spillway in high water.  You had to completely
4 turn into the current.  And I traveled that whole
5 first part of the several miles like that until I got
6 to where I got back into the rock walls and all got
7 going into the Gulf to where I could straighten up.
8    Q   So the phenomenon you just described to us
9 that you experienced when you were trying to go out to
10 the Gulf, that lasted over a distance of some miles;
11 is that correct?
12    A   Several miles, yeah.
13    Q   I'm just checking my notes.  I don't have
14 that much more.  One more thing I need to ask you,
15 Captain, when you were headed out, what time did you
16 actually get under way to try to get out to the MRGO?
17    A   It was -- let's see.  I would have to look
18 at the logs to be sure.  But estimating two hours
19 before sundown.
20    Q   That's on the 29th?
21    A   Yeah.  It was getting late in the evening.
22 That's what made me go ahead and move because I had to
23 stop in Venice for the night.
24    Q   Well, after you got under way from the
25 public bulk terminal, which is on several of these

**81**

1 charts that we have just been referring to in the
2 deposition, and you were headed first east and then
3 you went to the junction of the MRGO and Paris Road
4 and you turned into the MRGO, did you see any barges
5 scattered around the banks of the GICW or the MRGO?
6    A   Yeah.  Like I say directly across from our
7 barges was Boh Brothers' dock.
8    Q   Boh Brothers is on which bank?
9    A   On the north bank.  And they have that big
10 compound there.  I don't know if you have ever seen
11 it.  It probably shows in this.
12    Q   Yes, I have.
13    A   Well, directly across from it but a little
14 further down is where our barge was, and that other
15 boat, the JENNIFER, they had two big derrick barges,
16 they looked to be brand new derrick barges with brand
17 new cranes on them, looked to be like salvage cranes.
18 And those derrick barges are heavier built, more
19 seaworthy barges to go out in the bays, the Gulf and
20 whatnot, so they're a lot heavier build.
21    Q   What happened to them?
22    A   One of them disappeared.  I don't know where
23 it ended up at.  But I seen one of them like a couple
24 miles out in these woods over here, I mean in this
25 area (indicating).

21  (Pages 78 to 81)

82

1    Q    Indicating the area to the south of the GICW
2  between France Road on the west and the junction and
3  Paris Road on the east.  Can you make a circle where
4  you saw that barge or those barges?
5    A    It was around about out in here
6  (indicating).  I would imagine it was a couple of
7  miles out in the trees.
8    Q    How many barges were there?
9    A    It was one of those big crane derrick barges
10  just sitting out in the trees.
11    Q    Give me a pen and we will mark this as crane
12  barge.
13    A    They were Boh Brothers' barges.  They owned
14  them.  They had brought them there to the company dock
15  and secured them for the hurricane.  And I noticed
16  when we would come through there they were secured
17  real good, also they had plenty of rope and plenty of
18  wire on them and it broke them loose.  And one -- I
19  don't know where one of them ended up but I think
20  it -- as a matter of fact, I think it kind of broke
21  loose and stayed on the lower end just kind of like
22  topped around it, it was all over with on the lower
23  end.  And this other one traveled out here in these
24  woods and sat down a mile or two out in the woods.
25  When it was all said and done it was high and dry out

83

1  in the woods out there.
2    Q    Now, as you were navigating out the GICW
3  approaching the Paris Road and the MRGO junction, did
4  you see any hopper barges on the starboard hand on
5  right-hand side under the Paris Road bridge that were
6  grounded on the batture up against the levee?
7    A    Yeah, there was.  Seemed like there was a
8  couple of them on the right descending bank.
9    Q    Can you describe what you saw?
10    A    If I remember right they were just above the
11  turn buoy kind of -- I think one of them was kind of
12  sitting with a list, like a list to it.  It was kind
13  of bowed in first to the levee if I remember right and
14  it looked like it had taken on some water.
15    Q    Were they breasted up against the levee if
16  you remember?
17    A    No.  I think one of them was like nosed into
18  the -- I can't remember, really remember, the position
19  of those.  I remember seeing them being hard aground
20  when it was over with.  Whether somebody pushed them
21  up on the bank afterwards or they sat down on the
22  bank, I don't know.
23    Q    How many were there?
24    A    There was at least that one.  I think maybe
25  another one just below it if I'm not mistaken.  It's

84

1  kind of hard to remember exactly the placement of it
2  because I mean you have to remember, there was stuff
3  like all around you.  There was boats sitting high and
4  dry and there were several barges throughout the area.
5    Q    Did you know where those other barges came
6  from that you just described to us?
7    A    I have no idea.
8    Q    And after you made the turn into the MRGO to
9  go proceed actually southeast first to go to the Gulf,
10  did you see any other barges aground or any other
11  vessels aground?
12    A    Not until I got down to -- what is that
13  little port down there?  A little fuel dock down
14  there.
15    Q    Below Hopedale?
16    A    That's where it was, Hopedale.
17    Q    Shell Beach, Hopedale?
18    A    They got a fuel dock in there and a cut that
19  goes through.
20    Q    You tell me.  I'm not really sure.
21    A    It's just a little bitty hole in the wall
22  place at Hopedale.  And I don't know if those barges
23  had come from that little fleet they got there.  Just
24  as you enter that little slip they got a fuel dock in
25  there and a couple little small docks.  As a matter of

85

1  fact, we went in there a couple of times to take in
2  fuel while we were on the job and you could see barges
3  on both sides of that.
4    Q    Let me show you this chart here.  I have the
5  NOAH chart 11340 which Mr. Forbes retrieved for us,
6  this shows the MRGO all the way out into the open part
7  and it shows Hopedale and it shows Black Bay by the
8  way.
9    A    See Hopedale, that little stretch in there
10  (indicating).
11    Q    There is a bayou that goes through there?
12    A    Yeah.  Just as you turn into it would be on
13  the left descending bank if you were going out or the
14  north side of it about.
15    Q    Is that where you saw the other barges?
16    A    There is a few pilings in there if somebody
17  would go on there and take fuel, they would tie into
18  the pilings on down the bayou there, but I didn't
19  recall when I came there, though there whether there
20  was that one time that those barges were at one time
21  tied up in the fleet or what, but when I came back
22  through there they were on both sides kind of aground.
23    Q    What kind of barges were those?
24    A    It was a mixture.  Some of them were flat
25  decks.  Some of them were hopper barges.  I think one

22  (Pages 82 to 85)

86

1  was kind of in the trees, like kind of like the
2  Florida Avenue barge.  It was on the bridge.  It kind
3  of jumped up over and was kind of sitting down in
4  there and a few of them scattered through that area
5  but none on the Gulf Outlet that I can remember.
6      Q   What we will do is make a copy of this, part
7  of the chart we have just been referring to is the
8  Mississippi River to Galveston chart, NOAH chart
9  11340.
10     A   Did you say you have an Inland River Record?
11     Q   This is simply to illustrate Hopedale and
12 the area where you saw the barges around Hopedale and
13 the bayou and Black Bay where you had been working.
14 We will make a copy of that and attach it as the next
15 exhibit.
16     A   If you have got an Inland River Record I can
17 get you the name of those boats.  I have got one at
18 home.
19     Q   We can get one.  Let's take a real short
20 quick break, make a copy of this and Tom will get the
21 River Record and we will finish.
22         MR. SANDERS:
23             Can I ask a few more?
24         MR. FISHER:
25             Yeah.

87

1                 EXAMINATION
2  BY MR. SANDERS:
3      Q   Captain, the X on this -- what Exhibit is
4  this?
5          MR. FISHER:
6              I think it's Number 1.
7          MR. SANDERS:
8              One of these was 1 and one was 2.
9  BY MR. SANDERS:
10     Q   Anyway, I'm looking at the map 11369 where
11 you indicated the crane barge was located and you
12 indicated where you fixed up your barges with the
13 spud.
14     A   Uh-huh (affirmative response).
15     Q   Mr. Fisher pointed to the Port of New
16 Orleans bulk terminal, is that the same as this old
17 bulk dock you referred to?
18     A   Yeah.  The official name, he's got the
19 official name.
20     Q   You said this is about one mile from where
21 you --
22     A   From where?
23     Q   You tied up your tows?
24     A   Less than a mile.  It wasn't over a mile.
25 It was within a mile.

88

1      Q   So about how far from where you tied up your
2  barges to the junction of the Intercoastal and the
3  MRGO, that's even less than --
4      A   No.  It would be about 2 miles before the
5  turn, before you got down into the turn.
6      Q   Well, this distance is less than a mile,
7  this is about 2 miles?
8      A   Maybe about a mile and a half, a mile, a
9  mile and a half I would say.
10     Q   You indicated where you were tied up you
11 estimated the surge to be 25, maybe even 30 feet?
12     A   Yeah.
13     Q   Back to this breach behind on the old bulk
14 dock, obviously I thought you said you didn't know
15 exactly what caused it, you saw some containers, you
16 saw a rail car and I noticed you delayed in answering
17 the question, do you know what actually caused that
18 breach or are you guessing?
19     A   I would be guessing.  I can't definitely say
20 that either one caused it.
21     Q   Fair enough.
22     A   But like I said those containers would
23 naturally be sucked into that spot.
24     Q   But you don't know what was pressing on that
25 wall or hit that wall before, is that correct, if

89

1  anything?
2          MR. FISHER:
3              Object to the form.
4  THE WITNESS:
5              Yeah.  The water is what had plenty of
6      pressure on it and as the surge came in it
7      applied more and more pressure to it.  But
8      as far as what actually put it over the top,
9      it just broke from pressure or one of the
10     containers hit it a little too hard or
11     whatever and it eventually gave way or
12     whatever.  I don't know the point of impact.
13     I didn't see it.
14         MR. SANDERS:
15             That's all I have.  Thank you.
16                 EXAMINATION
17 BY MR. FISHER:
18     Q   Captain Hall, I have got the Inland River
19 Record for 2005 here and I have got one page that
20 shows the MR. WAYNE.  Is that your boat?
21     A   Yeah.  That would be the MR. WAYNE.  Get
22 back here to the list of companies and I will find you
23 or try to find what the boat was.
24     Q   This is --
25     A   I think one of those boats, don't hold me to

90

1  it, but I think one of those was the Crosby Pride and
2  the other one was the Crosby Spirit and it could have
3  been, let me see this.  I can't find the Harvey.  I
4  can't remember the exact name of that company.
5      Q    Is it Harvey Gulf Marine, those are the
6  folks that have the large --
7      A    The red boats.
8      Q    The large ocean going --
9      A    Tugs.
10     Q    While Captain Hall is reviewing the Inland
11 River Record we will just attach a portion of NOAH
12 chart 11340.  Mr. Forbes has just copied that.  It
13 will show Hopedale, Bayou LaLoutre and Hopedale as
14 well as the Black Bay.  That will be Number 7.
15         (Exhibit Hall No. 7 marked for
16          identification.)
17     A    For some reason that company has got to be
18 listed as something else in here.
19     Q    Was the Harvey boat a model bow?
20     A    Yeah.  I don't think it was the MISS
21 JENNIFER.  It had to be Jennifer something.  It could
22 be just the JENNIFER.  That sounds like the boat, just
23 the JENNIFER.
24     Q    Captain Hall has been kind enough to take a
25 look at the Inland River Record from 2005 to try to

91

1  identify not only his boat but also the JENNIFER which
2  shows her as a 60 by 24 twin crew tow boat, a thousand
3  horse power GM16V71 engine operated by Stepper Towing.
4  Is that the boat that was with you?
5      A    I mean it very well could be.
6      Q    But you are not sure?  It's okay with us.
7      A    It could have changed into a model bow.
8      Q    So for the record you are not sure?
9      A    No.
10     Q    Okay.  We have got a few leads.  We won't
11 beat this into the ground.  We will just identify the
12 page for your boat, the MR. WAYNE, which we have
13 identified and the inside cover page to show us what
14 volume of the Inland River Record we are dealing with.
15 So I will just ask that the next in line exhibit be, I
16 think that's Number 8, be the inside cover page of the
17 Inland River Record for 2005 and page 312 which shows
18 the particulars of details of the MR. WAYNE, the twin
19 screw tow boat that Captain Hall was in command of on
20 29 August '05.
21         (Exhibit Hall No. 8 marked for
22          identification.)
23 MR. FISHER:
24     That's it.
25 MR. SANDERS:

92

Thank you very much.
        * * *
(Whereupon at 12:30 the deposition
concluded.)
        * * *

93

R E P O R T E R ' S   C E R T I F I C A T E
    I, LAUREN S. BREWSTER, a Certified Court
Reporter (Certificate #99001) in good standing with
the State of Louisiana, do hereby certify that the
aforementioned witness, after having been first duly
sworn by me to testify to the truth, did testify as
hereinabove set forth;
    That said deposition was taken by me in the
stenotype reporting method and thereafter transcribed
under my supervision, and is a true and correct
transcription to the best of my ability and
understanding.
    I further certify that I am not of counsel,
nor related to counsel or the parties hereto, and am
in no way interested in the result of said cause.
        MARCH 17, 2009


        _____

        LAUREN S. BREWSTER, CCR

CAPTAIN HALL
March 17, 2009

## A

**ability** 93:11
**able** 25:6 28:23 29:2,12
32:5 37:10
**abreast** 23:4
**access** 25:5 29:13 30:6
32:7 45:5
**ACTION** 1:4
**actual** 31:4 62:11
**additional** 29:13
**address** 6:14
**adjust** 33:2 35:2
**adjustments** 79:20
**administering** 4:22
**advising** 13:14
**aerial** 3:13,15 15:18 21:9
21:12 22:17,22
**aerials** 21:17
**affirmative** 9:1,9 10:6
12:1 16:10,19 24:24
25:11,22 26:2,8 27:7,9
28:7 29:5 30:16 46:6
47:18,20 58:13,25 64:2
66:4,10 67:16 68:1
76:15 79:1,18 87:14
**afloat** 29:20 76:7
**aforementioned** 4:4 93:5
**agreed** 4:2
**aground** 83:19 84:10,11
85:22
**ahead** 12:14,14 45:16
78:10 80:22
**ain't** 60:24
**air** 67:12
**allow** 27:23 54:6
**alterations** 79:20
**aluminum** 48:4
**America** 2:3 6:1,7 56:23
**American** 2:10 6:4,6
**anchored** 25:8
**Andrew** 75:16,22,25
76:4
**and/or** 62:18
**anemometer** 74:3,22
**answer** 4:13 8:21 54:25
73:7

**answering** 88:16
**answers** 49:9
**anybody** 53:17 74:24
**anyway** 13:23 28:1 31:12
44:14 47:13 51:16
87:10
**appearances** 1:20 2:1
5:13
**applied** 89:7
**approached** 69:23
**approaching** 10:22,24
11:1 83:3
**approximately** 18:10,25
**area** 13:7 15:13 16:1
17:13 26:18 42:19
47:17 50:8,15 55:20
58:19 65:10 70:4 72:1
77:12 78:2,10 81:25
82:1 84:4 86:4,12
**arm** 59:1
**arrangement** 52:13
**arrow** 39:4 78:7
**asked** 12:24 26:19 54:22
**assigned** 10:14
**assistance** 28:23 57:10
**assume** 30:13
**attach** 57:23 86:14 90:11
**attempt** 28:15 46:8
**attempts** 46:10
**attention** 7:6
**August** 9:5,13 65:8 75:12
76:6 91:20
**authorized** 57:9
**availability** 8:10
**available** 8:10
**Avenue** 26:5 41:2 44:18
55:15 56:25 57:1 86:2
**aware** 64:20
**awful** 13:22
**a.m** 30:18

## B

**back** 7:18,19 10:4,18
19:9 23:19 24:4,5
26:10,13,18 32:16 36:9
37:13,16,17 44:16 48:8
48:14 53:20 54:11,19

54:21 56:21 57:25
64:24 69:24 71:1 72:12
72:13 78:10 80:6 85:21
88:13 89:22
**bad** 27:3 31:16 35:15
37:5 39:14 42:4 66:16
68:20 70:25 71:7
**balls** 34:20
**bank** 15:6 16:12 17:25
18:2,3,6,7 19:10 23:3
23:19 26:11 65:25
78:25 81:8,9 83:8,21,22
85:13
**banks** 81:5
**barge** 1:8 8:4,5 13:6 14:6
15:8 23:21 25:8 28:25
36:13,19,23 37:18,19
37:20,22 38:14 39:5,9
43:21 49:11,12,14,21
49:22 50:4,14,18 51:2,4
51:6,6,8,12,19,23 52:23
53:4 81:14 82:4,12
86:2 87:11
**barges** 10:11,13 13:4
14:8,11 15:2 16:8
18:18 23:2,6,10,12 24:3
24:7,8,12 25:10 36:11
36:19 37:17 39:10 42:7
42:11 43:10 50:25 51:8
51:11,11 52:18 53:6
64:21 65:9 77:11 81:4
81:7,15,16,18,19 82:4,8
82:9,13 83:4 84:4,5,10
84:22 85:2,15,20,23,25
86:12 87:12 88:2
**Barnett** 2:11 6:3
**BARONNE** 1:24
**base** 26:6
**based** 69:22
**basic** 61:16,17
**basically** 24:1 31:19
61:12
**basis** 8:9
**bathroom** 31:18 32:2,11
32:13 71:11
**Baton** 8:1,3 75:17

**battening** 29:18 30:11
32:6
**batture** 83:6
**bay** 9:17 10:5,20,23 20:2
30:8 58:12,18 59:8
60:2 85:7 86:13 90:14
**bayou** 85:11,18 86:13
90:13
**bays** 81:19
**Beach** 84:17
**bearing** 69:7
**bearings** 18:15
**beat** 91:11
**bed** 14:14,15,17
**beginning** 44:17 56:22
58:9
**behalf** 5:22 6:1,4
**believe** 43:23 48:15
63:24 66:6
**belongs** 34:8
**belt** 33:12
**BENOIT** 1:11
**best** 11:24 93:11
**better** 17:9,14,14 47:12
**beyond** 16:3,5
**big** 11:3 31:10 33:11
44:19 47:10 48:6 51:10
51:15,19 59:5,23 81:9
81:15 82:9
**bird's** 63:9
**birth** 6:22
**bit** 53:14 60:3
**bits** 53:3
**bitt** 27:15,16 41:11,12
**bitty** 84:21
**black** 9:16 10:5,20,23
58:4,11,18 60:2 85:7
86:13 90:14
**blew** 68:2
**block** 36:11 72:9
**board** 24:12 51:15 52:20
66:20 67:6,7
**boarding** 66:17 67:3
**boat** 6:21 7:3,12 8:7 11:5
11:12 12:13,21 14:5,7
15:9 16:4 20:19 23:7

CAPTAIN HALL

March 17, 2009

Page 2

23:24 27:3 29:18 31:7
31:11,12,18,21,25 32:4
32:24,25 33:15,18
34:19,20 35:9 40:17,19
41:19,20 42:14 44:9,10
44:11 47:13 53:19 54:2
57:22 58:11 60:17,19
60:21 61:4,6,7,17,20
62:2 64:13 66:18,19,20
68:7,8 70:3,22 71:3,12
71:18 72:15 73:1 74:4
74:6,7,8,11,11,18,24
75:13 79:20 81:15
89:20,23 90:19,22 91:1
91:2,4,12,19
**boats** 7:1 9:2 27:18 29:25
31:17 33:7,12,13,13,15
34:2,13 37:6 41:14
62:18 65:10,16 71:23
72:5 75:4 76:3 84:3
86:17 89:25 90:7
**boat's** 10:16 23:9 75:24
**Boh** 15:7,10,12 18:19
51:11 81:7,8 82:13
**Bollinger** 65:22
**bolted** 27:11
**Borgne** 17:15 58:23,24
59:2,16
**bottom** 9:21 13:8 47:1
67:7
**bought** 64:13 77:20
**BOUTTE** 1:9
**bow** 27:17 38:1 40:19
41:7,7,16,19,21,22
60:20 61:25 62:5 63:23
64:1 74:8 90:19 91:7
**bowed** 41:14 83:13
**box** 31:20
**boys** 47:4
**branches** 19:22
**brand** 51:8,11 81:16,16
**Brave** 44:11 48:14
**breach** 76:23 77:2,6,7,13
77:16,23 78:3,7 80:1
88:13,18
**breaches** 1:4 50:24 78:24

79:11,17,22,24
**break** 23:21 24:3 25:19
36:4 38:2 43:13 56:7
76:22 86:20
**breakfast** 14:18,19,22,23
**breaking** 23:15 76:22
**breaks** 52:9
**breast** 52:3
**breasted** 15:9 27:17
83:15
**breasting** 52:2
**BREWSTER** 2:19 4:20
93:2,19
**BRIAN** 1:22
**bridge** 15:14,15,20,21,25
16:1,2,3,4,5,6,11,13
17:3,19,22 19:6 26:5
28:16 41:3,25 42:1
43:16,19,22,24 44:18
45:8,11,24 46:2 48:19
49:1,10,10,19,23,23
50:4 54:9 55:15 65:1
67:11 78:13 83:5 86:2
**bridges** 57:1
**bring** 6:24 13:2 14:1,1,9
15:4,20
**broke** 23:14 24:21 36:19
36:20,21 65:8 78:24
82:18,20 89:9
**broken** 39:10
**Brothers** 15:7,11,12
18:19 51:11 81:7,8
82:13
**brought** 14:10 15:5,10
16:8 82:14
**build** 23:11,17 81:20
**build-up** 32:23
**built** 40:4 81:18
**bulk** 19:10,14 30:2 34:3
34:5 38:8 69:20 71:18
80:25 87:16,17 88:13
**bull** 44:17,19
**bunch** 49:8 50:8 54:24
63:4
**buoy** 59:20 83:11
**busted** 34:25

**busting** 34:21

---
### C
**C** 1:10 93:1,1
**cabin** 34:20
**cabins** 30:2
**cables** 72:2
**call** 8:8,9,11 13:5 19:17
33:21 44:19 45:16
52:21 53:2 61:3
**called** 6:25 7:4,16,24
11:6 12:21 14:16 31:8
31:8,9 33:25 44:11
48:8,12 59:24
**calling** 32:10
**calls** 12:14
**canal** 1:4 10:3 15:13,18
16:14,22 17:3,15 19:5
19:21 20:4 36:25 43:12
48:11 55:20 56:25
65:12
**Cane** 1:15 5:2 6:15
**canned** 47:15
**cannon** 34:19
**caps** 75:18
**captain** 1:15 5:1,9 8:25
9:5 11:3 12:12,22
14:15 20:18 23:9 31:7
45:2 46:25 50:7 51:22
52:12 56:21 57:11,24
58:7 64:13 69:1 74:2
74:11,17,24 75:3 80:15
87:3 89:18 90:10,24
91:19
**captains** 7:1 35:8 72:16
**car** 40:1 77:18,20 88:16
**care** 29:20
**case** 25:19 28:22 32:4
**cases** 1:6
**cause** 76:21 93:15
**caused** 77:1 88:15,17,20
**causing** 72:25
**CCR** 93:19
**cell** 68:25
**cement** 56:24 76:18
**center** 27:15,15 41:11,12
**certain** 10:1 12:13 27:16

27:16 29:14
**Certificate** 93:3
**Certified** 2:20 4:20 93:2
**certify** 93:4,13
**certifying** 57:5
**Chaffe** 1:17 2:4 5:25
**chance** 48:7
**change** 24:11
**changed** 91:7
**changes** 54:14
**channel** 13:18 67:18
68:16,16
**channels** 68:18,25
**chaos** 50:25
**chart** 3:11,21 17:9,11,12
19:16,18 20:5 21:6,7
39:8 59:3,4,5,9,13,25
60:8,13 78:18 85:4,5
86:7,8,8 90:12
**charts** 81:1
**check** 26:12 43:9 54:23
56:4 68:22
**checking** 80:13
**choose** 27:2
**chopper** 48:17
**circle** 18:9,15 20:18
22:13 78:2 82:3
**City** 7:10 44:12 53:20
54:20,21 78:11
**Civil** 1:4 4:5
**Claiborne** 15:21 49:10
49:18,23 55:1 57:1
**clarify** 40:7
**Claude** 55:3,5,19
**clear** 19:20 58:8
**cleared** 42:22,23 43:11
**climb** 48:5
**climbing** 46:4
**close** 3:15 13:22 17:3
22:22 31:18 40:3 46:21
65:11 77:10,25 79:25
**closed** 30:9 55:1
**closer** 13:24 33:13,13
65:1
**closest** 76:4
**clouds** 69:14

CAPTAIN HALL                                                                    March 17, 2009

**Club** 2:10 6:4,6
**Coast** 13:17,18 29:23
    48:12 57:4,24 65:25
    67:17 68:18
**Code** 4:5
**collapsed** 34:18
**collision** 23:16
**color** 63:3,6
**come** 15:1 26:21 31:1,1
    32:23 34:17 37:3,20,25
    44:7,14 45:2 47:7,9
    48:8 60:2 65:20 70:11
    71:24 72:2,2 75:8
    82:16 84:23
**comes** 20:2 27:25 53:25
    59:19,21
**comfortable** 23:18 26:1
**coming** 25:4 26:17,18
    30:6 32:12 33:1 34:22
    38:20 44:15 53:3 69:16
    69:21,24 70:1,7 72:4
    79:16,21
**command** 91:19
**COMMENCING** 1:18
**commercial** 57:10
**common** 11:11
**companies** 6:19,20 7:23
    63:3 89:22
**company** 7:16,24 8:14
    9:18 10:11 11:4,9,22
    12:12 14:4 44:11 62:10
    62:22 63:4 82:14 90:4
    90:17
**compare** 76:5
**compared** 75:20
**completely** 15:23 29:10
    29:17 37:12 68:24,24
    79:12,23 80:3
**compound** 81:10
**concern** 52:12 55:12
**concerned** 14:3
**concluded** 92:4
**concrete** 44:19 47:10,17
    76:18
**conditions** 12:13 66:21
**connection** 53:18

**consolidated** 1:4,6
**construction** 9:17 10:11
    10:15 11:9,22 15:8
**contact** 13:14 14:21 16:5
    28:14 29:22
**contacted** 26:18 48:14
**container** 37:1,2 38:4
    40:4 66:4,11 77:21
**containers** 36:25 37:3
    38:3,6,15,20,22 39:5,13
    39:22,25 76:16,23
    77:11,17,17 88:15,22
    89:10
**continue** 68:13
**CONTINUED** 2:1
**continuing** 67:14
**contract** 6:19 9:17 10:16
    10:17
**contracted** 11:4,10 64:12
**control** 11:17 25:2
**conventional** 61:4
**conversation** 74:9
**conversion** 40:5
**converted** 77:21
**conveyor** 33:12
**copied** 21:6 59:6 90:12
**copies** 58:5
**copy** 7:3,3 57:3,24,25
    58:3,5,6 86:6,14,20
**corner** 23:25 24:20,23
    25:12
**correct** 9:11 11:18,19
    27:6 38:10 57:11,17
    58:12 65:2 74:13 80:11
    88:25 93:10
**counsel** 4:3 93:13,14
**counters** 9:25
**couple** 27:11 39:10 47:22
    53:20 54:8 69:17 81:23
    82:6 83:8 84:25 85:1
**course** 79:19
**court** 1:1 2:20 4:20 56:16
    93:2
**cover** 36:24 91:13,16
**crane** 10:11 13:4 14:11
    15:8 23:5 24:8,9 51:7,8

    51:10 82:9,11 87:11
**cranes** 81:17,17
**crank** 37:10,13
**cranked** 37:15 42:25
**cranking** 61:15 72:13
**crawl** 46:8
**crew** 11:25 14:5 29:23
    30:6 54:14 91:2
**crewed** 65:21
**Crews** 8:7
**critical** 72:11
**Crosby** 35:8,9 41:19
    62:20,21 63:17,18,20
    63:23,24 64:4,9,12,12
    64:13,17,21 74:7,8,11
    74:18 90:1,2
**cross** 51:18
**crosses** 17:6,7,20
**crossing** 80:2
**crying** 32:15
**current** 57:17 79:15,16
    79:24 80:4
**currently** 6:17,20
**cut** 9:22 14:12 37:5
    71:25 72:1,6 84:18
**cutting** 19:23

**D**
**damage** 47:14 52:9 54:2
**damages** 5:10
**danger** 23:16 37:8 72:5
**dangerous** 46:2
**dark** 28:13
**date** 6:22
**dated** 57:11
**day** 10:24 12:3 28:8
    45:18
**daybreak** 35:21,21
**daylight** 28:10 35:20
**days** 53:20
**deal** 24:10 48:2 49:6
**dealing** 26:15 31:4 34:17
    36:9 43:2 70:21 91:14
**debate** 11:3,7,8 13:24
**debating** 11:14 12:22
    14:14,24 44:24 74:12
**debris** 45:9,19,24 49:2

    50:2
**December** 57:9,11
**decided** 78:10
**decision** 15:1
**deck** 10:13 24:12 25:10
    27:12,13 46:24 47:1
    61:7 62:1 67:7
**deckhand** 14:25 31:5
    32:11 45:1,1 71:2,15
**deckhands** 24:3 44:25
    72:1
**decks** 13:11 14:11 15:9
    24:8,9 85:25
**DEFENDANT** 2:3,10
**definitely** 12:25 88:19
**degrees** 79:12,14
**delayed** 88:16
**delta** 60:9
**demolition** 9:20 10:15
**depart** 78:9
**depending** 52:7
**depends** 66:22
**deposition** 1:15 4:3,15
    8:20 58:9 81:2 92:3
    93:8
**derrick** 81:15,16,18 82:9
**descendant** 57:15
**descending** 16:11 17:25
    19:10 26:18 83:8 85:13
**describe** 30:22 36:6
    52:17 60:17 83:9
**described** 65:4 72:25
    78:4 80:8 84:6
**designated** 72:1
**destroyed** 47:13
**details** 91:18
**die** 31:11
**diesel** 61:12
**difference** 51:17,20
    52:19,20
**different** 6:19,20 7:23
    39:3 40:9 57:13 75:5
**dimensions** 60:24
**direct** 23:16
**direction** 37:25 38:12,24
    39:3,4 41:4,5 69:21

CAPTAIN HALL

March 17, 2009

Page  4

**directions** 40:10
**directly** 10:10 15:7,7
  81:6,13
**dirt** 79:10
**disappeared** 81:22
**discharge** 29:14
**discussing** 54:12
**distance** 80:10 88:6
**DISTRICT** 1:1,2
**divers** 9:22 24:11
**dock** 19:11 20:9,13,19
  27:19,20,22 28:2 33:9
  33:20 34:3,5,10,12 36:7
  36:12,16 37:1,1,4,8,11
  38:8,8 39:12,13 51:8
  66:1,12,15 69:20 71:19
  72:10,11,14,17 73:2,17
  73:20 76:8 81:7 82:14
  84:13,18,24 87:17
  88:14
**docks** 27:1 34:14,15 37:7
  72:7 84:25
**documents** 6:24,25
**dogged** 27:12 53:13
**doing** 7:12 26:22 30:10
  33:6 47:22 65:16,17
**domestic** 57:7
**door** 31:22,23,24 32:3,14
**doors** 29:25 30:1,3
**double** 24:17
**downward** 37:25
**draft** 52:19 67:2 73:16
**drag** 72:20
**drawing** 63:9 73:21
  76:13 78:3
**driven** 28:12
**dropped** 23:2,6 25:1
  47:2
**dropping** 44:25 45:3
**dry** 82:25 84:4
**due** 38:19 54:14 57:19
  68:4 77:8 78:11
**duly** 5:4 93:5
**DUVALL** 1:9

———— E ————
**E** 93:1,1,1,1

**earlier** 14:13 60:20 65:4
  74:2 78:19
**early** 35:19 69:3
**easier** 47:9
**east** 39:7 40:8 64:25 70:1
  70:4,5 78:14 81:2 82:3
**easterly** 70:5
**EASTERN** 1:2
**eating** 14:18
**Edward** 7:6,8
**eight** 55:24 56:1 71:6
  73:21
**either** 12:17 29:16 33:14
  46:1 52:22 53:1 62:14
  64:12 68:2,4 88:20
**Either/or** 9:4
**electricity** 68:22
**electrocuted** 48:7
**electronics** 67:23
**employed** 6:17 8:13
**employees** 46:3,12 48:10
**employer** 7:12,13,15
**employment** 7:19
**empty** 13:11 43:21 51:23
  52:10,13,23
**endanger** 73:1
**ended** 49:11 58:19 81:23
  82:19
**endorsements** 57:14
**engage** 57:10
**engaged** 74:9
**engine** 29:11 31:19 34:23
  34:25 71:1 91:3
**engines** 14:25
**ensures** 52:22
**enter** 84:24
**entire** 9:15
**equipment** 13:2,15 14:2
  15:1
**especially** 30:7
**ESQUIRE** 1:23 2:5,6,12
**essentially** 10:4,14 15:10
  29:8 49:24
**estimate** 20:8 42:12
**estimated** 73:11 88:11
**estimating** 80:18

**evening** 12:11,20 13:25
  31:15 80:21
**events** 42:15
**eventually** 26:16,17 28:1
  89:11
**everybody** 5:19 66:16
**evidence** 4:16
**evidently** 31:8 38:1
  44:23 49:1,3 63:2
  64:14 68:3
**exact** 60:24 90:4
**exactly** 10:19 11:16 33:6
  48:15 68:23 84:1 88:15
**EXAMINATION** 3:2
  5:7 56:19 87:1 89:16
**EXAMINATIONS** 3:1
**examined** 5:5
**execute** 53:11
**exhibit** 21:1,5,13,14
  22:24 56:13,16 57:25
  58:1 63:9 86:15 87:3
  90:15 91:15,21
**EXHIBITS** 3:7
**expect** 6:12
**experience** 75:11 77:8
**experienced** 74:15 75:12
  80:9
**experiences** 53:18
**expires** 57:9
**explanatory** 51:3
**exteriors** 31:24
**extra** 53:12
**extreme** 39:15
**eye** 63:9 69:22 70:19,23

———— F ————
**F** 93:1
**face** 34:15 41:10
**faced** 27:11 63:21 70:3
**facilities** 26:12
**facility** 20:7,8 21:17
**facing** 18:6 40:17,19,20
  40:25 41:3,5
**fact** 36:10 39:23 48:22
  58:14 75:24 76:2 82:20
  85:1
**factor** 43:3

**fair** 32:18 49:17 88:21
**familiar** 13:6 66:13
**FAMILY** 1:11
**far** 6:12 14:3 34:2 42:11
  43:7 50:11,23 51:13
  61:6 68:19,20,23 70:20
  77:23 88:1 89:8
**fast** 34:14
**favor** 26:14
**fax** 7:5
**faxed** 7:8
**features** 29:11
**Federal** 4:5
**feel** 17:9 23:10,18 25:25
  30:19 32:24,25 51:17
**feet** 20:11,12 66:25 67:8
  67:9 73:9,10,11,12,16
  73:22 79:25 88:11
**fender** 23:12
**figuring** 73:16
**filed** 7:2
**find** 6:11 23:8 26:9,16
  28:12 43:5 65:17 89:22
  89:23 90:3
**fine** 22:20 32:21,22
  50:16
**finger** 17:2
**finish** 14:19 56:17 86:21
**fired** 14:25
**first** 5:4 18:15 22:2 39:22
  46:23 67:22 69:4,16,23
  70:22 71:7 80:5 81:2
  83:13 84:9 93:5
**Fisher** 2:5 3:4 5:12,18,24
  5:25 6:5 16:20 17:1,10
  17:21 18:1,8,13 19:15
  19:25 20:17,24 21:4,11
  21:19 22:1,19 33:24
  40:22 51:24 55:2,6
  56:6,11,15,20 60:12,16
  70:16 73:6 74:1 86:24
  87:5,15 89:2,17 91:23
**five** 24:1 27:2
**fixed** 87:12
**flat** 10:13 13:11 14:11
  15:9 24:8,9,12 85:24

CAPTAIN HALL

March 17, 2009

**fleet** 8:1,3 61:4,6,17 62:2
  84:23 85:21
**float** 25:3
**floated** 38:6
**floating** 37:24 40:8
**flood** 5:10 48:2 76:10
**Florida** 15:14,15,20,24
  15:25 16:2,3 19:6,6
  26:5 28:16 41:2,25
  42:1 43:16,19 44:18
  45:8 49:10,18,23 50:3
  54:9 55:14 56:25 86:2
**fluctuates** 53:4
**flying** 48:17
**fog** 39:17
**folks** 90:6
**follows** 5:5
**food** 44:2 47:11,16,19
**foot** 25:5 62:1 73:23,25
  80:1
**Forbes** 2:5 18:21 19:12
  19:19 21:8,21 40:12,16
  40:24 41:6,13 56:23
  60:7 85:5 90:12
**forced** 66:17
**forget** 35:9
**form** 4:12 51:25 73:5
  77:13 89:3
**formalities** 4:8
**forth** 6:13 10:5 44:16
  71:1 93:7
**found** 27:23
**four** 8:17 24:18 27:6
  30:4 67:9
**France** 20:1 40:23 58:19
  82:2
**free** 51:15 52:20 66:20
  67:3,6,7
**freely** 25:3
**Friday** 11:2
**friends** 58:11
**front** 57:25 69:18
**fuel** 54:17,18 66:22,24
  84:13,18,24 85:2,17
**full** 7:13 51:23 52:13
  61:25

**further** 12:14 23:22 29:1
  64:25 81:14 93:13
**fuse** 68:2

_____

### G

**galley** 13:20,21 14:18
**Galveston** 86:8
**gap** 20:14 33:17 59:23
**gas** 46:1
**gate** 48:2
**gauge** 35:4,10,16 74:3,22
**gear** 25:2
**Geiger** 9:25
**Geismar** 7:25
**generators** 68:21
**gentlemen** 46:18
**getting** 27:3,21 31:25
  34:22 35:12,14 37:5
  43:5 45:4 48:7 65:15
  70:22 71:8 74:13,21
  75:4,7 80:21
**GICW** 16:21 17:16 20:2
  58:19 65:1 78:22 81:5
  82:1 83:2
**GILBERT** 1:22
**give** 6:13 8:10 28:23
  35:22 53:17 55:11 73:2
  82:11
**given** 8:19 44:2
**giving** 13:18
**GM16V71** 91:3
**go** 13:20,25 14:16 19:3
  23:11 29:1,8,18 30:8
  34:2 39:2,3 43:16
  44:25 45:7,19,22 54:10
  54:18,19,19 55:19
  59:25 67:10 68:9 73:20
  77:14 78:10,10 80:9,22
  81:19 84:9,9 85:17
**goes** 16:7 29:24 32:4
  59:20 68:20 70:20
  78:16 84:19 85:11
**going** 7:18 12:23 13:1
  14:1,1,13 22:17 25:4,6
  26:12,20,23 31:16 32:8
  32:20 33:5 34:23 37:12
  38:23 39:1,22 40:8

43:3 45:3 47:24 52:24
  52:25 53:12 54:13 56:4
  69:8 71:12 72:19,19
  75:18 76:23 77:10,11
  77:12,14 79:13 80:7
  85:13 90:8
**good** 20:14 35:25 36:1
  53:13 57:23 64:14
  69:13 78:6 82:17 93:3
**gradual** 30:23 32:23
**grandfather** 31:7,8
  32:10
**grandpa** 31:9
**grandson** 31:10
**groceries** 53:24
**ground** 23:24 91:11
**grounded** 83:6
**group** 42:20 63:8,10
**Guard** 13:18,18 29:23
  48:12 57:4,24 67:17
  68:18
**guess** 9:12 10:7 22:17
  28:5 33:21 45:15 47:5
  60:23 72:8 73:25
**guessing** 66:11,24 67:9
  88:18,19
**guide** 20:10 44:18 45:4
  45:20
**Gulf** 15:16 54:7,19 59:19
  62:23,24 78:15 79:5,15
  80:7,10 81:19 84:9
  86:5 90:5
**guy** 7:20
**guys** 45:6 64:14

_____

### H

**half** 24:18 61:8 67:8
  69:15 88:8,9
**Hall** 1:15 3:8,10,12,14,16
  3:18,20,22 5:1,9 6:15
  21:14 22:22,24 56:10
  56:13,21 57:6 58:1,7
  89:18 90:10,15,24
  91:19,21
**Hall's** 57:24
**hand** 83:4
**handle** 25:7

**hands** 47:2,24 48:3 71:23
**happen** 27:1 28:22 35:17
  42:18 65:24
**happened** 9:12 23:20,20
  49:18 50:1 54:22 72:24
  81:21
**harbor** 3:11 11:15 12:16
  19:16,17 20:3 21:7
  23:13 65:17 75:17
**hard** 21:20 26:11 31:1,1
  70:20 75:8,9 79:10
  83:19 84:1 89:10
**Harvey** 41:18 62:22,22
  62:23,24 63:12,14 64:1
  71:14 90:3,5,19
**hatches** 29:19 30:11 32:6
**HBL** 8:3
**head** 58:14
**headed** 42:25 79:21
  80:15 81:2
**heading** 12:16
**heads** 30:2
**hear** 44:23 46:24 51:1
**heard** 44:1 76:22
**heavier** 81:18,20
**heavy** 51:10
**height** 61:6
**held** 10:20
**hell** 23:14 51:7 65:7
**help** 16:14 28:22 44:23
  46:10,11 48:9,24,25
  53:23 78:9
**helped** 23:17
**helpless** 37:12
**hereinabove** 93:7
**hereto** 4:3 93:14
**high** 45:11,11 52:3,13,15
  52:21 53:1,2 73:2,3,20
  77:8 80:3 82:25 84:3
**higher** 35:11 52:23
**highways** 53:22 54:15
**high-rise** 16:7
**hill** 54:22 65:19
**history** 7:19
**hit** 12:5 24:2 30:18 36:18
  36:24 38:1,1,25 39:24

CAPTAIN HALL

March 17, 2009

39:25 70:22 71:3 76:24
88:25 89:10
**hitting** 31:14 34:19,20
39:8 68:5,5 76:16
**hold** 72:3 89:25
**holding** 16:22 27:25
**hole** 32:8 59:24,25 60:1
72:22 84:21
**holes** 34:24
**hollering** 44:23
**home** 54:23 86:18
**Hopedale** 84:15,16,17,22
85:7,9 86:11,12 90:13
90:13
**hopefully** 29:16
**hopper** 36:23,24 37:18
37:19,20 38:14 39:5
43:21 51:6,12,19 52:10
83:4 85:25
**horse** 91:3
**hoses** 29:14
**hostage** 57:18
**hour** 35:12 75:19
**hours** 9:12 35:19,25 36:1
36:1 47:22 50:9,9 54:8
54:20 80:18
**house** 32:1 34:21,22 36:9
37:16 46:24 47:24 61:9
70:25
**houses** 76:24,24
**Houston** 7:17
**Huey** 48:18
**Hueys** 48:17
**hull** 72:22
**hundred** 39:20 61:11
69:17 75:19 78:1
**hurricane** 6:12 11:12
12:25 24:6,22 30:12
31:16 39:1 50:19 51:16
53:8 57:19 75:16 82:15
**hurricanes** 76:3

**I**

**idea** 43:1 45:23 73:3 84:7
**identification** 21:15
22:25 56:14 58:2 90:16
91:22

**identified** 78:19 91:13
**identify** 63:3,5,15,15
91:1,11
**illustrate** 86:11
**imagine** 69:4,9 82:6
**immediate** 42:19
**impact** 89:12
**inch** 25:18 27:15 32:7
**inches** 25:23,24
**including** 4:8
**increase** 30:23
**independent** 64:6
**independents** 63:5
**INDEX** 3:1,7
**indicated** 52:14 87:11,12
88:10
**indicating** 15:19 16:17
17:20,25 18:25 19:7,11
19:21 21:22,25 22:7
33:10,16 34:16 38:21
40:20 41:22,23 42:14
49:16 59:8,19,21 63:13
63:17 70:4 72:9 76:12
76:13 78:5,14,20,21,25
81:25 82:1,6 85:10
**indicting** 16:22
**Industrial** 10:3 15:5,6,12
15:13,18 16:7,12,14,17
16:18,21 17:6,8 18:5
19:20 20:3 34:9 42:25
43:7 48:10 55:20 56:25
65:11 73:19
**information** 8:22 9:19
68:13 74:21
**Ingram** 1:9,10 8:4,5
49:14,21 50:4 51:4
**Initially** 23:10
**inland** 3:23 13:24 30:5
57:8 86:10,16 89:18
90:10,25 91:14,17
**Inner** 20:3
**inset** 20:1 21:5
**inside** 20:9 23:17 26:25
27:19 33:10,17 34:13
45:20 49:1 91:13,16
**insurers** 6:6,7

**intense** 71:4 75:22
**intensity** 75:13
**Intercoastal** 15:19 19:22
38:9 43:7 54:5 64:23
65:11 78:16 88:2
**interested** 93:15
**internal** 31:22
**interstates** 54:4
**introduce** 5:19
**introduced** 56:22
**iron** 34:19 68:5
**issue** 57:4,12,16

**J**

**J** 2:12
**James** 1:15 5:1 6:15 57:6
**Jennifer** 11:6 14:10 23:7
50:7 61:20,21,23 62:7
62:12,13,14,16 81:15
90:21,21,22,23 91:1
**job** 8:8,8 9:16,17,20 10:7
10:17 11:5 64:15 85:2
**jobs** 10:9
**JOSEPH** 1:10
**JR** 1:9,11
**JUDGE** 1:9
**jumped** 86:3
**junction** 17:16 19:8 26:4
28:19 78:16 81:3 82:2
83:3 88:2
**juncture** 78:21
**Junior** 6:15 57:6

**K**

**K** 1:7
**Katrina** 1:4 6:13 62:19
75:12,22 76:2,2,7
**keep** 7:2 11:14 13:3 14:2
27:25 29:16 37:12,16
72:15 76:8 79:20
**keeps** 53:3
**kept** 32:17 72:7
**kind** 8:6 14:24 21:20
24:7,13 29:16 32:17
33:5 36:20,22 43:22,24
57:3 61:7,8 82:20,21
83:11,11,12 84:1 85:22

85:23 86:1,1,2,3 90:24
**Kitto** 2:12 6:2,3
**knees** 60:20
**knew** 25:4 31:15,17 42:8
54:4 64:14 71:23
**knock** 72:22 76:10,10
**knocked** 25:2 39:24
68:24 76:17
**knot** 74:15,15
**knots** 75:6
**know** 7:12 8:9,21 11:9
12:13 13:5 14:21 25:14
31:11 32:18,21,22,22
33:6,23 35:11,17,18
36:12 37:21 39:11,25
40:2 45:12,16 46:12
49:9 50:1,23 53:16
54:25 55:14 58:3 63:1
64:15 65:20 66:23 68:6
72:18 74:12 75:10
76:16,21 77:1,19,22
78:8 81:10,22 82:19
83:22 84:5,22 88:14,17
88:24 89:12
**knowledge** 50:17 55:1

**L**

**L** 4:1
**label** 33:20 58:4
**labeled** 19:13
**Lafarge** 1:9,10,11,12,13
2:3 6:1,7,10 56:23
**LAGARDE** 1:10
**Lake** 17:12,15 58:23,24
59:1,16
**LaLoutre** 90:13
**land** 20:13 59:23
**landed** 44:17
**landfall** 30:18
**large** 90:6,8
**larger** 18:14 22:17 33:17
**lash** 36:11,13,19 39:8,10
42:7,11
**lasted** 32:19 80:10
**late** 80:21
**LAUREN** 2:19 4:20 93:2
93:19

JOHNS PENDLETON COURT REPORTERS

law 1:22 4:6
laws 77:10
leads 91:10
leave 13:3 30:6
leaving 14:19,22
left 12:2,4 14:6,7 19:5,10
    32:7 55:17 78:8 85:13
legs 13:6
let's 33:14 56:7 57:23
    59:4 63:20 64:19 67:10
    80:17 86:19
levee 38:20 39:23 47:9
    76:17,20 77:7 83:6,13
    83:15
levees 50:25 79:7,10,16
level 30:23 52:19
license 3:19 6:21 57:3,12
    57:16,24
life 31:17 76:1
lifted 45:17
light 51:6,12,14
limited 39:16 42:6
line 8:4,5 9:20 41:11
    48:6 53:10,14 67:3
    71:25 91:15
lines 24:13,20 25:16,18
    25:19 27:15 33:2 35:2
    37:6 53:3
links 9:23
list 83:12,12 89:22
listed 6:10 90:18
listening 67:17
LITIGATION 1:4
little 19:9 20:14 45:3,22
    48:2 55:22 56:7 59:22
    60:3 61:5 65:5 76:20
    81:13 84:13,13,21,23
    84:24,25 85:9 89:10
living 24:10
load 10:2 13:11 51:20
    52:2,3,8,13,15,21,24,25
    53:1
loaded 51:14 66:24
loading 10:21 66:13
loads 37:2
located 87:11

lock 30:3,4 31:23 49:24
locked 32:3
locking 32:5,11
locks 51:1,19
logo 63:4
logs 80:18
long 8:16 31:2 32:18,23
    35:23 47:21 58:8
longer 60:25
look 26:14 62:15 79:7
    80:17 90:25
looked 19:8 36:8 40:3
    43:11 73:13 76:22
    77:18,18 81:16,17
    83:14
looking 17:9 26:6,11,20
    41:2 87:10
looks 12:24
loose 23:14 24:4 36:19
    36:20 65:8 72:6 82:18
    82:21
lose 69:1 71:12
lost 68:3
lot 12:14 30:4,5 43:19
    47:8 51:15 52:9,23
    65:18 70:21 79:8 80:2
    81:20
Louisiana 1:2,16,18,25
    2:8,14,21 4:21 5:3 6:16
    93:4
low 54:1,2
lower 5:11 53:4 82:21,22
luck 57:23
lunch 71:9

## M

MAG 1:10
main 25:2 31:18 68:2
    71:9 72:13 77:5
maintain 29:22
making 76:8
man 53:19 76:20
maneuver 36:2
map 3:9 15:23 19:3,14
    38:16 59:7 87:10
MARCH 1:18 93:16
Marine 7:4,13,16,17,21

8:14,15 9:8 11:20
    13:14 57:5 62:8 90:5
mariners 13:19
mark 21:9 82:11
marked 21:14 22:24
    56:13 58:1 59:25 90:15
    91:21
Market 1:15 5:2 6:15
marshes 59:18
master 11:17 57:6
material 30:2
materials 9:24 10:12
matter 13:1 36:10 39:23
    48:22 68:20 75:23 76:2
    82:20 84:25
Maurepas 17:13
McCall 1:17 2:4 5:25
mean 35:15 39:7 55:3
    66:18 71:7 81:24 84:2
    91:5
memory 64:7
mentioned 51:12 53:5
    58:9
Merchant 57:5
mess 56:17
met 27:5 54:22
method 93:9
Mex 7:16,16,21,22,22
Mexico 54:7
Michoud 17:3
middle 25:16 51:9
mile 18:22 35:12 51:18
    65:5 69:15 82:24 87:20
    87:24,24,25 88:6,8,8,9
mileage 20:4
miles 13:24 51:9 59:22
    75:19 80:5,10,12 81:24
    82:7 88:4,7
mind 69:7
mine 47:13
minimum 73:15 75:20
minute 60:15
minutes 24:1 35:22,22
Mississippi 15:16,22
    86:8
mistaken 83:25

mixture 85:24
model 41:16,19,20,22
    61:25 62:5 63:23 64:1
    90:19 91:7
Monday 9:12 12:7,8,10
    30:19
monitor 67:14
monitoring 13:13,15,17
    29:3 30:15
Montgomery 2:11 6:3
months 55:24 56:1
moor 27:3,10
moored 24:23 25:10 27:8
    34:14 53:5
mooring 51:23 52:13
    53:6
Moreno 7:8
Morgan 7:10 44:12
    53:20 54:19,21 78:10
morning 9:12 12:6,7,8
    12:10,11 14:13,17,23
    30:19 35:19 62:19 65:8
    69:2,7,19 70:17 71:17
    75:1,11 76:6
motor 57:6
motored 26:3
move 54:6 80:22
moved 39:5,21 40:9
moving 10:4 23:23 39:6
    72:8,9
MRGO 16:21 17:16
    78:21,25 79:21 80:16
    81:3,4,5 83:3 84:8 85:6
    88:3
MUMFORD 1:9

## N

N 4:1
name 5:9 6:13 8:8 9:18
    23:8 33:23 62:11,22
    64:8 74:19 86:17 87:18
    87:19 90:4
names 46:17 63:7 64:16
natural 46:1
naturally 14:3 45:13
    53:14 77:9 88:23
navigating 83:2

CAPTAIN HALL                                                                 March 17, 2009

**near** 16:8 65:25
**need** 12:15 14:20,20 20:7
  29:23 48:25 60:8 80:14
**needed** 13:11 28:22 32:1
  32:4
**negotiate** 8:11
**neighborhood** 49:11,13
  50:5,18 51:2
**never** 24:21 49:20 70:14
**new** 1:17,25 2:8,14 8:7
  48:20 51:8,11 57:19
  65:25 81:16,17 87:15
**night** 14:14 28:8 30:13
  80:23
**nine** 71:6 73:21
**NOAH** 17:12 68:16 85:5
  86:8 90:11
**NOBT** 33:25
**nodding** 58:14
**noon** 71:9
**normal** 66:21 73:18
**north** 2:3 6:1,7 15:14
  16:23 18:2 38:9,12,19
  56:23 64:3 65:25 70:12
  70:15 75:18 76:13 81:9
  85:14
**northwest** 70:12
**Nos** 21:14
**nose** 44:17,19
**nosed** 83:17
**notes** 56:4 80:13
**notice** 50:5
**noticed** 47:23 53:5 70:11
  78:23 82:15 88:16
**number** 3:8,10,12,14,16
  3:18,20,22 10:1 22:3
  56:10 76:14 78:3 87:6
  90:14 91:16
**nylon** 25:18 27:15

## O

**O** 4:1 93:1
**oath** 4:22
**object** 51:25 70:14 73:5
  89:3
**objections** 4:12
**observation** 45:18

**observations** 6:12 76:9
**observer** 57:8
**obstruction** 27:22
**obviously** 88:14
**occasion** 55:19
**ocean** 90:8
**office** 1:22 7:4,24
**Officer** 57:5
**OFFICES** 1:16
**official** 87:18,19
**officiated** 4:22
**offshore** 51:10
**Oh** 29:9 75:23
**okay** 8:20,22 12:10 15:23
  16:13,25 17:11 18:18
  20:23 21:12 22:5,11,15
  22:18 23:2 29:7 33:8
  33:19,22 34:6,13 35:18
  38:13 39:6 43:14 56:4
  56:12 58:7,22 62:4
  63:15,23 64:21 67:9
  91:6,10
**old** 13:10 19:10 34:3,5
  38:8 44:19 87:16 88:13
**onboard** 66:23
**once** 23:24 27:12 32:13
  37:10 42:5 43:11
**ones** 65:19
**open** 30:6 32:14 36:24
  43:21 51:6,19 52:10
  77:14 85:6
**operated** 62:7,10 91:3
**operating** 30:9 67:21
**operators** 56:24
**opposite** 41:3 48:10,21
  50:12 64:24
**option** 12:18
**order** 37:12 79:20
**oriented** 20:25 60:4
**original** 57:14,15
**Orleans** 1:18,25 2:8,14
  4:21 8:7 48:20 57:20
  65:25 87:16
**ourself** 26:25
**outer** 27:18 30:1 33:9
**outlet** 15:16 17:15 59:19

78:15 79:15 86:5
**outside** 27:20 37:8 44:22
  46:23,24 72:17
**overhaul** 29:10
**overheard** 8:19
**owned** 9:8 51:11 82:13
**owner** 53:19 54:21 75:24
**owns** 8:2

## P

**P** 4:1 93:1
**PA** 46:21
**page** 3:2 89:19 91:12,13
  91:16,17
**painted** 23:25
**PARFAIT** 1:11
**Paris** 16:6,9,13 17:2,19
  65:1 78:12,14 81:3
  82:3 83:3,5
**Parish** 4:21
**parked** 23:3
**part** 4:15 24:17,17,19
  27:15 33:9 47:9 59:1
  70:25 71:4 80:5 85:6
  86:6
**particular** 10:2 12:12
  31:23 50:14,15 52:12
  76:17 77:12
**particularly** 39:11 66:18
**particulars** 91:18
**parties** 4:3 93:14
**partner** 56:22
**parts** 25:12,15 53:7,9,10
  53:15
**Pass** 60:5
**passage** 28:15
**passed** 9:24 70:19
**Pat** 5:22
**Patrick** 1:23 5:9
**peaks** 35:12
**pen** 33:4 78:2,6 82:11
**people** 44:2,21 47:5,25
  53:23
**percent** 39:20
**perfectly** 32:21
**permitted** 43:8
**PERRY** 1:10

**personally** 49:21
**PERTAINS** 1:8
**petition** 76:19
**phenomenon** 80:8
**phones** 68:25
**photo** 58:3
**physics** 77:10
**pick** 9:21,22 13:23 48:16
  48:19 49:7
**picked** 35:16 71:22
**picking** 9:20 69:4
**picture** 15:25 16:15,16
  17:7 38:17 61:19
**pictures** 15:17 50:8 51:5
**piece** 13:9 20:9 36:17,18
  65:6 78:12
**pieces** 34:18 68:4
**pile** 43:19
**piled** 45:24
**pilings** 13:10 27:21,23
  85:16,18
**pilot** 6:18 7:25
**pipe** 9:20,22 10:6
**place** 19:8 26:9,16,21
  29:24 32:3 84:22
**placement** 84:1
**PLAINTIFF** 1:21
**plaintiffs** 5:23
**plan** 45:3
**plant** 61:10
**platform** 9:20,21 13:10
  47:10
**plenty** 54:18 82:17,17
  89:5
**plus** 24:20 34:17
**point** 17:5 23:18 26:6
  28:15 35:10 37:15
  38:25 39:7 47:13,23
  48:19 49:7 67:13,14
  69:1,6 70:10,24 71:5,7
  71:8,11,17 72:11 74:9
  75:8,25 89:12
**pointed** 87:15
**pointing** 17:2
**points** 24:25 30:4
**polypropylene** 25:21

CAPTAIN HALL                                                    March 17, 2009

Page 9

**Pontchartrain** 17:12
**port** 32:8 34:24 84:13
  87:15
**portholes** 29:14
**portion** 90:11
**position** 53:22,24 83:18
**positioned** 47:8
**possible** 53:9
**possibly** 72:22 73:1
**power** 23:23 48:6 61:10
  91:3
**POYDRAS** 1:17 2:7,13
**precaution** 51:22
**precautions** 29:20
**preparing** 30:11
**pressing** 88:24
**pressure** 77:3,4 89:6,7,9
**pretty** 9:2 20:14 25:6
  28:12,12 30:17,25
  31:21 51:3 54:13,16
  77:25
**prevention** 53:8
**previous** 35:6
**price** 8:11
**Pride** 90:1
**prior** 7:22 44:1
**probably** 24:1 27:14
  45:14 55:21 58:7 62:1
  67:8 81:11
**problem** 31:4,6
**Procedure** 4:5
**proceed** 84:9
**process** 66:14
**project** 10:15
**propane** 46:1
**proposed** 54:18
**protected** 23:15
**provide** 47:15,16
**provisions** 78:11
**proximity** 28:24
**public** 80:25
**pull** 11:8,10 12:16,23
  13:1 37:16 66:16 77:13
**pulled** 12:2,3
**pump** 29:17 34:23 44:2
  46:3,12 48:9

**pumping** 45:5,6 46:15
  47:25 48:3,22
**pumps** 29:13
**purposes** 4:6
**push** 9:2 41:19 60:19
  65:10
**pushed** 44:20,20 83:20
**pushes** 23:24
**pushing** 37:7,14 51:17
  51:19 69:24 77:5
**put** 22:9 24:4,20 25:18
  27:13 33:18 38:12 39:4
  51:9 53:10 56:16 58:6
  60:14 63:14,20 64:19
  73:19,22 75:9 78:6
  89:8

### Q

**quarter** 27:16,17,17 69:9
  69:11
**quarters** 24:10
**question** 4:13 8:23 40:13
  88:17
**questions** 49:8 54:24
  56:5 57:2 58:10
**quick** 28:12 86:20

### R

**R** 1:9 6:15 57:6 93:1,1,1
  93:1
**radar** 13:23 57:8 67:20
  68:2,3,7,8 69:2
**radio** 14:16 26:19 29:4
  43:12 67:15 68:14
**radioactive** 9:23
**radios** 68:9,11
**rail** 88:16
**railroad** 77:22
**rain** 39:15 69:14 75:21
**raining** 69:13
**raised** 45:13
**rake** 36:17,18
**ran** 54:17
**rapidly** 29:16
**rarely** 70:24
**rated** 61:11
**reach** 13:8

**reached** 72:10
**reading** 4:8 74:13 75:5
**real** 26:11 27:3,13 32:15
  35:15 37:5 39:14 53:13
  64:14 66:18 70:25 75:8
  82:17 86:19
**really** 25:14 26:14 31:3
  36:7 42:7 45:22 47:15
  48:25 50:6 62:11,16
  70:19 72:22 83:18
  84:20
**reason** 23:6 64:7 90:17
**recall** 9:14,18 23:7 31:3
  46:3 50:6 63:6 64:16
  70:18 85:19
**recess** 57:2
**record** 5:14 6:14 7:2
  56:8,21 59:7 62:15
  86:10,16,21 89:19
  90:11,25 91:8,14,17
**red** 90:7
**refer** 34:2 62:16
**referred** 87:17
**referring** 49:14 65:22
  67:11 71:15 81:1 86:7
**refrigerated** 66:6
**refrigerator** 65:24
**regained** 39:20
**regard** 43:18
**registered** 57:7
**regular** 7:23 31:22 79:9
**rehydrate** 47:12
**related** 10:10 93:14
**relationship** 58:18
**relief** 54:15
**relieve** 12:15
**remember** 8:21 10:18
  20:14 35:7 36:16,22,23
  37:19 39:14 41:17
  48:13 50:12,14 55:17
  60:24 61:25 62:11 63:6
  63:19,25 64:4,8,11 69:6
  74:7,17,19 79:9 83:10
  83:13,16,18,18,19 84:1
  84:2 86:5 90:4
**remind** 8:20

**renewing** 6:21
**REPORT** 3:23
**REPORTED** 2:18
**reporter** 2:20 4:20 56:16
  93:3
**reporting** 93:9
**represent** 5:10 56:23
**rescued** 47:5
**reserved** 4:14
**response** 9:1,9 10:6 12:1
  16:10,19 24:24 25:11
  25:22 26:2,8 27:7,9
  28:7 29:5 30:16 46:6
  47:18,20 58:10,13,25
  64:2 66:4,10 67:16
  68:1 76:15 79:1,18
  87:14
**responsiveness** 4:13
**restricted** 39:17,18 69:15
**result** 93:15
**retrieved** 85:5
**revetment** 23:23
**revetments** 79:8
**reviewing** 90:10
**ride** 12:17,18 36:18
  71:18 72:25
**rides** 12:12
**riding** 72:16 73:1
**rig** 25:1,19
**rigging** 24:14
**right** 5:15 6:18,20 9:16
  11:21,23 16:11 17:20
  17:24,25 18:18,24
  19:11 20:2,14 21:13,22
  21:24 23:8 24:2 33:16
  34:7 35:7 36:11,16,17
  36:23 37:19 38:4,20
  42:6,14 43:11 48:2,2,6
  49:16 50:3 52:18 57:1
  57:19 58:7 59:15 61:25
  63:17,25 64:11 66:25
  67:18 70:8 74:5,7,17
  78:5,16,18,20,23 79:9
  83:8,10,13
**right-hand** 43:23 83:5
**rise** 25:3

CAPTAIN HALL                                                                    March 17, 2009

**rising** 32:24 72:7
**river** 3:23 7:24 15:22
   53:2 54:5 60:8 62:2
   75:16,18 86:8,10,16,21
   89:18 90:11,25 91:14
   91:17
**Road** 1:16 5:2 6:16 16:6
   16:9,13 17:3,19 20:2
   40:23 58:19 65:1 78:13
   78:14 81:3 82:2,3 83:3
   83:5
**roads** 43:6
**Robert** 2:5 5:25
**rock** 59:21,24 79:8 80:6
**rode** 9:10 24:21 42:9
**Ronald** 2:12 6:3
**roof** 44:21 48:1
**room** 29:11 31:19 34:23
   34:25 44:22 71:1
**rooms** 34:23
**rope** 24:15 25:13,18,20
   25:21 82:17
**ropes** 27:24
**rose** 37:6
**Rouge** 8:1,3 75:17
**rough** 31:25
**route** 17:22 45:19
**rudders** 23:24 37:9
   61:13,15 72:10,21
**rumors** 51:1
**run** 55:23
**running** 27:19 31:17
   55:22
**runs** 33:9

_____

**S**

**S** 2:19 4:1,20 93:1,2,19
**safe** 11:15 12:16 23:10
   23:13 29:25 65:17
**safety** 29:10
**sail** 51:15
**salvage** 81:17
**Sanders** 1:23 3:3 5:8,9
   5:16,21,22 6:9 18:11
   19:2 20:20 21:2,16
   22:4,8,12,16,21 23:1
   34:4 40:14 41:24 52:4

52:11 55:4,8,13 56:3,9
   58:10 70:13 73:4 86:22
   87:2,7,9 89:14 91:25
**sat** 24:1 82:24 83:21
**Saturday** 12:5,11,20,20
**saw** 36:6 38:3 39:18
   43:18 66:3,9 77:24
   82:4 83:9 85:15 86:12
   88:15,16
**scale** 17:15 18:14,20 20:4
   27:21
**scanner** 68:5
**scared** 31:9 32:2
**scattered** 38:7 39:13
   81:5 86:4
**scrap** 10:2,3,4,5,6,20
   15:6,24 37:22 43:1,15
   44:8
**screaming** 46:25
**screw** 61:24 91:19
**seal** 30:3,4
**seaman's** 69:22
**seawall** 38:21 76:11 77:7
**seaworthy** 30:3 31:24
   66:19 81:19
**section** 1:7 19:23 20:10
**secure** 26:25 27:24
**secured** 82:15,16
**see** 29:2 30:19 33:14 36:3
   38:16 41:25 42:1,22
   43:2 44:7 46:7,8,9
   49:12,17 50:4 65:24
   68:23 69:17 76:9 80:17
   81:4 83:4 84:10 85:2,9
   89:13 90:3
**seeing** 50:6,12,14 83:19
**seek** 11:15
**seen** 36:10 42:21 44:16
   44:21 46:9 48:6 49:20
   50:11 51:5 65:18 76:1
   76:15,23 79:10 81:10
   81:23
**self** 51:3
**sell** 8:1
**send** 10:2 47:24
**sending** 44:25

**sent** 7:3
**separate** 19:22
**service** 8:7
**set** 23:9 27:20 29:11,12
   29:13,21 30:7 72:19
   93:7
**sets** 29:25 30:1
**seven** 69:9,12,19 73:15
**severe** 71:8
**severity** 71:9
**Shell** 84:17
**shift** 70:11,17
**shifted** 39:2 72:13
**ship** 37:1 65:25 66:3,5,6
   66:7,11,15,17
**ships** 37:2
**shipyard** 65:20,22
**short** 78:12 86:19
**shoved** 23:22
**shoveling** 51:20
**show** 15:17 33:5 59:4
   85:4 90:13 91:13
**showed** 22:2
**shower** 32:14
**shows** 19:16 20:1 59:7
   60:8,14 81:11 85:6,7,7
   89:20 91:2,17
**shut** 53:21 54:4,5,5,6,16
   67:23,24,25 68:21
**side** 15:6 20:13 25:15
   26:13 38:9 39:12 43:22
   43:23 46:5 48:10,19,20
   48:21 50:12 57:1 64:3
   64:10,20,24 76:13 83:5
   85:14
**sides** 26:14 85:3,22
**sideways** 79:14,23
**sight** 28:20
**signing** 4:9
**simply** 86:11
**single** 24:17 29:19
**sink** 42:18
**sit** 47:11
**sits** 61:8 73:17
**sitting** 43:24 82:10 83:12
   84:3 86:3

**situation** 43:5 51:4
**situations** 29:9
**six** 69:19 73:15
**Sixty** 61:1
**size** 60:22,23 61:3,22
   62:1,3
**SKETCH** 3:17
**skiff** 44:25 45:3,7,19,22
   47:2 48:4
**sleep** 29:8
**slide** 27:24
**slightly** 75:4
**slinging** 34:18
**slip** 84:24
**small** 65:24 66:7 84:25
**smaller** 60:21 61:5 63:3
**snags** 32:5
**sold** 8:4
**sole** 10:7
**somebody** 7:5 77:20
   83:20 85:16
**somewhat** 23:12
**soon** 14:19
**sorry** 55:5 62:13
**sort** 24:10
**sought** 4:15
**sounds** 90:22
**south** 15:15 18:3,6,7
   23:3 26:11 39:6 59:22
   64:9 72:8 79:13 82:1
**southeast** 84:9
**Southern** 10:2,3,5,19
   15:6,24 37:22 43:1,15
   44:8
**southwest** 58:21 59:16
   78:25
**special** 40:4 51:22
**speculating** 37:23
**speed** 74:10
**speeds** 75:19
**spiel** 31:10
**spikes** 35:14 75:7
**spillway** 80:3
**Spirit** 63:18,19 90:2
**spoke** 7:6 12:21
**spot** 59:22 88:23

CAPTAIN HALL

March 17, 2009

**spud** 13:4,5 25:8,10 53:6
  87:13
**spudded** 13:9 15:8 18:18
  19:1 23:3
**spuds** 13:8 25:1,3,5 43:9
**square** 41:14 60:20
  63:24
**St** 55:3,5,19
**stack** 56:18
**staffing** 8:7,14
**Stag** 7:4,13 8:14,15 9:8
  9:19 11:20 13:14 62:7
**stages** 73:18
**stairways** 34:24
**standard** 62:2,3
**standing** 46:9,23 93:3
**STANWOOD** 1:9
**starboard** 83:4
**start** 10:24 12:16 29:15
  29:17 66:19 70:11
**started** 5:14 10:22 11:1,1
  23:14 27:3 31:25 34:18
  34:20,21 35:1 37:5,7
  38:20 39:8 42:3,5
  43:12 44:15,24 54:12
  65:15 66:13 69:4,13,16
  70:23 71:8,12 72:8,9,11
  72:12 79:13
**starting** 28:13 72:3,5
**state** 2:21 4:21 59:7 93:4
**statements** 53:17
**STATES** 1:1
**station** 44:2 45:5,6 46:3
  47:25 48:3,9,11,22
  71:24
**stations** 46:16
**stay** 13:25 28:20,24
  29:20 37:15 43:4 45:25
  47:21 53:23 76:7 79:15
**stayed** 24:5 30:13 47:22
  54:8 70:24 82:21
**steam** 57:6
**steel** 30:3 31:20,20,22,23
  48:5 76:18
**stenotype** 93:9
**step** 49:6

**Stepper** 91:3
**stern** 36:19 42:14 66:15
  69:25 70:4,7
**stickers** 56:17
**sticking** 49:5
**sticks** 64:7
**stipulated** 4:2
**stop** 80:23
**stopped** 27:22
**Storage** 66:1
**storm** 7:19 8:13,24 9:11
  9:12,14 10:8,8,19,22,24
  12:5 30:15,18,20 31:14
  35:7 36:3 42:15 49:12
  50:10 53:18,25 54:3
  55:7,9,18 65:13,14,18
  68:11,12,21 69:8 71:4
  73:2 75:21 76:1,10
  77:9
**straighten** 80:7
**stranded** 45:6
**Street** 1:17,24 2:7,13
  15:15,25 16:1,3 19:6,7
**strength** 69:22 74:25
  75:13
**stretch** 85:9
**stronger** 53:15,16
**struck** 23:21 37:18
**structure** 33:11 34:18
  43:25 49:1
**stuff** 46:2,2,13 50:2,13
  70:21 75:8,9 84:2
**subpoena** 6:24
**subside** 35:24
**suck** 77:10,11
**sucked** 77:16 88:23
**suction** 77:13
**suffered** 5:10
**SUITE** 1:17 2:7,13
**summarize** 11:13
**Sunday** 12:10 28:5 29:8
**sundown** 28:11 29:7
  80:19
**sunk** 65:19
**sunrise** 69:7
**supervision** 93:10

**supplies** 54:1,2 78:12
**supposed** 7:5 53:24
**supposedly** 7:4
**sure** 25:6,14 29:21,23
  36:7 49:9 50:17 53:13
  58:6 64:19 71:9 80:18
  84:20 91:6,8
**surge** 25:4,7 27:25 28:3
  30:20 31:3,4 32:16,19
  34:17 35:18 37:4 71:4
  71:22 72:2,4,19,25 73:2
  73:25 76:10 77:4 88:11
  89:6
**survey** 9:23
**surveyor** 9:24
**survived** 68:12
**swim** 44:24
**swore** 40:1
**sworn** 5:4 93:6
**swung** 36:20
**system** 13:4,5 20:11
  23:12 33:12 46:21
  59:20

---

**T**

**T** 4:1,1 93:1,1,1
**tail** 53:12
**take** 7:18 9:13 14:6 26:9
  29:7 35:22 42:16 45:21
  48:7 51:22 53:24 55:14
  56:7 72:5 78:2 85:1,17
  86:19 90:24
**taken** 1:16 4:4 50:7
  83:14 93:8
**takes** 23:23
**talk** 8:24 46:20 51:1
**talked** 14:23 46:20 54:12
**talking** 35:8,11 43:12
  44:16 49:22 51:10 67:2
  67:3,12 75:2,24 79:2
**tall** 33:11
**tanks** 46:1
**tear** 72:21
**tearing** 37:8
**television** 29:6
**tell** 8:23 42:7,24 43:18
  44:6 51:19 54:9 72:23

  74:25 84:20
**telling** 35:15 75:24
**tells** 53:8
**ten** 36:1 75:5,23
**tends** 52:8
**terminal** 19:10,14 20:13
  20:19 33:10,21,23
  56:24 58:20 69:20
  71:19 80:25 87:16
**testified** 5:5 70:14
**testify** 93:6,6
**testimony** 44:1
**Tex** 7:16,16,20,22,22
**Texas** 55:23
**Thank** 67:10,13 78:7
  89:15 92:1
**thereof** 4:15
**thick** 31:21
**thing** 7:1 11:11 22:2
  80:14
**things** 58:8 65:14
**think** 6:8 8:2,4 10:25
  12:7 14:8 25:5 30:17
  33:14,14 35:8,13 36:15
  36:20,21 41:20,21
  48:14,23 49:4,8 50:16
  54:25 55:23 61:23
  74:10 82:19,20 83:11
  83:17,24 85:25 87:6
  89:25 90:1,20 91:16
**thinking** 12:19
**third** 57:12
**THOMAS** 2:5
**thought** 12:24 66:2,12,14
  66:17 67:5,11 71:12
  75:9,25 88:14
**thousand** 61:23,24 91:2
**three** 7:23 8:17 14:8 15:2
  25:24 33:15 41:4 61:7
  62:1 63:10,11 67:8,9
  75:4,10
**Thursday** 9:14 10:7,18
  11:1,2
**tidal** 30:23,25
**tie** 13:11 19:4,8 26:7,21
  52:21,22,24,25 53:1,2

JOHNS PENDLETON COURT REPORTERS

800 562-1285

CAPTAIN HALL

March 17, 2009

53:11,13 85:17
**tied** 13:20 28:6 33:16
38:18 42:2 69:20 85:21
87:23 88:1,10
**ties** 52:15
**Tiger** 8:3 60:5
**tight** 27:13
**time** 4:14 7:13,18 8:11
8:13 9:15,19 12:14,15
28:5,8 29:3 31:5,13,14
35:14,18 36:8,9 39:15
39:20 49:11 55:11,18
61:11 67:13,14 68:3
69:1,6 70:10,20,20 71:5
71:10,17 72:12 76:1,6
77:6 80:15 85:20,20
**times** 8:10 30:4,5 32:1
75:10,23 85:1
**today** 6:11 57:22
**told** 12:24 14:15 23:10
26:20,21 47:3 48:8,12
48:14 54:23 74:2,14,15
76:9
**Tom** 56:22 60:13 86:20
**tonnage** 57:8
**tons** 57:7
**top** 24:21 25:19 28:2
36:24 37:4,6,7,11,13
39:12 43:22 46:24 49:3
67:4 71:18 72:20 73:20
73:22 76:8,20 89:8
**topped** 36:22 82:22
**tops** 44:21
**tow** 19:1 28:21 29:25
44:9,10 54:11 60:21
62:18 63:24 64:22
71:14 91:2,19
**towing** 57:10 62:23,23
64:20 91:3
**tows** 87:23
**tracked** 11:11
**tracking** 11:2 12:25
13:22 14:18 68:20,23
**tracks** 40:2
**traffic** 16:4,5 43:7
**train** 40:1,2 77:18,20

**training** 53:8
**transcribed** 93:9
**transcript** 4:9
**transcription** 93:11
**transmitted** 10:12
**transport** 14:12
**trapped** 54:14
**travel** 79:14
**traveled** 80:4 82:23
**travelled** 79:23
**trees** 49:5 51:10 82:7,10
86:1
**tried** 72:15
**trip** 6:18 7:20,25
**trips** 7:12 10:19
**truck** 54:23
**true** 23:4 93:10
**truth** 93:6
**try** 60:3 80:16 89:23
90:25
**trying** 8:2 32:13 43:1,5
45:23 46:10 65:17 76:7
80:9
**tucked** 37:16
**tug** 35:9 41:16,18 61:24
61:25 62:21 63:12,14
63:17,20,23,24 64:1,4,6
64:10,13,17,19,21
**tugboats** 9:3
**tugs** 26:19 27:2 62:18,20
63:10 65:10 90:9
**turn** 39:2 60:1 68:10
78:17,20 79:12,12,13
79:24 80:4 83:11 84:8
85:12 88:5,5
**turned** 75:10 81:4
**twin** 61:24 91:2,18
**two** 21:17 23:13 24:19
25:15 29:25 36:15 41:7
41:9 49:4 52:18,20,21
60:15,20 61:8 68:7
80:18 81:15 82:24
**tying** 52:23 66:2,14
**type** 29:9 35:4 40:4 42:9
51:17 69:14 76:19 77:9
77:19,21 78:11

**T.V** 13:20 68:23

---
**U**
---
**U** 4:1
**Uh-huh** 9:1,9 10:6 12:1
16:10,19 24:24 25:11
25:22 26:2,8 27:7,9
28:7 29:5 30:16 46:6
47:18,20 58:13,25 64:2
66:4,10 67:16 68:1
76:15 79:1,18 87:14
**ultimately** 12:2
**underneath** 49:3
**understand** 7:11 8:23
39:19 43:19 57:21 78:9
**understanding** 9:10
93:12
**undisputed** 30:17
**uniforms** 46:13,14
**UNITED** 1:1
**unlimited** 57:9
**updates** 13:19 68:19
**upper** 36:12
**upright** 16:23
**upset** 32:15
**USA** 1:11,12
**use** 30:5 53:8,14 59:5
**usually** 7:2 8:6 73:17
**U.S** 57:4,5

---
**V**
---
**V** 1:9,9,10,10,11,11,12
1:13
**valid** 57:17
**variation** 70:5
**varies** 66:23
**Venice** 60:5 80:23
**Ventures** 7:24
**versus** 33:6
**vessel** 9:6 11:17,18,24
13:16 23:16 27:19,20
28:21 29:10,19 31:23
35:5 41:4,10 47:7 50:7
50:22 53:7 64:20
**vessels** 23:13 27:6 28:1,6
29:22 30:5 36:4 41:9
42:18 57:7 63:8 65:9

73:17 84:11
**victims** 5:10
**view** 3:13,15 15:18 21:9
21:12 63:9
**Virginia** 57:19
**visibility** 39:16,17,18,20
42:6 69:11
**visual** 13:21
**void** 29:19
**volume** 91:14
**vulnerable** 51:16,21

---
**W**
---
**waiting** 10:20
**waived** 4:10
**wake** 14:17
**walk** 49:3
**walked** 44:22
**Walker** 1:16 5:3 6:16
**walking** 49:2
**wall** 20:11 39:24,24
44:18 45:4,20 48:5
59:21,23,24,24,25 60:1
70:19,22,23 76:11,20
77:1 84:21 88:25,25
**walls** 76:10 80:6
**want** 11:10 13:2,3 14:21
21:9 31:11 32:3,21
45:15 48:7 49:9 51:25
53:14
**wanted** 11:13 14:2 15:1
23:9,11 28:20,24 29:2
31:11 43:2 47:3 50:17
53:22
**wanting** 67:5
**Ward** 5:11
**wasn't** 32:23 33:16 49:4
55:12 66:5,18 75:5
76:5 87:24
**watch** 12:11,21
**watching** 13:7,19
**water** 29:15 30:23 32:25
34:22 35:1 45:12,21
47:11,14,19 53:2 64:10
66:22,24 67:3 68:2,4
70:24 71:13 72:4,6
73:18,22 75:23 77:4,9

CAPTAIN HALL

March 17, 2009

79:21 80:2,3 83:14
89:5
**waters** 57:8
**Waterway** 64:23 65:11
**waterways** 53:21 54:16
**wave** 30:24 31:1
**way** 11:2,11 12:17,18,25
13:4 14:19,22 18:5
23:13 26:13,13 27:1,25
31:13 33:5 35:1 39:17
40:25 42:23 44:15 47:8
48:1,4,16,17 53:1 54:19
58:15 70:18 72:12
73:17 75:9 77:6 78:16
79:4,14 80:16,24 85:6,8
89:11 93:15
**WAYNE** 9:7,11,15 33:18
60:18,19 77:23 89:20
89:21 91:12,18
**weather** 13:13 29:3
35:23 42:4 68:13
**weathered** 42:15
**WEBER** 1:13
**welcome** 14:3
**welded** 24:10
**went** 8:1 14:14,15 16:2
19:5,5,7 26:11 28:1,18
31:9 32:2,12 37:3
39:22 42:24 43:15 44:8
45:20 47:1 50:3 54:11
54:23 55:15,21 72:1
76:24 81:3 85:1
**weren't** 7:8
**west** 15:6 39:7 40:17,21
55:21,22 57:1,18 58:23
58:24 59:23,24 60:1
82:2
**whatnot** 9:22,24 12:23
13:12,22 24:11 29:15
32:15 36:10 39:15 43:6
44:22 48:15 51:5 53:24
68:20,25 69:14 74:13
75:7 76:25 77:9 81:20
**wheel** 32:1 34:21,22 36:9
37:15 44:22 46:24 61:8
70:24

**wheels** 37:9 72:21
**white** 58:4 75:18
**wide** 80:2
**wild** 65:15
**WILKINSON** 1:11
**winches** 25:2 27:12,13
**wind** 35:4,10,16 37:14
51:7,13,16,18,18,21
69:21,22,23 70:7,10,17
74:3,10,10,22,25 75:18
**window** 32:8 34:25
**windows** 34:21
**winds** 35:13 39:15 51:16
74:15 75:13 77:5
**wiped** 35:6 43:3
**wire** 24:15 25:13,20
27:18 36:21 82:18
**wired** 24:5 36:15
**wires** 24:18,19 27:21,24
34:16 72:3
**witness** 4:4,9,22 5:4 6:10
16:24 17:4,18,23 18:4
18:17,23 20:6,22 21:23
22:6,10,14 34:1 40:18
41:1,8,15 50:20 52:1,6
55:10 60:10 73:8 89:4
93:5
**witnessed** 50:22
**woods** 81:24 82:24,24
83:1
**work** 6:19 8:6 37:13
**worked** 7:22,25 8:16,24
44:11
**working** 6:18 11:4,14
13:3 14:2 28:21 30:8
58:11 72:11 75:17
86:13
**worried** 14:4
**worry** 52:7
**worse** 75:10
**worst** 71:4
**wouldn't** 30:25 45:10
**write** 34:5,12 58:5

## X

**X** 22:9 49:17 87:3

## Y

**yard** 38:4
**yards** 42:12,13 69:18
78:1
**yeah** 9:16 10:16 13:17
15:3 16:10 17:22 18:6
18:12,14 20:21 22:20
23:5 24:16 25:9,18
28:4,11 29:1 30:14,21
32:12 34:11 36:5,14
37:25 38:5,7,19 40:11
40:15,20 41:9 42:5,17
42:21 43:17 45:9,25
47:6 48:21,25 49:16,25
50:11 52:5,7,15 56:7
57:13,15 59:14,17
60:11 61:14,18,21 63:1
63:11,22 64:18 65:16
65:23 66:8 67:22 70:2
70:5,9 71:16,20 72:18
76:11 78:15 80:12,21
81:6 83:7 85:12 86:25
87:18 88:12 89:5,21
90:20
**years** 8:17 76:4 77:8
**yell** 46:22
**yesterday** 7:7
**you-all** 64:22
**y'all** 11:14 26:24 27:8
42:15 44:13

## #

**#99001** 2:20 93:3

## 0

**05** 65:8 91:20
**05-4182** 1:5
**05-5531** 1:9
**05-5724** 1:9
**06-5342** 1:10
**06-6299** 1:10
**06-7516** 1:11
**07-3500** 1:11
**07-5178** 1:12
**08-4459** 1:13

## 1

**1** 3:8 21:1,14 68:16 87:6
87:8
**10** 27:14 50:9 51:18
**10:00** 1:18
**100** 20:12 57:7
**1100** 1:17 2:7,13
**11340** 85:5 86:9 90:12
**11368** 19:17 21:6
**11369** 17:12 21:1 59:11
87:10
**12** 27:14 35:25 36:1 50:9
51:18
**12/20/70** 6:23
**12:30** 92:3
**14-foot** 75:18
**140** 35:12 74:15
**15** 59:22
**150** 20:12
**17** 1:19 57:11 93:16
**180** 35:13 74:15 75:7

## 2

**2** 1:7 3:10 21:5,14 25:23
87:8 88:4,7
**20** 59:22 73:11
**200** 20:11,12
**2002** 57:11
**2005** 9:5 75:12 89:19
90:25 91:17
**2007** 57:9
**2009** 1:19 93:16
**21** 3:8,10,12
**22** 3:14 13:18 54:20
67:18 68:17 73:12
**2300** 1:17 2:7
**24** 62:3 91:2
**25** 61:1 62:3 73:9,10,23
88:11
**29** 76:6 91:20
**29th** 9:13 12:9 65:8
75:12 80:20

## 3

**3** 3:12 21:10,13,14 22:3
22:18 25:18 27:15
**30** 35:22 73:25 88:11
**312** 91:17

CAPTAIN HALL                                                    March 17, 2009

**3200** 2:13
**34220** 1:15 5:2 6:15
**35** 80:1

---
**4**

**4** 3:14 22:3,23,24
**40** 13:24 66:25 79:25
  80:1
**45** 35:22
**47** 17:22
**48** 25:5

---
**5**

**5** 3:16 56:10,13 63:9
  76:14 78:3
**5,86** 3:3
**50** 79:25
**56** 3:16
**56,89** 3:4
**57** 3:18

---
**6**

**6** 3:18 57:25 58:1
**6:00** 30:18
**6:45** 69:10,11
**60** 62:2 91:2
**650** 62:1

---
**7**

**7** 3:20 90:14,15
**7:00** 69:4
**7:30** 69:5
**70's** 31:16
**70163** 1:18 2:8,14
**70785** 1:16 5:3 6:16
**75** 42:13

---
**8**

**8** 3:22 32:7 91:16,21
**80** 42:13
**821** 1:24

---
**9**

**9th** 5:11
**90** 3:20 79:12,13
**91** 3:22







