# EXHIBIT 7

Deposition of Dennis Martinez

1

1           UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4    IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION

     CONSOLIDATED LITIGATION         * NO. 05-4182

5                                    * Consolidated

     PERTAINS TO: BARGES             * SECTION K(2)"

6                                    *

     Boutte v. Lafarge       05-5531 * JUDGE DUVAL

7    Mumford v. Ingram       05-5724 *

     Lagarde v. Lafarge      06-5342 * MAG.WILKINSON

8    Perry V. Ingram         06-6299 *

     Benoit v. Lafarge       06-7516 *

9    Parfait Family v. USA   07-3500 *

     Lafarge v. USA          07-5178 *

10   Weber v. Lafarge        08-4459 *

     * * * * * * * * * * * * * * * **

11

12

13

14

15          Deposition of DENNIS J. MARTINEZ,

16   taken in the above-entitled cause, pursuant to

17   the following stipulation, before Dawn H.

18   Hymel, Certified Court Reporter, at the

19   offices of Chaffe McCall, L.L.P., 2300 Energy

20   Centre, 1100 Poydras Street, New Orleans,

21   Louisiana, on Tuesday, the 7th of April, 2009,

22   commencing at 1:03 p.m.

23

24

25

**2**

APPEARANCES:
Appearing on Behalf of Plaintiffs:
  LAW OFFICES OF BRIAN A. GILBERT
  BY:  BRIAN A. GILBERT, ESQ.
  821 Baronne Street
  New Orleans, Louisiana  70113

Appearing on Behalf of Lafarge North America, Inc.:
  CHAFFE, McCALL, L.L.P.
  BY:  CHARLES P. BLANCHARD, ESQ.
  1100 Poydras Street
  2300 Energy Centre
  New Orleans, Louisiana  70163-2300

Appearing on Behalf of The American Club:
  MONTGOMERY, BARNETT, BROWN, READ,
  HAMMOND & MINTZ, L.L.P.
  BY:  RONALD J. KITTO, ESQ.
  1100 Poydras Street
  3200 Energy Centre
  New Orleans, Louisiana  70163-3200

REPORTED BY:

  DAWN H. HYMEL
  Certified Court Reporter #81016

**3**

                I N D E X
                                    PAGE
EXAMINATION BY:
  Mr. Blanchard                      4


                E X H I B I T S

Martinez 1       Google Map          18

**4**

                S T I P U L A T I O N
    It is stipulated and agreed by and between all parties that this deposition is hereby being taken for all purposes pursuant to the Federal Rules of Civil Procedure.
    All formalities, with the exception of the reading and signing of the deposition by the witness, are waived.
    All objections, except those as to the form of the question and the responsiveness of the answer, are reserved until the deposition is used or sought to be used in evidence.
                        -0-
    DENNIS J. MARTINEZ, 2404 Nancy Drive, Meraux, Louisiana, 70075, after having been duly sworn, testified as follows:
EXAMINATION BY MR. BLANCHARD:
Q.   Good afternoon, Mr. Martinez.  My name is Chuck Blanchard.  We just met.  I'm going to ask you today several questions concerning what happened during Hurricane Katrina.
A.   Okay.
Q.   Have you ever been deposed before, sir?
A.   What you mean by deposed?
Q.   Have you ever, in connection with a

**5**

lawsuit, answered questions in front of a court reporter?
A.   No.
Q.   Well, then a couple of instructions.  The first thing is that the court reporter is going to take down everything that we say today, so it's important that you verbalize or state all of your answers.
    Would you agree to do that?
A.   No problem.
Q.   Also, if you don't understand any of my questions, will you let me know?
A.   Yep.  Sure will.
Q.   Additionally, please wait until I fully finish asking the question before you start answering.  It makes it easier for the court reporter to take that down.
A.   Okay.
    MR. GILBERT:
        Is the government on the phone?  I'm asking.
    MR. BLANCHARD:
        They haven't been calling in.
BY MR. BLANCHARD:
Q.   Are you on any medications or substances

6

1  that would interfere in any way with your
2  ability to understand any of my questions here
3  today?
4  A.   No.
5  Q.   You do understand you're under oath just
6  as if you were testifying in court?
7  A.   Yes.
8  Q.   Did you do anything to prepare for your
9  deposition here today?
10  A.   No.
11  Q.   Have you reviewed any documents to
12  prepare for your deposition?
13  A.   No.
14  Q.   Have you met with anyone to prepare for
15  your deposition?
16  A.   Nope.
17  Q.   Do you know Mr. Darryl Traylor?
18  A.   Sure do.
19  Q.   Who is Mr. Traylor?
20  A.   Traylor's a friend of mine.  I stayed at
21  his glass shop during Katrina.
22  Q.   Did Mr. Traylor tell you that he's been
23  deposed in this case?
24  A.   I think he did.
25  Q.   Did he tell you anything about the

7

1  deposition?
2  A.   He didn't say too much about it.
3  Q.   Do you remember what he said about it?
4  A.   Not really.  He didn't really say much
5  about it.  He just said he had to come for a
6  deposition and he sat around for a long time
7  pretty much.  He didn't say much more besides
8  that.
9  Q.   All right.  Have you read a copy of his
10  deposition?
11  A.   No, sure didn't.
12  Q.   What's your full name, please?
13  A.   Dennis James Martinez.
14  Q.   Have you ever been known by any other
15  names?
16  A.   Nope.  That's it.
17  Q.   Where were you born?
18  A.   Oregon.  Eugene, Oregon.
19  Q.   What is your date of birth?
20  A.   3/6/64.
21  Q.   Are you married?
22  A.   Yep.
23  Q.   To who?
24  A.   Cherym (phonetic) Martinez.
25  Q.   How long have you been married?

8

1  A.   Nineteen years.
2  Q.   Any children?
3  A.   It's four with her.
4  Q.   And some with others?
5  A.   Two from the first.
6  Q.   Did you graduate from high school?
7  A.   Nope.
8  Q.   What's your highest level of education?
9  A.   Tenth.
10  Q.   What is your current address?
11  A.   2404 Nancy Drive.  It's in Meraux.
12  Q.   How long have you been living at that
13  address?
14  A.   About a year.
15  Q.   Where did you live at the time of
16  Hurricane Katrina?
17  A.   I was living at 1324 Bayou Road.  That's
18  in St. Bernard, as well.
19  Q.   Is that in Meraux?
20  A.   That's in St. Bernard.
21  Q.   1324 Bayou Road, is that east of Paris
22  Road?
23  A.   That's -- It's all the way at the end
24  down by the old folks home where all the
25  people died.  I lived right across the street

9

1  from there.
2  Q.   You're more familiar with St. Bernard
3  geography than me, but I'm just --
4  A.   If you're coming down St. Bernard, Judge
5  Perez, you go all the way until you can't go
6  no more and you're going to meet -- where St.
7  Bernard Highway and Judge Perez meets, you
8  take a left and you're heading towards Toca.
9  Q.   So it's well east of Paris Road?
10  A.   Oh, yeah.
11  Q.   Did you own any real estate west of Paris
12  Road at the time of Hurricane Katrina?
13  A.   No.
14  Q.   Where have you lived since Hurricane
15  Katrina?
16  A.   I've been living at -- I lived on my land
17  after the storm for about a year and a half in
18  a FEMA trailer, and then after that I moved, I
19  bought a house and rebuilt a house on 2404
20  Nancy Drive.
21  Q.   You own your home?
22  A.   Oh, yeah.  Paid for out the pocket.
23  Nobody give me anything.
24  Q.   Are you employed?
25  A.   Oh, yeah.

Q. Where?
A. I'm self-employed.
Q. Self-employed doing what?
A. I do floors. I run heavy equipment. I work for Boh Bros., people like them, the union. But I mainly work for myself mostly.
Q. Does your business have a separate name or is it just your name?
A. It's just me. It's just --
Q. Do you have any employees that work for you?
A. No. My son-in-law works for me every now and then, we get little side jobs.
Q. Were you employed at the time of Hurricane Katrina?
A. Yes, Coastal Erection.
Q. What was your position at Coastal Erection?
A. Crane operator.
Q. Were you full-time?
A. Oh, yeah, yeah, full-time. I didn't start doing this until after the storm, tile work.
Q. At the time of Hurricane Katrina, I know you told me you didn't own any real estate

west of Paris Road.
A. Right.
Q. Did you have any property of any type located west of Paris Road at the time of Hurricane Katrina?
A. By the glass shop? Yeah, I had my truck is the only thing I had there. My insurance company paid it off.
Q. What kind of truck was it?
A. It was a Ford F-150, a '99.
Q. And you had comprehensive insurance on it?
A. My insurance company paid it off. Yeah, I guess.
Q. How much did they pay you?
A. They paid the whole ten thousand something on it.
Q. Was there a loan on the truck?
A. Oh, yeah, yeah.
Q. Did they pay off the loan?
A. They paid it off.
Q. Other than your truck, did you have any property of any type located west of Paris Road at the time of Hurricane Katrina?
A. No, none.

Q. Since Hurricane Katrina, have you solely been self-employed?
A. Pretty much. I work -- I do side jobs and I run a crane every now and then for a couple months, six months or so, and then I'll do some side work.
Q. So you have been employed by others since Katrina?
A. Oh, yeah, yeah, Boh Bros., and I work for -- I'm in the union. I'm in the 406. I've been in the operator's union for twenty something years, so --
Q. Prior to Hurricane Katrina, had you evacuated for any other hurricanes?
A. I never leave. I enjoy the thrill.
Q. You enjoy the thrill of staying during hurricanes?
A. Oh, yeah. That's just me. I like it. I don't ever leave.
Q. Do you ever send your family away for hurricanes?
A. Oh, of course. You don't keep them here.
Q. So you enjoy the thrill of the wind?
A. I'm an adrenalin junkie. That's me. I like -- I like the adrenalin rush, you know.

Q. So you enjoy the thrill of the wind, --
A. Everything. You name it.
Q. -- the rain?
A. Helping people. Somebody needs to stay and help people. That was my whole thing of staying is to help people.
Q. Did you send your family away for Hurricane Katrina?
A. Sure did.
Q. This would be your wife and four children?
A. Three kids. One's on the way. She'll be due in another month.
Q. When did your -- When did the remainder of your family evacuate before Katrina?
A. They left probably the Friday. They probably left on Friday before Katrina.
Q. On that Friday before Katrina, was that a normal workday for you?
A. Well, I guess so, yeah. That's my normal work week, Monday through Friday. Whether did I work or not, I don't remember. I don't think I did. We might have buckled everything down at the shop before I left them, you know.
Q. You were working for --

14

1  A.  Coastal Erection.
2  Q.  -- Coastal Erection?
3  A.  Right.
4  Q.  Where were they located?
5  A.  They're located off of Airline Highway.
6  I'm not sure of the name of the street back
7  there, but they right in front of B&G Crane.
8  Not off of Central.  It's right there off
9  of -- When you pass David Drive, it's the
10  first street to the left.  I'm not even sure.
11  Little, Little Farms.  That's it, Little
12  Farms.
13  Q.  Do you remember anything about what you
14  did on that Friday, August 26, 2005?
15  A.  Well, we got everything together just in
16  case of the storm, filled the boats up, did
17  everything we had to do to be prepared for it.
18  Q.  What about on that Saturday, August 27,
19  2005, do you remember what you did that day?
20  A.  We was at Darryl's glass shop at the
21  time.
22  Q.  On that Saturday you were at the glass
23  shop?
24  A.  Yeah, I'll tell you what -- I'll tell you
25  I know what we did Friday.  I think Friday and

15

1  Saturday we were boarding up windows, because
2  Darryl gets a lot of board-ups around town
3  where he's got to board up people's businesses
4  or whatever.  That's probably what we were
5  doing Friday night, Saturday morning.
6  Q.  Was Mr. Traylor paying you to do that?
7  A.  Oh, of course, yeah.  He gets paid to do
8  it, he pays us.  He didn't get paid for it.
9  We got paid.
10  Q.  So in addition to working for Coastal
11  before Katrina, you'd also do jobs for
12  Mr. Traylor?
13  A.  All the time.
14  Q.  And these would be side jobs apart from
15  your employment?
16  A.  Of course.
17  Q.  Did Mr. Traylor pay you an hourly rate?
18  A.  Yeah, he'd pay me whatever, you know,
19  depending on the job.  Every job is different.
20  Q.  How long have you known Mr. Traylor?
21  A.  About seventeen, eighteen years.
22  Q.  Do you still do side jobs for him?
23  A.  Oh, yeah.  Oh, yeah.
24  Q.  How long have you been doing side jobs
25  for Mr. Traylor?

16

A.  Long as I've known him, seventeen,
eighteen years.
Q.  So on that Saturday, August 27th, you
were doing work for Mr. Traylor that day?
A.  Yep.
Q.  And you described that work as boarding
up?
A.  Boarding up windows, I mean, closing up,
boarding up windows on houses, on storefronts,
on, like buildings like this, you'd board them
up, maybe not this building, but, you know --
Q.  So, in general, that's what you remember
doing that day?
A.  Oh, yeah, pretty much.
Q.  Do you remember any specific places that
you went that day?
A.  Veterans, off of Veterans, I think it was
a pet place off of Veterans we did, Petco,
whatever it was.  I remember doing one of them
over there.  Some stuff off of Metairie Road.
We did a -- We go all over the place, you
know.  A lot of these people call him back,
you know, do it pretty much every time a storm
comes.
Q.  Let's go forward to that Saturday night

17

on August 27th.  Do you remember what you did
that night?
A.  We pretty much, after we boarded
everything up, we went to the shop.  We pretty
much stayed at the shop getting ready for
everything.
Q.  All right.  So you stayed at --
A.  Darryl's glass shop.
Q.  Please wait until I finish.
A.  Okay.
Q.  I'm sorry, but it makes it harder for the
court reporter to pick it up.
    So on that Saturday night, August 27th,
2005, you actually stayed at Mr. Traylor's
Glassman shop in St. Bernard, in Chalmette,
correct?
A.  Yes.
Q.  Who were you working with on that
Saturday boarding up windows for Mr. Traylor?
A.  John Meyers, that's my cousin.  Jonathan
Samija was my little -- my son-in-law.  And
they had other guys.  I mean, Darryl is one of
them.
Q.  So that Saturday night, August 27th,
2005, you actually slept in the shop?

**18**

1  A.  Yeah.
2  Q.  And Mr. Meyers and Mr. Samija were with
3  you?
4  A.  Samija.  Samija, yes.
5  Q.  Did anyone else sleep at the shop that
6  night?
7  A.  Big Darryl, Little Darryl, I mean, they
8  all left.  They got scared and took off.
9  Q.  I'll ask you about that in a few minutes.
10  A.  Okay.  Well, you got it anyway.
11  Q.  By Big Darryl, I assume you mean --
12  A.  Darryl Traylor.  That's Darryl P.
13  Traylor, and they got, it's Junior, I guess,
14  Junior and Senior.
15  Q.  Let's move forward to that Sunday, August
16  28th.  Do you remember what you did that day?
17  A.  Waited for the storm to come.
18  Q.  All right.  Did you spend the entire day
19  at the Glassman shop?
20  A.  Pretty much.
21  Q.  Is the Glassman shop at 8401 Parc Place
22  in Chalmette?
23  A.  I think that's it.
24  Q.  I'm going to mark as Martinez No. 1 a
25  Google map, which purports to be the location

**19**

1  of 8401 Parc Place in Chalmette.  There's a
2  red bubble on the map with a little A in it.
3  Please take a look at this map and let me know
4  whether you believe this accurately reflects
5  the location of the Glassman facility where
6  you were on that Sunday, August 28th, 2005.
7  A.  Yep.  That's it.
8  Q.  That's an accurate map?
9  A.  Yeah, I'd say it is, because -- Yeah.
10  It's got to be -- Yeah, that's got to be it.
11  Q.  So that Sunday, August 28th, you stayed
12  the entire day at the Glassman shop.  Was
13  Mr. Meyers with you that day?
14  A.  Oh, yeah.
15  Q.  And Mr. --
16  A.  Samija.
17  Q.  -- Samija?  And Darryl Traylor, Senior
18  and Junior, were there that day, as well?
19  A.  Yep.
20  Q.  And the group of you, all five of you
21  stayed at the shop the entire day?
22  A.  Yeah, pretty much.  We might have left
23  maybe to go look around our houses just to
24  make sure everything was buckled down around
25  the houses and make sure everything -- we

**20**

1  finished up what we had to do for our stuff to
2  get ready.
3  Q.  So you were just there waiting for the
4  storm?
5  A.  Oh, yeah.
6  Q.  Had you packed up provisions?
7  A.  Oh, yeah, we were prepared.  Everything
8  out all the freezers came out.  We were
9  prepared.  We were ready.  We could have
10  lasted weeks and weeks.  We had no problem.
11  Q.  Did you plan to have a hurricane party?
12  A.  No, you just -- You got to be prepared,
13  you know.  We were ready.  We had two boats.
14  We were ready for everything.  We just wasn't
15  ready for that much water, you know.
16  Q.  Whose boats were there?
17  A.  Little Darryl had a boat and my cousin
18  had his bass boat.  He had a bay boat, it's a, I
19  think it's a 19 foot or 20 foot Blue Wave, one
20  of them is, and the other one's a 21 foot
21  Javelin, which was Mr. Meyers'.
22  Q.  Continuing on with that Sunday, August
23  28th, 2005, as it grew dark, what did you guys
24  do then?
25  A.  We just hung out at the shop.

**21**

1  Q.  Were you watching TV?
2  A.  Barbecued, barbecued, watched TV,
3  watching the weatherman, see what he says is
4  going on.
5  Q.  And again, that night it was the same
6  five of you that you described earlier?
7  A.  Yeah, until about 10:30.
8  Q.  And then what happened at 10:30?
9  A.  They took off and ran.
10  Q.  Who took off and ran?
11  A.  Darryl, Big Darryl and Little Darryl.
12  Q.  And they left --
13  A.  About 10:30.  I'd say it was 10:30 on the
14  money, because they, soon as they -- That's
15  the time I remember them leaving, at 10:30.
16  Q.  So Mr. Traylor, Junior and Senior, left
17  about 10:30 p.m. on Sunday, August 28th?
18  A.  That's it.
19  Q.  And they left you, Mr. Meyers and
20  Mr. Samija there?
21  A.  That's it.
22  Q.  Did you have any telephone conversations
23  with Mr. Traylor after he left at 10:30 p.m.
24  that night?
25  A.  Oh, yeah, yeah, I talked to him.  I

**22**

1  talked to him a couple times that night, told
2  him it was getting pretty bad.  He said it was
3  bad when they were going across, when they
4  were heading across the Spillway or wherever
5  they was heading at.  And then the next
6  morning we got up, you know, the wind blew
7  pretty hard all night, the next morning we got
8  up, it kind of calmed down a little bit and we
9  didn't know the eye was over us, we had no
10  clue.  And I said, well, you all fools, you
11  all left for nothing, you know, and all of a
12  sudden all hell broke loose, and I started
13  seeing water, a little bit of water in the
14  street, and I was still on the phone with him.
15  I said, man, they got some water coming down
16  the street.  I didn't happen to see all the
17  water yet.  He said, well, get my computer,
18  get my computer, put it upstairs.  So we took
19  his -- My son-in-law grabbed his computer and
20  go put it on top of the, upstairs, on top of
21  the roof upstairs.  And then we went outside,
22  went outside in the street, we just happened
23  to look down the street, and it looked like
24  rapids coming down the street, whitecaps.
25  Q.   Let me take you through the night, early

**23**

1  morning of August 29, 2005.  Were you up all
2  night?
3  A.   No.
4  Q.   Was Mr. Meyers up all night?
5  A.   I don't know.  I can't speak for John.
6  Like I said, I wasn't up all night, though.
7  Q.   What about Mr. Samija, do you know
8  whether he was up all night?
9  A.   He could sleep through anything, him.  I
10  don't think so.  He probably went to sleep,
11  too.
12  Q.   What time do you remember waking up on
13  that Monday morning?
14  A.   Pretty early.  It was probably before
15  daybreak probably.
16  Q.   Was it before daybreak or not?
17  A.   Probably right before daybreak.
18  Q.   Do you remember what time?
19  A.   About 5:00 in the morning, I guess.
20  Q.   Did the shop have electricity at that
21  time?
22  A.   That I don't remember.  I'd be lying if I
23  tell you that.  We had generators all up in
24  the shop, so that's hard to say.
25  Q.   Were you operating the generators that

**24**

1  morning?
2  A.   I don't -- I wouldn't say -- I don't
3  know.  That part I don't know.  I'd be telling
4  you a lie if I tell you that.  I know after
5  the water came we had to turn the generators
6  on, so it's kind of hard to say.  Honestly, I
7  don't know if we had power or not.  We might
8  have been running on generators all night.  I
9  have no clue, you know.
10  Q.   When you spoke to Mr. Traylor after he
11  left at 10:30 p.m. on that Sunday, did you
12  speak to him using a cell phone?
13  A.   Yes, my cell phone.
14  Q.   Do you still have the same cell phone?
15  A.   No, different phone.
16  Q.   Do you still have the same phone number?
17  A.   Different number.
18  Q.   What number did you have on August 29th,
19  2005, if you recall?
20  A.   Oh, I'd have to look.  I can get the
21  number for you.  I don't have it with me right
22  now, but -- That's an old phone I remember I
23  used to use.  I was doing, started doing a
24  little bit of tile work, you know, so I had a
25  different number than I have now.  I was with

**25**

1  T-Mobile and now I'm with Nextel.
2  Q.   Do you recall how many times you spoke to
3  Mr. Traylor after he left at 10:30 p.m. on
4  Sunday, August 28th, between that time and the
5  time you saw the water the next day?
6  A.   No, not really.
7  Q.   So take me through what happened, and
8  let's break this up as much as we can.  You
9  believe you woke up that morning, you believe
10  before dawn, --
11  A.   Oh, yeah.
12  Q.    -- maybe around 5:00 a.m.?
13  A.   Somewhere around there.
14  Q.   What did you do over the next couple of
15  hours?
16  A.   Oh, just got up and watched, looked out
17  the door, watched the winds and the rain.
18  Tried to open the door.  You couldn't really
19  open the door.  It was too windy.
20  Q.   And then at some point it went calm?
21  A.   Around, I'd say 8:30, everything just
22  completely stopped.  I thought it was over.  I
23  thought it went past us.  I thought, you know,
24  it's over with.  That's when I spoke to
25  Darryl.  I said, man, you're the fool, you all

26

1  left for nothing.  You left and everything's
2  over.
3  Q.   The winds died down completely?
4  A.   There was nothing.  Just like you see
5  outside, clear day.
6  Q.   Was there any water in the street at that
7  time?
8  A.   They had a little bit of water, but it's
9  not -- They had maybe a couple inches of water
10 in the street, you know.
11 Q.   So when the winds calmed down, was it
12 raining?
13 A.   No, it was just like I said, clear skies.
14 Q.   So it was sunshine?
15 A.   Sunshine.  We were in the eye.
16 Q.   And you said you believed it was around
17 8:30?
18 A.   Oh, it was around 8:30, 8:30, nine
19 o'clock, no later.
20 Q.   How do you know that?
21 A.   Because we didn't have, we didn't have
22 much water, we didn't have much wind at that
23 time at the window.  Like I said, around 8:30
24 I remember, around 8:30, nine o'clock is when
25 I talked to Darryl, in that area, because we

27

1  had about thirty minutes and that's when all
2  hell broke loose.
3  Q.   Did you have a watch?
4  A.   Yeah.  I had a phone, I had a watch, had
5  clocks on the wall, you know.
6  Q.   And when you spoke to Mr. Traylor about
7  8:30, did he call you or did you call him?
8  A.   I might have called him.  I don't know.
9  I can't tell you that one.  I'm not really
10 sure of that.
11 Q.   Did you have a video recorder with you at
12 the time?
13 A.   At the -- I think we was videoing when we
14 was playing around outside for a little while,
15 because there was nothing going on.  We
16 thought it was over with.  You know, we had no
17 clue.  We had a little breeze, but it wasn't
18 nothing, nothing major, no bad clouds or
19 nothing.  It was just bright outside, like a
20 sunny day.
21 Q.   Let me go through that, because I'm not
22 sure I understand your answer.
23 A.   Okay.
24 Q.   Did you have with you a video camera that
25 day?

28

1  A.   Yes, I did.  The video camera kept going
2  in and out because of the moisture from the
3  weather, but I do have some video of this.
4  Q.   Whose video camera was it?
5  A.   Darryl Traylor's.
6  Q.   Did you take footage that day?
7  A.   Somewhat, whatever I could get on it, I
8  could.
9  Q.   When did you start taking footage?
10 A.   10:30 that night probably when they were
11 leaving, I'm cursing them in the truck.
12 Q.   How long is the footage on the videotape?
13 A.   I'm not sure of that.  You know, I seen
14 the video one time.  I just didn't see the
15 whole thing of it, you know.
16 Q.   Do you still have the videotape?
17 A.   No, that's Darryl's video.  It was
18 Darryl's camera.
19 Q.   But you said you've seen the video?
20 A.   I seen the video before by Darryl's
21 house.
22 Q.   What do you remember seeing in the video?
23 A.   I remember seeing the water.  I remember
24 seeing the shop full of water, I mean, them
25 leaving in the truck.  They got all kind of

29

1  stuff on the video.  It's hard to say.  Some
2  stuff I filmed where you could see where the,
3  like, roofs were being blown off and
4  there's -- I mean, the winds are blowing.  I
5  mean, that's all.  But the video camera kept
6  going in and out because of the moisture.
7  They're not built for all that wind and rain,
8  you know.
9  Q.   So you actually took some footage before
10 the flooding started?
11 A.   Oh, yeah, yeah.
12 Q.   And you got footage of roofs blowing off
13 of houses?
14 A.   No, off of buildings.
15 Q.   Buildings.  And this would have been
16 while it was daylight on that Monday morning?
17 A.   Oh, yeah, yeah.
18 Q.   But before the eye came through?
19 A.   Yeah, it's before the eye.
20 Q.   Did you personally take the footage?
21 A.   Oh, yeah, I was taking it.  And then my
22 little son-in-law, I had him by his feet
23 trying to hold him, you know, had a little
24 wind blowing, it's like, hold on, we in
25 trouble, you know.  It was like we was playing

30

1  around, you know.  We thought it was over.  We
2  didn't have no clue what was coming next.
3  Q.   You said at times you had trouble taking
4  footage because of the moisture in the camera?
5  A.   The moisture hitting the camera kept
6  blowing -- the camera kept going out, you
7  know.
8  Q.   When you saw the playback of the video,
9  do you remember there being any information on
10 the video --
11 A.   The date, the time, and all that?
12 Q.   Wait.  Wait.  Wait.  Please let me
13 finish.
14 A.   Go ahead.
15 Q.   You're anticipating my questions and
16 that's fine, but it's easier, if you wait
17 until I finish, for the court reporter.
18     As you were looking at the video, do you
19 remember there being any information on the
20 screen showing the date and the time?
21 A.   Don't remember.  I mean, I'm sure it was.
22 I don't remember.
23 Q.   You don't recall?
24 A.   Don't recall.
25 Q.   How many times have you seen the video

31

1  since the storm?
2  A.   Once.
3  Q.   And this was at Mr. Traylor's house?
4  A.   Yes.
5  Q.   Was Mr. Meyers with you at the time you
6  looked at the video?
7  A.   I don't remember.
8  Q.   Was Mr. Samija with you when you looked
9  at the video?
10 A.   I don't know.  I don't remember.
11 Q.   So continuing on with the video, you told
12 me you took footage of roofs blowing off of
13 buildings.
14 A.   Yeah, like Wal-Mart and a building across
15 the street, got them blowing off the
16 buildings.
17 Q.   And then after that footage, what's the
18 next portion of the footage?
19 A.   Like I said, I haven't seen the video in
20 a while, so, I mean, I don't know.  I mean,
21 I'd have to see the video to say it.  There's
22 a bunch of -- Like I said, it didn't stay on,
23 the camera wouldn't stay on all the time
24 because of moisture.  You know, you was
25 getting bits and pieces.

32

1  Q.   And there was audio on this video, as
2  well?
3  A.   Oh, yeah, you can hear that if you get
4  the video.
5  Q.   And so I'd hear your voice on there?
6  A.   You'll hear me cursing Darryl out.
7  Q.   You mentioned earlier at one point you
8  saw water coming down the street.
9  A.   (Witness nods head).  Uh-huh.
10 Q.   Did you have the video camera with you at
11 that time?
12 A.   At that time, I would say my -- That's
13 one of the points where I was playing with my
14 son-in-law, holding his legs up when the wind
15 was blowing, and my cousin's the one that
16 pretty much brought it to our attention.  We
17 had a little water in the street, but we
18 never -- This didn't start coming at us yet,
19 you know.  Once the winds picked up, and the
20 weird thing about this is, the winds picked up
21 and was blowing towards the Ninth Ward and the
22 water was coming from the Ninth Ward.  It
23 didn't make any sense, but that's the way it
24 was doing.  The winds blew different all night
25 long.

33

1  Q.   What do you mean, the winds blew
2  different all night long?
3  A.   Okay.  The winds from that night, when we
4  first, the winds first started blowing, they
5  were blowing like towards, towards the Ninth
6  Ward.  You understand what I'm saying?  The
7  Ninth Ward, we at -- From Paris Road, it was
8  blowing from Paris Road towards the Ninth Ward
9  all night long, okay?  After that, that
10 morning, after the eye went over us, which we
11 didn't know it was the eye went over us, then
12 all of a sudden it got real cloudy and all of
13 a sudden the winds picked up heavy and then
14 they started blowing the opposite way, like
15 blowing -- We was blowing -- Like if it was
16 blowing from Paris Road that night, it blew,
17 it was blowing like around the building,
18 coming like around, hitting the building,
19 like, knocking roofs and stuff off, and then
20 the wind changed directions and then all of a
21 sudden the wind went back again the other way
22 back towards the Ninth Ward.  And the water,
23 you see, the water was coming this way down
24 the street, like towards Paris Road, and the
25 winds kept blowing that way (indicating).  It

**34**

1  was a weird thing, but we didn't have no clue.
2  Q.   We need to break that up because I'm not
3  sure I understand your testimony.  Let me ask
4  the question, sir.
5  A.   Okay.
6  Q.   During the night --
7  A.   Okay.
8  Q.   -- of August 28th and the morning, early
9  morning of August 29th, when the winds picked
10  up, were the winds coming from the east?
11  A.   It was coming from Paris Road.
12  Q.   And you were west of Paris Road at the
13  time?
14  A.   Right.
15  Q.   So the winds were coming from the east?
16  A.   Right.
17  Q.   And the winds stayed coming from the east
18  until the eye came through?
19  A.   No, the winds kept coming from the east
20  and then the winds started changing.  As the
21  day went on, the winds changed and started
22  blowing more towards the glass shop, because I
23  was at the front door of the glass shop just
24  before the eye, I can tell you, that's why I
25  remember this for sure, that's why I called,

**35**

1  that's one time I called Darryl more than
2  once, but I was in the glass shop and I asked
3  him, how much can this curtain wall handle?
4  And he said, well, what's going on?  I said,
5  this curtain wall is breathing about, it's a
6  big glass wall, and I said, it's breathing
7  about five or six inches.  He said, well, if
8  it gets to about eight inches, it's going to
9  blow.  They're designed for so much wind.
10  Q.   So let's recap to where we are now.
11  A.   Okay.
12  Q.   During the early morning hours of August
13  29th, the wind was coming from the east, and
14  then at some point --
15  A.   In that --
16  Q.   -- in that morning --
17       MR. GILBERT:
18          Object.  Object, mischaracterizes
19  his testimony.  I just want to get it in
20  before he starts to answer, because I think
21  he's going to jump on your question.
22  BY MR. BLANCHARD:
23  Q.   Let's start over again.  I want to make
24  sure I'm clear with this.  I'm not trying --
25  A.   No problem.

**36**

1  Q.   I'm not trying to trick you, believe me.
2  A.   No, you ain't going to trick me.  Go
3  ahead.
4  Q.   But you said a lot and I'm trying to
5  break that up.
6  A.   Okay.  Maybe I talk too fast.  I'll slow
7  down.
8  Q.   During the late night of Sunday, August
9  28th, and early morning of August 29th, the
10  wind direction was from Paris Road, from the
11  east, correct?
12  A.   I guess if that's what it is, yeah.
13  Q.   Coming from the direction of Paris
14  Road --
15  A.   Paris Road towards New Orleans.
16  Q.   And at some point you said that wind
17  direction shifted?
18  A.   It shifted, yes.
19  Q.   What time did it shift?
20  A.   That I don't know.  I just -- I know when
21  we started hearing the winds a lot, a lot,
22  like I said, when that curtain wall, when I
23  got up around five something that morning,
24  that's when that wall was breathing, it wasn't
25  breathing that bad, you know, it wasn't so

**37**

1  bad, I thought it was just due to the wind,
2  but then it increased, like the wind got a lot
3  stronger, and when that wind got stronger,
4  that wall started breathing, the curtain wall.
5  It's called a curtain wall.  It's a big glass
6  wall with, I think, inch thick glass or
7  whatever's in it.
8  Q.   So when you woke up around 5:00 in the
9  morning, the wind was coming from the other
10  direction?
11  A.   It came in a direction -- It came from,
12  like, from the river way pulling against the
13  front of the building.  Do you understand what
14  I'm saying?  First it came from Paris Road,
15  then it changed directions where it was like
16  blowing to the front of the building, because
17  it was pushing hard on the front of the
18  building.
19  Q.   So the building faced toward the river?
20  A.   The building faces towards the river.
21  Q.   The building faces toward the south?  Is
22  that south?
23  A.   Is that the river?  That's -- Wherever
24  the river is, that's where it faces towards,
25  because there's only one Mississippi River in

**38**

1  front the building.
2  Q.   So when you woke up around 5:00 or so,
3  the wind was blowing from the direction of the
4  river?
5  A.   Exactly.
6  Q.   Now, take me through the direction of the
7  wind through the time that the eye came
8  through.  Did the wind shift at any time
9  during that --
10  A.   Oh, yeah.  See, now, that's what I'm
11  telling you.  The wind shifted on us, because
12  then the wind started blowing, it started
13  blowing one way, and then I guess that's when
14  the eye came over us, because then it was
15  blowing weird, because it came towards us, and
16  all of a sudden that's when everything got
17  dark again on us.  That's after the eye, it
18  got dark again on us, and it blew towards us
19  again, and all of a sudden the wind just
20  shifted back again, it went back towards New
21  Orleans, and that's when the water started
22  coming.
23  Q.   Immediately before the eye came through,
24  which direction was the wind coming from?
25  A.   The wind was coming from, from Paris

**39**

1  Road.  Do you understand me?
2  Q.   No, sir.  No, sir, I don't, so let me --
3  Just wait.  Just wait, because I want to make
4  sure we got this right.
5  A.   Okay.
6  Q.   And correct me if I'm wrong.
7  A.   Okay.
8  Q.   But you told me during the late night of
9  Sunday and early morning Monday, the wind was
10  coming from Paris Road, correct?
11  A.   Yep.
12  Q.   Then you told me when you woke up around
13  5:00 in the morning, you believe the wind was
14  coming from the direction of the river?
15  A.   Exactly.
16  Q.   What direction was the wind blowing from
17  shortly before the eye came through?
18  A.   Okay.  The wind, like I said, the wind
19  was blowing, the wind was blowing, at first it
20  blew towards the building and then the wind
21  came from towards, from the Ninth Ward, and
22  then the wind changed directions again when
23  the eye was over us and took off again from
24  us, left us, wherever, when it got dark again,
25  then the wind blew back towards the Ninth

**40**

1  Ward.
2  Q.   I think I understand it now.
3  A.   Now you got me?  Okay.
4  Q.   So shortly before the eye came through,
5  the wind was coming from the direction of the
6  Ninth Ward?
7  A.   Right.
8  Q.   Then after the eye went through, the wind
9  shifted direction?
10  A.   Yes.
11  Q.   And then which way was the wind coming
12  from after the eye came through?
13  A.   After the eye came through, the wind was
14  shooting back towards the Ninth Ward.
15  Q.   From Paris Road?
16  A.   Yeah, it was shooting from, from Paris
17  Road, right, from Paris Road to the Ninth
18  Ward, because the water was going this way and
19  the wind was going that way (indicating).
20  That was the weird thing about it.
21  Q.   Let's go now to when you saw the water
22  coming down the street.  What street did you
23  see the water coming --
24  A.   Straight down towards, from the park,
25  which is towards, is towards the Ninth Ward.

**41**

1  Q.   When you say the park --
2  A.   Park Cheniere.  Park Cheniere, I guess it
3  is.
4  Q.   I'm looking at Martinez No. 1.  There's a
5  reference here to Sidney Torres Memorial Park.
6  Is that the park you're talking about?
7  A.   That's got to be it, yeah.
8  Q.   So the water was coming from the area of
9  Jean Lafitte Parkway down Parc Place toward
10  the building; is that correct?
11  A.   Yeah.  Let me see.  Yeah, that's it.
12  Right there, see.
13  Q.   When you saw the water coming down the
14  street, was this after the eye had come
15  through?
16  A.   Yeah, right after the eye.  Like I said,
17  once it got dark again, that's when the water
18  started coming down the street.  Like I said,
19  it was calm before that and then all of a
20  sudden all hell broke loose.  We got a little
21  bit of wind, but nothing, maybe fifteen,
22  twenty mile an hour winds, maybe, after the
23  eye went over us.  You know what I'm saying?
24  And then after that, thirty minutes later
25  maybe, it was gone.  It was all dark again.

**42**

1  Q.   And you were outside when the water
2  started coming down the street?
3  A.   Yeah.
4  Q.   Was anyone with you?
5  A.   Oh, yeah.
6  Q.   Who?
7  A.   John Meyers.  Jon Samija.
8  Q.   What did you do next?
9  A.   Well, what happened next, when we started
10  seeing the water come down the street, we had
11  a boat trapped between the two buildings, that
12  was Glassman and Warren Compagno's building.
13  That's the building right next to Darryl's.
14  We had a bass boat between the buildings.
15  That was John Meyers' boat.  I told John to
16  back your truck up, because he's blocking the
17  boat in, seeing all this water, back your
18  truck up, and he's backing his truck up, and
19  I'm telling him, put it in park, put it in
20  park.  I didn't realize the water was pushing
21  his truck.  So he said, stupid, I got it in
22  park, it's floating.  So the truck started to
23  float with the water, because there was a lot
24  of water, so we got the boat from between the
25  buildings, me, him and Jonathan, and pulled

**43**

1  the boat in the shop.  We might have been in
2  the building five to seven minutes, we had
3  eighteen foot of water.
4  Q.   What happened next?
5  A.   We stayed in the building until we
6  thought we was going to get trapped in the
7  building, so I took off first, because I
8  wasn't dying in the building.  I didn't know
9  how much more water was coming.  It just
10  happened to stop there.  We didn't know.  We
11  had about three foot whitecaps outside the
12  door, but I had to get out that -- I wasn't
13  staying in the building, drown in the
14  building.  I had a boat and I'd take my
15  chances outside.
16  Q.   You said there were three foot whitecaps
17  outside?
18  A.   Whitecaps outside, outside the building.
19  Q.   Which direction were the whitecaps going
20  in?
21  A.   The whitecaps was going this way
22  (indicating).  It was weird.  That's what I
23  say, everything turns around on you.  The
24  whitecaps will blow one way -- I may be wrong.
25  The whitecaps might have been blowing the

**44**

1  other way.  It's hard to tell because we're
2  behind the glass.  You know what I'm saying?
3  So it's hard to tell you that, because all you
4  see is whitecaps, a lot of water outside the
5  building.  They had to push the door open so I
6  could take off and get out.  We're talking
7  about tinted glass, you know.  It's hard to
8  really tell.
9  Q.   When you said the whitecaps were going
10  this way, I'm --
11  A.   I don't know.  I'd be lying if I tell you
12  that.  I don't remember that, buddy.  I'd be
13  lying if I tell you the whitecaps was going
14  this way or the other.  I just know they had
15  whitecaps outside the building.
16  Q.   So there were whitecaps, but you don't
17  know which direction they were going?
18  A.   No, it's hard to tell.  You just -- You
19  know they're not coming to the building, but
20  they're going right or left, that's all I can
21  tell you.  You know, it's hard to tell inside
22  behind that tinted glass.  You just can't see
23  it.
24  Q.   What happened next?
25  A.   I took off and, took off out the building

**45**

1  and almost flipped the boat, but I wasn't
2  letting off, I got out of there, and headed
3  towards -- to try to go behind, to safety, try
4  to get to -- I was headed towards the
5  courthouse or something where we could get out
6  of the wind, you know, and right there we
7  started rescuing people, cutting people out of
8  buildings, out of houses, little kids,
9  everybody.
10  Q.   So for the rest of that day, August 29th,
11  2005, you were in St. Bernard Parish rescuing
12  people in your boat?
13  A.   In the boats all day long for five days.
14  Q.   So you stayed within Chalmette rescuing
15  people for the five days after the storm?
16  A.   Oh, yeah.
17  Q.   Where did you stay during that time
18  period?
19  A.   Slept in the boats.  Tried to sleep
20  upstairs on Darryl's floors up there, but they
21  were wet upstairs, the bottom floor of the
22  building was wet up there, so we really
23  couldn't sleep up there, so we kind of slept
24  in the boats, slept on the furniture that was
25  up there.  He's got a little bitty office in

**46**

1    his room (sic).
2    Q.   Did you ever rescue anybody in the boat
3    in the Lower Ninth Ward?
4    A.   I went there to try to rescue a few
5    people and try to help some people.  I pulled
6    a couple people to the boat, to the bridge,
7    and I had some young kids pull guns on me.  We
8    left.
9    Q.   What bridge?
10   A.   That -- What's that bridge?  Claiborne
11   Bridge.  We had guns, too, but I didn't -- I
12   wasn't there to kill anybody.  I was there to
13   save people.  So they didn't need no help no
14   more after that.
15   Q.   During that five day period starting on
16   the day of Katrina and the five days you were
17   rescuing people, did you ever see a barge in
18   the Lower Ninth Ward during that period?
19   A.   Nope, never seen it.
20   Q.   Has anyone ever told you that they saw a
21   barge passing through the flood wall on the
22   east side of the Industrial Canal during
23   Katrina?
24   A.   No.
25   Q.   And obviously you didn't see that?

**47**

1    A.   No.
2    Q.   Has anyone ever told you that they saw
3    breaches along the flood walls on the east
4    side of the Industrial Canal as those breaches
5    occurred during Katrina?
6    A.   What you mean?  Like, breaches from
7    where?  Like the levees?  The levees?
8    Q.   Right, the flood walls along the east
9    side of the Industrial Canal, did anybody ever
10   tell you that they were there and actually saw
11   those breaches as they occurred?
12   A.   I mean, you only got thirteen foot
13   levees.  I mean, water's coming in everywhere.
14   We had thirty foot of water.
15   Q.   You don't know anyone who was actually
16   there and saw it as it occurred?
17   A.   I don't know a lot of people.  I mean,
18   will they come testify and say they seen it?
19   That's another thing.  People don't want to
20   get involved with all that, you know.
21   Q.   You know now we're talking about the
22   Industrial Canal?
23   A.   I know what you're talking about.
24   Q.   And the question, sir, is, has anybody
25   ever told you that they were there and

**48**

1    actually saw the breaches as they occurred
2    during Hurricane Katrina?
3    A.   No.  No.
4    Q.   Have you personally filed a claim form
5    with the Army Corps of Engineers seeking
6    recovery of damages?
7    A.   I don't know.  There was something going
8    on.  I want to say my wife and them put a
9    little thing, $500 or whatever everybody got
10   or something.  I don't know if they did that
11   or not.  I didn't personally file.  Did my
12   wife or not?  I don't know.  I'd be lying if I
13   said yes or no.  Like a little class action
14   thing.  I think everybody in the parish said
15   just sign for it, not that you're going to get
16   it, but --
17   Q.   Do you recall ever seeing a claim form
18   submitted to the Army Corps of Engineers
19   concerning the MR-GO?
20   A.   No, I don't remember seeing one.
21   Q.   You said earlier that when you spoke to
22   Mr. Traylor on the phone as the water was
23   coming in, you believe that was around 8:30 or
24   nine o'clock in the morning, correct?
25   A.   Yeah, about that time.

**49**

1    Q.   Is that just your best estimate of the
2    time?
3    A.   Well, that's -- Because -- I remember
4    that because that's -- It's just something I
5    remember.  I just remember around 8:30, nine
6    o'clock, you know.
7    Q.   Did you look at your watch when you were
8    talking to him?
9    A.   I might have, buddy.  It's something
10   about I remember 8:30, nine o'clock.  It might
11   have been on the camera, it might have been,
12   you know, but I just remember 8:30, nine
13   o'clock, you know.  I don't know where I got
14   it from.  It could have been my watch.  It
15   could have been anywhere, you know.  Because I
16   remember him saying, get my -- make sure you
17   get my computer, don't let my computer get
18   wet.  You know, we didn't have much water on
19   the street at that time, but still, he was
20   saying save his computer.
21   Q.   Have you ever met Mr. Gilbert before
22   today?
23   A.   I might have.  I think I might have met
24   him by Darryl's shop or something, talked to
25   him one day.

50

1   Q.   Have you ever met Mr. Edward Moreno?
2   A.   I don't know.  I mean, I'd have to see
3   him.  It might have been Mr. Moreno I met and
4   not him.  I don't know.  I met one of them.  I
5   met somebody by Darryl's shop.
6   Q.   Who else was there at that time?
7   A.   We had a bunch of people there, bunch of
8   workers and everything, bunch of people was
9   there, just a bunch of friends, you know.
10  Q.   Approximately when did this meeting
11  occur?
12  A.   A couple months ago, I guess.
13  Q.   Are you aware that you've been named as a
14  witness in this case?
15  A.   I guess so.
16  Q.   Well, has anyone ever told you that?
17  A.   All they asked me is to come and give a
18  deposition, that's all he said, you know,
19  because I was there, I seen it all, you know.
20  Q.   Who asked you to come give a deposition?
21  A.   Mr. Darryl, Darryl, Glassman, because I
22  was the only one in the shop with Jonathan and
23  John, you know.
24  Q.   So Mr. Traylor asked you to come in and
25  give a deposition?

51

1   A.   Yes, sir.
2   Q.   And was that within the last two months?
3   A.   Yep, whenever I met with one of them
4   fellows at the shop.
5   Q.   Was Mr. Meyers at that meeting?
6   A.   I think he was.
7   Q.   Was Mr. Samija at that meeting?
8   A.   Sure was.
9   Q.   Did you have a still camera with you on
10  August 29, 2005?
11  A.   I got -- I had one.  I do have some
12  pictures, but that's made by the courthouse,
13  you know, when I'm dropping people off, I'm
14  rescuing people and dropping people off and
15  they're filming me, people snapped shots of
16  me.  I'm putting gas in the boat.  My wife has
17  some of them, I believe.  That's by the
18  courthouse.  It might be two or three days
19  later.
20  Q.   Do you have any still photographs of your
21  time at Glassman as the water was coming in?
22  A.   No.  No.
23  Q.   Going back to your testimony on how long
24  it took for the water to rise at Glassman, --
25  A.   Right.

52

1   Q.   -- I believe you said it was about five
2   or seven minutes?
3   A.   At the most.
4   Q.   So between five and seven minutes it went
5   from what depth to what depth?
6   A.   It went from the -- It went from maybe, I
7   would say, because the water was hitting the
8   side of his truck, maybe two and a half foot
9   to eighteen foot.  Put it this way, it was
10  eighteen feet out in the street with the depth
11  finder, okay.  Now, in the shop, they might
12  have had sixteen feet.  I don't know how high
13  the level is from the shop to the street.
14  Q.   You say with the depth finder.  Was there
15  a depth finder in one of the boats you were
16  in?
17  A.   Both.  Depth finders, we had in both of
18  them.  Both of them had depth finders.
19  Q.   So as you were leaving the building, you
20  looked at the depth finder and it was
21  eighteen --
22  A.   No, no, when we came back.  There was no
23  looking at no depth finder with that much
24  winds.  You were just worried about your life
25  at that time.

53

1   Q.   And after you saw the water come down the
2   street, you went back in the building,
3   correct?
4   A.   After we got the boat in the shop, he
5   backed his truck up, it started floating, we
6   pulled the boat in the shop, got the boat in
7   the shop, and we sat in the boats for a few
8   minutes and then evacuated out the shop first.
9   Q.   So you went back in the shop, you brought
10  the computer upstairs?
11  A.   That was earlier.  The computer went
12  upstairs earlier.  When we started seeing
13  water in the street, when I talked to Darryl,
14  he said, do me a favor, get my computer, save
15  my computer, don't let it get wet, it's
16  downstairs.  We wasn't expecting this much
17  water.  But my son-in-law brought it upstairs.
18  I told him to put it upstairs.  He wound up
19  putting it upstairs on top of the building.
20  Q.   So you put the computer up during a
21  separate telephone conference with Mr. --
22  A.   No, that morning when I talked to Darryl
23  around 8:30, somewhere around there, that's
24  when Darryl, I told him, we got a little bit
25  of water in the street, it wasn't too bad, you

14  (Pages 50 to 53)

54

1  know, and then he said, well, do me a favor,
2  take my computer, put my computer upstairs,
3  and I told my son-in-law to grab the computer
4  and put it upstairs.  He put it on top of the
5  building instead of upstairs, which was a good
6  thing.
7  Q.   So when you actually had the conversation
8  with Mr. Traylor, there was just a couple feet
9  of water in the street?
10  A.   Right.
11  Q.   This was before the water started pouring
12  in?
13  A.   Exactly.
14  Q.   So you ended your phone call with
15  Mr. Traylor before the water started coming
16  in?
17  A.   Yeah.  The water was coming up, just a
18  little bit of water, like, it was just coming
19  up slow, like a street flood is pretty much
20  what it was.
21  Q.   And you were on the phone with him --
22  A.   Yeah.
23  Q.   -- and saying that there's water in the
24  street, he said, go inside and put the
25  computer up?

55

1  A.   Exactly.
2  Q.   You ended the phone call with him?
3  A.   Right.
4  Q.   And then after that, you went back
5  outside and saw the --
6  A.   No, we went outside, but the water didn't
7  start really coming that fast yet.  The water
8  was out there, we just saw the water in the
9  street, we just thought a little street
10  flooding, no big deal, we see street flooding
11  all the time.  And then we're playing around,
12  my cousin and my little son-in-law, like I
13  said, I had his legs, my cousin was filming
14  me, I had a hold of his legs, and he's like,
15  ahhhhh, you know, holding onto a yellow pole.
16  And then my cousin's the one who said, mother,
17  ..., you know, he seen the water coming down
18  the street, and we turned around, looked at
19  the water, and that's when my son-in-law goes
20  running, whatever he was running for, then he
21  come back out to help us with the boat, to get
22  the boat from out the side of the building,
23  because we had to get his boat in the shop,
24  too.
25  Q.   How long after you ended the phone call

56

1  with Mr. Traylor, how long was it between that
2  time and the time that your relative saw the
3  water start pouring down the street?
4  A.   Fifteen, twenty minutes maybe.
5  Q.   Did you have any telephone conversations
6  with Mr. Gilbert today concerning the
7  deposition?
8  A.   No, I never spoke to him.  I haven't
9  spoke to him since that night over there.
10  Q.   So as far as you know, you haven't spoken
11  to any of the lawyers in this case since that
12  day at the shop?
13  A.   Not since that day by Darryl's shop.
14  Q.   And just to get a little more background,
15  after the five days that you were rescuing
16  people in Chalmette, where did you end up
17  after that?
18  A.   We wind up going to the Chalmette slip
19  and we worked with the military and the police
20  feeding everybody, helping to try to get
21  everybody out of there.  We stayed in there
22  about two or three days.  And then we finally
23  got out of there, and then they kept us on a
24  bus for twelve hours, nobody wanted to take
25  us, so they took us to the airport, and then

57

1  Nick Congemi didn't want us there, they were
2  overloaded, I guess, at the airport, so then
3  they sent us down towards LaPlace, but they
4  didn't want us coming through their parish.
5  And the military and the police was fighting,
6  hand-to-hand fighting, military's whipping
7  them up.  It was unreal.  It was like, they
8  were saying, we got authority, military said,
9  no, we got authority, you know, it's martial
10  law, so it's just -- They were fighting among
11  each other.
12  Q.   Did you end up living somewhere else for
13  a while after the storm?
14  A.   Yeah, I lived with a -- I lived with a
15  friend of mine right there in Kenner, Dennis
16  Gilmore.  He just passed away just a couple
17  weeks ago.  Me, Darryl, you know, and Little
18  Darryl, Jonathan, that's my son-in-law, we --
19  The building you got across the street, we did
20  all the glass in this building across the
21  street, 1260 Poydras.  Probably stayed there
22  about six months by Dennis' house.
23  Q.   Just curious, Mr. Martinez, are you going
24  to stay for the next Category 3 hurricane that
25  comes in?

58

1  A.  Oh, yeah, I'm not going, buddy.  I'm a
2  thrill seeker.  This is what I like to do.  If
3  I can stay to help somebody, if I can save one
4  life, I save a lot.  Like I said, I went to
5  the old folks home and that was the saddest
6  thing I ever seen in my life, you know.  I
7  lived right there.  I was just going to see
8  what I had left, you know, which everything
9  was flooded like everybody, but when I went
10 down there, I seen a little boy come out with
11 the people in a boat, one of my friends, and
12 he said, man, they're everywhere.  I didn't
13 think he meant they were everywhere, like, you
14 know, floating.  I thought he meant they were
15 everywhere, you could get a boat and go pick
16 them up.  When I went in there, they were
17 floating.
18 Q.  And again, that nursing home was several
19 miles east of Paris Road?
20 A.  Oh, I went all the way down the road
21 later on that evening, yeah, because I wanted
22 to see what I had left before it got dark, you
23 know.
24     MR. BLANCHARD:
25        Let's go off for a second.

59

1     (Off-the-record discussion).
2     MR. BLANCHARD:
3        Let's go back on.
4  BY MR. BLANCHARD:
5  Q.  Did you make any 911 calls on August
6  29th, 2005?
7  A.  August what?
8  Q.  The day of the storm, August 29th, 2005.
9  A.  No.  I don't think so.  I don't -- I
10 don't remember.  I don't think so, though.  We
11 did all the rescuing ourself.
12 Q.  Did you speak with anyone other than
13 Mr. Traylor on the telephone on August 29th,
14 2005?
15 A.  No.  Earlier that morning, I had another
16 friend that was staying down the road and he
17 was staying, he was scared, he should have
18 left and he didn't want to leave, he got
19 scared at the last minute, and I spoke to him
20 and I said I'd come pick him up when I got a
21 chance to get down there to grab him, just to
22 try to hold on, you know, and I'll come down
23 there and get him.  But later when I went down
24 the road to check on my place, which he lived
25 way down there, he was already gone.

60

1  Q.  So you spoke to this person before the
2  flooding started?
3  A.  Oh, yeah.  Yeah.  This was -- He was
4  scared during the night, like early in the
5  morning, like six, seven o'clock in the
6  morning he called me, he was scared to death,
7  you know, he knew he made a mistake, he said,
8  can you come get me?  I couldn't go anywhere
9  in the truck with that much wind.  There was
10 no way.
11 Q.  So other than that person -- What is that
12 person's name?
13 A.  Jody.
14 Q.  Last name?
15 A.  Collins.
16 Q.  Other than Mr. Collins and Mr. Traylor,
17 did you have any telephone conversations or
18 cell phone conversations with anyone else on
19 August 29th, 2005?
20 A.  No, I don't -- I don't remember speaking
21 to my wife or none of them, to be honest with
22 you, and I might have, but so much went on,
23 it's just hard to remember all that.  I
24 remember speaking to Darryl.  I remember him
25 saying about the computer.  He wanted me to

61

1  try to get that Harley-Davidson up the stairs,
2  too.  I said, yeah, I'm going to get that
3  Harley.  He'd just bought a brand-new Harley
4  and he had it sitting downstairs.
5  Q.  Have you ever been convicted of a crime?
6  A.  No.
7  Q.  Are any criminal charges currently
8  pending against you?
9  A.  No.
10 Q.  Were you physically injured at all on
11 August 29th, 2005?
12 A.  I had some cuts and bumps and bruises, I
13 mean, from cutting people out of attics and
14 ripping shingles off.  It's nonstop.  And, I
15 mean, good thing Darryl thought about
16 everything.  I mean, he was prepared.  I mean,
17 I'd say he honestly was prepared.  He had
18 everything you needed.  He had generators, he
19 had chain saws, he had hatchets, he had it
20 all, and I never thought I'd be cutting
21 everybody out of attics all day long for that
22 many days, you know.
23 Q.  So during the rescue process, you
24 received some cuts and bruises?
25 A.  Oh, yeah.  Yeah.

16 (Pages 58 to 61)

**62**

1  Q.   Any other physical injuries during the
2  storm?
3  A.   No, not at all.
4  Q.   Have you, since the storm, been treated
5  for depression?
6  A.   Nope.
7  Q.   Have you taken any medications for
8  depression since the storm?
9  A.   No.
10  Q.   Have you taken any medications for stress
11  since the storm?
12  A.   No.
13      MR. GILBERT:
14          Object to relevance, but subject to
15  that.
16  BY MR. BLANCHARD:
17  Q.   Have you been to a psychologist or
18  psychiatrist since the storm?
19  A.   No.
20  Q.   Other than the video footage you took,
21  have you seen any other video footage from
22  people who stayed behind during Katrina and
23  took footage as the waters were coming in?
24  A.   No, I didn't see it, to be honest with
25  you.  I mean, I seen some video on the roofs

**63**

1  of, like, Lexington Place, which is farther
2  down the road, where they got, you know,
3  they're filming water's all over the top the
4  levees and everything.  I mean, we didn't have
5  no levees there.  We probably still don't have
6  enough levees.
7  Q.   Was this footage that you saw on the
8  news?
9  A.   Yeah, yeah, it was on the news, and I
10  think I seen a video somewhere.  I mean, that
11  video, I seen a video online somewhere or
12  something.  I seen a video, it's Katrina
13  video, whatever, somebody was on the roof and
14  you could see the people on the roof, they
15  were swimming to the other house and trying to
16  get to the person.  I mean, they got a lot of
17  video everywhere out there.
18      MR. BLANCHARD:
19          I don't have any other questions.
20      THE WITNESS:
21          Good.
22      MR. BLANCHARD:
23          Thank you.
24      MR. GILBERT:
25          All right.

**64**

1          (Off-the-record discussion).
2  BY MR. BLANCHARD:
3  Q.   You have the right to read and sign your
4  deposition or you can waive that right.  It's
5  up to you.  By reading and signing, you can
6  read it to --
7  A.   Yeah, that's fine.  I'd like to read it
8  before I sign it, you know.
9  Q.   You want to read -- You want to read and
10  sign?
11  A.   Right.
12      MR. BLANCHARD:
13          Well, she'll send you the
14  transcript.
15      THE WITNESS:
16          That's fine.  I'll make sure I read
17  it, make sure nothing's misprinted or it says
18  I said something I didn't say.
19      MR. BLANCHARD:
20          That's fine.  It's your right.
21      THE WITNESS:
22          Okay.
23      MR. GILBERT:
24          Thank you.
25      THE WITNESS:

**65**

1          You all have a nice day.
2          (Whereupon, the deposition concluded at
3  2:00 p.m.)

66

WITNESS' CERTIFICATE


    I, DENNIS J. MARTINEZ, do hereby
certify that the foregoing testimony was given
by me, and that the transcription of said
testimony, with corrections and/or changes, if
any, is true and correct as given by me on the
aforementioned date.

_____        _____
DATE SIGNED          SIGNATURE


_____Signed with corrections as noted.

_____Signed with no corrections noted.

DATE TAKEN:  April 7, 2009

67

C E R T I F I C A T E

    This certification is valid only for a
transcript accompanied by my original
signature and original blue stamp on this
page.
    I, Dawn H. Hymel, Certified Court Reporter
in and for the State of Louisiana, as the
officer before whom this testimony was taken,
do hereby certify that DENNIS J. MARTINEZ,
after having been duly sworn by me upon
authority of R.S. 37:2554, did testify as
hereinbefore set forth in the foregoing 65
pages; that this testimony was prepared and
transcribed by me or under my personal
direction and supervision; and is a true and
correct transcript to the best of my ability
and understanding; that I am not related to
counsel or to the parties herein, nor am I
otherwise interested in the outcome of this
matter.


    _____
    DAWN H. HYMEL, #81016
    Certified Court Reporter

DENNIS MARTINEZ

April 7, 2009

Page 1

**A**

**ability** 6:2 67:17
**above-entitled** 1:16
**accompanied** 67:4
**accurate** 19:8
**accurately** 19:4
**action** 1:4 48:13
**addition** 15:10
**Additionally** 5:14
**address** 8:10,13
**adrenalin** 12:24,25
**aforementioned** 66:9
**afternoon** 4:18
**ago** 50:12 57:17
**agree** 5:9
**agreed** 4:2
**ahead** 30:14 36:3
**ahhhhh** 55:15
**ain't** 36:2
**Airline** 14:5
**airport** 56:25 57:2
**America** 2:6
**American** 2:12
**and/or** 66:7
**answer** 4:11 27:22 35:20
**answered** 5:1
**answering** 5:16
**answers** 5:8
**anticipating** 30:15
**anybody** 46:2,12 47:9,24
**anyway** 18:10
**apart** 15:14
**APPEARANCES** 2:1
**Appearing** 2:2,6,12
**Approximately** 50:10
**April** 1:21 66:18
**area** 26:25 41:8
**Army** 48:5,18
**asked** 35:2 50:17,20,24
**asking** 5:15,21
**assume** 18:11
**attention** 32:16
**attics** 61:13,21
**audio** 32:1
**August** 14:14,18 16:3
  17:1,13,24 18:15 19:6

19:11 20:22 21:17 23:1
24:18 25:4 34:8,9
35:12 36:8,9 45:10
51:10 59:5,7,8,13 60:19
61:11
**authority** 57:8,9 67:12
**aware** 50:13
**a.m** 25:12

**B**

**B** 3:8
**back** 14:6 16:22 33:21,22
  38:20,20 39:25 40:14
  42:16,17 51:23 52:22
  53:2,9 55:4,21 59:3
**backed** 53:5
**background** 56:14
**backing** 42:18
**bad** 22:2,3 27:18 36:25
  37:1 53:25
**barbecued** 21:2,2
**barge** 46:17,21
**BARGES** 1:5
**BARNETT** 2:13
**Baronne** 2:4
**bass** 20:18 42:14
**bay** 20:18
**Bayou** 8:17,21
**Behalf** 2:2,6,12
**believe** 19:4 25:9,9 36:1
  39:13 48:23 51:17 52:1
**believed** 26:16
**Benoit** 1:8
**Bernard** 8:18,20 9:2,4,7
  17:15 45:11
**best** 49:1 67:17
**big** 18:7,11 21:11 35:6
  37:5 55:10
**birth** 7:19
**bit** 22:8,13 24:24 26:8
  41:21 53:24 54:18
**bits** 31:25
**bitty** 45:25
**Blanchard** 2:8 3:4 4:17
  4:19 5:22,24 35:22
  58:24 59:2,4 62:16
  63:18,22 64:2,12,19

**blew** 22:6 32:24 33:1,16
  38:18 39:20,25
**blocking** 42:16
**blow** 35:9 43:24
**blowing** 29:4,12,24 30:6
  31:12,15 32:15,21 33:4
  33:5,8,14,15,16,17
  33:25 34:22 37:16 38:3
  38:12,13,15 39:16,19
  39:19 43:25
**blown** 29:3
**blue** 20:19 67:5
**board** 15:3 16:10
**boarded** 17:3
**boarding** 15:1 16:6,8,9
  17:19
**board-ups** 15:2
**boat** 20:17,18,18 42:11
  42:14,15,17,24 43:1,14
  45:1,12 46:2,6 51:16
  53:4,6,6 55:21,22,23
  58:11,15
**boats** 14:16 20:13,16
  45:13,19,24 52:15 53:7
**Boh** 10:5 12:9
**born** 7:17
**bottom** 45:21
**bought** 9:19 61:3
**Boutte** 1:6
**boy** 58:10
**brand-new** 61:3
**breaches** 1:4 47:3,4,6,11
  48:1
**break** 25:8 34:2 36:5
**breathing** 35:5,6 36:24
  36:25 37:4
**breeze** 27:17
**BRIAN** 2:3,3
**bridge** 46:6,9,10,11
**bright** 27:19
**broke** 22:12 27:2 41:20
**Bros** 10:5 12:9
**brought** 32:16 53:9,17
**BROWN** 2:13
**bruises** 61:12,24
**bubble** 19:2

**buckled** 13:23 19:24
**buddy** 44:12 49:9 58:1
**building** 16:11 31:14
  33:17,18 37:13,16,18
  37:19,20,21 38:1 39:20
  41:10 42:12,13 43:2,5,7
  43:8,13,14,18 44:5,15
  44:19,25 45:22 52:19
  53:2,19 54:5 55:22
  57:19,20
**buildings** 16:10 29:14,15
  31:13,16 42:11,14,25
  45:8
**built** 29:7
**bumps** 61:12
**bunch** 31:22 50:7,7,8,9
**bus** 56:24
**business** 10:7
**businesses** 15:3
**B&G** 14:7

**C**

**C** 67:1,1
**call** 16:22 27:7,7 54:14
  55:2,25
**called** 27:8 34:25 35:1
  37:5 60:6
**calling** 5:23
**calls** 59:5
**calm** 25:20 41:19
**calmed** 22:8 26:11
**camera** 27:24 28:1,4,18
  29:5 30:4,5,6 31:23
  32:10 49:11 51:9
**Canal** 1:4 46:22 47:4,9
  47:22
**case** 6:23 14:16 50:14
  56:11
**Category** 57:24
**cause** 1:16
**cell** 24:12,13,14 60:18
**Central** 14:8
**Centre** 1:20 2:9,15
**CERTIFICATE** 66:1
**certification** 67:3
**Certified** 1:18 2:19 67:7
  67:24

DENNIS MARTINEZ

April 7, 2009

**certify** 66:5 67:10
**Chaffe** 1:19 2:8
**chain** 61:19
**Chalmette** 17:15 18:22
  19:1 45:14 56:16,18
**chance** 59:21
**chances** 43:15
**changed** 33:20 34:21
  37:15 39:22
**changes** 66:7
**changing** 34:20
**charges** 61:7
**CHARLES** 2:8
**check** 59:24
**Cheniere** 41:2,2
**Cherym** 7:24
**children** 8:2 13:11
**Chuck** 4:19
**Civil** 1:4 4:5
**Claiborne** 46:10
**claim** 48:4,17
**class** 48:13
**clear** 26:5,13 35:24
**clocks** 27:5
**closing** 16:8
**clouds** 27:18
**cloudy** 33:12
**Club** 2:12
**clue** 22:10 24:9 27:17
  30:2 34:1
**Coastal** 10:16,17 14:1,2
  15:10
**Collins** 60:15,16
**come** 7:5 18:17 41:14
  42:10 47:18 50:17,20
  50:24 53:1 55:21 58:10
  59:20,22 60:8
**comes** 16:24 57:25
**coming** 9:4 22:15,24
  30:2 32:8,18,22 33:18
  33:23 34:10,11,15,17
  34:19 35:13 36:13 37:9
  38:22,24,25 39:10,14
  40:5,11,22,23 41:8,13
  41:18 42:2 43:9 44:19
  47:13 48:23 51:21

54:15,17,18 55:7,17
  57:4 62:23
**commencing** 1:22
**Compagno's** 42:12
**company** 11:8,13
**completely** 25:22 26:3
**comprehensive** 11:11
**computer** 22:17,18,19
  49:17,17,20 53:10,11
  53:14,15,20 54:2,2,3,25
  60:25
**concerning** 4:20 48:19
  56:6
**concluded** 65:2
**conference** 53:21
**Congemi** 57:1
**connection** 4:25
**Consolidated** 1:4,5
**continuing** 20:22 31:11
**conversation** 54:7
**conversations** 21:22 56:5
  60:17,18
**convicted** 61:5
**copy** 7:9
**Corps** 48:5,18
**correct** 17:16 36:11 39:6
  39:10 41:10 48:24 53:3
  66:8 67:17
**corrections** 66:7,14,16
**counsel** 67:19
**couple** 5:4 12:5 22:1
  25:14 26:9 46:6 50:12
  54:8 57:16
**course** 12:22 15:7,16
**court** 1:1,18 2:19 5:2,5
  5:16 6:6 17:12 30:17
  67:7,24
**courthouse** 45:5 51:12
  51:18
**cousin** 17:20 20:17 55:12
  55:13
**cousin's** 32:15 55:16
**crane** 10:19 12:4 14:7
**crime** 61:5
**criminal** 61:7
**curious** 57:23

**current** 8:10
**currently** 61:7
**cursing** 28:11 32:6
**curtain** 35:3,5 36:22
  37:4,5
**cuts** 61:12,24
**cutting** 45:7 61:13,20

## D

**D** 3:1
**damages** 48:6
**dark** 20:23 38:17,18
  39:24 41:17,25 58:22
**Darryl** 6:17 15:2 17:22
  18:7,7,11,12,12 19:17
  20:17 21:11,11,11
  25:25 26:25 28:5 32:6
  35:1 50:21,21 53:13,22
  53:24 57:17,18 60:24
  61:15
**Darryl's** 14:20 17:8
  28:17,18,20 42:13
  45:20 49:24 50:5 56:13
**date** 7:19 30:11,20 66:9
  66:11,18
**David** 14:9
**dawn** 1:17 2:18 25:10
  67:7,23
**day** 14:19 16:4,13,16
  18:16,18 19:12,13,18
  19:21 25:5 26:5 27:20
  27:25 28:6 34:21 45:10
  45:13 46:15,16 49:25
  56:12,13 59:8 61:21
  65:1
**daybreak** 23:15,16,17
**daylight** 29:16
**days** 45:13,15 46:16
  51:18 56:15,22 61:22
**deal** 55:10
**death** 60:6
**Dennis** 1:15 4:14 7:13
  57:15,22 66:4 67:10
**depending** 15:19
**deposed** 4:23,24 6:23
**deposition** 1:15 4:3,7,11
  6:9,12,15 7:1,6,10

50:18,20,25 56:7 64:4
  65:2
**depression** 62:5,8
**depth** 52:5,5,10,14,15,17
  52:18,20,23
**described** 16:6 21:6
**designed** 35:9
**died** 8:25 26:3
**different** 15:19 24:15,17
  24:25 32:24 33:2
**direction** 36:10,13,17
  37:10,11 38:3,6,24
  39:14,16 40:5,9 43:19
  44:17 67:16
**directions** 33:20 37:15
  39:22
**discussion** 59:1 64:1
**DISTRICT** 1:1,2
**documents** 6:11
**doing** 10:3,22 15:5,24
  16:4,13,19 24:23,23
  32:24
**door** 25:17,18,19 34:23
  43:12 44:5
**downstairs** 53:16 61:4
**Drive** 4:14 8:11 9:20
  14:9
**dropping** 51:13,14
**drown** 43:13
**due** 13:13 37:1
**duly** 4:16 67:11
**DUVAL** 1:6
**dying** 43:8

## E

**E** 3:1,8 67:1,1
**earlier** 21:6 32:7 48:21
  53:11,12 59:15
**early** 22:25 23:14 34:8
  35:12 36:9 39:9 60:4
**easier** 5:16 30:16
**east** 8:21 9:9 34:10,15,17
  34:19 35:13 36:11
  46:22 47:3,8 58:19
**EASTERN** 1:2
**education** 8:8
**Edward** 50:1

DENNIS MARTINEZ

April 7, 2009

**eight** 35:8
**eighteen** 15:21 16:2 43:3
  52:9,10,21
**electricity** 23:20
**employed** 9:24 10:14
  12:7
**employees** 10:10
**employment** 15:15
**ended** 54:14 55:2,25
**Energy** 1:19 2:9,15
**Engineers** 48:5,18
**enjoy** 12:15,16,23 13:1
**entire** 18:18 19:12,21
**equipment** 10:4
**Erection** 10:16,18 14:1,2
**ESQ** 2:3,8,14
**estate** 9:11 10:25
**estimate** 49:1
**Eugene** 7:18
**evacuate** 13:15
**evacuated** 12:14 53:8
**evening** 58:21
**everybody** 45:9 48:9,14
  56:20,21 58:9 61:21
**everything's** 26:1
**evidence** 4:12
**Exactly** 38:5 39:15 54:13
  55:1
**EXAMINATION** 3:3
  4:17
**exception** 4:6
**expecting** 53:16
**eye** 22:9 26:15 29:18,19
  33:10,11 34:18,24 38:7
  38:14,17,23 39:17,23
  40:4,8,12,13 41:14,16
  41:23

**F**

**F** 67:1
**faced** 37:19
**faces** 37:20,21,24
**facility** 19:5
**familiar** 9:2
**family** 1:9 12:20 13:7,15
**far** 56:10
**Farms** 14:11,12

**farther** 63:1
**fast** 36:6 55:7
**favor** 53:14 54:1
**Federal** 4:5
**feeding** 56:20
**feet** 29:22 52:10,12 54:8
**fellows** 51:4
**FEMA** 9:18
**fifteen** 41:21 56:4
**fighting** 57:5,6,10
**file** 48:11
**filed** 48:4
**filled** 14:16
**filmed** 29:2
**filming** 51:15 55:13 63:3
**finally** 56:22
**finder** 52:11,14,15,20,23
**finders** 52:17,18
**fine** 30:16 64:7,16,20
**finish** 5:15 17:9 30:13,17
**finished** 20:1
**first** 5:5 8:5 14:10 33:4,4
  37:14 39:19 43:7 53:8
**five** 19:20 21:6 35:7
  36:23 43:2 45:13,15
  46:15,16 52:1,4 56:15
**flipped** 45:1
**float** 42:23
**floating** 42:22 53:5 58:14
  58:17
**flood** 46:21 47:3,8 54:19
**flooded** 58:9
**flooding** 29:10 55:10,10
  60:2
**floor** 45:21
**floors** 10:4 45:20
**folks** 8:24 58:5
**following** 1:17
**follows** 4:16
**fool** 25:25
**fools** 22:10
**foot** 20:19,19,20 43:3,11
  43:16 47:12,14 52:8,9
**footage** 28:6,9,12 29:9
  29:12,20 30:4 31:12,17
  31:18 62:20,21,23 63:7

**Ford** 11:10
**foregoing** 66:5 67:13
**form** 4:10 48:4,17
**formalities** 4:6
**forth** 67:13
**forward** 16:25 18:15
**four** 8:3 13:10
**freezers** 20:8
**Friday** 13:16,17,18,21
  14:14,25,25 15:5
**friend** 6:20 57:15 59:16
**friends** 50:9 58:11
**front** 5:1 14:7 34:23
  37:13,16,17 38:1
**full** 7:12 28:24
**fully** 5:14
**full-time** 10:20,21
**furniture** 45:24
**F-150** 11:10

**G**

**gas** 51:16
**general** 16:12
**generators** 23:23,25 24:5
  24:8 61:18
**geography** 9:3
**getting** 17:5 22:2 31:25
**Gilbert** 2:3,3 5:19 35:17
  49:21 56:6 62:13 63:24
  64:23
**Gilmore** 57:16
**give** 9:23 50:17,20,25
**given** 66:5,8
**glass** 6:21 11:6 14:20,22
  17:8 34:22,23 35:2,6
  37:5,6 44:2,7,22 57:20
**Glassman** 17:15 18:19
  18:21 19:5,12 42:12
  50:21 51:21,24
**go** 9:5,5 16:21,25 19:23
  22:20 27:21 30:14 36:2
  40:21 45:3 54:24 58:15
  58:25 59:3 60:8
**goes** 55:19
**going** 4:19 5:6 9:6 18:24
  21:4 22:3 27:15 28:1
  29:6 30:6 35:4,8,21

  36:2 40:18,19 43:6,19
  43:21 44:9,13,17,20
  48:7,15 51:23 56:18
  57:23 58:1,7 61:2
**good** 4:18 54:5 61:15
  63:21
**Google** 3:10 18:25
**government** 5:20
**grab** 54:3 59:21
**grabbed** 22:19
**graduate** 8:6
**grew** 20:23
**group** 19:20
**guess** 11:14 13:20 18:13
  23:19 36:12 38:13 41:2
  50:12,15 57:2
**guns** 46:7,11
**guys** 17:22 20:23

**H**

**H** 1:17 2:18 3:8 67:7,23
**half** 9:17 52:8
**HAMMOND** 2:13
**handle** 35:3
**hand-to-hand** 57:6
**happen** 22:16
**happened** 4:21 21:8
  22:22 25:7 42:9 43:4
  43:10 44:24
**hard** 22:7 23:24 24:6
  29:1 37:17 44:1,3,7,18
  44:21 60:23
**harder** 17:11
**Harley** 61:3,3
**Harley-Davidson** 61:1
**hatchets** 61:19
**head** 32:9
**headed** 45:2,4
**heading** 9:8 22:4,5
**hear** 32:3,5,6
**hearing** 36:21
**heavy** 10:4 33:13
**hell** 22:12 27:2 41:20
**help** 13:5,6 46:5,13
  55:21 58:3
**helping** 13:4 56:20
**hereinbefore** 67:13

DENNIS MARTINEZ

April 7, 2009

Page  4

**high** 8:6 52:12
**highest** 8:8
**Highway** 9:7 14:5
**hitting** 30:5 33:18 52:7
**hold** 29:23,24 55:14
  59:22
**holding** 32:14 55:15
**home** 8:24 9:21 58:5,18
**honest** 60:21 62:24
**honestly** 24:6 61:17
**hour** 41:22
**hourly** 15:17
**hours** 25:15 35:12 56:24
**house** 9:19,19 28:21 31:3
  57:22 63:15
**houses** 16:9 19:23,25
  29:13 45:8
**hung** 20:25
**hurricane** 4:21 8:16 9:12
  9:14 10:15,24 11:5,24
  12:1,13 13:8 20:11
  48:2 57:24
**hurricanes** 12:14,17,21
**Hymel** 1:18 2:18 67:7,23

___

**I**

**Immediately** 38:23
**important** 5:7
**inch** 37:6
**inches** 26:9 35:7,8
**increased** 37:2
**indicating** 33:25 40:19
  43:22
**Industrial** 46:22 47:4,9
  47:22
**information** 30:9,19
**Ingram** 1:7,8
**injured** 61:10
**injuries** 62:1
**inside** 44:21 54:24
**instructions** 5:4
**insurance** 11:7,11,13
**interested** 67:20
**interfere** 6:1
**involved** 47:20

___

**J**

**J** 1:15 2:14 4:14 66:4
  67:10
**James** 7:13
**Javelin** 20:21
**Jean** 41:9
**job** 15:19,19
**jobs** 10:13 12:3 15:11,14
  15:22,24
**Jody** 60:13
**John** 17:20 23:5 42:7,15
  42:15 50:23
**Jon** 42:7
**Jonathan** 17:20 42:25
  50:22 57:18
**Judge** 1:6 9:4,7
**jump** 35:21
**Junior** 18:13,14 19:18
  21:16
**junkie** 12:24

___

**K**

**Katrina** 1:4 4:21 6:21
  8:16 9:12,15 10:15,24
  11:5,24 12:1,8,13 13:8
  13:15,17,18 15:11
  46:16,23 47:5 48:2
  62:22 63:12
**keep** 12:22
**Kenner** 57:15
**kept** 28:1 29:5 30:5,6
  33:25 34:19 56:23
**kids** 13:12 45:8 46:7
**kill** 46:12
**kind** 11:9 22:8 24:6
  28:25 45:23
**KITTO** 2:14
**knew** 60:7
**knocking** 33:19
**know** 5:12 6:17 10:24
  12:25 13:24 14:25
  15:18 16:11,22,23 19:3
  20:13,15 22:6,9,11 23:5
  23:7 24:3,3,4,7,9,24
  25:23 26:10,20 27:5,8
  27:16 28:13,15 29:8,23
  29:25 30:1,7 31:10,20
  31:24 32:19 33:11

___

36:20,20,25 41:23 43:8
43:10 44:2,7,11,14,17
44:19,21 45:6 47:15,17
47:20,21,23 48:7,10,12
49:6,12,13,13,15,18
50:2,4,9,18,19,23 51:13
52:12 54:1 55:15,17
56:10 57:9,17 58:6,8,14
58:23 59:22 60:7 61:22
63:2 64:8
**known** 7:14 15:20 16:1
**K(2)** 1:5

___

**L**

**L** 4:1
**Lafarge** 1:6,7,8,9,10 2:6
**Lafitte** 41:9
**Lagarde** 1:7
**land** 9:16
**LaPlace** 57:3
**lasted** 20:10
**late** 36:8 39:8
**law** 2:3 57:10
**lawsuit** 5:1
**lawyers** 56:11
**leave** 12:15,19 59:18
**leaving** 21:15 28:11,25
  52:19
**left** 9:8 13:16,17,24
  14:10 18:8 19:22 21:12
  21:16,19,23 22:11
  24:11 25:3 26:1,1
  39:24 44:20 46:8 58:8
  58:22 59:18
**legs** 32:14 55:13,14
**letting** 45:2
**let's** 16:25 18:15 25:8
  35:10,23 40:21 58:25
  59:3
**levees** 47:7,7,13 63:4,5,6
**level** 8:8 52:13
**Lexington** 63:1
**lie** 24:4
**life** 52:24 58:4,6
**LITIGATION** 1:4
**little** 10:13 14:11,11,11
  17:21 18:7 19:2 20:17

___

21:11 22:8,13 24:24
26:8 27:14,17 29:22,23
32:17 41:20 45:8,25
48:9,13 53:24 54:18
55:9,12 56:14 57:17
58:10
**live** 8:15
**lived** 8:25 9:14,16 57:14
  57:14 58:7 59:24
**living** 8:12,17 9:16 57:12
**loan** 11:18,20
**located** 11:4,23 14:4,5
**location** 18:25 19:5
**long** 7:6,25 8:12 15:20
  15:24 16:1 28:12 32:25
  33:2,9 45:13 51:23
  55:25 56:1 61:21
**look** 19:3,23 22:23 24:20
  49:7
**looked** 22:23 25:16 31:6
  31:8 52:20 55:18
**looking** 30:18 41:4 52:23
**loose** 22:12 27:2 41:20
**lot** 15:2 16:22 36:4,21,21
  37:2 42:23 44:4 47:17
  58:4 63:16
**Louisiana** 1:2,21 2:4,10
  2:15 4:15 67:8
**Lower** 46:3,18
**lying** 23:22 44:11,13
  48:12
**L.L.P** 1:19 2:8,13

___

**M**

**MAG.WILKINSON** 1:7
**major** 27:18
**man** 22:15 25:25 58:12
**map** 3:10 18:25 19:2,3,8
**mark** 18:24
**married** 7:21,25
**martial** 57:9
**Martinez** 1:15 3:10 4:14
  4:18 7:13,24 18:24
  41:4 57:23 66:4 67:10
**matter** 67:21
**McCall** 1:19 2:8
**mean** 4:24 16:8 17:22

DENNIS MARTINEZ

April 7, 2009

18:7,11 28:24 29:4,5
30:21 31:20,20 33:1
47:6,12,13,17 50:2
61:13,15,16,16 62:25
63:4,10,16
**meant** 58:13,14
**medications** 5:25 62:7,10
**meet** 9:6
**meeting** 50:10 51:5,7
**meets** 9:7
**Memorial** 41:5
**mentioned** 32:7
**Meraux** 4:15 8:11,19
**met** 4:19 6:14 49:21,23
50:1,3,4,5 51:3
**Metairie** 16:20
**Meyers** 17:20 18:2 19:13
20:21 21:19 23:4 31:5
42:7,15 51:5
**mile** 41:22
**miles** 58:19
**military** 56:19 57:5,8
**military's** 57:6
**mine** 6:20 57:15
**MINTZ** 2:13
**minute** 59:19
**minutes** 18:9 27:1 41:24
43:2 52:2,4 53:8 56:4
**mischaracterizes** 35:18
**misprinted** 64:17
**Mississippi** 37:25
**mistake** 60:7
**moisture** 28:2 29:6 30:4
30:5 31:24
**Monday** 13:21 23:13
29:16 39:9
**money** 21:14
**MONTGOMERY** 2:13
**month** 13:13
**months** 12:5,5 50:12
51:2 57:22
**Moreno** 50:1,3
**morning** 15:5 22:6,7
23:1,13,19 24:1 25:9
29:16 33:10 34:8,9
35:12,16 36:9,23 37:9

39:9,13 48:24 53:22
59:15 60:5,6
**mother** 55:16
**move** 18:15
**moved** 9:18
**MR-GO** 48:19
**Mumford** 1:7

## N

**N** 3:1 4:1
**name** 4:18 7:12 10:7,8
13:2 14:6 60:12,14
**named** 50:13
**names** 7:15
**Nancy** 4:14 8:11 9:20
**need** 34:2 46:13
**needed** 61:18
**needs** 13:4
**never** 12:15 32:18 46:19
56:8 61:20
**New** 1:20 2:4,10,15
36:15 38:20
**news** 63:8,9
**Nextel** 25:1
**nice** 65:1
**Nick** 57:1
**night** 15:5 16:25 17:2,13
17:24 18:6 21:5,24
22:1,7,25 23:2,4,6,8
24:8 28:10 32:24 33:2
33:3,9,16 34:6 36:8
39:8 56:9 60:4
**nine** 26:18,24 48:24 49:5
49:10,12
**Nineteen** 8:1
**Ninth** 32:21,22 33:5,7,8
33:22 39:21,25 40:6,14
40:17,25 46:3,18
**nods** 32:9
**nonstop** 61:14
**Nope** 6:16 7:16 8:7 46:19
62:6
**normal** 13:19,20
**North** 2:6
**noted** 66:14,16
**nothing's** 64:17
**number** 24:16,17,18,21

24:25
**nursing** 58:18

## O

**O** 4:1
**oath** 6:5
**Object** 35:18,18 62:14
**objections** 4:9
**obviously** 46:25
**occur** 50:11
**occurred** 47:5,11,16 48:1
**office** 45:25
**officer** 67:9
**offices** 1:19 2:3
**Off-the-record** 59:1 64:1
**Oh** 9:10,22,25 10:21
11:19 12:9,18,22 15:7
15:23,23 16:14 19:14
20:5,7 21:25 24:20
25:11,16 26:18 29:11
29:17,21 32:3 38:10
42:5 45:16 58:1,20
60:3 61:25
**okay** 4:22 5:18 17:10
18:10 27:23 33:3,9
34:5,7 35:11 36:6 39:5
39:7,18 40:3 52:11
64:22
**old** 8:24 24:22 58:5
**once** 31:2 32:19 35:2
41:17
**one's** 13:12 20:20
**online** 63:11
**open** 25:18,19 44:5
**operating** 23:25
**operator** 10:19
**operator's** 12:11
**opposite** 33:14
**Oregon** 7:18,18
**original** 67:4,5
**Orleans** 1:20 2:4,10,15
36:15 38:21
**ourself** 59:11
**outcome** 67:20
**outside** 22:21,22 26:5
27:14,19 42:1 43:11,15
43:17,18,18 44:4,15

55:5,6
**overloaded** 57:2
**o'clock** 26:19,24 48:24
49:6,10,13 60:5

## P

**P** 2:8 4:1 18:12
**packed** 20:6
**page** 3:2 67:6
**pages** 67:14
**paid** 9:22 11:8,13,16,21
15:7,8,9
**Parc** 18:21 19:1 41:9
**Parfait** 1:9
**Paris** 8:21 9:9,11 11:1,4
11:23 33:7,8,16,24
34:11,12 36:10,13,15
37:14 38:25 39:10
40:15,16,17 58:19
**parish** 45:11 48:14 57:4
**park** 40:24 41:1,2,2,5,6
42:19,20,22
**Parkway** 41:9
**part** 24:3
**parties** 4:3 67:19
**party** 20:11
**pass** 14:9
**passed** 57:16
**passing** 46:21
**pay** 11:15,20 15:17,18
**paying** 15:6
**pays** 15:8
**pending** 61:8
**people** 8:25 10:5 13:4,5,6
16:22 45:7,7,12,15 46:5
46:5,6,13,17 47:17,19
50:7,8 51:13,14,14,15
56:16 58:11 61:13
62:22 63:14
**people's** 15:3
**Perez** 9:5,7
**period** 45:18 46:15,18
**Perry** 1:8
**person** 60:1,11 63:16
**personal** 67:15
**personally** 29:20 48:4,11
**person's** 60:12

DENNIS MARTINEZ

April 7, 2009

Page 6

**PERTAINS** 1:5
**pet** 16:18
**Petco** 16:18
**phone** 5:20 22:14 24:12
  24:13,14,15,16,22 27:4
  48:22 54:14,21 55:2,25
  60:18
**phonetic** 7:24
**photographs** 51:20
**physical** 62:1
**physically** 61:10
**pick** 17:12 58:15 59:20
**picked** 32:19,20 33:13
  34:9
**pictures** 51:12
**pieces** 31:25
**place** 16:18,21 18:21
  19:1 41:9 59:24 63:1
**places** 16:15
**Plaintiffs** 2:2
**plan** 20:11
**playback** 30:8
**playing** 27:14 29:25
  32:13 55:11
**please** 5:14 7:12 17:9
  19:3 30:12
**pocket** 9:22
**point** 25:20 32:7 35:14
  36:16
**points** 32:13
**pole** 55:15
**police** 56:19 57:5
**portion** 31:18
**position** 10:17
**pouring** 54:11 56:3
**power** 24:7
**Poydras** 1:20 2:9,14
  57:21
**prepare** 6:8,12,14
**prepared** 14:17 20:7,9
  20:12 61:16,17 67:14
**pretty** 7:7 12:3 16:14,23
  17:3,4 18:20 19:22
  22:2,7 23:14 32:16
  54:19
**Prior** 12:13

**probably** 13:16,17 15:4
  23:10,14,15,17 28:10
  57:21 63:5
**problem** 5:10 20:10
  35:25
**Procedure** 4:5
**process** 61:23
**property** 11:3,23
**provisions** 20:6
**psychiatrist** 62:18
**psychologist** 62:17
**pull** 46:7
**pulled** 42:25 46:5 53:6
**pulling** 37:12
**purports** 18:25
**purposes** 4:4
**pursuant** 1:16 4:4
**push** 44:5
**pushing** 37:17 42:20
**put** 22:18,20 42:19,19
  48:8 52:9 53:18,20
  54:2,4,4,24
**putting** 51:16 53:19
**p.m** 1:22 21:17,23 24:11
  25:3 65:3

---
**Q**

**question** 4:10 5:15 34:4
  35:21 47:24
**questions** 4:20 5:1,12 6:2
  30:15 63:19

---
**R**

**R** 67:1
**rain** 13:3 25:17 29:7
**raining** 26:12
**ran** 21:9,10
**rapids** 22:24
**rate** 15:17
**read** 2:13 7:9 64:3,6,7,9
  64:9,16
**reading** 4:7 64:5
**ready** 17:5 20:2,9,13,14
  20:15
**real** 9:11 10:25 33:12
**realize** 42:20
**really** 7:4,4 25:6,18 27:9

  44:8 45:22 55:7
**rebuilt** 9:19
**recall** 24:19 25:2 30:23
  30:24 48:17
**recap** 35:10
**received** 61:24
**recorder** 27:11
**recovery** 48:6
**red** 19:2
**reference** 41:5
**reflects** 19:4
**related** 67:18
**relative** 56:2
**relevance** 62:14
**remainder** 13:14
**remember** 7:3 13:22
  14:13,19 16:12,15,19
  17:1 18:16 21:15 23:12
  23:18,22 24:22 26:24
  28:22,23,23 30:9,19,21
  30:22 31:7,10 34:25
  44:12 48:20 49:3,5,5,10
  49:12,16 59:10 60:20
  60:23,24,24
**REPORTED** 2:17
**reporter** 1:18 2:19 5:2,5
  5:17 17:12 30:17 67:7
  67:24
**rescue** 46:2,4 61:23
**rescuing** 45:7,11,14
  46:17 51:14 56:15
  59:11
**reserved** 4:11
**responsiveness** 4:10
**rest** 45:10
**reviewed** 6:11
**right** 7:9 8:25 11:2 14:3
  14:7,8 17:7 18:18
  23:17 24:21 34:14,16
  39:4 40:7,17 41:12,16
  42:13 44:20 45:6 47:8
  51:25 54:10 55:3 57:15
  58:7 63:25 64:3,4,11,20
**ripping** 61:14
**rise** 51:24
**river** 37:12,19,20,23,24

  37:25 38:4 39:14
**road** 8:17,21,22 9:9,12
  11:1,4,24 16:20 33:7,8
  33:16,24 34:11,12
  36:10,14,15 37:14 39:1
  39:10 40:15,17,17
  58:19,20 59:16,24 63:2
**RONALD** 2:14
**roof** 22:21 63:13,14
**roofs** 29:3,12 31:12
  33:19 62:25
**room** 46:1
**Rules** 4:5
**run** 10:4 12:4
**running** 24:8 55:20,20
**rush** 12:25
**R.S** 67:12

---
**S**

**S** 3:8 4:1
**saddest** 58:5
**safety** 45:3
**Samija** 17:21 18:2,4,4
  19:16,17 21:20 23:7
  31:8 42:7 51:7
**sat** 7:6 53:7
**Saturday** 14:18,22 15:1
  15:5 16:3,25 17:13,19
  17:24
**save** 46:13 49:20 53:14
  58:3,4
**saw** 25:5 30:8 32:8 40:21
  41:13 46:20 47:2,10,16
  48:1 53:1 55:5,8 56:2
  63:7
**saws** 61:19
**saying** 33:6 37:14 41:23
  44:2 49:16,20 54:23
  57:8 60:25
**says** 21:3 64:17
**scared** 18:8 59:17,19
  60:4,6
**school** 8:6
**screen** 30:20
**second** 58:25
**SECTION** 1:5
**see** 21:3 22:16 26:4 28:14

DENNIS MARTINEZ

April 7, 2009

29:2 31:21 33:23 38:10
40:23 41:11,12 44:4,22
46:17,25 50:2 55:10
58:7,22 62:24 63:14
**seeing** 22:13 28:22,23,24
42:10,17 48:17,20
53:12
**seeker** 58:2
**seeking** 48:5
**seen** 28:13,19,20 30:25
31:19 46:19 47:18
50:19 55:17 58:6,10
62:21,25 63:10,11,12
**self-employed** 10:2,3
12:2
**send** 12:20 13:7 64:13
**Senior** 18:14 19:17 21:16
**sense** 32:23
**sent** 57:3
**separate** 10:7 53:21
**set** 67:13
**seven** 43:2 52:2,4 60:5
**seventeen** 15:21 16:1
**she'll** 13:12 64:13
**shift** 36:19 38:8
**shifted** 36:17,18 38:11
38:20 40:9
**shingles** 61:14
**shooting** 40:14,16
**shop** 6:21 11:6 13:24
14:20,23 17:4,5,8,15,25
18:5,19,21 19:12,21
20:25 23:20,24 28:24
34:22,23 35:2 43:1
49:24 50:5,22 51:4
52:11,13 53:4,6,7,8,9
55:23 56:12,13
**shortly** 39:17 40:4
**shots** 51:15
**showing** 30:20
**sic** 46:1
**side** 10:13 12:3,6 15:14
15:22,24 46:22 47:4,9
52:8 55:22
**Sidney** 41:5
**sign** 48:15 64:3,8,10

**signature** 66:11 67:5
**Signed** 66:11,14,16
**signing** 4:7 64:5
**sir** 4:23 34:4 39:2,2
47:24 51:1
**sitting** 61:4
**six** 12:5 35:7 57:22 60:5
**sixteen** 52:12
**skies** 26:13
**sleep** 18:5 23:9,10 45:19
45:23
**slept** 17:25 45:19,23,24
**slip** 56:18
**slow** 36:6 54:19
**snapped** 51:15
**solely** 12:1
**somebody** 13:4 50:5 58:3
63:13
**Somewhat** 28:7
**son-in-law** 10:12 17:21
22:19 29:22 32:14
53:17 54:3 55:12,19
57:18
**soon** 21:14
**sorry** 17:11
**sought** 4:12
**south** 37:21,22
**speak** 23:5 24:12 59:12
**speaking** 60:20,24
**specific** 16:15
**spend** 18:18
**Spillway** 22:4
**spoke** 24:10 25:2,24 27:6
48:21 56:8,9 59:19
60:1
**spoken** 56:10
**St** 8:18,20 9:2,4,6 17:15
45:11
**stairs** 61:1
**stamp** 67:5
**start** 5:15 10:22 28:9
32:18 35:23 55:7 56:3
**started** 22:12 24:23
29:10 33:4,14 34:20,21
36:21 37:4 38:12,12,21
41:18 42:2,9,22 45:7

53:5,12 54:11,15 60:2
**starting** 46:15
**starts** 35:20
**state** 5:8 67:8
**STATES** 1:1
**stay** 13:4 31:22,23 45:17
57:24 58:3
**stayed** 6:20 17:5,7,14
19:11,21 34:17 43:5
45:14 56:21 57:21
62:22
**staying** 12:16 13:6 43:13
59:16,17
**stipulated** 4:2
**stipulation** 1:17
**stop** 43:10
**stopped** 25:22
**storefronts** 16:9
**storm** 9:17 10:22 14:16
16:23 18:17 20:4 31:1
45:15 57:13 59:8 62:2
62:4,8,11,18
**Straight** 40:24
**street** 1:20 2:4,9,14 8:25
14:6,10 22:14,16,22,23
22:24 26:6,10 31:15
32:8,17 33:24 40:22,22
41:14,18 42:2,10 49:19
52:10,13 53:2,13,25
54:9,19,24 55:9,9,10,18
56:3 57:19,21
**stress** 62:10
**stronger** 37:3,3
**stuff** 16:20 20:1 29:1,2
33:19
**stupid** 42:21
**subject** 62:14
**submitted** 48:18
**substances** 5:25
**sudden** 22:12 33:12,13
33:21 38:16,19 41:20
**Sunday** 18:15 19:6,11
20:22 21:17 24:11 25:4
36:8 39:9
**sunny** 27:20
**sunshine** 26:14,15

**supervision** 67:16
**sure** 5:13 6:18 7:11 13:9
14:6,10 19:24,25 27:10
27:22 28:13 30:21 34:3
34:25 35:24 39:4 49:16
51:8 64:16,17
**swimming** 63:15
**sworn** 4:16 67:11

---

### T

**T** 3:8 4:1,1 67:1,1
**take** 5:6,17 9:8 19:3
22:25 25:7 28:6 29:20
38:6 43:14 44:6 54:2
56:24
**taken** 1:16 4:4 62:7,10
66:18 67:9
**talk** 36:6
**talked** 21:25 22:1 26:25
49:24 53:13,22
**talking** 41:6 44:6 47:21
47:23 49:8
**telephone** 21:22 53:21
56:5 59:13 60:17
**tell** 6:22,25 14:24,24
23:23 24:4 27:9 34:24
44:1,3,8,11,13,18,21,21
47:10
**telling** 24:3 38:11 42:19
**ten** 11:16
**Tenth** 8:9
**testified** 4:16
**testify** 47:18 67:12
**testifying** 6:6
**testimony** 34:3 35:19
51:23 66:5,7 67:9,14
**Thank** 63:23 64:24
**thick** 37:6
**thing** 5:5 11:7 13:5 28:15
32:20 34:1 40:20 47:19
48:9,14 54:6 58:6
61:15
**think** 6:24 13:23 14:25
16:17 18:23 20:19
23:10 27:13 35:20 37:6
40:2 48:14 49:23 51:6
58:13 59:9,10 63:10

DENNIS MARTINEZ

April 7, 2009

**thirteen** 47:12
**thirty** 27:1 41:24 47:14
**thought** 25:22,23,23
  27:16 30:1 37:1 43:6
  55:9 58:14 61:15,20
**thousand** 11:16
**three** 13:12 43:11,16
  51:18 56:22
**thrill** 12:15,16,23 13:1
  58:2
**tile** 10:22 24:24
**time** 7:6 8:15 9:12 10:14
  10:24 11:4,24 14:21
  15:13 16:23 21:15
  23:12,18,21 25:4,5 26:7
  26:23 27:12 28:14
  30:11,20 31:5,23 32:11
  32:12 34:13 35:1 36:19
  38:7,8 45:17 48:25
  49:2,19 50:6 51:21
  52:25 55:11 56:2,2
**times** 22:1 25:2 30:3,25
**tinted** 44:7,22
**Toca** 9:8
**today** 4:20 5:7 6:3,9
  49:22 56:6
**told** 10:25 22:1 31:11
  39:8,12 42:15 46:20
  47:2,25 50:16 53:18,24
  54:3
**top** 22:20,20 53:19 54:4
  63:3
**Torres** 41:5
**town** 15:2
**trailer** 9:18
**transcribed** 67:15
**transcript** 64:14 67:4,17
**transcription** 66:6
**trapped** 42:11 43:6
**Traylor** 6:17,19,22 15:6
  15:12,17,20,25 16:4
  17:19 18:12,13 19:17
  21:16,23 24:10 25:3
  27:6 48:22 50:24 54:8
  54:15 56:1 59:13 60:16
**Traylor's** 6:20 17:14

28:5 31:3
**treated** 62:4
**trick** 36:1,2
**Tried** 25:18 45:19
**trouble** 29:25 30:3
**truck** 11:6,9,18,22 28:11
  28:25 42:16,18,18,21
  42:22 52:8 53:5 60:9
**true** 66:8 67:16
**try** 45:3,3 46:4,5 56:20
  59:22 61:1
**trying** 29:23 35:24 36:1
  36:4 63:15
**Tuesday** 1:21
**turn** 24:5
**turned** 55:18
**turns** 43:23
**TV** 21:1,2
**twelve** 56:24
**twenty** 12:11 41:22 56:4
**two** 8:5 20:13 42:11 51:2
  51:18 52:8 56:22
**type** 11:3,23
**T-Mobile** 25:1

---

## U

**U** 4:1
**Uh-huh** 32:9
**understand** 5:11 6:2,5
  27:22 33:6 34:3 37:13
  39:1 40:2
**understanding** 67:18
**union** 10:6 12:10,11
**UNITED** 1:1
**unreal** 57:7
**upstairs** 22:18,20,21
  45:20,21 53:10,12,17
  53:18,19 54:2,4,5
**USA** 1:9,9
**use** 24:23

---

## V

**v** 1:6,7,7,8,8,9,9,10
**valid** 67:3
**verbalize** 5:7
**Veterans** 16:17,17,18
**video** 27:11,24 28:1,3,4

28:14,17,19,20,22 29:1
  29:5 30:8,10,18,25 31:6
  31:9,11,19,21 32:1,4,10
  62:20,21,25 63:10,11
  63:11,12,13,17
**videoing** 27:13
**videotape** 28:12,16
**voice** 32:5

---

## W

**wait** 5:14 17:9 30:12,12
  30:12,16 39:3,3
**Waited** 18:17
**waiting** 20:3
**waive** 64:4
**waived** 4:8
**waking** 23:12
**wall** 27:5 35:3,5,6 36:22
  36:24 37:4,4,5,6 46:21
**walls** 47:3,8
**Wal-Mart** 31:14
**want** 35:19,23 39:3
  47:19 48:8 57:1,4
  59:18 64:9,9
**wanted** 56:24 58:21
  60:25
**Ward** 32:21,22 33:6,7,8
  33:22 39:21 40:1,6,14
  40:18,25 46:3,18
**Warren** 42:12
**wasn't** 20:14 23:6 27:17
  36:24,25 43:8,12 45:1
  46:12 53:16,25
**watch** 27:3,4 49:7,14
**watched** 21:2 25:16,17
**watching** 21:1,3
**water** 20:15 22:13,13,15
  22:17 24:5 25:5 26:6,8
  26:9,22 28:23,24 32:8
  32:17,22 33:22,23
  38:21 40:18,21,23 41:8
  41:13,17 42:1,10,17,20
  42:23,24 43:3,9 44:4
  47:14 48:22 49:18
  51:21,24 52:7 53:1,13
  53:17,25 54:9,11,15,17
  54:18,23 55:6,7,8,17,19

56:3
**waters** 62:23
**water's** 47:13 63:3
**Wave** 20:19
**way** 6:1 8:23 9:5 13:12
  32:23 33:14,21,23,25
  37:12 38:13 40:11,18
  40:19 43:21,24 44:1,10
  44:14 52:9 58:20 59:25
  60:10
**weather** 28:3
**weatherman** 21:3
**Weber** 1:10
**week** 13:21
**weeks** 20:10,10 57:17
**weird** 32:20 34:1 38:15
  40:20 43:22
**went** 16:16 17:4 22:21,22
  23:10 25:20,23 33:10
  33:11,21 34:21 38:20
  40:8 41:23 46:4 52:4,6
  52:6 53:2,9,11 55:4,6
  58:4,9,16,20 59:23
  60:22
**west** 9:11 11:1,4,23
  34:12
**wet** 45:21,22 49:18 53:15
**we're** 44:1,6 47:21 55:11
**whatever's** 37:7
**whipping** 57:6
**whitecaps** 22:24 43:11
  43:16,18,19,21,24,25
  44:4,9,13,15,16
**wife** 13:10 48:8,12 51:16
  60:21
**wind** 12:23 13:1 22:6
  26:22 29:7,24 32:14
  33:20,21 35:9,13 36:10
  36:16 37:1,2,3,9 38:3,7
  38:8,11,12,19,24,25
  39:9,13,16,18,18,19,20
  39:22,25 40:5,8,11,13
  40:19 41:21 45:6 56:18
  60:9
**window** 26:23
**windows** 15:1 16:8,9

---

DENNIS MARTINEZ

April 7, 2009

17:19
**winds** 25:17 26:3,11 29:4
  32:19,20,24 33:1,3,4,13
  33:25 34:9,10,15,17,19
  34:20,21 36:21 41:22
  52:24
**windy** 25:19
**witness** 4:8 32:9 50:14
  63:20 64:15,21,25 66:1
**woke** 25:9 37:8 38:2
  39:12
**work** 10:5,6,10,23 12:3,6
  12:9 13:21,22 16:4,6
  24:24
**workday** 13:19
**worked** 56:19
**workers** 50:8
**working** 13:25 15:10
  17:18
**works** 10:12
**worried** 52:24
**wouldn't** 24:2 31:23
**wound** 53:18
**wrong** 39:6 43:24

**X**

**X** 3:1,8

**Y**

**yeah** 9:10,22,25 10:21,21
  11:6,13,19,19 12:9,9,18
  13:20 14:24 15:7,18,23
  15:23 16:14 18:1 19:9
  19:9,10,14,22 20:5,7
  21:7,25,25 25:11 27:4
  29:11,11,17,17,19,21
  31:14 32:3 36:12 38:10
  40:16 41:7,11,11,16
  42:3,5 45:16 48:25
  54:17,22 57:14 58:1,21
  60:3,3 61:2,25,25 63:9
  63:9 64:7
**year** 8:14 9:17
**years** 8:1 12:12 15:21
  16:2
**yellow** 55:15
**Yep** 5:13 7:22 16:5 19:7

19:19 39:11 51:3
**young** 46:7

**$**

**$500** 48:9

**#**

**#81016** 2:19 67:23

**0**

**0** 4:13
**05-4182** 1:4
**05-5531** 1:6
**05-5724** 1:7
**06-5342** 1:7
**06-6299** 1:8
**06-7516** 1:8
**07-3500** 1:9
**07-5178** 1:9
**08-4459** 1:10

**1**

**1** 3:10 18:24 41:4
**1:03** 1:22
**10:30** 21:7,8,13,13,15,17
  21:23 24:11 25:3 28:10
**1100** 1:20 2:9,14
**1260** 57:21
**1324** 8:17,21
**18** 3:10
**19** 20:19

**2**

**2:00** 65:3
**20** 20:19
**2005** 14:14,19 17:14,25
  19:6 20:23 23:1 24:19
  45:11 51:10 59:6,8,14
  60:19 61:11
**2009** 1:21 66:18
**21** 20:20
**2300** 1:19 2:9
**2404** 4:14 8:11 9:19
**26** 14:14
**27** 14:18
**27th** 16:3 17:1,13,24
**28th** 18:16 19:6,11 20:23

21:17 25:4 34:8 36:9
**29** 23:1 51:10
**29th** 24:18 34:9 35:13
  36:9 45:10 59:6,8,13
  60:19 61:11

**3**

**3** 57:24
**3/6/64** 7:20
**3200** 2:15
**37:2554** 67:12

**4**

**4** 3:4
**406** 12:10

**5**

**5:00** 23:19 25:12 37:8
  38:2 39:13

**6**

**65** 67:13

**7**

**7** 66:18
**7th** 1:21
**70075** 4:15
**70113** 2:4
**70163-2300** 2:10
**70163-3200** 2:15

**8**

**8:30** 25:21 26:17,18,18
  26:23,24 27:7 48:23
  49:5,10,12 53:23
**821** 2:4
**8401** 18:21 19:1

**9**

**911** 59:5
**99** 11:10