UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte  
Clerk

500 Poydras St., Room C-151  
New Orleans, LA 70130

September 22, 2009

Mr. Charles R. Fulbruge, III, Clerk  
U. S. Court of Appeals, Fifth Circuit  
New Orleans, LA 70130

APPEAL NO. _____

IN RE: Katrina Canal Breaches Litigation     CA 05-4182 K

09-31011

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

__x__  1) Certified copy of the notice of appeal and docket entries.

____  2) Certified copy of notice of a cross-appeal and docket entries.

__x__  3) The Court of Appeals docket fee ___ HAS  _x_ HAS NOT been paid.

____  4) This case is proceeding in forma pauperis

____  5) Order Appointing Counsel  ___ CJA-20  ___ FPD

__x__  6) District Judge entering the final judgment is  Stanwood R Duval Jr

__x__  7) Court Reporter assigned to the case  Toni Tusa, Bonnie Hebert, Cindy Usner, Cathy Pepper, Jodi Simcox, Karen Ibos

____  8) If criminal case, number and names of other defendants on appeal ____

____  9) This case was decided without a hearing; there will be no transcript.

____  10) Spears hearing held.

In connection with this record, the following documents are transmitted.

____  1)  Electronic record on appeal consisting of:

___ Volume(s) of record    ___ Volume(s) transcript

___ Volume(s) of depositions

___ Container(s) of exhibits ___ Box  ___ Envelope  ___ Folder

____  2)  Supplemental record, including updated _____

____  3)  SEALED Doc._____

____  4)  Other:_____

Very truly yours,

By___Alicia Phelps_____  
Deputy Clerk