UNITED STATES DISTRICT COURT

DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | **and consolidated cases** |
| *Boutte v. Lafarge*      05-5531 | **SECTION "K" (2)** |
| *Mumford v. Ingram*      05-5724 | |
| Lagarde v. Lafarge       06-5342 | **JUDGE** |
| *Perry v. Ingram*        06-6299 | **STANWOOD R. DUVAL, JR.** |
| Benoit v. Lafarge        06-7516 | |
| Parfait Family v. USA    07-3500 | **MAGISTRATE** |
| Lafarge v. USA           07-5178 | **JOSEPH C. WILKINSON, JR.** |

**EXPARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ZITO FLEETING, L.L.C. AND ZITO FLEETING, INC.'S MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes, Zito Fleeting, L.L.C. and Zito Fleeting, Inc.'s ("Zito"), and on suggesting to the Court that Barge Plaintiffs' have filed a Memorandum in Opposition to Zito's Motion for Summary Judgment; that they desire to respond to arguments made by Barge Plaintiffs; and accordingly, move the Court for leave to file its attached.  The filing of this Reply Memorandum is timely and consistent with the November 9, 2009 deadline set by the Court (Doc. 19317).

Respectfully submitted,

**s/C. William Emory**
ANDRÉ J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Fax:            504-522-2121
Email:         bemory@mblb.com
Attorneys for Zito Fleeting, L.L.C. and Zito Fleeting, Inc.
Mtn Leave.wpd

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 9th day of November, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

**s/C. William Emory**

3