**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | | **CIVIL ACTION** |
| | | **NO.  05-4182** |
| **PERTAINS TO: BARGE** | | **and consolidated cases** |
| *Boutte v. Lafarge* | **05-5531** | **SECTION "K" (2)** |
| *Mumford v. Ingram* | **05-5724** | |
| Lagarde v. Lafarge | **06-5342** | **JUDGE** |
| *Perry v. Ingram* | **06-6299** | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge* | **06-7516** | |
| *Parfait Family v. USA* | **07-3500** | **MAGISTRATE** |
| *Lafarge v. USA* | **07-5178** | **JOSEPH C. WILKINSON, JR.** |

**O R D E R**

Considering the foregoing Motion;

**IT IS  HEREBY  ORDERED**  that Zito Fleeting, L.L.C. and Zito Fleeting, Inc. be and

they are hereby granted leave to file the attached Reply Memorandum in Support of Zito

Fleeting L.L.C. and Zito Fleeting, Inc.'s Motion for Summary Judgment.

Signed at New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE