**COURT RECORD LOAN FORM**
(Please Print)

09-30449
05-4182

THIS PORTION REMAINS WITH COURT RECORDS

No. 05-4182   Short Title: Katrina                     Date: 10-28-09

To: Boyce Adams (for Samantha Griffin)
Name

Documents Enclosed
☑ Record Vols: 40

546 Carondelet St.
Address

*☐ Exhibits ☐ Env.  1 expansion
☑ Box: 1            folder
☐ Supp. Record Vols: 1 Disk

New Orleans    LA    70130
City            State   Zip

☐ Second Supp. Record Vols ___
☐ Third Supp. Record Vols ___

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES*

Attorney Return    SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   OCT 28 2009
LORETTA G. WHYTE
CLERK**

To: Clerk, 5th Circuit

☐ Record Vols: ___
☐ Supp. Record Vols: ___
*☐ Exhibits ☐ ___

Records above listed are returned to Clerk
Attorney Name: ___
Date: ___

✂ Cut Here

**Clerk's Receipt** *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No ___    Short Title ___

☐ Record Vols: ___
☐ Supp. Record Vols: ___
*☐ Exhibits ☐ ___

Records in above case have been received by Clerk
Name: ___
Date: ___

District ___

✂ Cut Here

**Attorney Forwarding Receipt**    *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No ___    Short Title ___

To: Clerk, U.S. District Court

☐ Record Vols: ___
☐ Supp. Record Vols: ___
*☐ Exhibits ☐ ___

Records in above case forwarded to:
Attorney Name: ___
Address: ___
City, State, Zip: ___
Signed: ___    Date: ___

District ___

✂ Cut Here

**Attorney Receipt**    *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

Fee
Process
X Dktd
__ CtRmDep
__ Doc. No.

No ___    Short Title ___

To: Clerk, U.S. District Court

☐ Record Vols: ___
☐ Supp. Record Vols: ___
*☐ Exhibits ☐ ___

Records in above case listed received
Judge/Attorney Name: ___
Date: ___

District