UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*   08-4459 | * | JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA INC.'S MOTION TO STRIKE
NEW FACT AND EXPERT WITNESS STATEMENTS FILED
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO LNA'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Lafarge North America Inc. ("LNA"), by and through its undersigned counsel, hereby moves the Court for an order striking Exhibits 22-25, 41, 43, 51, 59, and 87 to plaintiffs' Opposition to LNA's Motion for Summary Judgment. The grounds for this Motion are set forth below and more fully in the accompanying memorandum of law filed herewith and incorporated by reference herein.

These documents should be stricken for the following reasons:

1. Exhibits 22-25 are affidavits that plaintiffs obtained from two individuals, Gertrude LeBlanc and Frazier Tompkins, as well as transcriptions of interviews conducted by Centanni Investigative Agency with Ms. LeBlanc and Mr. Tompkins. But plaintiffs did not identify Ms. LeBlanc or Mr. Tompkins on their Final Witness List. Further, plaintiffs did not list the

LIBW/1723018.1

interview transcriptions on their Final Exhibit List.  Plaintiffs' reliance on those materials violates CMO No. 7, and there is no good cause to modify the CMO in order to permit plaintiffs to introduce that evidence now.

      2.  With their Opposition to summary judgment, plaintiffs have also submitted declarations from their expert witnesses (Exhibits 41, 43, 51, 59, and 87), which seek to introduce new expert opinions on a wide range of subjects in violation of CMO No. 7 and Fed. R. Civ. P. 26(a)(2)(B)(i).  The expert declarations also make a series of arguments that simply rehash their expert reports, which arguments are inadmissible.

      WHEREFORE, for the reasons stated herein and set forth in the accompanying memorandum of law, defendant LNA respectfully requests that the Court strike Exhibits 22-25, 41, 43, 51, 59, and 87 to plaintiffs' summary judgment Opposition brief.

Dated: November 9, 2009          Respectfully submitted,

                                         Robert B. Fisher, Jr., T.A. (#5587)
                                         Derek A. Walker (#13175)
                                         **CHAFFE MCCALL, L.L.P.**
                                         2300 Energy Centre
                                         1100 Poydras Street
                                         New Orleans, LA 70163-2300
                                         Telephone:  (504) 585-7000
                                         Facsimile:  (504) 585-7075
                                         Fisher@chaffe.com
                                         Walker@chaffe.com

                                         /s/ John D. Aldock
                                         John D. Aldock
                                         Richard M. Wyner
                                         Mark S. Raffman
                                         **GOODWIN PROCTER LLP**
                                         901 New York Avenue, N.W.
                                         Washington, DC 20001
                                         Telephone:  (202) 346-4240

                                         Daniel A. Webb (#13294)
                                         **SUTTERFIELD & WEBB, LLC**
                                         Poydras Center
                                         650 Poydras Street, Suite 2715
                                         New Orleans, LA 70130
                                         Telephone:  (504) 598-2715

                                         *Attorneys for Lafarge North America Inc.*

### Certificate of Service

      I hereby certify that I have on this 9th day of November, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                                         /s/ John D. Aldock

LIBW/1723018.1