UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*      08-4459 | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Lafarge North America, Inc.'s Motion to Strike New Fact and Expert Witness Statements Filed in Support of Plaintiffs' Opposition to LNA's Motion for Summary Judgment, and plaintiffs' response thereto,

**IT IS ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that Exhibits 22-25, 41, 43, 51, 59, and 87 to plaintiffs' Opposition to LNA's Motion for Summary Judgment are stricken.

New Orleans, Louisiana, this _____ day of November, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

LIBW/1723160.1