UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * |  |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * |  |
| *Mumford v. Ingram*    05-5724 | * |  |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * |  |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*          08-4459 | * | JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA, INC.'S *EX PARTE* MOTION TO EXPEDITE HEARING ON LNA'S MOTION TO STRIKE NEW FACT AND EXPERT WITNESS STATEMENTS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO LNA'S MOTION FOR SUMMARY JUDGMENT**

Lafarge North America, Inc. ("LNA") hereby moves to expedite the hearing on LNA's Motion to Strike New Fact and Expert Witness Statements Filed in Support of Plaintiffs' Opposition to LNA's Motion for Summary Judgment ("Motion to Strike"), so that the Motion to Strike is heard on November 18, 2009, at 1:30 p.m., at the same time as the hearing on LNA's Motion for Summary Judgment. The grounds in support of this Motion are set forth in the accompanying memorandum of law filed herewith and incorporated by reference herein.

LIBW/1723153.1

Dated: November 9, 2009         Respectfully submitted,

                                            Robert B. Fisher, Jr., T.A. (#5587)
                                            Derek A. Walker (#13175)
                                            **CHAFFE MCCALL, L.L.P.**
                                            2300 Energy Centre
                                            1100 Poydras Street
                                            New Orleans, LA  70163-2300
                                            Telephone:  (504) 585-7000
                                            Facsimile:  (504) 585-7075
                                            Fisher@chaffe.com
                                            Walker@chaffe.com

                                            /s/ John D. Aldock
                                            John D. Aldock
                                            Richard M. Wyner
                                            Mark S. Raffman
                                            **GOODWIN PROCTER LLP**
                                            901 New York Avenue, N.W.
                                            Washington, DC  20001
                                            Telephone:  (202) 346-4240
                                            jaldock@goodwinprocter.com
                                            rwyner@goodwinprocter.com
                                            mraffman@goodwinprocter.com

                                            Daniel A. Webb (#13294)
                                            **SUTTERFIELD & WEBB, LLC**
                                            Poydras Center
                                            650 Poydras Street, Suite 2715
                                            New Orleans, LA  70130
                                            Telephone:  (504) 598-2715

                                            *Attorneys for Lafarge North America Inc.*

## Certificate of Service

     I hereby certify that I have on this 9th day of November, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                                            /s/ John D. Aldock

2