UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*          08-4459 | * | JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF
LAFARGE NORTH AMERICA, INC.'S *EX PARTE* MOTION TO EXPEDITE
HEARING ON LNA'S MOTION TO STRIKE NEW FACT AND
EXPERT WITNESS STATEMENTS FILED IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO LNA'S MOTION FOR SUMMARY JUDGMENT**

Lafarge North America, Inc. ("LNA") hereby moves to expedite the hearing on LNA's Motion to Strike New Fact and Expert Witness Statements Filed in Support of Plaintiffs' Opposition to LNA's Motion for Summary Judgment ("Motion to Strike"), so that the Motion to Strike is heard at the same time as the hearing on LNA's Motion for Summary Judgment. The grounds in support of this Motion are as follows:

1.      On November 2, 2009, plaintiffs filed their Opposition to LNA's Motion for Summary Judgment. Doc. 19352. In support of that brief, plaintiffs filed two affidavits from individuals (Gertrude LeBlanc and Frazier Tompkins) that plaintiffs did not identify on their Final Witness List; two transcriptions of interviews of those same witnesses that plaintiffs did not put on their Final Exhibit List; and declarations from five of plaintiffs' expert witnesses.

2. LNA has moved to strike those affidavits, documents, and expert declarations, on various grounds fully set forth in its Motion to Strike.

3. The hearing on LNA's Motion for Summary Judgment is set for November 18, 2009. The hearing on LNA's Motion to Strike is currently set for one week later, on November 25, 2009.

4. If the Court does not shorten the time for plaintiffs to respond to the Motion to Strike, plaintiffs' opposition to the Motion to Strike would be due after the hearing on LNA's Motion for Summary Judgment. But because the issues raised by the Motion to Strike directly implicate the scope of the evidence that the Court will consider when it rules upon LNA's Motion for Summary Judgment, the summary judgment motion and the Motion to Strike should be heard at the same time.

5. Therefore, LNA respectfully requests that the Court order that the hearing on LNA's Motion to Strike be held on November 18, 2009, at 1:30 p.m. LNA also requests that the Court order plaintiffs to file any response to the Motion to Strike on or before noon on November 16, 2009.

Dated: November 9, 2009                    Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*