UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*         08-4459 | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Lafarge North America, Inc.'s Motion to Expedite Hearing on LNA's Motion to Strike New Fact and Expert Witness Statements Filed in Support of Plaintiffs' Opposition to LNA's Motion for Summary Judgment,

**IT IS ORDERED** that the motion is **GRANTED**,

**IT IS FURTHER ORDERED** that the hearing on LNA's Motion to Strike will be held on November 18, 2009, at 1:30 p.m., concurrently with the hearing on LNA's Motion for Summary Judgment, and

**IT IS FURTHER ORDERED** that plaintiffs' opposition to the Motion to Strike, if any, is due to be filed on or before noon on November 16, 2009.

New Orleans, Louisiana, this _____ day of November, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

LIBW/1723158.1