UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | Case No.: 05-4182 |
| PERTAINS TO: BARGE | And consolidated cases |
| | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | |
| *Mumford v. Ingram*  05-5724 | |
| *Lagarde v. Lafarge* 06-5342 | Hon. Stanwood R. Duval, Jr. |
| *Perry v. Ingram*    06-6299 | Magistrate Judge Joseph C. Wilkinson, Jr. |
| *Benoit v. Lafarge*  06-7516 | |
| *Parfait Family v. USA* 07-3500 | |
| *Weber v. Lafarge*   08-4459 | |

## ORDER

Having considered the *Ex Parte* Motion of Lafarge North America Inc. to File a Memorandum in Support of Motion for Summary Judgment in Excess of Page Length Limitations, the Court finds that the motion is supported by good cause, and it is hereby ORDERED that the Motion of Lafarge North America Inc. to File a Reply Memorandum in Support of Motion for Summary Judgment in Excess of Page Length Limitations is GRANTED. LNA shall file a memorandum in support of its motion for summary judgment not to exceed thirty (30) pages, exclusive of tables and exhibits.

New Orleans, Louisiana, this 10th day of November, 2009.

_____
JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

LIBW/1723104.1