UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | SECTION "K" (2) |
| *Mumford v. Ingram* | 05-5724 | |
| Lagarde v. Lafarge | 06-5342 | JUDGE |
| *Perry v. Ingram* | 06-6299 | STANWOOD R. DUVAL, JR. |
| Benoit v. Lafarge | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | MAGISTRATE |
| *Lafarge v. USA* | 07-5178 | JOSEPH C. WILKINSON, JR. |

## O R D E R

Considering the foregoing Motion;

**IT IS HEREBY ORDERED** that Zito Fleeting, L.L.C. and Zito Fleeting, Inc. be and they are hereby granted leave to file the attached Reply Memorandum in Support of Zito Fleeting L.L.C. and Zito Fleeting, Inc.'s Motion for Summary Judgment.

Signed at New Orleans, Louisiana, this  10th   day of November , 2009.

_____
UNITED STATES DISTRICT JUDGE