# EXHIBIT 2

Excerpts of Interagency Performance Evaluation Team, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (March 2007 Final Report) ("IPET Report")



**US Army Corps
of Engineers** ®

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

**Volume IV – The Storm**

**26 March 2007**



**FINAL**

and the east-facing levees along the Mississippi River, and in the "pocket" formed by the delta and the Mississippi coast. The storm then pushed that volume of water northward with hurricane strength winds toward the Mississippi coast and into Lakes Borgne and Pontchartrain as the storm tracked to the north. Locally, hurricane force winds from east and east-northeast in advance of the storm center also pushed water against the east-facing levees and floodwalls of the hurricane protection system in Plaquemines, St. Bernard, and Orleans Parishes. The increased water levels in Breton Sound and Lake Borgne allowed considerable wave energy that was generated in the gulf to propagate over and through gaps between the barrier islands, across the inundated wetlands, to the hurricane protection system in Plaquemines, St. Bernard, and Orleans Parishes. Local wave generation also occurred in these inundated areas.

High water levels in Lake Borgne acted to drive water into Lake Pontchartrain (because of the water level difference between the two lakes). In addition to this filling action, locally high winds in Lake Pontchartrain acted to tilt the water surface in the lake, raising the water surface on the downwind side and lowering the water surface on the upwind side of the lake. These same winds created high wave conditions on the downwind side of the lake. Winds blew counter-clockwise about the hurricane's eye, and the storm tracked to the east of Lake Pontchartrain. So as the storm made landfall in Louisiana, tracked north, made final landfall again, and then continued north into Mississippi, wind direction in Lake Pontchartrain changed steadily (winds first from the east, then northeast, then from the north, then northwest, and finally from the west). In response to this changing wind direction, the region of maximum storm surge and high waves translated along the southern half of the lake, moving from west to east.

Throughout the system, the very high water levels and wave energy levels created by Hurricane Katrina exposed the hurricane protection system to considerable hydrodynamic forces. This section provides a general overview of how the wave and water level conditions evolved during the storm. Appendix 5 contains a very detailed discussion of the physics of storm surge wave propagation through the region. The focus for the rest of this volume is characterizing, in much more detail, the water level and wave conditions along the periphery of the hurricane protection system. Forces and loadings on the system created by those conditions are also discussed in more detail. The hydrodynamic conditions created by Katrina are then compared to the conditions which the projects were designed to withstand, from both regional and local, high-resolution hydrodynamic perspectives.

## High-Water Marks and Hydrographs

### Introduction

The Interagency Performance Evaluation Task Force (IPET) study used a combination of measured data and model-simulated data to characterize the time varying water level conditions. Measured data fell into two categories: HWM measurements which capture peak water levels (with some uncertainty); and hydrographs, which capture the water level as a function of time (with more certainty). An extensive post-storm effort was undertaken to identify and survey HWMs following passage of the storm. While certain HWMs capture the peak water levels well, they contain no information about the temporal variation of water level. HWMs also have their



Figure 2-35. H*Wind snapshot on 29 August 2005 0000 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.



Figure 2-36. H*Wind snapshot on 29 August 2005 0300 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

IV-2-44

Volume IV The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-37. H*Wind snapshot on 29 August 2005 0600 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.



Figure 2-38. H*Wind snapshot on 29 August 2005 0900 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

IV-2-46

Volume IV The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-39. H*Wind snapshot on 29 August 2005 1200 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

Volume IV The Storm – Technical Appendix

IV-2-47

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-40. H*Wind snapshot on 29 August 2005 1500 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

IV-2-48

Volume IV The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-41. H*Wind snapshot on 29 August 2005 1800 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.



Figure 2-42. H*Wind snapshot on 29 August 2005 2100 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.

IV-2-50

Volume IV The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 2-43. H*Wind snapshot on 30 August 2005 0000 UTC. The wind speeds are color contoured in knots, representing 1-minute sustained wind speeds. Note this wind field includes marine and land exposures identified by the abrupt change in color contours over the land.



**US Army Corps
of Engineers**

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume V – The Performance — Levees and Floodwalls

June 2007



**FINAL**

All of the IHNC floodwalls and levees were overtopped on 29 August. The peak storm surge elevation in the IHNC was 14.2 ft at 9:00 a.m., as can be seen in Figure 51. This peak water level is about 1.7 ft above the tops of the floodwalls and levees. The reaches where the floodwalls and levees did not collapse have, therefore, survived water loading considerably higher than the design loading.

Initial observations after the hurricane revealed that overtopping had eroded at least one section of levee (without floodwall) along the west bank and had eroded the soil adjacent to the wall at three other locations along the east and west bank (Figure 50). It appeared that water flowing over the floodwall scoured and eroded the levee on the protected side of the I-wall, exposing the supporting sheet piles and reducing the passive resistance, as can be seen in Figure 52. The erosion appeared to be so severe at the breach locations that the sheet piles may have lost all foundation support, resulting in failures of the type shown in Figure 53. Perhaps the best evidence of this scour can be seen along the unbreached reaches of the east bank I-walls, where U-shaped scour trenches were found adjacent to the I-walls. As the scour increased, the I-wall may have moved laterally and leaned toward the protected side, causing the scour trench to grow as the water cascaded farther down the slope until sufficient soil resistance was lost and complete failure occurred.

Although it is clear that the walls were overtopped, and that their stability was compromised by the erosion that occurred, it is also clear that one of the east side breaches occurred before the wall was overtopped. Eyewitness reports indicate that the water level in the 9th Ward near Florida Avenue was rising as early as 5:00 a.m., when the water level in the IHNC was still below the top of the floodwall, as shown by the hydrograph in Figure 54. Stability analyses indicate that foundation instability would occur before overtopping at the north breach on the east side of the IHNC. This breach location is, thus, the likely source of the early flooding in the Lower 9th Ward. Stability analyses indicate that the other three breach locations would not have failed before they were overtopped.

The soil immediately beneath the levees and floodwalls at all four breach locations included marsh, beneath which was clay, and beneath the clay, sand. Through most of their lengths, the critical circles passed through the marsh and clay. The critical circles did not extend to the sand layer beneath the clay.

Formation of a gap on the canal side of the wall, allowing hydrostatic water pressure acting through the full depth of the gap, causes a very significant reduction in the value of the calculated factor of safety. Evidence that a gap did form behind the wall near the breaches can be seen in Figures 55 and 56.

Stability analyses of the north breach on the east side resulted in a computed factor of safety equal to 1.0, with a gap on the canal side of the wall and water in the IHNC at elevation 11.2 ft. This is about 1.0 ft higher than the average IHNC water level at the time floodwater was observed in the Lower 9th Ward. Considering that the effective water level could have been 1.0 ft higher due to wave effects, this result is consistent with the observed IHNC water level when floodwater was first reported in the Lower 9th Ward. Thus, it appears that the north breach

V-68

Volume V  The Performance – Levees and Floodwalls
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 81.  Displaced floodwall along the eastern side of the IHNC adjacent to the Lower Ninth Ward.

# EXHIBIT 3

Exhibit B to Deposition of Donald Green (2009)

EXHIBIT

B

LNGED-008-103-6969

# New Orleans Lakefront Airport weather data 050829

## History for New Orleans Lakefront, Louisiana
### on Monday, August 29, 2005

Jump to data by:

Date: | August | 29 | 2005 | Go    Airport Code: | | Go

Bottom of Form

Latest visited Airport Codes: KNEW | KNBG | KFLL

« Previous Day   Daily | Weekly | Monthly | Custom | Trip Planner   Next Day »

### Daily Summary

| | Actual | Average | Record |
|---|---|---|---|
| **Temperature** | | | |
| Mean Temperature | 85 °F / 29 °C | 82 °F / 27 °C | |
| Max Temperature | 91 °F / 32 °C | 90 °F / 32 °C | 99 °F / 37 °C (1998) |
| Min Temperature | 79 °F / 26 °C | 74 °F / 23 °C | 67 °F / 19 °C (1971) |
| **Degree Days** | | | |
| Heating Degree Days | 0 | 0 | |
| Month to date heating degree days | 0 | 0 | |
| Since 1 July heating degree days | 0 | 0 | |
| Cooling Degree Days | 20 | 17 | |
| Month to date cooling degree days | 558 | 485 | |
| Year to date cooling degree days | 2200 | 2038 | |
| Since 1 January cooling Degree Days | 28 (Base 60) | | |
| **Moisture** | | | |
| Dew Point | 75 °F / 23 °C | | |
| Average Humidity | 75 | | |
| Maximum Humidity | 91 | | |
| Minimum Humidity | 59 | | |

LNA001071

| Precipitation | | | |
|---|---|---|---|
| Precipitation | 0.65 in / 1.65 cm | 0.21 in / 0.53 cm | 2.72 in / 6.91 cm (1996) |
| Month to date precipitation | 3.77 | | |
| Year to date precipitation | 40.18 | 44.77 | |
| **Snow** | | | |
| Snow | 0.00 in / 0.00 cm | - | 0 |
| Month to date snowfall | 0.0 | 0 | |
| Since 1 July snowfall | 0.0 | | |
| Snow Depth | 0.00 in / 0.00 cm | | |
| **Sea Level Pressure** | | | |
| Sea Level Pressure | 29.10 in / 985 hPa | | |
| **Wind** | | | |
| Wind Speed | 17 mph / 27 km/h (NE) | | |
| Max Wind Speed | 33 mph / 53 km/h | | |
| Max Gust Speed | 47 mph / 76 km/h | | |
| Visibility | 1 miles / 2 kilometers | | |
| Events | Fog, Rain | | |

Key: T is trace of precipitation, MM is missing value
Source: NWS Daily Summary

2

LNA001072



Show full METARS (help) - Comma Delimited File

| Time(CDT) | Temperature | Dew Point | Humidity | Sea Level Pressure | Visibility | Wind Direction | Wind Speed | Gust Speed | Precipitation | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:01 AM | 80.6 °F / 27.0 °C | 75.2 °F / 24.0 °C | 84% | 29.43 in / 996.5 hPa | 2.0 miles / 3.2 Kilometers | NE | 46.0 mph / 74.1 km/h | 57.5 mph / 92.6 km/h | 0.02 in / 0.1 cm | Rain | Heavy Rain |
| | 80.6 °F / 27.0 °C | | 84% | 29.40 in / 996.2 hPa | | NE | 52.9 mph / 85.2 km/h | | 0.06 in / 0.1 cm | Rain | Rain |
| 12:19 AM | 80.6 °F / 27.0 °C | 75.2 °F / 24.0 °C | 84% | 29.43 in / 996.5 hPa | 4.0 miles / 6.4 Kilometers | NE | 44.9 mph / 72.2 km/h | 63.3 mph / 101.9 km/h | 0.06 in / 0.1 cm | Rain | Light Rain |

3

LNA001073

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Precip | Condition |
|---|---|---|---|---|---|---|---|---|---|
| 12:25 AM | 80.6 °F / 27.0 °C | | | 24.0 °C | | | | | Rain |
| 12:37 AM | 75.2 °F / 24.0 °C | | 84% | 29.40 in / 995.5 hPa | 3.0 miles / 4.8 kilometers | NE | 58.7 mph / 94.5 km/h | 0.10 in / 0.3 cm | Light Rain |
| 12:53 AM | | 75.2 °F / 24.0 °C | 89% | 29.40 in / 995.6 hPa | 2.0 miles / 3.2 kilometers | NE | | 0.4 cm | Rain |
| 1:00 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.38 in / 994.8 hPa | 0.8 miles / 1.2 kilometers | NE | 56.4 mph / 90.7 km/h | 0.10 in / 0.3 cm | Rain |
| 1:12 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.39 in / 993.8 hPa | 1.8 miles / 2.8 kilometers | NE | | 0.4 cm | Rain |
| 1:23 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 88% | 29.35 in / 993.8 hPa | 0.8 miles / 1.2 kilometers | NE | 47.2 mph / 75.9 km/h | 0.31 in / 0.8 cm | Rain |
| 1:39 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 88% | 29.33 in / 993.1 hPa | 1.2 miles / 2.0 kilometers | NE | 44.9 mph / 72.2 km/h | 0.4 cm | Rain |
| 1:53 AM | 78.1 °F / 25.6 °C | 75.0 °F / 23.9 °C | 90% | 29.32 in / 992.9 hPa | 1.0 miles / 1.6 kilometers | NE | 51.8 mph / 83.3 km/h | 0.55 in / 1.4 cm | Heavy Rain |
| 2:00 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.31 in / 992.4 hPa | 0.8 miles / 1.2 kilometers | NE | 49.7 mph / 79.4 km/h | 0.4 cm | Heavy Rain |
| 2:07 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.30 in / 992.1 hPa | 1.0 miles / 1.6 kilometers | NE | 52.9 mph / 85.2 km/h | 0.13 in / 0.3 cm | Heavy Rain |
| 2:15 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | | 1.6 kilometers | | | | Rain / Heavy Rain |

LNA001074

| Time | Temp | Dewpoint | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust | Precip | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| 2:27 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.28 in / 991.4 hPa | 1.0 miles / 1.6 kilometers | NNE | 40.3 mph / 64.8 km/h | 54.1 mph / 87.0 km/h | 0.28 in / 0.7 cm | Rain Light Rain |
| 2:44 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.25 in / 990.4 hPa | 0.5 miles / 0.8 kilometers | NE | 43.7 mph / 70.4 km/h | 71.4 mph / 114.8 km/h | 0.70 in / 1.8 cm | Heavy Rain |
| 3:03 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.20 in / 988.7 hPa | 2.5 miles / 4.0 kilometers | NNE | 42.6 mph / 68.5 km/h | 64.4 mph / 103.7 km/h | 0.01 in / 0.0 cm | Rain |
| 3:16 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.18 in / 988.0 hPa | 0.5 miles / 0.8 kilometers | NNE | 42.6 mph / 68.5 km/h | 57.5 mph / 92.6 km/h | 0.32 in / 0.8 cm | Fog |
| 3:28 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.17 in / 987.7 hPa | 0.2 miles / 0.4 kilometers | NNE | 43.7 mph / 70.4 km/h | 58.7 mph / 94.5 km/h | 0.93 in / 2.4 cm | Fog |
| 3:43 AM | 78.8 °F / 26.0 °C | 75.2 °F | 89% | 29.08 in / 984.6 hPa | 0.5 miles / 0.8 kilometers | NNE | 50.6 mph / 81.5 km/h | 59.9 mph / 96.3 km/h | 1.66 in / 4.2 cm | Fog, Heavy Rain |

5

LNA001075

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | Precip | Events |
|---|---|---|---|---|---|---|---|---|---|---|
| 3:46 AM | 78.8 °F / 26.0 °C | 24.0 °C | 89% | | 0.5 miles / 0.8 Kilometers | | 51.8 mph / 83.3 km/h | | | |
| 3:53 AM | 78.1 °F / 25.6 °C | 75.9 °F / 24.4 °C | 93% | 29.12 in / 986.1 hPa | 0.5 miles / 0.8 Kilometers | NE | 54.1 mph / 87.0 km/h | 85.2 mph / 137.0 km/h | 1.80 in / 4.6 cm | Fog |
| 4:00 AM | 26.0 °C | 24.0 °C | 89% | 985.7 hPa | 1.0 miles / 1.6 Kilometers | | 48.3 mph / 77.8 km/h | | | |
| 4:29 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 29.05 in / 983.6 hPa | 0.8 miles / 1.2 Kilometers | NNE | 48.3 mph / 77.8 km/h | 61.0 mph / 98.2 km/h | 0.21 in / 0.5 cm | Overcast |
| 4:37 AM | 24.0 °C | | 89% | 982.6 hPa | 0.5 miles / 0.8 Kilometers | NNE | 52.9 mph / 85.2 km/h | 64.4 mph / 103.7 km/h | 0.34 in / 0.9 cm | Fog |
| 78.8 °F | | 75.2 °F / 24.0 °C | 89% | 28.96 in / | 0.5 miles / 0.8 kilometers | NNE | 55.2 mph / 88.9 km/h | 69.0 mph / 111.1 km/h | 0.46 in / 1.2 cm | Fog |

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | Precip | Events |
|---|---|---|---|---|---|---|---|---|---|---|
| 6:05 AM | 78.8 °F / 26.0 °C | 75.2 °F / 24.0 °C | 89% | 28.76 in / 973.8 hPa | 0.2 miles / 0.4 Kilometers | NNE | 59.8 mph / 96.3 km/h | 80.6 mph / 129.6 km/h | 0.25 in / 0.6 cm | Fog |
| 6:19 AM | 26.0 °C | | 89% | 28.70 in / hPa | 0.2 miles / 0.4 kilometers | North | | | | Fog |
| 6:53 AM | 79.0 °F / 26.1 °C | - | N/A% | 28.59 in / 967.9 hPa | 0.2 miles / 0.4 kilometers | NE | 69.0 mph / 111.1 km/h | 86.3 mph / 138.9 km/h | 1.23 in / 3.1 cm | Fog |
| 7:16 AM | 78.8 °F / 26.0 °C | - | N/A% | 28.61 in / hPa | - | North | - | - | 0.37 in / 0.9 cm | Fog | Unknown |
| 7:53 AM | - | - | N/A% | 28.30 in / 958.4 hPa | - | - | - | - | 0.9 cm | Unknown |

**Astronomy**
August 29 2005

| Time | Temp | | Humidity | Pressure | Visibility | Wind | Wind Speed | | Precip | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| 6:05 AM | 78.8 °F / 26.0 °C | - | 89% | 28.76 in / 973.8 hPa | 0.2 miles / 0.4 kilometers | NNE | 59.8 mph / 96.3 km/h | 80.6 mph / 129.6 km/h | 0.25 in / 0.6 cm | Fog |
| 6:19 AM | | | N/A% | | 0.2 miles / 0.4 kilometers | North | | | 0.49 in / | Fog |
| 6:53 AM | 79.0 °F / 26.1 °C | - | N/A% | 28.59 in / 967.9 hPa | 0.2 miles / 0.4 kilometers | NE | 69.0 mph / 111.1 km/h | 86.3 mph / 138.9 km/h | 1.23 in / 3.1 cm | Fog |
| 7:16 AM | 76.8 °F / 26.0 °C | - | N/A% | | 0.2 miles / | | | | 0.9 | Fog |
| 7:53 AM | 75.2 °F / 24.0 °C | - | N/A% | 28.30 in / 968.4 hPa | North | | | | 0.37 in / 0.9 cm | Unknown |

## Astronomy

| | | |
|---|---|---|
| Actual Time | 11:35 AM UTC | 12:25 AM UTC |
| Civil Twilight | 11:11 AM UTC | 12:50 AM UTC |
| Nautical Twilight | 10:42 AM UTC | 1:19 AM UTC |
| Astronomical Twilight | 10:12 AM UTC | 1:48 AM UTC |
| Moon | 6:44 AM UTC (8/29) | 9:38 PM UTC (8/29) |
| Length Of Visible Light: | 13h 39m | |
| Length of Day | 12h 50m | |

| 8/29 | 9/3 | 9/11 | 9/18 | 9/25 |
|---|---|---|---|---|
| | New | First Quarter | Full | Last Quarter |

Normal View | Extended View

7

LNA001077

* * *

For more information about the solar system,
▪ View the Full Star Chart

Δ

Downloaded at 1225, Friday, October 28, 2005 from:
http://www.wunderground.com/history/airport/KNEW/2005/8/29/DailyHistory.html?req_city=NA&req_state=NA&req_statename=N

8

LNA001078

# EXHIBIT 4

Deposition of Andrew Sartin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL BREACHES        CIVIL ACTION

CONSOLIDATED LITIGATION               NO. 05-4182

PERTAINS TO:  BARGES                  Consolidated

                                      SECTION "K(2)"

Boutte v. Lafarge        05-5531

Mumford v. Ingram        05-5724      JUDGE DUVAL

Lagarde v. Lafarge       06-5342

Perry v. Ingram          06-6299      MAG. WILKINSON

Benoit v. Lafarge        06-7516

Parfait Family v. USA    07-3500

Lafarge v. USA           07-5178


        Deposition of ANDREW SARTIN, taken on

Friday, April 11, 2008, at the law offices of

Chaffe McCall, LLP., 2300 Energy Centre, 1100

Poydras Street, New Orleans, Louisiana 70163,

commencing at 1:25 p.m., and concluding at

2:40 p.m.

```
 1 APPEARANCES:

 2

 3      WIEDEMANN & WIEDEMANN

 4      (BY:  KARL WIEDEMANN, ESQUIRE)

 5      821 Baronne Street

 6      New Orleans, Louisiana 70113

 7           ATTORNEYS FOR PLAINTIFFS

 8

 9

10      CHAFFE MCCALL, LLP

11      (BY:  DEREK A. WALKER, ESQUIRE)

12      2300 Energy Centre

13      1100 Poydras Street

14      New Orleans, Louisiana 70163

15           ATTORNEYS FOR LAFARGE NORTH AMERICA

16

17

18      SUTTERFIELD & WEBB

19      (BY:  DANIEL A. WEBB, ESQUIRE)

20      650 Poydras Street, Suite 2715

21      New Orleans, Louisiana

22           ATTORNEYS FOR NEW YORK MARINE &

23           GENERAL INSURANCE COMPANY

24

25
```

1 APPEARANCES CONTINUED:

2

3       STONE PIGMAN WALTHER WITTMANN, LLC

4       (BY:  HEATHER S. LONIAN, ESQUIRE)

5       546 Carondelet Street

6       New Orleans, Louisiana 70130

7            ATTORNEYS FOR WASHINGTON

8            GROUP INTERNATIONAL

9

10      MCCRANIE, SISTRUNK, ANZELMO, HARDY,

11      MAXWELL & MCDANIEL

12      (BY:  MARK HANNA, ESQUIRE)

13      3445 North Causeway Boulevard, Suite 800

14      Metairie, Louisiana 70002

15           ATTORNEYS FOR ORLEANS LEVEE DISTRICT

16

17      BRUNO & BRUNO

18      (BY:  SCOTT L. JOANEN, ESQUIRE)

19      855 Baronne Street

20      New Orleans, Louisiana 70113

21           ATTORNEYS FOR MRGO PSLC

22

23

24

25

1 APPEARANCES CONTINUED:

2

3

4       MONTGOMERY, BARNETT, BROWN, READ,

5       HAMMOND & MINTZ, LLP

6       (BY:  PATRICK E. O'KEEFE, ESQUIRE)

7       3200 Energy Centre

8       1100 Poydras Street

9       New Orleans, Louisiana 70163

10          ATTORNEYS FOR AMERICAN STEAMSHIP

11          OWNERS MUTUAL PROTECTION AND

12          INDEMNITY ASSOCIATION, INCORPORATED

13

14

15       UNITED STATES DEPARTMENT OF JUSTICE,

16       TORTS BRANCH, CIVIL DIVISION

17       (BY:  JESSICA SULLIVAN, ESQUIRE)

18       (VIA TELEPHONE)

19       Post Office Box 888

20       Washington, DC 20044

21          ATTORNEYS FOR THE UNITED STATES

22          OF AMERICA

23

24

25

1 APPEARANCES CONTINUED:

2

3 ALSO PRESENT:

4

5     RYAN M. MALONE, ESQUIRE

6

7

8 REPORTED BY:

9

10     OLGA BRANUM, CCR, RPR

11     CERTIFIED COURT REPORTER

12

13

14               EXAMINATION INDEX

15

16 Examination By:                    Page

17

18 Mr. Walker                         8

19

20 Mr. Wiedemann                      82

21

22

23

24

25

1                    EXHIBIT INDEX

2

3 Exhibit No.:                          Page

4

5 1 – Google map Lower Ninth Ward           19

6

7 2 – Four color photographs               33

8     November 17, 2005

9

10 3 – Aerial photograph                    76

11

12 4 – SF–95 claim                          77

13

14 5 – Four color photographs               82

15     November 17, 2005

16

17

18

19

20

21

22

23

24

25

1                    S T I P U L A T I O N

2

3        It is stipulated and agreed by and between

4    counsel for the parties hereto that the

5    deposition of the aforementioned witness is

6    hereby being taken under the Federal Rules of

7    Civil Procedure, for all purposes, in accordance

8    with law.

9        That the formalities of reading, signing,

10    certification and filing are specifically not

11    waived;

12        That all objections, save those as to the

13    form of the question and the responsiveness of

14    the answer, are hereby reserved until such time

15    as this deposition, or any part thereof, may be

16    used in evidence.

17

18            *       *       *       *       *

19

20        Olga Branum, RPR, Certified Court Reporter,

21    in and for the Parish of Orleans, State of

22    Louisiana, officiated in administering the oath

23    to the witness.

24

25

1               ANDREW SARTIN,

2 After having been first duly sworn by the

3 above-mentioned Court Reporter, did testify as

4 follows:

5           MR. WIEDEMANN:

6               Prior to beginning, I'd like to

7           enter an objection to the taking of the

8           deposition and the use of the

9           deposition for any purposes on the

10          basis that Mr. Sartin has made a

11          statement to an attorney for LaFarge,

12          and the statement has not been produced

13          and is the issue of a motion for

14          protective order.  And on that basis,

15          we object to the use of this deposition

16          and to the taking of the deposition.

17          Subject to that, let's go.

18          MR. WALKER:

19              In response to that, I did speak to

20          Brian Gilbert yesterday about this very

21          issue to make sure that we didn't waste

22          our time and Mr. Sartin's time in

23          taking a deposition that might not

24          otherwise be useful to us.  And the

25          only objection noted, because it was

1        known that there was a statement or an

2        interview, was that an objection would

3        be placed on the record that

4        plaintiffs' counsel objected to the

5        taking of the deposition but not

6        necessarily a use.  No mention was made

7        of that.  I don't know if there's a

8        difference.  But just for the record,

9        that's our response.

10 BY MR. WALKER:

11    Q.   Mr. Sartin, what is your given name on

12 your birth certificate?

13    A.   Andrew Michael.

14    Q.   Sartin?

15    A.   Sartin.

16    Q.   Who's Michael Knight?

17    A.   I don't know.

18    Q.   Are you called Michael Knight?

19    A.   Yeah.

20    Q.   Why do people call you Michael Knight?

21    A.   Stage name.

22    Q.   Stage name?

23    A.   Yeah.

24    Q.   Were you an actor at some point?

25    A.   No.  You know, like the hood name.

1    Q.    Neighborhood name?

2    A.    Yeah.

3    Q.    You don't know where that name came

4 from?

5    A.    Uh-uh.  Just started calling me Michael

6 Knight.

7    Q.    Do you have any IDs with Michael Knight

8 on them?

9    A.    Uh-uh.

10    Q.    Your driver's license is issued in

11 whose name?

12    A.    Andrew Sartin.

13    Q.    Have you ever been called anything

14 other than Andrew Sartin or Michael Knight?

15    A.    That's it.

16    Q.    Mr. Sartin, my name is Derek Walker,

17 and I, along with the other attorneys in this

18 room, are going to ask you questions regarding

19 your experiences, your observations, during

20 Hurricane Katrina.  You've been given an oath

21 which means this is the same as if you were in

22 court in front of a judge.  You're sworn to tell

23 the truth and nothing but the truth.  Do you

24 understand that?

25    A.    Yes.

1    Q.   If we ask you questions you don't

2 understand, just ask us to repeat them.  We're

3 not trying to trick you or give you big words or

4 anything like that.  If there's a word you don't

5 understand or a statement or a question, we'll

6 be happy to repeat it until we're certain that

7 you understand the question so that we know

8 you're giving an answer to the question we

9 intended.  All right.

10    A.   Okay.

11    Q.   If you need to take a break at any

12 time, just let us know.  We have drinks,

13 bathroom breaks.  If you're tired, if your back

14 hurts, let us know.

15    A.   You plan on being here that long?

16    Q.   You'll be here at least an hour, maybe

17 a little longer.  Hopefully not a lot longer

18 than that.  All right?

19    A.   Okay.

20    Q.   What's your date of birth?

21    A.   12-2-60.

22    Q.   I'm sorry.

23    A.   December 2nd, '60.

24    Q.   Where were you born?

25    A.   Columbia, Mississippi, I think.

Page 12

1    Q.    Tell me a little bit about your

2 education.  Did you attend high school?

3    A.    No.

4    Q.    Did you attend grade school?

5    A.    I went to school about fifth.

6    Q.    Fifth grade is about the highest you

7 went?

8    A.    Uh-huh.

9    Q.    Can you read and write?  Neither one?

10    A.    I can write a little bit.  Can't read

11 too good.

12    Q.    Okay.  Have you attended any type of

13 vocational training school, any place where you

14 learned any skills such as mechanics or any

15 other type of school?

16    A.    I learned everything on the street.

17    Q.    This grade school you attended was in

18 Mississippi?

19    A.    No.  New Orleans high school.

20    Q.    Where is that located?

21    A.    In the Ninth Ward.

22    Q.    When did you and your family move to

23 the Ninth Ward?

24    A.    Right after Betsy.

25    Q.    After Betsy?

Page 13

1         THE REPORTER:

2              Is that yes?  You have to say yes

3         or no.

4         THE WITNESS:

5              Yes.

6 BY MR. WALKER:

7     Q.   I forgot.  One of the things to help

8 her out, she can only write down words.  So if

9 you and I nod or say uh-huh or whatever, she

10 can't take that down.  You have to verbalize.

11    A.   Uh-huh.

12    Q.   Are you married?

13    A.   No.

14    Q.   Do you have any children?

15    A.   Yes.

16    Q.   Could you give me their names and ages?

17    A.   That I don't know.  That's what I use

18 their mamma for.

19    Q.   Okay.  The lady out there is their

20 mother?

21    A.   Uh-huh.

22    Q.   You're not married to her?

23    A.   No.

24    Q.   What's her name?

25    A.   Barbara.

1    Q.    Barbara what?

2    A.    Young.

3    Q.    She is the mother of your children?

4    A.    Uh-huh.

5    Q.    How many are there?

6    A.    Three.  Well, four.  One died.

7    Q.    What are their names of the surviving

8 children?

9    A.    Tory Young, Michael Young, Andrea

10 Young.  Excuse me.  I thought we were talking

11 about the barge.

12    Q.    We're entitled to ask you questions

13 that are fairly broad about your background and

14 anything else that we need.  By the way, who

15 told you we were talking about the barge?

16    A.    You.

17    Q.    Oh.  When did I tell you that?

18    A.    No.  Him.

19    Q.    Okay.  And do you know --

20         MR. WEBB:

21              Who's him?

22 BY MR. WALKER:

23    Q.    Do you know who that is that you

24 pointed to?

25    A.    No, sir.

1    Q.    Have you ever met this gentlemen

2 before?

3    A.    No, sir.

4    Q.    He just talked to you outside?

5    A.    Yes, sir.

6    Q.    We're actually not here to talk about

7 the barge.  We're here to talk about the

8 breaking of the levees.

9    A.    Okay.

10    Q.    And the flooding of the Ninth Ward,

11 okay?

12    A.    All right.

13    Q.    Do you have an attorney that's

14 representing you in any claim as a result of the

15 flooding?

16    A.    No.

17    Q.    Have you filed a lawsuit against

18 anybody as a result of the flood?  That's no?

19    A.    No.

20    Q.    When you pointed to the gentleman who

21 said something to you earlier today about this

22 case, that's the man to your right,

23 Mr. Weidmann?

24    A.    Yes, sir.

25         MR. WIEDEMANN:

1              Karl Weidmann.

2 BY MR. WALKER:

3    Q.   Did you meet with anybody before coming

4 here today?

5    A.   No.

6    Q.   Where are you presently living?  What's

7 your address today?

8    A.   5428 North Roman.

9              (Telephone Ringing)

10         MR. WALKER:

11             We're waiting for a lawyer who

12         represents the Corps of Engineers to

13         call in.  I guess we'll go on.

14         MR. O'KEEFE:

15             Could I ask you to repeat the

16         answer.  I couldn't hear when the phone

17         rang.

18 BY MR. WALKER:

19    Q.   Was it 5428 North Roman?

20    A.   Yeah.

21    Q.   Is that in the Ninth Ward?

22    A.   Yes, sir.

23    Q.   Are you living in a trailer or in a

24 home?

25    A.   In a house.

1    Q.   Is that a house that's been refurbished

2 since the hurricane?

3    A.   Yeah.

4    Q.   Who do you live there with?

5    A.   My children.

6    Q.   The three children you mentioned?

7    A.   One and the mamma.  The two sons on

8 their own.  They're gone.

9    Q.   You live there with Barbara?

10    A.   Yeah.

11    Q.   And which child?

12    A.   Andrea.

13    Q.   What's her age, Andrea?

14    A.   Sixteen.

15    Q.   Was 5428 North Roman where you lived at

16 the time of the hurricane?

17    A.   Yes, sir.

18    Q.   How long have you lived at that address

19 approximately?

20    A.   It had to be about two years or a

21 little better before the storm.  I just built

22 the house.

23    Q.   Okay.  So if the storm was September of

24 '05, you'd been living there since some time in

25 '03?

1     A.    Yeah.

2     Q.    Where did you live before that?

3     A.    Next door.   5418.

4     Q.    How long did you live there?

5     A.    About twenty-five years.

6     Q.    Who owned 5418 North Roman?

7     A.    Who owned it?

8     Q.    Yes.

9     A.    Barbara.

10    Q.    And who owns 5428 North Roman?

11    A.    Barbara.

12    Q.    I'm going to show you some maps or a

13 map of the Ninth Ward and see if you and I can

14 locate the house on here at 5428 North Roman.

15 Can you read these names?

16    A.    I can't see them.

17    Q.    Right.   They're hard to see.   I only

18 ask that because you told me you had certain

19 limitations in reading.   I'm going to try and

20 read these with you and help us orient

21 ourselves, okay?

22          This is Claiborne Avenue, this big

23 yellow one.   So we know that Florida Avenue is

24 here.   So this is the Ninth Ward that we're

25 looking at here.   All right.   That map is

1 missing a bunch of streets.  Let's use this one.

2          Right here it says North Roman?

3     A.   Uh-huh.

4     Q.   What was the corner or cross street

5 closest to your house?

6     A.   I'm between Andry and Flood.

7     Q.   Andry and Flood?

8     A.   Yeah.

9     Q.   Here's Flood.  And behind there is

10 Caffin?  Is that what you meant?

11    A.   You missed one.  Flood.

12    Q.   Flood is in there also?

13    A.   Yeah.  Not on that map.

14    Q.   Not on this map.  Okay.  So you're

15 between Andry and Flood on North Roman?

16    A.   Uh-huh.

17    Q.   Is it somewhere in this area where I

18 marked?  Is that accurate?

19    A.   Yeah.

20         MR. WALKER:

21            Okay.  I'll circle that, sort of

22         where the arrow is pointing.  We'll

23         mark that as Exhibit 1 in connection

24         with your testimony.

25       (Exhibit 1 marked for identification)

1 BY MR. WALKER:

2     Q.   So you were about one, two, three, four

3 five, six, seven, eight -- eight to nine blocks

4 from Jourdan Avenue; is that right?

5     A.   Uh-huh.  Right.

6     Q.   Could you describe the house for me?

7 I'm talking now at the time of the hurricane.

8 Is it a one-story?  Two-story?

9     A.   One-story.

10    Q.   And if you walked out the front door,

11 what street were you facing?

12    A.    If I walked out the front door, I'm

13 facing Roman.

14    Q.   Okay.  Would you be facing toward

15 Claiborne Avenue --

16    A.   No.

17    Q.   Towards Florida Avenue?

18    A.   Yeah.

19    Q.   Okay.  So the back of your house would

20 be facing toward Claiborne Avenue?

21    A.   Yeah.

22    Q.   All right.  Did you have any windows

23 that faced toward Jourdan Avenue, any side

24 windows, any side doors, anything like that?

25    A.   Uh-huh.

1    Q.   If you stood at those windows at the

2 time of the hurricane, could you see Jourdan

3 Avenue?

4    A.   No.

5    Q.   Could you see the levee?

6    A.   No.

7    Q.   That's because you had trees and houses

8 blocking you and that view?

9    A.   Yeah.

10    Q.   And also I think you said your house

11 was one-story?

12    A.   Yeah.

13    (Attorney Jessica Sullivan attending via

14          telephone at 1:40 p.m.)

15          MR. WALKER:

16             The Department of Criminal Justice,

17          Jessica Sullivan, with the Department

18          Justice.  If you have anything to say,

19          we started without you, but we've just

20          gotten into some background

21          information.  Mr. Sartin --

22          MS. SULLIVAN:

23             I apologize for the delay calling.

24          I'm not sure who was handling the

25          deposition, but I got notice of it.  So

1          I'm on the line now.

2          MR. WALKER:

3              No problem.

4          MS. SULLIVAN:

5              Thank you.

6  BY MR. WALKER:

7     Q.   At the time of the hurricane, did you

8  own a car?

9     A.   Yes, sir.

10    Q.   What kind of car?

11    A.   I had a station wagon I lost, my tow

12 truck, pickup truck.  I can't remember.  It

13 was --

14    Q.   Did Barbara own a car?

15    A.   She took it with her.

16    Q.   But did she own a car at the time of

17 the hurricane?

18    A.   Yeah.

19    Q.   So you had a station wagon, a tow

20 truck, a pickup truck, and Barbara had a car

21 also?

22    A.   Yeah.

23    Q.   All those cars were working?  They were

24 operating?

25    A.   Yes, sir.

1    Q.    You're presently a tow truck driver; is

2 that right?

3    A.    Yes, sir.

4    Q.    How long have you been doing that?

5    A.    Best I can recall, about thirty years.

6 That's all I've been doing.

7    Q.    Has that been the job that you have

8 primarily done the last thirty years?

9    A.    Just about.

10    Q.    Have you done other jobs that you can

11 tell us about?

12    A.    Well, I take side jobs working on

13 houses, doing cars.  I do something of

14 everything to make money.

15    Q.    Have you ever been employed by someone

16 who's paid you a check where you have to show up

17 to work at a given time every day, or are these

18 just jobs you take on as necessary?

19    A.    I worked for Southern Scrap for a

20 little while.

21    Q.    Right up there by Florida Avenue?

22    A.    Uh-huh.

23    Q.    What did you do there?

24    A.    Ground man, you know, like clean the

25 tracks for the train to come through.

1    Q.    What years did you work at Southern

2 Scrap?

3    A.    I can't remember that, man.

4    Q.    You owned a boat also, right, at the

5 time of the hurricane?

6    A.    Uh-huh.

7    Q.    That was a 16-foot?  19-foot?

8    A.    I think about 19-foot.

9    Q.    Was that a motorized boat?

10    A.    Yes.

11    Q.    Do you remember the type and size of

12 the motor?

13    A.    115 Yamaha.

14    Q.    There's some versions of your

15 experiences that I've read about that say you

16 were in a pirogue.  That's not true, is it?

17    A.    No.  I was.  It was like to go back and

18 forth to the bridge.  Saving gas.

19    Q.    So you did use a pirogue?

20    A.    Uh-huh.

21    Q.    So you had your 19-foot -- what kind of

22 boat was it?

23    A.    V-Haul.

24    Q.    I'm sorry?

25    A.    19-foot V-Haul.

Page 25

1    Q.    You also had a pirogue at home?

2    A.    Yeah.

3    Q.    So you used them both during the

4 hurricane?

5    A.    I had other boats too, you know, that I

6 had found.

7    Q.    That you found?

8    A.    Yeah.  They were floating all over the

9 place.

10    Q.    You owned the 19-foot?

11    A.    Yeah.

12    Q.    Did you own this pirogue too?

13    A.    No.

14    Q.    Okay.  You found that one?

15    A.    Found it.

16    Q.    We'll get to all that, and you can tell

17 us in more detail as we go through this.  Did

18 you work on the Friday before the hurricane?

19    A.    I can't remember that.

20    Q.    Did you work on the Saturday before the

21 hurricane?

22    A.    I did not work on Saturday because the

23 scrap yards be closed.

24    Q.    So you usually do not work or did work?

25 I'm sorry.

1    A.   You know, that day if I did some work,

2 it was probably around the house putting a

3 transmission in, something like that, you know.

4 Other than going to work, no.

5    Q.   When we say go to work as a tow truck

6 operator, and you get radioed from a dispatcher

7 who tells you --

8    A.   No.

9    Q.   Tell me how it works.

10    A.   All right.  The way I work, people just

11 call my cell phone.  They want a car moved or go

12 on a tour whatever.  You got an old car in your

13 yard, you call me.  I get you to sign for it.  I

14 get it like that.

15    Q.   Do I find you in the phone book?  How

16 do I know about you?

17    A.   I just got my cell phone.  That's all I

18 got.

19    Q.   Do you operate a company with a name,

20 or just is it Andrew Sartin --

21    A.   Yeah.

22    Q.   -- towing service?

23    A.   Uh-huh.

24    Q.   Is that right?

25    A.   Yes, sir.

1    Q.    So your job at the time of the

2 hurricane was a tow truck operator for yourself?

3    A.    Yeah.

4    Q.    You didn't work for anybody else.  And

5 the way people contacted you was through your

6 cell phone?

7    A.    Yes, sir.

8    Q.    What number was that?

9    A.    I still have the cell number.

10 220-3495.

11    Q.    Did you have a land line at the house?

12    A.    Yeah.

13    Q.    What number was that?  Do you remember?

14    A.    I can't remember that.

15    Q.    Did Barbara have a cell phone number at

16 the time?

17    A.    Before the storm?  After the storm?

18    Q.    Before the storm.

19    A.    Yeah, she had a phone.  She had a

20 phone.

21    Q.    Do you remember the number?

22    A.    No.  They always -- my daughter would

23 program the numbers in the phone.

24    Q.    Before the hurricane, where did Barbara

25 work?

1    A.    She -- I don't think she was working at

2 the time right before the hurricane.  She had

3 got sick.  High blood, you know.  She stopped.

4 She had blacked out on the interstate.

5    Q.    How about your health?  How was that

6 before the hurricane?

7    A.    It was decent.

8    Q.    Did you have any sicknesses or

9 illnesses or ailments or disabilities before the

10 hurricane?

11    A.    Uh-uh.

12    Q.    Do you understand all that?  If there's

13 anything I tell you that you don't understand,

14 don't hesitate to tell me I don't understand.

15 Did you understand what I just asked you?

16    A.    Yeah.

17    Q.    Okay.  So your health was good before

18 the hurricane?

19    A.    Yes.

20    Q.    You weren't seeing any doctors for

21 anything; is that right?

22    A.    That's right.

23    Q.    Since the hurricane, have you been

24 seeing any doctors for any reason?  No?  I don't

25 mean to answer for you.  I'm making sure you

1 answer for --

2     A.    No.

3     Q.    Your health is still good?

4     A.    What I know.

5     Q.    Okay.  You haven't gone to see anybody

6 for anything that's troubling or bothering you

7 or hurting you; is that right?

8     A.    I just have trouble sleeping, you know,

9 by seeing all them bodies, you know.  Other than

10 that, you know.

11    Q.    Okay.

12    A.    Slept on the roof seven days.

13    Q.    During the hurricane?

14    A.    Uh-huh.

15    Q.    Did Barbara evacuate?

16    A.    Yeah.

17    Q.    Did you tell her to evacuate?

18    A.    Yeah.

19    Q.    With your daughter?

20    A.    Everybody on the block.

21    Q.    Why did you stay?

22    A.    That's the Ninth Ward, man.  They

23 steal.

24    Q.    Steal?

25    A.    Yeah.

Page 30

1    Q.    So you stayed because --

2    A.    To watch the block.

3    Q.    You were concerned about the safety of

4 your possessions?

5    A.    Yeah.  Everybody possessions around

6 there.

7    Q.    Any other reason you stayed?

8    A.    No.  Just to watch my stuff.

9    Q.    But you had cars that you could have

10 driven out?  Nothing prevented you from leaving?

11   A.    I didn't want to leave.

12   Q.    So you had these cars or tow trucks.

13 You could have gone if you wanted to.  You

14 didn't want to?

15   A.    I didn't know it was going to be like

16 that.  I went through so many storms, you know,

17 and people leave their stuff.  When they get

18 back, ain't nothing going to be there.  So when

19 I looked at the storm, I looked at the gulf and

20 I saw how big it was, I didn't think we were

21 going to get no water, you know, like back in

22 '65 when they broke the levee.

23        But I know they put brand new walls up

24 and all that stuff.  I thought everybody was

25 going to be safe.  I saw all the people staying

1 down there.  I say I'm going to stay there.  I

2 went and filled the boats up, got as much gas as

3 I could find, cans as I could find, and I kept

4 it.

5     Q.   Let me slow you down.  We'll take it

6 little by little.  You stayed because you were

7 concerned about the safety of your house, and

8 you didn't think anything was going to happen

9 like in '65 when they blew up the levees?

10    A.   Uh-huh.

11    Q.   Saturday you didn't work, as far as you

12 remember, except maybe doing personal things

13 around the house; is that right?

14    A.   That's right.

15    Q.   Do you remember going anywhere to get

16 supplies for the hurricane?  Water, ice,

17 anything like that?  I'm trying to jog your

18 memory about what you might have done Saturday.

19    A.   I can't remember that.

20    Q.   Okay.  How about Sunday?  You can think

21 about it in terms of when did Barbara and

22 Andrea, is it?

23    A.   Everybody left Sunday morning.

24    Q.   Okay.  You helped them pack up?

25    A.   Yup.

1    Q.    What car did they take?

2    A.    They took two Suburbans.

3    Q.    Barbara drove one and who drove the

4 other?

5    A.    The lady across the street.

6    Q.    Barbara and some neighbors left all

7 together?

8    A.    Yeah.

9    Q.    Where did they go?

10    A.    To Atlanta.

11    Q.    Did you fill up the other cars with gas

12 either Sunday morning or Saturday?

13    A.    I think I did that Sunday.  I don't

14 remember all that though.

15    Q.    Did you have gas cans for the boat?

16    A.    Yes.

17    Q.    Did you have those filled with gas?

18    A.    Yes.

19    Q.    Where was the boat kept?

20    A.    At the time I had it on the side of the

21 house.

22    Q.    I'm going to show you photographs, a

23 sheet of four photographs.  Is that your boat?

24    A.    Yeah, this is my boat.  That's my truck

25 back there, and that's my flat boat right there

1 too.

2     Q.   When you say flat, you're talking about

3 the --

4     A.   Aluminum flat boat.

5     Q.   Flat boat, right?  You had two boats?

6     A.   Yeah.  I had one boat that was under

7 the water.

8     Q.   The flat boat?

9     A.   Uh-huh.

10     Q.   The boat that you used --

11     A.   The blue boat.

12     Q.   -- that you'll tell us in bit to do

13 rescues and things like that, the boat with

14 license LA6602CA, it looks like?

15     A.   Uh-huh.

16     Q.   Is that right?

17     A.   Yes.

18          MR. WALKER:

19             Mark this as Exhibit 2.

20        (Exhibit 2 marked for identification)

21 BY MR. WALKER:

22     Q.   In the top left photograph I see a

23 white van, a red van, and a tan car.  Are those

24 your cars?

25     A.   No.  That's the neighbors' cars.  They

1 put in the yard so I didn't have to watch out in

2 the street.

3    Q.   So you were telling me about Sunday and

4 Barbara and the neighbors left.  Do you remember

5 about what time they left?  Before noon?  After

6 noon?

7    A.   No.  It was morning.  I think it was

8 morning.  I can't really remember.  I know it

9 was early.  It was kind of early because they

10 had trouble getting out because everybody was

11 leaving at the time.  And when they left on

12 Roman Street, that was a wrap.

13    Q.   That was a wrap?

14    A.   Yeah.  That was it.  I ain't heard from

15 them no more.  About two days later my phone

16 rung.

17    Q.   Okay.  After they left, what did you do

18 Sunday?

19    A.   Just sat around.  Got drunk.

20    Q.   Did you watch TV?  Listen to the radio?

21 Were you concerned about the hurricane?  Were

22 you watching it?

23    A.   I was watching the news.  It stayed on.

24 I was watching the news.

25    Q.   Where did you get drunk, at the house?

1 Did you go to somebody's --

2     A.    No.  No.  No.  I didn't leave. I stayed

3 right there.

4     Q.    Were you by yourself or --

5     A.    No.  I was with my brother-in-law, and

6 I was with one of my neighbors across the

7 street.

8     Q.    What's your brother-in-law's name?

9     A.    Reginald Jackson.

10    Q.    He's related to Barbara?

11    A.    No.  That's my sister.

12    Q.    And you said Reginald Jackson?

13    A.    Uh-huh.

14    Q.    And who's the other person?

15    A.    Freddie Hicks.

16    Q.    Freddie Hicks.  So they came over and

17 got drunk with you?

18    A.    No.  Reggie staying next door in the

19 other house where I used to live at, him and my

20 sister.

21    Q.    Is that where they lived, or is that

22 just where he came?

23    A.    No.  He lived there.

24    Q.    They didn't evacuate either?

25    A.    No.  Everybody evacuated but me and him

1 and Freddie.

2     Q.    Where did Freddie live?

3     A.    He lived straight across the street.

4     Q.    Also on North Roman?

5     A.    Roman.

6     Q.    So y'all hung out together Sunday

7 drinking, just watching things happen?

8     A.    Yeah.

9     Q.    Is there anything in particular you

10 remember doing --

11     A.    No.  We just sat there.  You couldn't

12 do nothing, man.  The wind was blowing so hard.

13 We just sat there and looked out and down.  We

14 were by ourselves.

15     Q.    Remember.  I'm talking about Sunday.

16 So most of the neighborhood had left?

17     A.    Yeah.

18     Q.    Did you ever walk up to the levee?

19     A.    No.  Later on that evening I went over.

20     Q.    Okay.  Let's get to that.  Some time

21 Sunday it became dark.  7:30, 8:00 --

22     A.    Uh-huh.

23     Q.    -- because it was in late summer.

24 After it became dark, what did you do?

25     A.    Went back to the bridge for a little

1 while.

2    Q.   What bridge?

3    A.   Claiborne.

4    Q.   Why did you do that?

5    A.   They had people.  They had people up on

6 the bridge.  A lot of people up there.

7    Q.   We're not yet to the flood.

8    A.   Uh-huh.

9    Q.   We're talking Sunday.

10    A.   Yeah.

11    Q.   Before anything happened.

12    A.   Yeah.  I took the bicycle, yeah.  Took

13 the bicycle and went to the bridge.

14    Q.   There was a lot of people up on the

15 bridge?

16    A.   Yeah.

17    Q.   What were they doing up there?

18    A.   Getting out the way, I guess.

19    Q.   Out of the way of what?

20    A.   Out of the storm.  You know, they were

21 staying with their stuff.  They had people up

22 there with their 18-wheelers, cars, belongings

23 on a pack.  They thought it was going to blow

24 over too.

25    Q.   So these were people that were leaving?

Page 38

1    A.    No.   They went right where they wanted

2  to go at, to the bridge.

3    Q.    I'm not understanding this.   And this

4  is before the flood?

5    A.    Yeah.

6    Q.    There were people already parked on

7  Claiborne Avenue?

8    A.    Yeah.

9    Q.    That's where they evacuated to?

10    A.    Yeah.

11    Q.    So you bicycled on up there to talk to

12  them that night?

13    A.    I stayed up there for like about thirty

14  minutes with them.

15    Q.    Who was up there that you remember

16  talking to?

17    A.    Dude -- Ernest.   Nickname go by All

18  Night Shorty.   Chester Laskey.   They had a lot

19  of people up there that I know, but I just can't

20  remember, man.   I've been through a lot with

21  that, man.

22    Q.    Okay.   What did you do after you --

23    A.    Went back to the house.

24    Q.    All right.   This was at -- it was dark?

25    A.    Yeah.   By the time I made it back to

1 the house, it was dark.

2    Q.   What did you do the rest of that night?

3    A.   I laid there.  Dozed off a few hours.

4 It was turning daylight.  It wasn't quite

5 daylight.  It was turning daylight.  Because the

6 wind and the rain, it looked like the world was

7 coming to an end.

8    Q.   Let me interrupt you.  You went to bed.

9 You dozed off Sunday.  Slept on into Monday

10 morning?

11    A.   Yeah.

12    Q.   And some time Monday morning when it

13 was turning daylight, you woke up?

14    A.   Yeah.  It wasn't quite daylight, you

15 know.  It was turning daylight.

16    Q.   It was getting there?

17    A.   Uh-huh.

18    Q.   And what was your observation of the

19 weather when you woke up?

20    A.   Scared.

21    Q.   Give me an idea.  Was the wind blowing?

22 Was it raining?

23    A.   It was raining.  Wind blowing hard.

24    Q.   Did you go outside by any chance?

25    A.   Yeah.  I stand out right there by the

1 gate.  Went on the front porch and everything.

2      Q.    To see about the weather?

3      A.    Uh-huh.

4      Q.    So you were on the front porch which

5 faced --

6      A.    Roman.

7      Q.    Right.  Facing in the direction of --

8      A.    Florida.

9      Q.    Florida.  Was the wind hitting you in

10 the face, or was it hitting you at the back?

11     A.    No.  No.  It was going like -- it was

12 going like on an angle like toward the lake at

13 first, like on an angle.

14     Q.    So sort of coming --

15     A.    Where I was standing on the porch, I

16 didn't get wet.  When I stand on the end of the

17 porch from that side, I'd get wet.

18     Q.    Coming from Chalmette?

19     A.    Yeah, like on an angle.

20     Q.    Maybe you can show me on the map.  If

21 this is Claiborne again.  This is the Industrial

22 Canal.  Here's Chalmette.

23     A.     It was going across like that, where

24 the arrow going across like that.

25     Q.    So the arrow was going in this

1 direction like this?

2     A.    Yeah.  Yeah.  Just like that.

3     Q.    So if I draw an arrow doing that, is

4 that accurate?

5     A.    No.  It was more on an angle.

6     Q.    So I can draw an angle sort of like

7 that?

8     A.    Yeah.

9     Q.    Tell me if --

10     A.    That's about good.

11     Q.    Is that about right?  That was the wind

12 direction --

13     A.    Yeah.

14     Q.    -- at some time early morning --

15     A.    That wind spin all the way back around

16 now.

17     Q.    Okay.  That's why I want to make sure

18 we're talking there about early morning Monday.

19     A.    Yeah.

20     Q.    Right.

21     A.    As I understand, the levee gave right

22 here.  And the wind was blowing.  See.  Like it

23 tore up coming through the intracoastal canal

24 before it tore up by us.

25     Q.    Okay.  I'm not sure I understood that.

Page 42

1    A.    All right.  See, like this is Florida.

2 I mean, this is Jourdan.

3    Q.    All right.

4    A.    This is the Florida wall.  This would

5 be -- the intracoastal would be somewhere over

6 here.

7    Q.    All right.

8    A.    All right.  The wind was blowing like

9 on an angle to push the water like through the

10 intracoastal like that.

11   Q.    At this time when you --

12   A.    That was early that morning, early

13 morning.  Because what I was really scared about

14 is the tree.  I thought the tree was going to

15 fall on the back of the house.  That's what I

16 tried to keep watching, the tree.

17   Q.    You had a tree in the back of your

18 house?

19   A.    Uh-huh.

20   Q.    Which is facing Claiborne Avenue?

21   A.    Yeah.  The back of the house, yeah.

22   Q.    You thought that the wind was going to

23 push that tree down --

24   A.    Yeah.

25   Q.    -- towards the house basically?

Page 43

1    A.    Yeah.  Because the wind was on an

2 angle.  Same angle I gave.

3    Q.    All right.  So the sun started coming

4 up.  What did you do after you went out and saw

5 the weather?

6    A.    It had broke a little bit, but the sun

7 never really came up bright, bright, you know.

8 It just -- the daylight came.

9    Q.    Right.

10    A.    That's all.  And by the time the

11 daylight really came, that's when the rain

12 really came with it.  And everything broke loose

13 from there.

14    Q.    All right.  Tell me what broke loose in

15 terms of what did you see, what did you hear,

16 and what did you do?  So you're out there.  It's

17 raining, and you see this --

18    A.    By then -- by then on the front porch

19 it scared me so bad, you know.  I'm looking at

20 the tree almost laying down.  It's scary.  You

21 ain't never been in one.

22    Q.    Because of the wind you're saying?

23    A.    Man, that wind was blowing.  You see

24 trees flying in the air.  Like I got on the side

25 porch, by then I had Freddie over there with me

1 because the trees in the yard really woke him up

2 from that whistling sound, you know, like a big

3 train coming.

4     Q.   Let me stop you there.  Freddie came

5 over at some point earlier that morning?

6     A.   That morning.

7     Q.   What did he tell you or --

8     A.   Man, that man looked like he went out

9 of his mind.  He was just like -- he just went

10 out of his mind.

11     Q.   How about Reginald?  Did he come over?

12     A.   He wasn't even up yet.

13     Q.   So you and Freddie were in the back

14 yard or in the house?

15     A.   Freddie was inside.  I was on the front

16 porch by myself.

17     Q.   What did you do then?

18     A.   Nothing.  Just looked.

19     Q.   Just watched things start happening?

20     A.   Uh-huh.

21     Q.   What happened?

22     A.   Well, it just started just raining hard

23 hard, blowing.

24     Q.   That's what you were hoping for?

25     A.   Yeah.  But then just like they had a

1 loud crash back, you know, back there by scrap I

2 heard.

3     Q.    Okay.  And the scrap --

4     A.    At that Florida wall.

5     Q.    -- you're talking about Southern Scrap?

6     A.    Yeah.  In the Florida wall, yeah.

7     Q.    Right about here, right?

8     A.    Yeah.

9     Q.    That's a -- circle Southern Scrap,

10 somewhere in there --

11    A.    Yeah.

12    Q.    -- when you heard a noise up by

13 Southern Scrap?

14    A.    Yeah.

15    Q.    Was it was already daylight?

16    A.    Yeah.

17    Q.    Do you have any idea on the time?  And

18 I'm not expecting you to have a watch.  If the

19 best you can say was already daylight --

20    A.     It was about -- about 6:00, somewhere

21 up in there.  A little before 6, 6:30, somewhere

22 up in there.

23    Q.    What did you hear up there by Southern

24 Scrap, Florida Avenue?

25    A.    Like a -- like a big crash.  Like

1 something -- like something hit something.  Like

2 boom.  And I kept looking at Scrap.  So I just

3 didn't worry about it.  I went to the gate.  The

4 rain had just about stopped.

5     Q.   Let me stop you.  How about the power?

6 Do you know if the power was on?

7     A.   No.  No power.  No power.

8     Q.   How do you know that?  How do you know

9 there was no power?

10    A.   Nothing was on.  Nothing was on.

11    Q.   You noticed that?

12    A.   Yeah.

13    Q.   Because normally you'd have street

14 lights on?

15    A.   No.  None of that.  Nothing.  Power

16 been off before daylight.

17    Q.   But you didn't know when it went off

18 because you were asleep?

19    A.   I woke -- by the time I got up, it was

20 off.  Because I was watching TV.  The TV was on.

21 I got up and pressed.  I looked.  It was off.

22    Q.   That's what I meant.  You don't know

23 when it went off --

24    A.   No.  No.

25    Q.   -- because you were asleep?

1    A.   No.  I was asleep.

2    Q.   By the time you woke up, it was off?

3    A.   It was off.

4    Q.   You heard this noise from --

5    A.   From the floodwall.

6    Q.   The floodwall.

7    A.   Yeah.

8    Q.   And from the Florida Avenue side of the

9 floodwall?

10   A.   Yeah.  But it just was a loud noise.  It

11 keeled over.  I was standing by the gate.  It

12 sound like I heard it hit something hard.  Boom.

13 By then I stand by the gate.  When I looked at

14 the gate, here it come.

15   Q.   Let me -- I have to break it down to

16 make sure I understand you.

17   A.   All right.

18   Q.   When you say the gate, what gate are

19 you talking about?

20   A.   My front gate.

21   Q.   So you're now on North Miro?

22   A.   Roman.

23   Q.   I'm sorry.  North Roman.

24   A.   Yeah.

25   Q.   How many houses from the corner were

1 you?

2     A.   One.

3     Q.   One.  So if you're facing Florida

4 Avenue --

5     A.   You can't see Florida Avenue from my

6 house.

7     Q.   I know.  But I mean you're facing it.

8     A.   Yeah.

9     Q.   Your house is facing it.  So the things

10 that are happening are happening off to your

11 left?

12     A.   No.  To my -- what you mean?

13     Q.   In other words, if I'm standing at the

14 front of your house, and Florida Avenue is

15 there.

16          MR. WEBB:

17               That way.

18          THE WITNESS:

19               Yeah.  You can see off to the left.

20 BY MR. WALKER:

21     Q.   Right.  Things are happening off --

22     A.   Thataway, yeah.

23     Q.   -- to your left side?

24     A.   Yeah.

25     Q.   Toward Florida Avenue --

1     A.    Yeah.

2     Q.    -- scrap yard area, right?

3     A.    Yeah.

4     Q.    Okay.  So the gate you're talking about

5 is the gate to your front yard?

6     A.    Yeah.

7     Q.    That's where you were when you heard

8 this first noise?

9     A.    No.  I was on my side porch.  But I

10 thought it was something else.  I just went to

11 the gate to go see what it was.  But, you know,

12 you only could see so far this way and so far

13 this way.  Because the elbow in the street

14 turns.  And down there the street run out.  I

15 first saw Reynes Street.  That's as far as I can

16 see.  That's why I can't see the levee.  Because

17 that street, Reynes, is a long block right

18 there.  It blocks me from seeing all the way

19 through.

20     Q.    Okay.  So you heard the noise but

21 couldn't see anything?

22     A.    I couldn't see nothing.

23     Q.    Then where did you go from the gate

24 after you heard --

25     A.    I just standing there.  When I left the

1 gate, I ran.

2     Q.    Why did you run?

3     A.    Man, a big 'ole tidal wave coming down

4 the street.

5     Q.    All right.  I thought you said when you

6 heard the noise --

7     A.    That was the noise at Florida wall.  I

8 heard the second noise --

9     Q.    I want to stop you because I'm still on

10 the first noise.  You're way ahead of me.  After

11 the first noise when you looked and couldn't see

12 anything, what did you do?

13     A.    I was just standing there looking down

14 the street.  Standing there looking.

15     Q.    Freddie was still inside?

16     A.    He was inside.

17     Q.    Did he ever come out before the second

18 noise?

19     A.    He was at the door.

20     Q.    And then you heard a second noise?

21     A.    Yeah.

22     Q.    Was it louder than the first one?

23     A.    Yes indeed.

24     Q.    Okay.  And that came from the Claiborne

25 Avenue side?

1    A.    Yes.

2    Q.    Okay.  And where were you standing when

3 you heard that noise?

4    A.    At the gate.

5    Q.    Same place -- you heard both noises --

6    A.    No.  I heard the first noise on the

7 side porch.

8    Q.    Right.  You're right.

9    A.    You're confusing me now.

10    Q.    I don't mean to.  If you want to take a

11 break --

12    A.    No.  I'm cool.

13    Q.    What was the time between the first

14 noise and the second?  Are we talking an hour?

15    A.    No.

16    Q.    Half an hour?

17    A.    No.  No.  No.  You're talking about, I

18 say, five, ten minutes apart, fifteen minutes.

19 It was just -- it wasn't no long time.  It

20 wasn't no long time.  I just can't remember.

21    Q.    Somewhere between ten and fifteen

22 minutes?

23    A.    I was standing at that gate, yeah.

24    Q.    And that was a much louder noise?

25    A.    Yes.

Page 52

1     Q.   And what did you do?  Where did you

2 look after you heard that noise?

3     A.   I stayed looking toward the wall.

4 Because when I went to the bridge the last time,

5 the water was just coming over the wall.

6     Q.   Okay.

7     A.   You know, so I'm looking the way the

8 water is going to come.  I know if the water is

9 going to come, it's going to come from Jourdan.

10 So I just kept looking.  I turned around.  I

11 heard something go boom, like something had run

12 into something real hard.

13     Q.   That was the second noise?

14     A.   That was the second noise.

15     Q.   Let me stop you a second.  The second

16 noise you heard from this area in here?

17     A.   Somewhere around Claiborne, yeah.

18     Q.   Let's put a one on that first one and

19 Southern Scrap.  So the first noise was

20 somewhere in here?

21     A.   I don't know exactly know where, but it

22 was back there, yeah.  Back up in there

23 somewhere.

24     Q.   That's one.  That's two, just generally

25 speaking, and this first circle is Southern

1 Scrap with an SS.  All right?

2     A.    Uh-huh.

3     Q.    Now, you said something that I forgot

4 to ask you about.  You said when you went to the

5 bridge, you saw the water.  It was actually

6 almost to the top?

7     A.    Yeah.  It was on the top.  It wasn't

8 enough to wet the street yet.  You could just

9 like -- by the wind blowing, just peeps of water

10 going across it.  But it was at the top of the

11 wall.

12    Q.    That was some time 8:00, 9:00, 10:00

13 Sunday night, right, when you went to the

14 bridge?

15    A.    No.

16    Q.    Not that late?

17    A.    No.

18    Q.    Some time between 6:00 and 8:00?

19    A.    It was just turning dark when I went

20 over there.  When I got back, it was dark.  But

21 I didn't stay up there long.

22    Q.    So sometime Sunday when you went to the

23 bridge, Claiborne Avenue we're talking about,

24 you could see the water kind of lapping right at

25 the top?

Page 54

1    A.    Yeah.

2    Q.    Did you ever go back to either the

3 bridge or to Jourdan Avenue to look before the

4 booms?

5    A.    No.

6    Q.    So you heard this second boom, and

7 describe what you saw.

8    A.    Like -- like it was hard to hear with

9 all that going on.  You know, like I'm talking

10 about the wind was whistling so hard, you know,

11 you couldn't hardly hear nothing, but you could

12 hear something hitting something, you know.

13 When I looked down again, it was over with from

14 there.

15    Q.    What did you see?

16    A.    Water coming.  A lot of it.

17    Q.    Where was that water coming from?

18    A.    From Jourdan.

19    Q.    Was it coming down a particular street

20 at you?

21    A.    It came straight down Roman Street.

22    Q.    Did you see a height of water, or did

23 you just see water start coming --

24    A.    No.  Man, that water coming through

25 there had cars and houses with it already.

Page 55

1     Q.   When you saw it, it was dragging

2 cars --

3     A.   It was dragging cars.  I ran and wake

4 up Reggie and my sister.

5     Q.   So in other words, it's not like you

6 saw a little bit --

7     A.   No.  No.  No.

8     Q.   -- of a trickle right when you first

9 saw it?

10     A.   It was coming.

11     Q.   With cars.

12     A.   Before I can get my -- this is how fast

13 it came.  Before I can get my sister and old man

14 out the house, I had to tie a rope from their

15 house to my house.  I just had that feeling

16 something was going to happen, but I know I had

17 to because she wouldn't leave.

18     Q.   I'm sorry.  Where was she?

19     A.   She was inside asleep.

20     Q.   In your house?

21     A.   No.  Next door.

22     Q.   Next door?

23     A.   5418.

24     Q.   Reginald -- that's Reginald and your

25 sister; is that right?

1    A.    Right.

2    Q.    Okay.  So you have this water coming at

3 you.  What did you do?

4    A.    I ran and woke up everybody.  Got the

5 boat ready.

6    Q.    Your 19-foot?

7    A.    Yeah.  Water came so fast, I had time

8 to take the flat, that's how fast it came.

9    Q.    So your boat immediately started --

10   A.    Already had it loose.  Already had it

11 tied.

12   Q.    Gassed up, loose and ready?

13   A.    Ready.

14   Q.    Who got in the boat?

15   A.    We didn't get in the boat then.  I

16 thought it was just going to come up so high

17 until, you know, we just be able to wait it out,

18 just a little water now.  Because after that --

19 that first big water came, it looked like it

20 slowed down because I went inside and put the TV

21 on the table.

22        By then I put my sister and them in the

23 attic.  But the water just kept coming.  I'm

24 three feet off the ground already.  So the water

25 kept coming three -- you're looking at nine foot

Page 57

1 of water in less than thirty minutes.  Less

2 than -- yeah, less than thirty minutes.  You're

3 looking at nine feet of water that quick.

4    Q.   Okay.

5    A.   And I came -- I say we're going to

6 leave.  Because I had to tie my boat.  I went

7 back in the water, and I tie my boat on the post

8 of the house.  So I got a rope.  I went from the

9 boat back through the house so I could drag them

10 out and put them on the boat.

11    Q.   So you didn't immediately jump on the

12 boat because you thought this water is going to

13 stop at some spot?

14    A.   Yeah.  I thought some of the water is

15 going to go.

16    Q.   So you all stayed in the house and took

17 everybody upstairs?

18    A.   Yeah.

19    Q.   But it's just a one-story house?

20    A.   Yeah.

21    Q.   And you said you had three feet up to

22 your front porch?

23    A.   Yeah.  The water was all the way.

24    Q.   It's a bad question.  What I'm trying

25 to ask you is how many steps from the ground to

1 your porch --

2    A.    About three feet.

3    Q.    Three feet?

4    A.    Off the ground, yeah.  And by the time

5 I got them in the attic, the water was almost at

6 the ceiling of the house.

7    Q.    Nine feet?

8    A.    We had to go back out through that

9 water.  I put them on the boat.  That's when I

10 almost killed myself because the rope slipped.

11 And the water was coming so fast, the boat had

12 made it to the top of the gutters by then.  But

13 the anchor was hanging down.  That's what saved

14 me.  I grabbed the anchor, and I pulled myself

15 back up.

16    Q.    Back to the boat?

17    A.    Back to the boat.

18    Q.    And Freddie, Reginald, your sister, and

19 yourself got in the boat, the four of you?

20    A.    The four of us.  Hold up.  Hold up.

21 Hold up.  Four, five, six, seven.  I had three

22 of the neighbors.  Three of the neighbors from

23 across the street.

24    Q.    But they weren't in the boat at first?

25    A.    No.  No.  No.  They was in the attic

1 too because they helped me.  They was in the

2 attic.  All of us got on the boat together.

3     Q.    So these neighbors were already in the

4 attic?

5     A.    They were in the attic because they

6 came through the front door.

7     Q.    When did they come?

8     A.    When the water started coming.

9     Q.    So they ran to your house?

10     A.    Yeah.  Tied them self -- had to tie

11 themselves and run through that water.  The

12 water was pushing so hard, man, it's hard to

13 describe.

14     Q.    Okay.  So they came after the water --

15     A.    Started coming.

16     Q.    -- was rising?

17     A.    Yeah.

18     Q.    You sent them up to the attic too?

19     A.    Yeah.  But we had to get out of the

20 attic.  The water didn't stop coming.  I got

21 everybody on the boat but myself.

22     Q.    Remind me of those neighbors' names.

23     A.    I have to get their names.  It ain't in

24 my head right now.

25     Q.    All right.  Let's go back a little bit.

1 So water started coming down North Roman, right?

2    A.   Uh-huh.

3    Q.   Was the wind still blowing in this

4 direction that you're showing?

5    A.   Still blowing thataway.

6    Q.   When these booms occurred, the wind was

7 still basically blowing in this direction?

8    A.   Yeah.  The wind ain't started turning

9 until they got up in the upstairs house in the

10 back of my yard.  We had to tie off on the back

11 of that upstairs house, that brick house, to

12 keep the water from dragging us because we had

13 nowhere to go then.

14    Q.   Dragging you toward Chalmette?

15    A.   Chalmette, yeah.

16    Q.   When the wind turned, it was long after

17 the waters had risen?

18    A.   Yeah.  Yeah.  Winds start going -- it

19 turned all the way around on me.  It just went

20 in a big circle.  Started blowing back thataway.

21    Q.   That's after the waters had risen?

22    A.   Water was already up high as it was

23 going to go then.

24    Q.   I know that you rescued a lot of

25 people.  I'm not going to take you through

1 everything but just go little by little.  All of

2 you all are in the boat.  Where did you go?

3     A.   No, all of us wasn't in the boat.  I

4 put all my family and the people that I had.

5 They had a church on Flood Street.  So I

6 started -- but I didn't know they had that many

7 people down there.  So I put like about fifty

8 people in the church.  I wasn't really counting

9 because I had to make so many trips from the

10 church to the school with them.

11    Q.   But what I want to know, your first

12 trip with the people that were in your house,

13 where did you go with them?

14    A.   We just stayed on the boat and tried to

15 let it die down.  So we had to wait because you

16 couldn't move in that.

17    Q.   You stayed with those people in your

18 boat for most of the day --

19    A.   No, I didn't.  No, I didn't.  You're

20 talking about like thirty minutes, forty minutes

21 to the most.  That house had big raccoons in it,

22 and the raccoons run us out the house.  They

23 stayed there.  We had to get out of there.

24    Q.   In your own house?

25    A.   No.  In the upstairs house that was the

Page 62

1 abandoned house, but they needed somewhere to go

2 too.

3    Q.   That's what I'm trying to get at.   So

4 you went in the boat from your house to an

5 abandoned house?

6    A.   No.   We didn't go in the abandoned

7 house.   We was going in the abandoned house.   We

8 just parked on the side and tied off on it to

9 keep the wind from and the water from bringing

10 us wherever it wanted to go.

11    Q.   Before you rescued --

12    A.   I ain't rescued nobody but the one that

13 come out the house.

14    Q.   Y'all are in the boat.   You go to the

15 house where the raccoons take over?

16    A.   Yeah.   It got so bad --

17    Q.   Where did you go with them?

18    A.   We went to the church.

19    Q.   Did you drop them off there?

20    A.   I dropped them off there.

21    Q.   Who stayed in the boat with you?

22    A.   Well, the first trip I don't think

23 Freddie went because he was all -- I think

24 Reginald did.   I can't really -- oh, one of the

25 neighbors.   One of the neighbors.   Because I

Page 63

1  lost two people and three drowned.  I couldn't

2  get them out the hole because bars were all the

3  way around the house.  Because I was going

4  underneath the water, but I couldn't get the

5  heavy lady out.  She just told me to go.

6      Q.   Okay.  I'll try and get to each of

7  those, but I have to break it down so I can

8  follow you.  Because I know you did a lot those

9  days, and I don't want it all to jumble

10  together, okay?  You dropped your neighbors and

11  family off at the church on Flood Street?

12      A.   Uh-huh.

13      Q.   And you and one neighbor stayed in the

14  boat to see what you could do --

15      A.   No.  See.  We went in the back of the

16  church.  I don't know what was going on on Flood

17  Street at the time.  I never made it around.  I

18  just put them in there to make sure my little

19  sister was all right.  But you could hear over

20  any kind of noise people hollering.  People

21  dying, man.  You know what I'm saying?  I saw

22  people half in two.  I jump so bad now.  I don't

23  want to talk about this shit.

24      Q.   You want to take a break?

25      A.   No.  I'm cool.

Page 64

1    Q.   You got back in the boat.

2    A.   I made it around the front.  I went

3 around to Flood Street.  So they had an old man

4 in a boat with a little girl.  And the little

5 girl told me did I save her mamma, and her mamma

6 was dead.  So I said -- the old man, he had a

7 rope tied to the house.  But the water had

8 dragged him and the little girl across Flood

9 Street at the time.

10    Q.   Let me ask you this.  At that point had

11 the water stopped rising?  At some point it had

12 to stop.  Had it already stopped?  Was it as

13 high as it ever got, or was it still rising?

14    A.   It was about -- I don't know.  It was

15 about where it wanted to go, I think.

16    Q.   Were you seeing roofs and houses

17 floating by and houses falling?  Were you seeing

18 all this debris still?

19    A.   Yes.

20    Q.   Okay.  Did you see any houses that

21 actually stayed standing?

22    A.   Yes.  The houses coming down like

23 matchboxes.  People houses crumbling all up.

24    Q.   During your many rescues, did you ever

25 go toward Jourdan Avenue -- to Jourdan Avenue?

Page 65

1    A.    Yeah, all back there.

2    Q.    Okay.  And that's during the day on

3 Monday?

4    A.    No.

5    Q.    When was that?

6    A.    I went back there Tuesday.

7    Q.    Tuesday.  That's the first time you

8 went to Jourdan Avenue?

9    A.    Man, I had my hands full just up here.

10    Q.    In the back end of the Ninth Ward you

11 had your hands full?

12    A.    Yeah.  It was like I worked from

13 Villere all the way to the bridge to Galvez.

14 Then the next day I started going further back.

15    Q.    Now, when you went to Jourdan Avenue on

16 Tuesday, did you ever see a barge or the barge?

17    A.    No.  I didn't see nothing back there.

18 I didn't see nothing but -- nothing but a big

19 'ole hole.

20    Q.    That's the hole close to Claiborne

21 Avenue?

22    A.    No.  That's Florida Avenue.

23    Q.    Florida Avenue.  I'm sorry.  You said

24 you didn't see the barge on Tuesday when you

25 went up to Jourdan Avenue in the boat?

Page 66

1     A.    No.  I didn't -- I didn't go -- I

2 didn't go down in there.  I didn't go down in

3 there.

4     Q.    Okay.

5     A.    I was like on this end.  I ain't come

6 back down.  That Ernest, he had a boat in the

7 water too.

8     Q.    All Night Shorty?

9     A.    All Night Shorty.  He was back there

10 saving people on that end.  That's where he

11 lived there at.  He was -- he got neighbors back

12 there.  I was getting the people I could get

13 this way, what I could get first.

14     Q.    When did you first see the barge?  Was

15 it still while you were rescuing people or was

16 it days later?

17     A.    I don't know.  It was days later before

18 I saw the barge.  You know something about that

19 barge?  Whenever I went to the bridge, I was so

20 messed up I don't remember seeing it.  I don't

21 remember looking over there.  I'm serious.  I

22 don't remember looking over there.  By the time

23 I got ready to go, honest truth, I didn't see

24 that barge until I got back.

25     Q.    After the evacuation?

1     A.     Yup.   Unless it was under the water

2 right there because I definitely didn't see no

3 barge.   When I looked off that bridge, all you

4 see is water.

5     Q.    When you say that bridge, you're

6 talking about --

7     A.    Claiborne.

8     Q.    -- Claiborne Avenue.   Where did you

9 evacuate to?

10     A.    Well, it was seven days later when I

11 left.   I just went to Atlanta.   Got my family.

12 I was on my way back, and Rita had stopped us.

13 We had to stop in Mississippi.   And after Rita

14 passed, I came back down here on Roman.

15     Q.    How long did you stay in Atlanta?

16     A.    I don't know.   I don't know.   About a

17 week or two.   I don't know.   I was kind of still

18 messed up then.   Might have been shorter.   Might

19 have been longer.   I can't remember.

20     Q.    And you've been back since?

21     A.    Yes.

22     Q.    Do you ever remember seeing a barge

23 that day of the hurricane in the Industrial

24 Canal after the levee had fallen, after the

25 floodwall had been breached?

1      A.    Only thing I was doing, man, I tell you

2  God honest truth, I can't remember no barge.  I

3  don't remember looking over thataway.  I was

4  going across that bridge every day, sometimes

5  twice, three times a day.  I had so many people

6  in the school.  I was going trying to get food

7  and water over on the other side of the canal

8  because they had no water.  I was trying to get

9  water, food, clean water to wash the children.

10     Q.    When you got in your boat, did you ever

11 go to either of the holes in the wall, either --

12     A.    I went to Florida Avenue.

13     Q.    And could you still see water coming

14 through it?

15     A.    It was still coming through.

16     Q.    Okay.  And you didn't go to the one on

17 the Claiborne Avenue side?

18     A.    No.  No.  I didn't go down there.

19     Q.    Did you ever go up to the Claiborne

20 Avenue bridge during your rescues and drop

21 people off there?

22     A.    I dropped a few people off there.

23     Q.    You never saw the barge when you did

24 that?

25     A.    No, the bridge at Tennessee.  I was

1 dropping them off -- the water -- really was

2 dropping them off on Deslonde down there.  But

3 you couldn't see because they still had houses

4 right there that you still couldn't see that.

5     Q.   So you actually didn't go up on the

6 bridge?

7     A.   To bring the people?

8     Q.   Right.

9     A.   No.  Where the boat could stop at at

10 the bridge, I put them there.  And I backed out

11 and I leave.

12    Q.   And you couldn't see the hole in the

13 wall on the Claiborne Avenue side from there?

14    A.   Yeah.  You could see the hole.

15    Q.   Could you see water coming through?

16    A.   No.  I could see back there.  Like at

17 the end of the wall, you could look over, and

18 you could see the hole.  But I couldn't see the

19 water.  That thing was about two blocks long.

20    Q.   You didn't see the barge float in the

21 canal or float through the wall --

22    A.   Uh-uh.  I didn't see that barge.

23    Q.   -- up against the houses?

24    A.   I didn't see that barge until I got

25 back.  It was over there.  I didn't pay no

1 attention to it.  This is off the record.

2     Q.    There's nothing off the record because

3 she'll take it down.

4     A.    I ain't going to worry about that then.

5     Q.    Do you believe they blew up the levees

6 again?

7     A.    I don't know.

8     Q.    You don't know why the walls failed?

9     A.    That I don't know why the walls failed

10 because it looked like it was holding to me when

11 I looked up there.  How did the hole in Florida

12 wall get there before the one on Claiborne?

13 Seem like that should have been stronger than

14 down there again.  They don't do nothing right

15 down there so --

16          MR. WEBB:

17               Why don't we take a break?

18          MR. WALKER:

19               We'll take a couple minutes.  I may

20          not have much more.  If you want to

21          take a break --

22 (Attorney Jennifer Sullivan disconnects from the

23          deposition at 2:30 p.m.)

24               (Brief Recess)

25 BY MR. WALKER:

1      Q.    Mr. Sartin, you're back in your house.

2 You fixed your house, right?

3      A.    Uh-huh.

4      Q.    You lost some personal possessions?

5      A.    I lost everything.

6      Q.    Have you received any insurance

7 payments?

8      A.    I had no insurance.

9      Q.    Have you received any money from any

10 source as a result of your losses, either to

11 help you rebuild or for --

12     A.    Well, they --

13     Q.    -- personal possessions.

14     A.    No.  They didn't give me no money to

15 rebuild nothing.  They gave my old lady.  I

16 don't know.  I don't get into her business.  All

17 my stuff I lost is just lost.  I think they gave

18 me -- I can't remember.  I think they gave me

19 $20,000.

20     Q.    Who's they?

21     A.    I think it was FEMA.

22     Q.    Okay.

23     A.    I lost two racecars, all my cars.

24     Q.    You lost all those cars you described?

25     A.    No.  I had two racecars.

Page 72

1    Q.    Racecars?

2    A.    Yeah.  I race at the track.

3    Q.    What kind of cars?

4    A.    Nova and a Camero.

5    Q.    What track is that?  Gonzales?

6    A.    Uh-uh.  We've mostly running in

7 Hattiesburg, Gulfport, Donaldsonville.  Just

8 opened my car.  It didn't pass tech, so I had to

9 race at them two tracks.  Tech means my cage in

10 my car, it didn't pass.  My car was going too

11 fast for the cage I had.

12    Q.    For safety reasons?

13    A.    Yeah.

14    Q.    Do you remember picking up a guy during

15 your rescue called Chris?

16    A.    I can't remember no names, sir.  I'm

17 talking about -- I'm talking about I had to pull

18 another flat board, a big flat board behind my

19 boat.  That's how many people were in that

20 water.

21    Q.    But you don't remember somebody called

22 Chris helping you?

23    A.    No.

24    Q.    Let's go back to right after the water

25 rose, and y'all got in the boat.  You took

Page 73

1 everybody to Flood Street or around the back

2 there?

3     A.    Yeah.

4     Q.    You told me that earlier you'd gone to

5 the Claiborne Avenue bridge that evening to

6 check on some friends that had parked there?

7     A.    Yeah.

8     Q.    Did you go back to check on them

9 sometime after when you were in your boat after

10 the waters --

11     A.    Yeah.

12     Q.    And did you get out of your boat and

13 then go check?

14     A.    Yeah.  Go up there.  Sat up there.

15 Ate.  They were barbecuing and everything up

16 there.

17     Q.    I'm talking after the water.

18     A.    Yeah, after the water.  I'm talking the

19 water was in there.  I parked my boat at the

20 bottom of the bridge and walked up the bridge.

21     Q.    Was that Monday?

22     A.    No.  I don't think I got over there

23 Monday.  I think it was Tuesday.  I can't

24 remember.  It was Tuesday or Wednesday I got up

25 there.

Page 74

1    Q.   I'm asking you Monday, sometime Monday

2 after the waters rose and you started rescuing

3 people --

4    A.   That's all I did Monday.

5    Q.   -- did you ever go back up to the

6 bridge and check on your friends?

7    A.   I can't remember that.  I can't

8 remember that.  I can't remember that, man.  I

9 can't remember that now.  I was messed up at the

10 time that time.  It wasn't no a lot of break in

11 there.  I still would get people out of that

12 water.  Like four days later I was still seeing

13 people in that water.

14    Q.   I'm going to show you a photograph.

15 That's Claiborne Avenue bridge.

16    A.   Uh-huh.

17    Q.   See where the bridge goes down into the

18 water?

19    A.   Uh-huh.

20    Q.   Is that where you were taking your

21 boat?

22    A.   No.  I was way down here.

23    Q.   Right.  That's what I'm talking about,

24 where the water starts?

25    A.   Yeah.  I walked over to the top up

1 here.

2     Q.   Right.  You couldn't see the barge from

3 there?

4     A.   I never paid attention to that.

5     Q.   You never saw the barge on this side --

6     A.   I never --

7     Q.   Let me finish my question.  You never

8 saw the barge in the Industrial Canal side --

9     A.   I'm trying to explain.

10    Q.   You have to let me finish my question

11 because she can't get both of us.

12         You never remember seeing the barge in

13 the Industrial Canal from the Claiborne Avenue

14 bridge after the wall had broken?

15    A.   If I looked at it, that's what I'm

16 saying, I never paid attention to it.

17    Q.   What I'm asking you is do you remember

18 seeing it?

19    A.   The barge?

20    Q.   Right.

21    A.   No.  I don't remember seeing no barge.

22 If it was there, I didn't see it.  I didn't pay

23 attention to it.

24         MR. WALKER:

25             Let's mark this as Exhibit 3.

Page 76

1        (Exhibit 3 marked for identification)

2           THE WITNESS:

3               Now Ernest could tell you a whole

4           lot about that bridge because he was

5           there on that bridge.

6 BY MR. WALKER:

7    Q.   That's All Night Shorty?

8    A.   Yeah.  He was right there.  I left him

9 up there.

10    Q.   Mark this Exhibit 3 and draw a circle

11 that we can barely see.  This is the area right

12 where the water starts on Claiborne Avenue where

13 you were dropping people off, is that right, or

14 where you went in your boat?

15    A.   Yeah, right there.  But I wasn't

16 really -- you know, I dropped some people off

17 there that I know that were going to go there,

18 like go up there by them.  They didn't want to

19 be rescued.  They wanted to go somewhere to get

20 drunk.

21    Q.   That's before the --

22    A.   No.  That was while the flood.  The

23 people I picked up down there on Tupelo and

24 Claiborne.  Bring them to the bridge at the

25 time.  We ain't getting no news.  We thought the

1 whole city was under water.  You know, looking

2 off the bridge, everywhere you could look at

3 you're looking at everything under the water.

4 So they ain't try to go nowhere.  That barge was

5 there, I definitely pay no attention to it.  I

6 was shaking.  I don't remember anything.

7     Q.   I'm going to show you a form called a

8 SF-95.  Is that your name or signature there?

9     A.   Yeah.

10    Q.   Is that yes or no?

11    A.   Yes.

12    Q.   Okay.  Do you remember filling this

13 out?

14    A.   Nope.

15         MR. WALKER:

16             I'm marking that as Exhibit 4.

17      (Exhibit 4 marked for identification)

18 BY MR. WALKER:

19    Q.   It does show your name and address,

20 5428 North Roman Street, right?

21    A.   Uh-huh.

22    Q.   Is that your handwriting?

23    A.   Uh-huh.  Yes.

24    Q.   You wrote this?

25    A.   Nope.

1    Q.    Okay.  But is this your handwriting?

2    A.    Let me see.  Y'all sent this to my

3 house?

4    Q.    I'm asking you.  See this stuff, right,

5 that's written?

6    A.    Right here?

7    Q.    Is that your handwriting?

8    A.    No.

9    Q.    Who wrote you it for you?

10    A.    It had to be my old lady.

11    Q.    Barbara?

12    A.    Yeah.

13    Q.    You wrote that name?

14    A.    Yeah.

15    Q.    That is your signature?

16    A.    Yeah.

17    Q.    It says here that your property damage

18 is $40,000.  Is that about accurate for the

19 possessions that you lost as a result of the

20 hurricane?

21    A.    Talking about my stuff?

22    Q.    Yeah.

23    A.    No.  More than that.

24    Q.    It says here that what you're claiming

25 is $40,000.

1    A.    That's what I'm claiming.  I know it's

2 more than that.

3    Q.    It also --

4    A.    You ain't going to buy no tow truck

5 with no $40,000.

6    Q.    That's why I'm asking because this is a

7 form that you filled out against the U.S.

8 government for the negligence of the Corps of

9 Engineers in causing the flood.  You're claiming

10 from them $40,000.

11    A.    Well, my old lady told me to sign the

12 name on that.

13    Q.    You think you lost more than that?

14    A.    I know I did.

15    Q.    It also says that you're claiming

16 $50,000 against the Corps of Engineers for them

17 causing the flood for personal injuries.  You

18 told me earlier that you didn't suffer any

19 personal injuries?

20    A.    Huh?

21    Q.    You didn't --

22    A.    No.  I was hurting.  I'm not -- you

23 know, but I wasn't dead.  Cuts and scratches but

24 I wasn't dead.  Nothing like --

25    Q.    You didn't break anything?

1    A.    No.  I didn't break nothing.  I'm

2 saying, you know, I had cuts and bruises, you

3 know, going in them houses.

4    Q.    You didn't get any medical attention

5 for any of those things?

6    A.    No.

7    Q.    Do you remember meeting with any

8 attorneys or having any attorneys help you with

9 this form?

10    A.    No.  Only time I come in, one time I

11 came in, once before.  That's the only people I

12 ever saw.  I didn't go what I was going through

13 right now because I don't know what half the

14 stuff is.  Only thing I know where I was at,

15 what I was doing.  The best thing you're doing

16 is what you're doing now, asking me.  That money

17 I got from --

18    Q.    I'm sorry?

19    A.    I never get it.

20    Q.    I didn't understand that.

21    A.    How it is, you know.  For something

22 like this here to try to sue somebody like that,

23 you'll never get it.  We'll be old and dead.

24 That why I ain't worrying with trying to go

25 through all of that.  I fix my house.  I patch

1 it up myself.  People still ain't living in

2 houses.  Don't look like they're going to try to

3 do nothing.  One house here.  One probably be

4 five blocks down there.  On the other side of

5 Claiborne seem like they helping people good

6 over there.

7     Q.    Are these photographs of your house?

8     A.    No, sir.

9     Q.    Do you recognize that house?

10    A.    That's 5418.

11    Q.    That's next door?

12    A.    Yeah.

13    Q.    That's where Reginald lives?

14    A.    Yeah.  My house over here on this side.

15    Q.    That is your boat though?

16    A.    That's the boat.

17    Q.    And your pickup truck?

18    A.    Yup.  Let me see that again.  Yeah.

19 That's the pickup truck and the boat right

20 there.  If they had a better picture of this

21 here, I could show you because I can't even

22 remember, man.  I slept there for seven days on

23 this roof.  I couldn't get on that roof when it

24 first started though.

25          MR. WALKER:

Page 82

1           We'll mark this as Exhibit 5.

2        (Exhibit 5 marked for identification)

3 BY MR. WALKER:

4     Q.   And the top right-hand photograph shows

5 your boat and your pickup truck, but the rest of

6 the photograph shows Reginald's house, not

7 yours?

8     A.   Not mine.

9     Q.   Is that right?

10    A.   Right.

11    Q.   Is --

12    A.   No.  There were two.  You want to tell

13 when -- when were all them took?

14    Q.   I'm sorry?

15    A.   When were all those pictures took?

16         MR. WALKER:

17           It says November 17, 2005.  All

18         right.  I think that's all the

19         questions I have.  Everybody else has a

20         chance to ask you questions too.

21 BY MR. WIEDEMANN:

22    Q.   I do have a couple of questions,

23 Mr. Sartin.  You said you had no medical

24 treatment for physical injuries.  Did you ever

25 see a psychologist, psychiatrist, or social

Page 83

1 worker or anybody for your emotional problems?

2 No?  You have to answer --

3    A.   No.  No.  No.  I just didn't want to

4 talk about it.  Every time I talk about it I --

5    Q.   You indicated that you -- the only time

6 you spoke to anybody was when you came here to

7 give your deposition previously.  Didn't you

8 also give a statement to somebody either on the

9 phone or in person?

10          MR. WALKER:

11             Object to the form.

12          THE WITNESS:

13             If I did, I can't remember.

14 BY MR. WIEDEMANN:

15    Q.   I'm sorry?

16    A.   If I did, I can't remember.

17    Q.   So you have no recollection of giving a

18 statement either on the telephone or in person

19 to somebody, an investigator?

20    A.   No.  I ain't seen no investigator.

21          MR. WIEDEMANN:

22             No.  That's all I have.  Thanks

23          very much.

24          THE WITNESS:

25             All right.

1        MR. WALKER:

2            Thank you, Mr. Sartin.

3        (Deposition concluded at 2:58 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    WITNESS CERTIFICATE

2

3            I, ANDREW SARTIN, do hereby certify

4 that the foregoing testimony was given by me,

5 and that the transcription of said testimony,

6 with corrections and/or changes, if any, is true

7 and correct as given by me on the aforementioned

8 date.

9

10

11 Dated: _____  Signed:_____

12                             ANDREW SARTIN

13

14

15 _____  Signed with corrections as noted.

16

17 _____  Signed with no corrections noted.

18

19

20

21 DATE TAKEN:  April 11, 2008

22

23

24

25

1                    REPORTER'S CERTIFICATE

2

3       I, OLGA BRANUM, Certified Court Reporter,

4 do hereby certify that the above-named witness,

5 after having been first duly sworn by me to

6 testify to the truth, did testify as herein

7 above set forth;

8       That the testimony was reported by me in

9 shorthand and transcribed under my personal

10 direction and supervision, and is a true and

11 correct transcript, to the best of my ability

12 and understanding;

13       That I am not of counsel, not related to

14 counsel or the parties hereto, and not in any

15 way interested in the outcome of this matter.

16

17

18                    OLGA BRANUM, RPR, (#22015)

19                    Certified Court Reporter

20

21

22

23

24

25