# EXHIBIT 5

Deposition of Michael Bickham

1

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4   IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION

5                                  * NO. 05-4182

6   PERTAINS TO: BARGES            * Consolidated

7                                  * SECTION "K(2)"

8   Boutte v. Lafarge       05-5531 *

9   Mumford v. Ingram       05-5724 * JUDGE DUVAL

10  Lagarde v. Lafarge      06-5342 *

11  Perry v. Ingram         06-6299 * MAG. WILKINSON

12  Benoit v. Lafarge       06-7516 *

13  Parfait Family v. USA   07-3500 *

14  Lafarge v. USA          07-5178 *

15    *  *  *  *  *  *  *  *  *  *  *

16

17          Deposition of MICHAEL ANTHONY BICKHAM,

18  given at Chaffe McCall, LLP, 2300 Energy

19  Centre, 1100 Poydras Street, New Orleans,

20  Louisiana 70163-2300, on May 4th, 2009.

21

22

23  REPORTER BY:

24          JOSEPH A. FAIRBANKS, JR., CCR, RPR

25          CERTIFIED COURT REPORTER #75005

2

```
 1   APPEARANCES:
 2   REPRESENTING THE BARGE PSLC:
 3       BRIAN A. GILBERT, P.L.C.
 4       (BY:  BRIAN A. GILBERT, ESQUIRE)
 5       821 Baronne Street
 6       New Orleans, Louisiana 70113
 7       504-885-7700.
 8
 9   REPRESENTING LAFARGE NORTH AMERICA:
10       CHAFFE, MCCALL, L.L.P.
11       (BY:  DEREK WALKER, ESQUIRE)
12       2300 ENERGY CENTRE
13       1100 Poydras Street.
14       New Orleans, Louisiana 70163-2300
15       504-585-7000
16
17
18
19
20
21
22
23
24
25
```

4

```
 1              S T I P U L A T I O N
 2       IT IS STIPULATED AND AGREED by and
 3   among counsel for the parties hereto that the
 4   deposition of the aforementioned witness may be
 5   taken for all purposes permitted within the
 6   Louisiana Code of Civil Procedure, in
 7   accordance with law, pursuant to notice;
 8       That the formalities of reading,
 9   signing, filing, sealing and certification are
10   hereby specifically waived;
11       That all objections, save those as to
12   the form of the question and the responsiveness
13   of the answer, are reserved until such time as
14   this deposition, or any part thereof, is used
15   or sought to be used in evidence.
16
17
18                    * * *
19
20
21
22       JOSEPH A. FAIRBANKS, JR., CCR, RPR,
23   Certified Court Reporter in and for the State
24   of Louisiana, officiated in administering the
25   oath to the witness.
```

3

```
 1       E X A M I N A T I O N   I N D E X
 2
 3   EXAMINATION BY:                    PAGE
 4
 5   MR. WALKER   ................................5
 6   MR. GILBERT  ..............................101
 7       E X H I B I T   I N D E X
 8
 9   EXHIBIT NO.                        PAGE
10   Exhibit 1  ................................19
11   Exhibit 2  ................................21
12   Exhibit 3  ................................22
13   Exhibit 4  ................................39
14   Exhibit 5  ................................45
15   Exhibit 6  ................................84
16   Exhibit 7  ................................86
17   Exhibit 8  ................................90
18
19
20
21
22
23
24
25
```

5

```
 1            MICHAEL ANTHONY BICKHAM
 2   2407 Rose Drive, Gretna, Louisiana 70053, a
 3   witness named in the above stipulation, having
 4   been first duly sworn, was examined and
 5   testified on his oath as follows:
 6   EXAMINATION BY MR. WALKER:
 7       Q.  All right.  Good morning, Mr. Bickham.
 8   Sorry we were delayed.  We're here to do what's
 9   called taking your deposition.
10          Have you ever done this before?
11       A.  No.
12       Q.  Okay.  I'll explain it to you, and if
13   there is anything you don't understand just ask
14   me or your attorney and we'll try and help you
15   through it.
16       A.  Okay.
17       Q.  First of all, you're under oath.
18       A.  Okay.
19       Q.  You understand that that means that
20   you're sworn to tell the truth and that if you
21   don't tell the truth there could be
22   consequences; right?
23       A.  Yeah.
24       Q.  It's the same as if you were in court
25   sitting in front of a judge.  All right?
```

6

1    A.  Okay.
2    Q.  We're going to ask you questions.  We
3  just want your best answers.  If you don't
4  remember something, it's okay for you to say I
5  don't remember.  If you're guessing or not
6  sure, just tell me you're guessing or not sure.
7  So I want to know the difference between
8  something you're certain about, something that
9  you're kind of certain, something you're
10 guessing, something you don't remember.  Okay?
11   A.  All right.
12   Q.  And if I ask you a question that you
13 don't understand, just ask me to repeat it, say
14 I don't understand it.  Because I'm not here to
15 trick you and sometimes I ask bad questions.
16 Okay?
17   A.  All right.
18   Q.  Is there anything you don't understand
19 about this procedure?
20   A.  I understand.
21   Q.  Okay.
22   MR. GILBERT:
23       The only thing that I'm going to
24   ask is that you guys let each other
25   finish talking before you each start

7

1       talking because it will be easier for
2       him to take it down.  And also, if you
3       would speak in a loud clear voice
4       because my hearing is just shot.  You
5       know?
6    THE WITNESS:
7       Okay.
8  EXAMINATION BY MR. WALKER:
9    Q.  By the way, if you need to take a
10 break or something, take a phone call, I'm
11 telling you already I may get a phone call in
12 about fifteen minutes from one of my sons, we
13 can take breaks, all right?
14       Would you restate your name and
15 address for the record, please.
16   A.  My name is Michael Bickham.  My
17 residence is 2407 Rose Drive, Gretna,
18 Louisiana.
19   Q.  What's your age?
20   A.  My age is 49 years of age.
21   Q.  Okay.  Are you under any kind of
22 prescription medication?
23   A.  No.
24   Q.  Have you taken any drugs this morning
25 of any kind?

8

1    A.  No.
2    Q.  Have you had a drink of any type?
3    A.  No.
4    Q.  Is there any reason why you would not
5  be able to give me good answers to my questions
6  or understand my questions?  And by that, I
7  mean, a reason having to do with drug, alcohol,
8  something that's influencing your mind?
9    A.  No.
10   Q.  Okay.  So you're able to understand my
11 questions and give me good answers.
12   A.  Yes, sir.
13   Q.  Okay.  Tell me how far you went in
14 high school.
15   A.  Tenth grade.
16   Q.  And what high school was that?
17   A.  Abramson Senior High.
18   Q.  Where is that located?
19   A.  Read Road.
20   Q.  That's in New Orleans East?
21   A.  New Orleans East.
22   Q.  And did you attend any kind of
23 University, college, any --
24   A.  No.
25   Q.  -- schooling after the tenth grade?

9

1    A.  No.
2    Q.  How about any vocational training, any
3  trade, anything like that?
4    A.  No.
5    Q.  Okay.  Where did you grow up?
6    A.  New Orleans.  In the Lower Ninth Ward.
7    Q.  What street?
8    A.  Haydel.
9    Q.  Is that with a Y?  H-Y?
10   A.  H-A-Y-D-E-L.
11   Q.  So we could also say Haydel?
12   A.  Yeah.
13   Q.  Like the bakery?
14   A.  Yeah.
15   Q.  Okay.  And is that between Florida and
16 Claiborne or Claiborne and St. Claude?
17   A.  No.  That's -- it's on the higher side
18 of the Ninth Ward.  It's in between Chef
19 Menteur and Dwyer.
20   Q.  Between Chef Menteur and Dwyer.
21   A.  Back then they used to call it The
22 Goose.
23   Q.  The Goose?  That was the name of the
24 neighborhood?
25   A.  Yeah.

10

1    Q.   The Goose.
2    A.   That's -- if you got a map of the
3  city, that's Dale, America, Ray Avenue, Rene,
4  those are the main streets of that
5  neighborhood.
6    Q.   So it's east of Florida Avenue?
7    A.   I'm not exactly certain of that.
8    Q.   Down river of Florida Avenue?
9    A.   Yeah.
10    Q.   Yeah.  How long did you live on
11  Haydel?
12    A.   Well.
13    Q.   Through high school?
14    A.   Throughout high school, yeah.
15    Q.   And when did you move away from home?
16    A.   Um -- seventeen years old.
17    Q.   Okay.  Are you married?
18    A.   Divorced.
19    Q.   And that was from Diane Berryhill?
20    A.   Charlene Bickham.
21    Q.   Charlene?
22    A.   C-H-A-R-L-E-N-E.  Charlene.
23    Q.   And do you have any children?
24    A.   Four.
25    Q.   What are their names?

11

1    A.   Michael -- Michael Anthony Bickham,
2  Jr.; um -- Charles Bickham, call him C.J.
3  because his name is Charles John; um -- Joseph
4  and Marie.
5    Q.   And is their mother Charlene?
6    A.   Yeah.
7    Q.   All four.
8    A.   Yeah.
9    Q.   Okay.  Have you been married to
10  anybody else?
11    A.   No.
12    Q.   What's your relationship with Diane
13  Berryhill?
14    A.   I am her what you call -- I can't say
15  boyfriend, but I been with her since I left my
16  ex-wife.  We just never got married.  So, I
17  have a son with her, too.  His name is Rodney.
18    Q.   And does he go by Rodney Bickham?
19    A.   Rodney Berryhill.
20    Q.   How old is Rodney?
21    A.   Twenty-one years old.
22    Q.   And I assume that the other four are
23  all older.
24    A.   Yeah.
25    Q.   Were any of the four older children in

12

New Orleans at the time of Katrina?
    A.   I'm not exactly certain of that one.
    Q.   Okay.  And how about Rodney?
    A.   No, he was -- at the time of Katrina
he was incarcerated.
    Q.   In New Orleans?
    A.   In New Orleans.
    Q.   Okay.  Are you working today?
    A.   I got off of work at nine o'clock.
    Q.   Where do you work?
    A.   Wendy's.
    Q.   What do you do there?
    A.   I'm a cook.  Breakfast cook.
       (Brief interruption.)
EXAMINATION BY MR. WALKER:
    Q.   How long have you worked at Wendy 's?
    A.   A year.
    Q.   Where did you work before that?
    A.   Um -- Empire Shipyard.
    Q.   In Empire, Louisiana?
    A.   No.  Empire right off of
Tchoupitoulas.
    Q.   What did you do there?
    A.   Forklift operator.
    Q.   And how long did you work with them?

13

    A.   Maybe about three months.
    Q.   And why did you quit that job?
    A.   No work on the river.
    Q.   And where did you work before Empire?
    A.   Alabo Street.  Number 1 Alabo.
    Q.   As a longshoreman, or what?
    A.   Pacorini.
    Q.   Pacorini Stevedores?
    A.   Not stevedores, just Pacorini.  They
also do ships and barges.
    Q.   So were you operating a forklift or
doing --
    A.   Yeah.  I did basically everything
there at Pacorini.
    Q.   How long did you work there?
    A.   Right about three years.
    Q.   Did you work there before the
hurricane?
    A.   Yep.
    Q.   And after the hurricane you came back
and got the same job.
    A.   Yeah.
    Q.   Okay.  And why did you quit Pacorini
and go to Empire?
    A.   Because Global bought them out, and

4 (Pages 10 to 13)

14

```
1    any type of convicted felon Global didn't hire
2    so they let us go.
3        Q.   Tell me about that, your arrest
4    record, conviction record.  What is that?
5        MR. GILBERT:
6            Let me just object.  This is
7            limited to felony convictions within
8            ten years.
9            But you can answer.
10       A.   I really didn't want to put this in no
11   deposition for a lawsuit.
12   MR. GILBERT:
13           Well, my objection is continuing.
14           And we've made a stipulation on the
15           record that objections will be taken
16           up by the Court if and when Lafarge
17           makes an effort to offer any of that
18           into evidence.  So talking about it
19           now doesn't mean that it's going to go
20           into evidence, it just means that
21           consistent with the stipulations we've
22           made, objections are reserved until
23           later.  I just have to put it on the
24           record.  You're protected.
25           (Off the record.)
```

15

```
1        A.   The reason why, I didn't want to go
2    there is because I wasn't given an opportunity
3    to actually defend myself on that.  The
4    boyfriend of -- Germane Moon called the police
5    because he wanted me out of her life.  And in
6    the process of it, they asked me a question
7    have you ever took this child that was twelve
8    years old a bath or seen her take a bath.  I
9    said I was there living in the house with 'em,
10   yes, I did.  Because of that, I got convicted
11   of sexual battery.  Not because they found that
12   I did anything, but because I was not the
13   father they convicted me of sexual battery.
14   EXAMINATION BY MR. WALKER:
15       Q.   And did you serve time as a result?
16       A.   Seven and a half years.  He never
17   showed up in court.  They never even called
18   him.  He was -- he was a -- he went to the
19   military and I wanted to open a restaurant.  I
20   never had a conviction before then.  But
21   because he served his country they let him walk
22   and they hung me.
23       Q.   And that was Germane Moon?
24       A.   Yeah.  Only reason why I didn't get
25   life is because she wouldn't testify against me
```

16

```
1    because she said that I was in the house with
2    her.  But because he did -- had the papers
3    filed and everything else, they threatened to
4    take her children if she turned around and
5    testified on my behalf.  So the State of
6    Louisiana hung me with that.
7        Q.   She being the mother?
8        A.   Uh-huh.
9        Q.   Is that your only conviction?
10       A.   Theft of over five hundred dollars.
11       Q.   And did you serve any time as a result
12   of that theft?
13       A.   They ran it concurrent to my regular
14   charge.
15       Q.   Any others?
16       A.   No.
17       Q.   Is your birthday 9/23/59?
18       A.   Yes, sir, it is.
19       Q.   And your social is 438--15-1421?
20       A.   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.
21       Q.   Do you have a driver's license?
22       A.   Suspended.
23       Q.   Why is it suspended?
24       A.   I owe Gretna for traffic tickets.
25       Q.   Has that ever been suspended before?
```

17

```
1        MR. GILBERT:
2            Object.
3            You can answer.
4        A.   I believe so.  In New Orleans.
5    EXAMINATION BY MR. WALKER:
6        Q.   And why was it suspended?
7        MR. GILBERT:
8            Continuing objection.
9        A.   I'm not certain of that.  I don't
10   remember that one in New Orleans.
11   EXAMINATION BY MR. WALKER:
12       Q.   Okay.
13       A.   I know I had to get it reinstated.
14       Q.   Do you owe child support?
15       A.   Yes, sir.
16       Q.   And is there any kind of action or
17   lawsuit or anything against you for unpaid
18   child support?
19       MR. GILBERT:
20           Objection.  Vagueness.
21       A.   They are taking my unemployment,
22   federal income tax and state tax.
23   EXAMINATION BY MR. WALKER:
24       Q.   The child support services?
25       A.   Yes.
```

18

1    Q.   So you're getting those amounts
2  deducted or taken from you toward your child
3  support payments?
4    A.   Yeah.
5    Q.   Okay.  And to whom do you owe child
6  support?
7    A.   Charlene.  Well, actually, it's like I
8  owe the state, because all my children is over
9  the age of 20.  So the state is still charging
10 me for way back then.
11   Q.   Okay.  So this is child support when
12 the children were minors --
13   A.   Yeah.
14   Q.   -- that you're having to pay back to
15 Charlene.
16   A.   Yeah.
17   Q.   Okay.
18       MR. GILBERT:
19           Let me just object on the grounds
20           of foundation, also.
21 EXAMINATION BY MR. WALKER:
22   Q.   Your conviction was for sexual
23 battery, you said?
24   A.   Yes.
25   Q.   Was the charge aggravated rape?

19

1    A.   In the beginning, yes.
2    Q.   And that was changed and dropped?
3       MR. GILBERT:
4           Object.
5  EXAMINATION BY MR. WALKER:
6    Q.   And the charge was then changed to
7  sexual battery?
8       MR. GILBERT:
9           Object.  Derek, you know you can
10          only examine him about convictions.
11   A.   Yes.
12 EXAMINATION BY MR. WALKER:
13   Q.   This is a very grainy, bad picture,
14 but I'm showing you a blowup of what appears to
15 be a driver's license.  Do you recognize that
16 as your driver's license?
17   A.   Yeah.
18   Q.   Okay.  Let's mark that as Exhibit 1 to
19 this deposition.
20          That's the one that's currently
21 suspended?
22          (Exhibit 1 was marked for
23 identification and is attached hereto.)
24   A.   Yes.
25 EXAMINATION BY MR. WALKER:

20

1    Q.   Is the information on that license
2  correct?
3    A.   Yes.
4    Q.   All right.  Let's put this sticker on
5  there.
6          Is that your signature above the
7  photograph?
8    A.   Yes, it is.
9    Q.   I'm going to show you a document
10 that's actually two documents that we'll talk
11 about later.  These are called SF-95.  And
12 they're forms that a lot of people in the city
13 of New Orleans filed against the Corps of
14 Engineers down on Tchoupitoulas.
15          (Brief interruption.)
16 EXAMINATION BY MR. WALKER:
17   Q.   I was showing you these documents,
18 SF-95s.  You recalled about this --
19   A.   About the barge?  You mentioned the
20 barge.
21   Q.   No, I mentioned the Corps of
22 Engineers.
23   A.   Yeah.  Corps of Engineers, yeah.
24   Q.   I wanted to show you one of them.  Is
25 that your signature down at the bottom?

21

1          (Exhibit 2 was marked for
2  identification and is attached hereto.)
3    A.   Yes, it is.
4  EXAMINATION BY MR. WALKER:
5    Q.   Okay.  And is that your signature on
6  this one?
7    A.   Yes.
8    Q.   Okay.  All three are your signatures;
9  on the driver's license, Exhibit 1, and on
10 these two separate SF-95 forms?
11   A.   Number one, I'm saying that's my
12 signature.  Diane Berryhill signed that
13 application for me.
14   Q.   Okay.  That's why I'm asking about the
15 signatures, because clearly the handwritings
16 are deponent.
17   A.   Yeah.  They going the be looking
18 different because --
19   Q.   So this one that we will mark as
20 Exhibit 2, although that's your name that's not
21 your signature.
22   A.   You're asking any did I sign them?
23 No.  Because I don't read the application
24 without my eyeglasses, and I lost them.  So as
25 she was reading them I told her go ahead on and

22

1  sign my name.  That's all.
2      Q.  All right.  And how that one that you
3  have in front of you now that we've marked as
4  Exhibit 3?  It's the same form, but a
5  different -- it was filled out by someone else.
6          (Exhibit 3 was marked for
7  identification and is attached hereto.)
8      A.  Uh-huh.
9  EXAMINATION BY MR. WALKER:
10     Q.  And I'm asking you if that signature
11 which is much bigger is actually your
12 penmanship.
13     A.  Is it not my penmanship.
14     Q.  Okay.  So somebody else signed this
15 one for you.
16     A.  That's my daughter.  Thomekia.
17     Q.  We will mark that one as Exhibit 3.
18 So the only one that's your signature --
19     A.  That's my original signature.
20     Q.  -- is on your driver's license.
21     A.  Yeah.
22     Q.  All right.  Was there a warrant for
23 your arrest for failing to register as a sex
24 offender?
25          MR. GILBERT:

23

1          Object.
2      A.  There was.
3  EXAMINATION BY MR. WALKER:
4      Q.  And what was the result of that?
5      A.  They let it go because that had
6  happened after I come back from Katrina, and I
7  couldn't find no place in New Orleans where I
8  was supposed to go at because they had a paper
9  on the wall saying one place, I go there and
10 the building was never opened.  I was living in
11 Gretna.  So the warrant hit, they picked me up.
12 When I got out of court on bond -- well, when I
13 got out of jail on bond, I went straight and I
14 registered and went to the office and they just
15 threw it out of court.
16     Q.  So are you actually registered today?
17     A.  Yes.
18     Q.  All right.  Let's talk about why we're
19 really here.  Hurricane Katrina.
20          You did not evacuate.
21     A.  No.  Couldn't.
22     Q.  Did you work on Saturday?
23     A.  At Pacorini, we worked seven days a
24 week.  When a barge came, you had to work until
25 the barge was finished if they put your name on

24

1  it.  So you worked seven days a week, twelve
2  hours a day.
3      Q.  At Alabo Street?
4      A.  Yes, First Alabo Street.
5      Q.  Okay.  And you loaded and unloaded
6  barges?
7      A.  It was either -- mostly we unloaded
8  ships and loaded barges.  Rarely we loaded
9  them, you know.  We always unloaded them.
10     Q.  So ships would come alongside and
11 they'd have a midstream facility --
12     A.  Not midstream, but right off the dock.
13 They'd pull it up to the dock and we'd unload
14 the dock, or some cargo might be going to
15 another area so we will load from the ship to a
16 barge to go to that area.
17     Q.  Okay.  And you participated in the
18 loading under the longshoreman, forklift
19 operator or some other kind of labor?
20     A.  Yes.
21     Q.  Were you a member of the union?
22     A.  No.
23     Q.  Are any of the Pacorini --
24     A.  Not at that time.
25     Q.  All right.  So on Saturday you were

25

1  working.
2      A.  Yes.
3      Q.  How about on Sunday?
4      A.  Yes.
5      Q.  Okay.  And can we agree that the
6  hurricane came through on Monday, the 29th of
7  August, 2005?
8      A.  Yeah.
9      Q.  Okay.  So you worked all day Saturday
10 until what time?
11     A.  Until -- now that Saturday we worked
12 all day, but that Sunday everybody was -- they
13 shut the shipyard down because of the tides.
14 You can't work with the ships moving like they
15 moving.  Even tied up, the ships had to be
16 moved out.  So all we did was untied a lot of
17 ships Saturday and let them pull off the docks,
18 stop from tearing the docks up.
19     Q.  So there weren't cargo operations
20 going on on Sunday.
21     A.  No.
22     Q.  You helped in releasing the lines for
23 the ships to --
24     A.  That's basically all everybody did was
25 released and tie things down.

26

1  MR. GILBERT:
2      I'm sorry.  Did you say that's
3  what you did on Saturday or Sunday?
4  THE WITNESS:
5      Sunday.
6  MR. GILBERT:
7      Untying?
8  THE WITNESS:
9      Untie the barge so the ships
10  could leave.
11  EXAMINATION BY MR. WALKER:
12      Q.  Were you untying barges, ships or
13  both?
14      A.  I'm not exactly -- sir, they sent us
15  to do several different jobs.  If you finish
16  one, they send you somewhere else.  So telling
17  you specifically which one I did, I can't do
18  that, you know, because it's too many different
19  things they make you go and do if you're out
20  there working.
21      Q.  And the Alabo Street wharf is on the
22  Mississippi River, correct?
23      A.  Yes.
24      Q.  What time did you knock off on Sunday?
25      A.  I don't remember.

27

1      Q.  Okay.  Was it before or after lunch?
2      A.  I think we was all home, so it had to
3  be before.
4      Q.  Before lunch.  Okay.  And after you
5  finished there, you went home?
6      A.  Home.
7      Q.  Okay.  Tell me where home was.
8      A.  1840 Prieur.
9      Q.  And that's in the Lower Ninth Ward.
10      A.  Lower Ninth Ward.
11      Q.  Who owned the house?
12      A.  The Berryhill family owned the house.
13      Q.  Did you own any property in the Ninth
14  Ward?
15      A.  No.
16      Q.  Did you have any personal possessions
17  in that house?
18      A.  Yes.
19      Q.  Okay.  Such as what?  And just give me
20  the main, most expensive biggest items.
21      A.  Well, I did like a mechanic shop on
22  the bottom apartment, one of them.  There used
23  to be a grocery store, the city wouldn't let
24  them reopen so I used it as a mechanic's shop
25  doing repair work on cars other there.

28

1      Q.  That was before Katrina.
2      A.  Yeah, before Katrina.
3      Q.  So you had sort of a side job.
4      A.  Yeah.  Fixing, doing starters,
5  alternators and stuff like that.
6      Q.  Okay.  And what else did you have in
7  that house that you owned, that belonged to you
8  personally?
9      A.  I don't remember.  I don't remember
10  all that.  Because it's like everything we
11  bought we bought together, and I didn't
12  consider anything in that house that was just
13  definitely mine.
14      Q.  Okay.  So that was yours and Diane's.
15      A.  Yeah.
16      Q.  Okay.  How long had you been living
17  with Diane?  Bad question.
18          When did you start your relationship
19  with her and living together?
20      A.  My relationship with Diane started
21  when I was married.  We've been together for
22  over twenty-eight years.
23      Q.  Twenty-eight?
24      A.  Yeah.
25      Q.  How long have you lived -- or had you

29

1  lived at 1840 Prieur?
2      A.  Um -- roughly about five years.
3      Q.  Is that when you came out of jail?
4      A.  I went to jail from Prieur Street.
5      Q.  Okay.  When did you come out of jail,
6  what year?
7      A.  I completed my tour -- my, um -- I'm
8  trying to think exactly how -- two or three
9  weeks before Katrina I come back home.
10      Q.  Out of jail.
11      A.  Yeah.
12      Q.  And you went to 1840 Prieur.
13      A.  Yeah.
14      Q.  Before -- and you served seven years
15  or so.
16      A.  Uh-huh.  It wasn't no continuous seven
17  years.  Okay?  There's probation, then -- it
18  was like they put me on probation, and I went
19  and I did a year, I come back home, and I went and
20  did another year or something, come back home.
21  So it's not a continuous seven years.
22      Q.  All right.  Okay.  In those periods
23  when you were not incarcerated, you were living
24  with Diane on Prieur?
25      A.  Yeah.  We had started out -- we

30

1    started at, um -- N. Roman, went to Urquhart,
2    and the last area was Prieur.
3        Q.   Do you remember when you started
4    living on Prieur?
5        A.   Um -- no.  Because she -- we lived on
6    Deslonde, her auntie house, before I went to
7    jail.  And then when I come back she was living
8    on Prieur.
9        Q.   At the time of Katrina --
10       A.   We was on Prieur and Deslonde.
11       Q.   Okay.  But wasn't the address --
12       A.   1840.  1840-1/2.  1838, 1838-1/2.  It
13   was a fourplex.
14       Q.   But Deslonde, not Prieur.
15       A.   Yeah.  It's Deslonde.  On the corner
16   of Deslonde and Prieur.
17       Q.   Right.  So although you told me
18   earlier that it was Prieur, the physical
19   municipal address is actually Deslonde.
20       A.   It was on Deslonde, right.
21       Q.   Right.  Okay.  Have you ever worked on
22   the Industrial Canal?
23       A.   Not on the Industrial, no.
24       Q.   All right.  What did you do Sunday
25   when you came home after the Alabo Street

31

1    wharf?
2        A.   Tried to seal up my house.  The Mayor
3    had said that there was supposed to be
4    transportation for those of us who didn't have
5    transportation to get out.  We couldn't find no
6    transportation.
7        Q.   And was it was your wish and intention
8    to evacuate?  And by that, I mean -- or did you
9    say, no, we're staying, we're going to ride
10   this out?
11       A.   At first I was going to stay.  But we
12   kept looking at the television, and they kept
13   saying that this is a 4, Category 4.  I told
14   her, I said, we lived through Betsy and all, I
15   said, but I don't know if this house could take
16   the rest.  So we walked to the designated area
17   for the bus.  Ain't no bus showed up.  So I
18   walked home.
19       Q.   And where was that designated area?
20       A.   On Claiborne Avenue.  No buses showed
21   up.
22       Q.   Claiborne and what?
23       A.   I don't know about, but we was on
24   Claiborne waiting at the bus stop.
25       Q.   Did you have to cross the bridge?

32

1        A.   No.
2        Q.   Okay.  So it was on the Lower Ninth
3    Ward side.
4        A.   It was on the Lower Ninth Ward side.
5        Q.   And no bus ever showed up.
6        A.   No buses showed up.
7        Q.   What time was that?
8        A.   I'm not exactly certain of that, sir.
9        Q.   Was it light or dark?
10       A.   It was still daytime.
11       Q.   Okay.  And you and Diane?
12       A.   Me and Diane, her sister Carol and
13   her -- Carol old man Charles, we stayed.
14       Q.   And y'all had walked together?
15       A.   No.  No, we all didn't walking
16   together.  Carol got a heart murmur.  Charles
17   had a car in front the door that he was trying
18   to get running.  He had a Blazer.  If he could
19   have got that running we'd have been all right.
20       Q.   Charles is C.J.?
21       A.   No.  Charles is not C.J.  C.J. is from
22   my children.  I just said Diane, her sister
23   Carol and Carol old man Charles.
24       Q.   Okay.  Got it.  Okay.  So he had the
25   only car.

33

1        A.   Yeah.
2        Q.   But it didn't start.
3        A.   A Blazer.
4        Q.   And it didn't --
5        A.   It didn't run like he wanted it to, so
6    he was skeptical about taking it.
7        Q.   You do not own a car.
8        A.   No.
9        Q.   How did you get to and from work?
10       A.   From Prieur Street to First Alabo, you
11   can ride a bike there in twelve minutes.
12       Q.   Okay.  When you went to the bus stop,
13   were there other --
14       A.   People there?
15       Q.   Yeah.
16       A.   Yeah.
17       Q.   Okay.  Anybody you remember?
18       A.   Anybody that I know?  No, everybody
19   was trying to talk about getting out or where
20   they was going to go.
21       Q.   Okay.  So you walked back home?
22       A.   We went back home.
23       Q.   When you got home, was it light or
24   dark?
25       A.   It was still daylight.  I closed the

34

1  windows up as best as I could with what I had,
2  I turned around and boiled some eggs, I took
3  the rope off my ladder, I took the life jacket,
4  I put it all in the front room.  And I told
5  her, I said, the best thing we can do is if the
6  storm come up too high we can get in the attic.
7  And I put my life jacket around her and told
8  her to lay down.  And she was sleeping.  She
9  had already had hip surgery on both her hips.
10  So that walk had her hurting.
11      Q.  Diane you mean?
12      A.  Yeah.
13      Q.  How old is Diane?
14      A.  Fifty-two years old.  She done had hip
15  surgery on both of her hips and knee surgery,
16  so she's walking around with two plastic hips
17  and one plastic knee.  And then I put her in
18  the tree for Katrina.
19          (Off the record.)
20      A.  When that hurricane hit --
21  EXAMINATION BY MR. WALKER:
22      Q.  Now, before you get there, Mike, when
23  you got back to the house, you boarded it up,
24  you did what you told me about the ladder.  Did
25  you do any other preparations?

35

1      A.  No.  Everything else, after boiling
2  the eggs and stuff, we put it in a little
3  cooler and turn around and just let it sit in
4  the front room.
5      Q.  Had you bought any additional food
6  supplies?
7      A.  My first paycheck was supposed to be
8  the week Katrina hit.  I never got paid.
9      Q.  And you were expecting to leave
10  anyway.
11      A.  Yep.  The thing about that, we only --
12  between the two of us we had $23, and where
13  were we going?  She gets a once-a-month income,
14  and this was already coming to the end of a
15  month, starting a new month.  So all my bills
16  were paid.
17      Q.  Okay.  Who else was in the house with
18  you two, anybody?
19      A.  Me and just her.
20      Q.  How about -- I think you said it was a
21  fourplex?
22      A.  It was a fourplex.
23      Q.  Anybody in the fourplex?
24      A.  Her sister lived downstairs underneath
25  us.

36

1      Q.  And did she stay, too?
2      A.  She stayed with us.
3      Q.  Anybody else with her?  Charles?
4      A.  Charles.
5      Q.  And Charles and Diane stayed?
6      A.  No.  Charles and Carol.
7      Q.  Not Diane.
8      A.  Me and Diane.
9      Q.  Carol and Diane are sisters.
10      A.  Yes.
11      Q.  Carol and Charles stayed downstairs?
12      A.  They stayed.
13      Q.  And you two upstairs.
14      A.  Yes.
15      Q.  Anybody else in the fourplex that did
16  not evacuate?
17      A.  No.
18      Q.  Okay.  You said that you -- after you
19  came back and made your preparations you got a
20  life jacket.  Did you put that in the attic or
21  on your person?
22      A.  On my person.  It was in the front
23  room.  I told her when the hurricane comes I'm
24  going put it around her.
25      Q.  Okay.  So you didn't actually walk

37

1  around the house wearing it, you had it ready.
2      A.  I had it ready.
3      Q.  Okay.  What were you thinking?  What
4  were you expecting?  Why did you take these
5  life jackets out?
6      A.  Because of living in this house, it
7  had already lived through Betsy and all the
8  rest.  It never went through a Category 4
9  hurricane, and I didn't think it would stand
10  it.  And I told my lady, I said, I don't think
11  this house is going to do it.  But there's no
12  place else we can go.
13      Q.  Were you concerned about the winds; is
14  that what you're talking about?
15      A.  I was concerned about the winds.
16  That's why I boarded up and closed up as much
17  as I could.
18      Q.  Did you have any concern about water?
19      A.  No.
20      Q.  Okay.  Were you living in the Ninth
21  Ward during Betsy and were you old enough to
22  remember it?
23      A.  I was living in the Ninth Ward but not
24  on that side.
25      Q.  Okay.

38

1    A.   And I remember swimming with the
2    Lampills and with my big mama my mama.  Yes, I
3    remember Betsy.
4    Q.   So you remember the flooding in Betsy.
5    A.   Yes, I do.
6    Q.   And at the time you were living --
7    A.   On Haydel Street.
8    Q.   -- on Haydel.
9         But flooding was not a particular
10   concern of yours at this time?
11   A.   No.  Especially living upstairs.  It
12   wasn't my certain.
13   Q.   All right.  In the time that you lived
14   in the Lower Ninth Ward in the area of Deslonde
15   and N. Roman and Urquhart, did you ever see the
16   neighborhood flood?
17   A.   No.
18   Q.   How about during the May floods and
19   those heavy rains, did you ever see more than a
20   foot or two or water in the neighborhood?
21   A.   No.
22   Q.   Did you ever see water come over the
23   levee?  And I'm talking before Katrina.
24   A.   No.
25   Q.   In your life there.

39

1    A.   No.
2    Q.   Did you ever see any seepage of water?
3    A.   No.
4    Q.   All right.  Let's get a couple of
5    exhibits here that you can use if you want to
6    as we go through your testimony.  We're going
7    to mark a Google map here as Exhibit 4.  And
8    you'll see at the top it says 1838 Deslonde.
9         (Exhibit 4 was marked for
10   identification and is attached hereto.)
11   A.   Uh-huh.
12   EXAMINATION BY MR. WALKER:
13   Q.   Was that your address?
14   A.   1840.  Next door.
15   Q.   Okay.  1838 was --
16   A.   That's Carol.
17   Q.   Okay.  That was the fourplex
18   downstairs.
19   A.   Yeah.
20   Q.   Okay.  But we can say it's the same
21   building; right?
22   A.   Yeah, it is.
23   Q.   All right.  So this Google map shows
24   where 1838-1840 Deslonde is located with this b
25   balloon.  Would you agree that that's an

40

1    accurate location of the GPS?
2    A.   Jourdan Avenue?  Yes, it is.
3    Q.   Okay.  So it's almost in the middle of
4    the block between N. Roman and N. Prieur.
5    A.   Yes.
6    Q.   And one block from Jourdan Avenue.
7    A.   One block from Jourdan Avenue.
8    Q.   And three blocks from N. Claiborne.
9    A.   Yes.
10   Q.   All right.  If we walked out of the
11   front door of 1840 Deslonde, would we be facing
12   the Industrial Canal or Chalmette?
13   A.   Tennessee Street.
14   Q.   Tennessee Street.
15   A.   You'd be facing Tennessee.
16   Q.   So your back yard would face --
17   A.   Jourdan Avenue and the Industrial
18   Canal.
19   Q.   Okay.  Now, behind your backyard I
20   assume you had a house --
21   A.   Yes.
22   Q.   Let's me finish so that he can --
23   A.   I'm sorry.
24   Q.   That's okay.  You had a house that
25   actually faced Jourdan Avenue?

41

1    A.   On the next street over, yes.
2    Q.   So if I went out your backyard and
3    looked towards the Industrial Canal, I'd
4    actually see the back of a house on Jourdan
5    Avenue.
6    A.   If you were on the ground --
7    Q.   That's what I'm talking about.
8    A.   But if you were in the upstairs
9    apartment and you walked to that back door
10   you'll be looking at the levee and the roofs of
11   the other houses.
12   Q.   Because you could have seen over the
13   houses on Jourdan Avenue.
14   A.   Yes.
15   Q.   Okay.  So the house behind you on
16   Jourdan was a one-story?
17   A.   One-story.
18   Q.   Okay.  But if you were sitting on the
19   ground --
20   A.   All you see is houses.
21   Q.   Back of the houses, right.
22   A.   Yes.
23   Q.   Okay.  If we went out of the front
24   door and were facing Tennessee Street, who
25   would be the neighbor or who was the neighbor

42

1  on your left towards N. Prieur?
2      A.  On my left?  If I walked out that door
3  on my left, across the street on this side was
4  Miss Sylvia.  Directly in front of me was
5  Mr. Lloyd.  On this side of me was Mr. Green,
6  and Miss Pinkston was next door to me.  And I
7  watched all four houses float past me.
8      Q.  Okay.  Let's take it slowly because
9  the record can't show where you're pointing.
10  So again, if you and I had walked out of your
11  front door, the neighbor to your left was?
12      A.  Ms. Sylvia.
13      Q.  Okay.  And who was next to her?
14      A.  No.  Ms. Sylvia -- coming back towards
15  my front door was Mr. Lloyd.
16      Q.  All right.  Hold on.  So next to you
17  was Ms. Sylvia.
18      A.  On my side the street?
19      Q.  Right.
20      A.  It was Miss Pinkston.
21      Q.  And next to her on your side of the
22  street?
23      A.  Now, I don't know the guy that lived
24  across the street from her.  But Miss Pinkston
25  was the last house on the corner of Prieur.

43

1      Q.  So you were one house from the corner?
2      A.  I'm one house off the corner.
3      Q.  Miss Pinkston is on the corner and
4  then your house?
5      A.  Yes.
6      Q.  Now, let's go in the other direction,
7  still on your side of the street.
8      A.  The next one over was Mr. Green.
9      Q.  Is that Robert Green?
10      A.  I'm not exactly certain of his first
11  name.  I've always known him by Mr. Green.
12      Q.  There are several of them?
13      A.  In the family, yes.  It's a family
14  house there.
15      Q.  Okay.  And next to the Greens?
16      A.  I don't know the neighbors over there.
17      Q.  Now, how about directly across the
18  street from you?
19      A.  Directly across the street from me was
20  a bus driver by the name of Mr. Lloyd.
21      Q.  Lord?
22      A.  Yeah, Lloyd.  L-O-Y -- I think it's
23  L-O-Y-D or something like that.
24      Q.  Lloyd?  Okay.  And you said
25  Ms. Sylvia?

44

1      A.  Ms. Sylvia was on the corner next to
   him.
2      Q.  Across the street from you.
3      A.  Yeah.
4      Q.  And what's her last name?
5      A.  I don't know her last name.
6      Q.  Okay.  Now, how about behind you, your
   neighbors on Jourdan?
7      A.  I don't know them.
8      Q.  Okay.  Did you know any of the people
   on Jourdan?
9      A.  No.
10      Q.  Do you know a fellow called Arthur
   Murph?
11      A.  No.
12      Q.  Before coming here today, Mr. Bickham,
   did you meet with Mr. Gilbert?
13      A.  No.
14      Q.  Have you ever met Mr. Gilbert before
   today?
15      A.  No.
16      Q.  Did you meet with any attorneys to
   talk about this deposition?
17      A.  No, sir.
18      Q.  Have you ever met with any attorneys

45

1  to discuss the barge case or the Corps of
2  Engineers case or the flooding or anything like
3  that?
4      A.  No.
5      Q.  Are you represented in any lawsuit
6  against anybody resulting from Katrina?
7      A.  No, not that I know of.
8      Q.  Okay.  You haven't signed any
9  papers --
10      A.  No.
11      Q.  -- with any attorney firms saying you
12  have my case, go, you know, sue whoever you
13  want?
14      A.  No, sir.
15      Q.  I'm going to show you another exhibit
16  that we'll mark as Number 5.  It's also one of
17  these Google services, and you'll see again it
18  says 1838 Deslonde.  And it's got an orange
19  house looking thing.
20          (Exhibit 5 was marked for
21  identification and is attached hereto.)
22      A.  Yeah.
23  EXAMINATION BY MR. WALKER:
24      Q.  This is a post-Katrina photograph.  Is
25  that pretty close to the location of the

46

1   address between N. Prieur and N. Roman?
2       A.   Yes, it is.
3       Q.   Okay.  And we see Jourdan Avenue and
4   the levee here, right?
5       A.   This is Jourdan Avenue here, Miss
6   Pinkston house is here, my house was here,
7   Mr. Green, Ms. Sylvia, Mr. Lloyd.
8       Q.   All right.  Let's go through it
9   slowly. I see this vegetation, these green
10  things here, trees or something, that's where
11  your house was?
12      A.   That's where it was.
13      Q.   So if I put an X in front here, that's
14  fair?
15      A.   That's where it was.
16      MR. GILBERT:
17          Well, let's --
18          Wait.  Just hang on, because I
19      have an objection.  Vegetation or
20      trees or something.  I'm just going to
21      object to --
22      MR. WALKER:
23          It's -- just for demonstrative
24      purposes there's a green blob.
25      MR. GILBERT:

47

1          I understand.  Let's call it a
2      green blob then.
3      MR. WALKER:
4          All right.
5   EXAMINATION BY MR. WALKER:
6       Q.   And Miss Pinkston was here, you said?
7       A.   Yes.
8       Q.   Would it be this --
9       A.   This area here, this corner lot here,
10  was Miss Pinkston.
11      Q.   All right.  We'll put a circle --
12  would that be fair, in here somewhere?
13      A.   Yeah.
14          (Brief interruption.)
15  EXAMINATION BY MR. WALKER:
16      Q.   In here, right?
17      A.   Right.
18      Q.   All right.  So the circle is Miss
19  Pinkston.  And then Mr. Green, you said, over
20  here?
21      A.   Right.
22      Q.   This white thing?
23      A.   No.  It was right here.
24      Q.   That's his house?
25      A.   Is this the whole block?

48

1       Q.   Yeah.  This is the whole block right
2   here.
3       A.   Okay, this would be Ms. Sylvia.  This
4   area here is me.  You got another house here
5   that was Mr. Green.
6       Q.   Okay.  So we'll do an arrow for the
7   Greens.  Okay?  So you're the X, Pinkston is
8   the circle and the arrow is the Greens.
9       A.   All right.
10      Q.   And did you say there was something in
11  the corner?  You don't remember that one?
12      A.   I don't remember the people that lived
13  in the house.
14      Q.   And Mr. Lloyd was directly across from
15  you?
16      A.   Mr. Lloyd house was across the street,
17  Ms. Sylvia house was on corner of Prieur,
18  and -- on the corner of Deslonde and Prieur.
19      Q.   Okay.
20      A.   Okay.  Mr. Lloyd house was right next
21  door to it.  See, this -- your photograph --
22  I'm saying what I'm saying, but your photograph
23  is not actually showing where each house lot is
24  at.  So actually, in this block here, there's
25  like about seven or eight different houses.

49

1       Q.   Right.
2       A.   But the way I'm doing it is basically
3   telling you an area, that I come out my front
4   door to my left, exactly on side of me was Miss
5   Pinkston.  That next piece of property was 1840
6   Deslonde.  Okay?  And then the next piece of
7   property was Mr. Green.  And if it was all
8   sectioned off I would be able to tell you
9   exactly where each house was at.
10      Q.   All right.  Between you and Mr. Green
11  there was nothing; in other words, the house
12  next to you was Mr. Green.
13      A.   Yeah.
14      Q.   Okay.  And the other house next to you
15  on the other side was Ms. Pinkston.
16      A.   Miss Pinkston.
17      Q.   All right.  So regardless of how we
18  marked it on Exhibit 5 --
19      A.   They're all gone.
20      Q.   -- the houses were three in a row.
21      A.   Yeah.
22      Q.   Okay.  All right.  Sunday.  Let's go
23  back to Sunday.  You made your preparations,
24  put the life vest I think you said in the
25  living room?

50

1   A.  Yeah.
2   Q.  Was the house one bedroom, two
3   bedroom?
4   A.  I was two bedrooms.
5   Q.  Two bedrooms, two baths?
6   A.  One bath.
7   Q.  One bath.  Living room, kitchen?
8   A.  Living room, kitchen, yeah.
9   Q.  Okay.  Eight foot ceilings?
10  A.  Eight foot ceilings.
11  Q.  And eight foot ceilings downstairs,
12  too?
13  A.  Eight foot ceilings throughout the
14  whole house.
15  Q.  And did you have an attic?
16  A.  Yes.
17  Q.  Was it a pull-down type?
18  A.  No.  It had the, um -- slide door.
19  Put a ladder or something there and push the
20  door open to the attic.
21  Q.  Did you make any preparations to put
22  the ladder in the attic?
23  A.  I put -- I put the ladder at the back
24  door and locked it.  But the water came in so
25  fast, the only thing I could put in that

51

1   hallway was a trunk that carried my clothes in
2   and we climbed up in the attic from the trunk.
3   Q.  All right.
4   A.  And it came in so fast.
5   Q.  We'll get to that.  That's much later.
6   Right now I just want to talk about your
7   preparations so I can keep a chronology.
8       Describe the house for me in terms of
9   construction type.  Was it wood or brick?
10  A.  It was stucco on the outside, wood on
11  the inside.  Like a concrete, but it wasn't
12  solid concrete.
13  Q.  Was it raised or on a slab?
14  A.  It was on a slab.
15  Q.  So how many steps from the ground to
16  the front door of Carol 's house?
17  A.  None.
18  Q.  So it was directly --
19  A.  Level with the ground.  Went straight
20  up in.  Open the front door and step in.
21  Q.  Okay.  And you said stucco with wood
22  frame.
23  A.  Yes, sir.
24  Q.  Okay.  All right.  Did you go to sleep
25  on Sunday?

52

1   A.  No.  She did.  Diane did.
2   Q.  What were you doing Sunday evening?
3   A.  Watching.
4   Q.  TV?
5   A.  No, watching the weather.
6   Q.  Okay.
7   A.  Kept going in and out of the door
8   watching the weather.
9   Q.  All right.  And you never went to
10  sleep?  Or did you try and go to sleep?
11  A.  Couldn't sleep.
12  Q.  Why?
13  A.  I have a statement that I used to tell
14  Diane, that I am her body guard, and as long as
15  that hurricane was out there as a threat I
16  wasn't sleeping.  Neither one of us could be
17  caught off guard.
18  Q.  Okay.  Tell me what happened as the
19  night progressed.  Let's go Sunday, take it to
20  midnight.  Anything in particular, anything
21  remarkable up to midnight?
22  A.  We were -- me and Charles was joking
23  about the high winds.  I met him downstairs and
24  I turned around and we walked from Prieur and
25  Deslonde to N. Johnson.  The water had already

53

1   started to rise on the canal.  We was joking
2   about how it was popping on the wall.  We would
3   see it coming over, but the wall was containing
4   it from the winds.
5   Q.  Okay.  Let me stop you there.  So you
6   and Charles walk to the levee.
7   A.  No.  We walked from Prieur -- from
8   Deslonde and Prieur to Johnson and Deslonde.
9   N. Johnson.
10  Q.  All right.
11  A.  Same street, one block down.
12  N. Johnson is a dead end coming from Tennessee,
13  but you can reach it from Jourdan Avenue.  My
14  daughter owned her house one block away, and we
15  was walking down there.  My stepdaughter
16  Thomekia.  This area --
17  Q.  Oh, I see it.  This is N. Johnson
18  here.  I'm sorry.  So you walked down Deslonde
19  to N. Johnson?
20  A.  Toward N. Johnson.
21  Q.  Right.
22  A.  And when you get here, you can see the
23  wall of Jourdan Avenue.
24  Q.  When you got to the corner of Prieur
25  and Deslonde?

54

1    A.  And you can see the wall.  The wall
2  was up on the levee.  And we're sitting there
3  watching as the wind blew the water against the
4  wall.  And very little water was coming over
5  that wall.
6    Q.  Got you.  Okay.  Did you ever get any
7  closer to the levee than the corner of Deslonde
8  and N. Prieur?
9    A.  No.
10    Q.  Okay.  So if I put an arrow going down
11  N. Prieur, that's where you were, where you
12  looked towards the levee and saw what you
13  described.
14    A.  Yeah.
15    Q.  Okay.  So let's put an arrow.  And
16  that's where you and Charles looked down and
17  saw that.
18    A.  Yes.
19    Q.  Okay.  Around what time was that?  And
20  I realize you don't -- you're not waring a
21  watch or anything like that.
22    A.  I can't.  And they had already turned
23  the power and all off, so I really couldn't
24  tell you.  The power and gas was already turned
25  off.

55

1    Q.  So when you and Charles took this
2  walk, there was no power.
3    A.  No power.  No street lights, no
4  nothing in the hood.  It was just us being a
5  fool, because we were joking, decided to walk
6  and see if anybody was still walking around.
7    Q.  So it was probably well after midnight
8  on Sunday.
9    A.  Yeah.  Yeah.  After midnight.
10    Q.  So it was already Monday at some point
11  before daybreak.
12    A.  Yeah.
13    Q.  Okay.  Was there any water in the
14  street when you and Charles were walking?
15    A.  No, sir.  There wasn't.
16    Q.  And do you remember the weather in
17  terms of the wind, the rain?
18    A.  It was raining, but it wasn't -- it
19  was like the rain would like whip you, like it
20  would swing around you, but it wasn't where you
21  would be soaking wet.  You know, by the time we
22  got back to the house, neither one of us was
23  soaking wet.  You know, and I told him I'm
24  going upstairs and check on Diane.  He went in
25  his house and checked on Carol.

56

1    Q.  Okay.  And how was the wind?
2    A.  High.
3    Q.  The rain was moderate but the wind was
4  strong.
5    A.  The wind was strong.
6    Q.  Okay.  And correct me if I'm not
7  saying things correctly.  What I thought you
8  said was as you looked down Prieur toward the
9  levee you saw wind-whipped splashing?
10    A.  The water coming over the levee.  The
11  wind had already got the water where it was
12  high on the levee -- on the Industrial Canal.
13    Q.  Against the wall.
14    A.  But the wind had it where it was
15  moving and you could see the water as it
16  popped.  It wasn't like it was a constant flow
17  of water, but you could see the water as the
18  wind -- as it hit that wall coming up.
19    Q.  All right.  So it was slapping against
20  the wall and you'd see the splash over the
21  wall.
22    A.  Yeah.
23    Q.  But it was not flowing over the wall.
24    A.  No, it wasn't.
25    Q.  Okay.  Did you just go out that one

57

1  time?
2    A.  That one time.
3    Q.  All right.  Did you make to it
4  N. Johnson?
5    A.  No.  We turned around.
6    Q.  Okay.  And you went back to Diane, he
7  went back to Carol.
8    A.  Yes, sir.
9    Q.  But you don't remember the time.  We
10  know the power was already off, no street
11  lights were on.
12    A.  No streetlights.
13    Q.  Okay.  What did you do next?
14    A.  Well, I went upstairs and I went and
15  opened the door and I looked at her, and the
16  horn started to blow.  Mr. Green son didn't
17  take his car.  So when the horn started to
18  blow, we ran over there and I'm looking out the
19  window, and his car is going underwater.  And I
20  told Diane, I said, something is wrong.  She
21  says, what?  I said, the noise.  Something is
22  wrong.  So I opened the back door.
23    Q.  Upstairs.
24    A.  From upstairs.  No longer can I see
25  the water coming over the top of that wall.  I

58

1   told her to get dressed.  She said, what was
2   that this I heard?  I said, baby, I thought
3   that was a transformer or something exploding,
4   but it wasn't.  Within eight minutes the guy
5   that lived around the corner from me was asking
6   me could he come up into my apartment because
7   his house is underwater.
8       Q.   All right.  Let me stop you.
9            So you went back after you and Charles
10  went outside, and at some point after that you
11  heard Mr. Green 's car, or one of the Greens'
12  car -- a horn blowing.
13      A.   The horn blowing.
14      Q.   Okay.  How long had you been back in
15  the house since your walk when you heard the
16  horn blowing?
17      A.   Maybe about ten minutes.
18      Q.   Okay.  Before you went out with
19  Charles had you looked from your back porch
20  towards the levee?
21      A.   No.
22      Q.   Okay.  You heard the horn blowing.
23  Where is it that you looked from to see the
24  car?
25      A.   My wife niece used to live next door

59

1   to us in the fourplex.  She had moved and gave
2   us the complete upper apartment.
3       Q.   So you had --
4       A.   Both sides.
5       Q.   40 and 38 or whatever the numbers are.
6       A.   Yeah.  So I walked out of my front
7   door into the next room, and the front room
8   window looked into Mr. Green front yard.  And
9   we was looking down at the car as the car
10  battery went off at the water started to hit
11  it.
12      Q.   You say we.
13      A.   Me -- because the house started to
14  flood, so now it's me, Diane, her sister Carol
15  and Charles.
16      Q.   Okay.  But you're way ahead of me.  I
17  thought you said that when you came back with
18  Charles from your walk, about ten minutes later
19  you heard the horn going.
20      A.   And when we walked back there was no
21  water.  But ten minutes later the neighborhood
22  was flooding fast.
23      Q.   Okay.  When you heard the horn start
24  going, I thought you said you went to see what
25  the noise was, why the horn was blowing.

60

1       A.   Uh-huh.
2       Q.   Right?
3       A.   Yes, sir.
4       Q.   Okay.  And you went next door to your
5   niece's house to see -- to look at the car.
6       A.   Yes, sir.
7       Q.   Okay.  You were by yourself when you
8   did that?
9       A.   Me and Diane was together.
10      Q.   Okay.  So you had gotten her when the
11  horn started blowing and you both went to your
12  niece's house to see why the horn was blowing.
13      A.   Okay.  Let's, um -- let's backtrack.
14  Let me explain.  The first thing, I went and I
15  opened the door to check on her.  There was a
16  noise.  I thought it was a transformer.  I went
17  to the back door and didn't see the water
18  popping up on the wall anymore.
19      Q.   And what did you see?
20      A.   I didn't -- with the lights out, I
21  didn't see anything.  All you could see like
22  from here to that building with the white top.
23  I can see that levee, but I can't see the
24  splash of water coming off that levee anymore.
25      Q.   Could you see the levee?  Could you

61

1   see the wall?
2       A.   I could see the levee wall, but I
3   couldn't see the water coming off of it.  So I
4   told her to get dressed.
5       Q.   Let me stop you.  So you couldn't see
6   the splashing that you and Charles had seen.
7       A.   No.
8       Q.   But you saw the wall standing.
9       A.   The wall was standing.
10      Q.   Okay.
11      A.   Now, from that point, by the time she
12  got up, put on a sweat shirt and started to get
13  dressed, the horn went off.  So now I done
14  walked over from my door, my apartment, there's
15  a little hallway.  Come out my front door to
16  Allison and them front door and walked to the
17  bedroom -- that front room window.  I can look
18  down at Mr. Green driveway.
19      Q.   Right.
20      A.   His grandson left his car there and
21  the water had already hit his battery.
22      Q.   So it had gone up two or three feet.
23      A.   It was coming up real fast.
24      Q.   All right.  Let me stop you.  And the
25  reason you went to look from your back towards

62

1   the levee --
2       A.   Because we heard a noise.
3       Q.   -- is because you heard a noise.
4       A.   Yeah.
5       Q.   Right.  And you said that Diane heard
6   the noise, too?
7       A.   It woke her up.
8       Q.   Okay.  Could you had describe that
9   noise.
10      A.   It's -- it sounded like a dragging
11  sound.  The first thing it sound like to me was
12  like somebody was out there like two cars
13  hitting one another, but I knew it wasn't no
14  cars.  It sounded like two cars hitting.  And
15  it sounded so loud until it woke her up, and
16  she's a light sleeper.  But when I opened the
17  door up, she jumped up and asked me what was
18  that?  I told her I don't know.
19      Q.   Okay.  I'm sorry.  I thought you said
20  something about at first you thought it was a
21  transformer.
22      A.   The sound.  Okay?  I thought it was a
23  transformer that was blowing.  So I told her, I
24  don't know, it sounded like a transformer
25  blowing.

63

1       Q.   So did it sound like an explosion to
2   you?
3       A.   It was an explosion.  It sounded like
4   an explosion.
5       Q.   Okay.  Was it a single --
6            MR. GILBERT:
7                 Let him finish his answer.
8   EXAMINATION BY MR. WALKER:
9       Q.   Was it a single boom that you heard?
10      A.   No.  It came on like -- impact sounded
11  like explosion, but it kept dragging.  You
12  know, like it kept making a noise as though
13  something was dragging.
14      Q.   So you first heard an explosion-like
15  sound that you thought could have been a
16  transformer.
17      A.   Yeah.
18      Q.   Did you hear that explosion sound
19  again?
20      A.   No.
21      Q.   Okay.  You heard the one.  And then
22  after the explosion sound you heard like a
23  dragging sound?
24      A.   Sound like a dragging sound.
25      Q.   Okay.

64

1       A.   That's what made her jump up.
2       Q.   And that was a continuous one, or was
3   it interrupted?
4       A.   It didn't -- you heard a dragging
5   sound for like two or three minutes and it just
6   stopped.
7       Q.   Okay.  And the dragging sound was
8   continuous or was it --
9       A.   Yeah.  All you heard was like a --
10  (Indicating.)
11      Q.   And then it stopped?
12      A.   It stopped.
13      Q.   And because of that you went then to
14  the -- after that, then the horn started
15  blowing.
16      A.   The horn started blowing.
17      Q.   You and she went to the front and
18  looked down at the car, and it was --
19      A.   I went in first and she came in after
20  me.  Because the horn went off loud.  That's
21  what made her come in there.  Okay?  I went in
22  there, the horn was going off.  Her sister
23  Carol and Charles came and told us that the
24  water done got in the house, they needed to
25  come upstairs.  So they came up.  I went back

65

1   from Allison apartment to my apartment and I
2   grabbed the hammer, the rope and didn't get a
3   chance to get the ladder because when I looked
4   back in the hallway, this water is now three
5   steps from the top of my -- from the stop step.
6   I grabbed my trunk, threw everything else down
7   and grabbed the trunk and put the trunk in the
8   attic -- to move the attic out of the way.
9       Q.   So it was three steps from the second
10  floor of this house.
11      A.   Yeah.
12      Q.   And I'm sorry.  Was this an internal
13  stairway?
14      A.   It's a single stairway going up.
15      Q.   Inside the house?
16      A.   Inside the house.
17      Q.   Not a door or anything?
18      A.   Well, I had the burglar bar door
19  already opened.
20      Q.   Burglar bars inside?
21      A.   Downstairs at the first door.
22      Q.   So you have your own -- you had your
23  own entrance to the house.
24      A.   Yeah.
25      Q.   From downstairs, stairs leading

66

1    straight up.
2        A.   Yes.
3        Q.   That was not stairs from Charles and
4    Carol 's house.
5        A.   No.
6        Q.   So that was your own front entrance
7    that came from down up.
8        A.   Yeah.
9        Q.   You had the burglar bars opened.  Why?
10   From your walk?
11       A.   No.  The burglar bars is opened
12   because if something happened I didn't want to
13   have to fight -- there's no door there, it's
14   just the burglar bars, and I didn't want to
15   fight to have to get and find no keys to open
16   no burglar bars if something happened.  So I
17   left it open.
18       Q.   Sorry.  So then you looked and the
19   water was almost up to three steps --
20       A.   It was like --
21       Q.   -- from your house.  From your floor.
22       A.   From my floor.  And it -- Charles and
23   them told me that the house was getting water
24   in it.  I said, come on up, walked inside,
25   started to grab the rope, the life jacket for

67

1    Diane, and the food.  And Charles say, man,
2    look at this.  And I walked back to the front,
3    and the water come up so fast until the
4    neighbor -- we called him Snake, I really don't
5    know his real name, we called him Snake -- he
6    come up there and he said, bro, can I come in?
7    My house is under.
8        Q.   He came through your front door?
9        A.   He camp up -- he came swimming --
10       Q.   Okay.
11       A.   -- and asked me could he come in.  He
12   said his house is flooded.
13       Q.   So when you looked -- if we go back to
14   the point where you saw the water three steps
15   from your floor, that means the water was some
16   six to seven feet?
17       A.   Six to seven feet high.
18       Q.   Because that's how high the ceiling
19   was in Carol's house.
20       A.   Well, the ceiling downstairs, yeah.
21       Q.   All right.  And how much time, and I
22   realize this is all estimated, had passed from
23   when you heard the horn to when the water was
24   about three steps from your --
25       A.   Sir, I'm going to put it like this:

68

1    In about twelve minutes.  I found myself
2    picking a roof up off of my sister-in-law and
3    putting my wife in a tree in twelve minutes.
4    From the point of the noise, twelve minutes
5    later I'm in a tree.  Thirteen hours later I'm
6    listening at the coast guards tell me the water
7    is too strong -- I can't -- we can't come in
8    there for y'all.  Thirteen hours later, in a
9    tree, they telling me the water is too strong.
10       Q.   I understand.
11            MR. GILBERT:
12            Let's take five.
13            (Brief recess.)
14   EXAMINATION BY MR. WALKER:
15       Q.   All right.  Mr. Bickham, let's get
16   back on the record here.  I think the last
17   question I asked you is if you could remember
18   the gap in time between the time that the car
19   horn started going and the water came up to
20   almost three steps from your second floor
21   residence.  And I think you told me that in a
22   matter of about twelve minutes --
23       A.   Everything was gone.
24       Q.   -- everything was gone.  So do you
25   think it was twelve minutes or so from the time

69

1    the car horn started going until water reached
2    your second story?
3        A.   I believe it was right about twelve
4    minutes -- within a twelve-minute period this
5    whole neighborhood -- or the house that I was
6    in begin to float.
7        Q.   And you say twelve minutes as opposed
8    to fifteen or twenty.  Why do you say that?
9        A.   Because if this would have gave me
10   fifteen minutes I would have been able to get
11   in the attic, knock a -- knock a section of the
12   window out or the ceiling out.  But within that
13   twelve-minimum period I got everybody in the
14   attic and the attic buckled.  I grabbed a
15   hammer, and by the time I put the hammer in my
16   hand the back wall fell out.
17       Q.   And the attic buckled -- well,
18   let's --
19       A.   Like it lifted up off the house
20   foundation.
21       Q.   Let's back up a little bit.
22            Did you get everyone in the attic?
23       A.   Everybody got up in the attic.  The
24   last person I pulled in the attic was Charles.
25       Q.   So that's you, Diane, Carol and

70

1   Charles.
2       A.  And the guy that I told you needed --
3       Q.  Snake?
4       A.  Snake.
5       Q.  So was there five of you up there.
6       A.  Five of us.
7       Q.  In your attic.  Was there water in the
8   attic when you were up there?
9       A.  No.
10      Q.  Okay.  You then said the attic
11  buckled.
12      A.  It buckled.  It's like the house
13  shift.  You felt it under you, but I'm trying
14  to keep Diane comfortable or calm.  I told her
15  she was tripping.  But I'm looking at Charles,
16  and I told him, I said, this roof is moving.
17      Q.  And how long you had been in the attic
18  before it started buckling?
19      A.  We wasn't -- Charles and I never got a
20  chance to sit down.  Everyone else start
21  finding a place, trying to wait it out.  By the
22  time I pulled Charles up we was floating.
23      Q.  And the buckling was because the
24  entire house was moving?
25      A.  Was shifting.

71

1       Q.  Okay.
2       A.  Now, I grabbed the hammer and started
3   beating on the ceiling to knock the ceiling
4   out.  The section of board that I broke loose
5   wouldn't move.  So I broke loose another
6   section as the house started to move, and
7   there's a tree up against this house.
8       Q.  Your house.
9       A.  And there is no trees -- no trees in
10  the area that we lived in.  My front yard
11  didn't have no tree, Miss Pinkston yard didn't
12  have no tree.  But this tree stopped me from
13  pushing that roof open.
14      Q.  Okay.  So the house had apparently
15  shifted and moved sufficiently to lodge against
16  the tree that you didn't recognize.
17      A.  This tree floated up against this
18  house.  That's where -- that's where I said the
19  house buckled.
20      Q.  So you think the tree floated against
21  the house?
22      A.  The tree came to us.
23      Q.  So the house was generally in the same
24  location.
25      A.  Because me and Charles tried to push

72

1   this board out that I loosened.  The back wall
2   where the back steps is just fell out.
3       Q.  So you think this was a tree that had
4   been uprooted?
5       A.  This was a tree that was uprooted
6   going with the current.
7       Q.  Okay.  And it lodged against the
8   house.
9       A.  And it lodged against this house,
10  between Miss Pinkston house and my house.
11      Q.  And do you know which direction this
12  current was going in?
13      A.  No.
14      Q.  Do you know in which direction the
15  house shifted?
16      A.  No.  The only thing I remember is we
17  like bounced up against another tree.
18      Q.  As we sit here today, and I'm not
19  asking you what you were looking at then, but
20  as we sit here today, since you were there for
21  thirteen hours into the daylight hours of
22  Monday --
23      A.  Yeah.
24      Q.  -- did you have a perspective of where
25  you ended up so that could tell us the house

73

1   shifted from here to here?
2       A.  From the perch that I was in this
3   tree, looking straight across me I'm looking at
4   N. Claiborne bridge.
5       Q.  Okay.  Let's look at Exhibit 4 which
6   shows the Google map and the house.  Looking at
7   this map, can you tell me where the house
8   shifted to?  Or was it too difficult because
9   everything was underwater?
10      A.  Everything was underwater.
11      Q.  So you don't know if it shifted
12  towards Tennessee Street?
13      A.  I don't know if it shifted Tennessee
14  Street or to Jourdan Avenue.  What I do know --
15      Q.  I'm sorry, go ahead.
16      A.  What I do know is, I can look and I'm
17  looking directly at the Claiborne bridge.
18      Q.  From?
19      A.  From the tree that we was in.  From
20  this angle, I'm looking directly at the
21  Claiborne bridge.
22      Q.  That's when you were in the tree?
23      A.  Yeah.
24      Q.  So you were no longer in the house at
25  that time.

74

1   A.   The house was gone.
2   Q.   Right.  Now, when you were still in
3   the house, were you closer to Claiborne Avenue?
4   A.   I don't know.
5   Q.   Okay.  And you can't tell if you were
6   closer to Florida Avenue.
7   A.   No.
8   Q.   So you really, as you sit here today
9   thinking back on it, or even as you were there
10  that day, you don't really have an idea of how
11  the house shifted.
12  A.   No, I don't.
13  Q.   Okay.  So at some point the house just
14  kind of collapsed from under y'all, is that
15  right?  Or breaks apart.
16  A.   Well, what happened is when that
17  house -- the roof hit this tree, it lodged
18  against this tree, and I still think by the
19  grace of God, because it held it there.  We
20  broke to the front, and Carol forgot her bag,
21  and when she went back to get her bag the roof
22  collapsed over us.  It was over us.
23  Q.   The roof of 1348?
24  A.   The roof of 1348 and 1840 Deslonde
25  fell backwards.  And it trapped her.  The

75

1   waves -- we lift the house up while Charles
2   pulled her from underneath.  But it stayed
3   lodged against this tree.
4   Q.   Right.
5   A.   I put Diane above my head in this
6   tree.  Carol went in between the fork of the
7   tree.  Mr. Lloyd house came back up and hit us.
8   All I could hold onto was a branch until his
9   house got off my legs.
10  Q.   So this was -- Carol was the highest
11  on the tree?
12  A.   Diane was the highest.
13  Q.   Diane then Carol?
14  A.   Then Carol and Charles.
15  Q.   Then Charles?  How about Snake?
16  A.   He got out in the water and started
17  swimming.  I haven't seen him yet until this
18  day.
19  Q.   So you don't know --
20  A.   I don't know where he's at.
21  Q.   You don't know if he survived.
22  A.   I don't know if he survived.
23  Q.   Do you know him as anything other than
24  Snake?
25  A.   That's all we knew him as around the

76

1   neighborhood.  He cut grass around the
2   neighborhood.  He's like handicapped.  But all
3   I ever known him as is Snake.  I never known
4   his real name.
5   Q.   I know this all happened very quickly.
6   Did y'all have cellphones?
7   A.   None that would work outside the
8   range.  I had one, my old lady had one and
9   Charles had one, but all of us got drenched in
10  water.  The cellphones were dead.
11  Q.   Nobody had time to make a call, 911 or
12  anything like that.
13  A.   Couldn't make no calls.
14  Q.   All right.  I know you were on the
15  tree for some time.  When you were first all
16  clinging to the tree, it was still dark?
17  A.   Yeah.
18  Q.   What was the weather like at that time
19  in terms of --
20  A.   Raining hard.
21  Q.   So the rain had increased.
22  A.   The wind and the rain -- you can hear
23  the howling of the wind, and the rain was
24  stinging you it was coming down so fast.
25  Q.   Did you hear anybody else?  Did you

77

1   see people?  Were you able to see things?
2   A.   There was another guy floating.  He
3   had on a life jacket, but the current was
4   bringing him towards the Industrial Canal.  The
5   same house that had me jammed saved him because
6   the next street over he was able to get on the
7   roof of the next house.
8   Q.   And do you know who that was by any
9   chance?
10  A.   Unh-unh.
11  Q.   But the current was push him from
12  Tennessee?
13  A.   It was circling.
14  Q.   -- toward the Industrial Canal?
15  A.   It was circling from like -- from the
16  Mississippi all the way back.  And that's
17  basically what the houses were doing, they were
18  floating past us in a circle.
19  Q.   One thing I didn't ask you was when
20  you heard this original sound, this boom,
21  explosion, and then the grinding sound, did you
22  have any notion of where it came from?
23  A.   It sounded -- I'm going to tell you
24  exactly what I did.  From the sound of it, it
25  sounded like it was behind my house.  And I

78

1    opened my back door to look out.  I can't see
2    what it is, but all I see is the water not
3    coming over.
4         This barge landed like a half a block
5    from where I lived at when it come over that
6    barge -- come over the wall.  It landed, but I
7    can't see this barge in the dark.
8         Q.  You don't know at that time if it was
9    there or not.
10        A.  I couldn't see it.
11        Q.  Right.
12        A.  With the rain and all, all it look
13   like was darkness.
14        Q.  Right.  So where -- let's go back to
15   where do you think the sound came from?
16        A.  From -- okay.  Say like right now I'm
17   in the front of my house.  This sound came from
18   my back like I'm going to my bathroom.
19        Q.  So from your back yard area.
20        A.  So it's going back towards Jourdan
21   Avenue.
22        Q.  Did it sound like it came from Florida
23   Avenue, St. Claude, Claiborne?
24        A.  No, it came from behind me off of
25   Jourdan.  And the only thing between us then

79

1    was the Industrial Canal, Claiborne Avenue and
2    Florida Avenue.  But behind me is what that
3    sound sounded like it came from behind my
4    house.
5         Q.  I understand.
6         A.  The back of my house.
7         Q.  Did it sound to you like it came from
8    Southern Scrap?
9         A.  I don't know about that, sir.
10        Q.  Did it sound that far away from you?
11        A.  No.  It sounded close to me.
12        Q.  Okay.  And then you went back and you
13   no longer could see the splashing --
14        A.  I couldn't see the splashing --
15        Q.  -- but you could see the wall.
16        All right.  You were hanging on this
17   tree that night of Monday.  How long were you
18   on that tree before daylight?  And again, I
19   know this is all an estimate, but did daylight
20   come in an hour or so?
21        A.  No.  It took a while for daylight to
22   come.  It looked like it took forever for
23   daylight to come.
24        Q.  Okay.
25        A.  You know, it's a funny thing.  Because

80

1    I sit in that tree, and I'm looking up at
2    Diane, and I turned around and I prayed, and my
3    exact prayer was, father, out of all the things
4    that you brought me through, I know you didn't
5    bring me out here to die like this, not like
6    this.
7         Q.  All right.  At some point it got
8    light.  And you were still in the tree?
9         A.  Yeah.
10        Q.  Okay.  And you were facing Claiborne
11   Avenue?
12        A.  I could see Claiborne Avenue.  With
13   all the water I couldn't exactly tell which --
14   I can see the bridge from the tree.
15        Q.  All right.  At that point when it
16   first got light and you looked all around you,
17   the neighborhood was flooded?
18        A.  It was -- there was no neighborhood.
19        Q.  Okay.
20        A.  All you seen is rooftops.
21        Q.  Were houses still floating by and
22   moving and things floating around?
23        A.  Deep freezers, refrigerators, ice
24   boxes -- I watched Mr. Lloyd house, Miss
25   Pinkston house and Ms. Sylvia house just float

81

1    past me.
2         Q.  When did you see that?  After
3    daybreak?
4         A.  And during the daybreak.
5         Q.  Okay.  When did you first see the
6    barge?
7         A.  I didn't see the barge.
8         Q.  Okay.  You saw the barge days later on
9    TV?
10        A.  Days later on TV.
11        Q.  All right.  While you were out there
12   before you got rescued, you never saw the
13   barge.
14        A.  Never seen it.
15        Q.  Diane, Carol or Charles, did they ever
16   see the barge, to your knowledge?
17        A.  Not that I know of.
18        Q.  Okay.  None of you said, hey, take a
19   look at that, what's that over there, while you
20   were in the tree?
21        A.  No.  No.
22        Q.  All right.  Did you first see the
23   barge -- I said it, but did you agree, it was
24   on TV was the first time you saw the barge?
25        A.  Yeah.  First time I seen it.

82

1   Q.  Okay.  How were you rescued?
2   A.  Not by the City of New Orleans.  I was
3   rescued by a fire fighter that worked on Galvez
4   Street.  He came in and he got us, sit back and
5   told a couple of other people that he'll be
6   back for them.  By the time he dropped us off
7   on the Claiborne bridge the National Guards and
8   the Coast Guards commandeered his boat and went
9   in another direction.  We watched as this lady
10  right there on Tennessee and Claiborne went
11  into a heart attack.  Her seizure knocked this
12  man two daughters in the water.  He lost his
13  mama, saved one of his daughters.  And the
14  Coast Guard told him just push the dead to the
15  side, we'll be --
16  Q.  And you saw this from the Claiborne
17  Avenue bridge?
18  A.  It was -- wasn't even a block away.
19  All the man had to do was go one block, and
20  they commandeered his boat.  And they left us
21  on the Claiborne bridge for two days.  No
22  water, no food.  We put a dude with a rope
23  bouncing on top a refrigerator.  They got an
24  18-wheeler that we put smoke sausage and hot
25  sausage on his motor trying to eat that because

83

1   they wouldn't deliver us food.  My wife
2   suffered with -- Diane, I call her my wife,
3   we've been together for so long, suffer with
4   Sickle Cell and I couldn't eve get a blanket.
5   The 18-wheeler driver put her in his truck,
6   took off his shirt and put it around her.
7   Today, I still got that brown sweat shirt that
8   he put around her.
9   Q.  Do you know who that man was?
10  A.  I don't even know his name.
11  Q.  Do you want to know his name?  We've
12  got it.
13      MR. GILBERT:
14          That was Joseph Edwards.  That's
15      All Night Shorty's brother.
16  A.  And All Night Shorty was the fire
17  fighter that came back for us.
18  Q.  All right.  You all four was rescued
19  at the same time, they put you in the boat
20  together?
21  A.  Yeah.
22  Q.  So you all fit.  Okay.
23  A.  We all fit in the boat.
24  Q.  Okay.  Let me show you another exhibit
25  that we'll mark as Number 6.  This is a

84

pre-Katrina photograph.  Claiborne Avenue,
right?
        (Exhibit 6 was marked for
identification and is attached hereto.)
A.  Right.
EXAMINATION BY MR. WALKER:
Q.  And this first street would be
N. Derbigny?  And then the second street would
be N. Roman, and then this would be Prieur.
And this street here would be Deslonde.
    So do you see the house on this
photograph, or is it just off the photograph?
A.  You know what?  I can't see the house.
It can't be missed on it.  We had the only big
double lime green house in the neighborhood.
Q.  All right.  This one, Exhibit 7, goes
a little further.  Same thing; Claiborne
Avenue, then we've got N. Derbigny, Roman,
Prieur.  I think I goes a little further.  Or
is it identical?
A.  It's identical.
Q.  Yeah.  They're identical.  This one is
just little brighter.  Let me use that one.
Let's not mark 7, since they're identical.
We'll stay with 6.

85

    But you would agree that this is
Derbigny and this is Roman, that your house
should be right -- look, is this it, that lime
green just peaking out there?
A.  I'm trying to see.  This is the
Claiborne bridge.
Q.  Right.  And here's Deslonde.  First
block the N. Derbigny.  And here's Roman which
stops right there, right?
A.  Okay.
Q.  And so your house should be --
A.  Around in this corner up in here.  If
this is Roman right here, and the next block,
you see, it's cut off.
Q.  And this is Prieur.  So you're right
here, right?
A.  Right up in this area.
Q.  Okay.
A.  In that area.
Q.  Somewhere here where I put this X,
just off the photograph.
A.  Yeah.
Q.  Okay.  This tree that you're talking
about, do you have any idea where --
A.  I don't know where it came from.

86

1    Q.   But, do you remember if you were
2    closer to Claiborne Avenue?  When you were up
3    there hugging that tree, had you moved towards
4    Claiborne?
5    A.   From where I was, it look like I was
6    roughly about the same, about two blocks from
7    the Claiborne bridge.
8    Q.   So maybe it just moved back or
9    something.
10   A.   I'm not -- like I say, I can't answer
11   that question.
12   Q.   I understand.
13   A.   I know I turned around and told her I
14   want to try to go there, and she told me no,
15   you can't see underneath the water.
16   Q.   I'm going to show you one that we will
17   mark as 7 which has the barge in it.  Do you
18   recognize the streets and where your house
19   would have been relative to the barge?
20       (Exhibit 7 was marked for
21   identification and is attached hereto.)
22   A.   Okay.  This is Jourdan Avenue.
23   EXAMINATION BY MR. WALKER:
24   Q.   Right.
25   A.   My house.

87

1    Q.   And this is Deslonde back here, right?
2    A.   Okay.  This is Deslonde street right
3    here.
4    Q.   Right.
5    A.   But my house is off the map, off this
6    corner.
7    Q.   Okay.
8    A.   Where this barge came in at, about
9    here is where my stepdaughter bought her
10   house.  She walked down the street from my
11   house -- from my house to hers.
12   Q.   That's the one on Johnson you're
13   talking about?
14   A.   No.
15   Q.   Okay.
16   A.   She's right -- she one house off of
17   Johnson.  She bought her property one house
18   before N. Johnson.  My grandson used to walk
19   this area up to my house.  It was one house off
20   this corner.
21   Q.   Okay.
22   A.   This barge came in right behind her
23   house and it tore it apart.
24   MR. GILBERT:
25       That's your granddaughter, you

88

say?
A.   My stepdaughter Thomekia Cunningham.
EXAMINATION BY MR. WALKER:
Q.   Okay.  We'll labeled that Thomekia
Cunningham.  And that's on Johnson?
A.   It's on Deslonde.  The property was on
Deslonde, one block off of N. Johnson.
Q.   Okay.
A.   One house off N. Johnson.  Not a
block, one house.
Q.   And your house would be just off this
photograph?
A.   Off this map.
Q.   Over here where we put this X?
A.   Yeah.
Q.   Okay.  Can we see it in that
photograph?  Or that one?
MR. GILBERT:
     You asking about the
     stepdaughter 's house?
MR. WALKER:
     No.
EXAMINATION BY MR. WALKER:
Q.   Your house.  Or the location where
your house was.

89

So we still don't get enough, do we?
It's off this photograph, too, right?
A.   This is Johnson, this is Deslonde and
Prieur.
Q.   So wouldn't it be right around where
your finger is?
A.   It's right around in here.  I'm
looking at -- see, what's got me confused here
is Miss Pinkston had a red brick house, and you
got something white here.  Right next to her
was the lime green house which would be right
here, which would be my house, this would be
Miss Pinkston, this would be Ms. Sylvia,
Mr. Lloyd.  And next to me was Mr. Green.
(Indicating.)
Q.   So assuming that this street that
we're going to put on here is Prieur.  Right?
A.   Right.
Q.   If we're correct, and that this is
Deslonde --
A.   Right.
Q.   -- then your house would be --
A.   Right there.
Q.   -- this X that we've circled, right?
A.   Yeah.

90

1    Q.   And we put house.  Right?
2    A.   My daughter house was one house off of
3  Johnson.  This right here is where my
4  stepdaughter house was at.
5    Q.   We will mark that with a circle.
6    A.   I'm looking at the lot.
7    Q.   And that's Thomekia?
8    A.   Yeah.
9    Q.   All right.  Let's mark that as
10  Exhibit 8.
11       (Exhibit 8 was marked for
12  identification and is attached hereto.)
13  EXAMINATION BY MR. WALKER:
14    Q.   You don't see that tree that you wound
15  up in?
16    A.   No.  I try to explain.  The only tree
17  that was in this neighborhood was across the
18  street from us in front of Mr. Lloyd house.
19  This tree is still standing.  It was a big oak
20  tree.  That was the only tree that was in this
21  area.  There was no tree on the side my house
22  or on the side Mr. Pinkston house or on the
23  side of Ms. Sylvia house.  The only tree that
24  was there, and it had a buckle in the sidewalk
25  and it was at the edge of Mr. Lloyd house.

91

1    Q.   The tree that you all ended up in, was
2  it an oak, a pine, do you have any idea what
3  kind of tree it was?
4    A.   No.
5    Q.   Did it have lots of leaves and
6  branches?
7    A.   Yeah.  It had a lot of leaves and
8  branches.  But what most importantly that it
9  had, it was also braced against a light post.
10  And I believe it was because of that light post
11  that tree stayed up there.
12    Q.   So was this tree that you were in
13  rooted to the ground?
14    A.   Yeah.
15    Q.   Okay.  So it was a growing live tree.
16    A.   Yeah.
17    Q.   Okay.  And I know you've gone back to
18  the Ninth Ward since Katrina.  Have you ever
19  looked for that tree?
20    A.   Yeah.  I did.
21    Q.   And is it there?
22    A.   And Rita took it out.
23    Q.   Rita took it out.
24    A.   Because I wanted to go back and sign
25  that tree.  But Rita took it out.

92

1    Q.   Are you guessing or do you know that
2  for a fact?
3    A.   The tree is gone.
4    Q.   Right.  But did you see it between
5  Katrina and Rita?
6    A.   It was there once.  The first time we
7  come back to visit it was there.  And when Rita
8  hit it was gone.
9    Q.   So did you go the visit before Rita?
10    A.   No.
11    Q.   Okay.  So how do you know it was there
12  before Rita?
13    A.   Same way you get these pictures, my
14  brother David was on his computer, and I showed
15  him where we were.  And this tree was still
16  there.  And the only reason why I knew this
17  tree was there is because from where I was I
18  could look down at the streetlight.  It was
19  still jammed in the tree.  I could reach out
20  and touch the post, but I had to slide down
21  some to touch the light itself.
22    Q.   So this was a lamppost that was --
23    A.   It was the street lamp.  The
24  streetlight post.
25    Q.   Was lodged against the tree.

93

1    A.   The tree was like -- I could reach out
2  and touch the post.  These two things together
3  kept this tree from falling.
4    Q.   Was the post still anchored to the
5  street?
6    A.   The post was still there but I just
7  couldn't find the tree.
8    Q.   Right.  But the post was still
9  anchored -- when you were up there in the tree,
10  was the post anchored to the ground?
11    A.   Yeah.
12    Q.   And it had just, it had went over or
13  what?
14    A.   No.  Just like the tree grew up with
15  this post.
16    Q.   I got you.  So they were together --
17    A.   They were together.
18    Q.   -- before Katrina, real close
19  together.
20    A.   Yeah.  And then -- because the tree as
21  the wind was blowing was rocking.  And me and
22  Charles, we was talking about it and I said,
23  Bro, that post is keeping this tree from
24  falling.
25       (Off the record.)

24  (Pages 90 to 93)

94

1    A.   Yeah.  The way the wind was rocking
2  this tree, if it wasn't for that post I feel
3  like that tree would have went down.
4  EXAMINATION BY MR. WALKER:
5    Q.   All right.  We're almost done,
6  Mr. Bickham.  Let me ask you a couple of
7  questions.  Where did you eventually evacuate
8  to, Houston, Nashville?  Where did you guys end
9  up?
10   A.   Bonham, Texas.
11   Q.   How long were you there?
12   A.   They hospitalized Diane there, so I
13 think we were there like three or four days.
14   Q.   And then where did you go?
15   A.   Baton Rouge.
16   Q.   And is that where you stayed until you
17 came back to New Orleans?
18   A.   Yeah.
19   Q.   Okay.  How long were you in Baton
20 Rouge?  Approximately.  Couple months, a year?
21   A.   No, we were there right about a year.
22   Q.   Okay.  You were not physically injured
23 as a result of the Katrina, bodily injury; you
24 didn't break any bones or --
25   A.   I didn't break any bones.  But Katrina

95

1  messed up my feet.
2    Q.   In what sense?
3    A.   Try to explain it to you?  I can't.
4  From standing up in that water got me with
5  bacteria that they can't correct.  They keep
6  telling me to try medications.  All my feet --
7  my toes are starting to come back.  They had
8  turned purple. (Indicating.)
9    Q.   Have you seen any doctors?
10   A.   I stopped because they keep on giving
11 me medication that's not going with my blood
12 pressure medication and it's making me go up
13 like feeling like I'm loaded or something, so I
14 stopped going.  Right now, the only thing I do
15 with my feet is I scrub them down and soak them
16 in bleach and alcohol.
17   Q.   Okay.  Did you seek medical treatment
18 for your feet?
19   A.   In Baton Rouge -- in Bonham.  But
20 they, um -- came and got us and brought us to
21 Baton Rouge before I got the medication.
22   Q.   Did you seek any treatment for your
23 feet in Baton Rouge?
24   A.   No.
25   Q.   Have you seen any doctors since for

96

your feet, since you returned to New Orleans?
    A.   Um -- health care center on
St. Claude.
    Q.   And did they prescribe you anything,
any treatment?
    A.   He gave me -- he told me that it's
going to take time, that they got to find the
right medication, but he gave me a, um --
1 percent fungi bottle of -- tubing to rub on
my feet, and it ain't done any good.
    Q.   Did you have any condition of this
type on your feet before Katrina?
    A.   I've had the callus and the corn, but
my feet have never been this bad.  Right now I
walk with a limp.  Because after a while it's
like my skin gets soft, I got to get out of my
shoes and let my feet air.
    Q.   And did you ever have any problems of
this type with your feet, athlete's foot,
fungus, anything like that before Katrina?
    A.   No.
    Q.   Okay.  Did you suffer any other
consequences as a result of Katrina?  Physical,
I mean.
    A.   No.

97

    Q.   Have you sought any psychological,
emotional counseling treatment since Katrina?
    A.   No.
    Q.   Okay.
    A.   Even though I haven't searched for
any, but I wake up in my sleep sweating because
of this incident.  There's a limit a man should
go.  And in the Superdome, they stole the
tissue paper and tried to sell it to me, to
sell it to my wife.  They stole everything at
the Superdome provided and wanted to sell it to
you.  In my sleep I keep seeing this over and
over where they want to sell you the T-shirt to
keep warm, sell you the tissue paper because
your child need to go to the bathroom.  There's
a statute of limitations, and it's like I can't
seem to get this vision out of my mind of how
they treated you.  They come back and they
asked you if you want the air conditioning or
lighting.  To stop the odor from coming we took
the air conditioning and couldn't fight the
odor.
    (Off the record.)
EXAMINATION BY MR. WALKER:
    Q.   Mr. Bickham, I'm going back to

98

1  Exhibit 2, which was this form that I believe
2  you said that Diane signed for you?
3      A.  Yes.
4      Q.  Okay.  I don't know if you remember
5  this form, if it was read to you, this is a
6  claim against the U.S. Corps of Engineers
7  blaming them for --
8      A.  Yeah.
9      Q.  -- the levee failure and flooding of
10  New Orleans.  You remember that?
11      A.  Yeah.
12      Q.  And you know that you submitted this
13  claim?
14      A.  Yeah.
15      Q.  Or it was submitted on your behalf,
16  right?
17      A.  Yes.
18      Q.  All the information is correct,
19  Michael Bickham, 1840 Deslonde.
20      A.  Right.
21      Q.  You remember this and you authorized
22  this filing.
23      A.  Yes, I did.
24      Q.  And you see down here it says property
25  damage, ten thousand dollars.  That would be

99

1  the value that you or Diane put on property
2  that you owned.
3      A.  Yeah.
4      Q.  Personal belongings.
5      A.  Yeah.
6      Q.  No personal injury, no wrongful death.
7      A.  Right.
8      Q.  You agree with that.
9      A.  Right.
10      Q.  And this Number 366-0284, is that your
11  cell?
12      A.  That used to be.
13      Q.  Okay.
14      A.  Let's see.  That used to be.  In Baton
15  Rouge it's 366-0284 was the phone number there.
16      Q.  Now.  Exhibit 3 is the same form dated
17  March 1, '07.  Exhibit 2 was dated
18  February 28th, 2007.  I think you said that
19  this signature of yours was done by --
20      A.  By Thomekia.
21      Q.  -- Thomekia who is your step --
22      A.  Stepdaughter.
23      Q.  Stepdaughter.  Same form.
24      A.  Same information.
25      Q.  2407 Rose Drive in Gretna, that's

100

1  where you're living.
2      A.  That's where we living at now.
3      Q.  Property damage a million dollars.
4  Personal injury a million dollars.  Those two
5  are wrong, right?
6      A.  Yeah.
7      Q.  Okay.  Do you remember talking on the
8  phone to an investigator for a company called
9  Centanni who interviewed you over the phone,
10  you and Diane?
11      A.  Centanni?
12      Q.  Yeah.  Back in December 14, 2005.  His
13  name was Danny Varra.
14      A.  No.
15      Q.  You don't remember that?
16      A.  No.
17          MR. GILBERT:
18              I'm about to object.  Are you
19          about to play something, Derek?
20          MR. WALKER:
21              I'm about to play something.
22          MR. GILBERT:
23              I have to object to the extent
24          that the plaintiffs were not provided
25          a copy of what you're about to play,

101

1  nor a copy of any written transcript
2  of any purported contact between
3  Centanni, any of this agents and
4  Mr. Bickham.
5      Do you understand what I just
6  said?
7  MR. WALKER:
8      Uh-huh.
9  MR. GILBERT:
10      Do you also understand that there
11  was an Order that all of these things
12  were to be provided to us?
13      (Whereupon an excerpt from a tape
14  recording was played.)
15  EXAMINATION BY MR. WALKER:
16      Q.  Is that Diane 's voice?
17      A.  That's Diane.
18      Q.  That's Diane.  Okay.  I think those
19  are all the questions I have, Mr. Bickham.
20  Thank you very much.
21          MR. GILBERT:
22              Okay.  I have just a couple a
23          follow-ups.
24  EXAMINATION BY MR. GILBERT:
25      Q.  You testified earlier about the

26 (Pages 98 to 101)

102

1  dragging sound.  You described like two cars
2  hitting one another and an explosion.  The
3  explosion, was that the sound you were
4  describing?
5      A.   That's the sound I was describing.
6      Q.   The dragging sound and the explosion
7  sound, how far apart were they?  Or were they
8  at the same time?  I'm just trying to get you
9  to tell me --
10     A.   It was like a couple seconds apart.
11 Because the first thing we heard was explosion,
12 and the dragging come right behind it.
13     Q.   Did you hear any scraping or my type
14 of grinding sounds before the explosion sound?
15     MR. WALKER:
16         Objection.  Leading.
17     A.   No.
18 EXAMINATION BY MR. GILBERT:
19     Q.   Did you hear any sounds before the
20 explosion sound?
21     A.   No.
22     Q.   Okay.  All right.  You said a couple
23 seconds?
24     A.   Yeah.
25     Q.   Okay.  All right.  I'm done.

103

1      MR. WALKER:
2          That's it?
3      MR. GILBERT:
4          That's it.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

104

REPORTER'S CERTIFICATE

I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
Certified Court Reporter in and for the State
of Louisiana, do hereby certify that the
aforementioned witness, after having been first
duly sworn by me to testify to the truth, did
testify as hereinabove set forth;

That said deposition was taken by me
in computer shorthand and thereafter
transcribed under my supervision, and is a true
and correct transcription to the best of my
ability and understanding.

I further certify that I am not of
counsel, nor related to counsel or the parties
hereto, and am in no way interested in the
result of said cause.


_____
JOSEPH A. FAIRBANKS, JR., CCR, RPR
CERTIFIED COURT REPORTER #75005

MICHAEL BICKHAM

May 4, 2009

**A**

**ability** 104:12
**able** 8:5,10 49:8 69:10
  77:1,6
**Abramson** 8:17
**accurate** 40:1
**action** 1:4 17:16
**additional** 35:5
**address** 7:15 30:11,19
  39:13 46:1
**administering** 4:24
**aforementioned** 4:4
  104:5
**age** 7:19,20,20 18:9
**agents** 101:3
**aggravated** 18:25
**agree** 25:5 39:25 81:23
  85:1 99:8
**AGREED** 4:2
**ahead** 21:25 59:16 73:15
**ain't** 31:17 96:10
**air** 96:17 97:19,21
**Alabo** 13:5,5 24:3,4
  26:21 30:25 33:10
**alcohol** 8:7 95:16
**Allison** 61:16 65:1
**alongside** 24:10
**alternators** 28:5
**America** 2:9 10:3
**amounts** 18:1
**anchored** 93:4,9,10
**angle** 73:20
**answer** 4:13 14:9 17:3
  63:7 86:10
**answers** 6:3 8:5,11
**Anthony** 1:17 5:1 11:1
**anybody** 11:10 33:17,18
  35:18,23 36:3,15 45:6
  55:6 76:25
**anymore** 60:18,24
**anyway** 35:10
**apart** 74:15 87:23 102:7
  102:10
**apartment** 27:22 41:9
  58:6 59:2 61:14 65:1,1
**apparently** 71:14

**APPEARANCES** 2:1
**appears** 19:14
**application** 21:13,23
**Approximately** 94:20
**area** 24:15,16 30:2 31:16
  31:19 38:14 47:9 48:4
  49:3 53:16 71:10 78:19
  85:17,19 87:19 90:21
**arrest** 14:3 22:23
**arrow** 48:6,8 54:10,15
**Arthur** 44:13
**asked** 15:6 62:17 67:11
  68:17 97:19
**asking** 21:14,22 22:10
  58:5 72:19 88:19
**assume** 11:22 40:20
**assuming** 89:16
**athlete's** 96:19
**attached** 19:23 21:2 22:7
  39:10 45:21 84:4 86:21
  90:12
**attack** 82:11
**attend** 8:22
**attic** 34:6 36:20 50:15,20
  50:22 51:2 65:8,8
  69:11,14,14,17,22,23
  69:24 70:7,8,10,17
**attorney** 5:14 45:11
**attorneys** 44:22,25
**August** 25:7
**auntie** 30:6
**authorized** 98:21
**Avenue** 10:3,6,8 31:20
  40:2,6,7,17,25 41:5,13
  46:3,5 53:13,23 73:14
  74:3,6 78:21,23 79:1,2
  80:11,12 82:17 84:1,18
  86:2,22

**B**

**b** 3:7 39:24
**baby** 58:2
**back** 9:21 13:20 18:10,14
  23:6 29:9,19,20 30:7
  33:21,22 34:23 36:19
  40:16 41:4,9,21 42:14
  49:23 50:23 55:22 57:6

57:7,22 58:9,14,19
  59:17,20 60:17 61:25
  64:25 65:4 67:2,13
  68:16 69:16,21 72:1,2
  74:9,21 75:7 77:16
  78:1,14,18,19,20 79:6
  79:12 82:4,6 83:17
  86:8 87:1 91:17,24
  92:7 94:17 95:7 97:18
  97:25 100:12
**backtrack** 60:13
**backwards** 74:25
**backyard** 40:19 41:2
**bacteria** 95:5
**bad** 6:15 19:13 28:17
  96:14
**bag** 74:20,21
**bakery** 9:13
**balloon** 39:25
**bar** 65:18
**barge** 2:2 20:19,20 23:24
  23:25 24:16 26:9 45:1
  78:4,6,7 81:6,7,8,13,16
  81:23,24 86:17,19 87:8
  87:22
**barges** 1:6 13:10 24:6,8
  26:12
**Baronne** 2:5
**bars** 65:20 66:9,11,14,16
**basically** 13:13 25:24
  49:2 77:17
**bath** 15:8,8 50:6,7
**bathroom** 78:18 97:15
**baths** 50:5
**Baton** 94:15,19 95:19,21
  95:23 99:14
**battery** 15:11,13 18:23
  19:7 59:10 61:21
**beating** 71:3
**bedroom** 50:2,3 61:17
**bedrooms** 50:4,5
**beginning** 19:1
**behalf** 16:5 98:15
**believe** 17:4 69:3 91:10
  98:1
**belonged** 28:7

**belongings** 99:4
**Benoit** 1:12
**Berryhill** 10:19 11:13,19
  21:12 27:12
**best** 6:3 34:1,5 104:11
**Betsy** 31:14 37:7,21 38:3
  38:4
**Bickham** 1:17 5:1,7 7:16
  10:20 11:1,2,18 44:16
  68:15 94:6 97:25 98:19
  101:4,19
**big** 38:2 84:14 90:19
**bigger** 22:11
**biggest** 27:20
**bike** 33:11
**bills** 35:15
**birthday** 16:17
**bit** 69:21
**blaming** 98:7
**blanket** 83:4
**Blazer** 32:18 33:3
**bleach** 95:16
**blew** 54:3
**blob** 46:24 47:2
**block** 40:4,6,7 47:25
  48:1,24 53:11,14 78:4
  82:18,19 85:8,13 88:7
  88:10
**blocks** 40:8 86:6
**blood** 95:11
**blow** 57:16,18
**blowing** 58:12,13,16,22
  59:25 60:11,12 62:23
  62:25 64:15,16 93:21
**blowup** 19:14
**board** 71:4 72:1
**boarded** 34:23 37:16
**boat** 82:8,20 83:19,23
**bodily** 94:23
**body** 52:14
**boiled** 34:2
**boiling** 35:1
**bond** 23:12,13
**bones** 94:24,25
**Bonham** 94:10 95:19
**boom** 63:9 77:20

MICHAEL BICKHAM

May 4, 2009

Page 2

**bottle** 96:9
**bottom** 20:25 27:22
**bought** 13:25 28:11,11
  35:5 87:9,17
**bounced** 72:17
**bouncing** 82:23
**Boutte** 1:8
**boxes** 80:24
**boyfriend** 11:15 15:4
**braced** 91:9
**branch** 75:8
**branches** 91:6,8
**BREACHES** 1:4
**break** 7:10 94:24,25
**Breakfast** 12:13
**breaks** 7:13 74:15
**BRIAN** 2:3,4
**brick** 51:9 89:9
**bridge** 31:25 73:4,17,21
  80:14 82:7,17,21 85:6
  86:7
**Brief** 12:14 20:15 47:14
  68:13
**brighter** 84:23
**bring** 80:5
**bringing** 77:4
**bro** 67:6 93:23
**broke** 71:4,5 74:20
**brother** 83:15 92:14
**brought** 80:4 95:20
**brown** 83:7
**buckle** 90:24
**buckled** 69:14,17 70:11
  70:12 71:19
**buckling** 70:18,23
**building** 23:10 39:21
  60:22
**burglar** 65:18,20 66:9,11
  66:14,16
**bus** 31:17,17,24 32:5
  33:12 43:20
**buses** 31:20 32:6

─────────
**C**
**call** 7:10,11 9:21 11:2,14
  47:1 76:11 83:2
**called** 5:9 15:4,17 20:11

  44:13 67:4,5 100:8
**calls** 76:13
**callus** 96:13
**calm** 70:14
**camp** 67:9
**canal** 1:4 30:22 40:12,18
  41:3 53:1 56:12 77:4
  77:14 79:1
**car** 32:17,25 33:7 57:17
  57:19 58:11,12,24 59:9
  59:9 60:5 61:20 64:18
  68:18 69:1
**care** 96:2
**cargo** 24:14 25:19
**Carol** 32:12,13,16,23,23
  36:6,9,11 39:16 51:16
  55:25 57:7 59:14 64:23
  66:4 69:25 74:20 75:6
  75:10,13,14 81:15
**Carol's** 67:19
**carried** 51:1
**cars** 27:25 62:12,14,14
  102:1
**case** 45:1,2,12
**Category** 31:13 37:8
**caught** 52:17
**cause** 104:16
**CCR** 1:24 4:22 104:2,24
**ceiling** 67:18,20 69:12
  71:3,3
**ceilings** 50:9,10,11,13
**cell** 83:4 99:11
**cellphones** 76:6,10
**Centanni** 100:9,11 101:3
**center** 96:2
**Centre** 1:19 2:12
**certain** 6:8,9 10:7 12:2
  17:9 32:8 38:12 43:10
**CERTIFICATE** 104:1
**certification** 4:9
**Certified** 1:25 4:23
  104:3,25
**certify** 104:4,13
**Chaffe** 1:18 2:10
**Chalmette** 40:12
**chance** 65:3 70:20 77:9

**changed** 19:2,6
**charge** 16:14 18:25 19:6
**charging** 18:9
**Charlene** 10:20,21,22
  11:5 18:7,15
**Charles** 11:2,3 32:13,16
  32:20,21,23 36:3,4,5,6
  36:11 52:22 53:6 54:16
  55:1,14 58:9,19 59:15
  59:18 61:6 64:23 66:3
  66:22 67:1 69:24 70:1
  70:15,19,22 71:25 75:1
  75:14,15 76:9 81:15
  93:22
**check** 55:24 60:15
**checked** 55:25
**Chef** 9:18,20
**child** 15:7 17:14,18,24
  18:2,5,11 97:15
**children** 10:23 11:25
  16:4 18:8,12 32:22
**chronology** 51:7
**circle** 47:11,18 48:8
  77:18 90:5
**circled** 89:24
**circling** 77:13,15
**city** 10:3 20:12 27:23
  82:2
**Civil** 1:4 4:6
**Claiborne** 9:16,16 31:20
  31:22,24 40:8 73:4,17
  73:21 74:3 78:23 79:1
  80:10,12 82:7,10,16,21
  84:1,17 85:6 86:2,4,7
**claim** 98:6,13
**Claude** 9:16 78:23 96:3
**clear** 7:3
**clearly** 21:15
**climbed** 51:2
**clinging** 76:16
**close** 45:25 79:11 93:18
**closed** 33:25 37:16
**closer** 54:7 74:3,6 86:2
**clothes** 51:1
**coast** 68:6 82:8,14
**Code** 4:6

**collapsed** 74:14,22
**college** 8:23
**come** 23:6 24:10 29:5,9
  29:19,20 30:7 34:6
  38:22 49:3 58:6 61:15
  64:21,25 66:24 67:3,6,6
  67:11 68:7 78:5,6
  79:20,22,23 92:7 95:7
  97:18 102:12
**comes** 36:23
**comfortable** 70:14
**coming** 35:14 42:14
  44:16 53:3,12 54:4
  56:10,18 57:25 60:24
  61:3,23 76:24 78:3
  97:20
**commandeered** 82:8,20
**company** 100:8
**complete** 59:2
**completed** 29:7
**computer** 92:14 104:9
**concern** 37:18 38:10
**concerned** 37:13,15
**concrete** 51:11,12
**concurrent** 16:13
**condition** 96:11
**conditioning** 97:19,21
**confused** 89:8
**consequences** 5:22 96:23
**consider** 28:12
**consistent** 14:21
**Consolidated** 1:6
**constant** 56:16
**construction** 51:9
**contact** 101:2
**containing** 53:3
**continuing** 14:13 17:8
**continuous** 29:16,21
  64:2,8
**convicted** 14:1 15:10,13
**conviction** 14:4 15:20
  16:9 18:22
**convictions** 14:7 19:10
**cook** 12:13,13
**cooler** 35:3
**copy** 100:25 101:1

MICHAEL BICKHAM

May 4, 2009

Page   3

**corn** 96:13
**corner** 30:15 42:25 43:1
    43:2,3 44:1 47:9 48:11
    48:17,18 53:24 54:7
    58:5 85:12 87:6,20
**Corps** 20:13,21,23 45:1
    98:6
**correct** 20:2 26:22 56:6
    89:19 95:5 98:18
    104:11
**correctly** 56:7
**counsel** 4:3 104:14,14
**counseling** 97:2
**country** 15:21
**couple** 39:4 82:5 94:6,20
    101:22 102:10,22
**court** 1:1,25 4:23 5:24
    14:16 15:17 23:12,15
    104:3,25
**cross** 31:25
**Cunningham** 88:2,5
**current** 72:6,12 77:3,11
**currently** 19:20
**cut** 76:1 85:14
**C-H-A-R-L-E-N-E**
    10:22
**C.J** 11:2 32:20,21,21

**D**

**D** 3:1,7
**Dale** 10:3
**damage** 98:25 100:3
**Danny** 100:13
**dark** 32:9 33:24 76:16
    78:7
**darkness** 78:13
**dated** 99:16,17
**daughter** 22:16 53:14
    90:2
**daughters** 82:12,13
**David** 92:14
**day** 24:2 25:9,12 74:10
    75:18
**daybreak** 55:11 81:3,4
**daylight** 33:25 72:21
    79:18,19,21,23
**days** 23:23 24:1 81:8,10

82:21 94:13
**daytime** 32:10
**dead** 53:12 76:10 82:14
**death** 99:6
**December** 100:12
**decided** 55:5
**deducted** 18:2
**Deep** 80:23
**defend** 15:3
**definitely** 28:13
**delayed** 5:8
**deliver** 83:1
**demonstrative** 46:23
**deponent** 21:16
**deposition** 1:17 4:4,14
    5:9 14:11 19:19 44:23
    104:8
**Derbigny** 84:8,18 85:2,8
**Derek** 2:11 19:9 100:19
**describe** 51:8 62:8
**described** 54:13 102:1
**describing** 102:4,5
**designated** 31:16,19
**Deslonde** 30:6,10,14,15
    30:16,19,20 38:14 39:8
    39:24 40:11 45:18
    48:18 49:6 52:25 53:8
    53:8,18,25 54:7 74:24
    84:10 85:7 87:1,2 88:6
    88:7 89:3,20 98:19
**Diane** 10:19 11:12 21:12
    28:17,20 29:24 32:11
    32:12,22 34:11,13 36:5
    36:7,8,9 52:1,14 55:24
    57:6,20 59:14 60:9
    62:5 67:1 69:25 70:14
    75:5,12,13 80:2 81:15
    83:2 94:12 98:2 99:1
    100:10 101:16,17,18
**Diane's** 28:14
**die** 80:5
**difference** 6:7
**different** 21:18 22:5
    26:15,18 48:25
**difficult** 73:8
**direction** 43:6 72:11,14

82:9
**directly** 42:4 43:17,19
    48:14 51:18 73:17,20
**discuss** 45:1
**DISTRICT** 1:1,2
**Divorced** 10:18
**dock** 24:12,13,14
**docks** 25:17,18
**doctors** 95:9,25
**document** 20:9
**documents** 20:10,17
**doing** 13:12 27:25 28:4
    49:2 52:2 77:17
**dollars** 16:10 98:25
    100:3,4
**door** 32:17 39:14 40:11
    41:9,24 42:2,6,11,15
    48:21 49:4 50:18,20,24
    51:16,20 52:7 57:15,22
    58:25 59:7 60:4,15,17
    61:14,15,16 62:17
    65:17,18,21 66:13 67:8
    78:1
**double** 84:15
**downstairs** 35:24 36:11
    39:18 50:11 52:23
    65:21,25 67:20
**dragging** 62:10 63:11,13
    63:23,24 64:4,7 102:1,6
    102:12
**drenched** 76:9
**dressed** 58:1 61:4,13
**drink** 8:2
**Drive** 5:2 7:17 99:25
**driver** 43:20 83:5
**driver's** 16:21 19:15,16
    21:9 22:20
**driveway** 61:18
**dropped** 19:2 82:6
**drug** 8:7
**drugs** 7:24
**dude** 82:22
**duly** 5:4 104:6
**DUVAL** 1:9
**Dwyer** 9:19,20

**E**

**E** 3:1,1,7,7
**earlier** 30:18 101:25
**easier** 7:1
**east** 8:20,21 10:6
**EASTERN** 1:2
**eat** 82:25
**edge** 90:25
**Edwards** 83:14
**effort** 14:17
**eggs** 34:2 35:2
**eight** 48:25 50:9,10,11
    50:13 58:4
**either** 24:7
**em** 15:9
**emotional** 97:2
**Empire** 12:19,20,21 13:4
    13:24
**ended** 72:25 91:1
**Energy** 1:18 2:12
**Engineers** 20:14,22,23
    45:2 98:6
**entire** 70:24
**entrance** 65:23 66:6
**Especially** 38:11
**ESQUIRE** 2:4,11
**estimate** 79:19
**estimated** 67:22
**evacuate** 23:20 31:8
    36:16 94:7
**eve** 83:4
**evening** 52:2
**eventually** 94:7
**everybody** 25:12,24
    33:18 69:13,23
**evidence** 4:15 14:18,20
**exact** 80:3
**exactly** 10:7 12:2 26:14
    29:8 32:8 43:10 49:4,9
    77:24 80:13
**EXAMINATION** 3:3
    5:6 7:8 12:15 15:14
    17:5,11,23 18:21 19:5
    19:12,25 20:16 21:4
    22:9 23:3 26:11 34:21
    39:12 45:23 47:5,15
    63:8 68:14 84:6 86:23

MICHAEL BICKHAM

May 4, 2009

88:3,23 90:13 94:4
97:24 101:15,24 102:18
**examine** 19:10
**examined** 5:4
**excerpt** 101:13
**exhibit** 3:9,10,11,12,13
3:14,15,16,17 19:18,22
21:1,9,20 22:4,6,17
39:7,9 45:15,20 49:18
73:5 83:24 84:3,16
86:20 90:10,11 98:1
99:16,17
**exhibits** 39:5
**expecting** 35:9 37:4
**expensive** 27:20
**explain** 5:12 60:14 90:16
95:3
**exploding** 58:3
**explosion** 63:1,3,4,11,18
63:22 77:21 102:2,3,6
102:11,14,20
**explosion-like** 63:14
**extent** 100:23
**ex-wife** 11:16
**eyeglasses** 21:24

**F**

**face** 40:16
**faced** 40:25
**facility** 24:11
**facing** 40:11,15 41:24
80:10
**fact** 92:2
**failing** 22:23
**failure** 98:9
**fair** 46:14 47:12
**FAIRBANKS** 1:24 4:22
104:2,24
**falling** 93:3,24
**family** 1:13 27:12 43:13
43:13
**far** 8:13 79:10 102:7
**fast** 50:25 51:4 59:22
61:23 67:3 76:24
**father** 15:13 80:3
**February** 99:18
**federal** 17:22

**feel** 94:2
**feeling** 95:13
**feet** 61:22 67:16,17 95:1
95:6,15,18,23 96:1,10
96:12,14,17,19
**fell** 69:16 72:2 74:25
**fellow** 44:13
**felon** 14:1
**felony** 14:7
**felt** 70:13
**fifteen** 7:12 69:8,10
**Fifty-two** 34:14
**fight** 66:13,15 97:21
**fighter** 82:3 83:17
**filed** 16:3 20:13
**filing** 4:9 98:22
**filled** 22:5
**find** 23:7 31:5 66:15 93:7
96:7
**finding** 70:21
**finger** 89:6
**finish** 6:25 26:15 40:22
63:7
**finished** 23:25 27:5
**fire** 82:3 83:16
**firms** 45:11
**first** 5:4,17 24:4 31:11
33:10 35:7 43:10 60:14
62:11,20 63:14 64:19
65:21 76:15 80:16 81:5
81:22,24,25 84:7 85:7
92:6 102:11 104:5
**fit** 83:22,23
**five** 16:10 29:2 68:12
70:5,6
**Fixing** 28:4
**float** 42:7 69:6 80:25
**floated** 71:17,20
**floating** 70:22 77:2,18
80:21,22
**flood** 38:16 59:14
**flooded** 67:12 80:17
**flooding** 38:4,9 45:2
59:22 98:9
**floods** 38:18
**floor** 65:10 66:21,22

67:15 68:20
**Florida** 9:15 10:6,8 74:6
78:22 79:2
**flow** 56:16
**flowing** 56:23
**follows** 5:5
**follow-ups** 101:23
**food** 35:5 67:1 82:22
83:1
**fool** 55:5
**foot** 38:20 50:9,10,11,13
96:19
**forever** 79:22
**forgot** 74:20
**fork** 75:6
**forklift** 12:24 13:11
24:18
**form** 4:12 22:4 98:1,5
99:16,23
**formalities** 4:8
**forms** 20:12 21:10
**forth** 104:7
**found** 15:11 68:1
**foundation** 18:20 69:20
**four** 10:24 11:7,22,25
42:7 83:18 94:13
**fourplex** 30:13 35:21,22
35:23 36:15 39:17 59:1
**frame** 51:22
**freezers** 80:23
**front** 5:25 22:3 32:17
34:4 35:4 36:22 40:11
41:23 42:4,11,15 46:13
49:3 51:16,20 59:6,7,8
61:15,16,17 64:17 66:6
67:2,8 71:10 74:20
78:17 90:18
**fungi** 96:9
**fungus** 96:20
**funny** 79:25
**further** 84:17,19 104:13

**G**

**Galvez** 82:3
**gap** 68:18
**gas** 54:24
**generally** 71:23

**Germane** 15:4,23
**getting** 18:1 33:19 66:23
**Gilbert** 2:3,4 3:6 6:22
14:5,12 17:1,7,19 18:18
19:3,8 22:25 26:1,6
44:17,19 46:16,25 63:6
68:11 83:13 87:24
88:18 100:17,22 101:9
101:21,24 102:18 103:3
**give** 8:5,11 27:19
**given** 1:18 15:2
**giving** 95:10
**Global** 13:25 14:1
**go** 11:18 13:24 14:2,19
15:1 21:25 23:5,8,9
24:16 26:19 33:20
37:12 39:6 43:6 45:12
46:8 49:22 51:24 52:10
52:19 56:25 67:13
73:15 78:14 82:19
86:14 91:24 92:9 94:14
95:12 97:8,15
**God** 74:19
**goes** 84:16,19
**going** 6:2,23 14:19 20:9
21:17 24:14 25:20 31:9
31:11 33:20 35:13
36:24 37:11 39:6 45:15
46:20 52:7 54:10 55:24
57:19 59:19,24 64:22
65:14 67:25 68:19 69:1
72:6,12 77:23 78:18,20
86:16 89:17 95:11,14
96:7 97:25
**good** 5:7 8:5,11 96:10
**Google** 39:7,23 45:17
73:6
**Goose** 9:22,23 10:1
**gotten** 60:10
**GPS** 40:1
**grab** 66:25
**grabbed** 65:2,6,7 69:14
71:2
**grace** 74:19
**grade** 8:15,25
**grainy** 19:13

MICHAEL BICKHAM

May 4, 2009

Page 5

**granddaughter** 87:25
**grandson** 61:20 87:18
**grass** 76:1
**green** 42:5 43:8,9,11
  46:7,9,24 47:2,19 48:5
  49:7,10,12 57:16 58:11
  59:8 61:18 84:15 85:4
  89:11,14
**Greens** 43:15 48:7,8
  58:11
**Gretna** 5:2 7:17 16:24
  23:11 99:25
**grew** 93:14
**grinding** 77:21 102:14
**grocery** 27:23
**ground** 41:6,19 51:15,19
  91:13 93:10
**grounds** 18:19
**grow** 9:5
**growing** 91:15
**guard** 52:14,17 82:14
**guards** 68:6 82:7,8
**guessing** 6:5,6,10 92:1
**guy** 42:23 58:4 70:2 77:2
**guys** 6:24 94:8

**H**

**H** 3:7
**half** 15:16 78:4
**hallway** 51:1 61:15 65:4
**hammer** 65:2 69:15,15
  71:2
**hand** 69:16
**handicapped** 76:2
**handwritings** 21:15
**hang** 46:18
**hanging** 79:16
**happened** 23:6 52:18
  66:12,16 74:16 76:5
**hard** 76:20
**Haydel** 9:8,11 10:11 38:7
  38:8
**head** 75:5
**health** 96:2
**hear** 63:18 76:22,25
  102:13,19
**heard** 58:2,11,15,22

59:19,23 62:2,3,5 63:9
  63:14,21,22 64:4,9
  67:23 77:20 102:11
**hearing** 7:4
**heart** 32:16 82:11
**heavy** 38:19
**held** 74:19
**help** 5:14
**helped** 25:22
**hereinabove** 104:7
**hereto** 4:3 19:23 21:2
  22:7 39:10 45:21 84:4
  86:21 90:12 104:15
**hey** 81:18
**he'll** 82:5
**high** 8:14,16,17 10:13,14
  34:6 52:23 56:2,12
  67:17,18
**higher** 9:17
**highest** 75:10,12
**hip** 34:9,14
**hips** 34:9,15,16
**hire** 14:1
**hit** 23:11 34:20 35:8
  56:18 59:10 61:21
  74:17 75:7 92:8
**hitting** 62:13,14 102:2
**hold** 42:16 75:8
**home** 10:15 27:2,5,6,7
  29:9,19,20 30:25 31:18
  33:21,22,23
**hood** 55:4
**horn** 57:16,17 58:12,13
  58:16,22 59:19,23,25
  60:11,12 61:13 64:14
  64:16,20,22 67:23
  68:19 69:1
**hospitalized** 94:12
**hot** 82:24
**hour** 79:20
**hours** 24:2 68:5,8 72:21
  72:21
**house** 15:9 16:1 27:11,12
  27:17 28:7,12 30:6
  31:2,15 34:23 35:17
  37:1,6,11 40:20,24 41:4

41:15 42:25 43:1,2,4,14
  45:19 46:6,6,11 47:24
  48:4,13,16,17,20,23
  49:9,11,14 50:2,14 51:8
  51:16 53:14 55:22,25
  58:7,15 59:13 60:5,12
  64:24 65:10,15,16,23
  66:4,21,23 67:7,12,19
  69:5,19 70:12,24 71:6,7
  71:8,14,18,19,21,23
  72:8,9,10,10,15,25 73:6
  73:7,24 74:1,3,11,13,17
  75:1,7,9 77:5,7,25
  78:17 79:4,6 80:24,25
  80:25 84:11,13,15 85:2
  85:11 86:18,25 87:5,10
  87:11,11,16,17,19,19
  87:23 88:9,10,11,20,24
  88:25 89:9,11,12,22
  90:1,2,2,4,18,21,22,23
  90:25
**houses** 41:11,13,20,21
  42:7 48:25 49:20 77:17
  80:21
**Houston** 94:8
**howling** 76:23
**hugging** 86:3
**hundred** 16:10
**hung** 15:22 16:6
**hurricane** 13:18,20
  23:19 25:6 34:20 36:23
  37:9 52:15
**hurting** 34:10
**H-A-Y-D-E-L** 9:10
**H-Y** 9:9

**I**

**ice** 80:23
**idea** 74:10 85:24 91:2
**identical** 84:20,21,22,24
**identification** 19:23 21:2
  22:7 39:10 45:21 84:4
  86:21 90:12
**impact** 63:10
**importantly** 91:8
**incarcerated** 12:5 29:23
**incident** 97:7

**income** 17:22 35:13
**increased** 76:21
**Indicating** 64:10 89:15
  95:8
**Industrial** 30:22,23
  40:12,17 41:3 56:12
  77:4,14 79:1
**influencing** 8:8
**information** 20:1 98:18
  99:24
**Ingram** 1:9,11
**injured** 94:22
**injury** 94:23 99:6 100:4
**inside** 51:11 65:15,16,20
  66:24
**intention** 31:7
**interested** 104:15
**internal** 65:12
**interrupted** 64:3
**interruption** 12:14 20:15
  47:14
**interviewed** 100:9
**investigator** 100:8
**items** 27:20

**J**

**jacket** 34:3,7 36:20
  66:25 77:3
**jackets** 37:5
**jail** 23:13 29:3,4,5,10
  30:7
**jammed** 77:5 92:19
**job** 13:2,21 28:3
**jobs** 26:15
**John** 11:3
**Johnson** 52:25 53:8,9,12
  53:17,19,20 57:4 87:12
  87:17,18 88:5,7,9 89:3
  90:3
**joking** 52:22 53:1 55:5
**Joseph** 1:24 4:22 11:3
  83:14 104:2,24
**Jourdan** 40:2,6,7,17,25
  41:4,13,16 44:8,11 46:3
  46:5 53:13,23 73:14
  78:20,25 86:22
**Jr** 1:24 4:22 11:2 104:2

MICHAEL BICKHAM

May 4, 2009

Page 6

104:24
**judge** 1:9 5:25
**jump** 64:1
**jumped** 62:17

**K**

**Katrina** 1:4 12:1,4 23:6
  23:19 28:1,2 29:9 30:9
  34:18 35:8 38:23 45:6
  91:18 92:5 93:18 94:23
  94:25 96:12,20,23 97:2
**keep** 51:7 70:14 95:5,10
  97:12,14
**keeping** 93:23
**kept** 31:12,12 52:7 63:11
  63:12 93:3
**keys** 66:15
**kind** 6:9 7:21,25 8:22
  17:16 24:19 74:14 91:3
**kitchen** 50:7,8
**knee** 34:15,17
**knew** 62:13 75:25 92:16
**knock** 26:24 69:11,11
  71:3
**knocked** 82:11
**know** 6:7 7:5 17:13 19:9
  24:9 26:18 31:15,23
  33:18 42:23 43:16 44:6
  44:9,10,13 45:7,12
  55:21,23 57:10 62:18
  62:24 63:12 67:5 72:11
  72:14 73:11,13,14,16
  74:4 75:19,20,21,22,23
  76:5,14 77:8 78:8 79:9
  79:19,25 80:4 81:17
  83:9,10,11 84:13 85:25
  86:13 91:17 92:1,11
  98:4,12
**knowledge** 81:16
**known** 43:11 76:3,3
**K(2)** 1:7

**L**

**L** 4:1
**labeled** 88:4
**labor** 24:19
**ladder** 34:3,24 50:19,22

50:23 65:3
**lady** 37:10 76:8 82:9
**Lafarge** 1:8,10,12,14 2:9
  14:16
**Lagarde** 1:10
**lamp** 92:23
**Lampills** 38:2
**lamppost** 92:22
**landed** 78:4,6
**law** 4:7
**lawsuit** 14:11 17:17 45:5
**lay** 34:8
**leading** 65:25 102:16
**leave** 26:10 35:9
**leaves** 91:5,7
**left** 11:15 42:1,2,3,11
  49:4 61:20 66:17 82:20
**legs** 75:9
**let's** 19:18 20:4 23:18
  39:4 40:22 42:8 43:6
  46:8,17 47:1 49:22
  52:19 54:15 60:13,13
  68:12,15 69:18,21 73:5
  78:14 84:24 90:9 99:14
**levee** 38:23 41:10 46:4
  53:6 54:2,7,12 56:9,10
  56:12 58:20 60:23,24
  60:25 61:2 62:1 98:9
**Level** 51:19
**license** 16:21 19:15,16
  20:1 21:9 22:20
**life** 15:5,25 34:3,7 36:20
  37:5 38:25 49:24 66:25
  77:3
**lift** 75:1
**lifted** 69:19
**light** 32:9 33:23 62:16
  80:8,16 91:9,10 92:21
**lighting** 97:20
**lights** 55:3 57:11 60:20
**lime** 84:15 85:3 89:11
**limit** 97:7
**limitations** 97:16
**limited** 14:7
**limp** 96:15
**lines** 25:22

**listening** 68:6
**little** 35:2 54:4 61:15
  69:21 84:17,19,23
**live** 10:10 58:25 91:15
**lived** 28:25 29:1 30:5
  31:14 35:24 37:7 38:13
  42:23 48:12 58:5 71:10
  78:5
**living** 15:9 23:10 28:16
  28:19 29:23 30:4,7
  37:6,20,23 38:6,11
  49:25 50:7,8 100:1,2
**Lloyd** 42:5,15 43:20,22
  43:24 46:7 48:14,16,20
  75:7 80:24 89:14 90:18
  90:25
**LLP** 1:18
**load** 24:15
**loaded** 24:5,8,8 95:13
**loading** 24:18
**located** 8:18 39:24
**location** 40:1 45:25
  71:24 88:24
**locked** 50:24
**lodge** 71:15
**lodged** 72:7,9 74:17 75:3
  92:25
**long** 10:10 12:16,25
  13:15 28:16,25 52:14
  58:14 70:17 79:17 83:3
  94:11,19
**longer** 57:24 73:24 79:13
**longshoreman** 13:6
  24:18
**look** 60:5 61:17,25 67:2
  73:5,16 78:1,12 81:19
  85:3 86:5 92:18
**looked** 41:3 54:12,16
  56:8 57:15 58:19,23
  59:8 64:18 65:3 66:18
  67:13 79:22 80:16
  91:19
**looking** 21:17 31:12
  41:10 45:19 57:18 59:9
  70:15 72:19 73:3,3,6,17
  73:20 80:1 89:8 90:6

**loose** 71:4,5
**loosened** 72:1
**Lord** 43:21
**lost** 21:24 82:12
**lot** 20:12 25:16 47:9
  48:23 90:6 91:7
**lots** 91:5
**loud** 7:3 62:15 64:20
**Louisiana** 1:2,20 2:6,14
  4:6,24 5:2 7:18 12:20
  16:6 104:4
**Lower** 9:6 27:9,10 32:2,4
  38:14
**lunch** 27:1,4
**L-O-Y** 43:22
**L-O-Y-D** 43:23
**L.L.P** 2:10

**M**

**M** 3:1
**MAG** 1:11
**main** 10:4 27:20
**making** 63:12 95:12
**mama** 38:2,2 82:13
**man** 32:13,23 67:1 82:12
  82:19 83:9 97:7
**map** 10:2 39:7,23 73:6,7
  87:5 88:13
**March** 99:17
**Marie** 11:4
**mark** 19:18 21:19 22:17
  39:7 45:16 83:25 84:24
  86:17 90:5,9
**marked** 19:22 21:1 22:3
  22:6 39:9 45:20 49:18
  84:3 86:20 90:11
**married** 10:17 11:9,16
  28:21
**matter** 68:22
**Mayor** 31:2
**McCall** 1:18 2:10
**mean** 8:7 14:19 31:8
  34:11 96:24
**means** 5:19 14:20 67:15
**mechanic** 27:21
**mechanic's** 27:24
**medical** 95:17

MICHAEL BICKHAM

May 4, 2009

Page 7

**medication** 7:22 95:11
95:12,21 96:8
**medications** 95:6
**meet** 44:17,22
**member** 24:21
**Menteur** 9:19,20
**mentioned** 20:19,21
**messed** 95:1
**met** 44:19,25 52:23
**Michael** 1:17 5:1 7:16
11:1,1 98:19
**middle** 40:3
**midnight** 52:20,21 55:7
55:9
**midstream** 24:11,12
**Mike** 34:22
**military** 15:19
**million** 100:3,4
**mind** 8:8 97:17
**mine** 28:13
**minors** 18:12
**minutes** 7:12 33:11 58:4
58:17 59:18,21 64:5
68:1,3,4,22,25 69:4,7
69:10
**missed** 84:14
**Mississippi** 26:22 77:16
**moderate** 56:3
**Monday** 26:5 55:10
72:22 79:17
**month** 35:15,15
**months** 13:1 94:20
**Moon** 15:4,23
**morning** 5:7 7:24
**mother** 11:5 16:7
**motor** 82:25
**move** 10:15 65:8 71:5,6
**moved** 25:16 59:1 71:15
86:3,8
**moving** 25:14,15 56:15
70:16,24 80:22
**Mumford** 1:9
**municipal** 30:19
**murmur** 32:16
**Murph** 44:14

**N**

**N** 3:1,1,1,7 4:1 30:1
38:15 40:4,4,8 42:1
46:1,1 52:25 53:9,12,17
53:19,20 54:8,11 57:4
73:4 84:8,9,18 85:8
87:18 88:7,9
**name** 7:14,16 9:23 11:3
11:17 21:20 22:1 23:25
43:11,20 44:5,6 67:5
76:4 83:10,11 100:13
**named** 5:3
**names** 10:25
**Nashville** 94:8
**National** 82:7
**need** 7:9 97:15
**needed** 64:24 70:2
**neighbor** 41:25,25 42:11
67:4
**neighborhood** 9:24 10:5
38:16,20 59:21 69:5
76:1,2 80:17,18 84:15
90:17
**neighbors** 43:16 44:8
**neither** 52:16 55:22
**never** 11:16 15:16,17,20
23:10 35:8 37:8 52:9
70:19 76:3 81:12,14
96:14
**new** 1:19 2:6,14 8:20,21
9:6 12:1,6,7 17:4,10
20:13 23:7 35:15 82:2
94:17 96:1 98:10
**niece** 58:25
**niece's** 60:5,12
**night** 52:19 79:17 83:15
83:16
**nine** 12:9
**Ninth** 9:6,18 27:9,10,13
32:2,4 37:20,23 38:14
91:18
**noise** 57:21 59:25 60:16
62:2,3,6,9 63:12 68:4
**NORTH** 2:9
**notice** 4:7
**notion** 77:22
**number** 13:5 21:11

45:16 83:25 99:10,15
**numbers** 59:5

**O**

**O** 3:1 4:1
**oak** 90:19 91:2
**oath** 4:25 5:5,17
**object** 14:6 17:2 18:19
19:4,9 23:1 46:21
100:18,23
**objection** 14:13 17:8,20
46:19 102:16
**objections** 4:11 14:15,22
**odor** 97:20,22
**offender** 22:24
**offer** 14:17
**office** 23:14
**officiated** 4:24
**Oh** 53:17
**okay** 5:12,16,18 6:1,4,10
6:16,21 7:7,21 8:10,13
9:5,15 10:17 11:9 12:3
12:8 13:23 17:12 18:5
18:11,17 19:18 21:5,8
21:14 22:14 24:5,17
25:5,9 27:1,4,7,19 28:6
28:14,16 29:5,17,22
30:11,21 32:2,11,24,24
33:12,17,21 35:17
36:18,25 37:3,20,25
39:15,17,20 40:3,19,24
41:15,18,23 42:8,13
43:15,24 44:7,10 45:8
46:3 48:3,6,7,19,20
49:6,14,22 50:9 51:21
51:24 52:6,18 53:5
54:6,10,15,19 55:13
56:1,6,25 57:6,13 58:14
58:18,22 59:16,23 60:4
60:7,10,13 61:10 62:8
62:19,22 63:5,21,25
64:7,21 67:10 70:10
71:1,14 72:7 73:5 74:5
74:13 78:16 79:12,24
80:10,19 81:5,8,18 82:1
83:22,24 85:10,18,23
86:22 87:2,7,15,21 88:4

88:8,16 91:15,17 92:11
94:19,22 95:17 96:22
97:4 98:4 99:13 100:7
101:18,22 102:22,25
**old** 10:16 11:20,21 15:8
32:13,23 34:13,14
37:21 76:8
**older** 11:23,25
**once** 92:6
**once-a-month** 35:13
**one-story** 41:16,17
**open** 15:19 50:20 51:20
66:15,17 71:13
**opened** 23:10 57:15,22
60:15 62:16 65:19 66:9
66:11 78:1
**operating** 13:11
**operations** 25:19
**operator** 12:24 24:19
**opportunity** 15:2
**opposed** 69:7
**orange** 45:18
**Order** 101:11
**original** 22:19 77:20
**Orleans** 1:19 2:6,14 8:20
8:21 9:6 12:1,6,7 17:4
17:10 20:13 23:7 82:2
94:17 96:1 98:10
**outside** 51:10 58:10 76:7
**owe** 16:24 17:14 18:5,8
**owned** 27:11,12 28:7
53:14 99:2
**o'clock** 12:9

**P**

**P** 4:1
**Pacorini** 13:7,8,9,14,23
23:23 24:23
**PAGE** 3:3,9
**paid** 35:8,16
**paper** 23:8 97:9,14
**papers** 16:2 45:9
**Parfait** 1:13
**part** 4:14
**participated** 24:17
**particular** 38:9 52:20
**parties** 4:3 104:14

MICHAEL BICKHAM                                                                          May 4, 2009

passed 67:22
pay 18:14
paycheck 35:7
payments 18:3
peaking 85:4
penmanship 22:12,13
people 20:12 33:14 44:10
    48:12 77:1 82:5
percent 96:9
perch 73:2
period 69:4,13
periods 29:22
permitted 4:5
Perry 1:11
person 36:21,22 69:24
personal 27:16 99:4,6
    100:4
personally 28:8
perspective 72:24
PERTAINS 1:6
phone 7:10,11 99:15
    100:8,9
photograph 20:7 45:24
    48:21,22 84:1,12,12
    85:21 88:12,17 89:2
physical 30:18 96:23
physically 94:22
picked 23:11
picking 68:2
picture 19:13
pictures 92:13
piece 49:5,6
pine 91:2
Pinkston 42:6,20,24 43:3
    46:6 47:6,10,19 48:7
    49:5,15,16 71:11 72:10
    80:25 89:9,13 90:22
place 23:7,9 37:12 70:21
plaintiffs 100:24
plastic 34:16,17
play 100:19,21,25
played 101:14
please 7:15
point 55:10 58:10 61:11
    67:14 68:4 74:13 80:7
    80:15

pointing 42:9
police 15:4
popped 56:16
popping 53:2 60:18
porch 58:19
possessions 27:16
post 91:9,10 92:20,24
    93:2,4,6,8,10,15,23
    94:2
post-Katrina 45:24
power 54:23,24 55:2,3
    57:10
Poydras 1:19 2:13
prayed 80:2
prayer 80:3
preparations 34:25
    36:19 49:23 50:21 51:7
prescribe 96:4
prescription 7:22
pressure 95:12
pretty 45:25
pre-Katrina 84:1
Prieur 27:8 29:1,4,12,24
    30:2,4,8,10,14,16,18
    33:10 40:4 42:1,25
    46:1 48:17,18 52:24
    53:7,8,24 54:8,11 56:8
    84:9,19 85:15 89:4,17
probably 55:7
probation 29:17,18
problems 96:18
procedure 4:6 6:19
process 15:6
progressed 52:19
property 27:13 49:5,7
    87:17 88:6 98:24 99:1
    100:3
protected 14:24
provided 97:11 100:24
    101:12
PSLC 2:2
psychological 97:1
pull 24:13 25:17
pulled 69:24 70:22 75:2
pull-down 50:17
purple 95:8

purported 101:2
purposes 4:5 46:24
pursuant 4:7
push 50:19 71:25 77:11
    82:14
pushing 71:13
put 14:10,23 20:4 23:25
    29:18 34:4,7,17 35:2
    36:20,24 46:13 47:11
    49:24 50:19,21,23,23
    50:25 54:10,15 61:12
    65:7 67:25 69:15 75:5
    82:22,24 83:5,6,8,19
    85:20 88:14 89:17 90:1
    99:1
putting 68:3
P.L.C 2:3

Q

question 4:12 6:12 15:6
    28:17 68:17 86:11
questions 6:2,15 8:5,6,11
    94:7 101:19
quickly 76:5
quit 13:2,23

R

rain 55:17,19 56:3 76:21
    76:22,23 78:12
raining 55:18 76:20
rains 38:19
raised 51:13
ran 16:13 57:18
range 76:8
rape 18:25
Rarely 24:8
Ray 10:3
reach 53:13 92:19 93:1
reached 69:1
read 8:19 21:23 98:5
reading 4:8 21:25
ready 37:1,2
real 61:23 67:5 76:4
    93:18
realize 54:20 67:22
really 14:10 23:19 54:23
    67:4 74:8,10

reason 8:4,7 15:1,24
    61:25 92:16
recalled 20:18
recess 68:13
recognize 19:15 71:16
    86:18
record 7:15 14:4,4,15,24
    14:25 34:19 42:9 68:16
    93:25 97:23
recording 101:14
red 89:9
refrigerator 82:23
refrigerators 80:23
regardless 49:17
register 22:23
registered 23:14,16
regular 16:13
reinstated 17:13
related 104:14
relationship 11:12 28:18
    28:20
relative 86:19
released 25:25
releasing 25:22
remarkable 52:21
remember 6:4,5,10
    17:10 26:25 28:9,9
    30:3 33:17 37:22 38:1
    38:3,4 48:11,12 55:16
    57:9 68:17 72:16 86:1
    98:4,10,21 100:7,15
Rene 10:3
reopen 27:24
repair 27:25
repeat 6:13
Reporter 1:23,25 4:23
    104:3,25
REPORTER'S 104:1
represented 45:5
REPRESENTING 2:2,9
rescued 81:12 82:1,3
    83:18
reserved 4:13 14:22
residence 7:17 68:21
responsiveness 4:12
rest 31:16 37:8

MICHAEL BICKHAM

May 4, 2009

**restate** 7:14
**restaurant** 15:19
**result** 15:15 16:11 23:4
  94:23 96:23 104:16
**resulting** 45:6
**returned** 96:1
**ride** 31:9 33:11
**right** 5:7,22,25 6:11,17
  7:13 12:21 13:16 20:4
  22:2,22 23:18 24:12,25
  29:22 30:17,20,21,24
  32:19 38:13 39:4,21,23
  40:10 41:21 42:16,19
  46:4,8 47:4,11,16,17,18
  47:21,23 48:1,9,20 49:1
  49:10,17,12 51:3,6,24
  52:9 53:10,21 56:19
  57:3 58:8 60:2 61:19
  61:24 62:5 67:21 68:15
  69:3 74:2,15 75:4
  76:14 78:11,14,16
  79:16 80:7,15 81:11,22
  82:10 83:18 84:2,5,16
  85:3,7,9,9,13,15,16,17
  86:24 87:1,2,4,8,16,22
  89:2,5,7,10,11,17,18,21
  89:23,24 90:1,3,9 92:4
  93:8 94:5,21 95:14
  96:8,14 98:16,20 99:7,9
  100:5 102:12,22,25
**rise** 53:1
**Rita** 91:22,23,25 92:5,7,9
  92:12
**river** 10:8 13:3 26:22
**Road** 8:19
**Robert** 43:9
**rocking** 93:21 94:1
**Rodney** 11:17,18,19,20
  12:3
**Roman** 30:1 38:15 40:4
  46:1 84:9,18 85:2,8,13
**roof** 68:2 70:16 71:13
  74:17,21,23,24 77:7
**roofs** 41:10
**rooftops** 80:20
**room** 34:4 35:4 36:23

49:25 50:7,8 59:7,7
  61:17
**rooted** 91:13
**rope** 34:3 65:2 66:25
  82:22
**Rose** 5:2 7:17 99:25
**Rouge** 94:15,20 95:19,21
  95:23 99:15
**roughly** 29:2 86:6
**row** 49:20
**RPR** 1:24 4:22 104:2,24
**rub** 96:9
**run** 33:5
**running** 32:18,19

### S

**s** 4:1 12:16 51:16 58:11
  66:4 88:20 101:16
**Saturday** 23:22 24:25
  25:9,11,17 26:3
**sausage** 82:24,25
**save** 4:11
**saved** 77:5 82:13
**saw** 54:12,17 56:9 61:8
  67:14 81:8,12,24 82:16
**saying** 21:11 23:9 31:13
  45:11 48:22,22 56:7
**says** 39:8 45:18 57:21
  98:24
**school** 8:14,16 10:13,14
**schooling** 8:25
**Scrap** 79:8
**scraping** 102:13
**scrub** 95:15
**seal** 31:2
**sealing** 4:9
**searched** 97:5
**second** 65:9 68:20 69:2
  84:8
**seconds** 102:10,23
**section** 1:7 69:11 71:4,6
**sectioned** 49:8
**see** 38:15,19,22 39:2,8
  41:4,20 45:17 46:3,9
  48:21 53:3,17,22 54:1
  55:6 56:15,17,20 57:24
  58:23 59:24 60:5,12,17

60:19,21,21,23,23,25
  61:1,2,3,5 77:1,1 78:1,2
  78:7,10 79:13,14,15
  80:12,14 81:2,5,7,16,22
  84:11,13 85:5,14 86:15
  88:16 89:8 90:14 92:4
  98:24 99:14
**seeing** 97:12
**seek** 95:17,22
**seen** 15:8 41:12 61:6
  75:17 80:20 81:14,25
  95:9,25
**seepage** 39:2
**seizure** 82:11
**sell** 97:9,10,11,13,14
**send** 26:16
**Senior** 8:17
**sense** 95:2
**sent** 26:14
**separate** 21:10
**serve** 15:15 16:11
**served** 15:21 29:14
**services** 17:24 45:17
**set** 104:7
**seven** 15:16 23:23 24:1
  29:14,16,21 48:25
  67:16,17
**seventeen** 10:16
**sex** 22:23
**sexual** 15:11,13 18:22
  19:7
**SF-95** 20:11 21:10
**SF-95s** 20:18
**shift** 70:13
**shifted** 71:15 72:15 73:1
  73:8,11,13 74:11
**shifting** 70:25
**ship** 24:15
**ships** 13:10 24:8,10
  25:14,15,17,23 26:9,12
**shipyard** 12:19 25:13
**shirt** 61:12 83:6,7
**shoes** 96:17
**shop** 27:21,24
**shorthand** 104:9
**Shorty** 83:16

**Shorty's** 83:15
**shot** 7:4
**show** 20:9,24 42:9 45:15
  83:24 86:16
**showed** 15:17 31:17,20
  32:5,6 92:14
**showing** 19:14 20:17
  48:23
**shows** 39:23 73:6
**shut** 25:13
**Sickle** 83:4
**side** 9:17 28:3 32:3,4
  37:24 42:3,5,18,21 43:7
  49:4,15 82:15 90:21,22
  90:23
**sides** 59:4
**sidewalk** 90:24
**sign** 21:22 22:1 91:24
**signature** 20:6,25 21:5
  21:12,21 22:10,18,19
  99:19
**signatures** 21:8,15
**signed** 21:12 22:14 45:8
  98:2
**signing** 4:9
**single** 63:5,9 65:14
**sir** 8:12 16:18 17:15
  26:14 32:8 44:24 45:14
  51:23 55:15 57:8 60:3
  60:6 67:25 79:9
**sister** 32:12,22 35:24
  59:14 64:22
**sisters** 36:9
**sister-in-law** 68:2
**sit** 35:3 70:20 72:18,20
  74:8 80:1 82:4
**sitting** 5:25 41:18 54:2
**six** 67:16,17
**skeptical** 33:6
**skin** 96:16
**slab** 51:13,14
**slapping** 56:19
**sleep** 51:24 52:10,10,11
  97:6,12
**sleeper** 62:16
**sleeping** 34:8 52:16

MICHAEL BICKHAM

May 4, 2009

**slide** 50:18 92:20
**slowly** 42:8 46:9
**smoke** 82:24
**Snake** 67:4,5 70:3,4
  75:15,24 76:3
**soak** 95:15
**soaking** 55:21,23
**social** 16:19
**soft** 96:16
**solid** 51:12
**somebody** 22:14 62:12
**son** 11:17 57:16
**sons** 7:12
**sorry** 5:8 26:2 40:23
  53:18 62:19 65:12
  66:18 73:15
**sort** 28:3
**sought** 4:15 97:1
**sound** 62:11,11,22 63:1
  63:15,18,22,23,24,24
  64:5,7 77:20,21,24
  78:15,17,22 79:3,7,10
  102:1,3,5,6,7,14,20
**sounded** 62:10,14,15,24
  63:3,10 77:23,25 79:3
  79:11
**sounds** 102:14,19
**Southern** 79:8
**speak** 7:3
**specifically** 4:10 26:17
**splash** 56:20 60:24
**splashing** 56:9 61:6
  79:13,14
**St** 9:16 78:23 96:3
**stairs** 65:25 66:3
**stairway** 65:13,14
**stand** 37:9
**standing** 61:8,9 90:19
  95:4
**start** 6:25 28:18 33:2
  59:23 70:20
**started** 28:20 29:25 30:1
  30:3 53:1 57:16,17
  59:10,13 60:11 61:12
  64:14,16 66:25 68:19
  69:1 70:18 71:2,6

75:16
**starters** 28:4
**starting** 35:15 95:7
**state** 4:23 16:5 17:22
  18:8,9 104:3
**statement** 52:13
**STATES** 1:1
**statute** 97:16
**stay** 31:11 36:1 84:25
**stayed** 32:13 36:2,5,11
  36:12 75:2 91:11 94:16
**staying** 31:9
**step** 51:20 65:5 99:21
**stepdaughter** 53:15 87:9
  88:2,20 90:4 99:22,23
**steps** 51:15 65:5,9 66:19
  67:14,24 68:20 72:2
**stevedores** 13:8,9
**sticker** 20:4
**stinging** 76:24
**STIPULATED** 4:2
**stipulation** 5:3 14:14
**stipulations** 14:21
**stole** 97:8,10
**stop** 25:18 31:24 33:12
  53:5 58:8 61:5,24 65:5
  97:20
**stopped** 64:6,11,12 71:12
  95:10,14
**stops** 85:9
**store** 27:23
**storm** 34:6
**story** 69:2
**straight** 23:13 51:19
  66:1 73:3
**street** 1:19 2:5,13 9:7
  13:5 24:3,4 26:21 29:4
  30:25 33:10 38:7 40:13
  40:14 41:1,24 42:3,18
  42:22,24 43:7,18,19
  44:3 48:16 53:11 55:3
  55:14 57:10 73:12,14
  77:6 82:4 84:7,8,10
  87:2,10 89:16 90:18
  92:23 93:5
**streetlight** 92:18,24

**streetlights** 57:12
**streets** 10:4 86:18
**strong** 56:4,5 68:7,9
**stucco** 51:10,21
**stuff** 28:5 35:2
**submitted** 98:12,15
**sue** 45:12
**suffer** 83:3 96:22
**suffered** 83:2
**sufficiently** 71:15
**Sunday** 25:3,12,20 26:3
  26:5,24 30:24 49:22,23
  51:25 52:2,19 55:8
**Superdome** 97:8,11
**supervision** 104:10
**supplies** 35:6
**support** 17:14,18,24 18:3
  18:6,11
**supposed** 23:8 31:3 35:7
**sure** 6:6,6
**surgery** 34:9,15,15
**survived** 75:21,22
**suspended** 16:22,23,25
  17:6 19:21
**sweat** 61:12 83:7
**sweating** 97:6
**swimming** 38:1 67:9
  75:17
**swing** 55:20
**sworn** 5:4,20 104:6
**Sylvia** 42:4,12,14,17
  43:25 44:1 46:7 48:3
  48:17 80:25 89:13
  90:23

---

**T**

**T** 3:1,7 4:1,1
**take** 7:2,9,10,13 15:8
  16:4 31:15 37:4 42:8
  52:19 57:17 68:12
  81:18 96:7
**taken** 4:5 7:24 14:15
  18:2 104:8
**talk** 20:10 23:18 33:19
  44:23 51:6
**talking** 6:25 7:1 14:18
  37:14 38:23 41:7 85:23

87:13 93:22 100:7
**tape** 101:13
**tax** 17:22,22
**Tchoupitoulas** 12:22
  20:14
**tearing** 25:18
**television** 31:12
**tell** 5:20,21 6:6 8:13 14:3
  27:7 49:8 52:13,18
  54:24 68:6 72:25 73:7
  74:5 77:23 80:13 102:9
**telling** 7:11 26:16 49:3
  68:9 95:6
**ten** 14:8 58:17 59:18,21
  98:25
**Tennessee** 40:13,14,15
  41:24 53:12 73:12,13
  77:12 82:10
**tenth** 8:15,25
**terms** 51:8 55:17 76:19
**testified** 5:16 16:5 101:25
**testify** 15:25 104:6,7
**testimony** 39:6
**Texas** 94:10
**Thank** 101:20
**theft** 16:10,12
**thereof** 4:14
**they'd** 24:11,13
**thing** 6:23 34:5 35:11
  45:19 47:22 50:25
  60:14 62:11 72:16
  77:19 78:25 79:25
  84:17 95:14 102:11
**things** 25:25 26:19 46:10
  56:7 77:1 80:3,22 93:2
  101:11
**think** 27:2 29:8 35:20
  37:9,10 43:22 49:24
  68:16,21,25 71:20 72:3
  74:18 78:15 84:19
  94:13 99:18 101:18
**thinking** 37:3 74:9
**thirteen** 68:5,8 72:21
**Thomekia** 22:16 53:16
  88:2,4 90:7 99:20,21
**thought** 56:7 58:2 59:17

MICHAEL BICKHAM

May 4, 2009

59:24 60:16 62:19,20
62:22 63:15
**thousand** 98:25
**threat** 52:15
**threatened** 16:3
**three** 13:1,16 21:8 29:8
40:8 49:20 61:22 64:5
65:4,9 66:19 67:14,24
68:20 94:13
**threw** 23:15 65:6
**tickets** 16:24
**tides** 25:13
**tie** 25:25
**tied** 25:15
**time** 4:13 12:1,4 15:15
16:11 24:24 25:10
26:24 30:9 32:7 38:6
38:10,13 54:19 55:21
57:1,2,9 61:11 67:21
68:18,18,25 69:15
70:22 73:25 76:11,15
76:18 78:8 81:24,25
82:6 83:19 92:6 96:7
102:8
**tissue** 97:9,14
**today** 12:8 23:16 44:16
44:20 72:18,20 74:8
83:7
**toes** 95:7
**told** 21:25 30:17 31:13
34:4,7,24 36:23 37:10
55:23 57:20 58:1 61:4
62:18,23 64:23 66:23
68:21 70:2,14,16 82:5
82:14 86:13,14 96:6
**top** 39:8 57:25 60:22
65:5 82:23
**tore** 87:23
**touch** 92:20,21 93:2
**tour** 29:7
**trade** 9:3
**traffic** 16:24
**training** 9:2
**transcribed** 104:10
**transcript** 101:1
**transcription** 104:11

**transformer** 58:3 60:16
62:21,23,24 63:16
**transportation** 31:4,5,6
**trapped** 74:25
**treated** 97:18
**treatment** 95:17,22 96:5
97:2
**tree** 34:18 68:3,5,9 71:7
71:11,12,12,16,17,20
71:22 72:3,5,17 73:3,19
73:22 74:17,18 75:3,6,7
75:11 76:15,16 79:17
79:18 80:1,8,14 81:20
85:23 86:3 90:14,16,19
90:20,20,21,23 91:1,3
91:11,12,15,19,25 92:3
92:15,17,19,25 93:1,3,7
93:9,14,20,23 94:2,3
**trees** 46:10,20 71:9,9
**trick** 6:15
**tried** 31:2 71:25 97:9
**tripping** 70:15
**truck** 83:5
**true** 104:10
**trunk** 51:1,2 65:6,7,7
**truth** 5:20,21 104:6
**try** 5:14 52:10 86:14
90:16 95:3,6
**trying** 29:8 32:17 33:19
70:13,21 82:25 85:5
102:8
**tubing** 96:9
**turn** 35:3
**turned** 16:4 34:2 52:24
54:22,24 57:5 80:2
86:13 95:8
**TV** 52:4 81:9,10,24
**twelve** 15:7 24:1 33:11
68:1,3,4,22,25 69:3,7
**twelve-minimum** 69:13
**twelve-minute** 69:4
**twenty** 69:8
**twenty-eight** 28:22,23
**Twenty-one** 11:21
**two** 20:10 21:10 29:8
34:16 35:12,18 36:13

38:20 50:2,4,5,5 61:22
62:12,14 64:5 82:12,21
86:6 93:2 100:4 102:1
**type** 8:2 14:1 50:17 51:9
96:12,19 102:13
**T-shirt** 97:13

---

**U**

**U** 4:1
**Uh-huh** 16:8 22:8 29:16
39:11 60:1 101:8
**um** 10:16 11:2,3 12:19
29:2,7 30:1,5 50:18
60:13 95:20 96:2,8
**underneath** 35:24 75:2
86:15
**understand** 5:13,19 6:13
6:14,18,20 8:6,10 47:1
68:10 79:5 86:12 101:5
101:10
**understanding** 104:12
**underwater** 57:19 58:7
73:9,10
**unemployment** 17:21
**Unh-unh** 77:10
**union** 24:21
**UNITED** 1:1
**University** 8:23
**unload** 24:13
**unloaded** 24:5,7,9
**unpaid** 17:17
**Untie** 26:9
**untied** 25:16
**untying** 26:7,12
**upper** 59:2
**uprooted** 72:4,5
**upstairs** 36:13 38:11
41:8 55:24 57:14,23,24
64:25
**Urquhart** 30:1 38:15
**USA** 1:13,14
**use** 39:5 84:23
**U.S** 98:6

---

**V**

**v** 1:8,9,10,11,12,13,14
**Vagueness** 17:20

**value** 99:1
**Varra** 100:13
**vegetation** 46:9,19
**vest** 49:24
**vision** 97:17
**visit** 92:7,9
**vocational** 9:2
**voice** 7:3 101:16

---

**W**

**wait** 46:18 70:21
**waiting** 31:24
**waived** 4:10
**wake** 97:6
**walk** 15:21 34:10 36:25
53:6 55:2,5 58:15
59:18 66:10 87:18
96:15
**walked** 31:16,18 32:14
33:21 40:10 41:9 42:2
42:10 52:24 53:7,18
59:6,20 61:14,16 66:24
67:2 87:10
**WALKER** 2:11 3:5 5:6
7:8 12:15 15:14 17:5
17:11,23 18:21 19:5,12
19:25 20:16 21:4 22:9
23:3 26:11 34:21 39:12
45:23 46:22 47:3,5,15
63:8 68:14 84:6 86:23
88:3,21,23 90:13 94:4
97:24 100:20 101:7,15
102:15 103:1
**walking** 32:15 34:16
53:15 55:6,14
**wall** 23:9 53:2,3,23 54:1
54:1,4,5 56:13,18,20,21
56:23 57:25 60:18 61:1
61:2,8,9 69:16 72:1
78:6 79:15
**want** 6:3,7 14:10 15:1
39:5 45:13 51:6 66:12
66:14 83:11 86:14
97:13,19
**wanted** 15:5,19 20:24
33:5 91:24 97:11
**Ward** 9:6,18 27:9,10,14

MICHAEL BICKHAM

May 4, 2009

32:3,4 37:21,23 38:14
  91:18
**waring** 54:20
**warm** 97:14
**warrant** 22:22 23:11
**wasn't** 15:2 29:16 30:11
  38:12 51:11 52:16
  55:15,18,20 56:16,24
  58:4 62:13 70:19 82:18
  94:2
**watch** 54:21
**watched** 42:7 80:24 82:9
**watching** 52:3,5,8 54:3
**water** 37:18 38:20,22
  39:2 50:24 52:25 54:3
  54:4 55:13 56:10,11,15
  56:17,17 57:25 59:10
  59:21 60:17,24 61:3,21
  64:24 65:4 66:19,23
  67:3,14,15,23 68:6,9,19
  69:1 70:7 75:16 76:10
  78:2 80:13 82:12,22
  86:15 95:4
**waves** 75:1
**way** 7:9 18:10 49:2 59:16
  65:8 77:16 92:13 94:1
  104:15
**wearing** 37:1
**weather** 52:5,8 55:16
  76:18
**week** 23:24 24:1 35:8
**weeks** 29:9
**Wendy** 12:16
**Wendy's** 12:11
**went** 8:13 15:18 23:13,14
  27:5 29:4,12,18,19 30:1
  30:6 33:12,22 37:8
  41:2,23 51:19 52:9
  55:24 57:6,7,14,14 58:9
  58:10,18 59:10,24 60:4
  60:11,14,16 61:13,25
  64:13,17,19,20,21,25
  74:21 75:6 79:12 82:8
  82:10 93:12 94:3
**weren't** 25:19
**wet** 55:21,23

**we'll** 5:14 20:10 45:16
  47:11 48:6 51:5 82:15
  83:25 84:25 88:4
**we're** 5:8 6:2 23:18 31:9
  31:9 39:6 54:2 89:17
  89:19 94:5
**we've** 14:14,21 22:3
  28:21 83:3,11 84:18
  89:24
**wharf** 26:21 31:1
**whip** 55:19
**white** 47:22 60:22 89:10
**wife** 58:25 68:3 83:1,2
  97:10
**WILKINSON** 1:11
**wind** 54:3 55:17 56:1,3,5
  56:11,14,18 76:22,23
  93:21 94:1
**window** 57:19 59:8
  61:17 69:12
**windows** 34:1
**winds** 37:13,15 52:23
  53:4
**wind-whipped** 56:9
**wish** 31:7
**witness** 4:4,25 5:3 7:6
  26:4,8 104:5
**woke** 62:7,15
**wood** 51:9,10,21
**words** 49:11
**work** 12:9,10,18,25 13:3
  13:4,15,17 23:22,24
  25:14 27:25 33:9 76:7
**worked** 12:16 23:23 24:1
  25:9,11 30:21 82:3
**working** 12:8 25:1 26:20
**wouldn't** 15:25 27:23
  71:5 83:1 89:5
**wound** 90:14
**written** 101:1
**wrong** 57:20,22 100:5
**wrongful** 99:6

         **X**

**X** 3:1,1,7,7 46:13 48:7
  85:20 88:14 89:24

         **Y**

**Y** 9:9
**yard** 40:16 59:8 71:10,11
  78:19
**yeah** 5:23 9:12,14,25
  10:9,10,14 11:6,8,24
  13:13,22 15:24 18:4,13
  18:16 19:17 20:23,23
  21:17 22:21 25:8 28:2
  28:4,15,24 29:11,13,25
  30:15 33:1,15,16 34:12
  39:19,22 43:22 44:4
  45:22 47:13 48:1 49:13
  49:21 50:1,8 54:14
  55:9,9,12 56:22 59:6
  62:4 63:17 64:9 65:11
  65:24 66:8 67:20 72:23
  73:23 76:17 80:9 81:25
  83:21 84:22 85:22
  88:15 89:25 90:8 91:7
  91:14,16,20 93:11,20
  94:1,18 98:8,11,14 99:3
  99:5 100:6,12 102:24
**year** 12:17 29:6,19,20
  94:20,21
**years** 7:20 10:16 11:21
  13:16 14:8 15:8,16
  28:22 29:2,14,17,21
  34:14
**Yep** 13:19 35:11
**y'all** 32:14 68:8 74:14
  76:6

         **$**

**$23** 35:12

         **#**

**#75005** 1:25 104:25

         **0**

**05-4182** 1:5
**05-5531** 1:8
**05-5724** 1:9
**06-5342** 1:10
**06-6299** 1:11
**06-7516** 1:12
**07** 99:17

**07-3500** 1:13
**07-5178** 1:14

         **1**

**1** 3:10 13:5 19:18,22 21:9
  96:9 99:17
**101** 3:6
**1100** 1:19 2:13
**1348** 74:23,24
**14** 100:12
**15-1421** 16:19
**18-wheeler** 82:24 83:5
**1838** 30:12 39:8,15 45:18
**1838-1/2** 30:12
**1838-1840** 39:24
**1840** 27:8 29:1,12 30:12
  39:14 40:11 49:5 74:24
  98:19
**1840-1/2** 30:12
**19** 3:10

         **2**

**2** 3:11 21:1,20 98:1 99:17
**20** 18:9
**2005** 25:7 100:12
**2007** 99:18
**2009** 1:20
**21** 3:11
**22** 3:12
**2300** 1:18 2:12
**2407** 5:2 7:17 99:25
**28th** 99:18
**29th** 25:6

         **3**

**3** 3:12 22:4,6,17 99:16
**366-0284** 99:10,15
**38** 59:5
**39** 3:13

         **4**

**4** 3:13 31:13,13 37:8 39:7
  39:9 73:5
**4th** 1:20
**40** 59:5
**438** 16:19
**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** 16:20

MICHAEL BICKHAM

**45** 3:14
**49** 7:20

**5**

**5** 3:5,14 45:16,20 49:18
**504-585-7000** 2:15
**504-885-7700** 2:7

**6**

**6** 3:15 83:25 84:3,25

**7**

**7** 3:16 84:16,24 86:17,20
**70053** 5:2
**70113** 2:6
**70163-2300** 1:20 2:14

**8**

**8** 3:17 90:10,11
**821** 2:5
**84** 3:15
**86** 3:16

**9**

**9/23/59** 16:17
**90** 3:17
**911** 76:11

# EXHIBIT 6

Deposition of James Hall Including Exhibits 3 and 4

1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
      CONSOLIDATED LITIGATION
 5
                                         NO. 05-4182
 6                                       and consolidated cases
 7                                       SECTION "K" (2)
 8    PERTAINS TO: BARGE
 9    BOUTTE V. LAFARGE        05-5531   JUDGE STANWOOD R.
      MUMFORD V. INGRAM        05-5724   DUVALL, JR.
10    LAGARDE V. LAFARGE       06-5342
      PERRY V. INGRAM          06-6299   MAG. JOSEPH C.
11    BENOIT V. LAFARGE        06-7516   WILKINSON, JR.
      PARFAIT FAMILY V. USA 07-3500
12    LAFARGE V. USA           07-5178
13    WEBER V. LAFARGE         08-4459
14
15         DEPOSITION OF CAPTAIN JAMES HALL, 34220 CANE MARKET
16    ROAD, WALKER, LOUISIANA  70785, TAKEN AT THE OFFICES OF
17    CHAFFE, MCCALL, 1100 POYDRAS STREET, SUITE 2300, NEW
18    ORLEANS, LOUISIANA  70163, COMMENCING AT 10:00 ON MARCH
19    17, 2009.
20    APPEARANCES:
21    FOR PLAINTIFF :
22         LAW OFFICE OF BRIAN GILBERT
23          (BY: PATRICK SANDERS, ESQUIRE)
24          821 BARONNE STREET
25          NEW ORLEANS, LOUISIANA
```

**2**

APPEARANCES (CONTINUED):

FOR DEFENDANT LAFARGE NORTH AMERICA:
   CHAFFE, MCCALL
   (BY: ROBERT FISHER, ESQUIRE AND THOMAS FORBES, ESQUIRE)
   1100 POYDRAS STREET, SUITE 2300
   NEW ORLEANS, LOUISIANA  70163

FOR DEFENDANT AMERICAN CLUB:
   MONTGOMERY BARNETT
   (BY: RONALD J. KITTO, ESQUIRE)
   1100 POYDRAS STREET, SUITE 3200
   NEW ORLEANS, LOUISIANA  70163

REPORTED BY:
   LAUREN S. BREWSTER
   CERTIFIED COURT REPORTER (#99001)
   IN AND FOR THE STATE OF LOUISIANA
               * * *

**4**

           S T I P U L A T I O N
      It is stipulated and agreed by and between
the counsel for the parties hereto that the deposition
of the aforementioned witness is hereby being taken
under the Federal Code of Civil Procedure, for all
purposes, in accordance with law;

      All formalities, including the reading and
signing of the transcript by the witness, are hereby
waived.

      All objections, except those as to the form
of the question and the responsiveness of the answer,
are hereby reserved until such time as this
deposition, or any part thereof, may be used or sought
to be used in evidence.

               * * * *

      LAUREN S. BREWSTER, Certified Court Reporter
in and for the Parish of Orleans, State of Louisiana,
officiated in administering the oath to the witness.
               * * *

**3**

### INDEX OF EXAMINATIONS
EXAMINATION                         PAGE
BY MR. SANDERS. . . . . . . . . . . .5,86
BY MR. FISHER. . . . . . . . . . .  56,89


### INDEX OF EXHIBITS
HALL NUMBER 1. . . . . . . . . . . . . .21
   MAP
HALL NUMBER 2 . . . . . . . . . . . .  21
   HARBOR CHART
HALL NUMBER 3. . . . . . . . . . . .   21
   AERIAL VIEW
HALL NUMBER 4. . . . . . . . . . . .   22
   CLOSE UP AERIAL VIEW
HALL NUMBER 5. . . . . . . . . . . ..  56
   SKETCH
HALL NUMBER 6. . . . . . . . . . . .   57
   LICENSE
HALL NUMBER 7. . . . . . . . . . .     90
   CHART
HALL NUMBER 8. . . . . . . . . . .     91
   INLAND RIVER REPORT

**5**

               CAPTAIN JAMES HALL
               34220 CANE MARKET ROAD
               WALKER, LOUISIANA 70785
      having been first duly sworn as a witness,
      was examined and testified as follows:
               * * *

               ←EXAMINATION
BY MR. SANDERS:
   Q    Captain Hall, my name is Patrick Sanders and
I represent some flood victims that suffered damages
in the Lower 9th Ward.
      MR. FISHER:
         Can we make appearances before we get
      started just for the record, is that all
      right?
      MR. SANDERS:
         Yes.
      MR. FISHER:
         We will have everybody introduce
      themselves.
      MR. SANDERS:
         Pat Sanders on behalf of the
      plaintiffs.
      MR. FISHER:
         Robert Fisher of Chaffe McCall on

6

1   behalf of Lafarge North America.
2       MR. KITTO:
3           Ronald Kitto with Montgomery Barnett on
4   behalf of American Club.
5       MR. FISHER:
6           American Club who are the insurers of
7   Lafarge North America among other insurers.
8       I think that's it.
9   BY MR. SANDERS:
10      Q   You were listed as a witness by Lafarge and
11  we are just here today to maybe find out what we might
12  expect as far as your observations during Hurricane
13  Katrina and so forth.  Could you give us your name and
14  address for the record?
15      A   James R. Hall, Junior, 34220 Cane Market
16  Road, Walker, Louisiana 70785.
17      Q   Currently by whom are you employed?
18      A   Right now I'm working as a trip pilot and I
19  work for different companies.  You just contract to
20  different companies and right now I'm currently off
21  the boat renewing my license.
22      Q   What is your date of birth?
23      A   12/20/70.
24      Q   Did you bring any documents?  The subpoena
25  called for some documents, do you have any?

7

1       A   No.  That's one thing the boats' captains
2   usually don't keep a record of that.  It's filed on
3   the boat, one copy is and one copy is sent into the
4   office.  And I called Stag Marine and supposedly
5   they're supposed to fax it to somebody over here,
6   attention Edward, whoever that is.  I spoke with him
7   yesterday.
8       Q   Edward Moreno?  We weren't faxed anything.
9       A   I had nothing to do with that.  It's in
10  Morgan City.
11      Q   I understand.  So who was your last
12  employer?  I know you are doing boat trips now, but
13  was Stag Marine your last full time employer?
14      A   No.
15      Q   Who was your last employer?
16      A   Tex Mex Marine, a company called Tex Mex
17  Marine out of Houston.
18      Q   And going back in time, could you take me
19  back through your employment history up to the storm?
20  So you are a trip guy now but before that it was Tex
21  Mex Marine?
22      A   Tex Mex and prior to Tex Mex I worked
23  regular for three different companies, actually a
24  company called River Ventures.  Their office is in
25  Geismar.  And I worked for them as a trip pilot in the

8

1   fleet in Baton Rouge and they just went through a sell
2   out.  I'm trying to think of who actually owns it now.
3   It was HBL in Baton Rouge.  It was a Tiger fleet and I
4   think they sold out to Ingram Barge Line or something.
5   They had something to do with Ingram Barge Line.  And
6   other than that I usually work through kind of like a
7   staffing service here in New Orleans.  Boat Crews is
8   the name of them.  They just call on a job to job
9   basis and I call them and they let me know when I'm
10  available, give them the times and all availability
11  and they will call me and negotiate price and time and
12  all that.
13      Q   At the time of the storm were you employed
14  by Stag Marine or the staffing company?
15      A   Stag Marine.
16      Q   How long had you worked for them?
17      A   Off and on for three or four years off and
18  on.
19      Q   I overheard you say you have given a
20  deposition before.  Just to remind you, it's okay to
21  say you don't remember if you don't know an answer,
22  it's okay.  We are just here to get some information.
23  If you don't understand a question, tell me and we
24  will talk about it.  Since the storm you have worked
25  as a captain?

9

1       A   Uh-huh (affirmative response).
2       Q   And that's pretty much on push boats,
3   tugboats?
4       A   Either/or.
5       Q   And in August 2005 you were the captain of
6   what vessel?
7       A   MR. WAYNE.
8       Q   That was owned by Stag Marine?
9       A   Uh-huh (affirmative response).
10      Q   It's my understanding that you rode out the
11  storm on the MR. WAYNE; is that correct?  And the
12  storm happened I guess in the morning hours of Monday,
13  August 29th.  If you could take us through maybe like
14  if you recall Thursday through the storm, were you on
15  the MR. WAYNE that entire time?
16      A   Yeah.  All right.  We were on a job in Black
17  Bay and it was a contract job for a construction
18  company.  And I can't recall the name of it at this
19  time.  Stag has all that information.  But they were
20  on a demolition job picking up pipe line from platform
21  to platform.  They would pick it up off the bottom
22  divers and whatnot and they would pick a pipe up, cut
23  it in links and they would survey it for radioactive
24  materials and whatnot and if it passed the surveyor or
25  whatever they got the Geiger counters and they get on

3  (Pages 6 to 9)

10

1  there and if it was a below a certain number then they
2  would send it to Southern Scrap, that particular load
3  to Southern Scrap on the Industrial Canal.
4      Q   So you were moving essentially scrap back
5  and forth from Black Bay to Southern Scrap?
6      A   Uh-huh (affirmative response), scrap pipe.
7      Q   Was that your sole job I guess from Thursday
8  before the storm through the storm or did you do other
9  jobs too?
10     A   Well, it was anything directly related to
11 that construction company, whether it be crane barges,
12 whether it be materials and it's all transmitted on
13 flat deck barges.
14     Q   So essentially you were assigned to this
15 construction demolition project?
16     A   That was that boat's contract, yeah.  It was
17 a contract job.
18     Q   And do you remember back Thursday before the
19 storm exactly, did you make any trips to Southern
20 Scrap or were you held up in Black Bay waiting for
21 loading?
22     A   When the storm started approaching I was in
23 Black Bay.
24     Q   What day did the storm start approaching?
25     A   That was I think around -- well, it actually

11

1  started approaching that Thursday.  It started
2  tracking this way Thursday or Friday.  And there was a
3  big debate between me and another captain that was
4  working for another company that was also contracted
5  on the job, there was another boat there with us
6  called the MISS JENNIFER.
7      Q   What was the debate?
8      A   The debate was if and when do we pull out,
9  you know.  And the construction company that we were
10 contracted with didn't want to pull out and if it had
11 not tracked this way it's a common thing during a
12 hurricane with a boat.
13     Q   So if I could summarize it, they wanted you
14 to keep working and y'all were debating as to whether
15 to seek safe harbor?
16     A   Exactly.
17     Q   And as a master of a vessel you control that
18 vessel; is that correct?
19     A   That's correct.
20     Q   That's even against Stag Marine?
21     A   That's right.
22     Q   Even against that construction company?
23     A   That's right.
24     Q   So you do what is best for your vessel and
25 crew?

12

1      A   Uh-huh (affirmative response), and
2  ultimately that's what I did.  I pulled out and left.
3      Q   On what day was it that you pulled out and
4  left?
5      A   That was -- the storm actually hit Saturday
6      Q   I think it was Monday morning.
7      A   Monday morning.
8      Q   The 29th.
9      A   Okay.  Monday morning.  That was Sunday
10 morning when I got off watch, Saturday evening.  And
11 that particular company only rides one captain on a
12 boat and you know in certain conditions that you got
13 to make calls ahead of time, a lot further ahead of
14 time.  You have nobody to relieve you if you need to
15 pull out and start heading somewhere for safe harbor
16 then you either ride it all the way through.  Well,
17 that's your only option, to ride it all the way
18 through.  And so that's what I was thinking about
19 around Saturday.  Saturday evening when I got off
20 watch I called the other boat and I spoke with the
21 other captain and he and I were debating whether if
22 and when we were going to pull out and whatnot and he
23 asked me what I thought and I told him by the looks of
24 the hurricane the way it was tracking I was definitely

13

1  going to pull out, it was just a matter of did they
2  want me to bring their equipment with me or not.  If
3  they want to keep working I will leave it here, but by
4  the way the crane barges and all are on a spud system,
5  what they call a spud system -- I don't know if you
6  are familiar with that.  It's legs on a barge.  And
7  they were watching in the area whether they could
8  reach the bottom of the spuds and everything was
9  spudded down and they had just a piece from -- it was
10 an old platform that they used the pilings from it to
11 tie off the empty flat decks until they needed to load
12 them and whatnot.
13     Q   How were you monitoring the weather?  Were
14 you in contact with Stag Marine and they were advising
15 you or did you have monitoring equipment on your
16 vessel?
17     A   Yeah.  I was monitoring it through the Coast
18 Guard on channel 22.  The Coast Guard was giving
19 updates to mariners and also I was watching it in the
20 galley on the T.V.  When we were tied up I would go
21 down to the galley and get a visual on how it was
22 tracking and whatnot, and until it gets awful close I
23 can't pick it up with radar anyway until it gets
24 40 miles or so closer inland.  But the debate that
25 evening, like I say, was whether to stay or go or what

4 (Pages 10 to 13)

14

1   we was going to bring, if they were going to bring
2   their equipment or they wanted to keep working.
3   Naturally, welcome to it as far as I was concerned but
4   I was -- this was not my company.  I was worried about
5   the boat and the crew.
6       Q    When you left did you take a barge with you
7   or you left the boat?
8       A    I took I think three barges with me.
9       Q    Where did you bring them?
10      A    I brought them the MISS JENNIFER, took the
11  crane barges and I took the flat decks that we were
12  using on the transport and we both cut out.  That next
13  morning, that's what I was going to say earlier, when
14  I went to bed that night they was debating it and I
15  told the other captain -- before I went to bed I
16  called him on the radio and I said, before I go to
17  bed, in the morning when I wake up and when I am
18  eating breakfast in the galley, if it's still tracking
19  this way I'm leaving, as soon as I finish breakfast,
20  so whatever they need to do, they need to get in
21  contact with us and let me know what they want us to
22  do, because after breakfast I'm leaving one way or the
23  other.  So after breakfast the next morning I talked
24  to him and they were still kind of debating and the
25  deckhand fired the engines up and then they made the

15

1   decision that they wanted their equipment to come in.
2       Q    That's the three barges?
3       A    Yeah.
4       Q    Did you bring them in?
5       A    I brought them up the Industrial, to the
6   west bank of the Industrial on the Southern Scrap side
7   directly -- almost directly across from Boh Brothers
8   Construction.  And we spudded the crane barge down the
9   other boat and we breasted up the flat decks.
10      Q    So you brought them essentially to Boh
11  Brothers?
12      A    No, across the Industrial from Boh Brothers.
13      Q    And that area of the Industrial Canal, it is
14  north of the Florida bridge?
15      A    South of the Florida Street bridge, towards
16  the Mississippi Gulf Outlet.
17      Q    I have got some pictures here.  Let me show
18  you this aerial view.  This is the Industrial Canal.
19  This is the Intercoastal (indicating).  So where about
20  did you bring -- this is the Florida bridge and the
21  Claiborne bridge is down here.  That is the
22  Mississippi River.
23      A    Okay.  Well, it was completely off this map.
24  It was down below Southern Scrap and the Florida
25  Street bridge.  If you have a picture of the Florida

16

1   Street bridge or in that area.
2       Q    So you went under the Florida bridge?
3       A    No.  No.  Beyond the Florida Street bridge.
4   There is no other boat traffic bridge where you got to
5   contact traffic and the only bridge there beyond that
6   is that Paris Road bridge or whatever it is, the
7   high-rise that goes over the Industrial.
8       Q    Is that near where you brought the barges by
9   Paris Road?
10      A    Uh-huh (affirmative response).  Yeah.  It
11  was just above that bridge on the right descending
12  bank of the Industrial.
13      Q    Okay.  This is Paris Road bridge, this is
14  the Industrial Canal.  Does that help you?  That's the
15  same picture?
16      A    Yes, it's the same picture.  This would be
17  the Industrial here (indicating).
18      Q    This is the Industrial?
19      A    Uh-huh (affirmative response).
20          MR. FISHER:
21              That is the GICW, the MRGO, Industrial
22          Canal is here (indicting).  You are holding
23          it north upright.
24          THE WITNESS:
25              Okay.

17

1           MR. FISHER:
2               Your finger is pointing at the Paris
3           Road bridge close to the Michoud Canal.
4           THE WITNESS:
5               Do you have it at the point where it
6           crosses the Industrial?  Do you have a
7           picture of it where it crosses the
8           Industrial?  It's not even on this.  I would
9           feel better looking at the chart.
10          MR. FISHER:
11              Okay.  Here is the chart.  This is
12          where NOAH chart 11369 Lake Pontchartrain
13          and Maurepas area or we got that one too.
14          This is better.  Well, not better but this
15          is more to scale.  Lake Borgne Outlet Canal,
16          GICW and here is your junction, the MRGO and
17          the --
18          THE WITNESS:
19              That's where the Paris Road bridge
20          crosses right here (indicating).
21          MR. FISHER:
22              Yeah.  That's the Route 47 bridge.
23          THE WITNESS:
24              All right.  We were above it on the
25          right descending bank here (indicating).

5  (Pages 14 to 17)

18

MR. FISHER:
   Would that be the north bank or the south bank?
THE WITNESS:
   That would be -- the way the Industrial is facing it would be the south bank.  Yeah, the south bank.
MR. FISHER:
   Can we ask him to make a circle approximately where they were?
MR. SANDERS:
   Yeah.  Do it to this one.
MR. FISHER:
   Yeah.  This one is a larger scale. Just get your bearings first and circle around where you were.
THE WITNESS:
   Okay.  We spudded the barges right -- that would be Boh Brothers now.  Where is the scale on this?
MR. FORBES:
   This is a mile one.
THE WITNESS:
   So we were right about here approximately (indicating).  That's where

19

other tow was spudded.
BY MR. SANDERS:
   Q    Since we are on the map, where did you go after that to tie up?
   A    I went across the canal.  I left and went up here to the Florida Street bridge and -- well, Florida Street is over here (indicating).  I went up over here at this junction and looked for a place to tie up for a little while and then I came back down and on the left descending bank there is an old bulk terminal dock right about here (indicating).
MR. FORBES:
   It's actually labeled on this other map.  It's here, bulk terminal.
MR. FISHER:
   It shows on the harbor chart.  That's what we call this one.  11368 is the harbor chart.
MR. FORBES:
   Just so it's clear, the Industrial Canal is here (indicating) and the then the Intercoastal branches off.  It's a separate section.  So what you have is me cutting this out --
MR. FISHER:

20

It's the inset that shows the France Road Bay since right here the GICW comes into the Inner Harbor on the Industrial Canal.  Here is the mileage scale off the same chart.
THE WITNESS:
   We were at the facility so I don't need to estimate it.  We were at the facility and there is an inside piece to that dock and then there is a section of it, like a guide wall system just out from it maybe 200 feet, 100, anywhere from 150 to 200 feet out from the land side dock of the terminal if I remember right, a pretty good little gap in there.  It was enough to get all of us in there.
MR. FISHER:
   Can we ask the captain to circle the boat terminal dock over here?
MR. SANDERS:
   Yeah.
THE WITNESS:
   Okay.
MR. FISHER:
   Just to get him oriented, can we make

21

this Exhibit 1, the 11369?
MR. SANDERS:
   Yes.
MR. FISHER:
   And Exhibit 2 will be the inset or the chart that we copied from the 11368 which is the harbor chart.
MR. FORBES:
   You might want to mark the aerial view as 3.
MR. FISHER:
   Okay.  We can make the aerial view as Exhibit 3 if that's all right.
   (Exhibit Hall Nos. 1, 2, 3 marked for
   identification.)
MR. SANDERS:
   I have two aerials of the facility, was that the?
MR. FISHER:
   It's kind of hard --
MR. FORBES:
   This is it right here (indicating).
THE WITNESS:
   This is where we was right here (indicating).

6 (Pages 18 to 21)

22

```
 1   MR. FISHER:
 2        The first thing you showed him is
 3   Number 3 and that can be 4.
 4   MR. SANDERS:
 5        Okay.
 6   THE WITNESS:
 7        This would be it here (indicating).
 8   MR. SANDERS:
 9        Could you put an X?
10   THE WITNESS:
11        Okay.
12   MR. SANDERS:
13        Maybe circle it.
14   THE WITNESS:
15        Okay.
16   MR. SANDERS:
17        I guess the larger aerial we are going
18   to make 3.  Okay.
19   MR. FISHER:
20        Yeah.  That's fine.
21   MR. SANDERS:
22        The close up aerial we will make Hall
23   4.
24        (Exhibit Hall No. 4 marked for
25        identification.)
```

23

```
 1   BY MR. SANDERS:
 2     Q   Okay.  So you dropped off the barges on the
 3   south bank somewhere, spudded down and you parked some
 4   abreast, is that true?
 5     A   Yeah.  Well, actually we took them the crane
 6   barges.  The reason why we dropped it off over there
 7   was the other boat, the MISS JENNIFER if I recall the
 8   name of it right, I can find it for you, but the other
 9   boat's captain wanted to set it up to where he would
10   feel safe with the barges.  Initially I told him I
11   would go along with him if he wanted to build out of
12   the barges somewhat of a fender system and make like a
13   safe harbor for our two vessels and that way when
14   everything started and if all hell broke loose we
15   would have been protected from anything that was breaking
16   away or in direct danger of collision with our vessel.
17   So I helped him build it and I was even inside of it
18   at one point and I didn't feel comfortable there
19   because we were back up against the bank and if
20   something happened and we did -- if something happened
21   and we were struck by some break away barge or
22   something, it would have just shoved us further into
23   the revetment and that takes away my power of moving
24   the boat once it pushes the rudders up in the ground
25   and we would have been painted into a corner
```

24

```
 1   basically.  So I sat there probably five minutes at
 2   the most.  It just didn't hit me right at all.  I
 3   actually had the deckhands break one of the barges
 4   loose where I could get out and I put it back and we
 5   wired it back in and that's where we stayed for the
 6   hurricane.
 7     Q   What kind of barges were these?
 8     A   Flat decks and crane barges.  They were all
 9   flat decks but one of them had a crane on it and one
10   of them had sort of like a living quarters deal welded
11   for the divers and whatnot to change.
12     Q   The flat deck barges, how did you board them
13   together, what kind of lines?
14     A   With rigging.
15     Q   Wire rope?
16     A   Yeah.
17     Q   Single part, double part?
18     A   They were made up of four and a half wires
19   so they were all at least two part wires on each
20   corner and plus the lines that they had to put over
21   the top of them.  They never broke away.  They rode
22   the hurricane.
23     Q   So you had them moored at each corner?
24     A   Uh-huh (affirmative response).
25     Q   Any other points?
```

25

```
 1     A   Spuds, and the rig dropped down and we
 2   knocked the main winches out of gear, the control
 3   spuds to where they could freely float at the rise,
 4   because we knew there was going to be a surge coming
 5   and they were I think 48 foot spuds that we had access
 6   to so we was pretty sure they was going to be able to
 7   handle the surge.
 8     Q   So the spud barge anchored everything?
 9     A   Yeah.
10     Q   And the deck barges were moored to the spud?
11     A   Uh-huh (affirmative response).
12     Q   And you said how many parts on each corner
13   of wire rope?
14     A   I don't really know for sure but they were
15   at least made up with two parts on each side.
16     Q   Any lines in the middle or were they just
17   made up on the end?
18     A   Yeah.  They put 3 inch rope lines and nylon
19   lines on top of the rig in case they were to break.
20     Q   So you had made it up with wire rope and
21   polypropylene rope?
22     A   Uh-huh (affirmative response).
23     Q   That would be 2 inches?
24     A   Three inches.
25     Q   And you said after that you didn't feel
```

26

1  comfortable and you got out?
2      A    Uh-huh (affirmative response).
3      Q    Is that when you motored down to the
4  junction?
5      A    Up to the Florida Avenue bridge.
6      Q    Were you looking for a base at that point to
7  tie up?
8      A    Uh-huh (affirmative response).
9      Q    And I take it you didn't find a place so you
10  came back?
11      A    I went up that south bank looking real hard
12  and then I was going to check out all the facilities
13  on the way back down on the other side, that way I
14  could favor both sides and really get a look at what
15  we were dealing with there.
16      Q    And eventually you did find a place?
17      A    Eventually when I was coming -- when I was
18  coming back down descending the area I was contacted
19  by one of the other tugs on the radio and he asked me
20  where I was going and I told him I was looking for a
21  place to tie up and he told me to come on down there
22  with them, that's what they were all doing and we were
23  all going to get together.
24      Q    That's what y'all did?
25      A    And secure ourself to each other inside of

27

1  those docks and that way if something was to happen
2  you would have five tugs to choose from.  If something
3  started getting real bad you could just moor one boat
4  to another.
5      Q    Now, that's what you did, you met up with
6  like about four other vessels, am I correct?
7      A    Uh-huh (affirmative response).
8      Q    Y'all moored together?
9      A    Uh-huh (affirmative response).
10      Q    How did you moor it together?
11      A    We bolted a couple of us and we faced up to
12  each other with deck winches and once we dogged down
13  the deck winches and got them real tight, we put
14  probably as much as we could anywhere from 10 to 12
15  part 3 inch nylon lines from center bitt to center
16  bitt and then the same from certain quarter to certain
17  quarter and you quarter on the bow and breasted it up
18  to each other and then on the outer boats we had wire
19  running from the inside vessel to the dock from the
20  outside vessel to the dock and had it set up to where
21  the wires could scale up the pilings without getting
22  stopped by whatever, some obstruction on the dock.  We
23  found those pilings that would allow whatever you
24  secure it with, wires and ropes, to slide up, all the
25  way up as the surge comes to keep from holding down

28

1  the vessels which eventually it did anyway.  We went
2  up over top of the dock before it was over with.
3      Q    Because of the surge?
4      A    Yeah.
5      Q    Now, what time -- I guess it was on Sunday
6  you tied up with the other vessels?
7      A    Uh-huh (affirmative response).
8      Q    About what time of day was that, or night?
9      A    That was --
10      Q    Was it daylight?
11      A    Yeah.  It was around sundown because I was
12  pretty driven to find somewhere pretty quick because
13  it was starting to get dark and that's when we got in
14  contact with them.
15      Q    At any point did you attempt to passage
16  under the Florida bridge?
17      A    No.
18      Q    Was it up or down when you went down to that
19  junction?
20      A    Down.  I wanted to at least stay in sight of
21  the tow and the other vessel that was working for us
22  in case something did happen and he needed help, I
23  would be able to give him assistance.
24      Q    So you wanted to stay in proximity to the
25  barge?

29

1      A    Yeah.  That's why I didn't go no further.  I
2  wanted to be able to see him.
3      Q    The whole time you are monitoring weather
4  via radio?
5      A    Uh-huh (affirmative response), and the
6  television.
7      Q    Okay.  Why don't you take us now, sundown
8  essentially on Sunday did you go to sleep?
9      A    Oh, no.  No.  In those type of situations
10  you completely do a whole vessel overhaul on safety
11  features and you set up for your engine room.  You got
12  to set it up to where you can be able to at least have
13  access to additional pumps and you set it up to where
14  you got your discharge hoses out at certain portholes
15  and whatnot to where if you start taking on water
16  rapidly you can kind of either hopefully keep up with
17  it or if not pump it completely out.  You start from
18  there and you go through the boat and battening down
19  the hatches on every single void on the vessel and
20  taking care of precautions to stay afloat and make
21  sure everything is set up to where you can have -- you
22  can maintain contact with the other vessels and the
23  Coast Guard if need be and make sure your crew has a
24  place to be when it all goes down to where they can be
25  safe.  You have two sets of doors on most tow boats

8  (Pages 26 to 29)

30

1  and you have your outer sets of doors is made out of
2  the same material they make the bulk heads and cabins
3  with, it's steel seaworthy lock and seal doors and
4  they lock and seal at all four points.  A lot of times
5  inland vessels, you don't use them.  A lot of times
6  you leave them open for access for the crew coming in
7  and out.  Well, when they set up like that, especially
8  when you are working in the bay and you got to go
9  around and get everything operating and get it closed
10  up and get it all, that's what we were doing,
11  battening down all the hatches and preparing for the
12  hurricane.
13      Q   You stayed up all night I assume?
14      A   Yeah.
15      Q   Monitoring the storm?
16      A   Uh-huh (affirmative response).
17      Q   And I think it's pretty much undisputed that
18  the storm hit somewhere around 6:00 a.m, made landfall
19  that Monday morning.  Did you see any or feel any
20  storm surge?
21      A   Yeah.
22      Q   Now, would you describe that, was it a
23  gradual increase in water level or was it a tidal
24  wave?
25      A   It was pretty much -- I wouldn't say tidal

31

1  wave but it was -- it come in hard.  It come in hard.
2      Q   How long did it last?
3      A   The surge itself, I can't really recall the
4  actual surge.  I had a problem I was dealing with at
5  the time with a deckhand that I had.
6      Q   What was his problem?
7      A   Well, his grandfather was a boat captain and
8  he called me.  Evidently he called his grandfather and
9  was scared and his grandpa called me and went through
10  a big spiel about that was his only grandson and he
11  didn't want him to die on the boat and wanted to know
12  if there was anyway to get him off the boat and at
13  that time there was no way to get him off.
14      Q   This was at the time the storm was hitting?
15      A   The evening before.  Actually he knew it was
16  going to be a bad hurricane.  He was in his 70's and
17  he had been running boats all his life so he knew.
18  And the main bathroom in the boat was close to the
19  engine room and it also had -- it was basically a
20  steel box made out of same steel that everything else
21  is made out of on the boat which is a pretty thick
22  steel and it didn't have a regular internal door to it
23  on that particular vessel.  It had a steel lock door,
24  seaworthy door just like any of the exteriors of the
25  boat.  Well, when it started getting rough to where I

32

1  needed to be in the wheel house at all times mainly,
2  he got so scared that he went in the bathroom and
3  locked that door, and that's the last place you want
4  to be on a boat in case it goes down.  I needed them
5  to be able to get out with no snags and him locking
6  himself up in there and battening those hatches down
7  left him the only access which was about an 8 inch
8  port hole window and he was only going to get out of
9  there.
10      Q   You got the grandfather calling you up and
11  the deckhand locking himself in the bathroom?
12      A   Yeah.  So I went down as it was coming in
13  trying to get him out of the bathroom.  Once I got the
14  door open and got in there he was in the shower and he
15  was real upset and crying and whatnot.
16      Q   Well, if I could get you back to the surge.
17      A   So that kind of kept me --
18      Q   So is it fair to say you don't know how long
19  the surge lasted?
20      A   No.  No.  With what was going on and all.
21      Q   That's perfectly fine.  We just want to know
22  if you know.  If you don't know that's fine.
23      A   It wasn't a long gradual build-up.  It come
24  in.  You could feel the boat rising.  If you are used
25  to being on a boat you could feel it as the water was

33

1  coming in.
2      Q   Did you do anything to adjust lines or
3  anything like that?
4      A   Well, we had -- if I can get a pen I can
5  kind of show you what was going down, that way you
6  would know exactly what I was doing versus the other
7  boats.
8      Q   Okay.
9      A   The outer part of the dock runs like this
10  and the inside of the terminal is here (indicating)
11  and it's got a big tall structure on it.  It's a
12  conveyor belt system.  Well, the boats whether it be
13  the closer boats here or the closer boats here --
14  well, let's see.  I think it was either -- I think it
15  was three boats here and another boat here and we were
16  right here (indicating), so I wasn't tied to this
17  inside.  It was a much larger gap than that.
18      Q   If that was your boat, put MR. WAYNE there.
19      A   Okay.
20      Q   And why don't you label this dock and this I
21  guess terminal or whatever you call it.
22      A   Okay.
23      Q   Do you know the name of the terminal?
24      MR. FISHER:
25          Sometimes it's called NOBT.

34

```
 1        THE WITNESS:
 2            As far as boats go they just refer to
 3     it as the old bulk dock.
 4  BY MR. SANDERS:
 5     Q   Why don't you write old bulk dock.
 6     A   Okay.
 7     Q   What was that right there?
 8     A   That also belongs to him but it's out the
 9  Industrial.
10     Q   It's a dock?
11     A   Yeah.
12     Q   Why don't you write dock.
13     A   Okay.  And these inside boats to -- this is
14  where they were made fast to the docks, moored to the
15  docks.  And I was made up here, here and had face
16  wires on them here (indicating).  So like I say, when
17  the surge come in, I was dealing with him plus this
18  structure collapsed and it started slinging pieces of
19  iron into the boat and it was hitting like cannon
20  balls, hitting the cabin of the boat, and it started
21  busting windows out of the wheel house and I started
22  getting water coming in the wheel house and in the
23  pump rooms, and it was going down into the engine room
24  from there down the stairways.  And the port holes and
25  the window in the engine room was busted and it
```

35

```
 1  started taking on water that way.
 2     Q   Did you ever have to adjust lines?
 3     A   No.
 4     Q   Did you have any type of wind gauge on your
 5  vessel?
 6     A   No.  It had been wiped out in a previous
 7  storm.  But if I remember right there was -- I was
 8  talking to one of the captains of Crosby, I think it
 9  was on the boat, I forget which Crosby tug it was.  He
10  had a wind gauge.  And at one point while I was
11  talking to him, I don't know if it got higher than
12  that, but he was getting peaks of 140 mile per hour
13  winds up to I think he said 180 or something like
14  that.  He was getting spikes at that time and that was
15  before it got real bad.  So I mean there is no telling
16  what you would have picked up with a wind gauge.
17     Q   And when did all this happen, do you know
18  the time the surge came?  If you don't know it's okay.
19     A   No.  It was just early morning hours.
20     Q   Was it daylight?
21     A   I would say daybreak or so, around daybreak,
22  give or take 30 minutes or so, 45 minutes.
23     Q   And for how long, when did the weather
24  subside?
25     A   We were in there for a good 12 hours so at
```

36

```
 1  least ten hours.  It was a good 12 hours before we
 2  could maneuver again.
 3     Q   Now, during the storm did you ever see any
 4  other vessels break away?
 5     A   Yeah.
 6     Q   Why don't you describe for us what you saw.
 7     A   We had above this dock, I'm not really sure
 8  where it came from, because by the time I looked up,
 9  by the time I got back in the wheel house dealing with
10  him and whatnot I seen -- well, as a matter of fact,
11  there was a block of lash barges right here on the
12  upper end of this dock.  They were -- do you know what
13  a lash barge is?
14     Q   Yeah.
15     A   Well, there was I think at least two wired
16  into the dock right there and they had, if I remember
17  right, it was a rake piece -- well, it had to have
18  been a rake piece to ride up on like that.  It hit the
19  lash barges and they broke loose.  The stern barge
20  broke loose and I think it kind of swung around and I
21  think it had one more wire on it after it broke and it
22  kind of just topped around there.  And if I remember
23  right it was just a hopper barge.  I can't remember if
24  it was a cover top or an open hopper or what that hit
25  it.  And they had some containers from up the canal
```

37

```
 1  there from that container dock, that ship dock that
 2  loads the container ships.  They were everywhere, the
 3  containers were.  And they come down and went over the
 4  top of this dock.  The surge came in so much to where
 5  when it started getting real bad they had to cut all
 6  these lines because all the boats rose up over the top
 7  of the docks and it started pushing us over the top of
 8  this outside dock and we were in danger of tearing up
 9  rudders and wheels and everything else and mainly not
10  be able to crank up and do anything about it.  Once
11  you got over the top of the dock you would be
12  helpless.  So in order to keep from going completely
13  over that top we had to all crank up and work back in
14  because the wind was pushing us over it and we all
15  cranked up and at one point I had to stay in the wheel
16  house to keep them tucked in and pull them back in.
17     Q   Back to those last barges you said they were
18  struck by a hopper barge?
19     A   If I remember right it was a hopper barge.
20     Q   Where did that hopper barge come from?
21     A   I don't know, somewhere up -- may have been
22  a barge from Southern Scrap.  It may have been.  I'm
23  speculating.
24     Q   It was floating down?
25     A   Yeah.  Well, it come in a downward direction
```

**38**

1  evidently to hit it like that, to hit them on the bow
2  and break them like that.
3       Q    You said you also saw some containers,
4  right, from a container yard?
5       A    Yeah.
6       Q    And those containers floated down also?
7       A    Yeah.  They were scattered.
8       Q    When you say down this old dock, bulk dock,
9  is that on the north side of the Intercoastal; is that
10 correct?
11      A    Yes.
12      Q    Can you put the direction of north?
13      A    Okay.
14      Q    And when you say the hopper barge and the
15 containers --
16      A    Let me see the map here.
17      Q    This is where -- this is the picture.  This
18 is where you said you tied up?
19      A    Yeah.  It was due north of where these
20 containers started coming in this levee right here
21 (indicating) where they had like a seawall on it and
22 these containers.
23      Q    When you say they were going down, would
24 that be that direction?
25      A    At that point they were about -- they hit

**39**

1  it.  They were going down.  In the hurricane it
2  shifted and they would go -- they would turn around
3  and go in a different direction.
4       Q    Would you put an arrow in the direction that
5  the containers and the hopper barge moved?
6       A    Okay.  They were moving south.  Well,
7  west -- I mean east at that point according to this
8  chart and that's where they started hitting the lash
9  barge.  Well, there was -- just above that were a
10 couple more lash barges that had broken away from
11 somewhere else on there.  I don't know particularly
12 where but above that dock.  They were on the top side
13 of the dock.  And these containers that had scattered
14 when it got real bad -- you got to remember, at this
15 time in those extreme winds and whatnot and rain and
16 all you are limited in visibility.  Also it's like
17 under way in a fog.  You have restricted visibility.
18 But with my restricted visibility, that's what I saw,
19 you understand.  And it was all over with when we
20 regained a hundred percent visibility.  By that time
21 everything had moved somewhere else.  So this is when
22 it first went down and those containers were going
23 everywhere and this levee -- as a matter of fact, they
24 hit this wall and knocked this wall over and I don't
25 know if it was just the containers that hit it.  I

**40**

1  could have swore it was a train car even in there
2  somewhere.  I don't know if train tracks are even
3  close to that but that's what it looked like.  It may
4  have been some type of special built container or a
5  conversion or whatever, it was something down in
6  there.
7       Q    To clarify though, when you said it was
8  going down, they were floating east but then when all
9  is said and done everything had moved different
10 directions?
11      A    Yeah.
12      MR. FORBES:
13           Can I ask him one question?
14      MR. SANDERS:
15           Yeah.
16      MR. FORBES:
17           Was the boat facing west?
18      THE WITNESS:
19           My boat was facing -- the bow was here
20 (indicating).  Yeah, it would be facing
21 west.
22      MR. FISHER:
23           Towards France Road.
24      MR. FORBES:
25           Were they all facing the same way?

**41**

1  THE WITNESS:
2       I was looking at the Florida Avenue
3  bridge and these were facing the opposite
4  direction, these three.  This vessel was
5  facing the same direction as I was.
6  MR. FORBES:
7       So you two were bow to bow?
8  THE WITNESS:
9       Yeah.  These two vessels and me and
10 this other vessel were face up to each other
11 and we had the line from center bitt to
12 center bitt.
13 MR. FORBES:
14      Were these all square bowed boats?
15 THE WITNESS:
16      No.  There was a model bow tug.  I
17 can't remember if -- well, this one here
18 beside me was a Harvey tug from -- it was a
19 model bow and the Crosby boat was a push
20 boat.  I think there was one other model
21 bow.  I think this other one over here
22 (indicating) was a model bow.  Maybe not.
23 It might have been this one (indicating).
24 BY MR. SANDERS:
25      Q    You said you could see the Florida bridge,

11 (Pages 38 to 41)

**42**

1  could you see the Florida bridge from where you were
2  tied up?
3       A   Before it started I could.
4       Q   Before the bad weather?
5       A   Yeah.  But once it started, like I say the
6  visibility was limited to right around where those
7  lash barges were, that's why I couldn't really tell
8  what was on them.  But I knew something was on them
9  and had rode up on them so it had to be some type of
10  --
11       Q   About how far were the lash barges from you
12  if you would estimate maybe in yards?
13       A   I would say less than 75 or 80 yards off the
14  stern of this boat right here (indicating).
15       Q   Any other events?  Y'all weathered the storm
16  I take it?
17       A   Yeah.
18       Q   Any vessels sink or anything happen?
19       A   Not in that immediate area.
20       Q   Not to your group?
21       A   Yeah.  Afterwards we seen them everywhere
22  when it all cleared up to where we could see again.
23       Q   After it cleared up and you got under way
24  would you tell us where you went?
25       A   I cranked up and headed up the Industrial

**43**

1  and mainly trying to get an idea.  Now, Southern Scrap
2  was who I was dealing with so I wanted to see if they
3  were wiped out because that was going to be a factor
4  whether to stay where I was at.  In the meantime I was
5  getting -- well, trying to find out what the situation
6  was with the roads and whatnot.  And then the
7  Industrial and the Intercoastal as far as traffic
8  being permitted.
9       Q   Did you check on the spuds in the other
10  barges?
11       A   Once it cleared up I looked right across the
12  canal and I started talking to him on the radio.
13       Q   They didn't break away?
14       A   No.  They were okay.
15       Q   When you went down by Southern Scrap did you
16  go by the Florida bridge?
17       A   Yeah.
18       Q   Tell us what you saw with regard to the
19  Florida bridge.  I understand there was a lot of pile
20  up there?
21       A   There was a barge, an empty open hopper
22  actually on top of the bridge kind of off to the side
23  and it was on the right-hand side.  I believe it was
24  kind of sitting up on the bridge itself on the
25  structure.

**44**

1       Q   We heard some prior testimony that some
2  people from the pump station were given some food?
3       A   That was from us.
4       Q   That was from us?
5       A   Yes.
6       Q   Why don't you tell us about that.  How did
7  you come to see them?
8       A   When I went up to Southern Scrap, me and
9  another boat that was -- well, he had his tow just
10  below where the other boat had our tow and it was a
11  boat called the Brave and it worked for a company out
12  of Morgan City.
13       Q   What did y'all do?
14       A   Anyway he come up behind me.  As I got under
15  way he started coming on there and me and him got to
16  talking back and forth about what all that we seen and
17  I landed at the bull nose there at the beginning of
18  the guide wall for the Florida Avenue bridge and what
19  is -- they call a bull nose a big old concrete and I
20  pushed up against it and he pushed up against it
21  beside me and we seen people on the roof tops and
22  whatnot.  When we walked outside the wheel room you
23  could hear them hollering help us.  And evidently most
24  of them couldn't swim.  So we started debating
25  dropping a skiff and sending some deckhands to go get

**45**

1  them out.  And so my deckhand and their deckhand, they
2  got together and me and this other captain come up
3  with a little plan on dropping the skiff and going
4  around the guide wall and getting in to where we could
5  have access to them.  And then the pumping station,
6  them guys was stranded in the pumping station.
7       Q   Could the skiff, could they go under the
8  Florida bridge or was it too much?
9       A   Yeah.  Well, no they had so much debris.
10  You could have if it wouldn't have been.
11       Q   How high -- when the bridge is down how high
12  is it off the water, do you know?
13       A   We have to have it raised naturally but
14  probably --
15       Q   I don't want you to guess.
16       A   I don't know because I always call ahead and
17  get it lifted.
18       Q   From that day your observation there was too
19  much debris, the skiff couldn't got that route?
20       A   No.  We went inside the guide wall and there
21  was so much water in to where you could just take a
22  little skiff like that and go anywhere with it really.
23       Q   But I'm just trying to get an idea for the
24  debris piled up at the bridge.
25       A   Yeah.  I had to stay away from that.  They

**12  (Pages 42 to 45)**

**46**

1  had natural gas or either propane tanks there and
2  stuff.  They had some dangerous stuff by the bridge.
3      Q    The pump station employees as I recall said
4  that they were climbing across all that to get to the
5  other side?
6      A    Uh-huh (affirmative response).
7      Q    Did you see that?
8      A    No.  I didn't see them attempt to crawl
9  over.  I seen them standing there.  I didn't see them
10  make any attempts.  We were trying to get them to help
11  us to help them.
12      Q    How did you know they were pump employees?
13      A    Uniforms and stuff.
14      Q    They had uniforms?
15      A    And that's where they were in the pumping
16  stations.
17      Q    You didn't get any of the names of any of
18  these gentlemen?
19      A    No.
20      Q    When you talked to them did you talk to them
21  on the PA system or were they close enough that you
22  could yell to them?
23      A    No.  At first we were standing outside on
24  the top deck outside the wheel house and we could hear
25  them screaming and that's when the captain got

**47**

1  together with me and went down on the bottom deck and
2  got the hands together and dropped a skiff in and got
3  them or told them what he wanted them to do, get them
4  boys out of there.
5      Q    I guess they rescued some people?
6      A    Yeah.
7      Q    Did they come on your vessel?
8      A    No.  The way we was positioned it was a lot
9  easier for them to come up that part of the levee.
10  It's like a big concrete platform there to where they
11  could sit and we could get them some water and food
12  and rehydrate them and they were better off there than
13  on my boat.  Anyway mine was destroyed at that point.
14  We had water damage.  Everything was -- we couldn't
15  really provide them with nothing other than canned
16  food.  But what we could provide them with we did.
17      Q    So you got them to the concrete area?
18      A    Uh-huh (affirmative response).
19      Q    You gave them some food and water?
20      A    Uh-huh (affirmative response).
21      Q    How long did you stay there?
22      A    We stayed there a couple of hours doing that
23  until the point where I noticed they had -- we were
24  going to send the hands to a house just across from
25  the pumping station there, they had some people on the

**48**

1  roof of it also and the only way to get to it was
2  right there, like that little flood gate deal right
3  there by the pumping station.  And the hands were in
4  that aluminum skiff and the only way to do it was to
5  get on that wall, to climb over that steel.  And I
6  seen a big power line down right there and I didn't
7  want to take a chance of getting electrocuted so I
8  called them off and told them to come back.
9      Q    Did you help any of the pump station
10  employees get to the opposite side of the Industrial
11  Canal to another station?
12      A    Well, we called the Coast Guard and told
13  them what we had.  I can't remember when they
14  contacted us back.  I think it was the Brave told them
15  exactly where they were and whatnot I believe he said
16  that the only way they could pick them up was with a
17  chopper, they were flying Hueys and the only way to
18  get the Huey in there was for them to be on the other
19  side of the bridge at the pick up point.
20      Q    Would that be the New Orleans side?
21      A    Yeah.  And the opposite side from the
22  pumping station.  As a matter of fact, now that I
23  think of it, they got over there without any --
24      Q    Help from you?
25      A    Yeah.  They didn't really need no help to

**49**

1  get across evidently inside the bridge structure where
2  they would be walking because the debris was over the
3  top and underneath.  Evidently they could walk through
4  without -- I think it wasn't but like maybe one or two
5  like trees sticking through there to where they just
6  had to step over the deal and they all made it to the
7  point of pick up.
8      Q    Now, the next bunch of questions I think I
9  know the answers.  I just want to make sure.  Between
10  the Florida bridge and the Claiborne bridge there is a
11  barge that ended up in this neighborhood.  At any time
12  during the storm did you see how that barge got into
13  that neighborhood?
14      A    That was the Ingram barge you are referring
15  to?
16      Q    Yeah.  If you were right here (indicating)
17  where the X was, is it fair to say you could not see
18  what happened between the Florida and the Claiborne
19  bridge?
20      A    No.  I couldn't say that I never seen
21  personally the Ingram barge.
22      Q    I'm talking about the barge between the
23  Florida bridge and the Claiborne bridge which is
24  essentially the lock.
25      A    Yeah.

50

```
1    Q   You don't know what happened up in there?
2    A   No.  There was just too much stuff, debris.
3    Q   Right.  And when you went up to the Florida
4  bridge, did you see the Ingram barge in the
5  neighborhood or did you notice it?
6    A   I can't really recall seeing the other
7  vessel, the JENNIFER.  The captain on there had taken
8  a bunch of pictures of that area.
9    Q   But this was like 10 hours or 12 hours after
10  the storm?
11    A   Yeah.  But as far as I seen one on the
12  opposite side, but I don't remember seeing -- there
13  was just so much stuff.  It was everywhere.  I don't
14  remember seeing that particular barge in that
15  particular area.
16    Q   That's fine.  I didn't think you did.  I
17  wanted to make sure.  So you have no knowledge of how
18  or why that barge got into the neighborhood?
19    A   The hurricane.
20    Q   But you didn't witness it?
21    A   No.
22    Q   And nobody on your vessel witnessed anything
23  as far as you know?
24    A   No.  There were so many breaches in so many
25  levees in so many barges.  It was chaos.
```

51

```
1    Q   Did you hear any rumors or any talk about
2  how that barge got into that neighborhood?
3    A   No.  It was pretty much self explanatory.
4  You have a situation like that.  That Ingram barge
5  from the pictures that I have seen of it and whatnot
6  is an open hopper barge and a barge that light and
7  something the wind does -- hell, it took the crane
8  barge, brand new crane barges from the dock below us
9  and put one out several miles out in the middle of the
10  trees.  I'm talking about offshore, big heavy crane
11  barges owned by Boh Brothers, brand new barges.
12    Q   You mentioned a light hopper barge, what
13  does that have to do with anything as far as the wind?
14    A   It's not loaded and it's light and it has a
15  lot more free board and it's like one big sail in the
16  wind.  It's vulnerable to hurricane winds anyway.  You
17  can feel the difference pushing them in any type of
18  wind.  You get a 10 or 12 mile cross wind and you are
19  pushing an open hopper barge, you can tell a big
20  difference between that and shoveling a load because
21  it's vulnerable to the wind.
22    Q   As a captain do you take special precaution
23  in mooring an empty to a full barge?
24    MR. FISHER:
25    I want to object to the form.
```

52

```
        THE WITNESS:
            When breasting one up with a load, a
        high load breast?
        MR. SANDERS:
            Yeah.
        THE WITNESS:
            Yeah, depending on -- I would worry
        more about the load because it tends to do a
        lot more damage when it breaks away than an
        empty open hopper.
    BY MR. SANDERS:
        Q   Is there any particular concern as a captain
    mooring an empty to a full the high load arrangement
    you indicated?
        A   Yeah.  Well, there is high load ties that
    you make between those.
        Q   Can you describe that?
        A   All right.  When you have two barges that
    are on the same level and there is no draft difference
    between the two or free board difference between the
    two, then you make what they call a high load tie and
    what that is is a tie that ensures that either if you
    are tying off on an empty barge that's a lot higher
    than the load, if that's where you are going to tie it
    off to or if you are going to tie it off on the load,
```

53

```
    either way you have to make a high load tie.  On the
    river they call it a high water tie.  And what it does
    is it keeps those lines from coming off those bits on
    the lower barge when it fluctuates.
        Q   I noticed when you mentioned you moored up
    the barges to the spud and even in the mooring of your
    vessel you used several parts, is that what your
    training for hurricane prevention tells you to use, as
    many parts as possible?
        A   As many parts of the line that you can put
    on there and still execute the tie at the end.  You
    still are going to have that extra tail on there to
    make sure it's dogged down real good, the tie, but
    naturally you would want to use every bit of the line
    that you can to make it stronger.  The more parts the
    stronger it is, you know.
        Q   Did you give any statements to anybody in
    connection with your experiences during the storm?
        A   Other than the man, the owner of the boat.
    When we got back to Morgan City a couple of days later
    they had shut down all the waterways and all the
    highways and we were in a position to where I wanted
    to stay and help the people but we were already in a
    position we was supposed to take groceries and whatnot
    before the storm even comes.
```

14  (Pages 50 to 53)

54

1    Q    So you were low on supplies?
2    A    Low on supplies and the damage of the boat
3  and all.  And then after the storm was over with I
4  knew that the interstates were shut down, the
5  Intercoastal was shut down, the river was shut down,
6  everything was shut down to allow us to move except
7  for the Gulf of Mexico.
8    Q    Now, you said you stayed a couple of hours
9  at the Florida bridge.  Why don't you tell us where
10  did you go after that?
11   A    After that I went back down to the tow and
12  we talked and that's when we started discussing how
13  are we going to get out of here.  But we were pretty
14  much trapped and we were due for crew changes.  They
15  couldn't get our relief to us because of the highways
16  and the waterways were shut down and we pretty much
17  ran out of everything except for fuel.  So I had
18  plenty of fuel so I proposed that we go out in the
19  Gulf and go all the way around and go back to Morgan
20  City and that's what we did and it took us 22 hours to
21  get back to Morgan City.  When we got there the owner
22  met me on the hill and he asked me what happened and I
23  told him, got my check, got in my truck and went home.
24   Q    Again I have to ask you a bunch of questions
25  and I think I know the answer.  Do you have any

55

1  knowledge as to when the locks closed at Claiborne?
2       MR. FISHER:
3          You mean St. Claude?
4       MR. SANDERS:
5          Sorry, St. Claude.
6       MR. FISHER:
7          Before the storm?
8       MR. SANDERS:
9          Before the storm.
10      THE WITNESS:
11         I couldn't give you no time on that.
12       That wasn't my concern.
13  BY MR. SANDERS:
14   Q    I take it you don't know when the Florida
15  Avenue bridge went down?
16   A    No.  It was down when we got there if I
17  remember and it was down when I left.
18   Q    After the storm when was the next time you
19  had occasion to go through the St. Claude locks or the
20  Industrial Canal in that area?
21   A    It was probably -- I went out west for a
22  little while so most of my running was out the west
23  end of Texas over there, but I think I made a run
24  through there about eight months later or something
25  like that.

56

1    Q    Eight months?
2    A    Something like that.
3       MR. SANDERS:
4          Okay.  I'm going to check by notes.  Do
5       you have any questions?
6       MR. FISHER:
7          Yeah.  Let's take a little break.
8          (Off the Record)
9       MR. SANDERS:
10         Can I make this Hall Number 5?
11      MR. FISHER:
12         Okay.
13      (Exhibit Hall No. 5 marked for
14       identification.)
15      MR. FISHER:
16         The court reporter can put the Exhibit
17      stickers on it when we finish our mess here.
18      Actually we have them all in one stack.
19         EXAMINATION
20  BY MR. FISHER:
21   Q    We are back on the record.  Captain Hall, in
22  the beginning I introduced myself with my partner Tom
23  Forbes here.  We represent Lafarge North America who
24  are the operators of the cement terminal in the
25  Industrial Canal between the Florida Avenue and

57

1  Claiborne Avenue bridges on the west side.  All right.
2  I have a few questions for you.  During the recess you
3  were kind enough to let us make a copy of your license
4  and I have got an issue here from the U.S. Coast Guard
5  of the U.S. Merchant Marine Officer certifying that
6  James R. Hall, Junior is a master of steam or motor
7  vessels of not more than 100 registered tons (domestic
8  tonnage) upon inland waters; also radar observer
9  (unlimited) expires December 2007; also, authorized to
10  engage in commercial assistance towing.  And this is
11  dated December 17, 2002.  Captain, am I correct that
12  you are now on the third issue of this license?
13   A    Yeah.  Well, actually with different
14  endorsements and all.  But that original, that's a
15  descendant of the original, yeah.
16   Q    So you have another issue of a license
17  that's current and valid, correct?
18   A    Well, they have got it hostage in West
19  Virginia right now due to all this hurricane in New
20  Orleans.
21   Q    We understand.
22   A    That's why I'm not on the boat today.
23   Q    Well, good luck with that.  Let's attach a
24  copy of Captain Hall's Coast Guard license, it has a
25  front and back copy, as Exhibit 6.

58

1      (Exhibit Hall No. 6 marked for
2        identification.)
3      A    I know it's not a photo copy, it's just
4    black and white.  But could you also label those
5    copies, just write copy on them?
6      Q    We sure will.  We will put copy on here.
7    All right.  Okay.  Captain Hall, I probably won't be
8    very long.  Just to clear up a few things.  You
9    mentioned at the beginning of your deposition in
10   response to Mr. Sanders' questions that you and your
11   friends on the other boat had been working in Black
12   Bay, correct?
13     A    Uh-huh (affirmative response).
14     Q    In fact you are nodding your head but you
15   have got to say yes or no because that's the only way
16   she can get it down.
17     A    Yes.
18     Q    Where is Black Bay in relationship to the
19   area around France Road and the GICW where you ended
20   up at the terminal?
21     A    It would be southwest.
22     Q    Okay.
23     A    West of Lake Borgne.
24     Q    West of Lake Borgne?
25     A    Uh-huh (affirmative response).

59

1      Q    Is it actually an arm or a part of Lake
2    Borgne?
3      A    If you have a chart.
4      Q    Let's get a chart and maybe it will show us.
5    Let me use the big one.  Actually this chart is one
6    that we copied.
7      A    If you have a record state map it shows on
8    there.  It's a bay down here (indicating).
9      Q    Is it on this chart then?
10     A    No.
11     Q    The 11369?
12     A    No.
13     Q    So it's off the chart somewhere?
14     A    Yeah.
15     Q    All right.  We don't have it then.  So it
16   would be southwest of Lake Borgne somewhere?
17     A    Yeah.
18     Q    Is it out in the marshes?
19     A    The Gulf outlet comes down here (indicating)
20   and they have -- it goes into the buoy system and they
21   have a rock wall that comes down here (indicating) and
22   they got a little spot there 15 or 20 miles south of
23   any land and it's a big gap in the west wall in the
24   west rock wall.  It's called a hole in the wall.  It's
25   marked on the chart as a hole in the wall.  And you go

60

1    through the hole in the wall and you turn west and you
2    come into Black Bay.
3      Q    So just to get to try to get us a little bit
4    oriented.
5      A    Between this and Tiger Pass and Venice and
6    all.
7        MR. FORBES:
8            You need a chart that shows the river
9            delta?
10       THE WITNESS:
11           Yeah.
12       MR. FISHER:
13           Tom will get us another chart that
14           shows below this one so we will put this off
15           for a minute or two.
16   BY MR. FISHER:
17     Q    In the meantime can you describe your boat,
18   the MR. WAYNE, for us?
19     A    The MR. WAYNE is a push boat.  It's like you
20   said earlier, a square bow with two knees on it.  It's
21   a smaller tow boat.
22     Q    What's the size?
23     A    I would have to guess on the size.  I can't
24   remember the exact dimensions of it.  It ain't no
25   longer than --

61

1      Q    Sixty by 25?
2      A    Something like that.
3      Q    Is that the size of what we call a
4    conventional fleet boat?
5      A    About like that.  A little smaller than a
6    fleet boat as far as height and all.  Because it's
7    like instead of a three deck boat.  It's kind of like
8    a two and a half.  It kind of sits behind the wheel
9    house.
10     Q    What is the power plant of it?
11     A    It was several hundred rated at that time
12   diesel basically.
13     Q    Between rudders?
14     A    Yeah.
15     Q    No cranking rudders?
16     A    No.  It's a basic.
17     Q    Basic fleet boat?
18     A    Yeah.
19     Q    I have a picture.  What about the other
20   boat, what was it, the MISS JENNIFER?
21     A    Yeah, the MISS JENNIFER.
22     Q    What size was she?
23     A    I think MISS JENNIFER was around a thousand.
24   It was about a thousand twin screw tug and it was a
25   model bow tug if I remember right and it was a full

62

1    three deck, probably about a 650 foot, about the size
2    of a standard river fleet boat. Somewhere about 60 to
3    25 or 24 but standard size.
4        Q   Okay.
5        A   Other than the model bow it would be about
6    the same.
7        Q   So MISS JENNIFER was also operated by Stag
8    Marine?
9        A   No.
10       Q   What company was she operated by?
11       A   I really don't remember the actual name but
12   it's JENNIFER.
13       Q   JENNIFER. I'm sorry.
14       A   It's either MISS JENNIFER or whatever.
15       Q   We can look her up later in the record.
16       A   Really we just refer to them as the JENNIFER
17   among each other.
18       Q   What were the other tugs and/or tow boats
19   that were out there on the morning of Katrina with
20   you? You got some Crosby tugs there?
21       A   There was a Crosby tug, there was -- what
22   was the name of that company out of Harvey? Harvey
23   Towing or Harvey Gulf Towing or something like that.
24       Q   Harvey Gulf?
25       A   Something like that.

63

1        Q   I know it, yeah.
2        A   And the others evidently were from some
3    smaller companies that I didn't identify like color or
4    company logo or anything. They got a bunch of them
5    independents to where you can't identify them by
6    color. And I can't remember. I can't recall the
7    names of them.
8        Q   So in the group of vessels that you made a
9    bird's eye view drawing for us on Exhibit 5, there
10   were three other tugs in this group?
11       A   Yeah. There is three across here and there
12   is one beside me. There was the Harvey tug here
13   (indicating).
14       Q   Why don't we put Harvey tug on this just to
15   identify which one it was. Okay. Can you identify
16   any others?
17       A   The Crosby tug was right here (indicating).
18       Q   The Crosby Spirit maybe?
19       A   I can't remember whether it was the Spirit.
20       Q   Let's just put Crosby tug, the one that you
21   are faced up to.
22       A   Yeah.
23       Q   Okay. Crosby tug, was she a model bow?
24       A   The Crosby tug was a square tow I believe if
25   I remember right.

64

Q    The Harvey tug was a model bow?
A    Uh-huh (affirmative response).
Q    What about the one on the north side of the
Crosby tug, which one was that if you remember?
A    That one, that's the one -- it had to have
been an independent tug or something. Nothing about
it sticks in my memory for some reason so it had to
have been just -- I can't remember the name of it.
Q    How about the one to the south of the Crosby
tug towards the water side?
A    That one was, if I remember right it was
also either contracted to Crosby or Crosby had
bought that boat. This captain here, this Crosby tug
knew these guys real good so they were evidently on
the same job or whatever. He would know all of them.
Q    So you can't recall the names of the one
just above the Crosby tug and the one just below it?
A    Yeah.
Q    Let's just put tug here to make sure we are
aware that there was a towing vessel on each side of
the Crosby tug. Okay. Now, where were the barges
that you-all had under tow when you came into the
Intercoastal Waterway?
A    They were back down on the opposite side.
Q    They were still further to the east on the

65

GICW and closer to the Paris Road bridge; is that
correct?
A    Yes.
Q    You described that earlier in one of these?
A    Less than a mile. It was just a little
piece there.
Q    Were there any other -- before all hell
broke loose the morning of the 29th of August '05,
were there any other vessels, whether they were barges
or tugs or push boats or anything else in the area of
the Intercoastal Waterway close to the Industrial
Canal?
A    Before the storm?
Q    Before and during the storm, before things
started getting wild?
A    Yeah. There were several boats doing as we
was doing, trying to find safe harbor somewhere to
where a lot of them that I seen after the storm, the
ones that were sunk and up on the hill and everything
else come from the shipyard so I don't know if they
were crewed.
Q    You are referring to the Bollinger Shipyard?
A    Yeah.
Q    Did you happen to see a small refrigerator
ship on the north bank near the New Orleans Coast

66

1  Storage Dock?
2      A    Thought about tying up to it.
3      Q    You saw that ship?
4      A    Uh-huh (affirmative response).  Container
5  ship, wasn't it?
6      Q    I believe it was a refrigerated ship.  She
7  was a small ship?
8      A    Yeah.
9      Q    You saw her then?
10     A    Uh-huh (affirmative response).  I was
11 guessing it was a container ship because it was at
12 that dock.  I thought it may have been one they hadn't
13 started loading yet.  I'm not familiar with what the
14 process is on that.  I thought about tying up to that
15 dock just below just to the stern of that ship.  If it
16 got too bad I could pull everybody off and make a
17 forced boarding of the ship is what I thought.  And I
18 mean the boat I was on wasn't particularly a real
19 seaworthy boat to start with.
20     Q    What was the free board of your boat in
21 normal conditions?
22     A    Well, depends on how much fuel and water
23 that you have onboard, you know.  It varies.  But
24 loaded with fuel and water, I would be guessing.  But
25 it would be under 40 feet, it would be right around

67

1  that.
2      Q    Are you talking about draft now or are you
3  talking about free boarding from the water line and
4  the top of your --
5      A    I thought you was wanting me --
6      Q    No, the free board?
7      A    The free board on the bottom deck would be
8  probably three and a half feet.
9      Q    I was guessing three or four feet.  Okay.
10 Thank you.  Let's go to the --
11     A    I thought you was referring to the bridge.
12     Q    No.  Talking about air.  No.  No.  You got
13 it.  Thank you.  At some point in time or up to some
14 point in time you were continuing to monitor the
15 radio?
16     A    Uh-huh (affirmative response).
17     Q    And you were listening to the Coast Guard on
18 channel 22; is that right?
19     A    Yes.
20     Q    And what about your radar, did you have that
21 on and operating?
22     A    Yeah, at first.
23     Q    Did you later shut your electronics down?
24     A    They later got shut down.
25     Q    They got shut down?

68

1      A    Uh-huh (affirmative response), from the
2  water.  It either blew a main fuse in the radar.  I
3  lost my radar during that time and evidently it was
4  either due to water or something, one of those pieces
5  of iron hitting it, hitting the scanner or whatever,
6  you know.
7      Q    But you had one radar in the boat or two?
8      A    In that boat there was just one radar.
9      Q    What about your radios, did they go out on
10 you or did you turn them off?
11     A    I had the radios on through the storm and
12 one of them survived the storm.
13     Q    Did you continue to get weather information
14 on the radio?
15     A    Yes.
16     Q    Were you using the NOAH channel, channel 1
17 or still using 22?
18     A    I was still using the Coast Guard channels
19 for updates as far as anything.  Because like I say as
20 far as tracking goes and whatnot, no matter how bad
21 the storm got, unless the generators shut down you
22 would still have electricity.  So I would still check
23 on the T.V. as far as tracking to see exactly until
24 just completely everything was just completely knocked
25 out, channels and cell phones and whatnot.

69

1      Q    Captain, at what point in time did you lose
2  your radar that morning?
3      A    It was early because -- it had to have been
4  when it first started picking up around I imagine 7:00
5  or 7:30.
6      Q    Do you remember about what point in time
7  that morning sunrise should have been, bearing in mind
8  you had the storm going on?
9      A    Around quarter to seven I imagine, something
10 like that, 6:45.
11     Q    How was the visibility at 6:45 or quarter to
12 seven?
13     A    Not very good because it started raining and
14 with the clouds and whatnot and the type of rain that
15 it was, it had restricted you to about a half mile or
16 so at first when it started coming in and it just got
17 down to where you couldn't see but a couple hundred
18 yards in front of you.
19     Q    Between six and seven in the morning at the
20 bulk terminal dock where you were tied off to, from
21 what direction was the wind coming in and what
22 strength was the wind based on your seaman's eye?
23     A    When first approached us we had the wind
24 at our back, it was coming, it was pushing in on our
25 stern.

70

```
 1        Q    It was coming out of the east then?
 2        A    Yeah.
 3        Q    If you are faced up to this boat here
 4   (indicating), then east would be your stern area?
 5        A    Yeah.  I say east easterly, a variation of
 6   that.
 7        Q    So the wind was coming from your stern; is
 8   that right?
 9        A    Yeah.
10        Q    Now, at what point in time did the wind, if
11   you noticed it, start to shift or come from out of the
12   north and out of the northwest?
13        MR. SANDERS:
14             Let me object.  He never testified
15        anything about north.
16   BY MR. FISHER:
17        Q    When did the wind shift that morning if you
18   recall, I will ask it that way?
19        A    It was after the eye wall passed.  Really as
20   far as time goes it's hard to say what time, because
21   like I say I was dealing with a lot of stuff on the
22   boat.  And when we first was getting hit by the wall
23   itself, the eye wall itself, we started taking on
24   water and at that point I rarely stayed in the wheel
25   house after that during the real bad part of it
```

71

```
 1   because I was back and forth to the engine room and
 2   with the deckhand.
 3        Q    When did your boat get hit by the most
 4   intense or worst part of the storm surge, about what
 5   point in time was that?
 6        A    It seemed like around eight or nine is when
 7   it first -- I mean it was bad up to that point but it
 8   started getting severe from that point on to after
 9   noon or lunch for sure was the main severity of it.
10   Because around that time that's when I had to get him
11   out of the bathroom because we came to a point where I
12   thought I was going to lose the boat when we started
13   taking on that much water and I got him out and got
14   him over to that Harvey tow.
15        Q    That's the deckhand you are referring to?
16        A    Yeah.
17        Q    At some point in time that morning did your
18   boat actually ride up over the top of the bulk
19   terminal dock?
20        A    Yeah.
21        Q    When was that?
22        A    Well, when the surge picked us all up and
23   these boats had their hands, they each knew that they
24   each had a station to be at if it come down to having
25   to cut the line, so it did and each one of the
```

72

```
 1   deckhands went to their designated area and cut those
 2   cables because the surge had come in and it come in so
 3   much to where the wires was starting to hold us down
 4   under water as the surge was coming in and we was in
 5   danger of one of those boats starting to take on
 6   water, if not all of them so we had to cut loose from
 7   the docks.  When we did we all kept rising and it
 8   started moving south, I guess it would be from here
 9   (indicating), and the whole block of us started moving
10   over to this dock.  And before my rudders reached the
11   critical point on the dock, I started working them
12   back toward that way.  At that time they all started
13   cranking up and we all shifted back towards the main
14   dock.
15        Q    So you tried to do this to keep your boat
16   and the other captains too from riding over the
17   outside dock?
18        A    Yeah.  Because we didn't know what that
19   surge was going to do, whether it was going to set us
20   down on top of it or what or drag us across it and
21   tear the rudders and the wheels out from under you and
22   maybe possibly knock a hole in the hull.  You really
23   can't tell.
24        Q    When all that happened, just what you
25   described there with the surge causing you to ride up
```

73

```
 1   and endanger the boat by possibly riding over the
 2   dock, how high was the storm surge, can you give us an
 3   idea to how high it was?
 4        MR. SANDERS:
 5             Object to the form.
 6        MR. FISHER:
 7             You can answer.
 8        THE WITNESS:
 9             I would say at least 25 feet.  It had
10        to have been at least 25 feet.  It was more
11        than what they estimated at 20 feet or
12        whatever, 22 feet or whatever, it had to
13        have been.  Because we looked at it
14        afterwards and it had to have been well
15        over, at the very minimum six or seven more
16        feet.  Because figuring the draft of the
17        vessels and the way that dock usually sits
18        out of the water in normal stages of the
19        Industrial, and for it to put us up that
20        high to go over the top of that dock and we
21        all are drawing in at least eight or nine
22        feet of water, to put us up over the top it
23        had to have been at least 25 foot or so.  I
24        would say at the very least if I had to
25        guess it would be over a 30 foot surge.
```

19  (Pages 70 to 73)

74

BY MR. FISHER:
Q    Earlier, Captain, you told us that you
didn't have an anemometer or a wind gauge on your
boat?
A    That's right.
Q    But some other boat did, which one was that?
A    That was Crosby boat.  If I remember right
it was the Crosby bow boat.  Because we were -- at
that point we were all engaged in a conversation about
the wind and the speed of the wind and I think it was
the captain on the Crosby boat and another boat,
because they were debating on, you know, which one was
getting the more correct reading and whatnot.
Q    Who was it that told you that he was
experienced in 140 knot to 180 knot winds, who told
you that?
A    If I remember right it was the captain on
the Crosby boat.
Q    Do you remember his name?
A    No, I do not.
Q    And he was getting that information off his
anemometer or wind gauge?
A    Yes.
Q    And did anybody else, any other boat captain
tell you anything about the strength of the wind that

75

morning?
A    Like I say we were all talking about it, all
of us.  And it was that captain on one of these other
boats, one of these other three was getting a slightly
different reading.  It wasn't much, but maybe ten
knots off or whatever.  And that's when he said that
he was getting spikes up to 180 or whatnot, and that
was before the real hard stuff come.  At that point we
thought that was the hard stuff, put it that way, and
then it turned like three times worse, you know.
Q    Before that experience on the morning of
Katrina on August 29th, 2005 had you ever experienced
winds of that strength and intensity on a boat?
A    Yes, I have.
Q    When was that?
A    During Hurricane Andrew I was on the river
and I was working the Baton Rouge Harbor and we had
14-foot white caps going north on the river and wind
speeds well over a hundred miles an hour.  And
compared to this it was just minimum.  It was just
like a rain storm.
Q    So Katrina was more intense than Andrew?
A    Oh, ten times on the water.  As a matter of
fact, I was telling the boat's owner, we was talking
about that and at that point during Andrew I thought I

76

had seen a storm of a life time until that, until
Katrina.  And after Katrina -- as a matter of fact, I
have been on boats for several hurricanes throughout
the years and Andrew would be the closest one and it
wasn't even, it didn't even compare.
Q    At any time on the morning of August 29
during Katrina while you were trying to stay afloat
and keep off the top of the dock and making
observations you just told us about, did you see the
storm surge knock down or knock over any flood walls?
A    Well, yeah, this wall here, the seawall here
(indicating).
Q    Indicating on the north side of the drawing
which is Number 5?
A    Uh-huh (affirmative response).  I seen
the -- I don't know if it was the containers hitting
it that knocked it, because that particular levee has
whatever, it may be cement or concrete or steel or
whatever that petition was made of, it was some type
of man made little wall there on top of that levee.  I
don't know which one actually was the cause of it
breaking.  But when I heard it break, I looked and I
seen containers going through and over the breach and
went down some houses down in there and hit the houses
and whatnot.

77

Q    You don't know what caused that wall to
breach?
A    I would say just the pressure from the -- I
would say the pressure of the water from the surge and
the winds pushing it in like it did of the main
breach.  And then when it gave way, then any time you
have a breach like that in a levee or a seawall in my
experience through the years whether it be due to high
water or some type of storm or whatnot, naturally the
laws of physics it's going to suck whatever is close
to it, it's going to suck containers or barges or
whatever is in that particular area, it is going to
form a suction and pull it through that breach and
when it gets there it's going to open it up or go on
through.
Q    What got sucked through the breach?
A    Containers, several containers and something
that looked like a train car is what it looked like to
me.  I don't know if it was some type of -- if
somebody bought a train car and had it out there and
it was converted into some type of container.  I don't
know if there was even a railroad out there.
Q    How far away from MR. WAYNE was the breach
that you saw?
A    It was pretty close.  It was less than a

20  (Pages 74 to 77)

78

1   hundred yards.
2       Q   Can you take my pen and circle the area on
3   your drawing on Number 5 about where the breach was
4   that you just described?
5       A   Right about here (indicating).
6       Q   Good.  Can I have the pen?  I will just put
7   that breach with an arrow.  Thank you.
8       A   When we left -- I don't know if this will
9   help you understand -- but when we did depart this
10  area and I decided to go ahead and go back to Morgan
11  City due to us not having any type of provisions or
12  supplies, just a short piece down here at the Paris
13  Road bridge.
14      Q   Indicating to the east of Paris Road?
15      A   Yeah.  Then the Gulf Outlet, the
16  Intercoastal goes one way, it's a junction right there
17  when you turn would be --
18      Q   We have got it on this chart right here on
19  the one you earlier identified.
20      A   And you turn right here (indicating).
21      Q   Indicating the juncture between the MRGO and
22  the GICW?
23      A   Right.  I noticed all along here several
24  breaches had broke.
25      Q   Indicating the southwest bank of the MRGO?

79

1       A   Uh-huh (affirmative response).
2       Q   Is that what you are talking about?
3       A   Yes.
4       Q   That's when you were on your way out of the
5   Gulf?
6       A   Yes.
7       Q   What did those levees look like?
8       A   A lot of them is rock revetments.  Some of
9   them is -- if I remember right some of them is regular
10  dirt levees but I seen -- it was hard for me to get
11  down through there.  There was so many breaches.  I
12  had to turn completely -- I had to turn 90 degrees and
13  I started going south.  I had to turn into them 90
14  degrees and I had to travel sideways all the way down
15  the Gulf Outlet to stay into the current.  There was
16  so much current coming through those levees.
17      Q   The breaches?
18      A   Uh-huh (affirmative response).
19      Q   So you were having to make course
20  alterations or adjustments in order to keep your boat
21  headed down the MRGO because of the water coming into
22  the breaches?
23      A   Yes.  I travelled completely sideways to
24  turn into so much current.  These breaches was
25  every -- some of them was as close as 40 or 50 feet

80

1   from each other and each breach was 35 or 40 foot
2   wide.  You had a lot of water.  It was like crossing
3   the spillway in high water.  You had to completely
4   turn into the current.  And I traveled that whole
5   first part of the several miles like that until I got
6   to where I got back into the rock walls and all down
7   going into the Gulf to where I could straighten up.
8       Q   So the phenomenon you just described to us
9   that you experienced when you were trying to go out to
10  the Gulf, that lasted over a distance of some miles;
11  is that correct?
12      A   Several miles, yeah.
13      Q   I'm just checking my notes.  I don't have
14  that much more.  One more thing I need to ask you,
15  Captain, when you were headed out, what time did you
16  actually get under way to try to get out to the MRGO?
17      A   It was -- let's see.  I would have to look
18  at the logs to be sure.  But estimating two hours
19  before sundown.
20      Q   That's on the 29th?
21      A   Yeah.  It was getting late in the evening.
22  That's what made me go ahead and move because I had to
23  stop in Venice for the night.
24      Q   Well, after you got under way from the
25  public bulk terminal, which is on several of these

81

1   charts that we have just been referring to in the
2   deposition, and you were headed first east and then
3   you went to the junction of the MRGO and Paris Road
4   and you turned into the MRGO, did you see any barges
5   scattered around the banks of the GICW or the MRGO?
6       A   Yeah.  Like I say directly across from our
7   barges was Boh Brothers' dock.
8       Q   Boh Brothers is on which bank?
9       A   On the north bank.  And they have that big
10  compound there.  I don't know if you have ever seen
11  it.  It probably shows in this.
12      Q   Yes, I have.
13      A   Well, directly across from it but a little
14  further down is where our barge was, and that other
15  boat, the JENNIFER, they had two big derrick barges,
16  they looked to be brand new derrick barges with brand
17  new cranes on them, looked to be like salvage cranes.
18  And those derrick barges are heavier built, more
19  seaworthy barges to go out in the bays, the Gulf and
20  whatnot, so they're a lot heavier build.
21      Q   What happened to them?
22      A   One of them disappeared.  I don't know where
23  it ended up at.  But I seen one of them like a couple
24  miles out in these woods over here, I mean in this
25  area (indicating).

21  (Pages 78 to 81)

82

1    Q   Indicating the area to the south of the GICW
2  between France Road on the west and the junction and
3  Paris Road on the east.  Can you make a circle where
4  you saw that barge or those barges?
5    A   It was around about out in here
6  (indicating).  I would imagine it was a couple of
7  miles out in the trees.
8    Q   How many barges were there?
9    A   It was one of those big crane derrick barges
10  just sitting out in the trees.
11    Q   Give me a pen and we will mark this as crane
12  barge.
13    A   They were Boh Brothers' barges.  They owned
14  them.  They had brought them there to the company dock
15  and secured them for the hurricane.  And I noticed
16  when we would come through there they were secured
17  real good, also they had plenty of rope and plenty of
18  wire on them and it broke them loose.  And one -- I
19  don't know where one of them ended up but I think
20  it -- as a matter of fact, I think it kind of broke
21  loose and stayed on the lower end just kind of like
22  topped around it, it was all over with on the lower
23  end.  And this other one traveled out here in these
24  woods and sat down a mile or two out in the woods.
25  When it was all said and done it was high and dry out

83

1  in the woods out there.
2    Q   Now, as you were navigating out the GICW
3  approaching the Paris Road and the MRGO junction, did
4  you see any hopper barges on the starboard hand on
5  right-hand side under the Paris Road bridge that were
6  grounded on the batture up against the levee?
7    A   Yeah, there was.  Seemed like there was a
8  couple of them on the right descending bank.
9    Q   Can you describe what you saw?
10    A   If I remember right they were just above the
11  turn buoy kind of -- I think one of them was kind of
12  sitting with a list, like a list to it.  It was kind
13  of bowed in first to the levee if I remember right and
14  it looked like it had taken on some water.
15    Q   Were they breasted up against the levee if
16  you remember?
17    A   No.  I think one of them was like nosed into
18  the -- I can't remember, really remember, the position
19  of those.  I remember seeing them being hard aground
20  when it was over with.  Whether somebody pushed them
21  up on the bank afterwards or they sat down on the
22  bank, I don't know.
23    Q   How many were there?
24    A   There was at least that one.  I think maybe
25  another one just below it if I'm not mistaken.  It's

84

1  kind of hard to remember exactly the placement of it
2  because I mean you have to remember, there was stuff
3  like all around you.  There was boats sitting high and
4  dry and there were several barges throughout the area.
5    Q   Did you know where those other barges came
6  from that you just described to us?
7    A   I have no idea.
8    Q   And after you made the turn into the MRGO to
9  go proceed actually southeast first to go to the Gulf,
10  did you see any other barges aground or any other
11  vessels aground?
12    A   Not until I got down to -- what is that
13  little port down there?  A little fuel dock down
14  there.
15    Q   Below Hopedale?
16    A   That's where it was, Hopedale.
17    Q   Shell Beach, Hopedale?
18    A   They got a fuel dock in there and a cut that
19  goes through.
20    Q   You tell me.  I'm not really sure.
21    A   It's just a little bitty hole in the wall
22  place at Hopedale.  And I don't know if those barges
23  had come from that little fleet they got there.  Just
24  as you enter that little slip they got a fuel dock in
25  there and a couple little small docks.  As a matter of

85

1  fact, we went in there a couple of times to take in
2  fuel while we were on the job and you could see barges
3  on both sides of that.
4    Q   Let me show you this chart here.  I have the
5  NOAH chart 11340 which Mr. Forbes retrieved for us,
6  this shows the MRGO all the way out into the open part
7  and it shows Hopedale and it shows Black Bay by the
8  way.
9    A   See Hopedale, that little stretch in there
10  (indicating).
11    Q   There is a bayou that goes through there?
12    A   Yeah.  Just as you turn into it would be on
13  the left descending bank if you were going out or the
14  north side of it about.
15    Q   Is that where you saw the other barges?
16    A   There is a few pilings in there if somebody
17  would go on there and take fuel, they would tie into
18  the pilings on down the bayou there, but I didn't
19  recall when I came there, though there whether there
20  was that one time that those barges were at one time
21  tied up in the fleet or what, but when I came back
22  through there they were on both sides kind of aground.
23    Q   What kind of barges were those?
24    A   It was a mixture.  Some of them were flat
25  decks.  Some of them were hopper barges.  I think one

22  (Pages 82 to 85)

86

1  was kind of in the trees, like kind of like the
2  Florida Avenue barge.  It was on the bridge.  It kind
3  of jumped up over and was kind of sitting down in
4  there and a few of them scattered through that area
5  but none on the Gulf Outlet that I can remember.
6      Q   What we will do is make a copy of this, part
7  of the chart we have just been referring to is the
8  Mississippi River to Galveston chart, NOAH chart
9  11340.
10     A   Did you say you have an Inland River Record?
11     Q   This is simply to illustrate Hopedale and
12  the area where you saw the barges around Hopedale and
13  the bayou and Black Bay where you had been working.
14  We will make a copy of that and attach it as the next
15  exhibit.
16     A   If you have got an Inland River Record I can
17  get you the name of those boats.  I have got one at
18  home.
19     Q   We can get one.  Let's take a real short
20  quick break, make a copy of this and Tom will get the
21  River Record and we will finish.
22         MR. SANDERS:
23             Can I ask a few more?
24         MR. FISHER:
25             Yeah.

87

1              EXAMINATION
2  BY MR. SANDERS:
3      Q   Captain, the X on this -- what Exhibit is
4  this?
5          MR. FISHER:
6             I think it's Number 1.
7          MR. SANDERS:
8             One of these was 1 and one was 2.
9  BY MR. SANDERS:
10     Q   Anyway, I'm looking at the map 11369 where
11  you indicated the crane barge was located and you
12  indicated where you fixed up your barges with the
13  spud.
14     A   Uh-huh (affirmative response).
15     Q   Mr. Fisher pointed to the Port of New
16  Orleans bulk terminal, is that the same as this old
17  bulk dock you referred to?
18     A   Yeah.  The official name, he's got the
19  official name.
20     Q   You said this is about one mile from where
21  you --
22     A   From where?
23     Q   You tied up your tows?
24     A   Less than a mile.  It wasn't over a mile.
25  It was within a mile.

88

1      Q   So about how far from where you tied up your
2  barges to the junction of the Intercoastal and the
3  MRGO, that's even less than --
4      A   No.  It would be about 2 miles before the
5  turn, before you got down into the turn.
6      Q   Well, this distance is less than a mile,
7  this is about 2 miles?
8      A   Maybe about a mile and a half, a mile, a
9  mile and a half I would say.
10     Q   You indicated where you were tied up you
11  estimated the surge to be 25, maybe even 30 feet?
12     A   Yeah.
13     Q   Back to this breach behind on the old bulk
14  dock, obviously I thought you said you didn't know
15  exactly what caused it, you saw some containers, you
16  saw a rail car and I noticed you delayed in answering
17  the question, do you know what actually caused that
18  breach or are you guessing?
19     A   I would be guessing.  I can't definitely say
20  that either one caused it.
21     Q   Fair enough.
22     A   But like I said those containers would
23  naturally be sucked into that spot.
24     Q   But you don't know what was pressing on that
25  wall or hit that wall before, is that correct, if

89

1  anything?
2          MR. FISHER:
3             Object to the form.
4          THE WITNESS:
5             Yeah.  The water is what had plenty of
6          pressure on it and as the surge came in it
7          applied more and more pressure to it.  But
8          as far as what actually put it over the top,
9          it just broke from pressure or one of the
10         containers hit it a little too hard or
11         whatever and it eventually gave way or
12         whatever.  I don't know the point of impact.
13         I didn't see it.
14         MR. SANDERS:
15             That's all I have.  Thank you.
16              EXAMINATION
17  BY MR. FISHER:
18     Q   Captain Hall, I have got the Inland River
19  Record for 2005 here and I have got one page that
20  shows the MR. WAYNE.  Is that your boat?
21     A   Yeah.  That would be the MR. WAYNE.  Get
22  back here to the list of companies and I will find you
23  or try to find what the boat was.
24     Q   This is --
25     A   I think one of those boats, don't hold me to

23  (Pages 86 to 89)

90

1   it, but I think one of those was the Crosby Pride and
2   the other one was the Crosby Spirit and it could have
3   been, let me see this.  I can't find the Harvey.  I
4   can't remember the exact name of that company.
5       Q    Is it Harvey Gulf Marine, those are the
6   folks that have the large --
7       A    The red boats.
8       Q    The large ocean going --
9       A    Tugs.
10      Q    While Captain Hall is reviewing the Inland
11  River Record we will just attach a portion of NOAH
12  chart 11340.  Mr. Forbes has just copied that.  It
13  will show Hopedale, Bayou LaLoutre and Hopedale as
14  well as the Black Bay.  That will be Number 7.
15          (Exhibit Hall No. 7 marked for
16          identification.)
17      A    For some reason that company has got to be
18  listed as something else in here.
19      Q    Was the Harvey boat a model bow?
20      A    Yeah.  I don't think it was the MISS
21  JENNIFER.  It had to be Jennifer something.  It could
22  be just the JENNIFER.  That sounds like the boat, just
23  the JENNIFER.
24      Q    Captain Hall has been kind enough to take a
25  look at the Inland River Record from 2005 to try to

91

1   identify not only his boat but also the JENNIFER which
2   shows her as a 60 by 24 twin crew tow boat, a thousand
3   horse power GM16V71 engine operated by Stepper Towing.
4   Is that the boat that was with you?
5       A    I mean it very well could be.
6       Q    But you are not sure?  It's okay with us.
7       A    It could have changed into a model bow.
8       Q    So for the record you are not sure?
9       A    No.
10      Q    Okay.  We have got a few leads.  We won't
11  beat this into the ground.  We will just identify the
12  page for your boat, the MR. WAYNE, which we have
13  identified and the inside cover page to show us what
14  volume of the Inland River Record we are dealing with.
15  So I will just ask that the next in line exhibit be, I
16  think that's Number 8, be the inside cover page of the
17  Inland River Record for 2005 and page 312 which shows
18  the particulars of details of the MR. WAYNE, the twin
19  screw tow boat that Captain Hall was in command of on
20  29 August '05.
21          (Exhibit Hall No. 8 marked for
22          identification.)
23  MR. FISHER:
24      That's it.
25  MR. SANDERS:

92

Thank you very much.
            * * *
(Whereupon at 12:30 the deposition
concluded.)
            * * *

93

REPORTER'S CERTIFICATE
    I, LAUREN S. BREWSTER, a Certified Court
Reporter (Certificate #99001) in good standing with
the State of Louisiana, do hereby certify that the
aforementioned witness, after having been first duly
sworn by me to testify to the truth, did testify as
hereinabove set forth;
    That said deposition was taken by me in the
stenotype reporting method and thereafter transcribed
under my supervision, and is a true and correct
transcription to the best of my ability and
understanding.
    I further certify that I am not of counsel,
nor related to counsel or the parties hereto, and am
in no way interested in the result of said cause.
            MARCH 17, 2009

        _____

        LAUREN S. BREWSTER, CCR

24  (Pages 90 to 93)

CAPTAIN HALL

March 17, 2009

## A

**ability** 93:11
**able** 25:6 28:23 29:2,12 32:5 37:10
**abreast** 23:4
**access** 25:5 29:13 30:6 32:7 45:5
**ACTION** 1:4
**actual** 31:4 62:11
**additional** 29:13
**address** 6:14
**adjust** 33:2 35:2
**adjustments** 79:20
**administering** 4:22
**advising** 13:14
**aerial** 3:13,15 15:18 21:9 21:12 22:17,22
**aerials** 21:17
**affirmative** 9:1,9 10:6 12:1 16:10,19 24:24 25:11,22 26:2,8 27:7,9 28:7 29:5 30:16 46:6 47:18,20 58:13,25 64:2 66:4,10 67:16 68:1 76:15 79:1,18 87:14
**afloat** 29:20 76:7
**aforementioned** 4:4 93:5
**agreed** 4:2
**aground** 83:19 84:10,11 85:22
**ahead** 12:14,14 45:16 78:10 80:22
**ain't** 60:24
**air** 67:12
**allow** 27:23 54:6
**alterations** 79:20
**aluminum** 48:4
**America** 2:3 6:1,7 56:23
**American** 2:10 6:4,6
**anchored** 25:8
**Andrew** 75:16,22,25 76:4
**and/or** 62:18
**anemometer** 74:3,22
**answer** 4:13 8:21 54:25 73:7

**answering** 88:16
**answers** 49:9
**anybody** 53:17 74:24
**anyway** 13:23 28:1 31:12 44:14 47:13 51:16 87:10
**appearances** 1:20 2:1 5:13
**applied** 89:7
**approached** 69:23
**approaching** 10:22,24 11:1 83:3
**approximately** 18:10,25
**area** 13:7 15:13 16:1 17:13 26:18 42:19 47:17 50:8,15 55:20 58:19 65:10 70:4 72:1 77:12 78:2,10 81:25 82:1 84:4 86:4,12
**arm** 59:1
**arrangement** 52:13
**arrow** 39:4 78:7
**asked** 12:24 26:19 54:22
**assigned** 10:14
**assistance** 28:23 57:10
**assume** 30:13
**attach** 57:23 86:14 90:11
**attempt** 28:15 46:8
**attempts** 46:10
**attention** 7:6
**August** 9:5,13 65:8 75:12 76:6 91:20
**authorized** 57:9
**availability** 8:10
**available** 8:10
**Avenue** 26:5 41:2 44:18 55:15 56:25 57:1 86:2
**aware** 64:20
**awful** 13:22
**a.m** 30:18

## B

**back** 7:18,19 10:4,18 19:9 23:19 24:4,5 26:10,13,18 32:16 36:9 37:13,16,17 44:16 48:8 48:14 53:20 54:11,19

54:21 56:21 57:25 64:24 69:24 71:1 72:12 72:13 78:10 80:6 85:21 88:13 89:22
**bad** 27:3 31:16 35:15 37:5 39:14 42:4 66:16 68:20 70:25 71:7
**balls** 34:20
**bank** 15:6 16:12 17:25 18:2,3,6,7 19:10 23:3 23:19 26:11 65:25 78:25 81:8,9 83:8,21,22 85:13
**banks** 81:5
**barge** 1:8 8:4,5 13:6 14:6 15:8 23:21 25:8 28:25 36:13,19,23 37:18,19 37:20,22 38:14 39:5,9 43:21 49:11,12,14,21 49:22 50:4,14,18 51:2,4 51:6,6,8,12,19,23 52:23 53:4 81:14 82:4,12 86:2 87:11
**barges** 10:11,13 13:4 14:8,11 15:2 16:8 18:18 23:2,6,10,12 24:3 24:7,8,12 25:10 36:11 36:19 37:17 39:10 42:7 42:11 43:10 50:25 51:8 51:11,11 52:18 53:6 64:21 65:9 77:11 81:4 81:7,15,16,18,19 82:4,8 82:9,13 83:4 84:4,5,10 84:22 85:2,15,20,23,25 86:12 87:12 88:2
**Barnett** 2:11 6:3
**BARONNE** 1:24
**base** 26:6
**based** 69:22
**basic** 61:16,17
**basically** 24:1 31:19 61:12
**basis** 8:9
**bathroom** 31:18 32:2,11 32:13 71:11
**Baton** 8:1,3 75:17

**battening** 29:18 30:11 32:6
**batture** 83:6
**bay** 9:17 10:5,20,23 20:2 30:8 58:12,18 59:8 60:2 85:7 86:13 90:14
**bayou** 85:11,18 86:13 90:13
**bays** 81:19
**Beach** 84:17
**bearing** 69:7
**bearings** 18:15
**beat** 91:11
**bed** 14:14,15,17
**beginning** 44:17 56:22 58:9
**behalf** 5:22 6:1,4
**believe** 43:23 48:15 63:24 66:6
**belongs** 34:8
**belt** 33:12
**BENOIT** 1:11
**best** 11:24 93:11
**better** 17:9,14,14 47:12
**beyond** 16:3,5
**big** 11:3 31:10 33:11 44:19 47:10 48:6 51:10 51:15,19 59:5,23 81:9 81:15 82:9
**bird's** 63:9
**birth** 6:22
**bit** 53:14 60:3
**bits** 53:3
**bitt** 27:15,16 41:11,12
**bitty** 84:21
**black** 9:16 10:5,20,23 58:4,11,18 60:2 85:7 86:13 90:14
**blew** 68:2
**block** 36:11 72:9
**board** 24:12 51:15 52:20 66:20 67:6,7
**boarding** 66:17 67:3
**boat** 6:21 7:3,12 8:7 11:5 11:12 12:13,21 14:5,7 15:9 16:4 20:19 23:7

23:24 27:3 29:18 31:7
31:11,12,18,21,25 32:4
32:24,25 33:15,18
34:19,20 35:9 40:17,19
41:19,20 42:14 44:9,10
44:11 47:13 53:19 54:2
57:22 58:11 60:17,19
60:21 61:4,6,7,17,20
62:2 64:13 66:18,19,20
68:7,8 70:3,22 71:3,12
71:18 72:15 73:1 74:4
74:6,7,8,11,11,18,24
75:13 79:20 81:15
89:20,23 90:19,22 91:1
91:2,4,12,19
**boats** 7:1 9:2 27:18 29:25
31:17 33:7,12,13,13,15
34:2,13 37:6 41:14
62:18 65:10,16 71:23
72:5 75:4 76:3 84:3
86:17 89:25 90:7
**boat's** 10:16 23:9 75:24
**Boh** 15:7,10,12 18:19
51:11 81:7,8 82:13
**Bollinger** 65:22
**bolted** 27:11
**Borgne** 17:15 58:23,24
59:2,16
**bottom** 9:21 13:8 47:1
67:7
**bought** 64:13 77:20
**BOUTTE** 1:9
**bow** 27:17 38:1 40:19
41:7,7,16,19,21,22
60:20 61:25 62:5 63:23
64:1 74:8 90:19 91:7
**bowed** 41:14 83:13
**box** 31:20
**boys** 47:4
**branches** 19:22
**brand** 51:8,11 81:16,16
**Brave** 44:11 48:14
**breach** 76:23 77:2,6,7,13
77:16,23 78:3,7 80:1
88:13,18
**breaches** 1:4 50:24 78:24

79:11,17,22,24
**break** 23:21 24:3 25:19
36:4 38:2 43:13 56:7
76:22 86:20
**breakfast** 14:18,19,22,23
**breaking** 23:15 76:22
**breaks** 52:9
**breast** 52:3
**breasted** 15:9 27:17
83:15
**breasting** 52:2
**BREWSTER** 2:19 4:20
93:2,19
**BRIAN** 1:22
**bridge** 15:14,15,20,21,25
16:1,2,3,4,5,6,11,13
17:3,19,22 19:6 26:5
28:16 41:3,25 42:1
43:16,19,22,24 44:18
45:8,11,24 46:2 48:19
49:1,10,10,19,23,23
50:4 54:9 55:15 65:1
67:11 78:13 83:5 86:2
**bridges** 57:1
**bring** 6:24 13:2 14:1,1,9
15:4,20
**broke** 23:14 24:21 36:19
36:20,21 65:8 78:24
82:18,20 89:9
**broken** 39:10
**Brothers** 15:7,11,12
18:19 51:11 81:7,8
82:13
**brought** 14:10 15:5,10
16:8 82:14
**build** 23:11,17 81:20
**build-up** 32:23
**built** 40:4 81:18
**bulk** 19:10,14 30:2 34:3
34:5 38:8 69:20 71:18
80:25 87:16,17 88:13
**bull** 44:17,19
**bunch** 49:8 50:8 54:24
63:4
**buoy** 59:20 83:11
**busted** 34:25

**busting** 34:21

## C

**C** 1:10 93:1,1
**cabin** 34:20
**cabins** 30:2
**cables** 72:2
**call** 8:8,9,11 13:5 19:17
33:21 44:19 45:16
52:21 53:2 61:3
**called** 6:25 7:4,16,24
11:6 12:21 14:16 31:8
31:8,9 33:25 44:11
48:8,12 59:24
**calling** 32:10
**calls** 12:14
**canal** 1:4 10:3 15:13,18
16:14,22 17:3,15 19:5
19:21 20:4 36:25 43:12
48:11 55:20 56:25
65:12
**Cane** 1:15 5:2 6:15
**canned** 47:15
**cannon** 34:19
**caps** 75:18
**captain** 1:15 5:1,9 8:25
9:5 11:3 12:12,22
14:15 20:18 23:9 31:7
45:2 46:25 50:7 51:22
52:12 56:21 57:11,24
58:7 64:13 69:1 74:2
74:11,17,24 75:3 80:15
87:3 89:18 90:10,24
91:19
**captains** 7:1 35:8 72:16
**car** 40:1 77:18,20 88:16
**care** 29:20
**case** 25:19 28:22 32:4
**cases** 1:6
**cause** 76:21 93:15
**caused** 77:1 88:15,17,20
**causing** 72:25
**CCR** 93:19
**cell** 68:25
**cement** 56:24 76:18
**center** 27:15,15 41:11,12
**certain** 10:1 12:13 27:16

27:16 29:14
**Certificate** 93:3
**Certified** 2:20 4:20 93:2
**certify** 93:4,13
**certifying** 57:5
**Chaffe** 1:17 2:4 5:25
**chance** 48:7
**change** 24:11
**changed** 91:7
**changes** 54:14
**channel** 13:18 67:18
68:16,16
**channels** 68:18,25
**chaos** 50:25
**chart** 3:11,21 17:9,11,12
19:16,18 20:5 21:6,7
39:8 59:3,4,5,9,13,25
60:8,13 78:18 85:4,5
86:7,8,8 90:12
**charts** 81:1
**check** 26:12 43:9 54:23
56:4 68:22
**checking** 80:13
**choose** 27:2
**chopper** 48:17
**circle** 18:9,15 20:18
22:13 78:2 82:3
**City** 7:10 44:12 53:20
54:20,21 78:11
**Civil** 1:4 4:5
**Claiborne** 15:21 49:10
49:18,23 55:1 57:1
**clarify** 40:7
**Claude** 55:3,5,19
**clear** 19:20 58:8
**cleared** 42:22,23 43:11
**climb** 48:5
**climbing** 46:4
**close** 3:15 13:22 17:3
22:22 31:18 40:3 46:21
65:11 77:10,25 79:25
**closed** 30:9 55:1
**closer** 13:24 33:13,13
65:1
**closest** 76:4
**clouds** 69:14

**Club** 2:10 6:4,6
**Coast** 13:17,18 29:23
   48:12 57:4,24 65:25
   67:17 68:18
**Code** 4:5
**collapsed** 34:18
**collision** 23:16
**color** 63:3,6
**come** 15:1 26:21 31:1,1
   32:23 34:17 37:3,20,25
   44:7,14 45:2 47:7,9
   48:8 60:2 65:20 70:11
   71:24 72:2,2 75:8
   82:16 84:23
**comes** 20:2 27:25 53:25
   59:19,21
**comfortable** 23:18 26:1
**coming** 25:4 26:17,18
   30:6 32:12 33:1 34:22
   38:20 44:15 53:3 69:16
   69:21,24 70:1,7 72:4
   79:16,21
**command** 91:19
**COMMENCING** 1:18
**commercial** 57:10
**common** 11:11
**companies** 6:19,20 7:23
   63:3 89:22
**company** 7:16,24 8:14
   9:18 10:11 11:4,9,22
   12:12 14:4 44:11 62:10
   62:22 63:4 82:14 90:4
   90:17
**compare** 76:5
**compared** 75:20
**completely** 15:23 29:10
   29:17 37:12 68:24,24
   79:12,23 80:3
**compound** 81:10
**concern** 52:12 55:12
**concerned** 14:3
**concluded** 92:4
**concrete** 44:19 47:10,17
   76:18
**conditions** 12:13 66:21
**connection** 53:18

**consolidated** 1:4,6
**construction** 9:17 10:11
   10:15 11:9,22 15:8
**contact** 13:14 14:21 16:5
   28:14 29:22
**contacted** 26:18 48:14
**container** 37:1,2 38:4
   40:4 66:4,11 77:21
**containers** 36:25 37:3
   38:3,6,15,20,22 39:5,13
   39:22,25 76:16,23
   77:11,17,17 88:15,22
   89:10
**continue** 68:13
**CONTINUED** 2:1
**continuing** 67:14
**contract** 6:19 9:17 10:16
   10:17
**contracted** 11:4,10 64:12
**control** 11:17 25:2
**conventional** 61:4
**conversation** 74:9
**conversion** 40:5
**converted** 77:21
**conveyor** 33:12
**copied** 21:6 59:6 90:12
**copies** 58:5
**copy** 7:3,3 57:3,24,25
   58:3,5,6 86:6,14,20
**corner** 23:25 24:20,23
   25:12
**correct** 9:11 11:18,19
   27:6 38:10 57:11,17
   58:12 65:2 74:13 80:11
   88:25 93:10
**counsel** 4:3 93:13,14
**counters** 9:25
**couple** 27:11 39:10 47:22
   53:20 54:8 69:17 81:23
   82:6 83:8 84:25 85:1
**course** 79:19
**court** 1:1 2:20 4:20 56:16
   93:2
**cover** 36:24 91:13,16
**crane** 10:11 13:4 14:11
   15:8 23:5 24:8,9 51:7,8

   51:10 82:9,11 87:11
**cranes** 81:17,17
**crank** 37:10,13
**cranked** 37:15 42:25
**cranking** 61:15 72:13
**crawl** 46:8
**crew** 11:25 14:5 29:23
   30:6 54:14 91:2
**crewed** 65:21
**Crews** 8:7
**critical** 72:11
**Crosby** 35:8,9 41:19
   62:20,21 63:17,18,20
   63:23,24 64:4,9,12,12
   64:13,17,21 74:7,8,11
   74:18 90:1,2
**cross** 51:18
**crosses** 17:6,7,20
**crossing** 80:2
**crying** 32:15
**current** 57:17 79:15,16
   79:24 80:4
**currently** 6:17,20
**cut** 9:22 14:12 37:5
   71:25 72:1,6 84:18
**cutting** 19:23

---

**D**

**damage** 47:14 52:9 54:2
**damages** 5:10
**danger** 23:16 37:8 72:5
**dangerous** 46:2
**dark** 28:13
**date** 6:22
**dated** 57:11
**day** 10:24 12:3 28:8
   45:18
**daybreak** 35:21,21
**daylight** 28:10 35:20
**days** 53:20
**deal** 24:10 48:2 49:6
**dealing** 26:15 31:4 34:17
   36:9 43:2 70:21 91:14
**debate** 11:3,7,8 13:24
**debating** 11:14 12:22
   14:14,24 44:24 74:12
**debris** 45:9,19,24 49:2

   50:2
**December** 57:9,11
**decided** 78:10
**decision** 15:1
**deck** 10:13 24:12 25:10
   27:12,13 46:24 47:1
   61:7 62:1 67:7
**deckhand** 14:25 31:5
   32:11 45:1,1 71:2,15
**deckhands** 24:3 44:25
   72:1
**decks** 13:11 14:11 15:9
   24:8,9 85:25
**DEFENDANT** 2:3,10
**definitely** 12:25 88:19
**degrees** 79:12,14
**delayed** 88:16
**delta** 60:9
**demolition** 9:20 10:15
**depart** 78:9
**depending** 52:7
**depends** 66:22
**deposition** 1:15 4:3,15
   8:20 58:9 81:2 92:3
   93:8
**derrick** 81:15,16,18 82:9
**descendant** 57:15
**descending** 16:11 17:25
   19:10 26:18 83:8 85:13
**describe** 30:22 36:6
   52:17 60:17 83:9
**described** 65:4 72:25
   78:4 80:8 84:6
**designated** 72:1
**destroyed** 47:13
**details** 91:18
**die** 31:11
**diesel** 61:12
**difference** 51:17,20
   52:19,20
**different** 6:19,20 7:23
   39:3 40:9 57:13 75:5
**dimensions** 60:24
**direct** 23:16
**direction** 37:25 38:12,24
   39:3,4 41:4,5 69:21

CAPTAIN HALL

March 17, 2009

**directions** 40:10
**directly** 10:10 15:7,7
  81:6,13
**dirt** 79:10
**disappeared** 81:22
**discharge** 29:14
**discussing** 54:12
**distance** 80:10 88:6
**DISTRICT** 1:1,2
**divers** 9:22 24:11
**dock** 19:11 20:9,13,19
  27:19,20,22 28:2 33:9
  33:20 34:3,5,10,12 36:7
  36:12,16 37:1,1,4,8,11
  38:8,8 39:12,13 51:8
  66:1,12,15 69:20 71:19
  72:10,11,14,17 73:2,17
  73:20 76:8 81:7 82:14
  84:13,18,24 87:17
  88:14
**docks** 27:1 34:14,15 37:7
  72:7 84:25
**documents** 6:24,25
**dogged** 27:12 53:13
**doing** 7:12 26:22 30:10
  33:6 47:22 65:16,17
**domestic** 57:7
**door** 31:22,23,24 32:3,14
**doors** 29:25 30:1,3
**double** 24:17
**downward** 37:25
**draft** 52:19 67:2 73:16
**drag** 72:20
**drawing** 63:9 73:21
  76:13 78:3
**driven** 28:12
**dropped** 23:2,6 25:1
  47:2
**dropping** 44:25 45:3
**dry** 82:25 84:4
**due** 38:19 54:14 57:19
  68:4 77:8 78:11
**duly** 5:4 93:5
**DUVALL** 1:9

**E**

**E** 93:1,1,1,1

**earlier** 14:13 60:20 65:4
  74:2 78:19
**early** 35:19 69:3
**easier** 47:9
**east** 39:7 40:8 64:25 70:1
  70:4,5 78:14 81:2 82:3
**easterly** 70:5
**EASTERN** 1:2
**eating** 14:18
**Edward** 7:6,8
**eight** 55:24 56:1 71:6
  73:21
**either** 12:17 29:16 33:14
  46:1 52:22 53:1 62:14
  64:12 68:2,4 88:20
**Either/or** 9:4
**electricity** 68:22
**electrocuted** 48:7
**electronics** 67:23
**employed** 6:17 8:13
**employees** 46:3,12 48:10
**employer** 7:12,13,15
**employment** 7:19
**empty** 13:11 43:21 51:23
  52:10,13,23
**endanger** 73:1
**ended** 49:11 58:19 81:23
  82:19
**endorsements** 57:14
**engage** 57:10
**engaged** 74:9
**engine** 29:11 31:19 34:23
  34:25 71:1 91:3
**engines** 14:25
**ensures** 52:22
**enter** 84:24
**entire** 9:15
**equipment** 13:2,15 14:2
  15:1
**especially** 30:7
**ESQUIRE** 1:23 2:5,6,12
**essentially** 10:4,14 15:10
  29:8 49:24
**estimate** 20:8 42:12
**estimated** 73:11 88:11
**estimating** 80:18

**evening** 12:11,20 13:25
  31:15 80:21
**events** 42:15
**eventually** 26:16,17 28:1
  89:11
**everybody** 5:19 66:16
**evidence** 4:16
**evidently** 31:8 38:1
  44:23 49:1,3 63:2
  64:14 68:3
**exact** 60:24 90:4
**exactly** 10:19 11:16 33:6
  48:15 68:23 84:1 88:15
**EXAMINATION** 3:2
  5:7 56:19 87:1 89:16
**EXAMINATIONS** 3:1
**examined** 5:5
**execute** 53:11
**exhibit** 21:1,5,13,14
  22:24 56:13,16 57:25
  58:1 63:9 86:15 87:3
  90:15 91:15,21
**EXHIBITS** 3:7
**expect** 6:12
**experience** 75:11 77:8
**experienced** 74:15 75:12
  80:9
**experiences** 53:18
**expires** 57:9
**explanatory** 51:3
**exteriors** 31:24
**extra** 53:12
**extreme** 39:15
**eye** 63:9 69:22 70:19,23

**F**

**F** 93:1
**face** 34:15 41:10
**faced** 27:11 63:21 70:3
**facilities** 26:12
**facility** 20:7,8 21:17
**facing** 18:6 40:17,19,20
  40:25 41:3,5
**fact** 36:10 39:23 48:22
  58:14 75:24 76:2 82:20
  85:1
**factor** 43:3

**fair** 32:18 49:17 88:21
**familiar** 13:6 66:13
**FAMILY** 1:11
**far** 6:12 14:3 34:2 42:11
  43:7 50:11,23 51:13
  61:6 68:19,20,23 70:20
  77:23 88:1 89:8
**fast** 34:14
**favor** 26:14
**fax** 7:5
**faxed** 7:8
**features** 29:11
**Federal** 4:5
**feel** 17:9 23:10,18 25:25
  30:19 32:24,25 51:17
**feet** 20:11,12 66:25 67:8
  67:9 73:9,10,11,12,16
  73:22 79:25 88:11
**fender** 23:12
**figuring** 73:16
**filed** 7:2
**find** 6:11 23:8 26:9,16
  28:12 43:5 65:17 89:22
  89:23 90:3
**fine** 22:20 32:21,22
  50:16
**finger** 17:2
**finish** 14:19 56:17 86:21
**fired** 14:25
**first** 5:4 18:15 22:2 39:22
  46:23 67:22 69:4,16,23
  70:22 71:7 80:5 81:2
  83:13 84:9 93:5
**Fisher** 2:5 3:4 5:12,18,24
  5:25 6:5 16:20 17:1,10
  17:21 18:1,8,13 19:15
  19:25 20:17,24 21:4,11
  21:19 22:1,19 33:24
  40:22 51:24 55:2,6
  56:6,11,15,20 60:12,16
  70:16 73:6 74:1 86:24
  87:5,15 89:2,17 91:23
**five** 24:1 27:2
**fixed** 87:12
**flat** 10:13 13:11 14:11
  15:9 24:8,9,12 85:24

CAPTAIN HALL

March 17, 2009

**fleet** 8:1,3 61:4,6,17 62:2
  84:23 85:21
**float** 25:3
**floated** 38:6
**floating** 37:24 40:8
**flood** 5:10 48:2 76:10
**Florida** 15:14,15,20,24
  15:25 16:2,3 19:6,6
  26:5 28:16 41:2,25
  42:1 43:16,19 44:18
  45:8 49:10,18,23 50:3
  54:9 55:14 56:25 86:2
**fluctuates** 53:4
**flying** 48:17
**fog** 39:17
**folks** 90:6
**follows** 5:5
**food** 44:2 47:11,16,19
**foot** 25:5 62:1 73:23,25
  80:1
**Forbes** 2:5 18:21 19:12
  19:19 21:8,21 40:12,16
  40:24 41:6,13 56:23
  60:7 85:5 90:12
**forced** 66:17
**forget** 35:9
**form** 4:12 51:25 73:5
  77:13 89:3
**formalities** 4:8
**forth** 6:13 10:5 44:16
  71:1 93:7
**found** 27:23
**four** 8:17 24:18 27:6
  30:4 67:9
**France** 20:1 40:23 58:19
  82:2
**free** 51:15 52:20 66:20
  67:3,6,7
**freely** 25:3
**Friday** 11:2
**friends** 58:11
**front** 57:25 69:18
**fuel** 54:17,18 66:22,24
  84:13,18,24 85:2,17
**full** 7:13 51:23 52:13
  61:25

**further** 12:14 23:22 29:1
  64:25 81:14 93:13
**fuse** 68:2

## G

**galley** 13:20,21 14:18
**Galveston** 86:8
**gap** 20:14 33:17 59:23
**gas** 46:1
**gate** 48:2
**gauge** 35:4,10,16 74:3,22
**gear** 25:2
**Geiger** 9:25
**Geismar** 7:25
**generators** 68:21
**gentlemen** 46:18
**getting** 27:3,21 31:25
  34:22 35:12,14 37:5
  43:5 45:4 48:7 65:15
  70:22 71:8 74:13,21
  75:4,7 80:21
**GICW** 16:21 17:16 20:2
  58:19 65:1 78:22 81:5
  82:1 83:2
**GILBERT** 1:22
**give** 6:13 8:10 28:23
  35:22 53:17 55:11 73:2
  82:11
**given** 8:19 44:2
**giving** 13:18
**GM16V71** 91:3
**go** 13:20,25 14:16 19:3
  23:11 29:1,8,18 30:8
  34:2 39:2,3 43:16
  44:25 45:7,19,22 54:10
  54:18,19,19 55:19
  59:25 67:10 68:9 73:20
  77:14 78:10,10 80:9,22
  81:19 84:9,9 85:17
**goes** 16:7 29:24 32:4
  59:20 68:20 70:20
  78:16 84:19 85:11
**going** 7:18 12:23 13:1
  14:1,1,13 22:17 25:4,6
  26:12,20,23 31:16 32:8
  32:20 33:5 34:23 37:12
  38:23 39:1,22 40:8

43:3 45:3 47:24 52:24
  52:25 53:12 54:13 56:4
  69:8 71:12 72:19,19
  75:18 76:23 77:10,11
  77:12,14 79:13 80:7
  85:13 90:8
**good** 20:14 35:25 36:1
  53:13 57:23 64:14
  69:13 78:6 82:17 93:3
**gradual** 30:23 32:23
**grandfather** 31:7,8
  32:10
**grandpa** 31:9
**grandson** 31:10
**groceries** 53:24
**ground** 23:24 91:11
**grounded** 83:6
**group** 42:20 63:8,10
**Guard** 13:18,18 29:23
  48:12 57:4,24 67:17
  68:18
**guess** 9:12 10:7 22:17
  28:5 33:21 45:15 47:5
  60:23 72:8 73:25
**guessing** 66:11,24 67:9
  88:18,19
**guide** 20:10 44:18 45:4
  45:20
**Gulf** 15:16 54:7,19 59:19
  62:23,24 78:15 79:5,15
  80:7,10 81:19 84:9
  86:5 90:5
**guy** 7:20
**guys** 45:6 64:14

## H

**half** 24:18 61:8 67:8
  69:15 88:8,9
**Hall** 1:15 3:8,10,12,14,16
  3:18,20,22 5:1,9 6:15
  21:14 22:22,24 56:10
  56:13,21 57:6 58:1,7
  89:18 90:10,15,24
  91:19,21
**Hall's** 57:24
**hand** 83:4
**handle** 25:7

**hands** 47:2,24 48:3 71:23
**happen** 27:1 28:22 35:17
  42:18 65:24
**happened** 9:12 23:20,20
  49:18 50:1 54:22 72:24
  81:21
**harbor** 3:11 11:15 12:16
  19:16,17 20:3 21:7
  23:13 65:17 75:17
**hard** 21:20 26:11 31:1,1
  70:20 75:8,9 79:10
  83:19 84:1 89:10
**Harvey** 41:18 62:22,22
  62:23,24 63:12,14 64:1
  71:14 90:3,5,19
**hatches** 29:19 30:11 32:6
**HBL** 8:3
**head** 58:14
**headed** 42:25 79:21
  80:15 81:2
**heading** 12:16
**heads** 30:2
**hear** 44:23 46:24 51:1
**heard** 44:1 76:22
**heavier** 81:18,20
**heavy** 51:10
**height** 61:6
**held** 10:20
**hell** 23:14 51:7 65:7
**help** 16:14 28:22 44:23
  46:10,11 48:9,24,25
  53:23 78:9
**helped** 23:17
**helpless** 37:12
**hereinabove** 93:7
**hereto** 4:3 93:14
**high** 45:11,11 52:3,13,15
  52:21 53:1,2 73:2,3,20
  77:8 80:3 82:25 84:3
**higher** 35:11 52:23
**highways** 53:22 54:15
**high-rise** 16:7
**hill** 54:22 65:19
**history** 7:19
**hit** 12:5 24:2 30:18 36:18
  36:24 38:1,1,25 39:24

CAPTAIN HALL

March 17, 2009

Page 6

39:25 70:22 71:3 76:24
88:25 89:10
**hitting** 31:14 34:19,20
39:8 68:5,5 76:16
**hold** 72:3 89:25
**holding** 16:22 27:25
**hole** 32:8 59:24,25 60:1
72:22 84:21
**holes** 34:24
**hollering** 44:23
**home** 54:23 86:18
**Hopedale** 84:15,16,17,22
85:7,9 86:11,12 90:13
90:13
**hopefully** 29:16
**hopper** 36:23,24 37:18
37:19,20 38:14 39:5
43:21 51:6,12,19 52:10
83:4 85:25
**horse** 91:3
**hoses** 29:14
**hostage** 57:18
**hour** 35:12 75:19
**hours** 9:12 35:19,25 36:1
36:1 47:22 50:9,9 54:8
54:20 80:18
**house** 32:1 34:21,22 36:9
37:16 46:24 47:24 61:9
70:25
**houses** 76:24,24
**Houston** 7:17
**Huey** 48:18
**Hueys** 48:17
**hull** 72:22
**hundred** 39:20 61:11
69:17 75:19 78:1
**hurricane** 6:12 11:12
12:25 24:6,22 30:12
31:16 39:1 50:19 51:16
53:8 57:19 75:16 82:15
**hurricanes** 76:3

**I**

**idea** 43:1 45:23 73:3 84:7
**identification** 21:15
22:25 56:14 58:2 90:16
91:22

**identified** 78:19 91:13
**identify** 63:3,5,15,15
91:1,11
**illustrate** 86:11
**imagine** 69:4,9 82:6
**immediate** 42:19
**impact** 89:12
**inch** 25:18 27:15 32:7
**inches** 25:23,24
**including** 4:8
**increase** 30:23
**independent** 64:6
**independents** 63:5
**INDEX** 3:1,7
**indicated** 52:14 87:11,12
88:10
**indicating** 15:19 16:17
17:20,25 18:25 19:7,11
19:21 21:22,25 22:7
33:10,16 34:16 38:21
40:20 41:22,23 42:14
49:16 59:8,19,21 63:13
63:17 70:4 72:9 76:12
76:13 78:5,14,20,21,25
81:25 82:1,6 85:10
**indicting** 16:22
**Industrial** 10:3 15:5,6,12
15:13,18 16:7,12,14,17
16:18,21 17:6,8 18:5
19:20 20:3 34:9 42:25
43:7 48:10 55:20 56:25
65:11 73:19
**information** 8:22 9:19
68:13 74:21
**Ingram** 1:9,10 8:4,5
49:14,21 50:4 51:4
**Initially** 23:10
**inland** 3:23 13:24 30:5
57:8 86:10,16 89:18
90:10,25 91:14,17
**Inner** 20:3
**inset** 20:1 21:5
**inside** 20:9 23:17 26:25
27:19 33:10,17 34:13
45:20 49:1 91:13,16
**insurers** 6:6,7

**intense** 71:4 75:22
**intensity** 75:13
**Intercoastal** 15:19 19:22
38:9 43:7 54:5 64:23
65:11 78:16 88:2
**interested** 93:15
**internal** 31:22
**interstates** 54:4
**introduce** 5:19
**introduced** 56:22
**iron** 34:19 68:5
**issue** 57:4,12,16

**J**

**J** 2:12
**James** 1:15 5:1 6:15 57:6
**Jennifer** 11:6 14:10 23:7
50:7 61:20,21,23 62:7
62:12,13,14,16 81:15
90:21,21,22,23 91:1
**job** 8:8,8 9:16,17,20 10:7
10:17 11:5 64:15 85:2
**jobs** 10:9
**JOSEPH** 1:10
**JR** 1:9,11
**JUDGE** 1:9
**jumped** 86:3
**junction** 17:16 19:8 26:4
28:19 78:16 81:3 82:2
83:3 88:2
**juncture** 78:21
**Junior** 6:15 57:6

**K**

**K** 1:7
**Katrina** 1:4 6:13 62:19
75:12,22 76:2,2,7
**keep** 7:2 11:14 13:3 14:2
27:25 29:16 37:12,16
72:15 76:8 79:20
**keeps** 53:3
**kept** 32:17 72:7
**kind** 8:6 14:24 21:20
24:7,13 29:16 32:17
33:5 36:20,22 43:22,24
57:3 61:7,8 82:20,21
83:11,11,12 84:1 85:22

85:23 86:1,1,2,3 90:24
**Kitto** 2:12 6:2,3
**knees** 60:20
**knew** 25:4 31:15,17 42:8
54:4 64:14 71:23
**knock** 72:22 76:10,10
**knocked** 25:2 39:24
68:24 76:17
**knot** 74:15,15
**knots** 75:6
**know** 7:12 8:9,21 11:9
12:13 13:5 14:21 25:14
31:11 32:18,21,22,22
33:6,23 35:11,17,18
36:12 37:21 39:11,25
40:2 45:12,16 46:12
49:9 50:1,23 53:16
54:25 55:14 58:3 63:1
64:15 65:20 66:23 68:6
72:18 74:12 75:10
76:16,21 77:1,19,22
78:8 81:10,22 82:19
83:22 84:5,22 88:14,17
88:24 89:12
**knowledge** 50:17 55:1

**L**

**L** 4:1
**label** 33:20 58:4
**labeled** 19:13
**Lafarge** 1:9,10,11,12,13
2:3 6:1,7,10 56:23
**LAGARDE** 1:10
**Lake** 17:12,15 58:23,24
59:1,16
**LaLoutre** 90:13
**land** 20:13 59:23
**landed** 44:17
**landfall** 30:18
**large** 90:6,8
**larger** 18:14 22:17 33:17
**lash** 36:11,13,19 39:8,10
42:7,11
**lasted** 32:19 80:10
**late** 80:21
**LAUREN** 2:19 4:20 93:2
93:19

JOHNS PENDLETON COURT REPORTERS

800 562-1285

CAPTAIN HALL                                                                March 17, 2009

**law** 1:22 4:6
**laws** 77:10
**leads** 91:10
**leave** 13:3 30:6
**leaving** 14:19,22
**left** 12:2,4 14:6,7 19:5,10
  32:7 55:17 78:8 85:13
**legs** 13:6
**let's** 33:14 56:7 57:23
  59:4 63:20 64:19 67:10
  80:17 86:19
**levee** 38:20 39:23 47:9
  76:17,20 77:7 83:6,13
  83:15
**levees** 50:25 79:7,10,16
**level** 30:23 52:19
**license** 3:19 6:21 57:3,12
  57:16,24
**life** 31:17 76:1
**lifted** 45:17
**light** 51:6,12,14
**limited** 39:16 42:6
**line** 8:4,5 9:20 41:11
  48:6 53:10,14 67:3
  71:25 91:15
**lines** 24:13,20 25:16,18
  25:19 27:15 33:2 35:2
  37:6 53:3
**links** 9:23
**list** 83:12,12 89:22
**listed** 6:10 90:18
**listening** 67:17
**LITIGATION** 1:4
**little** 19:9 20:14 45:3,22
  48:2 55:22 56:7 59:22
  60:3 61:5 65:5 76:20
  81:13 84:13,13,21,23
  84:24,25 85:9 89:10
**living** 24:10
**load** 10:2 13:11 51:20
  52:2,3,8,13,15,21,24,25
  53:1
**loaded** 51:14 66:24
**loading** 10:21 66:13
**loads** 37:2
**located** 87:11

**lock** 30:3,4 31:23 49:24
**locked** 32:3
**locking** 32:5,11
**locks** 55:1,19
**logo** 63:4
**logs** 80:18
**long** 8:16 31:2 32:18,23
  35:23 47:21 58:8
**longer** 60:25
**look** 26:14 62:15 79:7
  80:17 90:25
**looked** 19:8 36:8 40:3
  43:11 73:13 76:22
  77:18,18 81:16,17
  83:14
**looking** 17:9 26:6,11,20
  41:2 87:10
**looks** 12:24
**loose** 23:14 24:4 36:19
  36:20 65:8 72:6 82:18
  82:21
**lose** 69:1 71:12
**lost** 68:3
**lot** 12:14 30:4,5 43:19
  47:8 51:15 52:9,23
  65:18 70:21 79:8 80:2
  81:20
**Louisiana** 1:2,16,18,25
  2:8,14,21 4:21 5:3 6:16
  93:4
**low** 54:1,2
**lower** 5:11 53:4 82:21,22
**luck** 57:23
**lunch** 71:9

## M

**MAG** 1:10
**main** 25:2 31:18 68:2
  71:9 72:13 77:5
**maintain** 29:22
**making** 76:8
**man** 53:19 76:20
**maneuver** 36:2
**map** 3:9 15:23 19:3,14
  38:16 59:7 87:10
**MARCH** 1:18 93:16
**Marine** 7:4,13,16,17,21

  8:14,15 9:8 11:20
  13:14 57:5 62:8 90:5
**mariners** 13:19
**mark** 21:9 82:11
**marked** 21:14 22:24
  56:13 58:1 59:25 90:15
  91:21
**Market** 1:15 5:2 6:15
**marshes** 59:18
**master** 11:17 57:6
**material** 30:2
**materials** 9:24 10:12
**matter** 13:1 36:10 39:23
  48:22 68:20 75:23 76:2
  82:20 84:25
**Maurepas** 17:13
**McCall** 1:17 2:4 5:25
**mean** 35:15 39:7 55:3
  66:18 71:7 81:24 84:2
  91:5
**memory** 64:7
**mentioned** 51:12 53:5
  58:9
**Merchant** 57:5
**mess** 56:17
**met** 27:5 54:22
**method** 93:9
**Mex** 7:16,16,21,22,22
**Mexico** 54:7
**Michoud** 17:3
**middle** 25:16 51:9
**mile** 18:22 35:12 51:18
  65:5 69:15 82:24 87:20
  87:24,24,25 88:6,8,8,9
**mileage** 20:4
**miles** 13:24 51:9 59:22
  75:19 80:5,10,12 81:24
  82:7 88:4,7
**mind** 69:7
**mine** 47:13
**minimum** 73:15 75:20
**minute** 60:15
**minutes** 24:1 35:22,22
**Mississippi** 15:16,22
  86:8
**mistaken** 83:25

**mixture** 85:24
**model** 41:16,19,20,22
  61:25 62:5 63:23 64:1
  90:19 91:7
**Monday** 9:12 12:7,8,10
  30:19
**monitor** 67:14
**monitoring** 13:13,15,17
  29:3 30:15
**Montgomery** 2:11 6:3
**months** 55:24 56:1
**moor** 27:3,10
**moored** 24:23 25:10 27:8
  34:14 53:5
**mooring** 51:23 52:13
  53:6
**Moreno** 7:8
**Morgan** 7:10 44:12
  53:20 54:19,21 78:10
**morning** 9:12 12:6,7,8
  12:10,11 14:13,17,23
  30:19 35:19 62:19 65:8
  69:2,7,19 70:17 71:17
  75:1,11 76:6
**motor** 57:6
**motored** 26:3
**move** 54:6 80:22
**moved** 39:5,21 40:9
**moving** 10:4 23:23 39:6
  72:8,9
**MRGO** 16:21 17:16
  78:21,25 79:21 80:16
  81:3,4,5 83:3 84:8 85:6
  88:3
**MUMFORD** 1:9

## N

**N** 4:1
**name** 5:9 6:13 8:8 9:18
  23:8 33:23 62:11,22
  64:8 74:19 86:17 87:18
  87:19 90:4
**names** 46:17 63:7 64:16
**natural** 46:1
**naturally** 14:3 45:13
  53:14 77:9 88:23
**navigating** 83:2

CAPTAIN HALL                                                      March 17, 2009

**near** 16:8 65:25
**need** 12:15 14:20,20 20:7
    29:23 48:25 60:8 80:14
**needed** 13:11 28:22 32:1
    32:4
**negotiate** 8:11
**neighborhood** 49:11,13
    50:5,18 51:2
**never** 24:21 49:20 70:14
**new** 1:17,25 2:8,14 8:7
    48:20 51:8,11 57:19
    65:25 81:16,17 87:15
**night** 14:14 28:8 30:13
    80:23
**nine** 71:6 73:21
**NOAH** 17:12 68:16 85:5
    86:8 90:11
**NOBT** 33:25
**nodding** 58:14
**noon** 71:9
**normal** 66:21 73:18
**north** 2:3 6:1,7 15:14
    16:23 18:2 38:9,12,19
    56:23 64:3 65:25 70:12
    70:15 75:18 76:13 81:9
    85:14
**northwest** 70:12
**Nos** 21:14
**nose** 44:17,19
**nosed** 83:17
**notes** 56:4 80:13
**notice** 50:5
**noticed** 47:23 53:5 70:11
    78:23 82:15 88:16
**number** 3:8,10,12,14,16
    3:18,20,22 10:1 22:3
    56:10 76:14 78:3 87:6
    90:14 91:16
**nylon** 25:18 27:15

### O

**O** 4:1 93:1
**oath** 4:22
**object** 51:25 70:14 73:5
    89:3
**objections** 4:12
**observation** 45:18

**observations** 6:12 76:9
**observer** 57:8
**obstruction** 27:22
**obviously** 88:14
**occasion** 55:19
**ocean** 90:8
**office** 1:22 7:4,24
**Officer** 57:5
**OFFICES** 1:16
**official** 87:18,19
**officiated** 4:22
**offshore** 51:10
**Oh** 29:9 75:23
**okay** 8:20,22 12:10 15:23
    16:13,25 17:11 18:18
    20:23 21:12 22:5,11,15
    22:18 23:2 29:7 33:8
    33:19,22 34:6,13 35:18
    38:13 39:6 43:14 56:4
    56:12 58:7,22 62:4
    63:15,23 64:21 67:9
    91:6,10
**old** 13:10 19:10 34:3,5
    38:8 44:19 87:16 88:13
**onboard** 66:23
**once** 23:24 27:12 32:13
    37:10 42:5 43:11
**ones** 65:19
**open** 30:6 32:14 36:24
    43:21 51:6,19 52:10
    77:14 85:6
**operated** 62:7,10 91:3
**operating** 30:9 67:21
**operators** 56:24
**opposite** 41:3 48:10,21
    50:12 64:24
**option** 12:18
**order** 37:12 79:20
**oriented** 20:25 60:4
**original** 57:14,15
**Orleans** 1:18,25 2:8,14
    4:21 8:7 48:20 57:20
    65:25 87:16
**ourself** 26:25
**outer** 27:18 30:1 33:9
**outlet** 15:16 17:15 59:19

78:15 79:15 86:5
**outside** 27:20 37:8 44:22
    46:23,24 72:17
**overhaul** 29:10
**overheard** 8:19
**owned** 9:8 51:11 82:13
**owner** 53:19 54:21 75:24
**owns** 8:2

### P

**P** 4:1 93:1
**PA** 46:21
**page** 3:2 89:19 91:12,13
    91:16,17
**painted** 23:25
**PARFAIT** 1:11
**Paris** 16:6,9,13 17:2,19
    65:1 78:12,14 81:3
    82:3 83:3,5
**Parish** 4:21
**parked** 23:3
**part** 4:15 24:17,17,19
    27:15 33:9 47:9 59:1
    70:25 71:4 80:5 85:6
    86:6
**particular** 10:2 12:12
    31:23 50:14,15 52:12
    76:17 77:12
**particularly** 39:11 66:18
**particulars** 91:18
**parties** 4:3 93:14
**partner** 56:22
**parts** 25:12,15 53:7,9,10
    53:15
**Pass** 60:5
**passage** 28:15
**passed** 9:24 70:19
**Pat** 5:22
**Patrick** 1:23 5:9
**peaks** 35:12
**pen** 33:4 78:2,6 82:11
**people** 44:2,21 47:5,25
    53:23
**percent** 39:20
**perfectly** 32:21
**permitted** 43:8
**PERRY** 1:10

**personally** 49:21
**PERTAINS** 1:8
**petition** 76:19
**phenomenon** 80:8
**phones** 68:25
**photo** 58:3
**physics** 77:10
**pick** 9:21,22 13:23 48:16
    48:19 49:7
**picked** 35:16 71:22
**picking** 9:20 69:4
**picture** 15:25 16:15,16
    17:7 38:17 61:19
**pictures** 15:17 50:8 51:5
**piece** 13:9 20:9 36:17,18
    65:6 78:12
**pieces** 34:18 68:4
**pile** 43:19
**piled** 45:24
**pilings** 13:10 27:21,23
    85:16,18
**pilot** 6:18 7:25
**pipe** 9:20,22 10:6
**place** 19:8 26:9,16,21
    29:24 32:3 84:22
**placement** 84:1
**PLAINTIFF** 1:21
**plaintiffs** 5:23
**plan** 45:3
**plant** 61:10
**platform** 9:20,21 13:10
    47:10
**plenty** 54:18 82:17,17
    89:5
**plus** 24:20 34:17
**point** 17:5 23:18 26:6
    28:15 35:10 37:15
    38:25 39:7 47:13,23
    48:19 49:7 67:13,14
    69:1,6 70:10,24 71:5,7
    71:8,11,17 72:11 74:9
    75:8,25 89:12
**pointed** 87:15
**pointing** 17:2
**points** 24:25 30:4
**polypropylene** 25:21

**Pontchartrain** 17:12
**port** 32:8 34:24 84:13 87:15
**portholes** 29:14
**portion** 90:11
**position** 53:22,24 83:18
**positioned** 47:8
**possible** 53:9
**possibly** 72:22 73:1
**power** 23:23 48:6 61:10 91:3
**POYDRAS** 1:17 2:7,13
**precaution** 51:22
**precautions** 29:20
**preparing** 30:11
**pressing** 88:24
**pressure** 77:3,4 89:6,7,9
**pretty** 9:2 20:14 25:6 28:12,12 30:17,25 31:21 51:3 54:13,16 77:25
**prevention** 53:8
**previous** 35:6
**price** 8:11
**Pride** 90:1
**prior** 7:22 44:1
**probably** 24:1 27:14 45:14 55:21 58:7 62:1 67:8 81:11
**problem** 31:4,6
**Procedure** 4:5
**proceed** 84:9
**process** 66:14
**project** 10:15
**propane** 46:1
**proposed** 54:18
**protected** 23:15
**provide** 47:15,16
**provisions** 78:11
**proximity** 28:24
**public** 80:25
**pull** 11:8,10 12:16,23 13:1 37:16 66:16 77:13
**pulled** 12:2,3
**pump** 29:17 34:23 44:2 46:3,12 48:9

**pumping** 45:5,6 46:15 47:25 48:3,22
**pumps** 29:13
**purposes** 4:6
**push** 9:2 41:19 60:19 65:10
**pushed** 44:20,20 83:20
**pushes** 23:24
**pushing** 37:7,14 51:17 51:19 69:24 77:5
**put** 22:9 24:4,20 25:18 27:13 33:18 38:12 39:4 51:9 53:10 56:16 58:6 60:14 63:14,20 64:19 73:19,22 75:9 78:6 89:8

**Q**

**quarter** 27:16,17,17 69:9 69:11
**quarters** 24:10
**question** 4:13 8:23 40:13 88:17
**questions** 49:8 54:24 56:5 57:2 58:10
**quick** 28:12 86:20

**R**

**R** 1:9 6:15 57:6 93:1,1,1 93:1
**radar** 13:23 57:8 67:20 68:2,3,7,8 69:2
**radio** 14:16 26:19 29:4 43:12 67:15 68:14
**radioactive** 9:23
**radios** 68:9,11
**rail** 88:16
**railroad** 77:22
**rain** 39:15 69:14 75:21
**raining** 69:13
**raised** 45:13
**rake** 36:17,18
**ran** 54:17
**rapidly** 29:16
**rarely** 70:24
**rated** 61:11
**reach** 13:8

**reached** 72:10
**reading** 4:8 74:13 75:5
**real** 26:11 27:3,13 32:15 35:15 37:5 39:14 53:13 64:14 66:18 70:25 75:8 82:17 86:19
**really** 25:14 26:14 31:3 36:7 42:7 45:22 47:15 48:25 50:6 62:11,16 70:19 72:22 83:18 84:20
**reason** 23:6 64:7 90:17
**recall** 9:14,18 23:7 31:3 46:3 50:6 63:6 64:16 70:18 85:19
**recess** 57:2
**record** 5:14 6:14 7:2 56:8,21 59:7 62:15 86:10,16,21 89:19 90:11,25 91:8,14,17
**red** 90:7
**refer** 34:2 62:16
**referred** 87:17
**referring** 49:14 65:22 67:11 71:15 81:1 86:7
**refrigerated** 66:6
**refrigerator** 65:24
**regained** 39:20
**regard** 43:18
**registered** 57:7
**regular** 7:23 31:22 79:9
**rehydrate** 47:12
**related** 10:10 93:14
**relationship** 58:18
**relief** 54:15
**relieve** 12:15
**remember** 8:21 10:18 20:14 35:7 36:16,22,23 37:19 39:14 41:17 48:13 50:12,14 55:17 60:24 61:25 62:11 63:6 63:19,25 64:4,8,11 69:6 74:7,17,19 79:9 83:10 83:13,16,18,18,19 84:1 84:2 86:5 90:4
**remind** 8:20

**renewing** 6:21
**REPORT** 3:23
**REPORTED** 2:18
**reporter** 2:20 4:20 56:16 93:3
**reporting** 93:9
**represent** 5:10 56:23
**rescued** 47:5
**reserved** 4:14
**response** 9:1,9 10:6 12:1 16:10,19 24:24 25:11 25:22 26:2,8 27:7,9 28:7 29:5 30:16 46:6 47:18,20 58:10,13,25 64:2 66:4,10 67:16 68:1 76:15 79:1,18 87:14
**responsiveness** 4:13
**restricted** 39:17,18 69:15
**result** 93:15
**retrieved** 85:5
**revetment** 23:23
**revetments** 79:8
**reviewing** 90:10
**ride** 12:17,18 36:18 71:18 72:25
**rides** 12:12
**riding** 72:16 73:1
**rig** 25:1,19
**rigging** 24:14
**right** 5:15 6:18,20 9:16 11:21,23 16:11 17:20 17:24,25 18:18,24 19:11 20:2,14 21:13,22 21:24 23:8 24:2 33:16 34:7 35:7 36:11,16,17 36:23 37:19 38:4,20 42:6,14 43:11 48:2,2,6 49:16 50:3 52:18 57:1 57:19 58:7 59:15 61:25 63:17,25 64:11 66:25 67:18 70:8 74:5,7,17 78:5,16,18,20,23 79:9 83:8,10,13
**right-hand** 43:23 83:5
**rise** 25:3

CAPTAIN HALL

March 17, 2009

Page 10

**rising** 32:24 72:7
**river** 3:23 7:24 15:22
  53:2 54:5 60:8 62:2
  75:16,18 86:8,10,16,21
  89:18 90:11,25 91:14
  91:17
**Road** 1:16 5:2 6:16 16:6
  16:9,13 17:3,19 20:2
  40:23 58:19 65:1 78:13
  78:14 81:3 82:2,3 83:3
  83:5
**roads** 43:6
**Robert** 2:5 5:25
**rock** 59:21,24 79:8 80:6
**rode** 9:10 24:21 42:9
**Ronald** 2:12 6:3
**roof** 44:21 48:1
**room** 29:11 31:19 34:23
  34:25 44:22 71:1
**rooms** 34:23
**rope** 24:15 25:13,18,20
  25:21 82:17
**ropes** 27:24
**rose** 37:6
**Rouge** 8:1,3 75:17
**rough** 31:25
**route** 17:22 45:19
**rudders** 23:24 37:9
  61:13,15 72:10,21
**rumors** 51:1
**run** 55:23
**running** 27:19 31:17
  55:22
**runs** 33:9

_____

**S**

**S** 2:19 4:1,20 93:1,2,19
**safe** 11:15 12:16 23:10
  23:13 29:25 65:17
**safety** 29:10
**sail** 51:15
**salvage** 81:17
**Sanders** 1:23 3:3 5:8,9
  5:16,21,22 6:9 18:11
  19:2 20:20 21:2,16
  22:4,8,12,16,21 23:1
  34:4 40:14 41:24 52:4

52:11 55:4,8,13 56:3,9
  58:10 70:13 73:4 86:22
  87:2,7,9 89:14 91:25
**sat** 24:1 82:24 83:21
**Saturday** 12:5,11,20,20
**saw** 36:6 38:3 39:18
  43:18 66:3,9 77:24
  82:4 83:9 85:15 86:12
  88:15,16
**scale** 17:15 18:14,20 20:4
  27:21
**scanner** 68:5
**scared** 31:9 32:2
**scattered** 38:7 39:13
  81:5 86:4
**scrap** 10:2,3,4,5,6,20
  15:6,24 37:22 43:1,15
  44:8
**screaming** 46:25
**screw** 61:24 91:19
**seal** 30:3,4
**seaman's** 69:22
**seawall** 38:21 76:11 77:7
**seaworthy** 30:3 31:24
  66:19 81:19
**section** 1:7 19:23 20:10
**secure** 26:25 27:24
**secured** 82:15,16
**see** 29:2 30:19 33:14 36:3
  38:16 41:25 42:1,22
  43:2 44:7 46:7,8,9
  49:12,17 50:4 65:24
  68:23 69:17 76:9 80:17
  81:4 83:4 84:10 85:2,9
  89:13 90:3
**seeing** 50:6,12,14 83:19
**seek** 11:15
**seen** 36:10 42:21 44:16
  44:21 46:9 48:6 49:20
  50:11 51:5 65:18 76:1
  76:15,23 79:10 81:10
  81:23
**self** 51:3
**sell** 8:1
**send** 10:2 47:24
**sending** 44:25

**sent** 7:3
**separate** 19:22
**service** 8:7
**set** 23:9 27:20 29:11,12
  29:13,21 30:7 72:19
  93:7
**sets** 29:25 30:1
**seven** 69:9,12,19 73:15
**severe** 71:8
**severity** 71:9
**Shell** 84:17
**shift** 70:11,17
**shifted** 39:2 72:13
**ship** 37:1 65:25 66:3,5,6
  66:7,11,15,17
**ships** 37:2
**shipyard** 65:20,22
**short** 78:12 86:19
**shoved** 23:22
**shoveling** 51:20
**show** 15:17 33:5 59:4
  85:4 90:13 91:13
**showed** 22:2
**shower** 32:14
**shows** 19:16 20:1 59:7
  60:8,14 81:11 85:6,7,7
  89:20 91:2,17
**shut** 53:21 54:4,5,5,6,16
  67:23,24,25 68:21
**side** 15:6 20:13 25:15
  26:13 38:9 39:12 43:22
  43:23 46:5 48:10,19,20
  48:21 50:12 57:1 64:3
  64:10,20,24 76:13 83:5
  85:14
**sides** 26:14 85:3,22
**sideways** 79:14,23
**sight** 28:20
**signing** 4:9
**simply** 86:11
**single** 24:17 29:19
**sink** 42:18
**sit** 47:11
**sits** 61:8 73:17
**sitting** 43:24 82:10 83:12
  84:3 86:3

**situation** 43:5 51:4
**situations** 29:9
**six** 69:19 73:15
**Sixty** 61:1
**size** 60:22,23 61:3,22
  62:1,3
**SKETCH** 3:17
**skiff** 44:25 45:3,7,19,22
  47:2 48:4
**sleep** 29:8
**slide** 27:24
**slightly** 75:4
**slinging** 34:18
**slip** 84:24
**small** 65:24 66:7 84:25
**smaller** 60:21 61:5 63:3
**snags** 32:5
**sold** 8:4
**sole** 10:7
**somebody** 7:5 77:20
  83:20 85:16
**somewhat** 23:12
**soon** 14:19
**sorry** 55:5 62:13
**sort** 24:10
**sought** 4:15
**sounds** 90:22
**south** 15:15 18:3,6,7
  23:3 26:11 39:6 59:22
  64:9 72:8 79:13 82:1
**southeast** 84:9
**Southern** 10:2,3,5,19
  15:6,24 37:22 43:1,15
  44:8
**southwest** 58:21 59:16
  78:25
**special** 40:4 51:22
**speculating** 37:23
**speed** 74:10
**speeds** 75:19
**spiel** 31:10
**spikes** 35:14 75:7
**spillway** 80:3
**Spirit** 63:18,19 90:2
**spoke** 7:6 12:21
**spot** 59:22 88:23

CAPTAIN HALL

March 17, 2009

Page 11

spud 13:4,5 25:8,10 53:6
  87:13
spudded 13:9 15:8 18:18
  19:1 23:3
spuds 13:8 25:1,3,5 43:9
square 41:14 60:20
  63:24
St 55:3,5,19
stack 56:18
staffing 8:7,14
Stag 7:4,13 8:14,15 9:8
  9:19 11:20 13:14 62:7
stages 73:18
stairways 34:24
standard 62:2,3
standing 46:9,23 93:3
STANWOOD 1:9
starboard 83:4
start 10:24 12:16 29:15
  29:17 66:19 70:11
started 5:14 10:22 11:1,1
  23:14 27:3 31:25 34:18
  34:20,21 35:1 37:5,7
  38:20 39:8 42:3,5
  43:12 44:15,24 54:12
  65:15 66:13 69:4,13,16
  70:23 71:8,12 72:8,9,11
  72:12 79:13
starting 28:13 72:3,5
state 2:21 4:21 59:7 93:4
statements 53:17
STATES 1:1
station 44:2 45:5,6 46:3
  47:25 48:3,9,11,22
  71:24
stations 46:16
stay 13:25 28:20,24
  29:20 37:15 43:4 45:25
  47:21 53:23 76:7 79:15
stayed 24:5 30:13 47:22
  54:8 70:24 82:21
steam 57:6
steel 30:3 31:20,20,22,23
  48:5 76:18
stenotype 93:9
step 49:6

Stepper 91:3
stern 36:19 42:14 66:15
  69:25 70:4,7
stickers 56:17
sticking 49:5
sticks 64:7
stipulated 4:2
stop 80:23
stopped 27:22
Storage 66:1
storm 7:19 8:13,24 9:11
  9:12,14 10:8,8,19,22,24
  12:5 30:15,18,20 31:14
  35:7 36:3 42:15 49:12
  50:10 53:18,25 54:3
  55:7,9,18 65:13,14,18
  68:11,12,21 69:8 71:4
  73:2 75:21 76:1,10
  77:9
straighten 80:7
stranded 45:6
Street 1:17,24 2:7,13
  15:15,25 16:1,3 19:6,7
strength 69:22 74:25
  75:13
stretch 85:9
stronger 53:15,16
struck 23:21 37:18
structure 33:11 34:18
  43:25 49:1
stuff 46:2,2,13 50:2,13
  70:21 75:8,9 84:2
subpoena 6:24
subside 35:24
suck 77:10,11
sucked 77:16 88:23
suction 77:13
suffered 5:10
SUITE 1:17 2:7,13
summarize 11:13
Sunday 12:10 28:5 29:8
sundown 28:11 29:7
  80:19
sunk 65:19
sunrise 69:7
supervision 93:10

supplies 54:1,2 78:12
supposed 7:5 53:24
supposedly 7:4
sure 25:6,14 29:21,23
  36:7 49:9 50:17 53:13
  58:6 64:19 71:9 80:18
  84:20 91:6,8
surge 25:4,7 27:25 28:3
  30:20 31:3,4 32:16,19
  34:17 35:18 37:4 71:4
  71:22 72:2,4,19,25 73:2
  73:25 76:10 77:4 88:11
  89:6
survey 9:23
surveyor 9:24
survived 68:12
swim 44:24
swore 40:1
sworn 5:4 93:6
swung 36:20
system 13:4,5 20:11
  23:12 33:12 46:21
  59:20

―――――――――――

T

T 4:1,1 93:1,1,1
tail 53:12
take 7:18 9:13 14:6 26:9
  29:7 35:22 42:16 45:21
  48:7 51:22 53:24 55:14
  56:7 72:5 78:2 85:1,17
  86:19 90:24
taken 1:16 4:4 50:7
  83:14 93:8
takes 23:23
talk 8:24 46:20 51:1
talked 14:23 46:20 54:12
talking 35:8,11 43:12
  44:16 49:22 51:10 67:2
  67:3,12 75:2,24 79:2
tall 33:11
tanks 46:1
tear 72:21
tearing 37:8
television 29:6
tell 8:23 42:7,24 43:18
  44:6 51:19 54:9 72:23

74:25 84:20
telling 35:15 75:24
tells 53:8
ten 36:1 75:5,23
tends 52:8
terminal 19:10,14 20:13
  20:19 33:10,21,23
  56:24 58:20 69:20
  71:19 80:25 87:16
testified 5:5 70:14
testify 93:6,6
testimony 44:1
Tex 7:16,16,20,22,22
Texas 55:23
Thank 67:10,13 78:7
  89:15 92:1
thereof 4:15
thick 31:21
thing 7:1 11:11 22:2
  80:14
things 58:8 65:14
think 6:8 8:2,4 10:25
  12:7 14:8 25:5 30:17
  33:14,14 35:8,13 36:15
  36:20,21 41:20,21
  48:14,23 49:4,8 50:16
  54:25 55:23 61:23
  74:10 82:19,20 83:11
  83:17,24 85:25 87:6
  89:25 90:1,20 91:16
thinking 12:19
third 57:12
THOMAS 2:5
thought 12:24 66:2,12,14
  66:17 67:5,11 71:12
  75:9,25 88:14
thousand 61:23,24 91:2
three 7:23 8:17 14:8 15:2
  25:24 33:15 41:4 61:7
  62:1 63:10,11 67:8,9
  75:4,10
Thursday 9:14 10:7,18
  11:1,2
tidal 30:23,25
tie 13:11 19:4,8 26:7,21
  52:21,22,24,25 53:1,2

CAPTAIN HALL

March 17, 2009

53:11,13 85:17
**tied** 13:20 28:6 33:16
  38:18 42:2 69:20 85:21
  87:23 88:1,10
**ties** 52:15
**Tiger** 8:3 60:5
**tight** 27:13
**time** 4:14 7:13,18 8:11
  8:13 9:15,19 12:14,15
  28:5,8 29:3 31:5,13,14
  35:14,18 36:8,9 39:15
  39:20 49:11 55:11,18
  61:11 67:13,14 68:3
  69:1,6 70:10,20,20 71:5
  71:10,17 72:12 76:1,6
  77:6 80:15 85:20,20
**times** 8:10 30:4,5 32:1
  75:10,23 85:1
**today** 6:11 57:22
**told** 12:24 14:15 23:10
  26:20,21 47:3 48:8,12
  48:14 54:23 74:2,14,15
  76:9
**Tom** 56:22 60:13 86:20
**tonnage** 57:8
**tons** 57:7
**top** 24:21 25:19 28:2
  36:24 37:4,6,7,11,13
  39:12 43:22 46:24 49:3
  67:4 71:18 72:20 73:20
  73:22 76:8,20 89:8
**topped** 36:22 82:22
**tops** 44:21
**tow** 19:1 28:21 29:25
  44:9,10 54:11 60:21
  62:18 63:24 64:22
  71:14 91:2,19
**towing** 57:10 62:23,23
  64:20 91:3
**tows** 87:23
**tracked** 11:11
**tracking** 11:2 12:25
  13:22 14:18 68:20,23
**tracks** 40:2
**traffic** 16:4,5 43:7
**train** 40:1,2 77:18,20

**training** 53:8
**transcribed** 93:9
**transcript** 4:9
**transcription** 93:11
**transmitted** 10:12
**transport** 14:12
**trapped** 54:14
**travel** 79:14
**traveled** 80:4 82:23
**travelled** 79:23
**trees** 49:5 51:10 82:7,10
  86:1
**tried** 72:15
**trip** 6:18 7:20,25
**trips** 7:12 10:19
**truck** 54:23
**true** 23:4 93:10
**truth** 93:6
**try** 60:3 80:16 89:23
  90:25
**trying** 8:2 32:13 43:1,5
  45:23 46:10 65:17 76:7
  80:9
**tucked** 37:16
**tug** 35:9 41:16,18 61:24
  61:25 62:21 63:12,14
  63:17,20,23,24 64:1,4,6
  64:10,13,17,19,21
**tugboats** 9:3
**tugs** 26:19 27:2 62:18,20
  63:10 65:10 90:9
**turn** 39:2 60:1 68:10
  78:17,20 79:12,12,13
  79:24 80:4 83:11 84:8
  85:12 88:5,5
**turned** 75:10 81:4
**twin** 61:24 91:2,18
**two** 21:17 23:13 24:19
  25:15 29:25 36:15 41:7
  41:9 49:4 52:18,20,21
  60:15,20 61:8 68:7
  80:18 81:15 82:24
**tying** 52:23 66:2,14
**type** 29:9 35:4 40:4 42:9
  51:17 69:14 76:19 77:9
  77:19,21 78:11

**T.V** 13:20 68:23

       **U**

**U** 4:1
**Uh-huh** 9:1,9 10:6 12:1
  16:10,19 24:24 25:11
  25:22 26:2,8 27:7,9
  28:7 29:5 30:16 46:6
  47:18,20 58:13,25 64:2
  66:4,10 67:16 68:1
  76:15 79:1,18 87:14
**ultimately** 12:2
**underneath** 49:3
**understand** 7:11 8:23
  39:19 43:19 57:21 78:9
**understanding** 9:10
  93:12
**undisputed** 30:17
**uniforms** 46:13,14
**UNITED** 1:1
**unlimited** 57:9
**updates** 13:19 68:19
**upper** 36:12
**upright** 16:23
**upset** 32:15
**USA** 1:11,12
**use** 30:5 53:8,14 59:5
**usually** 7:2 8:6 73:17
**U.S** 57:4,5

       **V**

**V** 1:9,9,10,10,11,11,12
  1:13
**valid** 57:17
**variation** 70:5
**varies** 66:23
**Venice** 60:5 80:23
**Ventures** 7:24
**versus** 33:6
**vessel** 9:6 11:17,18,24
  13:16 23:16 27:19,20
  28:21 29:10,19 31:23
  35:5 41:4,10 47:7 50:7
  50:22 53:7 64:20
**vessels** 23:13 27:6 28:1,6
  29:22 30:5 36:4 41:9
  42:18 57:7 63:8 65:9

73:17 84:11
**victims** 5:10
**view** 3:13,15 15:18 21:9
  21:12 63:9
**Virginia** 57:19
**visibility** 39:16,17,18,20
  42:6 69:11
**visual** 13:21
**void** 29:19
**volume** 91:14
**vulnerable** 51:16,21

       **W**

**waiting** 10:20
**waived** 4:10
**wake** 14:17
**walk** 49:3
**walked** 44:22
**Walker** 1:16 5:3 6:16
**walking** 49:2
**wall** 20:11 39:24,24
  44:18 45:4,20 48:5
  59:21,23,24,24,25 60:1
  70:19,22,23 76:11,20
  77:1 84:21 88:25,25
**walls** 76:10 80:6
**want** 11:10 13:2,3 14:21
  21:9 31:11 32:3,21
  45:15 48:7 49:9 51:25
  53:14
**wanted** 11:13 14:2 15:1
  23:9,11 28:20,24 29:2
  31:11 43:2 47:3 50:17
  53:22
**wanting** 67:5
**Ward** 5:11
**wasn't** 32:23 33:16 49:4
  55:12 66:5,18 75:5
  76:5 87:24
**watch** 12:11,21
**watching** 13:7,19
**water** 29:15 30:23 32:25
  34:22 35:1 45:12,21
  47:11,14,19 53:2 64:10
  66:22,24 67:3 68:2,4
  70:24 71:13 72:4,6
  73:18,22 75:23 77:4,9

CAPTAIN HALL

March 17, 2009

79:21 80:2,3 83:14
89:5
**waters** 57:8
**Waterway** 64:23 65:11
**waterways** 53:21 54:16
**wave** 30:24 31:1
**way** 11:2,11 12:17,18,25
13:4 14:19,22 18:5
23:13 26:13,13 27:1,25
31:13 33:5 35:1 39:17
40:25 42:23 44:15 47:8
48:1,4,16,17 53:1 54:19
58:15 70:18 72:12
73:17 75:9 77:6 78:16
79:4,14 80:16,24 85:6,8
89:11 93:15
**WAYNE** 9:7,11,15 33:18
60:18,19 77:23 89:20
89:21 91:12,18
**weather** 13:13 29:3
35:23 42:4 68:13
**weathered** 42:15
**WEBER** 1:13
**welcome** 14:3
**welded** 24:10
**went** 8:1 14:14,15 16:2
19:5,5,7 26:11 28:1,18
31:9 32:2,12 37:3
39:22 42:24 43:15 44:8
45:20 47:1 50:3 54:11
54:23 55:15,21 72:1
76:24 81:3 85:1
**weren't** 7:8
**west** 15:6 39:7 40:17,21
55:21,22 57:1,18 58:23
58:24 59:23,24 60:1
82:2
**whatnot** 9:22,24 12:23
13:12,22 24:11 29:15
32:15 36:10 39:15 43:6
44:22 48:15 51:5 53:24
68:20,25 69:14 74:13
75:7 76:25 77:9 81:20
**wheel** 32:1 34:21,22 36:9
37:15 44:22 46:24 61:8
70:24

**wheels** 37:9 72:21
**white** 58:4 75:18
**wide** 80:2
**wild** 65:15
**WILKINSON** 1:11
**winches** 25:2 27:12,13
**wind** 35:4,10,16 37:14
51:7,13,16,18,18,21
69:21,22,23 70:7,10,17
74:3,10,10,22,25 75:18
**window** 32:8 34:25
**windows** 34:21
**winds** 35:13 39:15 51:16
74:15 75:13 77:5
**wiped** 35:6 43:3
**wire** 24:15 25:13,20
27:18 36:21 82:18
**wired** 24:5 36:15
**wires** 24:18,19 27:21,24
34:16 72:3
**witness** 4:4,9,22 5:4 6:10
16:24 17:4,18,23 18:4
18:17,23 20:6,22 21:23
22:6,10,14 34:1 40:18
41:1,8,15 50:20 52:1,6
55:10 60:10 73:8 89:4
93:5
**witnessed** 50:22
**woods** 81:24 82:24,24
83:1
**work** 6:19 8:6 37:13
**worked** 7:22,25 8:16,24
44:11
**working** 6:18 11:4,14
13:3 14:2 28:21 30:8
58:11 72:11 75:17
86:13
**worried** 14:4
**worry** 52:7
**worse** 75:10
**worst** 71:4
**wouldn't** 30:25 45:10
**write** 34:5,12 58:5

---

### X

**X** 22:9 49:17 87:3

---

### Y

**yard** 38:4
**yards** 42:12,13 69:18
78:1
**yeah** 9:16 10:16 13:17
15:3 16:10 17:22 18:6
18:12,14 20:21 22:20
23:5 24:16 25:9,18
28:4,11 29:1 30:14,21
32:12 34:11 36:5,14
37:25 38:5,7,19 40:11
40:15,20 41:9 42:5,17
42:21 43:17 45:9,25
47:6 48:21,25 49:16,25
50:11 52:5,7,15 56:7
57:13,15 59:14,17
60:11 61:14,18,21 63:1
63:11,22 64:18 65:16
65:23 66:8 67:22 70:2
70:5,9 71:16,20 72:18
76:11 78:15 80:12,21
81:6 83:7 85:12 86:25
87:18 88:12 89:5,21
90:20
**years** 8:17 76:4 77:8
**yell** 46:22
**yesterday** 7:7
**you-all** 64:22
**y'all** 11:14 26:24 27:8
42:15 44:13

---

### #

**#99001** 2:20 93:3

---

### 0

**05** 65:8 91:20
**05-4182** 1:5
**05-5531** 1:9
**05-5724** 1:9
**06-5342** 1:10
**06-6299** 1:10
**06-7516** 1:11
**07-3500** 1:11
**07-5178** 1:12
**08-4459** 1:13

---

### 1

**1** 3:8 21:1,14 68:16 87:6
87:8
**10** 27:14 50:9 51:18
**10:00** 1:18
**100** 20:12 57:7
**1100** 1:17 2:7,13
**11340** 85:5 86:9 90:12
**11368** 19:17 21:6
**11369** 17:12 21:1 59:11
87:10
**12** 27:14 35:25 36:1 50:9
51:18
**12/20/70** 6:23
**12:30** 92:3
**14-foot** 75:18
**140** 35:12 74:15
**15** 59:22
**150** 20:12
**17** 1:19 57:11 93:16
**180** 35:13 74:15 75:7

---

### 2

**2** 1:7 3:10 21:5,14 25:23
87:8 88:4,7
**20** 59:22 73:11
**200** 20:11,12
**2002** 57:11
**2005** 9:5 75:12 89:19
90:25 91:17
**2007** 57:9
**2009** 1:19 93:16
**21** 3:8,10,12
**22** 3:14 13:18 54:20
67:18 68:17 73:12
**2300** 1:17 2:7
**24** 62:3 91:2
**25** 61:1 62:3 73:9,10,23
88:11
**29** 76:6 91:20
**29th** 9:13 12:9 65:8
75:12 80:20

---

### 3

**3** 3:12 21:10,13,14 22:3
22:18 25:18 27:15
**30** 35:22 73:25 88:11
**312** 91:17

---

JOHNS PENDLETON COURT REPORTERS

800 562-1285

CAPTAIN HALL

March 17, 2009

**3200** 2:13
**34220** 1:15 5:2 6:15
**35** 80:1

---
**4**
**4** 3:14 22:3,23,24
**40** 13:24 66:25 79:25
   80:1
**45** 35:22
**47** 17:22
**48** 25:5

---
**5**
**5** 3:16 56:10,13 63:9
   76:14 78:3
**5,86** 3:3
**50** 79:25
**56** 3:16
**56,89** 3:4
**57** 3:18

---
**6**
**6** 3:18 57:25 58:1
**6:00** 30:18
**6:45** 69:10,11
**60** 62:2 91:2
**650** 62:1

---
**7**
**7** 3:20 90:14,15
**7:00** 69:4
**7:30** 69:5
**70's** 31:16
**70163** 1:18 2:8,14
**70785** 1:16 5:3 6:16
**75** 42:13

---
**8**
**8** 3:22 32:7 91:16,21
**80** 42:13
**821** 1:24

---
**9**
**9th** 5:11
**90** 3:20 79:12,13
**91** 3:22









# EXHIBIT 7

Deposition of Dennis Martinez

1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION

     CONSOLIDATED LITIGATION         * NO. 05-4182

 5                                    * Consolidated

     PERTAINS TO: BARGES             * SECTION K(2)"

 6                                    *

     Boutte v. Lafarge       05-5531 * JUDGE DUVAL

 7   Mumford v. Ingram       05-5724 *

     Lagarde v. Lafarge      06-5342 * MAG.WILKINSON

 8   Perry V. Ingram         06-6299 *

     Benoit v. Lafarge       06-7516 *

 9   Parfait Family v. USA   07-3500 *

     Lafarge v. USA          07-5178 *

10   Weber v. Lafarge        08-4459 *

     * * * * * * * * * * * * * * *  **

11

12

13

14

15           Deposition of DENNIS J. MARTINEZ,

16   taken in the above-entitled cause, pursuant to

17   the following stipulation, before Dawn H.

18   Hymel, Certified Court Reporter, at the

19   offices of Chaffe McCall, L.L.P., 2300 Energy

20   Centre, 1100 Poydras Street, New Orleans,

21   Louisiana, on Tuesday, the 7th of April, 2009,

22   commencing at 1:03 p.m.

23

24

25
```

**2**

APPEARANCES:
Appearing on Behalf of Plaintiffs:
 LAW OFFICES OF BRIAN A. GILBERT
 BY:  BRIAN A. GILBERT, ESQ.
 821 Baronne Street
 New Orleans, Louisiana  70113

Appearing on Behalf of Lafarge North America,
Inc.:
 CHAFFE, McCALL, L.L.P.
 BY:  CHARLES P. BLANCHARD, ESQ.
 1100 Poydras Street
 2300 Energy Centre
 New Orleans, Louisiana  70163-2300

Appearing on Behalf of The American Club:
 MONTGOMERY, BARNETT, BROWN, READ,
 HAMMOND & MINTZ, L.L.P.
 BY:  RONALD J. KITTO, ESQ.
 1100 Poydras Street
 3200 Energy Centre
 New Orleans, Louisiana  70163-3200

REPORTED BY:

 DAWN H. HYMEL
 Certified Court Reporter #81016

**3**

### I N D E X
                                    PAGE
EXAMINATION BY:
 Mr. Blanchard                        4

### E X H I B I T S

Martinez 1     Google Map          18

**4**

S T I P U L A T I O N
 It is stipulated and agreed by and
between all parties that this deposition is
hereby being taken for all purposes pursuant
to the Federal Rules of Civil Procedure.
 All formalities, with the exception of
the reading and signing of the deposition by
the witness, are waived.
 All objections, except those as to the
form of the question and the responsiveness of
the answer, are reserved until the deposition
is used or sought to be used in evidence.
                    -0-
 DENNIS J. MARTINEZ, 2404 Nancy Drive,
Meraux, Louisiana, 70075, after having been
duly sworn, testified as follows:
EXAMINATION BY MR. BLANCHARD:
Q.  Good afternoon, Mr. Martinez.  My name is
Chuck Blanchard.  We just met.  I'm going to
ask you today several questions concerning
what happened during Hurricane Katrina.
A.  Okay.
Q.  Have you ever been deposed before, sir?
A.  What you mean by deposed?
Q.  Have you ever, in connection with a

**5**

lawsuit, answered questions in front of a
court reporter?
A.  No.
Q.  Well, then a couple of instructions.  The
first thing is that the court reporter is
going to take down everything that we say
today, so it's important that you verbalize or
state all of your answers.
 Would you agree to do that?
A.  No problem.
Q.  Also, if you don't understand any of my
questions, will you let me know?
A.  Yep.  Sure will.
Q.  Additionally, please wait until I fully
finish asking the question before you start
answering.  It makes it easier for the court
reporter to take that down.
A.  Okay.
 MR. GILBERT:
   Is the government on the phone?  I'm
asking.
 MR. BLANCHARD:
   They haven't been calling in.
BY MR. BLANCHARD:
Q.  Are you on any medications or substances

6

1  that would interfere in any way with your
2  ability to understand any of my questions here
3  today?
4  A.   No.
5  Q.   You do understand you're under oath just
6  as if you were testifying in court?
7  A.   Yes.
8  Q.   Did you do anything to prepare for your
9  deposition here today?
10  A.   No.
11  Q.   Have you reviewed any documents to
12  prepare for your deposition?
13  A.   No.
14  Q.   Have you met with anyone to prepare for
15  your deposition?
16  A.   Nope.
17  Q.   Do you know Mr. Darryl Traylor?
18  A.   Sure do.
19  Q.   Who is Mr. Traylor?
20  A.   Traylor's a friend of mine.  I stayed at
21  his glass shop during Katrina.
22  Q.   Did Mr. Traylor tell you that he's been
23  deposed in this case?
24  A.   I think he did.
25  Q.   Did he tell you anything about the

7

1  deposition?
2  A.   He didn't say too much about it.
3  Q.   Do you remember what he said about it?
4  A.   Not really.  He didn't really say much
5  about it.  He just said he had to come for a
6  deposition and he sat around for a long time
7  pretty much.  He didn't say much more besides
8  that.
9  Q.   All right.  Have you read a copy of his
10  deposition?
11  A.   No, sure didn't.
12  Q.   What's your full name, please?
13  A.   Dennis James Martinez.
14  Q.   Have you ever been known by any other
15  names?
16  A.   Nope.  That's it.
17  Q.   Where were you born?
18  A.   Oregon.  Eugene, Oregon.
19  Q.   What is your date of birth?
20  A.   3/6/64.
21  Q.   Are you married?
22  A.   Yep.
23  Q.   To who?
24  A.   Cherym (phonetic) Martinez.
25  Q.   How long have you been married?

8

1  A.   Nineteen years.
2  Q.   Any children?
3  A.   It's four with her.
4  Q.   And some with others?
5  A.   Two from the first.
6  Q.   Did you graduate from high school?
7  A.   Nope.
8  Q.   What's your highest level of education?
9  A.   Tenth.
10  Q.   What is your current address?
11  A.   2404 Nancy Drive.  It's in Meraux.
12  Q.   How long have you been living at that
13  address?
14  A.   About a year.
15  Q.   Where did you live at the time of
16  Hurricane Katrina?
17  A.   I was living at 1324 Bayou Road.  That's
18  in St. Bernard, as well.
19  Q.   Is that in Meraux?
20  A.   That's in St. Bernard.
21  Q.   1324 Bayou Road, is that east of Paris
22  Road?
23  A.   That's -- It's all the way at the end
24  down by the old folks home where all the
25  people died.  I lived right across the street

9

1  from there.
2  Q.   You're more familiar with St. Bernard
3  geography than me, but I'm just --
4  A.   If you're coming down St. Bernard, Judge
5  Perez, you go all the way until you can't go
6  no more and you're going to meet -- where St.
7  Bernard Highway and Judge Perez meets, you
8  take a left and you're heading towards Toca.
9  Q.   So it's well east of Paris Road?
10  A.   Oh, yeah.
11  Q.   Did you own any real estate west of Paris
12  Road at the time of Hurricane Katrina?
13  A.   No.
14  Q.   Where have you lived since Hurricane
15  Katrina?
16  A.   I've been living at -- I lived on my land
17  after the storm for about a year and a half in
18  a FEMA trailer, and then after that I moved, I
19  bought a house and rebuilt a house on 2404
20  Nancy Drive.
21  Q.   You own your home?
22  A.   Oh, yeah.  Paid for out the pocket.
23  Nobody give me anything.
24  Q.   Are you employed?
25  A.   Oh, yeah.

10

```
 1   Q.   Where?
 2   A.   I'm self-employed.
 3   Q.   Self-employed doing what?
 4   A.   I do floors.  I run heavy equipment.  I
 5   work for Boh Bros., people like them, the
 6   union.  But I mainly work for myself mostly.
 7   Q.   Does your business have a separate name
 8   or is it just your name?
 9   A.   It's just me.  It's just --
10   Q.   Do you have any employees that work for
11   you?
12   A.   No.  My son-in-law works for me every now
13   and then, we get little side jobs.
14   Q.   Were you employed at the time of
15   Hurricane Katrina?
16   A.   Yes, Coastal Erection.
17   Q.   What was your position at Coastal
18   Erection?
19   A.   Crane operator.
20   Q.   Were you full-time?
21   A.   Oh, yeah, yeah, full-time.  I didn't
22   start doing this until after the storm, tile
23   work.
24   Q.   At the time of Hurricane Katrina, I know
25   you told me you didn't own any real estate
```

11

```
 1   west of Paris Road.
 2   A.   Right.
 3   Q.   Did you have any property of any type
 4   located west of Paris Road at the time of
 5   Hurricane Katrina?
 6   A.   By the glass shop?  Yeah, I had my truck
 7   is the only thing I had there.  My insurance
 8   company paid it off.
 9   Q.   What kind of truck was it?
10   A.   It was a Ford F-150, a '99.
11   Q.   And you had comprehensive insurance on
12   it?
13   A.   My insurance company paid it off.  Yeah,
14   I guess.
15   Q.   How much did they pay you?
16   A.   They paid the whole ten thousand
17   something on it.
18   Q.   Was there a loan on the truck?
19   A.   Oh, yeah, yeah.
20   Q.   Did they pay off the loan?
21   A.   They paid it off.
22   Q.   Other than your truck, did you have any
23   property of any type located west of Paris
24   Road at the time of Hurricane Katrina?
25   A.   No, none.
```

12

```
 1   Q.   Since Hurricane Katrina, have you solely
 2   been self-employed?
 3   A.   Pretty much.  I work -- I do side jobs
 4   and I run a crane every now and then for a
 5   couple months, six months or so, and then I'll
 6   do some side work.
 7   Q.   So you have been employed by others since
 8   Katrina?
 9   A.   Oh, yeah, yeah, Boh Bros., and I work
10   for -- I'm in the union.  I'm in the 406.
11   I've been in the operator's union for twenty
12   something years, so --
13   Q.   Prior to Hurricane Katrina, had you
14   evacuated for any other hurricanes?
15   A.   I never leave.  I enjoy the thrill.
16   Q.   You enjoy the thrill of staying during
17   hurricanes?
18   A.   Oh, yeah.  That's just me.  I like it.  I
19   don't ever leave.
20   Q.   Do you ever send your family away for
21   hurricanes?
22   A.   Oh, of course.  You don't keep them here.
23   Q.   So you enjoy the thrill of the wind?
24   A.   I'm an adrenalin junkie.  That's me.  I
25   like -- I like the adrenalin rush, you know.
```

13

```
 1   Q.   So you enjoy the thrill of the wind, --
 2   A.   Everything.  You name it.
 3   Q.   -- the rain?
 4   A.   Helping people.  Somebody needs to stay
 5   and help people.  That was my whole thing of
 6   staying is to help people.
 7   Q.   Did you send your family away for
 8   Hurricane Katrina?
 9   A.   Sure did.
10   Q.   This would be your wife and four
11   children?
12   A.   Three kids.  One's on the way.  She'll be
13   due in another month.
14   Q.   When did your -- When did the remainder
15   of your family evacuate before Katrina?
16   A.   They left probably the Friday.  They
17   probably left on Friday before Katrina.
18   Q.   On that Friday before Katrina, was that a
19   normal workday for you?
20   A.   Well, I guess so, yeah.  That's my normal
21   work week, Monday through Friday.  Whether did
22   I work or not, I don't remember.  I don't
23   think I did.  We might have buckled everything
24   down at the shop before I left them, you know.
25   Q.   You were working for --
```

4 (Pages 10 to 13)

**14**

1 A. Coastal Erection.
2 Q. -- Coastal Erection?
3 A. Right.
4 Q. Where were they located?
5 A. They're located off of Airline Highway.
6 I'm not sure of the name of the street back
7 there, but they right in front of B&G Crane.
8 Not off of Central. It's right there off
9 of -- When you pass David Drive, it's the
10 first street to the left. I'm not even sure.
11 Little, Little Farms. That's it, Little
12 Farms.
13 Q. Do you remember anything about what you
14 did on that Friday, August 26, 2005?
15 A. Well, we got everything together just in
16 case of the storm, filled the boats up, did
17 everything we had to do to be prepared for it.
18 Q. What about on that Saturday, August 27,
19 2005, do you remember what you did that day?
20 A. We was at Darryl's glass shop at the
21 time.
22 Q. On that Saturday you were at the glass
23 shop?
24 A. Yeah, I'll tell you what -- I'll tell you
25 I know what we did Friday. I think Friday and

**15**

1 Saturday we were boarding up windows, because
2 Darryl gets a lot of board-ups around town
3 where he's got to board up people's businesses
4 or whatever. That's probably what we were
5 doing Friday night, Saturday morning.
6 Q. Was Mr. Traylor paying you to do that?
7 A. Oh, of course, yeah. He gets paid to do
8 it, he pays us. He didn't get paid for it.
9 We got paid.
10 Q. So in addition to working for Coastal
11 before Katrina, you'd also do jobs for
12 Mr. Traylor?
13 A. All the time.
14 Q. And these would be side jobs apart from
15 your employment?
16 A. Of course.
17 Q. Did Mr. Traylor pay you an hourly rate?
18 A. Yeah, he'd pay me whatever, you know,
19 depending on the job. Every job is different.
20 Q. How long have you known Mr. Traylor?
21 A. About seventeen, eighteen years.
22 Q. Do you still do side jobs for him?
23 A. Oh, yeah. Oh, yeah.
24 Q. How long have you been doing side jobs
25 for Mr. Traylor?

**16**

1 A. Long as I've known him, seventeen,
2 eighteen years.
3 Q. So on that Saturday, August 27th, you
4 were doing work for Mr. Traylor that day?
5 A. Yep.
6 Q. And you described that work as boarding
7 up?
8 A. Boarding up windows, I mean, closing up,
9 boarding up windows on houses, on storefronts,
10 on, like buildings like this, you'd board them
11 up, maybe not this building, but, you know --
12 Q. So, in general, that's what you remember
13 doing that day?
14 A. Oh, yeah, pretty much.
15 Q. Do you remember any specific places that
16 you went that day?
17 A. Veterans, off of Veterans, I think it was
18 a pet place off of Veterans we did, Petco,
19 whatever it was. I remember doing one of them
20 over there. Some stuff off of Metairie Road.
21 We did a -- We go all over the place, you
22 know. A lot of these people call him back,
23 you know, do it pretty much every time a storm
24 comes.
25 Q. Let's go forward to that Saturday night

**17**

1 on August 27th. Do you remember what you did
2 that night?
3 A. We pretty much, after we boarded
4 everything up, we went to the shop. We pretty
5 much stayed at the shop getting ready for
6 everything.
7 Q. All right. So you stayed at --
8 A. Darryl's glass shop.
9 Q. Please wait until I finish.
10 A. Okay.
11 Q. I'm sorry, but it makes it harder for the
12 court reporter to pick it up.
13 So on that Saturday night, August 27th,
14 2005, you actually stayed at Mr. Traylor's
15 Glassman shop in St. Bernard, in Chalmette,
16 correct?
17 A. Yes.
18 Q. Who were you working with on that
19 Saturday boarding up windows for Mr. Traylor?
20 A. John Meyers, that's my cousin. Jonathan
21 Samija was my little -- my son-in-law. And
22 they had other guys. I mean, Darryl is one of
23 them.
24 Q. So that Saturday night, August 27th,
25 2005, you actually slept in the shop?

18

1  A.  Yeah.
2  Q.  And Mr. Meyers and Mr. Samija were with
3  you?
4  A.  Samija.  Samija, yes.
5  Q.  Did anyone else sleep at the shop that
6  night?
7  A.  Big Darryl, Little Darryl, I mean, they
8  all left.  They got scared and took off.
9  Q.  I'll ask you about that in a few minutes.
10  A.  Okay.  Well, you got it anyway.
11  Q.  By Big Darryl, I assume you mean --
12  A.  Darryl Traylor.  That's Darryl P.
13  Traylor, and they got, it's Junior, I guess,
14  Junior and Senior.
15  Q.  Let's move forward to that Sunday, August
16  28th.  Do you remember what you did that day?
17  A.  Waited for the storm to come.
18  Q.  All right.  Did you spend the entire day
19  at the Glassman shop?
20  A.  Pretty much.
21  Q.  Is the Glassman shop at 8401 Parc Place
22  in Chalmette?
23  A.  I think that's it.
24  Q.  I'm going to mark as Martinez No. 1 a
25  Google map, which purports to be the location

19

1  of 8401 Parc Place in Chalmette.  There's a
2  red bubble on the map with a little A in it.
3  Please take a look at this map and let me know
4  whether you believe this accurately reflects
5  the location of the Glassman facility where
6  you were on that Sunday, August 28th, 2005.
7  A.  Yep.  That's it.
8  Q.  That's an accurate map?
9  A.  Yeah, I'd say it is, because -- Yeah.
10  It's got to be -- Yeah, that's got to be it.
11  Q.  So that Sunday, August 28th, you stayed
12  the entire day at the Glassman shop.  Was
13  Mr. Meyers with you that day?
14  A.  Oh, yeah.
15  Q.  And Mr. --
16  A.  Samija.
17  Q.  -- Samija?  And Darryl Traylor, Senior
18  and Junior, were there that day, as well?
19  A.  Yep.
20  Q.  And the group of you, all five of you
21  stayed at the shop the entire day?
22  A.  Yeah, pretty much.  We might have left
23  maybe to go look around our houses just to
24  make sure everything was buckled down around
25  the houses and make sure everything -- we

20

finished up what we had to do for our stuff to
get ready.
Q.  So you were just there waiting for the
storm?
A.  Oh, yeah.
Q.  Had you packed up provisions?
A.  Oh, yeah, we were prepared.  Everything
out all the freezers came out.  We were
prepared.  We were ready.  We could have
lasted weeks and weeks.  We had no problem.
Q.  Did you plan to have a hurricane party?
A.  No, you just -- You got to be prepared,
you know.  We were ready.  We had two boats.
We were ready for everything.  We just wasn't
ready for that much water, you know.
Q.  Whose boats were there?
A.  Little Darryl had a boat and my cousin
had his bass boat.  He have a bay boat, it's a, I
think it's a 19 foot or 20 foot Blue Wave, one
of them is, and the other one's a 21 foot
Javelin, which was Mr. Meyers'.
Q.  Continuing on with that Sunday, August
28th, 2005, as it grew dark, what did you guys
do then?
A.  We just hung out at the shop.

21

Q.  Were you watching TV?
A.  Barbecued, barbecued, watched TV,
watching the weatherman, see what he says is
going on.
Q.  And again, that night it was the same
five of you that you described earlier?
A.  Yeah, until about 10:30.
Q.  And then what happened at 10:30?
A.  They took off and ran.
Q.  Who took off and ran?
A.  Darryl, Big Darryl and Little Darryl.
Q.  And they left --
A.  About 10:30.  I'd say it was 10:30 on the
money, because they, soon as they -- That's
the time I remember them leaving, at 10:30.
Q.  So Mr. Traylor, Junior and Senior, left
about 10:30 p.m. on Sunday, August 28th?
A.  That's it.
Q.  And they left you, Mr. Meyers and
Mr. Samija there?
A.  That's it.
Q.  Did you have any telephone conversations
with Mr. Traylor after he left at 10:30 p.m.
that night?
A.  Oh, yeah, yeah, I talked to him.  I

22

1  talked to him a couple times that night, told
2  him it was getting pretty bad.  He said it was
3  bad when they were going across, when they
4  were heading across the Spillway or wherever
5  they was heading at.  And then the next
6  morning we got up, you know, the wind blew
7  pretty hard all night, the next morning we got
8  up, it kind of calmed down a little bit and we
9  didn't know the eye was over us, we had no
10  clue.  And I said, well, you all fools, you
11  all left for nothing, you know, and all of a
12  sudden all hell broke loose, and I started
13  seeing water, a little bit of water in the
14  street, and I was still on the phone with him.
15  I said, man, they got some water coming down
16  the street.  I didn't happen to see all the
17  water yet.  He said, well, get my computer,
18  get my computer, put it upstairs.  So we took
19  his -- My son-in-law grabbed his computer and
20  go put it on top of the, upstairs, on top of
21  the roof upstairs.  And then we went outside,
22  went outside in the street, we just happened
23  to look down the street, and it looked like
24  rapids coming down the street, whitecaps.
25  Q.   Let me take you through the night, early

23

1  morning of August 29, 2005.  Were you up all
2  night?
3  A.   No.
4  Q.   Was Mr. Meyers up all night?
5  A.   I don't know.  I can't speak for John.
6  Like I said, I wasn't up all night, though.
7  Q.   What about Mr. Samija, do you know
8  whether he was up all night?
9  A.   He could sleep through anything, him.  I
10  don't think so.  He probably went to sleep,
11  too.
12  Q.   What time do you remember waking up on
13  that Monday morning?
14  A.   Pretty early.  It was probably before
15  daybreak probably.
16  Q.   Was it before daybreak or not?
17  A.   Probably right before daybreak.
18  Q.   Do you remember what time?
19  A.   About 5:00 in the morning, I guess.
20  Q.   Did the shop have electricity at that
21  time?
22  A.   That I don't remember.  I'd be lying if I
23  tell you that.  We had generators all up in
24  the shop, so that's hard to say.
25  Q.   Were you operating the generators that

24

1  morning?
2  A.   I don't -- I wouldn't say -- I don't
3  know.  That part I don't know.  I'd be telling
4  you a lie if I tell you that.  I know after
5  the water came we had to turn the generators
6  on, so it's kind of hard to say.  Honestly, I
7  don't know if we had power or not.  We might
8  have been running on generators all night.  I
9  have no clue, you know.
10  Q.   When you spoke to Mr. Traylor after he
11  left at 10:30 p.m. on that Sunday, did you
12  speak to him using a cell phone?
13  A.   Yes, my cell phone.
14  Q.   Do you still have the same cell phone?
15  A.   No, different phone.
16  Q.   Do you still have the same phone number?
17  A.   Different number.
18  Q.   What number did you have on August 29th,
19  2005, if you recall?
20  A.   Oh, I'd have to look.  I can get the
21  number for you.  I don't have it with me right
22  now, but -- That's an old phone I remember I
23  used to use.  I was doing, started doing a
24  little bit of tile work, you know, so I had a
25  different number than I have now.  I was with

25

1  T-Mobile and now I'm with Nextel.
2  Q.   Do you recall how many times you spoke to
3  Mr. Traylor after he left at 10:30 p.m. on
4  Sunday, August 28th, between that time and the
5  time you saw the water the next day?
6  A.   No, not really.
7  Q.   So take me through what happened, and
8  let's break this up as much as we can.  You
9  believe you woke up that morning, you believe
10  before dawn, --
11  A.   Oh, yeah.
12  Q.    -- maybe around 5:00 a.m.?
13  A.   Somewhere around there.
14  Q.   What did you do over the next couple of
15  hours?
16  A.   Oh, just got up and watched, looked out
17  the door, watched the winds and the rain.
18  Tried to open the door.  You couldn't really
19  open the door.  It was too windy.
20  Q.   And then at some point it went calm?
21  A.   Around, I'd say 8:30, everything just
22  completely stopped.  I thought it was over.  I
23  thought it went past us.  I thought, you know,
24  it's over with.  That's when I spoke to
25  Darryl.  I said, man, you're the fool, you all

26

1  left for nothing.  You left and everything's
2  over.
3  Q.   The winds died down completely?
4  A.   There was nothing.  Just like you see
5  outside, clear day.
6  Q.   Was there any water in the street at that
7  time?
8  A.   They had a little bit of water, but it's
9  not -- They had maybe a couple inches of water
10 in the street, you know.
11 Q.   So when the winds calmed down, was it
12 raining?
13 A.   No, it was just like I said, clear skies.
14 Q.   So it was sunshine?
15 A.   Sunshine.  We were in the eye.
16 Q.   And you said you believed it was around
17 8:30?
18 A.   Oh, it was around 8:30, 8:30, nine
19 o'clock, no later.
20 Q.   How do you know that?
21 A.   Because we didn't have, we didn't have
22 much water, we didn't have much wind at that
23 time at the window.  Like I said, around 8:30
24 I remember, around 8:30, nine o'clock is when
25 I talked to Darryl, in that area, because we

27

1  had about thirty minutes and that's when all
2  hell broke loose.
3  Q.   Did you have a watch?
4  A.   Yeah.  I had a phone, I had a watch, had
5  clocks on the wall, you know.
6  Q.   And when you spoke to Mr. Traylor about
7  8:30, did he call you or did you call him?
8  A.   I might have called him.  I don't know.
9  I can't tell you that one.  I'm not really
10 sure of that.
11 Q.   Did you have a video recorder with you at
12 the time?
13 A.   At the -- I think we was videoing when we
14 was playing around outside for a little while,
15 because there was nothing going on.  We
16 thought it was over with.  You know, we had no
17 clue.  We had a little breeze, but it wasn't
18 nothing, nothing major, no bad clouds or
19 nothing.  It was just bright outside, like a
20 sunny day.
21 Q.   Let me go through that, because I'm not
22 sure I understand your answer.
23 A.   Okay.
24 Q.   Did you have with you a video camera that
25 day?

28

1  A.   Yes, I did.  The video camera kept going
2  in and out because of the moisture from the
3  weather, but I do have some video of this.
4  Q.   Whose video camera was it?
5  A.   Darryl Traylor's.
6  Q.   Did you take footage that day?
7  A.   Somewhat, whatever I could get on it, I
8  could.
9  Q.   When did you start taking footage?
10 A.   10:30 that night probably when they were
11 leaving, I'm cursing them in the truck.
12 Q.   How long is the footage on the videotape?
13 A.   I'm not sure of that.  You know, I seen
14 the video one time.  I just didn't see the
15 whole thing of it, you know.
16 Q.   Do you still have the videotape?
17 A.   No, that's Darryl's video.  It was
18 Darryl's camera.
19 Q.   But you said you've seen the video?
20 A.   I seen the video before by Darryl's
21 house.
22 Q.   What do you remember seeing in the video?
23 A.   I remember seeing the water.  I remember
24 seeing the shop full of water, I mean, them
25 leaving in the truck.  They got all kind of

29

1  stuff on the video.  It's hard to say.  Some
2  stuff I filmed where you could see where the,
3  like, roofs were being blown off and
4  there's -- I mean, the winds are blowing.  I
5  mean, that's all.  But the video camera kept
6  going in and out because of the moisture.
7  They're not built for all that wind and rain,
8  you know.
9  Q.   So you actually took some footage before
10 the flooding started?
11 A.   Oh, yeah, yeah.
12 Q.   And you got footage of roofs blowing off
13 of houses?
14 A.   No, off of buildings.
15 Q.   Buildings.  And this would have been
16 while it was daylight on that Monday morning?
17 A.   Oh, yeah, yeah.
18 Q.   But before the eye came through?
19 A.   Yeah, it's before the eye.
20 Q.   Did you personally take the footage?
21 A.   Oh, yeah, I was taking it.  And then my
22 little son-in-law, I had him by his feet
23 trying to hold him, you know, had a little
24 wind blowing, it's like, hold on, we in
25 trouble, you know.  It was like we was playing

30

1   around, you know.  We thought it was over.  We
2   didn't have no clue what was coming next.
3   Q.   You said at times you had trouble taking
4   footage because of the moisture in the camera?
5   A.   The moisture hitting the camera kept
6   blowing -- the camera kept going out, you
7   know.
8   Q.   When you saw the playback of the video,
9   do you remember there being any information on
10  the video --
11  A.   The date, the time, and all that?
12  Q.   Wait.  Wait.  Wait.  Please let me
13  finish.
14  A.   Go ahead.
15  Q.   You're anticipating my questions and
16  that's fine, but it's easier, if you wait
17  until I finish, for the court reporter.
18      As you were looking at the video, do you
19  remember there being any information on the
20  screen showing the date and the time?
21  A.   Don't remember.  I mean, I'm sure it was.
22  I don't remember.
23  Q.   You don't recall?
24  A.   Don't recall.
25  Q.   How many times have you seen the video

31

1   since the storm?
2   A.   Once.
3   Q.   And this was at Mr. Traylor's house?
4   A.   Yes.
5   Q.   Was Mr. Meyers with you at the time you
6   looked at the video?
7   A.   I don't remember.
8   Q.   Was Mr. Samija with you when you looked
9   at the video?
10  A.   I don't know.  I don't remember.
11  Q.   So continuing on with the video, you told
12  me you took footage of roofs blowing off of
13  buildings.
14  A.   Yeah, like Wal-Mart and a building across
15  the street, got them blowing off the
16  buildings.
17  Q.   And then after that footage, what's the
18  next portion of the footage?
19  A.   Like I said, I haven't seen the video in
20  a while, so, I mean, I don't know.  I mean,
21  I'd have to see the video to say it.  There's
22  a bunch of -- Like I said, it didn't stay on,
23  the camera wouldn't stay on all the time
24  because of moisture.  You know, you was
25  getting bits and pieces.

32

1   Q.   And there was audio on this video, as
2   well?
3   A.   Oh, yeah, you can hear that if you get
4   the video.
5   Q.   And so I'd hear your voice on there?
6   A.   You'll hear me cursing Darryl out.
7   Q.   You mentioned earlier at one point you
8   saw water coming down the street.
9   A.   (Witness nods head).  Uh-huh.
10  Q.   Did you have the video camera with you at
11  that time?
12  A.   At that time, I would say my -- That's
13  one of the points where I was playing with my
14  son-in-law, holding his legs up when the wind
15  was blowing, and my cousin's the one that
16  pretty much brought it to our attention.  We
17  had a little water in the street, but we
18  never -- This didn't start coming at us yet,
19  you know.  Once the winds picked up, and the
20  weird thing about this is, the winds picked up
21  and was blowing towards the Ninth Ward and the
22  water was coming from the Ninth Ward.  It
23  didn't make any sense, but that's the way it
24  was doing.  The winds blew different all night
25  long.

33

1   Q.   What do you mean, the winds blew
2   different all night long?
3   A.   Okay.  The winds from that night, when we
4   first, the winds first started blowing, they
5   were blowing like towards, towards the Ninth
6   Ward.  You understand what I'm saying?  The
7   Ninth Ward, we at -- From Paris Road, it was
8   blowing from Paris Road towards the Ninth Ward
9   all night long, okay?  After that, that
10  morning, after the eye went over us, which we
11  didn't know it was the eye went over us, then
12  all of a sudden it got real cloudy and all of
13  a sudden the winds picked up heavy and then
14  they started blowing the opposite way, like
15  blowing -- We was blowing -- Like if it was
16  blowing from Paris Road that night, it blew,
17  it was blowing like around the building,
18  coming like around, hitting the building,
19  like, knocking roofs and stuff off, and then
20  the wind changed directions and then all of a
21  sudden the wind went back again the other way
22  back towards the Ninth Ward.  And the water,
23  you see, the water was coming this way down
24  the street, like towards Paris Road, and the
25  winds kept blowing that way (indicating).  It

9 (Pages 30 to 33)

34

1   was a weird thing, but we didn't have no clue.
2   Q.   We need to break that up because I'm not
3   sure I understand your testimony.  Let me ask
4   the question, sir.
5   A.   Okay.
6   Q.   During the night --
7   A.   Okay.
8   Q.   -- of August 28th and the morning, early
9   morning of August 29th, when the winds picked
10  up, were the winds coming from the east?
11  A.   It was coming from Paris Road.
12  Q.   And you were west of Paris Road at the
13  time?
14  A.   Right.
15  Q.   So the winds were coming from the east?
16  A.   Right.
17  Q.   And the winds stayed coming from the east
18  until the eye came through?
19  A.   No, the winds kept coming from the east
20  and then the winds started changing.  As the
21  day went on, the winds changed and started
22  blowing more towards the glass shop, because I
23  was at the front door of the glass shop just
24  before the eye, I can tell you, that's why I
25  remember this for sure, that's why I called,

35

1   that's one time I called Darryl more than
2   once, but I was in the glass shop and I asked
3   him, how much can this curtain wall handle?
4   And he said, well, what's going on?  I said,
5   this curtain wall is breathing about, it's a
6   big glass wall, and I said, it's breathing
7   about five or six inches.  He said, well, if
8   it gets to about eight inches, it's going to
9   blow.  They're designed for so much wind.
10  Q.   So let's recap to where we are now.
11  A.   Okay.
12  Q.   During the early morning hours of August
13  29th, the wind was coming from the east, and
14  then at some point --
15  A.   In that --
16  Q.   -- in that morning --
17        MR. GILBERT:
18        Object.  Object, mischaracterizes
19  his testimony.  I just want to get it in
20  before he starts to answer, because I think
21  he's going to jump on your question.
22  BY MR. BLANCHARD:
23  Q.   Let's start over again.  I want to make
24  sure I'm clear with this.  I'm not trying --
25  A.   No problem.

36

1   Q.   I'm not trying to trick you, believe me.
2   A.   No, you ain't going to trick me.  Go
3   ahead.
4   Q.   But you said a lot and I'm trying to
5   break that up.
6   A.   Okay.  Maybe I talk too fast.  I'll slow
7   down.
8   Q.   During the late night of Sunday, August
9   28th, and early morning of August 29th, the
10  wind direction was from Paris Road, from the
11  east, correct?
12  A.   I guess if that's what it is, yeah.
13  Q.   Coming from the direction of Paris
14  Road --
15  A.   Paris Road towards New Orleans.
16  Q.   And at some point you said that wind
17  direction shifted?
18  A.   It shifted, yes.
19  Q.   What time did it shift?
20  A.   That I don't know.  I just -- I know when
21  we started hearing the winds a lot, a lot,
22  like I said, when that curtain wall, when I
23  got up around five something that morning,
24  that's when that wall was breathing, it wasn't
25  breathing that bad, you know, it wasn't so

37

1   bad, I thought it was just due to the wind,
2   but then it increased, like the wind got a lot
3   stronger, and when that wind got stronger,
4   that wall started breathing, the curtain wall.
5   It's called a curtain wall.  It's a big glass
6   wall with, I think, inch thick glass or
7   whatever's in it.
8   Q.   So when you woke up around 5:00 in the
9   morning, the wind was coming from the other
10  direction?
11  A.   It came in a direction -- It came from,
12  like, from the river way pulling against the
13  front of the building.  Do you understand what
14  I'm saying?  First it came from Paris Road,
15  then it changed directions where it was like
16  blowing to the front of the building, because
17  it was pushing hard on the front of the
18  building.
19  Q.   So the building faced toward the river?
20  A.   The building faces towards the river.
21  Q.   The building faces toward the south?  Is
22  that south?
23  A.   Is that the river?  That's -- Wherever
24  the river is, that's where it faces towards,
25  because there's only one Mississippi River in

38

1  front the building.
2  Q.   So when you woke up around 5:00 or so,
3  the wind was blowing from the direction of the
4  river?
5  A.   Exactly.
6  Q.   Now, take me through the direction of the
7  wind through the time that the eye came
8  through.  Did the wind shift at any time
9  during that --
10  A.   Oh, yeah.  See, now, that's what I'm
11  telling you.  The wind shifted on us, because
12  then the wind started blowing, it started
13  blowing one way, and then I guess that's when
14  the eye came over us, because then it was
15  blowing weird, because it came towards us, and
16  all of a sudden that's when everything got
17  dark again on us.  That's after the eye, it
18  got dark again on us, and it blew towards us
19  again, and all of a sudden the wind just
20  shifted back again, it went back towards New
21  Orleans, and that's when the water started
22  coming.
23  Q.   Immediately before the eye came through,
24  which direction was the wind coming from?
25  A.   The wind was coming from, from Paris

39

1  Road.  Do you understand me?
2  Q.   No, sir.  No, sir, I don't, so let me --
3  Just wait.  Just wait, because I want to make
4  sure we got this right.
5  A.   Okay.
6  Q.   And correct me if I'm wrong.
7  A.   Okay.
8  Q.   But you told me during the late night of
9  Sunday and early morning Monday, the wind was
10  coming from Paris Road, correct?
11  A.   Yep.
12  Q.   Then you told me when you woke up around
13  5:00 in the morning, you believe the wind was
14  coming from the direction of the river?
15  A.   Exactly.
16  Q.   What direction was the wind blowing from
17  shortly before the eye came through?
18  A.   Okay.  The wind, like I said, the wind
19  was blowing, the wind was blowing, at first it
20  blew towards the building and then the wind
21  came from towards, from the Ninth Ward, and
22  then the wind changed directions again when
23  the eye was over us and took off again from
24  us, left us, wherever, when it got dark again,
25  then the wind blew back towards the Ninth

40

1  Ward.
2  Q.   I think I understand it now.
3  A.   Now you got me?  Okay.
4  Q.   So shortly before the eye came through,
5  the wind was coming from the direction of the
6  Ninth Ward?
7  A.   Right.
8  Q.   Then after the eye went through, the wind
9  shifted direction?
10  A.   Yes.
11  Q.   And then which way was the wind coming
12  from after the eye came through?
13  A.   After the eye came through, the wind was
14  shooting back towards the Ninth Ward.
15  Q.   From Paris Road?
16  A.   Yeah, it was shooting from, from Paris
17  Road, right, from Paris Road to the Ninth
18  Ward, because the water was going this way and
19  the wind was going that way (indicating).
20  That was the weird thing about it.
21  Q.   Let's go now to when you saw the water
22  coming down the street.  What street did you
23  see the water coming --
24  A.   Straight down towards, from the park,
25  which is towards, is towards the Ninth Ward.

41

1  Q.   When you say the park --
2  A.   Park Cheniere.  Park Cheniere, I guess it
3  is.
4  Q.   I'm looking at Martinez No. 1.  There's a
5  reference here to Sidney Torres Memorial Park.
6  Is that the park you're talking about?
7  A.   That's got to be it, yeah.
8  Q.   So the water was coming from the area of
9  Jean Lafitte Parkway down Parc Place toward
10  the building; is that correct?
11  A.   Yeah.  Let me see.  Yeah, that's it.
12  Right there, see.
13  Q.   When you saw the water coming down the
14  street, was this after the eye had come
15  through?
16  A.   Yeah, right after the eye.  Like I said,
17  once it got dark again, that's when the water
18  started coming down the street.  Like I said,
19  it was calm before that and then all of a
20  sudden all hell broke loose.  We got a little
21  bit of wind, but nothing, maybe fifteen,
22  twenty mile an hour winds, maybe, after the
23  eye went over us.  You know what I'm saying?
24  And then after that, thirty minutes later
25  maybe, it was gone.  It was all dark again.

42

1   Q.   And you were outside when the water
2   started coming down the street?
3   A.   Yeah.
4   Q.   Was anyone with you?
5   A.   Oh, yeah.
6   Q.   Who?
7   A.   John Meyers.  Jon Samija.
8   Q.   What did you do next?
9   A.   Well, what happened next, when we started
10  seeing the water come down the street, we had
11  a boat trapped between the two buildings, that
12  was Glassman and Warren Compagno's building.
13  That's the building right next to Darryl's.
14  We had a bass boat between the buildings.
15  That was John Meyers' boat.  I told John to
16  back your truck up, because he's blocking the
17  boat in, seeing all this water, back your
18  truck up, and he's backing his truck up, and
19  I'm telling him, put it in park, put it in
20  park.  I didn't realize the water was pushing
21  his truck.  So he said, stupid, I got it in
22  park, it's floating.  So the truck started to
23  float with the water, because there was a lot
24  of water, so we got the boat from between the
25  buildings, me, him and Jonathan, and pulled

43

1   the boat in the shop.  We might have been in
2   the building five to seven minutes, we had
3   eighteen foot of water.
4   Q.   What happened next?
5   A.   We stayed in the building until we
6   thought we was going to get trapped in the
7   building, so I took off first, because I
8   wasn't dying in the building.  I didn't know
9   how much more water was coming.  It just
10  happened to stop there.  We didn't know.  We
11  had about three foot whitecaps outside the
12  door, but I had to get out that -- I wasn't
13  staying in the building, drown in the
14  building.  I had a boat and I'd take my
15  chances outside.
16  Q.   You said there were three foot whitecaps
17  outside?
18  A.   Whitecaps outside, outside the building.
19  Q.   Which direction were the whitecaps going
20  in?
21  A.   The whitecaps was going this way
22  (indicating).  It was weird.  That's what I
23  say, everything turns around on you.  The
24  whitecaps will blow one way -- I may be wrong.
25  The whitecaps might have been blowing the

44

1   other way.  It's hard to tell because we're
2   behind the glass.  You know what I'm saying?
3   So it's hard to tell you that, because all you
4   see is whitecaps, a lot of water outside the
5   building.  They had to push the door open so I
6   could take off and get out.  We're talking
7   about tinted glass, you know.  It's hard to
8   really tell.
9   Q.   When you said the whitecaps were going
10  this way, I'm --
11  A.   I don't know.  I'd be lying if I tell you
12  that.  I don't remember that, buddy.  I'd be
13  lying if I tell you the whitecaps was going
14  this way or the other.  I just know they had
15  whitecaps outside the building.
16  Q.   So there were whitecaps, but you don't
17  know which direction they were going?
18  A.   No, it's hard to tell.  You just -- You
19  know they're not coming to the building, but
20  they're going right or left, that's all I can
21  tell you.  You know, it's hard to tell inside
22  behind that tinted glass.  You just can't see
23  it.
24  Q.   What happened next?
25  A.   I took off and, took off out the building

45

1   and almost flipped the boat, but I wasn't
2   letting off, I got out of there, and headed
3   towards -- to try to go behind, to safety, try
4   to get to -- I was headed towards the
5   courthouse or something where we could get out
6   of the wind, you know, and right there we
7   started rescuing people, cutting people out of
8   buildings, out of houses, little kids,
9   everybody.
10  Q.   So for the rest of that day, August 29th,
11  2005, you were in St. Bernard Parish rescuing
12  people in your boat?
13  A.   In the boats all day long for five days.
14  Q.   So you stayed within Chalmette rescuing
15  people for the five days after the storm?
16  A.   Oh, yeah.
17  Q.   Where did you stay during that time
18  period?
19  A.   Slept in the boats.  Tried to sleep
20  upstairs on Darryl's floors up there, but they
21  were wet upstairs, the bottom floor of the
22  building was wet up there, so we really
23  couldn't sleep up there, so we kind of slept
24  in the boats, slept on the furniture that was
25  up there.  He's got a little bitty office in

**46**

1    his room (sic).
2    Q.   Did you ever rescue anybody in the boat
3    in the Lower Ninth Ward?
4    A.   I went there to try to rescue a few
5    people and try to help some people.  I pulled
6    a couple people to the boat, to the bridge,
7    and I had some young kids pull guns on me.  We
8    left.
9    Q.   What bridge?
10   A.   That -- What's that bridge?  Claiborne
11   Bridge.  We had guns, too, but I didn't -- I
12   wasn't there to kill anybody.  I was there to
13   save people.  So they didn't need no help no
14   more after that.
15   Q.   During that five day period starting on
16   the day of Katrina and the five days you were
17   rescuing people, did you ever see a barge in
18   the Lower Ninth Ward during that period?
19   A.   Nope, never seen it.
20   Q.   Has anyone ever told you that they saw a
21   barge passing through the flood wall on the
22   east side of the Industrial Canal during
23   Katrina?
24   A.   No.
25   Q.   And obviously you didn't see that?

**47**

1    A.   No.
2    Q.   Has anyone ever told you that they saw
3    breaches along the flood walls on the east
4    side of the Industrial Canal as those breaches
5    occurred during Katrina?
6    A.   What you mean?  Like, breaches from
7    where?  Like the levees?  The levees?
8    Q.   Right, the flood walls along the east
9    side of the Industrial Canal, did anybody ever
10   tell you that they were there and actually saw
11   those breaches as they occurred?
12   A.   I mean, you only got thirteen foot
13   levees.  I mean, water's coming in everywhere.
14   We had thirty foot of water.
15   Q.   You don't know anyone who was actually
16   there and saw it as it occurred?
17   A.   I don't know a lot of people.  I mean,
18   will they come testify and say they seen it?
19   That's another thing.  People don't want to
20   get involved with all that, you know.
21   Q.   You know now we're talking about the
22   Industrial Canal?
23   A.   I know what you're talking about.
24   Q.   And the question, sir, is, has anybody
25   ever told you that they were there and

**48**

1    actually saw the breaches as they occurred
2    during Hurricane Katrina?
3    A.   No.  No.
4    Q.   Have you personally filed a claim form
5    with the Army Corps of Engineers seeking
6    recovery of damages?
7    A.   I don't know.  There was something going
8    on.  I want to say my wife and them put a
9    little thing, $500 or whatever everybody got
10   or something.  I don't know if they did that
11   or not.  I didn't personally file.  Did my
12   wife or not?  I don't know.  I'd be lying if I
13   said yes or no.  Like a little class action
14   thing.  I think everybody in the parish said
15   just sign for it, not that you're going to get
16   it, but --
17   Q.   Do you recall ever seeing a claim form
18   submitted to the Army Corps of Engineers
19   concerning the MR-GO?
20   A.   No, I don't remember seeing one.
21   Q.   You said earlier that when you spoke to
22   Mr. Traylor on the phone as the water was
23   coming in, you believe that was around 8:30 or
24   nine o'clock in the morning, correct?
25   A.   Yeah, about that time.

**49**

1    Q.   Is that just your best estimate of the
2    time?
3    A.   Well, that's -- Because -- I remember
4    that because that's -- It's just something I
5    remember.  I just remember around 8:30, nine
6    o'clock, you know.
7    Q.   Did you look at your watch when you were
8    talking to him?
9    A.   I might have, buddy.  It's something
10   about I remember 8:30, nine o'clock.  It might
11   have been on the camera, it might have been,
12   you know, but I just remember 8:30, nine
13   o'clock, you know.  I don't know where I got
14   it from.  It could have been my watch.  It
15   could have been anywhere, you know.  Because I
16   remember him saying, get my -- make sure you
17   get my computer, don't let my computer get
18   wet.  You know, we didn't have much water on
19   the street at that time, but still, he was
20   saying save his computer.
21   Q.   Have you ever met Mr. Gilbert before
22   today?
23   A.   I might have.  I think I might have met
24   him by Darryl's shop or something, talked to
25   him one day.

50

1  Q.   Have you ever met Mr. Edward Moreno?
2  A.   I don't know.  I mean, I'd have to see
3  him.  It might have been Mr. Moreno I met and
4  not him.  I don't know.  I met one of them.  I
5  met somebody by Darryl's shop.
6  Q.   Who else was there at that time?
7  A.   We had a bunch of people there, bunch of
8  workers and everything, bunch of people was
9  there, just a bunch of friends, you know.
10 Q.   Approximately when did this meeting
11 occur?
12 A.   A couple months ago, I guess.
13 Q.   Are you aware that you've been named as a
14 witness in this case?
15 A.   I guess so.
16 Q.   Well, has anyone ever told you that?
17 A.   All they asked me is to come and give a
18 deposition, that's all he said, you know,
19 because I was there, I seen it all, you know.
20 Q.   Who asked you to come give a deposition?
21 A.   Mr. Darryl, Darryl, Glassman, because I
22 was the only one in the shop with Jonathan and
23 John, you know.
24 Q.   So Mr. Traylor asked you to come in and
25 give a deposition?

51

1  A.   Yes, sir.
2  Q.   And was that within the last two months?
3  A.   Yep, whenever I met with one of them
4  fellows at the shop.
5  Q.   Was Mr. Meyers at that meeting?
6  A.   I think he was.
7  Q.   Was Mr. Samija at that meeting?
8  A.   Sure was.
9  Q.   Did you have a still camera with you on
10 August 29, 2005?
11 A.   I got -- I had one.  I do have some
12 pictures, but that's made by the courthouse,
13 you know, when I'm dropping people off, I'm
14 rescuing people and dropping people off and
15 they're filming me, people snapped shots of
16 me.  I'm putting gas in the boat.  My wife has
17 some of them, I believe.  That's by the
18 courthouse.  It might be two or three days
19 later.
20 Q.   Do you have any still photographs of your
21 time at Glassman as the water was coming in?
22 A.   No.  No.
23 Q.   Going back to your testimony on how long
24 it took for the water to rise at Glassman, --
25 A.   Right.

52

1  Q.   -- I believe you said it was about five
2  or seven minutes?
3  A.   At the most.
4  Q.   So between five and seven minutes it went
5  from what depth to what depth?
6  A.   It went from the -- It went from maybe, I
7  would say, because the water was hitting the
8  side of his truck, maybe two and a half foot
9  to eighteen foot.  Put it this way, it was
10 eighteen feet out in the street with the depth
11 finder, okay.  Now, in the shop, they might
12 have had sixteen feet.  I don't know how high
13 the level is from the shop to the street.
14 Q.   You say with the depth finder.  Was there
15 a depth finder in one of the boats you were
16 in?
17 A.   Both.  Depth finders, we had in both of
18 them.  Both of them had depth finders.
19 Q.   So as you were leaving the building, you
20 looked at the depth finder and it was
21 eighteen --
22 A.   No, no, when we came back.  There was no
23 looking at no depth finder with that much
24 winds.  You were just worried about your life
25 at that time.

53

1  Q.   And after you saw the water come down the
2  street, you went back in the building,
3  correct?
4  A.   After we got the boat in the shop, he
5  backed his truck up, it started floating, we
6  pulled the boat in the shop, got the boat in
7  the shop, and we sat in the boats for a few
8  minutes and then evacuated out the shop first.
9  Q.   So you went back in the shop, you brought
10 the computer upstairs?
11 A.   That was earlier.  The computer went
12 upstairs earlier.  When we started seeing
13 water in the street, when I talked to Darryl,
14 he said, do me a favor, get my computer, save
15 my computer, don't let it get wet, it's
16 downstairs.  We wasn't expecting this much
17 water.  But my son-in-law brought it upstairs.
18 I told him to put it upstairs.  He wound up
19 putting it upstairs on top of the building.
20 Q.   So you put the computer up during a
21 separate telephone conference with Mr. --
22 A.   No, that morning when I talked to Darryl
23 around 8:30, somewhere around there, that's
24 when Darryl, I told him, we got a little bit
25 of water in the street, it wasn't too bad, you

54

1  know, and then he said, well, do me a favor,
2  take my computer, put my computer upstairs,
3  and I told my son-in-law to grab the computer
4  and put it upstairs.  He put it on top the
5  building instead of upstairs, which was a good
6  thing.
7  Q.   So when you actually had the conversation
8  with Mr. Traylor, there was just a couple feet
9  of water in the street?
10 A.   Right.
11 Q.   This was before the water started pouring
12 in?
13 A.   Exactly.
14 Q.   So you ended your phone call with
15 Mr. Traylor before the water started coming
16 in?
17 A.   Yeah.  The water was coming up, just a
18 little bit of water, like, it was just coming
19 up slow, like a street flood is pretty much
20 what it was.
21 Q.   And you were on the phone with him --
22 A.   Yeah.
23 Q.   -- and saying that there's water in the
24 street, he said, go inside and put the
25 computer up?

55

1  A.   Exactly.
2  Q.   You ended the phone call with him?
3  A.   Right.
4  Q.   And then after that, you went back
5  outside and saw the --
6  A.   No, we went outside, but the water didn't
7  start really coming that fast yet.  The water
8  was out there, we just saw the water in the
9  street, we just thought a little street
10 flooding, no big deal, we see street flooding
11 all the time.  And then we're playing around,
12 my cousin and my little son-in-law, like I
13 said, I had his legs, my cousin was filming
14 me, I had a hold of his legs, and he's like,
15 ahhhhh, you know, holding onto a yellow pole.
16 And then my cousin's the one who said, mother,
17 ..., you know, he seen the water coming down
18 the street, and we turned around, looked at
19 the water, and that's when my son-in-law goes
20 running, whatever he was running for, then he
21 come back out to help us with the boat, to get
22 the boat from out the side of the building,
23 because we had to get his boat in the shop,
24 too.
25 Q.   How long after you ended the phone call

56

with Mr. Traylor, how long was it between that
time and the time that your relative saw the
water start pouring down the street?
A.   Fifteen, twenty minutes maybe.
Q.   Did you have any telephone conversations
with Mr. Gilbert today concerning the
deposition?
A.   No, I never spoke to him.  I haven't
spoke to him since that night over there.
Q.   So as far as you know, you haven't spoken
to any of the lawyers in this case since that
day at the shop?
A.   Not since that day by Darryl's shop.
Q.   And just to get a little more background,
after the five days that you were rescuing
people in Chalmette, where did you end up
after that?
A.   We wind up going to the Chalmette slip
and we worked with the military and the police
feeding everybody, helping to try to get
everybody out of there.  We stayed in there
about two or three days.  And then we finally
got out of there, and then they kept us on a
bus for twelve hours, nobody wanted to take
us, so they took us to the airport, and then

57

Nick Congemi didn't want us there, they were
overloaded, I guess, at the airport, so then
they sent us down towards LaPlace, but they
didn't want us coming through their parish.
And the military and the police was fighting,
hand-to-hand fighting, military's whipping
them up.  It was unreal.  It was like, they
were saying, we got authority, military said,
no, we got authority, you know, it's martial
law, so it's just -- They were fighting among
each other.
Q.   Did you end up living somewhere else for
a while after the storm?
A.   Yeah, I lived with a -- I lived with a
friend of mine right there in Kenner, Dennis
Gilmore.  He just passed away just a couple
weeks ago.  Me, Darryl, you know, and Little
Darryl, Jonathan, that's my son-in-law, we --
The building you got across the street, we did
all the glass in this building across the
street, 1260 Poydras.  Probably stayed there
about six months by Dennis' house.
Q.   Just curious, Mr. Martinez, are you going
to stay for the next Category 3 hurricane that
comes in?

15 (Pages 54 to 57)

58

1  A.  Oh, yeah, I'm not going, buddy.  I'm a
2  thrill seeker.  This is what I like to do.  If
3  I can stay to help somebody, if I can save one
4  life, I save a lot.  Like I said, I went to
5  the old folks home and that was the saddest
6  thing I ever seen in my life, you know.  I
7  lived right there.  I was just going to see
8  what I had left, you know, which everything
9  was flooded like everybody, but when I went
10  down there, I seen a little boy come out with
11  the people in a boat, one of my friends, and
12  he said, man, they're everywhere.  I didn't
13  think he meant they were everywhere, like, you
14  know, floating.  I thought he meant they were
15  everywhere, you could get a boat and go pick
16  them up.  When I went in there, they were
17  floating.
18  Q.  And again, that nursing home was several
19  miles east of Paris Road?
20  A.  Oh, I went all the way down the road
21  later on that evening, yeah, because I wanted
22  to see what I had left before it got dark, you
23  know.
24       MR. BLANCHARD:
25          Let's go off for a second.

59

1          (Off-the-record discussion).
2       MR. BLANCHARD:
3          Let's go back on.
4  BY MR. BLANCHARD:
5  Q.  Did you make any 911 calls on August
6  29th, 2005?
7  A.  August what?
8  Q.  The day of the storm, August 29th, 2005.
9  A.  No.  I don't think so.  I don't -- I
10  don't remember.  I don't think so, though.  We
11  did all the rescuing ourself.
12  Q.  Did you speak with anyone other than
13  Mr. Traylor on the telephone on August 29th,
14  2005?
15  A.  No.  Earlier that morning, I had another
16  friend that was staying down the road and he
17  was staying, he was scared, he should have
18  left and he didn't want to leave, he got
19  scared at the last minute, and I spoke to him
20  and I said I'd come pick him up when I got a
21  chance to get down there to grab him, just to
22  try to hold on, you know, and I'll come down
23  there and get him.  But later when I went down
24  the road to check on my place, which he lived
25  way down there, he was already gone.

60

1  Q.  So you spoke to this person before the
2  flooding started?
3  A.  Oh, yeah.  Yeah.  This was -- He was
4  scared during the night, like early in the
5  morning, like six, seven o'clock in the
6  morning he called me, he was scared to death,
7  you know, he knew he made a mistake, he said,
8  can you come get me?  I couldn't go anywhere
9  in the truck with that much wind.  There was
10  no way.
11  Q.  So other than that person -- What is that
12  person's name?
13  A.  Jody.
14  Q.  Last name?
15  A.  Collins.
16  Q.  Other than Mr. Collins and Mr. Traylor,
17  did you have any telephone conversations or
18  cell phone conversations with anyone else on
19  August 29th, 2005?
20  A.  No, I don't -- I don't remember speaking
21  to my wife or none of them, to be honest with
22  you, and I might have, but so much went on,
23  it's just hard to remember all that.  I
24  remember speaking to Darryl.  I remember him
25  saying about the computer.  He wanted me to

61

1  try to get that Harley-Davidson up the stairs,
2  too.  I said, yeah, I'm going to get that
3  Harley.  He'd just bought a brand-new Harley
4  and he had it sitting downstairs.
5  Q.  Have you ever been convicted of a crime?
6  A.  No.
7  Q.  Are any criminal charges currently
8  pending against you?
9  A.  No.
10  Q.  Were you physically injured at all on
11  August 29th, 2005?
12  A.  I had some cuts and bumps and bruises, I
13  mean, from cutting people out of attics and
14  ripping shingles off.  It's nonstop.  And, I
15  mean, good thing Darryl thought about
16  everything.  I mean, he was prepared.  I mean,
17  I'd say he honestly was prepared.  He had
18  everything you needed.  He had generators, he
19  had chain saws, he had hatchets, he had it
20  all, and I never thought I'd be cutting
21  everybody out of attics all day long for that
22  many days, you know.
23  Q.  So during the rescue process, you
24  received some cuts and bruises?
25  A.  Oh, yeah.  Yeah.

16 (Pages 58 to 61)

62

1  Q.   Any other physical injuries during the
2  storm?
3  A.   No, not at all.
4  Q.   Have you, since the storm, been treated
5  for depression?
6  A.   Nope.
7  Q.   Have you taken any medications for
8  depression since the storm?
9  A.   No.
10 Q.   Have you taken any medications for stress
11 since the storm?
12 A.   No.
13     MR. GILBERT:
14         Object to relevance, but subject to
15 that.
16 BY MR. BLANCHARD:
17 Q.   Have you been to a psychologist or
18 psychiatrist since the storm?
19 A.   No.
20 Q.   Other than the video footage you took,
21 have you seen any other video footage from
22 people who stayed behind during Katrina and
23 took footage as the waters were coming in?
24 A.   No, I didn't see it, to be honest with
25 you.  I mean, I seen some video on the roofs

63

1  of, like, Lexington Place, which is farther
2  down the road, where they got, you know,
3  they're filming water's all over the top the
4  levees and everything.  I mean, we didn't have
5  no levees there.  We probably still don't have
6  enough levees.
7  Q.   Was this footage that you saw on the
8  news?
9  A.   Yeah, yeah, it was on the news, and I
10 think I seen a video somewhere.  I mean, that
11 video, I seen a video online somewhere or
12 something.  I seen a video, it's Katrina
13 video, whatever, somebody was on the roof and
14 you could see the people on the roof, they
15 were swimming to the other house and trying to
16 get to the person.  I mean, they got a lot of
17 video everywhere out there.
18     MR. BLANCHARD:
19         I don't have any other questions.
20     THE WITNESS:
21         Good.
22     MR. BLANCHARD:
23         Thank you.
24     MR. GILBERT:
25         All right.

64

1          (Off-the-record discussion).
2  BY MR. BLANCHARD:
3  Q.   You have the right to read and sign your
4  deposition or you can waive that right.  It's
5  up to you.  By reading and signing, you can
6  read it to --
7  A.   Yeah, that's fine.  I'd like to read it
8  before I sign it, you know.
9  Q.   You want to read -- You want to read and
10 sign?
11 A.   Right.
12     MR. BLANCHARD:
13         Well, she'll send you the
14 transcript.
15     THE WITNESS:
16         That's fine.  I'll make sure I read
17 it, make sure nothing's misprinted or it says
18 I said something I didn't say.
19     MR. BLANCHARD:
20         That's fine.  It's your right.
21     THE WITNESS:
22         Okay.
23     MR. GILBERT:
24         Thank you.
25     THE WITNESS:

65

1          You all have a nice day.
2          (Whereupon, the deposition concluded at
3  2:00 p.m.)

66

1        WITNESS' CERTIFICATE
2
3
4        I, DENNIS J. MARTINEZ, do hereby
5    certify that the foregoing testimony was given
6    by me, and that the transcription of said
7    testimony, with corrections and/or changes, if
8    any, is true and correct as given by me on the
9    aforementioned date.
10
11    _____    _____

      DATE SIGNED            SIGNATURE
12
13
14    _____Signed with corrections as noted.
15
16    _____Signed with no corrections noted.
17
18    DATE TAKEN:  April 7, 2009
19
20
21
22
23
24
25

67

1        C E R T I F I C A T E
2
3        This certification is valid only for a
4    transcript accompanied by my original
5    signature and original blue stamp on this
6    page.
7        I, Dawn H. Hymel, Certified Court Reporter
8    in and for the State of Louisiana, as the
9    officer before whom this testimony was taken,
10    do hereby certify that DENNIS J. MARTINEZ,
11    after having been duly sworn by me upon
12    authority of R.S. 37:2554, did testify as
13    hereinbefore set forth in the foregoing 65
14    pages; that this testimony was prepared and
15    transcribed by me or under my personal
16    direction and supervision; and is a true and
17    correct transcript to the best of my ability
18    and understanding; that I am not related to
19    counsel or to the parties herein, nor am I
20    otherwise interested in the outcome of this
21    matter.
22
23    _____

      DAWN H. HYMEL, #81016
24    Certified Court Reporter
25

DENNIS MARTINEZ

April 7, 2009

Page 1

## A

**ability** 6:2 67:17
**above-entitled** 1:16
**accompanied** 67:4
**accurate** 19:8
**accurately** 19:4
**action** 1:4 48:13
**addition** 15:10
**Additionally** 5:14
**address** 8:10,13
**adrenalin** 12:24,25
**aforementioned** 66:9
**afternoon** 4:18
**ago** 50:12 57:17
**agree** 5:9
**agreed** 4:2
**ahead** 30:14 36:3
**ahhhhh** 55:15
**ain't** 36:2
**Airline** 14:5
**airport** 56:25 57:2
**America** 2:6
**American** 2:12
**and/or** 66:7
**answer** 4:11 27:22 35:20
**answered** 5:1
**answering** 5:16
**answers** 5:8
**anticipating** 30:15
**anybody** 46:2,12 47:9,24
**anyway** 18:10
**apart** 15:14
**APPEARANCES** 2:1
**Appearing** 2:2,6,12
**Approximately** 50:10
**April** 1:21 66:18
**area** 26:25 41:8
**Army** 48:5,18
**asked** 35:2 50:17,20,24
**asking** 5:15,21
**assume** 18:11
**attention** 32:16
**attics** 61:13,21
**audio** 32:1
**August** 14:14,18 16:3
   17:1,13,24 18:15 19:6

19:11 20:22 21:17 23:1
24:18 25:4 34:8,9
35:12 36:8,9 45:10
51:10 59:5,7,8,13 60:19
61:11
**authority** 57:8,9 67:12
**aware** 50:13
**a.m** 25:12

## B

**B** 3:8
**back** 14:6 16:22 33:21,22
   38:20,20 39:25 40:14
   42:16,17 51:23 52:22
   53:2,9 55:4,21 59:3
**backed** 53:5
**background** 56:14
**backing** 42:18
**bad** 22:2,3 27:18 36:25
   37:1 53:25
**barbecued** 21:2,2
**barge** 46:17,21
**BARGES** 1:5
**BARNETT** 2:13
**Baronne** 2:4
**bass** 20:18 42:14
**bay** 20:18
**Bayou** 8:17,21
**Behalf** 2:2,6,12
**believe** 19:4 25:9,9 36:1
   39:13 48:23 51:17 52:1
**believed** 26:16
**Benoit** 1:8
**Bernard** 8:18,20 9:2,4,7
   17:15 45:11
**best** 49:1 67:17
**big** 18:7,11 21:11 35:6
   37:5 55:10
**birth** 7:19
**bit** 22:8,13 24:24 26:8
   41:21 53:24 54:18
**bits** 31:25
**bitty** 45:25
**Blanchard** 2:8 3:4 4:17
   4:19 5:22,24 35:22
   58:24 59:2,4 62:16
   63:18,22 64:2,12,19

**blew** 22:6 32:24 33:1,16
   38:18 39:20,25
**blocking** 42:16
**blow** 35:9 43:24
**blowing** 29:4,12,24 30:6
   31:12,15 32:15,21 33:4
   33:5,8,14,15,16,17
   33:25 34:22 37:16 38:3
   38:12,13,15 39:16,19
   39:19 43:25
**blown** 29:3
**blue** 20:19 67:5
**board** 15:3 16:10
**boarded** 17:3
**boarding** 15:1 16:6,8,9
   17:19
**board-ups** 15:2
**boat** 20:17,18,18 42:11
   42:14,15,17,24 43:1,14
   45:1,12 46:2,6 51:16
   53:4,6,6 55:21,22,23
   58:11,15
**boats** 14:16 20:13,16
   45:13,19,24 52:15 53:7
**Boh** 10:5 12:9
**born** 7:17
**bottom** 45:21
**bought** 9:19 61:3
**Boutte** 1:6
**boy** 58:10
**brand-new** 61:3
**breaches** 1:4 47:3,4,6,11
   48:1
**break** 25:8 34:2 36:5
**breathing** 35:5,6 36:24
   36:25 37:4
**breeze** 27:17
**BRIAN** 2:3,3
**bridge** 46:6,9,10,11
**bright** 27:19
**broke** 22:12 27:2 41:20
**Bros** 10:5 12:9
**brought** 32:16 53:9,17
**BROWN** 2:13
**bruises** 61:12,24
**bubble** 19:2

**buckled** 13:23 19:24
**buddy** 44:12 49:9 58:1
**building** 16:11 31:14
   33:17,18 37:13,16,18
   37:19,20,21 38:1 39:20
   41:10 42:12,13 43:2,5,7
   43:8,13,14,18 44:5,15
   44:19,25 45:22 52:19
   53:2,19 54:5 55:22
   57:19,20
**buildings** 16:10 29:14,15
   31:13,16 42:11,14,25
   45:8
**built** 29:7
**bumps** 61:12
**bunch** 31:22 50:7,7,8,9
**bus** 56:24
**business** 10:7
**businesses** 15:3
**B&G** 14:7

## C

**C** 67:1,1
**call** 16:22 27:7,7 54:14
   55:2,25
**called** 27:8 34:25 35:1
   37:5 60:6
**calling** 5:23
**calls** 59:5
**calm** 25:20 41:19
**calmed** 22:8 26:11
**camera** 27:24 28:1,4,18
   29:5 30:4,5,6 31:23
   32:10 49:11 51:9
**Canal** 1:4 46:22 47:4,9
   47:22
**case** 6:23 14:16 50:14
   56:11
**Category** 57:24
**cause** 1:16
**cell** 24:12,13,14 60:18
**Central** 14:8
**Centre** 1:20 2:9,15
**CERTIFICATE** 66:1
**certification** 67:3
**Certified** 1:18 2:19 67:7
   67:24

DENNIS MARTINEZ

April 7, 2009

Page 2

**certify** 66:5 67:10
**Chaffe** 1:19 2:8
**chain** 61:19
**Chalmette** 17:15 18:22
  19:1 45:14 56:16,18
**chance** 59:21
**chances** 43:15
**changed** 33:20 34:21
  37:15 39:22
**changes** 66:7
**changing** 34:20
**charges** 61:7
**CHARLES** 2:8
**check** 59:24
**Cheniere** 41:2,2
**Cherym** 7:24
**children** 8:2 13:11
**Chuck** 4:19
**Civil** 1:4 4:5
**Claiborne** 46:10
**claim** 48:4,17
**class** 48:13
**clear** 26:5,13 35:24
**clocks** 27:5
**closing** 16:8
**clouds** 27:18
**cloudy** 33:12
**Club** 2:12
**clue** 22:10 24:9 27:17
  30:2 34:1
**Coastal** 10:16,17 14:1,2
  15:10
**Collins** 60:15,16
**come** 7:5 18:17 41:14
  42:10 47:18 50:17,20
  50:24 53:1 55:21 58:10
  59:20,22 60:8
**comes** 16:24 57:25
**coming** 9:4 22:15,24
  30:2 32:8,18,22 33:18
  33:23 34:10,11,15,17
  34:19 35:13 36:13 37:9
  38:22,24,25 39:10,14
  40:5,11,22,23 41:8,13
  41:18 42:2 43:9 44:19
  47:13 48:23 51:21

54:15,17,18 55:7,17
  57:4 62:23
**commencing** 1:22
**Compagno's** 42:12
**company** 11:8,13
**completely** 25:22 26:3
**comprehensive** 11:11
**computer** 22:17,18,19
  49:17,17,20 53:10,11
  53:14,15,20 54:2,2,3,25
  60:25
**concerning** 4:20 48:19
  56:6
**concluded** 65:2
**conference** 53:21
**Congemi** 57:1
**connection** 4:25
**Consolidated** 1:4,5
**continuing** 20:22 31:11
**conversation** 54:7
**conversations** 21:22 56:5
  60:17,18
**convicted** 61:5
**copy** 7:9
**Corps** 48:5,18
**correct** 17:16 36:11 39:6
  39:10 41:10 48:24 53:3
  66:8 67:17
**corrections** 66:7,14,16
**counsel** 67:19
**couple** 5:4 12:5 22:1
  25:14 26:9 46:6 50:12
  54:8 57:16
**course** 12:22 15:7,16
**court** 1:1,18 2:19 5:2,5
  5:16 6:6 17:12 30:17
  67:7,24
**courthouse** 45:5 51:12
  51:18
**cousin** 17:20 20:17 55:12
  55:13
**cousin's** 32:15 55:16
**crane** 10:19 12:4 14:7
**crime** 61:5
**criminal** 61:7
**curious** 57:23

**current** 8:10
**currently** 61:7
**cursing** 28:11 32:6
**curtain** 35:3,5 36:22
  37:4,5
**cuts** 61:12,24
**cutting** 45:7 61:13,20

### D

**D** 3:1
**damages** 48:6
**dark** 20:23 38:17,18
  39:24 41:17,25 58:22
**Darryl** 6:17 15:2 17:22
  18:7,7,11,12,12 19:17
  20:17 21:11,11,11
  25:25 26:25 28:5 32:6
  35:1 50:21,21 53:13,22
  53:24 57:17,18 60:24
  61:15
**Darryl's** 14:20 17:8
  28:17,18,20 42:13
  45:20 49:24 50:5 56:13
**date** 7:19 30:11,20 66:9
  66:11,18
**David** 14:9
**dawn** 1:17 2:18 25:10
  67:7,23
**day** 14:19 16:4,13,16
  18:16,18 19:12,13,18
  19:21 25:5 26:5 27:20
  27:25 28:6 34:21 45:10
  45:13 46:15,16 49:25
  56:12,13 59:8 61:21
  65:1
**daybreak** 23:15,16,17
**daylight** 29:16
**days** 45:13,15 46:16
  51:18 56:15,22 61:22
**deal** 55:10
**death** 60:6
**Dennis** 1:15 4:14 7:13
  57:15,22 66:4 67:10
**depending** 15:19
**deposed** 4:23,24 6:23
**deposition** 1:15 4:3,7,11
  6:9,12,15 7:1,6,10

50:18,20,25 56:7 64:4
  65:2
**depression** 62:5,8
**depth** 52:5,5,10,14,15,17
  52:18,20,23
**described** 16:6 21:6
**designed** 35:9
**died** 8:25 26:3
**different** 15:19 24:15,17
  24:25 32:24 33:2
**direction** 36:10,13,17
  37:10,11 38:3,6,24
  39:14,16 40:5,9 43:19
  44:17 67:16
**directions** 33:20 37:15
  39:22
**discussion** 59:1 64:1
**DISTRICT** 1:1,2
**documents** 6:11
**doing** 10:3,22 15:5,24
  16:4,13,19 24:23,23
  32:24
**door** 25:17,18,19 34:23
  43:12 44:5
**downstairs** 53:16 61:4
**Drive** 4:14 8:11 9:20
  14:9
**dropping** 51:13,14
**drown** 43:13
**due** 13:13 37:1
**duly** 4:16 67:11
**DUVAL** 1:6
**dying** 43:8

### E

**E** 3:1,8 67:1,1
**earlier** 21:6 32:7 48:21
  53:11,12 59:15
**early** 22:25 23:14 34:8
  35:12 36:9 39:9 60:4
**easier** 5:16 30:16
**east** 8:21 9:9 34:10,15,17
  34:19 35:13 36:11
  46:22 47:3,8 58:19
**EASTERN** 1:2
**education** 8:8
**Edward** 50:1

DENNIS MARTINEZ

April 7, 2009

Page 3

**eight** 35:8
**eighteen** 15:21 16:2 43:3
  52:9,10,21
**electricity** 23:20
**employed** 9:24 10:14
  12:7
**employees** 10:10
**employment** 15:15
**ended** 54:14 55:2,25
**Energy** 1:19 2:9,15
**Engineers** 48:5,18
**enjoy** 12:15,16,23 13:1
**entire** 18:18 19:12,21
**equipment** 10:4
**Erection** 10:16,18 14:1,2
**ESQ** 2:3,8,14
**estate** 9:11 10:25
**estimate** 49:1
**Eugene** 7:18
**evacuate** 13:15
**evacuated** 12:14 53:8
**evening** 58:21
**everybody** 45:9 48:9,14
  56:20,21 58:9 61:21
**everything's** 26:1
**evidence** 4:12
**Exactly** 38:5 39:15 54:13
  55:1
**EXAMINATION** 3:3
  4:17
**exception** 4:6
**expecting** 53:16
**eye** 22:9 26:15 29:18,19
  33:10,11 34:18,24 38:7
  38:14,17,23 39:17,23
  40:4,8,12,13 41:14,16
  41:23

**F**

**F** 67:1
**faced** 37:19
**faces** 37:20,21,24
**facility** 19:5
**familiar** 9:2
**family** 1:9 12:20 13:7,15
**far** 56:10
**Farms** 14:11,12

**farther** 63:1
**fast** 36:6 55:7
**favor** 53:14 54:1
**Federal** 4:5
**feeding** 56:20
**feet** 29:22 52:10,12 54:8
**fellows** 51:4
**FEMA** 9:18
**fifteen** 41:21 56:4
**fighting** 57:5,6,10
**file** 48:11
**filed** 48:4
**filled** 14:16
**filmed** 29:2
**filming** 51:15 55:13 63:3
**finally** 56:22
**finder** 52:11,14,15,20,23
**finders** 52:17,18
**fine** 30:16 64:7,16,20
**finish** 5:15 17:9 30:13,17
**finished** 20:1
**first** 5:5 8:5 14:10 33:4,4
  37:14 39:19 43:7 53:8
**five** 19:20 21:6 35:7
  36:23 43:2 45:13,15
  46:15,16 52:1,4 56:15
**flipped** 45:1
**float** 42:23
**floating** 42:22 53:5 58:14
  58:17
**flood** 46:21 47:3,8 54:19
**flooded** 58:9
**flooding** 29:10 55:10,10
  60:2
**floor** 45:21
**floors** 10:4 45:20
**folks** 8:24 58:5
**following** 1:17
**follows** 4:16
**fool** 25:25
**fools** 22:10
**foot** 20:19,19,20 43:3,11
  43:16 47:12,14 52:8,9
**footage** 28:6,9,12 29:9
  29:12,20 30:4 31:12,17
  31:18 62:20,21,23 63:7

**Ford** 11:10
**foregoing** 66:5 67:13
**form** 4:10 48:4,17
**formalities** 4:6
**forth** 67:13
**forward** 16:25 18:15
**four** 8:3 13:10
**freezers** 20:8
**Friday** 13:16,17,18,21
  14:14,25,25 15:5
**friend** 6:20 57:15 59:16
**friends** 50:9 58:11
**front** 5:1 14:7 34:23
  37:13,16,17 38:1
**full** 7:12 28:24
**fully** 5:14
**full-time** 10:20,21
**furniture** 45:24
**F-150** 11:10

**G**

**gas** 51:16
**general** 16:12
**generators** 23:23,25 24:5
  24:8 61:18
**geography** 9:3
**getting** 17:5 22:2 31:25
**Gilbert** 2:3,3 5:19 35:17
  49:21 56:6 62:13 63:24
  64:23
**Gilmore** 57:16
**give** 9:23 50:17,20,25
**given** 66:5,8
**glass** 6:21 11:6 14:20,22
  17:8 34:22,23 35:2,6
  37:5,6 44:2,7,22 57:20
**Glassman** 17:15 18:19
  18:21 19:5,12 42:12
  50:21 51:21,24
**go** 9:5,5 16:21,25 19:23
  22:20 27:21 30:14 36:2
  40:21 45:3 54:24 58:15
  58:25 59:3 60:8
**goes** 55:19
**going** 4:19 5:6 9:6 18:24
  21:4 22:3 27:15 28:1
  29:6 30:6 35:4,8,21

  36:2 40:18,19 43:6,19
  43:21 44:9,13,17,20
  48:7,15 51:23 56:18
  57:23 58:1,7 61:2
**good** 4:18 54:5 61:15
  63:21
**Google** 3:10 18:25
**government** 5:20
**grab** 54:3 59:21
**grabbed** 22:19
**graduate** 8:6
**grew** 20:23
**group** 19:20
**guess** 11:14 13:20 18:13
  23:19 36:12 38:13 41:2
  50:12,15 57:2
**guns** 46:7,11
**guys** 17:22 20:23

**H**

**H** 1:17 2:18 3:8 67:7,23
**half** 9:17 52:8
**HAMMOND** 2:13
**handle** 35:3
**hand-to-hand** 57:6
**happen** 22:16
**happened** 4:21 21:8
  22:22 25:7 42:9 43:4
  43:10 44:24
**hard** 22:7 23:24 24:6
  29:1 37:17 44:1,3,7,18
  44:21 60:23
**harder** 17:11
**Harley** 61:3,3
**Harley-Davidson** 61:1
**hatchets** 61:19
**head** 32:9
**headed** 45:2,4
**heading** 9:8 22:4,5
**hear** 32:3,5,6
**hearing** 36:21
**heavy** 10:4 33:13
**hell** 22:12 27:2 41:20
**help** 13:5,6 46:5,13
  55:21 58:3
**helping** 13:4 56:20
**hereinbefore** 67:13

DENNIS MARTINEZ

April 7, 2009

Page 4

**high** 8:6 52:12
**highest** 8:8
**Highway** 9:7 14:5
**hitting** 30:5 33:18 52:7
**hold** 29:23,24 55:14
   59:22
**holding** 32:14 55:15
**home** 8:24 9:21 58:5,18
**honest** 60:21 62:24
**honestly** 24:6 61:17
**hour** 41:22
**hourly** 15:17
**hours** 25:15 35:12 56:24
**house** 9:19,19 28:21 31:3
   57:22 63:15
**houses** 16:9 19:23,25
   29:13 45:8
**hung** 20:25
**hurricane** 4:21 8:16 9:12
   9:14 10:15,24 11:5,24
   12:1,13 13:8 20:11
   48:2 57:24
**hurricanes** 12:14,17,21
**Hymel** 1:18 2:18 67:7,23

**I**

**Immediately** 38:23
**important** 5:7
**inch** 37:6
**inches** 26:9 35:7,8
**increased** 37:2
**indicating** 33:25 40:19
   43:22
**Industrial** 46:22 47:4,9
   47:22
**information** 30:9,19
**Ingram** 1:7,8
**injured** 61:10
**injuries** 62:1
**inside** 44:21 54:24
**instructions** 5:4
**insurance** 11:7,11,13
**interested** 67:20
**interfere** 6:1
**involved** 47:20

**J**

**J** 1:15 2:14 4:14 66:4
   67:10
**James** 7:13
**Javelin** 20:21
**Jean** 41:9
**job** 15:19,19
**jobs** 10:13 12:3 15:11,14
   15:22,24
**Jody** 60:13
**John** 17:20 23:5 42:7,15
   42:15 50:23
**Jon** 42:7
**Jonathan** 17:20 42:25
   50:22 57:18
**Judge** 1:6 9:4,7
**jump** 35:21
**Junior** 18:13,14 19:18
   21:16
**junkie** 12:24

**K**

**Katrina** 1:4 4:21 6:21
   8:16 9:12,15 10:15,24
   11:5,24 12:1,8,13 13:8
   13:15,17,18 15:11
   46:16,23 47:5 48:2
   62:22 63:12
**keep** 12:22
**Kenner** 57:15
**kept** 28:1 29:5 30:5,6
   33:25 34:19 56:23
**kids** 13:12 45:8 46:7
**kill** 46:12
**kind** 11:9 22:8 24:6
   28:25 45:23
**KITTO** 2:14
**knew** 60:7
**knocking** 33:19
**know** 5:12 6:17 10:24
   12:25 13:24 14:25
   15:18 16:11,22,23 19:3
   20:13,15 22:6,9,11 23:5
   23:7 24:3,3,4,7,9,24
   25:23 26:10,20 27:5,8
   27:16 28:13,15 29:8,23
   29:25 30:1,7 31:10,20
   31:24 32:19 33:11

36:20,20,25 41:23 43:8
   43:10 44:2,7,11,14,17
   44:19,21 45:6 47:15,17
   47:20,21,23 48:7,10,12
   49:6,12,13,13,15,18
   50:2,4,9,18,19,23 51:13
   52:12 54:1 55:15,17
   56:10 57:9,17 58:6,8,14
   58:23 59:22 60:7 61:22
   63:2 64:8
**known** 7:14 15:20 16:1
**K(2)** 1:5

**L**

**L** 4:1
**Lafarge** 1:6,7,8,9,10 2:6
**Lafitte** 41:9
**Lagarde** 1:7
**land** 9:16
**LaPlace** 57:3
**lasted** 20:10
**late** 36:8 39:8
**law** 2:3 57:10
**lawsuit** 5:1
**lawyers** 56:11
**leave** 12:15,19 59:18
**leaving** 21:15 28:11,25
   52:19
**left** 9:8 13:16,17,24
   14:10 18:8 19:22 21:12
   21:16,19,23 22:11
   24:11 25:3 26:1,1
   39:24 44:20 46:8 58:8
   58:22 59:18
**legs** 32:14 55:13,14
**letting** 45:2
**let's** 16:25 18:15 25:8
   35:10,23 40:21 58:25
   59:3
**levees** 47:7,7,13 63:4,5,6
**level** 8:8 52:13
**Lexington** 63:1
**lie** 24:4
**life** 52:24 58:4,6
**LITIGATION** 1:4
**little** 10:13 14:11,11,11
   17:21 18:7 19:2 20:17

21:11 22:8,13 24:24
   26:8 27:14,17 29:22,23
   32:17 41:20 45:8,25
   48:9,13 53:24 54:18
   55:9,12 56:14 57:17
   58:10
**live** 8:15
**lived** 8:25 9:14,16 57:14
   57:14 58:7 59:24
**living** 8:12,17 9:16 57:12
**loan** 11:18,20
**located** 11:4,23 14:4,5
**location** 18:25 19:5
**long** 7:6,25 8:12 15:20
   15:24 16:1 28:12 32:25
   33:2,9 45:13 51:23
   55:25 56:1 61:21
**look** 19:3,23 22:23 24:20
   49:7
**looked** 22:23 25:16 31:6
   31:8 52:20 55:18
**looking** 30:18 41:4 52:23
**loose** 22:12 27:2 41:20
**lot** 15:2 16:22 36:4,21,21
   37:2 42:23 44:4 47:17
   58:4 63:16
**Louisiana** 1:2,21 2:4,10
   2:15 4:15 67:8
**Lower** 46:3,18
**lying** 23:22 44:11,13
   48:12
**L.L.P** 1:19 2:8,13

**M**

**MAG.WILKINSON** 1:7
**major** 27:18
**man** 22:15 25:25 58:12
**map** 3:10 18:25 19:2,3,8
**mark** 18:24
**married** 7:21,25
**martial** 57:9
**Martinez** 1:15 3:10 4:14
   4:18 7:13,24 18:24
   41:4 57:23 66:4 67:10
**matter** 67:21
**McCall** 1:19 2:8
**mean** 4:24 16:8 17:22

DENNIS MARTINEZ

April 7, 2009

Page  5

18:7,11 28:24 29:4,5
30:21 31:20,20 33:1
47:6,12,13,17 50:2
61:13,15,16,16 62:25
63:4,10,16
**meant** 58:13,14
**medications** 5:25 62:7,10
**meet** 9:6
**meeting** 50:10 51:5,7
**meets** 9:7
**Memorial** 41:5
**mentioned** 32:7
**Meraux** 4:15 8:11,19
**met** 4:19 6:14 49:21,23
50:1,3,4,5 51:3
**Metairie** 16:20
**Meyers** 17:20 18:2 19:13
20:21 21:19 23:4 31:5
42:7,15 51:5
**mile** 41:22
**miles** 58:19
**military** 56:19 57:5,8
**military's** 57:6
**mine** 6:20 57:15
**MINTZ** 2:13
**minute** 59:19
**minutes** 18:9 27:1 41:24
43:2 52:2,4 53:8 56:4
**mischaracterizes** 35:18
**misprinted** 64:17
**Mississippi** 37:25
**mistake** 60:7
**moisture** 28:2 29:6 30:4
30:5 31:24
**Monday** 13:21 23:13
29:16 39:9
**money** 21:14
**MONTGOMERY** 2:13
**month** 13:13
**months** 12:5,5 50:12
51:2 57:22
**Moreno** 50:1,3
**morning** 15:5 22:6,7
23:1,13,19 24:1 25:9
29:16 33:10 34:8,9
35:12,16 36:9,23 37:9

39:9,13 48:24 53:22
59:15 60:5,6
**mother** 55:16
**move** 18:15
**moved** 9:18
**MR-GO** 48:19
**Mumford** 1:7

**N**

**N** 3:1 4:1
**name** 4:18 7:12 10:7,8
13:2 14:6 60:12,14
**named** 50:13
**names** 7:15
**Nancy** 4:14 8:11 9:20
**need** 34:2 46:13
**needed** 61:18
**needs** 13:4
**never** 12:15 32:18 46:19
56:8 61:20
**New** 1:20 2:4,10,15
36:15 38:20
**news** 63:8,9
**Nextel** 25:1
**nice** 65:1
**Nick** 57:1
**night** 15:5 16:25 17:2,13
17:24 18:6 21:5,24
22:1,7,25 23:2,4,6,8
24:8 28:10 32:24 33:2
33:3,9,16 34:6 36:8
39:8 56:9 60:4
**nine** 26:18,24 48:24 49:5
49:10,12
**Nineteen** 8:1
**Ninth** 32:21,22 33:5,7,8
33:22 39:21,25 40:6,14
40:17,25 46:3,18
**nods** 32:9
**nonstop** 61:14
**Nope** 6:16 7:16 8:7 46:19
62:6
**normal** 13:19,20
**North** 2:6
**noted** 66:14,16
**nothing's** 64:17
**number** 24:16,17,18,21

24:25
**nursing** 58:18

**O**

**O** 4:1
**oath** 6:5
**Object** 35:18,18 62:14
**objections** 4:9
**obviously** 46:25
**occur** 50:11
**occurred** 47:5,11,16 48:1
**office** 45:25
**officer** 67:9
**offices** 1:19 2:3
**Off-the-record** 59:1 64:1
**Oh** 9:10,22,25 10:21
11:19 12:9,18,22 15:7
15:23,23 16:14 19:14
20:5,7 21:25 24:20
25:11,16 26:18 29:11
29:17,21 32:3 38:10
42:5 45:16 58:1,20
60:3 61:25
**okay** 4:22 5:18 17:10
18:10 27:23 33:3,9
34:5,7 35:11 36:6 39:5
39:7,18 40:3 52:11
64:22
**old** 8:24 24:22 58:5
**once** 31:2 32:19 35:2
41:17
**one's** 13:12 20:20
**online** 63:11
**open** 25:18,19 44:5
**operating** 23:25
**operator** 10:19
**operator's** 12:11
**opposite** 33:14
**Oregon** 7:18,18
**original** 67:4,5
**Orleans** 1:20 2:4,10,15
36:15 38:21
**ourself** 59:11
**outcome** 67:20
**outside** 22:21,22 26:5
27:14,19 42:1 43:11,15
43:17,18,18 44:4,15

55:5,6
**overloaded** 57:2
**o'clock** 26:19,24 48:24
49:6,10,13 60:5

**P**

**P** 2:8 4:1 18:12
**packed** 20:6
**page** 3:2 67:6
**pages** 67:14
**paid** 9:22 11:8,13,16,21
15:7,8,9
**Parc** 18:21 19:1 41:9
**Parfait** 1:9
**Paris** 8:21 9:9,11 11:1,4
11:23 33:7,8,16,24
34:11,12 36:10,13,15
37:14 38:25 39:10
40:15,16,17 58:19
**parish** 45:11 48:14 57:4
**park** 40:24 41:1,2,2,5,6
42:19,20,22
**Parkway** 41:9
**part** 24:3
**parties** 4:3 67:19
**party** 20:11
**pass** 14:9
**passed** 57:16
**passing** 46:21
**pay** 11:15,20 15:17,18
**paying** 15:6
**pays** 15:8
**pending** 61:8
**people** 8:25 10:5 13:4,5,6
16:22 45:7,7,12,15 46:5
46:5,6,13,17 47:17,19
50:7,8 51:13,14,14,15
56:16 58:11 61:13
62:22 63:14
**people's** 15:3
**Perez** 9:5,7
**period** 45:18 46:15,18
**Perry** 1:8
**person** 60:1,11 63:16
**personal** 67:15
**personally** 29:20 48:4,11
**person's** 60:12

DENNIS MARTINEZ
April 7, 2009

**PERTAINS** 1:5
**pet** 16:18
**Petco** 16:18
**phone** 5:20 22:14 24:12
24:13,14,15,16,22 27:4
48:22 54:14,21 55:2,25
60:18
**phonetic** 7:24
**photographs** 51:20
**physical** 62:1
**physically** 61:10
**pick** 17:12 58:15 59:20
**picked** 32:19,20 33:13
34:9
**pictures** 51:12
**pieces** 31:25
**place** 16:18,21 18:21
19:1 41:9 59:24 63:1
**places** 16:15
**Plaintiffs** 2:2
**plan** 20:11
**playback** 30:8
**playing** 27:14 29:25
32:13 55:11
**please** 5:14 7:12 17:9
19:3 30:12
**pocket** 9:22
**point** 25:20 32:7 35:14
36:16
**points** 32:13
**pole** 55:15
**police** 56:19 57:5
**portion** 31:18
**position** 10:17
**pouring** 54:11 56:3
**power** 24:7
**Poydras** 1:20 2:9,14
57:21
**prepare** 6:8,12,14
**prepared** 14:17 20:7,9
20:12 61:16,17 67:14
**pretty** 7:7 12:3 16:14,23
17:3,4 18:20 19:22
22:2,7 23:14 32:16
54:19
**Prior** 12:13

**probably** 13:16,17 15:4
23:10,14,15,17 28:10
57:21 63:5
**problem** 5:10 20:10
35:25
**Procedure** 4:5
**process** 61:23
**property** 11:3,23
**provisions** 20:6
**psychiatrist** 62:18
**psychologist** 62:17
**pull** 46:7
**pulled** 42:25 46:5 53:6
**pulling** 37:12
**purports** 18:25
**purposes** 4:4
**pursuant** 1:16 4:4
**push** 44:5
**pushing** 37:17 42:20
**put** 22:18,20 42:19,19
48:8 52:9 53:18,20
54:2,4,4,24
**putting** 51:16 53:19
**p.m** 1:22 21:17,23 24:11
25:3 65:3

**Q**

**question** 4:10 5:15 34:4
35:21 47:24
**questions** 4:20 5:1,12 6:2
30:15 63:19

**R**

**R** 67:1
**rain** 13:3 25:17 29:7
**raining** 26:12
**ran** 21:9,10
**rapids** 22:24
**rate** 15:17
**read** 2:13 7:9 64:3,6,7,9
64:9,16
**reading** 4:7 64:5
**ready** 17:5 20:2,9,13,14
20:15
**real** 9:11 10:25 33:12
**realize** 42:20
**really** 7:4,4 25:6,18 27:9

44:8 45:22 55:7
**rebuilt** 9:19
**recall** 24:19 25:2 30:23
30:24 48:17
**recap** 35:10
**received** 61:24
**recorder** 27:11
**recovery** 48:6
**red** 19:2
**reference** 41:5
**reflects** 19:4
**related** 67:18
**relative** 56:2
**relevance** 62:14
**remainder** 13:14
**remember** 7:3 13:22
14:13,19 16:12,15,19
17:1 18:16 21:15 23:12
23:18,22 24:22 26:24
28:22,23,23 30:9,19,21
30:22 31:7,10 34:25
44:12 48:20 49:3,5,5,10
49:12,16 59:10 60:20
60:23,24,24
**REPORTED** 2:17
**reporter** 1:18 2:19 5:2,5
5:17 17:12 30:17 67:7
67:24
**rescue** 46:2,4 61:23
**rescuing** 45:7,11,14
46:17 51:14 56:15
59:11
**reserved** 4:11
**responsiveness** 4:10
**rest** 45:10
**reviewed** 6:11
**right** 7:9 8:25 11:2 14:3
14:7,8 17:7 18:18
23:17 24:21 34:14,16
39:4 40:7,17 41:12,16
42:13 44:20 45:6 47:8
51:25 54:10 55:3 57:15
58:7 63:25 64:3,4,11,20
**ripping** 61:14
**rise** 51:24
**river** 37:12,19,20,23,24

37:25 38:4 39:14
**road** 8:17,21,22 9:9,12
11:1,4,24 16:20 33:7,8
33:16,24 34:11,12
36:10,14,15 37:14 39:1
39:10 40:15,17,17
58:19,20 59:16,24 63:2
**RONALD** 2:14
**roof** 22:21 63:13,14
**roofs** 29:3,12 31:12
33:19 62:25
**room** 46:1
**Rules** 4:5
**run** 10:4 12:4
**running** 24:8 55:20,20
**rush** 12:25
**R.S** 67:12

**S**

**S** 3:8 4:1
**saddest** 58:5
**safety** 45:3
**Samija** 17:21 18:2,4,4
19:16,17 21:20 23:7
31:8 42:7 51:7
**sat** 7:6 53:7
**Saturday** 14:18,22 15:1
15:5 16:3,25 17:13,19
17:24
**save** 46:13 49:20 53:14
58:3,4
**saw** 25:5 30:8 32:8 40:21
41:13 46:20 47:2,10,16
48:1 53:1 55:5,8 56:2
63:7
**saws** 61:19
**saying** 33:6 37:14 41:23
44:2 49:16,20 54:23
57:8 60:25
**says** 21:3 64:17
**scared** 18:8 59:17,19
60:4,6
**school** 8:6
**screen** 30:20
**second** 58:25
**SECTION** 1:5
**see** 21:3 22:16 26:4 28:14

DENNIS MARTINEZ

April 7, 2009

29:2 31:21 33:23 38:10
40:23 41:11,12 44:4,22
46:17,25 50:2 55:10
58:7,22 62:24 63:14
**seeing** 22:13 28:22,23,24
42:10,17 48:17,20
53:12
**seeker** 58:2
**seeking** 48:5
**seen** 28:13,19,20 30:25
31:19 46:19 47:18
50:19 55:17 58:6,10
62:21,25 63:10,11,12
**self-employed** 10:2,3
12:2
**send** 12:20 13:7 64:13
**Senior** 18:14 19:17 21:16
**sense** 32:23
**sent** 57:3
**separate** 10:7 53:21
**set** 67:13
**seven** 43:2 52:2,4 60:5
**seventeen** 15:21 16:1
**she'll** 13:12 64:13
**shift** 36:19 38:8
**shifted** 36:17,18 38:11
38:20 40:9
**shingles** 61:14
**shooting** 40:14,16
**shop** 6:21 11:6 13:24
14:20,23 17:4,5,8,15,25
18:5,19,21 19:12,21
20:25 23:20,24 28:24
34:22,23 35:2 43:1
49:24 50:5,22 51:4
52:11,13 53:4,6,7,8,9
55:23 56:12,13
**shortly** 39:17 40:4
**shots** 51:15
**showing** 30:20
**sic** 46:1
**side** 10:13 12:3,6 15:14
15:22,24 46:22 47:4,9
52:8 55:22
**Sidney** 41:5
**sign** 48:15 64:3,8,10

**signature** 66:11 67:5
**Signed** 66:11,14,16
**signing** 4:7 64:5
**sir** 4:23 34:4 39:2,2
47:24 51:1
**sitting** 61:4
**six** 12:5 35:7 57:22 60:5
**sixteen** 52:12
**skies** 26:13
**sleep** 18:5 23:9,10 45:19
45:23
**slept** 17:25 45:19,23,24
**slip** 56:18
**slow** 36:6 54:19
**snapped** 51:15
**solely** 12:1
**somebody** 13:4 50:5 58:3
63:13
**Somewhat** 28:7
**son-in-law** 10:12 17:21
22:19 29:22 32:14
53:17 54:3 55:12,19
57:18
**soon** 21:14
**sorry** 17:11
**sought** 4:12
**south** 37:21,22
**speak** 23:5 24:12 59:12
**speaking** 60:20,24
**specific** 16:15
**spend** 18:18
**Spillway** 22:4
**spoke** 24:10 25:2,24 27:6
48:21 56:8,9 59:19
60:1
**spoken** 56:10
**St** 8:18,20 9:2,4,6 17:15
45:11
**stairs** 61:1
**stamp** 67:5
**start** 5:15 10:22 28:9
32:18 35:23 55:7 56:3
**started** 22:12 24:23
29:10 33:4,14 34:20,21
36:21 37:4 38:12,12,21
41:18 42:2,9,22 45:7

53:5,12 54:11,15 60:2
**starting** 46:15
**starts** 35:20
**state** 5:8 67:8
**STATES** 1:1
**stay** 13:4 31:22,23 45:17
57:24 58:3
**stayed** 6:20 17:5,7,14
19:11,21 34:17 43:5
45:14 56:21 57:21
62:22
**staying** 12:16 13:6 43:13
59:16,17
**stipulated** 4:2
**stipulation** 1:17
**stop** 43:10
**stopped** 25:22
**storefronts** 16:9
**storm** 9:17 10:22 14:16
16:23 18:17 20:4 31:1
45:15 57:13 59:8 62:2
62:4,8,11,18
**Straight** 40:24
**street** 1:20 2:4,9,14 8:25
14:6,10 22:14,16,22,23
22:24 26:6,10 31:15
32:8,17 33:24 40:22,22
41:14,18 42:2,10 49:19
52:10,13 53:2,13,25
54:9,19,24 55:9,9,10,18
56:3 57:19,21
**stress** 62:10
**stronger** 37:3,3
**stuff** 16:20 20:1 29:1,2
33:19
**stupid** 42:21
**subject** 62:14
**submitted** 48:18
**substances** 5:25
**sudden** 22:12 33:12,13
33:21 38:16,19 41:20
**Sunday** 18:15 19:6,11
20:22 21:17 24:11 25:4
36:8 39:9
**sunny** 27:20
**sunshine** 26:14,15

**supervision** 67:16
**sure** 5:13 6:18 7:11 13:9
14:6,10 19:24,25 27:10
27:22 28:13 30:21 34:3
34:25 35:24 39:4 49:16
51:8 64:16,17
**swimming** 63:15
**sworn** 4:16 67:11

**T**

**T** 3:8 4:1,1 67:1,1
**take** 5:6,17 9:8 19:3
22:25 25:7 28:6 29:20
38:6 43:14 44:6 54:2
56:24
**taken** 1:16 4:4 62:7,10
66:18 67:9
**talk** 36:6
**talked** 21:25 22:1 26:25
49:24 53:13,22
**talking** 41:6 44:6 47:21
47:23 49:8
**telephone** 21:22 53:21
56:5 59:13 60:17
**tell** 6:22,25 14:24,24
23:23 24:4 27:9 34:24
44:1,3,8,11,13,18,21,21
47:10
**telling** 24:3 38:11 42:19
**ten** 11:16
**Tenth** 8:9
**testified** 4:16
**testify** 47:18 67:12
**testifying** 6:6
**testimony** 34:3 35:19
51:23 66:5,7 67:9,14
**Thank** 63:23 64:24
**thick** 37:6
**thing** 5:5 11:7 13:5 28:15
32:20 34:1 40:20 47:19
48:9,14 54:6 58:6
61:15
**think** 6:24 13:23 14:25
16:17 18:23 20:19
23:10 27:13 35:20 37:6
40:2 48:14 49:23 51:6
58:13 59:9,10 63:10

DENNIS MARTINEZ

April 7, 2009

thirteen 47:12
thirty 27:1 41:24 47:14
thought 25:22,23,23
  27:16 30:1 37:1 43:6
  55:9 58:14 61:15,20
thousand 11:16
three 13:12 43:11,16
  51:18 56:22
thrill 12:15,16,23 13:1
  58:2
tile 10:22 24:24
time 7:6 8:15 9:12 10:14
  10:24 11:4,24 14:21
  15:13 16:23 21:15
  23:12,18,21 25:4,5 26:7
  26:23 27:12 28:14
  30:11,20 31:5,23 32:11
  32:12 34:13 35:1 36:19
  38:7,8 45:17 48:25
  49:2,19 50:6 51:21
  52:25 55:11 56:2,2
times 22:1 25:2 30:3,25
tinted 44:7,22
Toca 9:8
today 4:20 5:7 6:3,9
  49:22 56:6
told 10:25 22:1 31:11
  39:8,12 42:15 46:20
  47:2,25 50:16 53:18,24
  54:3
top 22:20,20 53:19 54:4
  63:3
Torres 41:5
town 15:2
trailer 9:18
transcribed 67:15
transcript 64:14 67:4,17
transcription 66:6
trapped 42:11 43:6
Traylor 6:17,19,22 15:6
  15:12,17,20,25 16:4
  17:19 18:12,13 19:17
  21:16,23 24:10 25:3
  27:6 48:22 50:24 54:8
  54:15 56:1 59:13 60:16
Traylor's 6:20 17:14

28:5 31:3
treated 62:4
trick 36:1,2
Tried 25:18 45:19
trouble 29:25 30:3
truck 11:6,9,18,22 28:11
  28:25 42:16,18,18,21
  42:22 52:8 53:5 60:9
true 66:8 67:16
try 45:3,3 46:4,5 56:20
  59:22 61:1
trying 29:23 35:24 36:1
  36:4 63:15
Tuesday 1:21
turn 24:5
turned 55:18
turns 43:23
TV 21:1,2
twelve 56:24
twenty 12:11 41:22 56:4
two 8:5 20:13 42:11 51:2
  51:18 52:8 56:22
type 11:3,23
T-Mobile 25:1

## U

U 4:1
Uh-huh 32:9
understand 5:11 6:2,5
  27:22 33:6 34:3 37:13
  39:1 40:2
understanding 67:18
union 10:6 12:10,11
UNITED 1:1
unreal 57:7
upstairs 22:18,20,21
  45:20,21 53:10,12,17
  53:18,19 54:2,4,5
USA 1:9,9
use 24:23

## V

v 1:6,7,7,8,8,9,9,10
valid 67:3
verbalize 5:7
Veterans 16:17,17,18
video 27:11,24 28:1,3,4

28:14,17,19,20,22 29:1
  29:5 30:8,10,18,25 31:6
  31:9,11,19,21 32:1,4,10
  62:20,21,25 63:10,11
  63:11,12,13,17
videoing 27:13
videotape 28:12,16
voice 32:5

## W

wait 5:14 17:9 30:12,12
  30:12,16 39:3,3
Waited 18:17
waiting 20:3
waive 64:4
waived 4:8
waking 23:12
wall 27:5 35:3,5,6 36:22
  36:24 37:4,4,5,6 46:21
walls 47:3,8
Wal-Mart 31:14
want 35:19,23 39:3
  47:19 48:8 57:1,4
  59:18 64:9,9
wanted 56:24 58:21
  60:25
Ward 32:21,22 33:6,7,8
  33:22 39:21 40:1,6,14
  40:18,25 46:3,18
Warren 42:12
wasn't 20:14 23:6 27:17
  36:24,25 43:8,12 45:1
  46:12 53:16,25
watch 27:3,4 49:7,14
watched 21:2 25:16,17
watching 21:1,3
water 20:15 22:13,13,15
  22:17 24:5 25:5 26:6,8
  26:9,22 28:23,24 32:8
  32:17,22 33:22,23
  38:21 40:18,21,23 41:8
  41:13,17 42:1,10,17,20
  42:23,24 43:3,9 44:4
  47:14 48:22 49:18
  51:21,24 52:7 53:1,13
  53:17,25 54:9,11,15,17
  54:18,23 55:6,7,8,17,19

56:3
waters 62:23
water's 47:13 63:3
Wave 20:19
way 6:1 8:23 9:5 13:12
  32:23 33:14,21,23,25
  37:12 38:13 40:11,18
  40:19 43:21,24 44:1,10
  44:14 52:9 58:20 59:25
  60:10
weather 28:3
weatherman 21:3
Weber 1:10
week 13:21
weeks 20:10,10 57:17
weird 32:20 34:1 38:15
  40:20 43:22
went 16:16 17:4 22:21,22
  23:10 25:20,23 33:10
  33:11,21 34:21 38:20
  40:8 41:23 46:4 52:4,6
  52:6 53:2,9,11 55:4,6
  58:4,9,16,20 59:23
  60:22
west 9:11 11:1,4,23
  34:12
wet 45:21,22 49:18 53:15
we're 44:1,6 47:21 55:11
whatever's 37:7
whipping 57:6
whitecaps 22:24 43:11
  43:16,18,19,21,24,25
  44:4,9,13,15,16
wife 13:10 48:8,12 51:16
  60:21
wind 12:23 13:1 22:6
  26:22 29:7,24 32:14
  33:20,21 35:9,13 36:10
  36:16 37:1,2,3,9 38:3,7
  38:8,11,12,19,24,25
  39:9,13,16,18,18,19,20
  39:22,25 40:5,8,11,13
  40:19 41:21 45:6 56:18
  60:9
window 26:23
windows 15:1 16:8,9

DENNIS MARTINEZ

April 7, 2009

Page 9

17:19
**winds** 25:17 26:3,11 29:4
  32:19,20,24 33:1,3,4,13
  33:25 34:9,10,15,17,19
  34:20,21 36:21 41:22
  52:24
**windy** 25:19
**witness** 4:8 32:9 50:14
  63:20 64:15,21,25 66:1
**woke** 25:9 37:8 38:2
  39:12
**work** 10:5,6,10,23 12:3,6
  12:9 13:21,22 16:4,6
  24:24
**workday** 13:19
**worked** 56:19
**workers** 50:8
**working** 13:25 15:10
  17:18
**works** 10:12
**worried** 52:24
**wouldn't** 24:2 31:23
**wound** 53:18
**wrong** 39:6 43:24

**X**

**X** 3:1,8

**Y**

**yeah** 9:10,22,25 10:21,21
  11:6,13,19,19 12:9,9,18
  13:20 14:24 15:7,18,23
  15:23 16:14 18:1 19:9
  19:9,10,14,22 20:5,7
  21:7,25,25 25:11 27:4
  29:11,11,17,17,19,21
  31:14 32:3 36:12 38:10
  40:16 41:7,11,11,16
  42:3,5 45:16 48:25
  54:17,22 57:14 58:1,21
  60:3,3 61:2,25,25 63:9
  63:9 64:7
**year** 8:14 9:17
**years** 8:1 12:12 15:21
  16:2
**yellow** 55:15
**Yep** 5:13 7:22 16:5 19:7

19:19 39:11 51:3
**young** 46:7

**$**

**$500** 48:9

**#**

**#81016** 2:19 67:23

**0**

**0** 4:13
**05-4182** 1:4
**05-5531** 1:6
**05-5724** 1:7
**06-5342** 1:7
**06-6299** 1:8
**06-7516** 1:8
**07-3500** 1:9
**07-5178** 1:9
**08-4459** 1:10

**1**

**1** 3:10 18:24 41:4
**1:03** 1:22
**10:30** 21:7,8,13,15,17
  21:23 24:11 25:3 28:10
**1100** 1:20 2:9,14
**1260** 57:21
**1324** 8:17,21
**18** 3:10
**19** 20:19

**2**

**2:00** 65:3
**20** 20:19
**2005** 14:14,19 17:14,25
  19:6 20:23 23:1 24:19
  45:11 51:10 59:6,8,14
  60:19 61:11
**2009** 1:21 66:18
**21** 20:20
**2300** 1:19 2:9
**2404** 4:14 8:11 9:19
**26** 14:14
**27** 14:18
**27th** 16:3 17:1,13,24
**28th** 18:16 19:6,11 20:23

21:17 25:4 34:8 36:9
**29** 23:1 51:10
**29th** 24:18 34:9 35:13
  36:9 45:10 59:6,8,13
  60:19 61:11

**3**

**3** 57:24
**3/6/64** 7:20
**3200** 2:15
**37:2554** 67:12

**4**

**4** 3:4
**406** 12:10

**5**

**5:00** 23:19 25:12 37:8
  38:2 39:13

**6**

**65** 67:13

**7**

**7** 66:18
**7th** 1:21
**70075** 4:15
**70113** 2:4
**70163-2300** 2:10
**70163-3200** 2:15

**8**

**8:30** 25:21 26:17,18,18
  26:23,24 27:7 48:23
  49:5,10,12 53:23
**821** 2:4
**8401** 18:21 19:1

**9**

**911** 59:5
**99** 11:10