UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * | NO. 05-4182 andconsolidated cases SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * |  |
| *Mumford v. Ingram*     05-5724 | * |  |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL |
| *Benoit v. Lafarge*        06-7516 | * | JR. |
| *Parfait Family v. USA*  07-3500 | * |  |
| *Lafarge v. USA*           07-5178 | * |  |
| *Weber v. Lafarge*        08-4459 | * | MAG. |
|  | * | JOSEPH C. WILKINSON, JR. |

### BARGE PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFFS' WITNESS LIST

**NOW COME** Barge Plaintiffs, though undersigned counsel, who, *only in the event that the Court agrees with Lafarge's purported grounds for its Motion to Strike New Fact and Expert Witness Statements,* and for reasons stated in the accompanying Memorandum, seek leave to supplement their Witness list to include two lay rebuttal/impeachment witnesses, Gertrude Leblanc and Frazier Tompkins. These are clients of the undersigned, to be called to rebut assumptions underlying Lafarge's experts' opinions recently made part of this record. The substance of Ms. Leblanc's and Mr. Tompkins' anticipated testimony consists of their observations of the Barge ING 4727 adrift in the IHNC on Sunday, August 28, 2005, the day before Katrina struck. Their accounts undersigned's clients have been known to Lafarge since their surreptitious December 2005 and July 2006 recordings of interviews of Ms. Leblanc and Mr. Frazier,

1

through Lafarge and Defense Counsel's agent, Centanni Investigative Agency. Transcripts of these interviews and Affidavits affirming their contents are available as Exhibits Nos. 22 through 25 to the Barge Plaintiffs Opposition to Lafarge's Motion for Summary Judgment.  Ms. Leblanc and Mr. Tompkins are rebuttal and impeachment witnesses only, as more fully explained in the Supporting Memorandum accompanying this Motion, and in the *Barge Plaintiffs' Opposition to Lafarge's Motion to Strike New Fact and Expert Witness Statements* to be filed by noon on Monday, November 16, 2009. This motion is urged contrary to the Barge Plaintiffs' views that Lafarge is not prejudiced, and that Barge Plaintiffs are not legally required to seek this amendment to their Witness List, but is brought gratuitously simply to alleviate Lafarge' undue concerns, and to promote the objectives of the June 2010 bellwether trial.

      So moved, this 11th day of November, 2009

      Respectfully submitted,

*s/Brian A. Gilbert* (21297)
Law Office Of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010

`Case 2:05-cv-04182-SRD-JCW   Document 19388   Filed 11/11/09   Page 3 of 4`

e-mail: Skhorrami@kpalawyers.com;
Dpollard@kpalawyers.com;
Mbailey@kpalawyers.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
karl@wiedemannlaw.com;
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com;
ddruker@wgdnlaw1.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 11th day of November, 2009.

\s\Brian A. Gilbert