UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. LaFarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. LaFarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *LaFarge v. USA*  07-5178 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * *

## HEARING NOTICE

Hearing of *Barge Plaintiffs' Motion For Leave To Supplement Plaintiffs' Witness List* will be heard before the Hon. Stanwood R. Duval, Jr. on December 9, 2009 at 9:30 a.m. in Section K of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 11th day of November, 2009.

\s\Brian A. Gilbert