UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
|  | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. LaFarge*           05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. LaFarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. LaFarge*         06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *LaFarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR EXPEDITED HEARING OF BARGE PLAINTIFFS'
MOTION FOR EXTENSION OF TIME TO OPPOSE LAGARGE NORTH
AMERICA'S MOTION FOR SUMMARY JUDGMENT**

Considering the above and foregoing, it is hereby **ORDERED** that the Barge Plaintiffs' *Motion For Expedited Hearing Of Barge Plaintiffs' Motion For Leave To Supplement Plaintiffs' Witness List* be, and is hereby, **GRANTED.**

**FURTHER ORDERED,** Lafarge North America, Inc. is to file any opposition to *Barge Plaintiffs' Motion For Leave To Supplement Plaintiffs' Witness List* no later than November _____, 2009.

**FURTHER ORDERED**, hearing of *Barge Plaintiffs' Motion For Leave To Supplement Plaintiffs' Witness List* is scheduled for 1:30 p.m. on November 18, 2009.

New Orleans, Louisiana, this \_\_\_\_ day of November, 2009.

_____
**HON. STANWOOD R. DUVAL,  JR**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 11th day of November,  2009.

\s\Brian A. Gilbert