# EXHIBIT 1

## IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
(USDC, E.D. La. No. 05-4182 "K")

PLAINTIFFS' LIAISON
COUNSEL
JOSEPH M. BRUNO

LEVEE SUBGROUP
LITIGATION
COMMITTEE
Gerald E. Meunier,
*Liaison*
Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter C. Dumas
Darleen M. Jacobs
Hugh P. Lambert

MRGO SUBGROUP
LITIGATION
COMMITTEE:
James. P. Roy,
*Liaison*
John B. Andry
Joseph M. Bruno
Clay H. Mitchell
Pierce O'Donnell

INSURANCE SUBGROUP
LITIGATION
COMMITTEE:
Calvin C. Fayard, Jr.,
*Liaison*
Joseph M. Bruno
John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier

LITIGATION
COORDINATOR
J. Robert Warren, II

855 BARONNE STREET
NEW ORLEANS, LA.
70113
(504) 525-1335
(504) 561-6775
FACSIMILE

September 19, 2008

Angela Jean Drinkwitz
Claims Administrator
Department of the Army
New Orleans District, Corps of Engineers
P.O. Box 60267
New Orleans, LA 70160-0267
**Via Certified Mail**

RECEIVED

SEP 22 2008

Dear Ms. Drinkwitz:

The United States has recently taken a position that USA and Corps of Engineers may be unaware from the hundreds of thousands of SF95s filed with the Corps of Engineers that these claimants also have a claim for damages caused by the USA and its contractors at the East Bank Industrial Area along the Inner Harbor Navigation Canal. We firmly believe this position to be untenable.

However, in an abundance of caution, we are amending **Box 8a** of the Form 95s to read as follows:

The hurricane protection levees and hurricane walls which were supposed to protect the New Orleans metropolitan area failed and were breached during the day of August 29, 2005. The breaches and failures of the federal flood protection system for the metropolitan New Orleans Area were the result of the negligent design, construction, and maintenance of the levees and/or floodwalls of that federal flood protection system as outlined in the IPET and ILIT reports and the Declarations of Professor Bob Bea which have been provided to the USACE. The breaches and failure of the hurricane protection levees and walls were a result of Corps of Engineers' negligence in granting a permit to the Sewerage and Water Board to dredge the 17th Street Canal and in the design and construction of these levees and walls and the Mississippi River Gulf Outlet and all of it component parts. In addition, the Corps knew or reasonably should have known that the hurricane protection levees and walls were inadequate to protect the area from flooding from a fast moving category three hurricane and despite that knowledge, the Corps failed to disclose these inadequacies, to the material detriment of the claimant. Further, the breaches and failures of the federal flood protection system along the IHNC were the result of the negligent design, construction, administration and maintenance of the MRGO New Lock and Connecting Channels Lock Replacement Project in that the works by the Corps and its contractors, including but not limited to the Washington

Group International, Inc, at the East Bank Industrial Area caused under seepage inducing foundation instability.

Accordingly, please find enclosed Attachment A listing the claimants represented by Joseph M Bruno and/or the Levee Litigation group for whom the claims should be amended.

Thank you for your attention to this matter. I remain,

Very Truly Yours

Joseph M. Bruno

cc:  Robin Smith, Esq. (Via Email)
     Jim McConnon, Esq. (Via Email)