# EXHIBIT 3

UNITED STATES DISTRICIT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERGY NEW ORLEANS, INC., ENTERGY LOUISIANA, L.L.C., ENTERGY SERVICES, INC., ENTERGY CORPORATION, AND HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY<br><br>VERSUS<br><br><br>THE UNITED STATES OF AMERICA<br><br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE 2<br><br><br>PERTAINS TO: MR-GO and 07-cv-4608 |

## DECLARATION

I, Lorenzo Ferguson, declare as follows:

1. I am the Chief, Operations and Records Branch, U.S. Army Claims Service, 4411 Llewellyn Avenue, Suite 5360, Fort Meade, Maryland 20755-5125. In this capacity, I have access to records of all claims against the United States for which the Army has investigative responsibility. This includes claims under the Federal Tort Claims Act, 28 U.S.C. §§2671-2680, and other related tort claims statutes.

2. A thorough search of all records available to this Service has found that no administrative claims were filed by ENTERGY SERVICES, INC., or ENTERGY CORPORATION under the above-mentioned statutes.

3. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Lorenzo Ferguson<br>
Chief, Operations and Records<br>
U.S. Army Claims Service

Executed this day 9th of November 2009, at Fort George G. Meade, Maryland.