UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO | § | |
| _____ | § | |

**UNITED STATES OF AMERICA'S EX PARTE MOTION
TO FILE DOCUMENT UNDER SEAL**

The United States of America moves to file under seal Exhibit 4 to its Reply in Support of Its Motion to Dismiss and Response to the Motions to Intervene and Consolidate (Doc. 19390). The subject document, a copy of which will be sent by FedEx to the Clerk of the Court today, may contain personally-identifiable information of persons or entities who have attempted to present administrative claims to the United States.

Respectfully Submitted,

TONY WEST
Assistant Attorney General

1

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Counsel, Torts Branch

 s/ Jeffrey Paul Ehrlich
Jeffrey Paul Ehrlich
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I, Jeffrey Paul Ehrlich, hereby certify that on November 12, 2009, I served a true copy of the foregoing upon all Parties by ECF.


/s/ Jeffrey Paul Ehrlich<br>JEFFREY PAUL EHRLICH