## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO: BARGE                               SECTION "K"(2)

*Boutte v. Lafarge*          **05-5531**
*Mumford v. Ingram*          **05-5724**
*Largard v. Lafarge*         **06-5342**
*Perry v. Ingram*            **06-6299**
*Benoit v. Lafarge*          **06-7516**
*Parfait Family v. USA*      **07-3500**
*Wever v. Lafarge*           **08-4459**

## ORDER

Considering Lafarge North America, Inc.'s Motion to Strike New Fact and Expert

Witness Statements Filed in Support of Plaintiffs' Opposition to LNA's Motion for Summary

Judgment (Doc. 19379) and Notice for Hearing on November 25, 2009,

**IT IS ORDERED** that the motion is **MOOT**, as a Motion for Expedited Hearing has

been set for November 18, 2009, at 1:30 p.m, concurrently with the hearing on LNA's Motion

for Summary Judgment.

New Orleans, Louisiana, this 10th day of November, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**