UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES  *CONSOLIDATED LITIGATION* | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2)  JUDGE DUVAL  MAG. WILKINSON |
| *************************************** | | |
| PERTAINS TO: | * * | |
| INSURANCE  07-3401(Weathersby v. Allstate) | * | |
| *************************************** | | |

### JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the plaintiffs herein, Wilbert and Donna Weathersby, and defendant herein, Allstate Insurance Company, who respectfully submit to this Court that all of plaintiffs' claims against Allstate have been settled and they desire for all of their claims against defendant, Allstate Insurance Company, be withdrawn and/or dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

_____
CONNICK AND CONNICK, LLC
2551 Metairie Road
Metairie, Louisiana 70001
Telephone: 504-838-8777
Facsimile: 504-838-9903
**Counsel for Plaintiffs,**
**Wilbert and Donna Weathersby**


/s/ Raymon G. Jones
_____
SCOTT G. JONES #14408
RAYMON G. JONES #7504
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940
**Counsel for Defendant,**
**Allstate Insurance Company**


## CERTIFICATE OF SERVICE

I do hereby certify that on this 12th day of November, 2009 electronically filed the foregoing via the CM/ECF filing system which automatically sends an electronic copy to all counsel of record.

/s/ Raymon G. Jones
RAYMON G. JONES