UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES* | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| *CONSOLIDATED LITIGATION* | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |

**************************************************

PERTAINS TO:

INSURANCE  07-3401(Weathersby v. Allstate)

**************************************************

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiffs, Wilbert and Donna Weathersby, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this _____ day of November, 2009.

_____
JUDGE