# FAILURE INVESTIGATION OF
# THE NORTH AND SOUTH BREACHES ALONG
# THE IHNC DURING HURRICANE KATRINA,
# ST. BERNARD PARISH, NEW ORLEANS, LA



**Prepared for:**

Mr. Larry Wiedemann
Wiedemann & Wiedemann
8221 Baronne St.
New Orleans, LA  70113-1102



**Prepared by:**
Gennaro G. Marino, Ph.D., P.E.

Date: July 1, 2009

Exhibit 1
Date 8-7-09
Pgs 330
Marino



MARINO ENGINEERING ASSOCIATES, INC.

1101 E. COLORADO AVENUE
URBANA, ILLINOIS  61801
217-384-2288

(on front cover: IPET Appendix Volume 5, by U.S. Army Corps of Engineers and Team Louisiana final report entitled "The Failure of the New Orleans Levee System during Hurricane Katrina" dated December 18, 2006)

Table of Contents

LIST OF FIGURES.............................................................................................. v

LIST OF PHOTOS............................................................................................ xiii

LIST OF TABLES ........................................................................................... xxvii

1.0 INTRODUCTION........................................................................................ 1-1

    1.1 Scope and Objective ............................................................................ 1-1

    1.2 Report Contents .................................................................................. 1-1

    1.3 IHNC Construction History ................................................................... 1-2

2.0 PROJECT DESCRIPTION ........................................................................... 2-1

    2.1 Land Development History Along the IHNC (East Waterfront) .............. 2-1

    2.2 North Breach Design and As-Built Plan and Profile Conditions............. 2-8

    2.3 South Breach Design and As-Built Plan and Profile Conditions .......... 2-18

    2.4 As-Built Floodwall Construction Conditions ........................................ 2-23

            I-Wall Material Test Results ............................................................. 2-29

            I-Wall Concrete ............................................................................... 2-29

            Rebar Steel..................................................................................... 2-29

            Sheetpile Steel................................................................................ 2-32

    2.5 ING4727 Barge Characteristics........................................................... 2-32

3.0 ASSOCIATED LOADING CONDITIONS......................................................... 3-1

    3.1 General................................................................................................ 3-1

    3.2 Wind Speed and Direction..................................................................... 3-1

    3.3 IHNC Hydrograph Data ....................................................................... 3-12

    3.4 Wave Conditions ................................................................................ 3-14

    3.5 Timing and Associated Conditions ...................................................... 3-16

4.0 FLOODWALL FAILURE CONDITIONS........................................................... 4-1

    4.1 North Breach Chronological and Damage Photographs ....................... 4-1

            Photographic Chronology ................................................................. 4-1

            Damage Condition Photographs........................................................ 4-1

            Analysis .......................................................................................... 4-16

    4.2 South Breach Chronological and Damage Photographs ...................... 4-18

            Photographic Chronology ................................................................. 4-18

            Damage Condition Photographs........................................................ 4-50

Twisted Ends ........................................................................... 4-50

Washed Out Ends.................................................................. 4-51

Uniform Scour Trenches ........................................................ 4-51

Analysis ..................................................................................... 4-53

4.3 Barge Post-Failure and Damage Photographs ..................... 4-58

4.4 Other I-Wall Breach Damage Photographs............................ 4-65

Citrus Back............................................................................. 4-65

Plaquesmines Parish ............................................................. 4-74

IHNC West .............................................................................. 4-80

London Ave. Canal ................................................................ 4-80

17th St. Canal ........................................................................ 4-98

Analysis.................................................................................. 4-106

4.5 Scour From Overtopping I-walls......................................... 4-107

5.0 MEA POST-FAILURE INVESTIGATION.................................... 5-1

5.1 Ground Surface Profile Conditions ....................................... 5-1

5.2 Soil Profile Conditions ........................................................... 5-9

5.2.1   General ...................................................................... 5-9

5.2.2   North Breach Soil Profile....................................... 5-12

5.2.3   South Breach Soil Profile ...................................... 5-16

5.3 Soil Unit Properties.............................................................. 5-22

Waterfront Fill ........................................................................ 5-22

Levee Embankment............................................................... 5-23

Upper Silts and Clays ........................................................... 5-24

Marsh .................................................................................... 5-29

Lower Silts and Clays ........................................................... 5-37

Bottom Clay ........................................................................... 5-39

5.4 Soil Modulus ........................................................................ 5-47

5.5 Groundwater Conditions...................................................... 5-47

5.6 North Breach Failure Analyses............................................ 5-53

5.6.1 Seepage Analysis ................................................... 5-53

5.6.2 Floodwall Stability Analysis .................................... 5-64

5.6.3 Failure Analysis...................................................... 5-66

5.7 South Breach Failure Analyses ........................................... 5-70

5.71 Seepage Analysis ....................................................................5-70

5.7.2 Floodwall Stability Analysis ....................................................5-86

5.7.3 Failure Analysis.......................................................................5-91

6.0 POST-FAILURE INVESTIGATION BY OTHERS ...............................................6-1

6.1 Introduction.............................................................................................6-1

6.2 ILIT Seepage Analyses ...........................................................................6-3

6.2.1 General .....................................................................................6-3

6.2.2 ILIT Elevation Conversions ......................................................6-3

6.2.3 South and North Breach model assumptions in the ILIT report.6-3

Wall length.................................................................................6-3

Soil layers .................................................................................6-4

Initial groundwater levee on both sides of the levees ...............6-5

Water surge elevations on the canal side.................................6-6

6.2.4 Elevation of the ILIT Report Assumptions ..................................6-7

Datum ........................................................................................6-7

Wall length...............................................................................6-13

Overtopping of the wall ...........................................................6-13

Initial groundwater level condition...........................................6-13

6.25 Reproduction of ILIT Results- North Breach ...........................6-14

Geometry and soil layers........................................................6-14

Material properties...................................................................6-14

Initial water boundary condition ..............................................6-14

Water surge ............................................................................6-15

Results.....................................................................................6-15

6.2.6 Reproduction of ILIT Results - South Breach ..........................6-22

Geometry and soil layers........................................................6-22

Material properties...................................................................6-22

Initial water boundary condition ..............................................6-24

Water Surge.............................................................................6-24

Results.....................................................................................6-24

6.2.7 Summary ...................................................................................6-26

6.3 IPET Limit Equilibrium Analyses ........................................................... 6-31

    6.3.1 Model Assumptions ................................................................ 6-31

        Geometry ........................................................................... 6-31

        Piezometric Conditions ..................................................... 6-32

        Soil Layers and Properties ................................................ 6-32

    6.3.2 Reproduction of IPET Results-North and South Breaches ....... 6-32

        Soil Strengths .................................................................. 6-32

        Hydrostatic Gap ................................................................ 6-36

        Loading Conditions ........................................................... 6-36

        Results ............................................................................. 6-42

    6.3.3 Summary ................................................................................ 6-44

7.0 SUMMARY AND CONCLUSIONS ........................................................... 7-1

8.0 REFERENCES ........................................................................................ 8-1

## LIST OF FIGURES

FIGURE 2.1 DESIGN PLAN AND PROFILE ALONG IHNC NORTH BREACH AREA (OCTOBER 1966) ............................................................................................................ 2-11

FIGURE 2.2 AS-BUILT PLAN AND PROFILE ALONG IHNC NORTH BREACH AREA (NOVEMBER 1969) .......................................................................................................... 2-12

FIGURE 2.3 CROSS-SECTIONAL AND OTHER DETAILS OF THE AS-BUILT FLOODWALL ALONG THE NORTH AND SOUTH BREACHES (NOVEMBER 1969) ... 2-14

FIGURE 2.4 AS-BUILT CROSS-SECTIONS ALONG IHNC (EAST) NORTH AND SOUTH BREACHES (NOVEMBER 1969) ...................................................................... 2-15

FIGURE 2.5 DESIGN PLAN FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL 1980) ................................................................................... 2-16

FIGURE 2.6 DESIGN PLAN AND PROFILE FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL 1980) ......................................................... 2-17

FIGURE 2.7 DESIGN CROSS-SECTIONS OF THE FLOODWALL FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL 1980) ..................... 2-20

FIGURE 2.8 RECONSTRUCTED FLOODWALL-LEVEE PROFILES IN THE AREA OF THE NORTH BREACH AT STATIONS 54+00, 55+00, AND 56+00. BASED ON AS-BUILT PLANS DATED NOVEMBER 1969 ..................................................................... 2-20

FIGURE 2.9 DESIGN PLAN AND PROFILE IN THE SOUTHERN PORTION OF THE SOUTH BREACH (OCTOBER 1966) .............................................................................. 2-21

FIGURE 2.10 DESIGN PLAN AND PROFILE IN NORTHERN PORTIONOF THE SOUTH BREACH (OCTOBER 1969) .............................................................................. 2-22

FIGURE 2.11 AS-BUILT PLAN AND PROFILE FOR SOUTHERN PORTION OF THE SOUTH BREACH (NOVEMBER 1969) .......................................................................... 2-24

FIGURE 2.12 AS-BUILT PLAN AND PROFILE FOR NORTHERN PORTION OF THE SOUTH BREACH (NOVEMBER 1969) .......................................................................... 2-25

FIGURE 2.13 AS-BUILT PLAN AND PROFILE FOR NORTHERN PORTION OF THE SOUTH BREACH FROM STATIONS 30+00 TO 31+00 (NOVEMBER 1969) ................. 2-26

FIGURE 2.14 RECONSTRUCTED FLOODWALL-LEVEE PROFILES IN THE AREA OF THE SOUTH BREACH AT STATIONS 22+00, 23+00, 23+67, 25+00, 26+00, 27+00, 28+00, 29+00, 30+00, AND 31+00. BASED ON AS-BUILT PLANS (NOVEMBER 1969) ...................................................................................................... 2-27

FIGURE 2.15 AERIAL PHOTOGRAPHS SHOWING WHERE THE LOCATION OF THE ING 4727 BARGE WAS MOORED IMMEDIATELY PRIOR TO HURRICANE KATRINA (Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97) ........................................................................................2-35

FIGURE 2.16 MEASURED DIMENSIONS OF THE ING 4727 BARGE. (Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97) ...........................................................................................................................2-36

FIGURE 3.1 LOCATION MAP OF REPORTED EVENTS AND OBSERVATIONS PROVIDED IN TABLE 3.1...........................................................................................3-6

FIGURE 3.2 WATER SURFACE ELEVATION (NGVD29 FT) AND BOUNDARY LAYER ADJUSTED WIND VELOCITY VECTORS (KNOTS) DURING HURRICANE KATRINA AT 2:00 AM FROM 5:00 AM TO 12:00 PM (WESTERINK, ET AL, 2006)......................3-7

FIGURE 3.3 WIND SPEED AND DIRECTION AT THE NEW ORLEANS AIRPORT ON AUGUST 28, 2005 .....................................................................................................3-10

FIGURE 3.4 IHNC GAGE RECORDS PLOTTED WITH TIME BEFORE, DURING AND AFTER HURRICANE KATRINA (IPET, 2006b, IV-33).................................................3-13

FIGURE 3.5 TIME PLOT OF MRGO/GIWW GAGE, IHNC USGS GAGE AT 1-10 AND IHNC LOCK GAGE DATA WITH MONDELING RESULTS (Team Louisiana Report Figure 183)....................................................................................................................3-15

FIGURE 4.1 ILLUSTRATION OF THE FLOODWALL MOVEMENT AT NORTH END OF NORTH BREACH.................................................................................................4-17

FIGURE 4.2 PHOTOGRAPH DEPICTS THE ENTIRE SOUTH BREACH WITH POSTULATED SUPERIMPOSED WALL MOVEMENT STAGES. PHOTO DATED SEPTEMBER 26, 2005. NORTHWEST VIEW. (http://www.Gettyimages.com; ID #55772729, September 26, 2005)............................................................................4-54

FIGURE 4.3 ILLUSTRATION OF POINT LOAD IMPACT OF THE BARGE IN THE NORTHERN PORTION OF THE SOUTH BREACH AND THE EASTWARD DISPLACEMENT OF THE WALL..............................................................................4-56

FIGURE 4.4 FLOOD PROTECTION STRUCTURES AND REPORTED SCOUR FROM OVERTOPPING.......................................................................................................4-108

FIGURE 5.1 LOCATIONS OF GROUND SURFACE SECTIONS TAKEN ALONG IHNC EAST.............................................................................................................................5-2

FIGURE 5.2   EAST-WEST GROUND SURFACE SECTION 1 COMPARING LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY ....................................5-3

FIGURE 5.3   EAST-WEST GROUND SURFACE SECTION 2 COMPARING LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY ....................................5-3

FIGURE 5.4   EAST-WEST GROUND SURFACE SECTION 3 COMPARING LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY ....................................5-4

FIGURE 5.5  EAST-WEST GROUND SURFACE SECTION 4 JUST SOUTH OF THE NORTH BREACH AT STATION 52+57 ........................................................................5-4

FIGURE 5.6  EAST-WEST GROUND SURFACE SECTION 5 JUST NORTH OF THE SOUTH BREACH AT STATION 32+89..........................................................................5-5

FIGURE 5.7  EAST-WEST GROUND SURFACE SECTION 6 JUST SOUTH OF THE SOUTH BREACH AT STATION 22+77..........................................................................5-5

FIGURE 5.8  EAST-WEST GROUND SURFACE SECTION 7 THROUGH THE NORTH BREACH AT STATION 54+40 ........................................................................................5-7

FIGURE 5.9  EAST-WEST GROUND SURFACE SECTION 8 THROUGH THE SOUTH BREACH AT STATION 28+94 ........................................................................................5-7

FIGURE 5.10   EAST-WEST GROUND SURFACE SECTION 9 THROUGH THE SOUTH BREACH AT STATION 26+19..........................................................................5-8

FIGURE 5.11   LOCATION OF AVAILABLE "DEEP" BORINGS ALONG THE IHNC (EAST) ........................................................................................................... 5-10

FIGURE 5.12   EAST-WEST CROSS-SECTION 1-1 AT THE NORTH END OF THE NORTH BREACH................................................................................................... 5-13

FIGURE 5.13  EAST-WEST CROSS-SECTION 3-3 200 FT SOUTH OF THE NORTH END OF THE SOUTH BREACH ............................................................................ 5-17

FIGURE 5.14 EAST-WEST CROSS-SECTION 2-2 180 FT NORTH OF THE SOUTH END OF THE SOUTH BREACH ............................................................................ 5-18

FIGURE 5.15 WET DENSITY VERSUS DEPTH FOR THE USC UNIT.................. 5-25

FIGURE 5.16 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE USC UNIT......................................................................................................................... 5-26

FIGURE 5.17 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE USC UNIT FOR UPPER EMBANKMENT (GSE > 0.0 ft NAVD88) .................................. 5-27

FIGURE 5.18 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE USC UNIT FOR TOE AREA (GSE < 0.0 ft NAVD88) ...................................................... 5-28

FIGURE 5.19 WET DENSITY VERSUS DEPTH FOR THE M UNIT ...................... 5-31

FIGURE 5.20 WET DENSITY VERSUS DEPTH FOR THE M UNIT FOR THE UPPER EMBANKMENT (GSE > 0.0 ft NAVD88) ................................................................ 5-32

FIGURE 5.21 WET DENSITY VERSUS DEPTH FOR THE M UNIT FOR THE TOE AREA (GSE < 0.0 ft NAVD88) ............................................................................... 5-33

FIGURE 5.22 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE M UNIT ..................................................................................................................... 5-34

FIGURE 5.23 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE M UNIT BELOW THE UPPER EMBANKMENT AREA ......................................................... 5-35

FIGURE 5.24 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR THE M UNIT BELOW THE TOE AREA ....................................................................................... 5-36

FIGURE 5.25 PEAT AND MARSH PERMEABILITY VALVES VERSUS EFFECTIVE OVERBURDEN PRESSURE (IPET Figure V-17-15) ............................................. 5-38

FIGURE 5.26 WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS .......... 5-41

FIGURE 5.27 WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS FOR UPPER EMBANKMENT AREA (GSE> 0.0 ft NAVD88) .......................................... 5-42

FIGURE 5.28 WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS FOR TOE AREA (GSE < 0.0 ft NAVD88) ................................................................................ 5-43

FIGURE 5.29 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC AND BC UNITS ................................................................................................................. 5-44

FIGURE 5.30 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC AND BC UNITS FOR THE UPPER EMBANKMENT AREA (GSE > 0.0 ft NAVD88) ............. 5-45

FIGURE 5.31 UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC AND BC UNITS FOR THE TOE AREA (GSE < 0.0 ft NAVD88) ........................................... 5-46

FIGURE 5.32 TEST SHEETPILE DEFLECTION PLOTS AT DIFFERENT FLOOD LEVELS (Jackson, 1988) ....................................................................................... 5-48

FIGURE 5.33 AVAILABLE IHNC WATER ELEVATIONS FOR THE USGS GAGE AT I-10 FROM JUNE 27, 2005 TO AUGUST 29, 2005 (Walters, 2009) ......................... 5-50

FIGURE 5.34  GROUNDWATER POTENTIOMETRIC SURFACE MAP ON APRIL 24, 2005 PREPARED BY THE WASHINGTON GROUP INTERNATIONAL, INC (WGI 42537, Bieleck and Lesser, 2005)........................................................................... 5-51

FIGURE 5.35  ESTIMATED GROUNDWATER POTENTIOMETRIC CONTOURS WEST OF IHNC (EAST) FLOODWALL PRIOR TO HURRICANE KATRINA ......... 5-55

FIGURE 5.36 GEOSLOPE 2D SEEPAGE MODEL AT THE NORTH BREACH (NAVD88).................................................................................................................. 5-56

FIGURE 5.37 TOTAL HEAD CONTOURS SHOWING THE PRE-FLOOD PHREATIC SURFACE FOR NORTH BREACH (NAVD88)......................................................... 5-57

FIGURE 5.38 TOTAL HEAD CONTOURS FOR NORTH BREACH FOR PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)......................................................................... 5-58

FIGURE 5.39 PRESSURE HEAD CONTOURS FOR THE NORTH BREACH FOR PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)................................................ 5-59

FIGURE 5.40 HYDRAULIC GRADIENT CONTOURS FOR THE NORTH BREACH FOR PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)................................................ 5-60

FIGURE 5.41 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS FOR THE NORTH BREACH................................................................................... 5-61

FIGURE 5.42 CROSS-SECTION 1-1 THROUGH THE NORTH BREACH SHOWING THE ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES OF THE LAYERS USED IN THE STABILITY ANALYSIS ..................................................... 5-65

FIGURE 5.43 3D SLIP SURFACE FOR A LOCALIZED FAILURE ENCOMPASSING ONE MONOLITH AT THE NORTH END OF THE NORTH BREACH (CASE 13)... 5-67

FIGURE 5.44 3D SLIP SURFACE FOR A LOCALIZED FAILURE ENCOMPASSING TWO MONOLITHS AT THE NORTH END OF THE NORTH BREACH (CASE 14)..................................................................................................................... 5-68

FIGURE 5.45 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR THE NORTH BREACH (CASE 21) ................................................................................ 5-69

FIGURE 5.46 GEOSLOPE 2D SEEPAGE MODEL FOR THE NORTH PART OF THE SOUTH BREACH (NAVD88) ................................................................................. 5-72

FIGURE 5.47 GEOSLOPE 2D SEEPAGE MODEL FOR THE SOUTH PART OF THE SOUTH BREACH (NAVD88) ................................................................................. 5-73

FIGURE 5.48 TOTAL HEAD DIAGRAM SHOWING THE PRE-FLOOD PHREATIC SURFACE FOR NORTH PART OF SOUTH BREACH (NAVD88)......................... 5-74

FIGURE 5.49 TOTAL HEAD DIAGRAM SHOWING THE PRE-FLOOD PHREATIC SURFACE FOR SOUTH PART OF SOUTH BREACH (NAVD88)......................... 5-75

FIGURE 5.50 TOTAL HEAD CONTOURS FOR THE NORTH PART OF SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88) ......................... 5-76

FIGURE 5.51 TOTAL HEAD CONTOURS FOR THE SOUTH BREACH PART OF THE SOUTH BREACH AT PEAK SURGE ELEVATION AT 14.2 FT (NAVD88)............. 5-77

FIGURE 5.52 PRESSURE HEAD CONTOURS FOR THE NORTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)............. 5-78

FIGURE 5.53 PRESSURE HEAD CONTOURS FOR THE SOUTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)............. 5-79

FIGURE 5.54 HYDRAULIC GRADIENT CONTOURS FOR THE NORTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)............. 5-80

FIGURE 5.55 HYDRAULIC GRADIENT CONTOURS FOR THE SOUTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)............. 5-81

FIGURE 5.56 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS FOR THE NORTH PART OF THE SOUTH BREACH............................................. 5-82

FIGURE 5.57 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS FOR THE SOUTH PART OF THE SOUTH BREACH............................................. 5-83

FIGURE 5.58 CROSS-SECTION 2-2 THROUGH THE NORTH PART OF THE SOUTH BREACH SHOWING THE ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES OF THE LAYERS USED IN THE STABILITY ANALYSIS............... 5-84

FIGURE 5.59 CROSS-SECTION 3-3 THROUGH THE SOUTH PART OF THE SOUTH BREACH SHOWING THE ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES OF THE LAYERS USED IN THE STABILITY ANALYSIS............... 5-85

FIGURE 5.60 CRITICAL SLIP CIRCLE FOR CONDITONS AT FAILURE FOR THE NORTH PART OF THE SOUTH BREACH ............................................................. 5-87

FIGURE 5.61 CRITICAL SLIP CIRCLE FOR CONDITIONS AT FAILURE FOR THE SOUTH PART OF THE SOUTH BREACH.............................................................. 5-88

FIGURE 5.62 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR NORTH PART OF SOUTH BREACH.................................................................... 5-89

FIGURE 5.63 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR SOUTH PART OF SOUTH BREACH.................................................................... 5-90

FIGURE 6.1 HYDROGRAPHS SHOWING MEASURED (AND PHOTOGRAPHED) WATER LEVELS AT GAGE STATIONS ALONG THE INNER HARBOR NAVIGATION CANAL (IHNC) ............................................................................................................ 6-6

FIGURE 6.2 THE CROSS SECTION AND SOIL LAYERS OF IHNC LEVEE, NORTH BREACH (MSL-ILIT) .................................................................................................. 6-8

FIGURE 6.3 TOTAL HEAD WITH TIME COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 9 UNDERNEATH THE WALL ..... 6-9

FIGURE 6.4 PRESSURE HEAD WITH TIME COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 9 UNDERNEATH THE WALL... 6-10

FIGURE 6.5 TOTAL HEAD COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 10 AT THE TOE OF THE LEVEE................. 6-11

FIGURE 6.6 PRESSURE HEAD COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 10 AT THE TOE OF THE LEVEE................. 6-12

FIGURE 6.7 PORE PRESSURE GENERATION AT DIFFERENT TIMES AND DEPTHS AT THE INBOARD TOE OF THE NORTH BREACH ............................................. 6-17

FIGURE 6.8 TOTAL HEAD CONTOURS FOR THE NORTH BREACH; STORM SURGE 14.4 FT MSL-ILIT. HEAD CONTOURS AT 1-FOOT INTERVALS OF HEAD ......... 6-19

FIGURE 6.9 THE PRESSURE HEAD CONTOURS FOR THE NORTH BREACH; STORM SURGE 14.4 FT MSL-ILIT.......................................................................... 6-20

FIGURE 6.10 HYDRAULIC GRADIENTS FOR THE NORTH BREACH ON IHNC; STORM SURGE 14.4 FT MSL-ILIT.......................................................................... 6-21

FIGURE 6.11 THE CROSS SECTION AND SOIL LAYERS OF IHNC LEVEE, SOUTH BREACH (NAVD88).................................................................................................. 6-23

FIGURE 6.12 PORE PRESSURE GENERATION AT DIFFERENT TIMES AND DEPTHS AT THE INBOARD TOE OF THE SOUTH BREACH................................ 6-25

FIGURE 6.13 TOTAL HEAD CONTOURS FOR THE SOUTH BREACH; STORM SURGE 14.4 FT MSL-ILIT. HEAD CONTOURS AT 1-FOOT INTERVALS OF HEAD ...................................................................................................................... 6-27

FIGURE 6.14 THE PRESSURE HEAD CONTOURS FOR THE SOUTH BREACH; STORM SURGE 14.4 FT MSL-ILIT........................................................................ 6-28

FIGURE 6.15 HYDRAULIC GRADIENTS FOR THE SOUTH BREACH ON IHNC; STORM SURGE 14.4 FT MSL-ILIT........................................................................ 6-29

FIGURE 6.16 UNDRAINED SHEAR STRENGTH WITH ELEVATION (NAVD88).. 6-34

FIGURE 6.17 EAST BANK (NORTH BREACH), CASE 2, DESIGN CANAL WATER LEVEL = 10.5 FT (NAVD 88), WITH CRACK, AFTER IPET – APPENDIX 11. ....... 6-38

FIGURE 6.18 NORTH BREACH FAILURE, DESIGN WATER LEVEL = 10.5 FT (NAVD88), WITH CRACK, MEA ANALYSIS ............................................................ 6-39

FIGURE 6.19 EAST BANK (SOUTH BREACH), CASE 4, DESIGN CANAL WATER LEVEL = 12.5 FT (NAVD 88), WITH CRACK, AFTER IPET – APPENDIX 11. ....... 6-40

FIGURE 6.20 SOUTH BREACH FAILURE, DESIGN WATER LEVEL = 12.5 FT (NAVD88), WITH CRACK, MEA ANALYSIS ............................................................ 6-41

## LIST OF PHOTOGRAPHS

Photo 2.1 East bank of IHNC on October 18, 1996. Photo depicts significant industrial development along waterfront and the presence of the Galvez Street Wharf on the west side of the canal across from the South Breach area. Also note the Florida Avenue Bridge had not been constructed. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.)...................................................................................................... 2-2

Photo 2.2 IHNC between Claiborne and Florida Avenue Bridges. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture) 2-3

Photo 2.3 East Bank of IHNC with all infrastructure, as well as the Galvez Street Wharf on west side are removed. Photo dated November 13, 2002. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.) ..................................................... 2-4

Photo 2.4 IHNC between Claiborne and Florida Avenue Bridges. Note there has been additional excavation along the floodwall waterfront and trailers along floodwall at the North Breach Area. Photo was taken in February 2004. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture)..... 2-5

Photo 2.5 Infrared photograph of IHNC between Claiborne and Florida Avenue Bridges. Photograph indicates that isolated low spots are present in the floodwall waterfront ground surface adjacent to the North Breach and South Breach. The photograph is dated February 2004. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture) .......................................................... 2-6

Photo 2.6 IHNC east waterfront on April 13, 2005. Note significant excavation between the North and South Breach areas, and additional excavation at canal at North Breach and at south end of South Breach. (Air photo with remarks provided by R. B. Bea and D. Cobos-Roa, 2008.)...................................................................................................... 2-7

Photo 2.7 IHNC east between Claiborne and Florida Avenue Bridges. WGI trailers which were present along floodwall near Florida Avenue are gone. Ponded area adjacent to North and South Breach are absent. Additional excavation is present between the North and South Breach areas and at south end of the South Breach. Air photo dated June 2005. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture) .......................................................... 2-9

Photo 2.8 Eastside of IHNC just north of South Breach, before April 13, 2005 and after Hurricane Katrina, showing low areas adjacent to floodwall had been filled prior to flooding. (Air photos provided by B. Gilbert email, dated May 15, 2008.)................. 2-10

Photo 4.1 Still of earliest available video of the North Breach after Hurricane Katrina. Floodwaters flowing back into the canal. Video dated August 30, 2005 at 12:55 pm. Floodwater level low enough to see ground surface on waterfront side. South view. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian

A. Gilbert, P.L.C., location of video: IHNC files\CDs\dvd's 6-3-08\Mark Price\Files\Photos-videos 1\P3\Captured CCD\Katrina10.mp2. Video dated August 30, 2005)...................................................................................................................... 4-2

Photo 4.2 North Breach at the Lower Ninth Ward. Water is shown flowing back into the IHNC. Note entire area in the vicinity of the breach has been eroded away. Photo dated August 31, 2005 (Preliminary ILIT report dated November 2, 2005, Figure 4.7)......... 4-3

Photo 4.3 No-flow condition at the North Breach. Back erosion in front of the failure and along the south end of the breach is present. Also, the photograph depicts an east-west ridge of sediments deposited from eastward to southward floodwater flows into the Lower 9th Ward. East view. (IPET report, Appendix Volume 14)................................. 4-4

Photo 4.4 IHNC between Claiborne and Florida Ave. Bridges in October 2005 showing the North and South Breaches. Note the slight bend at the south end of the North Breach Compared to the South Breach. The Floodwalls at the North and South Breaches scaled to a maximum east end displacement of 80 ft and 195 ft, respectively. (Air Photo Provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture) ............................................................................................ 4-5

Photo 4.5 Temporary levee installed on canal side across the North Breach. At the north end of the breach, east-west ridge of washed sediment on north side is present. Note exposure of the sheetpile just north of the failure on land side from in-rush of floodwater when the wall was displaced eastward at the end of the breach and water-filled scour trench just south of failure. Closer to the breach, the trench appears fairly uniform width but wider than it is to the south. Just north of the breach at the floodwall corner (where the wall elevation is 1 ft higher than at the failure reach) no scour can be seen. Southwest View. (IPET website, Post-Katrina, Presentations, "The Anatomy of a Disaster" dated June 7, 2006)................................................................................... 4-6

Photo 4.6 Installing temporary levee in front of North Breach. Note broken and missing concrete at monolith joints. Concrete completely missing where it has "fanned" downward. Note floodwall at north end of the breach has translated about 80 ft to the east and rotated about 270°. West View. (IPET Appendix Volume 6 and L. Harder, October 14, 2005). ...................................................................................................... 4-7

Photo 4.7 Abrupt tear at north end of North Breach. Continuous (unjointed) concrete panel to north corner with breach occurring at construction joint. Note sheetpile at south end of this panel was pulled laterally eastward out of bottom of the concrete panel and tore just south of the interlock with adjacent sheet. Note the smooth "curved" surface from concrete against sheetpile at south end of the existing monolith. The eastward displaced sheetpile appears to have been also torn off the sheetpile in the older southern monolith. The southern monolith had a lower top elevation of 1 ft. Northwest view. (see NB-8, LNA 001159)..................................................................................... 4-8

Photo 4.8  North end of North Breach. Appears steel rebar was used in monolith to the north. Note the sheetpile is torn off and rebar is bent landward. Opposite view of Mr. Villavasso, when he observed the failure. Northeast view  (Photo produced by LaFarge, North America, LNA001155). ....................................................................................... 4-9

Photo 4.9 North Breach showing north end of the floodwall laying flat on ground having rotated 270°. Except for where wall has been twisted upside down, the greatest fragmentation and twisting strain appears be at the construction joints. Southeast view. (Photo produced by LaFarge, North America, LNA001148)...................................... 4-10

Photo 4.10  Most of the North Breach to the south end. The failed floodwall displaced eastward and twisted 270° with sheetpile completely out of the ground close to the south end. The twisting of the sheetpile indicated (without tearing) appears up to 28° in 4.5 ft. Note in this section there has been rotation along the interlock joint. South view. (Photo produced by LaFarge, North America, LNA001158)...................................... 4-11

Photo 4.11 South end of North Breach. Washout from flow of floodwaters into Lower 9th Ward can be seen along wall at south end exposing sheetpile. South view. Photo taken on October 4, 2005. (Preliminary ILIT Report dated November 2, 2005, Figure 4.11)................................................................................................................. 4-12

Photo 4.12 depicts the more gradual twisting of the wall at the south end of the North Breach. Torsion or twisting strains greatest at the joints. Note from the flow of floodwaters into the Lower 9th Ward the levee soil was washed along the wall and exposed the sheetpile. At the joint in the middle of the photo, the sheetpile appears to have been peeled off the back of the wall south of the joint. South view. (Photo produced by LaFarge, North America, LNA001142) .................................................. 4-13

Photo 4.13 South end of the North Breach with floodwall twisted down slope. Note discrete deformations at joint locations. North View. (IPET website, "Post-Katrina," "Lake Pontchartrain LA," 9th Ward Photos, dated October 26, 2005) ....................... 4-14

Photo 4.14  Earliest available photograph where canal water is still flowing into the Lower 9th Ward but hasn't reached top of school bus and is now below the crown of the levee. In the northern portion of breach, back erosion occurred to the west, and the upper portions of the earthen levee are gone. Location of the turbulent flow along canal ridge near the middle of the breach may have been the south end of the initial failure where canal water flowed in along the twisted floodwall, such as is present along the north and south ends of the breach. Note, where present, the top of ridge appears to be close to the same elevation as adjacent unfailed sections. Also, the canal and land-side levee ridges are not parallel. Northeast view. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Appendix Volume 14," by U.S. Army Corps of Engineers, June 2007) .................................................. 4-19

Photo 4.15 Photograph of southern part of South Breach after Katrina. Floodwater, which is to the top of the school bus, is now flowing out of the Lower 9th Ward with the canal water at a lower elevation than in Photo 4.14. Note only canal-side levee ridge visable due to erosion from water flowing into the Lower 9th Ward. Southeast View. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Appendix Volume 17," by U.S. Army Corps of Engineers, June 2007) ......................................................................................................................... 4-20

Photo 4.16 Photograph of South Breach showing flow from the Lower 9th Ward into the canal. Note that at this time waterfront ground surface is visible and land-side levee ridge is not visible. Also, back-erosion is now apparent in this photo at the south, as well as north ends of breach from canal water flowing into the Lower 9th Ward. ("9th Ward Barge and Levee Photos") ......................................................................................... 4-21

Photo 4.17 Photo indicates the time was 2:35 pm on the day of Hurricane Katrina. At this location there appears to be a no-flow condition across the South Breach. Note no land-side and only a canal-side ridge is present across a small portion of breach. Waterfront ground surface now present at a water elevation estimated at 8 ft based on hydrograph data. Barge can be seen on flood side just south of the breach. West view. (IPET Appendix Volume 5, by U.S. Army Corps of Engineers and Team Louisiana final report entitled "The Failure of the New Orleans Levee System during Hurricane Katrina" dated December 18, 2006) ......................................................................................... 4-22

Photo 4.18 Photo is an aerial view of the South Breach after Hurricane Katrina with a significant amount of floodwater still pooled on Jourdan Ave. As can be seen in the photo, most of the concrete floodwall segment has broken off the sheetpiling in the northern half whereas towards the southern half, much of the concrete wall has remained attached to the sheetpiling. The northern part of the failed floodwall displaced up to about 180 ft to the east and beyond Jourdan Ave. In the southern part of the breach, the wall displacement was fairly uniform and on the order of 50 ft. In about the middle of the breach, there is a significant "vertical" face, which can also be seen in Photo 1, where turbulent flow into the canal was observed. This location was likely the momentarily south end of the progressive failure of the floodwall. Northeast view. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Volume V - The Performance - Levees and Floodwalls," by U.S. Army Corps of Engineers, June 2007) ................................................................................ 4-23

Photo 4.19 Photo of the south part of the South Breach. The photo appears to have been taken prior to Hurricane Rita, as the ING 4727 Barge is to the east of the school bus, but after temporary levee material had been placed to the west. The final resting place of the barge was on the bus. IPET alleges that the longitudinal ditch shown in the photo is a remnant of the scour trench. But the depth and width of the "trench" or "slough" does not appear to be consistent with this interpretation. This also can be seen in a later picture of the "slough" before Rita (see Photo 4.20.) No bottom elevations of

the "trench" are available. Trench could also have resulted, however, from displacement of sheetpile from the lateral impact force by the barge (see Figure 4.14). Note the floodwall has been displaced fairly uniformly to the east at about 50 ft. At the south end of the breach, the wall is twisted landward and the soil adjacent to the sheetpile has been washed away during the flooding. The photograph indicates that the water level in the slough at the south is at about elevation -2.2 ft, or almost 9 ft below the levee crown (based on as-built drawings). Therefore, the toe of the sheetpile at this location would be about 8 ft below the water surface. Note wood pole on levee slope, which is south of the breach, was not knocked down by barge. South view. (https://ilpet.wes.army.mil/, post Katrina photos, by U.S. Army Corps of Engineers)............................................. 4-24

Photo 4.20  After Hurricane Katrina, where canal water had eroded temporary levee and was flowing into the Lower 9th Ward on September 12, 2005, through South Breach. Note at this time barge is not on the school bus. Later flow out of the canal from Hurricane Rita floodwater caused barge to flow on top of school bus. Photo also indicates the significant depth of the slough along the wall alignment. Water level in the slough at the arrow projects out at about 10 ft below the crown, or an elevation of -3.5 ft. The slough appears widened from flow along failed floodwall at south end. Photograph also shows longitudinal sinusoidal bowing just south of the failure. North view. (http://www.Gettyimages.com, ID#71545243, September 11, 2005) ......................... 4-25

Photo 4.21 South Breach during Hurricane Rita. Water level was below floodwall but still flowing into the Lower 9th Ward through the levee. Note that the drill rig parked on floodside north of breach appears to have been left there before Hurricane Katrina, and that the barge was not on top of the school bus. This photo was taken on September 23, 2005, at 6:57 pm. South view. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/Ind Canal, September 3, 2005) .......... 4-26

Photo 4.22 Photograph depicts the entire South Breach. Note the longitudinal sinusoidal bowing of the wall immediately to the south of the breach, that the pole just south of breach on land side of the levee was not impacted by the barge movement, and that flattened floodwall is tilted slightly upward near southern end of the breach. Photo dated September 26, 2005. North view. (http://www.Gettyimages.com, ID#55772729, September 26, 2005).................................................................................................. 4-27

Photo 4.23 Photograph of the displaced sheetpile at the South Breach and the barge. At the time the photo was taken, a temporary levee was being installed after Hurricane Rita. Note the northern portion of the sheetpile extended across Jourdan Ave. Northeast view. (ILIT report entitled "Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005") .................................. 4-28

Photo 4.24  Photograph of South Breach after Hurricane Rita. Temporary earthen levee appears to have been completed. Photo dated October 14, 2005. South view. (IPET Appendix Volume 2, by U.S. Army Corps of Engineers, ILIT, Figure 1.9, Photo by Les Harder)................................................................................................................... 4-29

Photo 4.25 Depiction of the scour trench to the north of the South Breach which appears of uniform width. Also, concentrated deformation at the construction joint exists along the twisted floodwall at the north end of the breach which has displaced downslope. South view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005, and IPET Report Figure 14-26.).....................................4-30

Photo 4.26 The floodwall at the north end of the South Breach twisted downslope. Significant deformation occurred along the construction joint. At the joint towards the middle of the wall panel there appears to be early land side compressive spalling. South view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 10, 2005).........4-31

Photo 4.27 Depiction of the downslope twisting of the floodwall at the north end of the South Breach. Essentially all the sheetpile for the most twisted concrete panel (to the south) is no longer embedded. Some embedment also has been removed from the northern panel sheetpile. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005.).....................................................................................4-32

Photo 4.28 North end of South Breach. Predominant twisting and bending strains resulting in debonding in bottom and spalling in upper portion of the wall. Note rock fill installed against wall where floodwaters washed out the levee materials exposing sheetpile.  Photo dated October 4, 2005. Northwest view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "9th Ward") ... 4-33

Photo 4.29 A depiction of a more than 90° downward twist of the floodwall at the north end of the South Breach. Beyond the construction joint of the most northern twisted panel, the floodwall concrete has been completely disintegrated with the sheetpile lying on the top of the ground. End of upper panel shown in the photo appears to have been only slightly damaged. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 6, 2005.) ..............................................................................................4-34

Photo 4.30 A depiction of the north end of the South Breach. Concrete floodwall is fairly intact north of construction joint. To the south of this joint, the wall is twisted downslope more than 90° in less than two panel lengths. Northern most twisted panel shows significant concrete fragmentation and reinforcement exposure.  These areas have the minimum concrete cover over the sheetpile, whereas in intermittent areas have the greatest cover, and this infill-reinforced concrete remained more "intact". In the southern panel, the concrete essentially disintegrated with the sheetpile lying on the top of the ground. Photo dated October 6, 2005. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity") .....................................................................................................4-35

Photo 4.31 About in the middle of the South Breach where greatest horizontal curvature section is present. Note tensile debonding on bottom parts of panels and compressive spalling in the upper segments. Photo dated October 4, 2005. Northeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "9th Ward") .................................................................................................................. 4-36

Photo 4.32 Photograph of the southern portion of the South Breach. Most of the monolith concrete remained on the sheet pile in this section with frequent "vertical" cracking and spalling, as well as some concrete missing in localized areas at the "top" of the wall. Note there is no tensile debonding in lower portion of wall. South view. (IPET report dated January 10, 2006, Figure 13-24) ........................................................... 4-37

Photo 4.33 Photograph of southern part of South Breach after Hurricane Rita with barge in background. Floodwall has been exhumed and flattened and the wall has been sheared off at the south end. Note that the sheared end is south of the monolith joint and is at an acute angle. Photo dated September 26, 2005. East view. (Photograph from http://www.gettyimages.com ID #55772555) ...................................................... 4-38

Photo 4.34 A depiction of the south end of the South Breach where the top of floodwall was sheared off and the vertical rebar has been bent horizontally landward. The sheared off portion of the wall occurred at the horizontal cold joint between the 3-ft top pour and bottom pour which contains the embedded sheetpile. Horizontal rebar are also bent in landward where exposed at the north fracture surface in the upper pour. Note rock fill was installed along floodwall where levee washout exposed the sheetpile. Photo dated October 6, 2005. South view. (Photo published by Army Corps and Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity") ............................................................................................................... 4-39

Photo 4.35 South end of South Breach where the top of the concrete wall has been sheared off beyond the vertical monolith joint. Note tensile debonding due to twisting and bending. Photo dated October 6, 2005. Southeast view. (Photo published by Army Corps and Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity," "IHNC- Inner Harbor Navigation Canal" photos) ....... 4-40

Photo 4.36 Photo taken after Hurricane Rita shows the south end of the South Breach where the top 3 ft of the concrete has been sheared-off to the cold joint and the vertical and horizontal bars are bent landside. The crumbled concrete from the upper portion of the wall is adjacent to lower portion of wall. At the construction joint at the north end of the sheared panel the sheet. Photo dated September 30, 2005. Southwest view. (Photo from http://www.Gettyimages.com, ID#55832357) ..................................................... 4-41

Photo 4.37 A depiction of the top of the sheared-off panel at the south end of the South Breach. To the east, the top of the sheared panel appears to be more fragmented. Upper parts of sheetpile are exposed as the concrete has been "spalled" off. Photo is dated September 27, 2005. Northwest view. (Photo published by Army Corps of

Case 2:05-cv-04182-SRD-JCW Document 19396-2 Filed 11/13/09 Page 22 of 170

Engineers on http://ipet.west.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity") ...................................................................................................................... 4-42

Photo 4.38 Photograph shows the top of the sheared-off floodwall at the south end of the South Breach and essentially flat-lying floodwall to the north which has been displaced about 50 ft to the east. The concrete appears to have been gouged off the top of the floodwall in the nearest flattened monolith. To the south, the rebar appears bent over concrete immediately above the sheetpile. Also, an obviously wider scoured "slough" from flow along the wall to the south can be seen. Note scour wall in levee to the east of the sheared-off wall from flooding. Northeast view. (Photo from hard drive obtained from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/9[th] Ward Barge and Levee Photos, September 2005) .............................................................................. 4-43

Photo 4.39 South end of South Breach showing vertical rebar bent inward and perpendicular to the laterally bent inward floodwall. Photograph dated October 14, 2005. (Ingram Barge/KC764 Part A/ Katrina photos/Aftermath/9[th] Ward Levee by Andres Bocher-FEMA) ........................................................................................................... 4-44

Photo 4.40 The top of the sheared-off portion of the concrete floodwall above the cold joint where rebar is bent land side. Concrete above the cold joint is sheared off beyond the vertical panel joint. Also, note the exposure of the reinforcement in areas of higher stress in the wall. Photo is dated October 6, 2005. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity").................................................................................... 4-45

Photo 4.41 A depiction of the sheared-off end of South Breach showing the acute vertical fracture surface and the horizontal cold joint. The horizontal rebar has been bent southward. Note this photo appears to have been taken after Photo SB28 as the concrete above the construction joint on the landside has been removed. Southwest view. Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) ) ...................................................................................................................... 4-46

Photo 4.42 A depiction of the south end of the breach where the top portion of the concrete wall has been sheared off with rebar bent land side and the resulting crumbled concrete pushed below and behind the remainder of the wall. To the north of this section, the wall lies fairly flat and is displaced eastward about 50 ft. To the south of breach, a fairly uniform scour trench is present adjacent to the wall. Note the concrete ridge above the horizontal construction joint at the south end of the failure. "Dunbar" photos dated September 27, 2005. North view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "IHNC") ..................... 4-47

Photo 4.43 South end of the South Breach showing rebar bent landward perpendicular and across construction joint. Displaced curvilinear wall section lower to northeast. As barge scraped across the construction joint, the canal-side vertical rebar was exposed and the upper portion of the wall was broken and pushed over the wall below the joint

level. A scour trench formed from overtopping over the sheared-off wall segment. Note that at the end of the failure, concrete displaced southward and that the concrete below the joint has had minimal spalling. Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "IHNC", dated September 27, 2005) ...4-48

Photo 4.44 Final Resting Position of the ING 4727 barge which is oriented northeast-southwest and in location across Jourdan Ave. and N. Roman St. Also, note the uniform levee slope behind the floodwall. North view. (Photo provided by Boutte Blair). ..........4-59

Photo 4.45 Southeast of the ING 4727 barge at final resting place. Northwest view. (IPET website, "Post-Katrina," "Lake Pontchartrain LA," 9th Ward Photos, dated October 2, 2005) ....................................................................................................................4-60

Photo 4.46 Northwest and southwest sides of the ING 4727 barge. Barge in final resting place. Northeast view. (IPET website, "Post-Katrina," "Lake Pontchartrain LA," IHNC Inner Harbor Navigation Canal, Sills_Vroman, dated October 6, 2005) .......................4-61

Photo 4.47 Northeast end of Barge ING 4727. Barge in final resting place. (Photo from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C., location of photo: Photos by Mr. O'Dwyer/Pictures #2/ High Res/1.jpg, CD provided by Bartlett) ........................4-62

Photo 4.48 Southeast side of Barge ING 4727 barge in final resting place. Note power pole below barge is approximately perpendicular to it. North view. (IPET website, "Post-Katrina," "Lake Pontchartrain LA," 9th Ward Photos, dated October 2, 2005)...............4-63

Photo 4.49 Parallel scrapes along southwest end and along bottom of ING 4727 barge. Spacing of scrapes range from 6 in. to 13 in. (Photos taken by H. Pazos)...................4-64

Photo 4.50 Parallel scrapes along southwest end and bottom of ING 4727 barge. In the bottom photo the spacing of scrapes are at about 11 in. (Photos taken by H. Pazos) .......................................................................................................................4-66

Photo 4.51 Parallel scrapes along southwest end and bottom of ING 4727 Barge. In bottom photo spacing of scrapes from about 7 in. to 13 in. (Photos taken by H. Pazos) .......................................................................................................................4-67

Photo 4.52 Parallel scrapes along bottom of ING 4727 barge. Scrapes are spaced at about 6 in. to 13 in. (LNA001110). ...............................................................................4-68

Photo 4.53 Northeast end of the Bilge Plate of the ING 4727 barge. Note no scrapes are present on this end of the barge (LNA001090). ...........................................................4-69

Photo 4.54 Citrus Back Levee Breach along north side of GIWW. Breach is 2,000 ft long and is called NOE 04 by IPET. Uniform tilting of the I-wall from landward rotation of the wall and a water filled gap has formed between sheetpile and ground. Except for twisting joint related deformation at the end of the breach there is little concrete wall

damage. Note significant washout out of inboard levee crown. East view (from IPET Report Volume V, Figure 13-34). .................................................................................4-70

Photo 4.55 Citrus Back Levee I-wall breach on flood side in the maximum tilt area. In this section there is minimal concrete wall damage due to the uniform rotation of the wall. Outboard water-filled gap resulted from wall rotation. East view. (from IPET Report, Volume V, Appendix 17, Figure V-17-40) ........................................................4-71

Photo 4.56 West end of the Citrus Back Breach. Appears from this photograph that the I-wall rotated as much as about 30° inboard. At this end of the 2,000 ft breach some concrete spalling from bending and concentrated twisting at the monolith joints can be seen. Note the significant washout along the wall inboard and these soils adjacent to floodwall appear silty. East view. (from IPET Report,  Volume V, Figure 78). ..............4-72

Photo 4.57 Citrus Bank I-wall east of breach section on in board side. Levee material appears more cohesive than in the vicinity of the breach (see Photo B-3). Along this section despite deep scour wall remains noticeably vertical and still stable. West view. (from IPET Final report, Appendix 17, Figure V-17-38) ................................................4-73

Photo 4.58 I-wall Breach along Mississippi River in Plaqesmines Parish. I-wall has translated and rotated inboard with significant inboard washout from overtopping. From this floodwall movement a slough-like gap formed on the outboard side. Photograph indicates a maximum horizontal bends at ends of 15°-20°. Southeast view. (Photo produced by LaFarge, North America, LNA001162) .....................................................4-75

Photo 4.59 I-wall breach along Mississippi River in Plaqesmines Parish. Floodwall has translated and rotated with inboard washout from overtopping and outboard gap development. Based on this photograph the wall has rotated about 50°. Southeast view. (Photo produced by LaFarge, North America, LNA001165).........................................4-76

Photo 4.60 South end of I-wall breach along the Mississippi River in Plaqesmines Parish. All twisting and bending deformations resulted in the joints with no noticeable damage to the concrete panels. Photo shows wall had rotated to about 50 maximum. Ground has slumped into the gap created by the wall movement. Note photo has a slight tilt as poles in background are not tilted. Photograph is dated November 2005. (Photograph from NOHPP website:  Post-Katrina/Photographs/Plaquemines Parish 2005.11(Nov)/ Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)...................................................................................................... 4-77

Photo 4.61 Central area of I-wall breach along the Mississippi River in Plaqemines Parish. Segment of floodwall in foreground depicts fairly uniform rigid body tilt with little exhibited deformation. At the north end of the breach inboard twisting in panel joints can be seen. Ground has slumped in behind created gap. Note photo has slight tilt as poles in background are not tilted. Photograph is dated November 2005. Northwest view. (Photograph from NOHPP website:  Post-Katrina/Photographs/  Plaquemines Parish

2005.11(Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)...................................................................................................... 4-78

Photo 4.62 North end of I-wall breach along the Mississippi River in Plaqemines Parish. Generally gradual twisting in panel joints without damage to the concrete wall monoliths. Note water stop failure from joint deformations. Also, ground has sloughed in gap formed from inboard wall rotation and translation. Embankment appears silty to coarse grained. Photograph is dated November 2005. Southeast view. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/ Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)...................................................................................................... 4-79

Photo 4.63 Flood side of I-wall in Plaqemines Parish. Note location of sheetpile gap is marked by the green hose adjacent to floodwall which is also depicted in Photo 4.64. As can be seen in this photograph there is no noticeable deflection of the I-wall in this area. In the background is leaning floodwall depicted in Photo 4.65. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/ Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)......................................................................... 4-81

Photo 4.64 Bottom of I-wall in Plaqemines Parish. Gap between sheetpile sheets at monolith joint, however, no joint displacement exhibited. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)......................................................................... 4-82

Photo 4.65 Flood side of Plaqemines Parish I-wall. Photograph is along same reach as Photo 4.63. Wall rotation and translation resulting in gap froming between wall and embankment. The associated unsupported earth resulted in sloughing-in of material. In foreground diagonal twisting cracks can be seen. Note there are other areas which exhibited this same behavior. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)...................................................................................................... 4-83

Photo 4.66 Floodwall breach (IHNC 02) at along IHNC (west). I-wall breach scales to be 160 ft long with a maximum lateral deflection of 15 ft. The ends at the I-wall failure are bent inward about 25°. Note that by this time the crown of he protected side of the levee has been washed away and that no back scour has occurred on the flood side at the breach. Photo taken on August 31, 2005. (Photo taken from IPET Volume IV Figure 127)....................................................................................................................... 4-84

Photo 4.67 Floodwall breach along IHNC (west) depicting flooding from Hurrican Rita. Note that no temporary protection against flooding was placed prior to Rita. Photograph was taken on September 24, 2005. South view. (Photo from http://www.Kathryncramer.com/Kathryn_cramer/Katrina) ............................................ 4-85

Photo 4.68 Floodwall breach (IHNC 02) along IHNC west North of Florida Ave. about 160 ft of I-wall has displaced and rotated westward. Based on the water levee at the north end of the breach it appears that the most deflected portion may be 4-5 ft lower in elevation. Note scour trench adjacent to the wall failure on protection side and slumping on the flood side. Also, no noticeable warping of unfailed wall despite significant scour. South view (Photo taken from http://www.nd.edu/~jjwteach/30125/Gilmore Breifing_Lower9thIHNC_2006.pdf) ........................................................................................ 4-86

Photo 4.69 Aerial photograph of I-wall breach (IHNC 02) at IHNC West. Breach scales to be 160 ft long. Note breach had been backfilled with crush stone from temporary flood protection and used as an access road. Photograph taken in October 2005 (from Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture) .............................................................................................4-87

Photo 4.70-Wall breach at IHNC west (IHNC 02) after backfilled which apparently created additional wall damage. Concrete wall shows twist deformation but minimal debonding or shattering of concrete. From photo Post-Rita twist from end to middle of breach is about 45° (over about 80 ft). Photograph taken on October 2, 2005. North View. (from https://ipet.wes.army.mil/-Post-Katrina/Photographs/Lake Pontchartrain LA 2nd Vicinity/IHNC~Inner Harbor Navigation Canal/Photographs combined in pdf/IHNC West Central 2005.10(Oct) 02 IHNC West Central_Dunbar.pdf) .................................4-88

Photo 4.71South Breach along the east side of London Ave. Canal. Breach is about 110 ft long and scales to have a maximum lateral deflection of about 20 ft at the top of the wall. Most of the yielded sections are below water level. Note at south end of breach, the panel furthest from breach is bent more than the nearest. Northwest view. (Photograph from IPET Report Volume 5, Figure 35) .................................................4-90

Photo 4.72 Panel joint along the South Breach of the London Ave. Canal. Joint has separated both in longitudinal and transverse directions with the water stop pulled out. Transverse debonding of the concrete from the sheetpile due to bending. Bending cracks can also be seen in the lower concrete to the right. Note sheetpile cutout, apparently to install waterstop to depth. (from NOHPP website-Post-Katrina/ Photographs/ Lake Pontchartrain LA and Vicinity/London Canal/ South Site 2005.10(Oct) 27Sills_Vroman) .....................................................................................4-91

Photo 4.73 North Breach along the west side of London Ave. Canal. This breach is 410 ft long with fairly uniform top of wall displacement of about 17 ft. Northern part of the breach is more tilted (or panel has detached) as this section is submerged and on the order of 10 ft below the as-built top of wall. Also, washout of flood side levee in this section exist. East view. (Photograph from ILIT Draft report titled: "Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005)"..........................................................................................................................4-93

Photo 4.74 North Breach along the west side of the London Ave. Canal. This photograph is probably after the previous as there is no flow across the breach. Note

playhouse to right appears to be elevated on piles and undisturbed. Northeast view. (Photograph from IPET Report, Volume V, Figure 36)..................................................4-94

Photo 4.75 North Breach along the west side of the London Ave. Canal. Photos shows soil-filled gap between floodwall and flood side levee and old pre-floodwall sheetpile that was left inplace and is supporting the outboard levee. Fairly uniform tilt to panels is depicted, however, about midway there is an inboard offset accompanied by additional inboard panel tilt. Based on this photograph the south portion of the concrete wall is tilted about 50° inboard after temporary fill has been placed behind it. Photograph dated September 16, 2005. North view (from Team Louisiana Final Report, Figure 117). ....4-95

Photo 4.76 South end of North Breach on west side of the London Ave. Canal. Twisting wall deformations at the end of the breach occurred at panel joints with exposed concrete panels showing little damage. At the I-wall-sheetpile connection a noticeable transverse offset can be seen at the joint where the row boat is located. Note old sheetpile wall in front of the floodwall retaining flood side levee. South view (from NOHPP website- Post-Katrina, Photographs Lake Pontchartrain LA and Vicinity/ London Canal Photograph/originals London-West-Robert B Lee Breach 2005.09 (29)_Dunbar)..................................................................................................................4-96

Photo 4.77 Panel joint at the North Breach along the London Ave. Canal. Separation along the joint has caused water stop to fail. Further stress relief cracking present from bending at I-wall-sheetpile connection (Photo taken by H. Pazos)................................4-97

Photo 4.78 17th St. Canal Breach. Flooding has virtually submerged the entire displaced floodwall. Based on the flood-line in the canal the submerged section of the rotated and displaced wall has moved downward at least about 14 ft. The backfilling operation to the north has defected the wall inboard. Note overtopping scour can not be seen north of the breach. South view (Photo taken from IPET Report, Volume V, Figure 9).............4-99

Photo 4.79 17th St. Canal Breach. Displaced sections on the north and south sides of the breach, where much of the land side washout originated are submerged. Rotated and displaced submerged sections had settled least about 14 ft. Note at both ends of the I-walls have remained essentially vertical. View east. Photograph dated about 2 pm on August 29, 2005. (Photo taken Team Louisiana Final Report titled "The Failure of the New Orleans Levee System During Hurricane Katrina," dated December 18, 2006, Figure 121)...............................................................................................................4-100

Photo 4.80 North end of the 17th St. Canal breach. Floodwaters are flowing through the breach a day after Hurricane Katrina. Two partially submerged floodwall panels have been displaced inboard and appear to at least be partially detached from the subjacent sheetpile. Note water line is above the flood side crown and that the floodwall has separated from land side levee which appears to be the result of the wall bending back toward the canal as the levee material slumped inward (also see Photo 4.81). Southeast view. (Photo taken from Team Louisiana Final Report titled "The Failure of the New Orleans Levee System During Hurricane Katrina," dated December 18, 2006, Figure 56).

Photo 4.81 Submerged south end of the 17th St. Canal Breach. This photograph appears to have been taken during the same time frame as Photo 4.80. From the landward movement of I-wall and levee residential structure were "crushed" together. Lateral displacement in this area was reported at 45 ft. At the south end the floodwall appears to be bent over and laterally rotated. South view. (from IPET report Volume V, Figure 10)....................................................................................................................4-102

Photo 4.82 I-wall breach at 17th St. Canal during the installation of the temporary levee. Only displaced floodwall segments on both ends of the breach can now be seen. Note that the I-wall segment on the north end now appears to have the same relative location as the one on the south end after it at least partially detached from the subjacent sheetpile. Southeast view. (Photo taken from http://graphics8.nytimes.com/images/ 2008/02/01/us/01corps_600.jpg).................................................................................4-103

Photo 4.83 South portion of the 17th St. Canal. This is the southern submerged section in Photos 4.79 to 4.81. Exposed concrete panel intact bent over with transverse and longitudinal separation in panel joints. Landward panel rotation appears to be on the order of 60°. South view. (from NOHPP website/ Post-Katrina/Lake Pontchartrain LA and Vicinity/ 17th Street- 2005 Sep Oct Nov/ Photographs originals/2005.09 (Sep) 26 17th Breach/P1010051.jpg)..........................................................................................4-104

Photo 4.84 South portion of the 17th St. Canal Breach. Photo shows panels in Photo 4.83 and the next to the south. This southern intact panel appears completely bent over. Southwest view. (Photo taken by H. Pazos)................................................................4-105

## LIST OF TABLES

TABLE 2.1 CONCRETE COMPRESSIVE STRENGTH RESULTS FROM CORES FOR IHNC I-WALL .......................................................................................................2-30

TABLE 2.2 RESULTS FROM TENSILE TESTS ON REBAR SPECIMEN FROM I-WALL CONCRETE ALONG IHNC....................................................................................2-31

TABLE 2.3 RESULTS FROM TENSILE TESTS ON WEB STEEL SPECIMEN I-WALL SHEETPILE ALONG IHNC ..................................................................................2-33

TABLE 3.1 REPORTED EVENTS AND OBSERVATIONS .....................................3-2

TABLE 5.1 SOIL PROPERTY VALUES ASSUMED FOR THENORTH AND SOUTH BREACH MODELED SECTIONS .........................................................................5-54

TABLE 5.2 COMPUTED SAFETY FACTORS FOR DIFFERENT CONDITIONS FOR THE NORTH AND SOUTH BREACHES...............................................................5-63

TABLE 6.1 HYDRAULIC CONDUCTIVITY OF SOIL LAYERS ...............................6-5

TABLE 6.2 WET DENSITY AND SHEAR STRENGTH PARAMETERS ..............6-33

TABLE 6.3 COMPARISON OF SAFETY FACTORS CALCULATED BY IPET AND MEA IN 2D ANALYSIS ...................................................................................................6-37

TABLE 6.4 COMPUTED SAFETY FACTORS FOR STABILITY ANALYSES CONSIDERING DIFFERENT EXPECTED CONDITONS USING AS A BASIS THE IPET FAILURE ANALYSIS.............................................................................................6-43

## 1.0 INTRODUCTION

### 1.1 Scope and Objective

At the request of Wiedemann and Wiedemann, Marino Engineering Associates, Inc. (MEA) under took an investigation of the cause(s) of the two floodwall failures along the Inner Harbor Navigation Canal (IHNC). These two breaches which caused flooding along into St. Bernard Parish. This investigation included primarily examining project information, determining project conditions, performing various failure analyses, and evaluating results from such analyses.

Project information used in this investigation primarily included:

- IPET website
- Team Louisiana Report
- ILIT Report
- Deposition Transcripts

Information which was particularly relevant to this investigation from IPET included photographs related to the floodwalls and ING 4727 barge, technical reports, as-built and design drawings, project boring logs, and soil laboratory testing data. Other information found pertinent to this investigation are referenced in this report.

### 1.2 Report Contents

Section 2.0 of this report summarizes information on the more recent land development along the waterfront of the IHNC east breaches, and constructed floodwall-levee conditions. In Section 3.0, data is provided on conditions which were present during Katrina. This would include witness observations, storm winds, surge, and induced waves as it may relate to the Lower 9th Ward I-wall breaches. Section 4.0 contains descriptions and analyses of I-wall damage, both at the breach sites and other locations, as well as for the ING4727 barge conditions. At the end of Section 4.0 is a

subsection on the scour conditions for overtopping I-walls. Section 5.0 contains a determination of the ground surface and subsurface conditions immediately prior to Katrina. This information was used in for failure analysis modeling and investigation. These results are presented and an overall failure analyses are performed. In Section 6.0, IPET and ILIT failure investigations are examined. The report findings are then summarized in Section 7.0. Cited references are provided in Section 8.0.

1.3 IHNC Construction History

The construction of IHNC began on June 6, 1918. Excavation was started with the construction of parallel dikes on either side of the proposed canal. These dikes were gradually built up to become permanent protective levees. The excavation of the canal was finished in September 1919 with the IHNC completed on January 29, 1923.

After the flooding caused by Hurricane Betsey in 1965, which included the Lower 9th Ward, flood protection improvement was initiated. This consisted of levee enlargement and I-wall construction along the North and South Breach areas by 1969. Just north of the North Breach improvements were made after 1980. The design and as-built conditions of the improvements are discussed in Section 2. The discussion of the construction history was determined from the ILIT and IPET reports.

## 2.0 PROJECT DESCRIPTION

### 2.1 Land Development History Along the IHNC (East Waterfront)

Air photos in the project area were examined from 1996 to 2005. Photo 2.1 was taken on October 18, 1996. This aerial photograph shows that there is a significant amount of infrastructure at this time and that the Jourdan Ave. Canal, which is depicted in the as-built drawings dated in 1969, (see Sections 2.2 and 2.3), has been filled. Present in both air photos in 1996 and 1998 (see Photos 2.1 and 2.2) is an about 40 ft x 40 ft pit to the north-northwest of the North Breach, apparently created from the removal of one of the buildings.

An aerial photograph taken on November 13, 2002, is shown in Photo 2.3. By the time this photo was taken, all the industry depicted in the earlier photographs was gone. It should be noted that at least by 2001, the Washington Group International had begun their work on the environmental cleanup of this area. Trailers along the northern portion of the floodwalls appear related to these activities. As can be seen in this photo, there are excavated pits between the North and South Breaches and trenches dug, now water-filled, along the western toe of the floodwall embankment at the South Breach and to the north. The southern section of the trench appears to have been connected to the canal at the south end.

By 2004 there had been additional waterfront excavation between the North and South Breaches. As can be seen in Photos 2.4 and 2.5, isolated low ground surface areas show ponded water adjacent to the North and South Breaches. The aerial photograph taken on April 13, 2005, indicates a significant amount of excavation between the two breach areas to where the shoreline is as close as 60 ft to the floodwall (see Photo 2.6). Also depicted is a localized excavation to the east, along the shoreline west of the North Breach, with a minimum scaled distance to the wall of 250 ft. Also, by this time, the water-filled trenches adjacent to the South Breach area had been filled in.



Photo 2.1   East bank of IHNC on October 18, 1996. Photo depicts significant industrial development along waterfront, and the presence of the Galvez Street Wharf on the west side of the canal across from the South Breach area. Also note the Florida Avenue Bridge had not been constructed. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.)



Photo 2.2   IHNC between Claiborne and Florida Avenue Bridges. Photo dated 1998. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture.)



Photo 2.3   East bank of IHNC with all infrastructure, as well as the  Galvez Street Wharf on west side removed. Photo date is November 13, 2002. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.)



Photo 2.4  IHNC between Claiborne and Florida Avenue Bridges. Note there has been additional excavation along the floodwall waterfront and trailers present along floodwall at the North Breach area. Photo was taken in February, 2004. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture.)



Photo 2.5  Infrared photograph of IHNC between Claiborne and Florida Avenue Bridges. Photograph indicates that  isolated low spots are present in the floodwall waterfront ground surface adjacent to the North Breach and South Breach. The photograph is dated February 2004. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture.)



Photo 2.6   IHNC east waterfront on April 13, 2005. Note significant excavation between the North and South Breach areas, and additional excavation at canal at North Breach and at south end of South Breach. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.)

An air photo in June 2005 (see Photo 2.7) shows that the ponded areas adjacent to the North and South Breaches are no longer present. This is more clearly depicted in Photo 2.8 where a portion of the photograph taken on April 13, 2005, is compared to one taken later. Also, it is interesting to note that the trailers, which appear to be related to the Washington Group work, have disappeared by the time this photograph was taken in June 2005 (see Photo 2.7).

2.2 North Breach Design and As-Built Plan and Profile Conditions

Information on the design of the floodwalls at the North and South Breaches along the IHNC east is provided in Design Memorandum No. 3. Also available is the as-constructed plan and profile dated November 1969. The design plan and profile drawings showing the area of the North Breach are depicted in Figure 2.1. As depicted in Figure 2.1, the 1966 design included installing 18 ft long sheetpiling from about Elevation 10.0 ft to -8.0 ft (NGVD29) in the area of the North Breach. The crown along this reach was to be built up to Elevation 9.0 ft which would include about 1 ft of fill above the existing earth levee. Also shown on the design plans is the top and bottom of the "I-TYPE Wall" at Elevation 15.0 ft and 7.0 ft, respectively.

The available as-built plans along the North Breach were found from Station 56+20 and south (see Figure 2.2). These plans, dated November 1969, indicate that the sheetpiling associated with the floodwall was installed under a separate contract. (These associated plans were not available).  Figure 2.2 indicates that floodwall Z-27 sheetpiling was constructed to Elevation 11.5 ft $\pm$, in lieu of the design elevation of 10.0 ft, now making the sheetpile 19.5 ft $\pm$ long. No other changes in the design to constructed elevations appear on the as-builts.

As can be seen on Figure 2.2, the concrete floodwall was poured in monoliths of 30 ft $\pm$ segments except at the north end of the project where Monoliths 188 and 189 are about 20 ft and about a few feet, respectively. Also, at Station 56+00, the floodwall turns slightly to meet the orientation of the existing sheetpile, which was installed in a

2-8



Photo 2.7   IHNC East between Claiborne and Florida Avenue Bridges. WGI trailers which were present along floodwall near Florida Avenue are gone. Ponded area adjacent to North and South Breaches are absent.  Additional excavation is present between the North and South Breach areas and at south end of the South Breach. Air photo dated June, 2005. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture.)





Photo 2.8   Eastside of IHNC just north of South Breach on April 13, 2005 and after Hurricane Katrina, showing low areas adjacent to floodwall had been filled prior to flooding.   (Air photos provided by B. Gilbert e-mail, dated May 15, 2008.)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.1   DESIGN PLAN AND PROFILE ALONG IHNC NORTH BREACH AREA (OCTOBER, 1966)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.2   AS-BUILT PLAN AND PROFILE ALONG IHNC NORTH BREACH AREA (NOVEMBER, 1969)

previous phase of the work. The as-built cross-section of the monolith is shown in Figure 2.3. Figure 2.3 also shows that the 30 ft long panels result in interlock seams that fall in the expansion joints which contain waterstops. It should be noted that these details also apply to the South Breach area.

As-built cross-section showing the improvement to the earthen portion of the levee to Sta. 56+20 is depicted in Figure 2.4. As can be seen in Figure 2.4, the slopes of the existing levee were decreased to (vertical) 1 to 3 (horizontal) on both the flood and protected sides. On the protected side, the constructed slope was flattened further to 20 to 1 from Elevation 0 ft to Elevation -1 ft (NGVD29) for 20 ft east and then at "1 on 3" to existing grade. Based on Figure 2.2, "1 on 3" appears to be the same as 3 to 1. Also as shown on Figure 2.4, the floodwall centerline was constructed 3 ft east of the levee centerline. The intent of the offset from the levee centerline appears to be to provide added landslide passive resistance.

Also shown in design and as-built drawings (see Figures 2.1, 2.2 and 2.4) is the Jourdan Ave. Canal which is on the west side of Jourdan Ave. and runs approximately parallel to the floodwall from about Station 16+00 to 57+00. Based on the as-built drawing the drainage canal is about 90 ft to 100 ft (centerline to centerline) east of the floodwall. The crest to crest width of the canal is shown to increase from about 10 to 17 ft south to north from Station 16+00 to 56+00. Measurements of elevation within the canal range from about Elevation -10 ft to -15 ft with no distinct pattern.

Based on Plate 58, dated April 1980 in Design Memorandum No. 4, there is proposed construction of the floodwall from Station 55+97.4 and north, including across Florida Ave. and beyond; see Figure 2.5 (Lake Pontchartrain Barrier Plan and Chalmete Area Plan, Design Memorandum No. 4- General Design, Florida Avenue Complex, IHNC, April 1980). In other words, the plan was to remove the existing I-Wall to Station 55+97.4 to an existing joint and install the new flood protection system. Figure 2.6 shows the corner of the floodwall at Station 56+20.5 (or Station 0+00 for the 1980 design). This results in a 30 ft monolith to the south and a 23.1 ft long solid concrete



FIGURE 2.3   CROSS-SECTIONAL AND OTHER DETAILS OF THE AS-BUILT FLOODWALL ALONG THE NORTH AND SOUTH BREACHES (NOVEMBER, 1969)

Note: Elevations shown on this drawing are NGVD29.



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.4   AS-BUILT CROSS-SECTIONS ALONG IHNC (EAST) NORTH AND SOUTH BREACHES (NOVEMBER, 1969)



Note: Elevations shown on this drawing are to NGVD29.

FIGURE 2.5   DESIGN PLAN FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL, 1980) [source: Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, April 1980]



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.6   DESIGN PLAN AND PROFILE FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL, 1980)   (source: Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, April 1980)

floodwall to the corner of the wall to the north. Also shown in Figure 2.6 is that the new wall was designed to an elevation of 13.5 ft (in other words, 1 ft higher than the older wall to the south) and that the proposed wall would have PZ-27 sheetpile installed from an elevation of 9.0 ft to -25.0 ft (NGVD29). This embedment depth is 12 ft deeper than the older and adjacent sheetpile to the south. Also, along this newer proposed segment, the crown elevation of the earthen levee increases to the north from an elevation of 9.0 to 10.0 ft to Station 56+20.5.

A cross-section of newer design wall segment is shown in Figure 2.7. As can be seen in this figure, the proposed monolith is one pour with a height of 10 ft. The sheetpile is shown embedded into the bottom 3 ft of the concrete. This plate, however, does not show any reinforcement details.

No as-built drawings or information were available after 1969.

Using the above data, cross-sections have been reconstructed at Station 54+00, 55+00 and 56+00 in Figure 2.8. These cross-sections along the North Breach area depict the I-wall being placed west to about on the centerline of the pre-existing earth levee from north to south. The pre-existing levee crown was about at Elevation 8 ft. Also, along this reach, the additional levee fill placed reaches about 5 ft at Station 55+00 (see Figure 2.8).

2.3 South Breach Design and As-built Plan and Profile Conditions

Figures 2.9 and 2.10 depict the design plan and profile in the area of this failure. The design again shows that the sheetpiling was to be installed from 10.0 ft to -8.0 ft elevation with the "I-TYPE Wall" from Elevation 7.0 to 15.0 ft. Also, the design levee crown elevation was the same (as at the North Breach) at 9.0 ft, requiring about 1 to less than 2 ft of fill to reach this grade.



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.7   DESIGN CROSS-SECTIONS OF THE FLOODWALL FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL, 1980)
(source: Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, April 1980)



Note: Elevations shown on this drawing are NGVD29.

Typical cross-sections shown on H-4-25157 Drawing 12.
Profile lines plotted from H-4-25157 Drawing 10.

FIGURE 2.8   RECONSTRUCTED FLOODWALL-LEVEE PROFILES IN THE AREA OF THE
NORTH BREACH AT STATIONS 54+00, 55+00 AND 56+00 BASED ON AS-BUILT
PLANS DATED NOVEMBER, 1969



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.9   DESIGN PLAN AND PROFILE IN THE SOUTHERN PORTION OF THE SOUTH BREACH (OCTOBER, 1966)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.10   DESIGN PLAN AND PROFILE IN NORTHERN PORTION OF THE SOUTH BREACH (OCTOBER, 1966)

The as-built plan and profile in the vicinity of the South Breach are shown in Figures 2.11 and 2.12. As in the North Breach area, Z-27 sheetpiling has been installed up to Elevation +11.5 ft to -8.0 ft ±, or 1.5 ft higher than depicted in the design drawings. Using Figures 2.11 to 2.13 and design cross-section in Figure 2.4, east-west cross-sections were reconstructed in Figure 2.14 from Station 22+00 to 31+00. These cross-sections depicted in Figure 2.14 show the I-wall being installed east of the centerline of the pre-existing levee (as much as 10 ft) from Station 31+00 to Station 26+00 and then on approximately the centerline of the pre-existing levee to at least Station 22+00. Along this reach (and along the North Breach), the pre-existing crown of the levee is at Elevation 8 ft, except at Stations 23+00 and 22+00 where the pre-existing embankment appears to be absent and the maximum ground surface elevation is at 5 ft. Also, as can be seen in Figure 2.14, the additional levee fill placed reaches at least 5 ft on the protected side at Stations 31+00 to 28+00, 25+00 and 23+67.

The Jourdan Ave. Canal is discussed under the North Breach section.

2.4 As-Built Floodwall Conditions

Figure 2.3 shows that the concrete floodwall monolith was poured in 2 segments. The first pour was to Elevation 12.0 ft and then to top Elevation of 15.0 ft. The 2 ft x 5 ft bottom pour contains essentially No. 4 rebar cage at a longitudinal spacing of 0.5 ft and top and bottom longitudinal No. 4 rebar. Vertical No. 4 bar extend up from the bottom pour into the 3 ft high triangular upper pour (see Figure 2.3). The upper pour also contains 3 longitudinal No. 4 rebars. Longitudinal bars were not extended across the monolith joints. As shown in Figure 2.3, monolith joints contain essentially a full-height water stop. There is no data given in the available design and as-built drawings found which state the required concrete strength.



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.11   AS-BUILT PLAN AND PROFILE FOR SOUTHERN PORTION OF THE SOUTH BREACH (NOVEMBER, 1969)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.12   AS-BUILT PLAN AND PROFILE FOR NORTHERN PORTION OF THE SOUTH BREACH (NOVEMBER, 1969)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.13   AS-BUILT PLAN AND PROFILE FOR NORTHERN PORTION OF THE SOUTH BREACH FROM STATIONS 30+00 TO 31+00 (NOVEMBER, 1969)



Note: Elevations shown on this drawing are NGVD29.

Typical cross-sections shown on H-4-25157 Drawing 12.

Profile lines plotted from H-4-25157 Drawings 5, 6 and 7.

FIGURE 2.14 RECONSTRUCTED FLOODWALL-LEVEE PROFILES IN THE AREA OF THE SOUTH BREACH AT STATIONS 22+00, 23+00, 23+67, 25+00, 26+00, 27+00, 28+00, 29+00, 30+00 AND 31+00 BASED ON AS-BUILT PLANS (NOVEMBER, 1969)



Note: Elevations shown on this drawing are NGVD29.
   ——— Typical cross-sections shown on H-4-25157 Drawings 5, 6 and 7.
   ——— Profile lines plotted from H-4-25157 Drawing 10.

FIGURE 2.14   (CONTINUED)

I-Wall Material Test Results

The COE sampled sections of the east and west sides of the IHNC flood walls and tested the concrete, sheetpile and rebar for strength. The location of these materials tested on the west side was described as on "the west side of France Rd. near France Road Parkway." (IPET: V-App.16). The I-Wall section sampled for concrete was located at approximately Station 0+44 and was labeled IPET-WE-EW 0+44. While the rebar was taken from the I-Wall at about Station 2+00, no specific information was provided for the sheetpile. The samples taken from the east side were located between North Claiborne Ave. and Florida Ave., and the concrete cores were identified as IPET-IHNC-E 20+40 (IPET: V-App.16).

I-Wall Concrete

The strength results from testing 5 $^5/_8$ in. core samples is provided in Table 2.1. It is clear from the concrete test results that the strength levels differed from the east side and west side cores, with average strengths of 3,937 psi and 5,907 psi, respectively, with an overall average of 4,922 psi. GDM3 for the Chalmette Area called for a minimum concrete compressive strength of 3,000 psi.

Rebar Steel

In Table 2.2, the tensile test results for the rebar specimen have been summarized. The bar sizes tested ranged from No. 4 to No. 7. For the No. 6 rebar from the IHNC west I-Wall, failure was noted along small welds. However, other than a generally stiffer material response, the tensile results seem to be in line with the other tested reinforcing steel. The yield and tensile strengths for the rebar samples ranged from 46 to 65.8 ksi (55.4 ksi ave. and 55.1 ksi without noted weld failures) and from 74 to 105.2 ksi (86.5 ksi ave. and 86.5 ksi without weld failures), respectively. Measured failure strains in the steel ranged from 5.2 to 19.9% (11.6% ave. and 13.1% without

TABLE 2.1 CONCRETE COMPRESSIVE STRENGTH RESULTS FROM CORES FOR IHNC I-WALL

| SAMPLE LOCATION | COMPRESSIVE STRENGTH |
|---|---|
| IHNC-W 0+44 | 5220 psi |
| IHNC-W 0+44 | 5850 psi |
| IHNC-W 0+44 | 6650 psi |
| IHNC-E 20+40 | 3910 psi |
| IHNC-E 20+40 | 3850 psi |
| IHNC-E 20+40 | 4050 psi |

Note: Load-deflection curves were not provided

Source: IPET:V-App. 6

TABLE 2.2 RESULTS FROM TENSILE TESTS ON REBAR SPECIMEN FROM I-WALL
CONCRETE ALONG IHNC

| SAMPLE LOCATION | BAR SIZE | YIELD STRENGTH | TENSILE STRENGTH | FAILURE STRENGTH | FAILURE MODULUS |
|---|---|---|---|---|---|
| IHNC-W-2+00 | 4 | 48,500 psi | 79,000 psi | 14.12% | 559,490 psi |
| IHNC-W-2+00 | 4 | 51,000 psi | 81,000 psi | 14.12% | 573,654 psi |
| IHNC-W-2+00[1] | 6 | 56,136 psi | 89,318 psi | 8.93% | 1,000,201 psi |
| IHNC-W-2+00[1] | 6 | 56,813 psi | 83,863 psi | 5.18% | 1,618,977 psi |
| IHNC-E | 4 | 46,000 psi | 74,000 psi | 19.9% | 371,859 psi |
| IHNC-E | 4 | 55,000 psi | 77,000 psi | 8.1% | 950,617 psi |
| IHNC-E | 7 | 65,833 psi | 105,166 psi | 10.58% | 994,008 psi |
| IHNC-E | 7 | 64,166 psi | 102,606 psi | 11.56% | 888,114 psi |

Note 1. Speciman failed at weld

Source:IPET:V-App.16

weld failures), resulting in failure moduli of 372 to 1,619 ksi (870 ksi ave. and 723 ksi without weld failure).

Sheetpile Steel

The tensile properties determined from tests on steel specimen cut from the web of the sheetpile are summarized in Table 2.3. The web specimen tested were almost 1.5 in. wide with measured thicknesses of 0.321 to 0.358 in. (0.348 in. ave. of 4 tests) with a variation of about $\frac{1}{32}$ in. For the 4 tensile tests conducted, the yield and tensile strengths were from 52 to 61 ksi (55 ksi ave.) and 79 to 90 ksi (83 ksi ave.), respectively. All steel specimens tested exhibited strain softening followed by strain hardening to ultimate failure. Elongation strains at failure were from 15.0 to 16.6% (15.9% ave.), resulting in failure moduli from 492 to 568 ksi (522 ksi ave.).

2.5 ING4727 Barge Characteristics

The information provided in the section was taken from three sources:

- Investigative Report: Grounding of Hopper Barge ING 4727, USCG MISILE Incident Investigation Activity Number 2516389, 15 pp, (LNA 001361-LNA001375).

- Report on Investigation into the Circumstances Surrounding the Incident Including Hurricane Katrina ING 4727/Breakaway-Grounding on 08/29/05, United States Coast Guard, 13 pp, (LNA001376 – LNA 001388).

- Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97.

TABLE 2.3 RESULTS FROM TENSILE TESTS ON WEB STEEL SPECIMEN I-WALL
SHEETPILE ALONG IHNC

| SAMPLE LOCATION | YIELD STRENGTH | TENSILE STRENGTH | FAILURE STRAIN | FAILURE MODULUS |
|---|---|---|---|---|
| IHNC-W | 51,953 psi | 81,835 psi | 16.25% | 503,900 psi |
| IHNC-W | 61,100 psi | 89,943 psi | 15.83% | 568,180 psi |
| IHNC-E | 53,995 psi | 78,833 psi | 15.0% | 523,553 psi |
| IHNC-E | 52,408 psi | 81,502 psi | 16.57% | 491,865 psi |

Source: IPET:V-App. 16

The hopper barge owned by the Ingram Barge Co., ING 4727, was being used by LaForge, N.A., and was moored at a wharf on the west side of the IHNC before it broke loose in the IHNC. It was the only vessel loose during the hurricane between the IHNC lock and the lowered Florida St. Bridge. At this time, it was empty. A photograph showing where the barge was moored is shown in Figure 2.15.

The ING 4727 Barge was built in 1990 and is reported to have a gross tonnage (GRT) and net tonnage (NRT) of 705. Other characteristics of the subject vessel are given below.

Barge Length = 200 ft
Barge Width = 35 ft
Barge Height = 23 ft
Loaded Draft = 10 ft
Unloaded Draft = 1.5 ft

The barge dimensions are provided in Figure 2.16.

Location of ING 4727 Barge Prior to Breakaway



FIGURE 2.15 AERIAL PHOTOGRAPH SHOWING WHERE THE LOCATION OF THE ING 4727 BARGE WAS MOORED IMMEDIATELY PRIOR TO HURICANE KATRINA (Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97).



FIGURE 2.16  MEASURED DIMENSIONS OF THE ING 4727 BARGE (Hydrodynamic
Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET,
MMTF 00038-06, pp 70-97).

3.0 ASSOCIATED BREACH CONDITIONS

3.1 General

This section provides a summary of available information concerning conditions related to the storm and to the subject breaches. This includes wind conditions, surge levels, wave condition, and timing of the floodwall failures.

Reported events and observations related to flooding, wave conditions, impact-like sounds, ground vibration phenomena and ING4727 barge movement have been compiled in Table 3.1. The sources for the information in Table 3.1 are provided in the table but are generally from fact depositions/transcripts, 911 calls, as well as the IPET and The Team Louisiana Reports. A location map is provided in Figure 3.1 of the points of observation or information provided in Table 3.1.

3.2 Wind Speed and Direction

Simulation of wind speed and direction, in addition to water surface elevations across the New Orleans area, are provided by Westerink, et. al, 2006. These wind simulations were adjusted for a Planetary Boundary Layer. Hour to hour snapshots of results from 5:00 am to 12:00 pm are provided in Figure 3.2. Note that no map is given for prior to 5:00 am except at 2:00 am. However, at the New Orleans Airport, wind speed and direction records were available to about 7:00 am on August 29, 2005 (see Figure 3.3).

Based on the airport records between 3 to 4 am, winds were generally coming out of the NNE with sustained speeds of about 45 to 50 mph and gusts on the order 10 to 20 mph higher and reaching 85 mph. During the 4 to 5 am time period at a similar wind direction, wind speeds increased to about 50-55 mph with gusts about 20-25 mph over the sustained winds and a maximum of 76 mph recorded.

Examining Figure 3.2, the wind direction at the airport and the IHNC breach sites

3-1

TABLE 3.1 REPORTED EVENTS AND OBSERVATIONS

| Map Location | Date | Timing | Visibility | Where | Particular Street name | UTM NAD 1983 | Water Level | Wave Description | Ground or House Shaking | Sound | Barge Movement | Type | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 29-Aug-05 | 7:45 AM | | LBW | north of Claiborne | | "I'd sit on deck & it all ground in highest house in neighborhood at Reynes [deck 20] north of Claiborne " | | | | | | IBC | Team LoBianco – radio, wife, apparel. Page 25 |
| 26 | 29-Aug-05 | 6:52 AM | | LBW | 1037 Deslonde | | "House flooded. Roof caved in. | | | | | | PM | 911 Taped Calls of Alison Berrydill |
| 28 | 29-Aug-05 | 7:30 AM | | LBW | 1118 Reynes | | "West deep water in house | | | | | | PM | 911 Taped Calls of Timothy King |
| 33 | 29-Aug-05 | 7:18 AM | | LBW | 1218 Reynes | | "Water 10 feet. People on first story. About 5 feet below under water | | | | | | PM | 911 Taped Calls of Bishop Washington |
| 31 | 29-Aug-05 | 7:12 AM | | LBW | 1416 Andry | | House flooded. Water waist high. | | | | | | PM | 911 Taped Calls of Christopher |
| 5 | 29-Aug-05 | 6:00 – 6:30 AM | | LBW | 1600 Reynes Ave | | "The water was up to the stairs, it was in the door on the wall" "You could see the current pushing from the Industrial Canal coming from Jourdan Ave " | | "I heard a boom in the inside of my house" "'Boom' was not like a transformer blowing" "Rumbled but bangs hitting wall" | | | | EW | Chenette deposition on February 8, 2008 Page 44, lines 8-10, Page 46, lines 16-21 |
| 8 | 29-Aug-05 | dark | | LBW | 1626 Reynes Street | | "House started flooding toward Delegate Street (south) " "water just stood in seconds. We was in water – houses went to floating off" [10 – 15 min. after waves] | | "heard a bang, a big old loud sound, heard two more bangs" "Few seconds between loud noise" | | | | EW | Ronald McGill deposition on January 16, 2008 Page 46, lines 14-15, Page 48, line 7, Page 70, lines 16-17 |
| 10 | 29-Aug-05 | 3:30 AM | | LBW | 1720 Tennessee Street | | | | | | | | EW | Shirey Williams deposition on February 19, 2008 Page 51, lines 6-15, Page 4F, lines 3-12, Page 51, lines 7-9 |
| 10 | 29-Aug-05 | 3:30 AM | | LBW | 1720 Tennessee Street | | | | | | "when I heard the first bang we got on the roof. I looked around, I didn't want I came the barge hit the wall, bounced off – the water was real rough – and it hit the wall again " I saw was the barge in that canal doing this back, forth, back, forth, slamming up against this | | | EW | Shirey Williams deposition on February 19, 2008 Page 41, lines 6-15, Page 65, lines 16-21 |
| 10 | 29-Aug-05 | 3:30 AM | | LBW | 1720 Tennessee Street | | | | | | "Didn't see the barge break down the wall" "Heard barge beat in water and push – the barge hit the wall about three times. Then the water came out the end of the barge, and hit the barge go back from the wall and push again." | | | EW | Shirey Williams deposition on February 19, 2008 BC lines 7-11, Page 52, line 18, Page 53, lines 13-14, Page 55, lines 11-12 |
| 10 | 29-Aug-05 | 6:00 AM | | LBW | 1720 Tennessee Street | | | | | | "That's when we saw the barge out there like it was over the wall, you know the didn't know it had done break the wall. We knew it was down the wall – when it was up against, it would move over the [beginning], it sounded more like they blow the wall and then wasn't the worst part " | | | EW | Shirey Williams transportation on March 20, 2008 Exhibit 46, Page 3 |
| 3 | 29-Aug-05 | TbW | | LBW | 1720 Jourdan Avenue | | | | | | "While enroute to harbor generator "heard some noises" "amping sound" "talking and banging" after "heard a big 'boom' sound, very loose bigger" | "I saw the barge. It looked like a whole block of steel coming at me" "It was saying houses out, it was selling sideways, and I couldn't tell the barge had hit the barge was coming in there, it done walked through. I that's all that was that one" | | EW | Arthur Murph Jr deposition on December 17, 2008, and transcription on January 25, 2008 Page 43, line 24, Page 6 |
| 3 | 29-Aug-05 | TbW | | LBW | 1720 Jourdan Avenue | | | | | | | "The water was not overturning the levee, and the barge came on the other side, by LaBarge ponones, and it came through that wall, and wiped those people's houses out, and looked on when" "I saw the barge and it that's been down through the levee" | | EW | Arthur Murph Jr transcription on January 25, 2008 Page 18 |
| 3 | 29-Aug-05 | TbW | | LBW | 1720 Jourdan Avenue | | | | | | | "ILAD And you think, I mean it looks like it probably broke that wall that's on top – and that's __AM this thrust out my own, I __FLG it did __AM it hollered that wall. Yeah. And that's what allowed __And that water came through too quick." | | EW | Arthur Murph Jr transcription on January 25, 2008 Page 19 |
| 3 | 29-Aug-05 | TbW | | LBW | 1720 Jourdan Avenue | | | | | | "heard the house snap and water came immediately afterwards from the north" "from the direction of the canal" | "Press the house once and water came immediately afterwards from the north" | | EW | Arthur Murph Jr transcription on January 25, 2008 Page 18 |
| 3 | 29-Aug-05 | TbW | still dark | LBW | 1626 Deslonde | | | | | | "sounded like an explosion," in reference to the "grinding" "it was very afterward when we heard an explosion" | "Was in the attic, saw barge sitting on the front of his house at 20 ft. front is I came down water faster" "The water was touching house" "The barge was about 20 ft away." "Never saw the barge" | | EW | Arthur Murph Jr deposition on December 17, 2008 Page 15, lines 23-24, 13-17, Page 49, lines 6-7, Page 49, lines 19 and 22, Page 49, lines 10, 21 and 23-24 |
| 3 | 29-Aug-05 | 5:30 AM | real dark | LBW | 1626 Deslonde | | | | | | | | EW | Carolyn Bartynille deposition on December 13, 2007 Page 57, lines 13-16, Page 40, lines 6-7, 15-16 |
| 3 | 29-Aug-05 | 5:30 AM | real dark | LBW | 1626 Deslonde | | | | | | | "On government farm about March 14, 2007 stated "At about 6:30 a.m. a loose came through the wall making people who didn't have a way not to be caught in the floodwater this house" | | EW | Carolyn Bartynille deposition on December 13, 2007 Page 90, lines 21-25 |
| 3 | 29-Aug-05 | 5:45 AM | real dark | LBW | 1626 Deslonde | | "water just rushed in on us" | | | | "About 6 minutes after the grinding sound related to explosions water" | | | EW | Carolyn Bartynille deposition on December 13, 2007 Page 57, lines 13-4 and 6, Page 105, lines 19-20 |

TABLE 3.1 REPORTED EVENTS AND OBSERVATIONS

| Event Time/Location | | | | | | | Flooding and Direction Description | Wave Description | Ground or House Shaking | Sound | Barge Movement | Source | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Map Location | Date | Timing | Visibility | Where | Particular Street Names | UTM NAD 1983 | Water Level | Description, Size and direction | Description and Direction | Description, Direction and Frequency | Description and Direction | Type | Source & Document Combined |
| 3 | 29-Aug-05 | 5:45 AM | real dark | L9W | 1836 Deslonde | | | | | "20 minutes after the grinding we heard "a big old boom" " | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 105, lines 12-16, Page 105, lines 18-20, Page 105, lines 21-23 |
| 3 | 29-Aug-05 | 7:00 AM | | L9W | 1836 Deslonde | | "the part of the house they were standing in broke loose and floated away," "houses was running into each other " | | | | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 47, lines 20-23 |
| 3 | 29-Aug-05 | 4:00AM | | L9W | 1836 Deslonde | | | | | | When she saw barge at 6 am and later from Claiborne Bridge it was in the same place. Did not see it hit the wall or go through it. "The barge was between—the barge was on Jourdan Avenue" "So it looked like it was moving, that's why I kept saying that's | EW | Carolyn Berryhille deposition on December 13, 2007 Page 113, lines 14-19, 25, Page 54, lines 10-11, Page 54, lines 20-21, Page 87, lines 24-24 and page 88, lines 1-2, Page 88, lines 13-17, Page 88, lines 13-17 |
| 32 | 29-Aug-05 | 7:18 AM | | L9W | 1821 Tupelo | | Calling for friends trapped in attic. Water in attic. | | | | | PM | 911 Taped Calls of Johnny Murray for James Washington |
| 36 | 29-Aug-05 | 7:56 AM | | L9W | 2025 Caffin Avenue | | Water up to roof | | | | | PM | 911 Taped Calls of Issac Holmes |
| 4 | 29-Aug-05 | 5:30 AM | | L9W | 2139 Lamanche | | "after the water" after second boom | | "they heard a big old boom and it shook the, it shook the house" "house was shaking for 15 minutes" | "heard a big old boom" "they heard another boom, sounded like an explosion" "And the second one probably like a half hour "(6:00 AM) | | PM by Patrina Peters | Desmond Peters deposition on April 4, 2008 Page 31, lines 6-7_Page19-23, Page 35, lines 13-14, 19-21 and 6-8, Page 36, lines 21-24 |
| 4 | 29-Aug-05 | 5:30 AM | | L9W | 2139 Lamanche | | | | "And when I heard the boom," "then the house started shaking," "it lasted maybe five minutes or so" "it shook everything, like the house was shaking. It was like an earthquake" "throwing us around the room" | "it sounded like an explosion, like dynamite, that it was bombed" "within about ten minutes or so within that time, I heard the boom again" | | EW | Patrina Peters deposition on April 8, 2008 Page 44, lines 13-14, Page 61, lines 6-8, Page 61, lines 16-26 and page 62, lines 1-14, Page 67, line 25 and page 68, lines 1-3 |
| 4 | 29-Aug-05 | 5:45 AM | | L9W | 2139 Lamanche | | "Everything was underwater, the houses" "it was coming from behind, behind (indicating), which is Jourdan coming this way going, from Jourdan Avenue going to Chalmette " | | | | | EW | Patrina Peters deposition on April 8, 2008 Page 78, lines 10-11, Page 101, lines 24-25 and page 102, lines 1-2 |
| 4 | 29-Aug-05 | 6:00 - 6:30 AM | | L9W | 2139 Lamanche | | "Water started rising" | | "the noise and the shaking of the house" "House shaking the first time, two or three minutes each time, shuddering and swaying" | "The noise "was a big boom"" "towards the Industrial Canal" "That's what basically woke me up a little, the boom. Then the second boom came right behind it, which actually threw me out of the bed, that woke me up all together " | | EW | Oshala Johnson deposition on April 8, 2008 Page 36, line 21, Page 35, lines 15-16 and 18-19 ,Page 36, lines 2-3 and 5-6, Page 37, line 23 |
| 29 | 29-Aug-05 | 7:07 AM | | L9W | 2301 Tennessee | | Relatives(8) stuck in attic | | | | | PM | 911 Taped Calls of Andy |
| 29 | 29-Aug-05 | 7:46 AM | | L9W | 2301 Tennessee | | Calling for family stuck in attic/flooded. | | | | | PM | 911 Taped Calls of Chiquita Harris (?) |
| 6 | 29-Aug-05 | 6:00 AM | sun was breaking in there | L9W | 2317 Deslonde | | "water was already in the house" water was "just below her cell" | about a good minute later "big old wave I know it was tall I would say at least, and I am not over-exaggerating, at least 15 or 20 feet" "it was coming towards me. I was coming, going towards St. Bernard Parish, Chalmette " | | | | EW | D'Antoinette Johnson deposition on December 11, 2007 Page 30, lines 17-20 and 24-25, Page 12-14 |
| 6 | 29-Aug-05 | 6:45 AM | daylight | L9W | 2317 Deslonde | | "water was like right here to the roof" "it rose to the middle area of the roof and it just stopped rising at that point" "Because like I'm telling you, really and truly the water was coming from the Industrial Canal way. It wasn't coming from the side " | | | | | EW | D'Antoinette Johnson deposition on December 11, 2007 Page 40, lines 18, 20-21, Page 43, lines 18-21,Page 107, lines 15-16 |
| 6 | 29-Aug-05 | 5:30 AM | nighttime | L9W | 2317 Deslonde St | | | | "house was shaking real hard, like an earthquake was coming" shortly after that when Kevin Ray Pounds first looked out "when I first looked out, the water was coming" | "Angelica said she heard something" "She said she heard a boom." "Dwight said he heard a boom." "He said he heard it in his sleep, but he said he ain't really paid, you know, no mind to nothing." | | EW | Kendrick Ray Pounds deposition on December 11, 2007 Page 28, lines 19-23, Page 24, lines 20-22, Page 129, lines 21, 23, Page 132, line 8, Page 132, lines 13-15 |
| 6 | 29-Aug-05 | 5:58 AM | sun was coming up | L9W | 2317 Deslonde St | | "water started coming over that wall" "water was still rising. The water was almost to the attic window" "it looked like a lake outside" | | | | | EW | Kendrick Ray Pounds deposition on December 11, 2007 Page 30, lines 21-25 and page 31, lines 1-2, Page 23, lines 13 |
| 37 | 29-Aug-05 | 7:29 AM | | L9W | 2414 Tupelo | | In attic. House floated to Arabi | | | | | PM | 911 Taped Calls of Ms. Green |
| 28 | 29-Aug-05 | 7:01 AM | | L9W | 2418 Lamanche | | In attic - water up to ceiling | | | | | PM | 911 Taped Calls of Raymond Winfield |
| 36 | 29-Aug-05 | 7:29 AM | | L9W | 2505 Caffin | | Flooded/Attified | | | | | PM | 911 Taped Calls of Issac Holmes |
| 34 | 29-Aug-05 | 7:18 AM | | L9W | 2523 Jourdan | | On roof/water at waist. | | | | | PM | 911 Taped Calls of Archie Sutton |
| 40 | 29-Aug-05 | 7:37 AM | | L9W | 2544 Dubreuil | | IN attic. Almost to attic. Water rising(near Jackson Barracks). | | | | | PM | 911 Taped Calls of Patricia Ann Collins |
| 11 | 29-Aug-05 | 7:00 AM | | L9W | 2604 Deslonde | | | | | | "When I looked toward the Claiborne Bridge." "When I heard the bang I seen the barge come floating through. After the barge came through the water came through, like the water must have rose about 12 feet in seconds." | EW | Terry Mark Adams deposition on November 13, 2008 Page 25, lines 6-14 |

TABLE 3.1 REPORTED EVENTS AND OBSERVATIONS

| Event Time/Location | | | | | | | Flooding and Direction Description | Wave Description | Ground or House Shaking | Sound | Barge Movement | Source | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Map Location | Date | Timing | Visibility | Where | Particular Street Address | UTM NAD 1983 | Water Level | Description, Size and direction | Description and Direction | Description, Direction and Frequency | Description and Direction | Type | Source & Document Combined |
| 11 | 29-Aug-05 | 7 00 AM | | L9W | 2804 Deslonde | | | | | | "The house lifted off the foundation when "the barge came through and sent water everywhere Not only did my house lift up, but the other portion of the levee gave away because the water came from both sides and it lifted it all the way over " "When the b | EW | Terry Mark Adams deposition on November,13, 2008 Page 99, lines 21-25, Page 101, lines 2-3, Page 101, lines 8-14, Page 101, Page 109, lines 12-13 and 15 |
| 11 | 29-Aug-05 | 5 30 - 5 45 AM | wasn't quite daylight | L9W | 2804 Deslonde | | "I'd say somewhere between 5 30 and 6 00 the levee right by my house, the water was kind of like coming under it. I could see that. And a little over it. But the levee was still there The rest of the levee was totally intact." The flood wall. "It was at | | | | | EW | Terry Mark Adams deposition on November,13, 2007 Page 23, lines 24-25, and page 24, lines 1-4 and 13-14, Page 28, lines 2-3 |
| 11 | 29-Aug-05 | 5 30 - 6 00 AM | wasn't quite daylight | L9W | 2804 Deslonde | | | | | | The break in the wall towards Florida: "I wouldn't consider that to be a break. After the wall - - after the barge came through the wall by me gave It slowly just collapsed" "and the water was flowing down that way from the break in the wall." | EW | Terry Mark Adams deposition on November,13, 2007 Page 36, lines 13-15 and lines 18-20 |
| 11 | 29-Aug-05 | 5 45 - 6 00 AM | wasn't quite daylight | L9W | 2804 Deslonde | | | | | | "That's what made me realize that it was a barge, the sound of it." "It looked like it was about Galvez Street, Galvez and Johnson Right up in that area." "It was leaning like this (indicating) where I could see the front of it, but I couldn't see the wh | EW | Terry Mark Adams deposition on November,13, 2008 Page 80, lines 6-8 and 16-18, Page 81, lines 7-9 and 21-22, Page 82, lines 7-9 |
| 27 | 29-Aug-05 | 7 00 AM | | L9W | 4702 St. Claude | | Water up to bed | | | | | PM | 911 Taped Calls of Bianca Knight |
| 8 | 29-Aug-05 | ? | dark | L9W | 8017 North Miro Street | | After boom "walk toward Jourdan Street, toward Jourdan Avenue, and then walked back" "water was coming all in the car" about five, ten minutes later" "You can see the water coming down Reynes Street " "Water was something like coming down Tennessee down Reyne | | | "We just heard a big boom" | | EW | Earl Lackings deposition on April 9, 2008 Page 61, lines 13-18, Page 66, lines 10-14, Page 63, lines 1-4, Page 64, lines 17-18, 21-22, 25 and page 65, line 13, Page 58, lines 6 and 16, Page 60, lines 6-8 |
| 1 | 29-Aug-05 | 6 30 AM | turning daylight | L9W | 5428 N Roman | | "It sound like I heard it hit something hard. Boom. By then I stand by the gate When I looked at the gate, here it come " "Water coming. A lot of it." . "From Jourdan " . "It came straight down Roman Street." "Water came more slowly at first to about 3 1 | | | "loud crash back, you know, back there by scrap I heard, like something hit " "Time between first and second noises "You're talking about, I say, five, ten minutes apart, fifteen minutes It was just - - it wasn't no long time It wasn't no long time I | | EW | Andrew Sartin deposition on April 11, 2008 Page 44, line 25 and page 45, lines 1-2,Page 51, lines 17-20, Page 45, line 25 and page 46, lines 1-2, Page 47, line 5, Page 50, lines 20-25 and page 51, line 1, Page 52, lines 10-12, Page 54, lines 8-14, 16, 18 and 21, Page 50, lines 3-4, Page 47, lines |
| 43 | 29-Aug-05 | 6 03 AM | | L9W | 6432 N Rampart | | Water up to ceiling Still rising. | | | | | PM | 911 Taped Calls of Tonette Taylor - Clarence Smith |
| 7 | 29-Aug-05 | ? | dark | L9W | 5434 N Johnson Street | | "the water came in" in a matter of seconds after noise "we had water" It was a "matter of minutes" to when they were in the attic after seeing the water, with the water rising to about 6' from the attic in that time | | | "I heard boom, boom, boom" "like something was hitting something real hard" Estimates booms came from the direction of Jourdan Ave. did not sound like explosions | | EW | Dolores St. Cyr-butler deposition on February 19, 2008 Page 32, lines 7-12, Page 34, lines 15-17, Page 33, lines 7-8, 10, 13, Page 122, lines 8-11, Page 122, line 25 and page 123, lines 1-3, Page 37, line 13,Page 38, lines 8-13 and 20-24 |
| 41 | 29-Aug-05 | 7 42 AM | | L9W | 5801 Burgundy | | Flooding | | | | | PM | 911 Taped Calls of Rene Longoin |
| 41 | 29-Aug-05 | 8 02 AM | | L9W | 5801 Burgundy | | Flooding 2nd call | | | | | PM | 911 Taped Calls of Rene Longoin (?) |
| 42 | 29-Aug-05 | 7 58 AM | | L9W | 6037 Burgundy | | Flooded | | | | | PM | 911 Taped Calls of Sybil Montrell (?) |
| 36 | 29-Aug-05 | 7 27 AM | | L9W | [illegible] Urquhart | | Flooded over cars | | | | | PM | 911 Taped Calls of Murphy Goodman (?) |
| 39 | 29-Aug-05 | 7 33 AM | | L9W | 6418 N Prieur | | IN attic - water coming up | | | | | PM | 911 Taped Calls of Kioka |
| 30 | 29-Aug-05 | 7 11 AM | | L9W | 939 Deslonde | | Water in house. Lady in wheelchair | | | | | PM | 911 Taped Calls of Naida Simmineaux (?) |
| 16 | 29-Aug-05 | 9 35 AM | | L9W | Site Museum | 788500/3,317,400 | "9-10 feet above the floor of the building, which was at about ground level." | | | | | SC | FINAL Vol IV The Storm - appendices pdf, IV-7-62 |
| 25 | 29-Aug-05 | 6 00 AM | almost daylight | L9W | Bridge Ramp | | "water started coming over the wall" "the houses was floating like boats" "after heard the boom" "water rushing up over the wall, where it (the barge) had went through" | | | "Because we heard a big old boom, boom But it was raining so hard we didn't get out the truck or nothing" parked at Claiborne Bridge "heard a big old boom, boom. a big old explosion, two bangs " | | EW | Ernest Offray deposition on February 18, 2008 Page 38, lines 2-5 and lines 17-18, Page 42, lines 23-25 and page 43, lines 1-3, Page 35, lines 21-24, Page 48, lines 15-17 |
| 17 | 29-Aug-05 | 8 24 AM | | L9W | Egania | | "0824 on grandfather clock at Egania (clock 22) 7 blocks east of Lock between St. Claude and Claiborne." | | | | | SC | Team Louisiana - actn, rels, appx.pdf, Page 25 |
| 18 | 29-Aug-05 | 7 32 AM | | L9W | Florida Ave | | "0732 at Florida Ave (clock 23), 7 blocks east of IHNC on 40 Arpent Levee" | | | | | SC | Team Louisiana - actn, rels, appx pdf, Page 25 |
| 21 | 29-Aug-05 | 5 30 AM | | L9W | Forestall | | "Report of water at 0530 to 0600 at Forestall (clock 27), one block east of Reynes" | | | | | reports | Team Louisiana - actn, rels, appx pdf, Page 25 |
| 13 | 29-Aug-05 | 4 30 AM | | L9W | Galvez St. | 788600/3,319,800 | "water in the street in front of his home He said his driveway is about 40ft, and in a matter of 5-10 minutes his freezer was floating in his home." | | | | | EW | FINAL Vol IV The Storm - appendices pdf, IV-7-61 |
| 13 | 29-Aug-05 | 5 00 AM | | L9W | Galvez St. | 788500/3,319,800 | "he said the water was at the top of the first floor, but it seemed to have stopped rising. He said the water was from the Industrial Canal and flowed down Galvez Street, west to east. He said at the maximum, the water was 25 ft. deep in the street." | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-61 |
| | 29-Aug-05 | 8 00 AM | | 17th | Kenison Street | 777800/3,324,400 | | "5-8ft wave coming down street" "from the south" | | | | EW | Volume IV - The Storm, maintext.pdf, IV-7-6 |
| 20 | 29-Aug-05 | 8 15 AM | | L9W | Olley | | Olley(street?) at 0815 stopped clock at 8.15 AM(WS: Olley at 0815.) | | | | | SC | Team Louisiana - actn, rels, appx.pdf, Page 25 |
| 24 | 29-Aug-05 | 5 30 AM | | L9W | See Fig 135 | | "Another eyewitness at Site 4 reported seeing flood waters at about 1030 UTC (5 30 a.m. CDT) He and his wife took refuge in a neighbor's two-story house, and he noted that within a short time, the water was about 3 to 4 ft above the second story floor." | | | | | EW | Volume IV - The Storm, maintext.pdf, IV-194 |

TABLE 3.1 REPORTED EVENTS AND OBSERVATIONS

| Event Time/Location | | | | | | | Flooding and Direction Description | Wave Description | Ground or House Shaking | Sound | Barge Movement | Source | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Map Location | Date | Timing | Visibility | Where | Particular Street names | UTM NAD 1983 | Water Level | Description, Size and direction | Description and Direction | Description, Direction and Frequency | Description and Direction | Type | Source & Document Combined |
| 23 | 29-Aug-05 | 4:30 - 5:00 AM | | L9W | See Fig 135 | | "One eyewitness at Site 3 (Figure 135) reported that shortly after about 0930 UTC (4:30 a.m. CDT) on Monday he observed water flowing into his home, and that by about 1000 UTC (5:00 a.m. CDT) the water was at the top of his first floor. He stated that the | | | | | EW | Volume IV - The Storm, maintext.pdf, IV-194 |
| 22 | 29-Aug-05 | 4:30 AM | | L9W | Station 5 | | "One of the operators at PS 5 stated that he first observed flooding at about 0930 UTC (4:30 a.m. CDT) on Monday, and that by 1030 UTC (5:30 a.m. CDT), the water was entering the station." | | | | | EW | Volume IV - The Storm, maintext.pdf, IV-194 |
| 22 | 29-Aug-05 | 4:30 AM | | L9W | Station 5 | | "water was halfway up a chain link fence at the station" | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-53 |
| 22 | 29-Aug-05 | 5:30 AM | | L9W | Station 5 | | "fence was completely underwater." "power was turned off to the station for safety due to high water levels" | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-53 |
| 22 | 29-Aug-05 | 6:10 AM | dark | L9W | Station 5 | | "It was 6:10 am in morning when Central Control had logged Villavasso's call to turn off the power." | | | | | EW | William Villavasso deposition on December 18, 2007 Page 148, lines 8-10 |
| 22 | 29-Aug-05 | 6:10 AM | | L9W | Station 5 | | Notified by sta 5 that was notified by supervisor to shut down all operations and evacuate station | | | | | PM | Central Control Clear Log Book Entries |
| 22 | 29-Aug-05 | 6:11 AM | | L9W | Station 5 | | Shut Down all Pumps | | | | | PM | Central Control Dirty Log Book Entries |
| 22 | 29-Aug-05 | 6:17 AM | | L9W | Station 5 | | C.C. notified E.O.E to also notify Coast Guard sta 5 also needs picked up | | | | | PM | Central Control Clear Log Book Entries |
| 22 | 29-Aug-05 | 6:25 AM | | L9W | Station 5 | | Sta 5 operator re call for help at for Coast Guard. Coast Guard can not get to you. Abandon sta 5 | | | | | PM | Central Control Clear Log Book Entries |
| 22 | 29-Aug-05 | 3:00 AM to 4:00 AM | dark | L9W | Station 5 | | "massive amounts of water pouring through the wall, which a lot of street flooding" | | | "I heard the boom, you could see this part of the wall tumble down." | | EW | William Villavasso deposition on December 18, 2007 Page 88, lines 13-15, Page 64, lines 7-9, 12-18 and lines 18-24, Page 128, lines 16-24, Page 191, lines 6-11, and lines 16-23 |
| 22 | 29-Aug-05 | 3:00 AM to 4:00 AM | dark | L9W | Station 5 | | | "Large volume of water traveling down the Industrial Canal from the lake toward the river" "I seen a wall of water. When I said 20 feet, I was just estimating that's what it may have been. Coming from Southern Scrap towards the Florida bridge, coming hal | | | "It's getting more intense splashing over the wall. Then I heard like an explosion. Boom.", "And then I seen the levee wall partially - sections, it's -- the levee walls are like in sections. I saw it tumble over (indicating). A couple of sections looked | EW | William Villavasso deposition on December 18, 2007 Page 64, lines 7-9, 12-18 and lines 16-24, Page 129, lines 12-13, lines 16-19 and lines 24-25 and page 130, line 1, Page 187, lines 1-5, 10-12, and lines 15-18 |
| 22 | 29-Aug-05 | 3:00 AM to 4:00 AM | dark | L9W | Station 5 | | | | | | "I looked what appeared to be the tip of a barge." "I am just looking at a silhouette like. Not a clear focused picture. But I seen something protruding which I thought was seeing a barge there." "Saw the barge 'after the wall fell'" "Seconds. Minutes | EW | William Villavasso deposition on December 18, 2007 Page 65, lines 3-4, Page 66, lines 6-11, Page 71, lines 4-9, Page 98, lines 14-17 |
| 18 | 29-Aug-05 | 5:30 AM | | L9W | Tupelo Street | 788900/3,319,200 | "he saw water flowing down Tupelo St (SSW) towards the Mississippi River with a slight angle to the east. Storm wasn't bad at this time, drizzle with some wind, still dark outside" | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-52 |
| 19 | 29-Aug-05 | 5:00 AM | | L9W | | | "0500 on clock 7 ft off ground at Reynes (clock 25) 3 blocks from IHNC just north of Claiborne." | | | | | SC | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 19 | 29-Aug-05 | 6:30 AM | | L9W | | | "Residents in a 2-story reported flooding from the east at 0630 and then all hell broke loose at 0750." | | | | | EW | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 12 | 29-Aug-05 | 7:30 AM | | L9W | | | "Another eyewitness at Site 2, reported water shooting up through her floor furnace at about 1230 UTC (7:30 a.m. CDT) on Monday, and that within about 15 min the water was about 9 ft deep in her house. Site 2 is slightly east of Site 1 and appears to be a | | | | | EW | Volume IV - The Storm, maintext.pdf, IV-195 |
| 19 | 29-Aug-05 | 7:43 AM | | L9W | | | "Various clocks stopped between 0743-0747, corresponds to observations of National Guard officers at Jackson Barracks" | | | | | SC/EW | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 20 | 29-Aug-05 | 7:45 AM | | L9W | | | "Several [illegible] to the breach stopped at 0745" | | | | | SC | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 19 | 29-Aug-05 | 7:55 AM | | L9W | | | "First police calls were received at 0755 and were relayed to Bob Turner who called the NWS at 0810 who reported it at 0817." | | | | | PC | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 15 | 29-Aug-05 | 6:13 AM | | L9W | | 788500/3,317,400 | "water is already up to the wheels of this vehicle" | | | | | photo | FINAL Vol IV The Storm - appendices.pdf, IV-7-52 |
| 15 | 29-Aug-05 | 6:30 AM | | L9W | | 788500/3,317,400 | "noticed significant water, much more that normal rainfall. Estimated the time to rise from wheels to top of cab of large military transport trucks was about 1-1/2 hrs max." | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-51 |
| 11 | 29-Aug-05 | 5:15 AM to 6:30 AM | | L9W | | | "At Site C1, two of the clocks indicate a time of about 1015 UTC (5:15 a.m. CDT) while two other clocks at the same elevation indicate a time of about 1130 UTC (6:30 a.m. CDT). Four other clocks at higher elevations at Site C1 also indicate a time of abo | | | | | SC | Volume IV - The Storm, maintext.pdf, IV-195 |
| 14 | 29-Aug-05 | about 4 pm. | | L9W | | 789300/3,319,500 | "water seemed to pick up his home and turn it around" "water ended about 20 ft in the street." | "water was coming from St. Bernard parish west into Orleans" | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-50 |
| 14 | 29-Aug-05 | | way before dark | L9W | | 789300/3,319,500 | "3ft of water in his home on the second floor, about 12 ft deep" | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-50 |

Legend
Station 5 = Pump Station No. 5, SB = St. Bernard Parish, 17th = 17th Street Canal, LS = London Street Canal, L9W = Lower 9th Ward, OE = Orleans East Parish
PM = Phone Message, EW = Eye Witness, SC = Stopped Clock, PC = Phone Call, TSP = Time Stamped Photo's, TNV = Stated Time Not Valid



FIGURE 3.1   LOCATION MAP OF REPORTED EVENTS AND OBSERVATIONS
PROVIDED IN TABLE 3.1



FIGURE 3.2   WATER SURFACE ELEVATION (NGVD 29 FT) AND BOUNDARY LAYER ADJUSTED WIND VELOCITY VECTORS (KNOTS) DURING HURRICANE KATRINA AT 2:00 AM AND FROM 5:00 AM TO 12:00 PM (WESTERINK, ET. AL., 2006)



9:00 AM

8:00 AM

7:00 AM

FIGURE 3.2   (CONTINUED)



12:00 PM



11:00 AM



10:00 AM

FIGURE 3.2 (CONTINUED)



FIGURE 3.3   WIND SPEED AND DIRECTION AT THE NEW ORLEANS AIRPORT ON AUGUST 28, 2005

at 5:00 am and 6:00 am appear the same. Moreover, Figure 3.2 shows velocity vectors (SSE) remained essentially parallel to the southern segment of the IHNC from 5:00 am to 9:00 am with surge effects from Lake Pontchantrain and MRGO-GIWW Outlet increasing to 9:00 am and 8:00 am, respectively (which is consistent with IHNC hydrograph information). Maximum wind speed sustained over a minute provided by NOAA/AOML/Hurricane Research Division and directions from Figure 3.2 are provided below for IHNC (south). Where wind speeds were not available from NOAA/AOML, airport speed records are provided.

| Time | Speed (mph) | Relative Direction to IHNC (south segment) |
|------|-------------|--------------------------------------------|
| 3:00 am | 44 (59) | Parallel |
| 4:00 am | 58 | Parallel |
| 5:00 am | 55 (72) AP | Parallel |
| 6:00 am | 58 (82) AP | Parallel |
| 7:00 am | 86 | Parallel |
| 8:00 am | ND | Parallel |
| 9:00 am | ND | Parallel |
| 10:00 am | 69 | 45° "SE" |
| 11:00 am | ND | 10° "SEE" |
| 12:00 pm | ND | 10° "NEE" |

(_)=gusts, AP = airport data

Airport records from 3:00 am to 4:00 am on the day of the Hurricane indicate that the wind speed generally increased from about 44 to 52 mph with variable gusts from 10 to 30 mph higher. At 4:00 am, the NOAA/AOML speed of 58 mph was above the airport speed of 52 mph but lower than the gusts, which were on the order of 80 mph. From 4:00 am to 5:00, wind speeds ranged from 48 to 56 mph, and gusts of 61 to 76 mph were recorded at the airport. Winds increased again from 5 to 6 am, where airport winds were about 55 to 60 mph with gusts from 75 to 85 mph, or 20 to 25 mph higher. Gusts at the airport at close to 7:00 am were the same as NOAA/AOML speed of 86 mph.

3-11

3.3 IHNC Hydrograph Data

Gage records along the IHNC have been plotted from 12:00 am on August 28, 2005, to 6:00 pm on August 29, 2005 (see Figure 3.4). As can be seen in Figure 3.4, from August 28, 2005, 12:00 am to 10:00 pm, the canal level increased from about 1.5 to 5.0 ft elevation NAVD88 for both the Orleans Levee District gage (OLD) and the USGS gage. Although these two gages follow the same gradual trend, the OLD gage indicated levels about 0.3 ft higher, yet these two gages are only about 2 ft apart.

From 10 pm to 3 am the OLD and USGS gages were at about the same elevation (see Figure 3.4). However, at about 4:30 am, the OLD gage fell off the trend, followed by the USGS gage, despite surge increases along Lake Pontchantrain and the MRGO/GIWW Outlet (see Figure 3.2). Both gages appeared to recover, and by 6:00 am, the OLD gage reached the Lock Staff (LS) gage reading of about Elevation 11.0 ft NAVD88. The OLD gage then deviated again from the LS gage. The USGS gage also appears to deviate from its trend in the 7 to 8 am range.

IPET states the following regarding the drop in the USGS transducer gage: "One possible explanation of the 5 ft drop is that the high velocities through the railroad/I-10 bridge opening, along with debris, snagged the cable and pulled the transducer up out of the pipe giving it an apparent drop in water level." This explanation does not seem feasible since there was a *gradual* recovery from Elevation 5 to 11 ft to 1 ft below the LS gage and was reasonably close to the OLD gage (0.5 ft difference) at about 6:00 am. The OLD float gage may have had difficulty dropping once reaching higher elevations in the PVC staff and responding to more rapid water level changes. Regarding the OLD, IPET states: "Whether the OLD gage got stuck or the level readings indicate the time of a breach is unknown."

The MRGO/GIWW (USGS) gage at Paris Road (M/G), which is just west of the outlet is about twice the channel distance to the breach sites than the I-10 gauges and 3-4 times that from the lock readings. The M/G gage has been plotted with other data



FIGURE 3.4   IHNC GAGE RECORDS PLOTTED WITH TIME BEFORE, DURING AND AFTER
HURRICANE KATRINA (IPET, 2006b, Vol. IV-33)

in Figure 3.5. Days before the Hurricane, the M/G gage followed the USGS gage at I-10 except that the tide peaks were about 0.35 ft higher.

As expected from the path of Hurricane Katrina, the M/G increased at a greater rate than the identical IHNC gage trend, reaching levels of 5.5 ft Elevation by 8 pm on August 28, 2005. From about 10 pm on August 28, 2005, the M/G gage and LS gage trends were essentially identical, with the USGS at I-10 gage lagging to about 1 ft at 4 am on August 29, 2005. After 4 am, there is no other data provided for the M/G gage.

Both Figures 3.4 and 3.5 indicate that the maximum surge level at the IHNC lock was 14.2 ft at 9:00 am on August 29, 2005. It should be noted that high mark levels (HML) in the vicinity of the lock were reported by IPET as 13.2 ft, 13.7 ft, and 13.8 ft NAVD88. IPET considered the HML of 13.2 ft not sufficiently valid. The peak on the hydrograph of 14.2 ft was apparently the lock operator's "best estimate of the peak high water" (p. IV-I-74).

By 6 pm on August 29, 2005, the IHNC canal water level had decreased to about the levee crown elevation adjacent to the breach sites.

3.4 Wave Conditions

Waves were much larger and more energetic than anticipated during design. Simulations across Lake Pontchantrain found that during Hurricane Katrina wave heights reached 8 to 9 ft, with a period of 7 seconds before entering the IHNC (IPET Vol. IV).

Reports of wave heights ranged from over 1 ft to spurious waves up to about 20 ft along the IHNC (see Table 3.1). Waves of 1.3 ft were reported from a file photo at 7:06 am in daylight within the IHNC lock (p. IV-I-69-70). Another report stated that "within an hour of the hurricane's landfall, wind-generated waves reached heights of at least 4 ft in the Industrial Canal" (ASCE, 2007). Also, wave heights up to 8 ft were



FIGURE 3.5   TIME PLOT OF MRGO/GIWW GAGE, IHNC USGS GAGE AT I-10 AND IHNC LOCK GAGE DATA WITH MODELING RESULTS (TEAM LOUISIANA REPORT FIGURE 183)

reported in other areas (see Table 3.1).

3.5 Timing and Associated Conditions

For the purposes of this failure investigation of the North and South Breaches it is important to make the best possible assessment of the time of failure of the breaches. This establishes the site conditions at the time of failure.

The available information related to the failure consists of eye-witness accounts, 911 calls, and battery-operated clocks. The battery-operated clocks became submerged during the flooding, and power control center log. This information has been summarized in Table 3.1 and Figure 3.1. It should be noted that the reported clock data (if properly set) would provide later times than when the breach actually occurred, as they would be elevated off the ground and would be further delayed by the seepage rate into the house and resistance to soaking.

Based on the available information, which is summarized in Table 3.1, the estimated time of the North Breach is 6:00 am. Pump Station No. 5 manager stated that after watching the failure of the wall, he immediately called to have power shut off for fear of electrocution. Central Control Center logged this call at 6:10 am. Eyewitnesses closest to this breach generally recalled the time of flooding in the range of 4:00 to 6:00 am and that it was dark to not quite daylight. Clocks in the vicinity stopped between 5:15 am to 7:30 am.

For the South Breach, the start of flooding is estimated at 6:30 am. The earliest 911 call indicating a house was flooded was at 6:53 am. The location of this call was about 3400 ft south of the South Breach area. The closest eyewitnesses generally recalled the violent flooding beginning between 5:45 am to 6:30 am, in the dark to turning daylight.

Using the above times, the surge elevation based on the IHNC hydrograph (see Figure 3.4) would be 11.2 ft and 11.8 ft NAVD88 for the North and South Breaches,

respectively. Wave heights during this time were at least 4 ft and up to about 20 ft. Similarly, wind direction, given the above timing of the North and South Breaches, was southward and parallel to the canal at wind speeds on the order of 58 mph with gusts up to 82 mph and 86 mph, respectively (see Section 3.2).

## 4.0 FLOODWALL FAILURE CONDITIONS

4.1 North Breach Chronological and Damage Photographs

Photographs at the 250 ft long North Breach were taken from various sources which are provided in the photo descriptions. Overview photographs are given in chronological order (see Photos 4.1 to 4.6) followed by those which include damaged wall conditions from north to south (see Photos 4.7 to 4.13).

### Photographic Chronology

Earliest available videos or still photographs of the North Breach depict floodwaters flowing back into the canal (see Photos 4.1 and 4.2). Floodwaters flowing into Lower 9th Ward (L9W), however, resulted in significant back erosion which included the washing away of a pre-existing ramp into the waterfront area, as can be seen in Photo 4.3. Also note, in Photo 4.3, the east-west ridge of deposited material from the eastward to northward inflows.

Photo 4.4 depicts an aerial of both the North and South Breaches in October 2005. Using this photograph, the North Breach scales to be about 240 ft and, therefore, would be located from Station 53+60 to 56+00. Also, the north end of the displaced floodwall scales to be displaced 80 ft to the west with the end of the breach bent inward about 10°.

### Damage Condition Photographs

Based on photographic evidence, the North Breach failure initiated at the north end of the breach, or just south of the still intact virtually undamaged wall (see Photos 4.7 and 4.8). These photographs show a very abrupt failure at the construction joint at the north end of the North Breach. This wall break is the result of failure in shear from a clockwise twist. Also, the sheetpile has been torn off the northern floodwall section and has been displaced eastward. This tear decreases with depth and the sheetpile is most likely intact at some point. There is also photographic evidence that this sheetpile

4-1



<u>Photo 4.1</u> Still of earliest available video of the North Breach after Hurricane Katrina. Floodwaters flowing back into the canal. Video dated August 30, 2005 at 12:55 pm. Floodwater level low enough to see ground surface on waterfront side. South view. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C., location of video: IHNC files\CDs\dvd's 6-3-08\Mark Price\Files\Photos-videos 1\P3\Captured CCD\Katrina10.mp2 Video dated August 30, 2005)



Photo 4.2 North Breach at the Lower Ninth Ward. Water is shown flowing back into the IHNC. Note entire area in the vicinity of the breach has been eroded away. Photo dated August 31, 2005 (Preliminary ILIT report dated November 2, 2005, Figure 4.7)



Photo 4.3 No flow condition at the North Breach. Back erosion in front of the failure and along the south end of the breach is present. Also, the photograph depicts a east-west ridge of sediments deposited from eastward to southward floodwater flows into the Lower 9th Ward. East view. (IPET report, Appendix Volume 14)



Photo 4.4  IHNC between Claiborne and Florida Avenue Bridges in October, 2005 showing the North and South Breaches.  Note the slight bend at the south end of the North Breach compared to the South Breach. The floodwalls at the North and South Breaches scaled to a maximum east end displacement of 80 ft and  195 ft respectively. (Air photo provided by the Natural Resources Conservation Service of  the U.S. Department of Agriculture.)



Photo 4.5 Temporary levee installed on canal side across the North Breach. At the north end of the breach, east-west ridge of washed sediment on northside is present. Note exposure of the sheetpile just north of the failure on land side from in-rush of floodwater when the wall was displaced eastward at the end of the breach; and water-filled scour trench just south of failure. Closer to the breach, the trench appears fairly uniform width but wider than it is to the south. Just north of the breach at the floodwall corner (where the wall elevation is 1 ft higher than at the failure reach) no scour can be seen. Southwest View. (IPET website, Post-Katrina, Presentations, "The Anatomy of a Disaster" dated June 7, 2006)



Photo 4.6 Installing temporary levee in front of North Breach. Note broken and missing concrete at monolith joints. Concrete completely missing where it has "fanned" downward. Note, floodwall at north end of the breach has translated about 80 ft to the east and rotated about 270°.West View. (IPET Appendix Volume 6 and L. Harder, October 14, 2005).



Photo 4.7 Abrupt tear at north end of North Breach. Continuous (unjointed) concrete panel to north corner with breach occurring at construction joint. Note sheetpile at south end of this panel was pulled laterally eastward out of bottom of the concrete panel and tore just south of the interlock with adjacent sheet. Note the smooth "curved" surface from concrete against sheetpile at south end of the existing monolith. The eastward displaced sheetpile appears to have been also torn off the sheetpile in the older southern monolith. The southern monolith had a lower top elevation of 1 ft. Northwest view. (see NB-8, LNA 001159)



Photo 4.8 North end of North Breach. Appears steel rebar was used in monolith to the north. Note the sheetpile is torn-off and rebar is bent landward. Opposite view of Mr. Villavasso, when he observed the failure. Northeast view (Photo produced by LaFarge, North America, LNA001155).



Photo 4.9 North Breach showing north end of the floodwall laying flat on ground having rotated 270°. Except for where wall has been twisted upside down the greatest fragmentation and twisting strain appears be at the construction joints. Southeast view. (Photo produced by LaFarge, North America, LNA001148).



Photo 4.10 Most of the North Breach to the south end. The failed floodwall displaced eastward and twisted 270° with sheetpile completely out of the ground close to the south end. The twisting of the sheetpile indicated (without tearing) appears up to 28° in 4.5 ft. Note in this section there has been rotation along the interlock joint. South view. (Photo produced by LaFarge, North America, LNA001158)



Photo 4.11 South end of North Breach. Washout from flow of floodwaters into Lower 9th Ward can be seen along wall at south end exposing sheetpile. South view. Photo taken on October 4, 2005. (Preliminary ILIT Report dated November 2, 2005 Figure 4.11)



Photo 4.12 depicts the more gradual twisting of the wall at the south end of the North Breach. Torsion or twisting strains greatest at the joints. Note from the flow of floodwaters into the Lower 9th Ward the levee soil was washed along the wall and exposed the sheetpile. At the joint in the middle of the photo the sheetpile appears to have been peeled off the back of the wall south of the joint. South view. (Photo produced by LaFarge, North America, LNA001142)



Photo 4.13 South end of the North Breach with floodwall twisted down slope. Note discrete deformations at joint locations. North View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", 9th Ward Photos, dated October 26, 2005)

"peeled-off" the still standing concrete floodwall (see Photo 4.7). Similarly, the southern portion of the eastward displaced sheetpile delaminated from the adjoining southern concrete panel.

Photographs 4.9 to 4.11 depict the wall that came completely out of the ground, twisted longitudinally 270°, and displaced eastward at the north end about 80 ft. These photos also are evidence that the sheetpile has significant twisting flexibility. Twisting-induced extension of the sheetpile can be seen in the upper "fan" of the displaced wall where the "corrugations" have been stretched and where the interlock seams have been rotated (see Photo 4.10).

In addition to other concrete wall damage, discrete deformations with missing concrete are present at the panel construction joints, primarily from twisting (see Photos 4.9 to 4.13). At the south end of the breach, joint twisting resulted in the sheetpile "peeling off" the more vertical monolith to the south (see Photo 4.12). Also, similar to the north and south ends of the South Breach, the south end of this breach rotated about 90° within 2 concrete panels with the piling exhumed from the ground (see Photo 4.11). The amount of concrete distress, however, is significantly greater in the north end of the South Breach compared to the south end of the North Breach (see Photos 4.12 and 4.27 to 4.30).

Despite failure of the wall prior to overtopping, a scour trench was present to the south of the breach. Closer to the south end of the North Breach, a fairly uniform scour trench (which became narrower further to the south and then widens again) is present (see Photo 4.5). Other than scour from the initial inflows from the first panel failing at the north end of the breach, no land side scour is present along the monolith to the wall corner. It should be noted this wall (and that to the north) was constructed 1 ft higher than the reach to the south (see Photo 4.7).

4-15

## Analysis

The initial failure had to occur close to the north end of the North Breach in order to tear the sheetpile, since: 1. the adjacent unfailed, more resistant, wall did not noticeably yield; and 2. the sheetpile can twist significantly without exhibiting tearing as depicted in Photos 4.9 and 4.10 and others. Also indicating the failure had to be close to the north end are that, at the South Breach, the walls would twist at ends without disconnection for transverse forces (see Section 4.2), but not at the North Breach, and that the land side scour pit is present just to the north of the failure. This scour pit would have developed from the in-rush of floodwater from the initial breach of the first panel. Moreover, the tearing occurred from the top down indicating an upper force.

This tearing would have required a significant force on the floodwall to displace it sufficiently to cause the sheetpile to tear with depth. Now, with flow along the sheetpile into the L9W, the embedment was washed away as floodwaters entered the L9W through the first panel breach. And like the northern part of the South Breach (see Section 4.2), this flow along the sheetpile resulted in progressive washout and failure of the North Breach to the south (see Photos 4.11 and 4.12). This progressive failure resulted in the north end of the failed wall segment displacing eastward and twisting 270°. This is illustrated in Figure 4.1. Once the twisted north end reached its final resting position, wall rotation was limited by the ground surface to about 90° (see Photos 4.6, 4.11 and 4.12).

Noted observation by the Pump Station No. 5 manager (see Table 3.1) is consistent with the failure mechanism discussed above, namely:

- Significant boom sound
- The tip of the barge through the wall
- The initiation of the wall failure beginning at one end of the breach, with wall 'tumbling panel by the panel'



IMPACT
LOAD

FIGURE 4.1   ILLUSTRATION OF THE FLOODWALL MOVEMENT AT NORTH END OF NORTH BREACH

4.2 South Breach Chronological and Damage Photographs

Photographs of failure conditions at the South Breach are Photo 4.4 and Photos 4.14 to 4.43. Photos 4.4 and 4.14 to 4.24 are most related to the failure chronology, while Photos 4.25 to 4.43 are related to the damage conditions and are provided generally from north to south. The photos were taken from various sources which are given in the descriptions of the photographs.

Photographic Chronology

The earliest available photograph of the South Breach is shown in Photo 4.14. As can be seen in this photograph, the erosion is most developed across the northern part of the breach. This indicates the failure first initiated in this location. The first major area of erosion of the canal-side levee ridge may have been the momentary south end of this progressive failure where scour occurred along the twisted floodwall as is present at the final north and south ends of the breach (as well as along the south end of the North Breach). The remainder of still intact floodwall to the south did not fail as a result of progressive washout along the momentary end of the sheetpile, as with the North Breach. This can be concluded because of land-side ridge, which is present in Photo 4.14. In the south part of the breach, it can be seen in Photo 4.14 that the gap between the canal side and landside levee ridges is not relatively even, as would be expected if it were created by a scour trench, and appears to be further apart the closer to the south end.

Later during the day of the hurricane on August 29, 2005, floodwaters flowed back into the canal as shown in Photo 4.15. Note that previous flow into the L9W has eroded the landside levee ridge, as only the canal-side ridge is visible. In Photo 4.16 the canal water appears lower than in Photo 4.15 and there is less turbulent flow at the waterfront edges. Again, only the levee ridge on the canal side can be seen. A no-flow condition is depicted in Photo 4.17 on August 29, 2005, at 2:35 pm. Canal water level at

4-18



Photo 4.14 Earliest available photograph where canal water was still flowing into the Lower 9th Ward but hasn't reached top of school bus and is now below the crown of the levee. In the northern portion of breach back erosion occurred to the west and the upper portions of the earthen levee are gone. Location of the turbulent flow along canal ridge near the middle of the breach may have been the south end of the initial failure where canal water flowed in along the twisted floodwall such as is present along the north and south ends of the breach. Note, where present the top of ridge appears to be close to the same elevation as adjacent unfailed sections. Also, the canal and landside levee ridges are not parallel. Northeast view. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Appendix Volume 14, by U.S. Army Corps of Engineers, June 2007)



Photo 4.15 Photograph of southern part of South Breach after Katrina. Floodwater, which is to the top of the school bus, is now flowing out of the Lower 9th Ward with the canal water at a lower elevation than in Photo SB-1. Note only canal-side levee ridge visable due to erosion from water flowing into the Lower 9th Ward. Southeast View. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Appendix Volume 17, by U.S. Army Corps of Engineers, June 2007)



<u>Photo 4.16</u>  Photograph of South Breach showing flow from the Lower 9th Ward into the canal. Note that at this time waterfront ground surface is visible and landside levee ridge is not visible. Also, back-erosion is now apparent in this photo at the south, as well as north ends of breach from canal water flowing into the Lower 9th Ward. ("9th Ward Barge and Levee Photos")



Photo 4.17  Photo indicates the time was 2:35 pm on the day of Hurricane Katrina. At this location there appears to be a no flow condition across the South Breach. Note no landside and only a canal-side ridge is present across a small portion of breach. Waterfront ground surface now present at a water elevation estimated at 8 ft based on hydrograph data. Barge can be seen on flood side just south of the breach. West View. (IPET Appendix Volume 5, by U.S. Army Corps of Engineers and Team Louisiana final report entitled "The Failure of the New Orleans Levee System during Hurricane Katrina" dated December 18, 2006)



Photo 4.18 Photo is an aerial view of the South Breach after Hurricane Katrina with a significant amount of floodwater still pooled on Jourdan Ave. As can be seen in the photo, most of the concrete floodwall segment has broken off the sheetpiling in the northern half whereas towards the southern half much of the concrete wall has remained attached to the sheetpiling. The northern part of the failed floodwall displaced up to about 180 ft to the east and beyond Jourdan Ave. In the southern part of the breach the wall displacement was fairly uniform and on the order of 50 ft. In about the middle of the breach there is a significant "vertical" face which can also be seen in Photo 1 where turbulent flow into the canal was observed. This location was likely the momentarily south end of the progressive failure of the floodwall. Northeast View. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Volume V - The Performance - Levees and Floodwalls, by U.S. Army Corps of Engineers, June 2007)



Photo 4.19  Photo of the south part of the South Breach. The photo appears to have been taken prior to Hurricane Rita as the ING 4727 Barge is to east of the school bus but after temporary levee material had been placed to the west. The final resting place of the barge was on the bus. IPET alleges that the longitudinal ditch shown in the photo is a remnant of the scour trench. But the depth and width of the "trench" or "slough" does not appear to be consistent with this interpretation. This also can be seen in a later picture of the "slough" before Rita (see Photo 4.20.) No bottom elevations of the "trench" are available. Trench could also have resulted, however, from displacement of sheetpile from the lateral impact force by the barge (see Figure 4.14). Note the floodwall has been displaced fairly uniformly to the east at about 50 ft. At the south end of the breach the wall is twisted landward and the soil adjacent to the sheetpile has been washed away during the flooding.  The photograph indicates that the water level in the slough at the south is at about Elevation -2.2 ft or almost 9 ft below the levee crown (based on as-built drawings). Therefore, the toe of the sheetpile at this location would be about 8 ft below the water surface. Note wood pole on levee slope, which is south of the breach, was not knocked down by barge. South View. (https://ilpet.wes.army.mil/, post Katrina photos, by U.S. Army Corps of Engineers)

4-24



Photo 4.20 After Hurricane Katrina where canal water had eroded temporary levee and was flowing into the Lower 9th Ward on September 12, 2005 through South Breach. Note at this time barge is not on the school bus. Later flow out of the canal from Hurricane Rita floodwater caused barge to flow on top of school bus. Photo also indicates the significant depth of the slough along the wall alignment. Water level in the slough at the arrow projects out at about 10 ft below the crown or an elevation of -3.5 ft. The slough appears widened from flow along failed floodwall at south end. Photograph also shows longitudinal sinusoidal bowing just south of the failure. North View. (http://www.Gettyimages.com, ID#71545243, September 11, 2005)



Photo 4.21 South Breach during Hurricane Rita. Water level was below floodwall but still flowing in to the Lower 9th Ward through the levee. Note that the drill rig parked on flood-side north of breach appears to have been left there before Hurricane Katrina, and that the barge was not on top of the school bus. This photo was taken on September 23, 2005 at 6:57 pm. South View. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/Ind Canal, September 3, 2005)



Photo 4.22 Photograph depicts the entire South Breach. Note the longitudinal sinusoidal bowing of the wall immediately to the south of the breach, and that the pole just south of breach on landside of the levee was not impacted by the barge movement and that flattened floodwall is tilted slightly upward near southern end of the breach. Photo dated September 26, 2005. North View. (http://www.Gettyimages.com, ID#55772729, September 26, 2005)



Photo 4.23 Photograph of the displaced sheetpile at the South Breach and the barge. At the time the photo was taken a temporary levee was being installed after Hurricane Rita. Note the northern portion of the sheetpile extended across Jourdan Ave. Northeast View. (ILIT report entitled "Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005")



Photo 4.24  Photograph of South Breach after Hurricane Rita. Temporary earthen levee appears to have been completed. Photo dated October 14, 2005. South View. (IPET Appendix Volume 2, by U.S. Army Corps of Engineers, ILIT, Figure 1.9, Photo by Les Harder)





Photo 4.25 Depiction of the scour trench to the north of the South Breach which appears of uniform width. Also, concentrated deformation at the construction joint exist along the twisted floodwall at the north end of the breach which has displaced downslope. South view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005 and IPET Report Figure 14-26.)



<u>Photo 4.26</u> The floodwall at the north end of the South Breach twisted downslope. Significant deformation occurred along the construction joint. At the joint towards the middle of the wall panel there appears to be early landside compressive spalling. South view. Photos published by Army Corps of Engineers on <u>https://ipet.wes.army.mil</u> (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 10, 2005



Photo 4.27 Depiction of the downslope twisting of the floodwall at the north end of the South Breach. Essentially all the sheetpile for the most twisted concrete panel (to the south) is no longer embedded. Some embedment also has been removed from the northern panel sheetpile. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005.)



Photo 4.28 North end of South Breach. Predominate twisting and bending strains resulting in debonding in bottom and spalling in upper portion of the wall. Note rock fill installed against wall where floodwaters washed out the levee materials exposing sheetpile. Photo dated October 4, 2005. Northwest view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "9th Ward")



Photo 4.29 A depiction of a more than 90° downward twist of the floodwall at the north end of the South Breach. Beyond the construction joint of the most northern twisted panel the floodwall concrete has been completely disintegrated with the sheetpile laying on the top of the ground. End of upper panel shown in the photo appears to have been only slightly damaged. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 6, 2005.)



Photo 4.30 A depiction of the north end of the South Breach. Concrete floodwall is fairly intact north of construction joint. To the south of this joint the wall is twisted downslope more than 90° in less than two panel lengths. Most northern twisted panel shows significant concrete fragmentation and reinforcement exposure. These areas have the minimum concrete cover over the sheetpile whereas in intermittent areas have the greatest cover and this infill reinforced concrete remained more "intact". In the southern panel the concrete essentially disintegrated with the sheetpile lying on the top of the ground. Photo dated October 6, 2005. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity")



Photo 4.31 About in the middle of the South Breach where greatest horizontal curvature section is present. Note tensile debonding on bottom parts of panels and compressive spalling in the upper segments. Photo dated October 4, 2005. Northeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "9th Ward")



Photo 4.32 Photograph of the southern portion of the South Breach. Most of the monolith concrete remained on the sheet pile in this section with frequent "vertical" cracking and spalling, as well as some concrete missing in localized areas at the "top" of the wall. Note there is no tensile debonding in lower portion of wall. South view. (IPET report dated January 10, 2006, Figure 13-24)



Photo 4.33 Photograph of southern part of South Breach after Hurricane Rita with barge in background. Floodwall has been exhumed and flattened and the wall has been sheared-off at the south end. Note that the sheared end is south of the monolith joint and is at an acute angle. Photo dated September 26, 2005. East view. (Photograph from http://www.gettyimages.com ID #55772555).



Photo 4.34 A depiction of the south end of the South Breach where the top of floodwall was sheared-off and the vertical rebar has been bent horizontally landward. The sheared-off portion of the wall occurred at the horizontal cold joint between the 3 ft top pour and bottom pour which contains the embedded sheetpile. Horizontal rebar are also bent in landward where exposed at the north fracture surface in the upper pour. Note rock fill was installed along floodwall where levee washout exposed the sheetpile. Photo dated October 6, 2005. South view. (Photo published by Army Corps and Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity")



Photo 4.35 South end of South Breach where the top of the concrete wall has been sheared- off beyond the vertical monolith joint. Note tensile debonding due to twisting and bending. Photo dated October 6, 2005. Southeast view. (Photo published by Army Corps and Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity", "IHNC- Inner Harbor Navigation Canal" photos)



Photo 4.36 Photo taken after Hurricane Rita shows the south end of the South Breach where the top 3 ft of the concrete has been sheared-off to the cold joint and the vertical and horizontal bars are bent landside. The crumbled concrete from the upper portion of the wall is adjacent to lower portion of wall. At the construction joint at the north end of the sheared panel the sheet. Photo dated September 30, 2005. Southwest view. (Photo from http://www.Gettyimages.com, ID#55832357)



Photo 4.37 A depiction of the top of the sheared-off panel at the south end of the South Breach. To the east, the top of the sheared panel appears to be more fragmented. Upper parts of sheetpile are exposed as the concrete has been "spalled" off. Photo is dated September 27, 2005. Northwest view. (Photo published by Army Corps of Engineers on http://ipet.west.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity").



Photo 4.38 Photograph shows the top of the sheared-off floodwall at the south end of the South Breach, and essentially flat lying floodwall to the north which has been displaced about 50 ft to the east. The concrete appears to have been gouged off the top of the floodwall in the nearest flattened monolith. To the south the rebar appears bent over concrete immediately above the sheetpile. Also, an obviously wider scoured "slough" from flow along the wall to the south can be seen. Note, scour wall in levee to the east of the sheared-off wall from flooding. Northeast view. (Photo from hard drive obtained from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/9th Ward Barge and Levee Photos, September, 2005)



<u>Photo 4.39</u> South End of South Breach Showing Vertical Rebar Bent Inward and Perpendicular to the Laterally Bent Inward Floodwall. Photograph Dated October 14, 2005. (Ingram Barge/KC764 Part A/ Katrina photos/Aftermath/9th Ward Levee by Andres Bocher-FEMA)



Photo 4.40 The top of the sheared-off portion of the concrete floodwall above the cold joint where rebar is bent landside. Concrete above the cold joint is sheared-off beyond the vertical panel joint. Also, note the exposure of the reinforcement in areas of higher stress in the wall. Photo is dated October 6, 2005. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity")



Photo 4.41 A depiction of the sheared-off end of South Breach showing the acute vertical fracture surface and the horizontal cold joint. The horizontal rebar has been bent southward. Note this photo appears to have been taken after Photo SB28 as the concrete above the construction joint on the landside has been removed. Southwest view. Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) )



Photo 4.42 A depiction of the south end of the breach where the top portion of the concrete wall has been sheared-off with rebar bent landside and the resulting crumbled concrete pushed below and behind the remainder of the wall. To the north of this section the wall lies fairly flat and is displaced eastward about 50 ft. To the south of breach a fairly uniform scour trench is present adjacent to the wall. Note the concrete ridge above the horizontal construction joint at the south end of the failure. "Dunbar" photos dated September 27, 2005. North view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "IHNC")



Photo 4.43 South end of the South Breach showing rebar bent landward perpendicular and across construction joint. Displaced curvilinear wall section lower to northeast. As barge scraped across the construction joint the canal-side vertical rebar was exposed and the upper portion of the wall was broken and pushed over the wall below the joint level. A scour trench formed from overtopping over the sheared-off wall segment. Note that at the end of the failure, concrete displaced southward and that the concrete below the joint has had minimal spalling. Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "IHNC", dated September 27, 2005)

this time was at about Elevation 8 ft (based on hydrograph data) and a flood-side levee ridge is still not present.

Photo 4.18 is an overall picture of the South Breach after much of water had receded after Hurricane Katrina. As can be seen in Photo 4.4, the failed floodwall had been displaced east of Jourdan Ave. some 195 ft from its original position. The significant "vertical" landside face along the wall alignment in Photo 4.18 is likely the momentary location of the southern limit of the progressive failure of the breach which is consistent with Photo 4.14.

Photo 4.19 depicts a landside slough along the alignment of the floodwall following Hurricane Katrina, after floodwaters had receded in both the canal and Lower 9th Ward, which can also be seen in Photo 4.18. The slough only appears present where the displaced sheetpile is closest to the original alignment. Based on Photo 4.19, the water level in the bottom of the slough is about Elevation -2.2 ft, or almost 9 ft below the constructed levee crest and about 8 ft above the sheetpile toe at the south end of the breach.

Photo 4.20 depicts the South Breach after Katrina, dated September 12, 2005. Note that where the temporary levee has been breached, the canal water is flowing into the L9W (see Photo 4.20). Also, it can be seen in Photo 4.20 that the water level in the slough along the floodwall is significantly below the levee crest where the scour trench would be found on either side of the wall failure (which is not visible in this photograph). Based on this photograph, the water surface in the slough projects out to be about 10 ft below the levee crown, or an elevation of -3.5 ft. This depth of slough water is consistent with that determined in Photo 4.19. Photo 4.21 is a photograph taken during Hurricane Rita on September 23, 2005. The photograph depicts that canal water has risen and was again flowing into L9W. Turbulent flow accompanying back scour at north end of breach and at about middle of breach was present.

4-49

The South Breach after Rita on September 26, 2005, wherein floodwater has receded on both the canal and landsides, is shown in Photo 4.22. In this photo, the scour trench along the unfailed north and south ends can be seen relative to the longitudinal slough which has been eroded by Rita floodwater. Photo 4.23 shows the South Breach after much of the water has been removed from L9W and the temporary earthen levee is being installed. This temporary levee has been completed by the time Photo 4.24 had been taken.

Using Photo 4.4, the South Breach scales to about 840 ft long and from about Station 23+30 to 31+70.

## Damage Condition Photographs

Both ends of the South Breach were found to have the following similar characteristics: 90° twisted floodwalls, canal-side washouts, and uniform adjacent scour trenches. These characteristics are discussed below.

Twisted Ends: Similarly twisted 90° floodwalls can be seen in Photos 4.28, 4.29, 4.35 and 4.38. Also, as can be seen in Photos 4.27, 4.28, 4.34, and 4.38, at both the north and south ends, there are discrete twisting strains at monolith joints where little rigidity exist. Moreover, the north and south ends are bent about 45° and 55°, respectively; see Photo 4.4.

At the northern end of the South Breach, the floodwall has twisted (starting essentially at a construction joint) about 90° downslope in less than two concrete panels (see Photos 4.28 and 4.29). Over this panel length the deformation intensity increases significantly, with the concrete disintegrated and the sheetpile lying on top of the ground along the southern most panel. It is interesting to note that the tensile debonding of the concrete is, however, greater at the north end, as the sheetpile was pulled a greater distance into L9W than at the south end (see Photos 4.26 to 4.29 compared to 4.34 and 4.38).

4-50

Washed Out Ends: Floodwater washout of levee embankment along the wall can be seen in Photos 4.27 and 4.38.

Uniform Scour Trenches: Relatively uniform scour trenches were present to the north and south of the failure (see Photos 4.25 and 4.41). Examination of the available photographs indicates that the fairly uniformed scour trench exists to almost the beginning of the north end of the breach, where a significant gap in the monolith joint was, and sand bags were placed to prevent flow. No scour trench can be seen, however, beyond these bags (see Photos 4.26). The enlarged scour in this area appears related to flow through this gap. Also, in Photo 4.26, the land slide levee face is present with the exhumed sheetpile over it, but there is no evidence of a significant scour trench beneath it.

For the south end, there is also an increasing scour trench beyond the uniform width as depicted in Photo 4.41. This was most likely caused primarily by overflow over the sheared-off section of the wall (see Photo 4.35).

As mentioned above in this section, there is little concrete remaining on the sheetpile in the northern half of the breach where wall displacement is the greatest. As can be seen in Photo 4.4, the maximum floodwall displacement is along the northern half of the breach, with the fragmentation of the concrete so great that much of it is missing. The wall is estimated to have been displaced up to about 195 ft eastward. In the southern portion of the breach, the displacement is fairly uniform at about 50-60 ft east of its original position, with much of the concrete remaining on the floodwall. The wall curvature resulting from the lesser displacement of the south part is exhibited by "upper" spalling and "lower" tensile debonding in the reinforced concrete panels (see Photo 4.3).

A slough exists along the wall alignment along the southern half of the breach where the wall is fairly uniformly displaced. This slough can be seen in Photos 4.19,

4.20, 4.33, and 4.38. As discussed earlier in this section, this slough is relatively deep and has been affected by floodwaters. Most likely, the formation of this slough was mainly from translation and rotation of the wall (see Figure 4.14).

For the fairly uniformly displaced southern section of the failed wall, much of the concrete has remained on the sheetpile (see Photo 4.31). Localized areas of spalled off concrete exist in the "upper" part of this wall segment. These spalled areas cannot be explained, however, from in-plane bending as shown in Photo 4.30, as there is no exhibited curvature to the wall, nor is there tensile debonding in the "lower" portion of monolith. These missing areas of concrete at the "top" of the wall are shallower closer to the south end of the breach, and closest to the end have the appearance of being gouged out (see Photo 4.30).

Even closer to the south end, it can be seen in Photo 4.35 that there was sufficient force to flatten the concrete monolith to the ground to the joint and to "peel-off" the sheetpile from the adjoining sheared-off panel. Although at the south end of the North Breach, a similar condition is observed, it is much less severe. The sheared-off panel at the southern end of the South Breach occurred to the horizontal construction joint and extended a little more than one 30 ft panel. This can be clearly seen in Photos 4.32 to 4.39 and was caused by collision with the ING 4727 barge and is clearly the location where the barge exited the canal and entered into the Lower 9th Ward.

When examining the south end of the failure in Photo 4.4, it can be seen that the floodwall has been rotated about 55° (northeast-southwest) and that the north end of the sheared wall was significantly lower than the south end (see Photo 4.20). From the barge scraping across the construction joint surface, the vertical rebar on the canal side were exposed and bent landward essentially perpendicular to the displaced wall, spalled off the landside concrete below the construction joint exposing the sheetpile, and displaced the broken reinforced concrete landside (see Photos 4.36 to 4.39). In fact, Photo 4.39 clearly shows that the inward bent direction of the vertical rebar is essentially perpendicular to the displaced concrete floodwall.

It should be noted that the significant spalling of the concrete on the protected side of the wall, as shown in Photo 4.38, is not present beyond the vertical monolith joint to the south, where alignment of the wall remained essentially north-south (see Photo 4.42). In fact, a landside ridge of the concrete above the construction joint remained after the collision, and the broken reinforced concrete from the top pour at the south end of the failure was displaced to the south (see Photo 4.43). The collision exit of the barge through the south end of the wall is consistent with the longitudinal sinusoidal bowing of the wall immediately beyond the wall failure (see Photos 4.20 and 4.22). Also, as depicted in Photo 4.22, no such bowing is found along the wall immediately to the north of the breach.

It appears that after or as the barge sheared off the wall, it rotated clockwise displacing and flattening the yielded wall immediately to the north. It is interesting to note this section was displaced by a greater distance than the section immediately to the north which appeared to be the last section exhumed from the ground. Moreover, this is consistent with the gap found between the canal-side and landside ridges (in the southern half of the breach), which is greater to the south (see Photo 4.14), and essentially no slough being present where the displaced wall is the closest to its original location (see Photo 4.22).

It should be noted that despite clearly failing prior to overtopping, the scour trench along the unfailed wall is fairly uniform in width closest to the south end of the North Breach. Photos 4.25 and 4.42 also show a fairly uniform width scour trench adjacent to the north and south ends of the South Breach.

Analysis

This postulated wall displacement at various stages is illustrated in Figure 4.2. As noted above, photographic evidence and final deformation pattern indicates that the wall in the north part of the South Breach appears to have been the first section that had failed. This is consistent with the postulated movement of the ING 4727 barge.



FIGURE 4.2    PHOTOGRAPH DEPICTS THE ENTIRE SOUTH BREACH
              WITH POSTULATED SUPERIMPOSED WALL MOVEMENT
              STAGES. PHOTO DATED SEPTEMBER 26, 2005.
              NORTHWEST VIEW. (http://www.Gettyimages.com,
              ID#55772729, September 26, 2005)

Moreover, the "first" collision of the barge in this area is similar to the North Breach in that the wall would have been subject to a "point" load condition resulting in failure. Based on the first severe intermittent area of canal ridge erosion to the south (see Photo 4.14), this failure developed fairly rapidly to the south, given that the canal-side ridge is present to where the ridge has been washed out. This appears to have been the momentary south end of the northern failure. Note, as can be seen in Photo 4.14, the direction of flow across these ridges in this location is mainly northeast, which is also consistent with this area being the "time-step" end of the bowed-out wall.

From wall displacement and rotation eastward from the "first" barge impact, flow resulted around the sheetpile toe, eroding levee and native soils, and thus undermining the backside of sheetpile. Ultimately, this caused the significant back scour of the waterfront ground surface as can be seen in Photo 4.14. The wall continued to bulge eastward with the extension of the erosion from the toe of the sheetpile. This is illustrated in Figure 4.3. As a result, this caused the breach to lengthen primarily to the south as the wall was being pulled out of the ground from floodwaters and wave action against the bulged wall which remained somewhat vertical.

With sufficient southward wind and/or eastward wave action, the barge made its "second" primary collision against the wall in the southern part of the breach and then moved south and impacted the now twisted south end. The fairly uniform displacement of the exhumed floodwall represents a primary broad-side collision or impact force accompanied by associated twisting at the end of the wall, and despite any opposing flow through the wall failure to the north, the barge moved south with sufficient force due to wind and/or possible wave action to shear off the twisted floodwall at the end of the breach.

In the exhumed and flattened section of the floodwall north of the south end of the breach, there is evidence of the barge impacting the top of the floodwall, as seen in Photos 4.32, 4.36, and 4.38. Further from the south end of the breach, where the barge sheared off reinforced concrete floodwall, there are "upper" floodwall areas where the

4-55



FIGURE 4.3   ILLUSTRATION OF POINT LOAD IMPACT OF THE BARGE IN THE NORTHERN PORTION OF THE SOUTH BREACH AND THE EASTWARD DISPLACEMENT OF THE WALL.

concrete is completely missing. This area appears to be deeper to the north, with the concrete gouged out at the "top" of wall just north of the sheared-off wall. This pattern of damage is consistent with barge impacts as the wall was translating and tilting landward prior to it shearing-off the twisted end of the breach. Moreover, the shearing at the construction joint is consistent with expected water level of about 11.8 ft and a barge draft of about 2 ft.

Because the barge was driven southward, it sheared off the top 3 ft of the now twisted reinforced concrete floodwall as it rode upward along the construction joint. As the barge reached the south end of the failure, it is clear that the ING 4727 barge was moving in the southward direction from the wall damage which includes:

- The southward bent of the horizontal rebar (see Photos 4.36 to 4.41)

- The southward displacement of the broken concrete (see Photos 4.41 to 4.43)

- Acute vertical fracture at the end of the failure (see Photo 4.41)

- Minimal spalling of landside lower pour concrete at the end of the failure (see Photos 4.42 and 4.43)

- The greatest bend of the floodwall at the south end of the breach from the southward collision (see Photo 4.4) and sinusoidal lateral deflection "coiling" of the wall just south of the breach (see Photo 4.20).

- Head on collision of the barge (west to east) would have: 1. displaced the wall to the south and potentially collapsed it in lieu of shearing off the top; and 2. extended the failure to the south.

As the ING 4727 barge sheared off the top of the reinforced concrete floodwall, it rotated clockwise and exhumed, displaced, and flattened the floodwall immediately to

the north, followed by the last exhumed section further north. This is consistent with the fairly uniformly displaced section of the wall having its greatest displacement (see Photos 4.33 and 4.34) and corresponding larger gap between levee ridges (see Photo4.14) to the south. In IPET's description of the photograph provided as Photo 4.19, it is alleged that slough which was present in this area was actually the eroded scour trench. This slough, however, was not present in the northern section of the breach. Moreover, as mentioned earlier, the water which was contained in this slough was about 9 ft below the levee crown. It is more likely that this deep slough was initiated by landward translation from the barge impact prior to sheetpile being exhumed from ground.

4.3 Barge Post-Failure and Damage Photographs

After the barge collided with and sheared off the top of the floodwall, it traveled south-eastward into the Lower 9th Ward. As can be seen in Photo 4.16, the barge was transported south of the breach and was oriented northeast-southwest during Hurricane Katrina. Note that after Katrina, the barge was southeast of the yellow school bus as depicted in Photos 4.16 and Photo 4.19. Prior to dewatering of the Lower 9th Ward from Hurricane Rita, the barge refloated to the northwest and sat on top of the yellow school bus as floodwaters flowed back into the canal.

Photographs after the floodwater was pumped out of the Lower 9th Ward following Hurricane Rita, with the barge in its final resting place, are shown in Photos 4.44 to 4.48. As can be seen in these photographs, the ING 4727 barge is located across Jourdan Ave. Consistent with the expected travel path of the vessel, a power pole existed perpendicular and beneath the barge, oriented northwest to southeast. Also, these photographs show that there was no substantial damage sustained by the barge.

At the southwest end of the ING 4727 barge on the bilge plate and along the bottom are parallel scrapes. Photographs showing this are provided in Photos 4.49 to



Photo 4.44 Final Resting Position of the ING 4727 Barge which is Oriented Northeast-Southwest and in Location Across Jourdan Ave. and N. Roman St. Also, note the Uniform Levee Slope behind the Floodwall. North view. (Photo provided by Boutte Blair).



<u>Photo 4.45</u> Southeast of the ING 4727 Barge at Final Resting Place. Northwest View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", 9th Ward Photos, dated October 2, 2005)



Photo 4.46   Northwest and Southwest Sides of the ING 4727 Barge. Barge in Final Resting Place. Northeast View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", IHNC Inner Harbor Navigation Canal, Sills_Vroman, dated October 6, 2005)



<u>Photo 4.47</u> Northeast End of Barge ING 4727. Barge In Final Resting Place. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C., location of photo: Photos by Mr. O'Dwyer/ Pictures #2/ High Res/1.jpg, CD provided by Bartlett)



Photo 4.48 Southeast Side of Barge ING 4727 Barge In Final Resting Place. Note Power Pole Below Barge is Approximately Perpendicular To It. North View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", 9th Ward Photos, dated October 2, 2005)





Photo 4.49 Parallel Scrapes along Southwest End and Along Bottom of ING 4727 Barge. Spacing of Scrapes Range from 6 in. to 13 in. (Photos taken by H. Pazos)

4.52. These scrapes, typically 9 to 14 in. apart, are present but discontinuous along about the southern two-thirds of the barge and had a slight curvature to the east. These line scrapes on the barge are consistent with the barge colliding with and shearing off the top 3 ft of the reinforced concrete floodwall and exposing the rebar. Moreover, these scrapes indicate the southwest end of the barge was first to exit the floodwall and yet miss the power pole to the south, which remained standing after the catastrophe (see Photo 4.20). Note no such scrapes are found on the northeast end of the barge (see Photo 4.53).

### 4.4 Other I-Wall Breach Damage Photographs

Below, other I-wall breaches are discussed and examined. The purpose of this section, however, is not related to the failure mechanism which resulted in the breach but to investigate the damage conditions. Moreover, floodwall failures discussed do not include and transition failures caused by deep inboard scour.

### Citrus Back

The Citrus Back I-wall breach was along the north side of the GIWW west of the GIWW/MRGO outlet and is called NOE 04 by IPET. This 2000 ft long breach consisted of essentially inboard rotation of the I-wall as depicted in Photo 4.54. Also, from an air photo dated October 2005, the floodwall displaced laterally 14 ft. As a result, the water-filled gap formed on the outboard side. The maximum uniformly tilted section of the concrete wall exhibiting little damage is shown in Photo 4.55. The maximum tilt is estimated at 30° from Photo 4.56.

The greatest wall damage exists at the ends of the breach where both bending and twisting strains are concentrated. This damage can be seen in Photo 4.56. Based on Photos 4.54 and 4.56 there appears to be significant washout of the outboard levee crown from overtopping. It is interesting to note that these soils adjacent to the wall in





<u>Photo 4.50</u> Parallel Scrapes along Southwest End and Bottom of ING 4727 Barge. In the Bottom Photo the Spacing of Scrapes are at about 11 in. (Photos taken by H. Pazos)



<u>Photo 4.51</u> Parallel Scrapes along Southwest End and Bottom of ING 4727 Barge. In Bottom Photo Spacing of Scrapes from about 7 in. to 13 in. (Photos taken by H. Pazos)



Photo 4.52 Parallel Scrapes along Bottom of ING 4727 Barge. Scrapes are spaced at about 6 in. to 13 in. (LNA001110).



Photo 4.53 Northeast End of the Bilge Plate of the ING 4727 Barge. Note No Scrapes are present on this End of the Barge (LNA001090).



Photo 4.54 Citrus Back Levee Breach along north side of GIWW. Breach is 2,000 ft long and is called NOE 04 by IPET. Uniform tilting of the I-wall from landward rotation of the wall and a water filled gap has formed between sheetpile and ground. Except for twisting joint related deformation at the end of the breach there is little concrete wall damage. Note significant washout out of inboard levee crown. East view (from IPET Report Volume V, Figure 13-34).



Photo 4.55 Citrus Back Levee I-wall breach on flood side in the maximum tilt area. In this section there is minimal concrete wall damage due to the uniform rotation of the wall. Outboard water-filled gap resulted from wall rotation. East view. (from IPET Report, Volume V, Appendix 17, Figure V-17-40)



Photo 4.56 West end of the Citrus Back Breach. Appears from this photograph that the I-wall rotated as much as about 30° inboard. At this end of the 2,000 ft breach some concrete spalling from bending and concentrated twisting at the monolith joints can be seen. Note the significant washout along the wall inboard and these soils adjacent to floodwall appear silty. East view. (from IPET Report, Volume V, Figure 78).



Photo 4.57 Citrus Back I-wall east of breach section on inboard side. Levee material appears more cohesive than in the vicinity of the breach (see Photo B-3). Along this section despite deep scour wall remains noticeably vertical and still stable. West view. (from IPET Final report, Appendix 17, Figure V-17-38)

Photo 4.56 appears to be silty. In contrast, east of breach they appear to be more cohesive (see Photo 4.57). Also, despite significant scour shown in Photo 4.57 this section of the I-wall remained stable.

Comparing this I-wall displacement with that at the project breaches, the concrete wall damage is significantly less severe despite this breach being 2,000 ft long. Moreover, this I-wall segment was not exhumed from the ground and was displaced significantly less than the North or South Breach. It is interesting to note that the "V" shaped gap which formed on the protection side of the Citrus Back Breach would appear as a scour trench as mis-reported by IPET in Figure 13-34 and as stated by IPET in Figure 11-5 along the South Breach.

### Plaqesmines Parish

Photographs provided herein on floodwall related damage in Plaqesmines Parish are Photos 4.58 to 4.65. The only known location of significantly tilted I-wall is identified by IPET as P-17 and is depicted in Photos 4.58 to 4.62. This breach is located near Tropical Bend, LA.

The breach depicted in Photos 4.58 and 4.59 is approximately 570 ft long (19-30 ft monoliths). Based on an air photo dated October 2005 the maximum (top of the wall) displacement scales off to be about 30 ft. Also the concrete floodwalls appear to be rotated up to about 50° thereby losing 35% of their height in the middle of he breach (see Photos 4.59 and 4.60). The maximum horizontal bends at the breach ends are on the order of 15-20° (see Photo 4.58).

As can be seen in Photos 4.58 and 4.59 there was major washout on the inboard side and subsequent loss of support similar to the Citrus Back breach. It appears that the floodwall was placed in the natural river levee which contains coarser-grained fluvial deposits. Also, these breach photos show that from the translation-rotation of the floodwall a significant gap opened on the outboard side resulting in slumping ground. It



Photo 4.58 I-wall Breach along Mississippi River in Plaqesmines Parish. I-wall has translated and rotated inboard with significant inboard washout from overtopping. From this floodwall movement a slough-like gap formed on the outboard side. Photograph indicates a maximum horizontal bends at ends of 15°-20°. Southeast view. (Photo produced by LaFarge, North America, LNA001162)



<u>Photo 4.59</u> I-wall breach along Mississippi River in Plaqesmines Parish. Floodwall has translated and rotated with inboard washout from overtopping and outboard gap development. Based on this photograph the wall has rotated about 50°. Southeast view. (Photo produced by LaFarge, North America, LNA001165)



Photo 4.60 South end of I-wall breach along the Mississippi River in Plaqesmines Parish. All twisting and bending deformations resulted in the joints with no noticeable damage to the concrete panels. Photo shows wall had rotated to about 50 maximum. Ground has slumped into the gap created by the wall movement. Note photo has a slight tilt as poles in background are not tilted. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11(Nov)/ Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



Photo 4.61 Central area of I-wall breach along the Mississippi River in Plaqemines Parish. Segment of floodwall in foreground depicts fairly uniform rigid body tilt with little exhibited deformation. At the north end of the breach inboard twisting in panel joints can be seen. Ground has slumped in behind created gap. Note photo has slight tilt as poles in background are not tilted. Photograph is dated November 2005. Northwest view. (Photograph from NOHPP website: Post-Katrina/Photographs/ Plaquemines Parish 2005.11(Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



Photo 4.62 North end of I-wall breach along the Mississippi River in Plaqemines Parish. Generally gradual twisting in panel joints without damage to the concrete wall monoliths. Note water stop failure from joint deformations. Also, ground has sloughed in gap formed from inboard wall rotation and translation. Embankment appears silty to coarse grained. Photograph is dated November 2005. Southeast view. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/ Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)

is interesting to note that the slough-like gap in Photos 4.58 and 4.59 are similar to what was present at the IHNC South Breach.

The twisting and bending at the ends of this breach have been accommodated in the monolith joints which has resulted in the failure of the water stops but little panel wall damage (see Photos 4.60 to 4.62).

In contrast to the IHNC North and South Breaches, this I-wall breach had no exhumed sheets, concrete panels which remained intact, much less severe lateral bends at the breach ends (relative to the South Breach), much less floodwall displacements and little twisting damage to panels with the cumulative rotation of about 50° taking 9 panel lengths.

There were other I-wall damage areas in Plaqesmines Parish which were documented by ILIT and IPET but the damage was much less severe. Photos 4.63 to 4.65 depicted an area of such damage conditions. Photos 4.63 and 4.64 are of interest because they show that in this area a gap literally existed between the sheetpile. Despite the presence of this gap in the sheetpile the associated section of floodwall did not noticeably deflect. In Photo 4.65 noticeable but slight tilt in the wall can be seen with associated outboard gap development and slumping of the adjacent ground.

## IHNC West

IPET has identified this I-Wall failure along the IHNC west as IHNC 02. This breach is depicted in Photos 4.66 to 4.70. Photo 4.66 was taken after Hurricane Katraina whereas Photos 4.67 and 4.68 were just after Hurricane Rita. As shown in Photo 4.66, a significant amount of the land side levee crown has been washed away. Photos 4.66 and 4.69 indicate that the yielded area is about 160 ft long and laterally displaced a maximum of about 15 ft with the ends bent laterally 25°. I-wall deformations become more severe from the second flood from Rita (see Photos 4.67 and 4.68). Photos 4.67 and 4.68 depicts the rotation and displacement of the floodwall with



Photo 4.63 Flood side of I-wall in Plaqemines Parish. Note location of sheetpile gap is marked by the green hose adjacent to floodwall which is also depicted in Photo 4.64. As can be seen in this photograph there is no noticeable deflection of the I-wall in this area. In the background is leaning floodwall depicted in Photo 4.65. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/ Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



Photo 4.64 Bottom of I-wall in Plaqemines Parish. Gap between sheetpile sheets at monolith joint, however, no joint displacement exhibited. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



Photo 4.65 Flood side of Plaqemines Parish I-wall. Photograph is along same reach as Photo 4.63. Wall rotation and translation resulting in gap froming between wall and embankment. The associated unsupported earth resulted in sloughing-in of material. In foreground diagonal twisting cracks can be seen. Note there are other areas which exhibited this same behavior. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



Photo 4.66 Floodwall breach (IHNC 02) at  along IHNC (west). I-wall breach scales to be 160 ft long with a maximum lateral deflection of 15 ft. The ends at the I-wall failure are bent inward about 25°. Note that by this time the crown of he protected side of the levee has been washed away and that no back scour has occurred on the flood side at the breach. Photo taken on August 31, 2005. (Photo taken from IPET Volume IV Figure 127)



Photo 4.67 Floodwall breach along IHNC (west) depicting flooding from Hurricane Rita. Note that no temporary protection against flooding was placed prior to Rita. Photograph was taken on September 24, 2005. South view. (Photo from http://www.Kathryncramer.com/Kathryn_cramer/Katrina)



Photo 4.68 Floodwall breach (IHNC 02) along IHNC west North of Florida Ave. about 160 ft of I-wall has displaced and rotated westward. Based on the water levee at the north end of the breach it appears that the most deflected portion may be 4-5 ft lower in elevation. Note scour trench adjacent to the wall failure on protection side and slumping on the flood side. Also, no noticeable warping of unfailed wall despite significant scour. South   view   (Photo   taken   from   http://www.nd.edu/~jjwteach/30125/Gilmore Breifing_Lower9thIHNC_2006.pdf)