UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
|  | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. LaFarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. LaFarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. LaFarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *LaFarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * *

## ERRATA

The Barge Plaintiffs moved on November 13, 2009 for leave to substitute Exhibit 43. It is not Exhibit 43, the Declaration of Genarro Marino, that Plaintiffs' meant to seek leave to substitute. Plaintiffs' original Exhibit 43 is meant to remain intact. Plaintiffs meant to seek leave to substitute Exhibit 42, which was an incomplete copy of Dr. Marino's report, sought to be replaced by the two attachments to Plaintiffs' Motion for Leave to Substitute, mistakenly identified as Plaintiffs' Exhibit 43, part 1, and 43, part 2. These attachments should have been labeled Plaintiffs' Exhibit 42, part 1, and Exhibit 42, part 2. Plaintiffs submit herewith a corrected Proposed Order relative to the Motion for Leave to Substitute.

November 15, 2009.

Respectfully submitted,

*s/Brian A. Gilbert* (21297)
Law Office Of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
          Dpollard@kpalawyers.com;
          Mbailey@kpalawyers.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
karl@wiedemannlaw.com;
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

                                                 Lawrence A. Wilson (N.Y.S.B.A. #2487908)
                                                 David W. Drucker (N.Y.S.B.A. #1981562)
                                                 Wilson, Grochow, Druker & Nolet
                                                 Woolworth Building
                                                 233 Broadway, 5th Floor
                                                 New York, NY 10279-0003
                                                 Telephone: (212) 608-4400
                                                 Facsimile: (212) 227-5159
                                                 e-mail: lwilson@wgdnlaw1.com;
                                                 ddruker@wgdnlaw1.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 15th day of November, 2009.

                                                                 \s\Brian A. Gilbert