UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. LaFarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL,  JR. |
| *Benoit v. LaFarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *LaFarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON,  JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BARGE PLAINTIFFS' *EX PARTE* MOTION TO SUBSTITUTE EXHIBIT TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**ORDER**

Considering the above and foregoing, the Barge Plaintiffs are hereby granted leave to substitute Exhibit 42 to their Opposition to Lafarge's Motion for Summary Judgment with Exhibit 42, part 1, and Exhibit 42, part 2.

New Orleans, Louisiana, this _____ day of November, 2009.

_____
**HON. STANWOOD R. DUVAL, JR**.

Case 2:05-cv-04182-SRD-JCW   Document 19399-1   Filed 11/15/09   Page 2 of 2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 15th day of November, 2009.

\s\Brian A. Gilbert