

# KHORRAMI POLLARD & ABIR LLP

**Attorneys At Law**

Shawn Khorrami
Dylan Pollard
Danny Abir
Launa Adolph
Bevin Allen
Matt Bailey
Maryam Danishwar
Bahar Dejban
Robert Drexler
Michael Forman
Abi Gnanadesigan
Deborah Gutierrez
James Kenna
Galorah Keshavarz
Deborah Khantamour
Katie McSweeney
Neda Sargordan
Roxanna Tabatabaeepour
Crystal Yagoobian

*Of Counsel*
Payum Banafshe
Todd Kelly
David Mallen
Daniel Woska

November 10, 2009

*Via Electronic Mail*
jaldock@goodwinprocter.com

John D. Aldock, Esq.
Mark Raffman, Esq.
Goodwin Procter, L.L.P.
901 New York Avenue, NW
Washington, D.C.  20001

Re:   *In Re Katrina Canal Breaches Consolidated Litigation*
       USDC EDLA Civil Action 05-4182 and consolidated cases
       Pertains to:  Barge

Dear John and Mark:

Lafarge's Motion to Strike New Fact and Expert Witness Statements says that Lafarge has been prejudiced.  While we disagree that there is any prejudice, we offer to make the fact and expert witnesses in question available for deposition before the hearing, in-person or by telephone as you prefer, for examination limited to matters raised in Lafarge's Motion to Strike, with the resulting transcripts being placed in the hearing record.

Please contact us as soon as possible to discuss.

Very truly yours,

KHORRAMI, POLLARD & ABIR

By: _____
     Shawn Khorrami

444 South Flower Street 33rd Floor Los Angeles, CA  90071   **Tel** 213.596.6000   **Fax** 213.596.6010