UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION* | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE 07-3401 (Weathersby v. Allstate) | * * * | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiffs, Wilbert and Donna Weathersby, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 16th day of November, 2009.

Stanwood R. Duval, Jr.
United States District Judge