UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
|  | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. LaFarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. LaFarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL,  JR. |
| *Benoit v. LaFarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *LaFarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON,  JR. |

### NOTICE OF CHANGE OF COUNSEL ADDRESS AND CONTACT INFORMATION

**NOW COMES** Brian A. Gilbert, Law Office of Brian A. Gilbert, P.L.C., who updates as follows his address and contact information, this 16th day of November, 2009:

Brian. A. Gilbert (Law Office of Brian A. Gilbert, P.L.C.)
Best Koeppel Traylor
2030 St. Charles Avenue
New Orleans, Louisiana  70130
Telephone:  504.598.1000
Telephone:  504.885.7700
Facsimile:  504.524.1024
Electronic Mail:  bgilbert@briangilbertlaw.com (primary)
Electronic Mail:  bgilbert@bestkoeppel.com (pending)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 16th day of November, 2009.

\s\Brian A. Gilbert