UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge*        **05-5531** | * | |
| *Mumford v. Ingram*     **05-5724** | * | |
| *Lagarde v. LaFarge*    **06-5342** | * | JUDGE |
| *Perry v. Ingram*          **06-6299** | * | STANWOOD R. DUVAL,  JR. |
| *Benoit v. LaFarge*       **06-7516** | * | |
| *Parfait Family v. USA*  **07-3500** | * | MAG. |
| *LaFarge v. USA*          **07-5178** | * | JOSEPH C. WILKINSON,  JR. |

* * * * * * * * * * * * * * * * * * * * * * * *

## BARGE PLAINTIFFS' SECOND *EX PARTE* MOTION TO SUBSTITUTE EXHIBITS TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

It has come to Barge Plaintiffs' counsel's attention that Exhibit 47 to the Barge Plaintiffs' Opposition to Lafarge's Motion for Summary Judgment contains pages improperly imaged and included in the exhibit, and that Exhibit 92 is incomplete. Plaintiffs' seek leave to substitute via manual submission (due to file size) corrected copies of Exhibits 47 and 92.

So moved, this 16th day of November, 2009.

Respectfully submitted,

*s/Brian A. Gilbert* (21297)
Law Office Of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180

Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
        Dpollard@kpalawyers.com;
        Mbailey@kpalawyers.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
        k a r l @ w i e d e m a n n l a w . c o m;
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003

Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com;
ddruker@wgdnlaw1.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 16th day of November,  2009.


\s\Brian A. Gilbert