UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
|  | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. LaFarge*         05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. LaFarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. LaFarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *LaFarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## NOTICE OF LODGING OF AUTHORITIES

**NOW COME** Barge Plaintiffs, through undersigned counsel, who submit herewith copies of the following jurisprudence cited in the *Barge Plaintiffs Opposition to Lafarge North America, Inc.'s Motion To Strike New Fact And Expert Witness Statements Filed In Support Of Plaintiffs' Opposition To Lna's Motion For Summary Judgment:*

*Barrett v. Atlantic Richfield Co*., 95 F.3d 375 (5th Cir. 1996);

*Chiasson v. Zapata Gulf Marine Corp*., 988 F.2d 513 (5th Cir. 1993);

*Curtis v. A. Garcia Y Cia*., 272 F.2d 235 (3rd Cir. 1959);

*Ferguson v. National Broadcasting Co., Inc*., 584 F.2d 111 (5th Cir. 1978);

*In Re Municipal Bond Reporting Antitrust Lit.,* 672 F.2d 436 (5th Cir. 1982);

*In Re Vioxx Products Liability Litigation*, 401 F. Supp.2d 565 (E.D.La. 11-18-2005);

*Johnson v. Dayton Electric Manufacturing Co.*, 140 F.3d 781 (8th Cir. 1998);

*Kovalic v. Dec Intern., Inc*., 855 F.2d 471 (7th Cir. 1988);

*Maldonado v. Ramirez*, 757 F.2d 48 (3rd Cir. 1985);

*Minter v. Prime Equipment Co.,* 451 F.3d 1196 (10th Cir. 2006);

*Muldrow v. Redirect*, 493 F.3d 160 (D.C. Cir. 2007);

*Orduna S.A. v. Zennoh Grain Corp*., 913 F.2d 1149 (5th Cir. 1990);

*Paton v. La Prade*, 524 F.2d 862 (3rd Cir. 1975);

*Pnc Bank v. Liberty Mut. Ins. Co*., 912 F. Supp. 169  (W.D.Pa. 1996);

*Public Loan Co. v. Federal Deposit Ins. Corp*., 803 F.2d 82 (3rd Cir. 1986);

*Shaw By Strain v. Strackhouse*, 920 F.2d 1135 (3rd Cir. 1990);

*Syllasawdon v. Uniroyal Goodrich Tire Co.,* 47 F.3d 277 (8th Cir. 1995);

*Szuchon v. Lehman*, 273 F.3d 299 (3rd Cir. 2001);

*Thompson v. Doane Pet Care Co.,* 470 F.3d 1201 (6th Cir. 2006);

*Tramonte v. Fibreboard Corp*., 947 F.2d 762 (5th Cir. 1991);

*U.S. v. Lentz*, 524 F.3d 501 (4th Cir. 2008);

*United States v. Marshall*, 132 F.3d 63 (D.C. Cir. 1998).

    Respectfully submitted,

    /s/Brian A. Gilbert
    Brian. A. Gilbert (LSBA# 21297)
    (Law Office of Brian A. Gilbert, P.L.C.)
    Best Koeppel Traylor
    2030 St. Charles Avenue
    New Orleans, Louisiana  70130
    Telephone:  504.598.1000
    Telephone:  504.885.7700
    Facsimile:  504.524.1024
    Electronic Mail:  bgilbert@briangilbertlaw.com (primary)
    Electronic Mail:  bgilbert@bestkoeppel.com (pending)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 17th day of November, 2009.

\s\Brian A. Gilbert