# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531<br>*Mumford v. Ingram* 05-5724<br>*Lagarde v. Lafarge* 06-5342<br>*Perry v. Ingram* 06-6299<br>*Benoit v. Lafarge* 06-7516<br>*Parfait Family v. USA* 07-3500<br>*Weber v. Lafarge* 08-4459 | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE<br>JOSEPH C. WILKINSON, JR. |

## LAFARGE NORTH AMERICA INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF LNA'S MOTION TO STRIKE NEW FACT AND EXPERT WITNESS STATEMENTS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO LNA'S MOTION FOR SUMMARY JUDGMENT

Defendant Lafarge North America Inc. ("LNA") hereby moves for leave to file a Reply memorandum in support of its Motion to Strike New Fact and Expert Witness Statements Filed in Support of Plaintiffs' Opposition to LNA's Motion for Summary Judgment ("Motion to Strike" (Doc. 19379)). Plaintiffs filed a 33-page opposition to the Motion to Strike (Doc. 19400), which requires a brief response from LNA.

LNA's proposed Reply memorandum is attached hereto.

Dated: November 17, 2009          Respectfully submitted,

                                          Robert B. Fisher, Jr., T.A. (#5587)
                                          Derek A. Walker (#13175)
                                          **CHAFFE MCCALL, L.L.P.**
                                          2300 Energy Centre
                                          1100 Poydras Street
                                          New Orleans, LA  70163-2300
                                          Telephone:  (504) 585-7000

2

Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

2