# EXHIBIT A

# SUPPLEMENTAL ANALYSES OF THE FLOODWALL FAILURE AT THE NORTH BREACH ON THE INNER HARBOR NAVIGATION CANAL DURING HURRICANE KATRINA ON AUGUST 29, 2005

By

**Professor Robert Bea**

and

**Graduate Student Researcher Diego Cobos-Roa**

**Risk Assessment & Management Services**

**Moraga, California**

September 4, 2009

This report documents supplemental seepage and stability analyses at the northern end of the North breach on the IHNC during Hurricane Katrina in August 2005.  The objective of the calculations presented here is to update the previous cross section by Bea and Cobos-Roa (2008) using additional soil boring information provided by Dr. Marino (2009).  The report is divided into three parts: (1) Floodwall and soils characterizations, (2) Seepage analyses, and (3) Stability analyses.

The results from these supplemental analyses confirm the results previously developed by Bea and Cobos-Roa (2008), and Bea (2009).

## 1. FLOODWALL AND SOILS CHARACTERIZATIONS

An updated cross section for the North Breach along the IHNC was analyzed, based on additional soil boring information provided by Dr. Marino (2009, Washington Group International - WGI, 2002).

Near the northern end of the north breach (Figure 1) two of the WGI borings were used to characterize the deposit located canal-side of the I-wall.  Borings B-81A and B-81I encountered fill material of varying depths, composed mainly by a mixture of shell and silty sand (SM) soil.  Figure 2 shows the boring log of B-81A.  This permeable deposit extends down to about elevation -20 ft (all elevations NAVD 88) near the canal side levee toe, and thins out toward the IHNC.  This indicates that the underlying marsh layer was in direct hydraulic contact with the hurricane surge, and its high horizontal permeability allowed for the rapid development of pore pressures beneath the levee toe.



Figure 1 – Boring location near the northern end of the IHNC North Breach. The image is a composite created using the plan view depicted in page WGI059218 (WGI, 2002), and the plan view by Bea and Cobos-Roa (2008).

Other borings used for the characterization of the section included B-8 and NO-8. The log of boring B-81A is shown on Figure 2, located at the canal side levee toe. This log describes the fill material as "shells with silty sand (SM)", but no estimate (field or laboratory) of fine content or approximate size of material is available.

Boring 81-A (Figure 3) is logged with this type of material to a depth of 22 feet below ground surface. Boring 81-I (Figure 4), located approximately 300 feet canal side of the levee, shows the same type of material, but about 5 feet deep. Both borings were used for the layer characterization on the canal side.



Figure 2 – Boring 81-A (WGI, 2002).

WGI (2002), page WGI059219

Longitudinal profile at canal side levee toe

Boring 81A, depth of
fill = 22 ft.



Figure 3 – Longitudinal profile at canal side levee toe.  The red arrow shows the location
of boring 81-A, with approximately 22 feet of shell and silty sand fill material. Source:
WGI (2002), page WGI059219.

WGI (2002), page WGI059221

Longitudinal profile ~300 ft canal side

Boring 81I, depth of fill = 5 ft.



Figure 4 – Longitudinal profile about 300 feet canal side of the levee toe.  The red arrow shows the location of boring 81-I, with approximately 5 feet of shell and silty sand fill material. Source: WGI (2002), page WGI059221.

Figure 5 shows the resulting analysis profile.  Based on the nearby borings (81-A, 81-I, B-8 and NO-8), the profile has the following units:

- Clay embankment, from ground surface (+2 ft on canal side, -7 ft on protected side) to top of levee, approximately +10 ft.
- Surficial protected side clay, from ground surface to elevation -12 ft.
- Marsh deposit, underlying the clay and extending down to elevation -21 ft.
- Soft grey clay, extending down to elevation -50 ft.



Figure 5 – Interpreted cross section for northern end of North breach.

In contrast to the section shown by Marino (2009) in Figure 6, the protected side clay shown in the figure above is much thinner than the one shown in the section by Marino. Figure 7 shows a LiDAR survey performed along the protected side toe of the levee, which clearly evidences that the toe elevation near the area of the North breach was between -6 and -8 feet (NAVD88).  The section in Figure 5 incorporates this lower toe elevation, whereas the section by Marino appears to have a protected-side toe elevation between -2 and -4 feet, thus a much thicker resisting fine-grained layer on the protected side toe.



FIGURE 5.12  EAST-WEST CROSS-SECTION 1-1 AT THE NORTH END OF THE NORTH BREACH

Figure 6 – Cross section by Marino (2009) showing main soil layers.  Modified from Marino (2009), page 5-17.



Figure 7 – LiDAR survey along protected side toe.  Source: IPET (2006), Vol V, page V-11-28.

Furthermore, the sheetpile tip elevation in Figure 6 appears to be significantly longer than the designed section. Figure 8 shows the longitudinal profile from the original Design Memorandum DM03, with the tip around elevation -11 ft (NAVD88). The cross section in Figure 6 shows a sheetpile tipped approximately at elevation -30 feet. The documentation provided by Marino (2009) does not provide sufficient details to determine what sheetpile tip elevations were actually used in the seepage and stability analyses.



Figure 8 – DM03 design longitudinal section.

Figure 9 shows the re-interpreted cross section and its main soil units, with the sheetpile tip approximately at elevation -11 ft (NAVD88), and protected side surface at elevation -7 ft. The shell and silty sand fill is located just to the canal side (light grey layer).



Figure 9 – Reinterpreted cross section at northern end of IHNC North Breach.

## 2. SEEPAGE ANALYSES

Updated 2-D seepage analyses were performed using SEEP/W.  The same hydrograph used by Bea and Cobos-Roa (2008) and Bea (2009) containing the elevation data in the I-10 gauge were used in these analyses (Figure 10).



Figure 10 – Hydrograph for seepage and stability analyses.

The transient seepage analyses were performed by inputting the hydrograph in Figure 10 along the canal side surface nodes.  Initial (pre-Katrina) conditions were established by performing a steady state seepage analyses with a piezometric surface at elevation 0 feet on the canal side.

The model included the shell and sand fill on the canal side, by assuming a permeability of 0.1 cm/s; and a gap between the sheetpile and fill by assigning a thin (~1 ft wide) region with a very high permeability.

The following permeabilities were used in the seepage models:

- Clays: $10^{-6}$ cm/s
- Sands: $10^{-2}$ cm/s
- Shell and sand fill: 0.1 cm/s
- Sheetpile: $10^{-9}$ cm/s
- Marsh under embankment: $10^{-4}$ cm/s
- Marsh outside embankment: $10^{-3}$ cm/s

Figure 11 shows the computed uplift gradients acting against the clay layer on the protected side.  Gradients are computed as the total head loss divided by the thickness of the layer through which the loss occurs.



Figure 11 – Computed gradients on protected-side clay layer.

From the gradient plot in Figure 11 it can be seen that before 5:00 am on August 29, 2005, the gradients were below 0.5; but as soon as the water rose above the levee crown and opened the gap between the sheetpile and the fill, the pore pressures and consequently gradients rise rapidly to values above 1.0, near 6:00 am on August 29, 2005. This value is consistent with those reported by Bea (2008) and indicates the potential of initiation of a blowout failure or significant deformation that could have led to slope instability.

The gap is of particular importance on the seepage analyses, since it acts as a conduit for rapid transmission of pore pressures between the canal side and the soils beneath the levee toe, which by effect of the preceding rains to the hurricane were likely almost fully saturated, therefore pore pressure buildup in these layers was fast. Figures 12 and 13 show the computed gradient and total head contours between 5:00 and 6:00 am on August 29, 2005 for the analyzed cases with a fully developed tension gap between the sheetpiling and soils on the IHNC side.



Figure 12 – Gradient contours for analysis with gap. August 29, 2005, between 5:00 and 6:00 am.  Water elevation between 10 and 11 feet, NAVD88.



Figure 13 – Total Head contours for analysis with gap. August 29, 2005, between 5:00 and 6:00 am.  Water elevation between 10 and 11 feet, NAVD88.

## 3. STABILITY ANALYSES

Time-dependent stability analyses were performed using SLOPE/W in conjunction with SEEP/W.  The computed pore pressures from the latter were introduced into the Spencer and automatic search routines of SLOPE/W to compute circular and non-circular slip surfaces.

- 12 -

Strength properties for the different layers were obtained from Bea and Cobos-Roa (2009), and are shown on Figure 14 and Table 1.

Computation of Factor of Safety was performed for two scenarios:

- With the presence of the gap
- Without gap

    To account for the presence of the gap, and therefore reduced resisting shear length, a vertical crack was introduced into the stability models next to the sheetpile.  For the cases with no gap, slip surfaces were searched from the canal side slope and toe.



Figure 14 – Correlated shear strength parameters for under the levee material (left) and away from the levee toe (right). Source: Bea and Cobos-Roa (2008).

Table 1 – Material properties for slope stability models

| Material | Shear  Strength Parameter | | | |
|---|---|---|---|---|
| | Su (psf) | φ (deg) | Su/p' | γ (pcf) |
| Clays (Fill) | 555 | | | 105 |
| Marsh (under levee) | 442 | | | 86 |
| Marsh (free field) | 250 | | | 86 |
| Sands | | 30 | | 110 |
| Overconsolidated "Crust" | 300 | | | 100 |
| Deep Clays (CH) | | | 0.26 | 110 |

Figure 15 shows a plot of Factor of Safety (FS) versus storm surge elevation.  A drop in FS is observed for the case of analysis with and with no gap between the sheetpile and the embankment, likely associated with the sudden increase in pore pressures because the gap acts as a direct conduit between the flood and the soil beneath the levee since the sheetpile does not cutoff the horizontally-permeable marsh deposit.

The FS for the case "with gap" drops below 1.0 when the canal water elevation is between 9.5 and 10.0 feet, from approximately 4:00 to 5:00 am on August 29, 2005.  This is consistent with the failure timeline reported by Bea (2009).  Figures 16 and 17 show the failure surfaces for the cases with and with no gap, between 5:00 and 6:00 am on August 29, 2005.



Figure 15 – Computed FS for northern end of North Breach at IHNC.



Figure 16 – Critical shear surface for analysis with gap. August 29, 2005, between 5:00 and 6:00 am. Water elevation between 10 and 11 feet, NAVD88.



Figure 17 – Critical shear surface for analysis with no gap. August 29, 2005, between 5:00 and 6:00 am.  Water elevation between 10 and 11 feet, NAVD88.

**REFERENCES**

Bea, R.B. and D. Cobos-Roa, (2008), Analyses of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina, report prepared for Katrina Canal Breaches Consolidated Litigation, March, 2008, draft report.

GEOSLOPE (2004), *Complete set of Manuals,* John Kran (Edit.), Calgary, Alberta, Canada.

IPET – Interagency Performance Evaluation Task Force (2007), Final Report on the Interagency Performance Evaluation Task Force, Volume V, The Performance – Internal Drainage and Pumping.

IPET – Interagency Performance Evaluation Task Force (2007), Final Report on the Interagency Performance Evaluation Task Force, Volume II, Geodetic Vertical and Water Elevation Datums.

Marino, G., (2009), *Failure Investigation of the North and South Breaches along the IHNC During Hurricane Katrina, St. Bernard Parish, New Orleans, LA, July.*

Seed, R. B., Bea, R. G., Abdelmalak, R. I., Athanasopoulos, A. G., Boutwell, G. P., Bray, J. D., Briaud, J. L., Cheung, C., Cobos-Roa, D., Cohen-Waeber, J., Collins, B. D., Ehrensing, L., Farber, D., Hanemann, M., Harder, L. F., Inkabi, K. S., Kammerer, A. M., Karadeniz, D., Kayen, R.E., Moss, R. E. S., Nicks, J., Nimmala, S., Pestana, J. M., Porter, J., Rhee, K., Riemer, M. F., Roberts, K., Rogers, J. D., Storesund, R., Govindasamy, A. V., Vera-Grunauer, X., Wartman, J. E., Watkins, C. M., Wenk Jr., E., and Yim, S. C. (2006), *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005*, Final Report to the National Science Foundation, under Grants CMS-0413327 and CMS-0611632, July 31, 2006, 742 p.

USACE (1969), Design Memorandum DM03, Chalmette Area Plan, Lake Pontchartrain and Vicinity.