UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge*      05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. LaFarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. LaFarge*      06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *LaFarge v. USA*         07-5178 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Barge Plaintiffs' *Motion For Leave To File Excess Pages In Opposition To Lafarge's Motion To Strike New Fact And Expert Witness Statements Filed In Support Of Plaintiffs' Opposition To Lna's Motion For Summary Judgment,* it is hereby ordered that the motion be, and is hereby, **GRANTED**.

New Orleans, Louisiana this 17th day of November, 2009.

_____
HON. STANWOOD R. DUVAL, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 15th day of November, 2009.

\s\Brian A. Gilbert