UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:    KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO:  MRGO | § | |
| _____ | § | |

**ORDER**

Having considered the United States of America's Motion to File Under Seal, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.  Accordingly, the Clerk of Court is directed to file under seal Exhibit 4 to the United States of America's Reply in Support of Its Motion to Dismiss and Response to the Motions to Intervene and Consolidate (Doc. 19390).

New Orleans, Louisiana, this __16th__ day of __November_____, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana