UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. LaFarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. LaFarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *LaFarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING BARGE PLAINTIFFS' SECOND *EX PARTE* MOTION TO SUBSTITUTE EXHIBITS TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Considering the above and foregoing, the Barge Plaintiffs are hereby granted leave to substitute Exhibits 47 and 92 to their Opposition to Lafarge's Motion for Summary Judgment.

New Orleans, Louisiana, this 17th day of November, 2009.

Stanwood R. Duval, Jr.
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 16th day of November, 2009.

\s\Brian A. Gilbert