UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES* <br> CONSOLIDATED LITIGATION   * <br> * <br> * <br> PERTAINS TO   * <br> INSURANCE:   * <br> *Chehardy,* No. 06-1672   * <br> *Chehardy,* No. 06-1673   * <br> *Chehardy,* No. 06-1674   * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" JUDGE DUVAL <br><br> MAGISTRATE (2) WILKINSON |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, the Succession of Mack E. Barham, requests that all of Barham's claims against Great Northern Insurance Company ("Great Northern") as well as against Chubb Group of Insurance Companies, which is a non-entity, incapable of being sued, be dismissed, with prejudice, all parties to bear their own costs.

**WHEREFORE,** plaintiff, the Succession of Mack E. Barham, prays that its claims against Great Northern and Chubb Group of Insurance Companies be dismissed, with prejudice, all parties to bear their own costs.

Respectfully submitted:

LAW OFFICE OF JOSEPH M. BRUNO, APLC

**/s/ Joseph M. Bruno**
Joseph M. Bruno (#3604)
L. Scott Joanen (#21431)
855 Baronne Street
New Orleans, La 70113
Phone: (504) 561-6776
Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss With Prejudice has been served upon all counsel of record by the Court's electronic noticing system, on this 18th day of November, 2009.

/s/ Joseph M. Bruno