# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES** * <br> **CONSOLIDATED LITIGATION** * <br> * <br> * <br> **PERTAINS TO** * <br> **INSURANCE:** * <br> *Chehardy,* **No. 06-1672** * <br> *Chehardy,* **No. 06-1673** * <br> *Chehardy,* **No. 06-1674** * | **CIVIL ACTION NO. 05-4182** <br><br> **SECTION "K" JUDGE DUVAL** <br><br> **MAGISTRATE (2) WILKINSON** |

## O R D E R

Considering the foregoing Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted by the Succession of Mack E. Barham against Great Northern Insurance Company and Chubb Group of Insurance Companies are dismissed, with prejudice, all parties to bear their own costs.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE