UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION | |
| | * | | |
| | * | NO. 05-4182 | |
| | * | and consolidated cases | |
| PERTAINS TO: BARGE | * | | |
| | * | SECTION "K" (2) | |
| *Boutte v. Lafarge*     05-5531 | * | | |
| *Mumford v. Ingram*   05-5724 | * | | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE | |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. | |
| *Benoit v. Lafarge*     06-7516 | * | | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE | |
| *Weber v. Lafarge*     08-4459 | * | JOSEPH C. WILKINSON, JR. | |

## ORDER

Considering Lafarge North America, Inc.'s *Ex Parte* Motion for Leave to File Reply in Support of LNA's Motion to Strike New Fact and Expert Witness Statements Filed in Support of Plaintiffs' Opposition to LNA's Motion for Summary Judgment,

**IT IS ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that LNA's Reply memorandum is accepted for filing.

New Orleans, Louisiana, this 18th day of November, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

LIBW/1723955.1