UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                              NO.  05-4182

PERTAINS TO: *Robinson* (06-2268)                SECTION "K"

**J U D G M E N T**

This action came on for trial before the Court, the Honorable Stanwood R. Duval, Jr. presiding, and the issues having been duly tried and a decision having been duly rendered by the Court in its Findings of Fact and Conclusions of Law dated November 18, 2009, accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of plaintiffs Anthony and Lucille Franz and against defendant United States in the amount of $100,000.00 with legal interest pursuant to 28 U.S.C. §1961 from date of judgment, plus costs;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of plaintiff Tanya Smith and against defendant United States in the amount of $317,000.00 with legal interest pursuant to 28 U.S.C. §1961 from date of judgment, plus costs;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of plaintiff Kent Lattimore and against defendant United States in the amount of $134,665.00 with legal interest pursuant to 28 U.S.C. §1961 from date of judgment, plus costs;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of plaintiff Lattimore and Associates and against defendant United States in the amount of $168,033.25 with legal interest pursuant to 28 U.S.C. §1961 from date of judgment, plus costs;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment

herein in favor of the United States dismissing with prejudice the claims of plaintiffs Norman and Monica Robinson; each party to bear its own costs.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the proper amount of costs to be awarded shall be determined by the Clerk of court pursuant to L.R. 54.

New Orleans, Louisiana, this 18th day of November, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE