MINUTE ENTRY
DUVAL, J.
NOVEMBER 18, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: BARGE<br>05-5531; 05-5724; 06-5342; 06-6299; 06-7516; 07-3500; 07-5178; 08-4459 | NO. 05-4182<br>SECTION "K"(2) |

MOTION for summary judgment by defts, Zito Fleeting, LLC & Zito Fleeting, Inc., filed 10/2/09, doc. 19294.

CASE MANAGER: SHEENA DEMAS
COURT REPORTER: JODI SIMCOX

APPEARANCES:
Brian Gilbert, Richard Seymour, Karl Wiedemann, Lawrence Wiedemann,
Patrick Sanders, Shawn Khorranmi, Andre Mouledoux & C. William Emory

Court begins at 1:30 p.m. Case called; all present and ready.
Oral argument by parties.
This motion is GRANTED, for oral reasons stated on the record.
Court shall issue an order.
Court adjourned at 1:45 p.m.

JS-10 (:15)