MINUTE ENTRY
DUVAL, J.
NOVEMBER 18, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: BARGE<br>05-5531; 05-5724; 06-5342; 06-6299; 06-7516; 07-3500 | NO. 05-4182<br><br>SECTION "K"(2) |

MOTION to strike new fact & expert witness statements filed in support of pltfs' opposition to deft, Lafarge North America Inc's mtn for summary judgment, filed 11/9/09, doc. 19379.

MOTION for leave to supplement pltfs' witness list, filed 11/11/09, doc. 19388 & 19389

MOTION for summary judgment by deft, Lafarge North America Inc., filed 10/5/09, doc. 19309.

CASE MANAGER: SHEENA DEMAS
COURT REPORTER: JODI SIMCOX

APPEARANCES:
Brian Gilbert, Richard Seymour, Karl Wiedemann, Lawrence Wiedemann, Patrick Sanders, Shawn Khorrami, Robert Fisher, Jr., Derek Walker, John Aldock, Mark Raffman, Daniel Webb & Kirsten Robbins

Court begins at 1:45 p.m. Case called; all present and ready.
Oral argument by parties.
Deft present exhibit excerpts (power point presentation) on ELMO during argument (see envelope with Case Manager).
Court GRANTED, docs. 19388 & 19389; MOOT, doc 19379 & DENIED, doc 19309, for oral reasons stated on the record.
Court shall issue an order.
Court adjourned at 3:58 p.m.

JS-10 (2:13)