UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
|  | * |  |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*         05-5531 | * |  |
| *Mumford v. Ingram*      05-5724 | * |  |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL |
| *Benoit v. Lafarge*          06-7516 | * | JR. |
| *Parfait Family v. USA*  07-3500 | * |  |
| *Lafarge v. USA*             07-5178 | * |  |
| *Weber v. Lafarge*         08-4459 | * | MAG. |
| *Lafarge v. USA* | * | JOSEPH C. WILKINSON, JR. |

**BARGE PLAINTIFFS' FIRST SUPPLEMENTAL WITNESS LIST**

**FACT WITNESSES**

Plaintiffs may call:

131.  Gertrude Leblanc
      1738 Tennessee Street
      New Orleans, Louisiana  70117
      Through her attorneys of record, the Barge P.S.L.C.

   - impeachment/rebuttal witness to testify to observations of ING 4727 in the IHNC on Sunday, August 28, 2005, and observations of ING 4727 on the land side of the eastern IHNC floodwall upon her return to the Lower Ninth Ward, as per her Centanni interview, and as per affidavit and attachments, provided as Plaintiffs' Exhibits 24 and 25 to Opposition to Lafarge's Motion for Summary Judgment.

132.  Frazier Tompkins
      1310 Tricou Street
      New Orleans, Louisiana  70117
      Through his attorneys of record, the Barge P.S.L.C.

   - impeachment/rebuttal witness to testify to observations of ING 4727 in the IHNC on Sunday, August 28, 2005, and observations of ING 4727

on the land side of the eastern IHNC floodwall upon her return to the Lower Ninth Ward, as per her Centanni interview, and as per affidavit and attachments, provided as Plaintiffs' Exhibits 22 and 23 to Opposition to Lafarge's Motion for Summary Judgment.

This 11th day of November, 2009

    Respectfully submitted,

*s/Brian A. Gilbert* (21297)
Law Office Of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
     Dpollard@kpalawyers.com;
     Mbailey@kpalawyers.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
karl@wiedemannlaw.com;
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100

Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com;
ddruker@wgdnlaw1.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 11th day of November, 2009.

\s\Brian A. Gilbert