UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION NO. 05-4182 | CIVIL ACTION |
| PERTAINS TO: | SECTION "K"(2) |

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait Family v. USA* | C.A. No. 07-3500 |
| *LaFarge v. USA* | C.A. No. 07-5178 |

## ORDER

On November 18, 2009, a Motion for Summary Judgment filed by Zito Fleeting, L.L.C. and Zito Fleeting, Inc. (Doc. 19294) came for hearing. For the reasons assigned orally that day,

**IT IS ORDERED** the Motion for Summary Judgment filed by Zito Fleeting, L.L.C. and Zito Fleeting, Inc. (Doc. 19294) is **GRANTED**.

New Orleans, Louisiana, this 23rd day of November, 2009.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**