UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION
NO. 05-4182

PERTAINS TO:
                                                 SECTION "K"(2)

*Boutte v. Lafarge*              C.A. No. 05-5531
*Mumford v. Ingram*              C.A. No. 05-5724
*Lagarde v. Lafarge*             C.A. No. 06-5342
*Perry v. Ingram Barge*          C.A. No. 06-6299
*Benoit v. Lafarge*              C.A. No. 06-7516
*Parfait Family v. USA*          C.A. No. 07-3500
*LaFarge v. USA*                 C.A. No. 07-5178

## ORDER

On November 18, 2009, the following motions came for hearing:

Lafarge North American Inc.'s Motion to Strike New Fact and Expert Witness Statements Filed in Support of Plaintiffs' Opposition to LNA's Motion for Summary Judgment (Doc. 19379);

Barge Plaintiffs' Motion for Leave to Supplement Plaintiffs' Witness List (Doc. 19388);

Motion for Expedited Hearing of Barge Plaintiffs' Motion for Leave to Supplement Plaintiffs' Witness List (Doc. 19389); and

Lafarge North America, Inc.'s Motion for Summary Judgment (Doc. 19309).

For the reasons assigned orally that day,

**IT IS ORDERED** the Barge Plaintiffs' Motion for Leave to Supplement Plaintiffs' Witness List (Doc. 19388) and the Motion for Expedited Hearing of Barge Plaintiffs' Motion for Leave to Supplement Plaintiffs' Witness List (Doc. 19389) are **GRANTED**.

**IT IS FURTHER ORDERED** that Lafarge North American Inc.'s Motion to Strike New Fact and Expert Witness Statements Filed in Support of Plaintiffs' Opposition to LNA's Motion for Summary Judgment (Doc. 19379) is **MOOT**.

**IT IS FURTHER ORDERED** that Lafarge North America, Inc.'s Motion for Summary Judgment (Doc. 19309) is **DENIED**.

New Orleans, Louisiana, this __23rd__ day of November, 2009.

**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**