UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | C.A. NO. 05-4182; "K" (2) JUDGE: DUVAL MAG.: WILKINSON |
| | * | |
| PERTAINS TO: INSURANCE (Lyons, No. 07-1988) | * * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 24th day of November, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge