UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | | **CIVIL ACTION** |
| | | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | | **and consolidated cases** |
| *Boutte v. Lafarge* | 05-5531 | **SECTION "K" (2)** |
| *Mumford v. Ingram* | 05-5724 | |
| *Lagarde v. Lafarge* | 06-5342 | **JUDGE** |
| *Perry v. Ingram* | 06-6299 | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge* | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | **MAGISTRATE** |
| *Lafarge v. USA* | 07-5178 | **JOSEPH C. WILKINSON, JR.** |

**MOTION FOR
<u>ENTRY OF A RULE 54(B) JUDGMENT</u>**

For the reasons stated more fully in the accompanying memorandum, Defendants, Zito Fleeting, L.L.C. and Zito Fleeting, Inc. ("Zito"), hereby respectfully move, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, for entry of a final judgment in favor of Zito because all issues against Zito have been fully resolved by the Court and there exists no just reason for delay.

**WHEREFORE,** Zito Fleeting, L.L.C and Zito Fleeting, Inc., hereby respectfully move, pursuant to Rule 549(b) of the Federal Rules of Civil Procedure, for an entry of a final judgment in their favor.

Respectfully submitted,

**s/C. William Emory**
ANDRÉ J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Fax:         504-522-2121
Email:        bemory@mblb.com
Attorneys for Zito Fleeting, L.L.C. and Zito Fleeting, Inc.

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 30th day of November, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

**s/C. William Emory**