UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.  05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| *Boutte v. Lafarge*            05-5531 | SECTION "K" (2) |
| *Mumford v. Ingram*       05-5724 | |
| *Lagarde v. Lafarge*        06-5342 | JUDGE |
| *Perry v. Ingram*             06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | |
| *Parfait Family v. USA*    07-3500 | MAGISTRATE |
| *Lafarge v. USA*               07-5178 | JOSEPH C. WILKINSON, JR. |

### MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF A RULE 54(B) JUDGMENT

Zito Fleeting, L.L.C. and Zito Fleeting, Inc. ("Zito"), respectfully submit this memorandum in support of the Motion for Entry of a Rule 54(b) Judgment in favor of Zito. Zito's Motion for Summary Judgment seeking dismissal of the claims against Zito (Rec. Doc. 19294) was fully briefed and argued before this Honorable Court on November 18, 2009. The Court ruled from the bench and granted Zito's motion. (Rec. Doc. 19417). On November 23, 2009 the Court entered an Order (Rec. Doc. 19425) granting Zito's motion thereby dismissing the claims against Zito. For the reasons set forth below, the Court should direct the entry of a final judgment as to its November 23, 2009 Order (Rec. Doc.

19425) granting Zito's Motion for Summary Judgment (Rec. Doc. 19294) because all claims asserted against Zito have been resolved and there exists no just reason for delay.

Zito entered into this litigation as a defendant in the underlying limitation action that was litigated before Judge Ginger Berrigan (Civil Action No. 05-4419). On September 18, 2007, the claims against Zito were transferred to and consolidated under the *In Re: Katrina Canal Breaches Consolidated Litigation,* Civil Action No. 05-4182 (Rec. Doc. 7723) as part of the "Barge" sub-category in the consolidated litigation. On October 2, 2009, following years of discovery, Zito moved for Summary Judgment on all claims alleged against Zito in this matter. After extensive briefing and oral argument, on November 18, 2009, this Court granted Zito's Motion for Summary Judgment in its entirety, thereby resolving all claims asserted against Zito in this matter.

Rule 54(b) expressly allows parties involved in multi-party litigation to obtain an entry of judgment as to fewer than all of the parties. A district court may direct the entry of a final judgment as to fewer than all of the claims or parties in a case "only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." F.R.C.P. 54(b). Thus, entry of a final judgment is authorized as to less then all of the parties if the judgment is "final", in the sense that it constitutes the court's ultimate determination on all of the claims asserted against that party, and there is no just reason to delay the entry of final judgment on those claims. *See Curtiss-Wright Corp. v. Gen. Elec. Co.,* 446 U.S. 1, 7-8 (1980); *Gulf Belting & Gasket Co. v. Select Ins. Co.,* 2005 WL 3543785, at *1 (E.D. La. Nov. 15, 2005).

The interests of judicial economy lend support to a court's conclusion that no just reason for delay exists. If the court finds that final judgment as to a particular party will serve the interests of judicial economy, it may enter a final judgment dismissing that party with prejudice. See *Gibson v. ABC Ins. Co.*, 2005 WL 943673, at *1 (E.D. La., April 14, 2005) (weighing judicial economy and ruling in favor of Rule 54(b) certification); *McGee v. Hunter,* 2004 WL 422576, at *1 (E.D. La., March 3, 2004) (granting dismissal as to one of several defendants pursuant to Rule 54(b)). The resolution of Plaintiffs' claims against the remaining defendants will have no impact upon Zito and, granting the relief sought herein will prevent the unnecessarily delay of closure and finality with regard to the claims asserted against Zito.

For the foregoing reasons, the Court should grant Zito's motion and direct the entry of a final judgment entry as to its November 23, 2009 Order (Rec. Doc. 19425) granting Zito's Motion for Summary Judgment (Rec. Doc. 19294).

Respectfully submitted,

**s/C. William Emory**
ANDRÉ J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Fax:        504-522-2121
Email:      bemory@mblb.com
Attorneys for Zito Fleeting, L.L.C. and Zito Fleeting, Inc.

3

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 30th day of November, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

**s/C. William Emory**