UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | | **CIVIL ACTION** |
| | | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | | **and consolidated cases** |
| *Boutte v. Lafarge* | 05-5531 | **SECTION "K" (2)** |
| *Mumford v. Ingram* | 05-5724 | |
| *Lagarde v. Lafarge* | 06-5342 | **JUDGE** |
| *Perry v. Ingram* | 06-6299 | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge* | 06-7516 | |
| *Parfait Family v. USA* | 07-3500 | **MAGISTRATE** |
| *Lafarge v. USA* | 07-5178 | **JOSEPH C. WILKINSON, JR.** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Zito Fleeting, L.L.C. and Zito Fleeting, Inc. will bring their Motion for Entry of Rule 54(b) Judgment before Judge Stanwood R. Duval, Jr. In the United State District Courthouse, 500 Camp Street, New Orleans, Louisiana, 70130, on the 23rd day of December, 2009 at 9:30 a.m.

Respectfully submitted,

**s/C. William Emory**
ANDRÉ J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
MOULEDOUX, BLAND, LEGRAND &
BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Fax:           504-522-2121
Email:         bemory@mblb.com
Attorneys for Zito Fleeting, L.L.C. and Zito Fleeting, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of November, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

**s/C. William Emory**