IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: KATRINA CANAL BREACHES LITIGATION

U.S. COURT OF APPEALS
**FILED**
NOV 20 2009
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 24 2009
LORETTA G. WHYTE
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-CV-4182

    The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

    Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

    The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

    The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Charles R. Fulbruge, III
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 20, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-31071   In Re: Katrina Canal, et al
        USDC No. 2:05-CV-4182
        USDC No. 2:06-CV-1672
        USDC No. 2:06-CV-1673
        USDC No. 2:06-CV-1674

Enclosed is an order entered in this case.

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                              Peter A. Conners, Deputy Clerk
                              504-310-7685

Ms. Judy Y. Barrasso
Mr. Joseph M. Bruno
Mr. Lawrence J Duplass
Mr. Calvin Clifford Fayard Jr.
Mr. Ralph S Hubbard III
Mr. Kevin P Kamraczewski
Mr. Wayne J Lee
Mr. Joseph J McKernan
Ms. Maura Z Pelleteri
Mr. H Minor Pipes III
Mr. Robert I Siegel
Mr. Steven W Usdin
Mr. John W Waters Jr.
Mr. William J Wegmann Jr.
Ms. Loretta Whyte
Mr. Alan J Yacoubian

P.S. to all Counsel: Your joint designation of record is due for filing in the District Court within 14 days from the date of this order, or, by not later than 12/7/09. Please serve a copy of the designation of record on this court.

*Motion Notice - MOT2*