U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 2 4 2009
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
November 23, 2009

No. 09-31040

Charles R. Fulbruge III
Clerk

CV 05-4182-K

ASHTON R O'DWYER, JR.; SHIRLEY D O'DWYER; HAROLD JOSEPH GAGNET; RUDOLPH T O'DWYER, III,

        Plaintiffs - Appellants

v.

BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT; EAST JEFFERSON LEVEE DISTRICT; LAKE BORGNE LEVEE DISTRICT; ST PAUL FIRE & MARINE INSURANCE CO,

        Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of November 23, 2009, for want of prosecution. The appellants' failed to timely pay the docketing fee, order transcripts, and make financial arrangements with the court reporter.

Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Misty Fontenot*
23 NOV 2009
Misty L. Fontenot, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 23, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-31040,   Katrina Canal Breaches, et al
        USDC No. 2:05-CV-4182
        USDC No. 2:05-CV-4181
        USDC No. 2:06-CV-1885
        USDC No. 2:06-CV-4389
        USDC No. 2:06-CV-5771
        USDC No. 2:06-CV-5786

Enclosed is a copy of the judgment issued as the mandate.

CHARLES R. FULBRUGE III, Clerk

By: *Misty Fontenot*
Misty L. Fontenot, Deputy Clerk
504-310-7716

cc: w/encl:
    Mr. Thomas P Anzelmo Sr.
    Mr. Joseph P. Guichet
    Mr. Sessions Ault Hootsell III
    Mr. Ralph S Hubbard III
    Mr. Ben Louis Mayeaux
    Mr. Ashton R O'Dwyer Jr.
    Mr. Gary M Zwain