UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * | NO. 05-4182<br>and consolidated cases |
| | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL |
| *Benoit v. Lafarge*          06-7516 | * | JR. |
| *Parfait Family v. USA*  07-3500 | * | |
| *Lafarge v. USA*              07-5178 | * | |
| *Weber v. Lafarge*          08-4459 | * * * * | MAG.<br>JOSEPH C. WILKINSON, JR. |

**MOTION TO STRIKE, EXCLUDE AND/OR LIMIT TESTIMONY, OPINIONS,
FINDINGS AND CONCLUSIONS OF WILLIAM JASON WEISS, Ph.D**

   **NOW COME** Barge Plaintiffs, through undersigned counsel, who respectfully move for an Order striking, excluding and/or limiting the testimony, opinions, findings and conclusions of Lafarge North America, Inc.'s proposed acoustical engineering expert, William Jason Weiss, Ph.D, in accord with the Court's evidentiary gatekeeping functions pursuant to Federal Rules of Evidence 702 and 703, on the grounds and for the reasons expressed in the accompanying Memorandum.

   So moved, this 30th of November, 2009.

                                                      Respectfully submitted,

**s/Brian A. Gilbert** (21297)
Best Koeppel Traylor
Law Office Of Brian A. Gilbert, P.L.C.
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Telephone: (504) 885-7700
Facsimile: (504) 524-1024
e-mail: bgilbert@briangilbertlaw.com

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
       Dpollard@kpalawyers.com;
       Mbailey@kpalawyers.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
karl@wiedemannlaw.com;
karen@wiedemannlaw.com

Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129

Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com;
ddruker@wgdnlaw1.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 30th day of November, 2009.

\s\Brian A. Gilbert