UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | | * | |
| CONSOLIDATED LITIGATION | | * | CIVIL ACTION |
| | | * | |
| | | * | NO. 05-4182 |
| PERTAINS TO: BARGE | | * | and consolidated cases |
| | | * | |
| | | * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAG. |
| *Lafarge v. USA* | 07-5178 | * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF HEARING

The Barge Plaintiffs will bring their Motion To Strike, Exclude And/Or Limit Testimony, Opinions, Findings And Conclusions Of William Jason Weiss, Ph.D for hearing before the Hon. Stanwood R. Duval, Jr. at 1:30 p.m. on January 20, 2010 at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 30th day of November, 2009.

\s\Brian A. Gilbert