```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: KATRINA CANAL BREACHES  *  CIVIL ACTION
 5                                  *  NO. 05-4182
 6   PERTAINS TO: BARGES             *  Consolidated
 7                                   *  SECTION "K(2)"
 8   Boutte v. Lafarge               *  05-5531
 9   Mumford v. Ingram               *  05-5724  * JUDGE DUVAL
10   Lagarde v. Lafarge              *  06-5342
11   Perry v. Ingram                 *  06-6299  * MAG. WILKINSON
12   Benoit v. Lafarge               *  06-7516
13   Parfait Family v. USA           *  07-3500
14   Lafarge v. USA                  *  07-5178
15                *  *  *  *  *  *  *  *  *  *  *
16
17              ( V O L U M E   II)
18         Deposition of ARTHUR LEE MURPHY, JR.,
19   given at Chaffe McCall, L.L.P., 2300 Energy
20   Centre, 1100 Poydras Street, New Orleans,
21   Louisiana 70163-2300, on January 28th, 2008.
22
23   REPORTED BY:
24        JOSEPH A. FAIRBANKS, JR., CCR, RPR
25        CERTIFIED COURT REPORTER #75005
```

156

APPEARANCES:
REPRESENTING THE PLAINTIFFS:
    WIEDEMANN & WIEDEMANN
    (BY: LAWRENCE D. WIEDEMANN, ESQUIRE)
    821 Baronne Street
    New Orleans, Louisiana 70113
    504-581-6180
- and -
    BRIAN A. GILBERT, P.L.C.
    (BY: BRIAN A. GILBERT, ESQUIRE)
    821 Baronne Street
    New Orleans, Louisiana 70113
    504-885-7700
- and -
    LAW OFFICE OF PATRICK J. SANDERS
    (BY: PATRICK J. SANDERS, ESQUIRE)
    3123 Ridgelake Drive, Suite B
    Metairie, Louisiana 70002
    504-834-0646

157

REPRESENTING THE DEPONENT:
    RICHTHOFEN & ASSOCIATES, L.L.C.
    (BY: RICHARD J. RICHTHOFEN, JR.,
    ESQUIRE)
    303 S. Broad St., 3rd Floor
    New Orleans, Louisiana 70119
    504-899-7949

REPRESENTING THE AMERICAN CLUB:
    MONTGOMERY, BARNETT, BROWN, READ,
    HAMMOND & MINTZ, L.L.P.
    (BY: PHILIP S. BROOKS, JR., ESQUIRE)
    3200 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163
    504-585-3200

REPRESENTING WASHINGTON GROUP INTERNATIONAL:
    STONE PIGMAN WALTHER WITTMANN, L.L.C.
    (BY: CARMELITE M. BERTAUT, ESQUIRE)
    546 Carondelet Street
    New Orleans, Louisiana 70130
    504-581-3200

158

REPRESENTING LAFARGE NORTH AMERICA:
    CHAFFE, MCCALL, L.L.P.
    (BY: DEREK A. WALKER, ESQUIRE)
    (BY: ROBERT B. FISHER, JR., ESQUIRE)
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2300
    504-585-7000
- and -
    GOODWIN PROCTOR, L.L.P.
    (BY: MARK S. RAFFMAN, ESQUIRE)
    (VIA TELEPHONE)
    901 New York Avenue, NW
    Washington, D.C. 20001
    202-346-4000

REPRESENTING NEW YORK MARINE & GENERAL INSURANCE COMPANY:
    SUTTERFIELD & WEBB
    (BY: DANIEL A. WEBB, ESQUIRE)
    650 Poydras Street, Suite 2715
    New Orleans, Louisiana 70130
    504-598-2715

159

REPRESENTING ZITO:
    MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
    (BY: WILLIAM C. EMORY, ESQUIRE)
    701 Poydras Street, Suite 4250
    New Orleans, Louisiana 70130
    504-595-3000

REPRESENTING ORLEANS LEVEE DISTRICT:
    SUTTON LAW FIRM
    (BY: CHARLES E. SUTTON, JR., ESQUIRE)
    2101 N. Highway 190, Suite 105
    Covington, Louisiana 70433
    985-249-5991
- AND -
    MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL
    (BY: KASSIE L HARGIS, ESQUIRE)
    3445 N. Causeway Boulevard, Suite 800
    Metairie, Louisiana 70002
    504-831-0946

1                    It's continuing.
2             MR. WALKER:
3                 -- no, since there is no
4          testimony by Mr. Murph that anything
5          he stated in his prior deposition is
6          inconsistent with what's in this
7          statement, or that he had any
8          misrecollection or has any reason to
9          refresh his recollection, the use of a
10         statement to refresh his recollection
11         is improper.
12            MR. GILBERT:
13                Thank you.
14   EXAMINATION BY MR. GILBERT:
15        Q.   You ran read that.
16        A.   So I headed toward the garage.  I
17   leave the front of the house to see what's
18   going -- what the noise was.  By that time I
19   got midway in the driveway, I heard a big boom
20   sound.  And, you know, boom.  And I saw -- now
21   what the hell is this?  And I started walking a
22   little bit quicker towards the front because --
23   the front of my driveway.  It's a long
24   driveway.  My garage is in the backyard by the
25   apartment, you know.  And we heard the sound in

192

1 the back.
2   Q.   Okay.  Can you explain what you mean
3 when you say a big boom sound.
4   A.   Just a noise.
5   Q.   Well, I mean, I can make a noise
6 rapping on the table.  Would you call that a
7 boom?
8   A.   No.
9   Q.   Could you describe the boom sound?
10  A.   It just was a boom -- with the wind
11 blowing and everything, it just was a loud
12 noise.
13  Q.   Okay.  Was it a high pitched noise, a
14 low pitched noise?  What can you remember?  Why
15 don't you tell me everything about the noise
16 that you can remember.
17  A.   It was just a noise, a loud noise
18 outside.
19  Q.   Could you feel the noise?
20  A.   I wasn't feeling anything.  I was
21 trying to get out of there.
22  Q.   Do you know -- did you notice whether
23 or not the noise echoed?
24  A.   No.
25  Q.   No, you did not notice?

1    A.   I don't know if the noise echoed or
2  not.
3    Q.   Okay.  If you had to say how loud the
4  noise was by comparing it to any other noise
5  you've ever heard in your life, how loud would
6  you say the boom was?
7    A.   About as loud a noise it was making
8  when the wind was blowing.
9    Q.   As loud a noise as the wind?
10   A.   Yeah.
11   Q.   But did it sound like wind?
12   A.   No, it didn't sound like no wind, it
13 sound like a loud noise.
14   Q.   Okay.  How many times did you hear
15 that noise?
16   A.   Just that once when I was going up
17 towards -- going up the driveway.
18   Q.   Okay.  What happened immediately after
19 that?
20   A.   The water came.
21   Q.   Okay.  And is that the water that you
22 testified earlier was coming from the right
23 side of your house?
24   A.   Right.
25   Q.   Okay.  Okay.  You said that you had