1

1       UNITED STATES DISTRICT COURT

2       EASTERN DISTRICT OF LOUISIANA

3

4

5

6  IN RE: KATRINA CANAL BREACHES        CIVIL ACTION

7  CONSOLIDATED LITIGATION              NO. 05-4182

8  PERTAINS TO:  BARGES                 Consolidated

9                                       SECTION "K(2)"

10 Boutte v. Lafarge         05-5531

11 Mumford v. Ingram         05-5724    JUDGE DUVAL

12 Lagarde v. Lafarge        06-5342

13 Perry v. Ingram           06-6299    MAG. WILKINSON

14 Benoit v. Lafarge         06-7516

15 Parfait Family v. USA     07-3500

16 Lafarge v. USA            07-5178

17

18          Deposition of ANDREW SARTIN, taken on

19 Friday, April 11, 2008, at the law offices of

20 Chaffe McCall, LLP., 2300 Energy Centre, 1100

21 Poydras Street, New Orleans, Louisiana 70163,

22 commencing at 1:25 p.m., and concluding at

23 2:40 p.m.

24

25

## Page 2

APPEARANCES:

WIEDEMANN & WIEDEMANN
(BY: KARL WIEDEMANN, ESQUIRE)
821 Baronne Street
New Orleans, Louisiana 70113
    ATTORNEYS FOR PLAINTIFFS

CHAFFE MCCALL, LLP
(BY: DEREK A. WALKER, ESQUIRE)
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
    ATTORNEYS FOR LAFARGE NORTH AMERICA

SUTTERFIELD & WEBB
(BY: DANIEL A. WEBB, ESQUIRE)
650 Poydras Street, Suite 2715
New Orleans, Louisiana
    ATTORNEYS FOR NEW YORK MARINE &
    GENERAL INSURANCE COMPANY

## Page 3

APPEARANCES CONTINUED:

STONE PIGMAN WALTHER WITTMANN, LLC
(BY: HEATHER S. LONIAN, ESQUIRE)
546 Carondelet Street
New Orleans, Louisiana 70130
    ATTORNEYS FOR WASHINGTON
    GROUP INTERNATIONAL

MCCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & MCDANIEL
(BY: MARK HANNA, ESQUIRE)
3445 North Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
    ATTORNEYS FOR ORLEANS LEVEE DISTRICT

BRUNO & BRUNO
(BY: SCOTT L. JOANEN, ESQUIRE)
855 Baronne Street
New Orleans, Louisiana 70113
    ATTORNEYS FOR MRGO PSLC

## Page 4

APPEARANCES CONTINUED:

MONTGOMERY, BARNETT, BROWN, READ,
HAMMOND & MINTZ, LLP
(BY: PATRICK E. O'KEEFE, ESQUIRE)
3200 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
    ATTORNEYS FOR AMERICAN STEAMSHIP
    OWNERS MUTUAL PROTECTION AND
    INDEMNITY ASSOCIATION, INCORPORATED

UNITED STATES DEPARTMENT OF JUSTICE,
TORTS BRANCH, CIVIL DIVISION
(BY: JESSICA SULLIVAN, ESQUIRE)
(VIA TELEPHONE)
Post Office Box 888
Washington, DC 20044
    ATTORNEYS FOR THE UNITED STATES
    OF AMERICA

## Page 5

APPEARANCES CONTINUED:

ALSO PRESENT:

   RYAN M. MALONE, ESQUIRE

REPORTED BY:

   OLGA BRANUM, CCR, RPR
   CERTIFIED COURT REPORTER

EXAMINATION INDEX

| Examination By: | Page |
|---|---|
| Mr. Walker | 8 |
| Mr. Wiedemann | 82 |

1  gate.  Went on the front porch and everything.
2      Q.    To see about the weather?
3      A.    Uh-huh.
4      Q.    So you were on the front porch which
5  faced --
6      A.    Roman.
7      Q.    Right.  Facing in the direction of --
8      A.    Florida.
9      Q.    Florida.  Was the wind hitting you in
10 the face, or was it hitting you at the back?
11     A.    No.  No.  It was going like -- it was
12 going like on an angle like toward the lake at
13 first, like on an angle.
14     Q.    So sort of coming --
15     A.    Where I was standing on the porch, I
16 didn't get wet.  When I stand on the end of the
17 porch from that side, I'd get wet.
18     Q.    Coming from Chalmette?
19     A.    Yeah, like on an angle.
20     Q.    Maybe you can show me on the map.  If
21 this is Claiborne again.  This is the Industrial
22 Canal.  Here's Chalmette.
23     A.    It was going across like that, where
24 the arrow going across like that.
25     Q.    So the arrow was going in this

```
                                                            41
 1   direction like this?
 2        A.   Yeah.  Yeah.  Just like that.
 3        Q.   So if I draw an arrow doing that, is
 4   that accurate?
 5        A.   No.  It was more on an angle.
 6        Q.   So I can draw an angle sort of like
 7   that?
 8        A.   Yeah.
 9        Q.   Tell me if --
10        A.   That's about good.
11        Q.   Is that about right?  That was the wind
12   direction --
13        A.   Yeah.
14        Q.   -- at some time early morning --
15        A.   That wind spin all the way back around
16   now.
17        Q.   Okay.  That's why I want to make sure
18   we're talking there about early morning Monday.
19        A.   Yeah.
20        Q.   Right.
21        A.   As I understand, the levee gave right
22   here.  And the wind was blowing.  See.  Like it
23   tore up coming through the intracoastal canal
24   before it tore up by us.
25        Q.   Okay.  I'm not sure I understood that.
```

```
 1        A.    All right.  See, like this is Florida.
 2   I mean, this is Jourdan.
 3        Q.    All right.
 4        A.    This is the Florida wall.  This would
 5   be -- the intracoastal would be somewhere over
 6   here.
 7        Q.    All right.
 8        A.    All right.  The wind was blowing like
 9   on an angle to push the water like through the
10   intracoastal like that.
11        Q.    At this time when you --
12        A.    That was early that morning, early
13   morning.  Because what I was really scared about
14   is the tree.  I thought the tree was going to
15   fall on the back of the house.  That's what I
16   tried to keep watching, the tree.
17        Q.    You had a tree in the back of your
18   house?
19        A.    Uh-huh.
20        Q.    Which is facing Claiborne Avenue?
21        A.    Yeah.  The back of the house, yeah.
22        Q.    You thought that the wind was going to
23   push that tree down --
24        A.    Yeah.
25        Q.    -- towards the house basically?
```

1   A.   Yeah.  Because the wind was on an
2   angle.  Same angle I gave.
3   Q.   All right.  So the sun started coming
4   up.  What did you do after you went out and saw
5   the weather?
6   A.   It had broke a little bit, but the sun
7   never really came up bright, bright, you know.
8   It just -- the daylight came.
9   Q.   Right.
10  A.   That's all.  And by the time the
11  daylight really came, that's when the rain
12  really came with it.  And everything broke loose
13  from there.
14  Q.   All right.  Tell me what broke loose in
15  terms of what did you see, what did you hear,
16  and what did you do?  So you're out there.  It's
17  raining, and you see this --
18  A.   By then -- by then on the front porch
19  it scared me so bad, you know.  I'm looking at
20  the tree almost laying down.  It's scary.  You
21  ain't never been in one.
22  Q.   Because of the wind you're saying?
23  A.   Man, that wind was blowing.  You see
24  trees flying in the air.  Like I got on the side
25  porch, by then I had Freddie over there with me

1   because the trees in the yard really woke him up
2   from that whistling sound, you know, like a big
3   train coming.
4        Q.   Let me stop you there.  Freddie came
5   over at some point earlier that morning?
6        A.   That morning.
7        Q.   What did he tell you or --
8        A.   Man, that man looked like he went out
9   of his mind.  He was just like -- he just went
10  out of his mind.
11       Q.   How about Reginald?  Did he come over?
12       A.   He wasn't even up yet.
13       Q.   So you and Freddie were in the back
14  yard or in the house?
15       A.   Freddie was inside.  I was on the front
16  porch by myself.
17       Q.   What did you do then?
18       A.   Nothing.  Just looked.
19       Q.   Just watched things start happening?
20       A.   Uh-huh.
21       Q.   What happened?
22       A.   Well, it just started just raining hard
23  hard, blowing.
24       Q.   That's what you were hoping for?
25       A.   Yeah.  But then just like they had a

```
                                                          45
 1    loud crash back, you know, back there by scrap I
 2    heard.
 3         Q.   Okay.  And the scrap --
 4         A.   At that Florida wall.
 5         Q.   -- you're talking about Southern Scrap?
 6         A.   Yeah.  In the Florida wall, yeah.
 7         Q.   Right about here, right?
 8         A.   Yeah.
 9         Q.   That's a -- circle Southern Scrap,
10    somewhere in there --
11         A.   Yeah.
12         Q.   -- when you heard a noise up by
13    Southern Scrap?
14         A.   Yeah.
15         Q.   Was it was already daylight?
16         A.   Yeah.
17         Q.   Do you have any idea on the time?  And
18    I'm not expecting you to have a watch.  If the
19    best you can say was already daylight --
20         A.   It was about -- about 6:00, somewhere
21    up in there.  A little before 6, 6:30, somewhere
22    up in there.
23         Q.   What did you hear up there by Southern
24    Scrap, Florida Avenue?
25         A.   Like a -- like a big crash.  Like
```

1   something -- like something hit something.  Like
2   boom.  And I kept looking at Scrap.  So I just
3   didn't worry about it.  I went to the gate.  The
4   rain had just about stopped.
5       Q.   Let me stop you.  How about the power?
6   Do you know if the power was on?
7       A.   No.  No power.  No power.
8       Q.   How do you know that?  How do you know
9   there was no power?
10      A.   Nothing was on.  Nothing was on.
11      Q.   You noticed that?
12      A.   Yeah.
13      Q.   Because normally you'd have street
14  lights on?
15      A.   No.  None of that.  Nothing.  Power
16  been off before daylight.
17      Q.   But you didn't know when it went off
18  because you were asleep?
19      A.   I woke -- by the time I got up, it was
20  off.  Because I was watching TV.  The TV was on.
21  I got up and pressed.  I looked.  It was off.
22      Q.   That's what I meant.  You don't know
23  when it went off --
24      A.   No.  No.
25      Q.   -- because you were asleep?

```
 1      A.   No.  I was asleep.
 2      Q.   By the time you woke up, it was off?
 3      A.   It was off.
 4      Q.   You heard this noise from --
 5      A.   From the floodwall.
 6      Q.   The floodwall.
 7      A.   Yeah.
 8      Q.   And from the Florida Avenue side of the
 9  floodwall?
10      A.   Yeah.  But it just was a loud noise.  It
11  keeled over.  I was standing by the gate.  It
12  sound like I heard it hit something hard.  Boom.
13  By then I stand by the gate.  When I looked at
14  the gate, here it come.
15      Q.   Let me -- I have to break it down to
16  make sure I understand you.
17      A.   All right.
18      Q.   When you say the gate, what gate are
19  you talking about?
20      A.   My front gate.
21      Q.   So you're now on North Miro?
22      A.   Roman.
23      Q.   I'm sorry.  North Roman.
24      A.   Yeah.
25      Q.   How many houses from the corner were
```

48

1    you?

2         A.    One.

3         Q.    One.  So if you're facing Florida

4    Avenue --

5         A.    You can't see Florida Avenue from my

6    house.

7         Q.    I know.  But I mean you're facing it.

8         A.    Yeah.

9         Q.    Your house is facing it.  So the things

10   that are happening are happening off to your

11   left?

12        A.    No.  To my -- what you mean?

13        Q.    In other words, if I'm standing at the

14   front of your house, and Florida Avenue is

15   there.

16             MR. WEBB:

17                  That way.

18             THE WITNESS:

19                  Yeah.  You can see off to the left.

20   BY MR. WALKER:

21        Q.    Right.  Things are happening off --

22        A.    Thataway, yeah.

23        Q.    -- to your left side?

24        A.    Yeah.

25        Q.    Toward Florida Avenue --

1  A. Yeah.

2  Q. -- scrap yard area, right?

3  A. Yeah.

4  Q. Okay. So the gate you're talking about
5  is the gate to your front yard?

6  A. Yeah.

7  Q. That's where you were when you heard
8  this first noise?

9  A. No. I was on my side porch. But I
10 thought it was something else. I just went to
11 the gate to go see what it was. But, you know,
12 you only could see so far this way and so far
13 this way. Because the elbow in the street
14 turns. And down there the street run out. I
15 first saw Reynes Street. That's as far as I can
16 see. That's why I can't see the levee. Because
17 that street, Reynes, is a long block right
18 there. It blocks me from seeing all the way
19 through.

20 Q. Okay. So you heard the noise but
21 couldn't see anything?

22 A. I couldn't see nothing.

23 Q. Then where did you go from the gate
24 after you heard --

25 A. I just standing there. When I left the

```
                                                                50
 1   gate, I ran.
 2       Q.   Why did you run?
 3       A.   Man, a big 'ole tidal wave coming down
 4   the street.
 5       Q.   All right.  I thought you said when you
 6   heard the noise --
 7       A.   That was the noise at Florida wall.  I
 8   heard the second noise --
 9       Q.   I want to stop you because I'm still on
10   the first noise.  You're way ahead of me.  After
11   the first noise when you looked and couldn't see
12   anything, what did you do?
13       A.   I was just standing there looking down
14   the street.  Standing there looking.
15       Q.   Freddie was still inside?
16       A.   He was inside.
17       Q.   Did he ever come out before the second
18   noise?
19       A.   He was at the door.
20       Q.   And then you heard a second noise?
21       A.   Yeah.
22       Q.   Was it louder than the first one?
23       A.   Yes indeed.
24       Q.   Okay.  And that came from the Claiborne
25   Avenue side?
```

```
                                                                    51
 1        A.    Yes.
 2        Q.    Okay.  And where were you standing when
 3   you heard that noise?
 4        A.    At the gate.
 5        Q.    Same place -- you heard both noises --
 6        A.    No.  I heard the first noise on the
 7   side porch.
 8        Q.    Right.  You're right.
 9        A.    You're confusing me now.
10        Q.    I don't mean to.  If you want to take a
11   break --
12        A.    No.  I'm cool.
13        Q.    What was the time between the first
14   noise and the second?  Are we talking an hour?
15        A.    No.
16        Q.    Half an hour?
17        A.    No.  No.  No.  You're talking about, I
18   say, five, ten minutes apart, fifteen minutes.
19   It was just -- it wasn't no long time.  It
20   wasn't no long time.  I just can't remember.
21        Q.    Somewhere between ten and fifteen
22   minutes?
23        A.    I was standing at that gate, yeah.
24        Q.    And that was a much louder noise?
25        A.    Yes.
```

52

1   Q.   And what did you do?  Where did you
2   look after you heard that noise?
3   A.   I stayed looking toward the wall.
4   Because when I went to the bridge the last time,
5   the water was just coming over the wall.
6   Q.   Okay.
7   A.   You know, so I'm looking the way the
8   water is going to come.  I know if the water is
9   going to come, it's going to come from Jourdan.
10  So I just kept looking.  I turned around.  I
11  heard something go boom, like something had run
12  into something real hard.
13  Q.   That was the second noise?
14  A.   That was the second noise.
15  Q.   Let me stop you a second.  The second
16  noise you heard from this area in here?
17  A.   Somewhere around Claiborne, yeah.
18  Q.   Let's put a one on that first one and
19  Southern Scrap.  So the first noise was
20  somewhere in here?
21  A.   I don't know exactly know where, but it
22  was back there, yeah.  Back up in there
23  somewhere.
24  Q.   That's one.  That's two, just generally
25  speaking, and this first circle is Southern