1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION

                                      NO. 05-4182
                                      and consolidated cases
                                      SECTION "K" (2)

PERTAINS TO: BARGE
BOUTTE V. LAFARGE        05-5531      JUDGE STANWOOD R.
MUMFORD V. INGRAM        05-5724      DUVALL, JR.
LAGARDE V. LAFARGE       06-5342
PERRY V. INGRAM          06-6299      MAG. JOSEPH C.
BENOIT V. LAFARGE        06-7516      WILKINSON, JR.
PARFAIT FAMILY V. USA    07-3500
LAFARGE V. USA           07-5178
WEBER V. LAFARGE         08-4459


    DEPOSITION OF ANTHONY DUNN, 7203 SALEM DRIVE, NEW ORLEANS, LOUISIANA 70129, TAKEN AT THE OFFICES OF CHAFFE, MCCALL, 1100 POYDRAS STREET, SUITE 2300, NEW ORLEANS, LOUISIANA 70163, COMMENCING AT 3:15 ON MARCH 23, 2009.
APPEARANCES:
FOR PLAINTIFF :
    LAW OFFICE OF BRIAN GILBERT
    (BY: EDWARD MORENO, ESQUIRE)
    821 BARONNE STREET
    NEW ORLEANS, LOUISIANA

```
 1   APPEARANCES (CONTINUED):

 2

 3   FOR DEFENDANT LAFARGE NORTH AMERICA:

 4        CHAFFE, MCCALL

 5        (BY: DEREK WALKER, ESQUIRE)

 6        1100 POYDRAS STREET, SUITE 2300

 7        NEW ORLEANS, LOUISIANA   70163

 8

 9   FOR DEFENDANT AMERICAN CLUB:

10        MONTGOMERY BARNETT

11        (BY: RONALD J. KITTO, ESQUIRE)

12        1100 POYDRAS STREET, SUITE 3200

13        NEW ORLEANS, LOUISIANA   70163

14

15

16

17   REPORTED BY:

18        LAUREN S. BREWSTER

19        CERTIFIED COURT REPORTER (#99001)

20        IN AND FOR THE STATE OF LOUISIANA

21                    * * *

22

23

24

25
```

15

```
 1   working?
 2        A    I don't work at all.
 3        Q    Tell me where you lived, on Jourdan Avenue?
 4        A    Yes.
 5        Q    What was the address, do you remember?
 6        A    No, I don't.
 7        Q    1723 or 1725, does that ring a bell?
 8        A    Yes.
 9        Q    And who --
10        A    You are right, 1725 Jourdan Avenue.
11        Q    I think there was an upstairs/downstairs she
12   described?
13        A    Yeah, we stayed upstairs.
14        Q    Who lived upstairs with you?
15        A    Me, my wife and her daughter.
16        Q    Jocelyn and Jocelyn?
17        A    Yeah, and her three kids.
18        Q    Jocelyn Carter's three kids?
19        A    Yeah, she got three kids.
20        Q    So the two Jocelyns and you and the three
21   kids?
22        A    Yes.
23        Q    Lived upstairs?
24        A    Yes.
25        Q    Who lived downstairs?
```

```
 1   Probably right there by the bridge, a block from the
 2   bridge.
 3        Q    All right.  At some point you heard some
 4   booms, right?
 5        A    I heard a boom about one or two times.  That
 6   was it.  I didn't look out no window.  I didn't look
 7   for no barge or nothing.  I stayed in the house.
 8        Q    Where were you when you heard the booms?
 9        A    In the house.
10        Q    In what room of the house, do you remember?
11        A    In the room, in our room.
12        Q    In your bedroom?
13        A    Yes.
14        Q    You were both together?
15        A    Yes.
16        Q    You both heard them?
17        A    Yes.
18        Q    You didn't look out the window?
19        A    No, I didn't.
20        Q    Before you heard the booms, what was the
21   water like in the neighborhood?
22        A    The water was low.  After I heard the booms
23   then the water rise up the steps.
24        Q    So before the boom there was just a little
25   bit of water in the neighborhood?
```

```
 1        A     Yeah.
 2        Q     After the booms?
 3        A     Then the water came up.
 4        Q     It started raining.  Okay.  You said you
 5   heard one boom and then another?
 6        A     About one or two booms.  I'm not really
 7   sure.  I heard about one or two booms.
 8        Q     These one or two booms that you heard, were
 9   they boom, boom or boom and then ten minutes later
10   another boom?  How quickly were they?
11        A     Boom, boom.
12        Q     Okay.  And where did they come from?  By
13   that I mean in what direction, Chalmette?
14        A     I couldn't really give you any -- I don't
15   know what way it came from.  I just heard it.
16        Q     So you couldn't tell if it came from the
17   Florida Avenue direction, from Claiborne Avenue, from
18   St. Bernard, from Jackson Barracks?
19        A     No.  I couldn't really tell you where it
20   came from.
21        Q     What did it sound like?
22        A     In sounded like somebody boom, boom, like
23   what you call it, somebody blowed something up.  I
24   don't know.  I just heard boom, boom.
25        Q     Sounded like some kind of explosion?
```

1      A     Yes.
2      Q     Did you think they had blown up the levees?
3      A     I don't know.  I can't say that.
4      Q     At that point when you heard that, did you
5  think they had blown up the levees?
6      A     I don't know.  I don't know what they did.
7  I was like inside.  I heard two booms and that was it.
8  I couldn't tell you if they blew the levees up.  I
9  don't know.
10     Q     I'm not asking if you knew or to tell me
11 today.  When you heard it back then, what went through
12 your mind?  What did you think?  Did you think that
13 somebody crashed a car?  Did you think a transformer
14 blew or did you think they had blown up the levees?
15     A     I don't know.  I couldn't tell you what
16 happened.  I couldn't tell you what I was thinking.
17     Q     Did you and Jocelyn look at each other and
18 say something when you heard this?
19     A     No.
20     Q     So no words passed between you?
21     A     No.
22     Q     Did you hear any other booms after that?
23     A     No.
24     Q     What did you do after you heard the booms?
25     A     I didn't do nothing.  But the water started

26

1  rising.  We started getting together trying to get up
2  in the attic and the water started coming up the
3  steps.
4      Q    How long after you heard the boom did the
5  water start coming up the steps?
6      A    About a good 20 or 25 minutes.
7      Q    Did you ever look outside after you heard
8  the booms?
9      A    No.
10     Q    So the first thing that you -- strike that.
11 So how did you know anything had happened after the
12 booms?  Did you just go about your business cooking?
13     A    No.  I tried and the water started coming up
14 the step.  I tried to get in the attic to take cover.
15     Q    But you said you heard the booms and about
16 20 minutes later --
17     A    The water started rising up the steps coming
18 in the house and it was like the water came up and
19 everything started floating so we started getting in
20 the attic.
21     Q    So what did you do for those 20 minutes
22 before the water got in the house?
23     A    Before the water got in the house we was up
24 in the room.
25     Q    You did what?

1    A    We was in our room.  Then we came out the
2    room to see how far the water was in the hallway to
3    see if the water was coming in and the water started
4    coming.
5    Q    Why did you think the water was coming
6    inside, you looked out the window?
7    A    I didn't look out the window.  They probably
8    did.  I wasn't worried about the window.  I was
9    worried about trying to take cover.
10   Q    Let's see if I can ask you the questions and
11   you understand me.  You heard the booms, about 20
12   minutes later you said water was coming in the house?
13   A    Yes.
14   Q    But you didn't look out the window after the
15   booms?
16   A    No.
17   Q    So what did you do for those 20 minutes?
18   A    Walking through the house.
19   Q    Everything was normal as far as you were
20   concerned?
21   A    That's right.
22   Q    And at some point you noticed water coming
23   in the house?
24   A    Yes.
25   Q    That's when you figured something happened?