```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: KATRINA CANAL BREACHES    * CIVIL ACTION
 5                                    * NO. 05-4182
 6   PERTAINS TO: BARGES              * Consolidated
 7                                    * SECTION "K(2)"
 8   Boutte v. Lafarge         05-5531 *
 9   Mumford v. Ingram         05-5724 * JUDGE DUVAL
10   Lagarde v. Lafarge        06-5342 *
11   Perry v. Ingram           06-6299 * MAG. WILKINSON
12   Benoit v. Lafarge         06-7516 *
13   Parfait Family v. USA     07-3500 *
14   Lafarge v. USA            07-5178 *
15             *   *   *   *   *   *   *   *   *   *   *
16
17        Deposition of DOLORES ST. CYR-BUTLER,
18   given at Chaffe McCall, L.L.P., 2300 Energy
19   Centre, 1100 Poydras Street, New Orleans,
20   Louisiana 70163-2300, on February 19th, 2008.
21
22
23   REPORTER BY:
24   JOSEPH A. FAIRBANKS, JR., CCR, RPR
25   CERTIFIED COURT REPORTER #75005
```

## Page 2

```
 1  APPEARANCES:
 2  REPRESENTING THE PLAINTIFFS:
 3      WIEDEMANN & WIEDEMANN
 4      (BY: LAWRENCE D. WIEDEMANN, ESQUIRE)
 5      821 Baronne Street
 6      New Orleans, Louisiana 70113
 7      504-581-6180
 8  - and -
 9      BRIAN A. GILBERT, P.L.C.
10      (BY: BRIAN A. GILBERT, ESQUIRE)
11      821 Baronne Street
12      New Orleans, Louisiana 70113
13      504-885-7700
14
15  REPRESENTING THE AMERICAN CLUB:
16      MONTGOMERY, BARNETT, BROWN, READ,
17      HAMMOND & MINTZ, L.L.P.
18      (BY: KENNETH GELPI, ESQUIRE)
19      3200 Energy Centre
20      1100 Poydras Street
21      New Orleans, Louisiana 70163
22      504-585-3200
23
24
25
```

## Page 3

```
 1  REPRESENTING WASHINGTON GROUP INTERNATIONAL:
 2      STONE PIGMAN WALTHER WITTMANN, L.L.C.
 3      (BY: CARMELITE M. BERTAUT, ESQUIRE)
 4      546 Carondelet Street
 5      New Orleans, Louisiana 70130
 6      504-581-3200
 7
 8  REPRESENTING LAFARGE NORTH AMERICA:
 9      CHAFFE, MCCALL, L.L.P.
10      (BY: DEREK A. WALKER, ESQUIRE)
11      (BY: ROBERT B. FISHER, JR., ESQUIRE)
12      2300 Energy Centre
13      1100 Poydras Street
14      New Orleans, Louisiana 70163-2300
15      504-585-7000
16  - and -
17      GOODWIN PROCTOR, L.L.P.
18      (BY: MARK S. RAFFMAN, ESQUIRE)
19      (BY: JOHN ADCOCK, ESQUIRE, VIA TELE)
20      901 New York Avenue, NW
21      Washington, D.C. 20001
22      202-346-4000
23
24
25
```

## Page 4

```
 1  REPRESENTING NEW YORK MARINE & GENERAL
    INSURANCE COMPANY:
 2      SUTTERFIELD & WEBB
 3      (BY: DANIEL A. WEBB, ESQUIRE)
 4      650 Poydras Street, Suite 2715
 5      New Orleans, Louisiana 70130
 6      504-598-2715
 7
 8  REPRESENTING ZITO:
 9      MOULEDOUX, BLAND, LEGRAND & BRACKETT,
        L.L.C.
10      (BY: WILLIAM C. EMORY, ESQUIRE)
11      701 Poydras Street, Suite 4250
12      New Orleans, Louisiana 70130
13      504-595-3000
14
15  REPRESENTING ORLEANS LEVEE DISTRICT:
16      MCCRANIE, SISTRUNK, ANZELMO, HARDY,
17      MAXWELL & MCDANIEL.
18      (BY: MARK HANNA, ESQUIRE)
19      3445 N. Causeway Boulevard, Suite 800
20      Metairie, Louisiana 70002
21      504-831-0946
22
23
24
25
```

## Page 5

```
 1  REPRESENTING JEFFERSON PARISH:
 2      BURGLASS & TANKERSLEY
 3      (BY: MONICA M. WALDRON-BURGLASS,
        ESQUIRE)
 4      5213 Airline Drive
 5      Metairie, Louisiana 70001
 6      504-836-2220
 7
 8  REPRESENTING MRGO PSLC:
 9      BRUNO & BRUNO
10      (BY: SCOTT L. JOANEN, ESQUIRE)
11      855 Baronne Street
12      New Orleans, Louisiana 70113
13      504-525-1335
14
15  REPRESENTING NEW ORLEAN SEWERAGE & WATER BOARD:
16      CHRISTOVICH & KEARNEY, L.L.P.
17      (BY: NICK DIETZEN, ESQUIRE)
18      601 Poydras Street, Suite 2300
19      New Orleans, Louisiana 70130
20      504-561-5700
21
22
23
24
25
```

```
 1      Q.   And who owned that home?
 2      A.   My dad.  Joseph St. Cyr.
 3      Q.   And when you returned in 1985, where
 4 did you live?
 5      A.   With my daddy.
 6      Q.   Same address?
 7      A.   Yes.
 8      Q.   At the time of the hurricane, and when
 9 I say hurricane we're all referring to Katrina,
10 August of 2005, where were you residing?
11      A.   5434 N. Johnson Street.
12      Q.   Did you reside at 5434 N. Johnson
13 uninterruptedly since 1985 when you returned to
14 north from L.A.?
15      A.   I was married in '86.  My husband and
16 I, Anthony Clark, lived on Maurepas Street,
17 around the Fairgrounds, briefly, and then I,
18 um -- moved back home with my caddy shortly
19 after that.
20      Q.   You divorced Mr. Clark?
21      A.   Yes.
22      Q.   And is your only other marriage to
23 Mr. Butler?
24      A.   Butler.  (Nods affirmatively.)
25      Q.   At the time of Hurricane Katrina, who
```

```
 1   that the water came in.  I'm sorry.  Give me a
 2   second because I'm trying to remember exactly.
 3   Because we were there for three days in the
 4   house.
 5              Sunday was the 29th.  Saturday was the
 6   night that the water came in.  Sunday we were
 7   there.  Sunday we stayed up in the attic until
 8   daybreak, and then I walked down, out of the
 9   attic, went out the bathroom window and sat up
10   on the roof.
11        Q.   All right.  Let's take it slowly,
12   break it down by your actions.
13        A.   All right.
14        Q.   So what were you doing during the day
15   Sunday?
16        A.   You mean daylight during the day
17   Sunday?
18        Q.   Yes.
19        A.   Sitting out on the roof.
20        Q.   So as far as you remember, Sunday the
21   neighborhood was already flooded?
22        A.   Oh, yeah.
23        Q.   Before the neighborhood became
24   flooded, walk me through what you and your
25   husband did, what you saw, what you heard.
```

1    A.   Okay.  On Saturday night -- wait a
2  minute.  The 29th was on a Sunday.  On Saturday
3  night, when the winds started to blow real
4  hard, it blew out the upstairs bathroom window.
5  And I went downstairs to go get a piece of
6  plyboard to put in the window, because it kept
7  slamming the bathroom door and the water kept
8  coming in.  When I got down in the garage, I
9  heard boom, boom, boom, and then the water came
10 in.  And when the water came in, it came up so
11 fast that by the time I ran upstairs, I was
12 looking for my husband, and he was pulling
13 himself up behind me, and he said -- I told
14 him, I said, baby, that water is coming in.  He
15 said, yeah.  He said, I almost couldn't make it
16 up the steps.
17         We had pulled down the, um -- attic
18 door, got up in the attic.  The bed started to
19 raise up, I went back down in the water and I
20 got the bedding, the pillows and the comforters
21 off the bed, threw 'em up there to him, and
22 when the wind started to blow real hard, the
23 rain was coming in, I just put the covers over
24 my head and I started to pray.
25         I don't know what he was doing but I

1    started to pray. And that was on that night.
2        Q.   Okay. Approximately what time was it
3    when you heard the boom, boom, boom?
4        A.   I couldn't tell you a time. The way
5    it happened, it was just a
6    step-by-step-by-step-by-step-by-step type of
7    thing. I couldn't -- I couldn't give you a
8    time as to, you know, what it was.
9        Q.   Was it daylight or nighttime?
10       A.   It was dark. It was dark. I couldn't
11   tell you what time it was, though.
12       Q.   Was the electricity on or off?
13       A.   Electricity was off.
14       Q.   Off?
15       A.   Off.
16       Q.   How long had the electricity been off?
17       A.   I couldn't tell you a time when it had
18   gone off, all I know is that it was late and
19   everything just went dead. The television shut
20   off, the radio shut off, and I told my husband,
21   I said, they shut the electricity off.
22            Everything just went dead.
23       Q.   Had you heard any noises prior to this
24   boom, boom, boom?
25       A.   Just the wind blowing.

1    Q.   Do you know what a transformer sounds
2    like when it blows?
3    A.   Yes.
4    Q.   Did you hear anything like that?
5    A.   No.
6    Q.   At no time.
7    A.   No.
8    Q.   Before or after the boom, boom, boom.
9    A.   No.
10   Q.   And was the boom, boom, boom like a
11   transformer blowing?
12   A.   No.
13   Q.   And where did the boom, boom, boom
14   come from, do you know?
15   A.   No, I don't know.  It just -- it just
16   kind of like something was hitting something
17   real hard.  It just say boom, boom, boom.
18   After that the water came in and, you know, we
19   was trying to get as far up in the attic as we
20   could.
21   Q.   And where were you standing at the
22   time you heard the boom, boom?
23   A.   I was downstairs in the garage trying
24   to find a piece of plyboard to go into that
25   broken window upstairs.

1  complaint about water that was collecting in
2  your -- on your lots?
3      A.   No.
4      Q.   A low spot that didn't drain?
5      A.   No.
6      Q.   I think that might be all I have.
7  Except can I just ask you to take a look at the
8  Form 95 for a minute and just read for me a
9  word?  Because I didn't understand it.  The
10 word that comes after concentrate, in your
11 handwriting, or in the handwritten around about
12 number 10.
13     A.   Looks like ADD, huh?
14     Q.   Yeah.  What is that?
15     A.   I'm thinking it might have been and
16 withdrawn.
17     Q.   I was just wondering --
18     A.   I'm not sure.
19     Q.   That's not intended to be an
20 abbreviation for anything, is it?
21     A.   I don't think so, no.
22     Q.   Let me just ask you -- I have a few
23 more just following up.
24          What day of the week do you believe or
25 recall Katrina's landfall in the city?

1    A.   August the 29th, um -- the 29th -- I
2  believe the 29th was on a Sunday.  That was the
3  morning that we saw the water all over
4  everywhere.  Um -- the night before, I would
5  say, and this is just me personally, that the
6  water -- there was no water -- there was water
7  when I heard the boom, boom, boom.  The winds
8  came later, and then the flood that we saw in
9  the house, um -- came later.  But I'm believing
10 that the initial water came from after I heard
11 the three booms.  Because it wasn't raining.
12 It was just wind blowing.  There was no rain.
13      So I couldn't -- I couldn't -- I
14 couldn't say that, you know, that that initial
15 water came from the hurricane.
16    Q.   Ms. Butler, I'm just trying to
17 understand what the day of the week was when
18 you first saw water.
19    A.   That was on Saturday night after I
20 heard the three booms.
21    Q.   All right.  The window that you --
22 that was broken in the bathroom --
23    A.   Uh-huh.
24    Q.   -- was that just the force of wind or
25 did something strike the --