1

1        UNITED STATES DISTRICT COURT
2        EASTERN DISTRICT OF LOUISIANA
3
4
5
6
7   IN RE:  KATRINA CANAL BREACHES     CIVIL ACTION
        CONSOLIDATED LITIGATION
8                                     NO. 05-4182
                                         "K" (2)
9
        PERTAINS TO:  BARGE                JUDGE DUVAL
10
                                        MAG. WILKINSON
11
12
        BOUTTE V. LAFARGE        05-5531
13      MUMFORD V. INGRAM        05-5724
        LAGARDE V. LARFARGE      06-5342
14      PERRY V. INGRAM          06-6299
        BENOIT V. LAFARGE        06-7516
15      PARFAIT FAMILY V. USA    07-3500
        LAFARGE V. USA           07-5178
16
17
18
19
20
21   DEPOSITION OF WILLIAM JOSEPH VILLAVASSO, JR.,
        11041 Roger Drive, Apartment A, New Orleans,
22   Louisiana 70127, taken in the offices of
        Christovich & Kearney, Suite 2300 Pan American
23   Life Center, 601 Poydras Street, New Orleans,
        Louisiana 70130, on Tuesday, December 18,
24   2007.
25

22

1   any statements, reviewed any documents, any
2   papers, any maps, any photographs, had any
3   discussions with anybody in preparation for
4   giving this deposition?
5          MR. ERNST:
6              Objection, Counsel. Of course,
7          you're excepting his conversations
8          with Counsel.
9   EXAMINATION BY MR. GILBERT:
10     Q.   Except for conversations with
11  Counsel that you deem to include confidential
12  information.
13     A.   No, none other than Counsel.
14     Q.   Okay. Did you have a chance to
15  review, for example, a written -- any sort of
16  written memorialization or any written notes
17  based on the conversation that you had earlier
18  with myself and Mr. Bruno, et cetera?
19     A.   No, not that I know of. I only
20  spoke with my Counsel.
21     Q.   Okay. Did you have an opportunity
22  to review any photographs before giving this
23  deposition today?
24     A.   Only the photographs that I was
25  shown by you.

23

1      Q.   Okay.
2          MR. ERNST:
3              Well, just to clarify that, did
4          you see those photographs -- When did
5          you see those photographs?
6          THE WITNESS:
7              If I am correct, it was when you
8          presented them on the last time we
9          were -- the last time we had a
10         meeting, and I think that was at -- I
11         am not sure. I haven't seen any other
12         ones.
13  EXAMINATION BY MR. GILBERT:
14     Q.   Okay. Just what is your education
15  level? What's the highest grade?
16     A.   Graduated from high school. That's
17  about it.
18     Q.   Where did you graduate from high
19  school?
20     A.   Calumet.
21     Q.   Where is that?
22     A.   In Chicago, Illinois.
23     Q.   Okay. You originally from Chicago?
24     A.   Yeah.
25     Q.   How long have you been in New

24

Orleans?
   A.   Since 1985.
   Q.   Okay. Any training beyond Calumet?
   A.   Yeah. I had went to welding school
and took classes for blueprint reading and
things of that nature.
   Q.   Okay. Any military experience?
   A.   No, sir.
   Q.   What is your current employment?
   A.   Sewerage and Water Board of New
Orleans.
   Q.   And how long have you been with the
Sewerage and Water Board?
   A.   23 years. December the 9th will be
2- -- was 23 years.
   Q.   Okay. What is your current position
with the Sewerage and Water Board?
   A.   Pumping plant operator.
   Q.   And can you describe that?
   A.   Well, that entails operations of the
station, running the pumps and care of the
station, maintenance.
   Q.   Okay. Are you assigned to a
particular station at present?
   A.   Presently? Yes.

25

   Q.   What station?
   A.   Station 4.
   Q.   Where is station 4?
   A.   On Warrington Drive and Prentiss.
   Q.   Okay. How long have you been with
station 4?
   A.   Since mid March.
   Q.   Okay. And what station were you at
prior to station 4?
   A.   Station 5.
   Q.   Where is Station 5 located?
   A.   On Florida and right off the
Industrial Canal.
   Q.   Okay. And what is the purpose of
Station 5?
   A.   Station 5 covers the pumping area
from Florida Avenue to Jackson Barricks and --
well, from Jackson Barricks to the Industrial
Canal, and from Florida to the river.
   Q.   And what's inside Station 5?
   A.   Inside we have pumps. We have four
constant duty pumps and two 12 foot pumps.
And on the outer part of the station we have a
big pump, D pump, which I believe is a 14.
   Q.   What do those pumps do?

30

1    That's it.  You said circle it?
2  EXAMINATION BY MR. GILBERT:
3    Q.  Please.
4    MR. ERNST:
5      It sure does.
6  EXAMINATION BY MR. GILBERT:
7    Q.  Are you able to?
8    A.  Yeah.
9    MR. GILBERT:
10     Does anybody have a -- like a
11   felt tip pen?  Use your Sharpy, Mr.
12   Webb?
13   MR. ERNST:
14     You want to try this?
15   MR. WEBB:
16     That's a fountain pen.  I'm
17   sorry.
18   MR. GILBERT:
19     Yes, that'll work.  Thanks,
20   Tommy.
21  EXAMINATION BY MR. GILBERT:
22   Q.  I'll just ask you to circle it with
23  that marker.
24   A.  (Writing).
25   Q.  Okay.  Let me get my pen back.

31

1    A.  Sure.
2    Q.  And Mr. Anzelmo can have his marker
3  back.
4    MR. GILBERT:
5      Thank you.
6  EXAMINATION BY MR. GILBERT:
7    Q.  What's the total amount of time that
8  you spent working at Station 5?
9    A.  I don't know offhand.  I believe I
10  started there in '95.  Now, I am not sure on
11  that, because I have been in the Water Board
12  since 1985.
13   Q.  Okay.
14   A.  But I have been moved around to
15  different places.
16   Q.  Okay.
17   A.  Personnel would know exactly when I
18  was placed at 5.
19   Q.  What was your position at Station 5?
20   A.  Pumping plant operator.
21   Q.  Okay.  What does that involve?
22   A.  And I was also chief operator of the
23  station.  That involved the care and
24  maintenance of the station.  I organized and
25  put work duties out for other operators to,

32

1  you know, do particular jobs, and my -- my
2  basic need -- well, my basic thing I did at
3  the station was pump water out to keep the
4  streets dry.
5    Q.  Did you have any other employees
6  that you supervised --
7    A.  Yes.
8    Q.  -- at Station 5?
9    A.  Correct.
10   Q.  How many?
11   A.  Three other operators.
12   Q.  Okay.  And you were their chief,
13  their supervisor, their boss?
14   A.  I was the chief operator.  Per se,
15  I, you know, issued out the job duties on, you
16  know, things that need to be done at the
17  station.
18   Q.  Okay.
19   A.  They didn't call me a supervisor.
20  They called it the chief operator.
21   Q.  Okay.  So is it fair to say that you
22  are the person on scene at Station 5 that runs
23  the show?
24   A.  Right.
25   Q.  Okay.

33

1    MR. ERNST:
2      You do understand that they
3      operate shifts; they're not all there
4      at the same time.
5  EXAMINATION BY MR. GILBERT:
6    Q.  Do you want to comment on that?
7    A.  Right.
8    Q.  Mr. Ernst just mentioned that they
9  operate shifts.
10   A.  Well, yes, because --
11   Q.  If you could elaborate on that.
12   A.  -- Station 5 is a 24/7 day operation
13  deal, where someone is always at the station.
14  Now, before, there were four operators and
15  four utility plant workers.  Well, because of
16  budget cuts and not enough personnel, they
17  just had four operators at the station.  And
18  which I gave them their work duties and we had
19  -- we were on swing shifts, so our shifts
20  rotated.
21   Q.  How long is a shift?
22   A.  Eight hours.
23   Q.  Okay.  And the station is manned
24  24/7?
25   A.  That's correct.

**42**

1 power also through frequency changes. Or it
2 could come from Spruce and Eagle Uptown; they
3 have turbines that supply power to the
4 station.
5    Q.  Okay.  So power is routed from
6 elsewhere to the station?
7    A.  Correct.  It can go many different
8 ways.
9    Q.  Okay.  And this power is provided by
10 the Sewerage and Water Board?  It's not
11 through a utility company?
12    A.  That's correct.
13    Q.  Well, --
14    A.  Yeah, it's all --
15    Q.  -- an electric utility company, I
16 mean.
17    A.  Right.  Because it's 25 cycle, not
18 60 cycle.
19    Q.  Okay.  Do y'all have any means of
20 generating power at Station 5?
21    A.  No.  Well, yes, but for low
22 voltage.  We have two motor generators at that
23 station which produce low voltage power to
24 operate the switch gear.
25    Q.  Do you have any means of operating

**43**

1 the pumps, rather, any means of supplying
2 power at the station in order to operate the
3 pumps?
4    A.  No.
5    Q.  Were y'all getting any sort of
6 weather information or any sort of updates
7 about the storm --
8    A.  Yes.
9    Q.  -- when y'all were listening to the
10 communications?
11    A.  Yes.  Central Control would
12 periodically, what they call a rundown, and
13 they would give the rundown on what equipment
14 you have loaded and what was your rain status
15 and suction elevation.
16    Q.  Okay.  What kind of information were
17 you getting about the storm, if any?
18    A.  We were getting information about
19 rain, where it was coming, and that's about
20 it.  Just the rain.
21    Q.  All right.  Take me through to about
22 midnight Sunday.  What are y'all doing?
23    A.  Still monitoring equipment and
24 monitoring the rain, the suction elevation and
25 the discharge elevation.

**44**

1    Q.  Okay.  Do you know what's going on
2 outside at this time, around midnight or so?
3    A.  Yeah.  I know what's going on.
4 Because we were -- Station 5 doesn't have any
5 windows in the station, so you have to
6 periodically go out and take a visual look
7 outside the door.
8    Q.  What doors did you go out of?
9    A.  Well, throughout that evening and --
10 I went out a lot of doors.  One of the side
11 doors behind the station.
12    Q.  Is it depicted in any of these
13 photos?
14    A.  No, you can't see it, but it's on
15 the opposite side of this building
16 (indicating).
17    Q.  Okay?
18    A.  And also the double doors in the
19 front, and also they have two rear doors in
20 the back of that station also.
21    Q.  Okay.  Roughly what time do you
22 think you first started noticing any weather
23 effects?
24    A.  I probably would say -- See, I'm not
25 sure on the time, because we start getting

**45**

1 heavy rains, but it was about 3:00 something.
2 I could see, you know, the rain starting and
3 starting to pick up.  My time -- I wasn't on
4 the log book, so my timing wasn't really
5 important.  I was just looking at the weather
6 status.
7    Q.  And how were you observing the
8 weather?  Through one of the doors that you
9 have spoken of?
10    A.  That's correct.
11    Q.  Was it -- You testified that it was
12 different doors.  Is that --
13    A.  Yeah.  I would go to different
14 doors.  I went to the back door, and the
15 reasoning for that is to -- we have a levee
16 behind the station for the lake, for the
17 railroad tracks where I would check the water
18 level, you know, to see what the water is out
19 there.  If it's physically coming over the
20 wall.  And then I would go to the front double
21 doors and check on the front.
22    Q.  What did it look like you to when
23 you looked out the back?
24       MR. ERNST:
25          At what time?

12  (Pages 42 to 45)

46

1  THE WITNESS:
2  Yeah. What time?
3  MR. GILBERT:
4  At the times that he's talking
5  about, of which he's unsure.
6  MR. ERNST:
7  All right.
8  THE WITNESS:
9  The back door, when I went out
10  there, I seen a splashing effect,
11  which is a lower, like corrugated
12  metal levee. And water was splashing
13  over. But not real bad at that time.
14  EXAMINATION BY MR. GILBERT:
15  Q. What water body are you looking at
16  when you're looking out the back?
17  A. I think that's Lake Bienville. I'm
18  not sure what the name -- I thought it was
19  Lake Borgne for a long time, but I don't know
20  what they call it that way.
21  MR. ERNST:
22  It's Bayou Bienvenue.
23  THE WITNESS:
24  Bayou Bienville.
25  MR. ERNST:

47

1  Bienvenue.
2  THE WITNESS:
3  Bienvenue, something like that.
4  EXAMINATION BY MR. GILBERT:
5  Q. Okay.
6  MR. BRUNO:
7  It's much of a bayou any more.
8  MR. ERNST:
9  What's that, Joe?
10  MR. BRUNO:
11  Ain't much of a bayou any more.
12  MR. TREEBY:
13  Put him under oath.
14  MR. BRUNO:
15  Look at the picture.
16  EXAMINATION BY MR. GILBERT:
17  Q. So why don't you go ahead in your
18  own words and describe what you're observing
19  after midnight. Take us through that time.
20  Go from midnight forward in time, tell us what
21  your experiences are. Tell us what's going on
22  at the station.
23  A. Okay. I'm answering to Control.
24  Just making switches on the water -- I mean,
25  on the power at the different stations. We

48

were set up for rain load. I had an operator
on duty. He's logging the events and the
elevations into the log book. I was checking
the doors. I would go in the back, check, see
what's going on in the back; go in the front;
you know, I am walking back and forth
periodically. I go in the back and I seen the
winds had started to increase, the rain start
to increase, water was splashing over the --
the back levee, Bayou Bienville, was coming
over the wall. Pretty significant amount, but
it was flooding our driveway in front of the
station, but it's like on a slope so it was
just going down to Florida Avenue.
   Q. Was it causing any flooding of any
property, residential property that you could
see?
   A. No, not at that time. It wasn't as
intense.
   Q. Was it enough water that the pumps
couldn't handle it?
   A. No. We were pumping at that
particular time.
   Q. Okay. Continue, please.
   A. All right. And then I went into the

49

front and I watched the water had got
significantly more splashing over the -- the
levee --
   Q. All right. Let me stop you there.
   A. -- on the canal.
   Q. When you say you go to the front,
where are you?
   A. In the switch gear room.
   Q. Where are you? Is the front shown
somewhere in these pictures of this building?
   A. Right. Those two double doors
(indicating).
   Q. Those two double doors? Are you
indicating these doors?
   A. Yes, sir.
   Q. (Indicating). Okay. So when you're
looking out those doors or when you speak of
looking out the front, you're talking about
looking out of those doors when you're talking
about that in this deposition?
   A. Yes, sir.
   Q. Okay. Why don't you just go ahead
and make an arrow by one of those doors. I'm
going to get that Marks-a-Lot back. Just make
an arrow to the doors that you're talking

50

1  about when you say that you're looking out of
2  them to look at the front.
3      A.  (Writing).
4      Q.  Okay.  What can you see from those
5  doors?
6      A.  I can see a tremendous amount of
7  rain.
8      Q.  Well, let me ask the question a
9  different way.  Other than the weather -- On a
10 calm, sunny day what do you see when you open
11 those doors?
12     A.  When I open those doors I can see
13 Florida bridge, I could see the levee from the
14 Florida bridge -- Well, they had the gates
15 closed for the bridge.
16     Q.  At the time of the storm?
17     A.  Yeah.
18     Q.  Okay.
19     A.  They had the gates closed at that
20 section.
21     Q.  Okay.
22     A.  Now, from the gates I guess you
23 could see down about maybe 100 or 200 yards --
24     Q.  Okay.  When you say --
25     A.  -- from there.

51

1      Q.  When you say "down", let's imagine
2  that you're standing in the door looking out.
3  Is down to your left or to your right?
4      A.  It's to my left.  When I say "down",
5  I mean towards Claiborne.
6      Q.  Okay.  Towards Claiborne is down?
7      A.  Correct.
8      Q.  Okay.
9      MR. WALKER:
10         Let me object to this testimony
11     or these questions unless you put them
12     in a specific frame of time, weather,
13     wind, rain conditions.  It's unfair to
14     the witness as to "What can you see
15     from that location" unless you put it
16     contextually.
17     MR. ERNST:
18         He did.
19 EXAMINATION BY MR. GILBERT:
20     Q.  During any time that that building
21 exists as you stand in that doorway,
22 regardless of the weather --
23     MR. BRUNO:
24         May we ask the witness to simply
25     draw on a piece of paper how the

52

building is oriented relative to the
other geographic indications there,
like the Industrial Canal and so
forth?  Because the record is going to
be a little muddy if we don't just --
    MR. ERNST:
        He can draw it.  I'm just saying
--
    MR. BRUNO:
        Draw it or something.  All he has
    to do on the pictures is indicate
    front door, back door, side door.
    MR. WALKER:
        That's not the nature of my
    objection.  If you want to clarify as
    to when he is perceiving what you're
    asking, that's all I am asking about.
    MR. GILBERT:
        At the time any -- Derek, I asked
    him at any time, any sunny day, any
    time; day, night, whatever, --
    MR. ERNST:
        What can you see?
    MR. GILBERT:
        -- what can you see.  If I open

53

that door, I can see the hallway.
That's the nature of the question that
I asked him.  It's not -- It's not
contemporaneous with any event.  It's
not a temporal question.
    MR. WALKER:
        Prior to the hurricane, if you
    stepped out on that porch, what could
    you see.
    MR. GILBERT:
        Or after or during, whatever.
    MR. WALKER:
        It's a different thing you can
    see after, Brian.  That's why I am
    asking.
    THE WITNESS:
        When I step out on that porch
    like he asked me, on a clear day I
    could see the Florida Avenue bridge, I
    could see Florida Street, and I could
    see the levee wall.  I don't have a --
    I never tape measured it with a tape.
    I would say from two to three hundred
    feet down.
EXAMINATION BY MR. GILBERT:

14  (Pages 50 to 53)

54

1   Q.  All right.  Let me ask the question
2   a different way.  Does the door, the one that
3   we have marked on the photo, does that door
4   face the Industrial Canal?
5   A.  Yes, it does.
6   Q.  Can you see structures associated
7   with the Industrial Canal when you look out
8   that door?
9   A.  "Structures" meaning --
10   MR. TREEBY:
11       I object to the form.  Object to
12       the form of the question.  It's
13       vague.
14   EXAMINATION BY MR. GILBERT:
15   Q.  Can you see the flood protection
16   wall or the levee or the water in the
17   Industrial Canal?
18   A.  I can't see the water in the
19   Industrial Canal, but I could see the levee
20   and the bridge.
21   Q.  Okay.
22   A.  Now, is this is on a clear day.
23   Q.  On a clear day.  I am just trying to
24   establish what direction the door faces.
25   That's all.

55

1   A.  I understand.
2   Q.  Okay.  All right.
3   MR. ERNST:
4       He's drawn something here for
5       you.
6   EXAMINATION BY MR. GILBERT:
7   Q.  Can you explain that?
8   A.  Okay.
9   Q.  What is that?
10   A.  Okay.  This is the wall of the --
11   Q.  Okay.
12   A.  -- levee and this is the station
13   (indicating).
14   Q.  Okay.
15   A.  And this is the porch and these are
16   the double doors (indicating).
17   Q.  Okay.  And --
18   A.  This is the Florida bridge
19   (indicating).
20   Q.  Okay.  And draw -- can you draw an
21   arrow outward, away from the station doors?
22   If you open the doors, you were looking in
23   which direction?
24   A.  Okay.  I could draw many arrows.
25   Q.  Okay.

56

A.  I could see that way (writing), I
can see to the bridge, and I can partially see
towards Southern Scrap.
Q.  Okay.  Can you sign and date that
drawing that you have just made?  And we'll
enter it as Villavasso 3.
MR. ERNST:
    Wait.  You got three drawings,
    three photographs.
MR. GILBERT:
    I know, but we haven't gotten to
    one of them yet.  We're still in
    order.  It's in.
EXAMINATION BY MR. GILBERT:
Q.  Can you add the Claiborne bridge to
that?  Jsut show the direction that it is.
MR. LANIER:
    The only thing I want to say
    about this, you asked him what he
    could see on this drawing.
THE WITNESS:
    Right.  I can't -- At this level
I can't see the bottom wall to --
towards the Claiborne bridge, but I
could see the bridge itself because

57

it's up high.
EXAMINATION BY MR. GILBERT:
Q.  That's fine.  I am satisfied with
the drawing.  I don't need you to add anything
to it.
    Okay.  So let's go back to you
narrating what's going on after midnight
Sunday.  Pick up where -- I guess it would be
Monday.  Pick up where you left off and tell
us what's happening at the station.  You said
at about around 3:00 you start seeing some
rain.  What's going from there?
A.  Okay.  I am starting to see rain
intensify, winds picking up, and water
splashing over the levees, both sides.  In the
rear where the bayou, the bayou and also the
Industrial Canal.
Q.  How much do you see splashing over
the Industrial Canal?
A.  I could only estimate.  I would say
from three, four, maybe five feet.
Q.  Okay.
A.  A splashing effect.
Q.  When you say "splashing", can you
describe that?  And I guess what I mean is,

**58**

1  that -- is that a constant flow of water?  Is
2  that intermittent?  What is that?
3      A.  No, it's a constant.  It's constant
4  splash.  And the wind is pushing, it's
5  splashing, and the splashing, which I have
6  been at this -- worked there for a long time.
7  I have never seen it splash to that effect.
8      Q.  Okay.  If I have you call to mind
9  the image of a bathtub that's overflowing,
10 water flowing out of it constantly, --
11     A.  Uh-huh (affirmatively).
12     Q.  -- a steady flow of water, is that
13 what you see on the Industrial Canal?
14     A.  Not at -- Well, it's hard to
15 describe.
16     Q.  At the time that --
17        MR. ERNST:
18        Let him --
19 EXAMINATION BY MR. GILBERT:
20     Q.  At the time that we're talking
21 about.
22     A.  It's hard to describe when you say a
23 steady flow, because it wasn't like it was
24 just pouring.  It was splashing (indicating).
25 But it was splashing real close together.  You

**59**

1  could see, you know, it was erratically
2  splashing over the wall.
3      Q.  Could you see the water in the
4  canal?
5      A.  No.  You can't see the water in the
6  canal.
7      Q.  Could you tell the water level by
8  any means?
9      A.  No.
10     Q.  Okay.  Could you hear the water
11 splashing?
12     A.  No.  Because the winds had picked up
13 and they have two -- Entergy has two big
14 towers on that side.  And the wind had picked
15 up so much and all you're hearing is a loud
16 whistling sound going through those two
17 towers.
18     Q.  What is the water doing that's
19 splashing out?
20     A.  It's going into the streets.
21     Q.  Okay.  Is it standing in the
22 streets?
23     A.  Well, it's like an incline coming
24 down from the levee wall and it's flowing into
25 the streets.  You could see some build-up, but

**60**

we were pumping at that time so it wasn't like
it was excessively, you know, high.  But it
was some minor -- you would get your feet wet
if you were standing there.
    Q.  How high over the wall were the
splashes?
    A.  I told you like from three to four,
maybe five feet.  I am not sure from that
distance.
    Q.  Okay.
    A.  It was a constant pounding of water.
    Q.  Okay.  Were the pumps still working
at this time?
    A.  Yes.
    Q.  Were they moving water?
    A.  Yes.
    Q.  Was the water that was splashing out
staying in the street?
    A.  There was some water still in the
street, but we were pumping.  So, you know,
when you pump with those pumps, it takes a
while for the elevation to go down.
    Q.  Okay.  What happened next?
    A.  Next, I went back to the side door,
looked out the side door to see what -- how

**61**

high that suction elevation was getting, and
it was controllable.  That was something that
we could control.
    Q.  Let me ask you something.  You have
mentioned a front door and a back door.  Where
is the side door?
    A.  The side door is right outside the
office.
    Q.  Is it shown in any of the photos?
    A.  No, you can't see it.  It's on the
back side of this station (indicating).
    Q.  Okay.  So it's in a space between
those -- Is that a separate --
    A.  It's in a space between these two
buildings (indicating).
    Q.  Is that two separate buildings?
    A.  Yes, it is.
    Q.  Okay.  Understood.  So the back door
is the --
    A.  It's behind here (indicating).
    Q.  Okay.  Understood.
    A.  And the side door (indicating).
    Q.  The side door is between the two
buildings?
    A.  Correct.

**16  (Pages 58 to 61)**

62

1    Q.  Okay.  What do you see when you're
2  looking out the side?
3    A.  I see our suction elevation going
4  up, but something that we could control.
5    Q.  Okay.  What is suction elevation?
6    A.  That's the drain water from the
7  street.
8    Q.  Okay.
9    A.  That's the suction.  And the other
10  side of the station is the discharge where we
11  pump it out to the discharge side.
12    Q.  Okay.  Were you satisfied with what
13  you were seeing on the suction side?
14    A.  No, I was concerned.  I was very
15  concerned, but it looked manageable.  I was --
16  I said if it gets any worse, we're going to be
17  in trouble.
18    Q.  Were all the pumps running at this
19  time?
20    A.  Yeah.
21    Q.  D also?
22    A.  I believe D was.  I was not on the
23  operation of that at that time.  We had
24  another operator that was on.  But I do
25  believe he had D loaded also.

63

1    Q.  Does the station sit lower or higher
2  or at the same level as the rest of the area
3  surrounding it?
4    A.  Well, it sits higher somewhat.  The
5  office sits higher.  But the older pumps
6  inside the station, they sit low.
7    Q.  Okay.  What happened next?
8    A.  I go back from there to the switch
9  gear room and look out the double doors.
10    Q.  Well, which double doors are those?
11    A.  The ones I have the arrow
12  (indicating) pointed on.
13    Q.  Okay.
14    A.  At that particular time I opened the
15  door back up and the wind yanks the door out
16  of my hand and pulls it off from the hinges.
17  And I think the top hinge was just holding the
18  door.  Then I heard transformers on a
19  telephone pole -- on a light poles, telephone
20  poles, whatever you want to call them, you
21  could hear them exploding.
22    Q.  Do you know what time this is?
23    A.  I would say this would probably be
24  -- See, I am not sure on time.  I couldn't
25  tell you time.  I would say -- I thought it

64

was about 3:00 or 4:00, but I am not sure what
time it was.
    Q.  Okay.
    A.  But I am going to get back around to
that time thing in a minute.  But to finish
what I was saying, when I looked over to my
left, I am watching the water, it's getting
more intense splashing over the wall.  Then I
heard like an explosion.  Boom.  And I heard
the explosion, I said what -- what could that
be?  I am still looking in that direction.
And then I seen the levee wall partially --
sections, it's -- The levee walls are like in
sections.  I saw it tumble over (indicating).
A couple of sections looked like they tumbled
over.  And I am looking real good, I am
squinting my eyes because it's raining, too.
Imagine it was still dark, but I could see
that.  Because it looked like a mouth with a
tooth out.  That's what went through my mind.
And then I seen what appear to be metal
structure like a barge, only the tip of it.
Couldn't tell you I seen a whole barge,
because I didn't.  I -- That's what I seen.
    Q.  All right.  Let me ask you this.

65

Let me refer you to what we're going to call
Villavasso 4.
        MR. WALKER:
            We object to the use of that
        photograph --
        MR. GILBERT:
            Okay.
        MR. WALKER:
            -- that implies and induces the
        witness prior to questions regarding
        the identity of what he saw since he
        just testified it's like a barge.  Did
        not see the whole thing and couldn't
        tell what it was.
EXAMINATION BY MR. GILBERT:
    Q.  Is the object that you saw anything
-- does it look anything like that?
        MR. WALKER:
            Objection.
        MR. GILBERT:
            A continuing objection noted.
        THE WITNESS:
            What do I do?
        MR. LANIER:
            You can answer.

66

EXAMINATION BY MR. GILBERT:
1  Q.  You can answer.
2  A.  Oh, okay.  It looked what appeared
3  to be the tip of a barge.
4  Q.  Did it look anything like that?
5  A.  I really couldn't tell.
6  Q.  Okay.
7  A.  I am just looking at a silhouette
8  like.  Not a clear focused picture.  But I
9  seen something protruding which I thought was
10  seeing a barge there.
11  Q.  Okay.  Let me refer you back to
12  Villavasso 2, which is that overhead shot.
13  Can you -- Can you show on the -- on this
14  overhead shot where you saw this event take
15  place that you just testified about?  Here's
16  the station.  Here's the Florida Avenue bridge
17  (indicating).
18  A.  Now, this is Florida Avenue bridge.
19  Q.  Correct.
20  A.  See, the levee wall goes here
21  (indicating).  It was somewhere in this area.
22  Q.  Okay.
23  A.  (Indicating).
24  Q.  Can you mark that?

67

1  A.  Well, like I say, I can't be sure.
2  Q.  Understood.
3  A.  It's not like I measured it.
4  Q.  Understood.  If you could just mark
5  the area where you think you saw this event
6  occur.
7  A.  I don't know -- Which is the levee
8  wall?  I don't know what the levee wall is.
9  Q.  I don't know what it is.
10  A.  You got the bridge --
11  MR. ERNST:
12  Here's the Industrial Canal
13  Waterway (indicating).
14  THE WITNESS:
15  Right.  Is this the wall here or
16  is this a street (indicating)?  I
17  can't tell, because this photo looks
18  like it was taken when it was
19  flooded.  So if I marked it, I would
20  be untrue.  I couldn't tell.
21  EXAMINATION BY MR. GILBERT:
22  Q.  Can you mark the direction from the
23  station that you believe you saw the event
24  take place in?
25  A.  Right.  I'm on the porch here and

68

it's in this direction to my immediate left
(writing).
Q.  Okay.  And let's let the record
reflect that the witness has marked that with
an arrow.
MR. ERNST:
That's the direction that you
looked where you saw the damage?
THE WITNESS:
That's correct.  Yes.
EXAMINATION BY MR. GILBERT:
Q.  Okay.  What happened then?
A.  After I seen that wall break, I seen
massive amounts of water pouring through the
wall, which a lot of street flooding.  I mean,
the water was really coming through.  Water
elevations start coming up real high.  My
first response was to run in the station, call
Central Control and tell them to drop out the
power, because we have high voltage, 6,600
volts going through that station, and we have
what you call motor pits.  And when water gets
in there, that's it for us.  We could get
electrocuted to death.  So I'd told them to
drop us out.  Now, when I told you earlier

69

about this time frame, when I called Central
Control and told them to drop us out, that was
around the time that it happened.  I would say
within a few -- a few minutes.
Q.  Do you know what time that was?
A.  No.
Q.  Okay.  How do you get in touch with
Central Control when you have to do that?
A.  Through our shortwave radios.
Q.  Okay.  Who was manning Central
Control at that time?  Do you know who you
spoke to?
A.  It was -- When we go into a rain
load situation like that, it's a massive
amount of people.  It's not a certain person
that handles the radio.  They have like maybe
eight or nine different power dispatchers
there that answer the radio.
Q.  Would there be a log showing what
time the power was cut to the station?
A.  I would think so.  Yeah.
Q.  Okay.
A.  And so that time line would tell you
around what time that broke.
Q.  Okay.

70

1   A.  You would have to talk with them.
2   Q.  All right.  You said you heard what
3  sounded like an explosion and you say there's
4  water.
5   A.  Right.
6   Q.  What's the sequence or the
7  connection in terms of time between the
8  explosion and the water?
9   A.  Well, I heard the boom first.  It
10  sounded like an explosion, a big boom.  And
11  shortly after that, the walls fall.  Well,
12  gee, when I heard the boom, the walls tumble
13  and that was it.
14   Q.  When did you see the barge, or the
15  object that you think may have been a barge?
16      MR. WALKER:
17        Objection.  Mischaracterizes
18      testimony.
19  EXAMINATION BY MR. GILBERT:
20   Q.  The object that you described
21  earlier in your testimony, when did you see
22  that?
23      MR. WALKER:
24        The same objection.
25      THE WITNESS:

71

1        After the wall fell.
2  EXAMINATION BY MR. GILBERT:
3   Q.  Okay.  How long after?
4   A.  Seconds.  Minutes.  Maybe a minute.
5  I don't know.  When it fell down, it splashed
6  and I seen massive amounts of water and I seen
7  something that appeared to be a barge
8  protruding, the tip protruding through the
9  wall.
10   Q.  How long after the wall fell did you
11  stand there?
12   A.  I stood there for about I would say
13  a minute, because when I -- after I seen that
14  water rushing, the minute, something like
15  that, or seconds, I ran inside.
16   Q.  Did you hear any sort of sounds
17  before the explosion?
18   A.  Yes.
19   Q.  What did you hear?
20   A.  I heard transformers blowing.
21   Q.  Did you hear anything that you could
22  describe as a scraping sound or grinding
23  sound?
24   A.  No.
25   Q.  Okay.

72

1   A.  The only sounds I heard were the
2  transformers blowing on the poles, which that
3  was a distinct sound, and the wind blowing
4  through the towers, electrical towers.
5   Q.  Could you tell what direction the
6  explosion sound came from?
7   A.  The direction where the wall broke.
8   Q.  Okay.  Did the wall hit the ground?
9   A.  It tumbled down.
10   Q.  Did it make any sound when it hit
11  the ground?
12   A.  No.  I couldn't hear anything.
13        (Whereupon a discussion was held
14      off the record.)
15  EXAMINATION BY MR. GILBERT:
16   Q.  The object that you say you saw
17  sticking through, did it do anything after you
18  saw it sticking through?
19      MR. WALKER:
20        Objection.
21      THE WITNESS:
22        No.
23      MR. WALKER:
24        Mischaracterization of testimony.
25      THE WITNESS:

73

1        All I could see was mass -- After
2      that, all I could see is mass amounts
3      of water --
4  EXAMINATION BY MR. GILBERT:
5   Q.  Okay.
6   A.  -- coming through.
7   Q.  All right.  What would you describe
8  the object that you saw?  I am just going --
9  so that we can remedy some objections, what --
10  what are you going to call that object?  Can
11  we call it "the object"?
12   A.  Yeah.
13   Q.  Is that fair?
14   A.  Yeah.
15   Q.  Does that fairly characterize your
16  testimony?
17      MR. WALKER:
18        My objection is not to his
19      testimony, but to your
20      mischaracterization.  I hear, and the
21      record reflects, how he describes it.
22      MR. GILBERT:
23        An object.
24      MR. ERNST:
25        No.

74

1  THE WITNESS:
2      It appeared to be a barge to me.
3  EXAMINATION BY MR. GILBERT:
4      Q.  Okay.
5      A.  And the reason I say that is because
6  I have worked and seen these barges go up and
7  down the Industrial Canal for a long time.
8      Q.  What did you -- Okay.  So you went
9  in, y'all cut the power.  What did you do
10 next?
11     A.  Really scary.  We were trying to --
12 At that point we had so much water come into
13 the station, we were just trying to survive.
14 Go to higher levels of the station and on top
15 of switch gears.  It was --
16     Q.  Did you look out -- You want to stop
17 for a second?  You want to take a break?  We
18 can.
19     A.  Go ahead.  We were just trying to
20 save our lives at that point.
21     Q.  I hear you.  Did you look outside
22 again?
23     A.  No.
24     Q.  Did you --
25     A.  I went back into the station to see

75

1  if the rest of the guys were okay.
2      Q.  Did you rescue anybody?
3      A.  No.
4      Q.  Okay.
5      A.  I can't swim.
6      Q.  Okay.
7  MR. ERNST:
8      He was rescued.
9  THE WITNESS:
10     They rescued me.
11 EXAMINATION BY MR. GILBERT:
12     Q.  Did you put a life vest on?
13     A.  Yeah, I had one on.
14     Q.  Okay.  Did you happen to look
15 outside again at any point to see what the
16 water was doing, if it was having any effect
17 on the neighborhood?
18     A.  No, because at that point, we must
19 have had 20 feet of water inside the station.
20 That's how quick it came in.
21     Q.  Okay.
22     A.  We're in 20 feet of water, I am
23 floating on top of a cabinet, the other guys
24 on top of the crane and on top of a pump, and
25 it's pitch black.  So there was nothing else

76

to do but to get -- you know, try to get out
of there.
    Q.  Did y'all actually leave the
building?
    A.  No.  Couldn't.
    Q.  Okay.
    A.  We were just trying to get onto
higher switch gear, on top of the switch gear,
on top of the crane.  Like I say, I was
floating on a cabinet, wooden cabinet for
quite some time.
    Q.  How long did y'all remain at the
building?
    A.  I believe it was about two days --
two nights we spent there.
    Q.  Were you in contact with anybody?
    A.  No.  We -- All communications were
gone.
    Q.  Did you have any contact with any
people who might be in the neighborhood --
    A.  Oh, that was --
    Q.  -- in little boats or anything like
that?
    A.  That was totally flooded.  Nobody --
You couldn't even see a rooftop over there.

77

    Q.  Okay.
    A.  The way we got rescued, God -- God
helped us, but a boat floated up, a skiff
floated up to the station and right by the
front double doors that I was telling you
about, and me and the electrician pulled it
in.  But it was so windy and rainy, we
couldn't -- We weren't going to take it out.
So we just said we'll just hold it until after
the storm.  Then after the storm, we got in it
and rescued ourselves.
    Q.  So y'all got out with the skiff?
    A.  Correct.
    Q.  At that point did you see the barge
any- -- did you see a barge anywhere?
    A.  No.
    MR. GILBERT:
        Okay.  I'm going to tender and
    reserve rights.
        Does anybody want a break?
EXAMINATION BY MR. BRUNO:
    Q.  First of all, it's good to see you
again.
    A.  Good to see you.
    Q.  And I am sure I speak for all of us

1           Wait, wait, let's stop.  I am not

2       characterizing this thing in any way,

3       shape, or form indeed.  My thought

4       would be that if we had him draw what

5       he saw, whatever it was that he saw,

6       and however he chooses to characterize

7       it, that might enable all of us to ask

8       some intelligent questions about it.

9   EXAMINATION BY MR. BRUNO:

10      Q.   Because it's obviously, Mr.

11  Villavasso, a hotly contested issue.

12           MR. LANIER:

13           And let me say something to you,

14      Bill.  Draw it as best you can.

15  EXAMINATION BY MR. BRUNO:

16      Q.   Yes.

17           MR. LANIER:

18           If you're not satisfied with the

19      way it looks and it doesn't represent

20      what you saw --

21  EXAMINATION BY MR. BRUNO:

22      Q.   Tell us.  Absolutely.  Charlie is

23  right.

24           MR. LANIER:

25           If you don't think you can

86

1   A. Yeah.
2   Q. I am wondering if this thing that
3 you saw had a rake to it.
4   A. I couldn't tell because I couldn't
5 see that much of it.
6   Q. All right. It might have had a
7 rake?
8   A. It may have.
9   Q. Now, the other thing I'm curious
10 about is, and tell me if I am saying something
11 wrong, you said it actually poked through.
12   A. Yeah. That's how I could see part
13 of it. But only the tip of it. I couldn't
14 see a great amount of where you were talking
15 about like on a slant or was it straight or --
16 I couldn't see that part.
17   Q. Right. Well, that's why I am asking
18 the questions about your use of the words
19 "poked through". Okay? If you go back to
20 your first drawing, okay, and when you talked
21 about poking through, did whatever --
22   MR. ERNST:
23     Excuse me, Joe.
24   MR. BRUNO:
25     Yes.

87

1   MR. ERNST:
2     This is his -- actually his
3   second drawing. That's the first
4   (indicating).
5   MR. BRUNO:
6     I'm sorry.
7   MR. ERNST:
8     This is the second and this looks
9   like the third now. Do you want to
10   put numbers on them?
11   MR. BRUNO:
12     Yes, I do. I apologize. Number
13   2 drawing is the wall. And Number 3
14   drawing is what the witness would
15   refer to as a barge.
16   MR. ERNST:
17     Put a 2 on that. And that's 3.
18   MR. WIEDEMANN:
19     There's something on the opposite
20   side of that.
21   MR. ERNST:
22     It came through.
23   MR. BRUNO:
24     It just came through.
25   MR. ERNST:

88

      It just comes through. It's
   cheap paper.
EXAMINATION BY MR. BRUNO:
   Q. Okay. Mr. Villavasso, I am just --
You know, all of us use words for a variety of
reasons. So I am just curious about your
choice of the words "it poked through".
Okay? So what I am trying to learn is, is
this thing, whatever it was, did this thing
actually -- if we envision the floodwall as a
line, okay? As you have drawn it, a line?
Did this thing actually cross the line onto
the land side of the levee?
   A. Hard to tell. Because the wall was
collapsed by that and I could see a structure
that -- it was partially -- I don't know if it
was even with it or was it protruding -- I
don't think -- I don't know if it was
protruding or not, but I could see --
   Q. Right.
   A. -- something there.
   Q. Sure. Well, if you drew a line
where the wall was, do you -- and if you can't
answer this question, I understand -- but if
you draw a line where the wall was, did this

89

thing cross the line?
   A. Hard to tell. It's hard to tell.
   Q. All right. Are you able to describe
for us how high above the water line this
thing was?
   A. I seen it towards the top. And,
yeah, it was sort -- it was towards the top
and I could say maybe see a foot of this
object it would appear to be.
   Q. I'm a little confused now. I'm
sorry. A foot -- in other words, what is --
What are you measuring out to be a foot?
   A. If you're trying to ask me did I see
it from top to bottom, no, I couldn't see
that.
   Q. Okay.
   A. I could only see a tip of it at the
top. Now, if that was a foot or how -- I
couldn't measure the distance. I don't really
know.
   Q. Okay. Fair enough. So if I am
orienting myself correctly, you're looking to
your left; right?
   A. Yes.
   Q. If you are looking straight ahead,

**23 (Pages 86 to 89)**

1    this has been touched upon, I'm sure that the

2    group will handily remind me, but do you

3    recall seeing the lights go out?  That is, the

4    street lights or -- not the power that you

5    guys had, you have talked about that, but the

6    power, you know, the power that everybody else

7    has, did you witness that going out?

8        A.   Yes, I witnessed transformers

9    blowing up all over the neighborhood and, yes,

10   I witnessed lights going out.

11       Q.   Okay.  So am I correct in assuming

12   that when you heard the boom and you saw what

13   appeared to be the walls falling and the water

14   gushing in, that shortly thereafter there was

15   these additional, I don't know if I am using

16   the right word, popping or noises?

17       A.   Yeah.  Well, when the transformer

18   blows, it's a distinctive noise.  It makes

19   like more of a firecracker sound.  But the

20   sound I heard when I heard the wall break was

21   like an explosion.  It was a deeper boom.

22       Q.   Right.  Okay.  Do you think that

23   you're able to tell us whether or not the

24   sound was the sound that may have been made by

25   a wall breaking or crashing down as opposed to

1    something striking the wall?  I mean, was it

2    that crystal clear that you could make that

3    determination?

4         A.    Well, I don't know how to answer

5    this, but I can tell you when I heard the boom

6    and seen the wall tumble, I heard no noise

7    whatsoever.  I could hear no noise and I don't

8    know why, that's a grassy area in front of the

9    wall.

10        Q.    So my understanding that what you're

11   saying to be, that you hear a sound and that

12   there is some span of time between the sound

13   and the wall falling over?

14        A.    Well, it was almost instantaneously.

15        Q.    That's what I am asking you.

16   Whatever it was, you tell me.

17        A.    Yeah, it was instantaneously.  When

18   it hit the wall, the explosion, whatever

19   happened, it hit the wall, the wall came down.

20        Q.    Well, the reason -- And that's

21   precisely why I am asking this question.  I am

22   trying to determine if you, having heard this,

23   are able to distinguish between the

24   possibility that the sound came from the wall

25   breaking from whatever reason as opposed to

146

```
 1            something like appeared to be a barge
 2            or something protruding -- well, not
 3            protruding, but you could see it.  I
 4            left -- I don't know how long it took,
 5            but I left there after I seen that
 6            water, the tremendous amount of water
 7            coming through and went to the control
 8            room and called Central, told them to
 9            drop the power.
10   EXAMINATION BY MR. TREEBY:
11        Q.   Okay.  Now, I apologize, because I
12   think what you originally told me was your
13   best estimate between the time the door flew
14   off the hinge and the time you saw the wall
15   break was four or five minutes, your best
16   estimate.  Is that correct?
17        A.   I would say -- I'm unsure.  It may
18   have been that time.
19        Q.   And then after that, after the wall
20   broke, you watched the water for some time.
21   Is that right?
22        A.   Yeah.  For a little while.  For a
23   few -- To see what was going to happen.  How
24   much water was coming through.
25        Q.   And what is your -- again, your best
```

1      Q.   All right.  And did you see anything

2   -- What did you see at the floodwall?  That

3   it was already breached?

4      A.   It was already breached and all I

5   seen was massive amounts of water flowing in.

6   Our vehicles in the front of the station

7   floating away.

8      Q.   Now, you also testified that, I

9   believe, the first time that you went up and

10   made an observation from this door, you saw

11   water splashing over the floodwall four to

12   five feet high and in wave forms.  Is that

13   correct?

14      A.   Right.

15      Q.   When you went out the second time,

16   just before you saw the wall break, were you

17   still seeing these four to five foot waves, or

18   was the water coming over?

19      A.   Intensifying, yeah.  Intensifying.

20      Q.   How high was the water level in the

21   canal?  Was it starting to pour over or creep

22   over?

23      A.   It was a splashing effect.  I

24   couldn't tell if it was continuously pouring.

25   I could just see it splashing hard.

185

1     Q.   If you looked, rather than directly

2  at that floodwall area, and looked to the

3  right, could you see the height of the water

4  in the Industrial Canal?

5     A.   No, you can't see that.  The wall is

6  too high.

7     Q.   Did you ever go out on that porch

8  that night to take a smoke?

9     A.   When -- What do you mean, that

10  night?  Early, before the winds and rain?

11     Q.   Yes, any time.

12     A.   Yeah.

13     Q.   Okay.  Before -- I'm sorry.  After

14  the time when you observed this four to five

15  foot splashing and before you saw the wall

16  break, did you take any smoking breaks out

17  there?

18     A.   Sure.

19     Q.   How did you light your cigarette?

20     MR. ERNST:

21       Object to the form of the

22    question.

23  EXAMINATION BY MR. WALKER:

24     Q.   I am not being tricky.  What I am

25  trying to get at, Mr. Villavasso, --

186

1        A.    No, I --

2        Q.    Let me ask you the question.   How

3    was the wind blowing?   What direction?   If

4    you're smoking and you're trying to light a

5    cigarette, you're protecting the flame in some

6    fashion against the wind.

7        A.    Well, actually, I lit it in the

8    switch gear room.   I didn't light it outside.

9        Q.    All right.

10       A.    Because we did have winds.   It

11   wasn't -- At the beginning, it wasn't a

12   considerable amount of winds, but it was wind.

13       Q.    Do you remember which way it was

14   blowing?

15       A.    No.

16       Q.    Did anybody else go out with you to

17   have a smoke?

18       A.    No.   Not that I can remember.

19       Q.    You described what I believe you

20   said was a 20 foot wall of water.   Do you

21   remember that?

22       A.    Yes.

23       Q.    I was a bit confused as to when that

24   was and where it was coming from.   Would you

25   mind just going over that again a bit?

191

1    MR. ERNST:

2     You both can't talk together.

3 EXAMINATION BY MR. WALKER:

4   Q. Both to the north and to the south

5 of the Florida Avenue bridge?

6   A. As the water approached this way

7 (indicating), the intensity of it flowing over

8 the wall was greater.

9   Q. As it got to that narrow area of the

10 bridge, in front of the bridge?

11   A. It was greater, yeah.

12   Q. All right.  Could you just finish

13 that?  Did you mean that to be an arrow

14 pointing in the direction where that ball of

15 water came?

16   A. Yeah, the ball of water is coming

17 down this way; water is flowing over the side

18 of the canal wall; and when it reached down to

19 the end where I heard a boom, I seen -- what

20 happened, I don't know, but when I heard the

21 boom, you could see this part of the wall

22 tumble down and I seen to appear to be part of

23 a -- something steel.

24   Q. The tip of something?

25   A. Steel.

1          MR. WIEDEMANN:

2               I object to the question.  He

3          said it was coming through the wall.

4          You said "over".

5          MR. ERNST:

6               Through the opening, he said.

7     EXAMINATION BY MR. WALKER:

8          Q.   Earlier, looking at Number 9, you

9     described this 20 foot wall of water coming

10    down the Industrial Canal before the break.

11         A.   Yeah.

12         Q.   Okay?  And I am asking you at the

13    time that the wall of water was coming down

14    the canal, when you saw this tip here, where

15    was the wall of water?

16         A.   Well, first of all, I heard a boom,

17    then I seen the wall tumble as I still seen

18    the water moving.

19         Q.   Pushing down the canal?

20         A.   Correct.  Now, the water had -- This

21    big ball of water had gone past that point

22    when the wall tumbled and I could still -- I

23    could see the tip of what appeared to be a

24    barge.

25         Q.   And the wall of water was continuing

206

1    to head on south down the canal?

2        A.    Yeah, and some was coming out,

3    gushing out of that opening --

4        Q.    Okay.

5        A.    -- after that wall collapsed.

6        Q.    So part of the ball of water was

7    continuing south and part of it was pushing

8    through that opening?

9        A.    Correct.  It was going both ways.

10       Q.    I understand that you then went back

11   in, because you stayed a few moments observing

12   this, and then ran back in?

13       A.    I watched it to see what would

14   happen, how much water was coming actually

15   through and trying to really believe that --

16   see what happened here.  And when I really,

17   you know, like realized, well, this is it,

18   there's a real break here, I ran inside and

19   called Central Control to drop power out of

20   our station.

21       Q.    And what piece of equipment did you

22   use to call Central Control?

23       A.    Radio.  Our land-based radio.

24       Q.    And you said you have two of those;

25   right?