1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION


| | | |
|---|---|---|
| PERTAINS TO: BARGE | | CIVIL ACTION NO. 05-4182 |
| BOUTTE V. LAFARGE | 05-5531 | AND CONSOLIDATED CASES |
| MUMFORD V. INGRAM | 05-5724 | SECTION "K"(2) |
| LAGARDE V. LAFARGE | 06-5342 | JUDGE STANWOOD |
| PERRY V. LAFARGE | 06-6299 | R. DUVALL, JR. |
| BENOIT V. LAFARGE | 06-7516 | MAG. |
| PARFAIT FAMILY V. USA | 07-3500 | JOSEPH C. WILKINSON, JR. |


Deposition of SIDNEY WILLIAMS,
3600 Dante Street, New Orleans, Louisiana 70118, taken in the offices of CHAFFE MCCALL, LLP, 1100 Poydras Street, Suite 2300, New Orleans, Louisiana 70163, on Thursday, October 9th, 2008.

30

1    A.    I heard and seen something.
2    Q.    When did you see and hear something?
3    A.    When I first come out the hole of my roof,
4  the house I was living in.
5    Q.    What did you see and hear?
6    A.    I heard a boom, a loud boom I was coming up
7  out the roof.  When I got on the roof, I looked; just
8  had the second boom occurred, I seen the barge out
9  there against that wall rocking hitting the wall.
10   Q.    Nothing was blocking your sight, right?
11   A.    No, sir.
12   Q.    Is there any reason you didn't tell the
13 investigator that?
14   A.    Like I said, I don't know what all I told
15 the investigator.
16   Q.    Well, is there anything difficult about a
17 question did you see a barge and the answer no?
18   A.    Repeat that.
19   Q.    Is there anything difficult about the
20 question did you see the barge and answering no?
21   A.    I seen the barge.
22   Q.    My question is:  Is there anything difficult
23 about that question?
24   A.    Difficulty?
25   Q.    Yes.

```
                                                                  31
 1         A.   No.
 2         Q.   It is an easy question?
 3         A.   Yes.
 4         Q.   It is an easy question to answer truthfully
 5   yes or no, right?
 6         A.   Yes.
 7         Q.   You would have no reason to deceive the
 8   investigator and tell him something that was untrue,
 9   would you?
10         A.   No.
11         Q.   Gloria would have no reason to lie to him
12   either, right?
13         A.   Shouldn't.
14         Q.   Nor would Jennifer, right?
15         A.   Shouldn't.
16         Q.   All you are telling him is what you saw and
17   heard, right?
18         A.   Yes.
19         Q.   Are you under any medication or drugs or
20   alcohol today as we sit here?
21         A.   No.
22         Q.   "Is Sidney there?  Yes."  Who was that that
23   just said Sidney?
24         A.   I don't know.
25         Q.   Doesn't sound like Jennifer?
```