# EXHIBIT I

*ABC News interview of Lower Ninth Ward resident
Joe Edwards describing boom and flooding*

*Please see Exhibit 53 to Plaintiffs' Opposition to
Lafarge's Motion for Summary Judgment*