```
 1                 UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: KATRINA CANAL BREACHES   *  CIVIL ACTION
 5                                   *  NO. 05-4182
 6   PERTAINS TO: BARGES             *  Consolidated
 7                                   *  SECTION "K(2)"
 8   Boutte v. Lafarge         05-5531 *
 9   Mumford v. Ingram         05-5724 * JUDGE DUVAL
10   Lagarde v. Lafarge        06-5342 *
11   Perry v. Ingram           06-6299 * MAG. WILKINSON
12   Benoit v. Lafarge         06-7516 *
13   Parfait Family v. USA     07-3500 *
14   Lafarge v. USA            07-5178 *
15                * * * * * * * * * * *
16
17              Deposition of MICHAEL ANTHONY BICKHAM,
18   given at Chaffe McCall, LLP, 2300 Energy
19   Centre, 1100 Poydras Street, New Orleans,
20   Louisiana 70163-2300, on May 4th, 2009.
21
22
23   REPORTER BY:
24        JOSEPH A. FAIRBANKS, JR., CCR, RPR
25        CERTIFIED COURT REPORTER #75005
```

## Page 2

APPEARANCES:

REPRESENTING THE BARGE PSLC:
    BRIAN A. GILBERT, P.L.C.
    (BY: BRIAN A. GILBERT, ESQUIRE)
    821 Baronne Street
    New Orleans, Louisiana 70113
    504-885-7700.

REPRESENTING LAFARGE NORTH AMERICA:
    CHAFFE, MCCALL, L.L.P.
    (BY: DEREK WALKER, ESQUIRE)
    2300 ENERGY CENTRE
    1100 Poydras Street.
    New Orleans, Louisiana 70163-2300
    504-585-7000

## Page 3

EXAMINATION INDEX

EXAMINATION BY:                              PAGE

MR. WALKER ................................5
MR. GILBERT ..............................101

EXHIBIT INDEX

EXHIBIT NO.                                  PAGE
Exhibit 1    ............................19
Exhibit 2    ............................21
Exhibit 3    ............................22
Exhibit 4    ............................39
Exhibit 5    ............................45
Exhibit 6    ............................84
Exhibit 7    ............................86
Exhibit 8    ............................90

## Page 4

STIPULATION

    IT IS STIPULATED AND AGREED by and among counsel for the parties hereto that the deposition of the aforementioned witness may be taken for all purposes permitted within the Louisiana Code of Civil Procedure, in accordance with law, pursuant to notice;

    That the formalities of reading, signing, filing, sealing and certification are hereby specifically waived;

    That all objections, save those as to the form of the question and the responsiveness of the answer, are reserved until such time as this deposition, or any part thereof, is used or sought to be used in evidence.

* * *

    JOSEPH A. FAIRBANKS, JR., CCR, RPR, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

## Page 5

    MICHAEL ANTHONY BICKHAM 2407 Rose Drive, Gretna, Louisiana 70053, a witness named in the above stipulation, having been first duly sworn, was examined and testified on his oath as follows:

EXAMINATION BY MR. WALKER:

    Q. All right. Good morning, Mr. Bickham. Sorry we were delayed. We're here to do what's called taking your deposition.

    Have you ever done this before?

    A. No.

    Q. Okay. I'll explain it to you, and if there is anything you don't understand just ask me or your attorney and we'll try and help you through it.

    A. Okay.

    Q. First of all, you're under oath.

    A. Okay.

    Q. You understand that that means that you're sworn to tell the truth and that if you don't tell the truth there could be consequences; right?

    A. Yeah.

    Q. It's the same as if you were in court sitting in front of a judge. All right?

53

1 started to rise on the canal. We was joking
2 about how it was popping on the wall. We would
3 see it coming over, but the wall was containing
4 it from the winds.
5      Q.    Okay.  Let me stop you there.  So you
6 and Charles walk to the levee.
7      A.    No.  We walked from Prieur -- from
8 Deslonde and Prieur to Johnson and Deslonde.
9 N. Johnson.
10     Q.    All right.
11     A.    Same street, one block down.
12 N. Johnson is a dead end coming from Tennessee,
13 but you can reach it from Jourdan Avenue.  My
14 daughter owned her house one block away, and we
15 was walking down there.  My stepdaughter
16 Thomekia.  This area --
17     Q.    Oh, I see it.  This is N. Johnson
18 here.  I'm sorry.  So you walked down Deslonde
19 to N. Johnson?
20     A.    Toward N. Johnson.
21     Q.    Right.
22     A.    And when you get here, you can see the
23 wall of Jourdan Avenue.
24     Q.    When you got to the corner of Prieur
25 and Deslonde?

1   A.   And you can see the wall.  The wall
2 was up on the levee.  And we're sitting there
3 watching as the wind blew the water against the
4 wall.  And very little water was coming over
5 that wall.
6   Q.   Got you.  Okay.  Did you ever get any
7 closer to the levee than the corner of Deslonde
8 and N. Prieur?
9   A.   No.
10   Q.   Okay.  So if I put an arrow going down
11 N. Prieur, that's where you were, where you
12 looked towards the levee and saw what you
13 described.
14   A.   Yeah.
15   Q.   Okay.  So let's put an arrow.  And
16 that's where you and Charles looked down and
17 saw that.
18   A.   Yes.
19   Q.   Okay.  Around what time was that?  And
20 I realize you don't -- you're not waring a
21 watch or anything like that.
22   A.   I can't.  And they had already turned
23 the power and all off, so I really couldn't
24 tell you.  The power and gas was already turned
25 off.

1    Q.    So when you and Charles took this
2  walk, there was no power.
3    A.    No power. No street lights, no
4  nothing in the hood. It was just us being a
5  fool, because we were joking, decided to walk
6  and see if anybody was still walking around.
7    Q.    So it was probably well after midnight
8  on Sunday.
9    A.    Yeah. Yeah. After midnight.
10   Q.    So it was already Monday at some point
11 before daybreak.
12   A.    Yeah.
13   Q.    Okay. Was there any water in the
14 street when you and Charles were walking?
15   A.    No, sir. There wasn't.
16   Q.    And do you remember the weather in
17 terms of the wind, the rain?
18   A.    It was raining, but it wasn't -- it
19 was like the rain would like whip you, like it
20 would swing around you, but it wasn't where you
21 would be soaking wet. You know, by the time we
22 got back to the house, neither one of us was
23 soaking wet. You know, and I told him I'm
24 going upstairs and check on Diane. He went in
25 his house and checked on Carol.

1    Q.   Okay. And how was the wind?
2    A.   High.
3    Q.   The rain was moderate but the wind was
4  strong.
5    A.   The wind was strong.
6    Q.   Okay. And correct me if I'm not
7  saying things correctly. What I thought you
8  said was as you looked down Prieur toward the
9  levee you saw wind-whipped splashing?
10   A.   The water coming over the levee. The
11 wind had already got the water where it was
12 high on the levee -- on the Industrial Canal.
13   Q.   Against the wall.
14   A.   But the wind had it where it was
15 moving and you could see the water as it
16 popped. It wasn't like it was a constant flow
17 of water, but you could see the water as the
18 wind -- as it hit that wall coming up.
19   Q.   All right. So it was slapping against
20 the wall and you'd see the splash over the
21 wall.
22   A.   Yeah.
23   Q.   But it was not flowing over the wall.
24   A.   No, it wasn't.
25   Q.   Okay. Did you just go out that one

63

1  Q.  So did it sound like an explosion to
2  you?
3  A.  It was an explosion.  It sounded like
4  an explosion.
5  Q.  Okay.  Was it a single --
6  MR. GILBERT:
7      Let him finish his answer.
8  EXAMINATION BY MR. WALKER:
9  Q.  Was it a single boom that you heard?
10 A.  No.  It came on like -- impact sounded
11 like explosion, but it kept dragging.  You
12 know, like it kept making a noise as though
13 something was dragging.
14 Q.  So you first heard an explosion-like
15 sound that you thought could have been a
16 transformer.
17 A.  Yeah.
18 Q.  Did you hear that explosion sound
19 again?
20 A.  No.
21 Q.  Okay.  You heard the one.  And then
22 after the explosion sound you heard like a
23 dragging sound?
24 A.  Sound like a dragging sound.
25 Q.  Okay.

```
 1        A.    That's what made her jump up.
 2        Q.    And that was a continuous one, or was
 3   it interrupted?
 4        A.    It didn't -- you heard a dragging
 5   sound for like two or three minutes and it just
 6   stopped.
 7        Q.    Okay.  And the dragging sound was
 8   continuous or was it --
 9        A.    Yeah.  All you heard was like a --
10   (Indicating.)
11        Q.    And then it stopped?
12        A.    It stopped.
13        Q.    And because of that you went then to
14   the -- after that, then the horn started
15   blowing.
16        A.    The horn started blowing.
17        Q.    You and she went to the front and
18   looked down at the car, and it was --
19        A.    I went in first and she came in after
20   me.  Because the horn went off loud.  That's
21   what made her come in there.  Okay?  I went in
22   there, the horn was going off.  Her sister
23   Carol and Charles came and told us that the
24   water done got in the house, they needed to
25   come upstairs.  So they came up.  I went back
```

65

1  from Allison apartment to my apartment and I
2  grabbed the hammer, the rope and didn't get a
3  chance to get the ladder because when I looked
4  back in the hallway, this water is now three
5  steps from the top of my -- from the stop step.
6  I grabbed my trunk, threw everything else down
7  and grabbed the trunk and put the trunk in the
8  attic -- to move the attic out of the way.
9      Q.   So it was three steps from the second
10 floor of this house.
11     A.   Yeah.
12     Q.   And I'm sorry.  Was this an internal
13 stairway?
14     A.   It's a single stairway going up.
15     Q.   Inside the house?
16     A.   Inside the house.
17     Q.   Not a door or anything?
18     A.   Well, I had the burglar bar door
19 already opened.
20     Q.   Burglar bars inside?
21     A.   Downstairs at the first door.
22     Q.   So you have your own -- you had your
23 own entrance to the house.
24     A.   Yeah.
25     Q.   From downstairs, stairs leading

77

1  see people?  Were you able to see things?
2       A.    There was another guy floating.  He
3  had on a life jacket, but the current was
4  bringing him towards the Industrial Canal.  The
5  same house that had me jammed saved him because
6  the next street over he was able to get on the
7  roof of the next house.
8       Q.    And do you know who that was by any
9  chance?
10      A.    Unh-unh.
11      Q.    But the current was push him from
12 Tennessee?
13      A.    It was circling.
14      Q.    -- toward the Industrial Canal?
15      A.    It was circling from like -- from the
16 Mississippi all the way back.  And that's
17 basically what the houses were doing, they were
18 floating past us in a circle.
19      Q.    One thing I didn't ask you was when
20 you heard this original sound, this boom,
21 explosion, and then the grinding sound, did you
22 have any notion of where it came from?
23      A.    It sounded -- I'm going to tell you
24 exactly what I did.  From the sound of it, it
25 sounded like it was behind my house.  And I

78

1  opened my back door to look out.  I can't see
2  what it is, but all I see is the water not
3  coming over.
4           This barge landed like a half a block
5  from where I lived at when it come over that
6  barge -- come over the wall.  It landed, but I
7  can't see this barge in the dark.
8       Q.   You don't know at that time if it was
9  there or not.
10      A.   I couldn't see it.
11      Q.   Right.
12      A.   With the rain and all, all it look
13 like was darkness.
14      Q.   Right.  So where -- let's go back to
15 where do you think the sound came from?
16      A.   From -- okay.  Say like right now I'm
17 in the front of my house.  This sound came from
18 my back like I'm going to my bathroom.
19      Q.   So from your back yard area.
20      A.   So it's going back towards Jourdan
21 Avenue.
22      Q.   Did it sound like it came from Florida
23 Avenue, St. Claude, Claiborne?
24      A.   No, it came from behind me off of
25 Jourdan.  And the only thing between us then