1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

| | |
|---|---|
| PERTAINS TO: BARGE | CIVIL ACTION NO. 05-4182 |
| BOUTTE V. LAFARGE    05-5531 | AND CONSOLIDATED CASES |
| MUMFORD V. INGRAM    05-5724 | SECTION "K"(2) |
| LAGARDE V. LAFARGE   06-5342 | JUDGE STANWOOD |
| PERRY V. LAFARGE     06-6299 | R. DUVALL, JR. |
| BENOIT V. LAFARGE    06-7516 | MAG. |
| PARFAIT FAMILY V. USA 07-3500 | JOSEPH C. WILKINSON, JR. |

Deposition of CHRISTOPHER WEAVER, 7500 Stone Wood Street, New Orleans, Louisiana 70128, taken in the offices of CHAFFE MCCALL, LLP, 1100 Poydras Street, Suite 2300, New Orleans, Louisiana 70163, on Thursday, October 9th, 2008.

|  | 2 | 4 |
|---|---|---|
| 1 | APPEARANCES: | APPEARANCES (CONTINUED): |
| 2 |  |  |
| 3 | WIEDEMANN & WIEDEMANN | SUTTERFIELD & WEBB |
| 4 | (BY: KARL WIEDEMANN, ESQUIRE) | (BY: DANIEL A. WEBB, ESQUIRE) |
| 5 | 821 Baronne Street | 650 Poydras Street |
| 6 | New Orleans, Louisiana 70113 | Suite 2715 |
| 7 | ATTORNEY FOR BARGE PLAINTIFFS | New Orleans, Louisiana 70130 |
| 8 |  | ATTORNEY FOR LAFARGE |
| 9 | BRUNO & BRUNO |  |
| 10 | (BY: SCOTT L. JOANEN, ESQUIRE) | BURGLASS & TANKERSLEY |
| 11 | 855 Baronne Street | (BY: RICHARD C. PAVLICK, ESQUIRE) |
| 12 | New Orleans, Louisiana 70113 | 5213 Airline Drive |
| 13 | ATTORNEY FOR MRGO PSLC | Metairie, Louisiana 70001 |
| 14 |  | ATTORNEY FOR JEFFERSON PARISH |
| 15 | U.S. DEPARTMENT OF JUSTICE |  |
| 16 | TORTS BRANCH | GOODWIN PROCTER, LLP |
| 17 | CIVIL DIVISION | (BY: JOHN D. ALDOCK, ESQUIRE) |
| 18 | (BY: TAHEERAH K. EL-AMIN, ESQUIRE) | 901 New York Avenue, NW |
| 19 | (TELEPHONICALLY) | Washington, DC 20001 |
| 20 | Room 8095 North | ATTORNEY FOR LAFARGE |
| 21 | 1331 Pennsylvania Avenue N.W. |  |
| 22 | Washington, D.C. 20530 |  |
| 23 | ATTORNEYS FOR DEPARTMENT OF JUSTICE |  |
| 24 |  |  |
| 25 |  |  |

|  | 3 | 5 |
|---|---|---|
| 1 | APPEARANCES (CONTINUED): | APPEARANCES (CONTINUED): |
| 2 |  |  |
| 3 | LAW OFFICES OF LABORDE & NEUNER | CHAFFE MCCALL, LLP |
| 4 | (BY: LAURA ROUGEAU, ESQUIRE) | (BY: DEREK A. WALKER, ESQUIRE) |
| 5 | 1001 West Pinhook Road | 1100 Poydras Street |
| 6 | Lafayette, Louisiana 70505 | Suite 2300 |
| 7 | ATTORNEY FOR OLD | New Orleans, Louisiana 70163 |
| 8 |  | ATTORNEY FOR LAFARGE NORTH AMERICA |
| 9 | MONTGOMERY BARNETT, LLP |  |
| 10 | (BY: RONALD J. KITTO, ESQUIRE) |  |
| 11 | 1100 Poydras Street | ALSO PRESENT: |
| 12 | Suite 3300 |  |
| 13 | New Orleans, Louisiana 70163 | PETER KEELEY |
| 14 | ATTORNEY FOR AMERICAN CLUB | JOHN SHELONKO |
| 15 |  |  |
| 16 | DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK |  |
| 17 | (BY: RYAN M. MALONE, ESQUIRE) |  |
| 18 | 3838 North Causeway Boulevard |  |
| 19 | Suite 2900 |  |
| 20 | Metairie, Louisiana 70002 |  |
| 21 | ATTORNEY FOR EJLD, LBLD |  |
| 22 |  |  |
| 23 |  | REPORTED BY: |
| 24 |  | CERI-ANNE WEBSTER, CCR, RPR |
| 25 |  | Certified Court Reporter |

```
                                                          140
 1   as it says on the form or emotional distress or
 2   psychological damage or anything like that, right?  If
 3   you did, you would have seen the doctor about it?
 4        A.   True.  Like I said, I didn't read the form.
 5   I didn't fill it out.  Only thing I did was sign it.
 6        Q.   Reading it or not, you haven't seen any
 7   doctor for any --
 8        A.   Right.
 9        Q.   -- mental issues, right?
10        A.   Right.
11        Q.   Now, you signed this form claiming against
12   the U.S. Government Corps of Engineers for having
13   caused the flooding.  That is because it is your
14   belief, isn't it, that they are responsible for the
15   flooding and not the barge?
16        A.   Well, I believe both is responsible for it.
17   I really do believe both parties are responsible for
18   it.
19        Q.   Why do you believe the barge is responsible?
20        A.   Because what I thought was an explosion at
21   the time during the hurricane and what I learned later
22   on down the line is that there was no actual
23   explosion.  It was what I heard.  It was the barge
24   running through that wall.
25        Q.   You didn't see the barge run through the
```