```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
    IN RE: KATRINA CANAL BREACHES     *
    CONSOLIDATED LITIGATION            *
 5                                     * CIVIL ACTION
                                       * NO.05-4182
 6        VERSUS                       * Consolidated
                                       *
 7                                     * SECTION"K"(2)
    PERTAINS TO:  BARGES               *
 8                                     *
    Boutte v. Lafarge       05-5531   * JUDGE DUVAL
 9  Mumford v. Ingram       05-5724   *
    Lagarde v. Lafarge      06-5342   *
10  Perry v. Ingram         06-6299   * MAG.WILKINSON
    Benoit v. Lafarge       06-7516   *
11  Parfait Family v. USA   07-3500   *
    Lafarge v. USA          07-5178   *
12  Weber v. Lafarge        08-4459   *
    * * * * * * * * * * * *
13
14
15
16
17          Deposition of Kevin McFarland,
18  taken  at the law offices of Chaffe McCall,
19  2300 Energy Centre, 1100 Poydras Street,
20  New Orleans, Louisiana, on Thursday, January
21  29, 2009 at 10:25 a.m.
22
23
24
25
```

**Page 2**

```
 1  APPEARANCES:
 2      BRIAN A. GILBERT LAW OFFICE
 3      BY:  EDWARD L. MORENO, ESQ.
 4          821 Baronne Street
 5          New Orleans, LA 70113
 6      ATTORNEYS FOR THE PLAINTIFFS (BARGE)
 7
 8      CHAFFE, McCALL LLP
 9      BY:  DEREK A. WALKER, ESQ.
10          2300 Energy Centre
11          1100 Poydras Street
12          New Orleans, LA 70163
13      ATTORNEYS FOR LAFARGE NORTH AMERICA
14
15
16  REPORTED BY:
17      MARLANE A. GAILLE, CCR-RPR
18      CERTIFIED COURT REPORTER #21005
19
20
21
22
23
24
25
```

**Page 3**

```
 1          EXAMINATION INDEX:
 2  EXAMINATION BY:          PAGE:
 3  Mr. Walker        5
 4
 5          EXHIBIT INDEX:
 6  EXHIBIT NO.:             PAGE:
 7      1           24
 8      2           24
 9      3           69
10      4           71
11      5           75
12      6           77
13      7           87
14
15      INFORMATION REQUESTED:
16                  PAGE:
17      Production requested    63
18  of photos taken after the
19  storm of the neighborhood
20  that have not been
21  previously produced.
22
23
24
25
```

**Page 4**

```
           S T I P U L A T I O N
    IT IS STIPULATED AND AGREED by and
between counsel for the parties hereto that the
deposition of the aforementioned witness may be
taken for all purposes permitted within the
Federal Rules of Civil Procedure, in accordance
with law, pursuant to notice;
    That the formalities of reading and
signing are specifically waived;
    That the formalities of filing,
sealing, and certification are specifically
waived;
    That all objections, save those as to
the form of the question and the responsiveness
of the answer, are reserved until such time as
this deposition, or any part thereof, is used
or sought to be used in evidence.
              * * *
    MARLANE A. GAILLE, CCR-RPR,
Certified Court Reporter in and for the State
of Louisiana, officiated in administering the
oath to the witness.
```

**Page 5**

```
         KEVIN McFARLAND,
     4803 Lakeshore Drive A203,
     Shreveport, Louisiana 70119,
     having been first duly sworn,
  was examined and testified as follows:
              EXAMINATION
BY MR. WALKER:
    Q  Mr. McFarland, my name is Derek
Walker and I represent a company called
Lafarge North America, and we're here to ask
you questions about what you observed during
the hurricane, Hurricane Katrina.  All right?
    A  Uh-huh (nods head).
    Q  This lady is taking down everything
you say, but unless you say it, she can't take
it down.  You have to make sure you verbalize
all your answers.
    A  Okay.
    Q  You're under oath, so everything you
say is the same as if you were in a court of
law and subject to the same rules, same
standards.
       Do you understand that?
    A  Yes, sir.
    Q  Have you ever given your deposition
```

1    Q    (By Mr. Walker) Okay.  It was just
2  one boom?
3    A    Yeah; one boom.  "Boom."  That's it.
4    Q    Can you equate that boom to anything
5  you've ever heard before?
6    A    Never in my life.
7    Q    And I'm sorry.  You said it sounded
8  or didn't sound like an explosion?
9    A    It did not sound like a -- I know a
10 sound from an explosion, and I know a sound
11 from something hitting.
12        "Boom," something hit.
13   Q    You ever been around a construction
14 demolition site?
15   A    Yeah.
16   Q    You ever heard concrete break?
17   A    Yeah.
18   Q    What does that sound like?
19   A    Well, concrete breaking, you're using
20 a bit and it's going -- just cracking, but --
21   Q    I'm sorry.  I don't mean when a
22 person is breaking concrete with a jackhammer
23 or something.
24        I'm talking about have you ever heard
25 concrete break without a person doing