```
1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4     CIVIL ACTION                SECTION "K" (2)
      NO. 05-4182 and
5     consolidated cases
6     JUDGE                       MAG.
      STANWOOD R. DUVAL, JR.      JOSEPH C. WILKINSON, JR.
7
8
              IN RE:  KATRINA CANAL BREACHES
9                 CONSOLIDATED LITIGATION
10                 PERTAINS TO:   BARGE
11         Boutte v. Lafarge              05-5531
           Mumford v. Ingram              05-5724
12         Lagarde v. Lafarge             06-5342
           Perry v. Ingram                06-6299
13         Benoit v. Lafarge              06-7516
           Parfait Family v. USA          07-3500
14         Lafarge v. USA                 07-5178
           Weber v. Lafarge               08-4459
15
16
17
18         Deposition of ARTHUR M. ANDERSON, III, taken at
19    the offices of Chaffe McCall, L.L.P., 2300 Entergy
20    Center, 1100 Poydras Street, New Orleans, Louisiana
21    70163, on April 29, 2009.
22
23    REPORTED BY:
24    RALPH D. BOYLES, JR., CP, CCR
25    CERTIFIED COURT REPORTER
```

|    |    |                                              |
|----|----|----------------------------------------------|
| 1  |    | after the fact, after the water rose,        |
| 2  |    | you saw things floating and stuff like       |
| 3  |    | that. But just from the beginning of         |
| 4  |    | it, you know, no, I never seen that.         |
| 5  | Q. | Did you ever hear a boom?                    |
| 6  | A. | I heard -- let me tell you what I heard.     |
| 7  |    | It was strange. I heard a boom. Yes, I       |
| 8  |    | did hear boom.                               |
| 9  | Q. | Where did this boom come from?               |
| 10 | A. | I don't know where it came from.             |
| 11 | Q. | You don't have any idea of the               |
| 12 |    | direction?                                   |
| 13 | A. | No.                                          |
| 14 | Q. | When was this boom; do you remember?         |
| 15 | A. | No, I can't remember.                        |
| 16 | Q. | Was it before or after your father           |
| 17 |    | pointed out the water to you?                |
| 18 | A. | It was kind of before. It was a              |
| 19 |    | constant boom. It was real a                 |
| 20 |    | distinctive sound. Because at one point      |
| 21 |    | a barge hit the bridge and from that you     |
| 22 |    | kind of remember that sound that it          |
| 23 |    | makes, which at that point in time I         |
| 24 |    | didn't know what it was.                     |
| 25 | Q. | When you say at one point a barge hit        |

```
                                                             62
 1            the bridge, when was that?  Do you mean
 2            during Katrina?
 3       A.   No, not during Katrina.  It was years
 4            before that.  Lots of people had got
 5            killed when a barge ran into the
 6            Claiborne Bridge.  It was almost like
 7            that same sound.  It was kind of like
 8            impact, kind of.  I don't know if it was
 9            explosion or impact.  You don't know
10            what it was.  It just kind of
11            (indicating).  But, you know, I wasn't
12            paying no mind to what it was, where it
13            came from.  I just kind of said, well,
14            the water was rising, seen it and run
15            back in.
16       Q.   So this boom could have come from
17            Chalmette?
18       A.   No.  I don't know where it could have
19            came from.  It could have came from
20            Chalmette, could have came from the
21            other side.  It could have been from
22            anywhere.
23       Q.   You heard one boom, one loud boom; is
24            that what you said?
25       A.   That was kind of a noise, you know,
```

1   A.   Yes.

2   Q.   It was an out-of-state number?

3   A.   Yes.  I don't know where it was, who she

4        was working for, who is who or --

5   Q.   Do you remember talking to a fellow

6        called Robert Garcia, an investigator?

7   A.   No.  If that's the same guy that talked

8        to my dad and sister and they gave him

9        my number -- if that's him, like I said,

10       I do remember talking to him vaguely.

11  Q.   Did you tell him the truth?

12  A.   I don't even remember what he asked me,

13       what I told him.  I couldn't even

14       remember.

15  Q.   Assuming that whatever he asked you, you

16       did answer truthfully?

17  A.   To the best of my ability, yes.

18  Q.   Have you ever told anybody that the

19       levees were blown up?

20  A.   At some point, yes, I did.

21  Q.   Is that what you believe?

22  A.   Right now you don't know what to

23       believe.

24  Q.   Did you tell anybody about some black

25       marks that had been discovered and were

70

| | | |
|---|---|---|
| 1 | | residues of explosives? |
| 2 | A. | That was a thing going on, also. Like I |
| 3 | | say, you don't know what to believe. |
| 4 | Q. | Do you no longer believe that or -- |
| 5 | A. | Right now you just don't know what to |
| 6 | | believe. You know, you look at it and |
| 7 | | say, well, yeah, at one point in time |
| 8 | | the levee was blown, and at one point |
| 9 | | it's kind of like, hey, the reality of |
| 10 | | it, you know, did the levees blow? You |
| 11 | | don't know. But talking to a friend of |
| 12 | | mine, he was right there, so it kind of |
| 13 | | confirmed the levees wasn't blown. |
| 14 | Q. | Was or was not? |
| 15 | A. | Not blown. |
| 16 | Q. | What friend is that? |
| 17 | A. | Arthur Murph, because he was on his |
| 18 | | house when everything was happening. |
| 19 | Q. | What did he say he saw? |
| 20 | A. | The barge busting through the wall, the |
| 21 | | same thing I gave you, as far as the |
| 22 | | knocking, like boom, boom. |
| 23 | Q. | Did he say to you that he actually saw |
| 24 | | the barge busting through the wall? |
| 25 | A. | Yes, he did. |

```
 1    Q.    You are sure he didn't say that the
 2          barge ended up against his house?
 3    A.    No.  He said he saw the barge bust
 4          through the wall.
 5    Q.    When did he tell you that?
 6    A.    I talk to him.  I'm with him every week.
 7    Q.    He still says that?
 8    A.    Yes, he does.
 9    Q.    Has he ever told you that he has given a
10          deposition?
11    A.    I don't know anything about that.
12    Q.    So what you are telling me is that you
13          would see Arthur Murph weekly?
14    A.    Yes.
15    Q.    And that he tells you that what he saw
16          was the barge bust through the wall?
17    A.    Yes.
18    Q.    Where does he tell you he was sitting or
19          standing at the time that he saw this?
20    A.    He don't even mention that.  He just
21          clearly makes it simple that he saw it.
22          He said, "Man, I was here.  I was" --
23          blah, blah, blah, you know, just kind of
24          small talk.
25    Q.    You never asked him, "Where were you?
```

| | | |
|---|---|---|
| 1 | | How did you see this?  What did you |
| 2 | | see?" |
| 3 | A. | He was at his house. |
| 4 | Q. | Did he tell you what time of the day or |
| 5 | | night he saw this? |
| 6 | A. | He didn't tell me anything like that. |
| 7 | | He just told me that he saw it.  Like he |
| 8 | | gets to the point where it started |
| 9 | | flooding, even with the knocks and then |
| 10 | | the boom, kind of explained, even with |
| 11 | | him in his testimony, which I'm pretty |
| 12 | | sure that you have.  He was saying he |
| 13 | | gave a deposition.  You gave him a |
| 14 | | deposition to be sure you know how it |
| 15 | | went, too. |
| 16 | Q. | So you are saying he's telling you, as |
| 17 | | far as you remember, that he heard some |
| 18 | | knocks, then a boom? |
| 19 | A. | Yes.  He saw the whole thing.  He saw |
| 20 | | from the barge hitting the levee the |
| 21 | | first time, from the cracking, until |
| 22 | | when it hit and busted and came through. |
| 23 | | He explained the whole deal. |
| 24 | Q. | He has explained this to you? |
| 25 | A. | Yes. |

```
 1   Q.   Has he ever drawn anything for you?
 2   A.   No.  He don't have to draw anything.  I
 3        stayed down the street.  I know how the
 4        front of his house looks.
 5   Q.   You said first that he told you about
 6        when the barge cracked --
 7   A.   Yeah, when the whole transition of it,
 8        from the time that the barge hit the
 9        wall and started cracking.
10   Q.   What started cracking?
11   A.   The wall.
12   Q.   Where did this happen, according to Mr.
13        Murph?
14   A.   On the Industrial Canal, in front of his
15        house.
16   Q.   By Florida Avenue?
17   A.   No.
18   Q.   By Claiborne Avenue?
19   A.   No.  On Jourdan.
20   Q.   So he says he saw the wall cracking
21        there?
22   A.   Yes, right.
23   Q.   That he heard the barge hitting it?
24   A.   Yes.
25   Q.   And that then the wall fell through?
```

1   A.   Collapsed.
2   Q.   And the barge came through?
3   A.   Right.
4   Q.   Does he say if there was any water in
5        the neighborhood before that?
6   A.   No, there was no water in the
7        neighborhood before that until the barge
8        started cracking the wall.  I guess,
9        from his view of it, once the barge hit
10       and the wall cracked -- I worked on the
11       river.  I know exactly how water
12       disperses.  And I guess, from his point,
13       it's kind of like when the barge hit it,
14       the water from the wall cracking, the
15       water seeping out.
16  Q.   And the crack that he's talking about --
17       the hit that he's talking about is close
18       to Claiborne Avenue, close to the front
19       of his house; is that what you're
20       saying?
21  A.   Yes, directly in front of his house.  He
22       can explain that in detail.
23  Q.   According to what he's told you, there
24       was no water in the neighborhood before
25       this happened?

1   A.   Right.  Before the barge hit, right.
2   Q.   You also mentioned something about the
3        barge company paying him off?
4   A.   Yes, they did.
5   Q.   What did you mean by that?
6   A.   Bought him a house.
7   Q.   How do you know that?
8   A.   That's a friend of mine, personal friend
9        of mine.
10  Q.   You know that because he told you that?
11  A.   That's right.
12  Q.   What did he tell you?
13  A.   The barge company purchased him a house.
14       At first it didn't just happen overnight
15       that the barge company just purchased
16       him a house.  It was a claim that he had
17       with them, and from the claim that he
18       had, back and forth, about how they was
19       going to settle, I guess, you know, they
20       bought him a house.  You know, it ain't
21       had nothing to do with me being a friend
22       of his.
23  Q.   He told you that the barge company
24       bought him a house?
25  A.   Yes.