A Report to Goodwin Procter, LLC
Prepared by Jason Weiss, Liu-Weiss LLC
August 1st, 2009

**Executive Summary**

This report presents my opinion regarding the potential sound generation associated with breaches in the flood protection system (FPS) along the Inner Harbor Navigation Canal (IHNC) during Hurricane Katrina as it relates to allegations concerning barge ING 4727.  This report represents my views as an expert in the behavior of civil engineering materials, particularly concrete, is based on the information I have been provided, and does not in any way reflect the views of my present employer.

The findings, opinions, and conclusions discussed in this report are based on (1) my professional experience in concrete cracking and failure, (2) experience in concrete testing and acoustic emission measurement, and (3) a review of documents described in Appendix A.

Since 1995 I have conducted research on the behavior of concrete.  Specifically, a large portion of this work has focused on using acoustic emission to assess the damage that develops in concrete as it fails.

This report provides a brief description of the relationship between material failure, energy release associated with that failure, and the generation of acoustic activity (i.e., sound).  As materials fail, energy is released which can be heard as an audible event (i.e., a sound).  The magnitude of the sound generated depends on the size of the failing material, the speed of the failure, and the energy being released.  This report concludes that sound is generated during material failure. and that this sound can be quite loud.  Nevertheless, it is beyond the scope of this report to address the specific characteristics of sound that is generated by any particular material failure.

Since sound events are generated by the failure of the material itself, the impact of an object is not necessary to cause a sound event.  As a result, a 'boom' or consecutive 'booms' can occur in a wall failure without the 'boom' having to have been generated by impact on the wall. A 'boom' can be due to 'cracking' that occurs as energy is released, resulting in the generation of sound.

**Background Information on Cracking, Energy Release and Sound**

When materials crack they form new surfaces (crack faces) and release energy. A part of this release of energy can be related to the generation of sound or acoustic events. Acoustic emission (AE) describes the field of engineering that quantifies the sound events that are made when materials deform or fracture. This is used to characterize where cracking is occurring or to identify cracks before they become visible.

Acoustic emission events generally occur in the range of 20 kHz and 1 MHz, that are generated by the rapid release of energy from the source (e.g., a crack) within a material. The size of the crack that forms can be related to the amount of energy released and the sound generated. Larger cracking events contain more energy and are consequently 'louder.'

To put this in perspective, several examples of material failure can be related to every day sound events. Consider the sound that is released when a wooden pencil is broken. The noise that one hears as the pencil breaks is a part of the release of energy that occurs as the crack is created. This is the acoustic emission. Similarly, when inflated balloons break, they create a 'popping' sound. Balloons can store a very high amount of elastic energy that is released when the balloons break. This energy is converted into sound and heat.

**Sounds Generated by Concrete Cracking**

Infrastructure materials such as concrete, steel, glass, and timber also make sounds when they fail. For example, when a small concrete cylinder is tested in compression, acoustic events (sounds) are generated. A typical cylinder of concrete (4" diameter and 8" tall) can fail suddenly[1] and make a noticeable loud 'popping' when it fails that sounds similar to fireworks or the sound of a hardback book being slammed on a table. Some videos found on YouTube can be used to illustrate the sound that may be experienced during the failure of small concrete samples.[2,3] This sound event can be sudden and shocking to those who are watching the cylinder being tested.[2,3] Visitors watching the tests are often startled, causing them to jump as the sounds occur.[2,3] It should be noted that these samples that are being tested in the lab are relatively small.

The foundation of fracture theory is that the amount of surface area created when a material fails is proportional to the energy that is released by the surface area's creation. Another tenet of fracture theory is that the generated sound tends to have a higher amplitude when a material fails suddenly, because of the rapid release of energy. The sounds in a rapid failure tend to 'reinforce' one another. To put this in perspective we can consider a crack to be similar to a person clapping. You hear a sound when one person claps. If however many people are clapping together the sound is louder. Similarly, if many cracks occur over a

very short period of time (i.e., microseconds) the resulting sound would appear much louder.

Another factor affecting the sound generated during material failure is the size of the failing material. Sound events become more dramatic when they occur in larger elements as would be the case for flood walls, including those in the IHNC. As the size of the structure increases, the energy released and sound generated during the failure also increase. For example a reasonably small shear beam will make a 'boom' sound as the energy associated with cracking is released.[4]

**Sound Loudness Levels**

The loudness of a sound is measured in decibels (dB). A quiet sound, like a whisper, measures about 30dB. Conversation generates a sound of 60 dB. A vacuum cleaner generates a sound of approximately 70 dB. A lawn mower generates a sound of about 90dB, and a typical car horn is approximately 110dB. Gunshots or firecrackers are sounds that are approximately 140 dB.

When a concrete sample fails during a tension test, the failure generates a sharp sound as the material breaks into two pieces. The sounds generated in lab specimens (a specimen tested in tension with a cross section of 3 inches x 4 inches) can easily exceed 100 dB as the sample breaks and frequently exceed the capacity of the equipment used to measure these sound events. The sounds associated with the failure of a concrete specimen increase, and result in a higher decibel sound, as the size of the sample increases.

**Sound Intensity Versus Distance**

As sound travels away from a failing material, the sound intensity decreases following an inverse square relationship. This means that if person A is four times further away from a sound than Person B, the sound that Person B hears is 16 times louder than that heard by person A.

The sounds that are generated by the failure of a concrete wall would likely be able to be heard some distance from the source of the sound. For example, a train horn (reported to be between 110 and 150 dB) is frequently reported to be heard up to 5 miles away.

Failing concrete generates a high intensity sound that can travel a great distance. I personally worked at a lab where loaded concrete columns were being tested as they were heated. These relatively small sections were tested indoors (with a cross-section of approximately 1 sq. ft.). When the columns failed, a sharp sudden "boom/thump" was heard approximately a half mile away.

It should be noted that in addition to the sound that is created when materials fail, there are several potential sources of sound that would also explain the sounds

heard in the IHNC other than the alleged barge impact, including: escaping water, impact of water on other objects, transformer explosion, the failure of the wall, or the wall impacting the ground.

### Sound Events Generated During The Failure of the INHC Flood Wall

Since the failure of engineering materials results in the release of energy, the failure of a flood wall would be expected to result in the generation of sound (e.g., 'boom'). The failure of a facility of this size would result in a substantial energy release and the sound event generated could be quite loud and dramatic.

I have reviewed the testimony of witnesses who were near the INHC wall as it failed including the testimony of R. McGill, W. Simmons, W. Villavasso, P. Peters, D. Johnson, E. Lackings, A. Sartin, A. Murph, C. Berryhill, C. Bordelon, K. McFarland, and T. Adams was reviewed. These witnesses reported hearing a loud 'boom' which was followed closely by the rise of water. The testimony of these witnesses is consistent with the failure of materials (i.e., the concrete flood wall) that would cause a sound to be generated when energy is released. No barge was necessary to generate these sounds.

### Sound Events Generated During the Failure of Other Flood Walls

In addition to the testimony of witnesses near the INHC flood wall I reviewed testimony of witnesses near the 17th Avenue canal or the London Avenue Canal. S. Lentz P. Best reported hearing a boom near the 17th Avenue canal shortly before noticing a rapid rise in water. Witnesses near the London Avenue Canal included A. McRoyal, D. Traylor, D. Blackwell, G. Cross, A. Foley, L. Watson, R. McNeal, H. McNeal, D. Hunter, A. Lee, G. Campbell, J. Campbell, J. Davis, and J. Aguliard, D. St. Cyr-Butler, and S. Price reported hearing a boom sound near the London Avenue canal shortly before the rapid rise of water. I have been informed that there was no barge present at either the 17th Avenue or London Avenue canals. As discussed earlier, as materials fail a large sound event (i.e., a boom) could be expected to occur when a wall fails even without the presence of a barge. As a result the testimony of these witnesses is also consistent with the failure of materials (a concrete wall) that would cause a sound to be generated when energy is released.

### Summary of Findings

I have reviewed the testimony of the witnesses listed at the end of this report. The testimony of these witnesses describe the sound generated when energy is released. A number of the witnesses report similar sound events at different locations in the city immediately before a rapid rise in water, without the presence of the barge. Thus, the sounds heard by witnesses in the Lower Ninth Ward are consistent with the occurrence of a large sound event generated by failure of the IHNC flood wall which could have occurred without the presence of a barge.

It would be unreasonable to infer, from the witnesses who heard 'boom' sounds near the site of the IHNC breaches, that the 'boom' sounds necessarily represent barge impacts. To the contrary, the fact that boom sounds occurred at other floodwall breaches in the absence of a barge strongly implies the boom sounds at the IHNC breaches occurred without any involvement of a barge.

The undersigned reserves the right to amend this report in the event new information is made available.

_[signature]_                              William Jason Weiss                    July 30th, 2009

## Appendix A

## References and Documents Reviewed

**Materials Referenced**

1) You Tube Video #1 – Cylinder (no sound)
   http://www.youtube.com/watch?v=WC6AgX2N1Go
2) You Tube Video #2 – Cylinder
   http://video.google.com/videoplay?docid=-6028880723832730820&hl=en
3) You Tube Video #3 - Cylinder
   http://www.youtube.com/watch?v=2IRG85rFOEg&eurl=http://video.google.com/videosearch?q=concrete+cylinder&hl=en&emb=0&feature=player_embedded
4) You Tube Video #4 – Shear Beam
   http://www.youtube.com/watch?v=f3WCubHqFuE&eurl=http://video.google.com/videosearch?q=pool+explodes&www_google_domain=www.google.com&hl=en&emb=0&aq=1&&feature=player_embedded

**Depositions Reviewed**
- Ronald McGill, January 16th, 2008
- Wilson Simmons, January 8th, 2007
- William Villavasso, December 18th, 2007
- Patrina Peters, April 8th, 2008
- Dakeia Johnson, April 9th, 2008
- Earl Lackings, April 9th, 2008
- Andrew Sartin, April 11th 2008
- Arthur Lee Murph Jr. December 17th, 2007
- Carolyn Berryhill, December 13th, 2007
- Arthur Lee Murph Jr. January 28th, 2008

- Terry Mark Adams, November 13th 2006
- Cilton Bordelon Jr. January 29th, 2009
- Kevin McFarland, January 29th, 2009
- Stephen Lentz, October 29th, 2008
- Alfred McRoyal, February 9th, 2009
- Darryl Traylor, January 27th, 2009
- Joy Davis, February 17th 2009
- Deborah Ann Blackwell, February 17th, 2009
- Glenn Cross, February 17th, 2009
- Arthur Foley Sr, February 18th, 2009
- Lula Watson February 18th 2009
- Helen McNeal, February 18th, 2009
- Darion Hunter, February 11th, 2009
- Aaron Lee, January 21st, 2009
- Gregory Campbell Sr., January 23rd, 2009
- Jackie Campbell January 23rd, 2009
- Jerome Aguillard, February 16th, 2009
- A. J. Sylve, May 19th, 2009
- Sarah Price February 13th, 2009
- Delores St. Cyr-Butler, February 19th, 2009
- Paul Best, April 27th, 2009
- Raymond McNeal, February 18th, 2009

Reports Reviewed
- Segments of the Bakeer Report 2009
- Segments of the Cushing and Co Report 2009

# Appendix B

# W. Jason Weiss CV

**Education**
    Ph.D. in Civil Engineering, Northwestern University, Evanston, IL, USA, 1997-1999
        Thesis Title: Prediction of Early-Age Shrinkage Cracking in Concrete Elements
        Thesis Advisor: Professor Surendra P. Shah
    M.S. in Civil Engineering, Northwestern University, Evanston, IL, USA, 1995-1997
        Thesis Title: Shrinkage Cracking in Restrained Concrete Slabs: Test Methods, Material Compositions, Shrinkage Reducing Admixtures, and Theoretical Modeling
        Thesis Advisor: Professor Surendra P. Shah
    B.A.E. in Architectural Engineering, Penn State University, University Park, PA, USA 1990-1995

**Positions Held**

| | |
|---|---|
| 2008-Present | Associate Head, School of Civil Engineering Purdue University |
| 2007-Present | Professor, School of Civil Engineering, Purdue University |
| 2005-2007 | Assistant Head for Research, School of Civil Engineering, Purdue University |
| 2004-2007 | Associate Professor, School of Civil Engineering, Purdue University |
| 2004 - Present | Associate Director of the Center for Advanced Cement Based Materials |
| 2004 (May-Oct) | Knud Højgaard Visiting Professor, Technical University of Denmark |
| 2004 (Jan-Feb) | VBL Visiting Professor, Oita University Dept. of Architectural Engineering |
| 2002 | Interim Materials Area Head |
| 1999-2004 | Assistant Professor, School of Civil Engineering, Purdue University |
| 1995-1999 | Research Assistant, Northwestern University, Evanston, IL, USA |

**Honors and Awards**
1. Walter P. Murphy Fellowship, Northwestern University, as selected by faculty committee - 1995-96, 1996-97
2. Roy G. and Myrna E. Wansik Teaching Award, as selected by the undergraduate students in the school of civil engineering – 2001, 2005, 2006
3. Who's Who in Engineering Education – 2001
4. Harold Munson Teaching Award, as selected by students in school of civil engineering – 2002, 2008
5. National Science Foundation Early CAREER Award – 2002
6. Roy G. and Myrna E. Wansik Research Award, as selected by a faculty review committee in the school of civil engineering – 2003
7. Walter P. Moore Jr. Faculty Achievement Award, given by the American Concrete Institute to recognize an outstanding junior faculty member who has demonstrated excellence and innovation in teaching concrete design, materials, and construction – 2003
8. Edmund M. Burke Outstanding Civil Engineering Professor, as selected by the students of Chi Epsilon (the Civil Engineering Honor Society), 2004
9. Bengt Frieberg Award for Best Paper by a Young Author, 2005
10. American Society for Engineering Education Midwest Section, Runner Up Best Paper, 2005
11. Bryant Mather Award for the Best Paper in the Concrete Materials Section of the Transportation Research Board , 2006
12. RILEM Curing, High Durability and Life-Cycle Evaluation of Concrete Structures Conference Award for the Best Scientific Paper Award
13. Fred Bruggraf Award, Transportation Research Board 2006
14. ACI Young Member Award for Professional Achievement, 2007
15. Ross J. Buck undergraduate counseling award, as selected by civil engineering students, 2007
16. Elected to the ACI committee on Nominations for 2008 (one of six members in annual election)
17. Bryant Mather Award for the Best Paper in the Concrete Materials Section of the Transportation Research Board
18. University Faculty Scholar Award (2008-2012)
19. RILEM L'Hermite Medal 2008
20. ACI Wason Medal 2009

**Editorial Board**
- Associate Editor ASCE Journal of Materials In Civil Engineering 2001 – present
- Associate Editor RILEM Journal of Materials and Structures, 2005 – Present
- Associate Editor, International Journal of Ferrocement, 2006 – Present

# Appendix C

# Publications within the Past 10 Years

**Refereed Journal Publications (RJ)**
1. Weiss, W. J., Yang, W., and Shah, S. P., (1998) "Shrinkage Cracking of Restrained Concrete Slabs." Journal of Engineering Mechanics Division, American Society of Civil Engineering, Vol. 124, No. 7, pp. 765-774
2. Shah, S. P., Weiss, W.J., and Yang, W., (1998) "Shrinkage Cracking-Can It Be Prevented?" Concrete International, Vol. 20, No. 4, pp. 51-55 (Selected by Editors)
3. Yang, W., Weiss, W. J., and Shah, S. P., (2000) "Prediction of Shrinkage Stress and Displacement Fields in a Concrete Slab Restrained by an Elastic Subgrade." Journal of Engineering Mechanics Division, American Society of Civil Engineering, Vol. 126, No. 1, 35-42
4. Weiss, W. J, Yang, W., and Shah, S. P., (2000) "Influence of Specimen Size and Geometry on Shrinkage Cracking." Journal of Engineering Mechanics Division, American Society of Civil Engineering, Vol. 126, No. 1, pp. 93-101
5. Yoon, D.-J., Weiss, W. J., and Shah, S. P., (2000) "Assessing Corrosion Damage in Reinforced Concrete Beams Using Acoustic Emission." Journal of Engineering Mechanics Division, American Society of Civil Engineering, 126(3), 273-283
6. Schieβl, A., Weiss, W. J., Shane, J. D., Berke, N. S., Mason, T.O., and Shah, S. P., (2000) "Assessing the Moisture Profile of Drying Concrete Using Impedance Spectroscopy," Concrete Science and Engineering, Vol. 2, pp. 106-116
7. Shah, S.P., Wang, K., Weiss, W. J., (2000) "Mixture Proportioning for High Performance Concrete – Challenges and Changes", Concrete International, September 2000, pp. 73-78
8. Yoon, D. J., Weiss, W. J., and Shah, S. P., (2000) "Detecting the Extent of Corrosion with Acoustic Emission," Transportation Research Record 1698, pp. 54-60
9. Yoon, S., Wang, K., Weiss, W. J., and Shah, S. P. (2000) "The Interaction between Loading, Corrosion, and Serviceability of Reinforced Concrete." American Concrete Institute Materials Journal, Vol. 97, no. 6, November-December, pp. 637-644
10. Weiss, W. J., Güler, K., and Shah, S. P., (2001) "Localization and the Size-Dependent Response of Reinforced Concrete Beams," American Concrete Institute Structures Journal, Vol. 98, No. 5, Sept.–Oct., pp. 686-695
11. Weiss, W. J., and Shah, S. P., (2002) "Restrained Shrinkage Cracking: The Role of Shrinkage Reducing Admixtures and Specimen Geometry," RILEM Materials and Structures – Concrete Science and Engineering Division, March 2002, Vol. 35, No. 246, pp. 386-395
12. Kim, B., and Weiss, W. J., (2003) "Using Acoustic Emission to Quantify Damage in Restrained Fiber Reinforced Cement Mortars," Cement and Concrete Research, Feb., 2003, Vol. 33, No. 2, pp. 207-214
13. Qi, C., Weiss, W. J., and Olek, J., (2003) "Characterization of Plastic Shrinkage Cracking in Fiber Reinforced Concrete Using Semi-Automated Image Analysis," RILEM Materials and Structures - Concrete Science and Engineering Division, Vol. 36, No. 260, July 2003, pp. 386-395
14. Hossain, A. B., Pease, B., and Weiss, W. J., (2003) "Quantifying Restrained Shrinkage Cracking Potential In Concrete Using The Restrained Ring Test With Acoustic Emission" Transportation Research Record, Concrete Materials and Construction 1834, pp 24-33, 2003
15. Hossain, A. B., and Weiss, W. J., (2004) "Assessing Residual Stress Development and Stress Relaxation in Restrained Concrete Ring Specimens," Journal of Cement and Concrete Composites, July, Volume 26, Issue 5, pp 531-540

16. Neithalath, N., Weiss, W. J., and Olek, J., (2004) "Acoustic Performance and Damping Behavior of Cellulose-Cement Composites," Journal of Cement and Concrete Composites, May, Volume 26, Issue 4, pp. 359-370, 2004
17. Marlof, A., Neithalath, N., Sell, E., Wegner, K., Weiss, W. J., and Olek, J. O., (2004) "The Influence of Aggregate Grading on the Sound Absorption of Enhanced Porosity Concrete," American Concrete Institute Materials Journal, January, Volume 101, Issue 1, pp. 82-91, 2004
18. Borges, J., Subramaniam K. V., Weiss, J., Shah, S.P., Bittencourt, T. N., (2004) "Slenderness Effect on the Ductility of Concrete Specimens in Uniaxial Compression and Reinforced Concrete Beams in Bending" American Concrete Institute Structures Journal Vol. 101, No. 6, Nov.–Dec., pp. 765-772
19. Hossain, A., and Weiss, W. J., (2006) "Effect of Specimen Geometry And Boundary Conditions On Stress Development And Cracking In The Restrained Ring Test", Cement and Concrete Research, Vol. 36, Issue 1, January, pp. 189-199
20. Qi, C., Weiss, W. J., and Olek, J., (2005) "The Statistical Significance of the Restrained Slag Test to Quantify Plastic Shrinkage Cracking in Fiber Reinforced Concrete," Journal of ASTM International, July 2005, Vol.2, 18 pp.
21. Neithalath, N., Marlof, A., Weiss, W. J., and Olek, J. O., (2005) "Modeling the Influence of Pore Structure on the Acoustic Absorption of Enhanced Porosity Concrete," Journal of Advanced Concrete Technology, Japan Concrete Institute, Vol.3, No.1, February, pp. 29-40
22. Rajabipour, F., Weiss, W. J., Shane, J. D., Mason, T.O., and Shah, S. P., (2005) "A Procedure To Interpret Electrical Conductivity Measurements In Covercrete During Rewetting" ASCE Journal of Materials in Civil Engineering, 17 (5) 586-594
23. Biernacki, J. J, Gopalakrishnan, S., Garci-Juenger, M. C., Lopez de Murphy, M., Subramaniam, K., Weiss, J., Jansen, D., Lakshmanan, N., Shah, S.P., (2005) " Indo-US Workshop on High Performance Concrete Composites", Journal of Structural Engineering of the Structural Engineering Research Center, 32(4) Oct-Nov pp. 275-282.
24. Neithalth, N., Garcia, R., Weiss, W. J., and Olek, J., (2005) "Tire-Pavement Interaction Noise: Recent Research on Concrete Pavement Surface Type and Texture," International Journal of Concrete Pavements (IJCP), Nov-Dec., 1(1), (http://www.concretepavements.org/ ijournal.htm#Vol1No1) pp. 88-105
25. Puri, S., and Weiss, W. J., (2006) "Assessment of Localized Damage in Concrete Under Compression Using Acoustic Emission," ASCE Journal of Civil Engineering Materials, Vol. 18, No. 3, pp. 325-333
26. Yang, Z., Weiss, W. J., and Olek, J., (2006) "Water Transport in Concrete Damaged by Tensile Loading and Freeze-Thaw Cycling," ASCE Journal of Civil Engineering Materials, Vol. 18, No. 3, pp. 424-434
27. Sant, G., Lura, P., and Weiss, W. J. (2006) "Measurement of Volume Change in Cementitious Materials at Early Ages: Review of Testing Protocols and Interpretation of Results," Transportation Research Record, doi 10.3141/1979-05, vol 1979, pp. 21-29
28. Neithalth, N., Weiss, W. J., and Olek, J., (2006) "Characterizing Enhanced Porosity Concrete using Electrical Impedance to Predict Hydraulic and Acoustic Performance" Cement and Concrete Research, Vol. 36, Issue 11, pp. 2074-2085
29. Moon, J. H. and Weiss, W. J., (2006) "Estimating Residual Stress in The Restrained Ring Test Under Circumferential Drying," Journal of Cement and Concrete Composite, Vol. 28, PP. 486-496
30. Shah, H. R. and Weiss, W. J., (2006) "Quantifying Shrinkage Cracking in Fiber Reinforced Concrete Using the Ring Test," RILEM Materials and Structures, vol. 39, no 9, pp. 887-899
31. Radlinska A., Pease B., Weiss J., (2007) "A Preliminary Numerical Investigation on the Influence of Material Variability in the Early-Age Cracking Behavior of Restrained Concrete", RILEM Materials and Structures Vol.40 (4), 375-386
32. Lura, P., Pease, B., Mazzotta, G., Rajabipour, F., and Weiss, W. J., (2007) "Influence of Shrinkage-Reducing Admixtures on Evaporation, Settlement, and Plastic Shrinkage Cracking," American Concrete Institute Materials Journal, Vol. 104, No. 2, pp. 187-194

33. Moon, J. H., Rajabipour, F., Pease, B. J., and Weiss, W. J., (2006) Quantifying the Influence of Specimen Geometry on the Results of the Restrained Ring Test, Journal of ASTM International, online August 30th,.2006, Vol. 3, Issue 8, pp. 14
34. Rajabipour, F., and Weiss, W. J., (2007) "Electrical Conductivity of Drying Cement Paste", Materials and Structures, 40 (12) 1143-1160
35. Rajabipour, F., and Weiss, W. J., (2007) "Material Health Monitoring of Concrete by Means of Insitu Electrical Conductivity Measurements," Cement Wapno Beton, 2 (March 2007) 76-92
36. Radlinska, A., Rajabipour, F., Bucher, B., Henkensiefken, R., Sant, G., and Weiss, W. J., (Accepted, To Appear 2008), "Shrinkage Mitigation Strategies in Cementitious Systems: a Closer Look at Sealed and Unsealed Behavior," Transportation Research Record, in press
37. Raoufi, K., Radlinska, A., Nantung, T., and Weiss, W. J., (Accepted, to Appear 2008) "Practical Considerations To Determine The Time And Depth Of Saw-Cuts In Concrete Pavements," Transportation Research Board, in press
38. Rajabipour, F., and Weiss, W. J., (2008) "Interactions Between Shrinkage Reducing Admixtures and Cement Pastes Pore Solution," Cement and Concrete Research, Vol 38, no. 5, pp. 606-615
39. Bentz, D., Sant, G., and Weiss, W. J., (2008) 'Early-Age Properties of Cement-Based Materials: I. Influence of Cement Fineness' ASCE Journal of Materials in Civil Engineering, 20 (7), 502-508
40. Weiss, W. J., Lura, P., Rajabipour, F., and Sant, G., (2008) "Performance Of Shrinkage Reducing Admixtures At Different Humidities And At Early Ages," American Concrete Institute Materials Journal, Vol. 105, no. 5, pp. 478-486
41. Sant, G., Rajabipour, F., and Weiss, W.J., (2008) 'The Influence of Temperature on Electrical Conductivity Measurements and Maturity Predictions in Cementitious Materials during Hydration', Indian Concrete Journal, April 2008, pp. 10
42. Sant, G., Ferraris, C. F., and Weiss, W. J., (2008) 'Rheological Properties of Cement Pastes: A Discussion of Structure Formation and Mechanical Property Development' Cement and Concrete Research, 38, 2008, pp. 1286-1296
43. Bentz, D. P., and Weiss, W. J., (2008), "REACT: Reducing Early Age Cracking Today," Concrete Plant International (Trade Journal), Vol. 3, 56-62, June 2008, pp. 9
44. Sant, G., Dehadrai, M., Lura, P., Bentz, D., Ferraris, C.F., Bullard, J., and Weiss, W.J., (Accepted, To Appear 2008) "Detecting the Fluid-to-Solid Transition in Cement Pastes: Part I – Assessment Techniques," Concrete International, March 2008
45. Sant, G., Dehadrai, M., Lura, P., Bentz, D., Ferraris, C.F., Bullard, J., and Weiss, W.J., (Accepted, to Appear 2008) "Detecting the Fluid-Solid Transition in Cement Pastes: Part II – Interpretation of Experimental and Numerical Measurements," Concrete International
46. Najm, M. A., Mohtar R. H.,, Weiss, W. J., and Braudeau, E., (Accepted, to Appear 2008) "Assessing Internal Stress Evolution In Unsaturated Soils," Water Resources Research, doi:10.1029/2007WR006484, in press.
47. Radlinska, A., Bucher, B., Weiss, W. J. (Accepted, to Appear 2008) "Assessing The Repeatability Of The Restrained Ring Test, Journal of ASTM International," JAI101944, Volume 5., Number, 10, © 2008, pp. 11
48. Lura, P., Jensen, O. M., and Weiss, W. J., (Accepted, to Appear 2008) "Cracking in Cement Paste Induced by Autogenous Shrinkage," RILEM Materials and Structures, in press
49. Coates, K., Mohtar, S., Tao, B., and *Weiss, W. J., (Accepted, to Appear 2009) "Can Soy Methyl Esters Reduce Fluid Transport and Improve the Durability of Concrete?" Transportation Research Board, in press
50. Henkensiefken, R., T. Nantung, and W. Weiss, (Submitted in November 2008, Tentatively Accepted January 2009), "Saturated lightweight aggregate for internal curing in low w/c mixtures: Monitoring water movement using x-ray absorption," International Journal – Strain
51. Sant, G., and Weiss, W. J., (Tentatively Accepted 2009) "Using X-Ray Absorption to Assess Moisture Movement in Cement-Based Materials," Journal of ASTM International

52. Henkensiefken, R., Castro, J. E., Bentz, D. P., and Weiss, W. J. (Tentatively Accepted 2009) "Internal Curing with Pre-wetted Lightweight Fine Aggregates," Concrete Infocus

**Refereed conference or symposium proceedings. (RC)**
Papers submitted to TRB may appear as both a conference and journal paper as select papers appear in both places. Papers appearing in ACI Special Publications are listed as conference publications.

1. Weiss, W. J., and Shah, S. P., (1997) "Recent Trends to Reduce Shrinkage Cracking In Concrete Pavements." Aircraft/Pavement Technology: In the Midst of Change, Seattle, Washington, pp. 217-228
2. Shah, S. P., Weiss, W. J., and Yang, W., (1997). "Shrinkage Cracking in High Performance Concrete." Proceedings of the PCI/FHWA International Symposium on High Performance Concrete, New Orleans, Louisiana, pp. 217-228
3. Weiss, W. J., Yang, W., and Shah, S. P., (1997) "Restrained Shrinkage Cracking in Concrete." Sixth International Purdue Conference on Concrete Pavement: Design and Materials for High Performance, pp. 159-175
4. Weiss, W. J., Schieβl, A., Yang, W., and Shah, S. P, (1998) "Shrinkage Cracking Potential, Permeability, and Strength for HPC: Influence of W/C, Silica Fume, Latex, and Shrinkage Reducing Admixtures." International Symposium on High Performance and Reactive Powder Concrete, Sherbrooke, Canada, Vol. 1, pp. 349-364
5. Weiss, W. J., Shane, J. D., Mieses, A., Mason, T. O., and Shah, S. P., (1999) "Assessing the Moisture Migration in High Strength Concrete Using Impedance Spectroscopy." Second Symposium on the Importance of Self Desiccation in Concrete Technology, Lund Sweden, pp. 31-48
6. Weiss, W. J., Guler, K., and Shah, S. P., (1999) "An Experimental Investigation to Determine the Influence of Size on the Flexural Behavior of High Strength Concrete Beams," Fifth International Symposium on the Utilization of High Strength/High Performance Concrete, Sandefjord, Norway, Vol. 1, pp. 709-718
7. Weiss, W. J., Borischevsky, B. B., and Shah, S. P., (1999) "The Influence of a Shrinkage Reducing Admixture on the Early-Age Behavior of High Performance Concrete," Fifth International Symposium on the Utilization of High Strength/High Performance Concrete, Sandefjord, Norway, Vol. 2, pp. 1418-1428
8. Yoon, S.-C., Kim, H., Wang, K., Weiss, W. J., and Shah, S. P., "The Influence of Loading History on the Corrosion and Mechanical Response of Reinforced Concrete Elements." ACI Special Publication 189-22 High Performance Concrete: Research to Practice, Farmington Hills MI, © 1999, pp. 253-272
9. Weiss, W. J., Yang, W., and Shah, S. P., "Factors Influencing Durability and Early-Age Cracking in High Strength Concrete Structures," SP 189-22 High Performance Concrete: Research to Practice, Farmington Hills MI, © 1999, pp. 387-409
10. Shah, S. P., and Weiss, W. J., (2000) "High Strength Concrete: Strength, Permeability, and Cracking," Proceedings of the PCI/FHWA International Symposium on High Performance Concrete, Orlando Florida, © 2000, pp. 331-340
11. Shah, S. P., and Weiss, W. J., (in press) 'Ultra High Strength Concrete; Looking Toward the Future." ACI Special Proceedings from the Paul Zia Symposium, Atlanta, GA, Fall 1998
12. Weiss, W. J., Yang, W., and Shah, S. P., (2001) "Using Fracture to Predict Restrained Shrinkage Cracking: The Importance of Specimen Geometry", ACI-SP 201, Fracture Mechanics for Concrete Materials: Testing and Applications, eds. Vipulanandan, C., and Gertsle, W.H., pp. 17-34
13. Jansen, D. C., Weiss, W. J., and Schleuchardt, S. H. F., (2001) "Simplification of the Testing and Analysis Procedure for the Two Parameter Fracture Model," ACI-SP 201, Fracture Mechanics for Concrete Materials: Testing and Applications, eds. Vipulanandan, C., and Gertsle, W.H., pp. 1-16
14. Weiss, W. J., and Shah, S. P., (2001) "Restrained Shrinkage Cracking: The Role of Shrinkage Reducing Admixtures and Specimen Geometry," RILEM International

11

Conference on Early-Age Cracking in Cementitous Systems (EAC'01), eds. K., Kovler, and A. Bentur, March 12-14, Haifa Israel, pp. 145-158

15. Rajan, S., Olek, J., Robertson, T.L., Galal, K., Nantung, T., Weiss, W. J., (2001) "An Analysis of the Performance of Ultra-Thin White Topping Subjected to Slow Moving Loads in an Accelerated Pavement Testing Facility," 7th International Conference on Concrete Pavements, eds., Hall, K.T., Weiss, W. J., and Tayabji, S. D., pp. 993-1012
16. Weiss, W.J., and Furgeson, S., (2001) "Restrained Shrinkage Testing: The Impact of Specimen Geometry on Quality Control Testing for Material Performance Assessment," Concreep 6: Creep, Shrinkage, And Curability Mechanic of Concrete and Other Quasi-Brittle Materials, eds., Ulm, F. J., Bazant, Z. P., and Wittman, F. H., Elsevier, August 22-24 Cambridge MA © 2001, pp. 645-651
17. Chariton, T., and Weiss, W. J., (2002) "Using Acoustic Emission to Monitor Damage Development in Mortars Restrained from Volumetric Changes," Concrete: Material Science to Application, A Tribute to Surendra P. Shah, eds. P. Balaguru, A. Namaan, W. J. Weiss, ACI Special Publication 206, pp. 205-218
18. Kayir, H., and Weiss, W. J., (2002) "A Fundamental Look At Settlement In Fresh Systems:  Role Of Mixing Time And High Range Water Reducers," First North American Conference on Self-Consolidating Concrete, November, Chicago, IL
19. Neuwald, A., Krishnan, A., Weiss, W. J., Olek, J., and Nantung, T. E., (2003) "Curing And Its Relationship To Measured Scaling In Concrete Containing Fly Ash," Transportation Research Board (on CD)
20. Hossain, A., Pease, B., and Weiss, W. J., (2003) "Quantifying Restrained Shrinkage Cracking Potential In Concrete Using The Restrained Ring Test With Acoustic Emission" Transportation Research Board, Washington, D.C., January 2003 (on CD)
21. Qi, C., Weiss, W. J., and Olek, J., (2003) "Image Analysis of Plastic Shrinkage Cracking in High Strength Concrete Containing Hybrid Fiber Reinforcement," Celebrating Concrete, September 2003, ed Dhir, Newlands, and Paine, Thomas Telford Publishers, pp. 209-218
22. Pease, B., Neuwald, A., and Weiss, W. J., (2003) "The Influence of Cement Fineness on Early Age Shrinkage in Fresh Cementitious Systems," Celebrating Concrete, September 2003, ed Dhir, Newlands, and Paine, Thomas Telford Publishers,pp 329-338 , Editors A Brandt, V. Li, and Marshall, BMC 07, Woodhead Publishers, pp. 111-120
23. Pease, B. J., Hossain, A. B.,  and Weiss, W. J., (2004) "Quantifying Volume Change, Stress Development, and Cracking Due to Self-Desiccation," ACI – Special Publication on Self-Desiccation in Concrete SP-220, ed. Jensen, O., Lura, P., and Bentz, D., pp. 23-39
24. Newbold, S., Galal, K., Olek, J., Nantung, T., Weiss, W. J., (2003) "Evaluation of UTW Performance Utilizing Large-Scale Accelerated Pavement Testing," International Conference on Highway Pavement (ICHP) Data, Analysis and Mechanistic Design Applications
25. Puri, S., and Weiss, W. J., (2003) "Assessing Damage Localization In Concrete Cylinders Tested In Compression," The Seventh International Symposium On Brittle Matrix Composite, 13-15 October 2003, Editors A Brandt, V. Li, and Marshall, BMC 07, Woodhead Publishers, pp. 111-120
26. Graveen, C., Weiss, W. J., Olek, J. O., and Nantung, T., (2003) "The Role of Mixture Variations on Non-Destructive Test Results" The Seventh International Symposium On Brittle Matrix Composite, 13-15 October 2003 Editors A Brandt, V. Li, and Marshall, BMC 07, Woodhead Publishers, pp. 379-388
27. Graveen, C., Weiss, W. J., Olek, J. O., Nantung, T., and Gallivan, V. L., (2004) "Comments On The Implementation Of a Performance Related Specification (PRS) for a Concrete Pavement In Indiana," Transportation Research Board 2004 (on CD)
28. Galal, K., Newbold, S., Olek, J., Weiss, W. J., and Nantung, T., (2004) "Stress and Strain Analysis of Ultra-Thin White-topping Over A Composite Pavement Section Using Accelerated Pavement Testing," Transportation Research Board 2004 (on CD)
29. Neithalath, N. Weiss, W. J., and Olek, J., (2005). "Acoustically efficient concretes through engineered pore structure", ACI SP 226 – Autoclaved Aerated Concrete: Properties and Structural Design, Ed. Shi, S., and Fouad, F.H., American Concrete Institute, April 2005, pp. 135-147

30. Attiogbe, E.K. , Weiss, W. J.,  and See, H. T., (2004) "A Look At The Rate of Stress Versus Time of Cracking Relationship Observed In The Restrained Ring Test," Advances in Concrete Through Science and Engineering, Northwestern University, Evanston, IL, March 22-24, 2004 (on CD)
31. Rajabipour, F., Weiss, W. J., and Abraham, D. M. (2004). "Insitu Electrical Conductivity Measurements to Assess Moisture and Ionic Transport in Concrete", The advances in Concrete through Science and Engineering, a RILEM International Symposium, Evanston, Illinois. (on CD)
32. Shah, H. R. and Weiss, W. J., (2004) "Quantifying Shrinkage Cracking in Fiber Reinforced Concrete Using the Ring Test," The advances in Concrete through Science and Engineering, a RILEM International Symposium, Evanston, Illinois. (on CD)
33. Moon, J.H., Rajabipour, F., and Weiss, W. J., (2004) "Incorporating Moisture Diffusion In The Analysis Of The Restrained Ring Test," CONSEC (Concrete under severe conditions – Environment and Loading), Seoul Korea, June 2004, pp. 1973-1980
34. Pease, B. J., Shah, H. R., and Weiss, W. J., (2005) "Shrinkage Behavior and Residual Stress Development in Mortar Containing Shrinkage Reducing Admixture (SRA's)," ACI - Special Publication on Shrinkage and Creep of Concrete, ed H. J  Gardner and J. Weiss, SP-227, pp. 285-302
35. Neithalath, N., Pease, B.J., Moon, J.H., Rajabipour, F., Weiss, J.,and Attiogbe, E., "Considering Moisture Gradients And Time-Dependent Crack Growth In Restrained Concrete Elements Subjected To Drying", (2005) NSF Workshop on High Performance Concrete, Chennnai, India, January 2005, High Performance Cement Based Concrete Composites, ed Bernacki, Shah, Lakshman, Gopalakrishnan, Published by the American Ceramics Society in the Material Science of Concrete Series, pp. 279-290
36. Pease, B., Shah, H. R., Hossain, A. B., and Weiss, W. J., (2005) "Restrained Shrinkage Behavior of Mixtures Containing Shrinkage Reducing Admixtures and Fibers" ICACS 2005 International Conference on Advances in Concrete Composites and Structures, Chennnai, India, January 6th-8th 2005, pp. 265-274
37. Moon,J.-H., Rajabipour, F., Pease, B., and Weiss, J., (2005) "Autogenous Shrinkage, Residual Stress, and Cracking in Cementitious Composites: The Influence of Internal and External Restraint," Fourth International Seminar on Self-desiccation and Its Importance in Concrete Technology, Maryland, USA, 20 June 2005 p. 1-21
38. Weiss J., and Olek, J., (2005) "An overview of recent applications of acoustic emission to the study of damage development in portland cement concrete materials," Proceedings of the XXII Conference on Structural Failures, Szczecin-Miedzyzdroje, Poland, May 17-20, 2005, pp. 70-83.
39. Yang, Z., Weiss, W.J., Olek, J., and Nantung, T., (2005) "Assessing Damage, Sorptivity, Air Content and Strength of PCCP in Indiana" 8th International Conference on Concrete Pavements, pp. 128-148
40. Neithalath, N., Garcia, R., Weiss, W. J., and Olek, J., (2005) " Tire-Pavement Interaction Noise: Recent Research on Concrete Pavement Surface Type and Texture," 8th International Conference on Concrete Pavements, Colorado Springs, Co, August 14-18, 2005.
41. Mehta, J.K., Olek, J., Weiss, W. J., and Nantung, T., (2005) "Effect of Surface Evaporation and Slab Thickness on the Scaling Resistance of Concrete Containing Fly Ash" 8th International Conference on Concrete Pavements, Colorado Springs, Co, August 14-18, 2005.
42. Yang, Z., Weiss, W. J., and Olek, J., (2005) "Using Acoustic Emission For The Detection Of Damage Caused By Tensile Loading And Its Impact On The Freeze-Thaw Resistance Of Concrete," CONMAT 2005
43. Qi, C., Weiss, W. J., and Olek, J., (2005) Assessing the Settlement of Fresh Concrete Using a Non-Contact Laser Profiling Approach," CONMAT 2005
44. Schmit, T., Rajabipour, F., and Weiss, W. J., (2005) "Investigating the Use of a Diffuse Measurement Interpretation for Analyzing Insitu Electrical Measurements," CONMAT 2005

45. Weiss, J., Rajabipour, F., Schmit, T., and Fiat, S., (2005) "Experience with the Use of Interactive Classroom Technologies for the Implementation of Problem-Based, Peer-Interaction Learning Environment in Civil Engineering Materials," Proceedings of the 2005 Midwest Section Conference of the American Society for Engineering Education
46. Radlinska A., Pease B., Weiss J., (2005) "A Preliminary Numerical Investigation on the Influence of Material Variability in the Early-Age Cracking Behavior of Restrained Concrete", Knud Højgaard Conference on Advanced Cement-Based Materials, Lyngby, Denmark, June 2005
47. Lura, P., Mazzotta, G., Rajabipour, F., and Weiss, W. J., (2005) "Evaporation, Settlement, Temperature Evolution, And Development Of Plastic Shrinkage Cracks In Mortars With Shrinkage-Reducing Admixtures," Curing, High Durability and Life-Cycle Evaluation of Concrete Structures", Dead Sea, Israel, 15-16 March 2006
48. Radalinski, A., and Weiss, W. J., (2006) Quantifying Variability In Assessing The Risk Of Early-Age Cracking In Restrained Concrete Elements – BMC 08
49. Gaurav Sant, Farshad Rajabipour, Pheobe Fishman, Pietro Lura and Weiss, W. J., (2006) "Determining Time Zero: A Comparison between Electrical Measurements and the Structural Development of a Paste," International RILEM Workshop on Advanced Testing of Fresh Cementitious Materials, Stuttgart, Germany, pp. 213-222
50. Schmit, T., and Weiss, W. J., (2006) "Using Monte Carlo Analysis to Quantify how the Number and Arrangement of Sensors Influence the Accuracy of an Insitu Sensing System", Pheonix Transport and Durability Meeting, Accepted to the American Ceramic Society
51. Rajabipour, F., Schmit, T., and Weiss, W. J., (2006) "'Linking Health Monitoring in Concrete Structures with Durability Performance Simulations', American Society of Civil Engineers Structures Congress, St. Louis, Missouri, St. Louis MO, (electronic proceedings, pp. 10)
52. Sant, G., Rajabipour, F., Lura, P., and Weiss, W. J., (2006) "Examining Early Age Expansion In Pastes Containing Shrinkage Reducing Admixtures (SRA's)", Advances in Concrete through Science and Engineering, RILEM Quebec, abstract p. 353 (electronic proceedings pp. 11)
53. Radlinski, A., Weiss, W. J., (2006) "Direct Computation Method For Assessing The Risk Of Determining Early-Age Cracking In Potential In Restrained Concrete Elements", Advances in Concrete through Science and Engineering, RILEM Quebec abstract p. 349 (electronic proceedings pp. 13)
54. Bullard J.W., D'Ambrosia, M., Grasley, Z., Hansen, W, Kidner, N., Lange, D., Lura, P., Mason, T.O., Moon, J., Rajabipour, F., Sant, G., S. Shah, S., Voigt, T., Wansom, N., Weiss, W. J., and Woo L., (2006) "A Comparison Of Test Methods For Early-Age Behavior Of Cementitious Materials," Advances in Concrete through Science and Engineering, RILEM Quebec abstract p. 307 (electronic proceedings pp. 20)
55. Couch, J. Lura, P., Jensen, O., and Weiss, W.J., (2006) "Use Of Acoustic Emission To Detect Cavitation And Solidification (Time Zero) In Cement Pastes," ed. Jensen, O., Lura, P., and Kovler, K., August 2006, pp. 393-400
56. Radlinska, A., Moon, J-H., Rajabipour, F., and Weiss, W.J., (2006) "The Ring Test: History and Developments," Volume Changes of Hardening Concrete: Testing and Mitigation, ed. Jensen, O., Lura, P., and Kovler, K., Lyngby, Denmark, pp. 205-214
57. Sant., G., Lura, P., and Weiss, W.J., (2006) "A Discussion Of Analysis Approaches For Determining 'Time-Zero' From Chemical Shrinkage And Autogenous Strain Measurements In Cement Paste," Conference on Concrete Curing, Lyngby Denmark, ed. Jensen, O., Lura, P., and Kovler, K., August 2006, pp. 375-384
58. Qi. C., Weiss, W. J., and Wang, H. (2006) "Quantifying the Impact of Plastic Shrinkage Cracking in the Corrosion of Reinforced Concrete to Improve Service Life Prediction," 6th ISCC and CANMET ACI International Symposium on Concrete Technology for Sustainable Development, September 19-22, 2006 Xi'an China, pp. 1325-1335
59. Pease, B.J., Geiker, M. R., Stang, H. R, and Weiss, W. J., (2006) "Cracking Behavior of Reinforced Concrete Beams Under Service Loads," Advances in Concrete through Science and Engineering, RILEM Quebec abstract p. 281 (electronic proceedings pp. 11)

60. Sant, G., Rajabipour, F., Radlinska, A., Lura, P., and Weiss, W. J., (2007) "Volume Changes in Cement Pastes Containing Shrinkage Reducing Admixtures under Autogenous and Drying Conditions", 12th International Congress on the Chemistry of Cement, Montreal, Canada (Electronic Proceedings)
61. Sant, G., Rajabipour, F., Lura, P., and Weiss, W. J., (in press) "Examining Residual Stress Development In Cementitious Materials Experiencing An Early-Age Expansion", ACI Special publication, Warsaw Poland
62. Lura, P., Weiss, W. J., and Jensen, O., (2007) "Detection and Analysis of Microcracks in High Performance Cementitious Materials, Reinhart Seminar
63. Sant, G., Radlinksa, A., Bucher, B., and Weiss, W. J., (2007) Minimizing the Risk of Early Age Cracking in Concrete Through the Use of Comprehensive Experimental Procedures, Computer Simulation, and New Materials, Australian Concrete Conference, Australian Concrete Institute.
64. Paradis, F., and Weiss, W. J., (2007) "Using X-Ray Microtomography to Image Cracks in Cement Paste", International Conference on High-Performance Fiber Reinforced Concrete Composites, Stuttgart, Germany (Electronic Proceedings)
65. Guler, K., Weiss, W. J., and Shah, S.P., (2007) "Flexural Behavior of High Strength Concrete Beams," International Conference on Advances in Cement Based Materials and Applications in Civil Infrastructure (ACBM-ACI), Lahore, Pakistan.
66. Yang, Z., Weiss, J., and Olek, J., (2007) "Water Absorption in Partially Saturated Fracture Concrete," Workshop on Transport Mechanisms in Cracked Concrete, RILEM Week, Ghent, Belgium
67. Weiss W. J., Radlinska A., Paradis F., Niemuth M., and Sant G., (2007) 'Cracks in Concrete: an Overview of an Approach to Assess Their Development, Their Physical Features, and Their Impact on Durability', RILEM Workshop: Transport Mech. In Cracked Conc., Ghent (2007)
68. Pease, B., Skoček, J., Geiker, M. R., Stang, H., and Weiss, W. J., (2007) "The Wedge Splitting Test: Influence of Aggregate Size and Water-to-Cement Ratio," Workshop on Transport Mechanisms in Cracked Concrete, pp. 111-122
69. Najm, M. A., Mohtar R. H., Weiss, W. J., and Braudeau, E., (2007) "Assessing Soil Residual Stresses and Their Impact on Cracking Behavior," 2007 ASABE Annual International Meeting, Minneapolis Minnesota, June 17-20th 2007 20 pages
70. Rajabipour, F., and Weiss, W. J., (2007) "Material Health Monitoring of Concrete by Means of Insitu Electrical Conductivity Measurements," Transportation Research Record, TRB 2007
71. Raoufi, K., Radlinska, A., Nantung, T., and Weiss, W. J., (2007) "Practical Considerations To Determine The Time And Depth Of Saw-Cuts In Concrete Pavements," Transportation Research Board
72. Radlinska, A., Rajabipour, F., Bucher, B., Henkensiefken, R., Sant, G., and Weiss, W. J., (2008), "Shrinkage Mitigation Strategies in Cementitious Systems: a Closer Look at Sealed and Unsealed Behavior," Transportation Research Record
73. Rajabipour, F., and Weiss, J., (2008) "Parameters Affecting the Measurements of Embedded Electrical Sensors for Concrete Health Monitoring Applications," American Concrete Institute Special Publication 252, CD
74. Henkensiefken, R., G. Sant, T. Nantung, and W. Weiss, (2008) Comments on the shrinkage of paste in mortar containing saturated lightweight aggregate, in CONMOD. 2008: Delft, The Netherlands.
75. Raoufi, K., Weiss, J., and Nantung, T., (2008) "Numerical Assessment of Saw-Cutting: The Influence on Stress Development and Cracking," 6th RILEM International Conference on Cracking in Concrete Pavements, Chicago, Illinois, USA
76. Henkensiefken, R., Nantung, T., and Weiss, W. J., (2008) "Reducing Restrained Shrinkage Cracking in Concrete Bridge Decks: Examining the Behavior of Self-Curing Concrete Made with Different Volumes of Lightweight Aggregate," Concrete Bridge Conference, St Louis MO, 2008
77. Henkensiefken, R., G. Sant, T. Nantung, and W. Weiss, (to appear 2009) Detecting solidification using moisture transport from saturated lightweight aggregate, in Technical

session on "Transition from Fluid to Solid Re-examining the Behavior of Concrete at Early Ages" ACI Special Publication, San Antonio, TX.
78. Dehadrai, M., Sant, G., Bentz, D., and Weiss, W. J., (to appear 2009) 'Identifying the Fluid-to-Solid Transition in Cementitious Materials at Early Ages using Ultrasonic Wave Velocity and Computer Simulation', American Concrete Institute Special Publication, Session on Transition from a Fluid to Solid: Re-examining the Behavior of Concrete at Early Ages, ACI Spring Convention, San Antonio, Texas, USA (2009)
79. Bucher, B., Radlinska, A., Weiss, J., (2008) "Preliminary Comments on Shrinkage and Shrinkage Cracking Behavior of Cement Systems that Contain Limestone," Proceedings from NRMCA Concrete Technology Forum: Focus on Sustainable Development, May 2008.
80. Sant, G., and Weiss, W. J., (2008) "Applications that Require a Correction Before the Maturity Concept is Applied", Keynote Talk at a RILEM International Conference 'Microdurability 2008', Nanjing, China
81. Coates, K. C., Santagata, M. C., Mohtar, S., Tao, B., and Weiss, J. (2008) "Rheological Evaluation of Soy Methyl Ester Polystyrene (SME-PS) Blends in Cement Paste, SCC 2008
82. Samdariya, A., Sant, G., Dehadrai, M., and Weiss, W. J., (under review) "The Influence of a Lime-Based Expansive Additive on Volume Changes, Residual Stress Development and Strength Evolution in Cementitious Materials", International RILEM Conference on Concrete Durability and Service Life Planning 'ConcreteLife '09', Haifa, Israel
83. Lura, P., Sant, G., and Weiss, W. J., (in Preparation, Due December 2008) 'The Influence of Temperature on Volume Changes and Residual Stress Development in Cementitious Materials', International RILEM Conference on Concrete Durability and Service Life Planning 'ConcreteLife '09', Haifa, Israel (2009)
84. Pour-Ghaz, M., Castro, J. E., Rajabipour, F., and Weiss, W. J., (Submitted) 'Measurement and Modeling Fluid Transport in Cracked Concrete," International RILEM Conference on Concrete Durability and Service Life Planning 'ConcreteLife '09', Haifa, Israel (2009)
85. Pease, B. J.,  Couch, J. B., Geiker, M. R., Stang, H., and Weiss, W. J., (Submitted) 'Quantifying Moisture Movement in Cracked Concrete Using X-Ray Absorption," International RILEM Conference on Concrete Durability and Service Life Planning 'ConcreteLife '09', Haifa, Israel (2009)
86. Bradshaw, A. S., daSilva, G., McCue, M. T., Kim, J., Nadukuru, S. S., Lynch, J., Michalowski, R.L., Pour-Ghaz, M., Weiss W. J., and Green, R. A., (2009) "Damage Detection and Health Monitoring of Concrete Buried Pipelines," International Symposium on Prediction and Simulation Methods for Geohazard Mitigation, May 25-27, 2009 Kyoto Japan
87. Pour-Ghaz, M., Rajabipour, F., Couch, J.B, and Weiss, J., "Numerical and Experimental Assessment of Unsaturated Fluid Transport in Saw-Cut (Notched) Concrete Elements,"

**Other submitted publications (UC)**

1. Shah, S. P., Wang, K., and Weiss, W. J., (1998) "Is High Strength Concrete Durable?" International Workshop on Concrete Technology for a Sustainable Development in the 21st Century, Norway, June 24-27, 1998
2. Yoon, D.-J., Weiss, W. J.,  Prine, D. W., and Shah, S. P., (1998) "Assessing Corrosion Damage in Reinforced Concrete Beams Using Acoustic Emission", SPIE Conference on NDE Technology for Aging Infrastructure and Manufacturing: Bridges and Highways, March 1998
3. Weiss, W. J., Wang, K., and Shah, S. P., (1998) "Coupling Laboratory Experiments and Problem-Based-Education to Teach Independent Learning", Proceedings from the Fifth Annual Undergraduate Faculty Enhancement Workshop, Berkeley CA, July 12-15 1998, pp. 83-92

4. Yang, W., Weiss, W. J., and Shah, S. P., (1999) "A Three-Dimensional Model For Predicting Stress Development in Concrete Slabs Experiencing Shrinkage", 13th ASCE EMD Conference
5. Yoon, D.-J., Weiss, W. J., and Shah, S. P., (1999) "Assessing Damage Mechanisms in Reinforced Concrete Using Acoustic Emission", 13th ASCE EMD Conference
6. Weiss, W. J., Yang, W., and Shah, S. P., (2000) "Influence of Specimen Size/Geometry on the Potential for Shrinkage Cracking in Rings", Materials for Buildings and Structures, Euromat 6, ed. Wittman, F. H., pp. 35-40
7. Wang, K., Weiss, W. J., and Shah, S. P., (2000) "Corrosion, Bond Strength, and Remaining Loading Capacity of Damaged Reinforced Concrete Beams", Materials Science of Concrete Workshop In Honor of J. Francis Young, Eagle Park, IL
8. Weiss, W. J., Wang, K., and Shah, S. P., (2000) "Teaching Independent Learning Skills by Coupling Laboratory Experiments with Problem-Based-Learning" ASCE – Engineering Mechanics Division, Austin TX, June 2000
9. Jansen, D. C., Weiss, W. J., and Schleuchardt, S. H. F., (2000) "Modified Testing Procedure for the Two Parameter Fracture Model for Concrete," American Society of Civil Engineers – Engineering Mechanics Division, Austin TX, June 2000
10. Wang, K., Weiss, W. J., Yoon, S., Shah, S. P., (2000) "Combined Effect of Corrosion and Stresses in Reinforced Concrete Beams", American Society of Civil Engineers – Engineering Mechanics Division, Austin TX, June 2000
11. Weiss, W. J., Shane, J. D., Mason, T. O., and Shah, S.P., (2001) "Measuring Moisture Gradients with Electrical Impedance: Potential Applications in Concrete Overlay and Repair Materials," 2001 Mechanics and Materials Summer Conference, ASCE/ASME/SES MMC-2001 (abstract only) San Diego, CA, June 2001
12. Chariton, T., Kim, B., Weiss, W. J., (2002), "Using Passive Acoustic Energy To Quantify Cracking In Volumetrically Restrained Cementitious Systems," American Society of Civil Engineers – Engineering Mechanics Division, 15th ASCE EMD Conference, New York NY, June 2002
13. Shah, H., Hossain, A., Mazzotta, G., and Weiss, W. J., (2003) "Time-Dependent Fracture In Restrained Concrete: The Influence Of Notches And Fibers," Engineering Foundation Workshop, Copper Mountain, CO, August 10-14, 2003
14. Shah, H., Hossain, A., Mazzotta, G., and Weiss, W. J., (2004) "Using the Restrained Ring Test in Conjunction with Acoustic Emission to Quantify the Role of Steel Fibers in Shrinkage Cracking Mitigation", High-Performance Concretes, and Smart Materials Organized by International Center for Fiber Reinforced Concrete (ICFRC), Chennai, India, January 2004
15. Barde, A., and Weiss, W. J., (2004) "Characterizing Fracture Behavior Using an R-Curve That Implements the Focal Point Approach", High-Performance Concretes, and Smart Materials Organized by International Center for Fiber Reinforced Concrete (ICFRC), Chennai, India, January 2004
16. Neithalath, N. Weiss, W. J., and Olek, J. O., (2004) "Acoustic Absorption Behavior of Fiber Reinforced Enhanced Porosity Concrete", High-Performance Concretes, and Smart Materials Organized by International Center for Fiber Reinforced Concrete (ICFRC), Chennai, India, January 2004
17. Parameswaran, S., Abraham, D., and Weiss, W. J., (2004) "A Discussion on the Impact of Introducing a Volumetric Stability Performance Criterion in the Selection of Cementitious Repair Materials", High-Performance Concretes, and Smart Materials Organized by International Center for Fiber Reinforced Concrete (ICFRC), Chennai, India, January 2004
18. Weiss, W. J., (2005) "Use of Interactive Technology to Promote Student Engagement in the Classroom," ACBM Update, Concrete International, May 2005, Vol. 27, No. 5, pp. 61
19. Rajabipour F., Schmit T., Fait S., Weiss W.J., (2005) "Interactive Classroom Technologies for a Problem-Based, Peer-Interaction Learning Environment" Prepared for Danish Technological University, Lyngby, Denmark, June 14, 2005

20. Weiss W.J., Rajabipour F., Schmit T., Fait S., (2006) "Interactive Classroom Technologies for a Problem-Based, Peer-Interaction Learning Environment" Presented at the American Concrete Institute, Spring 2006

**Books Edited**

1. Hall, K. T., Weiss, W. J., Tayabji, S. D., editors, "7th International Conference on Concrete Pavements," September 9-13, Orlando Florida, Volumes 1 and 2, © 2001
2. Balaguru, P., Namaan, A., Weiss, W. J., editors, "Concrete: Material Science to Application: A Tribute To Surendra Shah," ACI Special Publication 206, © 2002, American Concrete Institute, Farmington Hills, MI, pp. 580
3. Weiss, W. J., Marchand, J., Banthia, N., and Shah, S. P., Kovler, K., Mindess, S., (2004) "RILEM Workshop on Improving the Performance of Concrete Through Science and Engineering", Electronic Proceedings of the March 2004 meeting
4. Kovler, K., Marchand, J., Mindess, S., and Weiss, W. J., editors (2004) "A Symposium on Concrete Science and Engineering: A Tribute to Arnon Bentur", PRO 36, Proceedings of the International RILEM Symposium, Evanston, USA, 24 March 2004, RILEM Publications, pp. 263
5. Gardner, J., and Weiss, W. J., editors "Shrinkage and Creep of Concrete," ACI Special Publication 227, American Concrete Institute, Farmington Hills, MI, © 2005, 390 pp

**Chapters in Books (BC)**

1. Chapter 6.1, Weiss, W. J., "Experimental Determination of 'Time-Zero' ($t_0$) "Early Age Cracking In Cementitious Systems" – RILEM State of the Art Report TC-EAS, ed. A. Bentur, © 2002
2. Chapter 7.5, Weiss, W. J., and Berke, N.S., "Admixtures for Reduction of Shrinkage and Cracking", Early Age Cracking In Cementitious Systems – RILEM State of the Art Report TC-EAS, ed. A. Bentur, © 2002
3. Barde, A., Mazzotta,G., Weiss, W. J., 2005 "Early-Age Flexural Strength: The Role of Aggregates and their Influence on Maturity Predictions," Special Volume of the Material Science of Concrete VII, American Ceramic Society, Wiley Publishers, © 2005
4. Weiss, W.J., "Chapter 19 - Elastic Properties, Creep, and Relaxation," ASTM 169D, Significance of Tests and Properties of Concrete and Concrete Making Materials, ASTM International, West Conshohocken, PA, ©2006, pp. 194-206

# Appendix D

## Testimony Within the Past 4 Years

None

# Appendix E

## Compensation

W. Jason Weiss        Liu-Weiss LLC        $250 per hour