1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | consolidated |
| | * | |
| PERTAINS TO: BARGE | * | SECTION"K"(2) |
| Boutte v. Lafarge         05-5531 | * | JUDGE DUVAL |
| Mumford v. Ingram         05-5724 | * | |
| Lagarde v. Lafarge        06-5342 | * | |
| Perry v. Ingram           06-6299 | * | MAG.WILKINSON |
| Benoit v. Lafarge         06-7516 | * | |
| Parfait Family v. USA     07-3500 | * | |
| Lafarge v. USA            07-5178 | * | |
| Weber v. Lafarge          08-4459 | * | |

Deposition of TOWONDA SCHEXNAYDER taken at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana, on Wednesday, April 28, 2009 commencing at 3:00 p.m.

```
 1   APPEARANCES:
 2            CHAFFE, McCALL, LLP
 3            BY:  DEREK WALKER, ESQ.
 4                 2300 Energy Centre
 5                 1100 Poydras Street
 6                 New Orleans, LA 70163
 7            COUNSEL FOR LAFARGE NORTH AMERICA
 8
 9            WIEDEMANN & WIEDEMANN
10            BY:  LARRY WIEDEMANN, ESQ.
11                 821 Baronne Street
12                 New Orleans, LA 70113
13            COUNSEL FOR PLAINTIFFS (BARGE)
14
15
16   REPORTED BY:
17            MARLANE A. GAILLE, CCR-RPR
18            CERTIFIED COURT REPORTER #21005
19
20
21
22
23
24
25
```

```
 1      A    A ticket.
 2      Q    Traffic ticket?
 3      A    Yeah.
 4      Q    You were arrested because you didn't
 5   pay it?
 6      A    Yeah.
 7      Q    Any other arrests?
 8      A    That's it.
 9      Q    Did you go to sleep on Sunday?
10      A    I dozed off; yeah.
11      Q    And the girls went to sleep?
12      A    Yeah.
13      Q    And your husband?
14      A    He was asleep, but I was the one
15   that -- I was up and down.
16      Q    You say "up and down."  Was your
17   house a single story?
18      A    Yeah.
19      Q    How many bedrooms?
20      A    Two.
21      Q    Two bedrooms, kitchen?
22      A    Kitchen, bathroom, wash room,
23   bedroom, bedroom.
24      Q    And you said you didn't have a front
25   porch?
```