



Typical impact damage at the north breach.

The top photo shows the concrete panel just north of the North breach remained almost undisturbed, indicating that the hydrostatic pressure did not affect this portion of the seawall before the barge contacted the concrete panels immediately south of the undisturbed concrete panel.

If the hydrostatic pressure had created the North breach, the concrete panel shown in this photo should have been somewhat tilted.

The bottom photo also shows that the concrete panel immediately North of the North breach remained almost undisturbed.   (IHNC)