UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Robinson*<br>(No. 06-2268) | |

**PLAINTIFFS' MOTION FOR A NEW TRIAL OR, IN THE ALTERNATIVE, MOTION TO AMEND THE JUDGMENT**

Pursuant to Rule 59(a), (e), Fed. R. Civ. P., the Plaintiffs hereby move for a new trial, or in the alternative, move to amend the Court's Findings of Fact and Conclusions of Law (Doc. No. 19415) and Judgment (Doc. No. 19416). Plaintiffs respectfully request that the Court amend its Findings and the Judgment in the following respects: (1) there is no factual or legal basis for finding that the IHNC floodwaters were the sole cause of the destruction of the Franz home; (2) the floodwaters from Reach 2, on the undisputed facts, were a substantial factor in the destruction; (3) the floodwaters from the IHNC and Reach 2 are indivisible; (4) there should be no allocation between these two catastrophic sources; and (5) the Franzes are therefore entitled to additional damages of $284,128 for the cost of tearing down and rebuilding their residence.

In support of this motion, the Court is respectfully referred to the Plaintiffs' Memorandum of Law in support of this motion, the exhibits submitted herewith, and the entire record.

1

Dated: November 30, 2009                          Respectfully submitted,

                                              **O'Donnell & Associates P.C.**

                                              By: s/ Pierce O'Donnell

                                              Pierce O'Donnell (*pro hac vice*)
                                              550 S. Hope St., Suite 1000
                                              Los Angeles, California 90071
                                              Phone:  (213) 347-0290
                                              Fax:  (213) 347-0298

                                              **Law Offices of Joseph M. Bruno**
                                              By: s/ Joseph M. Bruno
                                              Joseph M. Bruno (LSBA No. 3604)
                                              Plaintiffs' Liaison Counsel
                                              855 Baronne Street
                                              New Orleans, Louisiana 70133
                                              Telephone: (504) 525-1335
                                              Facsimile:  (504) 581-1493

| | |
|---|---|
| **The Andry Law Firm, LLC** | **Domengeaux Wright Roy & Edwards LLC** |
| By: s/ Jonathan B. Andry | By: s/ James P. Roy |
| Jonathan B. Andry (LSBA No. 20081) | Bob F. Wright (LSBA No. 13691) |
| 610 Baronne Street | James P. Roy (LSBA No. 11511) |
| New Orleans, Louisiana 70113 | MR-GO PSLC Liaison Counsel |
| Telephone: (504) 586-8899 | 556 Jefferson Street, Suite 500 |
| Facsimile:  (504) 585-1788 | P.O. Box 3668 |
| | Lafayette, Louisiana 70502-3668 |
| | Telephone: (337) 233-3033 |
| | Facsimile:  (337) 233-2796 |
| **Fayard & Honeycutt** | **Girardi & Keese** |
| Calvin C. Fayard, Jr. (LSBA No. 5486) | Thomas V. Girardi (*pro hac vice*) |
| Blayne Honeycutt (LSBA No. 18264) | 1126 Wilshire Boulevard |
| 519 Florida Avenue, S.W. | Los Angeles, CA 90017 |
| Denham Springs, Louisiana 70726 | Telephone: (213) 489-5330 |
| Telephone: (225) 664-4193 | Facsimile:  (213) 481-1554 |
| Facsimile:  (225) 664-6925 | |
| | **Levin, Papantonio, Thomas, Mitchell** |
| **McKernan Law Firm** | **Echsner & Proctor, P.A.** |
| Joseph Jerry McKernan (LSBA No 10027) | Clay Mitchell (*pro hac vice*) |
| John Smith (LSBA No. 23308) | Matt Schultz (*pro hac vice*) |

2

8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**
Elwood C. Stevens, Jr. (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Michael C. Palmintier, A.P.L.C.**
Michael C. Palmintier
Joshua M. Palmintier
618 Main Street
Baton Rouge, LA 70801-1910
Telephone: (225) 344-3735
Telefax: (225) 336-1146

**Cotchett, Pitre, Simon & McCarthy**
Joseph W. Cotchett (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Law Office of Frank J. D'Amico, Jr. APLC**
Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

**Robinson, Calcagnie & Robinson, Inc.**
Mark Robinson (Cal State Bar No. 54426
620 Newport Center Drive – 7th Floor
Newport Beach, CA 92660
1-888-701-1288

**Baron & Budd, P.C.**
Russell W. Budd
Ann Saucer
Thomas M. Sims
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Fax: (214) 520-1181

**Andry & Andry**
Jay Andry
Gilbert V. Andry
Arthur Landry
710 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-4334
Fax: (504) 586-0288

**Carlton Dunlap Olinde & Moore**
John B. Dunlap, III

**The Dudenhefer Law Firm, L.L.C.**
Frank C. Dudenhefer, Jr.

Richard P. Ieyoub
One American Place, Suite 900
301 Main Street
Baton Rouge, LA 70825
Telephone: (225) 282-0600
Telefax: (225) 282-0650

601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 616-5226

**Dumas & Associates Law Firm, LLC**
Walter C. Dumas
Lawyer's Complex
1261 Government Street
P. O. Box 1366
Baton Rouge, LA 70821-1366
Telephone: (225) 383-4701
Telefax: (225) 383-4719

**Glen J. Lerner & Associates**
Glen J. Lerner
4795 S. Durango Drive
Las Vegas, NV 89147
Telephone: (702) 877-1500
Telefax: (702) 968-7572

5

## **CERTIFICATE OF SERVICE**

I, Pierce O'Donnell, hereby certify that on November 30, 2009, I caused to be served **PLAINTIFFS' MOTION FOR A NEW TRIAL OR, IN THE ALTERNATIVE, MOTION TO AMEND THE JUDGMENT**, upon Defendants' counsel, Robin D. Smith, George Carter, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov; george.carter@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell