UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * |  |
| *Mumford v. Ingram* 05-5724 | * |  |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * |  |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge* 08-4459 | * | JOSEPH C. WILKINSON, JR. |

### LAFARGE NORTH AMERICA INC.'S MOTION
### TO EXCLUDE EXPERT TESTIMONY
### BY HECTOR PAZOS

Defendant Lafarge North America Inc. ("LNA") moves to exclude expert opinion testimony by Hector Pazos, a naval architect and marine engineer whom plaintiffs have designated to testify about "eastern IHNC floodwall breach causation." Doc. 18390 at 19-20. As explained in detail in the supporting memorandum of law accompanying this motion, Mr. Pazos' testimony on the subject of breach causation fails to meet the standards for reliability set forth in Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) because it is not grounded in scientific methodology and analysis, because it relies on unsupported inferences, incorrect data and assumptions, and flawed analytical logic. Accordingly, Mr. Pazos' testimony on the issue of breach causation should be excluded from the bench trial scheduled for June 2010.

1

Dated: December 1, 2009          Respectfully submitted,

                                       Robert B. Fisher, Jr., T.A. (#5587)
                                       Derek A. Walker (#13175)
                                       **CHAFFE MCCALL, L.L.P.**
                                       2300 Energy Centre
                                       1100 Poydras Street
                                       New Orleans, LA 70163-2300
                                       Telephone: (504) 585-7000
                                       Facsimile: (504) 585-7075
                                       Fisher@chaffe.com
                                       Walker@chaffe.com

                                       /s/ John D. Aldock
                                       John D. Aldock
                                       Richard M. Wyner
                                       Mark S. Raffman
                                       **GOODWIN PROCTER LLP**
                                       901 New York Avenue, N.W.
                                       Washington, DC 20001
                                       Telephone: (202) 346-4240
                                       jaldock@goodwinprocter.com
                                       rwyner@goodwinprocter.com
                                       mraffman@goodwinprocter.com


                                       Daniel A. Webb (#13294)
                                       **SUTTERFIELD & WEBB, LLC**
                                       Poydras Center
                                       650 Poydras Street, Suite 2715
                                       New Orleans, LA 70130
                                       Telephone: (504) 598-2715

                                       ***Attorneys for Lafarge North America Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2009.

                                        /s/ John D. Aldock

LIBW/1724736.1