# EXHIBIT 1

Excerpts of R.B. Seed et al., *Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005* ("ILIT Report")



# Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005

## Volume I: Main Text and Executive Summary

by

R. B. Seed, R. G. Bea, R. I. Abdelmalak, A. G. Athanasopoulos, G. P. Boutwell, J. D. Bray,
J.-L. Briaud, C. Cheung,  D. Cobos-Roa, J. Cohen-Waeber, B. D. Collins, L. Ehrensing, D. Farber,
M. Hanemann, L. F. Harder, K. S. Inkabi, A. M. Kammerer, D. Karadeniz, R.E. Kayen,  R. E. S. Moss, J. Nicks,
S. Nimmala, J. M. Pestana, J. Porter, K. Rhee,  M. F. Riemer, K. Roberts, J. D. Rogers, R. Storesund,
A. V. Govindasamy, X. Vera-Grunauer, J. E. Wartman, C. M. Watkins, E. Wenk Jr., and S. C. Yim

**Final Report**
**July 31, 2006**

    

Case 2:05-cv-04182-SRD-JCW   Document 19437-2   Filed 12/01/09   Page 3 of 11

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

# CHAPTER TWO: OVERVIEW OF HURRICANE KATRINA AND ITS AFTERMATH

## 2.1   Hurricane Katrina

The path of Hurricane Katrina's eye is shown in Figures 2.1 and 2.2.  Hurricane Katrina crossed the Florida peninsula on August 25, 2005 as a Category 1 hurricane.  It then entered the Gulf of Mexico, where it gathered energy from the warm Gulf waters, producing a hurricane that eventually reached Category 5 status on Sunday, August 28, shortly before making its second mainland landfall just to the east of New Orleans early on Monday, August 29, as shown in Figures 2.1 and 2.2.  The Hurricane had weakened to a Category 4 level prior to landfall on the morning of August 29, and it weakened further as it came ashore.

Because the eye of this hurricane passed just slightly to the east of New Orleans, the hurricane imposed unusually severe wind loads and storm surges (and waves) on the New Orleans region and its flood protection systems.

## 2.2   Overview of the New Orleans Flood Protection Systems

Figure 2.3 shows the main study region.  The City of New Orleans is largely situated between the Mississippi River, which passes along the southern edge of the main portion of the city, and Lake Pontchartrain, which fronts the city to the north.  Lake Borgne lies to the east, separated from developed areas by open swampland.  "Lake" Borgne is not really a lake at all; instead it is a bay as it is directly connected to the waters of the Gulf of Mexico.  To the southeast of the city, the Mississippi River bends to the south and flows out through its delta into the Gulf of Mexico.

The flood protection system that protects the New Orleans region is organized as a series of protected basins or "protected areas", each protected by its own perimeter levee system, and these are "unwatered" by pumps.

As shown in Figures 2.4 and 2.5, there are four main protected areas that comprise the New Orleans flood protection system of interest.  A number of additional levee-protected units also exist in this area, but the focus of these current studies is the four main protected areas shown in Figures 2.4 and 2.5.  These were largely constructed under the supervision of the U.S. Army Corps of Engineers, to provide improved flood protection in the wake of the devastating flooding caused by Hurricane Betsy in 1965.

Figures 2.4 and 2.5 show the locations of most of the levee breaches and severely distressed (but non-breached, or only partially breached) levee sections covered by these studies. Levee breaches are shown with solid blue stars, and distressed sections as well as minor or partial breaches are indicated by red stars.  The original base maps, and many of the stars, were graciously provided by the USACE (2005), and a number of additional blue and red stars have been added to the map in Figure 2.4 as a result of the studies reported herein.  The yellow stars shown in these figures correspond to deliberate breaches made after Hurricane Katrina, to facilitate draining the flooded areas after the storm.

The pink shading in Figures 2.4 and 2.5 shows developed areas that were flooded, and the areas shaded with blue cross-hatching indicate undeveloped swamp land that was flooded. The deeper blue shading (near the east end of New Orleans East) denotes areas that still remained to be unwatered as late as September 28, 2005. As shown in these figures, approximately 85% of the metropolitan area of New Orleans was flooded during this event.

As shown in Figure 2.4, the Orleans East Bank (Metro Orleans) section is one contiguously protected section. This protected unit contains the downtown district, the French Quarter, the Garden District, and the "Canal" District. The northern edge of this protected area is fronted by Lake Pontchartrain on the north, and the Mississippi River passes along its southern edge. The Inner Harbor Navigation Canal (also locally known as "the Industrial Canal") passes along the east flank of this protected section, separating the Orleans East Bank protected section from New Orleans East (to the northeast) and from the Lower Ninth Ward and St. Bernard Parish (directly to the east.) Three large drainage canals extend into the Orleans East Bank protected section from Lake Pontchartrain to the north, for the purpose of conveying water pumped north into the lake by large pump stations within the city. These canals, from west to east, are the 17th Street Canal, the Orleans Canal, and the London Avenue Canal.

A second protected section surrounds and protects New Orleans East, as shown in Figure 2.4. This protected section fronts Lake Pontchartrain along its north edge, and the Inner Harbor Navigation Canal (IHNC) along its west flank. The southern edge is fronted by the Mississippi River Gulf Outlet channel (MRGO) which co-exists with the Gulf Intracoastal Waterway (GIWW) along this stretch. The eastern portion of this protected section is currently largely undeveloped swampland, contained within the protective levee ring. The east flank of this protected section is fronted by additional swampland, and Lake Borgne is located slightly to the southeast.

The third main protected section contains both the Lower Ninth Ward and St. Bernard Parish, as shown in Figure 2.4. This protected section is also fronted by the Inner Harbor Navigation Canal on its west flank, and has the MRGO/GIWW channel along its northern edge. At the northeastern corner, the MRGO bends to the south (away from the GIWW channel) and fronts the boundary of this protected area along the northeastern edge. Open swampland occurs to the south and southeast. Lake Borgne occurs to the east, separated from this protected section by the MRGO channel and by a narrow strip of undeveloped marshland. The main urban areas occur within the southern and western portions of this protected area. The fairly densely populated Lower Ninth Ward is located at the west end, and St. Bernard Parish along approximately the southern half of the rest of this protected area. The northeastern portion of this protected section is undeveloped marshy wetland, as indicated in Figure 2.4. A secondary levee, operated and maintained by local levee boards, separates the undeveloped marshlands of the northeastern portions of this protected area from the Ninth Ward and St. Bernard Parish urban areas.

The fourth main protected area is a narrow, protected strip along the lower reaches of the Mississippi River heading south from St. Bernard Parish to the mouth of the river at the Gulf of Mexico, as shown in Figure 2.5. This protected strip, with "river" levees fronting the Mississippi River and a second, parallel set of "storm" levees facing away from the river forming a protected corridor less than a mile wide, serves to protect a number of small communities as well as utilities and pipelines. This protected corridor also provides protected access for workers, supplies and

Case 2:05-cv-04182-SRD-JCW   Document 19437-2   Filed 12/01/09   Page 5 of 11

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

gas and oil pipelines servicing the large offshore oil fields out in the Gulf of Mexico. This will be referred to in this report as "the Plaquemines Parish" levee protected zone.

The current perimeter levee and floodwall defense systems for these four protected areas were largely designed and constructed under the supervision of the U.S. Army Corps of Engineers in the wake of the catastrophic flooding caused by Hurricane Betsy of 1965. These flood protection improvements typically involved either new levee construction, or raising existing levee defenses and/or adding new floodwalls, to provide storm flood protection for higher elevations of storm surge waters (and waves) at locations throughout the region.

## 2.3   Overview of Flood Protection System Performance During Hurricane Katrina

2.3.1   Storm Surge During Hurricane Katrina

The regional flood protection system had been designed to safely withstand the storm surges and waves associated with the Standard Project Hurricane, which was intended to represent a scenario roughly "typical" of a rapidly moving Category 3 hurricane passing close to the New Orleans metropolitan region. Chapter 12 (Section 12.5.1) presents a more detailed discussion of the "Standard Project Hurricane", and the criteria for which the regional flood protection system was designed. In simple terms, the system was intended to have been designed to safely withstand storm surge levels (plus waves) to specified elevations at various locations, as shown in Figures 2.6 and 2.7.

In general, the "Standard Project Hurricane" provided for design to safely withstand storm surge rises (plus waves) to prescribed elevations at various locations throughout the system. The levels selected correspond generally to the storm surge level (mean peak storm surge water elevation, without waves) associated with the "Standard Project Hurricane" conditions plus an additional allowance for most (but not always all) of expected additional wave run-up.

As shown in Figures 2.6 and 2.7, this resulted in a targeted protection level of about elevation +17 feet to +19 feet (MSL), or 17 to 19 feet above Mean Sea Level, at the eastern flank of the system, and + 13.5 feet to +18 feet (MSL) along much of the southern edge of Lake Pontchartrain. The storm surge levels within the various drainage canals and navigational channels varied, and the storm surge levels for design were typically on the order of Elev. + 14 feet to + 16 feet (MSL) along the GIWW and IHNC channels, and Elev. + 12.5 feet to + 14.5 feet (MSL) along the 17th Street, Orleans, and London Avenue Canals in the "Canal District". There is some minor confusion as to the most recent "Standard Project Hurricane", and the most recent storm surge design levels at some locations; the values indicated in Figure 2.6 are an interpretation by the Government Accountability Office (GAO, 2006) based in part on initial research by the staff of the New Orleans Times Picayune, and the values shown in Figure 2.7 have been added to this figure by our team, and are our own current best interpretation.

The situation is further clouded a bit, as the actual targeted levee and floodwall heights along a given section also varied slightly as a function of waterside topography, obstacles and vegetation, levee geometry, orientation and potential wind fetch (distance of potential wind travel across the top of open water), etc. as these would affect the potential run-up heights of storm waves. Variations for these types of issues were typically minor, on the order of two feet or less.

Case 2:05-cv-04182-SRD-JCW   Document 19437-2   Filed 12/01/09   Page 6 of 11

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

There is, however, no "typical" hurricane, nor associated storm surge, and the actual wind, wave and storm surge loadings imposed at any location within the overall flood protection system during an actual hurricane are a function of location relative to the storm, wind speed and direction, orientation of levees, local bodies of water, channel configurations, offshore contours, vegetative cover, etc. These loadings vary over time, as the storm moves progressively through the region.

Figures 2.8 and 2.9 show plots of storm surge levels resulting from numerical modeling simulations performed by the LSU Hurricane Research Center, for two different points in time during Hurricane Katrina, based on analyses of the storm track, wind speeds, regional topography and local conditions (marsh growth, soil stiffness, offshore contours, etc.) (Louisiana State University Hurricane Center, 2005.) The water levels shown in Figures 2.8 and 2.9 were predicted using a regionally calibrated numerical model, and the results shown in Figure 2.8 represent a point in time when the eye of the hurricane was first approaching the coast from the Gulf of Mexico, and those shown in Figure 2.9 correspond to a time when the eye of the storm was passing slightly to the east of New Orleans. These calculations are part of an overall single analysis of storm surge levels throughout the region, and throughout the continuous period of time as the storm approached and then passed through the region. Based on actual field observations and measurements of maximum storm surge levels at more than 100 locations throughout the region, this global analysis of storm surge levels is expected to be accurate (relative to surge levels that actually occurred) within approximately $\pm$ 15% at all locations of interest for these current studies (IPET, 2006.)

Predicted and actual storm surge heights varied over time, at different locations, and the water levels shown in Figures 2.8 and 2.9 do not represent predictions of the peak storm surges noted at all locations. Instead, these images show calculated conditions at two interesting points in time when: (a) [Fig. 2.8] the initial large surge was being driven up against the coast of the Gulf of Mexico in the New Orleans region by the approaching storm, and (b) [Fig. 2.9] at a particularly critical moment when a large storm surge had first "inflated" (raised the level of) Lake Borgne, then the locally prevailing westward swirl of the counterclockwise hurricane winds threw the risen waters of Lake Borgne westward over the adjacent levees protecting eastern flanks of the New Orleans East and St. Bernard/Lower Ninth Ward protected areas, as shown schematically in Figure 2.11.

These types of storm surge modeling calculations are being performed by a number of research and investigation teams, and are constantly being calibrated and updated based on actual field measurements of high water marks, etc. The USACE's IPET investigation team are devoting significant effort to these types of hydrodynamic analytical "hind-casts", and the IPET back analyses provided to date to our UC Berkeley-led ILIT study team are in good agreement with the storm surge predictions shown in Figures 2.8 and 2.9 at most locations of interest for these studies (IPET; Draft Final Report, June 1, 2006).

Figure 2.10 shows an aggregate summary of the calculated peak storm surges, at any point in time during Hurricane Katrina, based on similar calculations performed by the IPET study (IPET; March, 2006). These calculations are very similar to those developed by the Louisiana investigation team, and both the IPET and Team Louisiana analyses will be used as a partial basis for estimation of storm surge levels and wave conditions in these current studies. The maximum flood stages calculated (predicted) by the two sets of analyses are generally in good agreement at

Case 2:05-cv-04182-SRD-JCW   Document 19437-2   Filed 12/01/09   Page 7 of 11

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

most points of interest. Agreement regarding storm waves is also generally good, but the differences between the two sets of predicted storm waves are a bit more significant at a few locations of interest. Discussions of the IPET and Team Louisiana hydrodynamic storm surge and storm wave calculations will be presented, in more detail, at locations of interest in the chapters that follow.

It should be noted that a number of different datums have been used as elevation references throughout the historic development of the New Orleans regional levee systems, and this situation is further complicated by ongoing subsidence in the region. This investigation has elected to resolve these differences between different datums, and to refer to all elevations in this report (as consistently as possible) in terms of elevation with respect to the NAVD88 (2004.65) datum; approximately "mean sea level" in the region. This particular version of the NAVD88 datum is currently thought to be within about 3-inches of Mean Sea Level (MSL) in the New Orleans region. For a more in-depth discussion of differences between the various datums used in the greater New Orleans region, please see IPET Interim Report No. 2 (IPET; March, 2006).

2.3.2   Overview of the Performance of the Regional Flood Protection System

Hurricane Katrina, as expected, produced a large onshore storm surge from the Gulf of Mexico. As shown in Figures 2.8 through 2.10 this produced significant overtopping of storm levees along the lower Mississippi River reaches in the Plaquemines Parish area, and numerous levee breaches occurred in this area, as shown previously in Figure 2.5. In simple terms, the "storm" levees of Plaquemines Parish were largely overwhelmed by the large storm surge; they were overtopped by the storm surge and by the large storm waves that accompanied the average rise (storm surge) in water levels. Fortunately, the Plaquemines Parish protected corridor is only sparsely populated, and the local inhabitants were acutely aware of the risk that they faced so that evacuation in advance of the storm was unusually complete.

Plaquemines Parish was largely inundated by the massive storm surge and the numerous resulting levee breaches. Most breaches appear to have been primarily the result of overtopping and erosion, and it is interesting to note that these breaches occurred mainly in the "storm" levees, while the "river" levees often better withstood the storm surge (and waves) without catastrophic erosion. The devastation within Plaquemines parish produced by this flooding was very severe, as described in Chapter 5. By approximately 7:00 a.m. on the morning of Monday, September 29, most of Plaquemines Parish was under water.

A more detailed discussion of the performance of the flood protection systems in the Plaquemines Parish area is presented in Chapter 5.

As the storm surge began to raise the water levels throughout the New Orleans region, it began to raise the water levels within the GIWW, MRGO and IHNC channels. As the water level within the IHNC began to rise, the first "breach" within the metropolitan New Orleans region (north of Plaquemines Parish) occurred at about 5:00 a.m. somewhere along the IHNC. This was evidenced by a pronounced, and short-lived, decrease in the rate of water level rise at two gage stations along the IHNC at this point in time. There are several breaches along this section of the IHNC that might have accounted for this observed water level gage behavior, and this is discussed in Chapter 8. This was a "non-catastrophic" failure; although the breach eroded and became enlarged by the flow, the "lip" of the breach remained above sea level. As a result,

Case 2:05-cv-04182-SRD-JCW   Document 19437-2   Filed 12/01/09   Page 8 of 11

**Independent Levee**  
**Investigation Team**

**New Orleans Levee Systems**  
**Hurricane Katrina**  
**July 31, 2006**



Source: http://flhurricane.com/googlemap

Figure 2.1: Location of New Orleans, and map of the path of the eye of Hurricane Katrina.

Case 2:05-cv-04182-SRD-JCW   Document 19437-2   Filed 12/01/09   Page 9 of 11

| | |
|---|---:|
| **Independent Levee**<br>**Investigation Team** | **New Orleans Levee Systems**<br>**Hurricane Katrina**<br>**July 31, 2006** |



Source: Mashriqui, 2006

Figure 2.2: Traced path of the eye of Hurricane Katrina at landfall in the New Orleans area.

Case 2:05-cv-04182-SRD-JCW   Document 19437-2   Filed 12/01/09   Page 10 of 11

|  | New Orleans Levee Systems |
|---|---|
| **Independent Levee** | **Hurricane Katrina** |
| **Investigation Team** | **July 31, 2006** |



Source: http://hurricane.lsu.edu/floodprediction/

Figure 2.8:  Calculated storm surge against the coast at about 7:30 am (CDT), August 29, 2006.

Case 2:05-cv-04182-SRD-JCW   Document 19437-2   Filed 12/01/09   Page 11 of 11

**Independent Levee**
**Investigation Team**

**New Orleans Levee Systems**
**Hurricane Katrina**
**July 31, 2006**



Source: http://hurricane.lsu.edu/floodprediction/

Figure 2.9:   Map of calculated storm surge levels, at time when the eye of the storm passed close to the east of New Orleans at about 8:30 am (CDT).