# EXHIBIT 2

Excerpts of Interagency Performance Evaluation Team, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (March 2007 Final Report) ("IPET Report")



**US Army Corps
of Engineers** ®

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume IV – The Storm

26 March 2007

**FINAL**



# Hurricane Katrina Description and History

**Storm Parameters and Track**

The approximate storm track for Hurricane Katrina is shown in Figure 1. The term H*Wind is used throughout this report to refer to a real-time hurricane wind analysis system developed by HRD. The position of the storm center is shown with "X's", at particular days/times in late August 2005. All times are referenced to UTC (Coordinated Universal Time). Table 1 shows the latitude/longitude coordinates for the storm center, the minimum central pressure in the eye of the storm, and the maximum sustained surface wind speed (1-min sustained wind speed at 10-m elevation), radius to maximum winds, and the Saffir-Simpson hurricane intensity categorization (based on the sustained surface wind speed), every 3 hr between the times of 0000 UTC on 26 August and 0000 UTC on 30 August. The information displayed in Table 1 was produced by the HRD and OWI, as part of this investigation. The Saffir-Simpson scale, a hurricane intensity rating scale, assigns the following categories based on sustained wind speed ranges:

- Category 1: 64 to 82 knots
- Category 2: 83 to 95 knots
- Category 3: 96 to 113 knots
- Category 4: 114 to 135 knots
- Category 5: greater than 135 knots

The Saffir-Simpson scale, originally derived as a measure of potential hurricane damage, is based solely on the maximum hurricane wind speed observed anywhere within the storm. However, as described above, many other factors dictate the water level and wave climate produced by a particular hurricane, aside from the maximum wind speed. These factors include: coastline and continental shelf characteristics, storm track, central pressure, forward speed of the storm, spatial extent and variability of the surface wind fields, phasing with the astronomical tide, and precipitation. It is also important to note that hurricane intensity can vary considerably throughout the life of a hurricane (Katrina is an excellent example of this; see Table 1). The unusually high wave and water level conditions produced by a hurricane are dictated not only by hurricane characteristics at landfall but also, and importantly, by its characteristics along its path over open water especially as it approaches landfall.

**Wind, Wave, Surge Evolution – the Big Picture**

Katrina impacted Florida with hurricane intensity. Once the storm reemerged in the Gulf of Mexico after passing over the Florida peninsula, it strengthened quickly and again reached hurricane strength. The storm gradually intensified, and late on 26 August Katrina first became a Category 2 storm, with maximum sustained winds reaching 83 knots. During the day on 27 August, the storm tracked primarily westward at Category 2 strength, occasionally decreasing slightly in intensity. Knabb et al. (2005) provide a more detailed summary of Hurricane Katrina's evolution as a storm system.

Volume IV  The Storm

IV-13

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 1.    Hurricane Katrina track and times of H*Wind snapshots. [All times are referenced to UTC.]

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 1**
**Hurricane Katrina Characteristics**

| Date/Time (UTC) (2005) | North Latitude (deg) | West Longitude (deg) | Central Pressure (mb) | Maximum Surface Wind Speed (knots) | Radius to Maximum Winds (nautical miles) | Saffir-Simpson Scale |
|---|---|---|---|---|---|---|
| 26 Aug 0000 | 25.799 | 80.289 | 984 | 67 | 10 | Category 1 |
| 26 Aug 0300 | 25.581 | 80.816 | 984 | 63 | 12 | Tropical Storm |
| 26 Aug 0600 | 25.402 | 81.227 | 987 | 69 | 13 | Category 1 |
| 26 Aug 0900 | 25.291 | 81.436 | 983 | 72 | 12 | Category 1 |
| 26 Aug 1200 | 25.174 | 81.890 | 979 | 75 | 10 | Category 1 |
| 26 Aug 1500 | 25.035 | 82.282 | 971 | 75 | 12 | Category 1 |
| 26 Aug 1800 | 24.854 | 82.650 | 969 | 82 | 13 | Category 1 |
| 26 Aug 2100 | 24.817 | 82.906 | 965 | 83 | 13 | Category 2 |
| 27 Aug 0000 | 24.708 | 83.309 | 959 | 82 | 18 | Category 1 |
| 27 Aug 0300 | 24.529 | 83.684 | 954.5 | 87 | 7 | Category 2 |
| 27 Aug 0600 | 24.389 | 83.995 | 950 | 90 | 7 | Category 2 |
| 27 Aug 0900 | 24.373 | 84.336 | 945 | 93 | 6 | Category 2 |
| 27 Aug 1200 | 24.400 | 84.600 | 942 | 81 | 7 | Category 1 |
| 27 Aug 1500 | 24.438 | 85.040 | 942 | 86 | 23 | Category 2 |
| 27 Aug 1800 | 24.459 | 85.300 | 948 | 87 | 23 | Category 2 |
| 27 Aug 2100 | 24.645 | 85.484 | 945 | 87 | 23 | Category 2 |
| 28 Aug 0000 | 24.833 | 85.846 | 941 | 95 | 28 | Category 2 |
| 28 Aug 0300 | 24.958 | 86.331 | 939 | 97 | 19 | Category 3 |
| 28 Aug 0600 | 25.217 | 86.797 | 935 | 113 | 16 | Category 3 |
| 28 Aug 0900 | 25.500 | 87.277 | 915 | 128 | 16 | Category 4 |
| 28 Aug 1200 | 25.747 | 87.721 | 908 | 139 | 14 | Category 5 |
| 28 Aug 1500 | 26.100 | 88.100 | 907 | 139 | 16 | Category 5 |
| 28 Aug 1800 | 26.347 | 88.661 | 902 | 138 | 18 | Category 5 |
| 28 Aug 2100 | 26.807 | 88.968 | 903 | 134 | 15 | Category 4 |
| 29 Aug 0000 | 27.198 | 89.212 | 904 | 124 | 14 | Category 4 |
| 29 Aug 0300 | 27.624 | 89.435 | 908 | 115 | 18 | Category 4 |
| 29 Aug 0600 | 28.132 | 89.590 | 910 | 108 | 18 | Category 3 |
| 29 Aug 0900 | 28.751 | 89.649 | 917 | 99 | 31 | Category 3 |
| 29 Aug 1200 | 29.479 | 89.575 | 923 | 102 | 36 | Category 3 |
| 29 Aug 1500 | 30.255 | 89.626 | 932 | 97 | 20 | Category 3 |
| 29 Aug 1800 | 31.043 | 89.640 | 948 | 84 | 16 | Category 2 |
| 29 Aug 2100 | 31.754 | 89.314 | 954 | 75 | 25 | Category 1 |
| 30 Aug 0000 | 32.729 | 89.042 | 963 | 51 | 18 | Tropical Storm |

At about 0000 UTC on 28 August the storm turned toward the northwest and experienced rapid intensification; it evolved from an upper Category 2 intensity storm to a Category 5 storm in only 12 hr, a very rapid rate. Katrina attained its peak intensity at around 1200 UTC on 28 August, when the maximum sustained surface wind speed reached 139 knots. The storm remained at Category 5 intensity, with the same maximum wind speed, for the next 6 hr as it tracked to the northwest. At 1800 UTC on 28 August, the storm was centered approximately

Volume IV  The Storm

IV-15

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

170 miles south-southeast of the Mississippi River mouth, headed to the northwest, and still at Category 5 strength.

Katrina was a very large storm, in terms of its spatial extent, during its migration through the gulf. From the time Katrina entered the gulf, winds along Southeast Louisiana began to blow from the east, and they remained steady from this direction from 0000 UTC on 26 August through 1800 UTC on 28 August (nearly 3 full days). During this time surface winds along Southeast Louisiana grew steadily in speed from 5 knots to between 30 and 35 knots. These winds pushed water to the west along the Alabama and Mississippi continental shelves toward the Mississippi River delta and began to inundate the coastal wetlands of Southeast Louisiana, east of the Mississippi River. By 1800 UTC on 28 August, when the storm was still 170 miles away, water levels in Lake Borgne had reached levels that were 3 ft above normal. In response to the high water level in Lake Borgne, Lake Pontchartrain began to fill and at this same time on 28 August, water levels in Lake Pontchartrain were about 1 ft above normal. At 1800 UTC on 28 August, significant wave heights east of the Mississippi River entrance had reached almost 20 ft in deep water and about 10 ft just north of the Chandeleur barrier islands. Peak wave periods were 12 sec at both locations.

During the next 6 hr, between 1800 UTC on 28 August and 0000 UTC on 29 August while the storm was tracking to the northwest, its intensity began to decrease; maximum sustained surface wind speeds decreased from 139 knots to 124 knots (Category 4 intensity). At about 0000 UTC on 29 August, the storm turned to the north; and as it tracked northward for the next 6 hr it continued to diminish in intensity. Maximum wind speed decreased to 108 knots (Category 3 intensity) by 0600 UTC on 29 August. During the 12 hr between 1800 UTC on 28 August and 0600 UTC on 29 August, water levels in Lake Borgne (at Paris Road bridge over the GIWW/MRGO) continued to rise, reaching levels that were 5.5 ft above normal. These levels were high enough to completely inundate much of the wetland system east of the Mississippi River Levees. Water levels along the southern shoreline of Lake Pontchartrain rose by another 2 ft to levels that were nearly 3 ft above normal. By 0600 UTC on 29 August, significant wave heights had reached almost 35 ft at a location due east of the southern tip of the Mississippi River delta, in deep water. Just north of the Chandeleur Islands, wave heights had reached 17 ft. Peak wave periods were nearly 15 sec at both locations. The wave gauge just north of the Chandeleur Islands (a NOAA National Data Buoy Center buoy) failed shortly after this time.

At around 0600 UTC on 29 August (about 1:00 a.m. CDT on 29 August), about 5 hr out from landfall in Louisiana, the rate of rise of both water level and wave height increased considerably in Southeast Louisiana. Katrina made landfall near Buras, LA, at around 1100 UTC (6:00 a.m. CDT) on 29 August. At landfall, the maximum sustained surface wind speed was approximately 100 knots (Category 3 strength). The storm retained its large spatial extent, even as it weakened prior to and after landfall. At approximately 1445 UTC (9:45 a.m. CDT) on 29 August, the storm again crossed the coast near the Mississippi/Louisiana border. The maximum sustained surface wind speed at final landfall was estimated to be 97 knots. Katrina continued to weaken, and was at Category 2 strength by 1800 UTC 29 August at which time it had moved well inland.

During the 12-hr period prior to Katrina making its final landfall, despite its decreasing intensity, the storm pushed a considerable volume of water against the Mississippi River delta

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

and the east-facing levees along the Mississippi River, and in the "pocket" formed by the delta and the Mississippi coast. The storm then pushed that volume of water northward with hurricane strength winds toward the Mississippi coast and into Lakes Borgne and Pontchartrain as the storm tracked to the north. Locally, hurricane force winds from east and east-northeast in advance of the storm center also pushed water against the east-facing levees and floodwalls of the hurricane protection system in Plaquemines, St. Bernard, and Orleans Parishes. The increased water levels in Breton Sound and Lake Borgne allowed considerable wave energy that was generated in the gulf to propagate over and through gaps between the barrier islands, across the inundated wetlands, to the hurricane protection system in Plaquemines, St. Bernard, and Orleans Parishes. Local wave generation also occurred in these inundated areas.

High water levels in Lake Borgne acted to drive water into Lake Pontchartrain (because of the water level difference between the two lakes). In addition to this filling action, locally high winds in Lake Pontchartrain acted to tilt the water surface in the lake, raising the water surface on the downwind side and lowering the water surface on the upwind side of the lake. These same winds created high wave conditions on the downwind side of the lake. Winds blew counter-clockwise about the hurricane's eye, and the storm tracked to the east of Lake Pontchartrain. So as the storm made landfall in Louisiana, tracked north, made final landfall again, and then continued north into Mississippi, wind direction in Lake Pontchartrain changed steadily (winds first from the east, then northeast, then from the north, then northwest, and finally from the west). In response to this changing wind direction, the region of maximum storm surge and high waves translated along the southern half of the lake, moving from west to east.

Throughout the system, the very high water levels and wave energy levels created by Hurricane Katrina exposed the hurricane protection system to considerable hydrodynamic forces. This section provides a general overview of how the wave and water level conditions evolved during the storm. Appendix 5 contains a very detailed discussion of the physics of storm surge wave propagation through the region. The focus for the rest of this volume is characterizing, in much more detail, the water level and wave conditions along the periphery of the hurricane protection system. Forces and loadings on the system created by those conditions are also discussed in more detail. The hydrodynamic conditions created by Katrina are then compared to the conditions which the projects were designed to withstand, from both regional and local, high-resolution hydrodynamic perspectives.

# High-Water Marks and Hydrographs

### Introduction

The Interagency Performance Evaluation Task Force (IPET) study used a combination of measured data and model-simulated data to characterize the time varying water level conditions. Measured data fell into two categories: HWM measurements which capture peak water levels (with some uncertainty); and hydrographs, which capture the water level as a function of time (with more certainty). An extensive post-storm effort was undertaken to identify and survey HWMs following passage of the storm. While certain HWMs capture the peak water levels well, they contain no information about the temporal variation of water level. HWMs also have their

Volume IV  The Storm

IV-17

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

# Winds and Atmospheric Pressures

### Input to Hydrodynamic Models

Accurate regional-scale modeling of waves and storm surge is highly dependent on the accuracy of wind input to the models. Wind speed is the most important factor influencing the regional wave and storm surge climate, in addition to topographic features which influence wave and surge development and propagation. Surface wind shear stress, the primary forcing to both types of models for hurricane simulations, dictates the magnitude and frequency of wave energy and storm surge amplitude. Shear stress is nonlinearly related to wind speed (either a quadratic or cubic dependency depending on the formulation of the wind drag coefficient), so having accurate winds is crucial. Errors in input winds are amplified in a nonlinear manner.

The models applied in this study require wind and pressure fields for the entire modeling domain, which for this study was the entire Gulf of Mexico. Characterization of regional wave and water level conditions was required by several other study tasks, and needed early in the study process. Therefore, a spiral development approach was adopted to produce results quickly and then refine the results once other tasks had the information they needed to proceed. The need to produce results quickly dictated the approach that was taken.

For the storm surge modeling done early in the study, wind and atmospheric pressure fields were generated using a Planetary Boundary Layer (PBL) model (Cardone et al., 1994, Thompson and Cardone 1996). Coupled ADCIRC-PBL models were already in place as a result of prior work done for the U.S. Army Engineer District, New Orleans, so they were utilized while work on the "final" wind and pressure fields was underway. The PBL model employs a moving nested-grid approach (five levels or nests with increasingly higher resolution nearest the storm center) to compute spatially-varying wind and pressure fields as a function of time. For input, the PBL model requires information about the storm position (track), the maximum sustained surface wind speed and central pressure (the type of information shown in Table 1). These input data for the PBL model were obtained from NOAA. Radius-to-maximum-wind values are computed internally within the five-level model using the method presented in Jelesnianski and Taylor (1973). Radii-to-maximum-winds, which influence spatial variation of the wind field, were calculated as a function of central pressure and maximum sustained wind speed. For the final storm surge modeling, winds and pressure fields were derived using the procedure described below.

### Development of the H*Wind/IOKA Wind Product and Pressure Fields

For all the gulf-scale and regional-scale wave modeling reflected in this report, wind fields produced by OWI were used, which include H*Wind snapshots developed by the HRD. This approach was taken because the method to link these wind inputs to Gulf-of-Mexico-scale and region-scale wave modeling had been previously developed as part of a National Ocean Partnership Program (NOPP) project, the linkage was readily adaptable for use in this investigation. This methodology for generating surface winds was adopted to provide input to all final storm surge and wave modeling. The H*Wind snapshots integrated into the preliminary

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

wind fields were primarily based on those created in real-time as part of the NOPP project effort, with some limited reanalysis. The final winds benefited from a much greater reanalysis effort; which according to HRD staff, was the most intensive analysis of hurricane surface winds that has ever been undertaken by that office.

H*Wind snapshots for the inner core of the hurricane are constructed using a method developed at HRD called the HRD Surface Wind Field Analysis System (Powell et al. 1998, http://www.aoml.noaa.gov/hrd/Storm_pages/katrina2005/wind_realtime.html) which utilizes measured meteorological data from a number of different types of sensors and data acquisition processes. All wind measurements are transformed to a standard 10-m reference elevation, averaging period (1-min sustained wind speed) and marine or land exposure, whichever is desired. The data are scrutinized for quality. The product of this man-machine mix is a wind streamline and isotach contour plot that is fixed (storm centered) in space and time. HRD produced a series of H*Wind analysis snapshots that comprise the duration of this storm. Of greatest interest for this study are the snapshots produced every 3 hr between 0000 UTC on 26 August and 1200 UTC on 30 August. They represent the best wind estimate for the target domain on which the snapshot is placed. The development of the full domain winds requires two procedures. First, snapshot H*Wind fields are repositioned to the storm track, and then a moving center interpolation algorithm is applied to preserve the characteristics of the tropical storm wind core in space and time.

The wave and surge modeling activities require complete wind field specification for the entire target domain; the H*Wind technique defined the wind conditions to within about 4 degrees of latitude around the storm, but peripheral winds are also needed. Accomplishing this task requires background estimates which are derived from the NOAA National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR) Reanalysis Project (Kalany et al. 1996). The NCEP/NCAR winds are rigorously analyzed and rely on data assimilation methods using data not originally used in the NCEP operational forecast. A final step is to inject local marine data, adjusted to a consistent 10-m elevation and adjusted for neutral stability. This procedure uses an Interactive Objective Kinematic Analysis (IOKA) System (Cox et al. 1995, Cox and Cardone 2000) developed by OWI. OWI produced the final wind and pressure fields used in this study.

The pressure fields generated for the Katrina study are built from a single exponential pressure profile (see Holland, 1980, for example) which also reflects the central pressure estimates from the NOAA Tropical Prediction Center/National Hurricane Center. No synoptic-scale pressure inputs were considered. The pressure field snapshots, aligned to the storm track, are spatially and temporally interpolated in a similar fashion as done for the winds and placed on the identical fixed latitude/longitude grid. The track applied represents a linear 3-hr interpolation of the HRD analysis results for storm position.

All wind and pressure fields produced by OWI (http://www.oceanweather.com) were created for two domains, a Gulf-of-Mexico-scale domain (called the basin-scale domain) and a Louisiana/Mississippi regional domain. Specifics of the wind and pressure field domains are provided in Table 2. Winds and pressures are more highly resolved at the regional scale that at the basin scale. Wind and pressure fields were defined every 15 min. Surface winds from OWI

represent 30-min average wind speeds, and they are adjusted as needed for input to the wave and surge models (ensuring consistency with the wind stress formulations embedded in the models). A few results of the wind analysis are presented below. More detail about the process used to generate the wind and pressure fields and the quality of results are contained in Appendix 2.

**Table 2**
**Wind and Pressure Field and Offshore Wave Model Domain Characterization**

| Domain | Longitude (deg) | | Latitude (deg) | | Res. (deg) | Duration | Wind Output Interval (min) |
|--------|------|------|-------|-------|------------|----------|----------------------------|
| | West | East | South | North | | | |
| Basin | 98 W | 80 W | 18 N | 30.8 N | 0.1 | 0000 UTC 26 August to 0000 UTC 31 August | 15 (30-min avg winds) |
| Region | 91 W | 88 W | 28.5 N | 30.8 N | 0.025 | 0000 UTC 28 August to 0000 UTC 30 August | 15 (30-min avg winds) |

**Katrina Surface Wind Fields at Landfall**

Figures 25 through 27 show the 1-min sustained surface wind field associated with the H*Wind snapshot at the following times on 29 August: 1) 0900 UTC, several hours prior to landfall, 2) 1200 UTC which is about an hour after landfall near Buras, LA, and 3) 1500 UTC slightly after landfall near the Mississippi/Louisiana coastal border. The white vectors in the figures indicate the general wind direction and they reflect the counterclockwise rotation of the winds about the storm center. Peak wind speeds are seen to the right of the storm center, at times shifted slightly toward the right front quadrant, which is typical for hurricanes. Maximum surface wind speeds throughout this time period are approximately 100 knots.

At 0900 UTC (Figure 25), much of the water surrounding coastal Southeast Louisiana is located within the right front quadrant of the storm, which means winds from the east and south-east directions in a counterclockwise rotating wind field. Wind speeds throughout the region are for the most part at hurricane strength (i.e., speeds in excess of 64 knots). The highest winds, those exceeding 95 knots, are located in two zones. One is just offshore of the Mississippi River delta where they blow from the south, and a second zone is over the delta itself where they blow from the southeast and east. Winds in Lake Borgne, which is due north of the storm center and directly in its path, are out of the east-northeast at speeds of 55 to 65 knots. Lake Pontchartrain is in the left-front quadrant of the storm, a little more distant from the eye of the storm, and winds there are from the north-northeast at 40 to 50 knots. Wind speeds in Lake Pontchartrain are lower because it is further away from the storm center.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 25.   H*Wind snapshot for 0900 UTC on 29 August, just prior to landfall.



Figure 26.  H*Wind snapshot for 1200 UTC on 29 August, just after landfall near Buras, LA.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 27.  H*Wind snapshot for 1500 UTC on 29 August, near landfall at Mississippi/Louisiana border.

At 1200 UTC (Figure 26), just after the storm has made landfall, most of the coastal waters surrounding Southeast Louisiana waters are exposed to winds greater than 85 knots, a very large area of intense winds. The eye of the storm is in south Plaquemines Parish at this time, east of the Mississippi River. With the closeness of the storm center, the different water bodies of

Southeast Louisiana are being exposed to different and rapidly changing wind conditions. Winds in Breton Sound continue to blow from the south and southeast at speeds between 80 and 100 knots. Winds over Lake Borgne are now blowing from the northeast at speeds of approximately 90 knots. In Lake Pontchartrain, winds are shifting rapidly and are now from the north-northeast at speeds ranging from 55 to 80 knots depending on location within the lake (higher wind speeds on the east side of the lake).

At 1500 UTC (Figure 27), only 4 hr after landfall in Buras, the wind field pattern has completely changed in Southeast Louisiana. The storm center has moved through Southeast Louisiana and it is making landfall at the Mississippi/Louisiana coastal border. Breton Sound is now located in the rear right quadrant of the storm, and winds are now blowing out of the southwest and south, at speeds of 65 to 80 knots. In Lake Borgne, which is also in the rear quadrants, winds are blowing from the west and southwest at speeds of 65 to 75 knots. Winds in Lake Pontchartrain have continued to shift and now blow out of the northwest at speeds from 60 to 70 knots. That pattern will continue and winds will eventually blow from the west in the lake.

**Comparison: H*Wind/IOKA Winds with Measurements**

Figure 28 shows locations where wind measurements were available for the region encompassing Southeast Louisiana. The figure also shows the exact size of the regional, higher-resolution, domain for which H*Wind/IOKA wind fields were produced. Figures 29 through 32 show measured wind speed and direction at four locations (30-min sustained surface winds from the H*Wind/IOKA product), Southwest Pass to the Mississippi River, BURL1 (Figure 29), Buoy 42067 just north of the Chandeleur Islands, USM3M01 (Figure 30), Waveland, MS, WAVM6 (Figure 31), and Lake Pontchartrain Causeway, MDLL1 (Figure 32). All of these locations, except the Midlake site on the causeway in Lake Pontchartrain, are in positions that were east of the storm's path. Figures 29 through 32 also show the comparison between measured wind data and results from the H*Wind/IOKA wind product.

The H*Wind/IOKA winds show that for at least 4 to 5 days prior to landfall in Louisiana, winds were steadily out of the east and northeast and they gradually increased in speed during that time. This trend is confirmed by the measurements shown above and those shown in Appendix 2. As discussed previously, persistent winds blowing from east to west acted to push water from east to west along the Mississippi/Alabama continental shelf toward the Mississippi River delta and Southeast Louisiana. This regional-scale movement of water began to build the storm surge in Southeast Louisiana and flood low-lying wetlands well in advance of the storm's arrival, i.e. the core of the storm. Measurements at the Southwest Pass site and Buoy 42067 clearly show these steady winds from the east with gradually increasing wind speeds.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 28.  Wind measurement sites within the regional domain.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 29.  Comparison of wind speed (upper panel) and direction (bottom panel) at Southwest Pass, LA. [Time is referenced to UTC].

IV-54

Volume IV  The Storm
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 30.  Comparison of wind speed (upper panel) and direction (bottom panel) at Buoy 42067. [Time is referenced to UTC].



Figure 31.  Comparison of wind speed (upper panel) and direction (bottom panel) at Waveland, MS. [Time is referenced to UTC].

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 32.  Comparison of wind speed (upper panel) and direction (bottom panel) at Midlake, Lake Pontchartrain, LA. [Time is referenced to UTC].

As the storm approached landfall, winds increased at a more rapid rate. Measurements at Southwest Pass show the intensification occurring at around 0000 UTC on 29 August. At Buoy 42067 it occurs later, at 0400 UTC; and at Waveland it occurs at about 0600 UTC. This trend is consistent with the northward track of the storm. As shown earlier in this volume, an increase in the rate of water level rise also occurs at about this same time. The timing of wind speed and water level increases are correlated. The H*Wind/IOKA wind product at Southwest Pass also shows the close proximity of the storm center to that site, as evidenced by the rapid rise of winds prior to arrival of the storm eye, a rapid decrease and then increase associated with passage of the eye, then gradual reduction in wind speed as the storm moved away toward the north (two peaks in the computed wind speed time series).

Wind speed measurements from the Midlake Lake Pontchartrain site on the causeway (Figure 32) show an unusually abrupt increase in wind speed. The rapid change was not seen in any other data that were acquired in the region, and data from Lakefront Airport (also shown in Figure 32) along the south shore of Lake Pontchartrain suggest a more gradual increase in wind

speed, so the data from the Midlake measurement site were considered to be suspect, likely due to the causeway obstructing the flow for wind directions from the north.

A considerable effort was made to maximize use of measured meteorological data in the process to create H*Wind snapshots as well as the IOKA process to develop the basin and regional-scale wind fields, because of the critical nature of winds in the wave and storm surge modeling. In many locations, particularly south Plaquemines Parish, model results are the only source of information for quantifying the temporal variation of wave and water level conditions along the periphery of the hurricane protection system. So it was very important to compare wind measurements and wind input to the models, and quantify accuracy of model input throughout the entire wave and storm surge generation area. Comparison of model results to measurements was given a high priority in all facets of the IPET wave and water level analysis. Figures 29 through 32 provide an indication of the accuracy of the H*Wind/IOKA wind field products. The greatest errors are in wind direction. Errors are smallest during the day just prior to landfall, when wind speeds rapidly increase in magnitude. Some small-scale wind features are not captured. However, overall trends and patterns are captured well and magnitudes are reasonably accurate. Comparisons between measured wind data and the H*Wind/IOKA wind product for the Southwest Pass and Waveland sites are indicative of results seen at other measurement sites.

Figure 33 shows additional locations throughout the Gulf of Mexico where wind measurements were compared to results from the H*Wind/IOKA product. These are sites where NOAA National Data Buoy Center buoys are located, and where both wind and wave data were recorded. The storm track is also shown in the figure. Wind speed data from several of these buoys nearest the storm track were compared to results from the basin-scale H*Wind/IOKA wind field product. Table 3 shows results from these comparisons, in terms of several statistical measures; mean, bias, absolute error, root-mean-square error (RMSE), scatter index which is related to RMSE/bias, correlation coefficients, and results from linear regression analyses (one that does not force the y-intercept to zero, "Corr (r)", and one that does, denoted "Symm r"). Definitions for each of these error measures are given in Appendix 2.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 33.  Locations of NOAA National Data Buoy Center buoys.

**Table 3**
**Statistical Results: Basin-Scale Winds for Hurricane Katrina – All Wind Speeds in knots**

| Buoy ID | Mean Cond. | | Bias | Abs. Err | RMS Error | Scat Indx | Linear Regression Estimators | | | | No. Obs |
|---------|------|-------|------|----------|-----------|-----------|---------|--------|-----------|------------|---------|
| | Meas | Model | | | | | Corr (r) | Symm r | Slope (a) | Intercp (b) | |
| 42001 | 18.08 | 18.58 | 0.50 | 1.52 | 1.90 | 10 | 0.99 | 1.03 | 1.03 | 0.04 | 82 |
| 42003 | 22.97 | 21.81 | -1.16 | 2.53 | 3.03 | 13 | 0.99 | 0.92 | 0.82 | 3.05 | 42 |
| 42007 | 15.92 | 15.49 | -0.43 | 2.60 | 3.42 | 21 | 0.92 | 0.98 | 0.93 | 0.62 | 57 |
| 42036 | 21.36 | 21.01 | -0.35 | 1.32 | 1.73 | 8 | 0.95 | 0.98 | 0.89 | 1.92 | 83 |
| 42038 | 12.97 | 13.41 | 0.44 | 1.94 | 2.35 | 18 | 0.95 | 1.01 | 0.90 | 1.71 | 82 |
| 42039 | 21.71 | 22.32 | 0.61 | 1.94 | 2.58 | 12 | 0.95 | 1.01 | 0.87 | 3.38 | 84 |
| 42040 | 20.74 | 21.62 | 0.87 | 2.06 | 2.72 | 13 | 0.98 | 1.01 | 0.93 | 2.27 | 84 |
| 42055 | 9.43 | 10.48 | 1.05 | 2.92 | 3.48 | 37 | 0.64 | 1.05 | 0.44 | 6.36 | 84 |

The statistical results for the wind estimates at eight offshore buoy locations (see Figure 33) show close agreement to the measurements. This is not surprising because IOKA uses all

Volume IV  The Storm

IV-59

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

available measurements in the final blending step. There does not appear to be any systematic bias in the H*Wind/IOKA wind product. Biases in the modeled winds range from -1.16 to +1.05 knots (Note that a negative bias is model under-estimation and a positive bias is an over-estimation). The absolute error is more or less a factor of two greater, 1.3 to 2.9 knots. The RMSE, a measure of the error variability, is slightly less than 3.5 knots demonstrating the high-degree of accuracy in the wind fields. The Scatter Index (SI) falls into a range that is consistent with that of research quality wind products (Cox et al. 1995). The correlation coefficient is no less than 0.92 in the area surrounding Katrina's path. Results from the linear regression analysis reflect the accuracy of the wind fields at these point source measurements, ranging from -8 to +5 percent.

Two offshore oil platforms, equipped with wind and wave measurement sensors, recorded peak winds during the time of Katrina. Maximum wind speeds measured at the two platforms were between the H*Wind/IOKA wind field estimates of 51.9 and 56.7 knots at the two locations.

The full set of wind comparisons (time series comparisons), utilizing data from each buoy and land measurement site, are provided in Appendices 3 and 2, respectively.

**Performance of Wind Instrumentation**

Note that most of the wind measurement sensors in the regional domain shown in Figure 28 near the path of the storm failed prior to the peak of the storm. Instruments at most sites in the immediate Southeast Louisiana vicinity failed to fully capture the wind speed and direction record during the storm. This was a recurring theme, for both wind and water level instrumentation in the high impact zone: failure of sensors to function or survive and capture conditions just prior to, during, and after the storm peak, i.e., the crucial part of the storm. The deeper-water buoys fared better because most were located at greater distances from the core of the storm. Instruments on Buoys 42007, 42067, and 42003 failed prior to the peak. There is great need for instruments that can reliably measure surface wind conditions, water levels, and nearshore wave conditions during the peaks of severe hurricanes.

**Katrina versus SPH Storm Parameters**

Volume III discussed the design hurricane for the Lake Pontchartrain, LA, and Vicinity hurricane protection system, and the Standard Project Hurricane (SPH). The hurricane parameters that defined the SPH were: central pressure of 27.6 in. of mercury (934 mb); radius-to-maximum-winds of 30 nautical miles; maximum wind speed of 100 mph (87 knots); and, a range of forward speeds, 5 to 11 knots.

Figure 34 shows the temporal variation of central pressure, maximum wind speed, and radius-to-maximum-winds for Katrina during the time the storm was in the Gulf of Mexico. Note the high degree of temporal variability in all three parameters. Values of the same parameters for the SPH, plotted as constant values, are also shown in the figure. The original SPH work only considered hurricane conditions at landfall. During the period of time between 0900 UTC on

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

28 August through 1500 UTC on 29 August (time of final landfall), the central pressure of Katrina was lower than the SPH value, and it was 32 mb lower at one point near the time when the storm reached peak intensity. In terms of central pressure, Katrina was much more severe than the SPH. The direct effect of central pressure on storm surge is not that great. However, the lower central pressure is an indicator of storm intensity, i.e. wind conditions. Figure 34 shows the high degree of correlation between central pressure and maximum wind speed.

During the time period from 0300 UTC on 27 August through 2100 UTC on 27 August the intensity of Katrina, as indicated by the maximum wind speed, hovered around the same intensity as the SPH (87 knots). From 0000 UTC on 28 August through the time of final landfall, maximum winds exceeded those of the SPH. At the height of the storm's intensity, the maximum wind speed for Katrina (139 knots) greatly exceeded that of the SPH, by 52 knots. At landfall, the maximum wind speed of Katrina (100 knots) exceeded the SPH value by 13 knots. Wind speed differences are most important. The role of wind speed in determining storm surge and wave energy levels, through its nonlinear relationship with surface wind shear stress, was discussed earlier.

The wave producing potential of a storm is related to the wind speed raised to the second power (the relationship between wind speed and surface shear stress). While the storm was in deeper water at its peak intensity, Katrina was actively spawning waves consistent with those of a Category 5 intensity storm; and the wave producing potential of Katrina was 250 percent of the potential for the SPH design storm. The wave energy created in deep water, even while the hurricane was located away from the coast, is extremely important in determining what takes place at the coastline. Waves will propagate from deep water to the coast and contribute to water level increases at the coast (storm surge) through the process of wave setup. They are also important because the magnitude of wave height and period in the storm-generated wave field directly influences nearshore wave conditions, which dictate wave runup and overtopping on levees and floodwalls. Waves are effectively generated by wind in deep water; however, winds are much less effective in generating storm surge in deep water.



Figure 34.  Comparison of Katrina and SPH storm parameters.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

The storm surge producing potential of a storm is related to wind speed raised to the second or third power (the latter assuming the surface wind drag coefficient is a linear function of the wind speed). The cubic relationship is implicit in the storm surge modeling done as part of this IPET investigation. Just prior to and at landfall, Katrina's storm surge producing potential was 130 to 150 percent of that for the SPH storm intensity, depending on whether the quadratic or cubic dependency is assumed. That 15% difference in maximum wind speed near landfall translates into 30 to 50 percent more storm surge generating potential. Either case represents a significant increase.

The surge and wave potential of Katrina greatly exceeded that of the SPH throughout the time during which the storm had it greatest influence on conditions along Southeast Louisiana, even despite the significant decrease in Katrina's intensity during the 12-hr period prior to landfall. Katrina's large size and extreme intensity contributed to development of high water levels and wave conditions along Southeast Louisiana, even while the storm was some distance away from the coast. Results also suggest that the Saffir-Simpson scale is not a reliable indicator of the surge and wave producing potential of a hurricane. The scale does not adequately reflect the strongly nonlinear relationships between wind speed and storm size and surge or wave producing potential of a hurricane. The scale also neglects topographic controls, which for Southeast Louisiana is a crucial factor in storm surge generation.

A radius-to-maximum-winds value of 30 nautical miles was adopted for the SPH. Prior to landfall, values for Katrina were less than the SPH value. Values ranged from 6 to 28 nautical miles most of the time, except near landfall. From 0000 UTC on 28 August until just prior to landfall, the radius-to-maximum-winds varied within a fairly narrow range, between 14 and 20 nautical miles At landfall, the radius-to-maximum-winds of Katrina increased substantially, to values of 31 to 36 nautical miles, values roughly equal to the SPH value.

The forward speed of the SPH was allowed to vary in the original design studies, from 5 to 11 knots. During the 24-hr period between 0000 UTC on 28 August and 0000 UTC on 29 August, the forward speed of Katrina was about 10 knots. Between 0300 UTC on 29 August and 1200 UTC on 29 August, as the storm approached and made landfall in Southeast Louisiana, Katrina's average forward speed was about 13 knots. Assuming everything else about a hurricane is constant, a slower moving storm along the track of Katrina would be expected to produce a higher storm surge because winds have more time to push water into the region.

# Regional Wave Modeling

### Purpose and Approach

Wave modeling was done to characterize wave conditions just seaward of the hurricane protection system, throughout the entire study region. With one exception (two buoys located in close proximity at a single location in Lake Pontchartrain just north of the 17th Street Canal), no shallow-water wave measurements were available that captured wave conditions during the storm just seaward of the levees and floodwalls. Wave measurements were available at a few offshore sites, some of which survived the peak of the storm; but these sites are too far away

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.