# EXHIBIT 3

Exhibit 10 to Deposition of Hector Pazos

