# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    *    C.A. NO. 05-4182; "K" (2)
CONSOLIDATED LITIGATION          *    JUDGE: DUVAL
                                 *    MAG.: WILKINSON
_____  *
                                 *
PERTAINS TO:                     *
INSURANCE (Sanders, No. 07-2160) *

---

## ORDER

IT IS ORDERED that the above numbered and entitled cause, be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this 30th day of _____November_____, 2009

_____
Stanwood R. Duval, Jr.
United States District Judge