# THE LAW OFFICE OF
# JOSEPH M. BRUNO, APLC
### FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

*PRACTICE RESTRICTED TO U.S. FEDERAL COURTS

November 23, 2009

2009 NOV 30 PM 4: 08
LORETTA G. WHYTE
CLERK

**ORIGINAL**

**VIA HAND DELIVERY**
Honorable Magistrate Joseph C Wilkinson, Jr
US District Court - Eastern District of LA
500 Camp Street, Room B409
New Orleans, LA 70130

File in all (3) records
J.

RE:   In Re: Katrina Canal Levee Breaches Litigation, 05-4182-K
      USDC, EDLA, Case No. 06-5164, 07-5112 "K"(2)
      Pertains to: *Road Home-Insurance*

Dear Magistrate Wilkinson:

On November 11, 2009 this court entered an order (Record Doc. 19369) requiring 17 client's represented by Joseph M. Bruno with outstanding issues with regard to the Louisiana Road Home to appear before Your Honor to state their reasons for refusing to repay the Louisiana Road Home. I am happy to report that since the entrance of your order six of the named plaintiffs (Carter, Darensbourg, Doley, Dupree, Floyd, and Turner) have decided that they wish to forgo their appearance and have executed the necessary documentation.

In addition to the original 17 plaintiffs, we now request that two additional plaintiffs be added to your December 7, 2009 status conference. Those plaintiffs are Linda Butler and Deidre Williams. Both clients have conveyed to us that they are able to be present and wish to state their case to Your Honor

For your convenience I have supplied an updated exhibit outlining the pertinent information that Your Honor has requested in previous status conferences of this nature. If you need any further information please do not hesitate to contact our office at (504)324-6599.

RECEIVED
NOV 24 2009

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.JBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335 · FAX 504-561-6775

Road Home-Insurance
Page 2

Thanking you in advance for your consideration,

                                      Very truly yours,
                                      The Law Office of Joseph M. Bruno

                                      Joseph M. Bruno

JMB
Enclosure


cc:    Chris Pellegrin
cc:    David Strauss
cc:    Dan Rees

| Last | First | RH ID | Insurer | Prior Payments | Coverage A | Coverage B | Coverage C | Coverage D | Total Settlement | Total Released Amount | Attorney's Fee on Structure | RH Duplication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alexander | Wilbert & Bernita | 06HH090120 | Citizens | $ 9,641.68 | $ 24,751.10 | $ 219.79 | $ 5,950.00 | $6,000.00 | $ 36,920.89 | $ 46,562.57 | $ 9,900.44 | $12,604.99 |
| Butler | Linda | 06HH226950 | Citizens | $ 34,035.01 | $ 13,401.42 | $ - | $ 8,000.00 | $9,000.00 | $ 30,401.42 | $ 64,436.43 | $ 3,350.36 | $ 1,856.04 |
| Cotton | Millicent | 06HH027943 | Citizens | $ 16,343.76 | $ 20,000.00 | $ - | $10,000.00 | $6,000.00 | $ 36,000.00 | $ 52,343.76 | $ 8,000.00 | $12,000.00 |
| Denson | Willie | 06HH150913 | Citizens | $ 9,862.64 | $ 48,000.00 | $ - | $ - | $4,000.00 | $ 52,000.00 | $ 61,862.64 | $ 19,200.00 | $28,800.00 |
| Hammurabi | John | 06HH023914 | Citizens | $ 7,739.47 | $ 14,894.63 | $ 932.62 | $ 3,000.00 | $5,400.00 | $ 24,227.25 | $ 31,966.72 | $ 5,957.85 | $ 8,936.78 |
| Jarrow | Valencia | 06HH201522 | Citizens | $ - | $ 11,868.28 | $3,769.16 | $ 3,350.66 | $3,000.00 | $ 21,988.10 | No Release | $ 2,184.16 | $ 3,276.28 |
| Mcbride | Sheryl | 06HH106978 | Citizens | $ 15,641.20 | $ 27,427.33 | $ 572.67 | $10,000.00 | $8,286.46 | $ 46,286.46 | $ 61,927.66 | $ 10,970.93 | $16,317.79 |
| Ben | Merlin | 06HH049134 | Citizens | $ 26,912.13 | $ 15,385.29 | $ - | $ - | $1,814.69 | $ 17,199.98 | $ 44,112.11 | $ 6,154.12 | $10,257.37 |
| Monroe/Hogan | Lucenda/Audry | 06HH017469 | Citizens | $ 1,500.00 | $ 52,991.18 | $4,008.82 | $ 8,000.00 | $7,500.00 | $ 72,500.00 | $ 74,000.00 | $ 21,196.47 | $30,000.00 |
| Myrick | Tommie | 06HH005231 | Citizens | $ 18,333.94 | $ 21,216.78 | $3,535.22 | $ 6,000.00 | $7,500.00 | $ 38,252.00 | $ 56,585.94 | $ 8,486.71 | $12,730.07 |
| Nolan | Germaine & Denni | 06HH068814 | Citizens | $ 25,397.02 | $ 27,924.47 | $ 75.53 | $ 6,000.00 | $6,000.00 | $ 40,000.00 | $ 65,397.02 | $ 11,169.79 | $16,754.68 |
| Payne | Larry | 06HH097967 | Citizens | $ 9,794.75 | $ 11,914.22 | $3,086.85 | $ 4,026.90 | $4,020.00 | $ 23,047.97 | $ 32,842.72 | $ 4,765.69 | $ 7,148.53 |
| Torry-Chapman | Chandra | 06HH005219 | Citizens | $ 11,736.94 | $ 38,850.57 | $2,324.09 | $ 8,000.00 | $3,000.00 | $ 52,174.66 | $ 63,911.60 | $ 15,540.23 | $23,310.35 |
| Williams | Diedre | 06HH048278 | State Farm | $ - | $ 26,000.00 | $ - | $ 4,000.00 | $6,000.00 | $ 36,000.00 | $ 36,000.00 | $ 10,400.00 | $15,424.03 |