UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*   08-4459 | * | JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA INC.'S MOTION TO EXCLUDE
EXPERT TESTIMONY
BY GENNARO MARINO**

Defendant Lafarge North America Inc. ("LNA") moves to exclude expert opinion testimony by Gennaro Marino, a geotechnical engineer designated by the plaintiffs to testify about the "nature and causes of the IHNC wall breaches." Doc. 18390 at 20. As explained in detail in LNA's memorandum of law in support of this motion, Dr. Marino's testimony that the Barge ING 4727 caused the North Breach and South Breach of the IHNC floodwall is unreliable and inadmissible under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), because Dr. Marino employed a flawed "process of elimination" which did not eliminate potential causes and also used flawed and faulty data in performing that analysis. Accordingly, Dr. Marino's testimony on the issue of breach causation should be excluded from the June 2010 bench trial.

1

Dated: December 1, 2009							Respectfully submitted,

											Robert B. Fisher, Jr., T.A. (#5587)
											Derek A. Walker (#13175)
											**CHAFFE MCCALL, L.L.P.**
											2300 Energy Centre
											1100 Poydras Street
											New Orleans, LA  70163-2300
											Telephone:  (504) 585-7000
											Facsimile:  (504) 585-7075
											Fisher@chaffe.com
											Walker@chaffe.com

											 /s/ John D. Aldock
											John D. Aldock
											Richard M. Wyner
											Mark S. Raffman
											**GOODWIN PROCTER LLP**
											901 New York Avenue, N.W.
											Washington, DC  20001
											Telephone:  (202) 346-4240
											jaldock@goodwinprocter.com
											rwyner@goodwinprocter.com
											mraffman@goodwinprocter.com


											Daniel A. Webb (#13294)
											**SUTTERFIELD & WEBB, LLC**
											Poydras Center
											650 Poydras Street, Suite 2715
											New Orleans, LA  70130
											Telephone:  (504) 598-2715

											*Attorneys for Lafarge North America Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2009.

                                        /s/ John D. Aldock

LIBW/1724733.1