# EXHIBIT 1

Excerpts of Appendix B to Report of Robert Bea

**APPENDIX B**

**FORENSIC ENGINEERING ANALYSES OF MRGO REACH 2 BREACHES**

1.     This Appendix is divided into four sections. Sections I and II provide a summary of forensic engineering observations and analyses to determine the causes of the breaches, failures, and overtopping that developed with respect to the man-made features along the MRGO St. Bernard Parish Reach 2 frontage during and following Hurricane Katrina. Section III summarizes the major conclusions drawn from this work. Section IV provides a list of the references cited in this report. The following table of contents will serve as a guide to help reading this document.

## TABLE OF CONTENTS

I.     FORENSIC ENGINEERING OBSERVATIONS ....................................................... 2

II.    FORENSIC ENGINEERING ANALYSES ................................................................ 11

MRGO REACH 2 HURRICANE FLOOD PROTECTION STRUCTURES FIELD OBSERVATIONS ................................................................................................. 11

*Breaching Mechanisms* ....................................................................................... 22

*EBSB Breaching Study Location* ........................................................................ 25

*EBSB Study Location Soil Erosion & Scour Characteristics* ....................................... 30

*EBSB Profile* ..................................................................................................... 34

*Hurricane Katrina Hydrodynamic Conditions* ............................................................ 35

LOCAL VEGETATION EFFECTS ON HURRICANE KATRINA WAVE CONDITIONS ......... 52

EFFECTS OF GRASS COVER ON PERFORMANCE OF EBSBs ......................................... 69

PERFORMANCE OF THE REACH 2 MAN-MADE FLOOD PROTECTION STRUCTURES FOR MRGO HURRICANE KATRINA CONDITIONS .................................................. 80

*LS-DYNA Computer Program* ............................................................................. 82

*Hydrodynamic Velocities and Cumulative Erosion Results* ......................................... 84

*Analysis for Scenario 1 (0430 CDT)* .................................................................. 85

*Analysis for Scenario 1 (0530 CDT)* .................................................................. 88

*Analysis for Scenario 1 (0630 CDT)* .................................................................. 91

*Analysis for Scenario 1 (0730 CDT)* ............................................................... **94**

*Analysis for Scenario 1 (0830 CDT)* ............................................................... **97**

*Analysis for Scenario 2C – 'Neutral' MRGO Hurricane Katrina Conditions* ........ **100**

*Evaluation of EBSB Breach due to Wave Impacts* .................................. **102**

*Wave-Induced Erosion Analyses* ...................................................... **104**

*EBSB Overtopping-Induced Erosion* ................................................. **109**

*Parametric Wave Attack Erosion Evaluations* ...................................... **126**

*IPET and Ebersole EBSB Breaching Studies* ......................................... **131**

*Conclusions and Observations from Analytical Results* ........................... **135**

*Assessment of MRGO Reach 2 EBSB Breaching* ..................................... **135**

Bayou Bienvenue Navigation Structure Breach ............................. **137**

Bayou Dupre Navigation Structure Breach .................................... **146**

EBSB Instability Exacerbated by MRGO Channel Dredging and Widening ................................................................................. **156**

Phase 2 Evaluations of MRGO EBSB (Reach 2) Breaching Mechanisms .. **172**

*Breach Development Mechanisms* .......................................................... **176**

III.   SUMMARY OF FORENSIC ENGINEERING INVESTIGATIONS .................. **197**

IV.   REFERENCES ....................................................................................... **208**

## I.   FORENSIC ENGINEERING OBSERVATIONS

2.   As a preliminary matter, I will define terms that are used in my Declaration.

(a)   The MRGO is a man-made navigational waterway approximately 76 miles long. It runs generally on a northwest direction from Breton Sound in the Gulf of Mexico through the parishes of St. Bernard and Plaquemines to New Orleans. The MRGO joins the Gulf Intracoastal Waterway (GIWW) near the Paris Road Bridge and runs toward the west to the Inner Harbor Navigational Canal (IHNC, also known as the Industrial Canal). This Declaration will address the performance of man-made flood protection features constructed along one section (Reach 2) of this navigational waterway (Figure 1):

(Wibowo et al 2007). General observations of levee performance were correlated with results from these studies. However, no analyses were developed to directly connect results from the in situ field tests and analyses of performance of the EBSBs due to wave action and surge overtopping.



Figure 21: Sheet flow overtopping erosion of the lower back slope face with critical erosion at toe of the levee on the backside (ILIT 2006)

12.    USACE observations from the earliest days following Katrina concluded and declared publicly that the MRGO Reach 2 EBSBs had failed due to "massive overtopping" (Times Picayune, September 1 2005). Subsequently, the USACE IPET investigations confirmed these observations and based its analyses on the scenario that the purported Reach 2 'levees' and areas adjacent to the two navigation structures breached as a result of scour and erosion induced by overtopping (IPET 2007, Sills et al 2008). It is obvious that the Reach 2 EBSBs were overtopped during Hurricane Katrina. What is not so obvious, however, is whether the overtopping protected side breaching was preceded by wave attack breaching – crenellation – on the unprotected side. Results from my and other investigations (ILIT 2007, Seed et al 2007a, 2008a , Team Louisiana 2007) indicates that in many cases – if

not the majority of cases – it is very likely that the backside overtopping erosion was preceded by front side wave attack erosion. The front side erosion transitioned into backside erosion after overtopping, and development of the breaching resulted in erasing much of the evidence of the preceding front side breaching.

13.     It also is obvious that due to decisions that were made regarding the reference vertical elevation datum for construction of the supposed levees, they were not built to their authorized elevations (USACE IPET 2007, Woolley, Shabman, *Hurricane Protection Decision Chronology Report* 2008). The decision to use an inaccurate and obsolete vertical datum combined with the incomplete construction of the levees authorized for construction in 1965 as part of the Lake Pontchartrain and Vicinity Hurricane Protection Project resulted in important decreases in the EBSB crown elevations and elevations of the navigation - lock structures (Bea and Storesund 2008). These decreases in the EBSB and navigation structure elevations and cross sections had very important effects that exacerbated the overtopping erosion and breaching effects (GEI Consultants 2007, USACE IPET 2007, Team Louisiana 2007, ILIT 2006, Bea and Storesund 2008).

### EBSB Breaching Study Location

14.     Figures 22 and 23 show the EBSB site located south of Bayou Bienvenue that was analyzed in detail to determine how breaching would have developed during Hurricane Katrina (station 497+00). This site was chosen because photographic evidence and pre and post Katrina elevation surveys showed that the area was severely eroded during Hurricane Katrina (Figures 24 and 25).



Figure 22: Site chosen for wave induced erosion – scour study (Bea and Storesund 2008).



Figure 23: A generalized cross section as presented in CEI (1984) and originally created by Kolb and Van Lobik (Bea and Storesund 2008). Note entire area is covered with "Marsh" deposits from 10 feet to 15 feet thick. These deposits were buried by the MRGO dredged spoil banks and subsequently by the Reach 2 EBSBs.



Figure 24: Pre and post Katrina levee crest elevation surveys (ILIT 2007).

27



Figure 25: Aerial LiDAR surveys captured the erosion features of the MRGO levees following Hurricane Katrina (Bea and Storesund 2008). Elevations are colored from red

(low) to blue (high).  Above is an aerial oblique photograph showing erosion and scour as depicted in the Aerial LiDAR survey.

15.    Figure 26 presents a historic timeline of the levee crest elevation at Station 497+00 from 1966 to 2007.  At the time Hurricane Katrina hit the MRGO area, the levee crest elevation had settled approximately 1.5 feet below the target crest elevation of +17.5 feet (NGVD).  Also included on this plot are approximations of storm surge elevations (high water marks) near Station 497+00 from observations following Hurricanes Betsy (USACE, 1965) and Camille (USACE, 1970).



Figure 26: Plot of levee crest elevation from 1966 to 2007, when Hurricane Katrina hit New Orleans (Bea and Storesund 2008).

***EBSB Study Location Soil Erosion & Scour Characteristics***

16.     The ILIT team undertook a program of soil sampling and testing at various locations along the Reach 2 affected EBSBs (Figure 27). These samples were transported to a laboratory at Texas A&M University and tested to determine soil properties and characteristics as well as their erosion – scour resistance (ILIT 2006, Briaud et al 2007). Previously, as a part of a long-term research program at Texas A&M University concerned with erosion around bridge piers and scour of earth levees, a specialized testing apparatus had been developed and validated to simulate sheet-flow erosion characteristics on samples of soil (Briaud et al 2007, 2008). This testing apparatus was used to determine the conditions (compaction, salinity, water velocity) at which the soil samples would erode and the rates at which the samples would erode.



Figure 27: EBSB samples obtained from Reach 2 of MRGO (Bea and Storesund 2008).

17.    Results from the laboratory sheet-flow erosion testing on the samples retrieved from the Reach 2 of MRGO are summarized in Figure 28. The soils obtained from Reach 2 (samples #4, #5, #6), the areas that suffered significant breaching during Hurricane Katrina showed "very high erodibility" (ILIT 2006, Briaud et al 2007, 2008). These soils were characterized with very high sand, silt, and shell content and little compaction.



Figure 28: Samples (red boxes) obtained and tested from the MRGO were found to have high to very high erodibility based on results from laboratory testing performed by ILIT (2006) (Bea and Storesund 2008).

18.    Figure 29 summarizes data from the laboratory testing that was utilized to evaluate the wave erosion – scour characteristics at the study location. Figure 30 is a picture of the soils sampled from this location.



Figure 29: Erodibility test results on bulk soil samples from the MRGO levees (ILIT 2006).



Figure 30: Close up photograph of soils on shoulder of breach on MRGO EBSB at station 497+00 showing dredge spoil materials used in construction of the levee (Bea 2005). Bulk samples were taken of the soils from this breach shoulder and tested in the laboratory to determine the EBSB scour – erosion characteristics used in this study (Bea 2005).

19.     Erodibility in situ tests and evaluations were performed by IPET following

Hurricanes Katrina and Rita (Figure 31).  The results of their study are presented as an

appendix in Volume V of the IPET Report series.  Four samples were collected from the

same general vicinity as examined in this study.  Only one of the four test locations was on

an existing levee (M3).  Two of the test locations were reconstructed levee sections that had

undergone some degree of compaction.  One test location (M2-2) was at a local borrow pit

which was in an uncompacted state (hydraulic fill materials from the MRGO channel

excavations). These tests found that the (pre and post) materials used to construct the MRGO

Levee ranged from resistant to erosion to very erodible.  The local borrow pit (site M2-2

consisting of uncompacted hydraulic fill used to construct the original MRGO Levee) was

characterized as erodible and very erodible.  The existing levee location (M3) had test results

that were very erodible and resistant.



**Table 1**
**Summary of Test Conditions**

| Site | GPS / Stationing | Visual Soil Class | Compaction Effort | Comments |
|------|------------------|-------------------|-------------------|----------|
| M1 | N29.97691 W89.88841 (Sta 483+00) | Yellow clay | 3 dozer passes | MS borrow site |
| M2-1 | Sta 482+00 | Dark clay | 3 dozer passes | local borrow |
| M2-2 | Sta 520+00 | Gray SM/CH | uncompacted | local borrow pit |
| M3 | Sta 674+00 | Dark clay w/sand | n/a | Existing levee |

Figure 31:  Results from erodibility evaluations performed by IPET following Hurricane
Katrina found samples along the MRGO to be very erodible and erodible (USACE IPET
2007e).

*EBSB Profile*

20.     The EBSB profile analyzed to characterize performance – erosion – breaching characteristics during Hurricane Katrina was one at Station 497+00 as it was prior to Hurricane Katrina (Figure 32). The design profile for the Reach 2 man-made hurricane flood protection alignment was also studied to enable evaluations of the effects of changes in the profile on performance of the EBSBs.



Figure 32: Study location levee profile prior to Hurricane Katrina (Bea and Storesund 2008).

*Hurricane Katrina Hydrodynamic Conditions*

21.     Table 1 summarizes the principal conditions and characteristics that were integrated into the Hurricane Katrina surge, current, and wave analytical models developed by Wit et al 2008, and Gautier et al 2008 to serve as input for analyses of the performance characteristics of the MRGO Reach 2 man-made hurricane flood protection structures. Scenario 1 is for the Hurricane Katrina 'as was' conditions. The Scenario 2-series and Scenario 3 are for various elements associated with a hurricane 'Neutral' MRGO. The term 'Vegetation' in Table 1 refers to the existing vegetation associated with the MRGO environment at the time of Hurricane Katrina and with the environment for 'Neutral' MRGO conditions.

Table 1: Summary of simulation Scenarios for characterization and description of MRGO Reach 1 and Reach 2 Hurricane Katrina surge, current, and wave characteristics.

| Scenario | MRGO channel | GIWW channel | Reach 2 EBSBs | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|
| **1** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Existing 8/29/2005** |
| 2A | None | Pre-construction | None | LPV authorized & no flow past | Pre-construction |
| 2B | None | Pre-construction | None | Existing 8/2005 & flow to Miss. River | Pre-construction |
| **2C 'Neutral' MRGO** | **Pre-construction** | **Pre -construction** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Pre-construction** |
| 2D | None | Pre-construction | Existing 9/9/1965 | Existing 8/29/2005 | Pre-construction |
| 3 | As authorized | As authorized | Existing 8/29/2005 | Existing 8/29/2005 | Pre-construction |

22.     These 'Neutral' MRGO Hurricane Katrina Conditions were analyzed to help determine how the design, construction, operation, and maintenance of the MRGO affected the performance of the man-made flood protection structures during Hurricane Katrina (Bea 2008). The 'base case' for the 'Neutral' MRGO Hurricane Katrina Conditions is identified in Table 2 as Scenario 2C. The other Scenario 2 and Scenario 3 analyses are intended to provide insights into the affects of the MRGO design, construction, operation, and maintenance parameters important to the performance characteristics of the man-made structures associated with Reach 1 and Reach 2.

23.     The 'Neutral' MRGO Hurricane Katrina Conditions assessment is based on the contention that the Congressionally authorized MRGO navigation project should 'do no harm' to the environment and to the man-made hurricane flood protection structures that defend this region from hurricane flooding.  Thus, if there would be negative effects of the MRGO that would have substantial deleterious effects on these elements, then it was incumbent that the USACE properly address and mitigate these negative effects. Such negative effects as destruction and degradation of the natural hurricane flood protection features (barrier beaches, land bridges, marshes, wetlands, swamps, salinity increases resulting in degradation of vegetation and habitats) and those associated with constructed works (e.g. protective berms for flood protection levees and other man-made structures, channel water flow increasing surge elevations, channel effects increasing hurricane waves and currents and channel induced erosion of both natural and man-made flood protection elements) have been addressed in development of the 'Neutral' MRGO Hurricane Katrina Conditions addressed in this Declaration.

36

24.     The negative effects of the MRGO could have and should have been addressed by mitigating elements applied directly to the MRGO channel itself and to the adjacent man-made flood protection structures. It was incumbent on the USACE to address these potential environmental effects in the MRGO environmental impact statement (USACE 1976). The scientific and engineering technology, although not as well developed as today, did exist to properly address these effects (see Appendix B in Declaration by Robert Glenn Bea dated September 17, 2007; USACE 1975; Bretschneider and Collins 1966; Woolley and Shabman 2008; Colten 2006; ILIT 2006; Team Louisiana 2007; Coastal Environments 1984; Arnold 2007, 2008). In fact, the history of the development of the MRGO project (*MRGO Timeline 1722 A.D. – Present*, Katrina Consolidated Litigation Committee, 2008) clearly shows that the USACE was aware of and in fact did consider many of the critical negative impacts. It is also clear, that preoccupations with continued development of navigable waterways, budgets, and schedules led to decisions not to mitigate these important impacts. Today, MRGO channel mitigations are being developed and evaluated by the USACE as part of the *Mississippi River Gulf Outlet Deep-Draft De-Authorization Report* to Congress (USACE 2008a), the *Louisiana Coastal Protection and Restoration Project* (LCPRA, USACE 2008b), and the MRGO Reach 2 man-made flood protection structures mitigations included in the *Hurricane and Storm Damage Reduction System Design Guidelines* (USACE 2008c). Potential channel mitigating measures include placing barriers or gates at the Gulf of Mexico – MRGO entrance, at the intersection of the MRGO with the GIWW, and at the IHNC (Seabrook), restoring natural protective features (barrier beaches, wetlands, marshes, swamps), providing armoring of channel banks, and provision of foreshore protection to protect the EBSB and other similar levee alignments. Potential man-made flood protection

structure mitigating measures include provision of protected and flood side armor for levees and embankments, wave berms, foreshore protection, EBSB and levee profiles that reduce surge – current – and wave effects, use of proper materials and construction methods, use of deeper sheet piling and other means to cut-off subterranean seepage paths, and construction and maintenance procedures to maintain levees and EBSBs to adequate elevations. The effects of these mitigations have been included in characterization of the 'Neutral' MRGO Hurricane Katrina Conditions.

25.      The primary locations identified for outputs from the analytical models utilized by Wit et al (2008) and Gautier et al (2008) are shown in Figure 33. Based on the analytical results provided by Wit et al (2008), the surge hydrographs associated with the MRGO Reach 2 locations are summarized in Figures 34 and 35. These surge hydrographs are based on retaining the man-made flood protection structures in their pre-Katrina conditions – no breaching – only overtopping.



Figure 33: Primary locations for Hurricane Katrina simulations outputs (Wit, et al 2008).





Figure 34: Surge hydrographs for Shell Beach and Bayou Dupre (Wit, et al 2008).





Figure 35: Surge hydrographs for MRGO Halfway and Bayou Bienvenue (Wit, et al 2008).

26.     As would be expected, depending upon location and the associated geographic – bathymetric – environmental conditions, the presence of the MRGO has very different effects upon the Hurricane Katrina surge conditions. Comparing results between the Hurricane Katrina 'as was' surge hydrographs and the 'Neutral' MRGO Hurricane Katrina hydrographs, in the relatively open water areas (e.g. Shell Beach, Bayou Dupre), the MRGO channel has little influence on the surge characteristics. The Hurricane Katrina surge hydrographs that vary different parameters that affect the surge characteristics help identify how the Reach 2 EBSB alignment has significant effects on the surge characteristics along Reach 2. The EBSB alignment acts like a 'barrier' to the surge waters – and the surge waters pile up against this barrier (Scenario 2B). This 'piling up' effect was addressed by Bretschneider and Collins in their work on the 'funnel' effects for the USACE (1966). If this barrier is removed, then the surge waters have a 'place to go' – an enlarged area for volumetric, absorption, and frictional dissipation. Comparing the Hurricane Katrina peak surge at the EBSB alignment (about + 18 feet) with that at the 40 Arpent alignment without the EBSBs (Scenario 2D), the surge is dramatically reduced (about +13 to +14 feet). For the interior Reach 1 locations, the effects of the 'funnel' are further amplified by the presence of the MRGO channel – the channel provides a conduit for earlier delivery and longer duration of the surge waters and for amplification of the surge due to the increased volume of water that can be delivered to these areas by the channel itself.

27.     Water current discharges and velocities associated with Hurricane Katrina and the MRGO conditions also were evaluated for the areas of interest. These current characteristics also were very dependent on bathymetric, geographic, topographic, and vegetation (roughness) characteristics. Figure 36 shows the spatial current velocities for

41

Scenario 1 Hurricane Katrina 'as was' conditions near the time of the peak surge (August 29, 2008, 8:00am CDT referenced to Bayou Bienvenue location).



Figure 36: Spatial current velocities (magnitude with cooler scale, direction with arrows for Scenario 1 at 8:00 am CDT (Wit, et al 2008).

28.     Because of the potential importance of these currents to performance of the EBSBs bordering Reach 2 of the MRGO, special current output locations were identified as shown in Figure 37 (Wit, et al 2008). Location 3 is of particular interest because this is the location used to perform detailed analyses of the wave and overtopping erosion and breaching characteristics of the EBSBs. Figure 38 shows the current velocities at Locations 1 - 3 (black line at toes of EBSBs and dashed green line - 'a' - at edge of MRGO channel) from 4:00 am to 9:00 am CDT. The current velocities at the toes of the EBSBs are generally less than about one foot per second and have flow angles that parallel the face of the EBSB and MRGO channel elevation.



Figure 37: Output locations for MRGO Reach 2 (Wit, et al 2008, Gautier, et al 2008).



Figure 38: Results for Scenario 1 for locations 1, 2, and 3 (Figure 37) from 4:00 am to 9:00 am CDT. Note maximum surge elevation of 18 feet (NAVD 88) just after 8:00 am CDT (Wit et al 2008).