# EXHIBIT 3

Exhibit 11 to Deposition of Gennaro Marino (2009)



Figure 11-18. Profile of the North Breach at IHNC East bank, View Looking North



Figure 11-19. Profile of the South (9th Ward) Breach at IHNC East Bank, View Looking North

Exhibit 11
Date 8-7-09
Pgs 1
Marino