# EXHIBIT 4

Excerpts from Washington Group International Boring Logs



| | | | |
|---|---|---|---|
| Drilling Agency : Fugro | Disturbed, Undist. : N/A |
| Hole No. : 77A | Elev. of GW : 9' |
| Name of Driller : S. Bender | Date Hole Started : 10/4/01 |
| Direction of Hole : Vertical | Date Hole Comp. : 10/4/01 |
| Thick. of Overburden : 6' | Elev. Top of Hole : Ground Surface |
| Dep. Dr. into Native : 9' | Total Core Rec. : 82% |
| Total Depth of Hole : 15' | Signature of Insp. : SC |
| Size and Type of Bit : 2" & 4" Split Spoons | Job # : DACA56-94-D-0021 |
| Manuf. Desg. of Drill : CME 76 High Torque | Latitude : 29.978845N |
| Sample Intervals : 3 | Longitude : 90.02036365W |

DACA56-94-D-0021 East Bank Industrial Area
Line 77, Position A
USACE New Orleans
77A

| Depth in Feet | Legend | USCS | GRAPHIC | DESCRIPTION | % Core Recovery | XRF (ppm +/- error) (Nominal Secs.) | FID (ppm/time) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 0–1 | Fill | SP | | FILL, SAND, Poorly Graded, fine grained, black, few organics. | | | | (11:30) SPT #'s: 0'-2': 2, 3, 5, 11 2'-4': 12, 7, 4, 9 |
| 1–2 | | SP | | FILL, SAND, Poorly Graded, fine grained, brown. | 60 | 67.5 +/- 17 61 | 0 / 12:33 | EBIA-SI-77A-SL-00-03 Inorganics, SVOC MS/MSD: Inorganics |
| 2–3 | | F | | FILL, SHELL with LEAN CLAY, dark gray, stiff. | | | | |
| 3 | | F | | FILL, SHELL. | | | | (11:47) |
| 4 | | F | | FILL, SHELL. | | | | |
| 5 | | CL | | FILL, LEAN CLAY with SHELL, dark gray, stiff, brick, mortar and cinder block debris. | 70 | 216 +/- 21 67 | 342 / 12:34 | EBIA-SI-77A-SL-03-06 Inorganics |
| 6 | Native | CL | | FILL, LEAN CLAY, levee grade, dark gray, debris. | | | | |
| 7–8 | | CL | | LEAN CLAY with small pockets of SILT, gray, very stiff, very few organics. | 80 | 30.8 +/- 12 62 | 0 / 12:37 | (11:59) |
| 9 | | | | | | | | |

Sample Tech: C. Robertson
Geologist: S. Callaway

LOG OF BORING 77A

(Page 1 of 2)

**MMG**

DACA56-94-D-0021 East Bank Industrial Area
Line 77, Position A
USACE New Orleans
77A

| Field | Value |
|---|---|
| Drilling Agency | : Fugro |
| Hole No. | : 77A |
| Name of Driller | : S. Bender |
| Direction of Hole | : Vertical |
| Thick. of Overburden | : 6' |
| Dep. Dr. into Native | : 9' |
| Total Depth of Hole | : 15' |
| Size and Type of Bit | : 2" & 4" Split Spoons |
| Manuf. Desg. of Drill | : CME 75 High Torque |
| Sample Intervals | : 3 |
| Disturbed, Undist. | : N/A |
| Elev. of GW | : 9' |
| Date Hole Started | : 10/4/01 |
| Date Hole Comp. | : 10/4/01 |
| Elev. Top of Hole | : Ground Surface |
| Total Core Rec. | : 82% |
| Signature of Insp. | : SC |
| Job # | : DACA56-94-D-0021 |
| Latitude | : 29.978845N |
| Longitude | : 90.02036365W |

| Depth in Feet | Legend | USCS | GRAPHIC | DESCRIPTION | % Core Recovery | XRF (ppm +/- error) (Nominal Secs.) | FID (ppm/time) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 9 | Water Table @ 9' | | | | | | | (11:59) |
| 10–11 | | ML, CL | | Interbedded SILT and LEAN CLAY, gray, moderately soft, some organics, wet. | 100 | 24.8 +/- 11  62 | 907 / 12:40 | EBIA-SI-77A-SL-09-12 Organics |
| 12 | | | | | | | | (12:08) |
| 13–14 | | ML, CL | | Interbedded SILT and LEAN CLAY, gray, soft, increasing organics, wet. | 100 | 29.3 +/- 11  62 | 691 / 12:44 | |
| 15 | | | | | | | | EOB=15' |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |

Sample Tech: C. Robertson
Geologist: S. Callaway

**LOG OF BORING 77A**

(Page 2 of 2)



| | | | Drilling Agency | : Fugro | | Disturbed, Undist. | : N/A |
|---|---|---|---|---|---|---|---|
| | | | Hole No. | : 79A | | Elev. of GW | : 8' |
| | | | Name of Driller | : S. Bender | | Date Hole Started | : 10/4/01 |
| | | | Direction of Hole | : Vertical | | Date Hole Comp. | : 10/4/01 |
| | | | Thick. of Overburden | : 10' | | Elev. Top of Hole | : Ground Surface |
| DACA56-94-D-0021 East Bank Industrial Area | | | Dep. Dr. into Native | : 5' | | Total Core Rec. | : 76% |
| Line 79, Position A | | | Total Depth of Hole | : 15' | | Signature of Insp. | : [signature] |
| USACE New Orleans | | | Size and Type of Bit | : 2" & 4" Split Spoons | | Job # | : DACA56-94-D-0021 |
| 79A | | | Manuf. Desg. of Drill | : CME 75 High Torque | | Latitude | : 29.979072N |
| | | | Sample Intervals | : 3 | | Longitude | : 90.02028742W |

| Depth in Feet | Legend | USCS | GRAPHIC | DESCRIPTION | % Core Recovery | XRF (ppm +/- error) (Nominal Secs.) | FID (ppm/time) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 0–3 | | SM-ML | | FILL, SILTY SAND, gray, some shell, unconsolidated, some organics at surface, very dry. | 50 | 138 +/- 23  61 | 37 / 10:13 | (9:48)  SPT #'s:  0'-2': 5, 5, 7, 9  2'-4': 7, 6, 5, 3  EBIA-SI-79A-SL-00-03 Inorganics, SVOC |
| 3–4 | Fill | F | | FILL, SHELL with SILT, brown, perched water, no odor. | | | | (9:56) |
| 4–5 | | SP | | FILL, SAND, Poorly Graded, very fine grained, brown, unconsolidated, wet. | 50 | <18.0  63 | 139 / 10:47 | 4'-6': 15, 12, 12, 8  EBIA-SI-79A-SL-03-06 Inorganics |
| 5–6 | | F | | FILL, SHELL, crushed, gray, red brick and SILTY CLAY with black staining in shoe. | | | | |
| 6–9 | Water Table | CL-ML | | FILL, SILTY CLAY, dark gray, stiff, soft below 8', some debris. | 80 | 51.1 +/- 13  62 | 198 / 10:48 | (10:09)  EBIA-SI-79A-SL-06-09 Organics |

Sample Tech: C. Robertson

Geologist: S. Callaway

**LOG OF BORING 79A**

(Page 1 of 2)

**MMG**

DACA56-94-D-0021 East Bank Industrial Area
Line 79, Position A
USACE New Orleans
79A

| Field | Value |
|---|---|
| Drilling Agency | : Fugro |
| Hole No. | : 79A |
| Name of Driller | : S. Bender |
| Direction of Hole | : Vertical |
| Thick. of Overburden | : 10' |
| Dep. Dr. into Native | : 5' |
| Total Depth of Hole | : 15' |
| Size and Type of Bit | : 2" & 4" Split Spoons |
| Manuf. Desg. of Drill | : CME 75 High Torque |
| Sample Intervals | : 3 |
| Disturbed, Undist. | : N/A |
| Elev. of GW | : 8' |
| Date Hole Started | : 10/4/01 |
| Date Hole Comp. | : 10/4/01 |
| Elev. Top of Hole | : Ground Surface |
| Total Core Rec. | : 76% |
| Signature of Insp. | : SC |
| Job # | : DACA56-94-D-0021 |
| Latitude | : 29.979072N |
| Longitude | : 90.02028742W |

| Depth In Feet | Legend | USCS | GRAPHIC | DESCRIPTION | % Core Recovery | XRF (ppm +/- error) (Nominal Secs.) | FID (ppm/time) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 9–10 | | CL-ML | | FILL, SILTY CLAY, gray, soft, appears to be levee material. | | | | (10:15) |
| 10 | Native | | | | | | | |
| 10–12 | | CL-ML | | SILTY CLAY, gray, varved, moderately soft, few organics, no debris, no odor. | 100 | 22.2 +/- 11  62 | 165 / 10:51 | |
| 12–15 | | CL-ML | | SILTY CLAY, gray, varved, moderately soft, some organics, no odor. | 100 | 19.4 +/- 11  62 | 516 / 10:53 | (10:22) |
| 15 | | | | | | | | EOB=15' |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |

Sample Tech: C. Robertson
Geologist: S. Callaway

**LOG OF BORING 79A**

(Page 2 of 2)

Case 2:05-cv-04182-SRD-JCW   Document 19441-5   Filed 12/01/09   Page 6 of 8



| | | | | |
|---|---|---|---|---|
| Drilling Agency | : Fugro | | Disturbed, Undist. | : N/A |
| Hole No. | : 81A | | Elev. of GW | : 20' |
| Name of Driller | : S. Bender | | Date Hole Started | : 10/4/01 |
| Direction of Hole | : Vertical | | Date Hole Comp. | : 10/4/01 |
| Thick. of Overburden | : Unknown, >22' | | Elev. Top of Hole | : Ground Surface |
| Dep. Dr. Into Native | : NA | | Total Core Rec. | : 48% |
| Total Depth of Hole | : 22' | | Signature of Insp. | |
| Size and Type of Bit | : 2" Split Spoons | | Job # | : DACA56-94-D-0021 |
| Manuf. Desg. of Drill | : CME 75 High Torque | | Latitude | : 29.979378N |
| Sample Intervals | : 4 | | Longitude | : 90.02022472W |

DACA56-94-D-0021 East Bank Industrial Area
Line 81, Position A
USACE New Orleans
81A

| Depth in Feet | Legend | USCS | GRAPHIC | DESCRIPTION | % Core Recovery | XRF (ppm +/- error) (Nominal Secs.) | FID (ppm/time) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 0–1 | | SM | | FILL, SILTY SAND, brown, organics, dry. | | | | (7:36) SPT #'s 0'-2': 4, 4, 6, 6 2'-4': 15, 17, 12, 15 |
| 1–2 | | F | | FILL, SHELL with SILT, white and gray, dry. | 60 | 65.3 +/- 19 62 | 0 / 8:17 | EBIA-SI-81A-SL-00-03 Inorganics, SVOC EBIA-SI-81A-SL-00-03-QC Inorganics |
| 2–3 | | F | | FILL, SHELL with SILTY SAND, white and brown. | | | | |
| 3–5 | Fill | F | | FILL, SHELL with SILTY SAND, white and brown. | 70 | <23.0 61 | 0 / 8:28 | (7:49) SPT #'s 4'-6': 8, 8, 9, 4 EBIA-SI-81A-SL-03-06 Inorganics |
| 6–8 | | SM | | FILL, SILTY SAND, fine grained, with shell, no organics, dry, no odor. | 40 | <20.0 61 | 0 / 8:42 | (8:06) SPT #'s 6'-8': WOH, 2, 2, 3 8'-10': 2, 2, 3, 4 |
| 8–9 | | F | | FILL, SHELL with SILTY SAND, wet. | | | | |

Sample Tech: C. Robertson
Geologist: S. Callaway

LOG OF BORING 81A
(Page 1 of 3)

## MMG

**DACA56-94-D-0021 East Bank Industrial Area**
**Line 81, Position A**
**USACE New Orleans**
**81A**

| Field | Value | Field | Value |
|---|---|---|---|
| Drilling Agency | Fugro | Disturbed, Undist. | N/A |
| Hole No. | 81A | Elev. of GW | 20' |
| Name of Driller | S. Bender | Date Hole Started | 10/4/01 |
| Direction of Hole | Vertical | Date Hole Comp. | 10/4/01 |
| Thick. of Overburden | Unknown, >22' | Elev. Top of Hole | Ground Surface |
| Dep. Dr. into Native | NA | Total Core Rec. | 46% |
| Total Depth of Hole | 22' | Signature of Insp. | (signed) |
| Size and Type of Bit | 2" Split Spoons | Job # | DACA56-94-D-0021 |
| Manuf. Desg. of Drill | CME 75 High Torque | Latitude | 29.979378N |
| Sample Intervals | 4 | Longitude | 90.02022472W |

| Depth in Feet | Legend | USCS | GRAPHIC | DESCRIPTION | % Core Recovery | XRF (ppm +/- error) (Nominal Secs.) | FID (ppm/time) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 9 | | F | | FILL, SHELL with SILTY SAND, perched water table. | | | | (8:11) SPT #'s 10'-12': 5, 4, 4, 5 |
| 10–11 | | F | | FILL, SHELL with SILTY SAND, fine grained, wet. | 25 | <18.0 / 60 | 0 / 8:43 | |
| 12–13 | Fill | SM | | FILL, SILTY SAND and SHELL, brown and white, no organics, no odor. | 40 | <16.0 / 63 | 36 / 8:57 | (8:27) SPT #'s 12'-14': 3, 2, 3, 2 14'-16': 8, 9, 10, 6 |
| 14 | | SM | | FILL, SILTY SAND, brown, some shell, wet. | | | | |
| 15 | | F | | FILL, SHELL and SILTY SAND, light gray, interbedded with CLAY with SHELL, dark gray, dry. | | | | (8:36) SPT #9 16'-18': 2, 2, 3, 3 |
| 16–17 | | SM | | FILL, SILTY SAND, brown, few shells, wet. | 40 | 367 +/- 28 / 60 | 95 / 9:18 | EBIA-SI-81A-SL-15-18 Inorganics |
| 18 | | CL | | FILL, LEAN CLAY, very stiff, dry. | | | | |

Sample Tech: C. Robertson
Geologist: S. Callaway

**LOG OF BORING 81A**
(Page 2 of 3)

WGI357974

**MMG**

DACA56-94-D-0021 East Bank Industrial Area
Line 81, Position A
USACE New Orleans
81A

| Field | Value |
|---|---|
| Drilling Agency | Fugro |
| Hole No. | 81A |
| Name of Driller | S. Bender |
| Direction of Hole | Vertical |
| Thick. of Overburden | Unknown, >22' |
| Dep. Dr. Into Native | NA |
| Total Depth of Hole | 22' |
| Size and Type of Bit | 2" Split Spoons |
| Manuf. Desg. of Drill | CME 75 High Torque |
| Sample Intervals | 4 |
| Disturbed, Undist. | N/A |
| Elev. of GW | 20' |
| Date Hole Started | 10/4/01 |
| Date Hole Comp. | 10/4/01 |
| Elev. Top of Hole | Ground Surface |
| Total Core Rec. | 46% |
| Signature of Insp. | — |
| Job # | DACA56-94-D-0021 |
| Latitude | 29.979378N |
| Longitude | 90.02022472W |

| Depth in Feet | Legend | USCS | GRAPHIC | DESCRIPTION | % Core Recovery | XRF (ppm +/- error) (Nominal Secs.) | FID (ppm/time) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 18–19 | | CL | | FILL, LEAN CLAY, dark gray, stiff to moderately stiff, some shell in top 2". | | | | (8:52) SPT #'s 18'-20': WOH, WOH, WOH, 2  20'-22': WOH, WOH, 1, 2 |
| 20 | Water Table | | | | 60 | 50.1 +/- 13  62 | 350 / 9:30 | EBIA-SI-81A-SL-18-22 Organics |
| 21 | | CL | | FILL, LEAN CLAY, dark gray, soft, moderate to low plasticity, no debris, appears to be levee material. | | | | |
| 22 | | | | | | | | EOB = 22' |
| 23–27 | | | | | | | | |

Sample Tech: C. Robertson
Geologist: S. Callaway

**LOG OF BORING 81A**

(Page 3 of 3)

