# Exhibit

# C

# Appendix 17
# Consideration of Wind-Induced Barge Motions and Associated Forces in the Inner Harbor Navigation Canal

## Introduction

This appendix addresses the issue of whether the barge that traversed from the Inner Harbor Navigation Canal (IHNC) through the flood wall to the Lower Ninth Ward could have been a cause of the levee failure in this area or whether the barge was simply transported through the levee subsequent to its failure. The analysis presented below develops a method for calculating forces acting on the wall due to a freely floating barge. However, uncertainty remains due to lack of requisite necessary information. Thus, the contribution here may be useful as more details become available.

This brief report examines the wind forces exerted on the barge and the associated velocity, momentum and energy of the barge as it traverses a path across or diagonally along the canal to the location of levee failure. This analysis considers the situation prior to levee failure and no water current or wave forces are considered. Following development of the velocity and trajectory equations, examples are presented to illustrate application of the methodology.

This report is organized as follows. The next section describes, to the extent possible, the characteristics of the barge that was located outside the IHNC after the levee failed. Estimates are developed of the winds and wind forces on a barge immersed within the wind boundary layer. These wind forces on a static barge are compared with the static hydrodynamic forces which existed immediately prior to levee overtopping. This is followed by an examination of the dynamics of the barge for various drafts and provides a basis for quantifying the barge trajectory and momentum and energy upon impact with the east floodwall. Examples are presented illustrating application of the methodology developed. Recommendations and a summary and conclusions are presented in the final section.

The main focus of this report is to provide a method for quantifying the barge kinematic and dynamic characteristics relative to its possible role in failure of the IHNC east flood wall. The detailed calculations employing this methodology will require improved estimates of the barge

and other characteristics associated with the methodology. Figure 17-1 shows a plan view of the barge in the IHNC and the winds that were directed on the barge.



Figure 17-1. Definition sketch of Inner Harbor Navigation Canal and wind blowing on the barge

## Barge Characteristics

During a site visit on December 22, 2005, the dimensions of the barge identified as "**ING 4727**" were estimated as:

- Hull Depth = 12 feet
- Superstructure Height Including Covers for Contents = 11 feet
- Barge Length = 200 feet

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

- Barge Width = 35 feet

Figure 17-2 presents these barge dimensions.



Figure 17-2. Estimated dimensions of barge observed on site visit to Lower Ninth Ward

## Wind Loading and Comparison with Hydraulic Forces on East Flood Wall

### Wind Profile and Effective Wind Speed, $W_{eff}$

The relevant wind speed is that which is exerted on the barge. For a drag force relationship, this is the root-mean-square of the wind speed over the vertical dimension of the above water portion of the barge. For purposes here, the following simple relationship for the vertical distribution of wind speed is considered

$$W(z) = W(30)\left(\frac{z}{30}\right)^{1/7} \qquad (1)$$

in which z is the elevation above the water surface in feet and $W(30)$ is the reference wind speed at 30 feet above the water surface. The draft of the barge will be denoted as $d$. Thus the vertical dimension of the barge exposed to the wind is $(23-d)$ feet. The effective wind speed, $W_{eff}$ for drag force computations is therefore

$$W_{eff} = \sqrt{\frac{\int_0^{23-d} W^2(z)\ell(z)dz}{\int_0^{23-d} \ell(z)dz}} \qquad (2)$$

in which $\ell(z)$ is the length of a barge element at elevation z and $23-d$ is the height of the barge above the water level. Although the length of a barge element does vary somewhat with elevation as shown in the previous section, this variation is reasonably small and for purposes here we will consider that $\ell(z)$ is uniform over the height, $23-d$. This results in the effective velocity, $W_{eff}$

$$W_{eff} = 0.882\left(\frac{23-d}{30}\right)^{1/7} W(30) \tag{3}$$

### Wind Drag Forces on Barge

The drag force, $F_{D,a}$ exerted by the wind on the barge is given by

$$F_{D,a} = \frac{\rho_a C_{D,a} A_a W_{eff}^2}{2} \tag{4}$$

in which $\rho_a$ is the mass density of air, $C_{D,a}$ is the so-called "drag coefficient" of the barge to winds and $A_a$ is the "projected area" of the barge perpendicular to the wind velocity vector.

For purposes of examples presented in this report, we will consider the wind to be directed broadside to the barge, a wind mass density, $\rho_a = 0.002$ slugs/ft$^3$ and a barge length = 200 feet. Thus, the relevant area in Eq. (4) is

$$A_a = 200(23-d) \tag{5}$$

### Static Hydraulic Forces and Moments on Flood Wall Immediately Before Overtopping

Figure 17-3 depicts a typical section of the flood wall at an imminent overtopping condition. The hydrostatic force, $F_{HS}$ on the floodwall per unit floodwall length for the imminent overtopping condition shown in Figure 17-3 is

$$F_{HS} = \rho_w g \frac{h^2}{2} \tag{6}$$

in which $\rho_w$ is the mass density of water taken here as 1.94 slugs/ft$^3$ and $g$ is the acceleration of gravity.



Figure 17-3. Definition sketch for east floodwall at imminent overtopping condition

The hydrostatic moment, $M_{HS}$ about the base of the floodwall per unit length of flood wall is given by

$$M_{HS} = \rho_w g \frac{h^3}{6} \qquad (7)$$

## Comparison of Hydrostatic Forces and Moments with Static Wind forces and Moments

To calculate wind forces, we need to select a reference wind speed, $W(30)$ as shown in Eq. (1). For most of the examples presented in this report, a reference wind speed of 100 miles per hour[1] (146.7 ft/sec) and a wind drag coefficient, $C_{D,a} = 0.5$[2] have been selected for illustration purposes. To illustrate the maximum wind force, a lightly loaded barge condition is selected with

---

[1] The actual wind speeds were less than 100 mph, the value used here for illustration purposes.
[2] See, for example, Schlichting (1955, Page 16) for a plot of drag coefficient vs Reynolds Number for a smooth circular cylinder. The Reynolds number for this case is approximately $5 \times 10^6$ which is post-critical resulting in a smooth cylinder drag coefficient on the order of 0.2. Drag coefficients for rough cylinders have a minimum drag coefficient of approximately 0.5. Also note that the finite length of the barge would result in a reduced drag coefficient relative to the infinitely long case. Finally, the air and water drag coefficients should be approximately the same and any errors in their individual values will tend to cancel.

a barge draft, $d = 4$ feet. Applying Eq. (3), the reference wind speed, $W_{eff} = 121.2$ ft/sec. The wind drag force per unit barge length $f_{Ds}$, is then

$$f_{D,a} = \frac{\rho_a C_{D,a}(23-d)W_{eff}^2}{2} = 139.5 \text{ pounds/foot} \qquad (8)$$

This value is compared to the hydrostatic force per unit length of 1,999 pounds/foot based on a floodwall height = 8 feet. Thus, the static wind force is equal to approximately 7% of the hydrostatic force. However this result is based on a uniform transfer of the wind load on the barge to the floodwall. If this transfer is concentrated, the local wind related loads acting on the floodwall per unit length could be much greater than those calculated above.

The wind related moments about the bottom of the floodwall are considered to result from application of the wind related forces at the mid-elevation of the barge draft, i.e. 2 feet below the crest of the floodwall. In this case, the moment due to the wind is 837 foot pounds per foot compared to the hydrostatic moment of 5,331 foot pounds per foot, i.e. the wind moment is approximately 16% of the hydrostatic moment. However, the same comment applies to moments as was presented for forces regarding the consideration that the wind forces were applied uniformly along the wall.

The following section examines the kinematics and dynamics of the floating barge.

## Barge Dynamics Under the Action of Wind Forces

### Equation of Motion and Solution

The equation of motion of the barge is:

$$m_T \frac{dV}{dt} = K_1 W_{eff}^2 - K_2 V^2 \qquad (9)$$

in which $m_T$ is the total effective mass of the floating barge and is the sum of the physical mass and the added mass, V is the barge velocity, t is time after the barge starts to float free, and $W_{eff}$ is the effective wind speed acting on the barge as described earlier. The factor, $K_1$ has been defined earlier as

$$K_1 = \frac{\rho_a C_{D,a} A_a}{2} \qquad (10)$$

The factor $K_2$ is defined as

$$K_2 = \frac{\rho_w C_{D,w} A_w}{2} \tag{11}$$

in which $\rho_w$ has been defined as the mass density of water, $C_{D,w}$ is the so-called "drag coefficient" of the barge to the water motion and $A_w$ is the "projected area" of the barge perpendicular to the water velocity vector. In subsequent calculations, the following values of drag coefficients will be applied: $C_{D,a} = C_{D,w} = 0.5$. The dimensions of both $K_1$ and $K_2$ are "force/velocity squared". The complete barge dimensions were presented in an earlier section.

## Estimation of $K_1$ and $K_2$ Factors and Steady State Velocities

From Eq. (9), it is seen that the steady state (or terminal) velocity of the barge, $V(\infty)$ is given by

$$V(\infty) = \sqrt{\frac{K_1}{K_2}} W_{\text{eff}} \tag{12}$$

The values of $K_1$ and $K_2$ will be estimated for the case of the barge fully loaded, and loaded very lightly. The barge is considered broadside to the wind. The results of these estimates are presented in Table 17-1. The values of the dimensionless terminal barge velocity, $V(\infty)/W_{\text{eff}}$, are also presented in Table 17-1. Note that the length of the barge acted upon by winds has been taken as 188 feet.

Table 17-1
Estimation of $K_1$ and $K_2$ for Two Cases

| Case | Description | $K_1$ (Pounds-sec²/ft²) | $K_2$ (Pounds-sec²/ft²) | $V(\infty)/W_{\text{eff}}$ |
|---|---|---|---|---|
| 1 | Fully Loaded, Draft $d$ = 9 feet | 1.32 | 873 | 0.039 |
| 2 | Lightly Loaded, Draft $d$ = 4 feet | 1.79 | 388 | 0.068 |

**Non-Dimensionalization and Solutions of the Equation of Motion**

It is useful to cast the equation of motion in non-dimensional form as:

$$\frac{m_T}{K_1 W_{\text{eff}}^2} \frac{dV}{dt} = 1 - \frac{K_2}{K_1} \frac{V^2}{W_{\text{eff}}^2} \tag{13}$$

from which the solution can be shown to be:

$$V(t) = V(\infty) \tanh\left(\frac{\sqrt{K_1 K_2}}{m_T} W_{eff} t\right) \tag{14}$$

The non-dimensional time, $t_*$, is defined as

$$t_* = \frac{m_T}{\sqrt{K_1 K_2} W_{eff}} \tag{15}$$

and is the time at which the barge velocity is 76.2% of its terminal velocity. Choosing the non-dimensional velocity as the terminal velocity, $V(\infty)$, and denoting non-dimensional quantities by primes (e.g. $t' = t/t_*$, the solution for the non-dimensional velocity, $V'(t')$ is

$$V'(t') = \tanh(t') \tag{16}$$

The non-dimensional barge displacement, $x'(t') = x(t)/x_*$, can be shown to be

$$x'(t') = \ln[\cosh(t')] \tag{17}$$

where

$$x_* = \frac{m_T}{K_2} \tag{18}$$

The advantages of the non-dimensional solutions presented is that they depend on only one variable, $t'$.

Figure 17-4 presents the non-dimensional solutions for the range $0 < t' < 5$ which will be shown to provide adequate information to analyze the case of the barge motions and forces in the IHNC canal.



Figure 17-4. Non-dimensional barge velocity and displacement

The non-dimensional relationships are plotted in a different manner in Figure 17-5, which has advantages for our particular application. Figure 17-5 presents the non-dimensional barge velocity, $V'(t')$ as a function of the non-dimensional barge displacement, $x'(t')$. In application, the quantity x is the path of the barge from its starting point to its ending point where it would impact the east flood wall of the IHNC canal. This quantity is based on barge and other conditions and is the non-dimensional distance, $x'$. Entering Figure 17-5 with this $x'$ quantity on the abscissa, the non-dimensional velocity, $V'$ is determined. The dimensional velocity, $V$ is then quantified. Finally the momentum and energy of the barge upon impact are determined as:

$$\text{Momentum} = m_T V \qquad (19)$$

$$\text{Energy} = \frac{m_T V^2}{2} \qquad (20)$$



Figure 17-5. Relationship between non-dimensional barge velocity, V'(t') and non-dimensional displacement, x'(t')

The barge displacement, $x$, should increase linearly with time after the barge has reached its terminal velocity, $V(\infty)$ and this appears to be the case from Figure 17-4 but is not so apparent from Eq. (17). However, from Eq. (17), for large $t'$,

$$x'(t') = t' - \ell n(2) \qquad (21)$$

which is plotted as the asymptote in Figure 17-4. Expressing Eq. (21) in dimensional form, this equation becomes

$$x(t) = V(\infty)t - \frac{m_T}{K_2} \ell n(2) \qquad (22)$$

which demonstrates the expected linearity of the relationship for large time. The second term on the right hand side of the above equation accounts for the acceleration phase of the barge

response, as can be appreciated by the role of the total mass, $m_T$, such that a larger mass tends to prolong the acceleration phase and thus reduce the displacement at any particular time. The procedure for calculating barge motion characteristics will be illustrated with examples in the following section of this report.

## Examples Illustrating Application of the Methodology

Consistent with the results in Table 17-1, two cases are considered: Case 1 in which the barge is fully loaded with a draft of 9 feet and Case 2 for which the barge draft is 4 feet. It is noted that the examples presented here are for illustrative purposes of the methodology application. With the detailed characteristics of the barge more fully established, the motion and force characteristics can be refined.

### Case 1. Barge Fully Loaded

For Case 1, the total mass, $m_T$ is the sum of the physical mass, $m_P$ and the added mass, $m_A$. The physical mass is equal to the mass of the displaced water or 122,220 slugs. Assuming an added mass coefficient of 0.2, the total mass, $m_T = 144,664$ slugs.

For a barge exposure above water of 14 feet ($d = 9$ feet), based on Eq. (3), the reference wind velocity, $W_{eff}$ is $0.791 \times W(30)$. Considering, as an example, $W(30) = 100$ mph $= 146.7$ ft/sec, $W_{eff} = 116.0$ ft/sec. The $K_1$ and $K_2$ values are 1.32 pound-sec$^2$/ft$^2$ and 873 pound-sec$^2$/ft$^2$, respectively as given in Table 17-1. The non-dimensional quantities are $t_* = 36.7$ sec, $V(\infty)$, the barge terminal velocity $= 4.52$ ft/sec, and $x_* = 165.7$ ft.

The distance across the IHNC from the western floodwall to the eastern floodwall is approximately 1,100 feet. Considering that this is the trajectory of the barge, the translation distance is 1,065 feet (the width of IHNC minus the barge width). Thus the value of $x'$ is 6.42. Referring to Figure 17-5, it is clear that the barge would have achieved its terminal velocity, $V(\infty)$ of 4.52 ft/sec. Thus the momentum and energy upon impacting the wall are:

- Impact Momentum = 653,900 pound sec.
- Impact Energy = 1.48 million foot pounds.

This example is provided as an illustration of the application/interpretation of the impact momentum. Consider this momentum to be transferred in, say 10 seconds allowing for barge deformation. If the form of the transfer is triangular, that is the force starts at zero, rises to twice the average value, then decreases to zero force in 10 seconds, then the maximum force acting on the flood wall would be 130,780 pounds. This is compared to the hydrostatic force of 399,000 pounds over the barge length of 200 feet. Thus, for this impact time of 10 seconds, the maximum impact force is 33% of the hydrostatic force. It is cautioned that: (1) The actual impact time would require a careful analysis of the barge and floodwall deformation characteristics and

consideration of various barge orientations upon impact. Shorter impact times will result in greater maximum impact forces, and (2) the impact forces may be localized thus resulting in greater impact forces per unit length of the floodwall.

### Case 2. Barge Lightly Loaded

The draft for this case is 4 feet as shown in Table 17-1. As for Case 1, the total mass, $m_T$ is the sum of the physical mass, $m_P$ and the added mass, $m_A$. The physical mass is equal to the mass of the displaced water or 54,320 slugs. Again assuming an added mass coefficient of 0.2, the total mass, $m_T = 65,184$ slugs.

For a barge exposure above water of 19 feet ($d = 4$ feet), based on Eq. (3), the reference wind velocity, $W_{eff}$ is $0.826 \cdot W(30)$. Considering $W(30) = 100$ mph $= 146.7$ ft/sec, $W_{eff} = 121.2$ ft/sec. Considering $C_{D,a} = C_{D,w} = 0.5$, the $K_1$ and $K_2$ values are 1.79 pound-sec$^2$/ft$^2$ and 388 pound-sec$^2$/ft$^2$, respectively as given in Table 17-1. The non-dimensionalizing quantities are $t_* = 20.4$ sec, $V(\infty)$, the barge terminal velocity $= 8.24$ ft/sec, and $x_* = 168.0$ ft.

Considering the same barge trajectory as for Case 1, the value of $x'$ is 6.34. As for Case 1, referring to Figure 17-5 it is clear that the barge would have achieved its terminal velocity, $V(\infty)$ of 8.24 ft/sec. Thus the momentum and energy upon impacting the wall are:

- Impact Momentum = 537,120 pound sec.
- Impact Energy = 2.21 million foot pounds.

### General Case of Arbitrary Draft

It has been demonstrated that for a reference wind speed of 100 miles per hour, the barge will reach its terminal velocity regardless of the draft and with a minimum distance of the IHNC width translation distance (minus the barge width). Thus, it is possible to develop the following simple equations for impact momentum and energy for the barge of interest.

### Impact Momentum

For the barge of interest and considering that the barge had reached its terminal velocity at impact, the equation for the terminal momentum can be written as

$$\text{Terminal Momentum} = 283.9\sqrt{d}(23-d)^{9/14}W(30) \text{ (in pound sec)}$$

Note that consistent units must be used in these equations. Thus $W(30)$ is in ft/sec.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

## Impact Energy

For the same considerations as above for terminal momentum, the terminal energy can be shown to be

$$\text{Terminal Energy} = 2.47(23-d)^{9/7}(W(30))^2 \quad \text{(in foot pounds)}$$

Figure 17-6 presents non-dimensional plots of terminal momentum and energy versus barge draft. For purposes here, the non-dimensional terminal momentum and velocity have been defined as the ratio of these quantities to the values for a 9 foot barge draft and for a wind speed, $W(30) = 144.67$ ft/sec (100 miles per hour).

Thus the terminal momentum for any draft and wind speed is determined by multiplying the value for 9 feet (653,900 pound sec) by the appropriate value in Figure 17-6 and the ratio of the wind speed of interest, $W(30)$ to 146.7 (all in feet/sec).

Similarly, the terminal energy is determined by multiplying the terminal energy for a draft of 9 feet (1.48 million foot pounds) by the appropriate value in Figure 17-6 and the ratio of the square of the wind speed of interest, i.e. $W^2(30)$ to $(146.7)^2$ where all wind speeds are in ft/sec.



Figure 17-6. Non-dimensional barge terminal momentum and energy vs barge draft

## Recommendations

Although it has been demonstrated that the barge terminal momentum and energy could have been considerable and thus possible contributors to the levee failure at the Lower Ninth Ward, this is not evidence that the barge <u>did</u> contribute to the failure. Thus it is recommended that other types of forensic evidence be sought, including 1) indications of whether the barge shows evidence of substantial impact with the flood walls, and 2) information as to the mooring arrangement and conditions of the mooring lines after levee failure. Other types of forensic evidence may also be available.

## Summary and Conclusions

The equations governing the effective wind speed acting on a barge present in the wind boundary layer have been examined and an effective wind speed defined for drag force calculations. Static wind forces and moments acting on a lightly loaded barge and then

transferred to the east IHNC floodwall due to a wind speed of 100 miles per hour have been examined and found to represent a reasonably small fraction of the hydrostatic forces and moments exerted directly on the floodwall. These forces and moments have been expressed as averages per unit length on the floodwall although the barge-related forces would likely be transferred in a concentrated manner rather than uniformly.

The equation of motion of a freely floating barge has been developed and cast in non-dimensional form for easy application. The equations include development of the terminal velocity of the barge. The equation is solved for the non-dimensional velocity and displacement.

It is found that the terminal velocity of the barge is achieved rather quickly for the wind speed examined (100 miles per hour) and that for barge conditions in the IHNC, the momentum and energy impact on the east flood wall depend primarily on the draft of the barge during the event. Simplified equations have been presented for terminal momentum and energy for use by others in evaluating whether the barge was a contributor to the failure of the IHNC flood wall in the Lower Ninth Ward area.

It is emphasized that, although the methodology presented here provides a basis for calculating the actual motions and force characteristics associated with a freely floating barge acting under the action of wind, the examples presented are for illustration only and have purposely avoided attempting to utilize actual wind characteristics.

## Reference

Schlichting, H. (1955) "Boundary Layer Theory", McGraw-Hill Book Company, Inc., New York, NY.