# Exhibit

# D

```
                                                                    1
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA




IN RE:  KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION
                                   NO. 05-4182
                                       "K" (2)

PERTAINS TO:  BARGE                JUDGE DUVAL

                                   MAG. WILKINSON


BOUTTE V. LAFARGE          05-5531
MUMFORD V. INGRAM          05-5724
LAGARDE V. LARFARGE        06-5342
PERRY V. INGRAM            06-6299
BENOIT V. LAFARGE          06-7516
PARFAIT FAMILY V. USA      07-3500
LAFARGE V. USA             07-5178




DEPOSITION OF WILLIAM JOSEPH VILLAVASSO, JR.,
11041 Roger Drive, Apartment A, New Orleans,
Louisiana 70127, taken in the offices of
Christovich & Kearney, Suite 2300 Pan American
Life Center, 601 Poydras Street, New Orleans,
Louisiana 70130, on Tuesday, December 18,
2007.
```

**Page 54**

1  Q. All right. Let me ask the question
2  a different way. Does the door, the one that
3  we have marked on the photo, does that door
4  face the Industrial Canal?
5  A. Yes, it does.
6  Q. Can you see structures associated
7  with the Industrial Canal when you look out
8  that door?
9  A. "Structures" meaning --
10      MR. TREEBY:
11         I object to the form. Object to
12      the form of the question. It's
13      vague.
14 EXAMINATION BY MR. GILBERT:
15  Q. Can you see the flood protection
16 wall or the levee or the water in the
17 Industrial Canal?
18  A. I can't see the water in the
19 Industrial Canal, but I could see the levee
20 and the bridge.
21  Q. Okay.
22  A. Now, is this is on a clear day.
23  Q. On a clear day. I am just trying to
24 establish what direction the door faces.
25 That's all.

**Page 55**

1  A. I understand.
2  Q. Okay. All right.
3     MR. ERNST:
4        He's drawn something here for
5     you.
6 EXAMINATION BY MR. GILBERT:
7  Q. Can you explain that?
8  A. Okay.
9  Q. What is that?
10  A. Okay. This is the wall of the --
11  Q. Okay.
12  A. -- levee and this is the station
13 (indicating).
14  Q. Okay.
15  A. And this is the porch and these are
16 the double doors (indicating).
17  Q. Okay. And --
18  A. This is the Florida bridge
19 (indicating).
20  Q. Okay. And draw -- can you draw an
21 arrow outward, away from the station doors?
22 If you open the doors, you were looking in
23 which direction?
24  A. Okay. I could draw many arrows.
25  Q. Okay.

**Page 56**

1  A. I could see that way (writing), I
2 can see to the bridge, and I can partially see
3 towards Southern Scrap.
4  Q. Okay. Can you sign and date that
5 drawing that you have just made? And we'll
6 enter it as Villavasso 3.
7     MR. ERNST:
8        Wait. You got three drawings,
9     three photographs.
10     MR. GILBERT:
11        I know, but we haven't gotten to
12     one of them yet. We're still in
13     order. It's in.
14 EXAMINATION BY MR. GILBERT:
15  Q. Can you add the Claiborne bridge to
16 that? Jsut show the direction that it is.
17     MR. LANIER:
18        The only thing I want to say
19     about this, you asked him what he
20     could see on this drawing.
21     THE WITNESS:
22        Right. I can't -- At this level
23     I can't see the bottom wall to --
24     towards the Claiborne bridge, but I
25     could see the bridge itself because

**Page 57**

1 it's up high.
2 EXAMINATION BY MR. GILBERT:
3  Q. That's fine. I am satisfied with
4 the drawing. I don't need you to add anything
5 to it.
6        Okay. So let's go back to you
7 narrating what's going on after midnight
8 Sunday. Pick up where -- I guess it would be
9 Monday. Pick up where you left off and tell
10 us what's happening at the station. You said
11 at about around 3:00 you start seeing some
12 rain. What's going from there?
13  A. Okay. I am starting to see rain
14 intensify, winds picking up, and water
15 splashing over the levees, both sides. In the
16 rear where the bayou, the bayou and also the
17 Industrial Canal.
18  Q. How much do you see splashing over
19 the Industrial Canal?
20  A. I could only estimate. I would say
21 from three, four, maybe five feet.
22  Q. Okay.
23  A. A splashing effect.
24  Q. When you say "splashing", can you
25 describe that? And I guess what I mean is,

15 (Pages 54 to 57)

**Page 58**

1  that -- is that a constant flow of water? Is
2  that intermittent? What is that?
3     A. No, it's a constant. It's constant
4  splash. And the wind is pushing, it's
5  splashing, and the splashing, which I have
6  been at this -- worked there for a long time.
7  I have never seen it splash to that effect.
8     Q. Okay. If I have you call to mind
9  the image of a bathtub that's overflowing,
10 water flowing out of it constantly, --
11    A. Uh-huh (affirmatively).
12    Q. -- a steady flow of water, is that
13 what you see on the Industrial Canal?
14    A. Not at -- Well, it's hard to
15 describe.
16    Q. At the time that --
17 MR. ERNST:
18    Let him --
19 EXAMINATION BY MR. GILBERT:
20    Q. At the time that we're talking
21 about.
22    A. It's hard to describe when you say a
23 steady flow, because it wasn't like it was
24 just pouring. It was splashing (indicating).
25 But it was splashing real close together. You

**Page 59**

1  could see, you know, it was erratically
2  splashing over the wall.
3     Q. Could you see the water in the
4  canal?
5     A. No. You can't see the water in the
6  canal.
7     Q. Could you tell the water level by
8  any means?
9     A. No.
10    Q. Okay. Could you hear the water
11 splashing?
12    A. No. Because the winds had picked up
13 and they have two -- Entergy has two big
14 towers on that side. And the wind had picked
15 up so much and all you're hearing is a loud
16 whistling sound going through those two
17 towers.
18    Q. What is the water doing that's
19 splashing out?
20    A. It's going into the streets.
21    Q. Okay. Is it standing in the
22 streets?
23    A. Well, it's like an incline coming
24 down from the levee wall and it's flowing into
25 the streets. You could see some build-up, but

**Page 60**

we were pumping at that time so it wasn't like
it was excessively, you know, high. But it
was some minor -- you would get your feet wet
if you were standing there.
   Q. How high over the wall were the
splashes?
   A. I told you like from three to four,
maybe five feet. I am not sure from that
distance.
   Q. Okay.
   A. It was a constant pounding of water.
   Q. Okay. Were the pumps still working
at this time?
   A. Yes.
   Q. Were they moving water?
   A. Yes.
   Q. Was the water that was splashing out
staying in the street?
   A. There was some water still in the
street, but we were pumping. So, you know,
when you pump with those pumps, it takes a
while for the elevation to go down.
   Q. Okay. What happened next?
   A. Next, I went back to the side door,
looked out the side door to see what -- how

**Page 61**

high that suction elevation was getting, and
it was controllable. That was something that
we could control.
   Q. Let me ask you something. You have
mentioned a front door and a back door. Where
is the side door?
   A. The side door is right outside the
office.
   Q. Is it shown in any of the photos?
   A. No, you can't see it. It's on the
back side of this station (indicating).
   Q. Okay. So it's in a space between
those -- Is that a separate --
   A. It's in a space between these two
buildings (indicating).
   Q. Is that two separate buildings?
   A. Yes, it is.
   Q. Okay. Understood. So the back door
is the --
   A. It's behind here (indicating).
   Q. Okay. Understood.
   A. And the side door (indicating).
   Q. The side door is between the two
buildings?
   A. Correct.

16 (Pages 58 to 61)

## Page 62

1  Q. Okay. What do you see when you're
2  looking out the side?
3  A. I see our suction elevation going
4  up, but something that we could control.
5  Q. Okay. What is suction elevation?
6  A. That's the drain water from the
7  street.
8  Q. Okay.
9  A. That's the suction. And the other
10 side of the station is the discharge where we
11 pump it out to the discharge side.
12 Q. Okay. Were you satisfied with what
13 you were seeing on the suction side?
14 A. No, I was concerned. I was very
15 concerned, but it looked manageable. I was --
16 I said if it gets any worse, we're going to be
17 in trouble.
18 Q. Were all the pumps running at this
19 time?
20 A. Yeah.
21 Q. D also?
22 A. I believe D was. I was not on the
23 operation of that at that time. We had
24 another operator that was on. But I do
25 believe he had D loaded also.

## Page 63

1  Q. Does the station sit lower or higher
2  or at the same level as the rest of the area
3  surrounding it?
4  A. Well, it sits higher somewhat. The
5  office sits higher. But the older pumps
6  inside the station, they sit low.
7  Q. Okay. What happened next?
8  A. I go back from there to the switch
9  gear room and look out the double doors.
10 Q. Well, which double doors are those?
11 A. The ones I have the arrow
12 (indicating) pointed on.
13 Q. Okay.
14 A. At that particular time I opened the
15 door back up and the wind yanks the door out
16 of my hand and pulls it off from the hinges.
17 And I think the top hinge was just holding the
18 door. Then I heard transformers on a
19 telephone pole -- on a light poles, telephone
20 poles, whatever you want to call them, you
21 could hear them exploding.
22 Q. Do you know what time this is?
23 A. I would say this would probably be
24 -- See, I am not sure on time. I couldn't
25 tell you time. I would say -- I thought it

## Page 64

was about 3:00 or 4:00, but I am not sure what
time it was.
Q. Okay.
A. But I am going to get back around to
that time thing in a minute. But to finish
what I was saying, when I looked over to my
left, I am watching the water, it's getting
more intense splashing over the wall. Then I
heard like an explosion. Boom. And I heard
the explosion, I said what -- what could that
be? I am still looking in that direction.
And then I seen the levee wall partially --
sections, it's -- The levee walls are like in
sections. I saw it tumble over (indicating).
A couple of sections looked like they tumbled
over. And I am looking real good, I am
squinting my eyes because it's raining, too.
Imagine it was still dark, but I could see
that. Because it looked like a mouth with a
tooth out. That's what went through my mind.
And then I seen what appear to be metal
structure like a barge, only the tip of it.
Couldn't tell you I seen a whole barge,
because I didn't. I -- That's what I seen.
Q. All right. Let me ask you this.

## Page 65

Let me refer you to what we're going to call
Villavasso 4.
MR. WALKER:
   We object to the use of that
   photograph --
MR. GILBERT:
   Okay.
MR. WALKER:
   -- that implies and induces the
   witness prior to questions regarding
   the identity of what he saw since he
   just testified it's like a barge. Did
   not see the whole thing and couldn't
   tell what it was.
EXAMINATION BY MR. GILBERT:
Q. Is the object that you saw anything
-- does it look anything like that?
MR. WALKER:
   Objection.
MR. GILBERT:
   A continuing objection noted.
THE WITNESS:
   What do I do?
MR. LANIER:
   You can answer.