# Exhibit

# F

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ✱ ✱ ✱ ✱ | CIVIL ACTION |
|  | ✱ ✱ | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | ✱ ✱ | |
|  | ✱ | SECTION "K"  (2) |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | 05-5531 | ✱ |
| *Mumford v. Ingram* | 05-5724 | ✱ |
| *Lagarde v. Lafarge* | 06-5342 | ✱ |
| *Perry v. Ingram* | 06-6299 | ✱ |
| *Benoit v. Lafarge* | 06-7516 | ✱ |
| *Parfait Family v. USA* | 07-3500 | ✱ |
| *Lafarge v. USA* | 07-5178 | ✱ |
| *Weber v. Lafarge* | 08-4459 | ✱ |

JUDGE
STANWOOD R. DUVAL
JR.

MAG.
JOSEPH C. WILKINSON,
JR.

## SWORN AFFIDAVIT OF GERTRUDE LEBLANC

PARISH OF ORLEANS
STATE OF LOUISIANA

Came this 21st day of October, 2009, before the undersigned Notary Public:

**GERTRUDE LEBLANC**

who, upon being first duly sworn, did depose and say:

1.  That my date of birth is 11/XX/1935, and the first five digits of my social security

    number are 439-50 ; that I am 73 years of age, of sound mind, and that the following

    is given upon my first-hand knowledge and experience of the matters stated herein;

2.  That at the time of Katrina (and at present), I resided at 1738 Tennessee St., New

    Orleans, LA 70117-4148, in the Lower Ninth Ward.

3.  That on Sunday, August 28, 2005, my family and I evacuated by car from the

Lower Ninth Ward;

4. The car in which I was riding as a passenger was also occupied by my daughter, Jennifer Landix;

5. The route we took to leave the Lower Ninth Ward took us over the Claiborne Avenue Bridge, heading away from the Lower Ninth Ward, and toward Downtown New Orleans;

6. On the morning of Sunday, August 28, 2009, around 11:00 a.m. or noon, we evacuated, and drove across the Claiborne Avenue Bridge, headed out of the Lower Ninth Ward, toward Downtown and the Upper Ninth Ward, I looked to my right and saw a large reddish-orange barge in the Industrial Canal, very close to the floodwall that runs along the Lower Ninth Ward. It was a big, long, rectangular barge with sharp corners and a round top.

7. The barge was sitting about mid-way between the Florida Avenue Bridge and the Claiborne Avenue Bridge;

8. The barge was nowhere close to any dock on the Upper Ninth Ward side of the Industrial Canal;

9. The barge was right up against the floodwall on the Lower Ninth Ward side.

10. We both saw it. We wondered aloud to each other why a barge was still in the Canal with a hurricane approaching.

11. When I returned after Katrina, it appeared that the same barge was sitting in my backyard. I live near the breach by Claiborne Avenue. I could not see anything about the barge in my yard that looked any different from the barge I saw in the canal on the Sunday before the storm.

12. I recall being interviewed after the storm by a man named Robert Garcia. All that I
    told him was true.

13. Today, I have seen for the first time a written record of my conversation with him. It
    has numbers on it starting with LNA003016 and ending with LNA003022. This is
    what I said to Robert Garcia.


Further, Affiant Sayeth Naught.

_Gertrude L Blanc_
**GERTRUDE LEBLANC**


**SWORN TO AND SUBSCRIBED** before me, the undersigned Notary Public, at

NewOrleans Louisiana, this 21st day of October, 2009.

_Brian Gilbert_
Notary Signature

_Brian A. Gilbert, 21297_
Printed Name and LSBA Number
My commission is for life.