UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K"  (2) |
| | * | |
| *Boutte v. Lafarge*           05-5531 | * | JUDGE |
| *Mumford v. Ingram*      05-5724 | * | STANWOOD R. DUVAL, JR. |
| *Lagarde v. Lafarge*       06-5342 | * | |
| *Perry v. Ingram*             06-6299 | * | MAGISTRATE |
| *Benoit v. Lafarge*          06-7516 | * | JOSEPH C. WILKINSON, JR. |
| *Parfait Family v. USA*  07-3500 | * | |
| *Lafarge v. USA*               07-5178 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING - MOTION TO STRIKE, EXCLUDE AND/OR LIMIT TESTIMONY, OPINIONS, FINDINGS AND/OR CONCLUSIONS OF DEFENDANT LAFARGE NORTH AMERICA'S EXPERT WITNESS AUSTIN L. DOOLEY, Ph.D.**

Plaintiffs will bring their Motion to Exclude Testimony of Defendant's Expert Witness, Austin L. Dooley, Ph.D., for hearing before the Hon. Stanwood R. Duval, Jr. at 1:30 p.m. on January 20, 2010 at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana for reasons stated in the above-titled Motion, which was filed via ECF upload on December 1, 2009.

Date:   December 1, 2009                         Respectfully submitted,

*/s/ Dylan Pollard*_____

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Michael Forman (CA SBN #260224)
Khorrami, Pollard & Abir, LLP

1

444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
Dpollard@kpalawyers.com;
Mbailey@kpalawyers.com;
Mforman@kpalawyers.com.


Brian A. Gilbert (21297)
Law Office of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com


Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
karl@wiedemannlaw.com

Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com


Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

                                        Lawrence A. Wilson (N.Y.S.B.A. #2487908)
                                        David W. Drucker (N.Y.S.B.A. #1981562)
                                        Wilson, Grochow, Druker & Nolet
                                        Woolworth Building
                                        233 Broadway, 5th Floor
                                        New York, NY 10279-0003
                                        Telephone: (212) 608-4400
                                        Facsimile: (212) 227-5159
                                        e-mail: lwilson@wgdnlaw1.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 1st day of December, 2009.

                                                \s\ Brian Gilbert, Esq.