UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES         CIVIL ACTION
       CONSOLIDATED LITIGATION
                                              NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE                JUDGE DUVAL
     Abadie I, 06-5164                     MAG. WILKINSON
     Abadie II, 07-5112

## ORDER

At the request of plaintiffs' liaison counsel, Joseph M. Bruno (by letter filed separately in the records of the captioned case and the two referenced Abadie cases),

**IT IS ORDERED** that, in addition to those plaintiffs listed in my previous order, Record Doc. No. 19369, the two plaintiffs listed below must appear before me in person at the hearing concerning Road Home settlement obligations set before me on **DECEMBER 7, 2009 at 2:00 p.m.** to explain their position concerning the settlement obligations asserted against them by the Road Home Program:

**Linda Butler**
**Deidre Williams**

Plaintiffs' counsel, Joseph Bruno, or a representative of his office, Chris Pellegrin, counsel for defendant Louisiana Citizens Property Insurance Company, David Strauss, counsel for State Farm, and Dan Rees, counsel for the State of Louisiana Road Home program, must appear.  A copy of the executed Road Home subrogation/assignment

agreements for the persons listed above must be provided to me by counsel prior to the hearing.

**IT IS FURTHER ORDERED** that plaintiffs' counsel must serve a copy of this order on plaintiffs and make good faith effort to assure plaintiffs' appearances. However, plaintiffs' execution of the necessary settlement consummation documentation prior to the hearing will make an appearance unnecessary.

New Orleans, Louisiana, this  30th  day of November, 2009.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

2