UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * * | CIVIL ACTION |
| | | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge* | 08-4459 | * | JOSEPH C. WILKINSON, JR. |

### LAFARGE NORTH AMERICA INC.'S
### MOTION TO EXCLUDE EXPERT TESTIMONY
### BY MELVIN SPINKS

Defendant Lafarge North America Inc. ("LNA") moves to exclude expert opinion testimony by Melvin Spinks, a hydrologist designated by the plaintiffs to testify, among other things, about the "timing and causes of [the] IHNC wall breaches," Doc. 18390 at 20, to the extent that Mr. Spinks' testimony purports to establish the times of the North Breach and South Breach of the eastern floodwall on the Inner Harbor Navigation Canal ("IHNC"). As detailed in the accompanying memorandum of law supporting this motion, Mr. Spinks employed a flawed statistical analysis that does not meet the standards for admissibility under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), because it fails to analyze the error rate associated with his input data, rendering the output of the analysis statistically unreliable. Accordingly this aspect of Mr. Spinks' testimony should be excluded from the June 2010 bench trial.

1

Dated: December 1, 2009						Respectfully submitted,

								Robert B. Fisher, Jr., T.A. (#5587)
								Derek A. Walker (#13175)
								**CHAFFE MCCALL, L.L.P.**
								2300 Energy Centre
								1100 Poydras Street
								New Orleans, LA  70163-2300
								Telephone:  (504) 585-7000
								Facsimile:  (504) 585-7075
								Fisher@chaffe.com
								Walker@chaffe.com

								 /s/ John D. Aldock
								John D. Aldock
								Richard M. Wyner
								Mark S. Raffman
								**GOODWIN PROCTER LLP**
								901 New York Avenue, N.W.
								Washington, DC  20001
								Telephone:  (202) 346-4240
								jaldock@goodwinprocter.com
								rwyner@goodwinprocter.com
								mraffman@goodwinprocter.com


								Daniel A. Webb (#13294)
								**SUTTERFIELD & WEBB, LLC**
								Poydras Center
								650 Poydras Street, Suite 2715
								New Orleans, LA  70130
								Telephone:  (504) 598-2715

								*Attorneys for Lafarge North America Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2009.

                                        /s/ John D. Aldock

LIBW/1724738.1