# EXHIBIT 1

Appendix I to Report of Melvin Spinks (2009)

# APPENDIX I
# VERIFICATION OF IHNC NORTH AND SOUTH FLOODWALL BREACHING TIMES

A sensitivity analysis was performed to further evaluate the breaching times for the north and south floodwall along the Inner Harbor Navigation Canal (IHNC) in the Lower Ninth Ward. The IHNC north and south floodwall breach initiation timeline was investigated in several investigative studies for Hurricane Katrina. The main investigative studies performed by IPET, Team Louisiana, and ILIT differ on the failure times of the IHNC north and south breaches during Hurricane Katrina. Other expert opinion reports published in support of the *Robinson v. United States* included Fitzgerald [1], Ebsersole [2], and Bea [3] [4]. These expert reports further examined the breaching times for the IHNC north and south floodwalls and for the levee/floodwall breaches along MRGO.

Fitzgerald in his expert report notes that the IHNC north floodwall breach occurs at approximately 3:50 a.m. CDT and the south floodwall breach occurs between 7:00 a.m. and 7:30 a.m. CDT. [1] Ebersole in his expert report states "The IHNC north breach occurred at a water level of slightly less than 9 feet."[2] The 9 feet of water level in the IHNC was observed at 4:00 a.m. CDT according to the IHNC Lock Hydrograph. In addition, Ebersole states that IHNC south breach initiated because of the overtopping from the IHNC from walls at about 7:00 a.m. CDT.[2] Bea in his expert report states that the IHNC north breach initiated at approximately 5:00 a.m. CDT and south breach initiated at approximately 6:00 a.m. CDT. [3] He also states that "The IHNC north breach completed its development with the surge elevation +9 feet to 10 feet NAVD 88 at 6:00 a.m. to 7:00 a.m. CDT "[4] . However, +9 feet surge elevation corresponds to 4:00 a.m. CDT in the observed IHNC Lock Surge Hydrograph. He also states that "The south breach also initiated its development at 5:00 a.m. CDT and completed its development with the surge elevation at +13 feet to +14 feet NAVD 88 at 7:30 a.m. to 8:00 a.m. CDT" [3]

The IPET report concluded with the following statement "In summary, for the Lower Ninth Ward, it appears that flooding began early on Monday morning. Eyewitness accounts and stopped-clock data indicate that floodwaters began entering the Lower Ninth Ward prior to 1030 UTC (5:30 a.m. CDT) and possibly as early as 0930 UTC (4:30 a.m. CDT). " [5] In addition, IPET study stated that the early times of flooding suggest that the water entered through one of both of the breaches in the IHNC Floodwall. [5]

Much of the expert opinion work identified above focused on determining the maximum water depth from all sources. Although the maximum water depths in the St. Bernard basin can be determined with certainty with flooding from the IHNC and MRGO, only limited eyewitness data was available from IPET, Team Louisiana, and ILIT to verify the flood time sequence from the early flooding in the Lower Ninth Ward due to the IHNC north and south floodwall breaches. Additional eyewitness information has been

obtained to verify the flooding timeline with the model simulation results. A sensitivity analysis was performed for six (6) cases that varying the IHNC north and south breaching times as identified in **Table 1**.

**Table 1.**  IHNC North and South Levee Breaching Times

| Case | IHNC North Breach Start Time (CDT) | North Breach Duration | IHNC South Breach Start Time (CDT) | South Breach Duration |
|---|---|---|---|---|
| Case 1 | 4:00 am | 30 min | 5:30 am | 15 min |
| Case 2 | 4:00 am | 30 min | 7:00 am | 15 min |
| Case 3 | 5:00 am | 30 min | 5:30 am | 15 min |
| Case 4 | 5:30 am | 30 min | 5:30 am | 15 min |
| Case 5 | 6:00 am | 30 min | 6:00 am | 15 min |
| Case 6 | 7:00 am | 30 min | 7:00 am | 15 min |

The initial observed flood model data for the sensitivity analysis is based on Team Louisiana study stopped clock information [6], IPET study information [7], and additional eyewitness accounts gathered in this case as provided in **Appendix E**. The sensitivity analysis involves performing the model simulations for each case and computing the $\|L_2\|$ relative error and rating number (r). The $\|L_2\|$ relative error is calculated for each location based on the following formula:

$$\|L_2\|_{location} = \sqrt{\frac{(SWD_i^2 - OWD_i^2)^2}{\sum_{i=1}^{n} OWD_i^2}} \qquad \textbf{(Eq.1)}$$

Where;
$SWD_i$ :   Simulated water depth for data point *i* at eyewitness location at specified time
$OWD_i$ :   Observed water depth for data point *i* at eyewitness location at specified time

The $\|L_2\|$ relative error provides a statistical inference between the simulated water depth and the observed water depth for each data point at the eyewitness location. A lower $\|L_2\|$ relative error will be computed for data points with small differences between the simulated and observed water depths. The rating number (r) was used to identify when the floodwaters reached an eyewitness location based on the simulated and observed water depths at their location at the specified time. The rating number (r) was set to one if both the simulated water depth and the observed water depth identified floodwaters at the eyewitness location at the specified time. Otherwise, the rating number (r) was set to zero since floodwaters where not identified by either the simulated water depth and/or the observed water depth at the eyewitness location at the specified time. These two parameters were then used to rank the performance of each case. If

---

the cumulative $\|L_2\|$ relative error is smaller and the total sum of the rating number is higher for a case, then the performance of the case is selected to be superior.

IHNC north and south breaches initiation times were changed in the SOBEK model for each case as identified in **Table 1** and no other changes were made to the model. The six cases utilized ALL Causes Scenario in the sensitivity analysis. The results of the sensitivity analysis performed for the observations are presented in **Table 2**. The model simulated water levels with the eyewitness's flood level observations are shown graphically for each case in **Figure 1** through **Figure 6**, respectively. The performance results indicate that Case 1 with a north breach initiation time at 4:00 a.m. CDT and a south breach initiation time at 5:30 a.m. CDT provided the lowest cumulative $\|L_2\|$ relative error and the highest total ranking number (r) as compared with Cases 2 through Case 6.



**Figure 1.** Simulated water level hydrograph for Case 1 and eyewitness interior hydrographs



**Figure 2.** Simulated water level hydrograph for Case 2 and eyewitness interior hydrographs



**Figure 3.** Simulated water level hydrograph for Case 3 and eyewitness interior hydrographs



**Figure 4.** Simulated water level hydrograph for Case 4 and eyewitness interior hydrographs



**Figure 5.** Simulated water level hydrograph for Case 5 and eyewitness interior hydrographs



**Figure 6.**  Simulated water level hydrograph for Case 6 and eyewitness interior

**Discussion**

The sensitivity analysis includes 45 observation data points throughout the study area as presented in **Table 2** with the locations generally shown in Exhibit 6 in the main report. The observation data points include IPET eyewitnesses and stop clock data, time-stamped photographs, and numerous eyewitness accounts.  There are 11 observation data points (N1 – N11) identified for the north breach location and 34 data points (S1 – S34) identified for the south breach location.  It should be noted that the observation data points are only numbered for identification purposes to aid in the understanding of the flood time sequence of the north and south floodwall breaches in this sensitivity analysis.

The sensitivity analysis results indicate only Case 1 and Case 2 which have a north breach time at 4:00 a.m. CDT produce the best correlation between the simulated water depths and the observed water depths at the eyewitness locations at the specified times for observation data points near the north breach.  Eyewitness T. Adams, who lived at the same location as IPET Site C1, stated that his carpet was wet when he woke up at 5:00 a.m. CDT (Data Point N1). [8]   Eyewitness Daniel Weber (Data Point N5), who lived close to IHNC north breach, stated that he saw 3 to 4 feet of water outside of his house shortly after 5:00 a.m. CDT. [9]   For Case 1 and Case 2, the model simulated a water depth at approximately 1.7 feet at his location, whereas the other cases do not show any water at his property at that time.  For Case 3 through Case 6, which evaluates north breach times at 5:00 a.m. CDT, 5:30 a.m. CDT, 6:00 a.m, and 7:00 a.m.

CDT, the sensitivity analysis identified a poor performance and little or no correlation between the simulated water depths and the observed water depths at the eyewitness locations at the specified times. Based on the evidence, it can be concluded that the IHNC north floodwall breach initiation time was at approximately 4:00 a.m. CDT.

The sensitivity analysis results show very poor correlation between the simulated water depths and the observed water depths at the eyewitness locations at the specified times for Case 5 and Case 6 with the north breach occurring after 6:00 a.m. CDT and the south breach occurring after 6:00 a.m. Case 1 and Case 2 evaluates the IHNC south breach at 5:30 a.m. CDT and at 7:00 a.m. CDT, respectively. The sensitivity analysis results indicate that Case 1 would have a lower cumulative relative error between the simulated and observed water depths and a significantly better value for the rating number (r) than Case 2. Case 1 can be verified by various eyewitness accounts. Eyewitness Carolyn Berryhill who lived one block east of IHNC south breach, reported water came up fast about 5:30 a.m. CDT and the water level was at the third stairway in the house (Data Point S1). [10] Mr. K. McFarland, who lived southeast of the IHNC south breach, stated that he woke up about 6:45 a.m. CDT and observed that the water was up to the knee level in the house (Data Point S17). [11] In addition, he stated that his house slab was 3 feet off the ground. Eyewitness Donna Saulter Bordelon, who lived in Arabi, reported that water came into her house about 7:30 a.m. CDT (Data Point S15). [12] Case 1 shows that the floodwaters overtopped the railroad tracks and moved easterly in Arabi at about 7:00 a.m. CDT and the wave front propagated to Ms. Bordelon's location around 7:30 a.m. CDT.

IPET report provided a water level hydrograph representing the flooding at OP5, Site C1, Site C2, Jackson Barracks and Chalmette areas. [13] The simulated hydrographs for Case 1, Case 5 and Case 6 are shown in **Figure 7**, **Figure 8** and **Figure 9**, respectively As shown, the match between the hydrographs provided by the IPET study and hydrograph simulated with Case 1 is significantly better than those simulated with Case 5 and Case 6. The IPET study stated "A time-stamped photograph taken at Site 1 reveals that at 1246 UTC (7:46 a.m. CDT), the floodwaters had not yet reached this location. However, by about 1300 UTC (8:00 a.m. CDT), the floodwaters were reported to be coming down the street from the north in front of the HQ building, and at 1313 UTC (8:13 a.m. CDT) the water was already up to the wheels on a truck cab" [14]. As seen in **Figure 8** and **Figure 9**, the hydrograph simulated at Jackson Barracks with Case 5 and Case 6 shows that the wave front resulted from IHNC floodwall breaching did not reach to this location yet. Moreover, as presented in **Figure 7,** simulated hydrographs with Case 1 at Site C1 and Site C2 agree better with hydrographs provided by IPET report at these locations.



**Figure 7**. Comparison of interior hydrograph provided by IPET report and simulated with Case 1



**Figure 8**. Comparison of interior hydrograph provided by IPET report and simulated with Case 5



**Figure 9**.  Comparison of interior hydrograph provided by IPET report and simulated with Case 6

**CONCLUSIONS**

The sensitivity analysis results concluded that Case 1 (North Breach at 4:00 a.m. CDT and South Breach at 5:30 a.m. CDT) provides the lowest cumulative relative error and highest ranking performance when comparing the simulated flood depths to the observed flood depths for the 45 eyewitness observation locations and specified times in the study area. The sensitivity analysis considered numerous eyewitness accounts of the flood depths and times in the study area.

. **REFERENCES**

[1] *Interior Flooding Analysis – St. Bernard Parish and Lower Ninth Ward, Orleans Parish, Hurricane Katrina, August 2005, New Orleans Area, Louisiana, Expert Opinion Report, Robison v. United States*, prepared by Mr. Steven D. Fitzgerald, P.E., Houston, Texas, dated December 18, 2008, pg. 17.

[2] *Expert Report Prepared for United States Department of Justice, Robison v. United States*, prepared by Bruce A. Ebersole, P.E., United States Army Corps of Engineers, Chief, Flood and Storm Protection Division, Coastal and Hydraulics Laboratory, Engineer Research and Development Center, Vicksburg, MS, dated December 17, 2008, pg.  154

[3] *Expert Report of Robert Glenn Bea, Ph.D., P.E.*, prepared for Katrina Canal Breaches Consolidated Litigation [Civil Action Number: 05-4182 "K" 92)],

United States District Court, Eastern District of Louisiana, Pertains to MR-GO, Robison, (C.A. No. 06-2268), Moraga, California, dated July 14, 2008, pg. 21.

[4]  *Declaration No. II, Engineering Forensic Studies of Performance of the Man-made Features Bordering the Inner Harbor Navigation Canal at the Lower 9th Ward During Hurricane Katrina*, Report to Katrina Canal Breaches Consolidated Litigation [Civil Action Number 05-4182 "K" 92)], United States District Court, Eastern District of Louisiana, Pertains to MR-GO, Robison (No. 06-2268), prepared by Dr. Robert Bea, Risk Assessment and Management Services, Moraga, California, dated July 11, 2008 with format edits dated July 15, 2008, pg.101.

[5]  IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System. Final Report of the Interagency Performance Evaluation Task Force. Volume IV – The Storm (pgs. IV-194, IV-198, IV-199 ).

[6]  Team Louisiana, Van Heerden, I. et al. (December 18, 2006) The Failure of the New Orleans Levee System during Hurricane Katrina, Vol. 1, Table A2.2.

[7]  IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System. Final Report of the Interagency Performance Evaluation Task Force. Volume IV – The Storm.

[8]  Deposition of Terry Mark Adams, taken November 13, 2007, pgs. 17-18.

[9]  Deposition of Daniel Weber dated June 25, 2008, pg. 95, 100, 104

[10] Deposition of Carolyn Berryhill taken December 17, 2007, pgs. 37-38.

[11] Deposition of Kevin Mc. Farland  dated January 29, 2009, pg. 53, 54

[12] Deposition of Donna S. Bordelon dated April 23, 2009, pg. 26.

[13] IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System. Final Report of the Interagency Performance Evaluation Task Force. Volume IV – The Storm, pg. IV-195.

[14] IPET, Link, E. et al. (March 26, 2007) Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System. Final Report of the Interagency Performance Evaluation Task Force. Volume IV – The Storm, pg. IV-196.

Table 2. Sensitivity Analysis for the IHNC North and South Breach Initiation Times

| Data Description | Data Point #ID | Observed Water Depth (ft) | Case 1: NB-4:00 am - SB-5:30 am | | | Case 2: NB-4:00 am - SB-7:00 am | | | Case 3: NB-5:00 am - SB-5:30 am | | | Case 4: NB-5:30 am - SB-5:30 am | | | Case 5: NB-6:00 am - SB-6:00 am | | | Case 6: NB-7:00 am - SB-7:00 am | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Simulated Water Depth (ft) | ‖L2‖ | Rating Number - r | Simulated Water Depth (ft) | ‖L2‖ | Rating Number - r | Simulated Water Depth (ft) | ‖L2‖ | Rating Number - r | Simulated Water Depth (ft) | ‖L2‖ | Rating Number - r | Simulated Water Depth (ft) | ‖L2‖ | Rating Number - r | Simulated Water Depth (ft) | ‖L2‖ | Rating Number - r |
| T. Adams | N1 | 2.1 | 4.17 | 0.668 | 1 | 4.17 | 0.471 | 1 | 0.01 | 0.639 | 0 | 0.01 | 0.564 | 0 | 0.01 | 0.945 | 0 | 0.01 | 0.945 | 0 |
| T. Adams | N2 | 4.0 | 6.23 | | 1 | 4.60 | | 1 | 5.98 | | 1 | 5.43 | | 1 | 0.28 | | 0 | 0.28 | | 0 |
| D'A Johnson | N3 | 5.2 | 5.95 | 0.291 | 1 | 3.71 | 0.237 | 1 | 5.81 | 0.231 | 1 | 5.62 | 0.076 | 1 | 0.02 | 0.996 | 0 | 0.02 | 0.996 | 0 |
| K. Pounds | N4 | 3.5 | 5.16 | | 1 | 3.56 | | 1 | 4.81 | | 1 | 3.73 | | 1 | 0.01 | | 0 | 0.01 | | 0 |
| D. Weber | N5 | 3.5 | 1.67 | 0.522 | 1 | 1.68 | 0.521 | 1 | 0.01 | 0.996 | 0 | 0.01 | 0.997 | 0 | 0.00 | 0.999 | 0 | 0.01 | 0.997 | 0 |
| IPET OP5 | N6 | 3.0 | 2.99 | 0.369 | 1 | 2.99 | 0.067 | 1 | 0.00 | 0.691 | 0 | 0.01 | 0.669 | 0 | 0.01 | 0.988 | 0 | 0.01 | 0.988 | 0 |
| IPET OP5 | N7 | 4.1 | 6.00 | | 1 | 4.46 | | 1 | 5.97 | | 1 | 5.76 | | 1 | 0.07 | | 0 | 0.07 | | 0 |
| IPET Site3 | N8 | 0.0 | 0.01 | 0.988 | 0 | 0.01 | 0.988 | 0 | 0.01 | 0.998 | 0 | 0.01 | 0.998 | 0 | 0.01 | 0.998 | 0 | 0.01 | 0.998 | 0 |
| IPET Site3 | N9 | 1.5 | 0.01 | | 0 | 0.01 | | 0 | 0.01 | | 0 | 0.01 | | 0 | 0.01 | | 0 | 0.01 | | 0 |
| IPET Site3 | N10 | 7.5 | 0.09 | | 0 | 0.09 | | 0 | 0.01 | | 0 | 0.01 | | 0 | 0.01 | | 0 | 0.01 | | 0 |
| Team Lousiana #23 | N11 | 7.0 | 9.04 | 0.292 | 1 | 6.71 | 0.041 | 1 | 8.72 | 0.246 | 1 | 8.52 | 0.217 | 1 | 7.59 | 0.084 | 1 | 5.17 | 0.261 | 1 |
| C. Berryhill | S1 | 2.0 | 2.02 | 0.010 | 1 | 1.16 | 0.421 | 1 | 1.22 | 0.389 | 1 | 1.22 | 0.390 | 1 | 0.01 | 0.995 | 0 | 0.01 | 0.995 | 0 |
| D. Johnson | S2 | 3.5 | 3.43 | | 1 | 1.56 | | 1 | 2.88 | | 1 | 2.44 | | 1 | 0.01 | | 0 | 0.01 | | 0 |
| D. Johnson | S3 | 8.0 | 6.43 | 0.305 | 1 | 2.99 | 0.628 | 1 | 6.00 | 0.433 | 1 | 5.73 | 0.458 | 1 | 4.56 | 0.640 | 1 | 0.01 | 0.999 | 0 |
| P. Peters | S4 | 3.5 | 1.10 | | 1 | 1.04 | | 1 | 0.01 | | 1 | 0.00 | | 1 | 0.00 | | 0 | 0.00 | | 0 |
| S. Jones | S5 | 1.5 | 3.12 | 1.068 | 1 | 0.56 | 0.630 | 0 | 2.90 | 0.923 | 1 | 2.75 | 0.821 | 1 | 1.53 | 0.013 | 1 | 0.56 | 0.629 | 0 |
| J. Reed | S6 | 0.0 | 0.01 | | 0 | 0.01 | | 0 | 0.01 | | 0 | 0.01 | | 0 | 0.01 | | 0 | 0.01 | | 0 |
| J. Reed | S7 | 2.5 | 0.06 | | 1 | 0.01 | | 1 | 0.01 | | 1 | 0.01 | | 1 | 0.01 | | 1 | 0.01 | | 1 |
| J. Reed | S8 | 1.8 | 9.90 | 0.675 | 1 | 8.87 | 0.614 | 1 | 9.73 | 0.666 | 1 | 9.62 | 0.660 | 1 | 9.19 | 0.634 | 1 | 8.38 | 0.576 | 1 |
| J. Reed | S9 | 3.0 | 11.52 | | 1 | 10.89 | | 1 | 11.42 | | 1 | 11.37 | | 1 | 11.12 | | 1 | 10.39 | | 1 |
| J. Reed | S10 | 11.8 | 13.57 | | 1 | 13.56 | | 1 | 13.56 | | 1 | 13.56 | | 1 | 13.54 | | 1 | 13.50 | | 1 |
| J. Reed | S11 | 13.0 | 13.60 | | 1 | 13.60 | | 1 | 13.60 | | 1 | 13.60 | | 1 | 13.57 | | 1 | 13.56 | | 1 |
| J. Ruiz | S12 | 2.0 | 2.23 | | 1 | 1.71 | | 1 | 2.17 | | 1 | 2.13 | | 1 | 1.94 | | 1 | 1.14 | | 1 |
| J. Ruiz | S13 | 2.5 | 2.48 | 0.590 | 1 | 1.97 | 0.704 | 1 | 2.38 | 0.607 | 1 | 2.33 | 0.617 | 1 | 2.13 | 0.666 | 1 | 1.69 | 0.767 | 1 |
| J. Ruiz | S14 | 9.3 | 3.48 | | 1 | 2.38 | | 1 | 3.31 | | 1 | 3.21 | | 1 | 2.74 | | 1 | 1.83 | | 1 |
| D. S. Bordelon | S15 | 0.0 | 0.02 | 1.000 | 1 | 0.02 | 1.000 | 0 | 0.02 | 1.000 | 1 | 0.02 | 1.000 | 1 | 0.02 | 1.000 | 0 | 0.02 | 1.000 | 0 |
| D. Bordelon | S24 | 0.0 | 0.02 | | 0 | 0.02 | | 0 | 0.02 | | 0 | 0.02 | | 0 | 0.02 | | 0 | 0.02 | | 0 |
| D. Martinez | S16 | 0.0 | 0.07 | 6.000 | 1 | 0.07 | 6.000 | 0 | 0.07 | 6.000 | 1 | 0.07 | 6.000 | 1 | 0.07 | 6.000 | 0 | 0.07 | 6.000 | 0 |
| K. Mc Farland | S17 | 4.9 | 3.09 | 0.363 | 1 | 0.01 | 0.998 | 0 | 2.96 | 0.390 | 1 | 2.91 | 0.400 | 1 | 2.42 | 0.501 | 1 | 0.01 | 0.999 | 0 |
| A. Sartin | S22 | 9.0 | 3.60 | 0.600 | 1 | 0.65 | 0.928 | 1 | 3.31 | 0.632 | 1 | 3.17 | 0.648 | 1 | 2.26 | 0.749 | 1 | 0.10 | 0.989 | 0 |
| M. Simmons | S23 | 8.0 | 1.64 | 0.795 | 1 | 1.62 | 0.798 | 1 | 0.04 | 0.995 | 0 | 0.38 | 0.953 | 0 | 0.04 | 0.995 | 0 | 0.04 | 0.995 | 0 |
| R. Cross | S25 | 3.0 | 0.02 | 0.993 | 0 | 0.02 | 0.993 | 0 | 0.02 | 0.993 | 0 | 0.02 | 0.993 | 0 | 0.02 | 0.993 | 0 | 0.02 | 0.993 | 0 |
| M. Madary | S26 | 3.5 | 2.65 | 0.243 | 1 | 0.70 | 0.801 | 1 | 1.71 | 0.513 | 1 | 0.79 | 0.775 | 1 | 0.70 | 0.801 | 1 | 0.70 | 0.801 | 1 |
| A. Anderson | S27 | 2.5 | 1.61 | 0.703 | 1 | 0.03 | 0.996 | 0 | 1.00 | 0.733 | 1 | 0.85 | 0.748 | 1 | 0.03 | 0.996 | 0 | 0.03 | 0.996 | 0 |
| A. Anderson | S28 | 9.5 | 2.66 | | 1 | 0.03 | | 0 | 2.46 | | 1 | 2.34 | | 1 | 0.03 | | 0 | 0.03 | | 0 |
| Team Lousiana # 25 | S29 | 7.0 | 0.02 | 0.997 | 0 | 0.02 | 0.997 | 0 | 0.02 | 0.997 | 0 | 0.01 | 0.999 | 0 | 0.02 | 0.997 | 0 | 0.02 | 0.997 | 0 |
| Team Lousiana # 26 | S30 | 6.0 | 6.09 | 0.015 | 1 | 4.45 | 0.259 | 1 | 5.82 | 0.030 | 1 | 5.66 | 0.057 | 1 | 4.97 | 0.172 | 1 | 4.05 | 0.325 | 1 |
| Team Lousiana # 27 | S31 | 6.5 | 0.05 | 0.993 | 1 | 0.05 | 0.993 | 1 | 0.01 | 0.999 | 0 | 0.01 | 0.998 | 0 | 0.01 | 0.998 | 0 | 0.01 | 0.998 | 0 |
| Team Lousiana # 22 | S32 | 6.5 | 4.31 | 0.337 | 1 | 2.98 | 0.541 | 1 | 4.17 | 0.358 | 1 | 4.08 | 0.372 | 1 | 3.57 | 0.450 | 1 | 1.97 | 0.697 | 1 |
| IPET Site 1 | S33 | 0.0 | 1.14 | 0.644 | 0 | 0.65 | 0.682 | 0 | 0.71 | 0.641 | 0 | 0.65 | 0.642 | 0 | 0.65 | 0.665 | 0 | 0.65 | 0.714 | 0 |
| IPET Site 1 | S34 | 2.0 | 2.16 | | 1 | 0.65 | | 0 | 1.97 | | 1 | 1.85 | | 1 | 0.86 | | 1 | 0.65 | | 0 |
| IPET Site 1 | S35 | 9.5 | 3.35 | | 1 | 3.05 | | 1 | 3.32 | | 1 | 3.30 | | 1 | 3.18 | | 1 | 2.73 | | 1 |
| IPET Site 2 | S36 | 0.1 | 2.18 | 0.718 | 1 | 0.01 | 0.996 | 0 | 1.66 | 0.740 | 1 | 1.31 | 0.759 | 1 | 0.01 | 0.943 | 0 | 0.01 | 0.997 | 0 |
| IPET Site 2 | S37 | 9.0 | 2.89 | | 1 | 0.03 | | 0 | 2.53 | | 1 | 2.28 | | 1 | 0.51 | | 1 | 0.03 | | 0 |
| IPET Site4 | S38 | 11.0 | 3.91 | 0.645 | 1 | 2.37 | 0.785 | 1 | 3.66 | 0.667 | 1 | 0.00 | 1.000 | 1 | 0.00 | 1.000 | 0 | 0.00 | 1.000 | 0 |
| | | Cumulatives | | 0.65 | 37 | | 0.75 | 28 | | 0.69 | 32 | | 0.72 | 32 | | 0.79 | 19 | | 0.85 | 12 |