UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*  08-4459 | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Lafarge North America, Inc.'s Motion to Exclude Expert Testimony by Robert Bartlett, and plaintiffs' response thereto,

**IT IS ORDERED** that the motion is **GRANTED**,

**IT IS FURTHER ORDERED** that any testimony by Robert Bartlett regarding the cause of the North Breach of the Inner Harbor Navigation Canal floodwall is excluded from the bench trial scheduled to begin in June 2010.

New Orleans, Louisiana, this _____ day of _____, 20____.

                                                  **STANWOOD R. DUVAL, JR.**
                                                  **UNITED STATES DISTRICT COURT JUDGE**