UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*         08-4459 | * | JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA INC.'S
MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF DON GREEN**

Defendant Lafarge North America Inc. ("LNA") hereby moves to strike opinions 5.3, 5.6, 5.7, 5.8, and 5.13 from the expert report of Don Green, which plaintiffs produced on July 1, 2009.  Those opinions are not admissible under Fed. R. Evid. 702, and the Court should strike them.

The grounds in support of this Motion are set forth in the accompanying memorandum of law filed herewith and incorporated by reference herein.

LIBW/1723461.1

Dated: December 1, 2009					Respectfully submitted,

								Robert B. Fisher, Jr., T.A. (#5587)
								Derek A. Walker (#13175)
								**CHAFFE MCCALL, L.L.P.**
								2300 Energy Centre
								1100 Poydras Street
								New Orleans, LA  70163-2300
								Telephone:  (504) 585-7000
								Facsimile:  (504) 585-7075
								Fisher@chaffe.com
								Walker@chaffe.com

								 /s/ John D. Aldock
								John D. Aldock
								Richard M. Wyner
								Mark S. Raffman
								**GOODWIN PROCTER LLP**
								901 New York Avenue, N.W.
								Washington, DC  20001
								Telephone:  (202) 346-4240
								jaldock@goodwinprocter.com
								rwyner@goodwinprocter.com
								mraffman@goodwinprocter.com

								Daniel A. Webb (#13294)
								**SUTTERFIELD & WEBB, LLC**
								Poydras Center
								650 Poydras Street, Suite 2715
								New Orleans, LA  70130
								Telephone:  (504) 598-2715

								*Attorneys for Lafarge North America Inc.*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2009.

                                                 /s/ John D. Aldock

LIBW/1723461.1