UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. Lafarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*  06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*  08-4459 | * | JOSEPH C. WILKINSON, JR. |

### ORDER

Considering Lafarge North America, Inc.'s Motion to Strike Portions of the Expert Report of Don Green, and plaintiffs' response thereto,

**IT IS ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that opinions 5.3, 5.6, 5.7, 5.8, and 5.13 from Don Green's expert report are stricken.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

LIBW/1723460.1