UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*         07-5178 | * | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge*       08-4459 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DAUBERT MOTION TO STRIKE THE TESTIMONY OF DEFENSE EXPERT DANIEL F. RYAN

Plaintiffs moves the Court to conduct a Daubert hearing in reference to the proposed testimony of defense expert, Daniel F. Ryan, and, after due proceedings, enter an order excluding from the trial of any cases arising out of the above entitled and numbered cause, the proposed testimony of defense expert, Daniel F. Ryan, for the reasons more fully set forth in the attached memorandum.

Respectfully submitted,

Brian A. Gilbert, Esq.(21297)
Law Office Of Brian A. Gilbert, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Facsimile: (504) 581-4336
e-mail: bgilbert@briangilbertlaw.com

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN #180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com,
Dpollard@kpalawyers.com
Mbailey@kpalawyers.com

/s/ Lawrence D. Wiedemann
Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
Wiedemann and Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180
Facsimile: 504-581-4336
e-mail: ldwiedeman@aol.com
karlwied@bellsouth.net

Patrick J. Sanders (18741)
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Telephone: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Drucker & Nolet
Woolworth Building
233 Broadway 5th Floor
New York, NY 10279-0003
Telephone: 212-608-4400
Facsimile: 212-227-5159
e-mail: lwilson@wgdnlaw.com, ddrucker@wgdnlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 1st day of December, 2009.

/s/ Lawrence D. Wiedemann
_____