# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * | **CIVIL ACTION** |
| | * * | **NO. 05-4182 and consolidated cases** |
| **PERTAINS TO: BARGE** | * * | |
| | * | **SECTION "K" (2)** |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | **JUDGE** |
| *Perry v. Ingram* 06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | **MAG.** |
| *Lafarge v. USA* 07-5178 | * | **JOSEPH C. WILKINSON, JR** |
| *Weber v. Lafarge* 08-4459 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

The Barge Plaintiffs will bring their Daubert Motion to Strike the Testimony of Defense Expert Daniel F. Ryan for hearing before the Hon. Stanwood R. Duval, Jr. at 1:30 p.m. on January 20, 2010 at the United States District Court for Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 1st day of December, 2009.

/s/ Lawrence D. Wiedemann