# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. LaFarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. LaFarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *LaFarge v. USA*   07-5178 | * | JOSEPH C. WILKINSON, JR. |

## MOTION TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT, D. PHILLIP SKAER, II

**NOW COME** Plaintiffs, who for reasons stated in the accompanying Memorandum, respectfully move the Court for an Order excluding, testimony of Defendant's rope expert, D. Phillip Skaer, II, for reasons that:

1. Mr. Skaer's testimony is unreliable as not based upon sufficient facts or data (i.e. Mr. Skaer testifies as to the breaking strengths of ropes supposedly used to moor the barge at issue, however, there is no evidence to identify which ropes were actually used to moor the barge at issue);

2. The testimony of Mr. Skaer is based on conjecture and is speculation.

So moved, this 1st day of December, 2009.

Respectfully Submitted,

Lawrence D. Wiedemann.(13457)

Karl Wiedemann (18502)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,

Shawn Khorrami (CA SBN #14011)
Matt C. Bailey (CA SBN #218685)
Dylan Pollard (CA SBN #180306)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
Mbailey@kpalawyers.com

Brian A. Gilbert (21297)
BEST KOEPPEL TRAYLOR
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 885-7700
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
e-mail: bgilbert@briangilbertlaw.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell:   202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
Patrick J. Sanders, LLC
3123 Ridgelake Drive
Suite B
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com