ROPETECH INC
10712 Scioto Ct.
Austin, TX 78747
Phone: 512.291.0343
Email: pskaer@austin.rr.com

June 12, 2009

Mr. Thomas Forbes
Chaffe McCall L.L.P.
2300 Energy Center
1100 Poydras Street
New Orleans, LA 70163-2300

         Re: LNA-Barge 4727 Your File No.M1530-546

Dear Mr. Forbes:

    I have been retained by your firm to evaluate the synthetic ropes used on barge ING #4727 during Hurricane Katrina. Attachment #1 lists reports and depositions I reviewed.

### QUALIFICATIONS

    My direct experience with various types of ropes covers 45 years, the first 12 with steel wire ropes and the balance with synthetic and natural fiber ropes. Plus for the last 10 years I have directed my business experience to the investigation of rope failures and/or accidents. I worked initially as a sales engineer with a prominent wire rope manufacturer and became General Sales Manager. As pertains to synthetic and natural fiber ropes (Cordage) I was an executive with two major rope manufacturers, finally as President of Wall Industries Inc. the nation's oldest rope company. Rope companies are relatively small companies where the President must be a hands on person, knowledgeable about all phases of the operation, i.e. machinery, rope design, quality control, complaints and sales.

### INVESTIGATION AND ANALYSIS

    At the time of unloading on the Saturday before the arrival of Hurricane Katrina, Barge 4727 was tied up with two 4-1/2 inch circumference 8 strand braided high tenacity co-polymer polypropylene lines. Their new tensile strength was cataloged at approximately 55,000 pounds each. Taking into consideration that both lines had been in use, and based on the condition of each of the lines, their tensile strength would have been about 38500 lbs one of the ropes and a lower number, possibly 20000 lbs. for the other rope. Each of these ropes was appropriate for use in ordinary mooring activities. Nevertheless, for purposes of hurricane preparation, it was appropriate for Lafarge terminal personnel to provide additional strength through the addition or substitution of new lines.

    To provide greater strength for any possible winds and surge during Katrina, the Lafarge terminal personnel replaced one of the existing lines with a brand new 6 inch circumference Hi- Tenacity 8 Strand Garfil Maxiflex rope rated at 102000 lbs and added a third line of the new 6 inch line. These lines had test certificates. This rope was



- 2 -                                                                June 16, 2009

manufactured by Garware Ropes, a responsible and quality rope maker who was one of the first companies to develop hi-tenacity co-polymer poly ropes.

By replacing one of the lines and adding a new line, LNA personnel more than doubled the strength of the mooring. Opposing experts' comments that the ropes were not doubled up are without merit. Doubling up is to double the strength of the tie up configuration. The initial pre-Katrina tie-up overall strength was roughly 58500 lbs and the ropes during Katrina, after the terminal employees completed their preparation, had a total strength of approximately 178500 or three (3) times the initial tie-up strength. Furthermore, doubling up is only an efficient system if the lines can be figure eighted at both ends or two (2) separate independent lines are used. The configuration used -to more than double- the strength of the lines was as efficient as any that might have been used.

Examination of the new 6 inch cir. lines showed they parted from great tension and/or shock overload. Based on my examination of the lines it is my expert opinion that even with additional lines or additional parts of the same line, the force of the wind and the surge would have parted those lines on this barge.

The strain would have been greatest when the winds were blowing from the west, driving the empty barge away from the terminal and the barge to which it was moored. I would not expect the strain on the ropes to be as severe when the winds were blowing toward the terminal, driving the empty barge toward the barge to which it was moored.

Opposing experts' comments that wire rope would have been a better choice for a tie down are not correct and simply not consistent with the operational and practical realities of the vast majority of today's barge lines. Synthetic lines are by far the most used tie-up lines probably in the 80-90% range and 6 inch cir. is the most popular choice. Today's synthetic hi-tenacity poly lines have much greater strength than those of only 10 years ago, they are lighter in weight causing fewer lifting injuries, more flexible by far than wire rope, easier to handle, less recoil on break, do not tend to hockle and are much easier to secure tightly with or without knots. Synthetic ropes, especially 8 strand ropes, have greater stretch characteristics than wire rope and will return to their original size and length when strain is released, while wire ropes tend to break. As wire ropes wear many (surface) wires break, which cut the hands of men handling them, not so with fiber ropes. Wire ropes must be used as slings, which mean they must be of a predetermined length and it is almost impossible to change their length when conditions warrant a change. Synthetic ropes are easily retied either shorter or longer a reason all cargo ship mooring lines are synthetic poly ropes, and finally they float. If wire rope had been used in this situation, it is my opinion that it would have broken before the synthetic rope that was used. Wire rope is not flexible, and would tend to break due to strain of the wind and/or rising water. Thus, synthetic rope was proper choice and a better choice than wire rope.

CONCLUSIONS

1. Synthetic poly rope was the practical and correct rope for this mooring operation.
2. The additional use of two new 6 inch cir. ropes, along with the 4-1/2 inch cir. rope tripled the original strength of the mooring system, exceeding any

- 3 -                                                                    June 16, 2009

"recommendations" by various agencies, whose recommendations were to double up ropes.
3. Wire rope was impractical in this situation.
4. If additional ropes had been used, it is likely they too would have parted.

I retain the right to change or modify my expert opinions in the advent new information is brought to my attention. My fee is $275.00 per hour. My total compensation to date is $14452.50.

Sincerely,

*[signature]*

D. Philip Skaer II
President
ROPETECH INC.