1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION
 5                                   * NO. 05-4182
 6    PERTAINS TO: BARGES            * Consolidated
 7                                   * SECTION "K(2)"
 8    Boutte v. Lafarge    05-5531 *
 9    Mumford v. Ingram    05-5724 * JUDGE DUVAL
10    Lagarde v. Lafarge   06-5342 *
11    Perry v. Ingram      06-6299 * MAG. WILKINSON
12    Benoit v. Lafarge    06-7516 *
13    Parfait Family v. USA 07-3500 *
14    Lafarge v. USA       07-5178 *
15       *  *  *  *  *  *  *  *  *  *
16
17           Deposition of D. PHILIP SKAER, II,
18    given at Chaffe McCall, LLP, 2300 Energy
19    Centre, 1100 Poydras Street, New Orleans,
20    Louisiana 70163-2300, on July 15th, 2009.
21
22
23    REPORTER BY:
24           JOSEPH A. FAIRBANKS, JR., CCR, RPR
25           CERTIFIED COURT REPORTER #75005
```



```
 1        A.   No.
 2        Q.   Okay.  Do you have any training in
 3   hydrodynamics?
 4        A.   No.
 5        Q.   Okay.  So I take it you don't hold
 6   yourself out to have any expertise in
 7   engineering or hydrodynamics.  Is that correct?
 8        A.   No direct expertise.
 9        Q.   Okay.  What about military experience?
10        A.   I was in the United States Navy.
11        Q.   And when did you get out of the United
12   States Navy?
13        A.   1958, I believe.
14        Q.   And what was your position or job in
15   the United States Navy?
16        A.   I was a weather officer.
17        Q.   Okay.  And as a weather officer is it
18   fair to say that you had no experience with
19   mooring vessels?
20        A.   That is true.
21        Q.   Okay.  And is it fair to say that you
22   have no expertise or you do not hold yourself
23   out as an expert in mooring of vessels?
24        A.   That is correct.
25        Q.   Okay.  And as such is it true that
```

1   and that's what I do.
2       Q.   Did you do any type of strength test?
3       A.   No.
4       Q.   Did you do any engineering analysis
5   with regard to the ropes?
6       A.   Engineering analysis?  There is very
7   little you can do, engineering analysis of a
8   rope such as this, unless you think there is
9   some chemical problems or something like that.
10  We knew what the ropes were, the type of rope,
11  the only test that really could have been made
12  would have been a break test which I did not
13  consider to be necessary.
14      Q.   And why is that, sir?
15      A.   Because the ropes -- it was after the
16  fact, the ropes -- I could see them, I have
17  probably forty years of experience of looking
18  at ropes, and it was my professional opinion
19  that it didn't need to be done.
20      Q.   Okay.  When you visited the Lafarge
21  facility, did you take photographs?
22      A.   I did not, no.
23      Q.   But that would have been after, that
24  would have been sometime in 2008?
25      A.   No, it was actually this year.

```
 1        Q.   In 2009.
 2        A.   '9.
 3        Q.   Okay.  Did you take any measurements?
 4        A.   No, I didn't.  It's very hard to take
 5   measurements.  There were other barges there at
 6   the time.
 7        Q.   Okay.  What was the purpose of your
 8   visiting the site?
 9        A.   Well, I thought I needed to get a
10   firsthand view of exactly how they explained
11   that the barges were set up at the time of the
12   accident.
13        Q.   And did they display that for you?
14        A.   Well, there's no way to display it
15   with the barges there, they weren't the barges.
16   But to get an idea of the docking facilities
17   and all, yes, I could get a pretty good idea.
18        Q.   The barges there, were they full or
19   empty?
20        A.   Um -- the only barge there was half
21   and half, being unloaded.
22        Q.   Okay.  So if you took no measurement,
23   is it fair to say -- do you know the height of
24   the wharf off the water?
25        A.   I didn't take a measurement of it.  I
```

```
 1   used?
 2        A.   Three.
 3        Q.   Okay.  And what type of rope?
 4        A.   They were high-tenacity, 8-strand
 5   polypropylene.
 6        Q.   Is it fair to say that your knowledge
 7   with regard to the ropes used for the mooring
 8   and the mooring configuration is based upon
 9   your discussions with the attorneys?
10        A.   Yes, that's what my knowledge is based
11   on.
12        Q.   Now, you inspected ropes, is that
13   correct?
14        A.   Right.
15        Q.   And where was these ropes located when
16   you inspected them?
17        A.   The ropes were in a warehouse.
18        Q.   And in what city was the warehouse?
19        A.   New Orleans.
20        Q.   Okay.  And you laid the ropes out?  Is
21   that correct?
22        A.   Yes.
23        Q.   How many ropes were there?
24        A.   Well, there were quite a few.  Some of
25   them were not germane to the thing, they just
```

```
 1    pulled in all the ropes they could.  So some
 2    were just pieces of trash that were up there.
 3    So the ones that we looked at probably were six
 4    or seven that had any real meaning, that we
 5    could really relate to the barges.
 6         Q.   So just to get this straight, there
 7    was more than six or seven ropes, I take it.
 8         A.   Yes.
 9         Q.   Do you have any idea how many ropes
10    were there?
11         A.   Ten or twelve.
12         Q.   Okay.  And how did you determine what
13    three ropes were used to moor the two barges at
14    issue involving the ING 4727?
15         A.   Well, there was remnants of rope left
16    on the barges, as I understand.  I was shown
17    what was left on the barge, the loaded barge,
18    and we married those up with the other.  And we
19    also, from the reports that I heard from the
20    people at Lafarge which ropes they used.
21         Q.   Okay.  You reviewed some reports from
22    people at Lafarge?
23         A.   Um -- no.  That is secondhand
24    information.
25         Q.   So the information with regard to what
```

```
 1     mooring ropes were used was supplied to you by
 2     words from the Lafarge attorneys, is that
 3     correct?
 4          A.   That's correct.
 5          Q.   You didn't review any photographs
 6     which show a barge with ropes hanging or
 7     anything like that.
 8          A.   Yes.
 9          Q.   You did.
10          A.   Yes.
11          Q.   So from those photos --
12          A.   They showed me those photos, and I
13     also -- from those photos, I developed what
14     ropes were on the -- they used.
15          Q.   Okay.  And these photographs you saw,
16     that's how you could determine what ropes were
17     used?
18          A.   Yes.
19          Q.   Okay.  So these photographs had ropes
20     hanging from the barge?  Is --
21          A.   Basically, they had -- and these ropes
22     had been taken off and then put in this
23     warehouse.
24          Q.   Okay.  The photograph of the barge
25     with the rope, was that the ING 4727 or was
```

```
 1     that the barge that did not break away where
 2     the ropes were hanging?
 3          A.   I don't remember.  But I believe it
 4     was the barge that did not break away.
 5          Q.   So that would have been the barge at
 6     the dock?
 7          A.   Yes.
 8          Q.   With regard to any other photos, other
 9     than photos -- was there more than one photo?
10          A.   There were several that were shown to
11     me.
12          Q.   And this involved photos of the dock?
13          A.   Yes.
14          Q.   And did you review any photos of how
15     the ropes were tied to the various barges?
16          A.   No, because they had already broken,
17     so I wouldn't be sure how they had.
18          Q.   Okay.  So you have no knowledge, then,
19     of how the ropes were actually tied to each
20     barge.  Is that correct?
21          A.   No.
22               MR. SANDERS:
23                    May I see the photos he just
24               testified to?  Mr. Walker?
25               MR. WALKER:
```

```
 1                I have no idea what photos he's
 2           referring to at this point in time.
 3      A.   They were just a broad -- they threw
 4   some photographs out, we looked at them, a year
 5   and a half ago.
 6   EXAMINATION BY MR. SANDERS:
 7      Q.   Okay.
 8      A.   And so if I saw the photographs again
 9   today I'm not sure that I would pick out the
10   same ones.
11      Q.   But they were Lafarge photos of the
12   facility and where the ropes were hanging
13   off --
14      A.   Yes.
15      Q.   And that's how you determined what
16   ropes broke.
17      A.   Well --
18           MR. WALKER:
19                Object to the mischaracterization
20           of his testimony.
21   EXAMINATION BY MR. SANDERS:
22      Q.   Well, tell me.  Was it the attorneys
23   that told you which ropes broke, or did you
24   know from the photos?
25      A.   I did not know directly from the
```

Case 2:05-cv-04182-SRD-JCW   Document 19449-4   Filed 12/01/09   Page 10 of 13

27

```
 1      photos, I had to use the information that they
 2      also supplied me.
 3           Q.    Okay.  In addition to the photos.
 4           A.    Right.
 5                 MR. SANDERS:
 6                      Obviously, the witness has
 7                 reviewed various photos of unknown
 8                 number of the Lafarge facility, and
 9                 the ING 4745 which was the barge which
10                 broke away.  We hereby call for
11                 production of all photos.
12                      Mr. Walker?  Is it fair to say
13                 that we're going to resolve this with
14                 the Court?  Or are you going to supply
15                 the photos?
16                 MR. WALKER:
17                      No, I don't know if that's fair.
18                 I would believe, subject to
19                 confirmation, that every photo that
20                 Mr. Skaer has seen has already been
21                 produced to you in response to
22                 requests for production.
23                 MR. SANDERS:
24                      We have no photos of the barge
25                 4745, the barge which did not break
```

```
 1    EXAMINATION BY MR. SANDERS:
 2         Q.   So when you first saw those
 3    photographs a year and a half ago, did you see
 4    them again?
 5         A.   I have not seen them again.
 6         Q.   So when you went to see the lines in
 7    the garage, when was that?
 8         A.   Probably the same day I saw the
 9    photographs for the first time.
10         Q.   Oh.  Okay.  And you said there were
11    ten the twenty ropes, if I'm not mistaken?
12         A.   Something in that range.
13         Q.   And you were able to determine which
14    ropes were used that were involved in the break
15    away.
16         A.   From what I understood from -- and I
17    assume it must be testimony that I was given
18    privy to, that the -- I was shown invoices from
19    Shipyard Supply, I was told that that was the
20    ropes that they changed to before Katrina, and
21    that would be the ropes -- the 2-inch ropes
22    that they used, and those were the ropes I was
23    looking for.
24         Q.   All right.
25         A.   Plus the original inch and a half
```

```
 1    rope.
 2         Q.   Let me ask you about that.  How did
 3    you determine the size of the ropes which
 4    moored the two barges together?
 5         A.   I measured them.
 6         Q.   After someone pointed them out?
 7         A.   They told me they were 2-inch, um --
 8    diameter ropes.
 9         Q.   Who told you?
10         A.   The invoices that I was shown showed
11    that they had purchased these ropes, or had
12    these ropes on hand to use.
13         Q.   Okay.  So you didn't use any
14    deposition testimony or anything in that regard
15    to determine the identity of the ropes used to
16    moor these two barges, is that correct?
17         A.   At this moment I don't remember where
18    or when I was informed or how I was informed
19    that the 2-inch ropes were there, but that was
20    the assumption that I was led to believe, and
21    those are the ropes that I was told Lafarge had
22    replaced the others, the original ropes, with.
23         Q.   Now, who told you that?
24         A.   I'd have to say I imagine it came
25    through my attorneys.
```

32

1  hello and that was it.

2      Q.   Did you talk about this case?

3      A.   No.

4      Q.   Okay.  How did you know it was him,

5  were y'all at a Lafarge office or --

6      A.   No.  Mr. Ryan, if I understand it, is

7  an expert for --

8      Q.   Lafarge.

9      A.   -- Lafarge.  I met him in this

10 office --

11     Q.   Oh.

12     A.   -- for two minutes.

13     Q.   Okay.  I didn't know it was this

14 office.

15          What about a Mr. Strouse; have you --

16     A.   Never met Mr. Strouse.

17     Q.   Okay.  Now, sir, you've worked many

18 years in the rope industry for a rope company,

19 is that correct?

20     A.   That is correct.

21     Q.   And just to get things straight,

22 you've once worked for a wire rope company, is

23 that correct?

24     A.   What is correct.

25     Q.   When did you leave -- what was the