# Plaintiffs' Exhibit List in Support of their Motion to Exclude in Whole or in Part Defendants' Expert Dr. Robert Bea

| Exhibit | Description |
|---|---|
| 1 | List of Exhibits |
| 2 | September 14, 2009 Deposition of Dr. Bea |
| 3 | August 3, 2009 Report of Dr. Bea (without appendices) |
| 4 | Appendix A to Dr. Bea's Report |
| 5 | July 29, 2009 Report of Dr. Cushing (without appendices) |
| 6 | October 2, 2009 Errata Sheet to Dr. Bea's Deposition |
| 7 | Affidavit of Gertrude LeBlanc |
| 8 | Transcript of July 31, 2006 Centanni Interview with Gertrude LeBlanc |
| 9 | Affidavit of Frazier Tompkins |
| 10 | Transcript of December 2, 2005 Centanni Interview with Frazier Tompkins |
| 11 | Decision in *Newport Ltd. v. Sears, Roebuck & Co.*, 1995 WL 328158 (E.D.La. May 30, 1995) (No. CIV.A. 86-2319) |