**C. R. CUSHING & CO., INC.**                    **7/29/2009**

# Analysis of the Transit of the Barge ING 4727 During Hurricane Katrina and Reasons Why It Did Not Cause the Failure of the Inner Harbor Navigation Canal Floodwall



**Project No. 2581**

**July 29, 2009**

**C. R. Cushing & Co., Inc.**
**30 Vesey Street**
**New York, NY 10007**

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

ii

**C. R. CUSHING & CO., INC.**                                              **7/29/2009**

<u>**INDEX**</u>

| <u>SUBJECT</u> | <u>PAGE</u> |
|---|---|
| **INTRODUCTION** | 1 |
| **REGION** | |
| The Lower Ninth Ward | 3 |
| St. Bernard Parrish | 7 |
| Lake Borgne | 9 |
| Mississippi River - Gulf Outlet | 11 |
| Inner Harbor Navigation Canal | 13 |
| Lafarge Terminal | 17 |
| **THE BARGE** | 23 |
| **THE LEVEE** | 29 |
| **THE HURRICANE** | |
| Hurricanes - General | 33 |
| Hurricane Katrina | 39 |
| Storm Surge | 47 |
| **THE LEVEE FAILURE** | 51 |
| **THE LOWER NINTH WARD POST-KATRINA** | 63 |
| **WIND DATA** | 77 |
| **THE BARGE GROUNDING** | 81 |
| **SEQUENCE OF EVENTS** | 103 |
| **WITNESS ACCOUNTS** | 123 |
| **COMMENTS ON PLAINTIFF'S EXPERTS** | 127 |
| **HYPOTHETICAL BARGE IMPACT ANALYSIS** | 159 |
| **CALCULATION OF PITCHING MOTION OF BARGE ING 4727** | 165 |
| **REASONS THE BARGE DID NOT BREACH THE FLOODWALL** | 167 |

**C. R. CUSHING & CO., INC.**                                        **7/29/2009**

## APPENDICES

| SUBJECT | Appendix |
|---|---|
| Sources of Information, References, Documents Used | A |
| Waterway Simulation Technology Report | B |
| Hurricane Katrina Timeline | C |
| Barge Wind Force Calculation | D |
| Barge Velocity Due to Wind | E |
| Barge - Levee Impact Calculations | F |
| Lower Ninth Ward Debris Survey | G |
| Barge Bottom Inspection | H |
| Witness Accounts | I |
| Glossary | J |
| Additional Photographs | K |
| CRC CV | L |
| CRC Testimony Last 4 Years | M |
| CRC Publications Last 10 Years | N |
| CRC Compensation | O |

## INTRODUCTION

On the morning of 29 August 2005, at the height of Hurricane Katrina's assault on the City of New Orleans, the east floodwall of the Inner Harbor Navigation Canal (IHNC) failed in two locations bordering the Lower Ninth Ward. The Lower Ninth Ward was flooded and an empty barge was drawn through the southernmost of the two breaches. The barge grounded among the houses in the neighborhood immediately inside the floodwall. This report examines the facts and events leading up to the IHNC floodwall failures, the causes of those failures and how the barge came to its final resting spot. The report concludes that the barge did not cause or contribute to the IHNC floodwall failures.

This report relies on a multitude of reports, data, photographs and personal observations made on site. These references are listed in the attached appendices. Each conclusion provided in this report is corroborated by multiple facts and the evidence presented in this report.

On 27 September 2005 and on numerous subsequent dates, Dr. Charles R. Cushing, his colleagues and other experts in civil engineering, hydrology, levee construction and hydrodynamics visited the site of the floodwall breaches and the barge. These experts began collecting evidence and started to analyze the causes of the failure of the eastern levee/floodwall on the southern portion of the Inner Harbor Navigation Canal. This work was performed at the request of counsel for Lafarge North America Inc.

At the same time, the U.S. Army Corps of Engineers (USACE) began an investigation to determine, among other things, why the levees failed. They formed the USACE Interagency Performance Evaluation Task Force (IPET). IPET requested that the American Society of Civil Engineers (ASCE) convene an external panel of experts to review and comment on IPET's work. This review is published under the title: *Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005.*[1]

The National Research Council (NRC) of the National Academy of Science (NAS) and the National Academy of Engineering (NAE) performed a review of IPET and USACE's work in a report: *New Orleans Regional Hurricane Protection Projects.*[2]

An independent investigation was carried out by a group of experts from the University of California, Berkeley, and funded by the National Science Foundation. This group, the Independent Levee Investigation Team (ILIT), released their findings in May 2006. These and other governmental and scientific reports have also been reviewed and considered in forming the opinions contained in this report.

---

[1] ASCE Report No. UCB/CITRIS-05/01.
[2] NRC/NAE Project DEPS-L-05-A.

**C. R. CUSHING & CO., INC.**                    **7/29/2009**

An investigation into the failure of the New Orleans hurricane protection system was undertaken by a group from Louisiana State University ("Team Louisiana"). This report, titled *The Failure of the New Orleans Levee System during Hurricane Katrina*[3] was released in December 2006 and included, among other things, useful modeling of Katrina's storm surge.

The findings of these independent groups are consistent with our own findings and conclusions as detailed below.

---

[3] Louisiana State Project No. 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, 20 dated 18 December 2006.

**C. R. CUSHING & CO., INC.**                                           **7/29/2009**

## THE LOWER NINTH WARD

The Lower Ninth Ward is part of the City of New Orleans and Orleans Parish, lying immediately to the east and separated from the city by the IHNC.  It is also immediately to the south of New Orleans East, separated by the Gulf Intracoastal Waterway (GIWW) and the Mississippi River - Gulf Outlet (MRGO).



Figure 1: The City of New Orleans after flooding from Hurricane Katrina.  The Lower Ninth Ward is in the foreground and the Central Business District (downtown) is in the background.

Built on an old cypress swamp, the Lower Ninth Ward was subject to constant flooding during the early 1800s.

The three main accesses to the Lower Ninth Ward from the city are the Florida Ave. Bridge to the north, the N. Claiborne Ave. (State Highway 39) Bridge to the south and the St. Claude Ave. Bridge closest to the river, all spanning the IHNC.

3



Figure 2: The N. Claiborne Ave. Bridge.



Figure 3: The Florida Ave. Bridge.

The southern edge of the Lower Ninth Ward along the Mississippi River is on higher ground, formed by both the man-made and the natural Mississippi River Levee. Topographically, the center of the city in Orleans Parish is a polder (i.e., tract of low land) called the Inter-Levee Basin.  This depression extends eastward into the center of the Lower Ninth Ward, one of the lowest parts of New Orleans.  Also, as one proceeds

4

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

away from the natural Mississippi River levee and toward the Florida Ave. Bridge within the Lower Ninth Ward, the ground gets progressively lower.  The area nearest the Florida Ave. Bridge is one of the lowest points in the Lower Ninth Ward.



Figure 4: Street map of the Lower Ninth Ward.

5

**C. R. CUSHING & CO., INC.**                                        **7/29/2009**

The Lower Ninth Ward is bounded on the west by the IHNC and its levee, on the south by the river, on the east by St. Bernard Parish and the north by MRGO.  Figure 4 is a map that represents the 100-square-block area nearest the IHNC between N. Claiborne Ave. and Florida Ave..

Historic Jackson Barracks lies in the southeast corner of the Lower Ninth Ward at 6400 St. Claude Ave., about 16 blocks east of the IHNC.

## ST. BERNARD PARISH

St. Bernard Parish lies southeast, adjacent and contiguous to the Lower Ninth Ward. The important communities moving southeast along the Mississippi River from the Lower Ninth Ward include Arabi, Chalmette, Meraux, Violet and River Bend, about 8 miles southeast of the Lower Ninth Ward.   Further south lies Plaquemines Parish.   The Mississippi River – Gulf Outlet (MRGO) forms the northern and northeastern border of St. Bernard Parish.



Figure 5: The Lower Ninth Ward and portions of St. Bernard Parish.   Black lines represent levees.

The inhabited portions of St. Bernard Parish and the Lower Ninth Ward are part of the same polder. In addition to the levees along the Inner Harbor Navigation Canal, they depended on levees along the MRGO to the north and northeast for flooding protection from Lake Borgne and the Gulf of Mexico.   However, during Hurricane Katrina considerable overtopping and levee failures occurred along the entire length of MRGO causing considerable early flooding in St. Bernard Parish.

**C. R. CUSHING & CO., INC.**                         **7/29/2009**

Bisecting St. Bernard Parish is a secondary or smaller levee varying in height between 7.5 to 10.0 feet above mean sea level (MSL).[4]  This is the Forty Arpent Levee, which runs alongside the Florida Walk Canal.  This secondary levee separates the more populated areas of St. Bernard parish and the Lower Ninth Ward to the southwest from the more marsh like areas to the northeast.  These environmentally important wetlands include Bayou Bienvenue (closer to the Lower Ninth Ward) and Bayous Villere, Dupre, Busman and others further east.  This levee did little to protect the Lower Ninth Ward or St. Bernard Parish from Hurricane Katrina.

---

[4] ILIT Report, Chapter 6 Page 6.

## LAKE BORGNE

As the Mississippi River Delta extends southward into the Gulf of Mexico, it has created a corner with the Louisiana-Mississippi coastline on the north and the delta (St. Bernard and Plaquemines Parishes) on the west.  Northwest of St. Bernard Parish is a body of water named Lake Borgne.

Lake Borgne (which is actually a bay) played a key role in the catastrophic flooding of New Orleans and particularly the Lower Ninth Ward.  It is important to understand how the orientation of this body of water contributed to amplification of the storm surge.

Although Lake Borgne is nearly surrounded by wetlands, any rise in sea level, such as caused by a hurricane storm surge, causes the protection from the salt water marshes to disappear.  Lake Borgne then becomes a "sound" and is directly connected to Chandeleur Sound and is open to the Gulf of Mexico.

Any wind-driven and storm-driven seas coming from the east or southeast will be driven into and concentrated in the funnel-like northwest corner of Lake Borgne, -- that is, into the MRGO.  This is precisely what happened in the early hours of 29 August 2005.  As Katrina approached from the south, the winds north of the hurricane eye were blowing nearly from due east, with increasing intensity, directly into the MRGO "funnel," creating and amplifying the storm surge.



Figure 6: Lake Borgne and the role its "funnel" played in the surge.

**C. R. CUSHING & CO., INC.**                                                                    **7/29/2009**

This Page Intentionally Left Blank

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

## MISSISSIPPI RIVER – GULF OUTLET CANAL

The MRGO is a controversial waterway constructed by the U.S. Army Corps of Engineers connecting the Gulf of Mexico to the IHNC. It extends 66 miles from the city southeastward, providing a deep draft (approximately 33 feet fresh water draft) channel to the Gulf of Mexico. It shortens the inbound distance by ship to New Orleans by some 40 miles. The MRGO was opened in 1963, and forms a part of the Intra-coastal Waterway System (IWS). The channel is approximately 76 miles long and 36 feet deep. Since it was completed in 1965, erosion has reportedly increased its control width of 650 feet to more than 1,500 feet.

The hydraulic effects of the canal have been criticized by Assistant Professor of Coastal Engineering Hassan Mashriqui, Ph.D., P.E. of Louisiana State University's (LSU's) Hurricane Center, who concludes that MRGO amplified both the water's velocity and level during the storm surge caused by Katrina.[5] Dr. Mashriqui concludes from Advanced Circulation (ADCIRC) computer modeling that the in-rushing velocity increased from 0.9 meters per second to 2.4 meters per second, and increased the water level height by three feet. This increased the scouring along MRGO and IHNC levees. (The U.S. Army Corps of Engineers states, by contrast, that Hurricane Katrina would have overwhelmed the levees with or without MRGO).[6]

The role that the MRGO played in Hurricane Katrina was to deliver the surge directly to the IHNC and the center of New Orleans.

The ILIT report extensively discusses the erosion and failures along the 11 mile stretch of MRGO levees facing Lake Borgne and the Gulf of Mexico.[7] As discussed by the Independent Levee Investigation Team (ILIT) report, levees along the MRGO were little more than earthwork berms constructed from the dredge spoils from the MRGO, which consisted of sandy and silty soil poorly suited for use in such a structure. These levees were quickly washed out by wave action and overtopping flow acting on the loose soil comprising these berms during the early hours of Hurricane Katrina. IPET concluded that the gravity-driven downrush velocities of flood water on the back face of the levee at maximum overtopping were as high as 15 feet per second.[8] This was more than sufficient to wash away the supporting inshore berm.

Early in the arrival of Katrina this northeast frontage of levees was breached in multiple locations, first flooding northeast St. Bernard Parish, and then over-topping the Forty Arpent secondary levee. The initial appearance of water in St. Bernard Parish came from the failures of the levees along MRGO.

---

[5] Team Louisiana Report Chapter Seven.
[6] Expert Report Prepared for United States Department of Justice by Dr. Reed Mosher, USACE.
[7] ILIT Chapter 6.
[8] IPET page V-3.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

The timing and issues concerning the MRGO, breaches along the MRGO and the MRGO's role in the flooding of New Orleans is the subject of inquiry by others.  This section is provided for background and context.

## INNER HARBOR NAVIGATION CANAL (IHNC)

The Inner Harbor Navigation Canal (IHNC), sometimes also referred to as the Industrial Canal, provides a connection between the Mississippi River at its southern end and Lake Pontchartrain, 5.8 miles to the north.   As its name implies, the IHNC is a navigation project to facilitate the movement of ship traffic.   The southern half of the IHNC separates the city to the west from the Lower Ninth Ward to the east.   The northern half of the IHNC separates the Gentilly District of the city to the west, from New Orleans East to the east.   The IHNC is bisected by the MRGO, which enters the IHNC at a point just above the Florida Ave. Bridge.

The southern half of the IHNC varies in depth from 27 to 33 feet mean lower low water (MLLW).[9]   Access to the southern most end of the IHNC and the Navigation Locks is however limited to 30 feet because of a submarine pipeline crossing.

At the southern end of the IHNC, a lock system lifts vessels from the IHNC to the Mississippi River.  The existing lock has a 675 foot long by 75 foot wide chamber with a floor elevation of minus 36 feet (National Geodetic Vertical Datum).  The existing lock has interior dimensions of 640 feet long by 75 feet wide by 31.5 feet deep over the sills at low water in the Mississippi River.   This lock is the busiest in the Intra-Costal Waterway System, with an estimated average wait of ten hours.

The U.S. Army Corp of Engineers is planning to replace the existing lock with a new 1,270 foot long by 110 foot wide by 40 foot deep lock in order to reduce waiting delays. The new lock has the highest priority of the National Inland Waterway Users Board. The US Army Corps of Engineers concurs, reporting it is critical to the Nation's commerce. The project began in 2001 and is scheduled for completion in 2015.  It also involves the construction of new N. Claiborne Ave. and St. Claude Ave. bridges.[10]

The IHNC has a 900 foot wide turning basin immediately south of the Florida Ave. Bridge, and a second turning basin 1,600 feet in diameter north of the Florida Ave. Bridge, at the IHNC intersection with MRGO.

The Florida Ave. Bridge is a newly built lift bridge with a horizontal clearance of approximately 300 feet.  There is a submerged drainage line on the south side of the Florida Ave. Bridge which restricts the draft of vessels to 30 feet at mean sea level.

The northern portion of the IHNC extends from MRGO to Lake Ponchartrain, separating the city from New Orleans East.  It is spanned by several bridges, from north to south: the Senator Ted Hickey (State Highway 47), a bascule bridge; Chief Menteur Highway (State Highway 90), a lift bridge; and Interstate 10, a fixed bridge, as well as two railway

---

[9] NOAA Navigation Chart 11368.
[10] U.S. Army Corp of Engineers New Orleans District website:
http://www.mvn.usace.army.mil/pd/projectsList/home.asp?projectID=107&directoryFilePath=ProjectData\.

**C. R. CUSHING & CO., INC.**                                     **7/29/2009**

bridges, L&N Railroad bascule bridge to the south and Southern Railroad bascule bridge to the north.



Figure 7: Portion of NOAA chart 11368, showing the southern portion of the IHNC.

14



Figure 8: The southern portion of the IHNC and adjacent Lower Ninth Ward (2002).

**C. R. CUSHING & CO., INC.**                                   **7/29/2009**

This Page Intentionally Left Blank

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

### LAFARGE TERMINAL

The Lafarge North America cement terminal is located on the west bank of the IHNC. The entrance into the terminal is on Poland Ave. at N. Dorgenois St.  It is at 29° 58' 40"N, 90° 01' 33"W.[11]   The facility is owned by the City of New Orleans under the control of the Board of Commissioners of the Port of New Orleans, and is operated by Lafarge North America Inc. (LNA).  The wharf has a 600 foot face with a wharf height of approximately 10 feet.  The dock is equipped with a traveling suction gantry, with pipelines extending to cement storage silos with 60,000 ton capacity.  The water depth alongside the wharf is reported to be 11 feet.



Figure 9: The Lafarge Terminal looking north.  The barges in the photo are not the same barges present during Hurricane Katrina.

The wharf includes a fendering system and outboard pilings spaced at intervals of nine to ten feet along the dock.  There are also ten mooring bollards spaced at various intervals along the dock.  Loaded barges awaiting unloading and empty barges awaiting removal are moored to the wharf's fixed bollards.

---

[11] U.S. Coast Pilot 5 – 33rd edition.

**C. R. CUSHING & CO., INC.**                                        **7/29/2009**



**Comment [m1]:** Recommend cutting the highlighted text as it does not connect to any of the conclusions regarding transit of the barge or cause of levee failure

Figure 10: A section of the Lafarge Wharf, showing a typical bollard, pilings, stringer and stop for the traveling suction unloader.

The bollards are of the type and shape generally found on the majority of the wharves in New Orleans.

From the south end of the dock to where the aforementioned vertical pilings begin, at 139 feet from the south end, the dock is fitted with a system of 12" x 12" timber fenders, extending downward in horizontal tiers from the edge of the dock to an undetermined distance below the water, each timber being approximately 10 feet in length.

In addition to the traveling suction cement unloader, the wharf is equipped with a pair of wire rope winches and sheaves for moving barges along the wharf face.  The unloader travels on steel wheels set on steel rails on the wharf.  There are two small buildings on the wharf; a storage shed and a control house.  A water mark left by floodwaters of Hurricane Katrina was found on the inside wall of the storage shed, and was found to be at a height above the dock apron of 6' 03".  Inshore of the wharf is an I-Wall floodwall which forms part of the New Orleans flood protection system.

**C. R. CUSHING & CO., INC.**                                      **7/29/2009**



Figure 11: The flood gate directly inland of the Lafarge Wharf.  The control house is to the left and the Florida Ave. Wharf is to the right.



Figure 12: The Lafarge Terminal, looking south showing the pilings, stringer, winch used to move barges along the wharf and the suction unloader.

19

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 13: The Namasco Corp. facility looking southeast from the Lafarge Terminal, with the covered gantry in the left background.

Immediately to the north and northwest of the Lafarge wharf is the Florida Ave. Warehouse, owned and operated by the Dock Board.  This 57,600 square foot warehouse is approximately 482 feet long by 120 feet deep and overlaps the Lafarge wharf.  As such, it forms a lee (shelter) for winds from the north and northwest.

Directly south of the Lafarge cement terminal wharf is a wharf owned by the Port and operated by Namasco Corp.  This facility has a large warehouse for handling steel products.  It has overhead electric hoists that extend over the water used to unload steel products from barges.  The east-west wharf, measuring approximately 180 feet in length, was used for mooring Namasco barges.  It is in disrepair, with numerous broken and exposed steel and wooden pilings and sharp cornered fendering structural components.

20

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 14: Deteriorated pilings and mooring components at the Namasco facility.

Further south from the Namasco Wharf on the west bank and directly across from the levee protecting the Lower Ninth Ward is the 2,250 foot long (approximately) Galvez Street Wharf.

Of particular importance in the southern portion of the IHNC is the turning basin just south of the Florida Ave. Bridge.  It forms a "pocket" or indentation on the west side of the IHNC at the Lafarge North America Terminal.   This rectangular pocket is approximately 1,200 feet long (north-south) on its western side formed by Lafarge and Florida Ave. wharves, and is 850 feet deep (east-west) on the south by the Namasco Wharf.  The barges alongside the Lafarge Wharf are "nested" in this pocket and thus do not interfere with traffic in the navigation channel even if several barges are moored alongside of the wharf.  The orientation and arrangement of this pocket are important to the track of barge ING 4727 on the morning of 29 August 2005.

**C. R. CUSHING & CO., INC.**                              **7/29/2009**



Figure 15: The southern portion of the IHNC showing the Lafarge terminal and surrounding wharves.  The yellow portions of the Figure are land above sea level on the canal side of the levee.

## THE BARGE

The barge, numbered ING 4727, which grounded in the Lower Ninth Ward on 29 August 2005, was a standard steel Mississippi River covered hopper barge. Its principal characteristics are as follows[12]:

| Builder | Equitable Shipyard |
|---|---|
| Owner | Ingram Barge Co. |
| Year Built | 1990 |
| Length | 200' – 0" |
| Beam | 35' – 0" |
| Depth | 12' – 0" |
| Coaming height | 5' – 0" |
| Draft, loaded | 10' – 0" |
| Draft, light | 1' – 4 ½" |
| Cover type | Fiberglass |
| Cover weight | 11 tons |
| Cargo capacity | 84,659 cubic feet |
| Tons per Inch Immersion | 18.14 |
| Displacement at 1'-4 ½" draft | 250 tons, approx. |
| Displacement at 10' draft | 1,877 tons |

Constructed of steel in 1990, the barge was owned by the Ingram Barge Company.   It is a typical Mississippi River "box barge" without rake at either end.  It has a double skin with a forepeak and after peak tank and five pairs of side tanks.   The barge is symmetrical, fore-and-aft.  For descriptive purposes we have designated the end of the barge with the ID numbers on the transom to be the stern.  In the grounded position this would be at the northern end.  The bow would be at the opposite or southern end, the starboard side to the west, and port side to the east.

Between the hopper tank and outer hull, the barge was subdivided into void tanks spaced 40 inches apart at the sides and 15 ½ inches at the bottom.  The fore and after peak tanks were spaced 21 inches between the hopper tank ends and the transoms.

The outer shell including sides and bottom plating was 3/8 inch thick.  The hopper tank had 3/8 inch sides and ½ inch bottom (tank top).  The barge was longitudinally framed with longitudinals spaced approximately 24 inches on center.  The framing was flanged angles, 5" by 2 ½" by ¼" on the side shell and 14 ½" x 3" x ¼" on the bottom.  The barge was fitted with a 6" by 5/8" rubbing strake on the exterior of the side shell approximately 12 inches above the baseline and just above the turn of the bilge.  The bottom shell transverse butt seams were approximately 66 inches on centers.

---

[12] Ingram Barge Register, 28 July 2005.

The cargo hopper was covered with domed fiberglass, removable covers.



Figure 16: Looking along the side coaming of barge ING 4727.

The barge was outfitted with cleats and buttons that are standard and commonly found on barges of this type, for use in mooring or in making the barge fast to other barges or to tugs, namely:

24

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

At each of the four corners of the barge, one 15" "button" and one 48" cleat.

On each side, port and starboard, at intervals of approximately 47 feet from each other along the length of the barge, three 36" cleats.

On centerline on each end of the barge, one 36" cleat.

| | |
|---|---|
| <u>Button Details</u> | |
| Diameter | 15" |
| Height above deck | 8" |
| Distance from bow or stern | 24" |
| Distance from port or starboard side | 17" |
| | |
| <u>36" Cleat Details</u> | |
| Length, end to end | 36" |
| Width | 5" |
| Height above deck at midpoint | 6 ½" |
| Height above deck at ends | 8" |
| Length of base plate | 24" |
| Width of base plate | 12" |
| | |
| <u>48" Cleat Details</u> | |
| Length, end to end | 48" |
| Width | 7" |
| Height above deck at midpoint | 9 ½" |
| Height above deck at ends | 10 ½" |
| Length of base plate | 36" |
| Width of base plate | 21" |

The centerline cleats at the forward and after ends of the barge were at a distance of 22" from their respective ends of the barge.





Figure 17: The mooring fittings of barge ING 4727: Button (top) and cleat (bottom).

Barge ING 4727, like nearly all inland hopper barges, was not classed or otherwise inspected by a classification society or by the U.S. Coast Guard.

Before Katrina, ING 4727 was empty and tied up to the wharf at the Lafarge terminal, with a loaded barge to its outboard side.  On 27 August 2005 a towboat crew from Joseph P. Domino Towing shifted barges at the Lafarge Terminal, leaving the loaded barge adjacent to the wharf and the empty ING 4727 outboard of the loaded barge to which it was tied.  Directly to the north of these two barges, five loaded barges were also tied up, one outboard of the other.

26

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 18: Barge ING 4727 where it came to rest in the Lower Ninth Ward.

At some time on 29 August 2005, barge ING 4727 broke free of the loaded barge to which it was tied and ended up in the Lower Ninth Ward near Jourdan Ave. and N. Roman St. on the other side of the failed floodwall.  Shortly after it became possible to gain access to the Lower Ninth Ward, the barge was surveyed and photographed extensively.  The results of this examination are discussed later in this report.

In March of 2006, the barge was lifted using air bags so that its bottom could be examined.  Following this examination, the barge was cut into sections. The upper 8 foot portion was scrapped.  The lower 4 feet was cut into 19 sections and transported to a warehouse where they were inverted and examined more thoroughly.  At that time, the condition of the bottom was documented.

27

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 19: Barge ING 4727 lifted on airbags for inspection.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

### THE LEVEE

The levee and floodwall structure protecting the Lower Ninth Ward, extends along the eastern shore of the southern section of the IHNC and is part of the 320 miles of levees protecting the City of New Orleans and surrounding parishes.  The IHNC levee and floodwall extends from the Florida Ave. Bridge in the north to the N. Claiborne Ave. Bridge and the lock system to the south.  It runs parallel to Jourdan Ave. in the Lower Ninth Ward.



Figure 20: An intact portion of the levee and floodwall along the IHNC, post Hurricane Rita.  Note the scour trench and the original height of the earthen berm on the floodwall.

The levee system along the IHNC consisted of an earth embankment with a crest elevation of approximately 7.5 feet according to the North American Vertical Datum of 1988 (NAVD88 2004.65).  The embankment has side slopes of 2.4:1 and 2.8:1 on the land and water side, respectively.  The elevation of the land side heel is approximately - 3.5 feet and the mean water elevation in the IHNC is 2.5 feet.  Elevations were

29

determined by means of surveys and photogrammetry performed after Hurricane Katrina. LIDAR data show a decreasing levee toe elevation toward Florida Ave.[13]

Additional flood protection was provided by means of a floodwall sunk into and rising above the earth embankment. This wall was of the "I" type. The reinforced concrete floodwall was supported by a steel sheetpile driven to a depth of -9.76 feet, or over 15 feet deep into the earthen levee. The top of the sheetpile is embedded 4'-2" into the concrete wall, which has an overall height of 8 feet and is 2'-0" thick at the base. The concrete panels of the floodwall top were reinforced by ½" and ¾" diameter vertical rebar spaced on 9 inch centers and a series of ½" diameter bars oriented longitudinally within the wall. The sheetpile itself was a hot rolled steel PZ-27 section, with each panel measuring 18" long by 12" wide, with the web and flanges being $^3/_8$" thick[14]. A diagram of the floodwall system cross section can be seen in Figure 21.



Figure 21: Cross section of IHNC levee and floodwall.

The design elevation for the floodwall in 1969 was 15.0 feet above MSL as shown on the construction plans. MSL was taken as NGVD 29, even though in 1969 MSL was not the same as NGVD29. Furthermore, LMSL (local mean sea level) was not the same as MSL. By 2005 LMSL had changed; subsidence had lowered the benchmarks and the levee. No one knew how much lower the levees were below their intended or constructed heights. Surveys taken by WST show the uneven and significant

---

[13] IPET Report Figure 11-14.
[14] USACE Drawing H-4-25157.

subsidence along the floodwall.[15]  An even greater degree of subsidence was noted in the IPET Report with a wall top height as low as 11.1 ft.[16]

For a variety of reasons, the top of the IHNC floodwall was considerably below the design elevation.  It has been traditional to measure flood water levels against known landside bench marks.  Geodetic datums are used to define the height of land on the earth, as well as many other characteristics of the earth.  There are many different datums used by different agencies for different purposes.  Datums are revised periodically making earlier datums obsolete.  Using incorrect datums can lead to serious errors with fatal consequences.  Such incorrect usage played a role in the flooding of New Orleans.

Two datums are most important in the case of Hurricane Katrina and New Orleans, namely "mean sea level" and "NAVD 88."  Mean Sea Level refers to the arithmetic mean of hourly observations over the National Tidal Datum Epoch, a 19 year period that covers all variations in the path of the moon about the sun[17].  NAVD88 is the North American Vertical Datum of 1988.  It replaced the National Geodetic Vertical Datum of 1929 (NGVD 29).  The NGVD 29 was synonymous with Mean Sea Level Datum of 1929, and did not take into consideration changes in sea level over time.  Therefore NGVD and mean sea level are not the same.  Nevertheless, the USACE used NGVD29 (with adjustments) for the design and construction of its New Orleans flood control projects.  While there may have been convergence between MSL and NGVD in 1929, they were measurably different in 2005.  MSL is about one foot higher than NGVD in the IHNC[18]  Furthermore there was confusion in the terms local mean sea level (LMSL) and mean sea level (MSL).  LMSL should have been used rather than MSL.  The difference in the IHNC between LMSL and MSL was not known, even in March 2006, but was estimated to be about ¼ foot.[19]

Thus, the benchmark which was used to determine the floodwall top elevation, namely Benchmark M 152, had an elevation in 1951 of 22.090 NGVD29.  In 1969 it was 21.811 NGVD29 which was taken as being MSL.  By 1991 it was 20.96 NGVD29.  When measured by GPS in November 2005 it was 20.34 NAVD88 (2004.65).  (Also, the LMSL could be as much as 0.1 to 0.3 feet lower than from NAVD88).

The ASCE report points out that incorrect assumptions were made about the datums used for the design, construction and maintenance of the height of floodwalls, resulting

---

[15] Water Flow and Wind Conditions Affecting Movement of ING 4727 Barge in the IHNC During Hurricane Katrina on August 29, 2005 by Waterway Simulation Technology, 2009 (Appendix B).
[16] (IPET Report IV-9-8).
[17] http://seacoos.org/Data%20Access%20and%20Mapping/water_level_product_desc/.
[18] IPET – page III 18/19.
[19] IPET – page III – 17.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

in floodwalls built lower than their design height.[20]  Similarly, the Team Louisiana Report notes the errors in the design height and states the wall was built "almost 2 feet low."[21]

C. R. Cushing & Co. engaged the services of Aero-Data Corp. to carry out a photogrammetric survey of the height of the levee.  The IHNC structures in some locations were more than 2 feet below their intended elevations, largely from subsidence over the 35-year life of the project.[22]   ASCE reported that "along the Industrial Canal (built more than 35 years ago) …, the impact of subsidence plus incorrect use of datum has resulted in the levees and floodwall being **up to 3 feet lower than the original design.**"[23]



Figure 22: IHNC floodwall crest elevations produced for WST report.

---

[20] ASCE Report – page 66/67.
[21] Team Louisiana Report pages 126, 213.
[22] ASCE Report page 22.
[23] ASCE Report page 67 (emphasis added).

**C. R. CUSHING & CO., INC.**                                              **7/29/2009**

## HURRICANES - GENERAL

Hurricanes are tropical cyclones with winds exceeding 64 knots (74 mi/hr).  In the Northern Hemisphere, these winds circulate in a counter-clockwise direction around their centers.  In the North Atlantic, tropical cyclones usually offer the greatest threat from June through November; August, September, and October are the months of highest incidence.

These storms usually move westward or west northwestward at speeds of less than 15 knots in the lower latitudes.  Once they move into the northern Caribbean or Greater Antilles region, they usually either travel toward the Gulf of Mexico or recurve and accelerate into the North Atlantic.  Some will recurve after reaching the Gulf of Mexico, while others will continue westward to landfall.[24]

A tropical cyclone is a meteorological term for a storm system originating in the tropics or subtropics.  It is characterized by a low pressure system center and thunderstorms that produce strong wind and flooding rain.  In successive stages of intensification, the tropical cyclone may be classified as a tropical disturbance, tropical depression, tropical storm, and hurricane or typhoon.

A tropical disturbance is a distinct system of apparently organized convection which ranges from 100 to 300 miles in diameter.  It has a non-frontal migratory character and maintains its identity for 24 hours or more. It has no strong winds and no closed isobaric pressure pattern.

A tropical depression has one or more closed isobars and some rotary circulation at the surface.  The highest sustained (1-minute mean) surface wind is 33 knots.  A tropical storm has closed isobars, a distinct rotary circulation, and  a sustained surface wind between 34-63 knots.  Winds near the center increase to gale force, central pressure falls below 990 millibars, and towering cumulonimbus clouds shield a developing eye.

It becomes a hurricane when it has closed isobars, a strong and very pronounced rotary circulation, and a sustained surface wind speed of 64 knots or higher.[25]

Each system begins as a thunderstorm or group of thunderstorms which can grow to hurricane strength with cooperation from both the ocean and the atmosphere.  The ocean water must be warmer than 26.5° C (81° F).  High relative humidities in the lower and middle troposphere are also required for hurricane development.

The source of energy for hurricanes is the heat and moisture from the warm water.  The tropical cyclone feeds on the heat released when moist air rises and the water

---

[24] Van Heerden, Ivor and Bryan, Mike. The Storm.  Viking, Penguin Group, New York. 2006.
[25] Bowditch, Nathaniel. American Practical Navigator, Vol. 1.  Defense Mapping Agency Hydrographic Center. 1977 ed.

vapor it contains condenses.   As the warm air rises, it cools.  As the air cools it can hold less water vapor which therefore condenses into droplets of water.  These droplets then fall as rain.  The condensation releases latent energy in the form of heat, which reinforces the dynamics of the storm.

Condensation leads to higher wind speeds, as a tiny fraction of the released energy is converted into mechanical energy.  The faster winds and lower pressure bring about increased surface evaporation and even more condensation.  Some of the released energy drives updrafts which increases the height of the storm clouds and speeds-up condensation.

The high altitude winds pump ascending air out of the cyclonic system into a high-altitude anti-cyclone, which transports the air away from the disturbance.   As a consequence, a large scale vertical circulation is set up in which low level air is spiraled up the cyclonic twisting of the disturbance, and after a trajectory over the sea, returned to lower altitudes some distance from the storm.   "This pumping action, and the heat released by the ascending air, may account for the sudden drop of atmospheric pressure at the surface, which produced the steep pressure gradient along which winds reach hurricane proportions."[26]

This provides the system with enough energy to be self-sustaining and causes a positive feedback loop that continues as long as the tropical cyclone can draw energy from its thermal reservoir, the warm water at the surface of the ocean.   A lack of equilibrium in air mass distribution also gives supporting energy to the cyclone.  The rotation of the earth causes the system to curve (the Coriolis effect), giving it a cyclonic characteristic and affecting the trajectory of the storm.

Many tropical cyclones develop when atmospheric conditions around a weak disturbance in the atmosphere are favorable.  Tropical systems are moved by steering winds in the troposphere.   If conditions remain favorable, the tropical disturbance intensifies, and can develop an eye which is unique to hurricanes.

The eye is an area of relative calm (and lowest atmospheric pressure) at the center of circulation.  The eye is normally circular in shape, and may range in size from 2-230 miles in diameter.  Surrounding the eye is the eye wall, an area 10-59 miles wide in which the strongest thunderstorms and winds circulate around the storm's center. Large bands of clouds and precipitation spiral from the eye wall and are called spiral rain bands -- also unique to hurricanes. The direction of the winds in the bands around the eye wall is directly related to the location of the center of the storm.

Rainbands are bands of showers and thunderstorms that spiral cyclonically toward the storm center.   High wind gusts and heavy downpours often occur in individual rainbands, with relatively calm weather between bands.

---

[26] Ibid.

**C. R. CUSHING & CO., INC.**                                   **7/29/2009**

These spiral bands ascend in decks of cumulus and cumulonimbus clouds to the convective limit of cloud formation, where condensing water vapor is dispersed to form cirrus clouds.

As the storm approaches, the wind increases in gustiness, and its speed becomes greater, reaching 22-40 knots.[27]  A dark wall of heavy cumulonimbus, known as the bar of the storm, will appear on the horizon.  Portions of this heavy cloud will detach from time to time and drift across the sky, accompanied by rainsqualls and winds of increasing speed.  With the arrival of the bar, the day becomes very dark, squalls are continuous, and the barometer drops precipitously along with a rapid increase in wind speed.  The center of the storm may still be over 100 miles away.  As the center approaches, rain falls in torrents, seas become mountainous, and the wind fury increases.  In the Northern Hemisphere, if the center of the approaching storm is to the south and headed northward, these winds on the north side would blow in a nearly east-to-west direction, characteristic of the counter-clockwise circulation around the center.

The size of a tropical cyclone is determined by measuring the distance from its center of circulation to its outermost closed isobar.  Tropical cyclones are considered large when the closed isobar radius is 6-8 degrees of latitude (360 to 480 nautical miles).  A very large tropical cyclone will have a radius of greater than 8°.

From the water, the presence of an exceptionally long swell is usually the first visible indication of the existence of a tropical cyclone.  In deep water it approaches from the general direction of origin.  However, in shoaling water this is a less reliable indication because the direction is changed by refraction.

From any given point in a tropical cyclone, winds may be the best guide to the direction toward the center of a tropical cyclone. Buys Ballot's law states that when an observer stands with his back to a geostrophic wind in the Northern Hemisphere, the center of low pressure will be to the left and the high pressure to the right.  If the wind followed circular isobars exactly, the center would be exactly 8 points (90°) on the right from dead ahead when facing the wind.  However, the track of the wind is usually inclined somewhat toward the center, so the angle from dead ahead varies between 8-12 points (90° - 135°).  The inclination varies in different parts of the same storm: least in the front and greatest in the rear.  Closer to the center, the wind blows more nearly along the isobars, the inclination being reduced by one or two points at the wall of the eye.  In lay terms, this means that the direction of the wind in a tropical cyclone is directly related to the location of the center of the storm.  This is why, as noted above, if it is known that the center of the storm is to the south, then the wind blows in a nearly east-to-west direction.  If the wind is blowing east-to-west, then the center of the storm must be to the south.

---

[27] Beaufort 6-8.

In open spaces, winds at any given time tend to blow in one direction, with very little variability in direction.  This can also be viewed as a consequence of Buys Ballot's law. As this law explains, the low pressure center (i.e. the eye of the hurricane) is always to the left if one's back is to the wind.  Because the eye of the hurricane does not move around erratically, it follows that the direction of the wind would not be erratic either. Thus, provided there are no obstructions, the prevailing winds during a hurricane flow in a uniform direction and are not erratic.

When winds encounter obstructions such as buildings, the winds flow over and around them and then rejoin the prevailing wind stream.  The directional variations of wind in open space such as in the middle of the IHNC are slight.  Eddy effects from buildings, silos and other obstructions diminish rapidly in the shadow of the structure and will have little to no effect in a short distance downstream.

The wind flow in an open area such as in the IHNC would be uniform in direction and would not be erratic, confused or vary in direction.



Figure 23: Flow around an obstruction such as a building.  A free stream exists a short distance upstream and downstream, and more turbulent flow surrounds the obstruction. Turbulent flow does not affect the prevailing wind direction.

Tropical cyclones can produce extremely powerful winds and torrential rain.  They are also able to produce high waves and damaging storm surge.  They develop over large