# GOODWIN | PROCTER

Kirsten VK Robbins
202.346.4209
KRobbins@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

October 2, 2009

**VIA FEDERAL EXPRESS**

Richard T. Seymour
The Law Office of Richard T. Seymour, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036-4129

      Re: Katrina Canal Breaches Consolidated Litigation;
           USDC EDLA Civil Action 05-4182 and consolidated cases

Dear Counsel:

Enclosed please find the original errata sheet and notarized signature page for the deposition of Robert Bea taken on September 14, 2009.

                                    Sincerely,

                                    Kirsten V.K. Robbins

enclosure

LIBW/1720198.1

Bea LaFarge Depo 9-09

1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: KATRINA CANAL BREACHES )
     CONSOLIDATED LITIGATION       )
 5                                 )
                                   ) CIVIL ACTION
 6   PERTAINS TO:   BARGE          ) NO. 05-4182
                                   ) and consolidated cases
 7   FILED IN:                     )
                                   )
 8   Boutte v. Lafarge       05-5531)
     Mumford v. Ingram       05-5724) SECTION "K" (2)
 9   Lagarde v. Lafarge      06-5342)
     Perry v. Ingram         06-6299) JUDGE
10   Benoit v. Lafarge       06-7516) STANWOOD R. DUVAL, JR.
     Parfait Family v. USA   07-3500)
11   Lafarge v. USA          07-5178) MAGRISTRATE
                                   ) JOSEPH C. WILKINSON,
12   _____) JR.
13
14
     VIDEOTAPED DEPOSITION OF ROBERT GLENN BEA, PhD., P.E.
15
                   MONDAY, SEPTEMBER 14, 2009
16
17
18
19
20
21
22
23
24
25   PAGES 1 - 228
```

2

```
 1   VIDEOTAPED DEPOSITION OF ROBERT GLENN BEA, PhD., P.E.
```
Page 1

```
                    Bea LaFarge Depo 9-09
 2              SAN FRANCISCO, CALIFORNIA

 3                 SEPTEMBER 14, 2009

 4    The videotaped deposition of ROBERT GLENN BEA, PhD.,

 5    P.E., was convened on Monday, September 14, 2009, at

 6    Three Embarcadero Center, Suite 2400, San Francisco,

 7    California, on Monday, September 14, 2009, commencing

 8    at 9:04 a.m., before Linda Vaccarezza, CLR, CRP, RPR,

 9    CSR NO. 10201.

10

11

12              -    -    -    -    -

13
```

3

```
 1              A P P E A R A N C E S

 2

 3   ON BEHALF OF THE BARGE PLAINTIFFS:

 4        RICHARD T. SEYMOUR, ATTORNEY AT LAW
```

Page 2

```
                    Bea LaFarge Depo 9-09
 5        LAW OFFICES OF RICHARD T. SEYMOUR, L.L.C.
 6        1150 Connecticut Avenue N.W., Suite 900
 7        Washington, D.C., 20036
 8        (202) 862-4320
 9        Rick@rickseymourlaw.net
10
11   ON BEHALF OF LAFARGE NORTH AMERICA, INC.
12        MARK S. RAFFMAN, ATTORNEY AT LAW
13        JOHN ALDOCK, ATTORNEY AT LAW
14        GOODWIN PROCTER, LLP
15        901 New York Avenue, N.W.
16        Washington, D.C. 20001   94104
17        (202) 346-4000
18        Mraffman@goodwinprocter.com
19
20
21   ALSO PRESENT:
22        Peter L. Keeley, Lafarge North America, Inc.;
23        John Shelonko, Lafarge North American, Inc.
24        Benjamin Gerald, Videographer
25
```

4

```
 1                    C O N T E N T S
 2
 3   ROBERT  GLENN BEA, PhD., P.E.         EXAMINATION
 4   BY MR. SEYMOUR...............................7
 5   BY MR. RAFFMAN.............................221
 6   BY MR. SEYMOUR.............................225
 7
```

```
                    Bea LaFarge Depo 9-09
 8
 9   AFTERNOON SESSION..........................110
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

5

```
 1                     E X H I B I T S
 2
 3   BEA EXHIBIT NO:                        PAGE NO.
 4
 5   Exhibit Number 1..............................9
 6   Exhibit Number 2..............................9
 7   Exhibit Number 3..............................9
 8   Exhibit Number 4..............................9
 9   Exhibit Number 5..............................9
10   Exhibit Number 6..............................9
```

Page 4

Bea LaFarge Depo 9-09

11  Exhibit Number 7............................49
12  Exhibit Number 8............................59
13  Exhibit Number 9............................79
14  Exhibit Number 10..........................109
15  Exhibit Number 11..........................147
16  Exhibit Number 12..........................203
17  Exhibit Number 13..........................203
18  Exhibit Number 14..........................211
19
20
21
22
23
24
25

6

1                P R O C E E D I N G S
2
3        THE VIDEOGRAPHER:  Good morning.  My name is
4   Benjamin Gerald of Veritext Deposition Services.
5   The date today is September 14th, 2009, the time            09:04
6   is approximately 9:04 a.m.
7        This deposition is being held in the
8   office of Goodwin Procter, located at Three
9   Embarcadero Center, San Francisco, California.
10  The caption of this case is:  In Re:  Katrina              09:04
11  Canal Breaches Consolidated Litigation, held in
12  the United States District Court for the Eastern
13  District of Louisiana.  The name of the witness

Page 5

| Errata Sheet for Deposition of Dr. Robert Bea | | | |
|---|---|---|---|
| page | line | delete | insert |
| 51 | 20 | demand | design |
| 97 | 22 | wayside | wave side |
| 100 | 7 | EIEI | E99 |
| 106 | 10 | contributes | attributes |
| 106 | 23 |  | (put period at end of line) |
| 107 | 13 | had | headed |
| 118 | 12 | negative | conductive |
| 119 | 17 | each | estimate |
| 136 | 14 | enterology | mineralogy |
| 162 | 14 | in | and |
| 172 | 22 | folder | polder |
| 187 | 25 | with | (no word required) |
| 201 | 14 | coring | boring |
| 214 | 3 | overlaying | overlain |
| 216 | 19 | Richardson | Richard Stone |
| 217 | 8 | worked on 630, personally | worked on 600, 30 personally |
|  |  |  |  |
|  |  |  |  |

Bea LaFarge Depo 9-09

22
23
24
25

228

1           CERTIFICATE OF WITNESS
2
3
         I, the undersigned, declare under penalty of
4
perjury that I have read the foregoing transcript, and
5
I have made any corrections, additions or deletions
6
that I was desirous of making; that the foregoing is a
7
true and correct transcript of my testimony contained
8
therein.
9
EXECUTED this _25th_ day of _September_, 2009, at
10
_Moraga_, _California_
11
12
13
14              W I T N E S S
15
16
17
18
19
20
21
22
23
24

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Contra Costa__

On __SEP 25 2009__ before me, __J. Melhado, Notary Public__
           Date                                    Here Insert Name and Title of the Officer

personally appeared __Robert G Bea__
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                Signature of Notary Public

J. MELHADO
COMM. # 1817554
NOTARY PUBLIC - CALIFORNIA
CONTRA COSTA COUNTY
COMM. EXPIRES OCT. 14, 2012

Place Notary Seal Above

——————————— OPTIONAL ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827