**Centanni**
**Investigative**
**Agency**

ATTORNEY WORK
PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ◆ Wayne R. Centanni, LCI

(504) 733-6914 ◆ FAX (504) 733-6909 ◆ E-Mail: piwayne@centanni.net ◆ Website: www.centanni.net

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF JULY 31, 2006
## RECORDED TELEPHONE CONVERSATION WITH
## LOWER 9TH WARD RESIDENT *GERTRUDE LEBLANC*

The following is a **draft** transcription of a July 31, 2006 recorded telephone conversation

between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Gertrude**

**LeBlanc** (hereinafter "GL"), a resident of the Lower 9th Ward who evacuated for Hurricane

Katrina:[1]

GL: -lo?

RG: Hello?

GL: Hello? Who's speaking?

RG: Hi. This is Robert Garcia. I'm trying to get in touch with a Gertrude LeBlanc.

GL: Mm-hm.

RG: Ms. LeBlanc?

GL: Yeah.

RG: Hi. How are you doing?

GL: Okay.

---

[1] Disclaimer: This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

Case 2:05-cv-04182-SRD-JCW   Document 19450-13   Filed 12/01/09   Page 2 of 7

RG: Uh, we- we had spoken with you a while back in regards to we're- we're investigating the levee breaks over there in the- in the Lower 9th Ward.

GL: Yeah.

RG: And, uh, I was trying to get in touch with, uh, Christopher LeBlanc.

GL: Yeah.

RG: That's your grandson?

GL: Yeah. I don't have his phone number now but I could give it to you tomorrow.

RG: Okay.

GL: Mm-hm.

RG: And, um, also, you had told us a while back that, uh, your- your daughter, Jennifer Landix…

GL: Yeah.

RG: …that, uh, that she had seen the, uh, the barge over there.

GL: We saw it when we was crossing the Industrial Canal.

RG: Oh, y'all did?

GL: Yeah, when we were leaving that Sunday morning we saw the barge and wondered why it was sitting there.

RG: And it was- do you know-

GL: And, uh, because they was telling everybody 'go' and the barge was sitting there 'cause we was crossing the Claiborne Bridge.

RG: Uh-huh. And now, this was right on the other side- was it on the- on the other side or was it by the floodwall where- where it broke?

LNA003017

GL:  It, uh, it was right near that, but it was on the Industrial Canal between the Claiborne and
     the Florida Bridge.

RG:  Okay. And then it was- it was on the- it was on the, uh, the Lower 9th Ward side or it was
     on the-?

GL:  It was the Lower 9th Ward side. It was close to that side 'cause normally when they tie
     the boats, there's like a thing in the center of the water and they tie them onto that, but we
     didn't know if it was tied or what. We just saw it sitting there.

RG:  Okay.

GL:  Mm-hm.

RG:  And that was the same barge, uh, that-

GL:  That's the one that was in my backyard.

RG:  That was in your backyard?

GL:  Yeah, you may as well say it was in my backyard. It wasn't far from it, a few feet.

RG:  You were at, uh, seventeen thirty eight Tennessee?

GL:  That's right. It was there.

RG:  And- and Chris, had he- he had stayed during the hurricane?

GL:  Chris was there. We left Chris home.

RG:  Okay.

GL:  Chris was there and he left, so what Chris saw we don't know, but we left Chris in the
     house. He was supposed to go to the Marriott to work. That's where he was working.

RG:  Okay. But did he- did he make it there or did the hurricane come before he got over
     there?

CIA 10838
Transcription of 07/31/2006 Recorded Telephone Conversation
with Gertrude LeBlanc
Page 4

GL:   No. Uh, when the water start coming, uh, Chris I think got a ride on the other side of the bridge and the water, I think the way he was telling it, uh, the water- He was saying something about the water. I'm kind of, uh, confused now. He was saying something about the water, but he was there when the storm say, you know, 'cause it was leaking from my roof.

RG:   Oh, it was?

GL:   It's all (*unintelligible*). I guess right after he got out of there, that was it.

RG:   Do you know about what time he had left?

GL:   No. Only [*phone cut out*]. Hold on.

RG:   Oh, okay. Thank you.

GL:   Hello?

RG:   Yes, ma'am?

GL:   Hello? Hello? Who's speaking?

RG:   Uh, this is, uh, you- you didn't click over. It's- it's-

GL:   Oh. Oh. Hold on.

RG:   They may have hung up. Hello?

GL:   Hello?

RG:   Hello?

GL:   Yeah.

RG:   Oh, okay.

GL:   Yeah, I'd have to get a hold of Chris.

RG:   Okay.

LNA003019

CIA 10838
Transcription of 07/31/2006 Recorded Telephone Conversation
with Gertrude LeBlanc
Page 5

GL:   Chris just come back from Atlanta 'cause he relocated to Atlanta. Uh, he had to go there,
      so I'll have to get that number where you can get in touch with Chris.

RG:   Okay. And then did, uh, and I think you told us Jennifer had taken pictures when y'all
      were leaving?

GL:   Uh, not when we were leaving…

RG:   Oh, okay.

GL:   …but we took pictures right after and it's sad.

RG:   Oh, okay. I've- I've been there. I've seen it and it's, uh.

GL:   Yes. And, um, it is really pitiful. We made a scrapbook of what we saw.

RG:   Really?

GL:   And it's nothing nice.

RG:   And about what time did y'all leave on, um-? Y'all left-

GL:   I'd say about eleven or after twelve. We left that Sunday, you know.

RG:   Okay.

GL:   Morning or evening, yeah.

RG:   Well, I'll give you a call tomorrow.

GL:   All right, sir.

RG:   I appreciate it.

GL:   And who am I speaking to?

RG:   My name's Robert, Robert Garcia.

GL:   Robert Garcia?

RG:   Yes, ma'am. And you- you had given us some numbers and- and, uh, but I think a couple
      of them were disconnected for Chris.

LNA003020

CIA 10838
Transcription of 07/31/2006 Recorded Telephone Conversation
with Gertrude LeBlanc
Page 6

GL:   Yeah, Chris keep losing the cell phone.

RG:   Oh, really?

GL:   Yeah, so I'll get him.  And your number is what, sir?

RG:   It's, uh, you want our toll free number or our, uh?

GL:   Toll free number would be fine.

RG:   One eight eight eight.

GL:   One eight eight eight.

RG:   Seven three seven.

GL:   Seven thirty seven.

RG:   Two two zero two.

GL:   Two two zero two.  And what are you?  Uh, investigator for that?

RG:   The, yeah, for the levee breaks over there.

GL:   All right.

RG:   Trying to figure out what happened.

GL:   Okay.  Are you an attorney for that?

RG:   No, ma'am.  I'm not an attorney.  I'm just an investigator.

GL:   Okay.  Okay, sir.  I'll, uh, see can I get that number and have him call you.

RG:   Okay.  Thank you, ma'am.

GL:   You're welcome.

RG:   Okay.  Bye bye.

GL:   Bye bye.

**END OF CALL**

CIA 10838
Transcription of 07/31/2006 Recorded Telephone Conversation
with Gertrude LeBlanc
Page 7

This telephone conversation between Robert Garcia and Gertrude LeBlanc was recorded

on July 31, 2006 without Ms. LeBlanc's knowledge or consent.

**END OF TAPE**

LNA003022