UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO:  BARGE | * * * * | NO. 05-4182 and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE JUDGE |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*        08-4459 | * | |

# BARGE PLAINTIFFS' MEMORANDUM IN SUPPPORT OF THEIR *EX PARTE* / CONSENT MOTION FOR LEAVE TO FILE CORRECTED MOTION TO EXCLUDE IN WHOLE OR IN PART THE TESTIMONY OF DEFENDANT'S EXPERT CHARLES CUSHING

Plaintiffs have moved for leave to file their corrected Motion to exclude in whole or in part the testimony of defendant's expert Charles Cushing, with attachments, on the following grounds.

The Court's ECF system would not accept the filing of the Cushing Report as an exhibit to Barge Plaintiffs' Motion to Exclude in Whole or in Part the Testimony of Defendant's Expert Robert Bea, so it had to be broken into five parts in order to get if filed through the ECF system. That took time for which the undersigned attorney had not planned.

In addition, the case table generator used by the undersigned would not, for some reason

presently unknown, create the table of authorities for the Memorandum in support of the Motion. Attempting to make it work required re-booting the computer and multiple re-loadings of the software, to no avail.

The result of these two problems was that the time allotted for final preparation and filing, which would have been sufficient under normal circumstances, was inadequate.

To make the filing deadline, plaintiffs' Motion to Exclude Dr. Cushing's expert testimony was filed without a table of authorities and without its attached exhibits. The filing of this imperfect paper was accomplished by the deadline.

Plaintiffs seek leave to file a corrected Motion, corrected Memorandum with the Table of Authorities created by hand and with three typographical errors corrected, the Exhibits attached to the Motion, and the Notice of Hearing.

This Motion is being filed less than two hours after the deadline. Defendants already have all of the exhibits, although not gathered in one place, so there could be no prejudice to them. The Court has most, but not all of the exhibits in the form of attachments to other filings, and it would be more convenient to the Court to have these exhibits attached to the Memorandum, as well as to have a Table of Authorities.

Wherefore, plaintiffs pray that their Motion be granted. The proposed filing is attached hereto.

Respectfully submitted,

/s/_____
SHAWN KHORRAMI  (CA Bar #180411)
DYLAN POLLARD  (CA Bar #180306)
MATT BAILEY  (CA Bar #218685)
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
    Telephone:     (213) 596-6000
    Facsimile:      (213) 596-6010
    skhorrami@kpalawyers.com
    dpollard@kpalawyers.com
    mbailey@kpalawyers.com

/s/ Brian A. Gilbert
Brian A. Gilbert, Esq. (21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: lawrence@wiedemannlaw.com,
    karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
    Telephone: 504-834-0646
    e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net

Attorneys for Barge Plaintiffs

Dated: December 2, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document have been served upon counsel of record, by ECF upload, this 2nd day of December, 2009.

/s/ _____
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,