## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE JUDGE |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge* 08-4459 | * | |

# BARGE PLAINTIFFS' MOTION TO EXCLUDE IN WHOLE OR IN PART THE TESTIMONY OF DEFENDANT'S EXPERT CHARLES CUSHING

Pursuant to Rule 702, Fed. R. Evid., plaintiffs hereby move to exclude in whole or in part the testimony of defendant's expert Charles Cushing.

The grounds of this Motion are set forth in the accompanying Memorandum.

Wherefore, plaintiffs pray that their Motion be granted.

Respectfully submitted,

/s/_____
SHAWN KHORRAMI  (CA Bar #180411)
DYLAN POLLARD  (CA Bar #180306)
MATT BAILEY  (CA Bar #218685)
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
 Telephone: (213) 596-6000
 Facsimile: (213) 596-6010
 skhorrami@kpalawyers.com
 dpollard@kpalawyers.com
 mbailey@kpalawyers.com

/s/ Brian A. Gilbert
Brian A. Gilbert, Esq. (21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
 Telephone: (504) 885-7700
 Telephone: (504) 581-6180
 Facsimile: (504) 581-4336
 e-mail: bgilbert@briangilbertlaw.com

/s/ Lawrence D. Wiedemann,
Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
 Telephone: (504) 581-6180
 Facsimile: (504) 581-4336
 e-mail: lawrence@wiedemannlaw.com,
 karl@wiedemannlaw.com, karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
 Telephone: 504-834-0646
 e-mail: pistols42@aol.com

          /s/ Richard T. Seymour
          Richard T. Seymour (D.C. Bar #28100)
          Law Office of Richard T. Seymour, P.L.L.C.
          1150 Connecticut Avenue N.W., Suite 900
          Washington, D.C.  20036-4129
              Voice: 202-862-4320
              Cell:    202-549-1454
              Facsimile:  800-805-1065 and 202-828-4130
              e-mail: rick@rickseymourlaw.net

              Attorneys for Barge Plaintiffs

Dated: December 2, 2009

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document, the accompanying Memorandum and its attachments, the accompanying proposed form of Order, and the accompanying Notice, have been served upon counsel of record, by ECF upload, this 2nd day of December, 2009.

/s/ _____
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,