# Plaintiffs' Exhibit List in Support of their Motion to Disqualify in Whole or in Part Defendants' Expert Charles Cushing

| Exhibit | Description |
|---|---|
| 1 | List of Exhibits |
| 2 | July 29, 2009 Report of Dr. Cushing (without appendices) |
| 3 | Appendix B to Dr. Cushing's Report, the July 25, 2009 Report prepared by Dr. Larry L. Daggett and J. Christopher Hewlett of Waterway Simulation Technology, Inc. |
| 4 | Lafarge's April 1, 2009 Final Witness List (Doc. # 18392), pp. 1 and 15 |
| 5 | Declaration of Dylan Pollard |
| 6 | August 6, 2009 Deposition of Dr. Charles Cushing |
| 7 | September 23, 2009 Errata Sheet for Dr. Cushing's Deposition |
| 8 | Appendix L to Cushing Report, "C.R. Cushing C.V. and Corporate Resume" |
| 9 | Appendix M to Cushing Report, "C.R. Cushing Testimony in the Last 4 Years." |
| 10 | Page 46 of Cushing Report |
| 11 | Original Version of Photograph on p. 46 of Cushing Report |
| 12 | Other Photograph Taken by Lock Staff |
| 13 | Affidavit of Gertrude LeBlanc |
| 14 | Transcript of July 31, 2006 Centanni Interview with Gertrude LeBlanc |
| 15 | Affidavit of Frazier Tompkins |
| 16 | Transcript of December 2, 2005 Centanni Interview with Frazier Tompkins |
| 17 | Appendix O to Cushing Report, "C.R. Cushing & Co., Inc. Compensation" |
| 18 | Decision in *Newport Ltd. v. Sears, Roebuck & Co.*, 1995 WL 328158 (E.D.La. May 30, 1995) (No. CIV.A. 86-2319) |