C. R. CUSHING & CO., INC.                                    7/29/2009

bodies of warm water and lose their strength as they move over land.   Hurricanes rapidly weaken when they travel over land or colder ocean waters; both lacking sufficient heat and/or moisture.

### Table 1: Saffir-Simpson Hurricane Damage-Potential Scale

| Scale Number Category | Central Pressure mb inches | Wind Speeds mi/hr knots | Storm Surge feet meters | Observed Damage |
|---|---|---|---|---|
| 1 | >=980 >=28.94 | 74-95 64-82 | 4-5 ~1.5 | some damage to trees, shrubbery, and unanchored mobile homes |
| 2 | 965-979 28.50-28.91 | 96-110 83-95 | 6-8 ~2.0-2.5 | major damage to mobile homes; damage buildings' roofs, and blow trees down |
| 3 | 945-964 27.91-28.47 | 111-130 96-113 | 9-12 ~2.5-4.0 | destroy mobile homes; blow down large trees; damage small buildings |
| 4 | 920-944 27.17-27.88 | 131-155 114-135 | 13-18 ~4.0-5.5 | completely destroy mobile homes; lower floors of structures near shore are susceptible to flooding |
| 5 | <"920" <"27.17" | >"155" >"135" | >"18" >"5.5" | extensive damage to homes and industrial buildings; blow away small buildings; lower floors of structures within 500 meters of shore and less than 4.5 m (15 ft) above sea level are damaged |

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

This Page Intentionally Left Blank

## HURRICANE KATRINA

On 23 August 2005, a tropical depression (designated Tropical Depression Twelve) developed by 1800 hrs UTC over the southeastern Bahamas about 175 nautical miles southeast of Nassau.



Figure 24: The track of Hurricane Katrina.[28]

By 25 August, the tropical depression had strengthened into Tropical Storm Katrina. The storm moved slowly along a northwesterly then westerly track through the Bahamas, gaining strength.

Meanwhile, over the northern Gulf of Mexico and southern United States, the middle to upper tropospheric ridge was strengthening. This ridge turned Katrina westward on 25 August toward southern Florida. On the afternoon of the 25th, an eruption of deep convection over the system's low-level center in the northwestern Bahamas enabled Katrina to become the fifth hurricane of the 2005 season. Two hours later (2230 UTC), Hurricane Katrina made landfall between Hallandale Beach and Aventura, Florida as a Category 1 hurricane on the Saffir-Simpson Hurricane scale. Katrina hit the peninsula with 80 mile per hour winds, and a well defined eye.

---

[28] ASCE publication *The New Orleans Hurricane Protection System: What Went Wrong and Why*.

The eye became better defined as Katrina moved inland, remaining intact during its entire track across the peninsula.  Katrina continued west-southwestward overnight, spending around six hours over the water-laden Everglades.  Katrina then weakened to a tropical storm with maximum sustained winds of 60 knots (69 mph).  The center emerged in the southeastern Gulf of Mexico around 0500 UTC on 26 August north of Cape Sable.

Back over the water, Katrina gained strength and again became a hurricane at 0600 UTC on 26 August with maximum sustained winds of 65 knots (75 mph).  It underwent two periods of intensification on 26 and 28 August.

The first period of intensification exhibited an increase in maximum sustained winds from 65 knots to 95 knots in the 24 hour period ending 0100 (1:00 AM) CDT 27 August. The eye was evident on infrared satellite imagery early on 27 August.  By 0100 (1:00 AM) CDT, Katrina was a Category 3 hurricane with 100 knot (115 mph) winds.  The storm was 365 nautical miles southeast of the Mississippi River.

Katrina's track, when it was first over the Gulf, was west-southwestward.  On 27 August its track took on a general westward direction and then the storm took a turn toward the northwest on 28 August.

The second period of intensification reached 145 knots (166 mph) at 1300 (1:00 PM) CDT 28 August about 170 n miles southeast of the mouth of the Mississippi River. Katrina was upgraded to a Category 4 hurricane with maximum sustained winds of 126 knots (145 mph).[29]  Katrina quickly became a Category 5 storm, just twelve hours after the beginning of the second round of rapid intensification, reaching peak intensity at 7:00 AM CDT 28 August with maximum sustained winds of 152 knots (175 mph), gusts of 187 knots (215 mph) and a center pressure of 902 mbar.  The storm was about 170 nautical miles southeast of the mouth of the Mississippi River.

Katrina turned northward, toward the northern Gulf coast early on 29 August.  The storm weakened rapidly prior to landfall.  At 0610 (6:10 AM) CDT on 29 August, the hurricane made landfall as a Category 3 storm, with estimated maximum sustained winds of 110 knots (127 mph), near Buras, Louisiana.  Katrina continued northward making final landfall near the mouth of the Pearl River at the Louisiana/'Mississippi border, as a Category 3 hurricane with an estimated intensity of 105 knots (121 mph).

The extraordinary amount of rainfall in the New Orleans area during Katrina added to the flooding of the low lying areas.  Based on radar rainfall data during a 24 hour period of Katrina, 13.6 inches of rain fell beating the estimated 100 year prediction of 12.58 inches. [30]

---

[29] Note: 1 knot = 1.15 mph.
[30] U.S. Weather Bureau Technical Paper 40 (1961).

The National Hurricane Center reported rainfall of approximately 8 to 10 inches, with 11.63 inches in Slidell.[31]

Hurricane Katrina's track is provided in Dr. Dooley's report as follows:



Figure 25: The track of Hurricane Katrina over the New Orleans area.[32]

Dr. Dooley points out that many wind recording and reporting instruments in New Orleans failed during the passage of Hurricane Katrina. Nevertheless, the National Hurricane Center was able to identify the track, wind speed and barometric pressure of Hurricane Katrina as it approached and passed near New Orleans. These are:[33]

---

[31] Tropical Cyclone Report – Hurricane Katrina, 20 December 2005.
[32] Hurricane Katrina Weather Analysis, Dooley Sea Weather Analysis, Inc., 2009.
[33] Hurricane Katrina Weather Analysis, Dooley Sea Weather Analysis, Inc., 2009.

### Table 2:  Position of Hurricane Katrina

| Date | Time CDT | Longitude Degrees | Latitude Degrees | Pressure MB | Wind Speed Knots (MPH) |
|------|----------|-------------------|------------------|-------------|------------------------|
| 28 Aug. | 1300 | 88.6W | 26.3N | 902 | 150 (173) |
| 29 Aug. | 1900 | 89.2W | 27.2N | 905 | 140 (162) |
| 29 Aug. | 0100 | 89.6W | 28.2N | 913 | 125 (144) |
| 29 Aug. | 0200 | 89.6W | 29.5N | 923 | 110 (127) |
| 29 Aug. | 1300 | 89.6W | 31.1N | 948 | 80 (92) |
| 29 Aug. | 1900 | 89.1W | 32.6N | 961 | 50 (58) |

Clearly, as Hurricane Katrina passed over New Orleans, it was moving due north.  Its longitude did not change as it moved inland.

By knowing the location of the eye of the hurricane, it is possible to determine the bearing of the eye from the site of interest on the IHNC, namely the moored position of the barge and the north and south breaches in the IHNC levee.  These are:

### Table 3:  Bearing and Distance of Katrina from IHNC

| Date | Time CDT | LAT | LONG | Wind Speed Knots (MPH) | Distance N. Miles | Bearing Degrees |
|------|----------|-----|------|------------------------|-------------------|-----------------|
| 28 Aug. | 1300 | 26.3 N | 88.6 W | 150 (173) | 234 | 341 |
| 28 Aug. | 1900 | 27.2 N | 89.2 W | 140 (162) | 173 | 345 |
| 29 Aug. | 0100 | 28.2 N | 89.6 W | 125 (144) | 109 | 348 |
| 29 Aug. | 0400 | 28.8 N | 89.6 W | -- | 74 | 343 |
| 29 Aug. | 0610 | 29.3 N | 89.6 W | 110 (127) | 46 | 332 |
| 29 Aug. | 0700 | 29.5 N | 89.6 W | 110 (127) | 36 | 322 |
| 29 Aug. | 0945 | 30.2 N | 89.6 W | 105 (121) | 26 | 238 |
| 29 Aug. | 1300 | 31.1 N | 89.6 W | 80 (92) | 71 | 198 |

This means that the center of the storm passed closest to the IHNC between 7:00 AM CDT and 9:45 AM CDT.

Nearby wind recordings were obtained from the Lake Front Airport and from NASA's Michoud Assembly, about 7.5 miles east of IHNC.  Lake Front Airport recorded the wind sustained at 60 knots (69 mph) gusting to 75 knots (86 mph) at 0500 (5:00 AM) CDT.  The Hurricane Research Division of NOAA confirms that the analysis of their data shows that maximum wind gusts in the IHNC region was 80 to 90 knots (92 to 104 mph).

42

Oceanweather, Inc. (OWI) carried out a hindcast of the wind field at the IHNC.[34]  In the OWI hindcast analysis, the nearest grid point to the IHNC site is at 30.0°N and 90.0°W. The 30 minute interval wind directions for this location on 29 August show that wind direction changed (backed) from 041.14° T at 0600 (6:00 AM) CDT to 273.26°T at 1100 (11:00 AM) CDT as the storm passed east of the city, moving from south to north. Figure 27 shows wind direction as a function of time at this location.  As shown in that figure, the wind direction blew from a northerly direction (000) at 0800 (8:00 AM) but not before then.    After 0800 (8:00 AM), it continued backing or moving in a counterclockwise direction so that it began to blow, for the first time, with a component from the west.   Before 0800 (8:00 AM), the wind had a component that was blowing only from east to west.

Because the IHNC and the wharf faces are oriented in a N by NNE – S by SSW direction (016°-196°), it is possible to compare the wind direction at this location with the orientation of the barge and the canal.  During the early morning hours of 29 August, the wind was blowing from a northeasterly direction – that is, from the northeast toward the southwest -- thus holding the barge against the dock.  Between 0500 (5:00 AM) and 0700 (7:00 AM), the wind was blowing the barge toward the LNA dock.

Between 0745 (7:45 AM) and 0800 (8:00 AM), the wind was blowing parallel to the wharf face and on the end of the barge, not the side.

---

[34] Hindcast Data on Wind, Waves and Currents in Northern Gulf of Mexico in Hurricane Katrina and Rita, Oceanweather Inc., Sep. 2006.



Figure 26: Wind direction vs. time at the IHNC during Hurricane Katrina on 29 August 2005.

At 0730 (7:30 AM) the wind achieved its maximum velocity of 62.85 knots or 72.28 miles per hour.  With the wind continually backing, if the barge were loose at this time, it would have been forced southerly and into the "pocket" at the Namasco Wharf.  From this position the wind would have to blow from 0286°T to cause the barge to move parallel to the face of the Namasco Wharf.  The wind would not have come from 286°T until after 1015.  Alternatively if the barge had become loose and blown directly clear of the corner of the Namasco Wharf (in a 137° direction), this could not have occurred until after 0920 (9:20 AM).

The below figure illustrates wind direction as a function of time at the LNA dock.  It clearly shows that the wind did not blow the barge ING 4727 in the direction of the IHNC floodwall at either the north or south breach site at any time before the National Weather Service announcement of the failure at 0814 (8:14 AM). As discussed further below, the wind data is a very important element in the conclusion that the barge did not and could not have caused the levee breaches.



Figure 27: Wind vectors at the Lafarge Terminal on 29 August, 2005.

**C. R. CUSHING & CO., INC.**                                           **7/29/2009**



Figure 28: Photo taken by the IHNC lock staff at 0747 (7:47 AM) during Hurricane Katrina showing the prevailing conditions and visibility during the storm.  Note that the direction of the waves and wind, from north-northeast, matches the data reflected in Figure 27 and that the wind is not blowing in the direction of the IHNC east levee.

## STORM SURGE

The ADCIRC surge model produced by LSU[35] showed maximum water elevations in the IHNC approximately 1 foot higher, at 15.0 feet (using MSL) than those computed by IPET,[36] at 14.0 feet (using NGVD29).  LSU computes the water elevation at the south end of IHNC at 15.5 feet.[37]   Waterway Simulation Technology reported that neither model includes water level changes due to wind-generated waves or the cyclonic effects of wind and local wind-generated waves which would have increased the height of the water.  Wind-generated waves travel in the direction of the prevailing wind.

High water mark (HWM) data was collected by this author, Dr. Larry Daggett, USGS, LSU, FEMA and USACE.  These indicate that the high water marks within the IHNC were as high as 14.3 feet (NAVD88-2004.65) at the locks and 15.2 feet (NAVD88-2004.65) at the north side of the Florida Ave. Bridge.[38]



Figure 29: Hydrographs showing water level v time in the IHNC.

---

[35] http://hurricane.lsu.edu/flood predictions.

[36] IPET Report, Vol. IV, page IV-112.

[37] Water Flow and Wind Conditions Affecting Movement of ING 4727 Barge in the IHNC During Hurricane Katrina on August 29, 2005 by Waterway Simulation Technology, 2009 (Appendix B).

[38] IPET 38,

**C. R. CUSHING & CO., INC.**                                          **7/29/2009**

According to the IPET report, the peak water levels in the IHNC exceeded the floodwall level by as much as 2 feet.[39]  These same water levels would have exceeded, by an even greater degree, portions of the IHNC floodwall that had settled to an even lower height than IPET reported.  Thus, according to Team Louisiana:  "Given the variation in floodwall crown elevations that IPET documented farther north, it is possible that the floodwall crest elevation at the point where overtopping initiated the south breach into the Lower Ninth Ward could have been a foot lower than the 12.5 ft found in surviving adjacent sections."

Whether one uses the LSU or ASCE storm surge models, or the WST analyses or the high water marks, it is incontrovertible that the floodwall along the eastern shore of the IHNC overtopped early on the morning of 29 August 2005.  The scour trenches caused by overtopping were clearly visible when the site was visited in September 2005.

Although the storm surge from Lake Borgne through the MRGO and into the IHNC acted to raise the level of the water in the IHNC to levels well above the height of the floodwalls, the storm surge did not create significant currents within the IHNC but rather largely acted to fill up the IHNC much as water fills a bathtub.  Waterway Simulation Technology modeled the currents that the storm surge would have caused in the IHNC.  Multiple scenarios were considered that included the floodwall both being overtopped and not being overtopped as well as an intact floodwall and the presence of breaches.  The result of this analysis showed that there were no currents in the vicinity of the Lafarge Terminal for any scenario analyzed that could have carried barge ING 4727 into the canal's main channel and propelled it into the intact floodwall at either the north or south breach site.[40]

---

[39] IPET Report, page V-1

[40] Water Flow and Wind Conditions Affecting Movement of ING 4727 Barge in the IHNC During Hurricane Katrina on August 29, 2005 by Waterway Simulation Technology, Inc., 2009 (Appendix B).

48

**C. R. CUSHING & CO., INC.**                                **7/29/2009**



Figure 30: Storm surge in Eastern New Orleans, modeled by Louisiana State
University.[41]

---

[41] Team Louisiana Report Chapter Two.

**C. R. CUSHING & CO., INC.**                                                      **7/29/2009**

This Page Intentionally Left Blank

**C. R. CUSHING & CO., INC.**                                      **7/29/2009**

## THE LEVEE FAILURE

During Hurricane Katrina, levees and floodwalls failed in numerous locations which led to flooding in many separate areas of the City of New Orleans. The reasons for failure discussed in this section focus on the IHNC east levees and floodwalls.

It has long been known what mechanisms can lead to a levee failure. According to the U.S. Army Corp of Engineers publication on the design of levees, the principal causes of levee failures are:

1. Overtopping
2. Surface Erosion
3. Internal Erosion
4. Sliding within the levee embankment or foundation soils.[42]

At the IHNC, the steel sheetpile "I-wall" (floodwall) failed during Hurricane Katrina. To understand why the sheetpile failed, it is necessary to understand how a sheetpile achieves its stability. Sheetpilings call upon passive soil pressure to resist overturning forces caused by active soil pressure and hydrostatic pressure as well as other dynamic forces. Passive pressure is the amount of pressure that can be applied to a vertical face of soil before a shearing failure occurs. Once a shearing failure occurs, a wedge of soil becomes detached from the surrounding soil and is pushed upwards and away from the source of the pressure. Active pressure is the pressure that a vertical face of soil exerts when "leaning" on an object such as a retaining wall.[43] As a rule, passive pressure is greater than active pressure assuming that all factors affecting the two pressures (such as soil unit weight and cohesion) are equal. The fact that the passive pressure is greater is what allows a sheetpile to remain standing even though there is more fill on one side than the other. A third form of pressure, hydrostatic pressure, is the lateral force that a liquid will exert on a face. Because liquids do not have internal friction (internal friction is what allows a hill to be made from soil; liquids have no internal friction therefore a hill can not be made from a liquid) the lateral pressure is equal to the vertical pressure, which is not the case for active or passive soil pressure.

### IHNC North Breach

According to IPET, the North Breach occurred before the South Breach, perhaps as early as 0430 (4:30 AM) CDT.[44] IPET reports that the breach occurred prior to overtopping as a result of the formation of a tension crack on the floodwall and diminished soil support at the levee toe.[45]

---

[42] USACE Engineering Manual EM 1110-2-1913 titled The Design of Levees, Page 1-3 dated 30 April 2000.
[43] Principles of Geotechnical Engineering, Chapter 12, pages 364 - 378.
[44] IPET Report, pages IV-194, IV-195.
[45] IPET Report, page V-11-17.

The phenomenon of "gapping" involves the floodwall deflecting a small distance in the landward direction due to hydrostatic pressure, which causes a narrow gap to open up between the sheet piling and the canal side embankment.[46]  This gap allows water to flow to the tip of the sheetpiling, replacing the active earth pressure on the canal side with water pressure.  Because water produces more lateral pressure than soil, particularly clay, the presence of a water filled gap on the canal side of the embankment would have a dramatic reduction on the factor of safety – that is, the hydrostatic pressure, after the gap forms, is exerted over a much larger area of the floodwall and makes it more prone to failure.

Additionally, a gap can provide a more direct route for water to seep under the wall and cause an increase in pore water pressure.  In this sense, the gap splits the embankment in half and allows water to enter porous soil layers under the embankment without first percolating through the canal side embankment.



Figure 31: Water percolating through permeable marsh layer, causing uplift on clay layer above.

ILIT found that soil failure played an important role in the IHNC North Breach due to water penetration that weakened the soil on the land side of the levee.  "Sliding" is one

---

[46] ILIT Report Page 6-10.

type of failure mentioned in the ILIT Report.  If water is conducted through a permeable layer in the soil, it can exert a buoyant force on the soil on the other side of the wall, reducing the shear strength and potentially allowing underseepage-induced sliding to occur.  The only way to adequately protect against underseepage induced sliding is to utilize a longer sheetpiling or other means of lateral support.  This is because a failure plane should only occur in the vicinity of the tip of the sheetpiling.  A longer sheetpiling would force the failure plane to be so deep that the overburden pressure would give the soil tremendous shear strength.  Additionally, a deep failure plane means a long failure plane.  The longer the failure plane, the more soil can be called upon to resist the shearing force produced by the water on the canal side.  Long sheetpiling is also more likely to cut off those soil layers that allow water to seep under the wall.

The North Breach also appears to have occurred when a section of sheetpile just south of the Florida Ave. Bridge ripped away from a section to the north.  Apparently the failure of the sheetpile at the North Breach occurred at the transition of the sheetpile closest to the Florida Ave. Bridge, which was at a depth of -25.0 MSL, and the original sheetpile which was only at a depth of -8.0 MSL.  The deeper sheetpile closer to the bridge was 34 feet long (vertical dimension) installed in 1980, whereas the 1966 original sheetpile was only 20 feet long.  Clearly the original design was inadequate to restrain the hydrostatic load of the rising storm surge waters, especially in light of the very poor soil conditions.

In this connection, the testimony of Mr. Christopher Weaver is relevant.  Mr. Weaver states that he woke between 0500 (5:00 AM) and 0530 (5:30 AM) on 29 August and noticed that water had entered his house.[47]  When he looked out of a front window, he saw water overtopping the floodwall.  Mr. Weaver then climbed out a window, after which he reported his house was inundated by a large rush of water.[48]  The rush of water, which eventually washed Mr. Weaver's and neighboring houses away, was the result of water flooding the Lower Ninth Ward rapidly through the north breach. However, it is clear that there was water in the vicinity of Florida Ave. before the surge of water swept away Mr. Weaver's house.  This indicates that the north breach may have failed in stages rather than all at once.  Initially, the floodwall would not have overturned completely, but rather rotated enough to substantially lower the crest height and allow water to pour into the Lower Ninth Ward, potentially causing the landside berm to scour away more and leading to the complete failure of the floodwall at this site. This is consistent with Mr. Weaver's description of overtopping at the north breach site.

---

[47] Weaver Deposition, Page 82 Line 12-18.
[48] Weaver Deposition, Page 89.



Figure 32: Clay embankment failure due to sliding induced by uplift.

In summary, based on review of the IPET, ILIT and Team Louisiana reports, together with other information, the three principal mechanisms for the IHNC North Breach were: (1) formation of a gap between the canal side levee and the sheet pile leading to added hydraulic pressure; (2) inadequate soil foundation at the levee toe; and (3) failure of the sheetpile at a transition point near the Florida Ave. Bridge.

<u>IHNC South Breach</u>

According to IPET, the principal mode of failure for the IHNC east floodwall failures was overtopping induced scour. This mechanism involves the water level in the canal rising to the floodwall's crest height or higher. When the water level in the canal exceeds the height of the wall, water pours over the floodwall and falls onto the landside embankment of the levee. Water falling from the top of the floodwall exerts an impact on the soil, which in turn experiences erosion, i.e. scours away.

**C. R. CUSHING & CO., INC.**                              **7/29/2009**



Figure 33: The failed floodwall in the south breach along Jourdan Ave. after Hurricane Katrina.  Note the concrete topped floodwall has toppled to the left, or inland, indicating landside weakness caused by scouring.

The embankment of the IHNC levee was comprised of a clay-based material that had a unit weight of approximately 104 pounds per cubic foot, and a cohesion that varied greatly, but a value of approximately 500 pounds per square foot is representative of a majority of the samples.[49]  As clays go, the type found at the IHNC was relatively soft and light. This clay proved to be a more suitable material for construction of a levee than that which was found at other sites.

Nevertheless, as was apparent from inspections of the IHNC floodwall after Katrina, the embankment did not provide sufficient resistance to scour.  All along the floodwall, a trench was observed that ran the entire length from N. Claiborne Ave. to Florida Ave.  In places this trench was up to six feet deep.  Pictures of the scour trench appear in Figures 35 and 36.  Calculations show that a four foot deep scour trench is about the maximum that the floodwall could experience and still retain stability with respect to overturning.  The following figure shows failure by overtopping induced scour occurring

---

[49] IPET Boring Log 1U.

55

to the IHNC floodwall at the south breach site.  The soil stratum is from ILIT's borings near the south breach site.



Figure 34: Floodwall overturning due to overtopping induced scour.

Scouring is devastating to the stability of the wall because the resistance afforded by the land side embankment diminishes by the square of the depth of scour.  This means that 2 feet of scour will decrease the factor of safety four times more than one foot of scour.  If too much soil is scoured away, the water pressure on the canal side of the levee can cause the sheetpiling and concrete wall atop it to overturn.

56

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 35: The scour trench on the land side of the IHNC floodwall, looking north from the north end of the south breach.

Scouring becomes an even more critical issue if subsidence occurs.  Subsidence usually occurs at an irregular rate, meaning some portions of the floodwall will be lower than others.  A lower portion of a wall will allow a larger volume of water to pour over the wall and for a longer duration than a higher portion of the wall.  All other factors being equal, this will cause a lower wall to experience more scour than a higher wall and thus be more likely the point of initial failure by this mechanism.

In the case of the IHNC levee, scour from water overtopping the wall was exacerbated by a cyclone fence located just in back of the wall on the land side of the levee.  The

**C. R. CUSHING & CO., INC.**                                          **7/29/2009**

cyclone fence acted to channel the overtopping water in a lateral direction, parallel to the floodwall, further deepening the scour trench.



Figure 36: Looking down into the scour trench at the southern end of the south breach.

In order to mitigate the consequences of overtopping induced scour, there are two principal features that could have helped.   The first is an armored landside embankment.  Placing a concrete or asphalt paved apron or riprap (armor stones) on the landside could have protected the soil underneath from being washed away by the falling water.  This was recommended in the USACE Levee Design Manual, but was not done.[50]  The second feature is a deeper sheetpile.  By utilizing longer sheetpiling driven deeper into the ground, the wall would have been able to remain upright even with a

---

[50] USACE Engineering Manual EM 1110-2-1913 titled The Design of Levees dated 30 April 2000.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

much greater amount of scour.  Neither of these features was present, and thus the wall did not survive the overtopping-induced scour that deprived it of support on the land side.

ILIT concluded that soil failure due to water penetration under the sheetpile was a second failure mechanism at work in the South Breach.  In the case of the IHNC south breach, there was a thin layer of marsh material located in the clay underneath the embankment.  There has been discussion in the IPET and ILIT reports as to the significance of this layer.  ILIT concluded that the south breach occurred because of sliding due to an increase in pore water pressure.  IPET responded by claiming that ILIT used a permeability one would expect to find in sand for this marsh layer and that this layer in reality had a much lower permeability and therefore the south breach site would be less susceptible to failure by sliding.

These factors considered, the floodwall constructed to replace the one that failed during Hurricane Katrina represents an improved design.  The new wall is of the inverted "T" design, which incorporates a wide footing that can reduce scour because the wide footing of the "T" wall will prevent water that is overtopping the wall from eroding the soil directly beneath the land side of the floodwall.  Additionally, the new wall utilizes a deeper sheetpiling than the ones used in the 1960s built wall.  Lateral stability is further enhanced by three rows of battered H-piles that support the footing.[51]

Comparing the new wall with the old wall, it becomes apparent how inadequate the old wall was.  The old I-wall, like many other floodwalls in the New Orleans area, was completely unsuitable for protection of a populated area.  It did not have an adequate factor of safety in the first place, it was designed without considering various failure criteria such as landside scour and underseepage induced sliding, it was designed using an insufficient number of soil borings, it was built to an incorrect datum and it was not maintained adequately, meaning that its subsidence had gone unnoticed.  Concerning settlement, this issue was known by the USACE and even mentioned in the Levee Design Manual, with recommended fixes:

> Regarding settlement, the manual recommends overbuilding by as much as 10 to 15 percent for semi-compacted and uncompacted fill in the embankment.[52]

The conclusions regarding the inadequacies of the levee design were reached by every investigation into the failure of the New Orleans hurricane protection system during Katrina.

It must be noted that the two breaches along the IHNC were not the only causes of flooding of the Lower Ninth Ward and St. Bernard Parish.  According to the various

---

[51] Inner Harbor Navigation Canal project fact sheet from U.S. Army Corp of Engineers New Orleans District http://www.mvn.usace.army.mil/HPS/pdf/Media%20Graphics/IHNC_Dec_2006.pdf.
[52] USACE Engineering Manual EM 1110-2-1913 titled The Design of Levees dated 30 April 2000.

**C. R. CUSHING & CO., INC.**                                     **7/29/2009**

studies, the great majority of the breaching of the levees that surrounded this protected area occurred at the levee fronting the MRGO and Lake Borgne.  This levee was constructed of an embankment made of sand and oyster shells, which is a completely unsuitable material for construction of a levee because of its high permeability and highly erodeable nature.

These levees fronting the MRGO were below design height and overtopped during Hurricane Katrina.  This overtopping occurred very early in the morning of 29 August. The breaching in these inadequately designed levees was massive, with well over a dozen individual breaches.  The flow through these breaches flooded the marshlands in the unpopulated area of the polder and ultimately overtopped the secondary levee.

In summary, based on review of the IPET, ILIT and Team Louisiana reports, together with other information, the principal mechanisms of failure at the IHNC South Breach were:  (1) formation of a gap leading to increased hydrostatic pressure on the floodwall; (2) overtopping and severe scouring of the landside soils leading to loss of soil support for the floodwall; and (3) possibly, exacerbation due to hydraulic forces within the soil, suggested by ILIT.

<u>Other Floodwall Failures</u>

The two breaches along the east bank of the IHNC were by no means the only floodwalls to fail as a result of Hurricane Katrina.  There were numerous significant areas of the greater New Orleans area that were flooded as the result of floodwall failures.  These failures were indisputably unrelated to barges or barge impacts.  These locations include:

-Gentilly and the Upper Ninth Ward, which was flooded as the result of a floodwall failure on the west side of the IHNC as well as the failure of the floodwall on the east side of the London Ave. Canal.

-Lakeview, which was flooded because of floodwall failures on the London Ave. and 17th Street Canals.

-New Orleans East, which was flooded because of numerous floodwall failures.

Other investigations attribute these failures to either overtopping induced scour or underseepage induced sliding.

**C. R. CUSHING & CO., INC.**                    **7/29/2009**



Figure 37: Failed floodwall at the 17th Street Canal.



Figure 38: Failed floodwall at the London Ave. Canal.

**C. R. CUSHING & CO., INC.**                                     **7/29/2009**



Figure 39: Failed floodwall on the west side of the IHNC.



Figure 40: Failed floodwall on the north shore of the GIWW/MRGO Channel, New Orleans East.

62

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

## THE LOWER NINTH WARD POST-KATRINA

The Lower Ninth Ward of New Orleans was flooded catastrophically when breaches formed in various levees protecting the Lower Ninth Ward and St. Bernard Parish from hurricane induced storm surges.  Two of these breaches were in the IHNC floodwall along Jourdan Ave. and were located about 2300 feet from each other.

This section of the report describes the physical characteristics of the breaches and surrounding area.  This evidence forms the basis for conclusions set forth in later sections of the report that discuss why the physical evidence described here shows that the barge did not and could not have caused either of the breaches.

Northern Breach

The northern breach occurred first.  This breach was approximately 215 feet in length. The northern breach was located immediately south of a sharp bend in the floodwall at a transition between a newer, deeper section of sheetpile and the original, shallower sheetpile.  At this transition point, between Florida Ave. and Law St., the sheetpiling disconnected as it failed and rolled or rotated due to the force of the water flowing through the breach.  After the storm, the concrete panels of this section lay nearest to the canal and the tip of the sheet piling pointed in the inland direction.  Between the northern and the southern edges of the north breach, the sheetpiling is twisted in a helical fashion.  In this helix, the sheetpiling is pointed straight upwards, which indicates that the northern part of this breach has rotated 270 degrees with respect to its initial position.  The floodwall remained tethered at the southern end of the breach, and washed inland slightly.  Thus, at the southern end of the north breach, the floodwall had overturned in the landward direction similar to what was observed at other breaches including the south breach.

No evidence was found at the site of the northern breach to indicate physical impact or contact by a barge or other object with the floodwall.

Inland of the northern breach, all houses were completely washed away for as far as 5 blocks from Jourdan Ave. in a straight swath approximately one block wide.  This contrasts with the southern breach, where the area of completely missing homes spread from the breach in a fan-like pattern.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 41: Twisted sheetpiling at the north breach site.[53]

<u>Southern Breach</u>

The southern breach was more than 800 feet in length.  For about half its length (the northern or upper portion), the sheetpile which supported the concrete floodwall was displaced in a prominent bulge, up to 180 feet away from its original location.  At the southern or lower portion of the breach, the sheetpile was pushed inland by a significantly shorter distance and was oriented approximately parallel to the floodwall's initial position.  Along the breach, the floodwall overturned in the landward direction, having rotated approximately 90 degrees with the concrete panels pointing inland and the tip of the sheetpiling pointing toward the canal.  More than half of the concrete floodwall panels had cracked off of the part of the sheetpile that made up the bulge.  The steel sheetpiling was visibly stretched but remained interlocked.  The concrete panels on the sheetpiling that was displaced a shorter distance were generally intact.  The sheetpiling at this portion of the floodwall did not experience the same degree stretching.   Figure 42 is an aerial photograph of the south breach taken before Hurricane Rita and shows the principal features of this site.

---

[53] IPET website.

**C. R. CUSHING & CO., INC.**                                              **7/29/2009**



Figure 42: Aerial photo of the south breach.  The barge lies astride N. Roman St, N. Prieur St. is in the center of the photo, and N. Johnson St. is to the right. Note the fan-like inward bulge of the failed sheetpiling on the northern or upper end of the south breach, to the right in this figure.

At both the northern and southern ends of the south breach, the earthen embankment was completely washed away.  Toward the middle of the breach, much of the canal side embankment remained, as well as a very small, severely eroded portion of the land side embankment.  Visible within the remains of the canal side embankment are an old wooden plank road and an old oyster shell road that had been buried when the levee was constructed.

**C. R. CUSHING & CO., INC.**                    **7/29/2009**



Figure 43: Remains of the original canal side embankment at the south breach site.

Inland of the south breach, for a distance of approximately 3 ½ blocks, nearly all homes were completely disintegrated.  In contrast to much of the rest of the Lower Ninth Ward where homes were moved from their foundations but remained nearby, nothing was left of the homes located directly in front of the breach except for foundations.  Large trees and utility poles were also toppled directly in front of this breach.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 44: The remains of houses immediately inside of the south breach.

In the weeks after the failure, the ground was covered by a layer of mud that had settled out of the floodwaters.  No evidence of sand boils was found near the southern breach site.  All along the inland side of the floodwall that remained standing there was a trench that was caused by water overtopping the floodwall.  In some places, this trench was six feet deep and, as a general trend, it was deeper closer to the point of initiation of the breach – that is, the trench grew deeper in the area closest to where the breach occurred, at the point of maximum displacement toward N. Johnson St.

No evidence was found of impact or contact by a barge or other object within the main section of the southern breach, in the area of the bulge where the wall stretched and was pushed into the neighborhood by the force of the water in the initial breach development.

This is in contrast to the evidence located at the very lower (southern) end of the south breach, far from the main section of the breach itself, where a portion of the concrete cap was broken off and the rebar bent in a manner not found at any other location in the

**C. R. CUSHING & CO., INC.**                                            **7/29/2009**

north or south breaches.  Figures 59 and 60 show this section of the wall and the conditions found there.  As this report discusses, in the section titled *The Barge Grounding* below, this location is the only place where the barge appears to have come into contact with the floodwall, and it is where the barge passed from the canal into the neighborhood, **after** the southern breach had already occurred and was well developed.

After Hurricane Katrina, the barge ING 4727 was located just inside the IHNC south breach on the land side of the floodwall.  After the floodwaters from Katrina receded, the barge grounded approximately 150 feet from the floodwall just south of the southern breach.  The relatively short distance the barge was carried into the Lower Ninth Ward indicates that it was not propelled by the initial explosive surge of water from the breach.  The barge had come to rest alongside and on top of homes at the intersection of Jourdan Ave. and N. Roman St.  Before Hurricane Rita, the barge was lying immediately to the west of several houses on Jourdan Ave.  The pattern of damage on these few houses indicates that the barge approached them from the direction of the canal.  This means that when the barge came into contact with these houses, it was moving to the east and could not have been moving back toward the canal.  Thus these homes just inside the floodwall mark the deepest point of penetration by the barge into the neighborhood.  When Hurricane Rita caused the Lower Ninth Ward to flood again in late September 2005, the barge re-floated and drifted a short distance toward the floodwall, coming to rest in the middle of Jourdan Ave. atop a small school bus.

**Interpreting Water Direction and Strength**

Our team surveyed debris in the vicinity of the breaches to identify objects that appeared to have toppled or moved in the direction of the deluge of water that came in through the breaches or would have been displaced by the flow of water.  Considering the orientation of the vectors spread over a large area, the pattern of water flow in the Lower Ninth Ward becomes apparent.  The most obvious method of determining the strength of incoming waters is from the condition of houses.  Many homes in the Lower Ninth Ward are wood frame structures built on either a slab-on-grade foundation or elevated a few feet above the ground by short columns of concrete block.  In areas immediately inside the breaches and subject to the most catastrophic inflow of water, structures built on either type of foundation were completely disintegrated, with the debris washed over a vast area so that the only remaining evidence of the homes are their foundations.

**C. R. CUSHING & CO., INC.**                              **7/29/2009**



Figure 45: Houses displaced by rushing water in the Lower Ninth Ward.

Houses built on either type of foundation located in areas that were subject to only low velocity water tended to remain standing in their original location or float a short distance if they were built on a crawlspace.  There were a few homes in the Lower Ninth Ward which were constructed of concrete block.  These homes tended to resist damage very well.  The most notable example of this are two structures, each two stories with the first story built of concrete block, located on N. Roman St. between Jourdan Ave. and Deslonde St.  Despite being exposed to extremely high energy waters, these two structures showed no movement or serious structural damage.

The houses in the location where the barge grounded show damage that is of interest.  These houses, while exhibiting some structural damage from being struck by the barge, are still partially standing.  From the fact that the barge landed on the roofs of these houses, it may be inferred that the water in the neighborhood was already very high when the barge made impact.  Further, the damage to these houses appears related to the weight of the barge coming to rest on the roofs as the water drained after the storm, and not to migration impact.  This indicates that the barge was moving very slowly when it landed on these houses.

**C. R. CUSHING & CO., INC.**                                        **7/29/2009**

**Water Flow through the North Breach**

The attached diagram in Appendix G shows that water flow originated at two breaches in the levee along the Inner Harbor Navigation Canal.  While the water flow through each of the two breaches was very strong, the flow patterns surrounding each breach differ considerably.

The water flow through the northern break appeared to have been very strong, but much confined and concentrated as compared to the southern break.  This is supported by a swath of houses that have been completely razed extending over five blocks inland from Jourdan Ave, but only one block wide.  In the narrow swath that exists between Law St. and Florida Ave. the devastation from rushing water is similar to that seen at the south breach location.  The Forty Arpent Levee, which runs parallel to Florida Ave, is part of the reason for the confined nature of the damage in this area.  The presence of this levee created an obstruction to the northward propagation of the incoming waters, which reduced the possible directions the water could flow to either directly inland or to the south.



Figure 46: The north breach and immediately adjacent area.  Note the swath of destruction left after the breach.

**C. R. CUSHING & CO., INC.**                                                   **7/29/2009**

The study of objects moved by the incoming waters indicated that forceful flow from the northern breach was primarily in the west to east direction.

The study of house displacements also concurs with the confined nature of the flow from the north breach.  Homes that were moved by water that would have originated from the north breach are located almost exclusively north of N. Rocheblave St.



Figure 47: Aerial photo of the north breach site.

Apart from the previously mentioned levee parallel to Florida Ave., elevation is one of the factors that could have had an effect on the direction of water flow through the north breach.  The aerial photo taken by Hydro Consultants, Inc. on 20 September 2005 shows water standing on Florida Ave. and the portion of Law St. nearest the Industrial Canal.  This shows that the northern most block of the Lower Ninth Ward lies at a somewhat lower elevation than the remainder of the neighborhood, which would serve to channel incoming water in an easterly direction.

The flow of water through the northern break was very powerful. If objects were floating in the water in the immediate vicinity of the break, they would be expected to have been drawn through the break with the current and carried deep into the neighborhood. This is confirmed by evidence of houses that were swept off their foundations and carried several blocks deep into the neighborhood.

**Water Flow through the South Breach**

The damage caused to homes in the immediate vicinity of the south breach shows that the flow of water through the breach was very strong, and was strongest in the center of the breach as represented by the apex of the "bow" in the northern part of the breach. The evidence shows that this breach originated slightly south of N. Johnson St. At this location, the sheetpile floodwall was displaced a considerable distance (approximately 180 feet) from its original location. Additionally, vectors located slightly south of the point of the greatest displacement of the sheetpile were oriented in the south-easterly direction as opposed to being perpendicular to the levee. This means that the flow of water that would have caused their movement would have originated at the point directly behind the portion of sheetpile that was displaced the furthest inland. The evidence demonstrates, therefore, that the south breach originated just south of N. Johnson St., at the point where the sheetpiling was pushed the furthest distance inland. The part of the breach where the floodwall was displaced a shorter distance happened after the initial failure at the bulge.

The debris orientation around the south breach shows that most vectors radiate out from the point of initiation of the breach in an arc, with vectors located immediately inland of the bulge pointing straight inland. As can be seen in the diagram of vectors in Appendix G, the water flowing through the breach in the location of the bulge varied in direction from southeast to northeast. Notably, water flowing along these vectors could not have carried an object from the origin of the breach to the location where the barge finally grounded, meaning that the barge did not enter the Lower Ninth Ward where the breach originated in the vicinity of N. Johnson St.

Inland of this breach there is an area that extends 3 ½ blocks east of Jourdan Ave. in which all structures were completely demolished by inflowing waters. This fact, combined with the distance that the floodwall was displaced, attests to the strength of the flood waters immediately following the levee failure. The waters that poured through the initial breach location at its point of inception were directed inland, away from the canal. If the barge had been present at this location when this breach occurred, it would have been carried deep into the neighborhood by this powerful initial rush of water.

South of N. Prieur St., similar devastation exists, but only extends 2 ½ blocks from Jourdan Ave. Additionally, the sheetpile floodwall in the lower portion of the breach was displaced only a fraction of the distance that it was displaced in the "bow" immediately to the north. This indicates that the initial surge of water in this lower portion of the

**C. R. CUSHING & CO., INC.**                           **7/29/2009**

breach, to the south of where the initial breach occurred, was not as strong as that which occurred between N. Prieur St. and N. Johnson St. This somewhat smaller amount of force can be attributed to a lower head of water at the breach location, indicating that the water level in the canal had fallen or the water level in the Lower Ninth Ward had risen between the time that the floodwall failed near N. Johnson St. and the rest of the south breach had formed. This means that the south breach could not have initiated at the far southern end and progressed northward.



Figure 48: Trees and other debris displaced by water flowing through the south breach, Deslonde St. looking east.

From the house displacement analysis, the general trend is that water flowing through the south breach was responsible for moving homes off of their foundations in the region south of N. Rocheblave St. Neglecting the homes that were obviously moved by water draining from the Lower Ninth Ward, most of the homes seem to have been moved by a current originating from the end of N. Johnson St., at the approximate location of the bulge in the failed sheetpiling.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 49: Aerial view of the south breach, looking north.

Although there were many accounts of water in the Lower Ninth Ward very early, the amount of damage at the south breach indicates that the water level on the land side of the floodwall had not risen to the level in the canal when the floodwall at the south breach location failed.  If the water level in the neighborhood was close to being equalized with the canal water level at the time of the occurrence of the south breach, the damage due to water entering through the south breach would have been considerably less than what actually occurred.  This is important because, as this report will discuss, the damage to the concrete cap and rebar that occurred when the barge floated over the wall, as well as the water level on the homes with which the barge made impact, demonstrates that the water level in the neighborhood was already very high when the barge made its appearance, and shows the barge did not arrive until well after the breach had occurred.  (Furthermore, the barge could not have floated over the damaged wall without there having been a sufficient depth of water already in the neighborhood.  Otherwise, the barge would have toppled into the neighborhood and grounded on its end.  This means that the barge must have entered the Lower Ninth Ward well after the breach had occurred).

**C. R. CUSHING & CO., INC.**                                      **7/29/2009**

**Effects of Drainage and Re-Flooding**

After a period of time, the water level in the Lower Ninth Ward equalized with that in the IHNC, and when the storm surge receded, water began to flow out of the Lower Ninth Ward and back into the Inner Harbor Navigation Canal.  This backflow of water is thought to explain why some of the house displacement vectors are oriented in an East to West direction.  Houses were more susceptible to being moved by the reverse flow of water than other toppled objects.  This is because the houses floated and therefore could be moved by a minimal current, while objects such as fence posts bent in the opposite direction would require very high velocity water current, absent during the outflow from the Lower Ninth Ward.

On 23 September 2005, the Lower Ninth Ward was again flooded as a result of a storm surge from Hurricane Rita washing away the temporary levee placed at the south breach location.  This event is not believed to have caused a significant interference to the objects toppled by the Katrina flood as the waters from the Rita flood were considerably weaker than that from Katrina.  Also, most of the objects that fell as a result of Katrina would have offered very little resistance to incoming floodwaters, making the possibility of being further affected by the second event small.  Additionally, the breach during Rita occurred at almost the exact same location as it did during Katrina, near N. Johnson St., which would generate a nearly identical pattern of water flow and hence would not alter the orientation of objects to a large degree.

75

**C. R. CUSHING & CO., INC.**                    **7/29/2009**



Figure 50: The school bus before Hurricane Rita.



Figure 51: The school bus after being crushed when the barge shifted westward during Hurricane Rita.