UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## LAFARGE NORTH AMERICA'S FINAL WITNESS LIST

Pursuant to the Court's Case Management and Scheduling Order No.7, entered May 1, 2008 (Docket No. 12935), as extended, Lafarge North America Inc. ("LNA") submits this final fact and expert witness list for the individual trial(s) that had been set for July 2009 and that are to be rescheduled by the Court.

LIBW/1705014.2

| Witness and Contact Information | Topic of Testimony |
|---|---|
| 808 Colony Place<br>Metairie, Louisiana 70003 | and channel widening; the Corps' knowledge of and efforts to control or remediate the erosion; foreshore protection; disposal of dredge spoil and disposal dikes; the effect of erosion by the open water of Lake Borgne intruding into MRGO; coastal erosion and loss of wetlands; the USACE's lack of steps to control MRGO erosion; the "funnel effect"; MRGO's status as a federal navigation project and not a flood control project; and USACE's awareness that the banks of the MRGO had been eroding for years from ship wave wash, wheel wash and other causes. |
| 56. Charles Cushing<br>C.R. Cushing & Co., Inc.<br>30 Vesey Street<br>7th Floor<br>New York, NY  10007 | Will provide expert testimony regarding the causes of the North and South breaches, the sequence of events leading up to the North and South breaches, the transit of the Barge ING 4727, and the effects of a hypothetical barge impact. |
| 57. Reda Bakeer<br>4624 Pike Drive<br>Metairie, LA  70003<br>Phone (Mobile):  (504) 237-1062<br>E-Mail:  rbakeer@hotmail.com | Will provide expert testimony regarding the design and function of levees and floodwalls, the causes of the North and South breaches, the sequence of events leading up to the North and South breaches, and geotechnical analyses of the floodwall failures |
| 58. Austin Dooley<br>Dooley SeaWeather Analysis, Inc.<br>P.O. Box 63<br>City Island, NY 10464 | Will provide expert testimony regarding meteorological issues regarding Hurricane Katrina including the wind and weather conditions in the IHNC resulting from Hurricane Katrina. |
| 59. Larry Daggett<br>Waterway Simulation Technology, Inc.<br>2791 Burnt House Rd.<br>Vicksburg, MS  39180 | Will provide expert testimony regarding the hydrologic effects in the IHNC resulting from Hurricane Katrina and their potential effect on Barge ING 4727 and its transit. |
| 60. Jason Weiss<br>Professor and Associate Head<br>Purdue University School of Civil Engineering<br>550 Stadium Mall Drive | Will provide expert testimony regarding the acoustic effects of levee and floodwall failures, including at the IHNC and other locations. |

15