# GOODWIN | PROCTER

Kirsten VK Robbins
202.346.4209
KRobbins@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

September 23, 2009

**VIA FEDERAL EXPRESS**

Richard T. Seymour
The Law Office of Richard T. Seymour, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036-4129

      Re:  Katrina Canal Breaches Consolidated Litigation;
           USDC EDLA Civil Action 05-4182 and consolidated cases

Dear Counsel:

Enclosed please find the original errata sheet and notarized signature page for the deposition of Charles Cushing taken on August 6, 2009.

                                    Sincerely,

                                    Kirsten V.K. Robbins

enclosure

LIBW/1719261.1

**C. R. CUSHING & CO., INC.**

## CORRECTIONS TO C. R. CUSHING DEPOSITION TESTIMONY, 6 AUGUST 2009

| PAGE | LINE | CHANGE |
| --- | --- | --- |
| 17 | 5 | Change "wall" to "pile" |
| 30 | 7,8 | Capitalize "Transportation Research Board" |
| 30 | 8,10,11,19 | Capitalize "Marine Board" |
| 30 | 21 | Capitalize "Congress" and "Administration" |
| 31 | 14 | Change Supertentitive" to "Superintendent" |
| 31 | 18,21 | Capitalize "Marine Board" |
| 32 | 20 | Capitalize "Marine Board" |
| 32 | 9,10 | Capitalize "Waterway Simulation Technology" |
| 33 | 18 | Change "in a breach" to "on a reef" |
| 38 | 21 | Change "toe" to "tow" (2 places) |
| 39 | 10 | Change "hoped" to "know" |
| 60 | 4 | Change "photography" to "photographers" |
| 60 | 5 | Change "stereoscopic" to "photogrammetric" |
| 66 | 25 | Insert "not" after the word "then" |
| 72 | 12 | Change "tenoptic" to "synoptic" |
| 76 | 10 | Change "re-put" to "repeat" |
| 89 | 9 | Change "Bob" to "Doctor" |
| 97 | 25 | Change "main" to "mean" |
| 123 | 23 | Change "focsal" to "fo'c's'le" or "focsle" |
| 124 | 3 | Change "floor" to "fore" |
| 139 | 24 | Change "ASE" to "ASCE" |
| 144 | 14 | Change "Beambenu" to "Bienvenue" |

**C. R. CUSHING & CO., INC.**

| PAGE | LINE | CHANGE |
|------|------|--------|
| 204 | 20 | Change "barge" to "wall" |
| 205 | 15 | Change "16 feet" to "13 feet" |
| 208 | 22 | Change "purpose" to "purposes" |
| 208 | 22 | Change "barge" to "wall" |
| 214 | 7,8 | Change "to mention" to "dimension" |
| 239 | 8 | Add "?" |
| 239 | 16 | Change "bunny" to "Bunge" |
| 243 | (6 places) | Change "residents" to "resonance" |
| 255 | 24 | Change "latest" to "earliest" |
| 258 | 23 | Change "tracking" to "cracking" |
| 261 | 15 | Change "date" to "time" |
| 266 | 23 | Change "bowel" to "bow" |

```
                    CHARLES R. CUSHING, PH.D.                273
```

## ACKNOWLEDGMENT OF DEPONENT

I, **CHARLES R. CUSHING** do hereby certify that I have read the foregoing pages ___ to ___ and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

22 September 2009                    *Charles R. Cushing*

**DATE**                              **SIGNATURE**

Subscribed and sworn to before me this _22_ day of _September_, 200_9_.

JOANNE M. McLEOD
Notary Public, State of New York
No. 01MC6164871
Qualified in Queens County
Commission Expires April 30, 2011

My commission expires: _____

*Joanne M. McLeod*
Notary Public