**Appendix M**

**C.R. Cushing Testimony in the Last 4 Years**

# Testimony Given Last Four Years
## By Charles R. Cushing Ph.D., P.E.

PROJECT No. 2988
Name of Project: Walsworth, Franklin – Westbrook Asbestos
Date: July 6, 2009
Client: Walsworth, Franklin - Deposition

PROJECT No. 2964
Name of Project: Sedgwick, Detert – Niebauer Asbestos
Date: June 11, 2009
Client: Sedgwick, Detert - Deposition

PROJECT No. 2640
Name of Project: Gardner Bond – Lenz Asbestos
Date: 31 March 2009
Client: Gardner, Bond, Trabolsi, St. Louis & Clement – Deposition Testimony

PROJECT No. 2895
Name of Project: Wilcox & Savage – Leigh Asbestos
Date: 5 March 2009
Client: Wilcox & Savage – Deposition Testimony

PROJECT No. 2918
Name of Project: - Gordon & Rees – Crull Asbestos
Date: 3 March 2009
Client: Gordon & Rees – Deposition Testimony

PROJECT No. 2681
Name of Project: - Mound, Cotton – Fortier Asbestos
Date: 12 February 2009
Client: Mound, Cotton, Wollan & Greengrass – Deposition Testimony

PROJECT No. 2737
Name of Project: - DeHay & Elliston – Garcia Asbestos
Date: 14 October 2008
Client: DeHay & Ellison – Deposition Testimony

PROJECT No. 2755
Name of Project: Wilcox & Savage – Morton Asbestos
Date: 25 September 2008
Client: Wilcox & Savage – Deposition Testimony

PROJECT No. 2842
Name of Project: Sidley Austin – Cohen Asbestos
Date: 15 August 2008
Client: Sidley Austin LLP – Deposition

PROJECT No. 2692
Name of Project:  Thompson Hine – Jackson Asbestos
Date:   25 June 2008
Client:  Thompson, Hine & Flory LLP – Deposition and Testimony

PROJECT No. 2609
Name of Project:  Freehill, Hogan – Rofail P.I.
Date:  23 June 2008
Client:  Freehill, Hogan & Mahar LLP – Deposition and Testimony

PROJECT No. 2735
Name of Project:  Filice Brown – Weber Asbestos
Date:  8 April 2008
Client:  Filice Brown Essa & McLeod LLP - Deposition

PROJECT No. 2669
Name of Project:  Holland & Knight – Crane Barge OVUS 1
Date:  28 March 2008 – Deposition - 24 April 2008 – Testimony
Client:  Holland & Knight – Deposition Testimony

PROJECT No. 2411
Name of Project:  Holland & Knight – M/T PRESTIGE
Date:  26 - 27 November 2007
Client:  Holland & Knight – Deposition Testimony

PROJECT No. 2692
Name of Project – Jackson Hine - Jackson Asbestos
Date:  30 August 2007
Client: Jackson Hine LLP – Deposition Testimony

PROJECT No. 2674
Name of Project – Migliori - Ochs Asbestos
Date:  5 January 2007
Client: Donald Migliori, Esq. – Deposition Testimony

PROJECT No. 2655
Name of Project – Foley & Mansfield – Bridges Asbestos
Date:  7 November 2006
Client: Foley & Mansfield P.L.L.P. – Deposition Testimony

PROJECT No. 2611
Name of Project – Foley & Mansfield – McNamara Asbestos
Date:  13 June 2006
Client: Foley & Mansfield P.L.L.P. – Deposition Testimony

PROJECT No. 2592
Name of Project – Armstrong & Associates - Stroker Asbestos
Date:  30 January 2006
Client: Armstrong & Associates – Deposition Testimony

PROJECT No. 2585
Name of Project – Bailey Crowe - Riggle Asbestos
Date:  13 December 2005
Client: Bailey Crowe & Kruger, LLP – Deposition Testimony

PROJECT No. 2593
Name of Project – Mound, Cotton - Rowan Asbestos
Date:  2 December 2005
Client: Mound, Cotton, Wollan & Greengrass – Deposition Testimony

PROJECT No. 2568
Name of Project – Armstrong & Associates - Goias Asbestos
Date:  31 August 2005
Client:  Armstrong & Associates – Deposition Testimony