

Figure 28: Photo taken by the IHNC lock staff at 0747 (7:47 AM) during Hurricane Katrina showing the prevailing conditions and visibility during the storm. Note that the direction of the waves and wind, from north-northeast, matches the data reflected in Figure 27 and that the wind is not blowing in the direction of the IHNC east levee.

46