UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| Boutte v. Lafarge         05-5531 | * | |
| Mumford v. Ingram    05-5724 | * | |
| Lagarde v. Lafarge     06-5342 | * | JUDGE |
| Perry v. Ingram          06-6299 | * | STANWOOD R. DUVAL |
| Benoit v. Lafarge        06-7516 | * | JR. |
| Parfait Family v. USA  07-3500 | * | |
| Lafarge v. USA            07-5178 | * | |
| Weber v. Lafarge        08-4459 | * * * * | MAG. JOSEPH C. WILKINSON, JR. |

<u>SWORN AFFIDAVIT OF GERTRUDE LEBLANC</u>

**PARISH OF ORLEANS**
**STATE OF LOUISIANA**

Came this 21st day of October, 2009, before the undersigned Notary Public:

**GERTRUDE LEBLANC**

who, upon being first duly sworn, did depose and say:

1. That my date of birth is ▓▓▓▓ 1935, and the first five digits of my social security number are ▓▓▓▓; that I am 73 years of age, of sound mind, and that the following is given upon my first-hand knowledge and experience of the matters stated herein;

2. That at the time of Katrina (and at present), I resideed at 1738 Tennessee St., New Orleans, LA 70117-4148, in the Lower Ninth Ward.

3. That on Sunday, August 28, 2005, my family and I evacuated by car from the

   Lower Ninth Ward;

4. The car in which I was riding as a passenger was also occupied by my daughter, Jennifer Landix;

5. The route we took to leave the Lower Ninth Ward took us over the Claiborne Avenue Bridge, heading away from the Lower Ninth Ward, and toward Downtown New Orleans;

6. On the morning of Sunday, August 28, 2009, around 11:00 a.m. or noon, we evacuated, and drove across the Claiborne Avenue Bridge, headed out of the Lower Ninth Ward, toward Downtown and the Upper Ninth Ward, I looked to my right and saw a large reddish-orange barge in the Industrial Canal, very close to the floodwall that runs along the Lower Ninth Ward. It was a big, long, rectangular barge with sharp corners and a round top.

7. The barge was sitting about mid-way between the Florida Avenue Bridge and the Claiborne Avenue Bridge;

8. The barge was nowhere close to any dock on the Upper Ninth Ward side of the Industrial Canal;

9. The barge was right up against the floodwall on the Lower Ninth Ward side.

10. We both saw it. We wondered aloud to each other why a barge was still in the Canal with a hurricane approaching.

11. When I returned after Katrina, it appeared that the same barge was sitting in my backyard. I live near the breach by Claiborne Avenue. I could not see anything about the barge in my yard that looked any different from the barge I saw in the canal on the Sunday before the storm.

12. I recall being interviewed after the storm by a man named Robert Garcia. All that I told him was true.

13. Today, I have seen for the first time a written record of my conversation with him. It has numbers on it starting with LNA003016 and ending with LNA003022. This is what I said to Robert Garcia.

Further, Affiant Sayeth Naught.

*Gertrude L Blanc*
**GERTRUDE LEBLANC**

**SWORN TO AND SUBSCRIBED** before me, the undersigned Notary Public, at NewOrleans Louisiana, this 21st day of October, 2009.

_____
Notary Signature

Brian A. Gilbert, 21297
Printed Name and LSBA Number
My commission is for life.