**Centanni Investigative Agency**

ATTORNEY WORK PRODUCT

P.O. Box 23752, New Orleans, LA 70183-0752 ♦ Wayne R. Centanni, LCI

(504) 733-6914 ♦ FAX (504) 733-6909 ♦ E-Mail:plwayne@centanni.net ♦ Website: www.centanni.net

September 12, 2007

RE: Lafarge North America – Barge ING 4727
CIA File: 10838
Client Reference: 99675/28821

## TRANSCRIPTION OF DECEMBER 2, 2005 RECORDED TELEPHONE CONVERSATION WITH LOWER 9TH WARD RESIDENT *FRAZIER TOMPKINS*

The following is a **draft** transcription of a December 2, 2005 recorded telephone conversation between Investigator RG of Centanni Investigative Agency (hereinafter "RG") and **Frazier Tompkins** (hereinafter "FT"), a resident of the 9th Ward who did not evacuate for Hurricane Katrina:[1]

FT: Hello? Someone ca- yeah, someone just called me.

RG: Uh, yes sir, Mister Frazier Tompkins?

FT: Yeah, that's me.

RG: Oh, hi, how are you doing, sir?

FT: I'm okay and you?

RG: Pretty good. Uh, I had spoken with, uh, with, uh, your wife, Hilda- Hilda Tompkins.

FT: Yeah. Uh-huh.

---

[1] Disclaimer: This is a basic transcription of the conversation, and various pauses and verbal hesitations may not be included.

LNA003536

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 2

RG: Uh, yesterday in the 9th Ward area.

FT: Yeah.

RG: And, um, I'm a private investigator.

FT: Uh-huh.

RG: And we're investigating the- the levees breaching over there in the 9th Ward.

FT: Yep. They need to investigate it.

RG: And we're- we're trying to figure out, uh, you know, what happened out there.

FT: Uh-huh.

RG: And, uh, and Hilda was, uh, had told us that- that y'all were present in the 9th Ward area during the time that, uh, that the levees broke.

FT: Right. Yeah. You know, if it wasn't for my eighteen wheeler we wouldn't have never got out of there.

RG: Oh, really?

FT: Now, that take off so fast and I was woke. I wasn't asleep. I was in my attic trying to stop water from coming in the roof and, uh, she said the water was (*unintelligible*) on the street, and I said, 'Sure is.' And I'm in the attic, I just went up in the attic. Wasn't no water on the street. By the time I went to the truck and started it up, water was coming in my house. That's why them people died because they didn't have a chance, especially the ones that stay further back and I stay closer to Saint Claude, and I barely got out.

RG: And- and we're trying- we're also trying to figure out, you know, about what time everything happened.

LNA003537

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 3

FT: Around seven something that morning. It happened early in the morning. My cousin that stay further back, he said he heard two explosions, and he said he- he felt the water in his house. He was asleep, but he felt the water on the side of his bed and he said by the time they ran... It was an upstairs house. They got fifteen steps. By the time they ran up the fifteen steps they didn't have but seven steps left. That's just how fast that water came in on.

RG: Oh, really?

FT: Yeah, they didn't have a chance. They couldn't find- I- I still feel they gonna find more bodies back here. You know, but, uh, the people didn't have a chance. You know.

RG: And you said this was about seven o'clock in the morning?

FT: Yeah, about around between seven and seven thirty, around up in that area 'cause I was wide awoke.

RG: And was this- this was on that Monday- Monday, August twenty ninth?

FT: Yeah, August the twenty ninth. I heard the storm hadn't even got here yet- hadn't even got here. You know, when that happened.

RG: Okay. And where- where was y'all's residence at? Where was y'all's residence?

FT: Uh, thirteen ten Tricou.

RG: Tricou?

FT: Yeah, and I'm close to the barracks and I know I (*unintelligible*), you know. Uh, I know, like I said, I know enough people (*unintelligible*) was a fighting chance, you know.

RG: And what, uh, so the water- how, like how fast did the water start coming in?

LNA003538

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 4

FT: The water came up like, uh, a foot in five minutes. It was coming up so fast you couldn't even believe. 'Cause I have a truck, an eighteen wheeler. By the time I built up the air pressure and went back in the house there was water- water was coming in my house. My house sit on a slab but that mean it was about two feet high- higher than the street. That quick. It came up fast.

RG: And then had y'all, um, are you in the area? I know- I know Tricou, that's kind of far away from the area where the levee broke.

FT: Right. I'm far away from there. That's how I, like I said, that's why I was able to get out. You know. I'm- I'm a good ways from there 'cause I stay in the thirteen hundred block of Tricou, which is like three blocks off of Saint Claude.

RG: Okay. And where, uh, what did y'all do? So- so you were upstairs and you were- you were trying to stop water from coming in from the roof?

FT: Yeah. I was in the attic, you know. I was trying to get something (*unintelligible*) the roof.

RG: And it was- was it raining real hard outside and windy?

FT: No, it was- it wasn't raining that hard. It was windy. It wasn't raining that hard.

RG: And this was- this was before the hurricane, uh, made landfall?

FT: Right. Before the hurricane made landfall. But we sit on the levee through the eye of the storm, until around ten thirty, eleven o'clock that day, I think. I don't know.

RG: And- and where did y'all, uh, so after the- after the water started rising, you and your wife, Hilda...

FT: Yeah.

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 5

RG: ...y'all- y'all then-

FT: We went- we went to her apartment. The street was dry when I pulled up there. She stay in the five hundred block of Andry. And, uh, it was dry when I pulled up but five minutes later they had one foot, then two feet, and then I said, 'We have to move again.' And that's when we, uh, we wind up driving up on, uh, Alabo Street wharf- on the Flood Street wharf. The wharf at Flood Street, right up on the levee. That's where I rode it out, up on that levee.

RG: Where? By the Mississippi River?

FT: Right. By the Mississippi River.

RG: Okay. And did y'all, uh, did y'all ever go up on- on any of the bridges?

FT: No, we didn't get on no bridges.

RG: Okay. Like the- like the Claiborne Bridge or the Saint Claude Bridge?

FT: No. Uh-uh. I stayed in my truck on the levee and watched the water rise. I tried to get to back down, but that water was like four feet high against the levee, so I tried- I done stayed up there until a chopper came and rescued us.

RG: Oh, so the water was- the water was four feet from the- from the top of the levee where you were at?

FT: From the bottom of the levee.

RG: Oh, okay.

FT: You know, from four feet, yeah.

RG: Okay. All- all the way to the river where you were?

FT: All the way to the river, yeah, it was all the way to the river there.

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 6

RG: Okay.

FT: You couldn't even come off the river, you know, off the levee right there. You was in three or four feet of water. At least four feet of water.

RG: And then did- did you hear- You- you said that your cousin, uh, was staying in- closer to where the levees broke?

FT: Right. Yeah, he stayed on Andry and Tonti, right in the upstairs house. He said he heard two explosions.

RG: Okay. And then wh- what did he say happened after he heard those two explosions?

FT: He said then he seen the water coming 'cause him and his mother was in there, and he said by the time they ran up the steps in that house- they had fifteen steps- they had seven steps left. That's just how fast the water came in. They had to run up their, you know, run up their stairs.

RG: And, uh, and how long- Did- did they see anything out there or what?

FT: No, you couldn't see nothing 'cause they were in the upstairs and the way the house is made the windows was on the side, not toward the front where the levee is.

RG: Okay. Does the house face, uh?

FT: It face Jourdan Avenue but, like I said, the bottom of the house face Jourdan Avenue but the upstairs, they have side windows. They didn't have no front windows.

RG: Okay.

FT: You know.

RG: 'Cause we're just- we're just trying to get in touch with anybody that was out there that- that may have seen something or heard something.

LNA003541

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 7

FT: Yeah, well he- well he told me he heard something. He's a roofer and he stays up there in the area where I'm staying up in Destrehan. He told me all that.

RG: Okay.

FT: But like I told him, that water come in too fast for just a little break to happen. Something big had to go on, you know. Anybody with common sense would know if even a little water coming in, it ain't gonna come in that fast. That water came in too fast.

RG: Yeah, I've- I've heard that it did come in pretty fast.

FT: Oh, yeah, it did. Definitely. That's why it- it tore them houses up like it did. It just washed them away like they wasn't nothing. You know.

RG: And, uh, and what was your- what was your cousin's- what's your cousin's name?

FT: His last name is Ev- Evans. I'm trying to think- I can't think of his first name. Uh, I don't know if he got a phone. Well, his phone would have been under Evans Roofing, but I know he's a roofer and he's doing a lot of roofing work right now, but, uh, I can get his first name from my other cousin, because I can't remember his name.

RG: Okay. Do you happen to have his number or?

FT: No. I don't have that. He- I know he stays right around in my area in Destrehan. I- I should catch him one day. That's how we ran into each other, just going to the store.

RG: Okay.

FT: And he stay right there in that area somewhere and I could probably drive around and see where his truck at.

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 8

RG: Okay. 'Cause we had- we had, uh, spoken with Hilda, uh, yesterday 'cause we were out in the 9th Ward area.

FT: Uh-huh.

RG: Talking to people, and, then, uh, Hilda had told us that, uh, that when- that when she was staying over at the house that, uh, that y'all had- y'all had heard the boom. Did y'all hear anything go boom or anything or?

FT: I heard something. I thought it was thunder, but then everybody told me that was the explosion. Then I had another friend of mine was on Saint Claude Street and he said he heard the two explosions.

RG: Oh, really?

FT: Yeah, he was on Saint Claude and Andry. That's closer to the levee, you know. We heard something and then (*unintelligible*). I have a dump truck, so I'm working back in that area, and the guy said they found some residue- explosive residue- explosive residue back there, but nobody said nothing, but we cleaning it up now 'cause they ain't gonna, like I said, it's gonna be all gone. There won't be no evidence there. But we (*unintelligible*) blew up.

RG: Who- who said that they had found some explosive residue?

FT: That's one of the guys that was working out there on the job. That's what he said. That guy said they found some explosive residue out there.

RG: Oh, really?

LNA003543

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 9

FT: Yeah, somebody else said somebody had found some explosive residue out there. I forgot who it was, but they said, uh, somebody was else was trying to investigate it. But I know they blew it up in sixty five 'cause I was down there then.

RG: Oh, for Betsy?

FT: Yeah, I was in Betsy. I was in eleventh grade then. You know.

RG: And- and do you- do you know the guy that, uh, that's working out there with you? Do you know his name or contact information?

FT: No, I don't even know his name and I don't really know which one of them told me that. I'll see if I can find out and if I- I- I have your number in my phone and I can call you back.

RG: Yeah, I'd appreciate it. We're just trying to find out, you know, exactly what happened 'cause we're hearing all kinds of stories.

FT: I hear you. Well I- we- we pretty sure that they blew it up. Like I said, people that stayed closer to it, most of the people that I've heard that stayed back this way, we call this back of town, they say they heard the explosion.

RG: And anybody else that you- that you just talk to, you know, that- that, uh.

FT: Okay. I'm gonna see if I can check around 'cause we need to do something about this anyhow. If you don't get-  You can't bring people back, but you can at least be compensated for.

RG: And- and Hilda had also told us- The reason I was asking you about going on the bridge, uh, she had told us that she had gone on- y'all had gone on the Saint Claude Bridge.

FT: No, we didn't get on the Saint Claude.

LNA003544

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 10

RG: Okay.

FT: We just stayed on the levee. We stayed on the levee and a helicopter rescued us that same evening.

RG: Oh, the same evening?

FT: Yeah.

RG: Wh- that Monday?

FT: That Monday, yeah, brought us to the Superdome.

RG: And were y'all- were y'all in view of- of the, uh, the canal right there? I mean, could y'all see anything?

FT: All we could see is the water right at the foot of the levee. We couldn't see nothing but water. Couldn't go nowhere else. I didn't go walking up and down there.

RG: Okay.

FT: Actually 'cause I didn't really want to leave her, and, uh, 'cause I didn't think she was ready to do no walking.

RG: Okay. Okay then. Well, uh, and then-

FT: If I can find somebody else with some more information I'll give you a call.

RG: Okay. And I got your- she gave us your home number. That's nine eight five seven six four three nine eight one?

FT: Yeah.

RG: Okay. And- and then you had called me back, but I called at...

FT: Yeah.

RG: ...two five o five seven four one?

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 11

FT: Yeah, correct.

RG: Oh, that's- Okay. And- and is that...? How do you spell your name, sir?

FT: Frazier, it's F-R-A-Z-I-E-R T-O-M-P-K-I-N-S.

RG: Okay. And then you have a tucking company?

FT: Yes sir.

RG: Okay.

FT: All my stuff washed up over here except the truck I'm in. You know.

RG: But you let your truck survive, huh?

FT: It's one of them, the one I was in. The rest of them been under water. I- I have two trucks and a bobcat that's under water- that's been under water. You know, I had more stuff in there but I (unintelligible). They're all under water.

RG: And then- and you're working right there in the- in the area of- of the break?

FT: Right. Right. I'm up on Jourdan Avenue now. That's where I'm working at now.

RG: And then what are you doing? Just hauling off-

FT: Hauling off the, uh, concrete wall.

RG: Okay. And where- where are they dumping that at?

FT: At, uh, PMC. They call it PMC, Pontchartrain Material on France Road.

RG: And w- do you know what they're doing with it over there?

FT: They're crushing it up.

RG: Okay. And then have you...? What do you think...? I know you said that you talked to some people out there that- that thought it might, uh, that they saw some explosive residue and all.

LNA003546

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 12

FT: Yeah.

RG: What's- what's (*unintelligible*) on it?

FT: Uh, what do I think?

RG: Yeah.

FT: I think they blew it up. It came in too fast. Like I said, nothing gonna come that fast. If you got a little break, the water gonna come up, but it ain't gonna come fast as it came this time. Betsy didn't come that fast. Looked like they had two breaks in the levee, one near Florida Avenue and the other one up further where that barge came in. Now that barge might have (*unintelligible*) but the barge belong to Boh Brothers. We already know that it shouldn't have been in that canal with a storm no way. They said the barge belong to Boh Brothers.

RG: Who said that?

FT: A lot of people told me. They said, 'That barge belong to Boh Brothers.' I don't know. And see I had crossed that bridge that day. I said, 'Why are there even a barge in that canal knowing that when the water rise in the gulf that water- that water's gonna come all the way to the wall?' And with a barge in there, I didn't- I didn't- it don't make no sense at all.

RG: Well you-

FT: Huh?

RG: You s- you saw that barge in there before?

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 13

FT: Yeah, that barge was sitting in there the day before the storm. It stayed there, and that was that barge that's on the other side of the wall. Now they gonna have to cut it up to get it out of there. It's still back there.

RG: You could see- you could see it from the bridge? From the Claiborne Bridge?

FT: Yeah, you could see the barge from the Claiborne Bridge.

RG: And it was- it was- the day before the storm it was right where it was at except on the other side?

FT: It was on the other side and it shouldn't have been. Everything- nothing else was in that canal but that one barge, and I- I said to myself, 'Why are they leaving that barge in there?' Knowing- anyone of us know, uh, a small storm, a tropical storm, that- that area fills up with water. You know. But the thing is, now, I seen three barges down by the, uh, under the Paris Road Bridge. They- it didn't break that wall.

RG: Oh, right over there by the five ten?

FT: Yeah. They got three barges that was upside the wall over there, but it didn't break that, so, you know, that's what I'm saying, if the- if they claiming the barge broke it down here, well why it didn't break it over there?

RG: And how- how long had the- had the barge been in the canal that you saw on the other side of the-

FT: Well it had been in there that whole weekend. The barge stayed there and that's why I said it shouldn't have been there with a storm, you- you know, coming up.

RG: Do you know- do you know what they were doing in there?

FT: Yeah, they were sitting there. They was just sitting there.

LNA003548

RG:   Oh, it was just- it was just moored right there?

FT:   Right. It was moored there.

RG:   Okay. Did they- did they have anybody working in the, uh.

FT:   No. I know they weren't working on that. No. Uh-uh. Nobody was around then. In that area that water start rising first in the canal. It always did. But, like I said, I don't know why they would leave a barge in there knowing that if, um, if the water rises it's gonna break the mooring. Any- anybody with common sense know that.

RG:   And anybody else that you can think of that- that was out there that may have seen something or- or heard anything?

FT:   Not right off hand. What I'm gonna do, I'm gonna check around and I'll write names and numbers down and give them back to you.

RG:   Okay.

FT:   That's what I'll do.

RG:   I appreciate it. And wh- where- where you staying? You said you're staying in Destrehan? What's your address out there?

FT:   Uh, two o nine River Oaks.

RG:   River Oaks?

FT:   Hold on a second.

RG:   Okay.

[pause]

FT:   Yeah.

RG:   Yes sir.

FT: Uh-huh. But like I said, what I'm gonna do is, uh, (*unintelligible*) people that I know down here. I'm gonna talk to (*unintelligible*) and see what they heard or seen.

RG: Do you- do you have a- a pen? I can give you our toll-free number. That way if somebody's calling from out of town it won't cost them anything.

FT: Uh, (*unintelligible*) they call you theirself. Okay. Give it to me.

RG: It's one eight eight eight.

FT: One eight eight eight.

RG: Seven three seven.

FT: Seven three seven.

RG: Two two zero two.

FT: Two two zero two. And your name?

RG: Robert.

FT: Robert? Okay.

RG: Garcia.

FT: Okay. Garcia?

RG: Yes, sir.

FT: Okay, then. I'll pass it around. I'm gonna see what I can do, if can get some people with some information.

RG: Okay.

FT: (*unintelligible*)

RG: I appreciate it.

FT: Okay. No problem.

LNA003550

CIA 10838
Transcription of 12/02/2005 Recorded
Telephone Conversation with Frazier Tompkins
Page 16

RG: Okay, thank you. Have a good one.

FT: All right. Thank you.

RG: Bye-bye.

FT: Same to you. Bye-bye.

**END OF CALL**

**END OF TAPE**

LNA003551