# Appendix O

# C.R. Cushing & Co., Inc. Compensation

# C.R. CUSHING & CO., INC.
**Naval Architects, Marine Engineers & Transportation Consultants**

## BILLING RATES

Dr. Cushing is compensated $290 per hour for his time.