## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE JUDGE |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*         08-4459 | * | |

# ORDER GRANTING BARGE PLAINTIFFS' *EX PARTE* / CONSENT MOTION FOR LEAVE TO FILE CORRECTED MOTION TO EXCLUDE IN WHOLE OR IN PART THE TESTIMONY OF DEFENDANT'S EXPERT CHARLES CUSHING

This matter comes on for consideration of Barge Plaintiffs' *Ex Parte* / Consent Motion for Leave to File Corrected Motion to Exclude in Whole or in Part the Testimony of Defendant's Expert Charles Cushing.

Upon consideration of the matter, and the response of defendant, it appears that the Motion is well taken.  It is therefore hereby

ORDERED, that Plaintiffs' corrected Motion and supporting papers, attached to their Memorandum in Support of their Ex Parte / Consent Motion, shall be deemed filed timely.

New Orleans, Louisiana, this _____ day of December, 2009.

					_____
					**STANWOOD R. DUVAL, JR.**
					**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document have been served upon counsel of record, by ECF upload, this 2nd day of December, 2009.

/s/ _____
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,