UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | | NO. 05-4182 |
| | | SECTION "K" (2) |

**FILED IN:** 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, -5-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11028, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, and 07-1289.

## ORDER

Upon consideration of the *Ex Parte* Motion of the LEVEE PSLC for leave to file its Reply Brief and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion for Leave to File Excess Pages is **GRANTED**, and that the proposed pleading be entered into the record.

_____
Stanwood R. Duval, Jr.
United States District Judge

New Orleans, Louisiana, this 3rd day of December, 2009.