UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO. 05-4182 |
| BREACHES CONSOLIDATED LITIGATION | * | "K" (2) |
| | * | |
| PERTAINS TO INSURANCE: 07-1813 | * | JUDGE DUVAL |
| PLAINTIFFS:  KENNETH O'DONNELL | * | |
| AND THERESA O'DONNELL | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to

bear his, her or its own costs.

New Orleans, Louisiana this ___3rd___ day of __December_____, 2009.

_____

Stanwood R. Duval, Jr.
United States District Judge

Error! Unknown document property name.:RP7942