# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § § § § | |

## DEFENDANT UNITED STATES' MOTION TO AMEND THE JUDGMENT OR, IN THE ALTERNATIVE, FOR A NEW TRIAL

Defendant United States of America respectfully moves the Court to amend the judgment and enter judgment in favor of the United States and against Plaintiffs Anthony and Lucille Franz, Tanya Smith, Kent Lattimore, and Lattimore and Associates. In the alternative, the United States requests a new trial. In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion and the entire record.

The Motion to Amend the Judgment or, in the Alternative, for a New Trial is respectfully submitted,

>TONY WEST
>Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY, JR.
>Assistant Director, Torts Branch
>
>ROBIN D. SMITH
>Senior Trial Counsel, Torts Branch
>
>s/ Paul Levine
>Paul Levine
>Trial Attorney, Torts Branch,
>Civil Division
>U.S. Department of Justice
>Benjamin Franklin Station,
>P.O. Box 888
>Washington, D.C.  20044
>(202) 616-4400 / (202) 616-5200 (Fax)
>Attorney for the United States

Date: December 3, 2009

## **CERTIFICATE OF SERVICE**

I, Paul Levine, hereby certify that on December 3, 2009, I served a true copy of the Defendant United States' Motion to Amend the Judgment or, in the Alternative, for a New Trial upon the Plaintiffs by ECF.

/s/ Paul Levine
PAUL LEVINE