# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | | |

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT the undersigned will hear the United States of America's Motion to Amend the Judgment or, in the Alternative, for a New Trial, at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, New Orleans, LA, 70130 on the 23rd day of December, 2009, at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana