UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOAN WIGHTKIN, ET AL. | * | CIVIL ACTION NO.: 07-6614 |
| | * | |
| VERSUS | * | JUDGE: "K" |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: 2 |

*************************************************

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the plaintiffs herein, Joan Wightkin, wife of/and Donald Wightkin, and defendant herein, Allstate Insurance Company, who respectfully submit to this Court that all of plaintiffs' claims against Allstate have been settled and they desire that all of their claims against defendant, Allstate Insurance Company, be withdrawn and/or dismissed, with prejudice, each party to bear its own costs.

BRIAN D. KATZ
HERMAN, HERMAN, KATZ & COTLER
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Facsimile: 504-561-6024
**Counsel for Plaintiffs, Joan Wightkin wife of/and Donald Wightkin**

SCOTT G. JONES #14408
RAYMON G. JONES #07504
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940
**Counsel for Defendant, Allstate Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4 day of December, 2009 a copy of the foregoing was served upon all counsel of record via the CM/ECF system.

/s/ Raymon G. Jones
Raymon G. Jones