UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOAN WIGHTKIN, ET AL.** | * | **CIVIL ACTION NO.: 07-6614** |
| | * | |
| **VERSUS** | * | **JUDGE: "K"** |
| | * | |
| **ALLSTATE INSURANCE COMPANY** | * | **MAGISTRATE: 2** |

*************************************************

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiffs, Joan Wightkin, wife of/and Donald Wightkin, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
HONORABLE STANWOOD R. DUVAL, JR.