**Appendix B**

**Waterway Simulation Technology Report**

# WATER FLOW AND WIND CONDITIONS AFFECTING MOVEMENT OF ING 4727 BARGE IN THE IHNC DURING HURRICANE KATRINA ON AUGUST 29, 2005

**July 25, 2009**

**Prepared for**

**C. R. Cushing & Co., Inc.**
**30 Vesey Street**
**New York, NY 10007**
**&**
**Goodwin Procter, LLP**
**901 New York Ave. NW**
**Washington, D.C. 20001**

**Prepared by**
**Larry L. Daggett**
**J. Christopher Hewlett**

**Waterway Simulation Technology, Inc.**



# TABLE OF CONTENTS

**Page**

INTRODUCTION ...................................................................................................2
    The Hurricane Protection System ...............................................2
    The Storm Surge in the IHNC ...................................................3
    Water Levels in the IHNC .........................................................8
    Recorded Surface Water Levels.................................................8
    High Water Marks.....................................................................12
    Flood Wall Heights ..................................................................15
    Wind Conditions in the IHNC .................................................17

MODELED WATER CURRENTS IN THE IHNC ......................................18
    Model Specifics .......................................................................18
    Model Results of IHNC Inflow with No Floodwall Failures ...........25
    Model Results of Water Flows through the North Breach and of the IHNC
        Currents with Northern Breach Floodwall Failure ................28
    Model Results of Flow through the Breaches and of the IHNC Currents with Both
        Floodwall Failures .......................................................31

MODELED BARGE MOVEMENTS ...........................................................34
    Model Description ....................................................................35
    Modeled Barge Movement Results............................................36

CONCLUSION .............................................................................................38

Appendix A. RMA2 and The TABS Modeling System ........................39
    TABS Numerical Models ..........................................................39
    RMA239

Appendix B: Referenced Documents .....................................................42

Appendix C: Larry L Daggett's Resume & Publications .....................45

Appendix D: WST Qualifications, Company Experience, and Publications ......54
    GENERAL EXPERIENCE .........................................................54
    WST CORPORATE EXPERIENCE AND CAPABILITIES ...........55
    WST Publications and Research Papers ...................................70

Appendix E: List of Expert Witness Testimony...................................73
    Depositions for Federal Court Cases ........................................73
    Trial Testimony........................................................................73

Appendix F: WST Schedule of Legal Fees............................................74



*INTRODUCTION*

This report addresses:

- What were the water currents in the IHNC prior to either breach in the levee or after the northern breach in the levee occurred?  Could the barge, if it had come unmoored prior to the breaches in the eastern flood wall, have been drawn by these currents to the vicinity of the northern levee/flood wall breach and possibly have contributed to that flood wall failure?  Similarly, could the barge have been drawn to the east IHNC flood wall by these currents if it broke free of its moorings either during or after the northern levee/floodwall failed?

- Under what conditions would the ING 4727 barge have been able to move from the mooring site to the east IHNC flood wall and the vicinity of the southern levee/flood wall breach?

The currents in the IHNC prior to the occurrence of either breach, and after the occurrence of the north breach but before the south breach, would not have moved the barge away from the dock even if it had broken free of its moorings prior to the occurrence of the IHNC breaches.

To better understand the basis of this analysis, some background information about the storm, the hurricane protection system of the New Orleans metropolitan area, and the conditions that have been documented to have occurred during the storm in the IHNC between the Florida Avenue Bridge and the IHNC Lock will be described next.

**The Hurricane Protection System**

The hurricane protection system for the New Orleans area is shown in Figure 1.  This flood control system consists of a series of three enclosed areas (or polders).  One encloses the City of New Orleans, Metairie, and Kenner to the west of the Inner Harbor Navigation Canal (IHNC) or, as it is sometimes called, the Industrial Canal.  This area consists of a strip of land between the Mississippi River and Lake Pontchartrain.  A second set of levees to the east encloses the area known as New Orleans East, which is between the IHNC, the Gulf Intracoastal Waterway (GIWW), Lake Pontchartrain, and Lake Borgne.  The third protected area is east and south of the other two areas, respectively, and encloses St. Bernard Parish and includes an areas or cities identified as Arabi, Chalmette, Violet, Poydras, Verret, and Caernarvon.  This third polder is between the Mississippi River, the IHNC, the GIWW, the Mississippi River-Gulf Outlet (MRGO) and Lake Borgne.  The eastern half of this area is wetlands and is unpopulated.  The levees identified in Figure 1 are of varying heights and designs and connect to the flood control levees along the Mississippi River to complete the enclosures.  The IHNC Lock is a navigation lock structure that closes off the hydraulic



connection between the Mississippi River and the IHNC and Lake Pontchartrain.  No other flood control gate structures are included in the hurricane protection project.



**Figure 1.  New Orleans Hurricane Protection System[1]**

## The Storm Surge in the IHNC

To gain a better appreciation of what happened to the water level within the IHNC it is helpful to look at the hydraulics of the water system feeding the IHNC.  The channels through which water flows in this area are interconnected with the Gulf of Mexico, Lake Borgne, and Lake Pontchartrain.  There are a multiple channels in this system, including the MRGO, GIWW, IHNC and Chef Mentuer and Rigolets.  These channels and their relationship with the larger bodies of water are shown on the MRGO project map shown in Figure 2.  The south end of the IHNC is closed to the Mississippi River by the IHNC Lock which is normally closed and requires tows to lock from the river to the canal level.  This lock was closed and all openings were closed with water tight seals before and during the hurricane.  Thus, any water entering

---

[1]    U.S. Army Engineers, New Orleans District Project Maps Book — Flood Control Projects 2-35A Files.

the section of the IHNC below the Florida Avenue Bridge must come from Lake Pontchartrain entering the IHNC northern section or from the Gulf of Mexico and Lake Borgne through the GIWW-MRGO channel.  The MRGO is a 66 mile long 36-ft deep-draft navigation channel that is 600 ft wide at the entrance in the Gulf of Mexico narrowing down to a 500-ft width after the first 9.38 miles and entrance into Breton Sound all the way to the intersection of the IHNC.



**Figure 2.  Mississippi River-Gulf Outlet and Other Channels Connecting with the Inner Harbor Navigation Channel**



Hurricane Katrina tracked directly over the lower Mississippi River and across Lake Borgne. In the process the storm's reduced pressure and wind fields pushed the water from the Gulf of Mexico into Lake Borgne and up the MRGO. At this stage, water flowed into Lake Pontchartrain through Chef Mentuer and The Rigolets. An illustration of this occurring is shown in Figure 3 indicating the storm surge at the time of peak heights at the convergence of the levees on the south side of New Orleans East and the east side of St. Bernard Parish. The arrows in this figure indicate the wind direction and strength and the colors indicate the water elevations according to the scale in the upper left hand corner of the figure. At this time the wind moving in a counterclockwise direction had pushed the water up against these levees and focused it into the so-called "funnel" formed by the these levees and the intersection of the GIWW and MRGO. This figure is a result of a numerical model study performed by the Interagency Performance Evaluation Task Force (IPET) using an ADCIRC model that has been used in many studies of this area and was refined for the analysis of the performance of the New Orleans hurricane protection system. Figure 4 shows details of the MRGO-GIWW-IHNC.



**Figure 3. Map of Calculated Storm Surge Levels with Boundary Layer Adjusted Wind Velocity Vectors during Hurricane Katrina on August 29, 2005, at 1300UTC or 0700 CDT[2].**

---

[2]    J. Westerink, et. al., *Note on the Influence of the Mississippi River Gulf Coast Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity*, IPET Report 2, Appendix 6, p IV-6-15, March 26, 2007.



**Figure 4.  Peak Water Levels Computed by the U.S. Army Corp of Engineers** [3]

Similar models have been used by the Louisiana State University (LSU) Hurricane Center. Results are shown in Figures 5 and 6.  Both models show water levels that include the normal astronomical tide and the storm effects but do not include potential localized variations.  The reference datum in Figure 3 is NGVD 29 and the datum in Figure 5 is Mean Sea Level (MSL).

Both models show a high head difference, i.e., a water level difference, along the combined MRGO-GIWW channel due to the convergence of the levees along the south side of New Orleans East and the east side of St. Bernard Parish and the restriction of the channel between the levees on the south side of New Orleans East and the north side of St. Bernard Parish.  The water elevation at the east end of the combined MRGO-GIWW channel is 17-18 ft in Figure 5 and 15.5-16 ft in Figure 4; while at the west end of that channel is 15 ft in Figure 5 and 14.5 ft in Figure 4.  At the south end of the IHNC the water level is 15.5 ft in Figure 5 and about 14 ft in Figure 4.  This head difference caused a flow along the channel as shown in Figure 6.  Note the low velocity in the southern part of the IHNC between the intersection of the MRGO-GIWW and the IHNC Lock.

---

[3]    Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (IPET), Volume IV – The Storm, March 26, 2007, Page IV-113.





**Figure 5.  Modeled Water Levels Generated by Hurricane Katrina as Modeled by LSU[4].**



**Figure 6. Modeled Water Velocities Generated by Hurricane Katrina as Modeled by LSU[5].**

---

[4]    http://hurricane.lsu.edu/floodprediction/

**Water Levels in the IHNC**

In order to analyze flow of water in the IHNC, it is necessary to determine the water levels that were reached in the waterway.  To the extent that there is some uncertainty regarding these water levels over time, consideration of the range of possible water levels at any given time can be used to sort the possible flows of water that may have occurred and from the flows of water that would not have occurred under any of the possible conditions.

*Recorded Surface Water Levels.*

The first task is to determine what the water levels were in the IHNC during the storm.  While there are a number of water level gages in the vicinity of this waterway, many failed due to flooding, physical damage, or loss of electrical power.  The gages for which recorded data were obtained are shown in Figure 7.



**Figure 7. Water Level Gages in the Vicinity of IHNC**

All of the continuously recording gages were lost by 0100 CDT on August 29, 2005, except for the Mississippi River gage at Carrollton and two U.S. Geological Survey (USGS) gages, one of them in the IHNC near the I-10 Bridge and the other at I-510 crossing the MRGO-GIWW.  In addition to the recording gages, the gages at the INHC Lock are recorded at 0800 each day and posted for navigation interests.  During the storm the INHC Lockmaster took the extraordinary initiative to establish a temporary gage on the canal side of the lock so that the staff could record the water level during the storm.  Recognizing that this record could be the only source

of critical data defining the storm surge; the lock staff recorded the gage readings each hour throughout the most critical portion of the storm.  This record did indeed provide the most complete information of the water levels during the storm surge and is shown in Table 1.  This temporary gage was not surveyed until after the storm and was initially referenced to the NGVD 29 datum.  During the surveys for this report, this gage was surveyed and referenced to the NAVD 88 datum which will be used as a standard datum for this report.  As noted in this table, the high water level in the IHNC was 14.2 ft NAVD 88 at 0900 on August 29, 2005. The IPET also reported the same high water level adjusted to NAVD88.[5]

The water levels recorded at the IHNC Lock along with the gage data from other stations are shown in Figure 8.  This plot is referenced to NAVD88 datum adjusted for subsidence based on rates obtained from LSU (this issue will be addressed in more detail later in this report). The USGS gage at the crossing of I-10 over the IHNC shows a similar pattern to that recorded at the IHNC Lock until 0400 on August 29, 2005; at which time something appears to have happened - to the water level or the gage - to cause the recorded water level to shift down.  The IPET investigation[6] found that the PVC pipe holding the USGS gauge has a top elevation of about 9 ft on the staff gage and the electronic cable holding the USGS pressure transducer inside the PVC pipe is exposed above the top of the pipe.  They speculated that one possible explanation of the 5-ft drop then could be that the high velocities through the railroad/I-10 bridge opening in the floodwall which did breach, along with debris snagged the cable and pulled the transducer up out of the pipe giving it an apparent drop in water level.  The IPET Team also found that the Orleans Levee District gage located nearby the USGS gage did not experience the drop in water level but did experience identical 7.8 ft readings at 0400, 0500 and 0540 that morning, followed by a rapid rise in 8 minutes to about 10.9 ft which agrees with the IHNC Lock readings.  This pattern of constant readings with a rapid rise is consistent with a float gage becoming stuck and then releasing to float again.  Both gages behaved badly past 0400 and are considered to be questionable and not useful for determining water levels.

---

[5]    Interagency Performance Evaluation Task Force (IPET), "Performance Evaluation Status and Interim Results, Final Report of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," U.S. Army Corps of Engineers, March 26, 2007, p. IV-34.

[6]    Interagency Performance Evaluation Task Force (IPET), "The Storm," Volume IV, U.S. Army Corps of Engineers, Final Draft, March 26,2007, Figure 14, IV-33.



Table 1.  IHNC Lockmaster's Record

| Date | Time | IHNC Lock River Gage NGVD 29 | IHNC Lock River Gage NAVD 88 | IHNC Lock Canal Gage NGVD 29 | IHNC Lock Canal Gage NAVD88 | Wind | Conditions |
|---|---|---|---|---|---|---|---|
| 8/28/2005 | 1:00 | 2.0 | 1.2 | 1.4 | 0.6 | | Clear & Calm |
| 8/28/2005 | 2:00 | | | | | | |
| 8/28/2005 | 3:00 | 2.8 | 2.0 | 2.1 | 1.3 | | Clear & Calm |
| 8/28/2005 | 4:00 | | | | | | |
| 8/28/2005 | 5:00 | | | | | | |
| 8/28/2005 | 6:00 | 4.0 | 3.2 | 2.8 | 2.0 | NE 10mph | Florida Ave & St. Claude Bridge Closed |
| 8/28/2005 | 7:00 | | | | | | |
| 8/28/2005 | 8:00 | | | | | | |
| 8/28/2005 | 9:00 | 3.5 | 2.7 | 3.2 | 2.4 | NE 10to12 | Clear & Calm |
| 8/28/2005 | 10:00 | 3.8 | 3.0 | 3.6 | 2.8 | NE 10to12 | Clear & Calm |
| 8/28/2005 | 11:00 | 4.0 | 3.2 | 4.0 | 3.2 | NE 10to16 | Clear & Calm |
| 8/28/2005 | 12:00 | 4.3 | 3.5 | 4.2 | 3.4 | NE 10to16 | Clear & Calm |
| 8/28/2005 | 13:00 | 4.1 | 3.3 | 4.4 | 3.6 | NE 16to24 | Clear & Calm |
| 8/28/2005 | 14:00 | 4.4 | 3.6 | 4.8 | 4.0 | NE 16to26 | C&C Closed Gates 1&2 and 3&4 |
| 8/28/2005 | 15:00 | 4.4 | 3.6 | 5.0 | 4.2 | NE 19to25 | Clear & Calm |
| 8/28/2005 | 16:00 | 4.3 | 3.5 | 5.0 | 4.2 | NE 10to15 | 15:45 Started Raining |
| 8/28/2005 | 17:00 | 4.2 | 3.4 | 5.2 | 4.4 | NE 13to24 | Rain&Wind |
| 8/28/2005 | 18:00 | 4.2 | 3.4 | 5.7 | 4.9 | NE 10to16 | Rain&Wind |
| 8/28/2005 | 19:00 | 4.2 | 3.4 | 5.7 | 4.9 | NE 10to15 | Light Wind & Rain |
| 8/28/2005 | 20:00 | 4.2 | 3.4 | 5.5 | 4.7 | NE 7to11 | Calm |
| 8/28/2005 | 21:00 | 4.2 | 3.4 | 5.6 | 4.8 | NE 14to26 | Windy |
| 8/28/2005 | 22:00 | 4.4 | 3.6 | 5.8 | 5.0 | NE 19to31 | Windy&Rain |
| 8/28/2005 | 23:00 | 4.8 | 4.0 | 6.4 | 5.6 | NE 19to26 | Windy&Rain |
| 8/29/2005 | 0:01 | 5.2 | 4.4 | 7.0 | 6.2 | NE 24to46 | Windy&Rain |
| 8/29/2005 | 1:00 | 5.8 | 5.0 | 7.8 | 7.0 | 24to42 | Wind&Rain |
| 8/29/2005 | 2:00 | 5.8 | 5.0 | 8.0 | 7.2 | 24to31 | Wind&Rain |
| 8/29/2005 | 3:00 | 6.1 | 5.3 | 8.8 | 8.0 | 45 | Wind&Rain |
| 8/29/2005 | 4:00 | 9.1 | 8.3 | 10.0 | 9.2 | 39 | Lost City Power; IT'S COMING! |
| 8/29/2005 | 5:00 | | | 11.0 | 10.2 | 37 | |
| 8/29/2005 | 6:00 | | | 12.0 | 11.2 | | |
| 8/29/2005 | 7:00 | | | 13.0 | 12.2 | | |
| 8/29/2005 | 8:00 | | | 14.5 | 13.7 | | |
| 8/29/2005 | 9:00 | | | 15.0 | 14.2 | | |
| 8/29/2005 | 10:00 | | | 13.0 | 12.2 | | |
| 8/29/2005 | 11:00 | | | 12.4 | 11.6 | | |
| 8/29/2005 | 12:00 | | | 12.1 | 11.3 | | |
| 8/29/2005 | 13:00 | | | 10.8 | 10.0 | | |
| 8/29/2005 | 14:00 | | | 10.0 | 9.2 | | |
| 8/29/2005 | 15:00 | | | 8.1 | 7.3 | | |



**Figure 8. Recorded Water Levels in the IHNC During Hurricane Katrina.**

A water level hydrograph was obtained from the LSU Hurricane Center's web site for the IHNC. These are the result of the modeling discussed earlier in this report. This hydrograph is shown in Figure 9.[7] These data are referenced to the Mean Sea Level (MSL) tidal datum which would have to be adjusted to NAVD 88 by adding 0.25 ft.[8] These results show that the peak water level of about 15 ft occurred at 0830 on August 29, 2005, in the IHNC.

---

[7]   http://hurricane.lsu.edu/floodprediction/

[8]   Interagency Performance Evaluation Task Force (IPET), "Performance Evaluation Status and Interim Results, Final Report of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," U.S. Army Corps of Engineers, March 26, 2007, Figure 13, p. II-48.



**Figure 9.  Water Levels in the IHNC and Lake Pontchartrain at the 17th Canal Modeled by LSU.[7]**

### High Water Marks

Another way of determining how high the water got during the storm is to identify and measure high water marks.  It is best to use high water marks that are protected from wave action to eliminate false readings.  High water marks were identified and measured on October 13 and 29, 2005, at three locations inside buildings that dampened wave action and provided good measures of the high water levels.  These were in the US Coast Guard Building 12 near the IHNC Lock (13.7 ft), a work shed at Lafarge Cement Terminal (14.0 ft) and in the Florida Avenue Bridge Control Structure (13.7 ft).  These elevations are referenced to the subsidence-adjusted NAVD88 datum and are plotted in Figure 8.  The locations of these high water marks are shown in Figure 10. These marks were distinct and the elevations of these marks were determined using normal level surveying techniques.

IPET[9] also reported a finding of high water marks along this section of the IHNC of 13.5 to 14.0 NAVD88.  In addition, they reported high water marks just to the south of the junction of the IHNC and the Mississippi River Gulf Outlet (MRGO), of 15.4 NAVD88.  IPET[10] reported that a high water mark of 15.2 ft NAVD88 was found immediately north of the Florida Avenue

---

[9]     Performance Evaluation of the New Orleans and Southwest Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (IPET), Volume IV – The Storm, March 26,2007, p. IV-32-38.

[10]    Interagency Performance Evaluation Task Force (IPET), "The Storm," Volume IV, U.S. Army Corps of Engineers, Draft, March 26,2007, Figure 16, p. IV-36.

Bridge.  This means that just north of the Florida Avenue Bridge the water reached 1.3 to 1.6 ft higher than in the waterway between the Florida Avenue Bridge and the IHNC Lock.

All the high water marks (HWM) that are considered of excellent quality along the IHNC and the MRGO/GIWW were plotted.  Using this plot and these data and determining distances along the waterways, two profiles were developed.  One was from the MRGO just before the intersection with the GIWW to the IHNC Lock, Figure 11.  And the other is a profile along the IHNC from the north end of the IHNC Lock to Lake Pontchartrain, Figure 12.



**Figure 10. Locations of the Three High Water Marks along the IHNC.**

A moving average line was fit to the data points in Figures 11 and 12.  It can be seen from this profile that the water was pushed up at the end of the common MRGO/GIWW channel between the levees until it was about 18 ft.  The water was relatively flat from just inside the intersection of the GIWW and the MRGO to the intersection of the MRGO/GIWW with the INHC with a height of 15.4 ft at the end.  At that point there is a fall in the water surface between the



**Figure 11.  High Water Mark (HWM) Profile from the MRGO to the IHNC Lock.**



**Figure 12.  High Water Mark (HWM) Profile along the IHNC.**

intersection of the MRGO/GIWW and IHNC and the south side of the Florida Avenue Bridge
after which the peak water surface seems to be relatively flat.  Figure 12 shows that the north

and south peak water level lines slope from the intersection of MRGO/GIWW to Lake Pontchartrain and to the Florida Avenue Bridge.  The steepest slope is towards Lake Pontchartrain; this would be expected since the lake was at a lower level and the IHNC Lock was closed creating a dead end basin except for the flood wall breaches.  The water surface slopes from the intersection to the Florida Avenue Bridge and then a relatively flat surface to the lock.  The bridge was in a down position and creates a constriction in the canal.

**Flood Wall Heights**

In order to determine the flow of water in the IHNC basin due to the storm surge, both before and following a failure in the east levee, it was necessary to determine the elevation of the flood wall.  Based on the as-built flood wall drawings (see Figures 13 and 14) the top of the I-wall on the earthen levee was supposed to be constructed at 15.0 ft MSL or 14.2 NAVD 88.  This coincides with the recorded high water level.

A survey of the east flood wall was conducted on October 29, 2005, using normal level survey techniques.  It was found later that it was necessary to tie this survey to the IHNC Lock and a supplemental survey was conducted on January 9, 2006.  This latter survey was required when the National Geodetic Survey in November 2005 withdrew the vertical reference marks used in the high water mark survey and the survey of the flood wall heights.  This withdrawal was due to concerns by the NGS about subsidence along the Gulf Coast and particularly in the New Orleans area.  A dual-frequency GPS survey was conducted simultaneously with the normal level survey to establish new datum reverences for these benchmarks and to tie into the officially recognized datum marks.  IPET discussed the impact of uncertainty of determining vertical elevations in the New Orleans area and the relationship between different datum and provided an extensive review of the issues involved in their final draft report.[11]

The survey provided several check points.  There were two points near the Claiborne Avenue Bridge that were surveyed twice, once from the IHNC Lock and once from the Florida Avenue Bridge.  These points were found to agree within 0.04 ft.  There were also several points that were checked with static GPS measurements.  These points were in agreement to less than 0.01 ft with three exceptions near the IHNC Lock which differed by 0.23 ft, 0.11 ft and 0.15 ft.  The overall average difference between all common points was 0.01 ft.

---

[11]   Interagency Performance Evaluation Task Force (IPET), "Geodetic Vertical and Water Level Datums," Volume II of the Final Report, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, March 26, 2007.



**Figure 13.  East IHNC Levee As-Built Drawings Showing Section at South End of South Failure.**



**Figure 14.  East IHNC Levee As-Built Drawings Showing Section at North End of South Failure.**



The survey results are shown in Figure 15. This survey shows that the elevation along the wall was below the peak water level recorded at the IHNC Lock and the high water marks by as much as 1.4 ft. A similar conclusion was reached by IPET[12]. There were several low elevations along the wall with one occurring at the south failure while there were some stretches of wall near the as-built elevations at Surekote Rd. The higher elevations occurred where a roadway was constructed over the wall and may have provided a broader base of support for the structures and thus prevented as much settlement. It should be noted that these elevations were measured following the storm surges from Hurricanes Katrina and Rita and the resulting failure of the levee; therefore, elevations are not known at the locations of the failures due to the missing walls and the subsequent emergency protection works constructed following the hurricane(s). This figure also shows points surveyed by the Corps of Engineers contractor which are in close agreement.[13]

It will be noted that close-up analysis of the aerial photograph in Figure 10 reveals that the south end of the levee wall was constructed with two offsets at the north and at the south end of the breach. These are shown in Corps As-Built Drawings (see Figures 13 and 14). These two off-sets in the wall occurred at approximately the location of the breach.

**Wind Conditions in the IHNC**

This report also discusses wind conditions as a force acting on the barge. The wind conditions referenced in this report are from a meteorological reconstruction of the wind conditions in the IHNC during the storm has been developed using hindcast methods by Ocean Weather, and are the subject of a report in this case by Austin Dooley.[14] These winds are referred to the effective over-water 30-minute average winds at a height of 10 meters above sea level. Shorter intervals for a 10-minute, 1-minute, and 3-second averages were also provided.

The 30-minute average values were used in the modeling of the wind effects on the water currents generated by Hurricane Katrina and the 10-minute average values were used in modeling the possible movements of the ING 4727 barge. The longer time period was used for the hydrodynamic modeling to account for the effects of the wind shear and fetch.

---

[12]   Interagency Performance Evaluation Task Force (IPET), "Performance Evaluation Status and Interim Results, Final Report of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," U.S. Army Corps of Engineers, June 2007, p. V-68.

[13]   Interagency Performance Evaluation Task Force (IPET), "Performance Evaluation Status and Interim Results, Report 2 of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," U.S. Army Corps of Engineers, March 10, 2006, pp. III 39 and 40.

[14]   Dooley, Austin L, *Hurricane Katrina: Weather Analysis for the Inner Harbor Navigation Canal (IHNC) Between Florida Avenue and Claiborne Avenue,* Prepared for Goodwin Procter LLP by Dooley Sea Weather Analysis, Inc., City Island, NY, 2009.



**Figure 15. East IHNC Levee Top Elevations.**

## MODELED WATER CURRENTS IN THE IHNC

This section of the report describes the modeling of the water currents in the IHNC and the flows through the two breaches in the east IHNC flood wall.  First, this section describes the methodology used and, then, it discusses the various scenarios modeled.  Because of the uncertainty surrounding when either breach occurred and when the barge left the turning basin and the uncertainty surrounding timing of water heights relative to varying wall height, scenarios with no breaches, the north breach, and both the north and south breach were run with different water heights.  The results of the modeled water currents show that regardless of water height, currents within the IHNC would not have moved the barge away from the dock and into the channel at any time before either breach had occurred, or after the north breach but before the south breach.

### Model Specifics

A hydrodynamic model of the IHNC between the floodwalls from the IHNC Lock to the Florida Avenue Bridge was developed to define the flows that could have developed under the different conditions recorded.  The mathematic modeling system used was the TABS-MD modeling system; a modeling system commonly used by the Corps of Engineers for modeling 2-dimensional free-surface flows in rivers and estuaries (see Appendix A).  The model covered the area shown in Figure 16.  The modeled depths were defined based on the navigation chart

shown below, the 2004 Electronic Navigation Chart published by NOAA, a recent Corps of Engineers hydrographic survey, and the surveys conducted as part of this study. The model grid is shown in Figure 17.



**Figure 16.  Navigation Chart of the IHNC Area Modeled.**





**Figure 17.  IHNC TABS Model Grid.**



To the extent that modeling involved water heights in excess of the wall crests, or through one or more breaches, flows were computed for overtopping the floodwalls based on sharp-crested weir flows and flow through the breaches based on broad-crested weir flow methods.  Figure 18 shows an illustration of flow over a sharp-crested weir with term definitions.  The flow per length of weir is computed with the following equation[15]:

$q = CH^{1.5}$

Where:
q = flow rate per unit length of weir,
C = 3.27 + 0.40 (H/h),
H = height of still water above the weir crest,
h = depth of water behind the weir,
$H_w$ = height of the weir.



**Figure 18.  Definition of Sharp Crested Weir.**

---

[15]    V.T. Chow, "Open Channel Hydraulics," McGraw Hill Book Company, New York, 1959, pp. 360-362.

Figure 19 provides an illustration of flow over a broad-crested weir with term definitions.  The flow for this case is computed with the following equation:[16]

$$q = 0.433 \, (2g)^{1/2} \, [y_1 / (y_1 - h)]^{1/2} \, H^{3/2}$$

Where:
g = acceleration due to gravity constant; e.g., 32.2 ft/sec$^2$,
$y_1$ = total depth of water behind weir,
h = height of the weir,
H = still water height above the crest of the weir.

Since there were no measurements of the bottom elevations through the levee breaches due to the emergency levee construction on top of the breach, elevations at the toe on the canal side of the emergency offset levee were used as the crest of the broad-crested weir which averaged +3.19 ft NAVD88.  The top elevation of the levee I-walls were used as the elevation of the sharp-crested weirs.  These flows were summed along the wall being overtopped and the flows through the breaches were added for those scenarios involving one or both levee failures. These flows were used as the upper boundary condition entering through the Florida Avenue Bridge opening.  The modeled water levels were used as the boundary conditions along the overflow and breach boundaries.



**Figure 19.  Definition of Broad Crested Weir.**

---

[16]     V.T. Chow, "Open Channel Hydraulics", McGraw Hill Book Company, New York, 1959, pp. 52-53.

Limitations of the model required adjustment of boundary elevations to permit correct modeling of flow over the floodwalls and through the breaches.  Therefore, although velocities computed at the boundaries may not be precise, the flow within the IHNC and the flow rates through the breaches and over the floodwalls is representative and accurate.

Modeling the flows entering the IHNC between the Florida Avenue Bridge and the closed IHNC Lock is complex.  A picture of this area, Figure 20, provides some understanding of the nature of this reach of the waterway and shows the constriction created by the bridge approaches and the flood walls and gates in this area.  The Florida Avenue Bridge was in the down position during the storm and several barges were trapped on the northern side of the bridge as shown in Figure 20, although it is not known when these barges arrived at the bridge. The upstream boundary was placed just north of the Florida Avenue Bridge which created a contraction in the flow prior to entering the lower IHNC.  This ensures reducing the impact of the boundary condition as defined since the flow is redistributed when it expands on the downstream side of the contraction.  Since the water level in the higher flows was above the adjacent land, the modeled section at the bridge was widened beyond the piers and fender structures to the adjacent floodwalls.  The contraction caused the water velocities in the modeled flows to accelerate to high magnitudes indicating a significant head loss through the contraction, resulting in higher water levels north of the bridge than those observed in the lower IHNC channel, as seen in the observed high water marks.





**Figure 20.  Barges North of Florida Avenue Bridge Following Hurricane Katrina.**

The results of this modeling provide a basis for understanding the flow conditions that existed within the IHNC.  It should be noted that these model results represent short-term steady-state flow conditions.  In order to make the flow patterns clear, the figures that follow are drawn with unit vector arrows that indicate the direction of flow.  The magnitude of the flow vector is shown in color contours.  The scale index is shown in each figure.

It is also possible to model the initial "dam-break" flow that would have been the initial surge of water through the wall at the instant of and immediately after failure.[17, 18]  In this case, the IHNC lockmaster's gage did not show a change in the rate of rise until after 8:00 a.m., and showed a net rise up until the 9:00 a.m.  Prior to those times, any short term drawdown

---

[17]   *Computation of Outflow from Breached Dams*, Defense Intelligence Agency, Department of Defense, B147-63, December 1962.

[18]   *Floods Resulting from Suddenly Breached Dams, Conditions of Minimum Resistance, Hydraulic Model Investigation*, U.S. Army Engineer Waterways Experiment Station, Corps of Engineers, Vicksburg, MS, Miscellaneous Paper No. 2-374, Report 1, February 1960.

probably occurred locally and probably in-between the manual hourly gage readings recorded at the lock.  Normally when a "dam" breaks and water begins to flow out, the "reservoir" behind the dam will drawdown and the water will drain out of the reservoir until it is empty, the reservoir inflow equals the outflow, or until the water level in the flooded area below the dam reaches the same level as the receding water in the reservoir.  This equilibrium did not occur in the IHNC; to the contrary, the water continued to enter the IHNC at a greater rate than was flowing out until some time after 8:00 or 9:00 a.m.  The "dam-break" flow condition is therefore not indicated for the periods prior to either breach, or for the period after the north breach but before the south breach (except perhaps localized at the point of the breach), and thus it was not the focus of this investigation of flow currents acting on the barge at the LNA terminal or in the canal.[19]

**Model Results of IHNC Inflow with No Floodwall Failures**

Prior to either failure in the east levee and floodwall, flow comes into the IHNC between the Florida Avenue Bridge and the IHNC Lock from the north through the Florida Avenue Bridge and expands as a jet flow as it enters the basin.  Flow under this condition will simply stream into the basin and increase the water levels therein; e.g., "filling the bathtub."  This situation was modeled between the hours of 0300 and 0600 on September 29, 2005.  The flows were computed based on the area to be filled within the modeled area and the change in water level as measured on the staff gage at the IHNC Lock for those hourly readings.  The flow rate was considered steady over that hour.  Since the water levels at 0300 hr were above the average 7-ft level of the ground between the floodwalls, the area was taken as the area contained within the floodwalls to the lock gates.  A table of the flow rates used in these computations is shown in Table 2.

---

[19]   Flows through a breach in the northern portion of the east floodwall between the hours of 0500 to 0700 would range from approximately 10kcfs to 15kcfs, respectively, based on the water levels at that time. Calculations using a method for estimating outflows from breached dams developed for the military estimated the maximum outflow to be approximately 12 kcfs.

### Table 2. Computed Inflow Rates Early Morning 29 Sept. 2005.

| Time (am) | Gage (ft NAVD88) | Delta WL (ft) | Volume (cu ft) | Inflow Rate (cfs) |
|---|---|---|---|---|
| 200 | 7.2 | | | |
| 300 | 8.0 | 0.8 | 5014809 | 1393.003 |
| 400 | 9.2 | 1.2 | 7510870 | 2086.353 |
| 500 | 10.2 | 1.0 | 6259058 | 1738.627 |
| 600 | 11.2 | 1.0 | 6259058 | 1738.627 |

Modeled Area =    6,259,058   sq ft

Figures 21, 22, and 23 present the flows in the northern portion of the lower IHNC for water levels of 9.2 ft, 10.2 ft and 11.2 ft, respectively.

These flows are very low and are not strong enough to move the barge away from the barges to which it was lashed even if the lines were broken.  Specifically, the velocities at the location of the barge are approximately 0.02 ft/sec or 0.01 knots for all three of these conditions.  The velocities in this area are similar for the earlier, lower water level conditions as well.  Thus, there was no current strong enough in the vicinity of the barge to move the barge from its initial location.

The modeling of this scenario confirms the common-sense conclusion that the water flowing into the IHNC and rising within the channel prior to the occurrence of a breach would not create a current that would move the barge away from the dock.  The water level rose much like a bathtub fills with water when the plug is in the drain.





**Figure 21.  Flows in IHNC with Water Levels at 9.2 ft NAVD88 and Wind at 40 mph from the Northeast during Basin Filling with no Floodwall Failures.**



**Figure 22.  Flows in IHNC with Water Levels at 10.2 ft NAVD88 and Wind at 43 mph from the Northeast during Basin Filling and with No Floodwall Failures.**





**Figure 23. Flows in IHNC with Water Levels at 11.2 ft NAVD88 and Wind at 48 mph from the Northeast during Basin Filling and with No Floodwall Failures**

**Model Results of Water Flows through the North Breach and of the IHNC Currents with Northern Breach Floodwall Failure**

Now the scenarios with floodwall failures are to be considered.  Flows through a breach in the northern portion of the east floodwall between the hours of 0400 to 0730 would range from approximately 2 kcfs to 18 kcfs, respectively, based on the water levels at that time.

Based on the timings cited by the IPET team, the failure of the northern floodwall occurred between 0430 and 0530.  Other reports suggest that this breach could have occurred as early as 0400.  Therefore, the flow at 0400 when the water level was at 9.2 ft was computed to be 8.3 kcfs and the flow pattern generated within the basin was modeled.  The water level was too low for flow over the top of the floodwalls.  The flow pattern is shown in Figure 24 for the northern portion of the IHNC.  The flow entering on the east side of the channel through the Florida Avenue Bridge turns and flows directly towards and through the north breach while flow entering near the center of the bridge continues south and generates a large counterclockwise eddy in the northern part of the IHNC with a very slow velocity.  A clockwise eddy is formed in the Florida Avenue Wharf Basin with flows toward the north in the vicinity of ING 4727 having a magnitude of nearly zero speed.  The flow in the IHNC below the Florida Avenue Wharf Basin was also near zero speed.  The flow entering the northern floodwall breach increases to 4.7 ft/sec or 2.8 knots.





**Figure 24.  Modeled Flow in the Florida Avenue Wharf Basin with a Water Level of 9.2 ft NAVD88 and Wind at 40 mph from the Northeast and with the Northern Flood Wall Breach.**

Because I was considering whether the northern breach could generate flows strong enough to carry the barge out of turning basin, I computed the flow for the water level representing the *strongest* currents during this period.  That was the flow for a water height of 10.7 ft, at 0530.  The flow generated for this 10.7 ft condition in the basin between the Florida Avenue Bridge and the IHNC Lock is shown in Figure 25.  Again the water level was below the top of the floodwalls, even considering the uncertainty about the wall height at various locations, and no overflow was involved at this time.  This figure shows that the flow expands after entering through the bridge with the majority of the flow going to the levee breach in the east floodwall.  A very slow and complex eddy pattern of flow is generated within the Florida Avenue Wharf Basin with a large clockwise eddy covering much of the basin and a smaller counter-clockwise eddy in the southwest corner of the basin where the barge is located.  The velocity magnitudes in the vicinity of the moored empty barge vary from 0.01 to 0.02 ft/sec or 0.01 knots or less.  Again, velocities of this magnitude would not be able to move this barge against a wind coming from the northeast at about 45 knots.  This wind would move the barge to the southwest corner of the Florida Avenue Wharf basin and with the sail area of the exposed empty barge, would be a much stronger force than the current would generate.  The flows in the IHNC below the Florida Avenue Wharf Basin in the counterclockwise eddy increase to



approximately 0.1 ft/sec or 0.1 knots and the flow into the northern breach increases to 5.5 ft/sec or 3.3 knots.



**Figure 25.  Modeled Flow in the Florida Avenue Wharf Basin with a Water Level of 10.7 ft NAVD88 and Wind at 54 knots from the Northeast and with the Northern Flood Wall Breach.**

In case the north breach occurred later, a scenario where the water level had reached 13.0 ft NAVD88 (which likely occurred at 0730) was also modeled because it represents a situation where a relatively strong flow moved through the northern breach.  Overflow was not included in the computation of the flow out of the IHNC basin since the overflow is a negligible percentage of the total flow rate and does not affect the water current patterns and magnitudes.

Figure 26 illustrates this scenario.  It shows the currents in the Florida Avenue Wharf Basin as a large clockwise eddy in the basin with a smaller counter-clockwise eddy in the southwest corner similar to the pattern in Figure 25; however, there is no counterclockwise eddy in the northwest corner as in Figure 25.  Current speed through the breach in the floodwall ranges up to 7.3 ft/sec or 4.3 knots.  At the location where the empty barge was tied up the currents are essentially zero, i.e., the same as with no floodwall failure.  The velocity vectors at the barge are oriented towards the south in a small counter-clockwise eddy.  This eddy would keep the barge in the basin if it was to move only by the water vectors but the forces would be essentially zero since there is negligible velocity at this location.  Since the wind was coming from the north-northeast (nearly 20 degrees) at this time, the wind would push the loose barge

toward the southwestern corner of the basin.  Both the wind and the water flow would keep the
barge in the basin with only the north breach having occurred.

The model confirms, therefore, that even after the occurrence of the north break – and
regardless of when it occurred – the water currents within the IHNC would not have drawn the
barge away from the dock and into the channel.



**Figure 26. Modeled Flow in IHNC with the Water Level at 13 ft NAVD88 and a 53
mph Wind from the NNE with only the Northern Break in the East IHNC Floodwall.**

**Model Results of Flow through the Breaches and of the IHNC Currents with Both
Floodwall Failures**

WST was also asked to calculate flows through the southern and northern breaches after both
breaches had occurred.  In some respects, these calculations are of purely academic interest
because, if both breaches had already occurred when the barge was drawn across the canal,
then be barge could not have caused either one.

WST computed flows for scenarios at water elevations of 13.0 ft, 13.7 ft, and 14.2 ft.  In part,
these water levels were chosen because physical evidence of scour trenches indicates that the
southern floodwall failed after the flood walls were overtopped on August 29, 2005.  In any
event, the higher water levels would result in higher currents to test what might have affected
the barge under the conditions that morning.  Figure 27 illustrates the flows in the scenario
where the water level was 13.0 ft and both the north and south floodwall failures had occurred.

When the water was at 13.0 ft, the current speed through the north breach in the floodwall ranged from 4.5 to 7 ft/sec or 2.6 to 4.1 knots, and current speed through the south breach ranged from 7.0 to 9.0 ft/sec or 4.1 to 5.3 knots. Figure 28 illustrates the scenario where the water level was 13.7 ft and both the north and south floodwall failures had occurred. When the water was at 13.7 ft, velocities through the north breach vary from 4.0 to 5.7 ft/sec or 2.4 to 3.4 knots, and the flow through the southern floodwall breach ranged from 6 to 8.3 ft/sec or 3.5 to 4.9 knots.  Finally, WST calculated a scenario for the peak recorded water level at the IHNC Lock of 14.2 ft NAVD88, which is illustrated in Figure 29.  When the water was at 14.2 feet, the current speeds through the south breach vary from about 6 to 9 fps or 3.5 to 5.3 knots.



**Figure 27.  Modeled Flow in IHNC with Water at 13.0 ft NAVD88, a 53 mph Wind from the NNE, Floodwall Overflows and an 815 ft South and a 210 ft. North Breach.**



**Figure 28. Modeled Flow in IHNC with Water at 13.7 ft NAVD88, a 52 mph wind from the North, Floodwall Overflows, and an 815 ft South and a 210 ft North Breach in the East Flood Wall.**





**Figure 29.   Modeled Flow in IHNC with Water at 14.2 ft NAVD88, a 48 mph Wind from the NNW, Floodwall Overflows, an 815 ft South Break, and a 210 ft North Break in the IHNC Eastern Flood Wall.**

*MODELED BARGE MOVEMENTS*

In addition to modeling the water flow through the breaches and the water current in the channel, WST also modeled possible barge movement scenarios to determine the most likely course the barge traveled from the turning basin into the Lower Ninth Ward.  As expected from the current modeling above, this model also showed that under all wind and water current conditions applicable prior to both breaches occurring, the barge – if it came unmoored that early – would have been pushed against the dock or into the southwest corner of the turning basin and been trapped by the gantry at the southwest corner of the turning basin.

**Model Description**

In order to model barge movement, WST used a ship/tow maneuvering model that has been used in the past by the U.S. Army Engineers Engineering Research and Development Center and the U.S. Coast Guard Headquarters and modified by the WST principals.[20]  The channel model of the basin was developed from the RMA2 hydrodynamic model and is described by a series of cross-sections identifying the basin edges and containing samplings of the water depth and water current magnitude and direction.  In addition, the wind is defined over the entire basin with a constant magnitude and direction.  Therefore, the wind and currents from the hydrodynamic modeling were inserted into the data base and used as each environmental condition was modeled.

The modeled vessel is defined with general physical characteristics, hydrodynamic coefficients and shallow water and bank effects which are used in the computation of the hydrodynamic forces and moments acting on the ship.  The simulation numerical model is a three degree of motion model computing the surge, sway, and yaw movement.  For this case, no engine or propulsion functions were defined as the only forces acting on the barge are the wind and currents.  This simulation model does not accurately compute any resisting forces such as piers, docks or fendering systems and, therefore, during the tests the barge was free to move in all directions.  In reality, the barge could be pushed up against another object, e.g., another barge or floodwall, and move along that object; however, such motion is not included in this work.  The initial movement, however, (or non-movement) of the barge under these conditions will provide insight into the dominant force(s).

The barge model was developed from the measurements of the barge to define the areas exposed to the wind and the water currents and the other characteristics of the barge used in the model.  The principal characteristics used include[21]:

- Length Overall = 200 ft
- Beam = 35 ft
- Height of Hull = 12 ft
- Draft = 1.18 ft
- Height of coaming = 4 ft
- Offset distance = 2.98 ft
- Hatch height = 4 ft

---

[20]    Miller, Eugene R., Technical Report 7909-1 Volume III entitled *Towboat Maneuvering Simulator Volume III -- Theoretical Description*, Prepared for the United States Coast Guard, Washington, D.C. under Contract No. DOT-CG-840165-A, May 1979.

[21]    C.R. Cushing & Co., Inc, *Analysis of the Transit of the Barge ING 4727 During Hurricane Katrina and Reasons Why it Did Not Cause the Failure of the Inner Harbor Navigation Canal Floodwall,* Appendix D. Wind Force on Barge ING 4727,  New York, NY, 2009, p.1.

- Displacement = 254.9 tons
- Moment of Inertia = 39,580,000

- Wind parameters
- Beam Exposed Area = 3719 sq. ft.
- Beam Centroid above water line = 9.34 ft.
- Bow/Stern Exposed Area = 611 sq. ft.
- Bow/Stern Centroid above water line = 9 ft.

The barge was placed in the initial position and orientation at the Lafarge terminal based on aerial photographs of the remaining moored barges.

**Modeled Barge Movement Results**

WST modeled several scenarios to determine expected barge movement for each combination of the following possible conditions that might have existed when the barge became unmoored. Movement was modeled for a water depth of 10.7 ft with a 60 knot wind from the northeast; for a water depth of 13.0 feet with a 70 knot wind from the north-northeast; and for a water depth of 14.2 ft with a 64 knot wind from the north-northwest.[22]  Scenarios were also run with no wind to model what current alone would have done to barge movement.  These scenarios were run with the north breach only for the 10.7 ft water level and with both breaches for the other two water levels.   WST ran scenarios assuming that all lines mooring the barge had been released and the barge became free to move with no restraints.  WST ran models with the barge starting at several positions near the southeastern corner of the basin but the track plots are not shown in this report since the actual starting position would be speculative.  Finally WST modeled a scenario where all but the northern most mooring had previously broken loose, allowing the southern end of the barge to swing outward on the vector of the prevailing wind before the final mooring came undone (this being the unmooring scenario giving the barge the greatest potential to escape the turning basin at the earliest time).

Figures 30 through 32 show a sampling of these models.  Figure 32 represents that set of conditions which would have taken the barge out of the turning basin. This condition involved the moorings on the south end of ING 4727 being removed and the barge swinging into the wind with a slight overshoot when the northern moorings parted.   All combinations applicable at the times of lower water levels resulted in the ING 4727 barge moving to the southern dock of the Florida Avenue Wharf Basin.

---

[22]   The conditions modeled to determine currents in the IHNC between the Florida Avenue Bridge and the IHNC Lock and described in previous sections of this report were used for modeling the barge movement with these conditions.



**Figure 30. Modeled Barge Movement with the Water Level at 10.7 ft, 60 mph Wind from the Northeast and a 210 ft North Breach.**



**Figure 31.  Modeled Barge Movement with the Water Level at 14.2 ft, 64 mph Wind from the North-northwest, and an 815 ft South and a 210 ft North Breach.**





**Figure 32.  Modeled Barge Movement with the Water Level at 14.2 ft, 64 mph Wind from the North-northwest, and an 815 ft South and a 210 ft North Breach., when the Barge was held only by the Northern Mooring Lines and Aligned with the Wind.**

*CONCLUSION*

The water currents within the IHNC would not have moved the barge away from the wharf basin area prior the occurrence of the either breach.  Moreover, even after the occurrence of the north breach, the water currents within the IHNC would not have moved the barge away from the wharf basin.

I conclude that, if freed from its mooring lines, the barge could only move from the Florida Avenue Wharf Basin, into the main channel and eventually through the existing southern east floodwall breach with the wind coming from the northwest and the southern floodwall failure creating a large flow to the south and east.  The wind dominates the movement of the barge within the Florida Avenue Wharf Basin and the wind combined with the strong flow in the main channel will move the barge to the south breach in the East IHNC flood wall.

## *Appendix A. RMA2 and The TABS Modeling System*

### TABS Numerical Models

The TABS System consists of these numerical models.

**RMA2** - *A one-dimensional/two-dimensional numerical model for depth-averaged flow and water levels.*

**RMA4** - A one-dimensional/two-dimensional numerical model for depth-averaged transport of one to six constituents.

**TABS MDS (RMA10)** - A multi-dimensional hydrodynamic numerical model.

**SED2D** - Formerly STUDH, a two-dimensional numerical model for depth-averaged transport of cohesive or a representative grain size of noncohesive sediments and their deposition, erosion, and formation of bed deposits.

**GFGEN - Geometry File GENerator** - The pre-processor for the TABS software programs.

### RMA2

RMA2 is a two dimensional depth averaged finite element hydrodynamic numerical model. It computes water surface elevations and horizontal velocity components for subcritical, free-surface flow in two dimensional flow fields. RMA2 computes a finite element solution of the Reynolds form of the NavierStokes equations for turbulent flows. Friction is calculated with the Manning's or Chezy equation, and eddy viscosity coefficients are used to define turbulence characteristics. Both steady and unsteady state (dynamic) problems can be analyzed

### Overview

The original RMA2 was developed by Norton, King and Orlob (1973), of Water Resources Engineers, for the Walla Walla District, Corps of Engineers, and delivered in 1973. Further development, particularly of the marsh porosity option, was carried out by King and Roig at the University of California, Davis. Subsequent enhancements have been made by King and Norton, of Resource Management Associates (RMA), and by the Waterways Experiment Station (WE S) Hydraulics Laboratory, culminating in the current version of the code supported in TABS-MD.



**Applications For RMA2**

The program has been applied to calculate water levels and flow distribution around islands; flow at bridges having one or more relief openings, in contracting and expanding reaches, into and out of off-channel hydropower plants, at river junctions, and into and out of pumping plant channels; circulation and transport in water bodies with wetlands; and general water levels and flow patterns in rivers, reservoirs, and estuaries.

**Capabilities Of RMA2**

RMA2 is a general purpose model designed for far-field problems in which vertical accelerations are negligible and velocity vectors generally point in the same direction over the entire depth of the water column at any instant of time. It expects a vertically homogeneous fluid with a free surface.

RMA2 has these capabilities:

- Identify errors in the network.
- Accept either English or standard SI units. (Version 4.27 or higher)
- Restart (Hotstart) the simulation from a prior RMA2 run and continue.
- Simulate Wetting And Drying events. ○ Adjust for wetting and drying by element. ○ Account for Marsh Porosity wetting and drying (wetlands).
- Account for effects of the earth~s rotation.
- Apply wind stress involving frontal (storm) passages.
- User selectable turbulent exchange coefficients, Manning's n-values, temperature, etc.
  - ○ or user selectable equations for automatic dynamic assignment of Manning's n-value by depth (Version 4.28 or higher).
  - ○ or user selectable Peclet number for automatic dynamic assignment of turbulent exchange coefficients (Version 4.28 or higher).
- Model up to 5 different types of flow control structures.
- Compute flow across continuity check lines.
- Provides for user defined computational guidelines; such as:
  - ○ Wet/dry parameters
  - ○ Iteration controls
  - ○ Revisions within a time step
- Accepts a wide variety of boundary conditions. ○ Angle/velocity magnitude by node ○ Velocity components by node
  - ○ Water surface elevations by node/line ○ Discharge by node/element/line
  - ○ Tidal radiation by line
  - ○ Discharge as a function of elevation by line



    ○  Wind speed and direction by node/element or element material type

**Limitations Of RMA2**

RMA2 operates under the hydrostatic assumption, meaning accelerations in the vertical

direction are negligible. It is two dimensional in the horizontal plane. It is not intended to be used for near field problems where vortices, vibrations, or vertical accelerations are of primary interest. Vertically stratified flow effects are beyond the capabilities of RMA2. RMA2 is a free-surface calculation model for subcritical flow problems. More complex flows where vertical variations of variables are important should be evaluated using a three dimensional model, such as RMA10.

## See Also...

## TABS Numerical Models

The TABS System consists of these numerical models.

***RMA2*** *- A one-dimensional/two-dimensional numerical model for depth-averagedflow and water levels.*

**RMA4** - A one-dimensional/two-dimensional numerical model for depth-averaged transport of one to six constituents.

**TABS MDS (RMA10)** - A multi-dimensional hydrodynamic numerical model.

**SED2D** - Formerly STUDH, a two-dimensional numerical model for depth-averaged transport of cohesive or a representative grain size of noncohesive sediments and their deposition, erosion, and formation of bed deposits.

**GFGEN - Geometry File GENerator** - The pre-processor for the TABS software programs.



# Appendix B: Referenced Documents

During this investigation the following documents were referenced:

1. Richard D. Knabb, Jamie R. Rhome, and Daniel P. Brown, *Tropical Cyclone Report Hurricane Katrina 23-30 August 2005*, National Hurricane Center, Report TCR-AL122005, 20 December 2005
2. U.S. Army Engineers, New Orleans District Project Maps Book – Flood Control Projects 2-35A Files
3. Seed, R.B., et. al., *Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005*, Report No. UCB/CITRIS – 05/01, November 17, 2005.
4. Seed, R.B., et. al., *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Volume 1: Main Text and Executive Summary, Final Report*, NSF Grants No. CMS-0413327 and CMS-061 1632.
5. J. Westerink, et. al., *Note on the Influence of the Mississippi River Gulf Coast Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity, IPET Report 2,* February 21, 2006.
6. http://hurricane.lsu.edu/floodprediction/
7. M. Fischetti, *Protecting New Orleans: Hurricanes Katrina and Rita devastated the Gulf Coast. The storm season starts again this June--and every June. Can coastal communities ever be safeguarded?* Scientific American, February, 2006.
8. http://www.mvn.usace.army.mil/hps/
9. Interagency Performance Evaluation Task Force (IPET), *Performance Evaluation Plan and Interim Status, Report 1 of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, U.S. Army Corps of Engineers, 2006.
10. Interagency Performance Evaluation Task Force (IPET), *Performance Evaluation Status and Interim Results, Report 2 of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, U.S. Army Corps of Engineers, 2006.
11. Interagency Performance Evaluation Task Force (IPET), *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report*, U.S. Army Corps of Engineers, 2006.
12. Interagency Performance Evaluation Task Force (IPET), *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report*, U.S. Army Corps of Engineers, 2009.
13. http://www.nola.com/katrina/graphics/flashflood.swf
14. V.T. Chow, "Open Channel Hydraulics", McGraw Hill Book



Company, New York, 1959.

15.  ASCE, Standard Handbook for Civil Engineers, Fourth Edition, Editors Merritt, Loftin, and Ricketts, McGraw Hill, 1995.

16.  *Computation of Outflow from Breached Dams*, Defense Intelligence Agency, Department of Defense, B-147-63, December 1962.

17.  *Floods Resulting from Suddenly Breached Dams, Conditions of Minimum Resistance, Hydraulic Model Investigation,* U.S. Army Engineer Waterways Experiment Station, Corps of Engineers, Vicksburg, MS, Miscellaneous Paper No. 2-374, Report 1, February 1960.

18.  Miller, Eugene R., Technical Report 7909-1 Volume III entitled *Towboat Maneuvering Simulator Volume III – Theoretical Description,* Prepared for the United States Coast Guard, Washington, D.C. under Contract No. DOT-CG840165-A, May 1979.

19.  Deposition of William Joseph Villavasso, Jr. on Tuesday, December 18, 2007, Re: United States District Court, Eastern District of Louisiana, Katrina Canal Breaches Civil Action, Consolidated Litigation No. 05-4182, :k: (2), Pertains to: Barge, Judge Duval, Mag. /Wilkinson.

20.  East Levee and Floodwall survey cross-sections at South Break, 2005.

21.  Abel, Charles, *Lake Pontchartrain and Vicinity Hurricane Protection Plan, Report 4, Numerical Model Investigation of Plan Impact on Storm Surge Flooding*, U.S. Army Engineer Waterways Experiment Station, Hydraulics Laboratory, Vicksburg, MS, April 1983.

22.  Nickles, *Performance of the New Orleans Flood Control System: Hurricane Katrina,* Levee Assessment Team Presentation to the Senate Committee on Homeland Security and Governmental Affairs, November 2, 2005, Washington DC.

23.  Seed, R.B., *Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005,* A PowerPoint presentation, November 29, 2006.

24.  Van Heerden, Ivor, *Preliminary Data – Hurricane Katrina Canal Breachings, 17th Street, London Avenue and Industrial Canal,* A PowerPoint Presentation, December 29, 2005.

25.  Van Heerden, I.L., et. al., *The Failure of the New Orleans Levee System,* Team Louisiana Report, Prepared for Secretary Johnny Bradberry, Louisiana Department of Transportation and Development, Baton Rouge, Louisiana State Project No. 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, 20, December 18, 2006.

26.  Aero-Data Corporation, *GPS Data Acquisition*, January 9, 2005, P5444: Lafarge - New Orleans East, La.

27.  U.S. Army Corps of Engineers, DACW-29-68-B-0 141, West Levee, Almonaster to Florida Ave.

28.  U.S. Army Corps of Engineers, DACW29-68-B-0 148, East Levee Wall 33+95 to 83+00.

29.  U.S. Army Corps of Engineers, DACW29-70-B-0088, Florida Ave to



IHNC Lock.

30.    U.S. Army Corps of Engineers, DACW29-83-R-0056, IHNC East & West Levees & Citrus Backwall Levee.

31.    U.S. Army Corps of Engineers, Port Series 20.

32.    U.S. Army Corps of Engineers, *Lake Pontchartrain, Louisiana and Vicinity, Design Memorandum No. 1, Hydrology and Hydraulic Analysis, Part II – Barrier*, New Orleans District, New Orleans, LA, August 1967.

33.    U.S. Army Corps of Engineers, *Lake Pontchartrain, Louisiana and Vicinity, Design Memorandum No. 2, General Advance Supplement, Inner Harbor Navigation Canal West Levee, Florida Avenue to IHNC Lock*, New Orleans District, New Orleans, LA, March 1967.

34.    U.S. Army Corps of Engineers, Lake Pontchartrain, *Louisiana and Vicinity, Design Memorandum No.2, General Supplement No. 8, Inner Harbor Navigation Canal Remaining Levees*, New Orleans District, New Orleans, LA, February 1968.

35.    U.S. Army Corps of Engineers, *Lake Pontchartrain, Louisiana and Vicinity Lake Pontchartrain Barrier Plan, Design Memorandum No.2 – General Supplement No. 4, New Orleans East Back Levee*, New Orleans District, New Orleans, LA, March 1971.

36.    U.S. Army Corps of Engineers, *Lake Pontchartrain, Louisiana and Vicinity Lake Pontchartrain Barrier Plan, Design Memorandum No.2 – General Supplement No. 8, Modification of Protective Alignment and Pertinent Design Information IHNC Remaining Levees*, New Orleans District, New Orleans, LA, October 1971.

37.    New Orleans LIDAR-GIS data from Internet.

38.    New Orleans DEM data form Internet.

39.    NOAA Water Level Gage data from Internet.

40.    NGS Benchmark data reports from Internet.

41.    Dooley, Austin L, *Hurricane Katrina:  Weather Analysis for the Inner Harbor Navigation Canal (IHNC) Between Florida Avenue and Claiborne Avenue,* Prepared for Goodwin Procter LLP by Dooley Sea Weather Analysis, Inc., City Island, NY, 2009.

42.    C.R. Cushing & Co., Inc, *Analysis of the Transit of the Barge ING 4727 During Hurricane Katrina and Reasons Why it Did Not Cause the Failure of the Inner Harbor Navigation Canal Floodwall,* Appendix D. Wind Force on Barge ING 4727,  New York, NY, 2009.

43.    *Principles of Naval Architecture*, Vol. II, Chapter 5, Society of Naval Architects and Marine Engineers, p. 33.



## *Appendix C: Larry L Daggett's Resume & Publications*

**PRESENT POSITION:**    Engineer and Principal
**ORGANIZATION:**    Waterway Simulation Technology, Inc.
    2791 Burnt House Rd
    Vicksburg, MS 39280
    Phone: 601-638-4226
    Fax:  601-630-9017
    E-mail:  lldaggett@wst.ms
**EDUCATION:**    Kansas State University, 1963, BS, Civil Engineering
    Arizona State University, 1967, MSE, Engineering
    Arizona State University, 1968, PhD, Engineering
**REGISTRATION:**    Mississippi, 1969,  04570
**PROFESSIONAL SOCIETIES:**    American Society of Civil Engineers
    Permanent International Association of Navigation Congresses
    International Marine Simulator Forum
    Society of Naval Architects and Marine Engineers
**AWARDS AND HONORS:**    Superior Civilian Service Award, 1997
    Mississippi Section Hydraulic Achievement Award, 1996
    Top Ten Federal Engineers of the Year – 1993
    Corps of Engineers Engineer of the Year – 1993
    Meritorious Civilian Service Award – 1991
    Directors Research and Development Achievement
    Award, 1983

**EXPERIENCE:**  Dr. Daggett retired from the Corps of Engineers in April 1997 and joined in forming an engineering consulting firm, Waterway Simulation Technology, Inc (WST)**.**  WST is a private engineering consulting company specializing in navigation studies involving port, harbor, and channel design, systems behavior, ship and/or tow maneuvering simulations, prototype measurements of ship and/or tow behavior, and hydrodynamic modeling. Emphasis is on the application of navigation channel design guidance and hydraulic and systems simulation models in the development of safe and efficient navigation channels and the control and behavior of ships and/or tows operating in waterways.

As Chief of the Navigation Division at the Waterways Experiment Station, Dr. Daggett was responsible for planning, accomplishing, and reporting on special studies of hydraulic engineering problems concerning navigation channel design and environmental impacts of navigation.  This included the development of a numerical ship/tow simulator, application of ship/tow simulators to navigation channel project designs and/or operational problems of specific projects, application of scale physical models using remote controlled vessels to



navigation channel project designs and/or operational problems of specific projects, application of two-dimensional hydrodynamic models, prototype measurements of vessel behavior in waterways, development and application of electronic navigation charts and vessel positioning to inland waterways, application of physical modeling and field measurements to deter-mine the physical effects of navigation traffic on the waterways environment, briefings, lectures, and training on simulation/ physical model applications and channel design, development of channel design criteria, analysis of high-accident rate areas on waterways, and consulting and point of contact for Corps navigation modeling applications.

Prior to developing the maneuvering simulation capability, Dr. Daggett was responsible for the implementation and application of waterway system modeling including the Waterway Analysis Model (WAM) and the Tow Capacity Model.  He also designed, developed and implemented the Lock Performance Monitoring System (PMS) now being used by the Corps. He developed and applied lock capacity analysis techniques including methods to improve capacity and lock operations.  Dr. Daggett assisted in the development of the Inland Navigation Systems Analysis (INSA).  Dr. Daggett has been involved with the development and application of simulation modeling to navigation problems since 1972 and physical models since 1987.  From May 1993 to February 1995, Dr. Daggett was the Acting Chief, Waterways Division, responsible for all navigation, river engineering, flood control, and waterway sedimentation and erosion modeling research and development.

1997-Present: Principal, Waterway Simulation Technology, Vicksburg, Mississippi

Engineering consultant performing port, harbor and navigation channel design, hydraulic modeling, planning and design simulation modeling, and prototype data collection and analysis.

1995-1997: Chief, Navigation Division, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Lead a workforce of 10 engineers, 15 technicians and others involved in R&D directed at improving navigation conditions in deep- and shallow-draft waterways, design of navigation projects and identification and mitigation of environmental impacts of navigation, i.e., (a) development of a numerical ship/tow simulator, (b) its  applications to navigation channel project designs and /or operational problems of specific projects, (c) application of scale physical models using remote controlled vessels to navigation channel project designs and/or operational problems of specific projects, (d) application of 2-dimensional hydrodynamic models, conduct of experiments in a special tow effects flume, (e) development and application of prototype measurement and analysis techniques, (f) conducted briefings, lectures and training on simulation/physical model applications and channel design, (g) development of channel design criteria, (h) analysis of high-accident-rate areas on waterways, (i) and consulting and point of contract for Corps navigation modeling applications. Applied



internal controls to manage financial expenditures and accountable property. Conducted briefings on the status and progress of R&D programs. Ensured that direct allotted and reimbursable programs are sufficient to fully support personnel in the division. Provided leadership in the development and execution of research projects and programs

1993-1995: Acting Chief, Waterways Division, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Lead work force of approximately 25 engineers, 17 technicians and others involved in R&D directed at improving flood control & navigation projects. Responsible for developing comprehensive research programs and site-specific studies in 1-, 2-, and 3-dimensional hydrodynamic, sedimentation, and constituent numerical modeling, physical hydrodynamics and sedimentation modeling, numerical and physical navigation modeling, and field studies. Applied internal controls to manage financial expenditures and accountable property. Conducted briefings on the status and progress of R&D programs. Ensured that direct allotted and reimbursable programs are sufficient to fully support personnel in the division. Provided leadership in the development and execution of research projects and programs.

1989-1993: Chief, Navigation Branch, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Branch Chief (20-25 members) responsible for planning, accomplishing, and reporting on special studies of hydraulic engineering problems concerning navigation channel design. Included (a) development of a numerical ship/tow simulator, (b) its applications to navigation channel project designs and /or operational problems of specific projects, (c) application of scale physical models using remote controlled vessels to navigation channel project designs and/or operational problems of specific projects, (d) application of 2-dimensional hydrodynamic models, (e) briefings, lectures and training on simulation/physical model applications and channel design, (f) development of channel design criteria, (g) analysis of high-accident-rate areas on waterways, and (h) consulting and point of contact for Corps navigation modeling applications.

1987-1989: Group Leader, Simulation Group, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Leader of Simulation Group (8-13) responsible for planning, accomplishing, and reporting on special studies of hydraulic engineering problems concerning navigation channel design: i.e., (a) development of a numerical ship/tow simulator, (b) application of ship/tow simulator to navigation channel project designs and/or operational problems of specific projects, (c) application of 2-dimensional hydrodynamic models, (d) briefings, lectures, and training on simulation applications and channel design, (e) development of channel design criteria, (f)



analysis of high-accident-rate areas on waterways and (g) consultant and POC for Corps' navigation modeling applications.

1978-1987: Research Hydraulic Engineer, Math Modeling Group, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Leader of a team (3-4 members) responsible for planning, accomplishing, and reporting on special studies of hydraulic engineering and water resources systems planning problems; i.e., (a) development of a numerical tow maneuverability model, (b) application of 2-dimensional hydrodynamic models, (c) development of graphics for numerical and simulation modeling, (d) implementation and application of waterway system simulation modeling, and (e) design, develop, and implement the lock Performance Monitoring System.

1971-1978: Research Hydraulic Engineer, Math Hydraulics Branch, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Leader of a team (3-4 members) responsible for planning, accomplishing, and reporting on special studies of hydraulic engineering and water resources systems planning problems, i.e., (a) develop and apply lock capacity studies including methods to improve operations, (b) develop and apply waterway systems simulation models, (c) analyze models for application in urban studies, (d) assist in applying models to urban studies, and (e) assist in the design of Inland Navigation Systems Analysis.

1968-1971: Research Hydraulic Engineer, Hydraulics Division, US Army Engineers Waterways Experiment Station, Vicksburg, Mississippi

Team Leader directing 1-2 employees responsible for planning, conducting, and reporting on special studies of hydraulic engineering and water resource system planning problems, i.e., (a) development of an automated model control and data acquisition and processing system, (b) conduct a study of free surface vortex formation, and (c) development of mathematical models of estuaries.

1964-1968: NDEA Research Fellow and Associate Faculty Member, Arizona State University, Tempe, Arizona

Research for Ph.D. in water resource development and management. Research project involved developing groundwater-surface water optimization model and experiments to define the reattachment of 2-dimensions jets in a channel. Taught two courses (Hydraulics and Hydrology, Statics). Designed, built, and tested a hydraulic structure model. Designed hydraulic laboratory experiments and equipment. Worked on course work and research leading to MSE and PhD with emphasis on hydraulic/hydrologic engineering and water resource development and management.



1963-1964: Research Structural Engineer, National Aeronautics and Space Administration, Edwards Air Force Base, California

Conducted research on the heated structures and methods for measuring and compensating for the effects of heating on airplanes and spacecraft during reentry into the earth's atmosphere.

    Dr. Daggett is the Chairman of Maritime Navigation Advisory Board for the Panama Canal Authority, a former member of the National Academies Marine Board, and former Chairman of the Marine Committees and the Inland Water Transport Committee (A1B01) of the Transportation Research Board and has been active in Panel H-10, and coordination of interagency navigation activities.

**Publications:**

Daggett, L.L., Hewlett, J.C., Stocks, D., Ankudinov, A., Taschereau, A., (2001). <u>Dynamic Squat and Under-keel Clearance of Ships in Confined Channels</u>, 30th PIANC-AIPCN Congress, Conference Proceedings, Sydney, Australia, September 22-26, 2002.

Daggett, L.L., Hewlett, J.C., (2001). <u>Ship Performance Measurements Houston Ship Channel, Galveston, Bay, Texas</u>, Draft Report, Waterway Simulation Technology, Inc., September 10, 2001.

Daggett, L.L., Hewlett, J.C., Stocks, David, (2001). <u>Maximization of Ship Draft in the St. Lawrence: Volume 1, Squat Study</u>, Fleet Technology Limited and Waterway Simulation Technology, Inc., Transport Canada TP 13888E, December 2001.

Hewlett, J.C., Daggett, L.L., Ankudinov, V, Jakobsen, B.K., (2000). <u>Prototype Measurement of Ship Sinkage in Confined Water</u>, MARSIM 2000, Conference Proceedings, May 2000 Daggett, L.L. 1998 (September). <u>Section I: Subject 3 – U.S. Inland Navigation, A Safe Transportation Mode</u>, PIANC 29th International Congress, Netherlands.

Daggett, L. & Hewlett, J. (1998). <u>Study of Ship Squat in the Panama Canal Phase II – Low Water Conditions</u>, Waterway Simulation Technology, Inc., June 1998

Daggett, L. & Hewlett, J. (1998). <u>Study of Ship Squat in the Panama Canal</u>, Waterway Simulation Technology, Inc., March 1998.



**WST Reports**

Daggett, L. L., Hewlett, J.C., 1998 (March). "Study of Ship Sinkage in the Panama Canal." Waterway Simulation Technology, Inc. Report 1, commissioned by the Panama Canal Commission.

Daggett, L.L., Hewlett, J.C., 1998 (June). "Study of Ship Sinkage in the Panama Canal – Phase II– Low Water Conditions." Waterway Simulation Technology, Inc. Report 2, commissioned by the Panama Canal Commission.

Daggett, L.L. 1998 (September). Section I: Subject 3 – U.S. Inland Navigation, A Safe Transportation Mode, PIANC 29th International Congress, Netherlands.

Daggett, L.L., Hewlett, J.C., 1999 (January). "Navigation Channel Requirements for Planned Strategic Improvements to the Port of New York/New Jersey, New York City." Waterway Simulation Technology, Inc. Report 3, commissioned by Vickerman Zachary Miller, TranSystems Corporation.
Daggett, L.L., Hewlett, J.C., 1999 (May). "Review of Entrance Channel Depth Design, Ambrose Channel, New York Harbor", Waterway Simulation Technology, Inc., commissioned by U.S. Army Engineer Waterways Experiment Station.

Daggett, L.L., Hewlett, J.C., 1999 (August). "Panamax Ships Meeting in the Gaillard Cut, Panama Canal", Waterway Simulation Technology, Inc., commissioned by the Panama Canal Commission.

Daggett, L.L., Hewlett, J.C., 1999 (September). "A Physical Model Test Plan for Bendway Weir Design Criteria", Waterway Simulation Technology, Inc., commissioned by U.S. Army Waterways Experiment Station.

Daggett, L.L., 1999 (November). "Report of Findings and Opinions, Re: Polley vs. ACBL", Waterway Simulation Technology, Inc., commissioned by American Commercial Barge Lines.

Daggett, L.L. and Hewlett, J.C., 2000 (May). Lee Island Cement Plant Navigation Impact Study, Waterway Simulation Technology, Inc., May 24, 2000.

Hewlett, J.C., Daggett, L.L., Ankudinov, V, Jakobsen, B.K., (2000). Prototype Measurement of Ship Sinkage in Confined Water, MARSIM 2000, Conference Proceedings, Orlando, FL, May 2000

Daggett, L.L., Hewlett, J.C., Stocks, David, (2001). Maximization of Ship Draft in the St. Lawrence: Volume 1, Squat Study, Fleet Technology Limited and Waterway Simulation Technology, Inc., Transport Canada TP 13888E, December 2001.



Daggett, L.L., Hewlett, J.C., (2001). Ship Performance Measurements Houston Ship Channel, Galveston, Bay, Texas, Draft Report, Waterway Simulation Technology, Inc., September 10, 2001.

Daggett, L.L., Hewlett, J.C., Stocks, D., Ankudinov, A., Taschereau, A., (2001). Dynamic Squat and Under-keel Clearance of Ships in Confined Channels, 30th PIANCAIPCN Congress, Conference Proceedings, Sydney, Australia, September 22-26, 2002.

Daggett, L.L.,(2002). Analysis of Selected Bendway Weir Projects, USAE Engineering Research and Development Center Contract Report, April 11, 2002.

Daggett, L.L., Hewlett, J.C., (2003). Maneuverability Simulation Study for a Proposed LNG Terminal at Freeport, TX, Shiner, Moseley, and Associates, Inc. report, September 3, 2003

Daggett, L.L., Hewlett, J.C., (2003). Vessel Maneuvering Simulation Study for Sabine Pass LNG Terminal, Cheniere LNG report, October 1, 2003.

Daggett, L.L., Hewlett, J.C., (2003). Vessel Maneuvering Simulation Study for Corpus Christi LNG Terminal, Cheniere LNG report, October 7, 2003.

Daggett, L.L., Hewlett, J.C., (2003). Disabled Vessel Simulation Study for a Proposed LNG Terminal at Sabine, Louisana, Cheniere LNG report, November 12, 2003.

Daggett, L.L., Hewlett, J.C., (2003). Maneuverability Simulation Study for a Proposed LNG Terminal at Freeport, TX, - Widened Entrance Channel Tests Addendum Report, Shiner, Moseley, and Associates, Inc. report, December 24, 2003.

Daggett, L.L., Hewlett, J.C., (2003). Disabled Vessel Simulation Study for the Proposed Freeport LNG Terminal at Freeport, Louisiana, Shiner, Moseley, and Associates, Inc. report, December 29, 2003.

.
Daggett, L.L., Hewlett, J.C., (2005). Vessel Maneuvering Simulation Study for Creole Trail LNG Terminal, Cheniere LNG report, May 2005.

Daggett, L.L., Hewlett, J.C., (2005). Vessel Maneuvering Simulation Study for Gulf LNG Terminal, Pascagoula, MS, Shiner, Mosely, and Associates, Inc. report, May 2005

Daggett, L.L., Hewlett, J.C., (2005). Vessel Maneuvering Simulation Study for Bradwood Landing LNG Terminal, Bradwood, OR, Northern Star Natural Gas, Inc. report, October 2005.

Daggett, L.L.(2006). Vessel Maneuvering Simulation Study for Sparrows Point LNG Terminal, Baltimore, MD, MITAGS Draft Report, September 26, 2006.



Daggett, L.L., Hewlett, J.C., (2007). <u>Disabled LNG Tanker Simulation Study for Sabine Pass LNG Terminal,</u> Cheniere Energy, Inc. Report, April 15, 2006

Daggett, L.L., Hewlett, J.C., (2007). <u>Sabine-Neches Waterway Entrance Channel Simulations,</u> USACE Engineer Research and Development Center Contract Report, January 15, 2007.

Daggett, L.L, (2007). <u>Ship Maneuvering Simulation Studies Supporting the Proposed Widening of the Freeport Ship Channel Entrance and Jetty Channels,</u> Report Prepared by HDR/Shiner Moseley and Associates, Inc. & Waterway Simulation Technology, Inc. for Freeport LNG and ConocoPhillips, February 2007 and revised May 2007.

<u>Daggett, L.L, (2007). Review of Ship Maneuvers Study Report, Preparatory Studies  for the First Phase of The Port of Praia Expansion and Modernization Project, Contract no MCA-CV/05/INF,</u> a Memorandum for Record Prepared for Louis Berger Group, November 28, 2007.
<u>Daggett, L.L. et al. (2007). Simulated Sea Base Ship System Selective Port Access and Operational Performance Assessment: FY06 Project 06-06-13, PE 3.23, PECSULB  MOU or Sub-Agreement No: S07-329206MTG,</u> Report Prepared for Center for the Commercial Deployment of Transportation Technologies (CCDoTT) for FY06 Project 06-06-13, PE 3.23, PECSULB MOU or Sub-Agreement No: S07-329206MTG, Authors: Mr. Glen Paine, MITAGS; Dr. Larry Daggett, WST; and Mr. Christopher Hewlett, WST, September 7, 2007.

<u>Review of Ship Maneuvers Study Report, Preparatory Studies for the First Phase of The Port of Praia Expansion and Modernization Project, Contract no MCA-C V/05/INF,</u> a Memorandum for Record Prepared for Louis Berger Group, November 28, 2007.

<u>M/T ATHOS – Grounding/Oil Spill 26 November 2004 Delaware River – Analysis of Voyage Plan for Delaware Bay and River Transit,</u> a Memorandum for Record Prepared for Palmer Biezup & Henderson LLP, January 9, 2009.

<u>Golden Pass LNG Terminal Underkeel Clearance Analysis, Report prepared for Maritime Institute for Marine Technology and Graduate Studies and Golden Pass LNG, LLP,</u> February 1, 2009.



**Professional Membership:** American Society of Civil Engineers
International Navigation Association (PIANC)
Society of Naval Architects and Marine Engineers
    Member of Panel H-10
International Marine Simulator Forum
Transportation Research Board Member, Marine
    Board Past Chair, Inland Transport
    Committee
    Past Chair, Marine Section
Chairman, Maritime Navigation Advisory Board, Panama Canal
Commission

**Awards and Honors:**

Superior Civilian Service Award, 1997
Mississippi Section ASCE Hydraulic Achievement Award, 1996 Top
Ten Federal Engineers of the Year – 1993
Corps of Engineers Engineer of the Year – 1993
Meritorious Civilian Service Award – 1991
Directors Research and Development Achievement Award, 1983
Special Act Award, 1982
Superior Performance Awards, 1969, 73, 78, 83, 86 88, 89, 91, 92, 93, 94, 95, 96



## *Appendix D: WST Qualifications, Company Experience, and Publications*

# Waterway Simulation Technology, Inc.

COMPANY CONTACTS

| *Columbia Office:* | *Vicksburg Office:* |
|---|---|
| 158 Hampton Crest Trail | 2791 Burnt House Rd. |
| Columbia, SC 29209 | Vicksburg, MS 39180 |
| TEL: 803-783-2119 | TEL: 601-638-4226 |
| FAX: (803) 783-8236 | FAX: 601-630-9017 |
| E-mail: jchewlett@wst.ms | E-mail: lldaggett@wst.ms |
| POC: Mr. Chris Hewlett | POC: Dr. Larry Daggett |

**GENERAL EXPERIENCE**

Waterway Simulation Technology, Inc. (WST) was formed as a Mississippi S-corporation in 1997. The Principal Investigators (PIs), Mr. Chris Hewlett and Dr. Larry Daggett, have nearly 80 years of combined experience in all aspects of navigation design studies including systems analysis simulation modeling, development and implementation of numerical models of ship maneuvering behavior physics and hydrodynamics, study design and management, database development, analysis of results, and reporting and presentation of study results. Also, the PIs have extensive experience consulting with various private and governmental organizations involved in the marine transportation industry including pilot organizations, state and municipal port authorities, major engineering consultants, the Panama Canal Commission, U.S. Army Engineer districts, U.S. Coast Guard offices, St. Lawrence Seaway Management Corporation, Canadian Transportation Development Center, and commercial shipping and towing companies. Dr. Daggett was responsible for writing or overseeing updating the Corps of Engineers' (COE) Engineering Manuals and Regulations concerning navigation project hydraulic design. Because of this long experience, WST has detailed knowledge and ability in the management and technical application of state-of-the-art navigation study processes and methods. Since both PIs are former employees of the USAE Waterways Experiment Station (WES) in Vicksburg, Mississippi, WST possesses unsurpassed direct experience with numerous navigation projects across the country.



## WST CORPORATE EXPERIENCE AND CAPABILITIES

WST is a consulting engineering firm dedicated to improving navigation safety and efficiency through the improvement of navigation channel design and operation. WST performs field measurements of ship maneuvering using highly accurate DGPS equipment, including measurement of vertical ship motions, e.g. ship squat. WST applies numerical models of current flow in harbors for independent navigation analysis or for the development of input to simulator systems. Also, the company performs expert witness services and marine accident reconstruction, investigation, analysis, which can be supported by field measurements and/or simulation modeling. WST performs engineering design studies for harbors and waterways, including the analysis of navigation conditions for channel design and improvements, port development, accident investigation, and operational policy and decisions. WST has developed a model to analyze the impacts of passing traffic on moored ships and tows using the same simulation models used for channel design purposes. Navigation environments include inland waterways and harbors, rivers, and coastal ports and harbors.

WST has signed a Cooperative Research Development Agreement (CRDA) with WES to use their facilities during channel design studies or hydraulic research. This includes both physical and simulation modeling facilities. WST also has a working relation with the Marine Institute for Technology and Graduate Studies (MITAGS) for joint maritime studies, including engineering project studies and training.

WST also is the North American agent for O'Brien Maritime Consultants, International for their Dynamic Under Keel Clearance (DUKC) system. This system is designed to increase port efficiency and safety by more accurately predicting under keel clearances for ships entering and leaving the port and optimizing ship loads and sailing times by using real-time information on tides, waves, etc. WST also has developed its own simplified method for computing real-time ship squat prior to and during channel transits.

Below are projects that WST has completed or is currently involved in.

1. **Client**: Seaman's Church Institute, Center for Maritime Education, Paducah, KY
   **Contact**: Mr. Eric Larsson, 241 Water Street, New York, NY 1003, 212-349-9090, ekl76@aol.com
   **Scope of Work**: Developed TABS-2 finite element models for three inland river reaches and produce river current databases for tow-training simulator input. The three reaches included a section of the Mississippi River through St. Louis, a section of the Lower Mississippi River from Upper Philadelphia Range Light (mile 185) to Lutcher



Ferry Crossing (mile 141) and a section of the Ohio River through Cincinnati from river mile 476 to 463. WST used the TABS-2D numerical current model for calculation of the river currents and the state-of-the-art Surface-water Modeling System (SMS) was used for two-dimensional grid development. The current data have been used during the past year for real-time computer simulations of inland river tows at the Paducah, Kentucky facility.
**Status**: Completed, May 1997.

2. **Client:** U.S. Army Engineers District, Huntington, West Virginia.
   **Contact:** Mr. David A. Weekly, Chief, LRD Navigation Planning Center, 502 8th Street, Huntington, WV **25701-2070**
   **Scope of Work:** Provided a quality of assurance review and certification of the Ohio River Navigation Investment Model (ORNIM) currently under development by the Oak Ridge National Laboratory. ORNIM will extend and evaluate present procedures for evaluating the economic feasibility of proposed inland navigation improvement projects, including new construction, major rehabilitation, and major maintenance for all 19 navigation locks on the Ohio River Main Stem.
   **Status:** Initial report delivered August 1, 1997. This project has been terminated by the USACE due to slow progress of the contractor developing ORNIM.

3. **Client:** Panama Canal Commission (PCC)
   **Contact:** Mr. Rene VanHoorde, Panama Canal Commission, Building 910, La Boca, Republic of Panama
   **Scope of Work:** Managed and conducted a differential global positioning satellite (DGPS) survey of ship movement in the Panama Canal. WST designed the study to measure the amount of squat (sinkage and trim) experienced by ships in the canal when underway. Due to drought conditions the water level in Gatun Lake was inordinately low with anticipated further drops causing the PCC to reexamine their minimum underkeel allowance for transiting ships. The study had two phases. The survey for phase 1 (joint project with WES) took place in December 1997 at a mid-range lake level and the survey for the second phase was completed in April 1998 with the water level about 4 ft lower. WST provided underkeel clearance guidance to the PCC based on the first phase of the study and the analysis of the second-phase data, from ships transiting in shallower water. Phase 1 recommendations included a reduction of the 5-ft underkeel allowance to a 4-ft allowance with specific speed and maneuvering restrictions. With draft restrictions announced earlier this year, the PCC reduced the allowance to 4.5 ft.
   **Status:** Phase 1 report delivered March 20, 1998, Phase 2 draft report delivered June 1, 1998.

4. **Client:** VZM/Transystems, Inc.



**Contact:** Mr. Alan Myers, 2100 Reston Parkway, Suite 202, Reston, VA 20191
**Scope of Work:** Provided consultation to VZM for their contract with the New York Economic Development Corporation (NYEDC). The work involved evaluation of harbor development plans as related to navigation issues and

providing guidance concerning coordination of NYEDC Strategic Development Plan and the USACE port development process.
**Status:** A report on the evaluation and recommendations for improvements to the navigation channels required to service the proposed improvements to the port facilities was delivered January 15, 1999.

5.    **Client:** Dr. Haruzo Eda, 4 Allan Terrace, Secaucus, NJ 08094
**Scope of Work:** Developed numerical current model using the TABS-2 depth-averaged finite element modeling system. The work involved modeling a thirteen- mile section of the Mississippi River through New Orleans, Louisiana. The 2-D grid was developed using the SMS interactive computer system. Output data were to be used in a legal investigation surrounding the *MVBrightfield* collision incident at the River Walk in New Orleans on December 14, 1996.
 **Status:** Report was delivered on August 28, 1998.

6.    **Client:** Designers and Planners, Inc.
 **Contact:** Dr. Vladimir Ankudenov, 2120 Washington Boulevard, Suite 200, Arlington, VA 22204-5717, 703-920-7070, Vankudin@DandP.com
 **Scope of Work:** Performed independent evaluation of the methodology and results of a ship vertical motion study performed by the Waterways Experiment Station for the USACE New York District.
 **Status:** Report was delivered May 25, 1999.

7.    **Client:** USACE Waterways Experiment Station
 **Contact:** Mr. Donald Wilson, 3909 Halls Ferry Rd., Vicksburg, MS 39180, 601- 634- 2813, wilsond@ex1.wesl.army.mil
 **Scope of Work:** Developed a detailed physical model test program aimed at determining the navigation impacts of constructed bendway weirs in the inland river system of the US. The research work at WES was part of the Inland Navigation work unit.
 **Status:** Report was delivered September 29, 1999.

8.    **Client:** Panama Canal Commission (PCC)
 **Contact:** Capt. James Kaufman, Panama Canal Commission, Building 910, La Boca, Republic of Panama
 **Scope of Work:** Managed and conducted a differential global positioning satellite (DGPS) survey of ship's meeting in the widened sections of the Panama Canal Gaillard Cut. WST designed the study to measure the amount of squat (sinkage and trim) experienced by Panamax ships in the canal when meeting in the restricted cut. Also

measured was the reaction of the ship in the horizontal plane (surge, sway, and yaw) to the bank forces and ship/ship interaction. Engine RPM's and rudder settings were recorded to indicate the level of control required to maintain safe operations. The purpose of the study was to provide information and guidance for establishing operating procedures as the Panama Canal Commission plans for the start up of two- way traffic of Panamax sized ships in the Gaillard Cut. WST worked closely with the Canal Expansion Project Office in the performance of this study due to the potential application to future studies and channel design requirements.
**Status:** A final report was provided August 20, 1999.

9.    **Client:** U.S. Army Navigation Data Center
**Contact:** Ms. Virginia Pankow, Casey Building, Ft. Belvoir, VA, 22060-5586 **Scope of Work:** Updated the Port Series database, including photographs that describe the Port of Lake Charles and the facilities available at the port. Performed interviews to identify changes in the existing data and visited the individual docks to measure, record and document the port facilities.
**Status:** This project has been completed.

10. **Client:** American Commercial Barge Line Company **Contact:** Captain Andrew Cannava, Jr., Box 610, Jeffersonville, IN 47130
**Scope of Work:** Determined the effects of tow wake and waves generated by the passage of a tow near an island in the Ohio River and, in particular, how waves might affect a person on or near the sand bar at the downstream end of the island. This was accomplished by making measurements of the wave conditions on the sand bar with the controlled passage of a particular tow configuration. The position of the towboat was measured against time with GPS equipment and plotted to identify where the tow was during the tests.
**Status:** A report was provided November 11, 1999.

11. **Client:** Holnam Inc.
**Contact:** Mr. Joel Brannan, 16401 Swingley Ridge Road, Chesterfield, MO, 63017.
**Scope of Work:** Evaluated the proposed design alternatives for harbor and/or in- river loading/unloading facilities and associated mooring and fleeting areas for a plant located near St. Genevieve, MO on the Upper Mississippi river. The impacts of various river stages and the proposed plant on navigation and loading and unloading conditions in the river were evaluated and documented in a report. The Section 10 permit application concluded that there is no critical impact on navigation imposed by the proposed facility and operation
**Status:** A report was delivered May 24, 2000.

12. **Client:** Lockwood, Andrews, and Newnam, Inc.

**Contact:** Mr. E. Tyson Thomas, 1500 City West Blvd, Houston, TX, 77042, 713- 266-6900, etthomas@lan-inc.com

**Scope of Work:** Obtained a description of towing operations on the existing channel for Cedar Bayou up to mile 11, defined how these operations might change with proposed alternative channel improvements, dimensioned and designed the layout of the navigation channel for the preferred plan and alternatives, and assisted in presenting the project information to the Chambers County-Cedar Bayou Navigation District, U.S. Army Corps of Engineers, and congressional representatives.

**Status:** Report delivered January 5, 2001.

13. **Client:** Port Authority of New York and New Jersey

**Contact:** Mr. Thomas Wakeman III or Edward Knoesel, One World Trade Center – 34E, New York, NY 10048-0682

**Scope of Work:** Assisted OMC International in making arrangements for and in performing a desktop study and set up a demonstration of the Dynamic Under Keel Clearance system currently in use at many Australian ports. This study presented an analysis of the possible benefits of applying the DUKC system in the Ports of New York and New Jersey.

**Status:** A final report and presentation was made on March 21, 2001.

14. **Client:** U.S. Army Engineering Research and Development Center

**Contact:** Mr. Dennis Webb, Coastal & Hydraulics Laboratory, 3909 Halls Ferry Rd, Vicksburg, MS 39180, 601-634-2455, Dennis.W.Webb@wes02.usace.army.mil

**Scope of Work:** Evaluated comments and recommendations from reviewers and made appropriate changes to the draft Engineering Manual EM 1110-2-1613 entitled *Hydraulic Design Guidance for Deep-Draft Navigation Projects.*

**Status:** This project was completed August, 2000.

15. **Client:** St. Lawrence Seaway Management Corporation / Transport Canada

**Contact:** Mr. Andre Taschereau, Transportation Development Center, Rene Levesque Blvd. W., 6th Floor, Montreal, Quebec H3B 1X9

**Scope of Work:** This work was done in partnership with Fleet Technology Limited and Geolocation, Inc. of Canada. Vertical ship motions were measured with dual- frequency DGPS at four points on each of 31 ships transiting the St. Lawrence Seaway during October-November 2000. These data, along with special water level, hydrographic and current measurements were used to determine ship squat and trim in various sections of the seaway and to develop an accurate model of ship squat and estimate of ship under keel clearance.

**Status:** A report was published by June 2002 as Transport Canada publication TP 13888E.

16. **Client:** U.S. Army Navigation Data Center

**Contact:** Ms. Virginia Pankow, Casey Building, Ft. Belvoir, VA, 22060-5586 **Scope of Work:** Updated the Port Series database, including photographs, which describe the

Port of Baton Rouge project and the facilities available at the port. Perform interviews to identify changes in the existing data and visit the individual docks to measure, record and document the port facilities.

**Status:** Completed in 2000.

17. **Client:** U.S. Army Research and Development Center, Waterways Experiment Station
**Contact:** Mr. Dennis Webb, Coastal and Hydraulics Laboratory, Vicksburg, MS, 39180
**Scope of Work:** This work was done as a subcontractor to Designers and Planners. The purpose was to measure ship transits through the old and new navigation channels in the Galveston Bay using high-accuracy DGPS equipment, including measurements of shaft rpm, rudder and water levels and velocities along the channel during the transits, establishing as many meeting situations with two instrumented ships as possible. Reported the results and documented and provideed the data in a form that will allow further analysis.
**Status:** A report was delivered September 10, 2001.

18. **Client:** U.S. Army Research and Development Center, Waterways Experiment Station
**Contact:** Mr. Dennis Webb, Coastal and Hydraulics Laboratory, Vicksburg, MS, 39180
**Scope of Work:** WST was a partner with Seaman's Church Institute in a navigation channel design study of improvements to the Sabine-Neches Waterway. This was an extensive ship simulation study of a 65-mile long navigation channel to determine the recommended dimensions and layout for deepening and widening the project.
**Status:** A report was delivered July 10, 2002.

19. **Client:** Society of Naval Architects and Marine Engineers (SNAME)
**Contact:** Mr. Alexander Landsburg, Department of Transportation, Maritime Administration, Washington, DC 20590
**Scope of Work:** A preliminary analysis of the ship maneuvering data will be undertaken to develop a method for analyzing ship maneuvering capabilities in restricted waterways and to prepare a research program to be funded for developing methods to predict the maneuvering and control characteristics of new ships entering navigation channels.
**Status:** The study was initiated in March 2002 and is ongoing.

20. **Client:** U.S. Army Research and Development Center, Waterways Experiment Station
**Contact:** Mr. Michael Winkler, Coastal and Hydraulics Laboratory, Vicksburg, MS, 39180



**Scope of Work:** An analysis of completed bendway weir projects was made to determine measures of response of the navigation channel to the presence of the weirs. Pre- and Post-hydrographic surveys were used to determine key channel parameters and a comparison was made with existing design criteria.

**Status:** A report was submitted August 1, 2001.

21. **Client:** Wood Tatum Sanders
   **Contact:** Mr. John Mercer, 1001 Southwest Fifth Ave, 13th Floor, Portland OR 97204-1151
   **Scope of Work:** Evaluated testimony and documented evidence concerning a ship grounding incident, determined the best estimate of ship squat and under keel clearance, and prepared an expert opinion report. Reviewed and commented on opposition's expert witness report. Prepared to give deposition and provide expert witness testimony at trial.
   **Status:** The study was completed January 2003.

22. **Client:** Universe Tankships and SUNOCO
   **Contact**: Captain David Stanley, Manager SEQ, Universe Tankships (Delaware) LLC 2727 Allen Parkway, Suite 760, Houston, TX. 77019
   **Scope of Work:** Measured the ship squat of VMAX ships transiting the Delaware Bay and River inbound after lightering to the SUNOCO Ft. Mifflin terminal and develop a squat model and predictive method for estimating ship squat and UKC.
   **Status:** The study was initiated in August 2002, a report was delivered December 2002 and a briefing was given in January 2003, a UKC prediction program was installed on both VMAX ships in 2003.

23. **Client:** Pacific International Engineering **Contact:** Mr. Scott Fenical, 1440 Broadway, Suite 901, Oakland, CA 94612
   **Scope of Work:** Reviewed the final report prepared by Marine Safety International entitled *Oakland Outer Harbor New Berth 21 Simulation Trials* and provided comments, suggestions and evaluation of the study approach and results and made recommendations.
   **Status:** Completed February 2003.

24. **Client:** U.S. Army Navigation Data Center
   **Contact:** Ms. Virginia Pankow, Casey Building, Ft. Belvoir, VA, 22060-5586 **Scope of Work:** Updated the Port Series Report No. 71 and the database, including photographs, which describe the Port of Memphis, TN, Port of Helena, AR, and port facilities along the Mississippi River between river miles 620 to 954. Performed interviews to identify changes in the existing data and visited the individual docks to measure, record and document the port facilities.
   **Status:** This project was completed in June 2004.



25. **Client:** U.S. Army Navigation Data Center
**Contact:** Ms. Virginia Pankow, Casey Building, Ft. Belvoir, VA, 22060-5586 **Scope of Work:** Updated the Port Series Report No. 70 and the database, including photographs, which describe the Port of St Louis, MO, and port facilities along the Upper Mississippi River between river miles 0 to 300. Performed interviews to identify changes in the existing data and visited the individual docks to measure, record and document the port facilities.
**Status:** This project was completed in June 2004.

26. **Client:** Cheniere LNG
**Contact:** Mr. Ed Lehotsky, Manager of LNG Projects, 333 Clay Street, Suite 3400 Houston, TX 77002.
**Scope of Work:** Performed a ship simulation study to determine the safety and efficiency of bringing LNG carriers to and from a proposed terminal designed for construction at Sabine, LA. Local pilots participated in the simulations by conning the simulated ships to approach, turn and dock the ship at the terminal and by providing evaluations, comments and recommendations. The results of this study were documented and conclusions and recommendations provided.
**Status:** This project was completed and a report delivered October, 2003.

27. **Client:** Cheniere LNG
**Contact:** Mr. Ed Lehotsky, Manager of LNG Projects, 333 Clay Street, Suite 3400 Houston, TX 77002.
**Scope of Work:** Performed a ship simulation study to determine the safety and efficiency of bringing LNG carriers to and from a proposed terminal designed for construction in La Quinta Channel near Corpus Christi, TX. Local pilots participated in the simulations by conning the simulated ships in the vicinity of the terminal and by providing evaluations, comments and recommendations. The results of this study were documented and conclusions and recommendations provided.
**Status:** This project was completed and a report delivered October, 2003.

28. **Client:** Shiner, Mosely, and Associates, Inc.
**Contact:** Capt. Thomas B. Rodino, 113 Calle Conejo, Bayview, Texas 78566
**Scope of Work:** Perform a ship simulation study to determine the safety and efficiency of bringing LNG carriers to and from a proposed terminal designed for construction at Freeport, TX. Local pilots participated in the simulations by conning the simulated ships in the vicinity of the terminal and by providing evaluations, comments and recommendations. The results of this study were documented and conclusions and recommendations provided.
**Status:** This project was completed and a report delivered September, 2003.



29. **Client:** Cheniere LNG
    **Contact:** Mr. Ed Lehotsky, Manager of LNG Projects, 333 Clay Street, Suite 3400 Houston, TX 77002.
    **Scope of Work:** Perform a ship simulation study assess the risk of disabled traffic ships entering a proposed LNG terminal at Sabine, LA, and striking a docked LNG ship. Local pilots participated in the simulations by conning the simulated traffic ships, assisting in determining what mechanical failure modes, where in the channel, and under what conditions failures might occur that would cause an allision with the docked ship. The results of this study were documented and conclusions and recommendations provided.
    **Status:** This project was completed and a report delivered November 2003.

30. **Client:** Shiner, Mosely, and Associates, Inc.
    **Contact:** Capt. Thomas B. Rodino, 113 Calle Conejo, Bayview, Texas 78566 **Scope of Work:** Perform a ship simulation study assess the risk of disabled traffic ships entering a proposed LNG terminal at Freeport, TX, and striking a docked LNG ship. Also, assess the safety and efficiency of bringing in a 250KCM LNG carrier to the proposed LNG terminal with a 500-ft navigation channel through the entrance and jetties. Local pilots participated in the simulations by conning the simulated traffic ships, assisting in determining what mechanical failure modes, where in the channel, and under what conditions failures might occur that would cause an allision with the docked ship. The results of this study were documented and conclusions and recommendations provided.
    **Status:** This project was completed and a report delivered December 2003.

31. **Client:** U.S. Army Navigation Data Center
    **Contact:** Ms. Virginia Pankow, Casey Building, Ft. Belvoir, VA, 22060-5586 **Scope of Work:** Updated the Port Series Report No. 61 and the database, including photographs, which describe the Port of Huntington, WV, and port facilities along the Ohio River between river miles 316.7 to 40 and tributaries. Performed interviews to identify changes in the existing data and visited the individual docks to measure, record and document the port facilities.
    **Status:** The project was completed in August 2005.

32. **Client:** Cheniere LNG
    **Contact:** Mr. Carlos Macias, Manager of Creole Trail Project, 333 Clay Street, Suite 3400
    Houston, TX 77002.
    **Scope of Work: :** Performed a ship simulation study to determine the safety and efficiency of bringing LNG carriers to and from a proposed terminal designed for construction at Cameron, LA. The study also included an assessment of the risk of



disabled traffic ships entering the proposed LNG terminal basin and striking a docked LNG ship. Local pilots participated in the simulations by conning the simulated LNG carriers and traffic ships, assisting in determining under what mechanical failure modes, where in the channel, and under what conditions failures might occur that would cause an allision with the docked ship.
**Status:** This study was completed and a report delivered May 5, 2005.

33.  **Client:** Shiner, Mosely, and Associates, Inc.
   **Contact:** Mr. Scott Wagner, 555 N. Carancahua, Suite, Corpus Christi, TX 78478
   **Scope of Work:** Performed a ship simulation study to determine the safety and efficiency of bringing LNG carriers to and from a proposed terminal designed for construction at Pascagoula, MS. Local pilots participated in the simulations by conning the simulated ships to approach, turn and dock the ship at the terminal and by providing evaluations, comments and recommendations. The results of this study were documented and conclusions and recommendations provided.
   **Status:** This project was completed and a report delivered May 6, 2005.

34.  **Client:** Northern Star Natural Gas, LLC
   **Contact:** Mr. Dave Glessner, One Riverway, Suite 2053, Houston, TX 77056
   **Scope of Work:** Performed a ship simulation study to determine the safety and efficiency of bringing LNG carriers to and from a proposed terminal designed for construction at Bradwood, OR, on the Columbia River. Local pilots participated in the simulations by conning the simulated ships in the vicinity of the terminal and by providing evaluations, comments and recommendations. Two different types and sizes of LNG carriers were tested. Disabled LNG tankers and traffic ships were tested to determine the degree of vulnerability with which the terminal and LNG ships would be subjected to allisions with moored LNG ships. In addition, disabled LNG tankers were maneuvered with tug assist to determine if they could be safely brought to the terminal or anchored safely during an emergency.
   **Status:** This project was completed and a report delivered in September, 2005.

35.  **Client:** Marine Institute of Technology and Advanced Graduate Studies (MITAGS)
   **Contact:** Mr. Glen Paine, 692 Maritime Boulevard, Linthicum, Maryland 21090, Main Telephone: (410) 859-5700, gpaine@mitags.org

   **Scope of Work:** Assist in the performance of a ship simulation study to determine the safety and efficiency of bringing in and out a large passenger vessel to the large cruise terminal in Bermuda. Local pilots participated in the simulations by conning the simulated ship to approach, turn and dock the ship at the terminal and by providing evaluations, comments and recommendations. WST evaluated the need for hydrographic surveys and potential dredging to accommodate this ship due to the



large size, draft and squat of the vessel. The results of this study were documented and conclusions and recommendations provided, including areas requiring new hydrographic surveys and potential dredging areas.
**Status:** This project was completed and a report delivered in July, 2005.

36. **Client:** C.R. Cushing & Co., Inc.
   **Contact:** Charles Cushing, 30 Vesey Street, New York, New York 10007 **Scope of Work:** Perform leveling surveys and storm surge current modeling in support of an investigation concerning the movement of an empty barge which broke loose and drifted from its moored position in New Orleans' Inner Harbor Navigation Channel during storm surge caused by a hurricane in August 2005. Available water level elevation records were collected and compared to surveyed flood wall elevations. Standard leveling and GPS surveying techniques were employed. Evaluate the potential for a barge to break away from its moorings and move to the south breach in the Inner Harbor Navigation Channel East Flood Wall and under what conditions such an event could occur. Evaluate other studies and reports of the flooding and flood wall and levee failures.

   **Status:** This project is ongoing.

37. **Client:** Cheniere LNG
   **Contact:** Capt.BillBaran**,** 717 Texas Avenue, Suite 3100, Houston, TX 77002.
   **Scope of Work:** Perform additional simulation tests for disabled LNG tankers at the Sabine Pass LNG Terminal at Sabine, Louisiana. The simulation setup included a modified terminal position and a new larger ship model than tested in earlier studies. The primary objective was to simulate emergency dead-ship conditions approaching and departing the terminal berths using tug assist. Environmental conditions were the same as used in earlier studies.
   **Status:** This project was completed and a report delivered in May 2006.

38. **Client:** Marine Institute of Technology and Advanced Graduate Studies (MITAGS)
   **Contact:** Mr. Glen Paine, 692 Maritime Boulevard, Linthicum, Maryland 21090, Main Telephone: (410) 859-5700, gpaine@mitags.org

   **Scope of Work:** Assist in the performance of a ship simulation study to determine the safety and efficiency of bringing LNG carriers in and out of the proposed Sparrows Point LNG Terminal. Local pilots participated in the simulations by conning the simulated ship to approach, turn and dock the ship at the terminal and by providing evaluations, comments and recommendations. WST evaluated the safety of the operations and the need for potential dredging to accommodate this ship due to the large size, draft and squat of the vessel. The results of this study were documented and conclusions and recommendations provided.



**Status:** This project was completed and a report delivered in October, 2006.

39. **Client:** Marine Institute of Technology and Advanced Graduate Studies (MITAGS) and Cheniere Energy Inc.
   **Contact:** Mr. Glen Paine, 692 Maritime Boulevard, Linthicum, Maryland 21090, Main Telephone: (410) 859-5700, gpaine@mitags.org and Mr. Daniel Fuller, Cheniere Energy Inc., Phone: 713 375 5456 / Fax : 713 375 6456, 700 Milam Street , Suite 800 Houston, TX 77002, dfuller@cheniere.com
   **Scope of Work:** Assist in the preparation and development of ship simulator data bases to be used in a training program for the Sabine Pilots. This training is to be conducted to prepare pilots to handle a range of LNG ship sizes varying from the normal LNG carriers of today up to 265kcm LNG carriers being designed and constructed for use in the near future. This training is in support of operations at Sabine Pass LNG terminal on the lower reaches of the Sabine River and will also result in the development of operational and emergency operation procedures and setting of operational limitations. Continuing work is being performed as new site and environmental information is developed. Sedimentation studies are being performed and WST is supporting this analysis as well. This has been a joint effort with MITAGS and Cheniere Energy LLP. WST has worked with Transas, the simulator developer, to develop methods for quickly and efficiently prepare data bases for the operational environment (currents and channel bathmetery) as part of the model assistance programs.
   **Status:** This project is ongoing with training expected to start in July, 2007.

40. **Client:** U.S. Army Research and Development Center, Waterways Experiment Station
   **Contact:** Mr. Dennis Webb, Coastal and Hydraulics Laboratory, Vicksburg, MS, 39180, Phone: 601-634-2455, Dennis.W.Webb@erdc.usace.army.mil
   **Scope of Work:** WST, with the assistance of the Seaman's Church Institute, performed a follow-up investigation of the navigation channel design of improvements to the Sabine-Neches Waterway to determine if the outer-channel dimensions could be reduced from 800 ft to 700 ft wide. This was a ship simulation study using the simulation models from a previous study with the outer channel dimensions reduced.
   **Status:** A report was delivered January 2007.

41. **Client:** Shiner, Mosely, and Associates, Inc.
   **Contact:** Capt. Thomas B. Rodino, 113 Calle Conejo, Bayview, Texas 78566 **Scope of Work:** Compile the results of four ship maneuvering simulation studies to document the widening required for Q-MAX LNG carriers to be served by the LNG



terminal at Freeport, TX, being constructed and to demonstrate that the proposed widening of 600 ft is sufficient to provide safe and efficient entry into the port. This report was reviewed by the sponsors and the Corps of Engineers for acceptance as a Corps project for maintenance.
**Status:** This project was completed and a report delivered February 2007 and modified May 2007.

42. **Client:** Center for the Commercial Deployment of Transportation Technologies (CCDoTT) as subcontractor with Marine Institute of Technology and Advanced Graduate Studies (MITAGS)
**Contact:** Mr. Glen Paine, 692 Maritime Boulevard, Linthicum, Maryland 21090, Main Telephone: (410) 859-5700, gpaine@mitags.org and Mr. Stanley Wheatly, CCDoTT, mailto:swheatle@csulb.edu
   **Scope of Work:** Organize and plan a set of demonstrations of the application of ship maneuvering simulator technology to planning for logistical operations in austere contingency ports in countries with limited or poor access. This demonstration is designed to show how simulation exercises can be set up and used to determine: the adequacy of available ship sizes and types for the prevailing channel characteristics, modifications required in channels or facilities to allow desired ships to enter and egress safely, assist tugs required, additional aids to navigation required, limiting weather conditions, lightering operation feasibility, etc. The port of Mogadishu was chosen as the demonstration port, this port and two navy ships simulated, exercises executed and analyzed, and a report prepared outlining a methodology for accomplishing the analyses. This was all accomplished using publicly available data sources.
**Status:** The project was completed and a report delivered September 7, 2007.

43. **Client:** Louis Berger Group, Inc.
**Contact:** Mr. Anatoly Hochstein, 2445 M Street, NW, 3rd Floor, Washington, DC 20037, (202) 331-7775 X2622, mailto:ahochstein@louisberger.com
**Scope of Work:** Review and comment on a ship simulation study performed for a port improvement project to provide guidance for the sponsor of the project in evaluating a proposed design.
**Status:** The review was completed and a report provided November 28, 2007.

44. **Client:** Marine Institute of Technology and Advanced Graduate Studies (MITAGS) and SeaRiver Marine
**Contact:** Mr. Glen Paine, 692 Maritime Boulevard, Linthicum, Maryland 21090, Main Telephone: (410) 859-5700, gpaine@mitags.org and Mr. Richard Kessinger, SRM-EMB 4.032, P.O. Box 1512, Houston, Tx, 77251-1512, Phone: (713) 656-2464, richard.j.kessinger@exxonmobil.com



**Scope of Work:**  Obtain and prepare channel data and compute currents to be used in a familiarization simulation for pilots that will be responsible for bringing in large LNG carriers to the new Golden Pass LNG terminal.  Be present for the model validation and make changes as necessary.  This project was later expanded to include a detailed analysis of under keel clearances of the design LNG ships transiting the Sabine/Neches Waterway to GPLNG, presentations to ship owners at simulation sessions with the local pilots, and a report summarizing an analysis of UKC using simulated tracklines from the pilot familiarization trials and identifying reaches of the waterway where channel width and depth must be maintained for sufficient clearance.

**Status:**  Data files have been delivered and the project has been completed with validation testing in Feburary 2008, pilot/owner sessions through October 2008, and a draft report submitted January 2009.

**45. Client:** Palmer Biezup & Henderson LLP
**Contact:**  Frank DeGiulio, 956 Public Ledger Building, Independence Mall West

Philadelphia, PA 19106-3409, Phone: (215) 625-7809, fpd@pbh.com.

**Scope of Work:**  To investigate the transit planning described in testimony and records produced for the inbound transit of the M/T ATHOS on November 26, 2004, to determine if the planning was adequate and to determine a more appropriate transit plan if it was not.

**Status:**  An expert witness report was delivered on January 9, 2009.



### Other Navigation Study Experience

**WST Key Personnel Role:** WST personnel managed, directed or performed these studies:

**Clients:** U.S. Army Engineer Districts and local port authorities

The WST principals were responsible for development of the models, facilities, study procedures and analyses used in all Corps of Engineers navigation channel improvement studies. Over 50 studies have been performed using these facilities, models and techniques since 1981 and have involved most of the Corps' navigation projects; it is estimated that there has been an average savings of at least $4 million in most of these studies. Examples of these studies include:

1. Houston Ship Channel, Texas - Ship simulation studies to refine the navigation channel design to minimize the dredging and project costs due to relocation of structures crossing the channel. A team approach was used with the ship simulator serving as a design tool to investigate various alternatives for safe and efficient navigation. These studies were a follow-up to more extensive studies managed and conducted by WST principals to develop the initial design for the two-phase deepening and widening project for the entire Houston Ship Channel and Galveston Harbor. The ship simulation studies are estimated to have saved over $74 million.

2. Charleston Harbor, South Carolina – Ship simulation studies to determine the navigation channel dimensions and layout for the deepening and widening project for the port of Charleston. The project included investigating widening the channel for two-way traffic and turning basins as well as deepening the channel; including development of a new terminal facility. Studies are continuing for the South Carolina Port Authority to develop improvements to navigation conditions in the Drum Island Bend that is creating limitations on container ship transits.

3. San Juan, Puerto Rico – Navigation studies using the ship simulator to design deepening and widening improvements to the San Juan Harbor channels, including the entrance channels and the interior channels. This study involved design of the entrance channel for vertical allowances for wave motions and resulted in a recommendation for a stepped entrance channel and reductions in channel dimensions for the interior channels. The study is estimated to have saved $27 million.

4. Oakland, California – Ship simulation study to determine the navigation channel dimensions and layout for deepening the Oakland Outer Harbor. The study included

investigating widening the entrance channel for longer and deeper Panamax containerships, determining the widening required in the remainder of the channel and the size and layout of the turning basin. The study is estimated to have saved at least $7- 8 million by avoiding relocating the BART tunnel corrosion nodes.

## WST Publications and Research Papers

Golden Pass LNG Terminal Underkeel Clearance Analysis, Report prepared for Maritime Institute for Marine Technology and Graduate Studies and Golden Pass LNG, LLP, February 1, 2009.

M/T ATHOS – Grounding/Oil Spill 26 November 2004 Delaware River – Analysis of Voyage Plan for Delaware Bay and River Transit, a Memorandum for Record Prepared for Palmer Biezup & Henderson LLP, January 9, 2009.

Review of Ship Maneuvers Study Report, Preparatory Studies for the First Phase of The Port of Praia Expansion and Modernization Project, Contract no MCA-C V/05/INF, a Memorandum for Record Prepared for Louis Berger Group, November 28, 2007.

Simulated Sea Base Ship System Selective Port Access and Operational Performance Assessment: FY06 Project 06-06-13, PE 3.23, PECSULB MOU or Sub-Agreement No:  S07-329206MTG, Report Prepared for Center for the Commercial Deployment of Transportation Technologies (CCDoTT) for FY06 Project 06-06-13, PE 3.23, PECSULB MOU or Sub-Agreement No: S07-329206MTG, Authors: Mr. Glen Paine, MITAGS; Dr. Larry Daggett, WST; and Mr. Christopher Hewlett, WST, September 7, 2007.

Ship Maneuvering Simulation Studies Supporting the Proposed Widening of the Freeport  Ship Channel Entrance and Jetty Channels, Report Prepared by HDR/Shiner Moseley and Associates, Inc. & Waterway Simulation Technology, Inc. for Freeport LNG and ConocoPhillips, February 2007 and revised May 2007.

Sabine-Neches Waterway Entrance Channel Simulations, USACE Engineer Research and Development Center Contract Report, January 15, 2007.

Disabled LNG Tanker Simulation Study for Sabine Pass LNG Terminal, Cheniere Energy, Inc. Report, April 15, 2006.

Vessel Maneuvering Simulation Study for Sparrows Point LNG Terminal, Baltimore, MD, MITAGS Draft Report, September 26, 2006.



Vessel Maneuvering Simulation Study for Bradwood Landing LNG Terminal, Bradwood, OR, Northern Star Natural Gas, Inc. report, October 2005.

Vessel Maneuvering Simulation Study for Gulf LNG Terminal, Pascagoula, MS, Shiner, Mosely, and Associates, Inc. report, May 2005.

Vessel Maneuvering Simulation Study for Creole Trail LNG Terminal, Cheniere LNG report, May 2005.

Disabled Vessel Simulation Study for the Proposed Freeport LNG Terminal at Freeport, Louisiana, Shiner, Moseley, and Associates, Inc. report, December 29, 2003.

Maneuverability Simulation Study for a Proposed LNG Terminal at Freeport, TX, - Widened Entrance Channel Tests Addendum Report, Shiner, Moseley, and Associates, Inc. report, December 24, 2003.

Disabled Vessel Simulation Study for a Proposed LNG Terminal at Sabine, Louisana, Cheniere LNG report, November 12, 2003.

Vessel Maneuvering Simulation Study for Corpus Christi LNG Terminal, Cheniere LNG report, October 7, 2003.

Vessel Maneuvering Simulation Study for Sabine Pass LNG Terminal, Cheniere LNG report, October 1, 2003.

Maneuverability Simulation Study for a Proposed LNG Terminal at Freeport, TX, Shiner, Moseley, and Associates, Inc. report, September 3, 2003.

Analysis of Selected Bendway Weir Projects, USACE Engineering Research And Development Center Contractor Report, April 11, 2002.

Simulation Observer's Report Sabine-Neches Improvement Study Ship Simulation Study, USACE Engineer Research and Development Center Contract Report, May 15, 2002.

Daggett, L.L., Hewlett, J.C., Stocks, D., Ankudinov, A., Taschereau, A., (2001). Dynamic Squat and Under-keel Clearance of Ships in Confined Channels, 30th PIANCAIPCN Congress, Conference Proceedings, Sydney, Australia, September 22-26, 2002.

Daggett, L.L., Hewlett, J.C., (2001). Ship Performance Measurements Houston Ship Channel, Galveston, Bay, Texas, Draft Report, Waterway Simulation Technology, Inc., September 10, 2001.



Daggett, L.L., Hewlett, J.C., Stocks, David, (2001).  Maximization of Ship Draft in the St. Lawrence: Volume 1, Squat Study, Fleet Technology Limited and Waterway Simulation Technology, Inc., Transport Canada TP 13888E, December 2001.

Hewlett, J.C., Daggett, L.L., Ankudinov, V, Jakobsen, B.K., (2000). Prototype Measurement of Ship Sinkage in Confined Water, MARSIM 2000, Conference Proceedings, May 2000

Daggett, L.L., Hewlett, J.C., (2000). Lee Island Cement Plant Navigation Impact Study, Waterway Simulation Technology, Inc., May 24, 2000.

Daggett, L.L., (1999). Report of Findings and Opinions, Waterway Simulation Technology, Inc., November 1999.

Daggett, L.L., Hewlett, J.C., (1999). A Physical Model Test Plan for Bendway Weir Design Criteria, Waterway Simulation Technology, Inc., September 1999.

Daggett, L.L., Hewlett, J.C.,(1999). Panamax Ships Meeting in the Gaillard Cut, Panama Canal, Waterway Simulation Technology, Inc., August 1999.

Daggett, L.L., Hewlett, J.C., (1999). Review of Entrance Channel Depth Design, Ambrose Channel, New York Harbor, Waterway Simulation Technology, Inc., May 1999.

Daggett, L.L., Hewlett, J.C., (1999). Navigation Channel Requirements for Planned Strategic Improvements to the Port of New York/New Jersey, New York City. Waterway Simulation Technology, Inc., January 1999.

Daggett, L.L. 1998 (September). Section I: Subject 3 – U.S. Inland Navigation, A Safe Transportation Mode, PIANC 29th International Congress, Netherlands.

Daggett, L. & Hewlett, J. (1998).  Study of Ship Squat in the Panama Canal Phase II– Low Water Conditions, Waterway Simulation Technology, Inc., June 1998

Daggett, L. & Hewlett, J. (1998).  Study of Ship Squat in the Panama Canal, Waterway Simulation Technology, Inc., March 1998.



# Appendix E: List of Expert Witness Testimony

**Depositions for Federal Court Cases**

Oral Deposition of Larry Leon Daggett in the Case No. 980156; *Rose Polley Individually & as Administratix fro the Estates of Brittany Dawn Polley and Denny Polley vs. American Commercial Barge Lines Co.;* In the United States District Court Easter District of Kentucky at Covington on August 31, 2000.

Oral Deposition of Larry Daggett in the Case of Civil Action No. G 06-538; *Sandra King, Darrell King and Anita Cook vs. M/V Lady Jane Too, et al;* In the United States District Court for the Southern District of Texas – Galveston on April 28, 2008.

**Trial Testimony**

No trial testimony



## *Appendix F: WST Schedule of Legal Fees*

Rate up to December 31, 2008

Review of Documents, Investigation, & Reporting      $ 85.00/hr.
Deposition Testimony:                                $125.00/hr.
Court Testimony:                                     $125.00/hr.

Rates after 1 January 2009

Review of Documents, Investigation, & Reporting      $100.00/hr.
Deposition Testimony:                                $130.00/hr.
Court Testimony:                                     $130.00/hr.

Plus necessary expenses as incurred.
Total amount received up to February 2009 was $89,552.38.
Invoice for March-July 2009 is $11,042.48 for a total of $100,594.86

