UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**<br><br>**PERTAINS TO: BARGE**<br><br>*Boutte v. Lafarge*         05-5531<br>*Mumford v. Ingram*     05-5724<br>*Lagarde v. Lafarge*     06-5342<br>*Perry v. Ingram*           06-6299<br>*Benoit v. Lafarge*        06-7516<br>*Parfait Family v. USA* 07-3500<br>*Lafarge v. USA*            07-5178 | CIVIL ACTION<br><br>Case No.: 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>Hon. Stanwood R. Duval, Jr.<br><br>Magistrate Judge Joseph C. Wilkinson, Jr.<br><br>**DECLARATION OF DYLAN POLLARD, ESQ.** |

I, DYLAN POLLARD, Esq. do hereby declare as follows, under penalty of perjury:

1.      I am a partner at Khorrami, Pollard & Abir, LLP, counsel for the Plaintiffs in the above entitled action. I have personal knowledge of the matters stated herein and if so called upon as a witness, could and would testify competently thereto.

2.      I make this Declaration in support of Plaintiffs' Motion to Exclude Testimony of Defense Expert Charles Cushing. Specifically, I was the attorney for the plaintiffs that served as the primary liaison for scheduling the depositions of the various sides' expert witnesses. On July 24, 2009, as I was finalizing the schedule for the defense experts, who for the most part were scheduled to turn over their reports on August 1, 2009, I was

2

informed by defense counsel Mark Raffman, Esq. that the defense no longer intended to call designated witness Larry L. Daggett, M.D., and as such his deposition would not be necessary.   No reason was given for Daggett's withdrawal, and as such, his deposition was never scheduled or taken.

     3.    The defense did not directly produce a report from Larry Daggett, however, an expert report  authored by him did appear as a separate appendix to the report issued by Charles Cushing of C.R. Cushing & Co., Inc.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: December 1, 2009      By: _____/S/_____
                                          DYLAN POLLARD, ESQ.