# GOODWIN | PROCTER

Kirsten VK Robbins
202.346.4209
KRobbins@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

September 23, 2009

**VIA FEDERAL EXPRESS**

Richard T. Seymour
The Law Office of Richard T. Seymour, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036-4129

> Re: Katrina Canal Breaches Consolidated Litigation;
> USDC EDLA Civil Action 05-4182 and consolidated cases

Dear Counsel:

Enclosed please find the original errata sheet and notarized signature page for the deposition of Charles Cushing taken on August 6, 2009.

Sincerely,

Kirsten V.K. Robbins

enclosure

LIBW/1719261.1

**C. R. CUSHING & CO., INC.**

## CORRECTIONS TO C. R. CUSHING DEPOSITION TESTIMONY, 6 AUGUST 2009

| PAGE | LINE | CHANGE |
|---|---|---|
| 17 | 5 | Change "wall" to "pile" |
| 30 | 7,8 | Capitalize "Transportation Research Board" |
| 30 | 8,10,11, 19 | Capitalize "Marine Board" |
| 30 | 21 | Capitalize "Congress" and "Administration" |
| 31 | 14 | Change Supertentitive" to "Superintendent" |
| 31 | 18,21 | Capitalize "Marine Board" |
| 32 | 20 | Capitalize "Marine Board" |
| 32 | 9,10 | Capitalize "Waterway Simulation Technology" |
| 33 | 18 | Change "in a breach" to "on a reef" |
| 38 | 21 | Change "toe" to "tow" (2 places) |
| 39 | 10 | Change "hoped" to "know" |
| 60 | 4 | Change "photography" to "photographers" |
| 60 | 5 | Change "stereoscopic" to "photogrammetric" |
| 66 | 25 | Insert "not" after the word "then" |
| 72 | 12 | Change "tenoptic" to "synoptic" |
| 76 | 10 | Change "re-put" to "repeat" |
| 89 | 9 | Change "Bob" to "Doctor" |
| 97 | 25 | Change "main" to "mean" |
| 123 | 23 | Change "focsal" to "fo'c's'le" or "focsle" |
| 124 | 3 | Change "floor" to "fore" |
| 139 | 24 | Change "ASE" to "ASCE" |
| 144 | 14 | Change "Beambenu" to "Bienvenue" |

**C. R. CUSHING & CO., INC.**

| PAGE | LINE | CHANGE |
|------|------|--------|
| 204 | 20 | Change "barge" to "wall" |
| 205 | 15 | Change "16 feet" to "13 feet" |
| 208 | 22 | Change "purpose" to "purposes" |
| 208 | 22 | Change "barge" to "wall" |
| 214 | 7,8 | Change "to mention" to "dimension" |
| 239 | 8 | Add "?" |
| 239 | 16 | Change "bunny" to "Bunge" |
| 243 | (6 places) | Change "residents" to "resonance" |
| 255 | 24 | Change "latest" to "earliest" |
| 258 | 23 | Change "tracking" to "cracking" |
| 261 | 15 | Change "date" to "time" |
| 266 | 23 | Change "bowel" to "bow" |

```
 1              CHARLES R. CUSHING, PH.D.                273
 2                ACKNOWLEDGMENT OF DEPONENT
 3
 4        I, CHARLES R. CUSHING  do hereby
 5   certify that I have read the foregoing
 6   pages _ _ _ to _ _ _ and that the same is a
 7   correct transcription of the answers given
 8   by me to the questions therein propounded,
 9   except for the corrections or changes in
10   form or substance, if any, noted in the
11   attached Errata Sheet.
12
13   22 September 2009        Charles R. Cushing
14   DATE                     SIGNATURE
15
16
17   Subscribed and sworn to before me this
18   _22_ _ _ day of  September _,
19   2009.
                         JOANNE M. McLEOD
20                    Notary Public, State of New York
                          No. 01MC6164871
21                    Qualified in Queens County
                    Commission Expires April 30, 2011
22   My commission expires:_ _ _ _ _ _ _ _ _
23
24   Joanne M. McLeod
25   Notary Public
```