# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR |
| *Weber v. Lafarge* 08-4459 | * | |

## SWORN AFFIDAVIT OF FRAZIER TOMPKINS

**PARISH OF ORLEANS**

**STATE OF LOUISIANA**

BEFORE ME, the undersigned authority, duly qualified in the Parish of Orleans and the State of Louisiana personally, came and appeared:

### FRAZIER TOMPKINS

on this day, 21st of October, 2009, who upon first duly sworn, did depose and say:

1. I reside at 1310 Tricou Street, New Orleans, Louisiana, 70117 and resided at this same address at the time of Hurricane Katrina, on August 29, 2005;

2. I was born on ▮▮▮▮ 1949 and am presently 60 years of age;

3. I am self employed as a truck driver and haul sand, soil, and rock with my personal

truck;

4. My social security is ███████

5. I am of sound mind and the following statement is given upon first hand knowledge and experience of the matters stated herein:

On August 28, 2005, at approximately 10:30 - 11:00 a.m., I went from my home to my church, the Third Church of God in Christ, located at 1432 Flood Street, New Orleans. When I arrived at the church, no one was there and I proceeded on Claiborne Avenue heading towards New Orleans to check the water level in the Industrial Canal. As I crossed the Claiborne Avenue bridge, I looked down to my right to see the water level in the Industrial Canal. I was surprised to observe a single barge on the east side of the canal without any tug in attendance. The barge was in the vicinity of Derbigny, Roman and Prieur streets on the east side of the canal.

I gave a statement to Centanni Investigative Agency (LNA00353-LNA00355) on September 12, 2007 and that statement is true as is this affidavit concerning the location of the barge that I observed as aforesaid.

I later observed the same barge on the land side of the flood wall of the Industrial Canal. I was shocked to see the barge in the Industrial Canal since it was not close to a dock and not tied to any landside mooring which at the time concerned me because of the approaching hurricane.

FRAZIER TOMPKINS

SWORN TO AND SUBSCRIBED before me,
the undersigned Notary Public,
at New Orleans, Louisiana,
this 21st day of October.

Lawrence D. Wiedemann (13457)
My commission expires upon death