UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>Pertains to:<br>C.A. 06-5164,<br>C.A. 07-5112 | CIVIL ACTION<br>No. 05-4182<br>SECTION "K" (2) |

## ORDER

Considering the foregoing Motion for a Limited Reopening of Case for the purpose of depositing the net settlement proceeds into the registry of the court; to resolve issues surrounding the settlement between plaintiff Jacqueline Stephens and the Louisiana Road Home .

**IT IS HEREBY ORDERED** that Connie Abadie, et al v. Aegis Security Insurance Company, et.al., No.06-5164 and Susan Abadie, et. al. v. Aegis Insurance Company et. al., No.07-5112 are reopened solely for the purpose of addressing this motion,

**IT IS FURTHER ORDERED** that plaintiff's counsel is hereby permitted to deposit $9,000.00 into the registry of the Court.

**AND IT IS FURTHER ORDERED** that this motion is REFFERED to Mag. Judge Wilkinson to conduct a status conference with counsel for The Louisiana Road Home (Dan Rees) and plaintiffs for the purpose of determining the ownership of the net settlement proceeds at a time which Mag. Judge Wilkinson shall set.

New Orleans, LA this __3rd__ day of _____December_____, 2009

_____
Stanwood R. Duval, Jr.
United States District Judge