

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-31011

CV05-4182-K

United States Court of Appeals
Fifth Circuit

**FILED**
December 3, 2009

Charles R. Fulbruge III
Clerk

In Re: Katrina Canal Breaches Litigation

-----

ASHTON R. O'DWYER, JR.; SHIRLEY D. O'DWYER; HAROLD J. GAGNET, JR.,

      Plaintiffs - Appellants

v.

BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT; EAST JEFFERSON LEVEE DISTRICT; LAKE BORGNE LEVEE DISTRICT; ST PAUL FIRE & MARINE INSURANCE CO,

      Defendants - Appellees

-----

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

-----

CLERK'S OFFICE:

    Under 5th Cir. R.42.3, the appeals are dismissed as of December 3, 2009, for want of prosecution. The appellants failed to timely pay docketing fees, order transcript and make financial arrangements with the court reporter.

                              ___ Fee _____
                              ___ Process _____
                              _X_ Dktd _____
                              ___ CtRmDep _____
                              ___ Doc. No. _____

Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Nancy F. Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

*Dismissal Order  LR42- DIS2*

A true copy
Attest
Clerk, U.S. ...
By _____
New Orleans, Louisiana
DEC 3  2009

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 03, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

            No. 09-31011,  Katrina Canal Breaches, et al
                    USDC No. 2:05-CV-4182
                    USDC No. 2:05-CV-4181
                    USDC No. 2:05-CV-4191
                    USDC No. 2:05-CV-4568
                    USDC No. 2:05-CV-5237
                    USDC No. 2:05-CV-6073
                    USDC No. 2:05-CV-6314
                    USDC No. 2:05-CV-6324
                    USDC No. 2:05-CV-6327
                    USDC No. 2:05-CV-6359
                    USDC No. 2:06-CV-0020
                    USDC No. 2:06-CV-1885
                    USDC No. 2:06-CV-225
                    USDC No. 2:06-CV-886
                    USDC No. 2:06-CV-11208
                    USDC No. 2:06-CV-02278
                    USDC No. 2:06-CV-02287
                    USDC No. 2:06-CV-02346
                    USDC No. 2:06-CV-02545
                    USDC No. 2:06-CV-03529
                    USDC No. 2:06-CV-04065
                    USDC No. 2:06-CV-04389
                    USDC No. 2:06-CV-04634
                    USDC No. 2:06-CV-04931
                    USDC No. 2:06-CV-05032
                    USDC No. 2:06-CV-05042
                    USDC No. 2:06-CV-05159
                    USDC No. 2:06-CV-05163
                    USDC No. 2:06-CV-05367
                    USDC No. 2:06-CV-05471
                    USDC No. 2:06-CV-05771
                    USDC No. 2:06-CV-05786
                    USDC No. 2:06-CV-05937
                    USDC No. 2:06-CV-07682
                    USDC No. 2:07-CV-00206
                    USDC No. 2:07-CV-00647
                    USDC No. 2:07-CV-00993
                    USDC No. 2:07-CV-01284
                    USDC No. 2:07-CV-01286
                    USDC No. 2:07-CV-01228
                    USDC No. 2:07-CV-01289

Enclosed is a copy of the judgment issued as the mandate.
(FOR ALL 3 NOTICES OF APPEAL FILED SEPTEMBER 17, 2009)

                                    CHARLES R. FULBRUGE III, Clerk

                                    By: _____
                                    Nancy F. Dolly, Deputy Clerk
                                    504-310-7683

cc: w/encl:
    Honorable Stanwood R. Duval Jr.
    Mr. Thomas P Anzelmo Sr.
    Mr. Harold J Gagnet Jr.
    Mr. Sessions Ault Hootsell III
    Mr. Ralph S Hubbard III
    Mr. Ben Louis Mayeaux
    Mr. Ashton R O'Dwyer Jr.
    Ms. Shirley D O'Dwyer
    Mr. Gary M Zwain

*Mandate Issued - MDT-1 (all)*