UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: "K" |
| PERTAINS TO:   INSURANCE | |
| WIGHTKIN (07-6614) | MAGISTRATE: 2 |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiffs, Joan Wightkin, wife of/and Donald Wightkin, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
HONORABLE STANWOOD R. DUVAL, JR.