UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION: 05-4182 "K" (2) |
| | * * | JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE 05-6323, 06-1672, 06-1673, 06-1674, 06-2919, 06-3996, 06-4385, 06-6145, 06-7557, 06-7771, 06-7909, 06-8150, 06-8274, 06-8674, 06-8885, 06-8892, 06-9096, 06-10852, 07-1015, 07-2747, 07-2748, 07-2749, 07-2750, 07-2751, 07-2752, 07-2754, 07-2755, 07-2756, 07-3396 | * * * * * * * * * * | MAGISTRATE JUDGE: JOSEPH C. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF WITHDRAWAL OF ATTORNEY

Please take notice that Kendra K. Hartman hereby withdraws as one of the counsel of record for Consolidated Defendants Allstate Insurance Company and Allstate Indemnity Company ("Consolidated Defendants") as she is no longer a member of Sonnenschein, Nath & Rosehthal, LLP, and wishes to be withdrawn from these matters and e-file notification. Please continue to serve all future documents on the remaining counsel of record for Consolidated Defendants.

148790

Dated: December 8, 2009

                                       Respectfully submitted,

                                       */s/ Judy Y. Barrasso*
                                       Judy Y. Barrasso, 2814
                                       BARRASSO USDIN KUPPERMAN
                                           FREEMAN & SARVER, L.L.C.
                                       909 Poydras Street, Suite 2400
                                       New Orleans, Louisiana  70112
                                       Telephone:  504/589-9700

                                       And

                                       */s/ Kendra K. Hartman*
                                       Richard Fenton
                                       Kendra K. Hartman
                                       Sonnenschein, Nath and Rosenthal, L.L.P.
                                       7800 Sears Tower
                                       233 South Wacker Drive
                                       Chicago, Illinois 60606

                                       *Attorneys for Consolidated Defendants*
                                       *Allstate Indemnity Company and Allstate*
                                       *Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 9th day of December, 2009.

                                                         */s/ Judy Y. Barrasso*

148790