UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE<br>05-6323, 06-1672, 06-1673, 06-1674, 06-2919,<br>06-3996, 06-4385, 06-6145, 06-7557, 06-7771,<br>06-7909, 06-8150, 06-8274, 06-8674, 06-8885,<br>06-8892, 06-9096, 06-10852, 07-1015, 07-2747,<br>07-2748, 07-2749, 07-2750, 07-2751, 07-2752,<br>07-2754, 07-2755, 07-2756, 07-3396 | CIVIL ACTION: 05-4182 "K" (2)<br><br>JUDGE: STANWOOD R. DUVAL<br><br>MAGISTRATE JUDGE:<br>JOSEPH C. WILKINSON |

## ORDER

Considering Consolidated Defendants Allstate Insurance Company and Allstate Indemnity Company ("Defendants"). Motion of Withdrawal of Attorney;

**IT IS ORDERED** that Kendra K. Hartman is hereby withdrawn as one of the counsel of record for Consolidated Defendants Allstate Insurance Company and Allstate Indemnity Company and removed from these matters and e-file notification. Service of all future documents will continue on the remaining counsel of record for Consolidated Defendants in this proceeding.

New Orleans, Louisiana this _____ day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

148790