UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Robinson v. United States*<br>C.A. No. 06-2268 | SECTION "K"(2) |

## ORDER

Having reviewed the Motion for New Trial, or, in the Alternative, Motion to Amend the Judgment (Doc. 19433) and the Request for Oral Argument accompanying same (Doc. 19434), the Court finds no need for oral argument. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 19434) is **DENIED**.

New Orleans, Louisiana, this  9th  day of December, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE