UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>    Abadie II, 07-5112<br>       Willie Denson<br>       John Hammurabi<br>       Merlin Ben<br>       Germaine & Dennis Nolan | JUDGE DUVAL<br>MAG. WILKINSON |

## ABADIE II SEVERANCE ORDER

The captioned Abadie II case was filed by Joseph M. Bruno on behalf of hundreds of plaintiffs against numerous defendants and consolidated with the Katrina Canal Breaches Consolidated Litigation. Although the various claims asserted in the case were misjoined, no severance order separating plaintiffs' individual claims was entered in these cases so that (a) the flood exclusion issue addressed in Sher v. Lafayette Ins. Co., 988 So. 2d 186 (La. 2008), and In re Katrina Canal Breaches Litig., 495 F.3d 191, 214 (5th Cir. 2007), could be resolved, and (b) mass settlement efforts could be undertaken.

Extensive settlement efforts concerning the numerous claims asserted in this case were undertaken and were overwhelmingly successful. However, on December 7, 2009, I conducted a conference during which plaintiffs Willie Denson, John Hammurabi, Merlin

Ben and Germaine and Dennis Nolan, their counsel and counsel for Louisiana Citizens, the defendant as to each of these four (4) claims, appeared. As to these four (4) individual claims, plaintiffs testified that no settlement of their claims has been reached. Accordingly, having conferred with Judge Duval, I conclude that these plaintiffs' individual claims against Louisiana Citizens in the above-referenced mass joinder case must be deconsolidated from the captioned case and severed from each other. Accordingly,

**IT IS ORDERED** that plaintiffs' counsel must, **no later than January 29, 2010**, file an individualized amended complaint for each plaintiff or set of related plaintiffs asserting claims as to particular property allegedly insured by Louisiana Citizens. This pleading shall be filed with the Clerk of Court on paper, not electronically. The caption of the amended complaint must contain only the plaintiff(s) and defendant that are the subject of that specific claim. It shall also be accompanied by a copy of the original complaint or Notice of Removal and a copy of this order. Upon filing, the Clerk will assign a new docket number and will allot the case at random among the district judges of the court, with each new case remaining assigned to Magistrate Judge Division (2). All pleadings regarding that claim shall thereafter bear the new title, docket number and section of the new case.

**IT IS FURTHER ORDERED** that plaintiffs shall serve the new amended complaint, a copy of the original complaint or Notice of Removal, and a copy of this order on opposing counsel.

The newly filed cases will proceed separately and will not be consolidated with the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), so that they may proceed to resolution independently.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice, pursuant to the previously issued orders.

New Orleans, Louisiana, this 9th day of December, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

3