UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>Abadie I, 06-5164<br>Abadie II, 07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Plaintiffs' counsel's Motion for Limited Reopening of Case, Record Doc. No. 19267, has been referred to me by Judge Duval "to conduct a status conference with counsel for the Louisiana Road Home (Dan Rees) and plaintiffs for the purpose of determining the ownership of the net settlement proceeds" as to plaintiff **Jacqueline Stephens**. Accordingly,

**IT IS ORDERED** that a conference in person is set in this matter before me on **JANUARY 11, 2010 at 2:00 p.m.** Plaintiff **Jacqueline Stephens** must appear in person to explain her position concerning the settlement obligations asserted against her by the Road Home program.

Plaintiffs' counsel, Joseph Bruno, or a representative of his office, and Dan Rees, counsel for the State of Louisiana Road Home program, must appear. A copy of the executed Road Home subrogation/assignment agreement must be presented to me by counsel at the conference.

**IT IS FURTHER ORDERED** that plaintiffs' counsel must serve a copy of this order on plaintiff and make good faith effort to assure plaintiff's appearance. However, plaintiff's execution of the necessary settlement consummation documentation prior to the hearing will make an appearance unnecessary.

New Orleans, Louisiana, this \_\_\_\_9th\_\_\_ day of December, 2009.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**