## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES *<br>CONSOLIDATED LITIGATION       *<br>                                                          *<br>PERTAINS TO:    INSURANCE        *<br>                      WIGHTKIN (07-6614) * | CIVIL ACTION NO.: 05-4182<br><br>JUDGE: "K"<br><br>MAGISTRATE: 2 |

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED that the claims herein of the plaintiffs, Joan Wightkin, wife of/and Donald Wightkin, be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 11th day of December, 2009.

Stanwood R. Duval, Jr.
United States District Judge