UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE    *Chehardy*, No. 06-1672<br>               *Chehardy*, No. 06-1673<br>               *Chehardy*, No. 06-1674 | |

## MOTION TO DISMISS WITH PREJUDICE

Defendant, Great Northern Insurance Company, on behalf of itself, the erroneously sued Chubb Custom Insurance Company (which did not issue an insurance policy to any class representative or named plaintiff in this case), the erroneously named Chubb Insurance Company (an entity that does not exist), and the erroneously sued Chubb Group of Insurance Companies and Chubb Group (both non-entities, incapable of being sued) (collectively "Great Northern") represents to this Court that Great Northern has settled all claims asserted by any class representative or named plaintiff against it. As such, Great Northern respectfully requests that this Court dismiss all claims against Great Northern with prejudice.

147594

- 2 -

**WHEREFORE,** Great Northern Insurance Company respectfully requests that this Court dismiss Great Northern from this action in its entirety.

Respectfully submitted:

/s/John W. Joyce
Steven W. Usdin, 7890
John W. Joyce, 27525
BARRASSO USDIN KUPPERMAN
      FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
susdin@barrassousdin.com
jjoyce@barrassousdin.com

*Attorneys for Great Northern Insurance Company*

### CERTIFICATE OF SERVICE

I certify that on December 14, 2009, I electronically filed the foregoing motion with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. There are no manual recipients.

/s/John W. Joyce