UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE   *Chehardy*, No. 06-1672<br>                      *Chehardy*, No. 06-1673<br>                      *Chehardy*, No. 06-1674 | |

### O R D E R

Considering the foregoing Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted against Great Northern Insurance Company, Chubb Custom Insurance Company, Chubb Insurance Company, Chubb Group, and Chubb Group of Insurance Companies, are **DISMISSED WITH PREJUDICE**, all parties to bear their own costs.

New Orleans, Louisiana, this ____ day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

147594