Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 1

Reference:
Taken from IPET Report, Volume V, Figure 14-29, Page V-14-32

Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 2

Reference:
Taken from IPET Report, Volume V, Figure 14-32, Page V-14-35

Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 3    <u>Note</u>: The detached portion of the sheep pile wall was partially buried during emergency repair work.

Reference:
Taken from ILIT Report, Figure 6.46, Page 6-58

Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 4

Reference:
https://ipet.wes.army.mil/Post-Katrina/Photographs/Lake Pontchartrain LA and Vicinity/
IHNC - Inner Harbor Navigation Canal/Photographs originals/IHNC-2005.10 (Oct) 06
Sills_Vroman/New Orleans_10_06 103.JPG

Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 5

Reference:
https://ipet.wes.army.mil/Post-Katrina/Photographs/Lake Pontchartrain LA and Vicinity/
IHNC - Inner Harbor Navigation Canal/Photographs originals/IHNC-2005.10 (Oct) 06
Sills_Vroman/New Orleans_10_06 102.JPG

Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 6

Referenced:
Provided by Mr. Ashton O'Dwyer

Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 7

Reference:
https://ipet.wes.army.mil/Post-Katrina/Photographs/LakePontchartrainLAand
Vicinity/9th Ward/Photographs originals/2005.10 (Oct) 04/P1010042.JPG

Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 8

Reference:
Photo courtesy of Hector Pazos.

Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 9

Reference:
Photo courtesy of Hector Pazos.

Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 10

Reference:
Photo courtesy of Hector Pazos.

Evaluation IHNC Floodwall
**Wiedemann & Wiedemann**
BARTLETT Project No. 1046



Figure 11

Reference:
"Bates No. LNA001110", furnished by Lafarge, North America.