H-4-29518

PLANS FOR

## LAKE PONTCHARTRAIN. LA.. AND VICINITY

## HURRICANE PROTECTION

ORLEANS PARISH. LOUISIANA

As Built DRAWING

# I. H. N. C. EAST AND WEST LEVEE AND CITRUS BACK LEVEE CAPPING FLOODWALL

NOTE:
DRAWINGS IN THIS FOLIO
HAVE BEEN REDUCED ONE
HALF THE ORIGINAL SCALE





**US Army Corps of Engineers**

New Orleans District

1983





Safety is a Part of Your Contract

(7)

12p

INNER HARBOR Navigation Canal

EAST   LEVEE

Levee and FLOOR Wall Capping

(4)

COVER OF 14 PAGES





No Cover Page
P. 11 of 16

