

TYPICAL WALL SECTION
STA 1−61S TO 56+18±
Scale: 3/4"=1'−0"

BARTLETT ENGINEERING
2617 EDENBORN AVE. SUITE D
METAIRIE, LA 70002-7047

GILBERT / WIEDERMANN
IHNC FLOODWALL & ING 4727 BARGE
REDRAW OF DWG. H−4−25157 Det.

DWG. No. 1046−01−0
Rev. DATE 5/28/08