UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson<br>(No. 6-2268) | |

### PLAINTIFFS' AND DEFENDANT'S JOINT MOTION FOR LEAVE TO FILE REPLY MEMORANDA

The parties respectfully request leave to file reply memoranda in support of their respective post-judgment motions (Plaintiffs' Motion for a New Trial or, in the Alternative, Motion to Amend the Judgment [Doc. No. 19433] and Defendant's Motion to Amend the Judgment or, in the Alternative, for a New Trial [Doc. No. 19457]).

The parties are compelled to file reply memoranda to address the various issue and arguments raised in each other's opposition memoranda.

Pursuant to Local Rule 7.3E, a proposed Order is provided.

Dated: December 18, 2009                                                                 Respectfully submitted,

| | |
|---|---|
| **U.S. Department of Justice** | **O'Donnell & Associates P.C.** |
| s/ Robin D. Smith | By: s/ Pierce O'Donnell |
| Robin Doyle Smith<br>Senior Trial Counsel<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>Benjamin Franklin Station, P.O. Box 888<br>Washington, D.C. 20044 | Pierce O'Donnell (*pro hac vice*)<br>550 S. Hope St., Suite 1000<br>Los Angeles, California 90071<br>Phone: (213) 347-0290<br>Fax: (213) 347-0298 |

(202) 616-4289 / (202) 616-5200 (Fax)
 Attorney for the Defendant United States

**Law Offices of Joseph M. Bruno**
By: s/ Joseph M. Bruno
Joseph M. Bruno (LSBA No. 3604)
Plaintiffs' Liaison Counsel
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**The Andry Law Firm, LLC**
By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

**Domengeaux Wright Roy & Edwards LLC**
By: s/ James P. Roy
Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
MR-GO PSLC Liaison Counsel
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile:  (337) 233-2796

**Fayard & Honeycutt**
Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile:  (225) 664-6925

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile:  (213) 481-1554

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile:  (225) 926-1202

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**
Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**
Elwood C. Stevens, Jr.  (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

Telephone: (985) 384-8611  
Facsimile:  (985) 385-4861  

**Michael C. Palmintier, A.P.L.C.**  
Michael C. Palmintier  
Joshua M. Palmintier  
618 Main Street  
Baton Rouge, LA  70801-1910  
Telephone:  (225) 344-3735  
Telefax:  (225) 336-1146  

Telephone: (504) 522-2304  
Facsimile:  (504) 528-9973  

**Cotchett, Pitre, Simon & McCarthy**  
Joseph W. Cotchett  (*pro hac vice*)  
840 Malcolm Road, Suite 200  
Burlingame, California 94010  
Telephone:  (650) 697-6000  
Facsimile:  (650) 697-0577  

**Law Office of Frank J. D'Amico, Jr. APLC**  
Frank J. D'Amico, Jr. (LSBA No. 17519)  
Richard M. Exnicios, Esq. (LSBA No. 25666)  
622 Baronne Street  
New Orleans, LA 70113  
Telephone: (504) 525-9561  
Fax: 504-525-9522  

**Robinson, Calcagnie & Robinson, Inc.**  
Mark Robinson (Cal State Bar No. 54426  
620 Newport Center Drive – 7th Floor  
Newport Beach, CA 92660  
1-888-701-1288  

**Baron & Budd, P.C.**  
Russell W. Budd  
Ann Saucer  
Thomas M. Sims  
3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219  
Telephone:  (214) 521-3605  
Fax: (214) 520-1181  

**Andry & Andry**  
Jay Andry  
Gilbert V. Andry  
Arthur Landry  
710 Carondelet Street  
New Orleans, LA  70130  
Telephone:  (504) 581-4334  
Fax:  (504) 586-0288  

**Carlton Dunlap Olinde & Moore**  
John B. Dunlap, III  
Richard P. Ieyoub  
One American Place, Suite 900  
301 Main Street  
Baton Rouge, LA  70825  
Telephone:  (225) 282-0600  
Telefax:  (225) 282-0650  

**The Dudenhefer Law Firm, L.L.C.**  
Frank C. Dudenhefer, Jr.  
601 Poydras Street, Suite 2655  
New Orleans, LA  70130  
Telephone:  (504) 616-5226  

**Dumas & Associates Law Firm, LLC**  
Walter C. Dumas  
Lawyer's Complex  
1261 Government Street  

**Glen J. Lerner & Associates**  
Glen J. Lerner  
4795 S. Durango Drive  
Las Vegas, NV  89147

P. O. Box 1366  Telephone: (702) 877-1500
Baton Rouge, LA  70821-1366  Telefax: (702) 968-7572
Telephone: (225) 383-4701
Telefax: (225) 383-4719

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on December 18, 2009, I caused to be served **PLAINTIFFS AND DEFENDANT'S JOINT MOTION FOR LEAVE TO FILE REPLY MEMORANDA**; and the proposed Order, upon Defendants' counsel, upon Defendants' counsel, Robin D. Smith, Keith Liddle, and Richard Stone by ECF and email at robin.doyle.smith@usdoj.gov, keith.liddle@usdoj.gov, and richard.stone@usdoj.gov.

/s/ Pierce O'Donnell