UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson<br>(No. 6-2268) | |

## **ORDER**

Having considered the parties Joint Motion for Leave to File Reply Memoranda, and for good cause shown, it is hereby ORDERED that the parties' Motion is hereby GRANTED. The parties may file Reply Memoranda, not to exceed 10 pages in length, due on or before December 23, 2009.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE