UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| **PERTAINS TO: BARGE** | * | |
| | * | SECTION "K" (2) |
| | * | |
| *Boutte v. Lafarge*          05-5531 | * | JUDGE |
| *Mumford v. Ingram*       05-5724 | * | STANWOOD R. DUVAL |
| *Lagarde v. Lafarge*        06-5342 | * | |
| *Perry v. Ingram*             06-6299 | * | MAGISTRATE |
| *Benoit v. Lafarge*          06-7516 | * | JOSEPH C. WILKINSON |
| *Parfait Family v. USA*   07-3500 | * | |
| *Lafarge v. USA*              07-5178 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' LODGING OF UNPUBLISHED AUTHORITIES IN OPPOSITION TO**

**LAFARGE NORTH AMERICA INC.'S MOTION TO EXCLUDE EXPERT**

**TESTIMONY BY HECTOR V. PAZOS, P.E.**

For the convenience of the Court, Plaintiffs hereby submit copies of the following unpublished authorities cited in support of their Opposition to Lafarge North America's Motion To Exclude Expert Testimony By Hector V. Pazos, P.E.:

**Cases**               **Citations**

1.  *Atl. Specialty Ins. Co. v. Gold Coast Devs., Inc.*, 2008 U.S. Dist. LEXIS 28744 (E.D.N.Y. Apr. 8, 2008);

2.  *Beker Shipping Co. v. Gramercy Fleet & Harbor Serv.*, 1986 U.S. Dist. LEXIS 17605 (E.D. La. Nov. 17, 1986);

1

| **Cases** | **Citations** |
|---|---|
| *3.* | *Biomet Orthopedics, Inc. v. Tact Med. Instruments, Inc*., 2004 U.S. Dist. LEXIS 30740 (N.D. Ind. Nov. 2, 2004); |
| *4.* | *Deville v. Comar Marine Corp.*, 2009 U.S. Dist. LEXIS 60018 (E.D. La. June 25, 2009); |
| *5.* | *Gaffney v. State Farm Fire & Cas. Co*., 2009 U.S. Dist. LEXIS 97976 (E.D. La. July 15, 2009); |
| *6.* | *In re Arosita Shipping Co*., 1996 U.S. Dist. LEXIS 8189 (E.D. La. 1996); |
| *7.* | *Jisa Farms, Inc. v. Farmland Indus*., 2001 U.S. Dist. LEXIS 26084 (D. Neb. June 8, 2001); |
| *8.* | *Johnson v. Big Lots Stores, Inc.*, 2008 U.S. Dist. LEXIS 35316 (E.D. La. Apr. 29, 2008); |
| *9.* | *Maravi v. United States*, 2008 U.S. Dist. LEXIS 54387 (W.D. La. July 11, 2008); |
| *10.* | *Scordill v. Louisville Ladder Group, LLC*, 2003 U.S. Dist. LEXIS 19052 (E.D. La. Oct. 23, 2003); |
| *11.* | *Tug Danielle M. Bouchard v. Oryx Energy Co.*, 2001 U.S. Dist. LEXIS 9164 (E.D. La. June 25, 2001); |
| *12.* | *Voth v. State Farm Fire & Cas. Ins. Co.*, 2009 U.S. Dist. LEXIS 18479 (E.D. La. Feb. 17, 2009); |
| *13.* | *Young v. American Reliable Ins. Co*., 1999 U.S. Dist. LEXIS 12353 (E.D. La. Aug. 6, 1999). |