UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*          08-4459 | * | JOSEPH C. WILKINSON, JR. |

**Notice of Manual Filing of Exhibit 1 to Lafarge North America Inc.'s Opposition to Plaintiffs' Motion to Exclude in Whole or in Part the Testimony of Robert Bea**

Due to size and bandwidth limitation which would prevent the upload of Exhibit 1, Report of Robert Bea, Lafarge North America, Inc. proffers by hand directly to this Court a hard copy of the exhibit.

LIBW/1726567.1

| | |
|---|---|
| Dated: December 18, 2009 | Respectfully submitted, |

                                          Robert B. Fisher, Jr., T.A. (#5587)
                                          Derek A. Walker (#13175)
                                          **CHAFFE MCCALL, L.L.P.**
                                          2300 Energy Centre
                                          1100 Poydras Street
                                          New Orleans, LA  70163-2300
                                          Telephone:  (504) 585-7000
                                          Facsimile:  (504) 585-7075
                                          Fisher@chaffe.com
                                          Walker@chaffe.com

                                          /s/ John D. Aldock
                                          John D. Aldock
                                          Richard M. Wyner
                                          Mark S. Raffman
                                          **GOODWIN PROCTER LLP**
                                          901 New York Avenue, N.W.
                                          Washington, DC  20001
                                          Telephone:  (202) 346-4240
                                          jaldock@goodwinprocter.com
                                          rwyner@goodwinprocter.com
                                          mraffman@goodwinprocter.com

                                          Daniel A. Webb (#13294)
                                          **SUTTERFIELD & WEBB, LLC**
                                          Poydras Center
                                          650 Poydras Street, Suite 2715
                                          New Orleans, LA  70130
                                          Telephone:  (504) 598-2715

                                          ***Attorneys for Lafarge North America Inc.***

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 18th day of December, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic notification.

                                               /s/ John D. Aldock