# EXHIBIT 5

Deposition of G. Paul Kemp

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  KATRINA CANAL    CIVIL ACTION

 5    BREACHES CONSOLIDATED

 6    LITIGATION              NO. 05-4182

 7                            And consolidated cases

 8

 9                            SECTION "K" (2)

10

11                            JUDGE DUVAL

12    PERTAINS TO:  BARGE

13                            MAG. WILKINSON

14    FILED IN:

15

16    Boutte v. Lafarge       05-5531

17    Mumford v. Ingram       05-5724

18    Lagarde v. Lafarge      06-5342

19    Perry v. Ingram         06-6299

20    Benoit v. Lafarge       06-7516

21    Parfait Family v. USA   07-3500

22    Lafarge v. USA          07-5178

23

24

25
```

**2**

1      VIDEOTAPED DEPOSITION OF G. PAUL KEMP
2                  WASHINGTON, D.C.
3              SEPTEMBER 24, 2009
4      The videotaped deposition of G. PAUL KEMP was
5      convened on Thursday, September 24, 2009,
6      commencing at 9:11 a.m., at the offices of          09:11:10
7      Goodwin Procter, 901 New York Avenue,               09:11:10
8      Washington, D.C., before Paula G. Satkin,           09:11:14
9      Registered Professional Reporter and Notary
10     Public.
11     Job No. 223960
12                 - - - - -
13
14
15
16
17
18
19
20
21
22
23
24
25

**4**

## C O N T E N T S

G. PAUL KEMP              EXAMINATION

BY MR. SEYMOUR..........................7
BY MR. CHUD...........................145
BY MR. SEYMOUR.......................149


AFTERNOON SESSION....................129

**3**

1          A P P E A R A N C E S
2
3      ON BEHALF OF THE BARGE PLAINTIFFS:
4          RICK SEYMOUR, ATTORNEY AT LAW          09:11:52
5          LAW OFFICES OF BRIAN A. GILBERT
6          821 Baronne Street
7          New Orleans, LA 70113
8          504.581.6180
9
10     ON BEHALF OF LAFARGE NORTH AMERICA, INC.:
11         ERIC GOLDBERG, ATTORNEY AT LAW          09:12:03
12         JOHN ALDOCK, ATTORNEY AT LAW
13         ADAM CHUD, ATTORNEY AT LAW
14         GOODWIN PROCTER, LLP
15         901 New York Avenue, N.W.
16         Washington, DC 20001
17         202.346.4000
18
19     ALSO PRESENT:
20         Mia Marbury, Videographer
21         Ezra Geggel, Paralegal
22
23
24
25

**5**

## E X H I B I T S

EXHIBIT NO:                    PAGE NO:

Exhibit Number 1.....................9
Exhibit Number 2...................51
Exhibit Number 3...................70
Exhibit Number 4...................74

**6**

```
           P R O C E E D I N G S
                              09:11:17
       THE VIDEOGRAPHER:  Good morning.   09:11:17
My name is Mia Marbury of Veritext.  The date   09:12:00
today is September 24, 2009.  The time on the   09:12:04
video screen is 9:11:57.                 09:12:07
       This deposition is being held in   09:12:11
the office of Goodwin Proctor, located at 901   09:12:12
New York Avenue, Northwest, Washington, D.C.   09:12:17
20001.                        09:12:20
       The caption of this case is In Re   09:12:21
Katrina Canal Breaches Consolidated Litigation   09:12:25
Pertaining to Barge.  Civil Action 05-4182, in   09:12:29
the United States District Court for the Eastern   09:12:35
District of Louisiana.               09:12:38
       The name of the witness is G. Paul   09:12:39
Kemp.                         09:12:42
       At this time the attorneys will   09:12:43
identify themselves and the parties they   09:12:43
represent, after which our court reporter, Paula   09:12:43
Satkin, of Veritext will swear in the witness   09:12:44
and we can proceed.               09:12:46
       MR. SEYMOUR:  I'm Richard Seymour   09:12:49
from Washington, D.C., representing the   09:12:52
Plaintiffs.                   09:12:54
```

**7**

```
       MR. CHUD:  Adam Chud from Goodwin   09:12:55
Proctor on behalf of Lefarge North America.  And   09:12:57
I'm joined today by John Aldock and Eric   09:13:02
Goldberg, also of Goodwin Proctor.        09:13:06
       MR. SEYMOUR:  And Mark Raffman.   09:13:07
       MR. CHUD:  A few other observers,   09:13:09
yes.                         09:13:11
       MR. SEYMOUR:  Is there anyone who   09:13:12
is connected in real time?            09:13:13
Whereupon--                   09:13:16

       GEORGE PAUL KEMP
a witness, called for examination, having been
first duly sworn, was examined and testified as
follows:
                              09:13:26
       MR. SEYMOUR:  Counsel, can I ask   09:13:26
whether Dr. Kemp is being presented as an expert   09:13:31
witness or as a lay witness?          09:13:35
       MR. CHUD:  He is being presented   09:13:37
as an expert witness and has submitted an expert   09:13:39
report.  I think that's the basis.        09:13:43
                              09:13:17
       EXAMINATION BY COUNSEL FOR PLAINTIFFS   09:13:17
                              09:13:45
```

**8**

```
BY MR. SEYMOUR:                   09:13:45
       Q.    Please state your name and   09:13:45
address.                      09:13:47
       A.    My name is George Paul Kemp and my   09:13:47
address is 633 Magnolia Wood Avenue, Baton   09:13:50
Rouge, Louisiana 70808.               09:13:55
       Q.    There are a few preliminaries we   09:13:58
need to go through at the beginning of the   09:14:01
deposition.  I understand you've testified   09:14:03
before, but it is a good idea to go through   09:14:05
them.                         09:14:08
       The court reporter has to take   09:14:08
down what you're saying and it is difficult if   09:14:10
we talk over each other, so I will try and wait   09:14:13
until you finish your answer and I would   09:14:17
appreciate it if you wait until I finish my   09:14:17
question before you start to answer.  Is that   09:14:21
all right?                    09:14:24
       A.    Agreed.               09:14:24
       Q.    The court reporter needs to hear   09:14:25
you articulate yes or no and not say things like   09:14:25
uh-huh or huh-uh, just for the clarity of the   09:14:27
record.  So will you try to use complete words?   09:14:29
       A.    I will.               09:14:32
       Q.    Thank you.               09:14:33
```

**9**

```
       Are you under the influence of any   09:14:33
medication, drug or alcohol that would interfere   09:14:35
with your ability to provide accurate testimony   09:14:38
today?                        09:14:40
       A.    No, I'm not.           09:14:40
       Q.    Is there anything that you're   09:14:41
aware of that would interfere with your ability   09:14:43
to provide accurate testimony today?        09:14:46
       A.    I'm not aware of anything.   09:14:47
       Q.    If I ask a question and you have   09:14:49
some question about the meaning of what I've   09:14:51
said, because it's ambiguous or because I may   09:14:54
have gotten some term wrong, will you please   09:14:58
stop me and ask for a clarification so that   09:15:01
we'll both understand what it is I'm asking and   09:15:03
what it is you're answering to?           09:15:06
       A.    I will.               09:15:08
       Q.    Good.                 09:15:12
       I ask the reporter to mark as   09:15:14
Exhibit 1 to the deposition a copy of July 31,   09:15:16
2009, expert report of G. Paul Kemp.        09:15:28
       (Kemp Exhibit Number 1 was marked   09:15:28
for identification.)               09:15:48
BY MR. SEYMOUR:                   09:15:48
       Q.    Is this your expert report in the   09:15:49
```

**10**

| | | |
|---|---|---|
| 1 | case? | 09:15:51 |
| 2 | A.   It is. | 09:15:51 |
| 3 | Q.   Does this document contain all of | 09:15:52 |
| 4 | the opinions you expect to testify to at trial? | 09:15:53 |
| 5 | A.   It does. | 09:15:58 |
| 6 | Q.   Are there any opinions that you | 09:15:58 |
| 7 | expect to testify to that are not in this | 09:16:00 |
| 8 | report? | 09:16:03 |
| 9 | A.   Not that I'm aware of. | 09:16:03 |
| 10 | Q.   When did you first become involved | 09:16:09 |
| 11 | as an expert in some litigation involving | 09:16:11 |
| 12 | Hurricane Katrina? | 09:16:14 |
| 13 | A.   In August of 2006. | 09:16:18 |
| 14 | Q.   What happened then? | 09:16:20 |
| 15 | A.   I finished up the work for the | 09:16:21 |
| 16 | State on the -- on the Team Louisiana report and | 09:16:24 |
| 17 | at that point I was contacted by attorneys for | 09:16:33 |
| 18 | the Plaintiffs and agreed to serve in an expert | 09:16:37 |
| 19 | witness capacity on the Robinson case. | 09:16:43 |
| 20 | Q.   There was no Robinson case at that | 09:16:45 |
| 21 | point; was there? | 09:16:48 |
| 22 | A.   There was a case.  I mean I was | 09:16:49 |
| 23 | contacted at that time. | 09:16:51 |
| 24 | Q.   Who contacted you? | 09:16:52 |
| 25 | A.   Well, I was contacted first by the | 09:16:54 |

**11**

| | | |
|---|---|---|
| 1 | Maples Group and that was for a slight -- it | 09:17:03 |
| 2 | wasn't the Robinson case, it was the Tommaseo | 09:17:07 |
| 3 | case.  And then later the Robinson people have | 09:17:11 |
| 4 | shortly thereafter contacted me. | 09:17:15 |
| 5 | I'm trying to remember it was, I | 09:17:17 |
| 6 | believe, John Andry, who is one of the lawyers | 09:17:20 |
| 7 | on the Robinson team, I believe, was the first | 09:17:25 |
| 8 | to contact me. | 09:17:28 |
| 9 | Q.   Was the first Katrina related case | 09:17:29 |
| 10 | you worked on the case involving the Mississippi | 09:17:32 |
| 11 | River Gulf Outlet? | 09:17:39 |
| 12 | A.   That's right. | 09:17:39 |
| 13 | Q.   And was that pending in the U.S. | 09:17:40 |
| 14 | District Court for the Eastern District of | 09:17:43 |
| 15 | Louisiana? | 09:17:45 |
| 16 | A.   That's correct.  We're expecting a | 09:17:45 |
| 17 | ruling at any time. | 09:17:48 |
| 18 | Q.   Later on you became involved in | 09:17:49 |
| 19 | the Robinson case? | 09:17:51 |
| 20 | A.   I'm sorry.  The case, as far as I | 09:17:53 |
| 21 | know, where we're expecting a ruling, that is | 09:17:54 |
| 22 | the Robinson case. | 09:17:57 |
| 23 | The Tommaseo case, I'm not sure | 09:17:59 |
| 24 | what the status of that is.  That's in the Court | 09:18:02 |
| 25 | of Claims. | 09:18:09 |

**12**

| | | |
|---|---|---|
| 1 | Q.   Is that called St. Bernard Parish | 09:18:09 |
| 2 | versus United States? | 09:18:15 |
| 3 | A.   I have never heard it called that. | 09:18:16 |
| 4 | To me it is the Tommaseo case. | 09:18:18 |
| 5 | Q.   Could you spell Tommaseo? | 09:18:20 |
| 6 | A.   T-O-M-M-A-S-E-O. | 09:18:22 |
| 7 | Q.   Do you know whether or not | 09:18:25 |
| 8 | St. Bernard Parish was a party to that case? | 09:18:27 |
| 9 | A.   I don't know, but I suspect they | 09:18:30 |
| 10 | were. | 09:18:32 |
| 11 | Q.   What attorney did you work with in | 09:18:33 |
| 12 | that case? | 09:18:35 |
| 13 | A.   I worked originally with Steven | 09:18:35 |
| 14 | Wiles and then more recently with Gerald Maples. | 09:18:38 |
| 15 | Q.   Did you provide testimony in that | 09:18:46 |
| 16 | case? | 09:18:49 |
| 17 | A.   I did a deposition in that case. | 09:18:52 |
| 18 | I don't recall ever submitting a report.  That | 09:18:57 |
| 19 | case in some ways is piggybacked on the Robinson | 09:19:01 |
| 20 | case, and so there's some agreement among the | 09:19:05 |
| 21 | attorneys.  All the reports that I provided are | 09:19:09 |
| 22 | through the Robinson case. | 09:19:12 |
| 23 | Q.   If you turn to the list of cases | 09:19:15 |
| 24 | you're involved in at the end of your report, I | 09:19:21 |
| 25 | believe it's the last page? | 09:19:25 |

**13**

| | | |
|---|---|---|
| 1 | A.   Okay. | 09:19:27 |
| 2 | Q.   Do you see the case involving | 09:19:30 |
| 3 | Tommaseo in the U.S. Court of Claims listed | 09:19:33 |
| 4 | here? | 09:19:37 |
| 5 | A.   Okay.  It's not listed there. | 09:19:40 |
| 6 | They are somewhat combined with the Robinson | 09:19:44 |
| 7 | case, but it probably should be there | 09:19:48 |
| 8 | separately. | 09:19:50 |
| 9 | Q.   Are there any other cases in which | 09:19:50 |
| 10 | you provided an affidavit, a declaration, a | 09:19:52 |
| 11 | deposition or courtroom testimony in the last | 09:19:59 |
| 12 | four years that are not listed on this last page | 09:20:01 |
| 13 | of your report? | 09:20:04 |
| 14 | A.   With the exception of that | 09:20:05 |
| 15 | Tommaseo case, they're all here. | 09:20:08 |
| 16 | Q.   And you were contacted in | 09:20:14 |
| 17 | August 2006 about being an expert witness.  Had | 09:20:27 |
| 18 | you had any contact with any of the lawyers in | 09:20:32 |
| 19 | the cases that later became the ones involving | 09:20:34 |
| 20 | the Mississippi River Gulf Outlet, the Robinson | 09:20:37 |
| 21 | case, or the Tommaseo case, prior to | 09:20:41 |
| 22 | August 2006? | 09:20:44 |
| 23 | A.   No, I didn't.  Prior to that I was | 09:20:44 |
| 24 | working as part of the State forensic's team and | 09:20:48 |
| 25 | I didn't feel like it was appropriate.  I was | 09:20:51 |

**14**

1　being guided by the Attorney General then so it　09:20:55
2　was only after that work was done that I　09:20:59
3　responded.  I was contacted by many people, but.　09:21:03
4　　　Q.　You were contacted while you were　09:21:06
5　working on the Team Louisiana project?　09:21:08
6　　　A.　I was contacted everything after　09:21:11
7　Katrina.  All the time I was contacted.  So I　09:21:14
8　don't have any -- I don't have any record of how　09:21:22
9　many times I was contacted by whom.　09:21:26
10　　　Q.　Were you contacted while you were　09:21:28
11　still working on the Team Louisiana project by　09:21:30
12　any of the attorneys that you know to have been　09:21:33
13　later involved in the Mississippi -- then or　09:21:35
14　later involved in the Mississippi River Gulf　09:21:38
15　Outlet case, the Robinson case, or the Tommaseo　09:21:41
16　case?　09:21:44
17　　　A.　Well, I didn't respond to anyone　09:21:45
18　until after I had finished writing the report,　09:21:50
19　so I may have been -- received phone calls, but　09:21:53
20　I don't -- I didn't make any note of it.　09:21:57
21　　　Q.　Did you receive e-mails?　09:22:00
22　　　A.　Not that I'm aware of.　09:22:03
23　　　Q.　Did you receive anything in　09:22:05
24　writing, any letters from any of these?　09:22:07
25　　　A.　No.　09:22:10

**15**

1　　　Q.　Let me finish my question please.　09:22:11
2　　　　From any of these lawyers you know　09:22:13
3　to be involved in the Mississippi River Gulf　09:22:16
4　Outlet case, the Robinson case, or the Tommaseo　09:22:18
5　case?　09:22:21
6　　　A.　No, I didn't.　09:22:21
7　　　Q.　In August 2006 were you contacted　09:22:23
8　by an attorney or did you contact an attorney　09:22:25
9　since you were now free to work as an expert?　09:22:28
10　　　A.　I never contacted anyone.  They　09:22:31
11　all contacted me.　09:22:34
12　　　Q.　They beat a path to your door.　09:22:35
13　All right.　09:22:39
14　　　　What happened in this conversation　09:22:43
15　in August 2006?　09:22:45
16　　　MR. CHUD:  Objection.　09:22:47
17　BY MR. SEYMOUR:　09:22:49
18　　　Q.　Please answer.　09:22:50
19　　　MR. CHUD:  You can answer.　09:22:51
20　　　THE WITNESS:  Okay.  I believe at　09:22:53
21　that time we were -- they contacted -- I　09:22:55
22　think -- the first contact was through Gerald　09:23:00
23　Maples and Steven Wiles.  They contacted me.  I　09:23:04
24　was a professor at LSU and I walked them through　09:23:10
25　the findings of the State forensic report.  At　09:23:13

**16**

1　that time I think they were contemplating what　09:23:22
2　they were going to do.  I just gave them sort of　09:23:27
3　a tutorial what had happened.　09:23:30
4　BY MR. SEYMOUR:　09:23:32
5　　　Q.　What do you call the State　09:23:32
6　forensic report?　09:23:36
7　　　A.　That's the Team Louisiana report.　09:23:36
8　　　Q.　Why do you use the word forensics?　09:23:38
9　　　A.　That's what the Department of　09:23:41
10　Transportation people called it.  Similarly,　09:23:45
11　they called the IPET report, Interagency　09:23:46
12　Performance Evaluation Team report, this is the　09:23:53
13　Corps of Engineers commissioned investigation of　09:23:56
14　the levee failures.  They called that a forensic　09:23:59
15　report, also.  And the other one that most　09:24:06
16　people refer to is the what they call the　09:24:09
17　Berkeley report or the ILET, Independent Levee　09:24:13
18　Investigation Team report.  All those three are　09:24:20
19　generally referred to as forensic reports when　09:24:22
20　people are talking about Katrina.　09:24:25
21　　　Q.　Who refers to them as forensics　09:24:28
22　reports?　09:24:31
23　　　A.　I suppose it's sort of kind of a　09:24:31
24　common parlance.  These are the only reports in　09:24:33
25　which independent investigations were made.  The　09:24:36

**17**

1　rest of the reports are all derivative type　09:24:39
2　reports.　09:24:42
3　　　Q.　Do you regard the expert witness　09:24:47
4　reports in this lawsuit as forensic reports?　09:24:50
5　　　MR. CHUD:  Objection.　09:24:54
6　　　THE WITNESS:  I have not seen them　09:24:54
7　that way, but surely they are a continuation of　09:24:55
8　the work that we did in Team Louisiana.　09:24:59
9　BY MR. SEYMOUR:　09:25:03
10　　　Q.　Do you regard the expert reports　09:25:04
11　for Lafarge to be forensic reports?　09:25:05
12　　　MR. CHUD:  Objection, vague as to　09:25:10
13　which reports you're referring to.　09:25:11
14　　　You can answer.　09:25:13
15　　　THE WITNESS:  I haven't seen any　09:25:14
16　reports in that case.　09:25:16
17　BY MR. SEYMOUR:　09:25:17
18　　　Q.　You have not seen any report but　09:25:17
19　your own in this lawsuit?　09:25:19
20　　　A.　That's right.　09:25:20
21　　　Q.　Have you seen any report but your　09:25:21
22　own in the Robinson case?　09:25:23
23　　　A.　I did see reports from the　09:25:24
24　other -- from the Government side in that case　09:25:27
25　and I also saw other experts reports.  I saw a　09:25:30

**18**

1  profusion of reports in that case.        09:25:35
2      Q.   Have you seen any reports by       09:25:37
3  Dr. Bea in the Robinson case?          09:25:40
4      A.   I have indeed.             09:25:42
5      Q.   Do you consider Dr. Bea's reports   09:25:43
6  to be forensic reports?              09:25:47
7      A.   Dr. Bea is truly a forensic       09:25:48
8  engineer, so his reports probably hue the   09:25:51
9  closest to what would be a forensic's report  09:25:54
10  from an engineering perspective.        09:25:59
11      Q.   What is forensics engineering?     09:26:00
12      A.   That's the investigation of what   09:26:03
13  went wrong and how an accident can be prevented  09:26:06
14  in the future, in layman's terms.        09:26:09
15      Q.   Are you aware of whether there is   09:26:13
16  any licensing classification within the State of  09:26:15
17  Louisiana for forensics engineers?       09:26:18
18      A.   I'm not aware.  I not an engineer,   09:26:21
19  also.                      09:26:26
20      Q.   Have you seen any of the        09:26:26
21  Plaintiffs' reports in this lawsuit?       09:26:28
22      A.   I have not seen anything in this   09:26:30
23  lawsuit.                    09:26:32
24      Q.   Do you know of any reason why the   09:26:37
25  Plaintiffs' expert reports in this case would be  09:26:41

**19**

1  less worthy of being called forensic reports   09:26:43
2  than the reports for the defendant?       09:26:46
3      MR. CHUD:  Objection, calls for       09:26:48
4  speculation.                  09:26:49
5      THE WITNESS:  I don't.          09:26:50
6  BY MR. SEYMOUR:                 09:26:55
7      Q.   Okay.  What were you asked to do   09:26:55
8  in August 2006?                09:26:57
9      MR. CHUD:  Objection.          09:26:58
10      THE WITNESS:  Okay.  In         09:27:00
11  August 2006 I was asked to -- well, I was asked  09:27:03
12  to serve as an expert witness.         09:27:11
13  BY MR. SEYMOUR:                 09:27:14
14      Q.   To do what?             09:27:14
15      MR. CHUD:  Objection.          09:27:15
16      THE WITNESS:  I was asked to serve   09:27:16
17  as an expert witness as an oceanographer and   09:27:18
18  coastal geologist with reference to the effects  09:27:22
19  of the Mississippi River Gulf Outlet on flooding  09:27:26
20  on eastern side of New Orleans.        09:27:34
21  BY MR. SEYMOUR:                 09:27:37
22      Q.   Did any part of what you were     09:27:37
23  asked to do involve the causation of any of the  09:27:39
24  levee breaches?                09:27:43
25      MR. CHUD:  Objection, vague.       09:27:44

**20**

1      THE WITNESS:  Okay.  The -- in the    09:27:45
2  Robinson case, which is the one where most of   09:27:49
3  the original work was done, there was a     09:27:52
4  partitioning of tasks.  My task was oceanography  09:27:56
5  and basically getting the water and the waves up  09:28:01
6  to a point where Dr. Bea would take over on the  09:28:06
7  causative mechanisms of failure.  So there was a  09:28:10
8  hand-off point from my work to his.       09:28:13
9  BY MR. SEYMOUR:                 09:28:17
10      Q.   Would it be fair to say that your   09:28:18
11  work did not involve the cause of any of the   09:28:19
12  levee breaches?                09:28:22
13      MR. CHUD:  Objection, vague.       09:28:23
14      THE WITNESS:  My work was in the    09:28:23
15  train of analytical work that led up to Dr. Bea  09:28:27
16  making those kind of opinions.         09:28:31
17  BY MR. SEYMOUR:                 09:28:36
18      Q.   You yourself did not do any work   09:28:36
19  involving the levee breaches -- the cause of the  09:28:38
20  levee breaches; is that correct?        09:28:41
21      MR. CHUD:  Objection.          09:28:43
22      THE WITNESS:  Well, I would say in   09:28:43
23  some ways everything we did was about that, but  09:28:44
24  if you're asking about the precipitating     09:28:47
25  mechanisms and, you know, wind, turf liftoffs,  09:28:49

**21**

1  that kind of thing, that was Dr. Bea's work.   09:28:56
2  BY MR. SEYMOUR:                 09:29:04
3      Q.   If you turn to page 6 of        09:29:04
4  Exhibit 1, that states that you were to be paid  09:29:16
5  $300 per hour.  Which case was that in?     09:29:20
6      A.   That's in this Robinson case in   09:29:23
7  the Robinson case.  I was also paid $300 an hour  09:29:30
8  in the Tommaseo case, although I have done very  09:29:35
9  little work for that, and I am being paid $300   09:29:38
10  right now.                   09:29:44
11      Q.   How much were you paid in the case  09:29:44
12  involving the Mississippi River Gulf Outlet in  09:29:46
13  the Eastern District of Louisiana.  If you're   09:29:49
14  thinking of that as the Robinson case, that's   09:29:53
15  the question.                 09:29:55
16      A.   That was approximately $250,000.   09:29:55
17      Q.   How much were you paid in the     09:30:01
18  Tommaseo case?                 09:30:03
19      A.   I'm trying to recollect, but     09:30:03
20  probably about $8,000, something like that.    09:30:05
21      Q.   And how much have you been paid by  09:30:09
22  Lafarge or its attorneys?            09:30:12
23      A.   I have not submitted a bill to    09:30:14
24  Lafarge at this point.  I imagine it will be in  09:30:16
25  the order of between five and $10,000.     09:30:20

**6 (Pages 18 to 21)**

**22**

Q.   Do you know how many hours you    09:30:23
spent on this particular case?    09:30:25
A.   Are you talking about the Lafarge    09:30:27
case?    09:30:29
Q.   This.    09:30:33
A.   I'm guessing at this point about    09:30:37
13 hours, something like that.    09:30:39
Q.   Is that an estimate?    09:30:40
A.   That an estimate.  Because -- I    09:30:42
know that before I got here it was around ten    09:30:44
hours, something like that.    09:30:48
Q.   When were you first contacted    09:30:52
about becoming an expert witness in the case    09:30:54
against Lafarge?    09:30:58
A.   It was, you know, that's hard for    09:31:01
me to say.  This effort in some ways flows out    09:31:08
of the Robinson effort.  There was a time when I    09:31:16
became aware this was a separate thing and I was    09:31:19
being asked to work on it and I signed a -- at    09:31:22
the request of the lead attorneys on the    09:31:25
Robinson case I signed an agreement to also    09:31:30
serve in this case, and I'm guessing that was    09:31:34
maybe a year ago.  Perhaps not even that long    09:31:38
ago.    09:31:44
Q.   You mentioned that you did so at    09:31:45

**23**

the request of the lead attorneys in the    09:31:49
Robinson case.  Can you explain that?    09:31:50
A.   Well, this is a very complex    09:31:52
arrangement that these attorneys have that I    09:31:55
don't understand very much.    09:31:57
Q.   Just tell me what you understand?    09:31:59
A.   My understanding is that they had    09:32:02
reached some kind of agreement and that our    09:32:04
attorneys considered this to be inherent to my    09:32:07
duties as an expert witness in the Robinson    09:32:11
case.    09:32:14
Q.   When you say "our attorneys" which    09:32:14
set of attorneys are you referring to?    09:32:16
A.   I'm talking about the attorneys    09:32:19
for the Plaintiffs in the Robinson case.    09:32:20
Q.   And they considered your work in    09:32:22
this case to be inherent to what you were    09:32:24
already doing for them in the Robinson case?    09:32:29
A.   That's correct, since it involved    09:32:32
many of the same analyses.    09:32:33
Q.   Who was the attorney who gave you    09:32:35
that understanding?    09:32:38
A.   Joe Bruno of Bruno & Bruno in New    09:32:39
Orleans.    09:32:44
Q.   And that would be approximately    09:32:44

**24**

August or September of 2008?    09:32:47
A.   That's one thing I didn't check    09:32:51
before I came here, when I actually signed that    09:32:53
agreement.  It was in the midst of many other    09:32:55
things and I don't recall -- I suspect that    09:33:00
these gentlemen here probably have a copy of the    09:33:03
agreement.    09:33:06
Q.   Were you given any explanation as    09:33:07
to why your involvement as an expert in this    09:33:10
case would be inherent to your being an expert    09:33:13
in the Robinson case?    09:33:16
A.   I have been working with the    09:33:17
attorneys on Robinson for some time and there    09:33:19
are aspects of this case that I don't understand    09:33:25
because they involve lawyers and so on, and when    09:33:28
they tell me that I take it at face value.    09:33:32
Q.   Did they give you any explanation    09:33:38
though?    09:33:42
A.   They said this work -- because,    09:33:42
obviously, I've been approached by many other    09:33:44
groups and I have not, you know, have not agreed    09:33:48
to serve, and so in this case they said we have    09:33:53
an arrangement here and we want you to do this.    09:33:58
Q.   Did Mr. Bruno or anyone in his    09:34:02
firm or anyone else who's counsel in the    09:34:07

**25**

Robinson case speak to you about the case that    09:34:10
you call the Tommaseo case in the Court of    09:34:12
Claims?    09:34:16
A.   I have had probably a few very    09:34:16
brief conversations about that, yes.    09:34:20
Q.   What happened in those    09:34:22
conversations?    09:34:23
A.   They -- because I was originally    09:34:24
talking to the Tommaseo lawyers when the    09:34:29
Robinson people came to me there was some    09:34:32
discussions among them about how I could work in    09:34:36
both cases.  And I don't know where that really    09:34:41
stands at this point.    09:34:45
Essentially the same oceanographic    09:34:53
issues were involved in both cases.    09:34:57
Q.   Who were the principal    09:35:00
investigators who were part of the Team    09:35:03
Louisiana effort?    09:35:06
A.   I included a list of them in my    09:35:07
report.  And if you don't mind we can, for the    09:35:11
sake of my memory, we can -- there's a table, I    09:35:17
believe.    09:35:21
Q.   Could you please direct me to that    09:35:25
table?    09:35:27
A.   I'm now searching for it.  It    09:35:28

**26**

1  would have been pretty close to the beginning, I    09:35:31
2  think. Team Louisiana report, the discussion    09:35:36
3  starts on page 6.    09:35:39
4      MR. GOLDBERG: Page 25.    09:35:58
5      THE WITNESS: Is it page 25?    09:35:59
6      MR. CHUD: Uh-huh.    09:36:01
7      THE WITNESS: Okay. This is a    09:36:03
8  complete listing of the team. These are the    09:36:05
9  authors of the Team Louisiana report.    09:36:08
10  BY MR. SEYMOUR:    09:36:19
11      Q.   Ten people, all totaled?    09:36:20
12      A.   That's right. And, really, the    09:36:24
13  last three on the bottom are technicians. The    09:36:26
14  main principal authors are on the top there,    09:36:34
15  those eight or seven is it? Seven.    09:36:41
16      Q.   Who is the director of the effort?    09:36:47
17      A.   That was Dr. van Heerden.    09:36:49
18      Q.   On page 6 of your report you refer    09:36:54
19  to it as a consensus report -- excuse me, that's    09:36:57
20  page 7. How did you reach consensus?    09:37:02
21      A.   We -- we reached consensus since    09:37:05
22  we had only seven of us in a pretty informal    09:37:09
23  way. I drafted all of the sections of the    09:37:16
24  report and did that, went through extensive    09:37:21
25  reviews with the experts that were most    09:37:28

**27**

1  knowledgeable about each section and then at the    09:37:33
2  end everyone reviewed the whole report and then,    09:37:37
3  of course, it went through an extensive review    09:37:41
4  inside the State Government. So I am not a    09:37:44
5  geotechnical engineer. This report includes a    09:37:49
6  lot of geotechnical work, but that was carefully    09:37:52
7  reviewed by our geotechnical experts.    09:37:58
8      Q.   What parts of the report did    09:38:05
9  you -- draft report did you review principally    09:38:07
10  with Dr. van Heerden?    09:38:11
11      A.   Dr. van Heerden was the overall    09:38:13
12  director of the effort and so all parts of the    09:38:17
13  report were reviewed with him. And I should say    09:38:19
14  everyone reviewed the entire report.    09:38:23
15      Q.   Who was principally responsible --    09:38:25
16  what was Dr. Mashriqui responsible for?    09:38:28
17      A.   Dr. Mashriqui worked very closely    09:38:32
18  with me. He is a hydraulic engineer and we    09:38:35
19  worked on the oceanography. That was our    09:38:39
20  primary effort. He's also a hydrodynamic    09:38:43
21  modeler, so the ADCIRC modeling. We used the    09:38:51
22  advanced circulation model and Dr. Mashriqui was    09:39:01
23  responsible for the hands-on running of the    09:39:06
24  model.    09:39:09
25      Q.   For the sake of the record, does    09:39:14

**28**

1  that normally go by the letters A-D-C-R-I-C?    09:39:16
2      A.   Yes. ADCIRC is a contraction of    09:39:20
3  advanced circulation, ADCIRC.    09:39:25
4      Q.   What was Dr. Sharma's    09:39:28
5  responsibility?    09:39:31
6      A.   Dr. Sharma is a geotechnical    09:39:31
7  engineer. There were -- you will find that all    09:39:34
8  of the forensic reports, and I refer primarily    09:39:38
9  to the Berkeley report and the Corps of    09:39:41
10  Engineers reports, are very heavy on    09:39:45
11  geotechnical engineers because there were a lot    09:39:47
12  of issues about foundations and design of levees    09:39:50
13  and flood wall structures. And so Dr. Sharma is    09:39:56
14  a geotechnical engineer at LSU. We actually had    09:40:00
15  several geotechnical engineers.    09:40:06
16      Q.   What was Mr. Prochaska's area of    09:40:06
17  responsibility in the study?    09:40:13
18      A.   Mr. Prochaska is a very    09:40:15
19  experienced geotechnical -- practicing    09:40:17
20  geotechnical engineer in the New Orleans area    09:40:19
21  who had built many flood protection structures    09:40:23
22  in that area.    09:40:28
23      Q.   Did he have any special    09:40:31
24  responsibility for any part of the report other    09:40:33
25  than geotechnical engineering?    09:40:35

**29**

1      A.   No, sir, other than reviewing the    09:40:39
2  overall -- everyone reviewed the entire report    09:40:42
3  and, believe me, even though these people had    09:40:47
4  specialties, they were quite good reviewers for    09:40:50
5  some -- I mean in some ways they made the    09:40:53
6  oceanography easier to understand for everyone    09:40:55
7  else because they would not -- they were not    09:41:00
8  satisfied with it unless they understood it.    09:41:04
9      Q.   What was the area of Dr. -- I'm    09:41:06
10  not sure whether you pronounce his name.    09:41:10
11  Capozzoli?    09:41:13
12      A.   Dr. Louis Capozzoli is probably    09:41:16
13  the best known geotechnical engineer in South    09:41:20
14  Louisiana.    09:41:24
15      Q.   Did he have special responsibility    09:41:24
16  for any part of the report other than    09:41:26
17  geotechnical engineering?    09:41:28
18      A.   I would say that his involvement    09:41:30
19  was very similar to that of Mr. Prochaska.    09:41:32
20  Mr. Prochaska actually did a lot of independent    09:41:42
21  analyses. Mr. Capozzoli was more reviewing some    09:41:46
22  of that work.    09:41:56
23      Q.   And, again, I have to apologize,    09:41:57
24  but I'm not sure how to pronounce the name of    09:41:59
25  the next person. Art T-H-E-I-S?    09:42:03

A. Art Theis. Art Theis, when the 09:42:06
State of Louisiana had a Department of Public 09:42:13
Works, Art Theis was the director of that 09:42:15
department. 09:42:18

Remember, there are historical 09:42:21
aspects to this analysis. Mr. Theis was 09:42:23
involved in many of the early interactions 09:42:28
between the State and the Corps when the 09:42:31
post-Betsy flood control system was being 09:42:37
initiated. 09:42:40

Q. Was he responsible for the 09:42:46
history? 09:42:51

A. He provided a very good historical 09:42:52
lens. Of course, he's also very competent as a 09:42:54
technical person, too. He had actually built 09:42:58
many of the State levees that were involved in 09:43:01
the New Orleans areas. 09:43:04

Q. And what was Mr. Binselam's area 09:43:06
of responsibility? 09:43:13

A. These are -- we are now getting 09:43:15
into the technicians. Ahmet Binselam, is a, 09:43:16
he's, I would say, an IT specialist managing 09:43:27
databases. He did a lot of the work with datums 09:43:33
and elevations. Remember, there was a lot of 09:43:42
confusion about elevations in this area. Ahmet 09:43:49

has probably the best understanding of datums 09:43:55
and elevations and projections for the spacial 09:43:59
analysis. 09:44:05

Q. The next assistant or technician 09:44:06
you have listed is a Kate Streva or Streva, I'm 09:44:09
not sure which? 09:44:17

A. Kate Streva. Kate Streva was a 09:44:18
research associate who worked very closely with 09:44:21
Dr. van Heerden. In the Team Louisiana report 09:44:25
there are a number of appendices. She was 09:44:28
responsible for one of the appendices that dealt 09:44:33
with stopped clocks. 09:44:36

Q. Did she have any special 09:44:39
responsibility other than that? 09:44:42

A. Well, she had sort of an 09:44:42
overall -- she worked closely with Dr. van 09:44:49
Heerden to make sure that all the pieces of the 09:44:55
study came together. 09:44:57

Q. And Ezra Boyd is the last person 09:44:59
mentioned. Did he have an area of special 09:45:03
responsibility? 09:45:06

A. Again, if you look at the 09:45:07
appendices he was a graduate student at that 09:45:09
time and there was an analysis of casualties and 09:45:12
where deaths occurred and how that was related 09:45:18

to flooding, and so that was his specialty. 09:45:23

Q. Did any of these people have any 09:45:31
special responsibility for looking at the role 09:45:34
of the Barge ING 4727 as a possible cause of 09:45:38
either the north breach or the south breach of 09:45:44
the east wall of the Inner Harbor Navigational 09:45:48
Canal? 09:45:53

A. No, I wouldn't say so. We include 09:45:53
mention of the Barge in the Team Louisiana 09:45:56
report and we gave it in that report some 09:45:58
attention. 09:46:05

Q. But no one had a special 09:46:10
responsibility for that? 09:46:13

A. No. 09:46:13

Q. Did any of the people listed on 09:46:14
page 25 do any work, to your knowledge, in any 09:46:17
of the litigation involving Katrina? 09:46:22

A. Dr. van Heerden was involved in 09:46:25
the Robinson case. Not as a testifying witness, 09:46:30
but as -- he supported some of the work that I 09:46:32
did. We -- we brought in a pretty extensive 09:46:36
team of hydraulic engineers from the Netherlands 09:46:48
to work on that case and Dr. van Heerden was 09:46:54
instrumental in some of the -- finding those 09:46:57
experts and setting up the arrangements under 09:47:00

which we would work with Delft and the various 09:47:03
companies associated with Delft hydraulics. 09:47:11

Q. Was he paid separately from you? 09:47:15

A. He was. 09:47:18

Dr. Mashriqui did not work on the 09:47:19
Robinson case in any way. Dr. Sharma did not. 09:47:21
Billy Prochaska did not. Lou Capozzoli did not. 09:47:27
Art Theis did not. 09:47:34

Ahmet Binselam did do some work 09:47:36
for Dr. van Heerden. He works for Dr. van 09:47:40
Heerden or did work for Dr. van Heerden. 09:47:44

Kate Streva had left the 09:47:47
university and Ezra Boyd, I know, has graduated. 09:47:49
I'm not aware that they did any work on this 09:47:53
case. 09:47:56

Q. What were you paid for your work 09:47:58
on Team Louisiana? 09:48:00

A. I was paid through a contract to 09:48:01
the LSU Hurricane Center. I was not paid 09:48:06
anything beyond my normal salary. It was just 09:48:11
one of many things I was working on. 09:48:16

Q. Do you recall about what 09:48:19
proportion of your time you spent on the Team 09:48:22
Louisiana effort? 09:48:25

MR. CHUD: Objection, vague as to 09:48:27

34

1  time.                                09:48:28
2      THE WITNESS:  What percentage of   09:48:28
3  my time?  There was a time when it invaded  09:48:30
4  almost every waking moment.  I noticed in my  09:48:35
5  Robinson testimony that I said around 2300 hours  09:48:40
6  prior to working on the Robinson case.  So -- of  09:48:47
7  course, I was involved prior to the storm in the  09:48:53
8  forecasting work that we were doing for the  09:48:56
9  Emergency Operation Center.  And then  09:48:59
10  subsequently there was -- we were really the  09:49:03
11  first field team in, and so that was -- you  09:49:06
12  know, that was all the time for about a month  09:49:14
13  and a half.                          09:49:17
14      And then it was the involvement   09:49:20
15  with the analyses.  And then this writing took  09:49:23
16  an awful long time.  I -- so that's where I came  09:49:29
17  up with that number, 2300 hours.     09:49:35
18  BY MR. SEYMOUR:                      09:49:39
19      Q.   Is it fair to say that the Team  09:49:39
20  Louisiana effort was actually for the Louisiana  09:49:42
21  Department of Transportation?        09:49:44
22      A.   That -- the contract -- and I  09:49:46
23  think it's in the beginning of the Team  09:49:49
24  Louisiana report explains about the contract  09:49:53
25  from the Secretary of Department of  09:49:56

35

1  Transportation and development.  That's how the  09:50:01
2  contract was let.                    09:50:05
3      Q.   Did the Secretary of the Louisiana  09:50:08
4  Department of Transportation give any  09:50:12
5  explanation of any particular interest they had  09:50:14
6  on the topics you were studying?     09:50:17
7      MR. CHUD:  Objection, vague.      09:50:17
8      THE WITNESS:  I believe we detail  09:50:20
9  in the Team Louisiana report what the questions  09:50:21
10  were that he presented to us.  And I would,  09:50:23
11  rather than relying on my memory I would rather  09:50:26
12  look at that and see what he said.   09:50:31
13      There may be also a letter there  09:50:33
14  from the Secretary that explains it pretty  09:50:38
15  clearly.                             09:50:41
16      There was at that time some -- the  09:50:41
17  Secretary of the Department of Transportation  09:50:45
18  was also working closely with the -- with the  09:50:49
19  Louisiana Justice Department there, the Attorney  09:50:53
20  General's office, and I never quite understood  09:50:57
21  all the details of what was going on, but I  09:51:02
22  think there was some sense that the State might  09:51:05
23  have to -- might have to sue the Federal  09:51:08
24  Government or something like that, because when  09:51:12
25  I was asked to serve on the IPET, the  09:51:14

36

1  Interagency Performance Evaluation Team, I was  09:51:18
2  told by a lawyer at the Attorney General's  09:51:24
3  office that I could not that and that -- that  09:51:27
4  was one reason I ended up working with the  09:51:32
5  Plaintiffs was because I could not -- I could  09:51:34
6  not work on the -- I mean I needed an outlet to  09:51:38
7  continue the investigations because we didn't  09:51:44
8  answer all the questions, so that was -- that  09:51:46
9  was the one that was available to me.  09:51:49
10  BY MR. SEYMOUR:                      09:51:51
11      Q.   Did you understand that the Team  09:51:51
12  Louisiana report was going to be used in  09:51:54
13  litigation?                          09:51:56
14      A.   I didn't understand that, but I  09:51:57
15  always -- and, of course, when we prepared it it  09:51:59
16  was just going to be a public document.  We  09:52:03
17  understood that there were aspects -- by that  09:52:06
18  time we could see that the Corps was skirting  09:52:09
19  around certain issues in their forensics work,  09:52:13
20  and the Berkeley people were quite aware of the  09:52:18
21  limitations of the IPET work, and we were more  09:52:25
22  oriented towards the oceanography as opposed to  09:52:33
23  the geotechnical aspect.  And so we probably  09:52:36
24  were more interested in the role of the MRGO,  09:52:43
25  the Mississippi River Gulf Outlet, than any of  09:52:49

37

1  the other forensics group.  I forget what the  09:52:55
2  question was exactly.                09:52:59
3      Q.   You said we were more interested  09:53:00
4  in oceanography a moment ago.  Who is "we"?  09:53:03
5      A.   I would say -- and partly that's  09:53:06
6  my interest and have Dr. van Heerden's interest.  09:53:08
7  We thought that had not been given sufficient  09:53:16
8  attention to the Corps effort.  The Berkley  09:53:20
9  group agreed with us, but they didn't have the  09:53:28
10  expertise, really, to get into that.  So we were  09:53:31
11  really doing the more advanced hydrodynamic work  09:53:33
12  of all three groups.                 09:53:37
13      Q.   You had a geoengineering part of  09:53:39
14  your report and you had geoengineering experts  09:53:42
15  that were part of Team Louisiana.  Did that  09:53:45
16  group interact with the Independent Levee  09:53:47
17  Investigation Team, geotechnical engineerings?  09:53:51
18      A.   That's correct.  We had a lot of  09:53:53
19  interaction with what we called the NSF team,  09:53:55
20  National Science Foundation or the Berkeley  09:53:59
21  team, it had several names, and so we worked  09:54:02
22  pretty extensively with them.  After -- at some  09:54:06
23  point -- initially we worked with everybody.  I  09:54:10
24  mean we were taking the Corps investigators  09:54:13
25  around and showing them things, but at some  09:54:17

10  (Pages 34 to 37)

**38**

| | |
|---|---|
| 1 | point we ended up going our own way, 09:54:21 |
| 2 | essentially, but the group that we did continue 09:54:26 |
| 3 | to work with was the Berkeley group. 09:54:28 |
| 4 | Q.   Would that be Dr. Bea? 09:54:31 |
| 5 | A.   Dr. Bea and Ray Seed and Pete 09:54:33 |
| 6 | Nicholson.  There was a whole group of them. 09:54:38 |
| 7 | The ILIT report, I believe, is still available 09:54:41 |
| 8 | on the Internet, ILIT. 09:54:44 |
| 9 | Q.   Did you have any interaction with 09:54:50 |
| 10 | the Interagency Performance Evaluation Team? 09:54:52 |
| 11 | MR. CHUD:  Objection, vague as to 09:54:56 |
| 12 | time. 09:54:57 |
| 13 | THE WITNESS:  Okay.  I did have 09:54:58 |
| 14 | some interaction with them and I was asked to 09:54:59 |
| 15 | join them.  I was invited to their kick-off 09:55:06 |
| 16 | meeting and then I worked with them extensively 09:55:10 |
| 17 | on mapping the surge elevations outside the 09:55:17 |
| 18 | levee system. 09:55:20 |
| 19 | I thought it would be -- because 09:55:22 |
| 20 | that was a -- doing that mapping was something 09:55:26 |
| 21 | that had to happen quickly because the marks 09:55:30 |
| 22 | were disappearing quickly and being disturbed, I 09:55:33 |
| 23 | thought it was important that there be no 09:55:36 |
| 24 | disagreement about how high the water got.  And, 09:55:38 |
| 25 | in fact, there wasn't, because of that have 09:55:42 |

**39**

| | |
|---|---|
| 1 | effort. 09:55:45 |
| 2 | BY MR. SEYMOUR: 09:55:45 |
| 3 | Q.   Let me clear up a few things for 09:55:45 |
| 4 | the record. 09:55:47 |
| 5 | What are the marks you're 09:55:48 |
| 6 | referring to? 09:55:49 |
| 7 | A.   I'm talking about -- remember, 09:55:50 |
| 8 | during Katrina there was no continuous recording 09:55:53 |
| 9 | gauge anywhere in the area that survived the 09:55:56 |
| 10 | storm.  Okay.  So we have no complete records 09:55:59 |
| 11 | other than hourly notations made by the lock 09:56:01 |
| 12 | keeper at the south end of the Industrial Canal 09:56:06 |
| 13 | about the -- about water elevations. 09:56:10 |
| 14 | So the maximum elevation 09:56:12 |
| 15 | information that we have is derived primarily 09:56:16 |
| 16 | from high watermark -- surveyed high watermarks. 09:56:19 |
| 17 | And I formed a team to find these high 09:56:26 |
| 18 | watermarks and document their occurrence, and 09:56:31 |
| 19 | then I worked -- and then we would have a survey 09:56:37 |
| 20 | team follow us and survey them in.  It was, you 09:56:41 |
| 21 | know, initially it was kind of a small group 09:56:47 |
| 22 | doing this and then later the group got bigger 09:56:49 |
| 23 | and bigger.  And so in the end there was no 09:56:52 |
| 24 | disagreement about how high the water got.  But 09:56:56 |
| 25 | that could have been a very, very problematic 09:56:59 |

**40**

| | |
|---|---|
| 1 | area if -- because there was no good gauge data, 09:57:04 |
| 2 | if we didn't have agreement about how high the 09:57:09 |
| 3 | water got in each area, that would be something 09:57:12 |
| 4 | we would be arguing about ten years from now. 09:57:14 |
| 5 | It was something that was easy to nail down but 09:57:18 |
| 6 | it required everybody seeing -- seeing and 09:57:21 |
| 7 | saying, yeah, that's it, and the surveyors come 09:57:25 |
| 8 | in and that's how it was. 09:57:29 |
| 9 | Q.   What was the timeframe when the 09:57:30 |
| 10 | surveying took place? 09:57:32 |
| 11 | A.   This is all -- in the first month. 09:57:33 |
| 12 | Mostly it was before Rita came in because Rita 09:57:37 |
| 13 | also caused a new set of high watermarks and 09:57:41 |
| 14 | disturbed the old ones, but in some places we 09:57:45 |
| 15 | were able to continue through mid October. 09:57:48 |
| 16 | Q.   Did you do any surveying of high 09:57:50 |
| 17 | watermarks in the Lower Ninth Ward? 09:57:53 |
| 18 | A.   I actually didn't.  I wasn't very 09:57:56 |
| 19 | interested in how the water went inside the 09:57:59 |
| 20 | buildings in the Lower Ninth Ward, but our team 09:58:03 |
| 21 | did collect some information there.  Most of our 09:58:07 |
| 22 | surveys was outside the levee system. 09:58:10 |
| 23 | Q.   When you say outside the levee 09:58:15 |
| 24 | system, do you mean outside the area that was 09:58:18 |
| 25 | intended to be protected by the levees? 09:58:21 |

**41**

| | |
|---|---|
| 1 | A.   That's a good way to put it.  We 09:58:23 |
| 2 | would call it the unprotected area. 09:58:27 |
| 3 | Q.   Did your team do any surveying in 09:58:32 |
| 4 | parts of the St. Bernard parish that were west 09:58:34 |
| 5 | of Paris Road? 09:58:39 |
| 6 | A.   I took some measurements out there 09:58:40 |
| 7 | and some of our team took more than I did, but 09:58:43 |
| 8 | there were a lot of surveyors working in that 09:58:46 |
| 9 | area and we had access to that data.  Like I 09:58:50 |
| 10 | said, our main concern was documenting the surge 09:58:56 |
| 11 | elevations outside the levee system.  I'm 09:58:59 |
| 12 | talking about the -- when I was working with the 09:59:01 |
| 13 | Hurricane Center we were looking at validating 09:59:04 |
| 14 | our model results and things like that.  So what 09:59:08 |
| 15 | happened inside, yes, it's interesting, but it's 09:59:11 |
| 16 | not germane to our initial focus on the surge. 09:59:16 |
| 17 | Q.   When were you asked to join the 09:59:24 |
| 18 | Interagency Performance Evaluation Team? 09:59:27 |
| 19 | A.   Well, it was in maybe the first 09:59:31 |
| 20 | week in October, something like that. 09:59:33 |
| 21 | Q.   Of 2005? 09:59:35 |
| 22 | A.   2005.  But I was already working 09:59:36 |
| 23 | with Corps investigators by that time. 09:59:43 |
| 24 | Q.   There's got to be a fair amount of 09:59:47 |
| 25 | handshaking that goes on? 09:59:49 |

**42**

1  A.  Actually, I feel proudest about  09:59:51
2  that because, you know, there's been all kinds  09:59:54
3  of legal wrangling sense, but the idea of how  09:59:56
4  high the surge got where has never been  10:00:02
5  questioned.  10:00:05
6  Q.  Did Team Louisiana provide a draft  10:00:07
7  of its report to any of the other teams before  10:00:11
8  it was issued to the public?  10:00:14
9  A.  Okay.  This was a Louisiana State  10:00:16
10  Government report, so we were compelled to  10:00:22
11  submit it to the Secretary.  The Secretary then  10:00:25
12  distributed it through the departments of the  10:00:29
13  State and the Governor's office, and it was a  10:00:33
14  long time before it was issued.  It was not  10:00:38
15  issued until April or May of 2007.  There were  10:00:43
16  requests for clarification and rewrites of some  10:00:48
17  sections, so it was undergoing revision, but  10:00:57
18  that was mostly inside State Government.  At the  10:00:59
19  department they have experts there in the  10:01:03
20  Department of Natural Resources and so on.  I  10:01:07
21  don't know whether they brought in additional  10:01:10
22  people to look at it or not but, you know, it  10:01:12
23  got a pretty thorough going over inside State  10:01:16
24  Government.  10:01:20
25  Q.  Was a copy of the draft provided  10:01:20

**43**

1  to the Independent Levee Investigation Team  10:01:24
2  which you call the Berkeley group or anybody  10:01:28
3  within that group before it was released to the  10:01:31
4  public?  10:01:34
5  MR. CHUD:  Objection, vague.  10:01:34
6  THE WITNESS:  Okay.  Okay.  10:01:35
7  Remember, by this time IPET had already issued  10:01:36
8  its report and ILET had already issued its  10:01:40
9  report.  So mostly we were using their reports  10:01:45
10  in our formulation.  We were relying on -- it  10:01:48
11  was not the other way around.  Now, was there  10:01:50
12  discussion?  Yes, there was discussion.  10:01:52
13  BY MR. SEYMOUR:  10:01:55
14  Q.  Was there discussion about a draft  10:01:56
15  you had with these other teams?  10:01:57
16  A.  No, not really.  It was more about  10:02:01
17  still hashing out what did you mean by this.  If  10:02:04
18  I say this does that comport with -- that KIND  10:02:09
19  of thing.  They had done a lot of independent  10:02:12
20  analyses that we hadn't on some areas.  And they  10:02:15
21  had already issued their report, so it was  10:02:18
22  public already.  10:02:21
23  Q.  Did the State of Louisiana request  10:02:21
24  any rewrite of any sections having to do with  10:02:23
25  the failures of the east wall of the Inner  10:02:26

**44**

1  Harbor Navigational Canal, the north breach or  10:02:33
2  the south breach?  10:02:35
3  A.  To my knowledge, no.  I think it  10:02:36
4  was more -- and really the technical aspects, I  10:02:40
5  don't think there was much revision there.  It  10:02:43
6  was more about tone and recommendations, things  10:02:45
7  like that.  10:02:51
8  Q.  On page 7 of your report in the  10:02:57
9  second full paragraph you state, "each of these  10:03:01
10  investigations independently attributed to the  10:03:04
11  cause of the IHNC breaches, the failure  10:03:09
12  mechanisms that did not require a collision by a  10:03:13
13  barge."  Whose phrase IS that?  10:03:16
14  A.  This is my report.  That's my  10:03:19
15  phrase.  10:03:22
16  Q.  That's your phrase.  10:03:23
17  Were you surprised to see a  10:03:25
18  similar phrase used in the Independent Levee  10:03:27
19  Investigation Team report?  10:03:31
20  MR. CHUD:  Objection.  10:03:31
21  THE WITNESS:  Great minds think  10:03:32
22  alike.  I've read their report, although it's  10:03:36
23  sometime ago.  It's quite possible that when I  10:03:39
24  wrote this I had some subliminal memory of that,  10:03:42
25  but I certainly did not refer to it when I wrote  10:03:46

**45**

1  this in July of this year.  I think it's -- if  10:03:49
2  you're trying to be careful about how you state  10:03:55
3  things, I think you would come to the same kind  10:03:58
4  of language.  10:04:01
5  BY MR. SEYMOUR:  10:04:03
6  Q.  Is it fair to say that that  10:04:03
7  sentence means that you can conceive of the  10:04:04
8  north breach and the south breach occurring if  10:04:11
9  the barge had never gotten loose?  10:04:15
10  A.  Actually, that's the way we  10:04:18
11  conceive of it, yes.  10:04:21
12  Q.  Is there anything in your report  10:04:23
13  that precludes the barge as a cause of the north  10:04:30
14  and south breaches?  10:04:36
15  MR. CHUD:  When you say "your  10:04:37
16  report" are you referring to Team Louisiana or  10:04:38
17  Exhibit 1?  10:04:41
18  MR. SEYMOUR:  I'm referring to his  10:04:42
19  report, Exhibit 1.  10:04:44
20  THE WITNESS:  That precludes it.  10:04:45
21  So.  10:04:46
22  BY MR. SEYMOUR:  10:04:47
23  Q.  You're saying it's possible that  10:04:47
24  the breach occurred without any involvement by  10:04:49
25  the barge, but does your report preclude any  10:04:53

**46**

1  involvement by the barge in causing the north or          10:04:56
2  the south breaches?          10:04:59
3          MR. CHUD:  Objection.          10:05:00
4          THE WITNESS:  Okay.  My opinion          10:05:01
5  is, as I've stated here, that -- I mean it's          10:05:02
6  possible to bring in all sorts of causes.          10:05:07
7          My opinion was that, as I think is          10:05:12
8  echoed by most of the other forensic reports,          10:05:15
9  that these breaches were caused by over topping          10:05:19
10  and in some cases under seepage.  So that -- the          10:05:24
11  failure mechanisms there do not require a, you          10:05:32
12  know, precipitation by an impact by a barge.          10:05:39
13          We state in our report in Team          10:05:43
14  Louisiana, and I remember crawling all over the          10:05:46
15  rebar and the cap, the concrete cap on the wall,          10:05:48
16  we state very clearly that we think the barge          10:05:53
17  clipped the side of the breach on the south side          10:05:57
18  of the south breach as it went through the          10:06:01
19  breach.  That's a lot different from causing the          10:06:05
20  breach.  And, of course, there were at least          10:06:10
21  tens of barges that did go through breaches in          10:06:16
22  other places, and this struck us as just another          10:06:19
23  one of those.          10:06:22
24  BY MR. SEYMOUR:          10:06:27
25          Q.   Did you perform any forensic          10:06:28

**47**

1  investigation of whether the barge contributed          10:06:30
2  to the collapse of either the flood wall at the          10:06:33
3  north breach or the flood wall at the south          10:06:36
4  breach?          10:06:40
5          MR. CHUD:  Objection.          10:06:40
6          THE WITNESS:  I did not.          10:06:41
7          MR. CHUD:  Are you referring to          10:06:42
8  him personally or Team Louisiana?          10:06:44
9          MR. SEYMOUR:  His report.          10:06:46
10          MR. CHUD:  Exhibit 1?          10:06:48
11          MR. SEYMOUR:  Yes.          10:06:49
12          THE WITNESS:  I did not conduct          10:06:49
13  any forensic investigation of that.  I am not          10:06:51
14  qualified to do that.          10:06:54
15  BY MR. SEYMOUR:          10:06:55
16          Q.   Please explain.          10:06:56
17          A.   I'm sorry?          10:06:56
18          Q.   Please explain.          10:06:57
19          A.   My qualifications are as an          10:06:58
20  oceanographer and coastal geologist.  I'm not a          10:07:00
21  marine accident reconstruction expert or a          10:07:05
22  salvage expert.  When we were looking at that          10:07:08
23  breach there were salvage experts around and          10:07:11
24  they were talking to Dr. van Heerden, but I          10:07:14
25  actually did not talk to them.          10:07:18

**48**

1          Q.   Did Team Louisiana perform a          10:07:20
2  forensic investigation as to whether the barge          10:07:23
3  was a contributing cause of the collapse of the          10:07:28
4  flood wall at the north breach or the south          10:07:34
5  breach?          10:07:38
6          MR. CHUD:  Objection, vague, as to          10:07:38
7  forensic investigation as a contributing cause.          10:07:40
8          THE WITNESS:  I think there is the          10:07:45
9  some total consensus opinion of Team Louisiana          10:07:46
10  is contained in one paragraph.  I'm thinking          10:07:50
11  it's page 68 or 69, something like that.          10:07:53
12          I do not encourage you to read any          10:07:58
13  more into that than what's there.  We did not          10:08:01
14  conduct a detailed forensic investigation of the          10:08:04
15  role of the barge.          10:08:08
16  BY MR. SEYMOUR:          10:08:12
17          Q.   Would it surprise you to hear that          10:08:13
18  Dr. Mosher, who is the person responsible for          10:08:15
19  Volume 5 of IPET report would testify that the          10:08:19
20  Interagency Performance Evaluation Team also did          10:08:23
21  not conduct a forensic investigation whether the          10:08:27
22  barge helped to cause the north or south breach?          10:08:31
23          MR. CHUD:  Objection.          10:08:34
24  Mischaracterizes the testimony.  Are you going          10:08:38
25  to show him that transcript or are you just          10:08:40

**49**

1  characterizing?          10:08:43
2  BY MR. SEYMOUR:          10:08:43
3          Q.   Please answer my question.          10:08:43
4          A.   I'm not aware of any investigation          10:08:45
5  that identified the barge as an important          10:08:47
6  precipitating factor.          10:08:49
7          Q.   That's not my question.          10:08:50
8          My question was would you be          10:08:51
9  surprised at Dr. Mosher's testimony that IPET          10:08:54
10  did not perform a forensic investigation as to          10:08:59
11  whether the barge was cause of the north or          10:09:05
12  south breach?          10:09:07
13          MR. CHUD:  Same objection.          10:09:08
14          THE WITNESS:  It would not          10:09:10
15  surprise me that Dr. Mosher, who is a          10:09:11
16  geotechnical engineer, did not perform that          10:09:14
17  analysis.  That would not be very much in his          10:09:17
18  field.          10:09:21
19  BY MR. SEYMOUR:          10:09:21
20          Q.   For the third time.          10:09:21
21          Would it surprise you to learn          10:09:22
22  that Dr. Mosher testified that IPET did not          10:09:24
23  perform a forensic investigation in the roll of          10:09:27
24  barge causing the north or south breach?          10:09:33
25          MR. CHUD:  Objection.          10:09:36

50

1   THE WITNESS:  Okay.  I would take   10:09:37
2   issue with Dr. Mosher, although he should know   10:09:38
3   better since he was the primary author.  I know   10:09:42
4   that there were some appendices in which there   10:09:45
5   were some analyses of the potential bore drift a   10:09:48
6   floating barge in the canal.  That, to my way of   10:09:51
7   thinking does not rise to the level of forensics   10:09:55
8   investigation, but there was some analysis that   10:09:58
9   I'm aware of in the IPET report.   10:10:01
10  BY MR. SEYMOUR:   10:10:05
11      Q.   Are you referring to Appendix 17   10:10:05
12  in Volume 4 of the IPET report?  Does that   10:10:08
13  strike a cord of recollection?   10:10:12
14      A.   I can't name the -- there was a   10:10:13
15  time when I could, but right now I can't.  That   10:10:15
16  may be right.   10:10:17
17      Q.   There's a lot of paper in this   10:10:18
18  matter; isn't there?   10:10:21
19      A.   At one time I was probably the   10:10:22
20  leading expert on where to find things, but my   10:10:24
21  memory is not as good anymore.   10:10:27
22      MR. SEYMOUR:  Ask the reporter to   10:10:56
23  mark as Exhibit 2 to the deposition a   10:10:57
24  February 12, 2007, letter signed by Dr. van   10:11:01
25  Heerden, Dr. Kemp, Dr. Mashriqui, Mr. Prochaska,   10:11:11

51

1   Dr. Capozzoli, Mr. Theis, Dr. Sharma,   10:11:16
2   Ms. Streva, Mr. Boyd, and Mr. Binselam to the   10:11:22
3   Honorable Johnny Bradberry, Secretary of   10:11:27
4   Louisiana Department of Transportation,   10:11:31
5   submitting the final report for Team Louisiana.   10:11:33
6       (Kemp Exhibit Number 2 was marked   10:11:33
7   for identification.)   10:11:57
8   BY MR. SEYMOUR:   10:11:57
9       Q.   Please look at the document for a   10:11:58
10  moment and state whether that in fact is the   10:11:59
11  letter of transmittal and whether that in fact   10:12:02
12  is the final report of Team Louisiana?   10:12:05
13      A.   Okay.  This appears to be the   10:12:26
14  transmittal letter and the final report, absent   10:12:28
15  some appendices.  Not that it's important,   10:12:31
16  necessarily, I'm just saying there were   10:12:37
17  appendices to the report that appear not to be   10:12:39
18  attached here.   10:12:43
19      Q.   Is there a list of appendices in   10:12:46
20  the Team Louisiana report that we can refer to?   10:12:50
21      A.   There is on -- right before the   10:12:57
22  Executive Summary, so this would be behind the   10:13:04
23  title page.   10:13:10
24      Q.   I see.  Appendices 1 through 9   10:13:11
25  listed there?   10:13:16

52

1   A.   I assure you I don't think there's   10:13:17
2   anything in there that would be of great   10:13:19
3   interest, but it's there.   10:13:21
4       MR. CHUD:  Mr. Seymour, would you   10:13:42
5   like to take a short break?  We've been going   10:13:46
6   for about an hour.   10:13:49
7       MR. SEYMOUR:  It's close to an   10:13:49
8   hour.  Why don't we take a break right now.   10:13:49
9       MR. CHUD:  Thank you.   10:13:50
10      THE VIDEOGRAPHER:  Here marks the   10:13:50
11  end of videotape number one, taken in the   10:13:52
12  deposition of Mr. G. Paul Kemp.   10:13:54
13      Going off the record.  The time on   10:13:58
14  the video screen is 10:13:48.   10:13:59
15      (A brief recess was taken.)   10:14:03
16      THE VIDEOGRAPHER:  Going -- here   10:23:20
17  begins videotape number two, taken in the   10:23:29
18  deposition of Mr. G. Paul Kemp.   10:23:32
19      Going back on the record.  The   10:23:35
20  time on the video screen is 10:23:28.  Please   10:23:37
21  continue.   10:23:41
22  BY MR. SEYMOUR:   10:23:42
23      Q.   Just before we broke, Dr. Kemp, we   10:23:42
24  were taking a look at the appendices to the Team   10:23:45
25  Louisiana report and to your -- you are correct,   10:23:49

53

1   there are appendices we don't have there.  I   10:23:51
2   found them on my machine, a different version of   10:23:54
3   the thing, and we have approximately --   10:23:57
4   somewhere between 80 and 100 pages worth of   10:24:03
5   appendices.  Do any of those appendices have to   10:24:08
6   do with the barge?   10:24:13
7       A.   None.   10:24:14
8       Q.   Is the text of the report from the   10:24:14
9   cover through page 222 that is in Exhibit 2 the   10:24:17
10  actual final text of the Team Louisiana report?   10:24:23
11      A.   As far as I can tell.  From   10:24:28
12  glancing at it, I believe so.   10:24:29
13      Q.   I'm sure you can't check every   10:24:31
14  word and punctuation mark.   10:24:34
15      A.   It looks very familiar.   10:24:36
16      Q.   Okay.  In the Executive Summary,   10:24:38
17  which is in unpaginated small Roman numeral i,   10:24:43
18  you see in the first sentence the statement that   10:24:51
19  the commission from the Louisiana Department of   10:24:53
20  Transportation and Development was to, "to   10:24:56
21  assemble a team of Louisiana based academic and   10:25:00
22  private sector experts to, 'collect forensic   10:25:03
23  data related to the failure of the levee systems   10:25:09
24  around greater New Orleans,' that occurred   10:25:09
25  during passage of Hurricane Katrina on the   10:25:13

14  (Pages 50 to 53)

54

1  morning of 29 August 2005." Did I read that      10:25:17
2  correctly?                              10:25:20
3        A.   You did.               10:25:21
4        Q.   Then if you turn to the page,       10:25:23
5  small Roman numeral iii of the report, there are   10:25:26
6  five questions that are set out and then later    10:25:35
7  on in the Executive Summary you provide answers   10:25:40
8  to those.                           10:25:42
9             Are those the questions the State   10:25:43
10  of Louisiana asked this project team to answer?   10:25:46
11        MR. CHUD:  Objection to the form.      10:25:49
12        THE WITNESS:  Actually, those were     10:25:52
13  the team's formulation of the charge that we     10:25:55
14  had.  And I'm trying to see whether there was     10:25:59
15  a -- in the charge from Secretary Bradberry, I    10:26:07
16  guess one of them was that he saw a need for an   10:26:16
17  official State sponsored initiative because none  10:26:19
18  of the other investigative teams included       10:26:27
19  Louisiana scientists and engineers.          10:26:30
20  BY MR. SEYMOUR:                        10:26:32
21        Q.   There were none involved in any of  10:26:33
22  them?                              10:26:34
23        A.   Just about.  I'm trying to think   10:26:35
24  of, you know, how many -- I don't think so.      10:26:37
25  Almost all of the experts that were used by IPET  10:26:44

55

1  and by ILET were from elsewhere.           10:26:49
2             Also, there was a sense that      10:27:00
3  because the Department of Transportation       10:27:02
4  Development is the State co-sponsor of all these  10:27:04
5  flood protection projects through the State     10:27:08
6  levee boards that it was important that a State   10:27:11
7  historical perspective be there.  So the       10:27:16
8  Secretary then asked us to come up with the     10:27:24
9  questions that we thought were the right ones to  10:27:26
10  answer, and these are the ones we came up with.   10:27:29
11             If I might, I will also say I was   10:27:58
12  not the leader of this effort and so some of     10:28:01
13  that kind of discussion may have gone on with    10:28:04
14  Dr. van Heerden and Secretary Bradberry that I   10:28:07
15  was not privy to.  I was recruited as a member   10:28:12
16  of the team and then subsequently I wrote it, so  10:28:16
17  I had to capture the flavor of that, but Dr. van  10:28:19
18  Heerden would be much better able to say exactly  10:28:25
19  what the Secretary asked him to do.          10:28:28
20        Q.   Did this report come up with a set  10:28:35
21  of recommendations for the future?          10:28:37
22        A.   It did indeed.           10:28:39
23        Q.   Was that one of the major purposes  10:28:40
24  of the project?                     10:28:42
25        A.   Actually, that was the -- the     10:28:43

56

1  Secretary, and there was a letter in some      10:28:46
2  versions of this that is actually the        10:28:50
3  Secretary's letter back to the team.  It's not   10:28:53
4  in this, but the Secretary said we want this     10:28:56
5  investigation done and you can make         10:29:01
6  recommendations.  We are not endorsing the     10:29:07
7  recommendations, necessarily.  So those        10:29:09
8  recommendations are from our team, not the     10:29:11
9  recommendations of the State of Louisiana.  He   10:29:14
10  was careful to distinguish that.           10:29:16
11        Q.   Was it a major part of the study   10:29:18
12  to examine the history of the creation of the    10:29:22
13  flood protection system around New Orleans?     10:29:26
14        A.   That was a very important part of  10:29:29
15  the work and, as I mentioned, the State had a    10:29:30
16  role in that and none of the other         10:29:36
17  investigations were really competent to work on  10:29:40
18  those things.  So that was an important part of  10:29:44
19  this report was to look at that history from --  10:29:48
20  at least get the input of people from the State  10:29:52
21  side on that.                       10:29:59
22        Q.   Was any part of the mandate of the  10:30:00
23  project team to investigate the actions of third  10:30:03
24  parties, neither the State nor the Federal     10:30:06
25  Government, that may have contributed to any     10:30:09

57

1  flood wall collapse?                  10:30:12
2        MR. CHUD:  Objection, vague and to     10:30:14
3  the form.                          10:30:16
4        THE WITNESS:  We -- there was       10:30:16
5  no -- at this time it was just about finding out  10:30:18
6  what happened.  There was no notion of         10:30:20
7  third-parties.  We kind of wrote it however we   10:30:28
8  saw it, and it really wasn't designed to point   10:30:30
9  one way or the other.  I mean, we can find      10:30:36
10  probably many, many parties that have some role  10:30:42
11  in this, but that wasn't our purpose.        10:30:45
12  BY MR. SEYMOUR:                        10:30:48
13        Q.   Was your purpose principally to    10:30:48
14  look at what the Federal Government had done?    10:30:51
15        A.   Our purpose was really to look at  10:30:55
16  what caused the disaster.  And since this was a  10:30:58
17  federal flood protection system, since this was  10:31:02
18  a Federal navigation channel, obviously there    10:31:05
19  were a lot of Federal components, but remember   10:31:10
20  almost all of those things have a State       10:31:13
21  involvement through cost sharing, through      10:31:16
22  partnership.  So -- and here we're working for   10:31:17
23  the Department of Transportation Development.    10:31:22
24  That is the State cost sharing partner on all    10:31:25
25  these flood control and navigation projects.    10:31:29

58

```
 1        Q.   Please turn to page 50 of the      10:31:33
 2   report.                                      10:31:40
 3        MR. CHUD:  Just so we're clear,         10:31:47
 4   this is Exhibit 2?                           10:31:48
 5        MR. SEYMOUR:  Yes.                      10:31:50
 6        THE WITNESS:  I'm there.                10:31:52
 7   BY MR. SEYMOUR:                              10:31:53
 8        Q.   Okay.  This -- if you want to      10:31:59
 9   familiarize yourself with where this is in   10:32:01
10   report, is it fair to say that this section of 10:32:04
11   the report is dealing with stopped clock data, 10:32:06
12   first responder call logs, cell phone records, 10:32:16
13   and some video photograph file?             10:32:22
14        A.   Okay.  Mostly what I'm seeing here 10:32:26
15   is stopped clock discussion.  Okay.  In the  10:32:29
16   previous page -- no.  That's all still stopped 10:32:39
17   clock.                                       10:32:42
18        Q.   Please turn to page 48, which has  10:32:51
19   the beginning of Chapter 3 and the flooding of 10:32:53
20   New Orleans?                                 10:32:56
21        A.   Okay.                              10:32:57
22        Q.   Do you see on that page a          10:32:58
23   discussion of sources of information?        10:33:00
24        A.   That's right.                      10:33:02
25        Q.   And does that refer to stopped     10:33:03
```

59

```
 1   clocks, among other things?                  10:33:06
 2        A.   It refers to stopped clocks, yes,  10:33:08
 3   and the call logs.                           10:33:11
 4        Q.   Radio logs of emergency personnel, 10:33:12
 5   cell phone records?                          10:33:16
 6        A.   Yes.                               10:33:18
 7        Q.   Did it ever come to your attention 10:33:22
 8   that Lafarge had gathered stopped clock data 10:33:40
 9   through an investigating agency called Santani? 10:33:46
10        A.   I'm not aware of that.             10:33:51
11        Q.   Did Lafarge provide any additional 10:33:53
12   stopped clock information to Team Louisiana,  10:33:55
13   besides what you got from the National Hurricane 10:34:00
14   Center?                                      10:34:03
15        MR. CHUD:  Objection.                   10:34:03
16        THE WITNESS:  I have received no        10:34:04
17   information on stopped clock beyond what's in 10:34:04
18   this report.                                 10:34:05
19   BY MR. SEYMOUR:                              10:34:09
20        Q.   And what's in this report came     10:34:10
21   from the Louisiana Hurricane Center?         10:34:11
22        A.   We had a hot line and people       10:34:14
23   called in and we would go out and look at some 10:34:15
24   of these things, that is Appendix III in the 10:34:18
25   back of this report, that I didn't write that 10:34:24
```

60

```
 1   deals with the details how that stopped clock 10:34:27
 2   information came up.  To the extent that's    10:34:29
 3   important we probably should look at that     10:34:32
 4   appendix.                                    10:34:34
 5        Q.   Did you obtain 911 call data?      10:34:35
 6        A.   I have to say I obtained none of   10:34:41
 7   this.  I was involved in writing this section 10:34:43
 8   and I was relying on others who had done this 10:34:45
 9   analysis, particularly Kate Streva, and in that 10:34:50
10   Appendix III the methodology is laid out.  My 10:34:54
11   memory is not good enough to remember exactly 10:35:02
12   how that was done.  I remember going into     10:35:05
13   buildings with stop clocks and measuring how far 10:35:07
14   they were off the floor and that kind of thing. 10:35:11
15        Q.   If you look at the second          10:35:13
16   paragraph on page 48 it refers to radio logs of 10:35:14
17   emergency personnel?                         10:35:18
18        A.   Yes.                               10:35:19
19        Q.   Do you know whether that included  10:35:20
20   911 call data?                               10:35:22
21        A.   I don't.                           10:35:25
22        Q.   Do you know whether Team Louisiana 10:35:25
23   collected 911 call data?                     10:35:28
24        A.   My understanding is that Dr. van   10:35:30
25   Heerden was in contact with State police and I 10:35:36
```

61

```
 1   believe it was primarily with State police, so 10:35:40
 2   that is where that information comes from.  And 10:35:43
 3   I was not personally -- I didn't see any of that 10:35:46
 4   information.  I didn't -- other than writing it 10:35:51
 5   down here and having him say, yeah, that's    10:35:54
 6   right, you know, that was the end of it.      10:35:57
 7        Q.   Then turning back to page 50, you  10:35:59
 8   see the statement that it is possible to glean 10:36:15
 9   good data from stopped clocks and first       10:36:17
10   responder call logs and cell phone records and 10:36:23
11   date and time stamped video photography?      10:36:30
12        MR. CHUD:  Objection, misstates         10:36:38
13   the report.                                  10:36:39
14   BY MR. SEYMOUR:                              10:36:40
15        Q.   Do you see that, sir?              10:36:40
16        A.   Okay.  I'm reading in the second   10:36:41
17   paragraph here where it says, with these     10:36:43
18   caveats, because there are a number of caveats 10:36:44
19   with stopped clock data.  It is still possible 10:36:49
20   to glean good data.  Okay.  It is not good data 10:36:52
21   by itself, but only through triangulation of  10:36:55
22   many sources that it becomes useful.         10:36:59
23        Q.   What do you mean by triangulation? 10:37:01
24        A.   Well, there is so much -- there    10:37:03
25   is -- I guess what I mean is that we tended not 10:37:11
```

16 (Pages 58 to 61)

**62**

1  to rely on a single source generally for -- we   10:37:14
2  usually needed to see information coming from   10:37:20
3  two or three different sources.  Stopped clock   10:37:28
4  itself is very hard to interpret.  We're dealing   10:37:30
5  with electric clocks and battery operated clocks   10:37:34
6  and windup clocks and things like that, pendulum   10:37:37
7  clocks.  This was a whole science in itself.   10:37:41
8           And then as far as timestamped   10:37:47
9  photography it is possible to have timestamps   10:37:50
10  that are incorrect.  And then anecdotal witness   10:37:55
11  data is notoriously difficult to put any kind of   10:38:01
12  timeframe around, so we're always very cautious   10:38:06
13  about using a single source of information, but   10:38:11
14  I said it is still possible, that is with other   10:38:15
15  information it's possible to develop a picture   10:38:20
16  where you really don't have a definitive answer   10:38:25
17  anywhere.   10:38:29
18       Q.   Does page 50 of your report state,   10:38:35
19  "with these caveats stated it is still possible   10:38:38
20  to glean good data from the stopped clocks that   10:38:42
21  could be augmented with first responder call   10:38:45
22  logs, cell phone records, and limited video   10:38:47
23  photography (date/time stamp)."  Did I read that   10:38:51
24  accurately?   10:38:56
25           MR. CHUD:  Objection, vague as to   10:38:58

**63**

1  what you mean by your report.   10:38:58
2  BY MR. SEYMOUR:   10:39:01
3       Q.   Referring to Exhibit 2.  We've   10:39:01
4  been referring to Exhibit 2 for some time.   10:39:03
5  We're only referring to Exhibit 2.  If I go to   10:39:06
6  another exhibit, I'll state I'm going to another   10:39:09
7  exhibit.   10:39:09
8           Exhibit 2, page 50 is the page   10:39:11
9  before the witness, is it not, sir?   10:39:12
10           MR. CHUD:  Same objection.   10:39:14
11           MR. SEYMOUR:  Is Exhibit 2 the   10:39:15
12  exhibit before you?   10:39:16
13           THE WITNESS:  It is indeed.  This   10:39:17
14  is the consensus report of Team Louisiana.   10:39:19
15  BY MR. SEYMOUR:   10:39:23
16       Q.   Yes.   10:39:23
17       A.   And this is the opinion of the   10:39:23
18  team.  This is not a particular specialty of   10:39:28
19  mine, this stopped clock data.   10:39:33
20           I think it's pretty clear that we   10:39:36
21  wanted to be cautious about using this kind of   10:39:41
22  information as stand alone data.  It was useful   10:39:45
23  as corroborating information where we had other   10:39:51
24  sources of data, also.   10:39:55
25       Q.   Dr. Kemp, my question was did I   10:39:57

**64**

1  read that accurately?   10:40:01
2       A.   You read it perfectly.   10:40:02
3       Q.   Thank you.   10:40:03
4           And you refer in the next   10:40:04
5  sentence, "the clock data from the Lakeview   10:40:09
6  neighborhood gives an indication of the   10:40:12
7  complexity of the flooding event caused by the   10:40:15
8  17th Street canal breach."   10:40:19
9           Was there anything special about   10:40:21
10  the Lakeview neighborhood that caused it to be   10:40:22
11  singled out there?   10:40:24
12       A.   That was an area where we had more   10:40:26
13  clock data than other places, and it was really   10:40:29
14  confusing.   10:40:32
15           It was clear that that area which   10:40:33
16  flooded slowly, flooded with a very complex kind   10:40:37
17  of pattern and not one that would be easy to   10:40:42
18  infer.   10:40:49
19           The clock data suggested it was   10:40:50
20  complicated.  Remember, we had a breach at the   10:40:53
21  17th Street canal.  Then we had a breach also at   10:40:56
22  the London Avenue canal.  There was water coming   10:40:59
23  from both directions.  And the clock data was   10:41:02
24  often in conflict.  I did look at that and that   10:41:07
25  was an area where we had more clock data than,   10:41:11

**65**

1  for example, at the Lower Ninth Ward, which is   10:41:15
2  on the other side of the Industrial Canal.   10:41:21
3       Q.   In the Lakewood neighborhood don't   10:41:23
4  you also have substantial differences in   10:41:27
5  elevation?   10:41:30
6       A.   All through New Orleans we have   10:41:31
7  differences in elevation, yes.  That's, of   10:41:33
8  course, taken into consideration.   10:41:36
9       Q.   Please read the last sentence in   10:41:38
10  that paragraph?   10:41:40
11       A.   "As time passes flooding can no   10:41:41
12  longer be strictly linked to any single breach   10:41:48
13  as the influences of individual breaches merge."   10:41:51
14           I think I was getting at that when   10:41:55
15  I talked about the influence of London Avenue   10:41:57
16  and 17th Street in the Lakeview area in between.   10:41:59
17       Q.   Would it also be true for the   10:42:05
18  north and south breaches of the Inner Harbor   10:42:08
19  Navigational Canal?   10:42:12
20       A.   That's true.  Also the breaches   10:42:12
21  coming from MRGO.   10:42:15
22       Q.   On page 53 it states, "the first   10:42:30
23  sustained flooding of GNO residential areas   10:42:34
24  occurred well before Katrina made landfall in   10:42:39
25  Louisiana."   10:42:42

17 (Pages 62 to 65)

66

1  As used in this report does the         10:42:44
2  combination of letters GNO refer to Greater New   10:42:46
3  Orleans?                                 10:42:51
4      A.   It does.  I hope, consistently.    10:42:51
5      Q.   Does this paragraph refer to     10:42:55
6  breaches in the west wall of the navigation   10:42:56
7  canal?                                   10:42:59
8      A.   That's correct.                 10:43:00
9      Q.   Did you ever come across any     10:43:05
10 information that the north breach of the Inner   10:43:09
11 Harbor Navigational Canal on the east side   10:43:14
12 occurred before 5:00 a.m.?                10:43:14
13         MR. CHUD:  Objection, vague as to   10:43:18
14 what you mean by you whether it's him or Team   10:43:19
15 Louisiana.                               10:43:23
16         THE WITNESS:  That was not.       10:43:23
17         MR. SEYMOUR:  He personally.      10:43:24
18         THE WITNESS:  Okay.  I have seen a   10:43:25
19 number of estimates of when that breach began.   10:43:27
20 Also, the beginning of a breach is different   10:43:34
21 than the full development of a breach, but I   10:43:36
22 have seen several estimates of that.      10:43:40
23         There is a timeline in the Team    10:43:44
24 Louisiana report, which is what we -- the   10:43:47
25 consensus of our team was in May, June of 2006.   10:43:52

67

1  And that is what it is.                  10:43:59
2  BY MR. SEYMOUR:                          10:44:02
3      Q.   Do you have a different view of   10:44:02
4  the timing of the north or south breaches of the   10:44:03
5  east wall of the Inner Harbor Navigational Canal   10:44:06
6  now?                                     10:44:10
7      A.   I have not really studied that   10:44:10
8  since it was not part of my work on Robinson,   10:44:15
9  the exact -- I know -- my job was to get the   10:44:20
10 water there, and I know when the water got   10:44:23
11 there, that is on the inside the canal, and, you   10:44:26
12 know, Bob Bea has produced thousands of pages of   10:44:31
13 reports on this -- on this situation, and I must   10:44:36
14 confess I have not read them all.  I believe his   10:44:41
15 work is probably the best and most detailed   10:44:48
16 anyone has done.  So if Bob says it's, the   10:44:51
17 timing is different than what's in Team   10:44:55
18 Louisiana, I'm inclined to believe Bob.   10:44:57
19     Q.   Did you ever see or hear anything   10:45:00
20 to the effect that there was five-foot of water   10:45:02
21 near the north breach of the Inner Harbor   10:45:06
22 Navigational Canal by 5:00 a.m. on the morning   10:45:10
23 of August 29, 2005?                      10:45:12
24     A.   I heard many, many things.  And   10:45:16
25 the things that were salient in this      10:45:21

68

1  investigation are written down here.     10:45:26
2          Did I hear that?  I don't recall   10:45:30
3  hearing that, but I could have.  There was   10:45:32
4  flooding in the streets, obviously, so, yeah.   10:45:38
5      Q.   You said a moment ago that your   10:45:42
6  job was to get the water there.  Can you explain   10:45:44
7  what you meant?                          10:45:47
8      A.   Remember, most -- essentially all   10:45:48
9  the water that's coming through any of these   10:45:50
10 breaches, whether it's on the Industrial Canal   10:45:52
11 or on the MRGO is coming through the MRGO,   10:45:55
12 through the funnel.  That's the oceanographic   10:45:59
13 problem is to bring that water in at the right   10:46:02
14 time, at the right elevation.  That was my job.   10:46:05
15     Q.   What do you mean when you say   10:46:08
16 "bring the water in"?                    10:46:09
17     A.   I'm responsible for the -- for the   10:46:13
18 oceanography.  And I have to explain why the   10:46:16
19 water is there, why it's three feet higher than   10:46:21
20 it would be if the MRGO wasn't there,     10:46:24
21 Mississippi River Gulf Outlet.  That's pretty   10:46:31
22 much the main purpose.  It is not a trivial   10:46:36
23 matter to do that, so I have hundreds of pages   10:46:39
24 of reports in which I address that.       10:46:42
25         My job is not to say why this      10:46:46

69

1  flood wall failed or that one failed, but it is   10:46:49
2  important that it was three feet high.   10:46:52
3      Q.   If you turn to page 54 of the     10:46:57
4  report containing Table 3 (A), and down towards   10:47:07
5  the bottom it says St. Bernard, Lower Ninth   10:47:12
6  Ward.  You have a time of the north breach of   10:47:16
7  7:30 a.m. for the start of the north breach?   10:47:20
8      A.   Yes.                            10:47:22
9      Q.   Okay.  And you have the same time   10:47:23
10 for the start of the south breach?        10:47:25
11     A.   That's correct.                  10:47:27
12     Q.   Now, were these times in the Team   10:47:28
13 Louisiana report provided by you to anyone doing   10:47:36
14 any expert report in the Robinson case?   10:47:43
15     A.   This report, of course, precedes   10:47:47
16 all work in the Robinson case.  It's a starting   10:47:49
17 point.  It's not an end point.  We understood   10:47:52
18 when we wrote this report that there was a   10:47:58
19 lot -- this was our consensus understanding as   10:48:00
20 of May 2006.  We understood that there were   10:48:05
21 still questions out there.  We had a chance to   10:48:10
22 do a lot of additional work with the best people   10:48:15
23 in the world in the Netherlands and so, as I   10:48:18
24 understand it, we created a timeline for -- Bob   10:48:25
25 Bea created a timeline for when these breaches   10:48:29

70

1  would open up and more sophisticated than what    10:48:32
2  we had two years earlier.  And I believe some of    10:48:45
3  these times have shifted around some.    10:48:45
4          MR. SEYMOUR:  I ask the reporter    10:48:51
5  to mark as Exhibit 3 to the deposition some    10:48:52
6  pages from the expert report of Robert Glenn Bea    10:49:02
7  in this case, dated August 3, 2009.    10:49:07
8          (Kemp Exhibit Number 3 was marked    10:49:07
9  for identification.)    10:49:22
10         MR. CHUD:  Could we just put into    10:49:22
11 the records it is pages 45 through 50 of his    10:49:23
12 August 3, 2009, report, that being Dr. Bea.    10:49:27
13         THE WITNESS:  So I should look at    10:49:40
14 this?    10:49:41
15 BY MR. SEYMOUR:    10:49:42
16     Q.   Yes.  Each time I ask her to mark    10:49:42
17 a report I'll be asking questions.    10:49:44
18     A.   So it's an excerpt from this    10:49:46
19 report, I guess?    10:49:51
20     Q.   That's right.    10:49:52
21     A.   Would you like me to read it?    10:49:53
22     Q.   Please read it for a moment, then    10:49:55
23 I'll ask you some questions.    10:49:57
24     A.   All right.    10:52:34
25     Q.   If you turn to page 45 of    10:52:34

71

1  Dr. Bea's report do you see at the end of    10:52:37
2  paragraph 52 that Dr. Bea is saying that the    10:52:42
3  probability of failure of 50 percent for the    10:52:47
4  north breach flood wall would be about    10:52:52
5  4:00 o'clock to 5:00 o'clock a.m., Central    10:52:55
6  Daylight time on August 29th?    10:53:00
7      A.   I see that.  That's -- you know,    10:53:01
8  when Dr. Bea says that after the kind of work    10:53:06
9  that he's done I'm inclined to believe it.    10:53:09
10     Q.   Then on paragraph 53 do you see    10:53:11
11 that he said the north breach likely initiated    10:53:14
12 very early the morning of August 29th, 2005,    10:53:17
13 before 3:00 a.m.?    10:53:21
14     A.   Yes.  And I've come to understand    10:53:22
15 when these geotechnical engineers talk about    10:53:26
16 initiation they may be talking about something    10:53:28
17 that's happening at a molecular level underneath    10:53:31
18 the ground.    10:53:35
19         So the development of the breach    10:53:35
20 starts with some seepage beginning, but the full    10:53:38
21 development of the breach so that water is    10:53:42
22 actually flowing through, that may be hours    10:53:44
23 later.  But in this case he's saying it's only    10:53:47
24 an hour or two later.    10:53:50
25     Q.   Initiation may be under seepage,    10:53:52

72

1  it may be erosion, it may be starting to lean,    10:53:55
2  but that's not the same thing as the wall    10:53:59
3  failing?    10:54:02
4      A.   That's what I'm trying --    10:54:05
5      Q.   Then on page 50, in paragraph 56,    10:54:07
6  do you see he places the south breach, full    10:54:11
7  development, between 7:00 o'clock and    10:54:16
8  8:00 o'clock a.m.?    10:54:18
9      A.   That's correct, which is pretty    10:54:19
10 consistent with the Team Louisiana report.    10:54:21
11     Q.   Did you provide information to the    10:54:23
12 Dutch team for purposes of their modeling work    10:54:26
13 on water flow?    10:54:32
14         MR. CHUD:  Objection, vague.    10:54:33
15         THE WITNESS:  I provided -- we    10:54:35
16 head our had our ADCIRC model.  We also had high    10:54:40
17 watermarks.  I created a composite, boundary    10:54:47
18 positions for running the FINEL hydrodynamic    10:54:54
19 model that Delft developed, which was our    10:55:02
20 detailed surge model for this area.    10:55:05
21         So I provided those boundary    10:55:09
22 conditions and the timing and sequences for    10:55:11
23 those.    10:55:14
24 BY MR. SEYMOUR:    10:55:14
25     Q.   What is a boundary condition?    10:55:14

73

1      A.   We have a hand-off from one model    10:55:16
2  to another.    10:55:18
3          The ADCIRC model starts out in the    10:55:19
4  middle of the Atlantic.  We run the storm all    10:55:24
5  the way through the Caribbean into the Gulf of    10:55:27
6  Mexico and up through Louisiana.  It is not    10:55:30
7  necessary when we're doing a known storm like    10:55:34
8  Katrina to do that.  What we do is we take --    10:55:37
9  and we're focusing here on details inside a    10:55:42
10 channel system and the funnel area, so we    10:55:45
11 created a very detailed model in that area but    10:55:48
12 we drove it with information derived from a    10:55:51
13 larger model.  It's a nested model in a way.    10:55:54
14         I don't know if that makes sense.    10:55:58
15         Boundary conditions for this model    10:56:00
16 lie inside the boundary of the ADCIRC model,    10:56:02
17 which is almost hemispheric in its domain.    10:56:06
18     Q.   I'm afraid I'm going to have to    10:56:10
19 ask you to elaborate a little more in detail.    10:56:13
20 And if you could focus in how this affects the    10:56:17
21 Inner Harbor Navigational Canal and the water    10:56:20
22 there, as opposed to the Caribbean I would    10:56:24
23 appreciate it.    10:56:28
24     A.   If you like we could point to a    10:56:28
25 map.    10:56:31

19  (Pages 70 to 73)

```
 1        Q.   Do you have a map?          10:56:32
 2        A.   Any map will do pretty much  10:56:33
 3   that -- of this area.                  10:56:37
 4        In my expert report in Robinson,  10:56:46
 5   okay, there's actually a detailed explanation of  10:56:49
 6   this hand-off between the -- between the ADCIRC  10:56:55
 7   model and the FINEL model and where it happens,  10:57:01
 8   the points at which it happens.        10:57:06
 9        Q.   Please direct me to the right  10:57:09
10   page?                                  10:57:11
11        A.   It's in my July 14th or July 11TH,  10:57:12
12   Robinson report.                       10:57:16
13        Q.   The date I have is July 31st,  10:57:17
14   2009, for your report?                 10:57:22
15        A.   So we're talking about a Robinson  10:57:23
16   report I'm referring you to because you're  10:57:25
17   asking for modeling done under Robinson.  10:57:28
18        Q.   This is not in Exhibit 1 to your  10:57:31
19   deposition?                            10:57:34
20        A.   No.                          10:57:34
21        Q.   I have a July 11, 2008, report in  10:57:34
22   Robinson versus United States.  I ask the  10:57:38
23   reporter to mark it as Exhibit 4?      10:57:40
24        (Kemp Exhibit Number 4 was marked  10:57:40
25   for identification.)                   10:58:15
```

```
 1        THE WITNESS:  There's a -- is it  10:58:15
 2   okay to talk?                          10:58:17
 3   BY MR. SEYMOUR:                        10:58:18
 4        Q.   Yes.                         10:58:18
 5        A.   Okay.  In the Table of Contents  10:58:19
 6   you'll see there's a methods section on page 69,  10:58:20
 7   if we could go there.  We explained that there's  10:58:25
 8   a table here that shows all the different models  10:58:37
 9   on page 71 that were used.  And then on the next  10:58:40
10   page, figure 5.1 we see the outlines in red  10:58:54
11   of -- this is on page 72, figure 5.1.  The  10:58:58
12   outlines of the domain of our detailed model,  10:59:02
13   which is -- we ran in a software called FINEL,  10:59:05
14   F-I-N -- finite element model.         10:59:11
15        So it does not include all of New  10:59:15
16   Orleans.  It includes this area on the southern  10:59:19
17   part of Lake Borgne, B-O-R-G-N-E.  It includes a  10:59:22
18   portion of what we call MRGO reach two, it's  10:59:32
19   labeled on the diagram.  There's also the  10:59:42
20   combined MRGO GIWW, also called reach one.  10:59:46
21        Q.   Is that the Gulf Intracoastal  10:59:53
22   Waterway?                              10:59:56
23        A.   Gulf Intracoastal Waterway.  10:59:57
24        Q.   Please continue.            11:00:00
25        A.   Then we have a substantial area of  11:00:01
```

```
 1   wetlands south of Lake Borgne and south of the  11:00:05
 2   MRGO reach one and two and then on the far left  11:00:11
 3   we see the boundaries of the Inner Harbor  11:00:18
 4   Navigational Canal, INHC.              11:00:22
 5        And then there's another area       11:00:24
 6   outlined in red.  That is the inhabited part of  11:00:27
 7   what we call the St. Bernard polder, which also  11:00:37
 8   includes the Lower Ninth Ward, as well.  11:00:43
 9        And then this model ends at the      11:00:47
10   bank of the Mississippi River on the south side.  11:00:49
11        So in order to power this model we  11:00:56
12   had to introduce a sequence of water levels at  11:00:58
13   the boundary points, and I can identify them.  11:01:04
14   Really, there were only three boundary points  11:01:10
15   necessary.                             11:01:13
16        One is we call Shell Beach, it's    11:01:13
17   over here on the far right on the lakeshore of  11:01:20
18   Lake Borgne.                           11:01:25
19        Q.   Just for the sake of the record,  11:01:25
20   there's a place where the red lines come to a  11:01:27
21   point to the right-hand side of the image?  11:01:30
22        A.   That's the spot.            11:01:33
23        Q.   That's the spot.  Okay?     11:01:34
24        A.   If we follow that -- if we're  11:01:36
25   crossing the south part of Lake Borgne going in  11:01:38
```

```
 1   a northwesterly direction we come to another  11:01:41
 2   vertex like that, and that's another point at  11:01:44
 3   which I provided hydrographs.          11:01:54
 4        Q.   Are you referring to the point  11:01:57
 5   where you've got a gray line that comes to a  11:01:58
 6   right angle?                           11:02:01
 7        A.   Okay.  I'm looking only at red  11:02:05
 8   lines.  This is vertex 1, this is vertex 2.  11:02:08
 9        Q.   Vertex 2 is up at the top of the  11:02:11
10   page where you have close to a right angle, it's  11:02:14
11   a little bit obtuse, as I may be this morning,  11:02:17
12   and it stops -- the lines meet just below the  11:02:21
13   top of the picture, but not at the top of the  11:02:24
14   picture; is that correct?              11:02:27
15        A.   That's correct.             11:02:28
16        Q.   That's your second data point?  11:02:29
17        A.   That's the second point at which I  11:02:31
18   drive the detailed model with information from a  11:02:34
19   larger model, okay.                    11:02:37
20        The third point is at the mouth of  11:02:39
21   the IHNC where it goes into Lake Pontchartrain,  11:02:42
22   that's a place called Seabrook.        11:02:48
23        Q.   That's at the extreme north end of  11:02:53
24   the Inner Harbor Navigational Canal?   11:02:56
25        A.   That is correct.  Near the airport  11:02:59
```

## 78

there.                                      11:03:02

So with a sequence of information          11:03:04
every ten minutes and then, of course, winds and    11:03:09
all the normal oceanographic drivers, that then    11:03:16
creates -- we can create a detailed picture of    11:03:20
what's happening in this smaller area in which    11:03:24
we have a lot more detail in the geometry than    11:03:31
we do about what's happening in the Caribbean or    11:03:35
all the other places where the big models were.    11:03:39

Q.   ADCIRC, A-D-C-I-R-C, is one of the    11:03:41
big models you're referring to?            11:03:45

A.   That's right.                       11:03:47

Q.   The finite element model or          11:03:49
F-I-N-E-L are the detail here?             11:03:53

A.   That's correct.                     11:03:57

Q.   What other large model or small      11:03:58
model were involved?                       11:04:02

MR. CHUD:   Objection, vague.          11:04:03

THE WITNESS:   These are questions     11:04:04
I think pretty carefully answered.  If we go to    11:04:05
the table on the previous page 71, Table 5.1,    11:04:09
there's a listing there of all the models used.    11:04:14

The purpose of this section, 5.2,      11:04:17
which begins on page 70, is to explain how those    11:04:20
models are used together to derive the    11:04:25

## 79

information that we did on what happened if you    11:04:27
take out the channel or the MRGO channel or if    11:04:34
you take out a levee system, how does that    11:04:38
change the surge that we felt at the lower end    11:04:41
of the INHC.                               11:04:48
BY MR. SEYMOUR:                            11:04:51

Q.   Did the Team Louisiana people do    11:04:51
any modeling themselves?                   11:04:53

A.   Yes, we did, yes.                   11:04:54

Q.   That was you and doctor?           11:04:56

A.   Mashriqui.                         11:04:59

Q.   And which model did you use?       11:05:02

A.   We used the ADCIRC SO 8 version.   11:05:05
And it gave very good results.             11:05:10

Q.   Did the Team Louisiana use the     11:05:12
finite element model?                      11:05:15

A.   The finite element model was       11:05:16
developed strictly for the Robinson case.  Team    11:05:19
Louisiana was no longer in existence when that    11:05:21
happened.                                  11:05:24

Q.   You also refer to a model you call    11:05:25
SWAN for simulating near shore waves or    11:05:28
simulating waves near shore, I suppose?    11:05:32

A.   Yes.                               11:05:35

Q.   Is that a big picture or a         11:05:39

## 80

detailed model?                            11:05:41

A.   Both.  If we turn to page 73 this    11:05:42
model -- it's kind of a similar idea.  You start    11:05:45
with a big box and not much detail in it and you    11:05:52
go to smaller boxes with more detail and then    11:05:56
even smaller and even smaller, because with    11:05:59
waves you have to get right in close.  On page    11:06:02
73, figure 5.2, we see here the scales at which    11:06:07
the Dutch modeled waves for the Robinson work.    11:06:16
And each of these boxes represents a more    11:06:23
detailed SWAN grid that gets information from    11:06:29
the larger grid.                           11:06:36

There's actually another grid that    11:06:37
is not pictured here, which is for the whole    11:06:40
Gulf of Mexico, and we didn't model that.  We    11:06:45
get that from NOAA, from National Oceanic and    11:06:48
Atmospheric Administration.                11:06:56

Q.   When you refer to boxes are you    11:06:56
referring to what appears to be a rectilinear    11:06:58
black box and then what looks like a rectilinear    11:07:02
green box and then a rectilinear yellow box and    11:07:07
then a rectilinear blue box?               11:07:11

A.   Yes.  And it's also hard to see,    11:07:11
but there's a pink box that goes off kind of the    11:07:14
-- the blue box follows reach two of the MRGO    11:07:18

## 81

and there's a pink box that follows the GIWW.  I    11:07:21
think we can see that in more detail further on.    11:07:26

Q.   Just keeping on figure 5.2 for a    11:07:30
second, where does the Inner Harbor Navigational    11:07:32
Canal fit on this image?                   11:07:38

A.   It doesn't.                        11:07:39

Q.   It's outside the picture?          11:07:40

A.   Yes.                               11:07:42

Q.   The heading says, bathymetry,      11:07:42
B-A-T-H-Y-M-E-T-R-Y in brackets, feet relative    11:07:48
to NAVD 88 close bracket, for A-grid.      11:07:53

What is bathymetry here?               11:07:59

A.   Bathymetry is the elevation of    11:08:00
the -- I'm just trying to make sure.  It's in    11:08:05
units of depth below the datum which would be    11:08:09
this NAVD 88 is the zero point on the datum.  So    11:08:13
we have to measure against something and the    11:08:19
agreement is we use this NAVD 88 as the    11:08:22
something we measure against.              11:08:26

Bathymetry means, you'll notice      11:08:28
all these numbers in the scale to the right are    11:08:31
negative, so they're below this datum.  The    11:08:34
datum is pretty close to sea level, so these are    11:08:38
all depths below that datum.               11:08:41

Q.   Is this a water area that's being    11:08:45

82

1  depicted here?                          11:08:48
2      A.   It is both land and water.  It is    11:08:49
3  mostly water.                           11:08:52
4      Q.   But the land is not necessarily   11:08:55
5  flooded?                                11:08:58
6      A.   Some of this land that is the   11:08:59
7  highest, the brownish area is actually an inner  11:09:01
8  tidal wetland, so it is flooded about half the  11:09:06
9  time.                                   11:09:11
10     Q.   Then you want to go to another   11:09:12
11 page to show something?                 11:09:14
12     A.   I was just thinking there might be  11:09:14
13 a more detailed look at -- maybe there isn't in  11:09:17
14 this section, I don't know.             11:09:20
15     Maybe it's just you get an idea of   11:09:24
16 what it looks like when you get down to the most  11:09:29
17 detailed, and I'm trying to find a good  11:09:31
18 representation of that.                  11:09:36
19     If we look -- we might have to go   11:09:38
20 as far as page -- page 109.  No.  I'm sorry,  11:09:42
21 that's still -- that's still surge.  That's  11:10:00
22 FINEL.  I'm trying to find something with a wave  11:10:07
23 model in it.                            11:10:10
24     Okay.  All right.  We have to go   11:10:16
25 to page 170 to see some results for the wave  11:10:35

83

1  model for the -- this is the -- I believe this  11:10:41
2  is the M grid.  It's not the -- it's not the  11:10:46
3  most -- the smallest grid.  That's the M grid.  11:10:51
4  If we turn over we'll see now the smaller grids  11:10:59
5  that are -- it will be the F grid.  When I look  11:11:03
6  at the label at the top of each of these figures  11:11:13
7  you'll see here it says, HS, that's significant  11:11:15
8  wave height, and the first letter there  11:11:20
9  signifies the grid.  And so it's both the  11:11:27
10 F grid, which is the blue one on the bottom and  11:11:32
11 the G grid, which is that reddish one going off  11:11:35
12 on the -- the -- the F grid is really the MRGO  11:11:39
13 grid and the G grid is for the GIWW.  So.  11:11:45
14     Q.   It's got part of the M grid on it,  11:11:49
15 also?                                   11:11:52
16     A.   This is mostly the M grid.  The  11:11:52
17 M grid is bigger than all those, so.  11:11:55
18     Q.   Does the Inner Harbor Navigational  11:11:57
19 Canal appear in those images?           11:12:00
20     MR. CHUD:  Dr. Kemp, just a    11:12:07
21 reminder to let Mr. Seymour finish his question  11:12:09
22 and then you should answer.             11:12:12
23     THE WITNESS:  My apologies.   11:12:14
24 BY MR. SEYMOUR:                         11:12:16
25     Q.   Going back to -- on page 76 it   11:12:17

84

1  says at the top, the FINEL, SWAN, and SOBEK   11:12:22
2  models were run in the Netherlands under my   11:12:33
3  direction by Vasic Hydraulics, a consulting  11:12:37
4  company linked to the Delft University of  11:12:40
5  Technology.  Do you see that?           11:12:45
6      A.   I see it.                      11:12:47
7      Q.   Have you yourself ever one the   11:12:52
8  FINEL model?                            11:12:56
9      A.   I have not ever run the FINEL   11:12:57
10 model.                                  11:13:02
11     Q.   Have you yourself ever run the   11:13:02
12 SWAN model?                             11:13:04
13     A.   No.                           11:13:05
14     Q.   Have you yourself ever run the   11:13:06
15 SOBEK model?                            11:13:08
16     A.   No.  You're talking about the   11:13:09
17 technicians that run these models.  No, I have  11:13:12
18 not.  I, of course, participated in the setup of  11:13:16
19 these models.                           11:13:19
20     Q.   I'll be asking questions about the  11:13:20
21 setup, but do you have enough personal knowledge  11:13:22
22 of these models to know that they were run  11:13:25
23 correctly?                              11:13:28
24     A.   I'm very confident in the suite of  11:13:29
25 models we selected.  These are the best in the  11:13:33

85

1  world.                                  11:13:36
2      Q.   My question was different.  They  11:13:38
3  may be the best in the world, but do you have  11:13:41
4  enough personal knowledge to know whether they  11:13:44
5  were run correctly?                     11:13:46
6      MR. CHUD:  Objection to the form   11:13:47
7  and vague.                              11:13:49
8      THE WITNESS:  I'm confident they   11:13:49
9  were run correctly.  In some cases the people  11:13:51
10 that were running the model were people that had  11:13:55
11 actually developed the models and they are  11:13:58
12 renowned.                               11:14:00
13 BY MR. SEYMOUR:                         11:14:03
14     Q.   Is it correct that you rely on   11:14:04
15 your estimation of them to know that the models  11:14:06
16 were run directly?                      11:14:09
17     MR. CHUD:  Objection.          11:14:10
18     THE WITNESS:  Absolutely.      11:14:11
19 I rely on my -- on their               11:14:12
20 expertise, yes.                         11:14:18
21     Also, I have a pretty good idea of  11:14:19
22 what -- of whether I'm getting a right or wrong  11:14:23
23 answer on some of these things and so, you know,  11:14:26
24 I'm not completely at sea here.         11:14:29
25 BY MR. SEYMOUR:                         11:14:38

22  (Pages 82 to 85)

86

1    Q.   Please turn back to page 71.          11:14:38
2         We referred earlier to a variety      11:14:47
3  of real world observations from stopped clock   11:14:50
4  data, radio logs of emergency personnel and the   11:14:55
5  like, from the Team Louisiana report.         11:15:01
6         Was that information input into      11:15:05
7  any of these models?                          11:15:07
8         MR. CHUD:  Objection to the form     11:15:09
9  and vague.                                    11:15:12
10        THE WITNESS:  Okay.  And I guess I    11:15:13
11 can go down the list here.                    11:15:16
12        In the ADCIRC model there is no --    11:15:21
13 there is no real calibration involved.  That  11:15:25
14 model predates Katrina.  The only inputs are the   11:15:29
15 meteorologic inputs which come from the National   11:15:35
16 Hurricane Center.  So in that case is there a --   11:15:39
17 is there any other sort of information in there,   11:15:43
18 no.                                           11:15:46
19        Now, how do we calibrate it?          11:15:47
20 That's another matter.  It doesn't rely on    11:15:50
21 anecdotal information, that's, you know,      11:15:54
22 fathometer traces and real information,       11:15:59
23 calibration to gauges and so on.  That all    11:16:02
24 happens before Katrina.                       11:16:06
25 BY MR. SEYMOUR:                               11:16:08

87

1    Q.   You introduced a new phrase          11:16:09
2  Doppler traces.                               11:16:13
3    A.   I'm sorry, fathometer traces.         11:16:13
4  F-A-T-H-O-M-E-T-E-R.  That's echo sounding    11:16:24
5  equipment.  That's how we found out what the  11:16:27
6  cross-sections of channels are and the geometry,   11:16:29
7  basically?                                    11:16:33
8    Q.   The depth of the channel, the         11:16:34
9  shape of the channel?                         11:16:36
10   A.   The depth of the channel.  We rely    11:16:37
11 on, for example, LIDAR information, light     11:16:40
12 detection and ranging data.  That's bouncing  11:16:44
13 laser beams off the earth to get elevation above   11:16:48
14 sea level and then in the FINEL model we      11:16:55
15 actually went out and collected our own geometry   11:17:04
16 data in places where it was not -- where there   11:17:08
17 was not good information post or good         11:17:11
18 information available from other sources on the   11:17:14
19 geometry.                                     11:17:17
20        Now, you were asking me about --      11:17:18
21 so I guess I'm -- the place where probably all   11:17:24
22 this other information would come into play is   11:17:30
23 more in the SOBEK model, which is the flooding   11:17:32
24 model.  That is, I do the oceanography, Bob Bea   11:17:37
25 decides when and where the breaches open up and   11:17:42

88

how wide they get over what time.  That        11:17:46
information then is fed into the flood model,   11:17:47
and so in the flood model there was a fair     11:17:51
amount of corroboration information.  We had to   11:17:55
know when the flooding was getting to certain  11:18:00
points because we had to at least match all the   11:18:02
reliable information.                           11:18:06
    Q.   You mentioned that you had            11:18:12
provided information on the timing of the      11:18:14
breaches, earlier in your deposition to the    11:18:19
people in Delft?                               11:18:23
    A.   No, that's not correct.               11:18:26
    Q.   Please explain?                        11:18:29
    A.   I don't want to step on -- that's     11:18:30
not correct.  I didn't provide that.           11:18:32
    Q.   Did Dr. Bea provide that?             11:18:34
    A.   Dr. Bea provided that.                11:18:36
    Q.   Directly or through you?             11:18:38
    A.   He provided it directly to Jan        11:18:40
Vrijling, V-R-Y-L-I-N-G.  That was the lead    11:18:43
Delft consultant.                              11:18:52
    Q.   Is his last name actually spelled     11:18:54
V-R-I-J-L-I-N-G?                               11:18:57
    A.   That's correct.  I'm sorry.           11:19:01
    Q.   The first name is?                     11:19:02

89

    A.   Jan.                                   11:19:05
    Q.   J-A-N?                                 11:19:07
    A.   Yes, J-A-N.                            11:19:08
    Q.   Please continue.                       11:19:11
    A.   So I mean in Team Louisiana, this     11:19:14
is long before we have any of this detailed    11:19:15
analysis that Bob Bea has done, so we had, you   11:19:18
know, had our best ideas about when the        11:19:23
breaches opened up.  Some of that was based on   11:19:29
the modeling, but a lot of it was also based on   11:19:34
just observations.                             11:19:38
        When Bob Bea did his work he took      11:19:39
a lot of things into consideration, but mostly   11:19:42
it was -- mostly it was driven by the physics.   11:19:45
We did have to make sure that it hit the few   11:19:50
data points that were really clear, like the   11:19:56
lock masters observations.  Those were accepted   11:19:59
by everybody.  And then the camera information   11:20:05
about water coming over the 40 Arpent levee,   11:20:10
A-R-P-E-N-T.                                    11:20:20
    Q.   The water coming over the 40          11:20:24
Arpent levee was not one of your data points;   11:20:27
was it?                                         11:20:31
    A.   One of my data points?  No.           11:20:31
    Q.   The lock masters gauge was not one    11:20:34

## 90

1  of your data points; was it?                11:20:39
2        MR. CHUD:  Objection, vague.          11:20:41
3        THE WITNESS:  Okay.  These are         11:20:42
4  little snippets of reality that whatever --  11:20:43
5  whoever is modeling things, they should comport  11:20:49
6  with those things because there's -- there's  11:20:52
7  certainty there that doesn't exist for other  11:20:56
8  things.                                     11:20:58
9  BY MR. SEYMOUR:                             11:20:59
10       Q.   Let me try to distinguish.  You  11:20:59
11 described data points for use in construction of  11:21:02
12 the model.  Are you now referring to points of  11:21:05
13 real world information for purposes of       11:21:09
14 calibrating the model or checking its accuracy?  11:21:11
15       A.   That's -- they provide some       11:21:16
16 guidance -- well -- and, again, mostly we're  11:21:21
17 talking about the flood model.  That's the SOBEK  11:21:25
18 model.  That's not a model I had a lot to do  11:21:29
19 with, but I had to make sure that our FINEL   11:21:33
20 modeling, which was the detailed surge modeling,  11:21:38
21 did not produce results that were inconsistent  11:21:42
22 with -- to the extent that the geometry was --  11:21:44
23 let me back up a little bit, because we -- with  11:21:50
24 FINEL we never modeled exactly what happened  11:21:53
25 with Katrina.  Remember, we were looking at the  11:21:57

## 91

1  effects of this channel and none of the FINEL  11:21:59
2  models included any breaches at all.  There was  11:22:03
3  no breaching simulated in that.  The only model  11:22:06
4  that includes breaching is this model for      11:22:09
5  flooding of the inhabited areas.              11:22:12
6        Q.   The SOBEK model?                  11:22:15
7        A.   The SOBEK model.  So it -- now, we  11:22:17
8  had to make sure that the surge was rising at  11:22:20
9  the early onset that it was -- before all the  11:22:26
10 breaches occurred it was rising at the proper  11:22:30
11 rate and onset was occurring at the right time.  11:22:32
12 That was about all we did from the FINEL side.  11:22:35
13       Q.   You said you did not have that     11:22:40
14 much to do with the SOBEK model.  Who had more  11:22:42
15 to do with it than you did?                   11:22:45
16       A.   Well, I handed information to Bob  11:22:46
17 Bea.  Bob Bea then decided exactly when the    11:22:49
18 breaches occurred and how they developed, and  11:22:56
19 then that information became input to the SOBEK  11:22:59
20 model for predicting the sequence of flooding.  11:23:02
21       Q.   Please describe the types of input  11:23:08
22 that you had into the SOBEK model?            11:23:11
23       MR. CHUD:  Objection, vague.           11:23:14
24       THE WITNESS:  Okay.  Okay.  The        11:23:17
25 inputs that I had to the SOBEK model, I produced  11:23:20

## 92

1  the wave conditions prior to breaking and I   11:23:24
2  produced the surge conditions for the scenarios  11:23:29
3  that have been set up.                       11:23:35
4        Okay.  We have a listing of the        11:23:36
5  scenarios in the Robinson case.              11:23:39
6        Then I hand those to Dr. Bea.          11:23:43
7  Dr. Bea then puts that through a different set  11:23:46
8  of analytical -- because -- he puts it through  11:23:49
9  his own wave model which is, you know, a      11:23:55
10 Boussinesq type model, and then he decides when  11:24:01
11 the -- when the waves destroy the levee or when  11:24:04
12 the flood wall opens up, or whatever it is, and  11:24:10
13 then that just becomes a parameter that goes   11:24:13
14 into the -- into the SOBEK model.  It's just    11:24:18
15 opening up the source of water at that location,  11:24:21
16 basically, coming into the flooding areas.  And  11:24:26
17 we want -- we have some information about when  11:24:29
18 water is coming in and we want to make sure that  11:24:33
19 our model is pretty good on that account and,   11:24:36
20 actually, there was very little disagreement    11:24:39
21 between our model and the one that the Corps did  11:24:42
22 using a different approach, so -- but I really  11:24:45
23 didn't have very much to do with the SOBEK model  11:24:51
24 because it was just because Bob Bea was in      11:24:54
25 between me and the SOBEK effort.              11:24:57

## 93

1        THE REPORTER:  I'm sorry, the          11:24:57
2  Boussinesq.  Breaking wave model, you can say  11:25:04
3  that.  B-O-U-S-S-I-N-E-S-C-Q, I think.        11:25:06
4        MR. SEYMOUR:  Q-U-E?                   11:25:18
5        THE WITNESS:  I don't think it has      11:25:20
6  no E -- no C.  All right.                     11:25:22
7  BY MR. SEYMOUR:                              11:25:30
8        Q.   I believe the word is used         11:25:31
9  somewhere in this report?                    11:25:32
10       A.   You're correct.                   11:25:33
11       Q.   At the break --                   11:25:34
12       A.   That doesn't mean I know how to    11:25:35
13 spell it.                                    11:25:37
14       Q.   At the break I'll find it and      11:25:38
15 we'll straighten out the spelling.           11:25:40
16       So what is a Boussinesq model,          11:25:42
17 since we're talking about it?                11:25:48
18       A.   The SWAN model is good for         11:25:51
19 simulating waves prior to when they start to    11:25:53
20 break on levees and flood walls and things like  11:25:57
21 that.  At that point the process becomes much  11:26:01
22 more complex and is not well simulated by a     11:26:07
23 model like SWAN.  So you take SWAN up to that   11:26:12
24 point and then it provides, again, boundary     11:26:15
25 conditions that allow you to run this very      11:26:18

94

1    detailed model of the breaking waves on the          11:26:21
2    structure.                                            11:26:25
3        Q.    Who selected the manning                    11:26:27
4    coefficients for the SOBEK model?                     11:26:30
5        A.    I believe that would be Jan                 11:26:33
6    Vrijling and his team.                                11:26:37
7        Q.    When you say you believe, do you            11:26:40
8    have personal knowledge?                              11:26:43
9        A.    Well, this model was done entirely          11:26:43
10   in the Netherlands.  And I do have personal           11:26:46
11   knowledge it was done by Jan Vrijling's team.         11:26:49
12   And I'm trying to think of the name of the            11:26:54
13   fellow who was most involved with that.  I have       11:26:56
14   a July 2007 report in which I talk about that         11:27:03
15   for Robinson, but I cannot remember the exact --      11:27:08
16   the name of the lead under Jan for the SOBEK          11:27:14
17   model.                                                11:27:19
18       Q.    Did you work at all with a                  11:27:29
19   Dr. Kok?                                              11:27:32
20       A.    No.                                         11:27:33
21       Q.    Was Dr. Kok an expert on the                11:27:36
22   Robinson team?                                        11:27:39
23       A.    If he was I was not aware of it.            11:27:40
24       Q.    Have you seen Dr. Kok's flood               11:27:43
25   model?                                                11:27:48

95

1        A.    Dr. Kok's?  I don't think so.               11:27:48
2        Q.    Have you seen a flood model that            11:27:56
3    was done by Mr. Spinks?                               11:27:59
4        A.    Okay.  I have heard a reference to          11:28:02
5    a flood model done by Dr. Spinks and I heard it       11:28:04
6    from the attorney team here I've seen an              11:28:10
7    excerpt -- I'm sorry --                               11:28:16
8        Q.    Have you seen his report?                   11:28:23
9        A.    I don't believe so.                         11:28:28
10       MR. CHUD:  Mr. Seymour, when you                  11:28:32
11   say Kok, can you spell?                                11:28:35
12       MR. SEYMOUR:  K-O-K.                              11:28:37
13   BY MR. SEYMOUR:                                        11:28:39
14       Q.    Did I mispronounce it?                      11:28:40
15       A.    Kok, Matias Kok.  Yes.  He did the          11:28:43
16   SOBEK model, yes.                                      11:28:47
17       Q.    He was part of the Robinson team?           11:28:48
18       A.    He was.  He worked under Jan                11:28:51
19   Vrijling.                                              11:28:54
20       Q.    He's the one who produced the               11:28:54
21   report that you had the input?                         11:28:57
22       A.    Yes, that's correct.  That was the          11:28:59
23   name I couldn't remember, but I never thought of      11:29:01
24   it as Cook, it was always Kok.                         11:29:05
25       Q.    My Dutch isn't perfect.                     11:29:08

96

1        A.    Mine is worse.  That's why we had           11:29:10
2    Dr. van Heerden to translate.                         11:29:13
3        MR. SEYMOUR:  I think we're at the                11:29:16
4    time for a break.                                      11:29:17
5        THE VIDEOGRAPHER:  Here marks the                 11:29:18
6    end of videotape number two, taken in the             11:29:20
7    deposition of Mr. G. Paul Kemp.  Going off the        11:29:23
8    record.  The time on the video record is              11:29:26
9    11:29:17.                                              11:29:30
10       (A brief recess was taken.)                       11:29:31
11       THE VIDEOGRAPHER:  Here begins                    11:38:07
12   videotape number three, taken in the deposition       11:38:15
13   of Mr. G. Paul Kemp.  Going back on the record.       11:38:18
14   The time on the video screen is 11:38:14.             11:38:22
15   Please continue.                                       11:38:27
16   BY MR. SEYMOUR:                                        11:38:27
17       Q.    Do you know whether Dr. Vrijling            11:38:28
18   or Dr. Kok visited the Lower Ninth Ward in the        11:38:31
19   St. Bernard Parish, west of Paris Road?              11:38:36
20       A.    Yes, they did.                              11:38:41
21       Q.    When was that?                              11:38:42
22       A.    I'm not sure how many times they            11:38:42
23   did, but -- and I wasn't with them when they did     11:38:44
24   it, but I did meet up with them in New Orleans.       11:38:48
25   And I'm guessing that was -- it was fall of           11:38:51

97

1    2007, I would guess.                                  11:38:58
2        Q.    When you say guess, that makes              11:39:01
3    lawyers very nervous.  A best estimate is okay,       11:39:03
4    but a guess suggests speculation and that's not       11:39:07
5    good.  Is this something you recall?                  11:39:10
6        MR. CHUD:  Objection to the form.                 11:39:14
7        THE WITNESS:  What I'm speculating               11:39:15
8    about is -- I'm speculating --                        11:39:16
9    BY MR. SEYMOUR:                                        11:39:18
10       Q.    I don't want you to speculate.             11:39:18
11       A.    I know they were there because I            11:39:20
12   saw them there.  I saw them in New Orleans.           11:39:23
13       Q.    Was it in 2005 that you saw them?           11:39:25
14       A.    No.                                         11:39:28
15       Q.    Was it in 2006?                             11:39:28
16       A.    It was in 2007.                             11:39:30
17       I wanted to clarify something,                    11:39:32
18   because you had asked me did I provide input to       11:39:34
19   the SOBEK model.  And I -- initially I did,           11:39:38
20   before we had the FINEL model.  I described the       11:39:44
21   sequence where I worked with the ADCIRC model         11:39:48
22   and then used that to develop boundary                11:39:51
23   conditions for the FINEL model, and then the          11:39:53
24   FINEL model then provided boundaries to Bob Bea       11:39:58
25   who opened up the breaches and the timing and         11:40:02

25  (Pages 94 to 97)

**98**

1   all that.      11:40:05
2       In July 2007 we didn't have all    11:40:06
3   that apparatus in place, so I provided the Dutch    11:40:08
4   team, Matias Kok, a set of hydrographs that he    11:40:15
5   could then use for a first order flooding model.    11:40:22
6   It was then refined later.    11:40:27
7     Q.   So there was a SOBEK model run in    11:40:29
8   2007 and one that was run later?    11:40:34
9     A.   That's correct.    11:40:37
10     Q.   When was the one run that you're    11:40:38
11   speaking of in your July 2008 report?    11:40:43
12     A.   That was June or July of that    11:40:48
13   year.    11:40:51
14     Q.   Has there been one run since then?    11:40:52
15     A.   Yes. There's a report probably    11:40:55
16   close to the date of my expert report,    11:40:59
17   July 2008, that includes additional SOBEK runs.    11:41:02
18     Q.   Who issued that report?    11:41:06
19     A.   That report is issued by -- I    11:41:07
20   believe that still would be Matias Kok would be    11:41:10
21   the lead on that, but it might be Jan Vrijling.    11:41:13
22     Q.   If you look at page 38 of    11:41:26
23   Exhibit 1, your expert report in this case,    11:41:28
24   there are two references to M. Kok, polder flood    11:41:31
25   simulations for greater New Orleans, Hurricane    11:41:42

**99**

1   Katrina, August 2005, with the year of 2007 in    11:41:45
2   it and then one with the year of 2008, polder    11:41:49
3   flood simulations for greater New Orleans: The    11:41:57
4   neutral MRGO scenario?    11:42:02
5       MR. CHUD: Hold on one second. I    11:42:03
6   don't think he's at that page yet.    11:42:05
7       THE WITNESS: I was stuck in my    11:42:07
8   resume.    11:42:10
9   BY MR. SEYMOUR:    11:42:11
10     Q.   Okay. I apologize. I thought you    11:42:13
11   were on the page already. Page 38 is the page?    11:42:15
12     A.   Okay. So we have -- it does show    11:42:18
13   two reports.    11:42:20
14     Q.   That's right.    11:42:21
15       Is the -- neither report was done    11:42:23
16   in 2009?    11:42:26
17     A.   That's correct.    11:42:29
18     Q.   Okay. So there's a report that    11:42:30
19   Dr. Kok did that is after the two references    11:42:35
20   here?    11:42:38
21     A.   No. These are -- these are the --    11:42:38
22   we had a preliminary report in 2007 and then    11:42:42
23   there was a final report in 2008. Remember,    11:42:45
24   almost all of the -- all the modeling work was    11:42:48
25   done by July of 2008. There may have been a    11:42:52

**100**

1   little back and forth on some things, but -- and    11:42:58
2   then, of course, we tried the case in May of    11:43:03
3   this year.    11:43:06
4     Q.   Is it correct that your July 11th,    11:43:07
5   2008 expert report in Robinson versus United    11:43:12
6   States, Exhibit 4 to this deposition, does not    11:43:15
7   mention the Barge ING 4727?    11:43:18
8     A.   That's correct.    11:43:23
9     Q.   On page two of Exhibit 4 you have    11:43:24
10   three conclusions stated. There are more on the    11:43:47
11   next page, but I want to focus on the    11:43:50
12   conclusions that are on page two with respect to    11:43:53
13   the effect of the Mississippi River Gulf Outlet    11:43:56
14   Navigation Project.    11:44:00
15       Do you have that page in front of    11:44:01
16   you?    11:44:04
17     A.   I do.    11:44:04
18     Q.   Does conclusion two conclude that    11:44:05
19   the Mississippi River Gulf Outlet contributed to    11:44:11
20   the early failure of flood walls and levees    11:44:20
21   adjacent to the IHNC?    11:44:22
22     A.   That's correct.    11:44:25
23     Q.   What does the word contributing    11:44:26
24   mean in that paragraph?    11:44:29
25     A.   It was the extra water brought in    11:44:31

**101**

1   sooner had an effect on the timing of the    11:44:35
2   breaching of those flood walls.    11:44:41
3     Q.   Would it be fair to say that that    11:44:43
4   put additional stress on an already weakened    11:44:45
5   system?    11:44:49
6     A.   That's fair to say. I don't know    11:44:50
7   whether already weakened. It was designed to be    11:44:55
8   weak, so I don't know whether it was already    11:44:59
9   weakened.    11:45:01
10     Q.   What do you mean, designed to be    11:45:03
11   weak?    11:45:05
12     A.   I think there's ample evidence    11:45:05
13   that these flood protection system was under    11:45:07
14   engineered.    11:45:14
15     Q.   You mean in the inner harbor    11:45:16
16   navigation canal or generally around New    11:45:20
17   Orleans?    11:45:23
18     A.   Both. Okay. When you say already    11:45:23
19   weakened, I mean in some ways the weakness was    11:45:28
20   designed in.    11:45:35
21     Q.   Is that outside your area of    11:45:37
22   expertise?    11:45:39
23     A.   This is more the results of the    11:45:40
24   Dr. Bea's work and so on. No. It's outside my    11:45:43
25   expertise, too.    11:45:48

**102**

1  Q.   Let me repute the question.      11:45:50
2  You're going to say something?        11:45:52
3  A.   I was just saying you had said   11:45:54
4  already weakened, which was something I didn't   11:45:56
5  understand.                           11:45:58
6  Q.   Okay.  If there's something that   11:45:59
7  causes a problem in the question, and that's one   11:46:01
8  that does, if you let me know, I'm happy to   11:46:05
9  rephrase the question.                11:46:07
10       Is it fair to say that the      11:46:09
11 additional water coming in from the Mississippi   11:46:10
12 River Gulf Outlet put additional stress on the   11:46:17
13 flood walls and levees in the inner harbor   11:46:19
14 navigation canal, particularly the east wall?   11:46:23
15 A.   That's correct.                 11:46:27
16 Q.   On page 7 at the top we're again   11:46:38
17 dealing with conclusion number two and here it   11:46:47
18 says that, "the height and duration of surge   11:46:51
19 experienced in the IHNC during Katrina and   11:46:56
20 contributing to the early failures of flood   11:47:02
21 walls and levees adjacent to the IHNC."   11:47:05
22       What do you mean by early failure?   11:47:09
23       MR. CHUD:  Objection to the form,   11:47:11
24 only to the extent you read only a portion of   11:47:12
25 that conclusion.                      11:47:15

**103**

1  BY MR. SEYMOUR:                       11:47:16
2  Q.   You see the words early failure   11:47:16
3  here?                                 11:47:19
4  A.   I do.  Actually, that's a very   11:47:19
5  important part of my opinion.  That is that the   11:47:21
6  surge rose faster and therefore the duration of   11:47:24
7  the stress on the -- on the flood protection   11:47:29
8  system was increased and so that's -- I think   11:47:34
9  that's pretty clear.                  11:47:43
10 Q.   Is it fair to say that both the   11:47:44
11 additional water and the additional time of the   11:47:47
12 water each added stress to the levees?   11:47:49
13 A.   That's probably a clearer way of   11:47:54
14 saying it, yes.                       11:47:57
15 Q.   The rest of my sentence would be   11:47:58
16 at the inner harbor navigation canal.  Is your   11:48:00
17 answer still the same?                11:48:06
18 A.   It is.                         11:48:07
19 Q.   Again, if you could wait until I   11:48:07
20 finish, I know you're eager to answer.   11:48:11
21 A.   I apologize again.              11:48:14
22 Q.   No apology needed.  I want to make   11:48:16
23 sure we're clear on the record.       11:48:24
24 A.   I labored over those words.      11:48:26
25 Q.   On page 63 of Exhibit 4 it states,   11:48:31

**104**

1  "Team Louisiana (2007) estimated that flooding   11:49:01
2  from over topping and breaching of the IHNC into   11:49:04
3  the Lower Ninth Ward, together with the more   11:49:08
4  limited over topping of the Caernarvon To Verret   11:49:12
5  levee, accounted for about ten percent of the   11:49:18
6  total flooding of the protected area within the   11:49:20
7  St. Bernard HPS."  Do you see that?   11:49:24
8  A.   Yes.                          11:49:27
9  Q.   How do you figure that?         11:49:27
10 A.   This was my estimate.  We had --   11:49:33
11 we had an ADCIRC model of what would happen just   11:49:39
12 from over topping, okay, so we had a model that   11:49:43
13 predicted over topping of the -- of the levee   11:49:48
14 system and then we had to account for anything   11:49:52
15 else basically associated with breaching.  So it   11:49:59
16 was a subtraction problem.  That was the first   11:50:02
17 estimate that I'm aware of that anyone came up   11:50:06
18 with, you know, and then -- but it was   11:50:08
19 corroborated by subsequent work.      11:50:15
20 Q.   Does the figure ten percent assume   11:50:21
21 that the north breach of the inner harbor   11:50:23
22 navigation canal east wall occurred at   11:50:27
23 7:30 a.m.?                            11:50:31
24 A.   I think we probably, for the   11:50:36
25 simple first cut approach we just lumped the two   11:50:45

**105**

1  breaches together.  That was a small breach and   11:50:48
2  in total those breaches did not contribute very   11:50:53
3  much to the overall flooding of the big polder.   11:50:56
4  Q.   Right here you're speaking about   11:51:02
5  the Lower Ninth Ward?                 11:51:04
6  A.   It said here estimated the        11:51:06
7  flooding from over topping and breaching of the   11:51:08
8  IHNC into the Lower Ninth Ward -- I'm reading   11:51:12
9  top of page 63, together with the more limited   11:51:17
10 over topping of the Caernarvon To Verret levee   11:51:21
11 accounted for about ten percent of the total   11:51:24
12 flooding.                             11:51:27
13       Okay.  That means 90 percent came   11:51:28
14 from somewhere else.                  11:51:31
15 Q.   Ten percent of the total flooding   11:51:33
16 of the protected area it says.        11:51:37
17       What is the protected area you're   11:51:40
18 referring to?                         11:51:42
19 A.   That's -- we're talking about the   11:51:44
20 St. Bernard polder, which is the area included   11:51:47
21 in the Federal -- well, in the -- the developed   11:51:50
22 area in the -- within the levee system, it   11:51:53
23 includes parts of Orlean parish, the Lower Ninth   11:51:58
24 Ward, and then most of it is in the St. Bernard.   11:52:03
25 Q.   Are you talking about the area in   11:52:07

27 (Pages 102 to 105)

**106**

1  St. Bernard parish that is east of Paris Road?   11:52:12
2      A.   Both east and west.   11:52:17
3      Q.   What proportion of the land area   11:52:28
4  of the protected area, as you're referring to it   11:52:32
5  here, is west -- excuse me, is east of Paris   11:52:39
6  Road?   11:52:43
7      A.   I have not actually made an   11:52:43
8  estimate of that.  I could look at a map and try   11:52:45
9  and figure it out.  I estimate it's probably --   11:52:48
10  I don't think it's much more than about   11:52:57
11  ten percent.   11:53:00
12      Q.   So if I understand you correctly,   11:53:01
13  90 percent of the St. Bernard polder, including   11:53:05
14  the Lower Ninth Ward, would be west of Paris   11:53:09
15  Road?   11:53:15
16      A.   90 percent is east of Paris Road.   11:53:15
17      Q.   90 percent is east of Paris Road?   11:53:18
18      A.   Yes.   11:53:21
19      Q.   Okay.   11:53:21
20      A.   Don't hold me to that number, I   11:53:22
21  haven't plenaried it.   11:53:25
22      Q.   Do you have anywhere in this   11:53:28
23  Exhibit 4 an estimate for the amount of water   11:53:30
24  flowing into the Lower Ninth Ward in the part of   11:53:34
25  St. Bernard parish west of Paris Road that came   11:53:38

**107**

1  from the breaches in the inner harbor navigation   11:53:43
2  canal?   11:53:47
3      A.   I know that -- I think that's   11:53:47
4  where this number comes from is that we did do   11:53:53
5  an analysis of that.  I'm trying to remember   11:53:56
6  whether we reported all of that in Team   11:54:01
7  Louisiana, I know some of it is in here.  I   11:54:05
8  might have to look through and find.   11:54:10
9      Q.   Please do.   11:54:21
10      A.   Actually, I don't think it's in   11:54:50
11  this report.  This is any July 2008 report.   11:54:52
12      Q.   Will you look at Team Louisiana?   11:54:55
13      A.   Team Louisiana had something in it   11:54:58
14  and --   11:55:03
15      Q.   The Team Louisiana report I   11:55:05
16  believe is Exhibit 3?   11:55:06
17      MR. CHUD:  2.   11:55:08
18      MR. SEYMOUR:  2, okay.   11:55:10
19      THE WITNESS:  And at the time that   11:55:16
20  I wrote this report I had seen some SOBEK   11:55:17
21  results so --   11:55:21
22  BY MR. SEYMOUR:   11:55:24
23      Q.   When you say this report, you're   11:55:24
24  referring to Exhibit 4?   11:55:26
25      A.   Exhibit 4.  I had seen SOBEK   11:55:27

**108**

1  results by that time, but I think I came up with   11:55:29
2  that ten percent number before they ever ran   11:55:32
3  SOBEK.  I'm trying to remember where.  So I   11:55:34
4  think there was something in here about that.   11:55:40
5      Okay.  On page 85.   11:55:50
6      Q.   We're on Exhibit 2, page 85?   11:55:56
7      A.   That's right.  Okay.  And if we   11:55:59
8  look on page 84, as well.   11:56:08
9      Q.   I should say just for the clarity   11:56:21
10  of the record, Exhibit 2 is not the complete   11:56:23
11  Team Louisiana report, it's excerpts of the   11:56:26
12  report.  You said 82 and 85 are the pages to   11:56:30
13  look at?   11:56:33
14      A.   That's right.  And this is more   11:56:33
15  gives the analysis that was done because it   11:56:38
16  turns out to make a decision about what   11:56:41
17  percentage of volume is coming from the breaches   11:56:48
18  over at the IHNC and what percent is coming from   11:56:50
19  the massive degradation along the MRGO.  It is   11:56:57
20  not a close call, really.  The rate of flow   11:57:02
21  coming across the MRGO breaches is so much more   11:57:07
22  than what's coming in through those smaller   11:57:13
23  breaches on the IHNC that, you know, I did this   11:57:15
24  in a very simplistic manner, assuming certain   11:57:22
25  things about when breaching occurred, and it   11:57:25

**109**

1  turned out when they did it in detail it didn't   11:57:29
2  come out much different.   11:57:31
3      What you see here on page 65   11:57:33
4  there's a time --   11:57:36
5      MR. CHUD:  I'm sorry, I think you   11:57:38
6  might mean figure 65.   11:57:41
7      THE WITNESS:  Figure 65 on page   11:57:43
8  84.  I apologize.  You see here on the left-hand   11:57:46
9  side I was at this point comparing what IPET had   11:57:50
10  said and what I was coming up with and you see   11:57:55
11  here, cumulative volume of over topping.  And   11:58:01
12  when I say over topping, I'm talking about water   11:58:05
13  coming across the 40 Arpent canal into the   11:58:07
14  developed area.   11:58:12
15      I'm sorry.  This is actually   11:58:15
16  into -- across the MRGO levee alignment.   11:58:19
17  BY MR. SEYMOUR:   11:58:23
18      Q.   Both reach one and reach two?   11:58:24
19      A.   Reach one and reach two.  The   11:58:26
20  difference between my number which is pink here   11:58:28
21  and theirs, the Corps of Engineers which is   11:58:30
22  blue, they didn't include reach one in that.   11:58:34
23  There was a lot of over topping across the   11:58:37
24  southern levee of reach one.   11:58:45
25      Okay.  So in figure 66 on the next   11:58:47

28 (Pages 106 to 109)

## 110

1    page, you see there's water level showing the          11:58:51
2    level of water in the MRGO and blue on the top         11:58:57
3    and then -- and then the pink line is showing          11:59:00
4    the water level in the developed area and you          11:59:03
5    can see that the bottom is here time since start       11:59:09
6    of breaching on the MRGO levee. It's the MRGO          11:59:15
7    levee started breaching in the 7:00 range and so       11:59:19
8    that big 32,000 acre wetlands area began to fill       11:59:25
9    up and then at about 8:30 it came over or              11:59:32
10   between 8:00 and 8:30 it came over that back           11:59:37
11   levee into St. Bernard and it filled up the --         11:59:40
12       Q.   Is the 0 point 7:00 a.m.?                     11:59:44
13       A.   The 0 point here, at that time I              11:59:52
14   was assuming it was coming across primarily            11:59:55
15   about 8:30. So you have to go three and a half         11:59:59
16   hours before that, so 5:00 is 0.                       12:00:03
17       Q.   Is there anywhere in this report             12:00:05
18   that it gives the starting time?                       12:00:08
19       A.   Let's look at the text here.                 12:00:15
20            Okay. Well, actually you see in              12:00:20
21   figure 65 we show the initial beginnings of            12:00:23
22   water moving across the MRGO levee alignment at        12:00:30
23   about 6:00 -- well, maybe 5:00, so it's pretty         12:00:34
24   close.                                                 12:00:56
25            When I did this analysis I did,              12:00:56

## 111

1    separately I looked at the my estimate of flow         12:00:59
2    from the IHNC and also from other over topping         12:01:07
3    that occurred other than the MRGO related, that        12:01:11
4    coming across the MRGO alignment, and that's           12:01:15
5    where I came up with the ten percent.                  12:01:19
6        Q.   Okay. My question was different               12:01:25
7    though. I'm focusing only on the lower -- the          12:01:28
8    source of the breaches that filled -- let me           12:01:32
9    start that over again.                                 12:01:39
10            I'm asking about the source of the           12:01:40
11   water that flooded the Lower Ninth Ward and only       12:01:43
12   the part of St. Bernard parish that is west of         12:01:48
13   Paris Road. Is there anything in the Team              12:01:53
14   Louisiana report that quantifies how much water        12:01:58
15   came in from those breaches?                           12:02:00
16            MR. CHUD:  Objection, vague, as to           12:02:02
17   which breaches.                                        12:02:03
18   BY MR. SEYMOUR:                                        12:02:05
19       Q.   The breaches of the east wall of             12:02:05
20   the inner harbor canal?                                12:02:08
21       A.   The breaches that came from the              12:02:10
22   IHNC and the limited over topping on the               12:02:13
23   Caernarvon To Verret levee, that's the only            12:02:17
24   statement I think that's there that addresses          12:02:21
25   that.                                                  12:02:24

## 112

        Q.   That covers the whole polder, not       12:02:24
just part of it?                                    12:02:27
        A.   It does.                                12:02:28
        Q.   Is there anything in your expert        12:02:29
report, Exhibit 1 to the deposition, that           12:02:31
quantifies the source of the water or the           12:02:33
quantity of water coming from the breaches in       12:02:35
the inner harbor navigation canal east wall that    12:02:38
flooded the Lower Ninth Ward and the parts of       12:02:42
St. Bernard parish west of Paris Road?              12:02:46
        A.   At this point then I had access to      12:02:51
the SOBEK modeling, so I was able to refine          12:02:54
that, and I believe I said so. It will be under     12:02:57
Robinson investigations.                            12:03:46
        Q.   Part five of the report, starting       12:03:47
on page 26?                                          12:03:50
        A.   That's correct.                         12:03:51
        Q.   That's Exhibit 1.                       12:03:55
        A.   Well, I don't see it in there --        12:04:32
okay. Page 34 behind -- this is in my               12:04:37
conclusions, I would say Robinson results, E --     12:04:46
do you see that paragraph E on page 34? It says     12:04:52
the MRGO was a substantial contributing factor      12:04:58
to the catastrophic flooding of St. Bernard         12:05:01
parish in the Lower Ninth Ward with 90 percent      12:05:05

## 113

of the Lower Ninth flooding coming from the         12:05:07
failure of the reach two levees and ten percent     12:05:11
coming from the IHNC flood wall failures.           12:05:13
        Q.   Where does that come from?              12:05:18
        A.   Well, it started with the analysis      12:05:19
that was in the Team Louisiana report, but it       12:05:21
was refined through the SOBEK model.                12:05:23
        Q.   Didn't the SOBEK model use a start      12:05:28
time for the north breach of 7:30 a.m.?             12:05:31
        A.   I don't believe so. They used           12:05:36
whatever Bob Bea told them to use.                  12:05:38
        Q.   Turn to page 33 of your report,         12:05:41
Exhibit 1. You've got a statement saying that       12:05:44
SOBEK comes into play because it includes a time    12:05:51
for the south breach wall collapse of about         12:05:54
7:30?                                                12:05:58
        A.   Yeah. I don't think anyone -- I         12:05:59
mean between 7:00 and 7:30, everybody agrees        12:06:03
that's when the south breach occurred.              12:06:08
        Q.   You testified earlier the SOBEK         12:06:10
model, maybe it was an earlier version, but you     12:06:13
said the SOBEK model used the same start time       12:06:16
for the north and south breaches?                   12:06:20
        A.   The second version of the SOBEK         12:06:23
model I suspect used whatever Bob Bea and I have    12:06:25

## 114

1  to plead some ignorance on that.                12:06:29
2       Q.   If you don't know just say?           12:06:30
3       A.   I don't know, okay.                    12:06:32
4       Q.   Is it fair to say that the figure      12:06:34
5  of 90 percent of the Lower Ninth flooding coming   12:06:45
6  from the failure of the breach two levees and    12:06:50
7  ten percent from the inner harbor navigational    12:06:53
8  canal food wall failures comes from other people   12:06:56
9  and not your own work?                            12:07:00
10      A.   That's correct.                         12:07:02
11      Q.   The other people would be the          12:07:04
12 people who worked on the SOBEK model?            12:07:06
13      A.   This is an internal issue and not      12:07:08
14 the focus of my work.                             12:07:11
15      Q.   You referred to in footnote one to     12:07:13
16 a consensus among all the experts on both sides   12:07:15
17 of the Robinson case.                             12:07:19
18           What do you rely upon for that         12:07:22
19 consensus?                                        12:07:25
20      A.   I read the SOBEK report and I also     12:07:26
21 read the government's expert report.              12:07:30
22      Q.   Which one?                              12:07:33
23      A.   And I'm trying to remember the         12:07:35
24 name of the gentleman. He's from Texas.          12:07:37
25      Q.   Can you look on your references        12:07:39

## 115

1  and tell me if you see it there?                 12:07:41
2       A.   I don't see it there and I'm at a      12:07:44
3  loss to remember exactly his name, but I can      12:08:24
4  recognize it's not one of these people. I        12:08:27
5  watched his testimony in court and I just can't   12:08:31
6  remember his name. I did read his report though   12:08:36
7  and it's the same as.                             12:08:44
8       Q.   In footnote one on page 34 you         12:08:46
9  refer to a consensus among all the experts on     12:08:59
10 both sides of the Robinson case.                  12:09:03
11           Is it fair to say what that            12:09:05
12 actually means is Dr. Kok and this government     12:09:07
13 expert, whose name you cannot recall?             12:09:12
14      A.   That's right. What we're talking       12:09:15
15 about here is volume, how much of the maximum     12:09:20
16 volume is coming through each of these holes.     12:09:25
17      Q.   In subparagraph E on page 34, does     12:09:30
18 the over topping of the 40 Arpent canal fit       12:09:45
19 within the 90 percent figure or the ten percent   12:09:51
20 figure or is it not included here?                12:09:53
21      A.   That's in the 90 percent figure.       12:09:55
22      Q.   Do you have in your report an          12:10:12
23 estimate for the additional depth of flooding    12:10:26
24 caused by the Mississippi River Gulf Outlet       12:10:30
25 within the Lower Ninth Ward?                       12:10:33

## 116

1       A.   I don't have it in this report,        12:10:37
2  but in Kok's second report there's a detailed     12:10:38
3  analysis of that.                                 12:10:44
4       Q.   I can only ask you about your          12:10:48
5  work.                                            12:10:50
6       A.   I understand. And I can only           12:10:50
7  point you to where that information is to be      12:10:54
8  found.                                            12:10:57
9       Q.   Okay. I still have a few more          12:11:19
10 questions to ask about Exhibit 4 to the           12:11:21
11 deposition.                                       12:11:25
12      A.   Yes.                                    12:11:26
13      Q.   Are you familiar enough with the       12:11:27
14 SOBEK model to know whether being three or four   12:12:06
15 hours too late on the breach time for the north   12:12:10
16 breach would affect the amount of water in the    12:12:14
17 Lower Ninth Ward that came from the inner harbor  12:12:18
18 navigational canal breaches?                       12:12:21
19           MR. CHUD: Objection, vague.            12:12:25
20           THE WITNESS: Okay. I would have        12:12:26
21 to say when because, you know, early on           12:12:28
22 obviously it makes a huge difference, you know,   12:12:31
23 if it's in that gap where there is no water       12:12:35
24 coming in according to one or some coming from    12:12:38
25 another.                                          12:12:41

## 117

1            It turns out those breaches,           12:12:42
2  compared to the size of the size of the breaches  12:12:45
3  on the MRGO are -- they're so small by            12:12:48
4  comparison that that's why you end up with this   12:12:51
5  and so the timing doesn't matter that much.      12:12:54
6  That's why even with the simple model that I did  12:12:57
7  back in -- right after the storm, I was able to   12:13:01
8  pretty much get that 90/10 comparison and that    12:13:06
9  has stood up to a lot of pretty rigorous          12:13:12
10 analysis since then. It's a volume measurement.   12:13:14
11 It's not a dynamics measurement.                  12:13:19
12 BY MR. SEYMOUR:                                   12:13:24
13      Q.   Please explain.                         12:13:25
14      A.   Well, I'm just saying we're -- we      12:13:25
15 know how much water ends up in this polder,       12:13:29
16 okay, and this is just a matter of how much is    12:13:32
17 coming from the IHNC through breaches and over    12:13:35
18 topping there and how much is coming from the     12:13:41
19 MRGO. And, you know, it's a 90/10 difference of   12:13:44
20 the total volume.                                 12:13:50
21      Q.   The Team Louisiana report that,        12:13:52
22 the passages that we were looking at before,      12:13:56
23 referred to date and time stamped videography.    12:13:59
24           Did you see a videotape taken at       12:14:04
25 the St. Bernard parish courthouse?                 12:14:08

**118**

1    A.  I have seen that, yes.        12:14:11
2    Q.  And did you see that water was    12:14:12
3  coming from the direction of New Orleans and    12:14:14
4  flowing east?                    12:14:17
5    A.  I saw it was coming from a lot of    12:14:18
6  directions, but a lot of it was coming from the    12:14:21
7  north, also, and we do have a camera close to    12:14:24
8  the 40 Arpent levee that shows that.  There's a    12:14:29
9  lot of variation of flow inside the -- inside    12:14:36
10 the polder, but I am aware of some -- I remember    12:14:42
11 reviewing that, but I don't remember, you know,    12:14:45
12 it wasn't so clear to me that it was coming from    12:14:50
13 the -- from the west, if that's what you mean.    12:14:53
14    Q.  If the videotape showed that it    12:14:57
15 was coming from the west and if eye witnesses    12:15:01
16 said it was coming from the west at that time,    12:15:05
17 would that lead you to the conclusion that the    12:15:07
18 SOBEK modeling was incorrect?        12:15:14
19    MR. CHUD:  Objection to the    12:15:17
20 hypothetical, vague and incomplete.    12:15:18
21 BY MR. SEYMOUR:                12:15:22
22    Q.  Would it lead to the conclusion    12:15:22
23 that Dr. SOBEK's revised SOBEK model was    12:15:23
24 incorrect?                    12:15:27
25    MR. CHUD:  Same objection.    12:15:28

**119**

1    THE WITNESS:  First of all, I    12:15:29
2  asked you earlier, I said when.  When we look    12:15:30
3  at -- the SOBEK model gives you a very detailed    12:15:34
4  idea of how the flooding occurs.  What you'll    12:15:39
5  see, even though water is coming across the 40    12:15:42
6  Arpent levee, sometimes in the polder it's    12:15:45
7  moving from west to east.  The circulation is    12:15:48
8  pretty complex inside the polder.  So the fact    12:15:51
9  that somebody sees it at one point coming from    12:15:54
10 this direction, another person sees it at    12:15:58
11 another point coming from another direction is    12:16:00
12 not a reason to say the model is wrong.  You    12:16:03
13 know, I would be more interested about when is    12:16:06
14 it coming over the 40 Arpent canal, when is it    12:16:10
15 starting to fill the polder.  All I can say is,    12:16:14
16 you know, the SOBEK model is giving pretty much    12:16:20
17 the same result as the other models that are --    12:16:25
18 the Corps HEC model that was run for this model.    12:16:29
19 Again, I didn't run it.            12:16:36
20 BY MR. SEYMOUR:                12:16:38
21    Q.  Do you have an understanding as to    12:16:39
22 when flood waters coming from the inner harbor    12:16:40
23 navigation canal breaches into the St. Bernard    12:16:44
24 parish first met with flood waters coming from    12:16:48
25 the Mississippi River Gulf Outlet breaches?    12:16:51

**120**

1    A.  Not a detailed understanding, but    12:16:55
2  I would say probably around 8:30, 9:00.    12:16:57
3    Q.  On what is that based?    12:17:03
4    A.  That's when we started having    12:17:04
5  massive -- first of all, they can't meet until    12:17:06
6  both sides are engaged, okay.  So initially we    12:17:09
7  have flow coming in from the IHNC and later we    12:17:12
8  get flow coming from the MRGO.  It's just a    12:17:16
9  function, it's got to wait until it fills up the    12:17:20
10 wetlands and comes over that back levee.  That    12:17:24
11 happens in the 8:00 to 8:30 range.  That's when    12:17:27
12 they first start -- when there's a possibility    12:17:33
13 for them to meet up.                12:17:35
14    Q.  What specifically are you basing    12:17:36
15 the 8:30 time on?                12:17:38
16    A.  That's --                12:17:40
17    Q.  Is that from the SOBEK model?    12:17:42
18    A.  No.  The 8:30 time comes from both    12:17:45
19 the -- okay.  It comes from the -- the SOBEK    12:17:49
20 model doesn't include what's going on in the    12:17:57
21 wetlands -- does it?  Maybe it does.  Any way --    12:18:00
22    Q.  If you don't know, just say you    12:18:07
23 don't know.                    12:18:09
24    A.  I don't know.            12:18:10
25    Q.  Back on Exhibit 1, your report in    12:18:17

**121**

1  this case, page 34, subparagraph E?        12:18:19
2    A.  Yes.                    12:18:33
3    Q.  At what time was water from the    12:18:33
4  inner harbor navigational canal flood wall    12:18:37
5  failures only ten percent of the total water in    12:18:41
6  the Lower Ninth Ward?                12:18:44
7    A.  Okay.  This would be -- this is    12:18:46
8  cumulative.  When the water reaches its maximum    12:18:50
9  elevation, what's the percent coming from each    12:18:53
10 source.  And so it's at the maximum state of    12:18:55
11 flooding.  That is when the water levels are at    12:19:00
12 their highest point in this area.        12:19:05
13    Q.  What's your understanding of what    12:19:07
14 time that was?                    12:19:10
15    A.  That is in the -- around 10:30,    12:19:11
16 something like that.                12:19:18
17    Q.  10:30 a.m. is your testimony?    12:19:19
18    A.  Yeah.  I'm not -- that's not my    12:19:21
19 particular area of work other than what we did    12:19:24
20 in Team Louisiana, but it was around in that    12:19:26
21 timeframe.                    12:19:29
22    Q.  Turning to Exhibit 4, your    12:19:45
23 July 2008 report.  Please turn to page 82?    12:19:49
24    A.  What page?                12:20:02
25    Q.  82.                    12:20:03

122

1    A.   Yes.                              12:20:05
2    Q.   Section 5.3 of the report refers    12:20:16
3  to the calibration and validation of FINEL and    12:20:20
4  SWAN.  Towards the bottom of the page, the    12:20:24
5  second paragraph, section 5.3 states,      12:20:35
6  "calibration and validation of the surge model    12:20:39
7  is problematic given the lack of reliable gauge    12:20:42
8  records, and the variability and observed high    12:20:45
9  watermark data."                          12:20:49
10        What did you do to calibrate and    12:20:52
11  validate the FINEL and SWAN models?         12:20:55
12        MR. CHUD:  Objection, form.       12:21:03
13  BY MR. SEYMOUR:                           12:21:06
14    Q.   If you didn't do it and somebody    12:21:06
15  else, just tell me?                       12:21:10
16        MR. CHUD:  Same objection.        12:21:12
17        THE WITNESS:  What I did, I gave    12:21:14
18  them some hydrographs, both hydrographs to drive    12:21:16
19  the model.  And so when I give them hydrographs    12:21:21
20  to drive the model they then have to have a    12:21:27
21  model that will, if I put in two of them I'm    12:21:31
22  going to get the third.  It has to be    12:21:34
23  consistent, I can't put in hydrographs that    12:21:36
24  produce water going up hill and things like    12:21:40
25  that.  So -- and on the other hand, we're not    12:21:43

123

1  simulating conditions that actually existed    12:21:46
2  during Katrina, because during Katrina the    12:21:50
3  levees didn't hold up.  That's the condition    12:21:54
4  that was existing.  The model was actual over    12:21:56
5  topping of levees and flood walls that remain in    12:21:59
6  place, not that collapse and go away.  So it was    12:22:02
7  mainly to have -- make sure that the internal    12:22:08
8  hydrodynamics did not blow up when I gave it the    12:22:12
9  points at the boundaries and the winds to run it    12:22:16
10  that it performed well.  I mean the FINEL model    12:22:21
11  is a well -- it has a lot of engineering    12:22:27
12  experience with it, so it wasn't a difficulty in    12:22:32
13  that the model -- really to set it up in a way    12:22:36
14  that was appropriate.                     12:22:43
15  BY MR. SEYMOUR:                           12:22:44
16    Q.   If I understand you correctly, the    12:22:44
17  FINEL model did not include the actual breaches,    12:22:49
18  so you could not compare it to real world data?    12:22:52
19    A.   I could not compare it to the    12:22:55
20  condition that existed during Katrina.  For    12:22:57
21  example, the FINEL model predicts the water goes    12:22:59
22  much higher in the IHNC as does the ADCIRC model    12:23:05
23  because the breaches resulted in lower water    12:23:09
24  levels.                                   12:23:11
25        What we're looking at -- remember    12:23:12

124

the purpose of the Robinson case is to say,    12:23:14
okay, we've got this giant navigation canal,    12:23:17
does it make a difference in the conveyance of    12:23:20
water into this area.  That's a different    12:23:23
question than how much water's coming through    12:23:25
this breach and that breach and so on.       12:23:29
    Q.   Does all the water going into the    12:23:36
inner harbor navigational canal come from the    12:23:38
funnel or does some of it come from other    12:23:42
breaches?                                 12:23:45
        MR. CHUD:  Objection, vague.        12:23:46
        THE WITNESS:  Actually, it's       12:23:46
pretty clear it all comes from the funnel.  I    12:23:48
mean the only other source would be Lake    12:23:50
Pontchartrain.  Lake Pontchartrain, it's always    12:23:53
flowing towards Lake Pontchartrain.          12:23:58
BY MR. SEYMOUR:                            12:24:02
    Q.   The FINEL model results then get    12:24:02
put into the SOBEK model if I have that right;    12:24:05
is that correct?                          12:24:10
    A.   The FINEL -- the FINEL model is    12:24:11
used as a basis for surge level at the time that    12:24:16
a breach -- that a breach occurs.            12:24:24
        After a breach occurs the FINEL    12:24:30
model is not all that useful for predicting    12:24:34

125

surge in that area because the breach itself    12:24:37
affects the surge level.  So it was -- you know,    12:24:40
again, I have to keep taking it back to the    12:24:46
question in Robinson is what difference does    12:24:49
this giant channel make in this picture.  It's a    12:24:52
different question.                       12:24:57
    Q.   Is it fair to say from page 83 of    12:25:05
your report that you got results that were    12:25:07
substantially different from those gotten by the    12:25:13
government?                                12:25:15
        MR. CHUD:  Objection, vague.        12:25:16
        THE WITNESS:  Okay.               12:25:18
BY MR. SEYMOUR:                            12:25:19
    Q.   You see the phrase that the U.S.    12:25:19
Army Corps of Engineers ST wave simulations for    12:25:26
the MRGO funnel area produce results that are,    12:25:28
"quite different than those generated by SWAN."    12:25:32
Do you see that?                          12:25:37
    A.   That's correct.  I just want to    12:25:38
make the clarification we now moved from the    12:25:39
FINEL model to a wave model.  We're not talking    12:25:42
about the surge model anymore, we're talking    12:25:47
about wave model.  Yes, they had botched the    12:25:50
wave modeling pretty badly and they admitted it.    12:25:52
    Q.   Who admitted it?                  12:25:55

**126**

1    A.    The government.                    12:25:57
2    Q.    When?                             12:25:58
3    A.    In the course of the trial and    12:25:59
4    their expert reports.                    12:26:01
5    Q.    Which expert report?              12:26:02
6    A.    December would be Ebersole and    12:26:03
7    their main wave modeler, it will come to me.    12:26:13
8         I explain the problem that they    12:26:27
9    had and they admitted it.  They also then ran it    12:26:29
10   with the corrections and got results that were    12:26:35
11   similar to ours.                         12:26:38
12   Q.    Did you do anything else to       12:27:06
13   calibrate the ADCIRC or FINEL models that we've    12:27:08
14   not already discussed?                    12:27:14
15   A.    I put everything down in this     12:27:16
16   report that addresses that.               12:27:18
17   Q.    I want to find out if we've talked    12:27:22
18   about everything that you did to calibrate the    12:27:24
19   ADCIRC or the FINEL models?               12:27:27
20   A.    Okay.  ADCIRC was calibrated      12:27:31
21   before Katrina, okay, with historic storms, the    12:27:33
22   gauge records from historic storms.       12:27:45
23        FINEL was -- when I say it was     12:27:47
24   validated more than it was calibrated because    12:27:53
25   FINEL is a calibrated model.  And the way it was    12:27:58

**127**

1    validated was against the boundary conditions    12:28:03
2    that we provided.                        12:28:07
3    Q.    The three data points?            12:28:08
4    A.    Yes.                              12:28:10
5    Q.    Okay.  And did you do anything to    12:28:10
6    calibrate the SWAN model?                 12:28:17
7    A.    Actually, we had to do a lot more    12:28:19
8    to calibrate SWAN than FINEL because the waves    12:28:21
9    are so much more sensitive to bottom type and to    12:28:26
10   vegetation type.  And so we did all kinds of    12:28:30
11   sensitivity analysis with SWAN, some of which    12:28:35
12   are discussed in this report, but most of which    12:28:39
13   will be in the reports by Gautier,        12:28:43
14   G-A-U-T-I-E-R.                           12:28:48
15   Q.    Does Gautier know more than you    12:28:50
16   what was used to calibrate SWAN?          12:28:53
17   A.    Gautier knows a lot more than I do    12:28:56
18   about what was used to calibrate SWAN.    12:29:00
19   Q.    I ask you to turn to Exhibit 2,    12:29:07
20   the Team Louisiana report -- Exhibit 3?    12:29:11
21        MR. CHUD:  I'm sorry to interrupt.    12:29:15
22   It's now 12:30.  I don't know if this is a good    12:29:17
23   place to stop for lunch.                  12:29:21
24        MR. SEYMOUR:  We can stop for      12:29:22
25   lunch now.                              12:29:24

**128**

1         THE VIDEOGRAPHER:  Here marks the    12:29:26
2    end of videotape number three, taken in the    12:29:27
3    deposition of G. Paul Kemp.  Going off the    12:29:31
4    record.  The time on the video screen is    12:29:34
5    12:29:25.                               12:29:39
6                                          12:29:39
7         (Whereupon, at 12:30 p.m., a lunch    12:29:39
8    recess was taken.)                      12:29:39

**129**

1         AFTERNOON SESSION                  12:29:39
2         (1:18 p.m.)                        13:18:38
3         THE VIDEOGRAPHER:  Here begins    13:18:38
4    videotape number four, taken in the deposition    13:19:04
5    of Mr. G. Paul Kemp.  Going back on the record.    13:19:07
6    The time on the video screen is 13:18:59.    13:19:10
7    Please continue.                        13:19:15
8                                          13:19:15
9         EXAMINATION BY COUNSEL FOR         13:19:15
10        PLAINTIFFS -- RESUMED             13:19:15
11                                         13:19:20
12   BY MR. SEYMOUR:                         13:19:20
13   Q.    Please turn to Exhibit 2, the Team    13:19:20
14   Louisiana report.                       13:19:23
15   A.    I have it before me.              13:19:25
16   Q.    Before I ask you about a specific    13:19:30
17   passage, are there any parts of the report that    13:19:33
18   you no longer believe to be accurate because of    13:19:36
19   the additional work that you and others have    13:19:38
20   done since then?                        13:19:41
21   A.    I believe pretty much everything    13:19:42
22   that's in here has stood the test of time.    13:19:49
23   There may be some slight shifts in timing and    13:19:52
24   degree like we talked about, you know, whether    13:19:56
25   it's 7:30 or 7:00, something like that, but I'm    13:19:58

1  kind of continually amazed when I go back at how   13:20:04
2  it seems to have held up.   13:20:13
3  Q.   Turn to page 67, please.   13:20:18
4        The second paragraph on the page   13:20:33
5  begins with the words some of the engineers and   13:20:39
6  ends with the words led to the failure.  Would   13:20:43
7  you please just familiarize yourself with the   13:20:47
8  paragraph and then I'll ask you a question.   13:20:56
9  A.   Yes.  I've read it.   13:21:01
10 Q.   Is it fair to say that that was   13:21:23
11 not your area of expertise?   13:21:25
12      It is fair to say that that was   13:21:27
13 not my area of expertise.   13:21:29
14 Q.   Among the Team Louisiana experts,   13:21:32
15 who would be most knowledgeable about the   13:21:40
16 subject matter covered in that paragraph?   13:21:43
17 A.   The geotechnical work would be   13:21:45
18 covered by Sharma, Capozzoli, Prochaska, Art   13:21:50
19 Theis to a lesser degree.   13:22:03
20 Q.   Those would be the people for that   13:22:04
21 paragraph?   13:22:06
22 A.   That's right.   13:22:07
23 Q.   Please turn to page 80.   13:22:08
24 A.   I'm there.   13:22:39
25 Q.   In the bottom paragraph on that   13:22:40

1  page, the sentence reads "at around 8:30 the   13:22:42
2  most substantial flooding event in any part of   13:22:47
3  the GNO began as the 40 Arpent back levee with a   13:22:50
4  crown elevation of between seven to nine feet.   13:22:54
5  Experienced massive over topping from the   13:22:57
6  wetland buffer area to the northern east, figure   13:23:00
7  44." Do you see that?   13:23:04
8  A.   Yes.  Figure 44, do we need to   13:23:06
9  refer to that?   13:23:09
10 Q.   No.   13:23:10
11 A.   Okay.   13:23:11
12 Q.   Why do you call that the most   13:23:12
13 substantial flooding event in any of the greater   13:23:16
14 part of New Orleans?   13:23:20
15 A.   Because of the amount of water   13:23:22
16 volume.   13:23:25
17 Q.   Wasn't the devastation caused by   13:23:25
18 the inner harbor breaches at least as great?   13:23:28
19 A.   When I refer here to -- I'm   13:23:37
20 talking about the volume involved.  The volume   13:23:40
21 coming over that back levee was like the   13:23:46
22 Mississippi river in full flood for a period of   13:23:49
23 time.  That kind volume or flux, I guess you   13:23:53
24 would say, was not experienced anywhere else,   13:24:02
25 nowhere close at any of the other breaches   13:24:06

1  whether in metro New Orleans or.   13:24:09
2  Q.   If you turn to page 222, the last   13:24:12
3  page of the report excerpts we have here?   13:24:16
4  A.   Uh-huh.   13:24:18
5  Q.   And look at the first full   13:24:19
6  paragraph on that page?   13:24:21
7  A.   Yes.   13:24:26
8  Q.   Do you see that the neighborhood   13:24:26
9  is four feet below sea level and was drown by   13:24:30
10 water as high as four feet above sea level in   13:24:34
11 the Lower Ninth Ward?   13:24:37
12 A.   Yes.   13:24:39
13 Q.   Many homes were washed off their   13:24:39
14 piles while hundreds headed to the roof lines   13:24:42
15 and thousands of people were trapped?   13:24:46
16 A.   That's a different matter, we are   13:24:48
17 talking here about the dynamics being near a   13:24:51
18 breach.  Being near a breach you have high   13:24:54
19 velocity flows and certainly the folks near the   13:24:56
20 17th canal -- there were houses pushed off   13:25:03
21 foundations there, too, that's a different   13:25:07
22 matter.  If we're talking about the volume of   13:25:16
23 water or the flux, the rate of input of water,   13:25:19
24 that's different.  Here we have a velocity   13:25:22
25 factor operating in the immediate vicinity of   13:25:25

1  the breaches.  No question that's a horrible   13:25:28
2  thing and very different process.  I mean when   13:25:32
3  we slowly or gradually just fill up a bathtub   13:25:34
4  and flood the houses, that's different from   13:25:38
5  pushing them off their foundations and tumbling   13:25:44
6  them around.   13:25:47
7  Q.   I direct your attention on page 90   13:25:52
8  in the first -- second full paragraph in the   13:26:01
9  third sentence -- I'll wait until you get to the   13:26:09
10 page.   13:26:15
11 A.   Yes.   13:26:25
12 Q.   You see the third sentence in the   13:26:26
13 second full paragraph on page 90 stating, "the   13:26:29
14 most rapid rates of flooding were measured in   13:26:32
15 the Lower Ninth Ward between six and eight feet   13:26:35
16 per hour, but the mean rate was only 1.8 feet   13:26:39
17 per hour." Do you see that?   13:26:45
18 A.   Yes, that actually refers to the   13:26:46
19 table on the page before.  Here we're comparing   13:26:48
20 rate of rise in different areas.  I think this   13:26:51
21 is the only report that actually looks at it   13:26:57
22 that way, but there was certainly a very rapid   13:26:59
23 rise of water level in the Lower Ninth, maximum   13:27:03
24 rate of rise.  Okay.   13:27:15
25 Q.   All of the Lower Ninth Ward is   13:27:16

**134**

1   east of the flood wall, but you have a column      13:27:18
2   labeled Lower Ninth West and Lower Ninth East?      13:27:21
3           MR. CHUD:  Objection to the form.      13:27:27
4   BY MR. SEYMOUR:      13:27:29
5       Q.   Can you explain the columns?      13:27:29
6       A.   Lower Ninth -- I guess Lower Ninth      13:27:31
7   East is closer to Arabi, A-R-A-B-I, and Lower      13:27:37
8   Ninth West is over on the west side and I'm not      13:27:49
9   sure -- I think we had some points where the      13:27:52
10  Corps had estimated rates of rise and this is      13:27:57
11  the nomenclature they used.      13:28:02
12      Q.   The western part of the Lower      13:28:05
13  Ninth Ward?      13:28:08
14      A.   Yes, the part closest to the IHNC.      13:28:08
15      These -- this is -- I'm sorry.      13:28:14
16  The references here are two specific pages of      13:28:17
17  the IPET report.      13:28:21
18      Q.   How is it possible to have a rate      13:28:22
19  of rise of eight feet an hour in the parts of      13:28:24
20  the Lower Ninth Ward closest to the inner harbor      13:28:28
21  navigational canal and parts of the Lower Ninth      13:28:32
22  Ward farther away from the IHNC breaches having      13:28:36
23  a rate of rise of six feet an hour and still      13:28:39
24  have only ten percent of the water in the Lower      13:28:42
25  Ninth Ward attributable to the IHNC breaches?      13:28:46

**135**

1       A.   There is no contradiction there to      13:28:49
2   me.  You know, we see in Chalmette the rate of      13:28:52
3   rise was six feet an hour.  Once that bowl began      13:28:56
4   filling it really went up and I don't know for      13:29:00
5   sure how much difference there is between six      13:29:11
6   feet an hour and eight feet an hour --      13:29:13
7       Q.   Two feet an hour?      13:29:15
8       A.   Two feet an hour.  Referring to      13:29:16
9   some hydrographs that the Corps had, it's fast.      13:29:19
10      Q.   Do you remember -- please      13:29:26
11  continue.      13:29:28
12      A.   You have the immediate area of the      13:29:28
13  breach that's, you know, this is the area where      13:29:32
14  the high velocities exist and then you have      13:29:35
15  areas farther from the breach where it is mostly      13:29:37
16  rate of lower level water rise, those are      13:29:45
17  somewhat different things.  People close to the      13:29:50
18  breach are experiencing high velocity and high      13:29:52
19  rate of water level rise.  Eventually as the      13:29:55
20  water reaches its maximum it actually begins to      13:30:00
21  go down in the areas close to the breach because      13:30:03
22  that's an outlet, so there's an outflow      13:30:06
23  occurring also in that area.      13:30:09
24      In some ways there's a dynamic      13:30:10
25  like that going on, too.  So water comes in      13:30:13

**136**

1   through the breach, it appears first but doesn't      13:30:16
2   necessarily build up that much because it's      13:30:24
3   flowing out to this whole area that's available      13:30:27
4   to it.  Again, I'm getting away from my      13:30:30
5   expertise.      13:30:33
6       Q.   That's the SOBEK modeling?      13:30:34
7       A.   Yes.      13:30:36
8       Q.   And Dr. Kok's expertise?      13:30:37
9       A.   Yes.  I apologize.  I really      13:30:39
10  shouldn't be wandering off in that direction.      13:30:42
11      Q.   When you were doing your work for      13:30:44
12  Team Louisiana did you hear or see of reports,      13:30:46
13  particularly in the south breach in the inner      13:30:51
14  harbor navigational canal, that there was a high      13:30:53
15  wall of water coming out?      13:31:00
16      A.   I don't know how many times I      13:31:02
17  heard that from eye witnesses, not necessarily      13:31:04
18  there, but other parts of the city.  The wall of      13:31:07
19  water seems to be a pretty common parlance and      13:31:09
20  I'm sure that -- that that's, you know, that's      13:31:15
21  kind of when you're close to a breach that's      13:31:23
22  kind of the way you see it.      13:31:26
23      Q.   And just to make sure that we're      13:31:30
24  clear, the figure of ten percent of the water at      13:31:33
25  the maximum elevation originating from the IHNC      13:31:36

**137**

1   breaches, that's Dr. SOBEK's area -- not      13:31:40
2   Dr. SOBEK, that's the area of expertise of      13:31:44
3   Dr. Kok and Dr. Vrijling?      13:31:48
4       A.   That's correct.  My memory is      13:31:51
5   jogged, Fitzgerald is the defense witness who      13:31:53
6   came up with the same result.      13:31:56
7       Q.   I seem to recall there's more than      13:31:59
8   one Fitzgerald on the government side?      13:32:02
9       A.   No.  One Fitzgerald on the      13:32:03
10  government side and one Fitzgerald on the      13:32:05
11  Plaintiffs side.      13:32:09
12      Q.   Which one is which?      13:32:10
13      A.   Steve is on the government side,      13:32:11
14  he's doing the flood modeling and Duncan is on      13:32:13
15  the Plaintiff side, he's a geomorphologist.      13:32:18
16      Q.   What is a geomorphologist?      13:32:27
17      A.   He's studying the evolution of the      13:32:30
18  wetland systems in that area, which were      13:32:33
19  important in terms of wave dynamics.  I mean      13:32:37
20  the -- one of the premises of the Robinson case      13:32:42
21  is that the channel caused the rapid loss of      13:32:45
22  wetlands in that area, so he reconstructed      13:32:49
23  historical maps and so on, what was there      13:32:52
24  before.      13:32:58
25      Q.   If you turn to your own expert      13:33:04

**138**

1  report in this case, Exhibit 1?                    13:33:07
2      A.   Any particular page?                      13:33:19
3      Q.   Yes.  Page 16.                            13:33:20
4      A.   I'm there.                                13:33:30
5      Q.   Is it correct to say that this            13:33:32
6  graphic that appears in the Times-Picayune the     13:33:40
7  day before Katrina struck assumed no breaches?     13:33:46
8      A.   This graphic was based upon our           13:33:49
9  model results and our model does not have the      13:33:52
10 capacity to simulate breaches.  What we show is    13:33:55
11 places where water would come over the top of      13:33:58
12 the existing levee system.  Over topping only.     13:34:02
13     Q.   Was this an ADCIRC model?                 13:34:06
14     A.   This is the ADCIRC SO8 model that         13:34:09
15 we were using to forecast Katrina.                 13:34:13
16     Q.   Do you recall what depth of water         13:34:27
17 you got in the Lower Ninth Ward when you ran       13:34:32
18 that model before Katrina struck?                  13:34:35
19         MR. CHUD:  Objection, vague as to          13:34:38
20 time.                                              13:34:39
21         THE WITNESS:  It was not all that          13:34:40
22 deep because most of the water, of course,         13:34:43
23 doesn't come from over topping, it comes from      13:34:46
24 breaches.                                          13:34:49
25 BY MR. SEYMOUR:                                    13:34:51

**139**

1      Q.   Would the same be true with              13:34:52
2  respect to the parts of St. Bernard parish west    13:34:53
3  of Paris Road?                                     13:34:57
4         MR. CHUD:  Same objection.                 13:34:59
5         THE WITNESS:  It's true wherever           13:34:59
6  you go in St. Bernard parish.  Everywhere behind   13:35:01
7  the flood protection.                              13:35:08
8  BY MR. SEYMOUR:                                    13:35:15
9      Q.   On the page 26 of your report,           13:35:29
10 referring to the Robinson case you state at the    13:35:32
11 end of the first paragraph, "by the time of        13:35:38
12 trial in April and May 2009, I've been deposed     13:35:41
13 twice and completed five expert reports or         13:35:45
14 declarations for the Robinson Plaintiffs."  Did    13:35:48
15 any of them discuss Barge ING 4727?                13:35:52
16     A.   No, they did not.                         13:35:56
17     Q.   Did you testify in Robinson at the       13:35:58
18 trial?                                             13:36:00
19     A.   I did.                                    13:36:00
20     Q.   Did you discuss Barge ING 4727?          13:36:00
21     A.   I never discussed it.                     13:36:05
22     Q.   At the bottom of page 26 there's a       13:36:07
23 reference to the USACE navigation channel.  What   13:36:12
24 is that?                                           13:36:16
25     A.   I'm referring there to the               13:36:19

**140**

1  Mississippi River Gulf Outlet.                     13:36:24
2      Q.   Not the navigation canal?                13:36:27
3      A.   Well, that is a navigation               13:36:30
4  channel.  Mississippi River Gulf Outlet is a       13:36:35
5  navigation channel.  That's what I was referring   13:36:38
6  to there.                                          13:36:41
7      Q.   Okay.  Did you provide a copy of         13:36:42
8  your draft report in this case, Exhibit 1 to the   13:37:08
9  deposition, to Dr. Bea before it was final?        13:37:11
10     A.   I didn't.  I did not.                     13:37:14
11     Q.   Did you receive any comments from        13:37:17
12 Dr. Bea about a draft report before it became      13:37:20
13 final?                                             13:37:24
14     A.   I did not.                                13:37:24
15         Also, I hadn't seen his report,           13:37:37
16 either.                                            13:37:40
17     Q.   In Exhibit A, your curriculum            13:37:56
18 vitae, in which position did you first work on     13:37:59
19 the question of hurricane water surges?            13:38:06
20         MR. CHUD:  Objection, vague.              13:38:15
21         THE WITNESS:  Okay.  I started            13:38:16
22 working on hurricane surge in 2003.  That was      13:38:18
23 when -- our group, the natural systems modeling    13:38:24
24 group at LSU had been doing wetland modeling,      13:38:29
25 tidal modeling for some time and when the          13:38:34

**141**

1  Hurricane Center, when the folks that they had     13:38:39
2  contracted to run the ADCIRC model for some        13:38:47
3  reason bailed out on them they came to us.         13:38:52
4  BY MR. SEYMOUR:                                    13:38:55
5      Q.   And that was in 2003?                    13:38:56
6      A.   That was in 2003.                         13:38:57
7      Q.   Who had been running the ADCIRC          13:38:59
8  model prior to that?                               13:39:01
9      A.   I think it was a group headed by         13:39:02
10 Dr. Suhayda, S-U-H-A-Y-D-A.  I'm not sure he       13:39:08
11 ever got to the point he was running the ADCIRC    13:39:16
12 model, but he was associated with the LSU          13:39:20
13 Hurricane Center at that time and it was my        13:39:24
14 understanding he was going to do that and for      13:39:27
15 some reason decided not to.                        13:39:30
16     Q.   And that was 2003?                       13:39:32
17     A.   I believe so.  We got very               13:39:34
18 involved in 2004.  I'm not sure how much work we   13:39:41
19 did in 2003, but we got very involved in 2004.     13:39:46
20     Q.   Would 2004 be the first time you         13:39:51
21 worked with the ADCIRC model?                      13:39:54
22     A.   2003 and 2004, yes.                       13:39:56
23     Q.   Was your ADCIRC model in 2003 and        13:39:59
24 2004 related to hurricanes or other types of       13:40:03
25 searches?                                          13:40:07

**142**

```
 1        A.  It was pretty much related to      13:40:08
 2   hurricanes.  The primary concern was could we    13:40:11
 3   run it fast enough to be of use in an emergency.   13:40:14
 4   It was kind of a logistics thing.           13:40:17
 5        Q.  Was Katrina the first time you ran    13:40:20
 6   it operationally?                           13:40:25
 7        A.  Oh, no.  We ran it -- 2005 was a    13:40:26
 8   pretty active hurricane year, so we ran it for    13:40:30
 9   every storm that came in the Gulf and Katrina    13:40:34
10   was not the first.  2004 we ran it for -- for    13:40:37
11   the storms that hit Florida and then we also ran    13:40:43
12   it for a FEMA exercise in which they gave us a    13:40:46
13   hypothetical storm and we ran that.  That's the    13:40:51
14   Hurricane Pam exercise.                     13:40:55
15        Q.  Was Katrina the first case in      13:40:58
16   which you were part of a project that was    13:41:00
17   evaluating what occurred because of a hurricane    13:41:03
18   or very large storm?                        13:41:06
19        A.  That's right, we were.  That       13:41:08
20   wasn't part of the contract.  It became just it    13:41:12
21   ran my life, that's all.                    13:41:20
22        Q.  On page two of your curriculum     13:41:21
23   vitae and page three you have a number of    13:41:33
24   publications that are listed.  Do any of these    13:41:36
25   publications mention the Barge, Barge ING 4727?   13:41:43
```

**143**

```
 1        A.  I guess the only one would be I    13:41:48
 2   think I have the Team Louisiana report somewhere    13:41:50
 3   in here and that one, that would be under van    13:41:54
 4   Heerden, I guess.  Is it?  That would be the    13:42:01
 5   first van Heerden reference here -- no.  That's    13:42:07
 6   not it.                                     13:42:12
 7        Okay.  Okay.  So it's not -- no,       13:42:14
 8   here it is.  It's down here, third from the    13:42:18
 9   bottom.                                     13:42:21
10        Q.  Final Team Louisiana report,       13:42:22
11   December 2006?                              13:42:27
12        A.  That's it.  You're very familiar    13:42:28
13   with it.  Very limited discussion of the Barge    13:42:30
14   in that report.                             13:42:34
15        Q.  You cite December 2006, but if you    13:42:35
16   look at Exhibit 2, that's a letter of      13:42:39
17   transmittal and it's February 2007?        13:42:42
18        A.  This is a mistake on my           13:42:46
19   publications.  I -- of course, I.          13:42:49
20        Q.  Before you go further, let me just    13:42:53
21   point out if you go down a few pages to the    13:42:55
22   first page of the report, it says December 18,    13:42:59
23   2006?                                       13:43:03
24        A.  Okay.  It was not actually        13:43:03
25   released to the public until the date -- until    13:43:06
```

**144**

```
 1   the -- well, I think it was actually in May or    13:43:11
 2   April that it was or it could have been that it    13:43:20
 3   was actually posted on the web and that kind of    13:43:24
 4   thing, because it went through a long review    13:43:27
 5   period with the State.  So we may have said it    13:43:30
 6   was December.  That was when we washed our hands    13:43:33
 7   of it, basically, but it took a long time for    13:43:36
 8   the State to put it on the -- to release it.    13:43:39
 9        Q.  Okay.  I've been under the         13:43:42
10   impression that this was the final report dated    13:43:44
11   December 18, 2008.  Were there any changes after    13:43:50
12   that?                                       13:43:52
13        A.  No, no changes after that.  It was    13:43:53
14   more about them deciding how they were going to    13:43:55
15   release it and what they were going to say along    13:43:57
16   with releasing it and that kind of thing,    13:44:00
17   whether they were going to release it.      13:44:03
18        MR. SEYMOUR:  No further              13:44:09
19   questions.                                  13:44:10
20        MR. CHUD:  Can we just take five      13:44:11
21   minutes.  I'll confer with my colleague.  I'll    13:44:13
22   have a couple questions, but not too many.    13:44:16
23        THE VIDEOGRAPHER:  Going off the      13:44:24
24   record.  The time is 13:44:09.             13:44:26
25        (A brief recess was taken.)          13:44:32
```

**145**

```
 1        THE VIDEOGRAPHER:  Going back on      13:49:56
 2   the record.  The time on the video screen is    13:50:07
 3   13:49:59.  Please continue.                13:50:11
 4
 5   EXAMINATION BY COUNSEL FOR LAFARGE NORTH
 6                  AMERICA, INC.
 7
 8   BY MR. CHUD:
 9        Q.  Thank you.  Dr. Kemp, I have a few    13:50:15
10   questions for you.  If you'll please turn to    13:50:18
11   Exhibit 2, the Team Louisiana report excerpts    13:50:20
12   and please turn with me to page 50.        13:50:26
13        You see the second paragraph on       13:50:46
14   that page, it starts with the words with these    13:50:49
15   caveats stated?                             13:50:52
16        A.  Yes.                              13:50:53
17        Q.  You remember Mr. Seymour asked you    13:50:53
18   some questions about that paragraph earlier?    13:50:56
19        A.  Yes, I see that.                  13:51:00
20        Q.  Okay.  The first two sentences    13:51:02
21   make reference to stop clocks; is that correct?    13:51:08
22        A.  That's correct.                   13:51:12
23        Q.  Okay.  Then the third sentence    13:51:13
24   says, "as time passes flooding can no longer be    13:51:14
25   strictly linked to any single breach as the    13:51:19
```

**146**

1 influences of individual breaches merge." Do    13:51:22
2 you see that?                                   13:51:26
3      A.   Yes.                                  13:51:26
4      Q.   Is that sentence also referring to    13:51:27
5 an analysis of stop clocks?                     13:51:30
6      A.   Yes.  The primary use of the stop     13:51:33
7 clocks is to untangle the flooding sequence,    13:51:38
8 where's the flooding coming from initially.  At 13:51:46
9 some point there's no use to it because         13:51:50
10 everything is just all linked together.         13:51:54
11     Q.   I want to ask you a few questions      13:51:58
12 about the models that you worked with.          13:52:01
13     A.   Okay.                                  13:52:03
14     Q.   Were the models capable of            13:52:04
15 separating the influence of different breaches  13:52:06
16 on flooding in a particular area?               13:52:09
17     A.   The models that I worked with         13:52:11
18 primarily were not, but the SOBEK model there   13:52:14
19 was -- they made an effort, as I understand it, 13:52:18
20 using tracers of some sort to at least get a    13:52:23
21 sense of how the mixing occurred in different   13:52:32
22 places.                                         13:52:34
23     Q.   Could any of the models determine     13:52:35
24 contributions from flooding from particular     13:52:39
25 flooding sources?                               13:52:43

**147**

1      A.   Could any of the models -- yes, we    13:52:44
2 could, because we just turned breaches on and    13:52:49
3 off.                                             13:52:52
4      Q.   Is that what the Dutch did?           13:52:52
5      A.   That's what they did.                 13:52:54
6      Q.   Could any of the models determine     13:52:56
7 what percentage of water in a flooded area came 13:52:58
8 from a particular breach?                        13:53:03
9          MR. SEYMOUR:  Objection.  He           13:53:05
10 already testified it's out of his expertise.    13:53:08
11 BY MR. CHUD:                                     13:53:11
12     Q.   Could any of the models determine     13:53:11
13 what percentage of the water in a flooded area  13:53:13
14 came from a particular breach?                   13:53:17
15     A.   The way -- I don't -- the way         13:53:21
16 that's done is by separate model runs in which  13:53:25
17 breaches are turned off and turned on and we did 13:53:29
18 that or I should say Matias Kok and his group    13:53:32
19 did that and that analysis is included in his    13:53:38
20 report.                                          13:53:41
21     Q.   Which model was it that had that      13:53:41
22 capability?                                      13:53:43
23     A.   That's the SOBEK model, that's the    13:53:44
24 only one that's relevant here in the discussion  13:53:47
25 of flooding.                                     13:53:49

**148**

1      Q.   Is it possible with the SOBEK        13:53:50
2 model to close a particular breach and then      13:53:53
3 determine what flooding would be remaining with  13:53:58
4 only the remaining breaches that are not closed  13:54:02
5 through that hypothetical?                        13:54:05
6      A.   That's correct.  We did that.  In      13:54:08
7 some cases that results in a change in the rate  13:54:14
8 of rise, but you may end up in the same place.   13:54:17
9      Q.   And were you involved with making     13:54:20
10 requests of those who were running the SOBEK     13:54:23
11 models to perform various hypothetical           13:54:27
12 situations to determine the contributions to     13:54:31
13 flooding from particular breaches?               13:54:35
14     A.   I was involved in team                13:54:37
15 discussions, but I was not involved in directly  13:54:40
16 giving them instructions.  In fact, the SOBEK    13:54:43
17 model was actually the first model that -- the   13:54:47
18 first Dutch model that we began to use and I     13:54:51
19 didn't initiate that effort.                     13:54:56
20     Q.   Were you involved in analyzing the    13:54:58
21 results of those modelling runs done by those    13:55:00
22 who were working with the SOBEK model?           13:55:05
23     A.   Not to any great degree.              13:55:07
24         MR. CHUD:  I have nothing further.      13:55:13
25         MR. SEYMOUR:  I do have a few           13:55:16

**149**

1 questions following up on that.                  13:55:17
2                                                  13:55:17
3        EXAMINATION BY COUNSEL FOR PLAINTIFFS    13:55:17
4                                                  13:55:17
5 BY MR. SEYMOUR:                                  13:55:17
6      Q.   Do I understand correctly that the    13:55:20
7 figure of ten percent of the source water for    13:55:22
8 the Lower Ninth Ward flooding coming from the    13:55:25
9 inner harbor navigational canal breaches         13:55:28
10 resulted from looking at an analysis with the    13:55:32
11 IHNC breaches turned off and only MRGO water     13:55:36
12 coming in and comparing it with an analysis      13:55:40
13 where there was only inner harbor navigational   13:55:44
14 canal breaches and no MRGO coming in?            13:55:48
15     A.   That's correct.                        13:55:51
16     Q.   When you have both sets of            13:55:51
17 breaches occurring, doesn't the fact that        13:55:54
18 there's already several feet of water from the   13:55:56
19 inner harbor navigational canal breaches keep    13:55:59
20 out that level of water from the MRGO breaches?  13:56:03
21     A.   Well, again, we're just talking       13:56:06
22 about volume here and I misspoke some.  Remember 13:56:08
23 I did a 90 analysis before there was any SOBEK   13:56:12
24 model and it was strictly a volume thing.  A lot 13:56:20
25 of it is due to the fact those breaches are so   13:56:24

**150**

1  small compared to the others.  It's just volume,  13:56:27
2  when you get to the highest water level, how  13:56:33
3  much of that volume comes from the IHNC versus  13:56:36
4  how much is coming from reach one and reach two  13:56:40
5  of the MRGO.  13:56:45
6  So turning it on and off, all we  13:56:46
7  see is a change in the rate of rise, usually.  13:56:49
8  There is in that SOBEK report a comparison of  13:56:54
9  those two conditions and in some case it makes a  13:57:00
10  big difference and in some places a pretty big  13:57:05
11  difference and in other places not so much.  13:57:08
12  But, you know, when we're looking throughout the  13:57:11
13  whole polder it's 10/90 percent.  13:57:14
14  Q.  If you already have nine feet of  13:57:21
15  flooding at a particular spot in the Lower Ninth  13:57:26
16  Ward and water from the Mississippi River Gulf  13:57:30
17  Outlet comes in?  13:57:33
18  A.  Yes.  13:57:34
19  Q.  It's got to start with nine feet  13:57:35
20  of IHNC water already there?  13:57:38
21  MR. CHUD:  Objection to the  13:57:41
22  hypothetical, calls for speculation.  13:57:42
23  THE WITNESS:  I think it would be  13:57:43
24  very clear if we looked at one of the SOBEK  13:57:45
25  reports because you do see that.  When you open  13:57:48

**151**

1  up another breach then it changes the slope of  13:57:50
2  the rise and it may change if you're, for  13:57:53
3  example, if you're close -- it depends on  13:57:57
4  proximity to the IHNC breach.  When you're very  13:57:59
5  close to that breach then it has a big effect.  13:58:02
6  When you move away from the breach it has less  13:58:05
7  effect.  13:58:08
8  BY MR. SEYMOUR:  13:58:09
9  Q.  At some point the waters mingle  13:58:09
10  and become indivisible; don't they?  13:58:11
11  A.  That's right.  13:58:14
12  Q.  Before that happens -- I withdraw  13:58:15
13  that and start this over again.  13:58:25
14  A.  Okay.  13:58:26
15  Q.  Hypothetically, let's say you've  13:58:27
16  got an average of nine feet of flooding in the  13:58:30
17  Lower Ninth Ward before you have water coming in  13:58:33
18  from the Mississippi River Gulf Outlet breaches?  13:58:37
19  A.  I don't think -- there may be a  13:58:41
20  place like that, but that's not my understanding  13:58:43
21  how it was.  13:58:45
22  Q.  Hypothetically because we're  13:58:46
23  talking about a concept?  13:58:48
24  A.  Okay.  13:58:50
25  Q.  And water from the over topping of  13:58:51

**152**

1  the 40 Arpent levee and Mississippi River Gulf  13:58:53
2  Outlet comes in, it meets the nine feet of  13:58:57
3  water in the Lower Ninth Ward, and that water  13:59:02
4  from the Mississippi River Gulf Outlet can only  13:59:05
5  do one of two things or both things  13:59:08
6  simultaneously.  It can cause some increase in  13:59:11
7  the level of flooding and it can also, because  13:59:14
8  there's a resistance to water already there,  13:59:17
9  spread out and flood other areas; is that right?  13:59:19
10  MR. CHUD:  Objection to the  13:59:24
11  hypothetical.  Objection to form, assumes facts  13:59:25
12  not in evidence.  13:59:28
13  THE WITNESS:  I would just suggest  13:59:29
14  that rather than get into that kind of  13:59:30
15  hypothetical I would say we have, you know, the  13:59:32
16  best models on earth here to predict that.  13:59:35
17  We're not going to see a nine foot stack of  13:59:40
18  water when we've got 10,000 acres of unflooded  13:59:43
19  area right next door to it.  When the water  13:59:47
20  comes in it is going to spread out before it  13:59:51
21  comes up.  We are not going to see a contained  13:59:54
22  area of nine feet of water and really what the  13:59:57
23  model shows is changes in the rate of rise and  14:00:00
24  the local effects of the breach nearby the  14:00:06
25  breach and then when the water is going out  14:00:11

**153**

1  you've got a local effect also.  But I don't  14:00:14
2  think it should be conceived quite that way that  14:00:19
3  you're putting it.  14:00:23
4  BY MR. SEYMOUR:  14:00:24
5  Q.  I'm not talking about nine feet of  14:00:24
6  water being stacked up above the water surface.  14:00:26
7  A.  I mean above the ground surface.  14:00:29
8  You're saying you've got somehow nine feet of  14:00:31
9  water in the Lower Ninth Ward, now we've got  14:00:35
10  water coming -- that's not how it happens.  We  14:00:37
11  have water coming in first as you say from the  14:00:40
12  IHNC and it's got this huge area to spread out  14:00:43
13  in.  It very quickly becomes a thin sheet of  14:00:47
14  water going a long distance and then we have the  14:00:50
15  additional water coming in immediately at the  14:00:53
16  breach, we've got a very high water right there,  14:00:55
17  as it fans out, but that happens within a matter  14:00:59
18  of 500 feet, something like that, right at the  14:01:02
19  breach.  14:01:06
20  Q.  In your report you refer to water?  14:01:06
21  A.  I'm again getting way off my  14:01:08
22  expertise.  14:01:11
23  Q.  In your report you refer to water  14:01:12
24  going back out through the breaches as the water  14:01:14
25  level in the inner harbor navigational canal  14:01:17

**154**

1  gets lower as more and more time passes since          14:01:21
2  the storm surge.  Do I have that right?               14:01:24
3      A.   Right.  The water was running out        14:01:26
4  of there for days.                         14:01:28
5      Q.   And does the SOBEK model leading       14:01:29
6  to the ten percent IHNC source for flooding of      14:01:33
7  the water at maximum in the Lower Ninth Ward        14:01:37
8  presume that the IHNC water is the first water       14:01:40
9  flowing out that is being replaced by           14:01:45
10 Mississippi River Gulf Outlet water?           14:01:50
11     A.   I think you're putting the          14:01:51
12 sophistication of our capabilities on too high a     14:01:54
13 pedestal.  I don't think we're there yet.  I       14:01:57
14 mean it's going -- the water that is going to      14:02:00
15 flow out there is the water that's closest to      14:02:03
16 the breach and then water is going to flow        14:02:07
17 towards the breaches.                      14:02:09
18     Q.   Did that affect the calculation of     14:02:10
19 ten percent?                          14:02:14
20     A.   You know, I'm not the -- I made my    14:02:15
21 own calculation.                       14:02:20
22     Q.   If you don't know?              14:02:21
23     A.   I don't know.  I made my own        14:02:23
24 calculations 90/10.  That was based on when the     14:02:25
25 water got to what I thought was the highest       14:02:30

**155**

1  point.  They may have done a more sophisticated    14:02:31
2  analysis than that.                      14:02:35
3      Q.   That was also based on your         14:02:36
4  estimation of what the breach times were?       14:02:38
5          MR. CHUD:  Objection, vague.        14:02:41
6          THE WITNESS:  It was and what I     14:02:41
7  found is the number is not very sensitive to      14:02:43
8  half an hour one way or the other.            14:02:45
9  BY MR. SEYMOUR:                        14:02:49
10     Q.   If the Lower Ninth Ward flooded      14:02:50
11 hours before any Mississippi River Gulf Outlet    14:02:52
12 water reached the Lower Ninth Ward, that would    14:02:55
13 affect that percentage figure fairly          14:02:57
14 substantially; wouldn't it?                 14:03:00
15         MR. CHUD:  Objection to the form,    14:03:02
16 hypothetical.                        14:03:04
17         THE WITNESS:  The percentage        14:03:04
18 figure happens only at the maximum extent of      14:03:05
19 flooding, okay.  This is the second before the     14:03:08
20 water starts flowing out, okay.  As the         14:03:10
21 elevations are dropping in the adjacent canal     14:03:16
22 any time -- we could theoretically with the      14:03:22
23 SOBEK model calculate percentages at any time     14:03:25
24 during the sequence.  I don't think they did      14:03:29
25 that, but when you look at the SOBEK model it      14:03:31

**156**

1  will show you the -- you know, in a graphic way    14:03:35
2  how the water is spreading out over time.       14:03:39
3  Initially when you -- before you get the water     14:03:42
4  coming in from MRGO it's the only game in town    14:03:45
5  as the IHNC.  It's important then.            14:03:50
6  BY MR. SEYMOUR:                       14:03:53
7      Q.   Did the SOBEK model directly        14:03:53
8  define the ten percent figure for the IHNC      14:03:56
9  source water for maximum time in the Lower Ninth  14:03:59
10 Ward?                             14:04:02
11         MR. CHUD:  Objection.             14:04:02
12         THE WITNESS:  I believe that's one   14:04:03
13 of the conclusions that Kok reached in his work.   14:04:04
14 I heard Fitzgerald say it on the stand in New     14:04:10
15 Orleans.  My understanding is there's not a lot    14:04:14
16 of disagreement about that.                14:04:18
17 BY MR. SEYMOUR:                       14:04:19
18     Q.   Between those two?               14:04:20
19     A.   Yes.                       14:04:20
20     Q.   But it's all Greek to you?          14:04:21
21     A.   Well, in accordance -- that's why    14:04:24
22 I'm so proud of my Team Louisiana report.  It     14:04:28
23 stood up.  I didn't have all the tool they had    14:04:31
24 available and it came out about the same.  I      14:04:34
25 think what it really says is it's not a very      14:04:37

**157**

1  sensitive figure because the volumes are so huge   14:04:41
2  and the breaches on the IHNC are relatively       14:04:44
3  small compared to the other sources it just --    14:04:47
4  it's not very sensitive to the timing issues.     14:04:52
5      Q.   We're talking about a combined       14:04:55
6  1200 feet of breach; aren't we?              14:04:58
7      A.   I know but we're talking about       14:05:00
8  miles of breach on the MRGO.  The -- it's hard    14:05:02
9  to explain we're talking about orders of        14:05:07
10 magnitude difference.                    14:05:10
11     Q.   When you're talking about the        14:05:11
12 miles of breach on the Mississippi River Gulf     14:05:13
13 Outlet are you talking about breaches on both     14:05:17
14 sides?                            14:05:20
15         MR. CHUD:  Objection, vague as to    14:05:20
16 what you mean by both sides.                14:05:21
17         THE WITNESS:  I wasn't, but we can    14:05:23
18 add more miles that way.  No.  I'm talking about   14:05:24
19 the flood protection structures, whatever we      14:05:28
20 call them, along the south side of the MRGO that   14:05:33
21 was earthen banks, we have miles of breaches on    14:05:37
22 those earthen banks.                     14:05:41
23         MR. SEYMOUR:  No further            14:05:45
24 questions.                          14:05:46
25         THE WITNESS:  Thank you.           14:05:47

158

1  MR. CHUD: Nothing further, thank   14:05:47
2  you.                              14:05:49
3  THE VIDEOGRAPHER: Here marks the  14:05:54
4  end of video four, also marks the end of the   14:05:56
5  deposition of Mr. G. Paul Kemp. Going off the   14:05:59
6  record. The time on the video screen is   14:06:02
7  4:05:52.                          14:06:07
8  (Reading and signature not
9  waived.)
10  (Whereupon, at 4:05 p.m., the
11  deposition was concluded.)
12  - - - - -

159

1  ACKNOWLEDGMENT OF DEPONENT
2
3  I do hereby acknowledge that I have
4  read and examined the foregoing of the
5  transcript of my deposition and that:
6
7  (Check appropriate box):
8
9  ( ) the same is a true, correct and
10  complete transcription of the answers given by
11  me to the questions therein recorded.
12
13  ( ) except for the changes noted in
14  the attached errata sheet, the same is a true,
15  correct and complete transcription of the
16  answers given by me to the questions therein
17  recorded.
18
19
20
21
22
23
24  _____     _____
25  DATE            SIGNATURE

160

CERTIFICATE OF NOTARY PUBLIC

I, Paula G. Satkin, the officer before whom the foregoing proceedings were taken, do hereby certify that the witness whose testimony appears in the foregoing proceeding was duly sworn by me; that the testimony of said witness was taken by me in stenotype and thereafter reduced to typewriting under my direction; that said proceedings is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

My commission expires October 31, 2010.

_____
PAULA G. SATKIN
Notary Public in and for the
District of Columbia

41 (Pages 158 to 160)

**A**

**ability** 9:3,7
**able** 40:15 55:18 112:12
  117:7
**absent** 51:14
**Absolutely** 85:18
**academic** 53:21
**accepted** 89:17
**access** 41:9 112:11
**accident** 18:13 47:21
**account** 92:19 104:14
**accounted** 104:5 105:11
**accuracy** 90:14
**accurate** 9:3,8 129:18
**accurately** 62:24 64:1
**acknowledge** 159:3
**ACKNOWLEDGME...**
  159:1
**acre** 110:8
**acres** 152:18
**action** 1:4 6:13 160:12
  160:17
**actions** 56:23
**active** 142:8
**actual** 53:10 123:4,17
**Adam** 3:13 7:1
**ADCIRC** 27:21 28:2,3
  72:16 73:3,16 74:6
  78:10 79:13 86:12
  97:21 104:11 123:22
  126:13,19,20 138:13,14
  141:2,7,11,21,23
**add** 157:18
**added** 103:12
**additional** 42:21 59:11
  69:22 98:17 101:4
  102:11,12 103:11,11
  115:23 129:19 153:15
**address** 8:3,5 68:24
**addresses** 111:24 126:16
**adjacent** 100:21 102:21
  155:21
**Administration** 80:17
**admitted** 125:24,25
  126:9
**advanced** 27:22 28:3
  37:11

**affect** 116:16 154:18
  155:13
**affidavit** 13:10
**afraid** 73:18
**AFTERNOON** 4:10
  129:1
**agency** 59:9
**ago** 22:23,24 37:4 44:23
  68:5
**agreed** 8:19 10:18 24:21
  37:9
**agreement** 12:20 22:21
  23:8 24:4,7 40:2 81:18
**agrees** 113:18
**Ahmet** 30:21,25 33:9
**airport** 77:25
**alcohol** 9:2
**Aldock** 3:12 7:3
**alignment** 109:16 110:22
  111:4
**alike** 44:22
**allow** 93:25
**amazed** 130:1
**ambiguous** 9:12
**America** 3:10 7:2 145:6
**amount** 41:24 88:4
  106:23 116:16 131:15
**ample** 101:12
**analyses** 23:20 29:21
  34:15 43:20 50:5
**analysis** 30:6 31:3,24
  49:17 50:8 60:9 89:7
  107:5 108:15 110:25
  113:5 116:3 117:10
  127:11 146:5 147:19
  149:10,12,23 155:2
**analytical** 20:15 92:8
**analyzing** 148:20
**Andry** 11:6
**anecdotal** 62:10 86:21
**angle** 77:6,10
**answer** 8:15,17 15:18,19
  17:14 36:8 49:3 54:10
  55:10 62:16 83:22
  85:23 103:17,20
**answered** 78:20
**answering** 9:16

**answers** 54:7 159:10,16
**anybody** 43:2
**anymore** 50:21 125:22
**apologies** 83:23
**apologize** 29:23 99:10
  103:21 109:8 136:9
**apology** 103:22
**apparatus** 98:3
**appear** 51:17 83:19
**appears** 51:13 80:19
  136:1 138:6 160:4
**appendices** 31:10,11,23
  50:4 51:15,17,19,24
  52:24 53:1,5,5
**appendix** 50:11 59:24
  60:4,10
**appreciate** 8:16 73:23
**approach** 92:22 104:25
**approached** 24:20
**appropriate** 13:25
  123:14 159:7
**approximately** 21:16
  23:25 53:3
**April** 42:15 139:12 144:2
**Arabi** 134:7
**area** 28:16,20,22 29:9
  30:18,25 31:20 39:9
  40:1,3,24 41:2,9 64:12
  64:15,25 65:16 72:20
  73:10,11 74:3 75:16,25
  76:5 78:6 81:25 82:7
  101:21 104:6 105:16,17
  105:20,22,25 106:3,4
  109:14 110:4,8 121:12
  121:19 124:4 125:1,16
  130:11,13 131:6 135:12
  135:13,23 136:3 137:1
  137:2,18,22 146:16
  147:7,13 152:19,22
  153:12
**areas** 30:17 43:20 65:23
  91:5 92:16 133:20
  135:15,21 152:9
**arguing** 40:4
**Army** 125:15
**Arpent** 89:19,22 109:13
  115:18 118:8 119:6,14

131:3 152:1
**arrangement** 23:4 24:23
**arrangements** 32:25
**Art** 29:25 30:1,1,3 33:8
  130:18
**articulate** 8:21
**asked** 19:7,11,11,16,23
  22:19 35:25 38:14
  41:17 54:10 55:8,19
  97:18 119:2 145:17
**asking** 9:15 20:24 70:17
  74:17 84:20 87:20
  111:10
**aspect** 36:23
**aspects** 24:14 30:6 36:17
  44:4
**assemble** 53:21
**assistant** 31:4
**associate** 31:8
**associated** 33:2 104:15
  141:12
**assume** 104:20
**assumed** 138:7
**assumes** 152:11
**assuming** 108:24 110:14
**assure** 52:1
**Atlantic** 73:4
**Atmospheric** 80:17
**attached** 51:18 159:14
**attention** 32:11 37:8
  59:7 133:7
**attorney** 3:4,11,12,13
  12:11 14:1 15:8,8
  23:21 35:19 36:2 95:6
  160:14
**attorneys** 6:18 10:17
  12:21 14:12 21:22
  22:20 23:1,4,9,12,13,14
  24:13
**attributable** 134:25
**attributed** 44:10
**augmented** 62:21
**August** 10:13 13:17,22
  15:7,15 19:8,11 24:1
  54:1 67:23 70:7,12
  71:6,12 99:1
**author** 50:3

**authors** 26:9,14
**available** 36:9 38:7
  87:18 136:3 156:24
**Avenue** 2:7 3:15 6:9 8:5
  64:22 65:15
**average** 151:16
**aware** 9:7,9 10:9 14:22
  18:15,18 22:18 33:14
  36:20 49:4 50:9 59:10
  94:23 104:17 118:10
**awful** 34:16
**A-D-C-I-R-C** 78:10
**A-D-C-R-I-C** 28:1
**A-grid** 81:11
**A-R-A-B-I** 134:7
**A-R-P-E-N-T** 89:20
**a.m** 2:6 66:12 67:22 69:7
  71:5,13 72:8 104:23
  110:12 113:9 121:17

**B**

**B** 5:1
**back** 52:19 56:3 59:25
  61:7 83:25 86:1 90:23
  96:13 100:1 110:10
  117:7 120:10,25 125:3
  129:5 130:1 131:3,21
  145:1 153:24
**badly** 125:24
**bailed** 141:3
**bank** 76:10
**banks** 157:21,22
**barge** 1:12 3:3 6:13 32:4
  32:9 44:13 45:9,13,25
  46:1,12,16 47:1 48:2,15
  48:22 49:5,11,24 50:6
  53:6 100:7 139:15,20
  142:25,25 143:13
**barges** 46:21
**Baronne** 3:6
**based** 53:21 89:9,10
  120:3 138:8 154:24
  155:3
**basically** 20:5 87:7 92:16
  104:15 144:7
**basing** 120:14
**basis** 7:22 124:22

**bathtub** 133:3
**bathymetry** 81:9,12,13
  81:20
**Baton** 8:5
**battery** 62:5
**Bea** 18:3,7 20:6,15 38:4
  38:5 67:12 69:25 70:6
  70:12 71:2,8 87:24
  88:16,17 89:7,12 91:17
  91:17 92:6,7,24 97:24
  113:11,25 140:9,12
**Beach** 76:16
**beams** 87:13
**beat** 15:12
**Bea's** 18:5 21:1 71:1
  101:24
**becoming** 22:13
**began** 66:19 110:8 131:3
  135:3 148:18
**beginning** 8:8 26:1 34:23
  58:19 66:20 71:20
**beginnings** 110:21
**begins** 52:17 78:24 96:11
  129:3 130:5 135:20
**behalf** 3:3,10 7:2
**believe** 11:6,7 12:25
  15:20 25:22 29:3 35:8
  38:7 53:12 61:1 67:14
  67:18 70:2 71:9 83:1
  93:8 94:5,7 95:9 98:20
  107:16 112:13 113:10
  129:18,21 141:17
  156:12
**Benoit** 1:20
**Berkeley** 16:17 28:9
  36:20 37:20 38:3 43:2
**Berkley** 37:8
**Bernard** 12:1,8 41:4
  69:5 76:7 96:19 104:7
  105:20,24 106:1,13,25
  110:11 111:12 112:10
  112:24 117:25 119:23
  139:2,6
**best** 29:13 31:1 67:15
  69:22 84:25 85:3 89:8
  97:3 152:16
**better** 50:3 55:18

**beyond** 33:20 59:17
**big** 78:9,11 79:25 80:4
  105:3 110:8 150:10,10
  151:5
**bigger** 39:22,23 83:17
**bill** 21:23
**Billy** 33:7
**Binselam** 30:21 33:9
  51:2
**Binselam's** 30:18
**bit** 77:11 90:23
**black** 80:20
**blow** 123:8
**blue** 80:22,25 83:10
  109:22 110:2
**boards** 55:6
**Bob** 67:12,16,18 69:24
  87:24 89:7,12 91:16,17
  92:24 97:24 113:11,25
**bore** 50:5
**Borgne** 75:17 76:1,18,25
**botched** 125:23
**bottom** 26:13 69:5 83:10
  110:5 122:4 127:9
  130:25 139:22 143:9
**bouncing** 87:12
**boundaries** 76:3 97:24
  123:9
**boundary** 72:17,21,25
  73:15,16 76:13,14
  93:24 97:22 127:1
**Boussinesq** 92:10 93:2
  93:16
**Boutte** 1:16
**bowl** 135:3
**box** 80:4,20,21,21,22,24
  80:25 81:1 159:7
**boxes** 80:5,10,18
**Boyd** 31:19 33:13 51:2
**bracket** 81:11
**brackets** 81:10
**Bradberry** 51:3 54:15
  55:14
**breach** 32:5,5 44:1,2
  45:8,8,24 46:17,18,19
  46:20 47:3,4,23 48:4,5
  48:22 49:12,24 64:8,20

64:21 65:12 66:10,19
  66:20,21 67:21 69:6,7
  69:10 71:4,11,19,21
  72:6 104:21 105:1
  113:9,15,19 114:6
  116:15,16 124:6,6,23
  124:23,24 125:1 132:18
  132:18 135:13,15,18,21
  136:1,13,21 145:25
  147:8,14 148:2 151:1,4
  151:5,6 152:24,25
  153:16,19 154:16 155:4
  157:6,8,12
**breaches** 1:5 6:12 19:24
  20:12,19,20 44:11
  45:14 46:2,9,21 65:13
  65:18,20 66:6 67:4
  68:10 69:25 87:25
  88:10 89:9 91:2,10,18
  97:25 105:1,2 107:1
  108:17,21,23 111:8,15
  111:17,19,21 112:7
  113:23 116:18 117:1,2
  117:17 119:23,25
  123:17,23 124:10
  131:18,25 133:1 134:22
  134:25 137:1 138:7,10
  138:24 146:1,15 147:2
  147:17 148:4,13 149:9
  149:11,14,17,19,20,25
  151:18 153:24 154:17
  157:2,13,21
**breaching** 91:3,4 101:2
  104:2,15 105:7 108:25
  110:6,7
**break** 52:5,8 93:11,14,20
  96:4
**breaking** 92:1 93:2 94:1
**BRIAN** 3:5
**brief** 25:5 52:15 96:10
  144:25
**bring** 46:6 68:13,16
**broke** 52:23
**brought** 32:21 42:21
  100:25
**brownish** 82:7
**Bruno** 23:23,23,23 24:24

**buffer** 131:6
**build** 136:2
**buildings** 40:20 60:13
**built** 28:21 30:15
**B-A-T-H-Y-M-E-T-R-Y**
  81:10
**B-O-R-G-N-E** 75:17
**B-O-U-S-S-I-N-E-S-C...**
  93:3

**C**
**C** 3:1 4:1 6:1 93:6
**Caernarvon** 104:4
  105:10 111:23
**calculate** 155:23
**calculation** 154:18,21
**calculations** 154:24
**calibrate** 86:19 122:10
  126:13,18 127:6,8,16
  127:18
**calibrated** 126:20,24,25
**calibrating** 90:14
**calibration** 86:13,23
  122:3,6
**call** 16:5,16 25:2 41:2
  43:2 58:12 59:3 60:5
  60:20,23 61:10 62:21
  75:18 76:7,16 79:21
  108:20 131:12 157:20
**called** 7:13 12:1,3 16:10
  16:11,14 19:1 37:19
  59:9,23 75:13,20 77:22
**calls** 14:19 19:3 150:22
**camera** 89:18 118:7
**canal** 1:4 6:12 32:7 39:12
  44:1 50:6 64:8,21,22
  65:2,19 66:7,11 67:5,11
  67:22 68:10 73:21 76:4
  77:24 81:5 83:19
  101:16 102:14 103:16
  104:22 107:2 109:13
  111:20 112:8 114:8
  115:18 116:18 119:14
  119:23 121:4 124:2,8
  132:20 134:21 136:14
  140:2 149:9,14,19
  153:25 155:21

**cap** 46:15,15
**capabilities** 154:12
**capability** 147:22
**capable** 146:14
**capacity** 10:19 138:10
**Capozzoli** 29:11,12,21
  33:7 51:1 130:18
**caption** 6:11
**capture** 55:17
**careful** 45:2 56:10
**carefully** 27:6 78:20
**Caribbean** 73:5,22 78:8
**case** 6:11 10:1,19,20,22
  11:2,3,9,10,19,20,22,23
  12:4,8,12,16,17,19,20
  12:22 13:2,7,15,21,22
  14:15,15,16 15:4,4,5
  17:16,22,24 18:1,3,25
  20:2 21:5,6,7,8,11,14
  21:18 22:2,4,13,21,22
  23:2,11,15,17,18 24:10
  24:11,14,22 25:1,1,2
  32:19,23 33:6,15 34:6
  69:14,16 70:7 71:23
  79:18 86:16 92:5 98:23
  100:2 114:17 115:10
  121:1 124:1 137:20
  138:1 139:10 140:8
  142:15 150:9
**cases** 1:7 12:23 13:9,19
  25:12,15 46:10 85:9
  148:7
**casualties** 31:24
**catastrophic** 112:24
**causation** 19:23
**causative** 20:7
**cause** 20:1,19 32:4
  44:11 45:13 48:3,7,22
  49:11 152:6
**caused** 40:13 46:9 57:16
  64:7,10 115:24 131:17
  137:21
**causes** 46:6 102:7
**causing** 46:1,19 49:24
**cautious** 62:12 63:21
**caveats** 61:18,18 62:19
  145:15

**cell** 58:12 59:5 61:10
  62:22
**Center** 33:19 34:9 41:13
  59:14,21 86:16 141:1
  141:13
**Central** 71:5
**certain** 36:19 88:5
  108:24
**certainly** 44:25 132:19
  133:22
**certainty** 90:7
**CERTIFICATE** 160:1
**certify** 160:4
**Chalmette** 135:2
**chance** 69:21
**change** 79:4 148:7 150:7
  151:2
**changes** 144:11,13 151:1
  152:23 159:13
**channel** 57:18 73:10
  79:2,2 87:8,9,10 91:1
  125:5 137:21 139:23
  140:4,5
**channels** 87:6
**Chapter** 58:19
**characterizing** 49:1
**charge** 54:13,15
**check** 24:2 53:13 159:7
**checking** 90:14
**Chud** 3:13 4:6 7:1,1,6,20
  15:16,19 17:5,12 19:3,9
  19:15,25 20:13,21 26:6
  33:25 35:7 38:11 43:5
  44:20 45:15 46:3 47:5
  47:7,10 48:6,23 49:13
  49:25 52:4,9 54:11
  57:2 58:3 59:15 61:12
  62:25 63:10 66:13
  70:10 72:14 78:18
  83:20 85:6,17 86:8
  90:2 91:23 95:10 97:6
  99:5 102:23 107:17
  109:5 111:16 116:19
  118:19,25 122:12,16
  124:11 125:11 127:21
  134:3 138:19 139:4
  140:20 144:20 145:8

147:11 148:24 150:21
  152:10 155:5,15 156:11
  157:15 158:1
**circulation** 27:22 28:3
  119:7
**cite** 143:15
**city** 136:18
**Civil** 1:4 6:13
**Claims** 11:25 13:3 25:3
**clarification** 9:14 42:16
  125:20
**clarify** 97:17
**clarity** 8:22 108:9
**classification** 18:16
**clear** 39:3 58:3 63:20
  64:15 89:16 103:9,23
  118:12 124:13 136:24
  150:24
**clearer** 103:13
**clearly** 35:15 46:16
**clipped** 46:17
**clock** 58:11,15,17 59:8
  59:12,17 60:1 61:19
  62:3 63:19 64:5,13,19
  64:23,25 86:3
**clocks** 31:12 59:1,2
  60:13 61:9 62:5,5,6,7
  62:20 145:21 146:5,7
**close** 26:1 52:7 77:10
  80:7 81:11,23 98:16
  108:20 110:24 118:7
  131:25 135:17,21
  136:21 148:2 151:3,5
**closed** 148:4
**closely** 27:17 31:8,16
  35:18
**closer** 134:7
**closest** 18:9 134:14,20
  154:15
**coastal** 19:18 47:20
**coefficients** 94:4
**collapse** 47:2 48:3 57:1
  113:15 123:6
**colleague** 144:21
**collect** 40:21 53:22
**collected** 60:23 87:15
**collision** 44:12

**Columbia** 160:23
**column** 134:1
**columns** 134:5
**combination** 66:2
**combined** 13:6 75:20
    157:5
**come** 40:7 45:3 55:8,20
    59:7 66:9 71:14 76:20
    77:1 86:15 87:22 109:2
    113:4 124:8,9 126:7
    138:11,23
**comes** 61:2 77:5 107:4
    113:14 114:8 120:10,18
    120:19 124:13 135:25
    138:23 150:3,17 152:2
    152:20,21
**coming** 62:2 64:22 65:21
    68:9,11 89:19,21 92:16
    92:18 102:11 108:17,18
    108:21,22 109:10,13
    110:14 111:4 112:7
    113:1,3 114:5 115:16
    116:24,24 117:17,18
    118:3,5,6,12,15,16
    119:5,9,11,14,22,24
    120:7,8 121:9 124:5
    131:21 136:15 146:8
    149:8,12,14 150:4
    151:17 153:10,11,15
    156:4
**commencing** 2:6
**comments** 140:11
**commission** 53:19
    160:19
**commissioned** 16:13
**common** 16:24 136:19
**companies** 33:2
**company** 84:4
**compare** 123:18,19
**compared** 117:2 150:1
    157:3
**comparing** 109:9 133:19
    149:12
**comparison** 117:4,8
    150:8
**compelled** 42:10
**competent** 30:14 56:17

**complete** 8:23 26:8 39:10
    108:10 159:10,15
**completed** 139:13
**completely** 85:24
**complex** 23:3 64:16
    93:22 119:8
**complexity** 64:7
**complicated** 64:20
**components** 57:19
**comport** 43:18 90:5
**composite** 72:17
**conceive** 45:7,11
**conceived** 153:2
**concept** 151:23
**concern** 41:10 142:2
**conclude** 100:18
**concluded** 158:11
**conclusion** 100:18
    102:17,25 118:17,22
**conclusions** 100:10,12
    112:21 156:13
**concrete** 46:15
**condition** 72:25 123:3,20
**conditions** 72:22 73:15
    92:1,2 93:25 97:23
    123:1 127:1 150:9
**conduct** 47:12 48:14,21
**confer** 144:21
**confess** 67:14
**confident** 84:24 85:8
**conflict** 64:24
**confusing** 64:14
**confusion** 30:25
**connected** 7:9
**consensus** 26:19,20,21
    48:9 63:14 66:25 69:19
    114:16,19 115:9
**consider** 18:5
**consideration** 65:8 89:13
**considered** 23:9,16
**consistent** 72:10 122:23
**consistently** 66:4
**consolidated** 1:5,7 6:12
**construction** 90:11
**consultant** 88:21
**consulting** 84:3
**contact** 11:8 13:18 15:8

15:22 60:25
**contacted** 10:17,23,24,25
    11:4 13:16 14:3,4,6,7,9
    14:10 15:7,10,11,21,23
    22:12
**contain** 10:3
**contained** 48:10 152:21
**containing** 69:4
**contemplating** 16:1
**Contents** 75:5
**continually** 130:1
**continuation** 17:7
**continue** 36:7 38:2 40:15
    52:21 75:24 89:4 96:15
    129:7 135:11 145:3
**continuous** 39:8
**contract** 33:18 34:22,24
    35:2 142:20
**contracted** 141:2
**contraction** 28:2
**contradiction** 135:1
**contribute** 105:2
**contributed** 47:1 56:25
    100:19
**contributing** 48:3,7
    100:23 102:20 112:23
**contributions** 146:24
    148:12
**control** 30:9 57:25
**convened** 2:5
**conversation** 15:14
**conversations** 25:5,7
**conveyance** 124:3
**Cook** 95:24
**copy** 9:20 24:6 42:25
    140:7
**cord** 50:13
**Corps** 16:13 28:9 30:8
    36:18 37:8,24 41:23
    92:21 109:21 119:18
    125:15 134:10 135:9
**correct** 11:16 20:20
    23:19 37:18 52:25 66:8
    69:11 72:9 77:14,15,25
    78:15 85:14 88:12,15
    88:24 93:10 95:22 98:9
    99:17 100:4,8,22

102:15 112:17 114:10
    124:20 125:19 137:4
    138:5 145:21,22 148:6
    149:15 159:9,15
**corrections** 126:10
**correctly** 54:2 84:23 85:5
    85:9 106:12 123:16
    149:6
**corroborated** 104:19
**corroborating** 63:23
**corroboration** 88:4
**cost** 57:21,24
**counsel** 7:17,24 24:25
    129:9 145:5 149:3
    160:10,14
**couple** 144:22
**course** 27:3 30:14 34:7
    36:15 46:20 65:8 69:15
    78:3 84:18 100:2 126:3
    138:22 143:19
**court** 1:1 6:14,20 8:12,20
    11:14,24 13:3 25:2
    115:5
**courthouse** 117:25
**courtroom** 13:11
**cover** 53:9
**covered** 130:16,18
**covers** 112:1
**co-sponsor** 55:4
**crawling** 46:14
**create** 78:5
**created** 69:24,25 72:17
    73:11
**creates** 78:5
**creation** 56:12
**crossing** 76:25
**cross-sections** 87:6
**crown** 131:4
**cumulative** 109:11 121:8
**curriculum** 140:17
    142:22
**cut** 104:25

---
**D**

**D** 6:1
**data** 40:1 41:9 53:23
    58:11 59:8 60:5,20,23

61:9,19,20,20 62:11,20
63:19,22,24 64:5,13,19
64:23,25 77:16 86:4
87:12,16 89:16,22,24
90:1,11 122:9 123:18
127:3
**databases** 30:23
**date** 6:4 61:11 74:13
98:16 117:23 143:25
159:25
**dated** 70:7 144:10
**date/time** 62:23
**datum** 81:15,16,22,23,24
**datums** 30:23 31:1
**day** 138:7
**Daylight** 71:6
**days** 154:4
**DC** 3:16
**dealing** 58:11 62:4
102:17
**deals** 60:1
**dealt** 31:11
**deaths** 31:25
**December** 126:6 143:11
143:15,22 144:6,11
**decided** 91:17 141:15
**decides** 87:25 92:10
**deciding** 144:14
**decision** 108:16
**declaration** 13:10
**declarations** 139:14
**deep** 138:22
**defendant** 19:2
**defense** 137:5
**define** 156:8
**definitive** 62:16
**degradation** 108:19
**degree** 129:24 130:19
148:23
**Delft** 33:1,2 72:19 84:4
88:11,21
**department** 16:9 30:2,4
34:21,25 35:4,17,19
42:19,20 51:4 53:19
55:3 57:23
**departments** 42:12
**depends** 151:3

**depicted** 82:1
**DEPONENT** 159:1
**deposed** 139:12
**deposition** 2:1,4 6:7 8:9
9:20 12:17 13:11 50:23
52:12,18 70:5 74:19
88:10 96:7,12 100:6
112:5 116:11 128:3
129:4 140:9 158:5,11
159:5
**depth** 81:15 87:8,10
115:23 138:16
**depths** 81:24
**derivative** 17:1
**derive** 78:25
**derived** 39:15 73:12
**describe** 91:21
**described** 90:11 97:20
**design** 28:12
**designed** 57:8 101:7,10
101:20
**destroy** 92:11
**detail** 35:8 73:19 78:7,14
80:4,5 81:2 109:1
**detailed** 48:14 67:15
72:20 73:11 74:5 75:12
77:18 78:5 80:1,11
82:13,17 89:6 90:20
94:1 116:2 119:3 120:1
**details** 35:21 60:1 73:9
**detection** 87:12
**determine** 146:23 147:6
147:12 148:3,12
**devastation** 131:17
**develop** 62:15 97:22
**developed** 72:19 79:18
85:11 91:18 105:21
109:14 110:4
**development** 35:1 53:20
55:4 57:23 66:21 71:19
71:21 72:7
**diagram** 75:19
**difference** 109:20 116:22
117:19 124:3 125:4
135:5 150:10,11 157:10
**differences** 65:4,7
**different** 46:19 53:2 62:3

66:20 67:3,17 75:8
85:2 92:7,22 109:2
111:6 124:4 125:6,9,17
132:16,21,24 133:2,4
133:20 135:17 146:15
146:21
**difficult** 8:13 62:11
**difficulty** 123:12
**direct** 25:23 74:9 133:7
**direction** 77:1 84:3
118:3 119:10,11 136:10
160:8
**directions** 64:23 118:6
**directly** 85:16 88:18,19
148:15 156:7
**director** 26:16 27:12
30:3
**disagreement** 38:24
39:24 92:20 156:16
**disappearing** 38:22
**disaster** 57:16
**discuss** 139:15,20
**discussed** 126:14 127:12
139:21
**discussion** 26:2 43:12,12
43:14 55:13 58:15,23
143:13 147:24
**discussions** 25:11 148:15
**distance** 153:14
**distinguish** 56:10 90:10
**distributed** 42:12
**District** 1:1,2 6:14,15
11:14,14 21:13 160:23
**disturbed** 38:22 40:14
**doctor** 79:10
**document** 10:3 36:16
39:18 51:9
**documenting** 41:10
**doing** 23:18 34:8 37:11
38:20 39:22 69:13 73:7
136:11 137:14 140:24
**domain** 73:17 75:12
**door** 15:12 152:19
**Doppler** 87:2
**Dr** 7:18 18:3,5,7 20:6,15
21:1 26:17 27:10,11,16
27:17,22 28:4,6,13 29:9

29:12 31:9,16 32:18,23
33:5,6,10,10,11 37:6
38:4,5 47:24 48:18
49:9,15,22 50:2,24,25
50:25 51:1,1 52:23
55:14,17 60:24 63:25
70:12 71:1,2,8 83:20
88:16,17 92:6,7 94:19
94:21,24 95:1,5 96:2,17
96:18 99:19 101:24
115:12 118:23 136:8
137:1,2,3,3 140:9,12
141:10 145:9
**draft** 27:9 42:6,25 43:14
140:8,12
**drafted** 26:23
**drift** 50:5
**drive** 77:18 122:18,20
**driven** 89:14
**drivers** 78:4
**dropping** 155:21
**drove** 73:12
**drown** 132:9
**drug** 9:2
**due** 149:25
**duly** 7:14 160:5
**Duncan** 137:14
**duration** 102:18 103:6
**Dutch** 72:12 80:9 95:25
98:3 147:4 148:18
**duties** 23:10
**DUVAL** 1:11
**dynamic** 135:24
**dynamics** 117:11 132:17
137:19
**D.C** 2:2,8 6:9,24

---

**E**

**E** 3:1,1 4:1 5:1 6:1,1 93:6
112:21,22 115:17 121:1
**eager** 103:20
**earlier** 70:2 86:2 88:10
113:20,21 119:2 145:18
**early** 30:7 71:12 91:9
100:20 102:20,22 103:2
116:21
**earth** 87:13 152:16

**earthen** 157:21,22
**easier** 29:6
**east** 32:6 43:25 66:11
  67:5 102:14 104:22
  106:1,2,5,16,17 111:19
  112:8 118:4 119:7
  131:6 134:1,2,7
**eastern** 1:2 6:14 11:14
  19:20 21:13
**easy** 40:5 64:17
**Ebersole** 126:6
**echo** 87:4
**echoed** 46:8
**effect** 67:20 100:13
  101:1 151:5,7 153:1
**effects** 19:18 91:1 152:24
**effort** 22:16,17 25:18
  26:16 27:12,20 33:24
  34:20 37:8 39:1 55:12
  92:25 146:19 148:19
**eight** 26:15 133:15
  134:19 135:6
**either** 32:5 47:2 140:16
**elaborate** 73:19
**electric** 62:5
**element** 75:14 78:13
  79:16,17
**elevation** 39:14 65:5,7
  68:14 81:13 87:13
  121:9 131:4 136:25
**elevations** 30:24,25 31:2
  38:17 39:13 41:11
  155:21
**emergency** 34:9 59:4
  60:17 86:4 142:3
**employed** 160:11,15
**employee** 160:14
**encourage** 48:12
**ended** 36:4 38:1
**endorsing** 56:6
**ends** 76:9 117:15 130:6
**engaged** 120:6
**engineer** 18:8,18 27:5,18
  28:7,14,20 29:13 49:16
**engineered** 101:14
**engineering** 18:10,11
  28:25 29:17 123:11

**engineerings** 37:17
**engineers** 16:13 18:17
  28:10,11,15 32:22
  54:19 71:15 109:21
  125:15 130:5
**entire** 27:14 29:2
**entirely** 94:9
**equipment** 87:5
**Eric** 3:11 7:3
**erosion** 72:1
**errata** 159:14
**essentially** 25:14 38:2
  68:8
**estimate** 22:8,9 97:3
  104:10,17 106:8,9,23
  111:1 115:23
**estimated** 104:1 105:6
  134:10
**estimates** 66:19,22
**estimation** 85:15 155:4
**evaluating** 142:17
**Evaluation** 16:12 36:1
  38:10 41:18 48:20
**event** 64:7 131:2,13
**Eventually** 135:19
**everybody** 37:23 40:6
  89:18 113:18
**evidence** 101:12 152:12
**evolution** 137:17
**exact** 67:9 94:15
**exactly** 37:2 55:18 60:11
  90:24 91:17 115:3
**examination** 4:3 7:13,24
  129:9 145:5 149:3
**examine** 56:12
**examined** 7:14 159:4
**example** 65:1 87:11
  123:21 151:3
**exception** 13:14
**excerpt** 70:18 95:7
**excerpts** 108:11 132:3
  145:11
**excuse** 26:19 106:5
**Executive** 51:22 53:16
  54:7
**exercise** 142:12,14
**exhibit** 5:3,5,6,7,8 9:20

  9:22 21:4 45:17,19
  47:10 50:23 51:6 53:9
  58:4 63:3,4,5,6,7,8,11
  63:12 70:5,8 74:18,23
  74:24 98:23 100:6,9
  103:25 106:23 107:16
  107:24,25 108:6,10
  112:5,18 113:13 116:10
  120:25 121:22 127:19
  127:20 129:13 138:1
  140:8,17 143:16 145:11
**exist** 90:7 135:14
**existed** 123:1,20
**existence** 79:19
**existing** 123:4 138:12
**expect** 10:4,7
**expecting** 11:16,21
**experience** 123:12
**experienced** 28:19
  102:19 131:5,24
**experiencing** 135:18
**expert** 7:18,21,21 9:21
  9:25 10:11,18 13:17
  15:9 17:3,10 18:25
  19:12,17 22:13 23:10
  24:9,10 47:21,22 50:20
  69:14 70:6 74:4 94:21
  98:16,23 100:5 112:4
  114:21 115:13 126:4,5
  137:25 139:13
**expertise** 37:10 85:20
  101:22,25 130:11,13
  136:5,8 137:2 147:10
  153:22
**experts** 17:25 26:25 27:7
  32:25 37:14 42:19
  47:23 53:22 54:25
  114:16 115:9 130:14
**expires** 160:19
**explain** 23:2 47:16,18
  68:6,18 78:24 88:13
  117:13 126:8 134:5
  157:9
**explained** 75:7
**explains** 34:24 35:14
**explanation** 24:8,17 35:5
  74:5

  9:22 21:4 45:17,19
**extensive** 26:24 27:3
  32:21
**extensively** 37:22 38:16
**extent** 60:2 90:22 102:24
  155:18
**extra** 100:25
**extreme** 77:23
**eye** 118:15 136:17
**Ezra** 3:21 31:19 33:13
**e-mails** 14:21

**F**
**F** 83:5,10,12
**face** 24:16
**fact** 38:25 51:10,11
  119:8 148:16 149:17,25
**factor** 49:6 112:23
  132:25
**facts** 152:11
**failed** 69:1,1
**failing** 72:3
**failure** 20:7 44:11 46:11
  53:23 71:3 100:20
  102:22 103:2 113:2
  114:6 130:6
**failures** 16:14 43:25
  102:20 113:3 114:8
  121:5
**fair** 20:10 34:19 41:24
  45:6 58:10 88:3 101:3
  101:6 102:10 103:10
  114:4 115:11 125:7
  130:10,12
**fairly** 155:13
**fall** 96:25
**familiar** 53:15 116:13
  143:12
**familiarize** 58:9 130:7
**Family** 1:21
**fans** 153:17
**far** 11:20 53:11 60:13
  62:8 76:2,17 82:20
**farther** 134:22 135:15
**fast** 135:9 142:3
**faster** 103:6
**fathometer** 86:22 87:3
**February** 50:24 143:17

**fed** 88:2
**federal** 35:23 56:24
  57:14,17,18,19 105:21
**feel** 13:25 42:1
**feet** 68:19 69:2 81:10
  131:4 132:9,10 133:15
  133:16 134:19,23 135:3
  135:6,6,7,8 149:18
  150:14,19 151:16 152:2
  152:22 153:5,8,18
  157:6
**fellow** 94:13
**felt** 79:4
**FEMA** 142:12
**field** 34:11 49:18
**figure** 75:10,11 80:8 81:3
  104:9,20 106:9 109:6,7
  109:25 110:21 114:4
  115:19,20,21 131:6,8
  136:24 149:7 155:13,18
  156:8 157:1
**figures** 83:6
**file** 58:13
**FILED** 1:14
**fill** 110:8 119:15 133:3
**filled** 110:11 111:8
**filling** 135:4
**fills** 120:9
**final** 51:5,12,14 53:10
  99:23 140:9,13 143:10
  144:10
**financially** 160:15
**find** 28:7 39:17 50:20
  57:9 82:17,22 93:14
  107:8 126:17
**finding** 32:24 57:5
**findings** 15:25
**FINEL** 72:18 74:7 75:13
  82:22 84:1,8,9 87:14
  90:19,24 91:1,12 97:20
  97:23,24 122:3,11
  123:10,17,21 124:18,21
  124:21,24 125:21
  126:13,19,23,25 127:8
**finish** 8:15,16 15:1 83:21
  103:20
**finished** 10:15 14:18

**finite** 75:14 78:13 79:16
  79:17
**firm** 24:25
**first** 7:14 10:10,25 11:7,9
  15:22 22:12 34:11
  40:11 41:19 53:18
  58:12 61:9 62:21 65:22
  83:8 88:25 98:5 104:16
  104:25 119:1,24 120:5
  120:12 132:5 133:8
  136:1 139:11 140:18
  141:20 142:5,10,15
  143:5,22 145:20 148:17
  148:18 153:11 154:8
**fit** 81:5 115:18
**Fitzgerald** 137:5,8,9,10
  156:14
**five** 21:25 54:6 112:15
  139:13 144:20
**five-foot** 67:20
**flavor** 55:17
**floating** 50:6
**flood** 28:13,21 30:9 47:2
  47:3 48:4 55:5 56:13
  57:1,17,25 69:1 71:4
  88:2,3 90:17 92:12
  93:20 94:24 95:2,5
  98:24 99:3 100:20
  101:2,13 102:13,20
  103:7 113:3 119:22,24
  121:4 123:5 131:22
  133:4 134:1 137:14
  139:7 152:9 157:19
**flooded** 64:16,16 82:5,8
  111:11 112:9 147:7,13
  155:10
**flooding** 19:19 32:1
  58:19 64:7 65:11,23
  68:4 87:23 88:5 91:5
  91:20 92:16 98:5 104:1
  104:6 105:3,7,12,15
  112:24 113:1 114:5
  115:23 119:4 121:11
  131:2,13 133:14 145:24
  146:7,8,16,24,25
  147:25 148:3,13 149:8
  150:15 151:16 152:7

  154:6 155:19
**floor** 60:14
**Florida** 142:11
**flow** 72:13 108:20 111:1
  118:9 120:7,8 154:15
  154:16
**flowing** 71:22 106:24
  118:4 124:16 136:3
  154:9 155:20
**flows** 22:16 132:19
**flux** 131:23 132:23
**focus** 41:16 73:20 100:11
  114:14
**focusing** 73:9 111:7
**folks** 132:19 141:1
**follow** 39:20 76:24
**following** 149:1
**follows** 7:15 80:25 81:1
**food** 114:8
**foot** 152:17
**footnote** 114:15 115:8
**forecast** 138:15
**forecasting** 34:8
**foregoing** 159:4 160:3,5
**forensic** 15:25 16:6,14
  16:19 17:4,11 18:6,7
  19:1 28:8 46:8,25
  47:13 48:2,7,14,21
  49:10,23 53:22
**forensics** 16:8,21 18:11
  18:17 36:19 37:1 50:7
**forensic's** 13:24 18:9
**forget** 37:1
**form** 54:11 57:3 85:6
  86:8 97:6 102:23
  122:12 134:3 152:11
  155:15
**formed** 39:17
**formulation** 43:10 54:13
**forth** 100:1
**found** 53:2 87:5 116:8
  155:7
**Foundation** 37:20
**foundations** 28:12
  132:21 133:5
**four** 13:12 116:14 129:4
  132:9,10 158:4

**free** 15:9
**front** 100:15
**full** 44:9 66:21 71:20
  72:6 131:22 132:5
  133:8,13
**function** 120:9
**funnel** 68:12 73:10 124:9
  124:13 125:16
**further** 81:2 143:20
  144:18 148:24 157:23
  158:1 160:13
**future** 18:14 55:21
**F-A-T-H-O-M-E-T-E-R**
  87:4
**F-I-N** 75:14
**F-I-N-E-L** 78:14

─────────────

## G

**G** 2:1,4,8 4:3 6:1,16 9:21
  52:12,18 83:11,13 96:7
  96:13 128:3 129:5
  158:5 160:2,22
**game** 156:4
**gap** 116:23
**gathered** 59:8
**gauge** 39:9 40:1 89:25
  122:7 126:22
**gauges** 86:23
**Gautier** 127:13,15,17
**Geggel** 3:21
**General** 14:1
**generally** 16:19 62:1
  101:16
**General's** 35:20 36:2
**generated** 125:17
**gentleman** 114:24
**gentlemen** 24:6
**geoengineering** 37:13,14
**geologist** 19:18 47:20
**geometry** 78:7 87:6,15
  87:19 90:22
**geomorphologist** 137:15
  137:16
**George** 7:12 8:4
**geotechnical** 27:5,6,7
  28:6,11,14,15,19,20,25
  29:13,17 36:23 37:17

49:16 71:15 130:17
**Gerald** 12:14 15:22
**germane** 41:16
**getting** 20:5 30:20 65:14
85:22 88:5 136:4
153:21
**giant** 124:2 125:5
**GILBERT** 3:5
**give** 24:17 35:4 122:19
**given** 24:8 37:7 122:7
159:10,16 160:10
**gives** 64:6 108:15 110:18
119:3
**giving** 119:16 148:16
**GIWW** 75:20 81:1 83:13
**glancing** 53:12
**glean** 61:8,20 62:20
**Glenn** 70:6
**GNO** 65:23 66:2 131:3
**go** 8:8,10 28:1 46:21
59:23 63:5 75:7 78:20
80:5 82:10,19,24 86:11
110:15 123:6 130:1
135:21 139:6 143:20,21
**goes** 41:25 77:21 80:24
92:13 123:21
**going** 16:2 35:21 36:12
36:16 38:1 42:23 48:24
52:5,13,16,19 60:12
63:6 73:18 76:25 83:11
83:25 96:7,13 102:2
120:20 122:22,24 124:7
128:3 129:5 135:25
141:14 144:14,15,17,23
145:1 152:17,20,21,25
153:14,24 154:14,14,16
158:5
**Goldberg** 3:11 7:4 26:4
**good** 6:3 8:10 9:18 29:4
30:13 40:1 41:1 50:21
60:11 61:9,20,20 62:20
79:14 82:17 85:21
87:17,17 92:19 93:18
97:5 127:22
**Goodwin** 2:7 3:14 6:8
7:1,4
**gotten** 9:13 45:9 125:9

**government** 17:24 27:4
35:24 42:10,18,24
56:25 57:14 115:12
125:10 126:1 137:8,10
137:13
**government's** 114:21
**Governor's** 42:13
**gradually** 133:3
**graduate** 31:23
**graduated** 33:13
**graphic** 138:6,8 156:1
**gray** 77:5
**great** 44:21 52:2 131:18
148:23
**greater** 53:24 66:2 98:25
99:3 131:13
**Greek** 156:20
**green** 80:21
**grid** 80:11,12,13 83:2,3,3
83:5,9,10,11,12,13,13
83:14,16,17
**grids** 83:4
**ground** 71:18 153:7
**group** 11:1 37:1,9,16
38:2,3,6 39:21,22 43:2
43:3 140:23,24 141:9
147:18
**groups** 24:21 37:12
**guess** 54:16 61:25 70:19
86:10 87:21 97:1,2,4
131:23 134:6 143:1,4
**guessing** 22:6,22 96:25
**guidance** 90:16
**guided** 14:1
**Gulf** 11:11 13:20 14:14
15:3 19:19 21:12 36:25
68:21 73:5 75:21,23
80:15 100:13,19 102:12
115:24 119:25 140:1,4
142:9 150:16 151:18
152:1,4 154:10 155:11
157:12
**G-A-U-T-I-E-R** 127:14

---

**H**

**H** 5:1
**half** 34:13 82:8 110:15

155:8
**hand** 92:6 122:25
**handed** 91:16
**hands** 144:6
**handshaking** 41:25
**hands-on** 27:23
**hand-off** 20:8 73:1 74:6
**happen** 38:21 104:11
**happened** 10:14 15:14
16:3 25:6 41:15 57:6
79:1,20 90:24
**happening** 71:17 78:6,8
**happens** 74:7,8 86:24
120:11 151:12 153:10
153:17 155:18
**happy** 102:8
**harbor** 32:6 44:1 65:18
66:11 67:5,21 73:21
76:3 77:24 81:4 83:18
101:15 102:13 103:16
104:21 107:1 111:20
112:8 114:7 116:17
119:22 121:4 124:8
131:18 134:20 136:14
149:9,13,19 153:25
**hard** 22:15 62:4 80:23
157:8
**hashing** 43:17
**head** 72:16
**headed** 132:14 141:9
**heading** 81:9
**hear** 8:20 48:17 67:19
68:2 136:12
**heard** 12:3 67:24 95:4,5
136:17 156:14
**hearing** 68:3
**heavy** 28:10
**HEC** 119:18
**Heerden** 26:17 27:10,11
31:9,17 32:18,23 33:10
33:11,11 47:24 50:25
55:14,18 60:25 96:2
143:4,5
**Heerden's** 37:6
**height** 83:8 102:18
**held** 6:7 130:2
**helped** 48:22

**hemispheric** 73:17
**hereto** 160:15
**high** 38:24 39:16,16,17
39:24 40:2,3,13,16 42:4
69:2 72:16 122:8
132:10,18 135:14,18,18
136:14 153:16 154:12
**higher** 68:19 123:22
**highest** 82:7 121:12
150:2 154:25
**hill** 122:24
**historic** 126:21,22
**historical** 30:5,13 55:7
137:23
**history** 30:12 56:12,19
**hit** 89:15 142:11
**hold** 99:5 106:20 123:3
**holes** 115:16
**homes** 132:13
**Honorable** 51:3
**hope** 66:4
**horrible** 133:1
**hot** 59:22
**hour** 21:5,7 52:6,8 71:24
133:16,17 134:19,23
135:3,6,6,7,8 155:8
**hourly** 39:11
**hours** 22:1,7,11 34:5,17
71:22 110:16 116:15
155:11
**houses** 132:20 133:4
**HPS** 104:7
**HS** 83:7
**hue** 18:8
**huge** 116:22 153:12
157:1
**huh-uh** 8:22
**hundreds** 68:23 132:14
**hurricane** 10:12 33:19
41:13 53:25 59:13,21
86:16 98:25 140:19,22
141:1,13 142:8,14,17
**hurricanes** 141:24 142:2
**hydraulic** 27:18 32:22
**hydraulics** 33:2 84:3
**hydrodynamic** 27:20
37:11 72:18

**hydrodynamics** 123:8
**hydrographs** 77:3 98:4
  122:18,18,19,23 135:9
**hypothetical** 118:20
  142:13 148:5,11 150:22
  152:11,15 155:16
**Hypothetically** 151:15
  151:22

### I

**idea** 8:10 42:3 80:3 82:15
  85:21 119:4
**ideas** 89:8
**identification** 9:23 51:7
  70:9 74:25
**identified** 49:5
**identify** 6:19 76:13
**ignorance** 114:1
**IHNC** 44:11 77:21
  100:21 102:19,21 104:2
  105:8 108:18,23 111:2
  111:22 113:3 117:17
  120:7 123:22 134:14,22
  134:25 136:25 149:11
  150:3,20 151:4 153:12
  154:6,8 156:5,8 157:2
**iii** 54:5 59:24 60:10
**ILET** 16:17 43:8 55:1
**ILIT** 38:7,8
**image** 76:21 81:5
**images** 83:19
**imagine** 21:24
**immediate** 132:25
  135:12
**immediately** 153:15
**impact** 46:12
**important** 38:23 49:5
  51:15 55:6 56:14,18
  60:3 69:2 103:5 137:19
  156:5
**impression** 144:10
**inclined** 67:18 71:9
**include** 32:8 75:15
  109:22 120:20 123:17
**included** 25:19 54:18
  60:19 91:2 105:20
  115:20 147:19

**includes** 27:5 75:16,17
  76:8 91:4 98:17 105:23
  113:14
**including** 106:13
**incomplete** 118:20
**inconsistent** 90:21
**incorrect** 62:10 118:18
  118:24
**increase** 152:6
**increased** 103:8
**independent** 16:17,25
  29:20 37:16 43:1,19
  44:18
**independently** 44:10
**indication** 64:6
**individual** 65:13 146:1
**indivisible** 151:10
**Industrial** 39:12 65:2
  68:10
**infer** 64:18
**influence** 9:1 65:15
  146:15
**influences** 65:13 146:1
**informal** 26:22
**information** 39:15 40:21
  58:23 59:12,17 60:2
  61:2,4 62:2,13,15 63:22
  63:23 66:10 72:11
  73:12 77:18 78:2 79:1
  80:11 86:6,17,21,22
  87:11,17,18,22 88:2,4,7
  88:9 89:18 90:13 91:16
  91:19 92:17 116:7
**ING** 32:4 100:7 139:15
  139:20 142:25
**Ingram** 1:17,19
**inhabited** 76:6 91:5
**INHC** 76:4 79:5
**inherent** 23:9,17 24:10
**initial** 41:16 110:21
**initially** 37:23 39:21
  97:19 120:6 146:8
  156:3
**initiate** 148:19
**initiated** 30:10 71:11
**initiation** 71:16,25
**initiative** 54:17

**inner** 32:6 43:25 65:18
  66:10 67:5,21 73:21
  76:3 77:24 81:4 82:7
  83:18 101:15 102:13
  103:16 104:21 107:1
  111:20 112:8 114:7
  116:17 119:22 121:4
  124:8 131:18 134:20
  136:13 149:9,13,19
  153:25
**input** 56:20 86:6 91:19
  91:21 95:21 97:18
  132:23
**inputs** 86:14,15 91:25
**inside** 27:4 40:19 41:15
  42:18,23 67:11 73:9,16
  118:9,9 119:8
**instructions** 148:16
**instrumental** 32:24
**intended** 40:25
**interact** 37:16
**interaction** 37:19 38:9
  38:14
**interactions** 30:7
**Interagency** 16:11 36:1
  38:10 41:18 48:20
**interest** 35:5 37:6,6 52:3
**interested** 36:24 37:3
  40:19 119:13 160:16
**interesting** 41:15
**interfere** 9:2,7
**internal** 114:13 123:7
**Internet** 38:8
**interpret** 62:4
**interrupt** 127:21
**Intracoastal** 75:21,23
**introduce** 76:12
**introduced** 87:1
**invaded** 34:3
**investigate** 56:23
**investigating** 59:9
**investigation** 16:13,18
  18:12 37:17 43:1 44:19
  47:1,13 48:2,7,14,21
  49:4,10,23 50:8 56:5
  68:1
**investigations** 16:25 36:7

  44:10 56:17 112:14
**investigative** 54:18
**investigators** 25:17
  37:24 41:23
**invited** 38:15
**involve** 19:23 20:11
  24:15
**involved** 10:10 11:18
  12:24 14:13,14 15:3
  23:19 25:15 30:7,16
  32:18 34:7 54:21 60:7
  78:17 86:13 94:13
  131:20 141:18,19 148:9
  148:14,15,20
**involvement** 24:9 29:18
  34:14 45:24 46:1 57:21
**involving** 10:11 11:10
  13:2,19 20:19 21:12
  32:17
**IPET** 16:11 35:25 36:21
  43:7 48:19 49:9,22
  50:9,12 54:25 109:9
  134:17
**issue** 50:2 114:13
**issued** 42:8,14,15 43:7,8
  43:21 98:18,19
**issues** 25:15 28:12 36:19
  157:4

### J

**Jan** 88:19 89:1 94:5,11
  94:16 95:18 98:21
**job** 2:11 67:9 68:6,14,25
**Joe** 23:23
**jogged** 137:5
**John** 3:12 7:3 11:6
**Johnny** 51:3
**join** 38:15 41:17
**joined** 7:3
**JUDGE** 1:11
**July** 9:20 45:1 74:11,11
  74:13,21 94:14 98:2,11
  98:12,17 99:25 100:4
  107:11 121:23
**June** 66:25 98:12
**Justice** 35:19
**J-A-N** 89:2,3

**K**

**K** 1:9
**Kate** 31:5,7,7 33:12 60:9
**Katrina** 1:4 6:12 10:12
  11:9 14:7 16:20 32:17
  39:8 53:25 65:24 73:8
  86:14,24 90:25 99:1
  102:19 123:2,2,20
  126:21 138:7,15,18
  142:5,9,15
**keep** 125:3 149:19
**keeper** 39:12
**keeping** 81:3
**Kemp** 2:1,4 4:3 6:17
  7:12,18 8:4 9:21,22
  50:25 51:6 52:12,18,23
  63:25 70:8 74:24 83:20
  96:7,13 128:3 129:5
  145:9 158:5
**kick-off** 38:15
**kind** 16:23 20:16 21:1
  23:8 39:21 43:18 45:3
  55:13 57:7 60:14 62:11
  63:21 64:16 71:8 80:3
  80:24 130:1 131:23
  136:21,22 142:4 144:3
  144:16 152:14
**kinds** 42:2 127:10
**know** 11:21 12:7,9 14:12
  15:2 18:24 20:25 22:1
  22:10,15 24:21 25:12
  33:13 34:12 39:21 42:2
  42:21,22 46:12 50:2,3
  54:24 60:19,22 61:6
  67:9,10,12 71:7 73:14
  82:14 84:22 85:4,15,23
  86:21 88:5 89:8 92:9
  93:12 96:17 97:11
  101:6,8 102:8 103:20
  104:18 107:3,7 108:23
  114:2,3 116:14,21,22
  117:15,19 118:11
  119:13,16 120:22,23,24
  125:2 127:15,22 129:24
  135:2,4,13 136:16,20
  150:12 152:15 154:20
  154:22,23 156:1 157:7

**knowledge** 32:16 44:3
  84:21 85:4 94:8,11
**knowledgeable** 27:1
  130:15
**known** 29:13 73:7
**knows** 127:17
**Kok** 94:19,21 95:11,15
  95:15,24 96:18 98:4,20
  98:24 99:19 115:12
  137:3 147:18 156:13
**Kok's** 94:24 95:1 116:2
  136:8
**K-O-K** 95:12

**L**

**LA** 3:7
**label** 83:6
**labeled** 75:19 134:2
**labored** 103:24
**lack** 122:7
**Lafarge** 1:16,18,20,22
  3:10 17:11 21:22,24
  22:3,14 59:8,11 145:5
**Lagarde** 1:18
**laid** 60:10
**Lake** 75:17 76:1,18,25
  77:21 124:14,15,16
**lakeshore** 76:17
**Lakeview** 64:5,10 65:16
**Lakewood** 65:3
**land** 82:2,4,6 106:3
**landfall** 65:24
**language** 45:4
**large** 78:16 142:18
**larger** 73:13 77:19 80:12
**laser** 87:13
**late** 116:15
**LAW** 3:4,5,11,12,13
**lawsuit** 17:4,19 18:21,23
**lawyer** 36:2
**lawyers** 11:6 13:18 15:2
  24:15 25:9 97:3
**lay** 7:19
**layman's** 18:14
**lead** 22:20 23:1 88:20
  94:16 98:21 118:17,22
**leader** 55:12

**leading** 50:20 154:5
**lean** 72:1
**learn** 49:21
**led** 20:15 130:6
**Lefarge** 7:2
**left** 33:12 76:2
**left-hand** 109:8
**legal** 42:3
**lens** 30:14
**lesser** 130:19
**letter** 35:13 50:24 51:11
  51:14 56:1,3 83:8
  143:16
**letters** 14:24 28:1 66:2
**let's** 110:19 151:15
**levee** 16:14,17 19:24
  20:12,19,20 37:16
  38:18 40:22,23 41:11
  43:1 44:18 53:23 55:6
  79:3 89:19,22 92:11
  104:5,13 105:10,22
  109:16,24 110:6,7,11
  110:22 111:23 118:8
  119:6 120:10 131:3,21
  138:12 152:1
**levees** 28:12 30:16 40:25
  93:20 100:20 102:13,21
  103:12 113:2 114:6
  123:3,5
**level** 50:7 71:17 81:23
  87:14 110:1,2,4 124:22
  125:2 132:9,10 133:23
  135:16,19 149:20 150:2
  152:7 153:25
**levels** 76:12 121:11
  123:24
**licensing** 18:16
**LIDAR** 87:11
**lie** 73:16
**life** 142:21
**liftoffs** 20:25
**light** 87:11
**limitations** 36:21
**limited** 62:22 104:4
  105:9 111:22 143:13
**line** 59:22 77:5 110:3
**lines** 76:20 77:8,12

132:14
**linked** 65:12 84:4 145:25
  146:10
**list** 12:23 25:19 51:19
  86:11
**listed** 13:3,5,12 31:5
  32:15 51:25 142:24
**listing** 26:8 78:22 92:4
**litigation** 1:6 6:12 10:11
  32:17 36:13
**little** 21:9 73:19 77:11
  90:4,23 92:20 100:1
**LLP** 3:14
**local** 152:24 153:1
**located** 6:8
**location** 92:15
**lock** 39:11 89:17,25
**logistics** 142:4
**logs** 58:12 59:3,4 60:16
  61:10 62:22 86:4
**London** 64:22 65:15
**long** 22:23 34:16 42:14
  89:6 144:4,7 153:14
**longer** 65:12 79:19
  129:18 145:24
**look** 31:22 35:12 42:22
  51:9 52:24 56:19 57:14
  57:15 59:23 60:3,15
  64:24 70:13 82:13,19
  83:5 98:22 106:8 107:8
  107:12 108:8,13 110:19
  114:25 119:2 132:5
  143:16 155:25
**looked** 111:1 150:24
**looking** 32:3 41:13 47:22
  77:7 90:25 117:22
  123:25 149:10 150:12
**looks** 53:15 80:20 82:16
  133:21
**loose** 45:9
**loss** 115:3 137:21
**lot** 27:6 28:11 29:20
  30:23,24 37:18 41:8
  43:19 46:19 50:17
  57:19 69:19,22 78:7
  89:10,13 90:18 109:23
  117:9 118:5,6,9 123:11

127:7,17 149:24 156:15
**Lou** 33:7
**Louis** 29:12
**Louisiana** 1:2 6:15 8:6
  10:16 11:15 14:5,11
  16:7 17:8 18:17 21:13
  25:18 26:2,9 29:14
  30:2 31:9 32:9 33:17
  33:24 34:20,20,24 35:3
  35:9,19 36:12 37:15
  42:6,9 43:23 45:16
  46:14 47:8 48:1,9 51:4
  51:5,12,20 52:25 53:10
  53:19,21 54:10,19 56:9
  59:12,21 60:22 63:14
  65:25 66:15,24 67:18
  69:13 72:10 73:6 79:7
  79:15,19 86:5 89:5
  104:1 107:7,12,13,15
  108:11 111:14 113:6
  117:21 121:20 127:20
  129:14 130:14 136:12
  143:2,10 145:11 156:22
**lower** 40:17,20 65:1 69:5
  76:8 79:4 96:18 104:3
  105:5,8,23 106:14,24
  111:7,11 112:9,25
  113:1 114:5 115:25
  116:17 121:6 123:23
  132:11 133:15,23,25
  134:2,2,6,6,7,12,20,21
  134:24 135:16 138:17
  149:8 150:15 151:17
  152:3 153:9 154:1,7
  155:10,12 156:9
**LSU** 15:24 28:14 33:19
  140:24 141:12
**lumped** 104:25
**lunch** 127:23,25 128:7

### M

**M** 83:2,3,14,16,17 98:24
**machine** 53:2
**MAG** 1:13
**magnitude** 157:10
**Magnolia** 8:5
**main** 26:14 41:10 68:22

126:7
**major** 55:23 56:11
**making** 20:16 148:9
**managing** 30:22
**mandate** 56:22
**manner** 108:24
**manning** 94:3
**map** 73:25 74:1,2 106:8
**Maples** 11:1 12:14 15:23
**mapping** 38:17,20
**maps** 137:23
**Marbury** 3:20 6:4
**marine** 47:21
**mark** 7:5 9:19 50:23
  53:14 70:5,16 74:23
**marked** 9:22 51:6 70:8
  74:24
**marks** 38:21 39:5 52:10
  96:5 128:1 158:3,4
**Mashriqui** 27:16,17,22
  33:5 50:25 79:11
**massive** 108:19 120:5
  131:5
**masters** 89:17,25
**match** 88:6
**Matias** 95:15 98:4,20
  147:18
**matter** 50:18 68:23
  86:20 117:5,16 130:16
  132:16,22 153:17
**maximum** 39:14 115:15
  121:8,10 133:23 135:20
  136:25 154:7 155:18
  156:9
**mean** 10:22 29:5 36:6
  37:24 40:24 43:17 46:5
  57:9 61:23,25 63:1
  66:14 68:15 89:5 93:12
  100:24 101:10,15,19
  102:22 109:6 113:18
  118:13 123:10 124:14
  133:2,16 137:19 153:7
  154:14 157:16
**meaning** 9:11
**means** 45:7 81:20 105:13
  115:12
**meant** 68:7

**measure** 81:17,19
**measured** 133:14
**measurement** 117:10,11
**measurements** 41:6
**measuring** 60:13
**mechanisms** 20:7,25
  44:12 46:11
**medication** 9:2
**meet** 77:12 96:24 120:5
  120:13
**meeting** 38:16
**meets** 152:2
**member** 55:15
**memory** 25:21 35:11
  44:24 50:21 60:11
  137:4
**mention** 32:9 100:7
  142:25
**mentioned** 22:25 31:20
  56:15 88:8
**merge** 65:13 146:1
**met** 119:24
**meteorologic** 86:15
**methodology** 60:10
**methods** 75:6
**metro** 132:1
**Mexico** 73:6 80:15
**Mia** 3:20 6:4
**mid** 40:15
**middle** 73:4
**midst** 24:4
**miles** 157:8,12,18,21
**mind** 25:20
**minds** 44:21
**mine** 63:19 96:1
**mingle** 151:9
**minutes** 78:3 144:21
**Mischaracterizes** 48:24
**mispronounce** 95:14
**Mississippi** 11:10 13:20
  14:13,14 15:3 19:19
  21:12 36:25 68:21
  76:10 100:13,19 102:11
  115:24 119:25 131:22
  140:1,4 150:16 151:18
  152:1,4 154:10 155:11
  157:12

**misspoke** 149:22
**misstates** 61:12
**mistake** 143:18
**mixing** 146:21
**model** 27:22,24 41:14
  72:16,19,20 73:1,3,11
  73:13,13,15,16 74:7,7
  75:12,14 76:9,11 77:18
  77:19 78:13,16,17
  79:12,16,17,21 80:1,3
  80:15 82:23 83:1 84:8
  84:10,12,15 85:10
  86:12,14 87:14,23,24
  88:2,3 90:12,14,17,18
  90:18 91:3,4,6,7,14,20
  91:22,25 92:9,10,14,19
  92:21,23 93:2,16,18,23
  94:1,4,9,17,25 95:2,5
  95:16 97:19,20,21,23
  97:24 98:5,7 104:11,12
  113:7,8,21,22,25
  114:12 116:14 117:6
  118:23 119:3,12,16,18
  119:18 120:17,20 122:6
  122:19,20,21 123:4,10
  123:13,17,21,22 124:18
  124:19,21,25 125:21,21
  125:22,23 126:25 127:6
  138:9,9,13,14,18 141:2
  141:8,12,21,23 146:18
  147:16,21,23 148:2,17
  148:17,18,22 149:24
  152:23 154:5 155:23,25
  156:7
**modeled** 80:9 90:24
**modeler** 27:21 126:7
**modeling** 27:21 72:12
  74:17 79:8 89:10 90:5
  90:20,20 99:24 112:12
  118:18 125:24 136:6
  137:14 140:23,24,25
**modelling** 148:21
**models** 75:8 78:9,11,22
  78:25 84:2,17,19,22,25
  85:11,15 86:7 91:2
  119:17 122:11 126:13
  126:19 146:12,14,17,23

147:1,6,12 148:11
152:16
**molecular** 71:17
**moment** 34:4 37:4 51:10
68:5 70:22
**month** 34:12 40:11
**morning** 6:3 54:1 67:22
71:12 77:11
**Mosher** 48:18 49:15,22
50:2
**Mosher's** 49:9
**mouth** 77:20
**move** 151:6
**moved** 125:20
**moving** 110:22 119:7
**MRGO** 36:24 65:21
68:11,11,20 75:18,20
76:2 79:2 80:25 83:12
99:4 108:19,21 109:16
110:2,6,6,22 111:3,4
112:23 117:3,19 120:8
125:16 149:11,14,20
150:5 156:4 157:8,20
**Mumford** 1:17

**N**

**N** 3:1 4:1,1 6:1
**nail** 40:5
**name** 6:4,16 8:2,4 29:10
29:24 50:14 88:22,25
94:12,16 95:23 114:24
115:3,6,13
**names** 37:21
**National** 37:20 59:13
80:16 86:15
**natural** 42:20 140:23
**NAVD** 81:11,16,18
**navigation** 57:18,25 66:6
100:14 101:16 102:14
103:16 104:22 107:1
112:8 119:23 124:2
139:23 140:2,3,5
**navigational** 32:6 44:1
65:19 66:11 67:5,22
73:21 76:4 77:24 81:4
83:18 114:7 116:18
121:4 124:8 134:21

136:14 149:9,13,19
153:25
**near** 67:21 77:25 79:22
79:23 132:17,18,19
**nearby** 152:24
**necessarily** 51:16 56:7
82:4 136:2,17
**necessary** 73:7 76:15
**need** 8:8 54:16 131:8
**needed** 36:6 62:2 103:22
**needs** 8:20
**negative** 81:22
**neighborhood** 64:6,10
65:3 132:8
**neither** 56:24 99:15
160:10
**nervous** 97:3
**nested** 73:13
**Netherlands** 32:22 69:23
84:2 94:10
**neutral** 99:4
**never** 12:3 15:10 35:20
42:4 45:9 90:24 95:23
139:21
**new** 2:7 3:7,15 6:9 19:20
23:23 28:20 30:17
40:13 53:24 56:13
58:20 65:6 66:2 75:15
87:1 96:24 97:12 98:25
99:3 101:16 118:3
131:14 132:1 156:14
**Nicholson** 38:6
**nine** 131:4 150:14,19
151:16 152:2,17,22
153:5,8
**Ninth** 40:17,20 65:1 69:5
76:8 96:18 104:3 105:5
105:8,23 106:14,24
111:11 112:9,25 113:1
114:5 115:25 116:17
121:6 132:11 133:15,23
133:25 134:2,2,6,6,8,13
134:20,21,25 138:17
149:8 150:15 151:17
152:3 153:9 154:7
155:10,12 156:9
**NOAA** 80:16

**nomenclature** 134:11
**normal** 33:20 78:4
**normally** 28:1
**north** 3:10 7:2 32:5 44:1
45:8,13 46:1 47:3 48:4
48:22 49:11,24 65:18
66:10 67:4,21 69:6,7
71:4,11 77:23 104:21
113:9,23 116:15 118:7
145:5
**northern** 131:6
**Northwest** 6:9
**northwesterly** 77:1
**Notary** 2:9 160:1,22
**notations** 39:11
**note** 14:20
**noted** 159:13
**notice** 81:20
**noticed** 34:4
**notion** 57:6
**notoriously** 62:11
**NSF** 37:19
**number** 5:5,6,7,8 9:22
31:10 34:17 51:6 52:11
52:17 61:18 66:19 70:8
74:24 96:6,12 102:17
106:20 107:4 108:2
109:20 128:2 129:4
142:23 155:7
**numbers** 81:21
**numeral** 53:17 54:5
**N.W** 3:15

**O**

**O** 4:1 6:1
**objection** 15:16 17:5,12
19:3,9,15,25 20:13,21
33:25 35:7 38:11 43:5
44:20 46:3 47:5 48:6
48:23 49:13,25 54:11
57:2 59:15 61:12 62:25
63:10 66:13 72:14
78:18 85:6,17 86:8
90:2 91:23 97:6 102:23
111:16 116:19 118:19
118:25 122:12,16
124:11 125:11 134:3

138:19 139:4 140:20
147:9 150:21 152:10,11
155:5,15 156:11 157:15
**observations** 86:3 89:11
89:17
**observed** 122:8
**observers** 7:6
**obtain** 60:5
**obtained** 60:6
**obtuse** 77:11
**obviously** 24:20 57:18
68:4 116:22
**occurred** 31:25 45:24
53:24 65:24 66:12
91:10,18 104:22 108:25
111:3 113:19 142:17
146:21
**occurrence** 39:18
**occurring** 45:8 91:11
135:23 149:17
**occurs** 119:4 124:23,24
**Oceanic** 80:16
**oceanographer** 19:17
47:20
**oceanographic** 25:14
68:12 78:4
**oceanography** 20:4
27:19 29:6 36:22 37:4
68:18 87:24
**October** 40:15 41:20
160:19
**office** 6:8 35:20 36:3
42:13
**officer** 160:2
**offices** 2:6 3:5
**official** 54:17
**Oh** 142:7
**okay** 13:1,5 15:20 19:7
19:10 20:1 26:7 38:13
39:10 42:9 43:6,6 46:4
50:1 51:13 53:16 58:8
58:14,15,21 61:16,20
66:18 69:9 74:5 75:2,5
76:23 77:7,19 82:24
86:10 90:3 91:24,24
92:4 95:4 97:3 99:10
99:12,18 101:18 102:6

104:12 105:13 106:19
107:18 108:5,7 109:25
110:20 111:6 112:20
114:3 116:19,20 117:16
120:6,19 121:7 124:2
125:12 126:20,21 127:5
131:11 133:24 140:7,21
143:7,7,24 144:9
145:20,23 146:13
151:14,24 155:19,20
**old** 40:14
**Once** 135:3
**ones** 13:19 40:14 55:9,10
**onset** 91:9,11
**open** 70:1 87:25 150:25
**opened** 89:9 97:25
**opening** 92:15
**opens** 92:12
**operated** 62:5
**operating** 132:25
**Operation** 34:9
**operationally** 142:6
**opinion** 46:4,7 48:9
63:17 103:5
**opinions** 10:4,6 20:16
**opposed** 36:22 73:22
**order** 21:25 76:11 98:5
**orders** 157:9
**oriented** 36:22
**original** 20:3
**originally** 12:13 25:8
**originating** 136:25
**Orlean** 105:23
**Orleans** 3:7 19:20 23:24
28:20 30:17 53:24
56:13 58:20 65:6 66:3
75:16 96:24 97:12
98:25 99:3 101:17
118:3 131:14 132:1
156:15
**outcome** 160:16
**outflow** 135:22
**outlet** 11:11 13:20 14:15
15:4 19:19 21:12 36:6
36:25 68:21 100:13,19
102:12 115:24 119:25
135:22 140:1,4 150:17

151:18 152:4 154:10
155:11 157:13
**outlets** 152:2
**outlined** 76:6
**outlines** 75:10,12
**outside** 38:17 40:22,23
40:24 41:11 81:7
101:21,24
**overall** 27:11 29:2 31:16
105:3
**o'clock** 71:5,5 72:7,8

_____

## P

**P** 3:1,1 6:1
**page** 5:3 12:25 13:12
21:3 26:3,4,5,18,20
32:16 44:8 48:11 51:23
53:9 54:4 58:1,16,18,22
60:16 61:7 62:18 63:8
63:8 65:22 69:3 70:25
72:5 74:10 75:6,9,10,11
77:10 78:21,24 80:2,7
82:11,20,20,25 83:25
86:1 98:22 99:6,11,11
99:11 100:9,11,12,15
102:16 103:25 105:9
108:5,6,8 109:3,7 110:1
112:16,20,22 113:12
115:8,17 121:1,23,24
122:4 125:7 130:3,4,23
131:1 132:2,3,6 133:7
133:10,13,19 138:2,3
139:9,22 142:22,23
143:22 145:12,14
**pages** 53:4 67:12 68:23
70:6,11 108:12 134:16
143:21
**paid** 21:4,7,9,11,17,21
33:3,16,18,19
**Pam** 142:14
**paper** 50:17
**paragraph** 44:9 48:10
60:16 61:17 65:10 66:5
71:2,10 72:5 100:24
112:22 122:5 130:4,8
130:16,21,25 132:6
133:8,13 139:11 145:13

145:18
**Paralegal** 3:21
**parameter** 92:13
**Parfait** 1:21
**Paris** 41:5 96:19 106:1,5
106:14,16,17,25 111:13
112:10 139:3
**parish** 12:1,8 41:4 96:19
105:23 106:1,25 111:12
112:10,25 117:25
119:24 139:2,6
**parlance** 16:24 136:19
**part** 13:24 19:22 25:17
28:24 29:16 37:13,15
56:11,14,18,22 67:8
75:17 76:6,25 83:14
95:17 103:5 106:24
111:12 112:2,15 131:2
131:14 134:12,14
142:16,20
**participated** 84:18
**particular** 22:2 35:5
63:18 121:19 138:2
146:16,24 147:8,14
148:2,13 150:15
**particularly** 60:9 102:14
136:13
**parties** 6:19 56:24 57:10
160:12,15
**partitioning** 20:4
**partly** 37:5
**partner** 57:24
**partnership** 57:22
**parts** 27:8,12 41:4
105:23 112:9 129:17
134:19,21 136:18 139:2
**party** 12:8
**passage** 53:25 129:17
**passages** 117:22
**passes** 65:11 145:24
154:1
**path** 15:12
**pattern** 64:17
**Paul** 2:1,4 4:3 6:16 7:12
8:4 9:21 52:12,18 96:7
96:13 128:3 129:5
158:5

**Paula** 2:8 6:20 160:2,22
**pedestal** 154:13
**pending** 11:13
**pendulum** 62:6
**people** 11:3 14:3 16:10
16:16,20 25:10 26:11
29:3 32:2,15 36:20
42:22 56:20 59:22
69:22 79:7 85:9,10
88:11 114:8,11,12
115:4 130:20 132:15
135:17
**percent** 71:3 104:5,20
105:11,13,15 106:11,13
106:16,17 108:2,18
111:5 112:25 113:2
114:5,7 115:19,19,21
121:5,9 134:24 136:24
149:7 150:13 154:6,19
156:8
**percentage** 34:2 108:17
147:7,13 155:13,17
**percentages** 155:23
**perfect** 95:25
**perfectly** 64:2
**perform** 46:25 48:1
49:10,16,23 148:11
**Performance** 16:12 36:1
38:10 41:18 48:20
**performed** 123:10
**period** 131:22 144:5
**Perry** 1:19
**person** 29:25 30:15
31:19 48:18 119:10
**personal** 84:21 85:4 94:8
94:10
**personally** 47:8 61:3
66:17
**personnel** 59:4 60:17
86:4
**perspective** 18:10 55:7
**Pertaining** 6:13
**PERTAINS** 1:12
**Pete** 38:5
**phone** 14:19 58:12 59:5
61:10 62:22
**photograph** 58:13

photography 61:11 62:9
62:23
phrase 44:13,15,16,18
87:1 125:14
physics 89:14
picture 62:15 77:13,14
78:5 79:25 81:7 125:5
pictured 80:14
pieces 31:17
piggybacked 12:19
piles 132:14
pink 80:24 81:1 109:20
110:3
place 40:10 76:20 77:22
87:21 98:3 123:6
127:23 148:8 151:20
places 40:14 46:22 64:13
72:6 78:9 87:16 138:11
146:22 150:10,11
Plaintiff 137:15
Plaintiffs 3:3 6:25 7:24
10:18 18:21,25 23:15
36:5 129:10 137:11
139:14 149:3
play 87:22 113:14
plead 114:1
please 8:2 9:13 15:1,18
25:23 47:16,18 49:3
51:9 52:20 58:1,18
65:9 70:22 74:9 75:24
86:1 88:13 89:4 91:21
96:15 107:9 117:13
121:23 129:7,13 130:3
130:7,23 135:10 145:3
145:10,12
plenaried 106:21
point 10:17,21 20:6,8
21:24 22:6 25:13 37:23
38:1 57:8 69:17,17
73:24 76:21 77:2,4,16
77:17,20 81:16 93:21
93:24 109:9 110:12,13
112:11 116:7 119:9,11
121:12 141:11 143:21
146:9 151:9 155:1
points 74:8 76:13,14
88:6 89:16,22,24 90:1

90:11,12 123:9 127:3
134:9
polder 76:7 98:24 99:2
105:3,20 106:13 112:1
117:15 118:10 119:6,8
119:15 150:13
police 60:25 61:1
Pontchartrain 77:21
124:15,15,16
portion 75:18 102:24
position 140:18
positions 72:18
possibility 120:12
possible 32:4 44:23
45:23 46:6 61:8,19
62:9,14,15,19 134:18
148:1
post 87:17
posted 144:3
post-Betsy 30:9
potential 50:5
power 76:11
practicing 28:19
precedes 69:15
precipitating 20:24 49:6
precipitation 46:12
preclude 45:25
precludes 45:13,20
predates 86:14
predict 152:16
predicted 104:13
predicting 91:20 124:25
predicts 123:21
preliminaries 8:7
preliminary 99:22
premises 137:20
prepared 36:15
PRESENT 3:19
presented 7:18,20 35:10
presume 154:8
pretty 26:1,22 32:21
35:14 37:22 42:23
63:20 68:21 72:9 74:2
78:20 81:23 85:21
92:19 103:9 110:23
117:8,9 119:8,16
124:13 125:24 129:21

136:19 142:1,8 150:10
prevented 18:13
previous 58:16 78:21
primarily 28:8 39:15
61:1 110:14 146:18
primary 27:20 50:3
142:2 146:6
principal 25:16 26:14
principally 27:9,15
57:13
prior 13:21,23 34:6,7
92:1 93:19 141:8
private 53:22
privy 55:15
probability 71:3
probably 13:7 18:8
21:20 24:6 25:4 29:12
31:1 36:23 50:19 57:10
60:3 67:15 87:21 98:15
103:13 104:24 106:9
120:2
problem 68:13 102:7
104:16 126:8
problematic 39:25 122:7
proceed 6:22
proceeding 160:5
proceedings 160:3,9,12
process 93:21 133:2
Prochaska 28:18 29:19
29:20 33:7 50:25
130:18
Prochaska's 28:16
Procter 2:7 3:14
Proctor 6:8 7:2,4
produce 90:21 122:24
125:16
produced 67:12 91:25
92:2 95:20
Professional 2:9
professor 15:24
profusion 18:1
project 14:5,11 54:10
55:24 56:23 100:14
142:16
projections 31:2
projects 55:5 57:25
pronounce 29:10,24

proper 91:10
proportion 33:23 106:3
protected 40:25 104:6
105:16,17 106:4
protection 28:21 55:5
56:13 57:17 101:13
103:7 139:7 157:19
proud 156:22
proudest 42:1
provide 9:3,8 12:15 42:6
54:7 59:11 72:11 88:15
88:16 90:15 97:18
140:7
provided 12:21 13:10
30:13 42:25 69:13
72:15,21 77:3 88:9,17
88:19 97:24 98:3 127:2
provides 93:24
proximity 151:4
public 2:10 30:2 36:16
42:8 43:4,22 143:25
160:1,22
publications 142:24,25
143:19
punctuation 53:14
purpose 57:11,13,15
68:22 78:23 124:1
purposes 55:23 72:12
90:13
pushed 132:20
pushing 133:5
put 41:1 62:11 70:10
101:4 102:12 122:21,23
124:19 126:15 144:8
puts 92:7,8
putting 153:3 154:11
p.m 128:7 129:2 158:10

---

## Q

qualifications 47:19
qualified 47:14
quantifies 111:14 112:6
quantity 112:7
question 8:17 9:10,11
15:1 21:15 37:2 49:3,7
49:8 63:25 83:21 85:2
102:1,7,9 111:6 124:5

125:4,6 130:8 133:1
140:19
**questioned** 42:5
**questions** 35:9 36:8 54:6
54:9 55:9 69:21 70:17
70:23 78:19 84:20
116:10 144:19,22
145:10,18 146:11 149:1
157:24 159:11,16
**quickly** 38:21,22 153:13
**quite** 29:4 35:20 36:20
44:23 125:17 153:2
**Q-U-E** 93:4

**R**

**R** 3:1 6:1
**radio** 59:4 60:16 86:4
**Raffman** 7:5
**ran** 75:13 108:2 126:9
138:17 142:5,7,8,10,11
142:13,21
**range** 110:7 120:11
**ranging** 87:12
**rapid** 133:14,22 137:21
**rate** 91:11 108:20 132:23
133:16,20,24 134:18,23
135:2,16,19 148:7
150:7 152:23
**rates** 133:14 134:10
**Ray** 38:5
**reach** 26:20 75:18,20
76:2 80:25 109:18,18
109:19,19,22,24 113:2
150:4,4
**reached** 23:8 26:21
155:12 156:13
**reaches** 121:8 135:20
**read** 44:22 48:12 54:1
62:23 64:1,2 65:9
67:14 70:21,22 102:24
114:20,21 115:6 130:9
159:4
**reading** 61:16 105:8
158:8
**reads** 131:1
**real** 7:9 86:3,13,22 90:13
123:18

**reality** 90:4
**really** 25:12 26:12 34:10
37:10,11 43:16 44:4
56:17 57:8,15 62:16
64:13 67:7 76:14 83:12
89:16 92:22 108:20
123:13 135:4 136:9
152:22 156:25
**reason** 18:24 36:4
119:12 141:3,15
**rebar** 46:15
**recall** 12:18 24:5 33:22
68:2 97:5 115:13 137:7
138:16
**receive** 14:21,23 140:11
**received** 14:19 59:16
**recess** 52:15 96:10 128:8
144:25
**recognize** 115:4
**recollect** 21:19
**recollection** 50:13
**recommendations** 44:6
55:21 56:6,7,8,9
**reconstructed** 137:22
**reconstruction** 47:21
**record** 8:23 14:8 27:25
39:4 52:13,19 76:19
96:8,8,13 103:23
108:10 128:4 129:5
144:24 145:2 158:6
160:9
**recorded** 159:11,17
**recording** 39:8
**records** 39:10 58:12 59:5
61:10 62:22 70:11
122:8 126:22
**recruited** 55:15
**rectilinear** 80:19,20,21
80:22
**red** 75:10 76:6,20 77:7
**reddish** 83:11
**reduced** 160:7
**refer** 16:16 26:18 28:8
44:25 51:20 58:25 64:4
66:2,5 79:21 80:18
115:9 131:9,19 153:20
153:23

**reference** 19:18 95:4
139:23 143:5 145:21
**references** 98:24 99:19
114:25 134:16
**referred** 16:19 86:2
114:15 117:23
**referring** 17:13 23:13
39:6 45:16,18 47:7
50:11 63:3,4,5 74:16
77:4 78:11 80:19 90:12
105:18 106:4 107:24
135:8 139:10,25 140:5
146:4
**refers** 16:21 59:2 60:16
122:2 133:18
**refine** 112:12
**refined** 98:6 113:7
**regard** 17:3,10
**Registered** 2:9
**related** 11:9 31:25 53:23
111:3 141:24 142:1
160:11
**relative** 81:10 160:14
**relatively** 157:2
**release** 144:8,15,17
**released** 43:3 143:25
**releasing** 144:16
**relevant** 147:24
**reliable** 88:7 122:7
**rely** 62:1 85:14,19 86:20
87:10 114:18
**relying** 35:11 43:10 60:8
**remain** 123:5
**remaining** 148:3,4
**remember** 11:5 30:5,24
39:7 43:7 46:14 57:19
60:11,12 64:20 68:8
90:25 94:15 95:23
99:23 107:5 108:3
114:23 115:3,6 118:10
118:11 123:25 135:10
145:17 149:22
**reminder** 83:21
**renowned** 85:12
**rephrase** 102:9
**replaced** 154:9
**report** 7:22 9:21,25 10:8

10:16 12:18,24 13:13
14:18 15:25 16:6,7,11
16:12,15,17,18 17:18
17:21 18:9 25:20 26:2
26:9,18,19,24 27:2,5,8
27:9,13,14 28:9,24 29:2
29:16 31:9 32:10,10
34:24 35:9 36:12 37:14
38:7 42:7,10 43:8,9,21
44:8,14,19,22 45:12,16
45:19,25 46:13 47:9
48:19 50:9,12 51:5,12
51:14,17,20 52:25 53:8
53:10 54:5 55:20 56:19
58:2,10,11 59:18,20,25
61:13 62:18 63:1,14
66:1,24 69:4,13,14,15
69:18 70:6,12,17,19
71:1 72:10 74:4,12,14
74:16,21 86:5 93:9
94:14 95:8,21 98:11,15
98:16,18,19,23 99:15
99:18,22,23 100:5
107:11,11,15,20,23
108:11,12 110:17
111:14 112:5,15 113:6
113:12 114:20,21 115:6
115:22 116:1,2 117:21
120:25 121:23 122:2
125:8 126:5,16 127:12
127:20 129:14,17 132:3
133:21 134:17 138:1
139:9 140:8,12,15
143:2,10,14,22 144:10
145:11 147:20 150:8
153:20,23 156:22
**reported** 107:6
**reporter** 2:9 6:20 8:12
8:20 9:19 50:22 70:4
74:23 93:1
**reports** 12:21 16:19,22
16:24 17:1,2,4,4,10,11
17:13,16,23,25 18:1,2,5
18:6,8,21,25 19:1,2
28:8,10 43:9 46:8
67:13 68:24 99:13
126:4 127:13 136:12

139:13 150:25
**represent** 6:20
**representation** 82:18
**representing** 6:24
**represents** 80:10
**repute** 102:1
**request** 22:20 23:1 43:23
**requests** 42:16 148:10
**require** 44:12 46:11
**required** 40:6
**research** 31:8
**residential** 65:23
**resistance** 152:8
**Resources** 42:20
**respect** 100:12 139:2
**respond** 14:17
**responded** 14:3
**responder** 58:12 61:10
  62:21
**responsibility** 28:5,17,24
  29:15 30:19 31:14,21
  32:3,13
**responsible** 27:15,16,23
  30:11 31:11 48:18
  68:17
**rest** 17:1 103:15
**result** 119:17 137:6
**resulted** 123:23 149:10
**results** 41:14 79:14
  82:25 90:21 101:23
  107:21 108:1 112:21
  124:18 125:8,16 126:10
  138:9 148:7,21
**resume** 99:8
**RESUMED** 129:10
**review** 27:3,9 144:4
**reviewed** 27:2,7,13,14
  29:2
**reviewers** 29:4
**reviewing** 29:1,21
  118:11
**reviews** 26:25
**revised** 118:23
**revision** 42:17 44:5
**rewrite** 43:24
**rewrites** 42:16
**Richard** 6:23

**RICK** 3:4
**right** 8:18 11:12 15:13
  17:20 21:10 26:12
  50:15,16 51:21 52:8
  55:9 58:24 61:6 68:13
  68:14 70:20,24 74:9
  76:17 77:6,10 78:12
  80:7 81:21 82:24 85:22
  91:11 93:6 99:14 105:4
  108:7,14 115:14 117:7
  124:19 130:22 142:19
  151:11 152:9,19 153:16
  153:18 154:2,3
**right-hand** 76:21
**rigorous** 117:9
**rise** 50:7 133:20,23,24
  134:10,19,23 135:3,16
  135:19 148:8 150:7
  151:2 152:23
**rising** 91:8,10
**Rita** 40:12,12
**river** 11:11 13:20 14:14
  15:3 19:19 21:12 36:25
  68:21 76:10 100:13,19
  102:12 115:24 119:25
  131:22 140:1,4 150:16
  151:18 152:1,4 154:10
  155:11 157:12
**Road** 41:5 96:19 106:1,6
  106:15,16,17,25 111:13
  112:10 139:3
**Robert** 70:6
**Robinson** 10:19,20 11:2
  11:3,7,19,22 12:19,22
  13:6,20 14:15 15:4
  17:22 18:3 20:2 21:6,7
  21:14 22:17,21 23:2,10
  23:15,18 24:11,13 25:1
  25:10 32:19 33:6 34:5
  34:6 67:8 69:14,16
  74:4,12,15,17,22 79:18
  80:9 92:5 94:15,22
  95:17 100:5 112:14,21
  114:17 115:10 124:1
  125:4 137:20 139:10,14
  139:17
**role** 32:3 36:24 48:15

56:16 57:10
**roll** 49:23
**Roman** 53:17 54:5
**roof** 132:14
**rose** 103:6
**Rouge** 8:6
**ruling** 11:17,21
**run** 73:4 84:2,9,11,14,17
  84:22 85:5,9,16 93:25
  98:7,8,10,14 119:18,19
  123:9 141:2 142:3
**running** 27:23 72:18
  85:10 141:7,11 148:10
  154:3
**runs** 98:17 147:16
  148:21

——————————
**S**
——————————
**S** 3:1 4:1 5:1 6:1
**sake** 25:21 27:25 76:19
**salary** 33:20
**salient** 67:25
**salvage** 47:22,23
**Santani** 59:9
**satisfied** 29:8
**Satkin** 2:8 6:21 160:2,22
**saw** 17:25,25 54:16 57:8
  97:12,12,13 118:5
**saying** 8:13 40:7 45:23
  51:16 71:2,23 102:3
  103:14 113:13 117:14
  153:8
**says** 61:17 67:16 69:5
  71:8 81:9 83:7 84:1
  102:18 105:16 112:22
  143:22 145:24 156:25
**scale** 81:21
**scales** 80:8
**scenario** 99:4
**scenarios** 92:2,5
**science** 37:20 62:7
**scientists** 54:19
**screen** 6:6 52:14,20
  96:14 128:4 129:6
  145:2 158:6
**sea** 81:23 85:24 87:14
  132:9,10

**Seabrook** 77:22
**searches** 141:25
**searching** 25:25
**second** 44:9 60:15 61:16
  77:16,17 81:4 99:5
  113:24 116:2 122:5
  130:4 133:8,13 145:13
  155:19
**Secretary** 34:25 35:3,14
  35:17 42:11,11 51:3
  54:15 55:8,14,19 56:1,4
**Secretary's** 56:3
**section** 1:9 27:1 58:10
  60:7 75:6 78:23 82:14
  122:2,5
**sections** 26:23 42:17
  43:24
**sector** 53:22
**see** 13:2 17:23 35:12
  36:18 44:17 51:24
  53:18 54:14 58:22 61:3
  61:8,15 62:2 67:19
  71:1,7,10 72:6 75:6,10
  76:3 80:8,23 81:2
  82:25 83:4,7 84:5,6
  103:2 104:7 109:3,8,10
  110:1,5,20 112:19,22
  115:1,2 117:24 118:2
  119:5 125:14,18 131:7
  132:8 133:12,17 135:2
  136:12,22 145:13,19
  146:2 150:7,25 152:17
  152:21
**Seed** 38:5
**seeing** 40:6,6 58:14
**seen** 17:6,15,18,21 18:2
  18:20,22 66:18,22
  94:24 95:2,6,8 107:20
  107:25 118:1 140:15
**seepage** 46:10 71:20,25
**sees** 119:9,10
**selected** 84:25 94:3
**sense** 35:22 42:3 55:2
  73:14 146:21
**sensitive** 127:9 155:7
  157:1,4
**sensitivity** 127:11

**sentence** 45:7 53:18 64:5
65:9 103:15 131:1
133:9,12 145:23 146:4
**sentences** 145:20
**separate** 22:18 147:16
**separately** 13:8 33:3
111:1
**separating** 146:15
**September** 2:3,5 6:5
24:1
**sequence** 76:12 78:2
91:20 97:21 146:7
155:24
**sequences** 72:22
**serve** 10:18 19:12,16
22:22 24:22 35:25
**SESSION** 4:10 129:1
**set** 23:13 40:13 54:6
55:20 92:3,7 98:4
123:13
**sets** 149:16
**setting** 32:25
**setup** 84:18,21
**seven** 26:15,15,22 131:4
**Seymour** 3:4 4:5,7 6:23
6:23 7:5,8,17 8:1 9:24
15:17 16:4 17:9,17
19:6,13,21 20:9,17 21:2
26:10 34:18 36:10 39:2
43:13 45:5,18,22 46:24
47:9,11,15 48:16 49:2
49:19 50:10,22 51:8
52:4,7,22 54:20 57:12
58:5,7 59:19 61:14
63:2,11,15 66:17 67:2
70:4,15 72:24 75:3
79:6 83:21,24 85:13,25
86:25 90:9 93:4,7
95:10,12,13 96:3,16
97:9 99:9 103:1 107:18
107:22 109:17 111:18
117:12 118:21 119:20
122:13 123:15 124:17
125:13 127:24 129:12
134:4 138:25 139:8
141:4 144:18 145:17
147:9 148:25 149:5

151:8 153:4 155:9
156:6,17 157:23
**shape** 87:9
**sharing** 57:21,24
**Sharma** 28:6,13 33:6
51:1 130:18
**Sharma's** 28:4
**sheet** 153:13 159:14
**Shell** 76:16
**shifted** 70:3
**shifts** 129:23
**shore** 79:22,23
**short** 52:5
**shortly** 11:4
**show** 48:25 82:11 99:12
110:21 138:10 156:1
**showed** 118:14
**showing** 37:25 110:1,3
**shows** 75:8 118:8 152:23
**side** 17:24 19:20 46:17
46:17 56:21 65:2 66:11
76:10,21 91:12 109:9
134:8 137:8,10,11,13
137:15 157:20
**sides** 114:16 115:10
120:6 157:14,16
**signature** 158:8 159:25
**signed** 22:19,21 24:3
50:24
**significant** 83:7
**signifies** 83:9
**similar** 29:19 44:18 80:3
126:11
**Similarly** 16:10
**simple** 104:25 117:6
**simplistic** 108:24
**simulate** 138:10
**simulated** 91:3 93:22
**simulating** 79:22,23
93:19 123:1
**simulations** 98:25 99:3
125:15
**simultaneously** 152:6
**single** 62:1,13 65:12
145:25
**singled** 64:11
**sir** 29:1 61:15 63:9

**situation** 67:13
**situations** 148:12
**six** 133:15 134:23 135:3
135:5
**size** 117:2,2
**skirting** 36:18
**slight** 11:1 129:23
**slope** 15:2
**slowly** 64:16 133:3
**small** 39:21 53:17 54:5
78:16 105:1 117:3
150:1 157:3
**smaller** 78:6 80:5,6,6
83:4 108:22
**smallest** 83:3
**snippets** 90:4
**SOBEK** 84:1,15 87:23
90:17 91:6,7,14,19,22
91:25 92:14,23,25 94:4
94:16 95:16 97:19 98:7
98:17 107:20,25 108:3
112:12 113:7,8,14,20
113:22,24 114:12,20
116:14 118:18,23 119:3
119:16 120:17,19
124:19 136:6 137:2
146:18 147:23 148:1,10
148:16,22 149:23 150:8
150:24 154:5 155:23,25
156:7
**SOBEK's** 118:23 137:1
**software** 75:13
**somebody** 19:9 122:14
**somewhat** 13:6 135:17
**sooner** 101:1
**sophisticated** 70:1 155:1
**sophistication** 154:12
**sorry** 11:20 47:17 82:20
87:3 88:24 93:1 95:7
109:5,15 127:21 134:15
**sort** 16:2,23 31:15 86:17
146:20
**sorts** 46:6
**sounding** 87:4
**source** 62:1,13 92:15
111:8,10 112:6 121:10
124:14 149:7 154:6

156:9
**sources** 58:23 61:22 62:3
63:24 87:18 146:25
157:3
**south** 29:13 32:5 39:12
44:2 45:8,14 46:2,17,18
47:3 48:4,22 49:12,24
65:18 67:4 69:10 72:6
76:1,1,10,25 113:15,19
113:23 136:13 157:20
**southern** 75:16 109:24
**SO8** 138:14
**spacial** 31:2
**speak** 25:1
**speaking** 98:11 105:4
**special** 28:23 29:15
31:13,20 32:3,12 64:9
**specialist** 30:22
**specialties** 29:4
**specialty** 32:1 63:18
**specific** 129:16 134:16
**specifically** 120:14
**speculate** 97:10
**speculating** 97:7,8
**speculation** 19:4 97:4
150:22
**spell** 12:5 93:13 95:11
**spelled** 88:22
**spelling** 93:15
**spent** 22:2 33:23
**Spinks** 95:3,5
**sponsored** 54:17
**spot** 76:22,23 150:15
**spread** 152:9,20 153:12
**spreading** 156:2
**St** 12:1,8 41:4 69:5 76:7
96:19 104:7 105:20,24
106:1,13,25 110:11
111:12 112:10,24
117:25 119:23 125:15
139:2,6
**stack** 152:17
**stacked** 153:6
**stamp** 62:23
**stamped** 61:11 117:23
**stand** 63:22 156:14
**stands** 25:13

**start** 8:17 69:7,10 80:3
93:19 110:5 111:9
113:8,22 120:12 150:19
151:13
**started** 110:7 113:5
120:4 140:21
**starting** 69:16 72:1
110:18 112:15 119:15
**starts** 26:3 71:20 73:3
145:14 155:20
**state** 8:2 10:16 13:24
15:25 16:5 18:16 27:4
30:2,8,16 35:22 42:9,13
42:18,23 43:23 44:9
45:2 46:13,16 51:10
54:9,17 55:4,5,6 56:9
56:15,20,24 57:20,24
60:25 61:1 62:18 63:6
121:10 139:10 144:5,8
**stated** 46:5 62:19 100:10
145:15
**statement** 53:18 61:8
111:24 113:13
**states** 1:1 6:14 12:2 21:4
65:22 74:22 100:6
103:25 122:5
**stating** 133:13
**status** 11:24
**stenotype** 160:7
**step** 88:14
**Steve** 137:13
**Steven** 12:13 15:23
**stood** 117:9 129:22
156:23
**stop** 9:14 60:13 127:23
127:24 145:21 146:5,6
**stopped** 31:12 58:11,15
58:16,25 59:2,8,12,17
60:1 61:9,19 62:3,20
63:19 86:3
**stops** 77:12
**storm** 34:7 39:10 73:4,7
117:7 142:9,13,18
154:2
**storms** 126:21,22 142:11
**straighten** 93:15
**Street** 3:6 64:8,21 65:16

**streets** 68:4
**stress** 101:4 102:12
103:7,12
**Streva** 31:5,5,7,7 33:12
51:2 60:9
**strictly** 65:12 79:18
145:25 149:24
**strike** 50:13
**struck** 46:22 138:7,18
**structure** 94:2
**structures** 28:13,21
157:19
**stuck** 99:7
**student** 31:23
**studied** 67:7
**study** 28:17 31:18 56:11
**studying** 35:6 137:17
**subject** 130:16
**subliminal** 44:24
**submit** 42:11
**submitted** 7:21 21:23
**submitting** 12:18 51:5
**subparagraph** 115:17
121:1
**subsequent** 104:19
**subsequently** 34:10
55:16
**substantial** 65:4 75:25
112:23 131:2,13
**substantially** 125:9
155:14
**subtraction** 104:16
**sue** 35:23
**sufficient** 37:7
**suggest** 152:13
**suggested** 64:19
**suggests** 97:4
**Suhayda** 141:10
**suite** 84:24
**Summary** 51:22 53:16
54:7
**supported** 32:20
**suppose** 16:23 79:23
**sure** 11:23 29:10,24 31:6
31:17 53:13 81:14
89:15 90:19 91:8 92:18
96:22 103:23 123:7

134:9 135:5 136:20,23
141:10,18
**surely** 17:7
**surface** 53:6,7
**surge** 38:17 41:10,16
42:4 72:20 79:4 82:21
90:20 91:8 92:2 102:18
103:6 122:6 124:22
125:1,2,22 140:22
154:2
**surges** 140:19
**surprise** 48:17 49:15,21
**surprised** 44:17 49:9
**survey** 39:19,20
**surveyed** 39:16
**surveying** 40:10,16 41:3
**surveyors** 40:7 41:8
**surveys** 40:22
**survived** 39:9
**suspect** 12:9 24:5 113:25
**sustained** 65:23
**SWAN** 79:22 80:11 84:1
84:12 93:18,23,23
122:4,11 125:17 127:6
127:8,11,16,18
**swear** 6:21
**sworn** 7:14 160:5
**system** 30:9 38:18 40:22
40:24 41:11 56:13
57:17 73:10 79:3 101:5
101:13 103:8 104:14
105:22 138:12
**systems** 53:23 137:18
140:23
**S-U-H-A-Y-D-A** 141:10

**T**

**T** 4:1,1 5:1
**table** 25:21,24 69:4 75:5
75:8 78:21,21 133:19
**take** 8:12 20:6 24:16
50:1 52:5,8 73:8 79:2,3
93:23 144:20
**taken** 52:11,15,17 65:8
96:6,10,12 117:24
128:2,8 129:4 144:25
160:3,6,13

**talk** 8:14 47:25 71:15
75:2 94:14
**talked** 65:15 126:17
129:24
**talking** 16:20 22:3 23:14
25:9 39:7 41:12 47:24
71:16 74:15 84:16
90:17 93:17 105:19,25
109:12 115:14 125:21
125:22 131:20 132:17
132:22 149:21 151:23
153:5 157:5,7,9,11,13
157:18
**task** 20:4
**tasks** 20:4
**team** 10:16 11:7 13:24
14:5,11 16:7,12,18 17:8
25:17 26:2,8,9 31:9
32:9,22 33:17,23 34:11
34:19,23 35:9 36:1,11
37:15,17,19,21 38:10
39:17,20 40:20 41:3,7
41:18 42:6 43:1 44:19
45:16 46:13 47:8 48:1
48:9,20 51:5,12,20
52:24 53:10,21 54:10
55:16 56:3,8,23 59:12
60:22 63:14,18 66:14
66:23,25 67:17 69:12
72:10,12 79:7,15,18
86:5 89:5 94:6,11,22
95:6,17 98:4 104:1
107:6,12,13,15 108:11
111:13 113:6 117:21
121:20 127:20 129:13
130:14 136:12 143:2,10
145:11 148:14 156:22
**teams** 42:7 43:15 54:18
**team's** 54:13
**technical** 30:15 44:4
**technician** 31:4
**technicians** 26:13 30:21
84:17
**Technology** 84:5
**tell** 23:6 24:16 53:11
115:1 122:15
**ten** 22:10 26:11 40:4

78:3 104:5,20 105:11
105:15 106:11 108:2
111:5 113:2 114:7
115:19 121:5 134:24
136:24 149:7 154:6,19
156:8
**tended** 61:25
**tens** 46:21
**term** 9:13
**terms** 18:14 137:19
**test** 129:22
**testified** 7:14 8:9 49:22
113:20 147:10
**testify** 10:4,7 48:19
139:17
**testifying** 32:19
**testimony** 9:3,8 12:15
13:11 34:5 48:24 49:9
115:5 121:17 160:4,6,9
**Texas** 114:24
**text** 53:8,10 110:19
**thank** 8:25 52:9 64:3
145:9 157:25 158:1
**theirs** 109:21
**Theis** 30:1,1,3,6 33:8
51:1 130:19
**theoretically** 155:22
**thin** 153:13
**thing** 21:1 22:18 24:2
43:19 53:3 60:14 72:2
133:2 142:4 144:4,16
149:24
**things** 8:21 24:5 33:21
37:25 39:3 41:14 44:6
45:3 50:20 56:18 57:20
59:1,24 62:6 67:24,25
85:23 89:13 90:5,6,8
93:20 100:1 108:25
122:24 135:17 152:5,5
**think** 7:22 15:22 16:1
26:2 34:23 35:22 44:3
44:5,21 45:1,3 46:7,16
48:8 52:1 54:23,24
63:20 65:14 78:20 81:2
93:3,5 94:12 95:1 96:3
99:6 101:12 103:8
104:24 106:10 107:3,10

108:1,4 109:5 111:24
113:17 133:20 134:9
141:9 143:2 144:1
150:23 151:19 153:2
154:11,13 155:24
156:25
**thinking** 21:14 48:10
50:7 82:12
**third** 49:20 56:23 77:20
122:22 133:9,12 143:8
145:23
**third-parties** 57:7
**thorough** 42:23
**thought** 37:7 38:19,23
55:9 95:23 99:10
154:25
**thousands** 67:12 132:15
**three** 16:18 26:13 37:12
62:3 68:19 69:2 76:14
96:12 100:10 110:15
116:14 127:3 128:2
142:23
**Thursday** 2:5
**tidal** 82:8 140:25
**time** 6:5,18 7:9 10:23
11:17 14:7 15:21 16:1
22:17 24:13 31:24
33:23 34:1,3,3,12,16
35:16 36:18 38:12
41:23 42:14 43:7 49:20
50:15,19 52:13,20 57:5
61:11 63:4 65:11 68:14
69:6,9 70:16 71:6 82:9
88:1 91:11 96:4,8,14
103:11 107:19 108:1
109:4 110:5,13,18
113:9,14,22 116:15
117:23 118:16 120:15
120:18 121:3,14 124:22
128:4 129:6,22 131:23
138:20 139:11 140:25
141:13,20 142:5 144:7
144:24 145:2,24 154:1
155:22,23 156:2,9
158:6
**timeframe** 40:9 62:12
121:21

**timeline** 66:23 69:24,25
**times** 14:9 69:12 70:3
96:22 136:16 155:4
**timestamped** 62:8
**timestamps** 62:9
**Times-Picayune** 138:6
**timing** 67:4,17 72:22
88:9 97:25 101:1 117:5
129:23 157:4
**title** 51:23
**today** 6:5 7:3 9:4,8
**told** 36:2 113:11
**Tommaseo** 11:2,23 12:4
12:5 13:3,15,21 14:15
15:4 21:8,18 25:2,9
**tone** 44:6
**tool** 156:23
**top** 26:14 77:9,13,13
83:6 84:1 102:16 105:9
110:2 138:11
**topics** 35:6
**topping** 46:9 104:2,4,12
104:13 105:7,10 109:11
109:12,23 111:2,22
115:18 117:18 123:5
131:5 138:12,23 151:25
**total** 48:9 104:6 105:2,11
105:15 117:20 121:5
**totaled** 26:11
**town** 156:4
**tracers** 146:20
**traces** 86:22 87:2,3
**train** 20:15
**transcript** 48:25 159:5
**transcription** 159:10,15
**translate** 96:2
**transmittal** 51:11,14
143:17
**Transportation** 16:10
34:21 35:1,4,17 51:4
53:20 55:3 57:23
**trapped** 132:15
**trial** 10:4 126:3 139:12
139:18
**triangulation** 61:21,23
**tried** 100:2
**trivial** 68:22

**true** 65:17,20 139:1,5
159:9,14 160:9
**truly** 18:7
**try** 8:14,23 90:10 106:8
**trying** 11:5 21:19 45:2
54:14,23 72:4 81:14
82:17,22 94:12 107:5
108:3 114:23
**tumbling** 133:5
**turf** 20:25
**turn** 12:23 21:3 54:4
58:1,18 69:3 70:25
80:2 83:4 86:1 113:12
121:23 127:19 129:13
130:3,23 132:2 137:25
145:10,12
**turned** 109:1 147:2,17
147:17 149:11
**turning** 61:7 121:22
150:6
**turns** 108:16 117:1
**tutorial** 16:3
**twice** 139:13
**two** 52:17 62:3 70:2
71:24 75:18 76:2 80:25
96:6 98:24 99:13,19
100:9,12,18 102:17
104:25 109:18,19 113:2
114:6 122:21 134:16
135:7,8 142:22 145:20
150:4,9 152:5 156:18
**type** 17:1 92:10 127:9,10
**types** 91:21 141:24
**typewriting** 160:8
**T-H-E-I-S** 29:25
**T-O-M-M-A-S-E-O** 12:6

U

**uh-huh** 8:22 26:6 132:4
**undergoing** 42:17
**underneath** 71:17
**understand** 8:9 9:15
23:5,6 24:14 29:6
36:11,14 69:24 71:14
102:5 106:12 116:6
123:16 146:19 149:6
**understanding** 23:7,22

31:1 60:24 69:19
119:21 120:1 121:13
141:14 151:20 156:15
**understood** 29:8 35:20
36:17 69:17,20
**unflooded** 152:18
**United** 1:1 6:14 12:2
74:22 100:5
**units** 81:15
**university** 33:13 84:4
**unpaginated** 53:17
**unprotected** 41:2
**untangle** 146:7
**USA** 1:21,22
**USACE** 139:23
**use** 8:23 16:8 79:12,15
81:18 90:11 98:5 113:8
113:11 142:3 146:6,9
148:18
**useful** 61:22 63:22
124:25
**usually** 62:2 150:7
**U.S** 11:13 13:3 125:14

---
**V**
**v** 1:16,17,18,19,20,21,22
**vague** 17:12 19:25 20:13
33:25 35:7 38:11 43:5
48:6 57:2 62:25 66:13
72:14 78:18 85:7 86:9
90:2 91:23 111:16
116:19 118:20 124:11
125:11 138:19 140:20
155:5 157:15
**validate** 122:11
**validated** 126:24 127:1
**validating** 41:13
**validation** 122:3,6
**value** 24:16
**van** 26:17 27:10,11 31:9
31:16 32:18,23 33:10
33:10,11 37:6 47:24
50:24 55:14,17 60:24
96:2 143:3,5
**variability** 122:8
**variation** 118:9
**variety** 86:2

**various** 33:1 148:11
**Vasic** 84:3
**vegetation** 127:10
**velocities** 135:14
**velocity** 132:19,24
135:18
**Veritext** 6:4,21
**Verret** 104:4 105:10
111:23
**version** 53:2 79:13
113:21,24
**versions** 56:2
**versus** 12:2 74:22 100:5
150:3
**vertex** 77:2,8,8,9
**vicinity** 132:25
**video** 6:6 52:14,20 58:13
61:11 62:22 96:8,14
128:4 129:6 145:2
158:4,6
**Videographer** 3:20 6:3
52:10,16 96:5,11 128:1
129:3 144:23 145:1
158:3
**videography** 117:23
**videotape** 52:11,17 96:6
96:12 117:24 118:14
128:2 129:4
**videotaped** 2:1,4
**view** 67:3
**visited** 96:18
**vitae** 140:18 142:23
**volume** 48:19 50:12
108:17 109:11 115:15
115:16 117:10,20
131:16,20,20,23 132:22
149:22,24 150:1,3
**volumes** 157:1
**Vrijling** 88:20 94:6
95:19 96:17 98:21
137:3
**Vrijling's** 94:11
**V-R-I-J-L-I-N-G** 88:23
**V-R-Y-L-I-N-G** 88:20

---
**W**
**wait** 8:14,16 103:19

120:9 133:9
**waived** 158:9
**waking** 34:4
**walked** 15:24
**wall** 28:13 32:6 43:25
46:15 47:2,3 48:4 57:1
66:6 67:5 69:1 71:4
72:2 92:12 102:14
104:22 111:19 112:8
113:3,15 114:8 121:4
134:1 136:15,18
**walls** 93:20 100:20 101:2
102:13,21 123:5
**wandering** 136:10
**want** 24:23 56:4 58:8
82:10 88:14 92:17,18
97:10 100:11 103:22
125:19 126:17 146:11
**wanted** 63:21 97:17
**Ward** 40:17,20 65:1 69:6
76:8 96:18 104:3 105:5
105:8,24 106:14,24
111:11 112:9,25 115:25
116:17 121:6 132:11
133:15,25 134:13,20,22
134:25 138:17 149:8
150:16 151:17 152:3
153:9 154:7 155:10,12
156:10
**washed** 132:13 144:6
**Washington** 2:2,8 3:16
6:9,24
**wasn't** 11:2 38:25 40:18
57:8,11 68:20 96:23
118:12 123:12 131:17
142:20 157:17
**watched** 115:5
**water** 20:5 38:24 39:13
39:24 40:3,19 64:22
67:10,10,20 68:6,9,13
68:16,19 71:21 72:13
73:21 76:12 81:25 82:2
82:3 89:19,21 92:15,18
100:25 102:11 103:11
103:12 106:23 109:12
110:1,2,4,22 111:11,14
112:6,7 116:16,23

117:15 118:2 119:5
121:3,5,8,11 122:24
123:21,23 124:4,7
131:15 132:10,23,23
133:23 134:24 135:16
135:19,20,25 136:15,19
136:24 138:11,16,22
140:19 147:7,13 149:7
149:11,18,20 150:2,16
150:20 151:17,25 152:3
152:3,8,18,19,22,25
153:6,6,9,10,11,14,15
153:16,20,23,24 154:3
154:7,8,8,10,14,15,16
154:25 155:12,20 156:2
156:3,9
**watermark** 39:16 122:9
**watermarks** 39:16,18
40:13,17 72:17
**waters** 119:22,24 151:9
**Waterway** 75:22,23
**water's** 124:5
**wave** 82:22,25 83:8 92:1
92:9 93:2 125:15,21,23
125:24 126:7 137:19
**waves** 20:5 79:22,23 80:7
80:9 92:11 93:19 94:1
127:8
**way** 17:7 26:23 33:6 38:1
41:1 43:11 45:10 50:6
57:9 73:5,13 103:13
120:21 123:13 126:25
133:22 136:22 147:15
147:15 153:2,21 155:8
156:1 157:18
**ways** 12:19 20:23 22:16
29:5 101:19 135:24
**weak** 101:8,11
**weakened** 101:4,7,9,19
102:4
**weakness** 101:19
**web** 144:3
**week** 41:20
**went** 18:13 26:24 27:3
40:19 46:18 87:15
135:4 144:4
**west** 41:4 66:6 96:19

VERITEXT COURT REPORTING

106:2,5,14,25 111:12
112:10 118:13,15,16
119:7 134:2,8,8 139:2
**western** 134:12
**wetland** 82:8 131:6
137:18 140:24
**wetlands** 76:1 110:8
120:10,21 137:22
**we'll** 9:15 83:4 93:15
**we're** 11:16,21 57:22
58:3 62:4,12 63:5 73:7
73:9 74:15 76:24 90:16
93:17 96:3 102:16
103:23 105:19 108:6
115:14 117:14 122:25
123:25 125:21,22
132:22 133:19 136:23
149:21 150:12 151:22
152:17 154:13 157:5,7
157:9
**we've** 52:5 63:3 124:2
126:13,17 152:18 153:9
153:16
**wide** 88:1
**Wiles** 12:14 15:23
**WILKINSON** 1:13
**wind** 20:25
**winds** 78:3 123:9
**windup** 62:6
**withdraw** 151:12
**witness** 6:16,21 7:13,19
7:19,21 10:19 13:17
15:20 17:3,6,15 19:5,10
19:12,16,17 20:1,14,22
22:13 23:10 26:5,7
32:19 34:2 35:8 38:13
43:6 44:21 45:20 46:4
47:6,12 48:8 49:14
50:1 54:12 57:4 58:6
59:16 62:10 63:9,13
66:16,18 70:13 72:15
75:1 78:19 83:23 85:8
85:18 86:10 90:3 91:24
93:5 97:7 99:7 107:19
109:7 116:20 119:1
122:17 124:12 125:12
137:5 138:21 139:5

140:21 150:23 152:13
155:6,17 156:12 157:17
157:25 160:4,6,10
**witnesses** 118:15 136:17
**Wood** 8:5
**word** 16:8 53:14 93:8
100:23
**words** 8:23 103:2,24
130:5,6 145:14
**work** 10:15 12:11 14:2
15:9 17:8 20:3,8,11,14
20:15,18 21:1,9 22:19
23:16 24:19 25:11 27:6
29:22 30:23 32:16,20
32:23 33:1,5,9,11,14,16
34:8 36:6,19,21 37:11
38:3 56:15,17 67:8,15
69:16,22 71:8 72:12
80:9 89:12 94:18 99:24
101:24 104:19 114:9,14
116:5 121:19 129:19
130:17 136:11 140:18
141:18 156:13
**worked** 11:10 12:13
27:17,19 31:8,16 37:21
37:23 38:16 39:19
95:18 97:21 114:12
141:21 146:12,17
**working** 13:24 14:5,11
24:12 33:21 34:6 35:18
36:4 41:8,12,22 57:22
140:22 148:22
**works** 30:3 33:10
**world** 69:23 85:1,3 86:3
90:13 123:18
**worse** 96:1
**worth** 53:4
**worthy** 19:1
**wouldn't** 32:8 155:14
**wrangling** 42:3
**write** 59:25
**writing** 14:18,24 34:15
60:7 61:4
**written** 68:1
**wrong** 9:13 18:13 85:22
119:12
**wrote** 44:24,25 55:16

57:7 69:18 107:20

---
**X**
---
**X** 5:1

---
**Y**
---
**yeah** 40:7 61:5 68:4
113:17 121:18
**year** 22:23 45:1 98:13
99:1,2 100:3 142:8
**years** 13:12 40:4 70:2
**yellow** 80:21
**York** 2:7 3:15 6:9

---
**Z**
---
**zero** 81:16

---
**$**
---
**$10,000** 21:25
**$250,000** 21:16
**$300** 21:5,7,9
**$8,000** 21:20

---
**0**
---
**0** 110:12,13,16
**05-4182** 1:6 6:13
**05-5531** 1:16
**05-5724** 1:17
**06-5342** 1:18
**06-6299** 1:19
**06-7516** 1:20
**07-3500** 1:21
**07-5178** 1:22
**09:11:10** 2:6,7
**09:11:14** 2:8
**09:11:17** 6:2,3
**09:11:52** 3:4
**09:12:00** 6:4
**09:12:03** 3:11
**09:12:04** 6:5
**09:12:07** 6:6
**09:12:11** 6:7
**09:12:12** 6:8
**09:12:17** 6:9
**09:12:20** 6:10
**09:12:21** 6:11
**09:12:25** 6:12
**09:12:29** 6:13

**09:12:35** 6:14
**09:12:38** 6:15
**09:12:39** 6:16
**09:12:42** 6:17
**09:12:43** 6:18,19,20
**09:12:44** 6:21
**09:12:46** 6:22
**09:12:49** 6:23
**09:12:52** 6:24
**09:12:54** 6:25
**09:12:55** 7:1
**09:12:57** 7:2
**09:13:02** 7:3
**09:13:06** 7:4
**09:13:07** 7:5
**09:13:09** 7:6
**09:13:11** 7:7
**09:13:12** 7:8
**09:13:13** 7:9
**09:13:16** 7:10
**09:13:17** 7:23,24
**09:13:26** 7:16,17
**09:13:31** 7:18
**09:13:35** 7:19
**09:13:37** 7:20
**09:13:39** 7:21
**09:13:43** 7:22
**09:13:45** 7:25 8:1,2
**09:13:47** 8:3,4
**09:13:50** 8:5
**09:13:55** 8:6
**09:13:58** 8:7
**09:14:01** 8:8
**09:14:03** 8:9
**09:14:05** 8:10
**09:14:08** 8:11,12
**09:14:10** 8:13
**09:14:13** 8:14
**09:14:15** 8:15
**09:14:17** 8:16
**09:14:21** 8:17
**09:14:24** 8:18,19
**09:14:25** 8:20,21
**09:14:27** 8:22
**09:14:29** 8:23
**09:14:32** 8:24
**09:14:33** 8:25 9:1

| | | | |
|---|---|---|---|
| **09:14:35** 9:2 | **09:17:17** 11:5 | **09:19:44** 13:6 | **09:22:21** 15:5,6 |
| **09:14:38** 9:3 | **09:17:20** 11:6 | **09:19:48** 13:7 | **09:22:23** 15:7 |
| **09:14:40** 9:4,5 | **09:17:25** 11:7 | **09:19:50** 13:8,9 | **09:22:25** 15:8 |
| **09:14:41** 9:6 | **09:17:28** 11:8 | **09:19:52** 13:10 | **09:22:28** 15:9 |
| **09:14:43** 9:7 | **09:17:29** 11:9 | **09:19:59** 13:11 | **09:22:31** 15:10 |
| **09:14:46** 9:8 | **09:17:32** 11:10 | **09:20:01** 13:12 | **09:22:34** 15:11 |
| **09:14:47** 9:9 | **09:17:39** 11:11,12 | **09:20:04** 13:13 | **09:22:35** 15:12 |
| **09:14:49** 9:10 | **09:17:40** 11:13 | **09:20:05** 13:14 | **09:22:39** 15:13 |
| **09:14:51** 9:11 | **09:17:43** 11:14 | **09:20:08** 13:15 | **09:22:43** 15:14 |
| **09:14:54** 9:12 | **09:17:45** 11:15,16 | **09:20:14** 13:16 | **09:22:45** 15:15 |
| **09:14:58** 9:13 | **09:17:48** 11:17 | **09:20:27** 13:17 | **09:22:47** 15:16 |
| **09:15:01** 9:14 | **09:17:49** 11:18 | **09:20:32** 13:18 | **09:22:49** 15:17 |
| **09:15:03** 9:15 | **09:17:51** 11:19 | **09:20:34** 13:19 | **09:22:50** 15:18 |
| **09:15:06** 9:16 | **09:17:53** 11:20 | **09:20:37** 13:20 | **09:22:51** 15:19 |
| **09:15:08** 9:17 | **09:17:54** 11:21 | **09:20:41** 13:21 | **09:22:53** 15:20 |
| **09:15:12** 9:18 | **09:17:57** 11:22 | **09:20:44** 13:22,23 | **09:22:55** 15:21 |
| **09:15:14** 9:19 | **09:17:59** 11:23 | **09:20:48** 13:24 | **09:23:00** 15:22 |
| **09:15:16** 9:20 | **09:18:02** 11:24 | **09:20:51** 13:25 | **09:23:04** 15:23 |
| **09:15:28** 9:21,22 | **09:18:09** 11:25 12:1 | **09:20:55** 14:1 | **09:23:10** 15:24 |
| **09:15:48** 9:23,24 | **09:18:15** 12:2 | **09:20:59** 14:2 | **09:23:13** 15:25 |
| **09:15:49** 9:25 | **09:18:16** 12:3 | **09:21:03** 14:3 | **09:23:22** 16:1 |
| **09:15:51** 10:1,2 | **09:18:18** 12:4 | **09:21:06** 14:4 | **09:23:27** 16:2 |
| **09:15:52** 10:3 | **09:18:20** 12:5 | **09:21:08** 14:5 | **09:23:30** 16:3 |
| **09:15:53** 10:4 | **09:18:22** 12:6 | **09:21:11** 14:6 | **09:23:32** 16:4,5 |
| **09:15:58** 10:5,6 | **09:18:25** 12:7 | **09:21:14** 14:7 | **09:23:36** 16:6,7 |
| **09:16:00** 10:7 | **09:18:27** 12:8 | **09:21:22** 14:8 | **09:23:38** 16:8 |
| **09:16:03** 10:8,9 | **09:18:30** 12:9 | **09:21:26** 14:9 | **09:23:41** 16:9 |
| **09:16:09** 10:10 | **09:18:32** 12:10 | **09:21:28** 14:10 | **09:23:45** 16:10 |
| **09:16:11** 10:11 | **09:18:33** 12:11 | **09:21:30** 14:11 | **09:23:46** 16:11 |
| **09:16:14** 10:12 | **09:18:35** 12:12,13 | **09:21:33** 14:12 | **09:23:53** 16:12 |
| **09:16:18** 10:13 | **09:18:38** 12:14 | **09:21:35** 14:13 | **09:23:56** 16:13 |
| **09:16:20** 10:14 | **09:18:46** 12:15 | **09:21:38** 14:14 | **09:23:59** 16:14 |
| **09:16:21** 10:15 | **09:18:49** 12:16 | **09:21:41** 14:15 | **09:24:05** 16:15 |
| **09:16:24** 10:16 | **09:18:52** 12:17 | **09:21:44** 14:16 | **09:24:09** 16:16 |
| **09:16:33** 10:17 | **09:18:57** 12:18 | **09:21:45** 14:17 | **09:24:13** 16:17 |
| **09:16:37** 10:18 | **09:19:01** 12:19 | **09:21:50** 14:18 | **09:24:20** 16:18 |
| **09:16:43** 10:19 | **09:19:05** 12:20 | **09:21:53** 14:19 | **09:24:22** 16:19 |
| **09:16:45** 10:20 | **09:19:08** 12:21 | **09:21:57** 14:20 | **09:24:25** 16:20 |
| **09:16:48** 10:21 | **09:19:12** 12:22 | **09:22:00** 14:21 | **09:24:28** 16:21 |
| **09:16:49** 10:22 | **09:19:15** 12:23 | **09:22:03** 14:22 | **09:24:31** 16:22,23 |
| **09:16:51** 10:23 | **09:19:21** 12:24 | **09:22:05** 14:23 | **09:24:33** 16:24 |
| **09:16:52** 10:24 | **09:19:25** 12:25 | **09:22:07** 14:24 | **09:24:36** 16:25 |
| **09:16:54** 10:25 | **09:19:27** 13:1 | **09:22:10** 14:25 | **09:24:39** 17:1 |
| **09:17:03** 11:1 | **09:19:30** 13:2 | **09:22:11** 15:1 | **09:24:42** 17:2 |
| **09:17:07** 11:2 | **09:19:33** 13:3 | **09:22:13** 15:2 | **09:24:47** 17:3 |
| **09:17:11** 11:3 | **09:19:37** 13:4 | **09:22:16** 15:3 | **09:24:50** 17:4 |
| **09:17:15** 11:4 | **09:19:40** 13:5 | **09:22:18** 15:4 | **09:24:54** 17:5,6 |

| | | | |
|---|---|---|---|
| **09:24:55** 17:7 | **09:26:55** 19:6,7 | **09:29:44** 21:10,11 | **09:32:11** 23:10 |
| **09:24:59** 17:8 | **09:26:57** 19:8 | **09:29:46** 21:12 | **09:32:14** 23:11,12 |
| **09:25:03** 17:9 | **09:26:58** 19:9 | **09:29:49** 21:13 | **09:32:16** 23:13 |
| **09:25:04** 17:10 | **09:27:00** 19:10 | **09:29:53** 21:14 | **09:32:19** 23:14 |
| **09:25:05** 17:11 | **09:27:03** 19:11 | **09:29:55** 21:15,16 | **09:32:20** 23:15 |
| **09:25:10** 17:12 | **09:27:11** 19:12 | **09:30:01** 21:17 | **09:32:22** 23:16 |
| **09:25:11** 17:13 | **09:27:14** 19:13,14 | **09:30:03** 21:18,19 | **09:32:24** 23:17 |
| **09:25:13** 17:14 | **09:27:15** 19:15 | **09:30:05** 21:20 | **09:32:29** 23:18 |
| **09:25:14** 17:15 | **09:27:16** 19:16 | **09:30:09** 21:21 | **09:32:32** 23:19 |
| **09:25:16** 17:16 | **09:27:18** 19:17 | **09:30:12** 21:22 | **09:32:33** 23:20 |
| **09:25:17** 17:17,18 | **09:27:22** 19:18 | **09:30:14** 21:23 | **09:32:35** 23:21 |
| **09:25:19** 17:19 | **09:27:26** 19:19 | **09:30:16** 21:24 | **09:32:38** 23:22 |
| **09:25:20** 17:20 | **09:27:34** 19:20 | **09:30:20** 21:25 | **09:32:39** 23:23 |
| **09:25:21** 17:21 | **09:27:37** 19:21,22 | **09:30:23** 22:1 | **09:32:44** 23:24,25 |
| **09:25:23** 17:22 | **09:27:39** 19:23 | **09:30:25** 22:2 | **09:32:47** 24:1 |
| **09:25:24** 17:23 | **09:27:43** 19:24 | **09:30:27** 22:3 | **09:32:51** 24:2 |
| **09:25:27** 17:24 | **09:27:44** 19:25 | **09:30:29** 22:4 | **09:32:53** 24:3 |
| **09:25:30** 17:25 | **09:27:45** 20:1 | **09:30:33** 22:5 | **09:32:55** 24:4 |
| **09:25:35** 18:1 | **09:27:49** 20:2 | **09:30:37** 22:6 | **09:33:00** 24:5 |
| **09:25:37** 18:2 | **09:27:52** 20:3 | **09:30:39** 22:7 | **09:33:03** 24:6 |
| **09:25:40** 18:3 | **09:27:56** 20:4 | **09:30:40** 22:8 | **09:33:06** 24:7 |
| **09:25:42** 18:4 | **09:28:01** 20:5 | **09:30:42** 22:9 | **09:33:07** 24:8 |
| **09:25:43** 18:5 | **09:28:06** 20:6 | **09:30:44** 22:10 | **09:33:10** 24:9 |
| **09:25:47** 18:6 | **09:28:10** 20:7 | **09:30:48** 22:11 | **09:33:13** 24:10 |
| **09:25:48** 18:7 | **09:28:13** 20:8 | **09:30:52** 22:12 | **09:33:16** 24:11 |
| **09:25:51** 18:8 | **09:28:17** 20:9 | **09:30:54** 22:13 | **09:33:17** 24:12 |
| **09:25:54** 18:9 | **09:28:18** 20:10 | **09:30:58** 22:14 | **09:33:19** 24:13 |
| **09:25:59** 18:10 | **09:28:19** 20:11 | **09:31:01** 22:15 | **09:33:25** 24:14 |
| **09:26:00** 18:11 | **09:28:22** 20:12 | **09:31:08** 22:16 | **09:33:28** 24:15 |
| **09:26:03** 18:12 | **09:28:23** 20:13,14 | **09:31:16** 22:17 | **09:33:32** 24:16 |
| **09:26:06** 18:13 | **09:28:27** 20:15 | **09:31:19** 22:18 | **09:33:38** 24:17 |
| **09:26:09** 18:14 | **09:28:31** 20:16 | **09:31:22** 22:19 | **09:33:42** 24:18,19 |
| **09:26:13** 18:15 | **09:28:36** 20:17,18 | **09:31:25** 22:20 | **09:33:44** 24:20 |
| **09:26:15** 18:16 | **09:28:38** 20:19 | **09:31:30** 22:21 | **09:33:48** 24:21 |
| **09:26:18** 18:17 | **09:28:41** 20:20 | **09:31:34** 22:22 | **09:33:53** 24:22 |
| **09:26:21** 18:18 | **09:28:43** 20:21,22 | **09:31:38** 22:23 | **09:33:58** 24:23 |
| **09:26:26** 18:19,20 | **09:28:44** 20:23 | **09:31:44** 22:24 | **09:34:02** 24:24 |
| **09:26:28** 18:21 | **09:28:47** 20:24 | **09:31:45** 22:25 | **09:34:07** 24:25 |
| **09:26:30** 18:22 | **09:28:49** 20:25 | **09:31:49** 23:1 | **09:34:10** 25:1 |
| **09:26:32** 18:23 | **09:28:56** 21:1 | **09:31:50** 23:2 | **09:34:12** 25:2 |
| **09:26:37** 18:24 | **09:29:04** 21:2,3 | **09:31:52** 23:3 | **09:34:16** 25:3,4 |
| **09:26:41** 18:25 | **09:29:16** 21:4 | **09:31:55** 23:4 | **09:34:20** 25:5 |
| **09:26:43** 19:1 | **09:29:20** 21:5 | **09:31:57** 23:5 | **09:34:22** 25:6 |
| **09:26:46** 19:2 | **09:29:23** 21:6 | **09:31:59** 23:6 | **09:34:23** 25:7 |
| **09:26:48** 19:3 | **09:29:30** 21:7 | **09:32:02** 23:7 | **09:34:24** 25:8 |
| **09:26:49** 19:4 | **09:29:35** 21:8 | **09:32:04** 23:8 | **09:34:29** 25:9 |
| **09:26:50** 19:5 | **09:29:38** 21:9 | **09:32:07** 23:9 | **09:34:32** 25:10 |

| | | | |
|---|---|---|---|
| 09:34:36 25:11 | 09:38:05 27:8 | 09:40:55 29:6 | 09:44:06 31:4 |
| 09:34:41 25:12 | 09:38:07 27:9 | 09:41:00 29:7 | 09:44:09 31:5 |
| 09:34:45 25:13 | 09:38:11 27:10 | 09:41:04 29:8 | 09:44:17 31:6 |
| 09:34:53 25:14 | 09:38:13 27:11 | 09:41:06 29:9 | 09:44:18 31:7 |
| 09:34:57 25:15 | 09:38:17 27:12 | 09:41:10 29:10 | 09:44:21 31:8 |
| 09:35:00 25:16 | 09:38:19 27:13 | 09:41:13 29:11 | 09:44:25 31:9 |
| 09:35:03 25:17 | 09:38:23 27:14 | 09:41:16 29:12 | 09:44:28 31:10 |
| 09:35:06 25:18 | 09:38:25 27:15 | 09:41:20 29:13 | 09:44:33 31:11 |
| 09:35:07 25:19 | 09:38:28 27:16 | 09:41:24 29:14,15 | 09:44:36 31:12 |
| 09:35:11 25:20 | 09:38:32 27:17 | 09:41:26 29:16 | 09:44:39 31:13 |
| 09:35:17 25:21 | 09:38:35 27:18 | 09:41:28 29:17 | 09:44:42 31:14,15 |
| 09:35:21 25:22 | 09:38:39 27:19 | 09:41:30 29:18 | 09:44:49 31:16 |
| 09:35:25 25:23 | 09:38:43 27:20 | 09:41:32 29:19 | 09:44:55 31:17 |
| 09:35:27 25:24 | 09:38:51 27:21 | 09:41:42 29:20 | 09:44:57 31:18 |
| 09:35:28 25:25 | 09:39:01 27:22 | 09:41:46 29:21 | 09:44:59 31:19 |
| 09:35:31 26:1 | 09:39:06 27:23 | 09:41:56 29:22 | 09:45:03 31:20 |
| 09:35:36 26:2 | 09:39:09 27:24 | 09:41:57 29:23 | 09:45:06 31:21 |
| 09:35:39 26:3 | 09:39:14 27:25 | 09:41:59 29:24 | 09:45:07 31:22 |
| 09:35:58 26:4 | 09:39:16 28:1 | 09:42:03 29:25 | 09:45:09 31:23 |
| 09:35:59 26:5 | 09:39:20 28:2 | 09:42:06 30:1 | 09:45:12 31:24 |
| 09:36:01 26:6 | 09:39:25 28:3 | 09:42:13 30:2 | 09:45:18 31:25 |
| 09:36:03 26:7 | 09:39:28 28:4 | 09:42:15 30:3 | 09:45:23 32:1 |
| 09:36:05 26:8 | 09:39:31 28:5,6 | 09:42:18 30:4 | 09:45:32 32:2 |
| 09:36:08 26:9 | 09:39:34 28:7 | 09:42:21 30:5 | 09:45:34 32:3 |
| 09:36:19 26:10 | 09:39:38 28:8 | 09:42:23 30:6 | 09:45:38 32:4 |
| 09:36:20 26:11 | 09:39:41 28:9 | 09:42:28 30:7 | 09:45:44 32:5 |
| 09:36:24 26:12 | 09:39:45 28:10 | 09:42:31 30:8 | 09:45:48 32:6 |
| 09:36:26 26:13 | 09:39:47 28:11 | 09:42:37 30:9 | 09:45:53 32:7,8 |
| 09:36:34 26:14 | 09:39:50 28:12 | 09:42:40 30:10 | 09:45:56 32:9 |
| 09:36:41 26:15 | 09:39:56 28:13 | 09:42:46 30:11 | 09:45:58 32:10 |
| 09:36:47 26:16 | 09:40:00 28:14 | 09:42:51 30:12 | 09:46:05 32:11 |
| 09:36:49 26:17 | 09:40:05 28:15 | 09:42:52 30:13 | 09:46:10 32:12 |
| 09:36:54 26:18 | 09:40:06 28:16 | 09:42:54 30:14 | 09:46:13 32:13,14 |
| 09:36:57 26:19 | 09:40:13 28:17 | 09:42:58 30:15 | 09:46:14 32:15 |
| 09:37:02 26:20 | 09:40:15 28:18 | 09:43:01 30:16 | 09:46:17 32:16 |
| 09:37:05 26:21 | 09:40:17 28:19 | 09:43:04 30:17 | 09:46:22 32:17 |
| 09:37:09 26:22 | 09:40:19 28:20 | 09:43:06 30:18 | 09:46:25 32:18 |
| 09:37:16 26:23 | 09:40:23 28:21 | 09:43:13 30:19 | 09:46:30 32:19 |
| 09:37:21 26:24 | 09:40:28 28:22 | 09:43:15 30:20 | 09:46:32 32:20 |
| 09:37:28 26:25 | 09:40:31 28:23 | 09:43:16 30:21 | 09:46:36 32:21 |
| 09:37:33 27:1 | 09:40:33 28:24 | 09:43:27 30:22 | 09:46:48 32:22 |
| 09:37:37 27:2 | 09:40:35 28:25 | 09:43:33 30:23 | 09:46:54 32:23 |
| 09:37:41 27:3 | 09:40:39 29:1 | 09:43:42 30:24 | 09:46:57 32:24 |
| 09:37:44 27:4 | 09:40:42 29:2 | 09:43:49 30:25 | 09:47:00 32:25 |
| 09:37:49 27:5 | 09:40:47 29:3 | 09:43:55 31:1 | 09:47:03 33:1 |
| 09:37:52 27:6 | 09:40:50 29:4 | 09:43:59 31:2 | 09:47:11 33:2 |
| 09:37:58 27:7 | 09:40:53 29:5 | 09:44:05 31:3 | 09:47:15 33:3 |

| | | | |
|---|---|---|---|
| 09:47:18 33:4 | 09:50:08 35:3 | 09:52:59 37:2 | 09:55:38 38:24 |
| 09:47:19 33:5 | 09:50:12 35:4 | 09:53:00 37:3 | 09:55:42 38:25 |
| 09:47:21 33:6 | 09:50:14 35:5 | 09:53:03 37:4 | 09:55:45 39:1,2,3 |
| 09:47:27 33:7 | 09:50:17 35:6 | 09:53:06 37:5 | 09:55:47 39:4 |
| 09:47:34 33:8 | 09:50:19 35:7 | 09:53:08 37:6 | 09:55:48 39:5 |
| 09:47:36 33:9 | 09:50:20 35:8 | 09:53:16 37:7 | 09:55:49 39:6 |
| 09:47:40 33:10 | 09:50:21 35:9 | 09:53:20 37:8 | 09:55:50 39:7 |
| 09:47:44 33:11 | 09:50:23 35:10 | 09:53:28 37:9 | 09:55:53 39:8 |
| 09:47:47 33:12 | 09:50:26 35:11 | 09:53:31 37:10 | 09:55:56 39:9 |
| 09:47:49 33:13 | 09:50:31 35:12 | 09:53:33 37:11 | 09:55:59 39:10 |
| 09:47:53 33:14 | 09:50:33 35:13 | 09:53:37 37:12 | 09:56:01 39:11 |
| 09:47:56 33:15 | 09:50:38 35:14 | 09:53:39 37:13 | 09:56:06 39:12 |
| 09:47:58 33:16 | 09:50:41 35:15,16 | 09:53:42 37:14 | 09:56:10 39:13 |
| 09:48:00 33:17 | 09:50:45 35:17 | 09:53:45 37:15 | 09:56:12 39:14 |
| 09:48:01 33:18 | 09:50:49 35:18 | 09:53:47 37:16 | 09:56:16 39:15 |
| 09:48:06 33:19 | 09:50:53 35:19 | 09:53:51 37:17 | 09:56:19 39:16 |
| 09:48:11 33:20 | 09:50:57 35:20 | 09:53:53 37:18 | 09:56:26 39:17 |
| 09:48:16 33:21 | 09:51:02 35:21 | 09:53:55 37:19 | 09:56:31 39:18 |
| 09:48:19 33:22 | 09:51:05 35:22 | 09:53:59 37:20 | 09:56:37 39:19 |
| 09:48:22 33:23 | 09:51:08 35:23 | 09:54:02 37:21 | 09:56:41 39:20 |
| 09:48:25 33:24 | 09:51:12 35:24 | 09:54:06 37:22 | 09:56:47 39:21 |
| 09:48:27 33:25 | 09:51:14 35:25 | 09:54:10 37:23 | 09:56:49 39:22 |
| 09:48:28 34:1,2 | 09:51:18 36:1 | 09:54:13 37:24 | 09:56:52 39:23 |
| 09:48:30 34:3 | 09:51:24 36:2 | 09:54:17 37:25 | 09:56:56 39:24 |
| 09:48:35 34:4 | 09:51:27 36:3 | 09:54:21 38:1 | 09:56:59 39:25 |
| 09:48:40 34:5 | 09:51:32 36:4 | 09:54:26 38:2 | 09:57:04 40:1 |
| 09:48:47 34:6 | 09:51:34 36:5 | 09:54:28 38:3 | 09:57:09 40:2 |
| 09:48:53 34:7 | 09:51:38 36:6 | 09:54:31 38:4 | 09:57:12 40:3 |
| 09:48:56 34:8 | 09:51:44 36:7 | 09:54:33 38:5 | 09:57:14 40:4 |
| 09:48:59 34:9 | 09:51:46 36:8 | 09:54:38 38:6 | 09:57:18 40:5 |
| 09:49:03 34:10 | 09:51:49 36:9 | 09:54:41 38:7 | 09:57:21 40:6 |
| 09:49:06 34:11 | 09:51:51 36:10,11 | 09:54:44 38:8 | 09:57:25 40:7 |
| 09:49:14 34:12 | 09:51:54 36:12 | 09:54:50 38:9 | 09:57:29 40:8 |
| 09:49:17 34:13 | 09:51:56 36:13 | 09:54:52 38:10 | 09:57:30 40:9 |
| 09:49:20 34:14 | 09:51:57 36:14 | 09:54:56 38:11 | 09:57:32 40:10 |
| 09:49:23 34:15 | 09:51:59 36:15 | 09:54:57 38:12 | 09:57:33 40:11 |
| 09:49:29 34:16 | 09:52:03 36:16 | 09:54:58 38:13 | 09:57:37 40:12 |
| 09:49:35 34:17 | 09:52:06 36:17 | 09:54:59 38:14 | 09:57:41 40:13 |
| 09:49:39 34:18,19 | 09:52:09 36:18 | 09:55:06 38:15 | 09:57:45 40:14 |
| 09:49:42 34:20 | 09:52:13 36:19 | 09:55:10 38:16 | 09:57:48 40:15 |
| 09:49:44 34:21 | 09:52:18 36:20 | 09:55:17 38:17 | 09:57:50 40:16 |
| 09:49:46 34:22 | 09:52:25 36:21 | 09:55:20 38:18 | 09:57:53 40:17 |
| 09:49:49 34:23 | 09:52:33 36:22 | 09:55:22 38:19 | 09:57:56 40:18 |
| 09:49:53 34:24 | 09:52:36 36:23 | 09:55:26 38:20 | 09:57:59 40:19 |
| 09:49:56 34:25 | 09:52:43 36:24 | 09:55:30 38:21 | 09:58:03 40:20 |
| 09:50:01 35:1 | 09:52:49 36:25 | 09:55:33 38:22 | 09:58:07 40:21 |
| 09:50:05 35:2 | 09:52:55 37:1 | 09:55:36 38:23 | 09:58:10 40:22 |

| | | | |
|---|---|---|---|
| **09:58:15** 40:23 | **10:00:16** 42:9 | **10:03:01** 44:9 | **10:05:19** 46:9 |
| **09:58:18** 40:24 | **10:00:22** 42:10 | **10:03:04** 44:10 | **10:05:24** 46:10 |
| **09:58:21** 40:25 | **10:00:25** 42:11 | **10:03:09** 44:11 | **10:05:32** 46:11 |
| **09:58:23** 41:1 | **10:00:29** 42:12 | **10:03:13** 44:12 | **10:05:39** 46:12 |
| **09:58:27** 41:2 | **10:00:33** 42:13 | **10:03:16** 44:13 | **10:05:43** 46:13 |
| **09:58:32** 41:3 | **10:00:38** 42:14 | **10:03:19** 44:14 | **10:05:46** 46:14 |
| **09:58:34** 41:4 | **10:00:43** 42:15 | **10:03:22** 44:15 | **10:05:48** 46:15 |
| **09:58:39** 41:5 | **10:00:48** 42:16 | **10:03:23** 44:16 | **10:05:53** 46:16 |
| **09:58:40** 41:6 | **10:00:57** 42:17 | **10:03:25** 44:17 | **10:05:57** 46:17 |
| **09:58:43** 41:7 | **10:00:59** 42:18 | **10:03:27** 44:18 | **10:06:01** 46:18 |
| **09:58:46** 41:8 | **10:01:03** 42:19 | **10:03:31** 44:19,20 | **10:06:05** 46:19 |
| **09:58:50** 41:9 | **10:01:07** 42:20 | **10:03:32** 44:21 | **10:06:10** 46:20 |
| **09:58:56** 41:10 | **10:01:10** 42:21 | **10:03:36** 44:22 | **10:06:16** 46:21 |
| **09:58:59** 41:11 | **10:01:12** 42:22 | **10:03:39** 44:23 | **10:06:19** 46:22 |
| **09:59:01** 41:12 | **10:01:16** 42:23 | **10:03:42** 44:24 | **10:06:22** 46:23 |
| **09:59:04** 41:13 | **10:01:20** 42:24,25 | **10:03:46** 44:25 | **10:06:27** 46:24 |
| **09:59:08** 41:14 | **10:01:24** 43:1 | **10:03:49** 45:1 | **10:06:28** 46:25 |
| **09:59:11** 41:15 | **10:01:28** 43:2 | **10:03:55** 45:2 | **10:06:30** 47:1 |
| **09:59:16** 41:16 | **10:01:31** 43:3 | **10:03:58** 45:3 | **10:06:33** 47:2 |
| **09:59:24** 41:17 | **10:01:34** 43:4,5 | **10:04:01** 45:4 | **10:06:36** 47:3 |
| **09:59:27** 41:18 | **10:01:35** 43:6 | **10:04:03** 45:5,6 | **10:06:40** 47:4,5 |
| **09:59:31** 41:19 | **10:01:36** 43:7 | **10:04:04** 45:7 | **10:06:41** 47:6 |
| **09:59:33** 41:20 | **10:01:40** 43:8 | **10:04:11** 45:8 | **10:06:42** 47:7 |
| **09:59:35** 41:21 | **10:01:45** 43:9 | **10:04:15** 45:9 | **10:06:44** 47:8 |
| **09:59:36** 41:22 | **10:01:48** 43:10 | **10:04:18** 45:10 | **10:06:46** 47:9 |
| **09:59:43** 41:23 | **10:01:50** 43:11 | **10:04:21** 45:11 | **10:06:48** 47:10 |
| **09:59:47** 41:24 | **10:01:52** 43:12 | **10:04:23** 45:12 | **10:06:49** 47:11,12 |
| **09:59:49** 41:25 | **10:01:55** 43:13 | **10:04:30** 45:13 | **10:06:51** 47:13 |
| **09:59:51** 42:1 | **10:01:56** 43:14 | **10:04:36** 45:14 | **10:06:54** 47:14 |
| **09:59:54** 42:2 | **10:01:57** 43:15 | **10:04:37** 45:15 | **10:06:55** 47:15 |
| **09:59:56** 42:3 | **10:02:01** 43:16 | **10:04:38** 45:16 | **10:06:56** 47:16,17 |
| | **10:02:04** 43:17 | **10:04:41** 45:17 | **10:06:57** 47:18 |
| **1** | **10:02:09** 43:18 | **10:04:42** 45:18 | **10:06:58** 47:19 |
| **1** 5:5 9:20,22 21:4 45:17 | **10:02:12** 43:19 | **10:04:44** 45:19 | **10:07:00** 47:20 |
| 45:19 47:10 51:24 | **10:02:15** 43:20 | **10:04:45** 45:20 | **10:07:05** 47:21 |
| 74:18 77:8 98:23 112:5 | **10:02:18** 43:21 | **10:04:46** 45:21 | **10:07:08** 47:22 |
| 112:18 113:13 120:25 | **10:02:21** 43:22,23 | **10:04:47** 45:22,23 | **10:07:11** 47:23 |
| 138:1 140:8 | **10:02:23** 43:24 | **10:04:49** 45:24 | **10:07:14** 47:24 |
| **1.8** 133:16 | **10:02:26** 43:25 | **10:04:53** 45:25 | **10:07:18** 47:25 |
| **1:18** 129:2 | **10:02:33** 44:1 | **10:04:56** 46:1 | **10:07:20** 48:1 |
| **10,000** 152:18 | **10:02:35** 44:2 | **10:04:59** 46:2 | **10:07:23** 48:2 |
| **10/90** 150:13 | **10:02:36** 44:3 | **10:05:00** 46:3 | **10:07:28** 48:3 |
| **10:00:02** 42:4 | **10:02:40** 44:4 | **10:05:01** 46:4 | **10:07:34** 48:4 |
| **10:00:05** 42:5 | **10:02:43** 44:5 | **10:05:02** 46:5 | **10:07:38** 48:5,6 |
| **10:00:07** 42:6 | **10:02:45** 44:6 | **10:05:07** 46:6 | **10:07:40** 48:7 |
| **10:00:11** 42:7 | **10:02:51** 44:7 | **10:05:12** 46:7 | **10:07:45** 48:8 |
| **10:00:14** 42:8 | **10:02:57** 44:8 | **10:05:15** 46:8 | **10:07:46** 48:9 |

| | | | |
|---|---|---|---|
| **10:07:50** 48:10 | **10:10:12** 50:13 | **10:13:59** 52:14 | **10:25:55** 54:13 |
| **10:07:53** 48:11 | **10:10:13** 50:14 | **10:14:03** 52:15 | **10:25:59** 54:14 |
| **10:07:58** 48:12 | **10:10:15** 50:15 | **10:23:20** 52:16 | **10:26:07** 54:15 |
| **10:08:01** 48:13 | **10:10:17** 50:16 | **10:23:28** 52:20 | **10:26:16** 54:16 |
| **10:08:04** 48:14 | **10:10:18** 50:17 | **10:23:29** 52:17 | **10:26:19** 54:17 |
| **10:08:08** 48:15 | **10:10:21** 50:18 | **10:23:32** 52:18 | **10:26:27** 54:18 |
| **10:08:12** 48:16 | **10:10:22** 50:19 | **10:23:35** 52:19 | **10:26:30** 54:19 |
| **10:08:13** 48:17 | **10:10:24** 50:20 | **10:23:37** 52:20 | **10:26:32** 54:20 |
| **10:08:15** 48:18 | **10:10:27** 50:21 | **10:23:41** 52:21 | **10:26:33** 54:21 |
| **10:08:19** 48:19 | **10:10:56** 50:22 | **10:23:42** 52:22,23 | **10:26:34** 54:22 |
| **10:08:23** 48:20 | **10:10:57** 50:23 | **10:23:45** 52:24 | **10:26:35** 54:23 |
| **10:08:27** 48:21 | **10:11:01** 50:24 | **10:23:49** 52:25 | **10:26:37** 54:24 |
| **10:08:31** 48:22 | **10:11:11** 50:25 | **10:23:51** 53:1 | **10:26:44** 54:25 |
| **10:08:34** 48:23 | **10:11:16** 51:1 | **10:23:54** 53:2 | **10:26:49** 55:1 |
| **10:08:38** 48:24 | **10:11:22** 51:2 | **10:23:57** 53:3 | **10:27:00** 55:2 |
| **10:08:40** 48:25 | **10:11:27** 51:3 | **10:24:03** 53:4 | **10:27:02** 55:3 |
| **10:08:43** 49:1,2,3,4 | **10:11:31** 51:4 | **10:24:08** 53:5 | **10:27:04** 55:4 |
| **10:08:47** 49:5 | **10:11:33** 51:5,6 | **10:24:13** 53:6 | **10:27:08** 55:5 |
| **10:08:49** 49:6 | **10:11:57** 51:7,8 | **10:24:14** 53:7,8 | **10:27:11** 55:6 |
| **10:08:50** 49:7 | **10:11:58** 51:9 | **10:24:17** 53:9 | **10:27:16** 55:7 |
| **10:08:51** 49:8 | **10:11:59** 51:10 | **10:24:23** 53:10 | **10:27:24** 55:8 |
| **10:08:54** 49:9 | **10:12:02** 51:11 | **10:24:28** 53:11 | **10:27:26** 55:9 |
| **10:08:59** 49:10 | **10:12:05** 51:12 | **10:24:29** 53:12 | **10:27:29** 55:10 |
| **10:09:05** 49:11 | **10:12:26** 51:13 | **10:24:31** 53:13 | **10:27:58** 55:11 |
| **10:09:07** 49:12 | **10:12:28** 51:14 | **10:24:34** 53:14 | **10:28:01** 55:12 |
| **10:09:08** 49:13 | **10:12:31** 51:15 | **10:24:36** 53:15 | **10:28:04** 55:13 |
| **10:09:10** 49:14 | **10:12:37** 51:16 | **10:24:38** 53:16 | **10:28:07** 55:14 |
| **10:09:11** 49:15 | **10:12:39** 51:17 | **10:24:43** 53:17 | **10:28:12** 55:15 |
| **10:09:14** 49:16 | **10:12:43** 51:18 | **10:24:51** 53:18 | **10:28:16** 55:16 |
| **10:09:17** 49:17 | **10:12:46** 51:19 | **10:24:53** 53:19 | **10:28:19** 55:17 |
| **10:09:21** 49:18,19,20 | **10:12:50** 51:20 | **10:24:56** 53:20 | **10:28:25** 55:18 |
| **10:09:22** 49:21 | **10:12:57** 51:21 | **10:25:00** 53:21 | **10:28:28** 55:19 |
| **10:09:24** 49:22 | **10:13:04** 51:22 | **10:25:03** 53:22 | **10:28:35** 55:20 |
| **10:09:27** 49:23 | **10:13:10** 51:23 | **10:25:09** 53:23,24 | **10:28:37** 55:21 |
| **10:09:33** 49:24 | **10:13:11** 51:24 | **10:25:13** 53:25 | **10:28:39** 55:22 |
| **10:09:36** 49:25 | **10:13:16** 51:25 | **10:25:17** 54:1 | **10:28:40** 55:23 |
| **10:09:37** 50:1 | **10:13:17** 52:1 | **10:25:20** 54:2 | **10:28:42** 55:24 |
| **10:09:38** 50:2 | **10:13:19** 52:2 | **10:25:21** 54:3 | **10:28:43** 55:25 |
| **10:09:42** 50:3 | **10:13:21** 52:3 | **10:25:23** 54:4 | **10:28:46** 56:1 |
| **10:09:45** 50:4 | **10:13:42** 52:4 | **10:25:26** 54:5 | **10:28:50** 56:2 |
| **10:09:48** 50:5 | **10:13:46** 52:5 | **10:25:35** 54:6 | **10:28:53** 56:3 |
| **10:09:51** 50:6 | **10:13:48** 52:14 | **10:25:40** 54:7 | **10:28:56** 56:4 |
| **10:09:55** 50:7 | **10:13:49** 52:6,7,8 | **10:25:42** 54:8 | **10:29:01** 56:5 |
| **10:09:58** 50:8 | **10:13:50** 52:9,10 | **10:25:43** 54:9 | **10:29:07** 56:6 |
| **10:10:01** 50:9 | **10:13:52** 52:11 | **10:25:46** 54:10 | **10:29:09** 56:7 |
| **10:10:05** 50:10,11 | **10:13:54** 52:12 | **10:25:49** 54:11 | **10:29:11** 56:8 |
| **10:10:08** 50:12 | **10:13:58** 52:13 | **10:25:52** 54:12 | **10:29:14** 56:9 |

| | | | |
|---|---|---|---|
| 10:29:16 56:10 | 10:31:59 58:8 | 10:34:43 60:7 | 10:37:37 62:6 |
| 10:29:18 56:11 | 10:32:01 58:9 | 10:34:45 60:8 | 10:37:41 62:7 |
| 10:29:22 56:12 | 10:32:04 58:10 | 10:34:50 60:9 | 10:37:47 62:8 |
| 10:29:26 56:13 | 10:32:06 58:11 | 10:34:54 60:10 | 10:37:50 62:9 |
| 10:29:29 56:14 | 10:32:16 58:12 | 10:35:02 60:11 | 10:37:55 62:10 |
| 10:29:30 56:15 | 10:32:22 58:13 | 10:35:04 60:12 | 10:38:01 62:11 |
| 10:29:36 56:16 | 10:32:26 58:14 | 10:35:07 60:13 | 10:38:06 62:12 |
| 10:29:40 56:17 | 10:32:29 58:15 | 10:35:11 60:14 | 10:38:11 62:13 |
| 10:29:44 56:18 | 10:32:39 58:16 | 10:35:13 60:15 | 10:38:15 62:14 |
| 10:29:48 56:19 | 10:32:42 58:17 | 10:35:14 60:16 | 10:38:20 62:15 |
| 10:29:52 56:20 | 10:32:51 58:18 | 10:35:18 60:17 | 10:38:25 62:16 |
| 10:29:59 56:21 | 10:32:53 58:19 | 10:35:19 60:18 | 10:38:29 62:17 |
| 10:30 121:15,17 | 10:32:56 58:20 | 10:35:20 60:19 | 10:38:36 62:18 |
| 10:30:00 56:22 | 10:32:57 58:21 | 10:35:22 60:20 | 10:38:38 62:19 |
| 10:30:03 56:23 | 10:32:58 58:22 | 10:35:25 60:21,22 | 10:38:42 62:20 |
| 10:30:06 56:24 | 10:33:00 58:23 | 10:35:28 60:23 | 10:38:45 62:21 |
| 10:30:09 56:25 | 10:33:02 58:24 | 10:35:30 60:24 | 10:38:47 62:22 |
| 10:30:12 57:1 | 10:33:03 58:25 | 10:35:36 60:25 | 10:38:51 62:23 |
| 10:30:14 57:2 | 10:33:06 59:1 | 10:35:40 61:1 | 10:38:56 62:24 |
| 10:30:16 57:3,4 | 10:33:08 59:2 | 10:35:43 61:2 | 10:38:58 62:25 63:1 |
| 10:30:18 57:5 | 10:33:11 59:3 | 10:35:46 61:3 | 10:39:01 63:2,3 |
| 10:30:20 57:6 | 10:33:12 59:4 | 10:35:51 61:4 | 10:39:03 63:4 |
| 10:30:28 57:7 | 10:33:16 59:5 | 10:35:54 61:5 | 10:39:06 63:5 |
| 10:30:30 57:8 | 10:33:18 59:6 | 10:35:57 61:6 | 10:39:09 63:6,7 |
| 10:30:36 57:9 | 10:33:22 59:7 | 10:35:59 61:7 | 10:39:11 63:8 |
| 10:30:42 57:10 | 10:33:40 59:8 | 10:36:15 61:8 | 10:39:12 63:9 |
| 10:30:45 57:11 | 10:33:46 59:9 | 10:36:17 61:9 | 10:39:14 63:10 |
| 10:30:48 57:12,13 | 10:33:51 59:10 | 10:36:23 61:10 | 10:39:15 63:11 |
| 10:30:51 57:14 | 10:33:53 59:11 | 10:36:30 61:11 | 10:39:16 63:12 |
| 10:30:55 57:15 | 10:33:55 59:12 | 10:36:38 61:12 | 10:39:17 63:13 |
| 10:30:58 57:16 | 10:34:00 59:13 | 10:36:39 61:13 | 10:39:19 63:14 |
| 10:31:02 57:17 | 10:34:03 59:14,15 | 10:36:40 61:14,15 | 10:39:23 63:15,16,17 |
| 10:31:05 57:18 | 10:34:04 59:16,17 | 10:36:41 61:16 | 10:39:28 63:18 |
| 10:31:10 57:19 | 10:34:05 59:18 | 10:36:43 61:17 | 10:39:33 63:19 |
| 10:31:13 57:20 | 10:34:09 59:19 | 10:36:44 61:18 | 10:39:36 63:20 |
| 10:31:16 57:21 | 10:34:10 59:20 | 10:36:49 61:19 | 10:39:41 63:21 |
| 10:31:17 57:22 | 10:34:11 59:21 | 10:36:52 61:20 | 10:39:45 63:22 |
| 10:31:22 57:23 | 10:34:14 59:22 | 10:36:55 61:21 | 10:39:51 63:23 |
| 10:31:25 57:24 | 10:34:15 59:23 | 10:36:59 61:22 | 10:39:55 63:24 |
| 10:31:29 57:25 | 10:34:18 59:24 | 10:37:01 61:23 | 10:39:57 63:25 |
| 10:31:33 58:1 | 10:34:24 59:25 | 10:37:03 61:24 | 10:40:01 64:1 |
| 10:31:40 58:2 | 10:34:27 60:1 | 10:37:11 61:25 | 10:40:02 64:2 |
| 10:31:47 58:3 | 10:34:29 60:2 | 10:37:14 62:1 | 10:40:03 64:3 |
| 10:31:48 58:4 | 10:34:32 60:3 | 10:37:20 62:2 | 10:40:04 64:4 |
| 10:31:50 58:5 | 10:34:34 60:4 | 10:37:28 62:3 | 10:40:09 64:5 |
| 10:31:52 58:6 | 10:34:35 60:5 | 10:37:30 62:4 | 10:40:12 64:6 |
| 10:31:53 58:7 | 10:34:41 60:6 | 10:37:34 62:5 | 10:40:15 64:7 |

| | | | |
|---|---|---|---|
| **10:40:19** 64:8 | **10:42:59** 66:7 | **10:45:48** 68:8 | **10:48:52** 70:5 |
| **10:40:21** 64:9 | **10:43:00** 66:8 | **10:45:50** 68:9 | **10:49:02** 70:6 |
| **10:40:22** 64:10 | **10:43:05** 66:9 | **10:45:52** 68:10 | **10:49:07** 70:7,8 |
| **10:40:24** 64:11 | **10:43:09** 66:10 | **10:45:55** 68:11 | **10:49:22** 70:9,10 |
| **10:40:26** 64:12 | **10:43:14** 66:11,12 | **10:45:59** 68:12 | **10:49:23** 70:11 |
| **10:40:29** 64:13 | **10:43:18** 66:13 | **10:46:02** 68:13 | **10:49:27** 70:12 |
| **10:40:32** 64:14 | **10:43:19** 66:14 | **10:46:05** 68:14 | **10:49:40** 70:13 |
| **10:40:33** 64:15 | **10:43:23** 66:15,16 | **10:46:08** 68:15 | **10:49:41** 70:14 |
| **10:40:37** 64:16 | **10:43:24** 66:17 | **10:46:09** 68:16 | **10:49:42** 70:15,16 |
| **10:40:42** 64:17 | **10:43:25** 66:18 | **10:46:13** 68:17 | **10:49:44** 70:17 |
| **10:40:49** 64:18 | **10:43:27** 66:19 | **10:46:16** 68:18 | **10:49:46** 70:18 |
| **10:40:50** 64:19 | **10:43:34** 66:20 | **10:46:21** 68:19 | **10:49:51** 70:19 |
| **10:40:53** 64:20 | **10:43:36** 66:21 | **10:46:24** 68:20 | **10:49:52** 70:20 |
| **10:40:56** 64:21 | **10:43:40** 66:22 | **10:46:31** 68:21 | **10:49:53** 70:21 |
| **10:40:59** 64:22 | **10:43:44** 66:23 | **10:46:36** 68:22 | **10:49:55** 70:22 |
| **10:41:02** 64:23 | **10:43:47** 66:24 | **10:46:39** 68:23 | **10:49:57** 70:23 |
| **10:41:07** 64:24 | **10:43:52** 66:25 | **10:46:42** 68:24 | **10:52:34** 70:24,25 |
| **10:41:11** 64:25 | **10:43:59** 67:1 | **10:46:46** 68:25 | **10:52:37** 71:1 |
| **10:41:15** 65:1 | **10:44:02** 67:2,3 | **10:46:49** 69:1 | **10:52:42** 71:2 |
| **10:41:21** 65:2 | **10:44:03** 67:4 | **10:46:52** 69:2 | **10:52:47** 71:3 |
| **10:41:23** 65:3 | **10:44:06** 67:5 | **10:46:57** 69:3 | **10:52:52** 71:4 |
| **10:41:27** 65:4 | **10:44:10** 67:6,7 | **10:47:07** 69:4 | **10:52:55** 71:5 |
| **10:41:30** 65:5 | **10:44:15** 67:8 | **10:47:12** 69:5 | **10:53:00** 71:6 |
| **10:41:31** 65:6 | **10:44:20** 67:9 | **10:47:16** 69:6 | **10:53:01** 71:7 |
| **10:41:33** 65:7 | **10:44:23** 67:10 | **10:47:20** 69:7 | **10:53:06** 71:8 |
| **10:41:36** 65:8 | **10:44:26** 67:11 | **10:47:22** 69:8 | **10:53:09** 71:9 |
| **10:41:38** 65:9 | **10:44:31** 67:12 | **10:47:23** 69:9 | **10:53:11** 71:10 |
| **10:41:40** 65:10 | **10:44:36** 67:13 | **10:47:25** 69:10 | **10:53:14** 71:11 |
| **10:41:41** 65:11 | **10:44:41** 67:14 | **10:47:27** 69:11 | **10:53:17** 71:12 |
| **10:41:48** 65:12 | **10:44:48** 67:15 | **10:47:28** 69:12 | **10:53:21** 71:13 |
| **10:41:51** 65:13 | **10:44:51** 67:16 | **10:47:36** 69:13 | **10:53:22** 71:14 |
| **10:41:55** 65:14 | **10:44:55** 67:17 | **10:47:43** 69:14 | **10:53:26** 71:15 |
| **10:41:57** 65:15 | **10:44:57** 67:18 | **10:47:47** 69:15 | **10:53:28** 71:16 |
| **10:41:59** 65:16 | **10:45:00** 67:19 | **10:47:49** 69:16 | **10:53:31** 71:17 |
| **10:42:05** 65:17 | **10:45:02** 67:20 | **10:47:52** 69:17 | **10:53:35** 71:18,19 |
| **10:42:08** 65:18 | **10:45:06** 67:21 | **10:47:58** 69:18 | **10:53:38** 71:20 |
| **10:42:12** 65:19,20 | **10:45:10** 67:22 | **10:48:00** 69:19 | **10:53:42** 71:21 |
| **10:42:15** 65:21 | **10:45:12** 67:23 | **10:48:05** 69:20 | **10:53:44** 71:22 |
| **10:42:30** 65:22 | **10:45:16** 67:24 | **10:48:10** 69:21 | **10:53:47** 71:23 |
| **10:42:34** 65:23 | **10:45:21** 67:25 | **10:48:15** 69:22 | **10:53:50** 71:24 |
| **10:42:39** 65:24 | **10:45:26** 68:1 | **10:48:18** 69:23 | **10:53:52** 71:25 |
| **10:42:42** 65:25 | **10:45:30** 68:2 | **10:48:25** 69:24 | **10:53:55** 72:1 |
| **10:42:44** 66:1 | **10:45:32** 68:3 | **10:48:29** 69:25 | **10:53:59** 72:2 |
| **10:42:46** 66:2 | **10:45:38** 68:4 | **10:48:32** 70:1 | **10:54:02** 72:3 |
| **10:42:51** 66:3,4 | **10:45:42** 68:5 | **10:48:35** 70:2 | **10:54:05** 72:4 |
| **10:42:55** 66:5 | **10:45:44** 68:6 | **10:48:45** 70:3 | **10:54:07** 72:5 |
| **10:42:56** 66:6 | **10:45:47** 68:7 | **10:48:51** 70:4 | **10:54:11** 72:6 |

| | | | |
|---|---|---|---|
| **10:54:16** 72:7 | **10:57:01** 74:7 | **11:00:24** 76:5 | **11:03:16** 78:4 |
| **10:54:18** 72:8 | **10:57:06** 74:8 | **11:00:27** 76:6 | **11:03:20** 78:5 |
| **10:54:19** 72:9 | **10:57:09** 74:9 | **11:00:37** 76:7 | **11:03:24** 78:6 |
| **10:54:21** 72:10 | **10:57:11** 74:10 | **11:00:43** 76:8 | **11:03:31** 78:7 |
| **10:54:23** 72:11 | **10:57:12** 74:11 | **11:00:47** 76:9 | **11:03:35** 78:8 |
| **10:54:26** 72:12 | **10:57:16** 74:12 | **11:00:49** 76:10 | **11:03:39** 78:9 |
| **10:54:32** 72:13 | **10:57:17** 74:13 | **11:00:56** 76:11 | **11:03:41** 78:10 |
| **10:54:33** 72:14 | **10:57:22** 74:14 | **11:00:58** 76:12 | **11:03:45** 78:11 |
| **10:54:35** 72:15 | **10:57:23** 74:15 | **11:01:04** 76:13 | **11:03:47** 78:12 |
| **10:54:40** 72:16 | **10:57:25** 74:16 | **11:01:10** 76:14 | **11:03:49** 78:13 |
| **10:54:47** 72:17 | **10:57:28** 74:17 | **11:01:13** 76:15,16 | **11:03:53** 78:14 |
| **10:54:54** 72:18 | **10:57:31** 74:18 | **11:01:20** 76:17 | **11:03:57** 78:15 |
| **10:55:02** 72:19 | **10:57:34** 74:19,20,21 | **11:01:25** 76:18,19 | **11:03:58** 78:16 |
| **10:55:05** 72:20 | **10:57:38** 74:22 | **11:01:27** 76:20 | **11:04:02** 78:17 |
| **10:55:09** 72:21 | **10:57:40** 74:23,24 | **11:01:30** 76:21 | **11:04:03** 78:18 |
| **10:55:11** 72:22 | **10:58:15** 74:25 75:1 | **11:01:33** 76:22 | **11:04:04** 78:19 |
| **10:55:14** 72:23,24,25 | **10:58:17** 75:2 | **11:01:34** 76:23 | **11:04:05** 78:20 |
| **10:55:16** 73:1 | **10:58:18** 75:3,4 | **11:01:36** 76:24 | **11:04:09** 78:21 |
| **10:55:18** 73:2 | **10:58:19** 75:5 | **11:01:38** 76:25 | **11:04:14** 78:22 |
| **10:55:19** 73:3 | **10:58:20** 75:6 | **11:01:41** 77:1 | **11:04:17** 78:23 |
| **10:55:24** 73:4 | **10:58:25** 75:7 | **11:01:44** 77:2 | **11:04:20** 78:24 |
| **10:55:27** 73:5 | **10:58:37** 75:8 | **11:01:54** 77:3 | **11:04:25** 78:25 |
| **10:55:30** 73:6 | **10:58:40** 75:9 | **11:01:57** 77:4 | **11:04:27** 79:1 |
| **10:55:34** 73:7 | **10:58:54** 75:10 | **11:01:58** 77:5 | **11:04:34** 79:2 |
| **10:55:37** 73:8 | **10:58:58** 75:11 | **11:02:01** 77:6 | **11:04:38** 79:3 |
| **10:55:42** 73:9 | **10:59:02** 75:12 | **11:02:05** 77:7 | **11:04:41** 79:4 |
| **10:55:45** 73:10 | **10:59:05** 75:13 | **11:02:08** 77:8 | **11:04:48** 79:5 |
| **10:55:48** 73:11 | **10:59:11** 75:14 | **11:02:11** 77:9 | **11:04:51** 79:6,7 |
| **10:55:51** 73:12 | **10:59:15** 75:15 | **11:02:14** 77:10 | **11:04:53** 79:8 |
| **10:55:54** 73:13 | **10:59:19** 75:16 | **11:02:17** 77:11 | **11:04:54** 79:9 |
| **10:55:58** 73:14 | **10:59:22** 75:17 | **11:02:21** 77:12 | **11:04:56** 79:10 |
| **10:56:00** 73:15 | **10:59:32** 75:18 | **11:02:24** 77:13 | **11:04:59** 79:11 |
| **10:56:02** 73:16 | **10:59:42** 75:19 | **11:02:27** 77:14 | **11:05:02** 79:12 |
| **10:56:06** 73:17 | **10:59:46** 75:20 | **11:02:28** 77:15 | **11:05:05** 79:13 |
| **10:56:10** 73:18 | **10:59:53** 75:21 | **11:02:29** 77:16 | **11:05:10** 79:14 |
| **10:56:13** 73:19 | **10:59:56** 75:22 | **11:02:31** 77:17 | **11:05:12** 79:15 |
| **10:56:17** 73:20 | **10:59:57** 75:23 | **11:02:34** 77:18 | **11:05:15** 79:16 |
| **10:56:20** 73:21 | **100** 53:4 | **11:02:37** 77:19 | **11:05:16** 79:17 |
| **10:56:24** 73:22 | **109** 82:20 | **11:02:39** 77:20 | **11:05:19** 79:18 |
| **10:56:28** 73:23,24 | **11** 74:21 | **11:02:42** 77:21 | **11:05:21** 79:19 |
| **10:56:31** 73:25 | **11th** 74:11 100:4 | **11:02:48** 77:22 | **11:05:24** 79:20 |
| **10:56:32** 74:1 | **11:00:00** 75:24 | **11:02:53** 77:23 | **11:05:25** 79:21 |
| **10:56:33** 74:2 | **11:00:01** 75:25 | **11:02:56** 77:24 | **11:05:28** 79:22 |
| **10:56:37** 74:3 | **11:00:05** 76:1 | **11:02:59** 77:25 | **11:05:32** 79:23 |
| **10:56:46** 74:4 | **11:00:11** 76:2 | **11:03:02** 78:1 | **11:05:35** 79:24 |
| **10:56:49** 74:5 | **11:00:18** 76:3 | **11:03:04** 78:2 | **11:05:39** 79:25 |
| **10:56:55** 74:6 | **11:00:22** 76:4 | **11:03:09** 78:3 | **11:05:41** 80:1 |

| | | | |
|---|---|---|---|
| **11:05:42** 80:2 | **11:08:49** 82:2 | **11:12:22** 84:1 | **11:14:38** 85:25 86:1 |
| **11:05:45** 80:3 | **11:08:52** 82:3 | **11:12:33** 84:2 | **11:14:47** 86:2 |
| **11:05:52** 80:4 | **11:08:55** 82:4 | **11:12:37** 84:3 | **11:14:50** 86:3 |
| **11:05:56** 80:5 | **11:08:58** 82:5 | **11:12:40** 84:4 | **11:14:55** 86:4 |
| **11:05:59** 80:6 | **11:08:59** 82:6 | **11:12:45** 84:5 | **11:15:01** 86:5 |
| **11:06:02** 80:7 | **11:09:01** 82:7 | **11:12:47** 84:6 | **11:15:05** 86:6 |
| **11:06:07** 80:8 | **11:09:06** 82:8 | **11:12:52** 84:7 | **11:15:07** 86:7 |
| **11:06:16** 80:9 | **11:09:11** 82:9 | **11:12:56** 84:8 | **11:15:09** 86:8 |
| **11:06:23** 80:10 | **11:09:12** 82:10 | **11:12:57** 84:9 | **11:15:12** 86:9 |
| **11:06:29** 80:11 | **11:09:14** 82:11,12 | **11:13:02** 84:10,11 | **11:15:13** 86:10 |
| **11:06:36** 80:12 | **11:09:17** 82:13 | **11:13:04** 84:12 | **11:15:16** 86:11 |
| **11:06:37** 80:13 | **11:09:20** 82:14 | **11:13:05** 84:13 | **11:15:21** 86:12 |
| **11:06:40** 80:14 | **11:09:24** 82:15 | **11:13:06** 84:14 | **11:15:25** 86:13 |
| **11:06:44** 80:15 | **11:09:29** 82:16 | **11:13:08** 84:15 | **11:15:29** 86:14 |
| **11:06:48** 80:16 | **11:09:31** 82:17 | **11:13:09** 84:16 | **11:15:35** 86:15 |
| **11:06:56** 80:17,18 | **11:09:36** 82:18 | **11:13:12** 84:17 | **11:15:39** 86:16 |
| **11:06:58** 80:19 | **11:09:38** 82:19 | **11:13:16** 84:18 | **11:15:43** 86:17 |
| **11:07:02** 80:20 | **11:09:42** 82:20 | **11:13:19** 84:19 | **11:15:46** 86:18 |
| **11:07:07** 80:21 | **11:10:00** 82:21 | **11:13:20** 84:20 | **11:15:47** 86:19 |
| **11:07:11** 80:22,23 | **11:10:07** 82:22 | **11:13:22** 84:21 | **11:15:50** 86:20 |
| **11:07:14** 80:24 | **11:10:10** 82:23 | **11:13:25** 84:22 | **11:15:54** 86:21 |
| **11:07:18** 80:25 | **11:10:16** 82:24 | **11:13:28** 84:23 | **11:15:59** 86:22 |
| **11:07:21** 81:1 | **11:10:35** 82:25 | **11:13:29** 84:24 | **11:16:02** 86:23 |
| **11:07:26** 81:2 | **11:10:41** 83:1 | **11:13:33** 84:25 | **11:16:06** 86:24 |
| **11:07:30** 81:3 | **11:10:46** 83:2 | **11:13:36** 85:1 | **11:16:08** 86:25 |
| **11:07:32** 81:4 | **11:10:51** 83:3 | **11:13:38** 85:2 | **11:16:09** 87:1 |
| **11:07:38** 81:5 | **11:10:59** 83:4 | **11:13:41** 85:3 | **11:16:13** 87:2,3 |
| **11:07:39** 81:6 | **11:11:03** 83:5 | **11:13:44** 85:4 | **11:16:24** 87:4 |
| **11:07:40** 81:7 | **11:11:13** 83:6 | **11:13:46** 85:5 | **11:16:27** 87:5 |
| **11:07:42** 81:8,9 | **11:11:15** 83:7 | **11:13:47** 85:6 | **11:16:29** 87:6 |
| **11:07:48** 81:10 | **11:11:20** 83:8 | **11:13:49** 85:7,8 | **11:16:33** 87:7 |
| **11:07:53** 81:11 | **11:11:27** 83:9 | **11:13:51** 85:9 | **11:16:34** 87:8 |
| **11:07:59** 81:12 | **11:11:32** 83:10 | **11:13:55** 85:10 | **11:16:36** 87:9 |
| **11:08:00** 81:13 | **11:11:35** 83:11 | **11:13:58** 85:11 | **11:16:37** 87:10 |
| **11:08:05** 81:14 | **11:11:39** 83:12 | **11:14:00** 85:12 | **11:16:40** 87:11 |
| **11:08:09** 81:15 | **11:11:45** 83:13 | **11:14:03** 85:13 | **11:16:44** 87:12 |
| **11:08:13** 81:16 | **11:11:49** 83:14 | **11:14:04** 85:14 | **11:16:48** 87:13 |
| **11:08:19** 81:17 | **11:11:52** 83:15,16 | **11:14:06** 85:15 | **11:16:55** 87:14 |
| **11:08:22** 81:18 | **11:11:55** 83:17 | **11:14:09** 85:16 | **11:17:04** 87:15 |
| **11:08:26** 81:19 | **11:11:57** 83:18 | **11:14:10** 85:17 | **11:17:08** 87:16 |
| **11:08:28** 81:20 | **11:12:00** 83:19 | **11:14:11** 85:18 | **11:17:11** 87:17 |
| **11:08:31** 81:21 | **11:12:07** 83:20 | **11:14:12** 85:19 | **11:17:14** 87:18 |
| **11:08:34** 81:22 | **11:12:09** 83:21 | **11:14:18** 85:20 | **11:17:17** 87:19 |
| **11:08:38** 81:23 | **11:12:12** 83:22 | **11:14:19** 85:21 | **11:17:18** 87:20 |
| **11:08:41** 81:24 | **11:12:14** 83:23 | **11:14:23** 85:22 | **11:17:24** 87:21 |
| **11:08:45** 81:25 | **11:12:16** 83:24 | **11:14:26** 85:23 | **11:17:30** 87:22 |
| **11:08:48** 82:1 | **11:12:17** 83:25 | **11:14:29** 85:24 | **11:17:32** 87:23 |

| | | | |
|---|---|---|---|
| **11:17:37** 87:24 | **11:20:24** 89:21 | **11:23:02** 91:20 | **11:25:51** 93:18 |
| **11:17:42** 87:25 | **11:20:27** 89:22 | **11:23:08** 91:21 | **11:25:53** 93:19 |
| **11:17:46** 88:1 | **11:20:31** 89:23,24 | **11:23:11** 91:22 | **11:25:57** 93:20 |
| **11:17:47** 88:2 | **11:20:34** 89:25 | **11:23:14** 91:23 | **11:26:01** 93:21 |
| **11:17:51** 88:3 | **11:20:39** 90:1 | **11:23:17** 91:24 | **11:26:07** 93:22 |
| **11:17:55** 88:4 | **11:20:41** 90:2 | **11:23:20** 91:25 | **11:26:12** 93:23 |
| **11:18:00** 88:5 | **11:20:42** 90:3 | **11:23:24** 92:1 | **11:26:15** 93:24 |
| **11:18:02** 88:6 | **11:20:43** 90:4 | **11:23:29** 92:2 | **11:26:18** 93:25 |
| **11:18:06** 88:7 | **11:20:49** 90:5 | **11:23:35** 92:3 | **11:26:21** 94:1 |
| **11:18:12** 88:8 | **11:20:52** 90:6 | **11:23:36** 92:4 | **11:26:25** 94:2 |
| **11:18:14** 88:9 | **11:20:56** 90:7 | **11:23:39** 92:5 | **11:26:27** 94:3 |
| **11:18:19** 88:10 | **11:20:58** 90:8 | **11:23:43** 92:6 | **11:26:30** 94:4 |
| **11:18:23** 88:11 | **11:20:59** 90:9,10 | **11:23:46** 92:7 | **11:26:33** 94:5 |
| **11:18:26** 88:12 | **11:21:02** 90:11 | **11:23:49** 92:8 | **11:26:37** 94:6 |
| **11:18:29** 88:13 | **11:21:05** 90:12 | **11:23:55** 92:9 | **11:26:40** 94:7 |
| **11:18:30** 88:14 | **11:21:09** 90:13 | **11:24:01** 92:10 | **11:26:43** 94:8,9 |
| **11:18:32** 88:15 | **11:21:11** 90:14 | **11:24:04** 92:11 | **11:26:46** 94:10 |
| **11:18:34** 88:16 | **11:21:16** 90:15 | **11:24:10** 92:12 | **11:26:49** 94:11 |
| **11:18:36** 88:17 | **11:21:21** 90:16 | **11:24:13** 92:13 | **11:26:54** 94:12 |
| **11:18:38** 88:18 | **11:21:25** 90:17 | **11:24:18** 92:14 | **11:26:56** 94:13 |
| **11:18:40** 88:19 | **11:21:29** 90:18 | **11:24:21** 92:15 | **11:27:03** 94:14 |
| **11:18:43** 88:20 | **11:21:33** 90:19 | **11:24:26** 92:16 | **11:27:08** 94:15 |
| **11:18:52** 88:21 | **11:21:38** 90:20 | **11:24:29** 92:17 | **11:27:14** 94:16 |
| **11:18:54** 88:22 | **11:21:42** 90:21 | **11:24:33** 92:18 | **11:27:19** 94:17 |
| **11:18:57** 88:23 | **11:21:44** 90:22 | **11:24:36** 92:19 | **11:27:29** 94:18 |
| **11:19:01** 88:24 | **11:21:50** 90:23 | **11:24:39** 92:20 | **11:27:32** 94:19 |
| **11:19:02** 88:25 | **11:21:53** 90:24 | **11:24:42** 92:21 | **11:27:33** 94:20 |
| **11:19:05** 89:1 | **11:21:57** 90:25 | **11:24:45** 92:22 | **11:27:36** 94:21 |
| **11:19:07** 89:2 | **11:21:59** 91:1 | **11:24:51** 92:23 | **11:27:39** 94:22 |
| **11:19:08** 89:3 | **11:22:03** 91:2 | **11:24:54** 92:24 | **11:27:40** 94:23 |
| **11:19:11** 89:4 | **11:22:06** 91:3 | **11:24:57** 92:25 93:1 | **11:27:43** 94:24 |
| **11:19:14** 89:5 | **11:22:09** 91:4 | **11:25:04** 93:2 | **11:27:48** 94:25 95:1 |
| **11:19:15** 89:6 | **11:22:12** 91:5 | **11:25:06** 93:3 | **11:27:56** 95:2 |
| **11:19:18** 89:7 | **11:22:15** 91:6 | **11:25:18** 93:4 | **11:27:59** 95:3 |
| **11:19:23** 89:8 | **11:22:17** 91:7 | **11:25:20** 93:5 | **11:28:02** 95:4 |
| **11:19:29** 89:9 | **11:22:20** 91:8 | **11:25:22** 93:6 | **11:28:04** 95:5 |
| **11:19:34** 89:10 | **11:22:26** 91:9 | **11:25:30** 93:7 | **11:28:10** 95:6 |
| **11:19:38** 89:11 | **11:22:30** 91:10 | **11:25:31** 93:8 | **11:28:16** 95:7 |
| **11:19:39** 89:12 | **11:22:32** 91:11 | **11:25:32** 93:9 | **11:28:23** 95:8 |
| **11:19:42** 89:13 | **11:22:35** 91:12 | **11:25:33** 93:10 | **11:28:28** 95:9 |
| **11:19:45** 89:14 | **11:22:40** 91:13 | **11:25:34** 93:11 | **11:28:32** 95:10 |
| **11:19:50** 89:15 | **11:22:42** 91:14 | **11:25:35** 93:12 | **11:28:35** 95:11 |
| **11:19:56** 89:16 | **11:22:45** 91:15 | **11:25:37** 93:13 | **11:28:37** 95:12 |
| **11:19:59** 89:17 | **11:22:46** 91:16 | **11:25:38** 93:14 | **11:28:39** 95:13 |
| **11:20:05** 89:18 | **11:22:49** 91:17 | **11:25:40** 93:15 | **11:28:40** 95:14 |
| **11:20:10** 89:19 | **11:22:56** 91:18 | **11:25:42** 93:16 | **11:28:43** 95:15 |
| **11:20:20** 89:20 | **11:22:59** 91:19 | **11:25:48** 93:17 | **11:28:47** 95:16 |

| | | | |
|---|---|---|---|
| **11:28:48** 95:17 | **11:39:34** 97:18 | **11:42:23** 99:15 | **11:45:16** 101:15 |
| **11:28:51** 95:18 | **11:39:38** 97:19 | **11:42:26** 99:16 | **11:45:20** 101:16 |
| **11:28:54** 95:19,20 | **11:39:44** 97:20 | **11:42:29** 99:17 | **11:45:23** 101:17,18 |
| **11:28:57** 95:21 | **11:39:48** 97:21 | **11:42:30** 99:18 | **11:45:28** 101:19 |
| **11:28:59** 95:22 | **11:39:51** 97:22 | **11:42:35** 99:19 | **11:45:35** 101:20 |
| **11:29:01** 95:23 | **11:39:53** 97:23 | **11:42:38** 99:20,21 | **11:45:37** 101:21 |
| **11:29:05** 95:24 | **11:39:58** 97:24 | **11:42:42** 99:22 | **11:45:39** 101:22 |
| **11:29:08** 95:25 | **11:40:02** 97:25 | **11:42:45** 99:23 | **11:45:40** 101:23 |
| **11:29:10** 96:1 | **11:40:05** 98:1 | **11:42:48** 99:24 | **11:45:43** 101:24 |
| **11:29:13** 96:2 | **11:40:06** 98:2 | **11:42:52** 99:25 | **11:45:48** 101:25 |
| **11:29:16** 96:3 | **11:40:08** 98:3 | **11:42:58** 100:1 | **11:45:50** 102:1 |
| **11:29:17** 96:4,9 | **11:40:15** 98:4 | **11:43:03** 100:2 | **11:45:52** 102:2 |
| **11:29:18** 96:5 | **11:40:22** 98:5 | **11:43:06** 100:3 | **11:45:54** 102:3 |
| **11:29:20** 96:6 | **11:40:27** 98:6 | **11:43:07** 100:4 | **11:45:56** 102:4 |
| **11:29:23** 96:7 | **11:40:29** 98:7 | **11:43:12** 100:5 | **11:45:58** 102:5 |
| **11:29:26** 96:8 | **11:40:34** 98:8 | **11:43:15** 100:6 | **11:45:59** 102:6 |
| **11:29:30** 96:9 | **11:40:37** 98:9 | **11:43:18** 100:7 | **11:46:01** 102:7 |
| **11:29:31** 96:10 | **11:40:38** 98:10 | **11:43:23** 100:8 | **11:46:05** 102:8 |
| **11:38:07** 96:11 | **11:40:43** 98:11 | **11:43:24** 100:9 | **11:46:07** 102:9 |
| **11:38:14** 96:14 | **11:40:48** 98:12 | **11:43:47** 100:10 | **11:46:09** 102:10 |
| **11:38:15** 96:12 | **11:40:51** 98:13 | **11:43:50** 100:11 | **11:46:10** 102:11 |
| **11:38:18** 96:13 | **11:40:52** 98:14 | **11:43:53** 100:12 | **11:46:17** 102:12 |
| **11:38:22** 96:14 | **11:40:55** 98:15 | **11:43:56** 100:13 | **11:46:19** 102:13 |
| **11:38:27** 96:15,16 | **11:40:59** 98:16 | **11:44:00** 100:14 | **11:46:23** 102:14 |
| **11:38:28** 96:17 | **11:41:02** 98:17 | **11:44:01** 100:15 | **11:46:27** 102:15 |
| **11:38:31** 96:18 | **11:41:06** 98:18 | **11:44:04** 100:16,17 | **11:46:38** 102:16 |
| **11:38:36** 96:19 | **11:41:07** 98:19 | **11:44:05** 100:18 | **11:46:47** 102:17 |
| **11:38:41** 96:20 | **11:41:10** 98:20 | **11:44:11** 100:19 | **11:46:51** 102:18 |
| **11:38:42** 96:21,22 | **11:41:13** 98:21 | **11:44:20** 100:20 | **11:46:56** 102:19 |
| **11:38:44** 96:23 | **11:41:26** 98:22 | **11:44:22** 100:21 | **11:47:02** 102:20 |
| **11:38:48** 96:24 | **11:41:28** 98:23 | **11:44:25** 100:22 | **11:47:05** 102:21 |
| **11:38:51** 96:25 | **11:41:31** 98:24 | **11:44:26** 100:23 | **11:47:09** 102:22 |
| **11:38:58** 97:1 | **11:41:42** 98:25 | **11:44:29** 100:24 | **11:47:11** 102:23 |
| **11:39:01** 97:2 | **11:41:45** 99:1 | **11:44:31** 100:25 | **11:47:12** 102:24 |
| **11:39:03** 97:3 | **11:41:49** 99:2 | **11:44:35** 101:1 | **11:47:15** 102:25 |
| **11:39:07** 97:4 | **11:41:57** 99:3 | **11:44:41** 101:2 | **11:47:16** 103:1,2 |
| **11:39:10** 97:5 | **11:42:02** 99:4 | **11:44:43** 101:3 | **11:47:19** 103:3,4 |
| **11:39:14** 97:6 | **11:42:03** 99:5 | **11:44:45** 101:4 | **11:47:21** 103:5 |
| **11:39:15** 97:7 | **11:42:05** 99:6 | **11:44:49** 101:5 | **11:47:24** 103:6 |
| **11:39:16** 97:8 | **11:42:07** 99:7 | **11:44:50** 101:6 | **11:47:29** 103:7 |
| **11:39:18** 97:9,10 | **11:42:10** 99:8 | **11:44:55** 101:7 | **11:47:34** 103:8 |
| **11:39:20** 97:11 | **11:42:11** 99:9 | **11:44:59** 101:8 | **11:47:43** 103:9 |
| **11:39:23** 97:12 | **11:42:13** 99:10 | **11:45:01** 101:9 | **11:47:44** 103:10 |
| **11:39:25** 97:13 | **11:42:15** 99:11 | **11:45:03** 101:10 | **11:47:47** 103:11 |
| **11:39:28** 97:14,15 | **11:42:18** 99:12 | **11:45:05** 101:11,12 | **11:47:49** 103:12 |
| **11:39:30** 97:16 | **11:42:20** 99:13 | **11:45:07** 101:13 | **11:47:54** 103:13 |
| **11:39:32** 97:17 | **11:42:21** 99:14 | **11:45:14** 101:14 | **11:47:57** 103:14 |

| | |
|---|---|
| 11:47:58 103:15 | |
| 11:48:00 103:16 | |
| 11:48:06 103:17 | |
| 11:48:07 103:18,19 | |
| 11:48:11 103:20 | |
| 11:48:14 103:21 | |
| 11:48:16 103:22 | |
| 11:48:24 103:23 | |
| 11:48:26 103:24 | |
| 11:48:31 103:25 | |
| 11:49:01 104:1 | |
| 11:49:04 104:2 | |
| 11:49:08 104:3 | |
| 11:49:12 104:4 | |
| 11:49:18 104:5 | |
| 11:49:20 104:6 | |
| 11:49:24 104:7 | |
| 11:49:27 104:8,9 | |
| 11:49:33 104:10 | |
| 11:49:39 104:11 | |
| 11:49:43 104:12 | |
| 11:49:48 104:13 | |
| 11:49:52 104:14 | |
| 11:49:59 104:15 | |
| 11:50:02 104:16 | |
| 11:50:06 104:17 | |
| 11:50:08 104:18 | |
| 11:50:15 104:19 | |
| 11:50:21 104:20 | |
| 11:50:23 104:21 | |
| 11:50:27 104:22 | |
| 11:50:31 104:23 | |
| 11:50:36 104:24 | |
| 11:50:45 104:25 | |
| 11:50:48 105:1 | |
| 11:50:53 105:2 | |
| 11:50:56 105:3 | |
| 11:51:02 105:4 | |
| 11:51:04 105:5 | |
| 11:51:06 105:6 | |
| 11:51:08 105:7 | |
| 11:51:12 105:8 | |
| 11:51:17 105:9 | |
| 11:51:21 105:10 | |
| 11:51:24 105:11 | |
| 11:51:27 105:12 | |
| 11:51:28 105:13 | |

11:51:31 105:14
11:51:33 105:15
11:51:37 105:16
11:51:40 105:17
11:51:42 105:18
11:51:44 105:19
11:51:47 105:20
11:51:50 105:21
11:51:53 105:22
11:51:58 105:23
11:52:03 105:24
11:52:07 105:25
11:52:12 106:1
11:52:17 106:2
11:52:28 106:3
11:52:32 106:4
11:52:39 106:5
11:52:43 106:6,7
11:52:45 106:8
11:52:48 106:9
11:52:57 106:10
11:53:00 106:11
11:53:01 106:12
11:53:05 106:13
11:53:09 106:14
11:53:15 106:15,16
11:53:18 106:17
11:53:21 106:18,19
11:53:22 106:20
11:53:25 106:21
11:53:28 106:22
11:53:30 106:23
11:53:34 106:24
11:53:38 106:25
11:53:43 107:1
11:53:47 107:2,3
11:53:53 107:4
11:53:56 107:5
11:54:01 107:6
11:54:05 107:7
11:54:10 107:8
11:54:21 107:9
11:54:50 107:10
11:54:52 107:11
11:54:55 107:12
11:54:58 107:13
11:55:03 107:14

11:55:05 107:15
11:55:06 107:16
11:55:08 107:17
11:55:10 107:18
11:55:16 107:19
11:55:17 107:20
11:55:21 107:21
11:55:24 107:22,23
11:55:26 107:24
11:55:27 107:25
11:55:29 108:1
11:55:32 108:2
11:55:34 108:3
11:55:40 108:4
11:55:50 108:5
11:55:56 108:6
11:55:59 108:7
11:56:08 108:8
11:56:21 108:9
11:56:23 108:10
11:56:26 108:11
11:56:30 108:12
11:56:33 108:13,14
11:56:38 108:15
11:56:41 108:16
11:56:48 108:17
11:56:50 108:18
11:56:57 108:19
11:57:02 108:20
11:57:07 108:21
11:57:13 108:22
11:57:15 108:23
11:57:22 108:24
11:57:25 108:25
11:57:29 109:1
11:57:31 109:2
11:57:33 109:3
11:57:36 109:4
11:57:38 109:5
11:57:41 109:6
11:57:43 109:7
11:57:46 109:8
11:57:50 109:9
11:57:55 109:10
11:58:01 109:11
11:58:05 109:12
11:58:07 109:13

11:58:12 109:14
11:58:15 109:15
11:58:19 109:16
11:58:23 109:17
11:58:24 109:18
11:58:26 109:19
11:58:28 109:20
11:58:30 109:21
11:58:34 109:22
11:58:37 109:23
11:58:45 109:24
11:58:47 109:25
11:58:51 110:1
11:58:57 110:2
11:59:00 110:3
11:59:03 110:4
11:59:09 110:5
11:59:15 110:6
11:59:19 110:7
11:59:25 110:8
11:59:32 110:9
11:59:37 110:10
11:59:40 110:11
11:59:44 110:12
11:59:52 110:13
11:59:55 110:14
11:59:59 110:15
12 50:24
12:00:03 110:16
12:00:05 110:17
12:00:08 110:18
12:00:15 110:19
12:00:20 110:20
12:00:23 110:21
12:00:30 110:22
12:00:34 110:23
12:00:56 110:24,25
12:00:59 111:1
12:01:07 111:2
12:01:11 111:3
12:01:15 111:4
12:01:19 111:5
12:01:25 111:6
12:01:28 111:7
12:01:32 111:8
12:01:39 111:9
12:01:40 111:10

| | | | |
|---|---|---|---|
| **12:01:43** 111:11 | **12:05:36** 113:10 | **12:08:44** 115:7 | **12:12:54** 117:5 |
| **12:01:48** 111:12 | **12:05:38** 113:11 | **12:08:46** 115:8 | **12:12:57** 117:6 |
| **12:01:53** 111:13 | **12:05:41** 113:12 | **12:08:59** 115:9 | **12:13:01** 117:7 |
| **12:01:58** 111:14 | **12:05:44** 113:13 | **12:09:03** 115:10 | **12:13:06** 117:8 |
| **12:02:00** 111:15 | **12:05:51** 113:14 | **12:09:05** 115:11 | **12:13:12** 117:9 |
| **12:02:02** 111:16 | **12:05:54** 113:15 | **12:09:07** 115:12 | **12:13:14** 117:10 |
| **12:02:03** 111:17 | **12:05:58** 113:16 | **12:09:12** 115:13 | **12:13:19** 117:11 |
| **12:02:05** 111:18,19 | **12:05:59** 113:17 | **12:09:15** 115:14 | **12:13:24** 117:12 |
| **12:02:08** 111:20 | **12:06:03** 113:18 | **12:09:20** 115:15 | **12:13:25** 117:13,14 |
| **12:02:10** 111:21 | **12:06:08** 113:19 | **12:09:25** 115:16 | **12:13:29** 117:15 |
| **12:02:13** 111:22 | **12:06:10** 113:20 | **12:09:30** 115:17 | **12:13:32** 117:16 |
| **12:02:17** 111:23 | **12:06:13** 113:21 | **12:09:45** 115:18 | **12:13:35** 117:17 |
| **12:02:21** 111:24 | **12:06:16** 113:22 | **12:09:51** 115:19 | **12:13:41** 117:18 |
| **12:02:24** 111:25 112:1 | **12:06:20** 113:23 | **12:09:53** 115:20 | **12:13:44** 117:19 |
| **12:02:27** 112:2 | **12:06:23** 113:24 | **12:09:55** 115:21 | **12:13:50** 117:20 |
| **12:02:28** 112:3 | **12:06:25** 113:25 | **12:10:12** 115:22 | **12:13:52** 117:21 |
| **12:02:29** 112:4 | **12:06:29** 114:1 | **12:10:26** 115:23 | **12:13:56** 117:22 |
| **12:02:31** 112:5 | **12:06:30** 114:2 | **12:10:30** 115:24 | **12:13:59** 117:23 |
| **12:02:33** 112:6 | **12:06:32** 114:3 | **12:10:33** 115:25 | **12:14:04** 117:24 |
| **12:02:35** 112:7 | **12:06:34** 114:4 | **12:10:37** 116:1 | **12:14:08** 117:25 |
| **12:02:38** 112:8 | **12:06:45** 114:5 | **12:10:38** 116:2 | **12:14:11** 118:1 |
| **12:02:42** 112:9 | **12:06:50** 114:6 | **12:10:44** 116:3 | **12:14:12** 118:2 |
| **12:02:46** 112:10 | **12:06:53** 114:7 | **12:10:48** 116:4 | **12:14:14** 118:3 |
| **12:02:51** 112:11 | **12:06:56** 114:8 | **12:10:50** 116:5,6 | **12:14:17** 118:4 |
| **12:02:54** 112:12 | **12:07:00** 114:9 | **12:10:54** 116:7 | **12:14:18** 118:5 |
| **12:02:57** 112:13 | **12:07:02** 114:10 | **12:10:57** 116:8 | **12:14:21** 118:6 |
| **12:03:46** 112:14 | **12:07:04** 114:11 | **12:11:19** 116:9 | **12:14:24** 118:7 |
| **12:03:47** 112:15 | **12:07:06** 114:12 | **12:11:21** 116:10 | **12:14:29** 118:8 |
| **12:03:50** 112:16 | **12:07:08** 114:13 | **12:11:25** 116:11 | **12:14:36** 118:9 |
| **12:03:51** 112:17 | **12:07:11** 114:14 | **12:11:26** 116:12 | **12:14:42** 118:10 |
| **12:03:55** 112:18 | **12:07:13** 114:15 | **12:11:27** 116:13 | **12:14:45** 118:11 |
| **12:04:32** 112:19 | **12:07:15** 114:16 | **12:12:06** 116:14 | **12:14:50** 118:12 |
| **12:04:37** 112:20 | **12:07:19** 114:17 | **12:12:10** 116:15 | **12:14:53** 118:13 |
| **12:04:46** 112:21 | **12:07:22** 114:18 | **12:12:14** 116:16 | **12:14:57** 118:14 |
| **12:04:52** 112:22 | **12:07:25** 114:19 | **12:12:18** 116:17 | **12:15:01** 118:15 |
| **12:04:58** 112:23 | **12:07:26** 114:20 | **12:12:21** 116:18 | **12:15:05** 118:16 |
| **12:05:01** 112:24 | **12:07:30** 114:21 | **12:12:25** 116:19 | **12:15:07** 118:17 |
| **12:05:05** 112:25 | **12:07:33** 114:22 | **12:12:26** 116:20 | **12:15:14** 118:18 |
| **12:05:07** 113:1 | **12:07:35** 114:23 | **12:12:28** 116:21 | **12:15:17** 118:19 |
| **12:05:11** 113:2 | **12:07:37** 114:24 | **12:12:31** 116:22 | **12:15:18** 118:20 |
| **12:05:13** 113:3 | **12:07:39** 114:25 | **12:12:35** 116:23 | **12:15:22** 118:21,22 |
| **12:05:18** 113:4 | **12:07:41** 115:1 | **12:12:38** 116:24 | **12:15:23** 118:23 |
| **12:05:19** 113:5 | **12:07:44** 115:2 | **12:12:41** 116:25 | **12:15:27** 118:24 |
| **12:05:21** 113:6 | **12:08:24** 115:3 | **12:12:42** 117:1 | **12:15:28** 118:25 |
| **12:05:23** 113:7 | **12:08:27** 115:4 | **12:12:45** 117:2 | **12:15:29** 119:1 |
| **12:05:28** 113:8 | **12:08:31** 115:5 | **12:12:48** 117:3 | **12:15:30** 119:2 |
| **12:05:31** 113:9 | **12:08:36** 115:6 | **12:12:51** 117:4 | **12:15:34** 119:3 |

| | | | |
|---|---|---|---|
| **12:15:39** 119:4 | **12:18:19** 121:1 | **12:21:43** 122:25 | **12:24:34** 124:25 |
| **12:15:42** 119:5 | **12:18:33** 121:2,3 | **12:21:46** 123:1 | **12:24:37** 125:1 |
| **12:15:45** 119:6 | **12:18:37** 121:4 | **12:21:50** 123:2 | **12:24:40** 125:2 |
| **12:15:48** 119:7 | **12:18:41** 121:5 | **12:21:54** 123:3 | **12:24:46** 125:3 |
| **12:15:51** 119:8 | **12:18:44** 121:6 | **12:21:56** 123:4 | **12:24:49** 125:4 |
| **12:15:54** 119:9 | **12:18:46** 121:7 | **12:21:59** 123:5 | **12:24:52** 125:5 |
| **12:15:58** 119:10 | **12:18:50** 121:8 | **12:22:02** 123:6 | **12:24:57** 125:6 |
| **12:16:00** 119:11 | **12:18:53** 121:9 | **12:22:08** 123:7 | **12:25:05** 125:7 |
| **12:16:03** 119:12 | **12:18:55** 121:10 | **12:22:12** 123:8 | **12:25:07** 125:8 |
| **12:16:06** 119:13 | **12:19:00** 121:11 | **12:22:16** 123:9 | **12:25:13** 125:9 |
| **12:16:10** 119:14 | **12:19:05** 121:12 | **12:22:21** 123:10 | **12:25:15** 125:10 |
| **12:16:14** 119:15 | **12:19:07** 121:13 | **12:22:27** 123:11 | **12:25:16** 125:11 |
| **12:16:20** 119:16 | **12:19:10** 121:14 | **12:22:32** 123:12 | **12:25:18** 125:12 |
| **12:16:25** 119:17 | **12:19:11** 121:15 | **12:22:36** 123:13 | **12:25:19** 125:13,14 |
| **12:16:29** 119:18 | **12:19:18** 121:16 | **12:22:43** 123:14 | **12:25:26** 125:15 |
| **12:16:36** 119:19 | **12:19:19** 121:17 | **12:22:44** 123:15,16 | **12:25:28** 125:16 |
| **12:16:38** 119:20 | **12:19:21** 121:18 | **12:22:49** 123:17 | **12:25:32** 125:17 |
| **12:16:39** 119:21 | **12:19:24** 121:19 | **12:22:52** 123:18 | **12:25:37** 125:18 |
| **12:16:40** 119:22 | **12:19:26** 121:20 | **12:22:55** 123:19 | **12:25:38** 125:19 |
| **12:16:44** 119:23 | **12:19:29** 121:21 | **12:22:57** 123:20 | **12:25:39** 125:20 |
| **12:16:48** 119:24 | **12:19:45** 121:22 | **12:22:59** 123:21 | **12:25:42** 125:21 |
| **12:16:51** 119:25 | **12:19:49** 121:23 | **12:23:05** 123:22 | **12:25:47** 125:22 |
| **12:16:55** 120:1 | **12:20:02** 121:24 | **12:23:09** 123:23 | **12:25:50** 125:23 |
| **12:16:57** 120:2 | **12:20:03** 121:25 | **12:23:11** 123:24 | **12:25:52** 125:24 |
| **12:17:03** 120:3 | **12:20:05** 122:1 | **12:23:12** 123:25 | **12:25:55** 125:25 |
| **12:17:04** 120:4 | **12:20:16** 122:2 | **12:23:14** 124:1 | **12:25:57** 126:1 |
| **12:17:06** 120:5 | **12:20:20** 122:3 | **12:23:17** 124:2 | **12:25:58** 126:2 |
| **12:17:09** 120:6 | **12:20:24** 122:4 | **12:23:20** 124:3 | **12:25:59** 126:3 |
| **12:17:12** 120:7 | **12:20:35** 122:5 | **12:23:23** 124:4 | **12:26:01** 126:4 |
| **12:17:16** 120:8 | **12:20:39** 122:6 | **12:23:25** 124:5 | **12:26:02** 126:5 |
| **12:17:20** 120:9 | **12:20:42** 122:7 | **12:23:29** 124:6 | **12:26:03** 126:6 |
| **12:17:24** 120:10 | **12:20:45** 122:8 | **12:23:36** 124:7 | **12:26:13** 126:7 |
| **12:17:27** 120:11 | **12:20:49** 122:9 | **12:23:38** 124:8 | **12:26:27** 126:8 |
| **12:17:33** 120:12 | **12:20:52** 122:10 | **12:23:42** 124:9 | **12:26:29** 126:9 |
| **12:17:35** 120:13 | **12:20:55** 122:11 | **12:23:45** 124:10 | **12:26:35** 126:10 |
| **12:17:36** 120:14 | **12:21:03** 122:12 | **12:23:46** 124:11,12 | **12:26:38** 126:11 |
| **12:17:38** 120:15 | **12:21:06** 122:13,14 | **12:23:48** 124:13 | **12:27:06** 126:12 |
| **12:17:40** 120:16 | **12:21:10** 122:15 | **12:23:50** 124:14 | **12:27:08** 126:13 |
| **12:17:42** 120:17 | **12:21:12** 122:16 | **12:23:53** 124:15 | **12:27:14** 126:14 |
| **12:17:45** 120:18 | **12:21:14** 122:17 | **12:23:58** 124:16 | **12:27:16** 126:15 |
| **12:17:49** 120:19 | **12:21:16** 122:18 | **12:24:02** 124:17,18 | **12:27:18** 126:16 |
| **12:17:57** 120:20 | **12:21:21** 122:19 | **12:24:05** 124:19 | **12:27:22** 126:17 |
| **12:18:00** 120:21 | **12:21:27** 122:20 | **12:24:10** 124:20 | **12:27:24** 126:18 |
| **12:18:07** 120:22 | **12:21:31** 122:21 | **12:24:11** 124:21 | **12:27:27** 126:19 |
| **12:18:09** 120:23 | **12:21:34** 122:22 | **12:24:16** 124:22 | **12:27:31** 126:20 |
| **12:18:10** 120:24 | **12:21:36** 122:23 | **12:24:24** 124:23 | **12:27:33** 126:21 |
| **12:18:17** 120:25 | **12:21:40** 122:24 | **12:24:30** 124:24 | **12:27:45** 126:22 |

**12:27:47** 126:23
**12:27:53** 126:24
**12:27:58** 126:25
**12:28:03** 127:1
**12:28:07** 127:2
**12:28:08** 127:3
**12:28:10** 127:4,5
**12:28:17** 127:6
**12:28:19** 127:7
**12:28:21** 127:8
**12:28:26** 127:9
**12:28:30** 127:10
**12:28:35** 127:11
**12:28:39** 127:12
**12:28:43** 127:13
**12:28:48** 127:14
**12:28:50** 127:15
**12:28:53** 127:16
**12:28:56** 127:17
**12:29:00** 127:18
**12:29:07** 127:19
**12:29:11** 127:20
**12:29:15** 127:21
**12:29:17** 127:22
**12:29:21** 127:23
**12:29:22** 127:24
**12:29:24** 127:25
**12:29:25** 128:5
**12:29:26** 128:1
**12:29:27** 128:2
**12:29:31** 128:3
**12:29:34** 128:4
**12:29:39** 128:5,6,7,8
  129:1
**12:30** 127:22 128:7
**1200** 157:6
**129** 4:10
**13** 22:7
**13:18:38** 129:2,3
**13:18:59** 129:6
**13:19:04** 129:4
**13:19:07** 129:5
**13:19:10** 129:6
**13:19:15** 129:7,8,9,10
**13:19:20** 129:11,12,13
**13:19:23** 129:14
**13:19:25** 129:15

**13:19:30** 129:16
**13:19:33** 129:17
**13:19:36** 129:18
**13:19:38** 129:19
**13:19:41** 129:20
**13:19:42** 129:21
**13:19:49** 129:22
**13:19:52** 129:23
**13:19:56** 129:24
**13:19:58** 129:25
**13:20:04** 130:1
**13:20:13** 130:2
**13:20:18** 130:3
**13:20:33** 130:4
**13:20:39** 130:5
**13:20:43** 130:6
**13:20:47** 130:7
**13:20:56** 130:8
**13:21:01** 130:9
**13:21:23** 130:10
**13:21:25** 130:11
**13:21:27** 130:12
**13:21:29** 130:13
**13:21:32** 130:14
**13:21:40** 130:15
**13:21:43** 130:16
**13:21:45** 130:17
**13:21:50** 130:18
**13:22:03** 130:19
**13:22:04** 130:20
**13:22:06** 130:21
**13:22:07** 130:22
**13:22:08** 130:23
**13:22:39** 130:24
**13:22:40** 130:25
**13:22:42** 131:1
**13:22:47** 131:2
**13:22:50** 131:3
**13:22:54** 131:4
**13:22:57** 131:5
**13:23:00** 131:6
**13:23:04** 131:7
**13:23:06** 131:8
**13:23:09** 131:9
**13:23:10** 131:10
**13:23:11** 131:11
**13:23:12** 131:12

**13:23:16** 131:13
**13:23:20** 131:14
**13:23:22** 131:15
**13:23:25** 131:16,17
**13:23:28** 131:18
**13:23:37** 131:19
**13:23:40** 131:20
**13:23:46** 131:21
**13:23:49** 131:22
**13:23:53** 131:23
**13:24:02** 131:24
**13:24:06** 131:25
**13:24:09** 132:1
**13:24:12** 132:2
**13:24:16** 132:3
**13:24:18** 132:4
**13:24:19** 132:5
**13:24:21** 132:6
**13:24:26** 132:7,8
**13:24:30** 132:9
**13:24:34** 132:10
**13:24:37** 132:11
**13:24:39** 132:12,13
**13:24:42** 132:14
**13:24:46** 132:15
**13:24:48** 132:16
**13:24:51** 132:17
**13:24:54** 132:18
**13:24:56** 132:19
**13:25:03** 132:20
**13:25:07** 132:21
**13:25:16** 132:22
**13:25:19** 132:23
**13:25:22** 132:24
**13:25:25** 132:25
**13:25:28** 133:1
**13:25:32** 133:2
**13:25:34** 133:3
**13:25:38** 133:4
**13:25:44** 133:5
**13:25:47** 133:6
**13:25:52** 133:7
**13:26:01** 133:8
**13:26:09** 133:9
**13:26:15** 133:10
**13:26:25** 133:11
**13:26:26** 133:12

**13:26:29** 133:13
**13:26:32** 133:14
**13:26:35** 133:15
**13:26:39** 133:16
**13:26:45** 133:17
**13:26:46** 133:18
**13:26:48** 133:19
**13:26:51** 133:20
**13:26:57** 133:21
**13:26:59** 133:22
**13:27:03** 133:23
**13:27:15** 133:24
**13:27:16** 133:25
**13:27:18** 134:1
**13:27:21** 134:2
**13:27:27** 134:3
**13:27:29** 134:4,5
**13:27:31** 134:6
**13:27:37** 134:7
**13:27:49** 134:8
**13:27:52** 134:9
**13:27:57** 134:10
**13:28:02** 134:11
**13:28:05** 134:12
**13:28:08** 134:13,14
**13:28:14** 134:15
**13:28:17** 134:16
**13:28:21** 134:17
**13:28:22** 134:18
**13:28:24** 134:19
**13:28:28** 134:20
**13:28:32** 134:21
**13:28:36** 134:22
**13:28:39** 134:23
**13:28:42** 134:24
**13:28:46** 134:25
**13:28:49** 135:1
**13:28:52** 135:2
**13:28:56** 135:3
**13:29:09** 135:4
**13:29:11** 135:5
**13:29:13** 135:6
**13:29:15** 135:7
**13:29:16** 135:8
**13:29:19** 135:9
**13:29:26** 135:10
**13:29:28** 135:11,12

| | | | |
|---|---|---|---|
| **13:29:32** 135:13 | **13:32:05** 137:10 | **13:35:15** 139:8 | **13:39:01** 141:8 |
| **13:29:35** 135:14 | **13:32:09** 137:11 | **13:35:29** 139:9 | **13:39:02** 141:9 |
| **13:29:37** 135:15 | **13:32:10** 137:12 | **13:35:32** 139:10 | **13:39:08** 141:10 |
| **13:29:45** 135:16 | **13:32:11** 137:13 | **13:35:38** 139:11 | **13:39:16** 141:11 |
| **13:29:50** 135:17 | **13:32:13** 137:14 | **13:35:41** 139:12 | **13:39:20** 141:12 |
| **13:29:52** 135:18 | **13:32:18** 137:15 | **13:35:45** 139:13 | **13:39:24** 141:13 |
| **13:29:55** 135:19 | **13:32:27** 137:16 | **13:35:48** 139:14 | **13:39:27** 141:14 |
| **13:30:00** 135:20 | **13:32:30** 137:17 | **13:35:52** 139:15 | **13:39:30** 141:15 |
| **13:30:03** 135:21 | **13:32:33** 137:18 | **13:35:56** 139:16 | **13:39:32** 141:16 |
| **13:30:06** 135:22 | **13:32:37** 137:19 | **13:35:58** 139:17 | **13:39:34** 141:17 |
| **13:30:09** 135:23 | **13:32:42** 137:20 | **13:36:00** 139:18,19,20 | **13:39:41** 141:18 |
| **13:30:10** 135:24 | **13:32:45** 137:21 | **13:36:05** 139:21 | **13:39:46** 141:19 |
| **13:30:13** 135:25 | **13:32:49** 137:22 | **13:36:07** 139:22 | **13:39:51** 141:20 |
| **13:30:16** 136:1 | **13:32:52** 137:23 | **13:36:12** 139:23 | **13:39:54** 141:21 |
| **13:30:24** 136:2 | **13:32:58** 137:24 | **13:36:16** 139:24 | **13:39:56** 141:22 |
| **13:30:27** 136:3 | **13:33:04** 137:25 | **13:36:19** 139:25 | **13:39:59** 141:23 |
| **13:30:30** 136:4 | **13:33:07** 138:1 | **13:36:24** 140:1 | **13:40:03** 141:24 |
| **13:30:33** 136:5 | **13:33:19** 138:2 | **13:36:27** 140:2 | **13:40:07** 141:25 |
| **13:30:34** 136:6 | **13:33:20** 138:3 | **13:36:30** 140:3 | **13:40:08** 142:1 |
| **13:30:36** 136:7 | **13:33:30** 138:4 | **13:36:35** 140:4 | **13:40:11** 142:2 |
| **13:30:37** 136:8 | **13:33:32** 138:5 | **13:36:38** 140:5 | **13:40:14** 142:3 |
| **13:30:39** 136:9 | **13:33:40** 138:6 | **13:36:41** 140:6 | **13:40:17** 142:4 |
| **13:30:42** 136:10 | **13:33:46** 138:7 | **13:36:42** 140:7 | **13:40:20** 142:5 |
| **13:30:44** 136:11 | **13:33:49** 138:8 | **13:37:08** 140:8 | **13:40:25** 142:6 |
| **13:30:46** 136:12 | **13:33:52** 138:9 | **13:37:11** 140:9 | **13:40:26** 142:7 |
| **13:30:51** 136:13 | **13:33:55** 138:10 | **13:37:14** 140:10 | **13:40:30** 142:8 |
| **13:30:53** 136:14 | **13:33:58** 138:11 | **13:37:17** 140:11 | **13:40:34** 142:9 |
| **13:31:00** 136:15 | **13:34:02** 138:12 | **13:37:20** 140:12 | **13:40:37** 142:10 |
| **13:31:02** 136:16 | **13:34:06** 138:13 | **13:37:24** 140:13,14 | **13:40:43** 142:11 |
| **13:31:04** 136:17 | **13:34:09** 138:14 | **13:37:37** 140:15 | **13:40:46** 142:12 |
| **13:31:07** 136:18 | **13:34:13** 138:15 | **13:37:40** 140:16 | **13:40:51** 142:13 |
| **13:31:09** 136:19 | **13:34:27** 138:16 | **13:37:56** 140:17 | **13:40:55** 142:14 |
| **13:31:15** 136:20 | **13:34:32** 138:17 | **13:37:59** 140:18 | **13:40:58** 142:15 |
| **13:31:23** 136:21 | **13:34:35** 138:18 | **13:38:06** 140:19 | **13:41:00** 142:16 |
| **13:31:26** 136:22 | **13:34:38** 138:19 | **13:38:15** 140:20 | **13:41:03** 142:17 |
| **13:31:30** 136:23 | **13:34:39** 138:20 | **13:38:16** 140:21 | **13:41:06** 142:18 |
| **13:31:33** 136:24 | **13:34:40** 138:21 | **13:38:18** 140:22 | **13:41:08** 142:19 |
| **13:31:36** 136:25 | **13:34:43** 138:22 | **13:38:24** 140:23 | **13:41:12** 142:20 |
| **13:31:40** 137:1 | **13:34:46** 138:23 | **13:38:29** 140:24 | **13:41:20** 142:21 |
| **13:31:44** 137:2 | **13:34:49** 138:24 | **13:38:34** 140:25 | **13:41:21** 142:22 |
| **13:31:48** 137:3 | **13:34:51** 138:25 | **13:38:39** 141:1 | **13:41:33** 142:23 |
| **13:31:51** 137:4 | **13:34:52** 139:1 | **13:38:47** 141:2 | **13:41:36** 142:24 |
| **13:31:53** 137:5 | **13:34:53** 139:2 | **13:38:52** 141:3 | **13:41:43** 142:25 |
| **13:31:56** 137:6 | **13:34:57** 139:3 | **13:38:55** 141:4 | **13:41:48** 143:1 |
| **13:31:59** 137:7 | **13:34:59** 139:4,5 | **13:38:56** 141:5 | **13:41:50** 143:2 |
| **13:32:02** 137:8 | **13:35:01** 139:6 | **13:38:57** 141:6 | **13:41:54** 143:3 |
| **13:32:03** 137:9 | **13:35:08** 139:7 | **13:38:59** 141:7 | **13:42:01** 143:4 |

| | | | |
|---|---|---|---|
| **13:42:07** 143:5 | **13:50:07** 145:2 | **13:52:58** 147:7 | **13:55:32** 149:10 |
| **13:42:12** 143:6 | **13:50:11** 145:3 | **13:53:03** 147:8 | **13:55:36** 149:11 |
| **13:42:14** 143:7 | **13:50:15** 145:9 | **13:53:05** 147:9 | **13:55:40** 149:12 |
| **13:42:18** 143:8 | **13:50:18** 145:10 | **13:53:08** 147:10 | **13:55:44** 149:13 |
| **13:42:21** 143:9 | **13:50:20** 145:11 | **13:53:11** 147:11,12 | **13:55:48** 149:14 |
| **13:42:22** 143:10 | **13:50:26** 145:12 | **13:53:13** 147:13 | **13:55:51** 149:15,16 |
| **13:42:27** 143:11 | **13:50:46** 145:13 | **13:53:17** 147:14 | **13:55:54** 149:17 |
| **13:42:28** 143:12 | **13:50:49** 145:14 | **13:53:21** 147:15 | **13:55:56** 149:18 |
| **13:42:30** 143:13 | **13:50:52** 145:15 | **13:53:25** 147:16 | **13:55:59** 149:19 |
| **13:42:34** 143:14 | **13:50:53** 145:16,17 | **13:53:29** 147:17 | **13:56:03** 149:20 |
| **13:42:35** 143:15 | **13:50:56** 145:18 | **13:53:32** 147:18 | **13:56:06** 149:21 |
| **13:42:39** 143:16 | **13:51:00** 145:19 | **13:53:38** 147:19 | **13:56:08** 149:22 |
| **13:42:42** 143:17 | **13:51:02** 145:20 | **13:53:41** 147:20,21 | **13:56:12** 149:23 |
| **13:42:46** 143:18 | **13:51:08** 145:21 | **13:53:43** 147:22 | **13:56:20** 149:24 |
| **13:42:49** 143:19 | **13:51:12** 145:22 | **13:53:44** 147:23 | **13:56:24** 149:25 |
| **13:42:53** 143:20 | **13:51:13** 145:23 | **13:53:47** 147:24 | **13:56:27** 150:1 |
| **13:42:55** 143:21 | **13:51:14** 145:24 | **13:53:49** 147:25 | **13:56:33** 150:2 |
| **13:42:59** 143:22 | **13:51:19** 145:25 | **13:53:50** 148:1 | **13:56:36** 150:3 |
| **13:43:03** 143:23,24 | **13:51:22** 146:1 | **13:53:53** 148:2 | **13:56:40** 150:4 |
| **13:43:06** 143:25 | **13:51:26** 146:2,3 | **13:53:58** 148:3 | **13:56:45** 150:5 |
| **13:43:11** 144:1 | **13:51:27** 146:4 | **13:54:02** 148:4 | **13:56:46** 150:6 |
| **13:43:20** 144:2 | **13:51:30** 146:5 | **13:54:07** 148:5 | **13:56:49** 150:7 |
| **13:43:24** 144:3 | **13:51:33** 146:6 | **13:54:08** 148:6 | **13:56:54** 150:8 |
| **13:43:27** 144:4 | **13:51:38** 146:7 | **13:54:14** 148:7 | **13:57:00** 150:9 |
| **13:43:30** 144:5 | **13:51:46** 146:8 | **13:54:17** 148:8 | **13:57:05** 150:10 |
| **13:43:33** 144:6 | **13:51:50** 146:9 | **13:54:20** 148:9 | **13:57:08** 150:11 |
| **13:43:36** 144:7 | **13:51:54** 146:10 | **13:54:23** 148:10 | **13:57:11** 150:12 |
| **13:43:39** 144:8 | **13:51:58** 146:11 | **13:54:27** 148:11 | **13:57:14** 150:13 |
| **13:43:42** 144:9 | **13:52:01** 146:12 | **13:54:31** 148:12 | **13:57:21** 150:14 |
| **13:43:44** 144:10 | **13:52:03** 146:13 | **13:54:35** 148:13 | **13:57:26** 150:15 |
| **13:43:50** 144:11 | **13:52:04** 146:14 | **13:54:37** 148:14 | **13:57:30** 150:16 |
| **13:43:52** 144:12 | **13:52:06** 146:15 | **13:54:40** 148:15 | **13:57:33** 150:17 |
| **13:43:53** 144:13 | **13:52:09** 146:16 | **13:54:43** 148:16 | **13:57:34** 150:18 |
| **13:43:55** 144:14 | **13:52:11** 146:17 | **13:54:47** 148:17 | **13:57:35** 150:19 |
| **13:43:57** 144:15 | **13:52:14** 146:18 | **13:54:51** 148:18 | **13:57:38** 150:20 |
| **13:44:00** 144:16 | **13:52:18** 146:19 | **13:54:56** 148:19 | **13:57:41** 150:21 |
| **13:44:03** 144:17 | **13:52:23** 146:20 | **13:54:58** 148:20 | **13:57:42** 150:22 |
| **13:44:09** 144:18,24 | **13:52:32** 146:21 | **13:55:00** 148:21 | **13:57:43** 150:23 |
| **13:44:10** 144:19 | **13:52:34** 146:22 | **13:55:05** 148:22 | **13:57:45** 150:24 |
| **13:44:11** 144:20 | **13:52:35** 146:23 | **13:55:07** 148:23 | **13:57:48** 150:25 |
| **13:44:13** 144:21 | **13:52:39** 146:24 | **13:55:13** 148:24 | **13:57:50** 151:1 |
| **13:44:16** 144:22 | **13:52:43** 146:25 | **13:55:16** 148:25 | **13:57:53** 151:2 |
| **13:44:24** 144:23 | **13:52:44** 147:1 | **13:55:17** 149:1,2,3,4,5 | **13:57:57** 151:3 |
| **13:44:26** 144:24 | **13:52:49** 147:2 | **13:55:20** 149:6 | **13:57:59** 151:4 |
| **13:44:32** 144:25 | **13:52:52** 147:3,4 | **13:55:22** 149:7 | **13:58:02** 151:5 |
| **13:49:56** 145:1 | **13:52:54** 147:5 | **13:55:25** 149:8 | **13:58:05** 151:6 |
| **13:49:59** 145:3 | **13:52:56** 147:6 | **13:55:28** 149:9 | **13:58:08** 151:7 |

**13:58:09** 151:8,9
**13:58:11** 151:10
**13:58:14** 151:11
**13:58:15** 151:12
**13:58:25** 151:13
**13:58:26** 151:14
**13:58:27** 151:15
**13:58:30** 151:16
**13:58:33** 151:17
**13:58:37** 151:18
**13:58:41** 151:19
**13:58:43** 151:20
**13:58:45** 151:21
**13:58:46** 151:22
**13:58:48** 151:23
**13:58:50** 151:24
**13:58:51** 151:25
**13:58:53** 152:1
**13:58:57** 152:2
**13:59:02** 152:3
**13:59:05** 152:4
**13:59:08** 152:5
**13:59:11** 152:6
**13:59:14** 152:7
**13:59:17** 152:8
**13:59:19** 152:9
**13:59:24** 152:10
**13:59:25** 152:11
**13:59:28** 152:12
**13:59:29** 152:13
**13:59:30** 152:14
**13:59:32** 152:15
**13:59:35** 152:16
**13:59:40** 152:17
**13:59:43** 152:18
**13:59:47** 152:19
**13:59:51** 152:20
**13:59:54** 152:21
**13:59:57** 152:22
**14th** 74:11
**14:00:00** 152:23
**14:00:06** 152:24
**14:00:11** 152:25
**14:00:14** 153:1
**14:00:19** 153:2
**14:00:23** 153:3
**14:00:24** 153:4,5

**14:00:26** 153:6
**14:00:29** 153:7
**14:00:31** 153:8
**14:00:35** 153:9
**14:00:37** 153:10
**14:00:40** 153:11
**14:00:43** 153:12
**14:00:47** 153:13
**14:00:50** 153:14
**14:00:53** 153:15
**14:00:55** 153:16
**14:00:59** 153:17
**14:01:02** 153:18
**14:01:06** 153:19,20
**14:01:08** 153:21
**14:01:11** 153:22
**14:01:12** 153:23
**14:01:14** 153:24
**14:01:17** 153:25
**14:01:21** 154:1
**14:01:24** 154:2
**14:01:26** 154:3
**14:01:28** 154:4
**14:01:29** 154:5
**14:01:33** 154:6
**14:01:37** 154:7
**14:01:40** 154:8
**14:01:45** 154:9
**14:01:50** 154:10
**14:01:51** 154:11
**14:01:54** 154:12
**14:01:57** 154:13
**14:02:00** 154:14
**14:02:03** 154:15
**14:02:07** 154:16
**14:02:09** 154:17
**14:02:10** 154:18
**14:02:14** 154:19
**14:02:15** 154:20
**14:02:20** 154:21
**14:02:21** 154:22
**14:02:23** 154:23
**14:02:25** 154:24
**14:02:29** 154:25
**14:02:31** 155:1
**14:02:35** 155:2
**14:02:36** 155:3

**14:02:38** 155:4
**14:02:41** 155:5,6
**14:02:43** 155:7
**14:02:45** 155:8
**14:02:49** 155:9
**14:02:50** 155:10
**14:02:52** 155:11
**14:02:55** 155:12
**14:02:57** 155:13
**14:03:00** 155:14
**14:03:02** 155:15
**14:03:04** 155:16,17
**14:03:05** 155:18
**14:03:08** 155:19
**14:03:10** 155:20
**14:03:16** 155:21
**14:03:22** 155:22
**14:03:25** 155:23
**14:03:29** 155:24
**14:03:31** 155:25
**14:03:35** 156:1
**14:03:39** 156:2
**14:03:42** 156:3
**14:03:45** 156:4
**14:03:50** 156:5
**14:03:53** 156:6,7
**14:03:56** 156:8
**14:03:59** 156:9
**14:04:02** 156:10,11
**14:04:03** 156:12
**14:04:04** 156:13
**14:04:10** 156:14
**14:04:16** 156:15
**14:04:18** 156:16
**14:04:19** 156:17
**14:04:20** 156:18,19
**14:04:21** 156:20
**14:04:24** 156:21
**14:04:28** 156:22
**14:04:31** 156:23
**14:04:34** 156:24
**14:04:37** 156:25
**14:04:41** 157:1
**14:04:44** 157:2
**14:04:47** 157:3
**14:04:52** 157:4
**14:04:55** 157:5

**14:04:58** 157:6
**14:05:00** 157:7
**14:05:02** 157:8
**14:05:07** 157:9
**14:05:10** 157:10
**14:05:11** 157:11
**14:05:13** 157:12
**14:05:17** 157:13
**14:05:20** 157:14,15
**14:05:21** 157:16
**14:05:23** 157:17
**14:05:24** 157:18
**14:05:28** 157:19
**14:05:33** 157:20
**14:05:37** 157:21
**14:05:41** 157:22
**14:05:45** 157:23
**14:05:46** 157:24
**14:05:47** 157:25 158:1
**14:05:49** 158:2
**14:05:54** 158:3
**14:05:56** 158:4
**14:05:59** 158:5
**14:06:02** 158:6
**14:06:07** 158:7
**145** 4:6
**149** 4:7
**16** 138:3
**17** 50:11
**17th** 64:8,21 65:16
  132:20
**170** 82:25
**18** 143:22 144:11

---
**2**

**2** 1:9 5:6 50:23 51:6 53:9
  58:4 63:3,4,5,8,11 77:8
  77:9 107:17,18 108:6
  108:10 127:19 129:13
  143:16 145:11
**20001** 3:16 6:10
**2003** 140:22 141:5,6,16
  141:19,22,23
**2004** 141:18,19,20,22,24
  142:10
**2005** 41:21,22 54:1 67:23
  71:12 97:13 99:1 142:7

**2006** 10:13 13:17,22 15:7
   15:15 19:8,11 66:25
   69:20 97:15 143:11,15
   143:23
**2007** 42:15 50:24 94:14
   97:1,16 98:2,8 99:1,22
   104:1 143:17
**2008** 24:1 74:21 98:11,17
   99:2,23,25 100:5
   107:11 121:23 144:11
**2009** 2:3,5 6:5 9:21 70:7
   70:12 74:14 99:16
   139:12
**2010** 160:19
**202.346.4000** 3:17
**222** 53:9 132:2
**223960** 2:11
**2300** 34:5,17
**24** 2:3,5 6:5
**25** 26:4,5 32:16
**26** 112:16 139:9,22
**29** 54:1 67:23
**29th** 71:6,12

---
**3**

**3** 5:7 58:19 69:4 70:5,7,8
   70:12 107:16 127:20
**3:00** 71:13
**31** 9:20 160:19
**31st** 74:13
**32,000** 110:8
**33** 113:12
**34** 112:20,22 115:8,17
   121:1
**38** 98:22 99:11

---
**4**

**4** 5:8 50:12 74:23,24
   100:6,9 103:25 106:23
   107:24,25 116:10
   121:22
**4:00** 71:5
**4:05** 158:10
**4:05:52** 158:7
**40** 89:19,21 109:13
   115:18 118:8 119:5,14
   131:3 152:1

**44** 131:7,8
**45** 70:11,25
**47** 27 32:4 100:7 139:15
   139:20 142:25
**48** 58:18 60:16

---
**5**

**5** 48:19
**5.1** 75:10,11 78:21
**5.2** 78:23 80:8 81:3
**5.3** 122:2,5
**5:00** 66:12 67:22 71:5
   110:16,23
**50** 58:1 61:7 62:18 63:8
   70:11 71:3 72:5 145:12
**500** 153:18
**504.581.6180** 3:8
**51** 5:6
**52** 71:2
**53** 65:22 71:10
**54** 69:3
**56** 72:5

---
**6**

**6** 21:3 26:3,18
**6:00** 110:23
**63** 103:25 105:9
**633** 8:5
**65** 109:3,6,7 110:21
**66** 109:25
**67** 130:3
**68** 48:11
**69** 48:11 75:6

---
**7**

**7** 4:5 26:20 44:8 102:16
**7:00** 72:7 110:7,12
   113:18 129:25
**7:30** 69:7 104:23 113:9
   113:16,18 129:25
**70** 5:7 78:24
**70113** 3:7
**70808** 8:6
**71** 75:9 78:21 86:1
**72** 75:11
**73** 80:2,8
**74** 5:8
**76** 83:25

---
**8**

**8** 79:13
**8:00** 72:8 110:10 120:11
**8:30** 110:9,10,15 120:2
   120:11,15,18 131:1
**80** 53:4 130:23
**82** 108:12 121:23,25
**821** 3:6
**83** 125:7
**84** 108:8 109:8
**85** 108:5,6,12
**88** 81:11,16,18

---
**9**

**9** 5:5 51:24
**9:00** 120:2
**9:11** 2:6
**9:11:57** 6:6
**90** 105:13 106:13,16,17
   112:25 114:5 115:19,21
   133:7,13 149:23
**90/10** 117:8,19 154:24
**901** 2:7 3:15 6:8
**911** 60:5,20,23