# EXHIBIT 2

CV of D. Philip Skaer



# D. PHILIP SKAER II

## CONSULTANT TO THE CORDAGE INDUSTRY

### EXPERT WITNESS ON SYNTHETIC AND NATURAL FIBER ROPES
### ROPE TESTING AND INSPECTION

EXPERIENCE

ROPETECH, INC., AUSTIN, TX
PRESIDENT (1994 TO PRESENT)
CONSULTANT TO THE ROPE INDUSTRY FOR PRODUCTS, FIBERS, MACHINERY, ROPE SPECIFICATIONS AND DESIGN, INCLUDING TESTING.

WALL INDUSTRIES, INC., BEVERLY, NJ AND GRANITE QUARRY, NC
PRESIDENT (1982-1994)
NATION'S OLDEST MANUFACTURER OF TWISTED AND BRAIDED ROPES, CLIMBING BELTS, HARNESSES AND BRAIDED SLINGS

JACKSON ROPE COMPANY   READING, PA
VICE PRESIDENT AND GENERAL MANAGER
MANUFACTURER OF SYNTHETIC ROPE FOR MARINE, UTILITY AND GOVERNMENT MARKETS

BRODERICK AND BASCOM ROPE COMPANY, ST. LOUIS, MO
GENERAL SALES MANAGER   MANUFACTURER OF ALL TYPES OF STEEL WIRE ROPES

EXHIBIT 2

## EDUCATION

HAMILTON COLLEGE, CLINTON, NY
B.A.  GEOLOGY AND POLITICAL SCIENCE

UNITED STATES NAVAL POST GRADUATE SCHOOL, MONTEREY, CA
METEOROLOGICAL OFFICER IN THE FAR EAST

## INDUSTRY AFFILIATIONS AND ACCOMPLISHMENTS

PRESIDENT... THE CORDAGE INSTITUTE...(1993-1995) THE ROPE INDUSTRY'S NORTH AMERICAN TRADE ASSOCIATION...BOARD MEMBER 14 YEARS, TECHNICAL COMMITTEE MEMBER 17 YEARS

LED REORGANIZATION OF CORDAGE INSTITUTE TECHNICAL COMMITTEE TO DEVELOP NEW ROPE SPECIFICATIONS AND ADDED HIGH-TECH MEMBERS TO THE ASSOCIATION

LOBBIED TO END TRADE INEQUITIES BY FOREIGN MANUFACTURERS DUE TO CUSTOMS LOOPHOLES AND WORKED TO ENACT ANTI-DUMPING LEGISLATION

ESTABLISHED NEW BRAIDED ROPE DIVISION AT WALL, INCLUDING SPECIFICATIONS AND PURCHASE OF MACHINERY FROM GERMANY

ACQUIRED AN ARBORIST AND SAFETY PRODUCTS DIVISION FOR WALL AND INCREASED THOSE SALES THREEFOLD. BRAIDED BELTS, HARNESSES SLINGS AND ASSEMBLIES

RELOCATED THREE TEXTILE PLANTS...DETERMINED SITE AND AREA...NEGOTIATED INCENTIVES AT THE STATE AND LOCAL LEVELS

DESIGN AND TEST ROPES FOR VARIOUS MARKETS

TECHNICAL MEMBERSHIP IN THE CORDAGE INSTITUTE



# D. PHILIP SKAER II

RECENT LITGATION OVERVIEW

1. DEPOSITIONS

A. Delbert Ross, Plaintiff v. Wellington Leisure Products, Inc., U.M.I. Imports, Inc. K-Mart Corp
B. Spoonts v. Frank W. Winne & Son, Inc., et al. Sash Cord Rope failure on Alaskan drilling rig.
C. Sharp v. Strongbuilt, Inc. Knot slipped on deer ladder application 2004
D. Petruzzi v. Penn Maritime 6in Hawser accident 2008

2. JURY TRIALS

A. Jos. Criscuolo v. Atlantic Container Lines, Cunard Line LTD, Turecamo Maritime Inc. Atlantic Container
   Lines as 3rd Party Plaintiffs in NJ
B. Sharp v. Stongbuilt in LA 2004
C. Petruzzi v. Penn Maritime in NYC 2008

3. OTHER LITIGATION

A. Harakal & Hoshino-Law Offices, Honolulu, Hawaii:   Boehm v. Phoenix Rope v. Gladding Civil
   # 98-0691(2) Expert witness for Gladding Rope-braided rope splice failure-parasail case
B. Jacobsen, Orr, Nelson, Wright & Lindstrom, P.C. Kearney, NE  Case # 8:99CV128
   James P. Groton v. Marlatt Machine Shop, Inc. Inspection of Manila rope failure
C. Saltz Mongeluzzi Barrett & Bendesky P.C. Philadelphia, PA  Delgado v. Nite Lite Company, et al.
   Determination of cause of injury from braided rope splice failure
D. DeOrchis, Walker & Corsa   New York, NY   Criscuolo v. Atlantic Container (see above)
E. Morrison & Heckler L.L.P.  Kansas City, MO  Finney v. UEC Equipment Co., and Asplundh Tree
   Expert Co. Braided rope failure on bucket truck

-2-                                                                June 16, 2009

F. Phelps Dunbar, L.L.P. Houston, TX Cause # 96-59878 Digicon Geophysical Corp v. American
   Manufacturing d/b/a Samson Ocean Systems and others. Seismic rope failure case
G. Forman Perry Watkins Krutz & Tardy, PLLC, Jackson, MS File # 970-0065D Douglas Cobb, Jr v.
   Samson Lehigh Cordage. Expert witness for Lehigh Cordage in braided rope application case
H. Nordstrom Steele Nicolette Jefferson Kenai, Alaska, Superior Court No.: 3AN-97-455 CI, Spoontz v. Frank W. Winne & Son Inc., et al. Witness for the plaintiff regarding failure of a Sash Cord
   Used on an Alaskan drilling rig.
I. Gust Rosenfeld P.L.C, Phoenix, AZ   St. Frances Xavier School-Jaramillo. Witness for defense.
   Injury to child during school tug of war.
J. Rathwell & Nizialek, P.C. The Woodlands, TX   Boney v. Interocean Rope failure and injury to
   Seaman on board ship. Witness for defense.
K. Parson Behle &Latimer, Salt Lake City, UT   D. Ross v. Wellington Leisure Products. Injury to
   Plaintiff in boating accident
L. Robert C. May Esq. Cause No. GN001633 John Peyton et al v. Wm. M. Blackwood Poly Swing
   injury to minor child- consultant for the plaintiff
M. Sharp Henry Cerniglia Colvin Weaver and Hymel New Orleans, LA personal injury- knot slipped in deer ladder application. Deposition and Trail. Docket # 21,253-B 7th JDC Catahoula Parish, LA Consultant for the Plaintiff. (see above)
N. Gardner Bond Trabolsi St. Louis & Clement PLLC Rope failure, seaman death. 3 in Dia H.S. PP 8 strand rope. Foss Tug v Dae Sung Rope Co. Foss failed to find cut strand prior to re-splicing and rope parted.
O. Kenny Stearns and Zonghetti- Petruzzi v. Penn Maritime in 2008; 8" Circ 8 strand rope broke under strain and mate on tug tried to cut it free under orders to stand back. (see above)
P. Locke Liddell & Sapp LLP No. 03-3842 L. A. Ruiz v Top Flight Steel and French Creek Productions. 3/16" dia. Technora 12 strand 5600# BS used on SRL cut on steel decking and worker fell to death.
Q. Rhea & Rodman, LLP Byron Davis v E-Z Sales and Wal-Mart Stores. 3/8" white PP 8 strand rope degraded in sunlight causing severe injury to hammock user
R. Sutterfield & Webb, L.L.C. Ingram Barge Co, etc.,USDC/EDLA No. 05-4419 & consolidated cases. This is an ongoing case. Large diameter rope holding barge broke during hurricane Katrina
S. Carpenter, Stout & Ransom, LTD in 2008; Estate of D. Desjarlais v Tower Solutions. Tower collapsed during setup exhibition causing death.
T. Stephan W. Hale ESQ   L. Allee v. Samson Ocean Systems Tree Climbing accident 2002
U. Boat Owners Association of the United States in 2004; Rope examination nylon mooring & anchors after boat losses from hurricane on East Coast

REFERENCES FOR D. PHILIP SKAER II

– 3 –                                                                 June 16, 2009

Major Cases:

1. Cary R. Wiener----DeOrchis, Walker & Corsa, LLP   NYC   212-344-4700

2. Daniel A. Webb----Sutterfield & Webb, LLC   New Orleans, LA 504-598-2715

3. Gino Zonghetti---- Kenny, Stearns & Zonghetti, LLC   NYC 212-422-6111

4. Jeff Jefferson----Nordstrom Steele Nicolette Jefferson   Kenai, Alaska   907-283-9187

5. Timothy W. Cerniglia---- Sharp Henry Cerniglia Colvin Weaver & Hymel   New Orleans, LA 504-586-1555