# EXHIBIT 4

Photographs of Remnants of Parted Ropes





EXHIBIT 4































