# EXHIBIT 5

Shipyard Supply, Inc Invoices

*****INVOICE*****

SOLD TO:                          SHIP TO:

LAFARGE CORP-NEW ORLEANS          LAFARGE CORP-NEW ORLEANS
2215 FRANCE STREET                2215 FRANCE STREET
NEW ORLEANS, LA      70117        NEW ORLEANS, LA      70117

| INVC$ | INVCE-DATE | SALESMAN | REQ-DATE | SHIP VIA | RGT PGE |
|-------|------------|----------|----------|----------|---------|
| 036695 | AUG 02 2005 | RJG |  | DELIVER |  |

| CUST$ | CUST PO NUMBER | DOC-REQ$ | STS | TERMS | FREIGHT TERMS FOB |
|-------|----------------|----------|-----|-------|-------------------|
| LAFNO | VERBAL NL. ED |  | 01 | NET 30 | PRE-PAY & AD |

| OR'D | SHIP | BROE | PRODUCT | UNIT DESCRIPTION | UNIT $ | EXTENDED |
|------|------|------|---------|-----------------|--------|----------|
| 1 | 1 | | EFF-200-MOORING ED.  3060000 | NL 2" X 720' BLUE MOORING LINE  FUEL SUR-CHARGE | 598.00 | 598.00  5.00 |

SUB-TOTAL AMOUNT                  603.00
SALES TAX                         54.27

TOTAL AMOUNT                      657.27

RECD _____  WE APPRECIATE YOUR BUSINESS

**EXHIBIT**

5



**SHIPYARD SUPPLY, LLC.**
2828 Lausat Street
Metairie, LA 70001
(504) 833-8345 • FAX (504) 833-8346
www.shipyardsupplyinc.com

Safety Supplies • Welding Supplies • Mill Supplies
Hose & Couplings • Sandblast & Paint Supplies
Valves & Pipe Fittings • Rope & Chain

*****INVOICE***** 025776

SOLD TO:                          SHIP TO:
LAFARGE CORP-NEW ORLEANS          LAFARGE CORP-NEW ORLEANS
2315 FRANCE STREET               2315 FRANCE STREET
NEW ORLEANS, LA      70117       NEW ORLEANS, LA .    70117

| INVCE# | INVCE-DATE | SALESMAN | REQ-DATE | SHIP VIA | WGHT PBE |
|--------|-----------|----------|----------|----------|----------|
| 025776 | JUN 30 2005 | MPC |  | DELIVER |  |

| CUST# | CUST PU NUMBER | DOC-REQ# | SUB TERMS | FREIGHT TRMS FOB |
|-------|----------------|----------|-----------|------------------|
| LAFNO | EDBUSH |  |  | PRE-PAY & AD |

| OR'D | SHIP | BKOR | PRODUCT | DESCRIPTION | UNIT $ | EXTENDED |
|------|------|------|---------|-------------|--------|----------|
| 4 | 4 | | SS-05 | EA WIRE ROPE SLING ... ER END W/ | 125.00 | 500.00 |
| 1 | 1 | | SS-02 5060000 | EA ... DECK MOORING ROPE | 597.00 | 597.00 |
| | | | | FUEL SUR-CHARGE | | 5.00 |

510.6514.100000.6000.S320
DATE 7/8/05 AMT 1201.18
GROUP ACCOUNT 61a001
TERMINAL MANAGER

|  |  |
|--|--|
| SUB-TOTAL AMOUNT | 1102.00 |
| SALES TAX | 99.18 |
| TOTAL AMOUNT | 1201.18 |

WE APPRECIATE YOUR BUSINESS

LNA000482



**SHIPYARD SUPPLY, LLC**
2828 Lausat Street
Metairie, LA 70001
(504) 833-8345 • FAX (504) 833-8346
www.shipyardsupplyinc.com

Safety Supplies • Welding Supplies • Mill Supplies
Hose & Couplings • Sandblast & Paint Supplies
Valves & Pipe Fittings • Rope & Chain

SOLD TO:
LAFARGE CORP-NEW ORLEANS
2315 FRANCE STREET
NEW ORLEANS, LA          70117

SHIP TO:
LAFARGE CORP-NEW ORLEANS
2315 FRANCE STREET
NEW ORLEANS, LA          70117

| ORDER DATE | SALESMAN | REQ DATE | SHIP VIA | WGHT PGE |
|---|---|---|---|---|
| JUN 29 2005 | | | DELIVER | |

CUST PO NUMBER          DOC REQ#          SUB TERMS          FREIGHT TRMS FOB
EDBUSH                                    NET 30            PRE-PAY & AD

| QR'D | SHIP | BKOR | PRODUCT | DESCRIPTION | UNIT $ | EXTENDED |
|---|---|---|---|---|---|---|
| 4 | 4 | | | 1/4 WIRE/ROPE SLING SPLD THIMBLE EYE EA END W/ DOM 7T HOOK ONE END | 125.00 | 500.00 |
| 1 | 1 | | 5W60000 | 2"X 200' BLUE MOORING ROPE FUEL SURCHARGE | 597.00 | 597.00 5.00 |

SUB-TOTAL AMOUNT          1102.00
SALES TAXES                 99.18

TOTAL AMOUNT          **LNA000483**          1201.18

WE APPRECIATE YOUR BUSINESS



**SHIPYARD SUPPLY, LLC**
2828 Lausat Street
Metairie, LA 70001
(504) 833-8345 • FAX (504) 833-8346
www.shipyardsupplyinc.com

Safety Supplies • Welding Supplies • Mill Supplies
Hose & Couplings • Sandblast & Paint Supplies
Valves & Pipe Fittings • Rope & Chain

*****INVOICE*****     025082

SOLD TO:                    SHIP TO:
    LAFARGE CORP-NEW ORLEANS        LAFARGE CORP-NEW ORLEANS
    2315 FRANCE STREET              2315 FRANCE STREET
    NEW ORLEANS, LA    70117        NEW ORLEANS, LA    70117

| INVCE# | INVCE-DATE | SALESMAN | REQ-DATE | SHIP VIA | | WGHT PGE |
|--------|-----------|----------|----------|----------|---|----------|
| 025082 | JUN 02 2005 | MPC | | DELIVER | | |

| CUST# | CUST PO NUMBER | DOC-REQ# | SUB TERMS | FREIGHT TRMS FOB | |
|-------|---------------|----------|-----------|------------------|---|
| LAFNO | EDD BUSH | | NET 30 | PRE-PAY & AD | |

| OR'D | SHIP | BKOR | PRODUCT | UNIT DESCRIPTION | UNIT $ | EXTENDED |
|------|------|------|---------|-----------------|--------|----------|
| 1 | 1 | | RPR-158-MOORING FR | 3/8 X 720' BLUE MOORING LINE-COLD EYE EA. END. | 416.50 | 416.50 |
| | | | 5060000 | FUEL SUR-CHARGE | | 5.00 |

510. 6514.100000.6000.S320
DATE 6/13/05  AMT $459.44
GROUP ACCOUNT 66.0913
TERMINAL MANAGER _____

| | | |
|---|---|---|
| SUB-TOTAL AMOUNT | | 421.50 |
| SALES TAX | | 37.94 |
| TOTAL AMOUNT | | 459.44 |

WE APPRECIATE YOUR BUSINESS

**LNA000484**