# EXHIBIT 7

LNA: Final Exhibit List

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Lafarge v. USA* 07-5178 | * * | JOSEPH C. WILKINSON, JR. |

### LAFARGE NORTH AMERICA'S FINAL EXHIBIT LIST

Pursuant to the Court's Case Management and Scheduling Order No. 5, entered September 18, 2007 (Docket No. 7724), Lafarge North America Inc. ("LNA") submits this final exhibit list for the initial trial currently scheduled for February 2010. LNA reserves all supplementation rights as provided in the Court's scheduling orders, the Federal Rules of Civil Procedure, and/or applicable case authority.

Exhibit List

1. Photos and video of the IHNC levee and floodwall before Hurricane Katrina, including that produced as LNA 000740, 009533-35.

2. Photos and video of the IHNC levee and floodwall after Hurricane Katrina, including photos of the northern and southern breaches in the eastern IHNC levee, scour trenching and gapping, including those produced as LNA 000739-759, 001136,

LIBW/1704223.2


EXHIBIT 7

42. Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, "A Failure of Initiative" (February 15, 2006), available at http://katrina.house.gov/full_katrina_report.htm

43. Special Report of the Committee on Homeland Security and Governmental Affairs, U.S. Senate, "Hurricane Katrina – A Nation Still Unprepared" (2006), available at http://www.gpoaccess.gov/serialset/creports/katrinanation.html

44. A. Graumann, T. Houston, J. Lawrimore, et al., NOAA's Climatic Data Center, "Hurricane Katrina: A Climatological Perspective, Updated August 2006, produced as LNA 009574-9601.

45. R. Knabb, J. Rhome & D. Brown, National Hurricane Center, Tropical Cyclone Report Hurricane Katrina 23-30 August 2005, Updated August 10, 2006, produced as LNA 010263.

46. R. Kayen, B. Collins & H. Gibbons, United States Geological Survey, *Soundwves*, "USGS Scientists Investigate New Orleans Levees Broken by Hurricane Katrina"

47. Photos of mooring ropes used to secure barges at LNA New Orleans Terminal during Hurricane Katrina

48. Mooring ropes used at LNA New Orleans Terminal during Hurricane Katrina, as previously made available to the plaintiffs for inspection

49. Tapes or transcripts of 911 emergency calls, available for inspection and copying at the offices of Chaffe McCall.

50. Hydrographs showing water levels in IHNC, including that produced as LNA 001390.

51. Line of Sight Survey performed by Gandolfo Kuhn, L.L.C., produced as LNA 010306-010313.

52. Nathaniel Bowditch, *The American Practical Navigator: An Epitome of Navigation*, including the passages produced as LNA 010216-10248,

53. U.S. Army Corps of Engineers documents, manuals, regulations, plans, and correspondence regarding the design, construction, maintenance, and upkeep of levees within the greater New Orleans area, include along the IHNC, MRGO, and GIWW, including those produced as LNA 004144-4383, 004403-4529, 004530-4779, 004780-4989, 004990-4996, 005007-5041, 005042-5374, 005375-5412.

54. U.S. Army Corps of Engineers documents, manuals, regulations, plans, and correspondence regarding the design, construction, maintenance, and upkeep navigational channels within the greater New Orleans area, include along the IHNC, MRGO, and GIWW, including those produced as LNA 004144-4383, 004403-4529,

LIBW/1704223.2