## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001



December 7, 2009

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Ashton R. O'Dwyer, Jr.
v. Louisiana, et al.
No. 09-6855
(Your No. 07-30349)

CV 05-4182-K

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 14, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 07-30349,  In Re: Katrina Canal, et al
        USDC No. 2:05-CV-4182
        USDC No. 2:06-CV-4389
        USDC No. 2:06-CV-5786
        USDC No. 2:06-CV-6099

Enclosed is a copy of the Supreme Court order denying certiorari.

CHARLES R. FULBRUGE III, Clerk

By: *Charlene A. Vogelaar*
Charlene A. Vogelaar, Deputy Clerk
504-310-7648