UNITED STATES DISTRICT COURT

FILED
US. DISTRICT COURT
EASTERN DISTRICT OF LOU

EASTERN DISTRICT OF LOUISIANA
PM 1:27

· LORETTA G. WHYTE
CLERK

ASHTON O'DWYER

VS.

BOARD OF COMMISSIONERS,
ETAL

NO. 05-4182
AND CONSOLIDATED
CASES

SECTION "K"

~~OCEAN OIL EXPORT WITNESS, INC.~~
~~VS.~~
~~ASHTON O'DWYER~~

~~NO. 07-3129~~

~~SECTION "B"~~

ASHTON O'DWYER'S
MOTION(S) TO PROCEED IN FORMA PAUPERIS
IN THE ABOVE-STYLED CASES,
AND INCORPORATED DECLARATIONS
UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. 1746
AND REASONS IN SUPPORT
OF MOTION(S)

Fee_____
Process_____
X Dktd_____
✓ CtRmDep._____
Doc. No._____

Comes Now Ashton R. O'Dwyer, Jr., Plaintiff in C.A. No. 05-4182 (and consolidated cases) and Defendant in C.A. No. 07-3129, and moves the Court for leave to proceed in forma pauperis in these cases and, alternatively, to defer the

③

payment of fees pending receipt of O'Dwyer's Social Security Benefits and Orders from the Bankruptcy Court in O'Dwyer's Chapter 11 proceeding, No. 09-12627 in the Eastern District Bankruptcy Court.



O'Dwyer represents to the Court as follows:

DO'Dwyer's appeals in Case Nos. 09-31040 and 09-31011 in the Fifth Circuit were recently

⑤

dismissed for want of prosecution, which referenced (a) O'Dwyer's non-payment of fees and (b) failure to request transcript(s).

2) O'Dwyer timely addressed both

(6)

issues in the Fifth
Circuit by (a) formally
advising the Fifth
Circuit that transcripts
had been ordered by
counsel for O'Dwyer's
co-appellants, James
Irvin of the Milling
Firm, and by

⑦

moving the 5th Cir-
cuit for leave to
proceed in forma
pauperis and to re-
instate his appeals
in Case Nos. 09-31040
and 09-31011.

3) However, O'Dwyer

⑧

was subsequently informed by Case Manager Allison Lopey of the 5th circuit that she had conferred with the clerk of the Eastern District, Loretta

9

Whyte, and that not-
withstanding the fact
that O'Dwyer is pre-
cluded from filing
ANYTHING in the East-
ern District EXCEPT
Notices of appeal in
his disbarrment
proceeding, he

(10)

should file his
pauper status
request in the
District Court, and
he now does so,

4) O'Dwyer also seeks
pauper status in

C.A. No. 07-3129 (No.
09-30829 in the Fifth
Circuit. Ms. Lopez's
instructions to file
in the District Court
apply to that case
as well.

5) The grounds for

(12)

O'Dwyer's motion (s)
to proceed in forma
pauperis are as
follows:

1) O'Dwyer is "broke",
impecunious and
has no cash flow;

2) O'Dwyer subsists on
an allowance of
$150 per week from

⑬

his 83 year-old Mother;

3) His monthly expenses are paid by his Mother (administered by his Sisters);

4) O'Dwyer has filed Chapter 11 proceeding (Case No. 09-12627 in the Eastern District

(14)

Bankrupty Court);

5) Although O'Dwyer will commence receiving Social Security Benifits sometime this month (December 2009), his Social Security checks will/must be deposit-ed in an escrow

(15).

account under the supervision of the Bankruptcy Court, and no money can be drawn from that account without an order from the Bankruptcy Court.

16

6) In short, O'Dwyer has no money and will have no money in the short term other than money controlled by the Bankruptcy Court.



⑰

Wherefore, O'Dwyer pray for and moves the court for leave to proceed in forma pauperis and, alternatively, to defer the payment of fees,

(18)

As an alternative to dismissing his appeals, pending Orders from the Bankruptcy Court,

O'Dwyer also avers that there are good

19

and valid grounds for his appeals in all 3 cases, which stem from, _enter_ _alia_, JUDICIAL CORRUPTION and ABUSE OF JUDICIAL POWER by at least two, and probably "more"

20

Federal Judges;
namely Duval
and Lemelle, both
of whom are the
subjects of Complaint(s)
of Judicial Misconduct
filed against them
by O'Dwyer in the



U.S. Court of Appeals
for the 5th Circuit.

The above and fore-
going is declared to
be true and correct
under penalty of
perjury pursuant
to 28 U.S.C. 1746

(22)

This 16th day of

December 2009, at

New Orleans, Louisiana.

ASHTON R. O'DWYER, JR.
IN PROPRIA PERSONA
6034 ST. CHARLES AVE,
NEW ORLEANS, LA. 70118
504. 450. 9014
AROD @ ODWYERLAW.
COM