# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

ASHTON O'DWYER                                CIVIL ACTION

versus                                        CASE NO. : 05-4182

BOARD OF COMMISSIONERS, ET AL                 SECTION: K (2)

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

IT IS ORDERED that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____
_____
_____

New Orleans, Louisiana, this _____ day of _____, 20_____.

_____
UNITED STATES MAGISTRATE JUDGE

____ Fee _____
____ Process _____
_X__ Dktd _____
_✓__ CtRmDep _____
____ Doc. No. _____