**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| | * |
| IN RE: KATRINA CANAL | * |
| BREACHES | |
| CONSOLIDATED LITIGATION | *   CIVIL ACTION |
| | * |
| | *   NO. 05-4182 |
| | *   and consolidated cases |
| PERTAINS TO: BARGE | * |
| | *   SECTION "K" (2) |
| *Boutte v. Lafarge*           **05-5531** | * |
| *Mumford v. Ingram*      **05-5724** | * |
| *Lagarde v. Lafarge*        **06-5342** | *   **JUDGE** |
| *Perry v. Ingram*             **06-6299** | *   **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*          **06-7516** | * |
| *Parfait Family v. USA*    **07-3500** | *   **MAGISTRATE** |
| *Weber v. Lafarge*           **08-4459** | *   **JOSEPH C. WILKINSON, JR.** |

<u>**EX PARTE MOTION FOR LEAVE TO SUPPLEMENT LAFARGE NORTH AMERICA
INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO
EXCLUDE TESTIMONY OF LNA'S EXPERT D. PHILLIP SKAER, II**</u>

Pursuant to Local Rule 7.3M, Defendant Lafarge North America Inc. ("LNA") hereby

moves the Court for leave to supplement its Memorandum in Opposition to Plaintiffs' Motion to

Exclude Testimony of LNA's Expert D. Phillip Skaer, II (Docket Entry 19491).  The

Memorandum was filed on December 18, 2009, however, due to user error on the part of the

filing attorney's support staff, Exhibit 6 (attached hereto) to the filing was inadvertently not

attached to the final submission of the Memorandum and supporting documents.

LNA's counsel acted diligently to ensure that service of the omitted exhibit was executed

on all counsel of record by electronically filing said exhibit via the Court's CM/ECF System as

soon as the omission was discovered on December 18, 2009.

Pursuant to Local Rule 7.4.1W, a memorandum in support of this motion for leave to

supplement is not required.

Wherefore, LNA respectfully requests that its Ex Parte Motion for Leave to Supplement its

Memorandum in Opposition to Plaintiffs' Motion to Exclude Testimony of LNA's Expert D.

Phillip Skaer, II, be granted.

Dated: December 22, 2009                    Respectfully submitted,

                                            Robert B. Fisher, Jr., T.A. (#5587)
                                            Derek A. Walker (#13175)
                                            **CHAFFE MCCALL, L.L.P.**
                                            2300 Energy Centre
                                            1100 Poydras Street
                                            New Orleans, LA  70163-2300
                                            Telephone:  (504) 585-7000
                                            Facsimile:  (504) 585-7075
                                            Fisher@chaffe.com

Walker@chaffe.com

/s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com


Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 22, 2009.

/s/ John D. Aldock