UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge* 08-4459 | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Having considered the *Ex Parte* Motion of Lafarge North America Inc. for Leave to Supplement its Memorandum in Opposition to Plaintiffs' Motion to Exclude Testimony of LNA's Expert D. Phillip Skaer, II, the Court finds that the motion is supported by good cause, and it is hereby ORDERED that the Motion of Lafarge North America Inc. for Leave to Supplement its Memorandum in Opposition to Plaintiffs' Motion to Exclude Testimony of LNA's Expert D. Phillip Skaer, II, is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE