UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL |
| *Benoit v. Lafarge*    06-7516 | * | JR. |
| *Parfait Family v. USA*    07-3500 | * | |
| *Lafarge v. USA*    07-5178 | * | |
| *Weber v. Lafarge*    08-4459 | * * * * | MAG. JOSEPH C. WILKINSON, JR. |

### *EX PARTE* MOTION FOR LEAVE TO FILE EXCESS PAGES IN REPLY TO OPPOSITION TO MOTION TO STRIKE, EXCLUDE AND/OR LIMIT TESTIMONY, OPINIONS, FINDINGS AND CONCLUSIONS OF WILLIAM JASON WEISS, Ph.D.

Now come Barge Plaintiffs, through undersigned, who respectfully move for Leave of Court to file a Reply Memorandum of fifteen (15) pages in length relative to the Barge Plaintiffs' *Motion To Strike, Exclude And/Or Limit Testimony, Opinions, Findings And Conclusions Of William Jason Weiss, Ph.D.*.

So moved, this 3oth day of December, 2009.

Respectfully submitted,

**\s\Brian A. Gilbert**
Brian A. Gilbert (21297)
Law Office Of Brian A. Gilbert, P.L.C.
Best Koeppel Traylor
2030 St. Charles Avenue

New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com
 bgilbert@bestkoeppel.com
Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN #180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com,
Dpollard@kpalawyers.com
Mbailey@kpalawyers.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
Wiedemann and Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180
Facsimile: 504-581-4336
e-mail: ldwiedemann@gmail.com
karlwied@bellsouth.net

Patrick J. Sanders (18741)
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Telephone: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 30th day of December, 2009.

/s/ Brian A. Gilbert