## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*      **05-5531** | * | |
| *Mumford v. Ingram*    **05-5724** | * | |
| *Lagarde v. Lafarge*    **06-5342** | * | **JUDGE** |
| *Perry v. Ingram*        **06-6299** | * | **STANWOOD R. DUVAL** |
| *Benoit v. Lafarge*      **06-7516** | * | **JR.** |
| *Parfait Family v. USA* **07-3500** | * | |
| *Lafarge v. USA*         **07-5178** | * | |
| *Weber v. Lafarge*      **08-4459** | * | **MAG.** |
| | * | **JOSEPH C. WILKINSON,  JR.** |
| | * | |
| | * | |

### ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO FILE EXCESS PAGES IN REPLY TO OPPOSITION TO MOTION TO STRIKE, EXCLUDE AND/OR LIMIT TESTIMONY, OPINIONS, FINDINGS AND CONCLUSIONS OF WILLIAM JASON WEISS, Ph.D.

Considering Barge Plaintiffs' *Ex Parte Motion For Leave To File Excess Pages In Reply To Opposition To Motion To Strike, Exclude And/Or Limit Testimony, Opinions, Findings And Conclusions Of William Jason Weiss, Ph.D.* it is hereby ORDERED that the Motion be, and is hereby, GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20___.

_____
HON. STANWOOD R. DUVAL, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 30th day of December, 2009.

/s/ Brian A. Gilbert