# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE Master Consolidated Complaint for Insurance SubGroup consolidating the following class actions:<br>    *Chehardy*, No. 06-1672<br>    *Chehardy*, No. 06-1673<br>    *Chehardy*, No. 06-1674<br>    *Abadie*, No. 06-5164<br>    *Maynard*, No. 06-11385<br>    *Imperial Trading*, No. 07-1303<br>    *Xavier*, No. 07-1304 | |

## MOTION TO DISMISS WITH PREJUDICE

Defendant, Metropolitan Casualty Insurance Company ("Metropolitan"), represents to this Court that Metropolitan has settled all claims asserted by any class representative or named plaintiff against it. As such, Metropolitan respectfully requests that this Court dismiss all claims against it, with prejudice.

149935

- 2 -

**WHEREFORE,** respectfully Metropolitan Casualty Insurance Company requests that this Court dismiss it from this action in its entirety.

Respectfully submitted:

/s/H. Minor Pipes, III
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
    Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Metropolitan Casualty
Insurance Company

## CERTIFICATE OF SERVICE

I certify that on December 30th, 2009, I electronically filed the foregoing motion with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. There are no manual recipients.

/s/H. Minor Pipes, III

149935