UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE Master Consolidated Complaint for Insurance SubGroup consolidating the following class actions:<br>　　*Chehardy*, No. 06-1672<br>　　*Chehardy*, No. 06-1673<br>　　*Chehardy*, No. 06-1674<br>　　*Abadie*, No. 06-5164<br>　　*Maynard*, No. 06-11385<br>　　*Imperial Trading*, No. 07-1303<br>　　*Xavier*, No. 07-1304 | |

## O R D E R

Considering the foregoing Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted against Metropolitan Casualty Insurance Company are **DISMISSED WITH PREJUDICE**, all parties to bear their own costs.

New Orleans, Louisiana, this _____ day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

149935