# EXHIBIT H

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | | CIVIL ACTION |
| CONSOLIDATED LITIGATION | | NO. 05-4182 |
| PERTAINS TO:  BARGES | | Consolidated |
| | | SECTION "K(2)" |
| Boutte v. Lafarge | 05-5531 | |
| Mumford v. Ingram | 05-5724 | JUDGE DUVAL |
| Lagarde v. Lafarge | 06-5342 | |
| Perry v. Ingram | 06-6299 | MAG. WILKINSON |
| Benoit v. Lafarge | 06-7516 | |
| Parfait Family v. USA | 07-3500 | |
| Lafarge v. USA | 07-5178 | |

      Deposition of ANDREW SARTIN, taken on Friday, April 11, 2008, at the law offices of Chaffe McCall, LLP., 2300 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163, commencing at 1:25 p.m., and concluding at 2:40 p.m.

1   gate.  Went on the front porch and everything.
2        Q.   To see about the weather?
3        A.   Uh-huh.
4        Q.   So you were on the front porch which
5   faced --
6        A.   Roman.
7        Q.   Right.  Facing in the direction of --
8        A.   Florida.
9        Q.   Florida.  Was the wind hitting you in
10  the face, or was it hitting you at the back?
11       A.   No.  No.  It was going like -- it was
12  going like on an angle like toward the lake at
13  first, like on an angle.
14       Q.   So sort of coming --
15       A.   Where I was standing on the porch, I
16  didn't get wet.  When I stand on the end of the
17  porch from that side, I'd get wet.
18       Q.   Coming from Chalmette?
19       A.   Yeah, like on an angle.
20       Q.   Maybe you can show me on the map.  If
21  this is Claiborne again.  This is the Industrial
22  Canal.  Here's Chalmette.
23       A.   It was going across like that, where
24  the arrow going across like that.
25       Q.   So the arrow was going in this

41

1   direction like this?
2       A.   Yeah.  Yeah.  Just like that.
3       Q.   So if I draw an arrow doing that, is
4   that accurate?
5       A.   No.  It was more on an angle.
6       Q.   So I can draw an angle sort of like
7   that?
8       A.   Yeah.
9       Q.   Tell me if --
10      A.   That's about good.
11      Q.   Is that about right?  That was the wind
12  direction --
13      A.   Yeah.
14      Q.   -- at some time early morning --
15      A.   That wind spin all the way back around
16  now.
17      Q.   Okay.  That's why I want to make sure
18  we're talking there about early morning Monday.
19      A.   Yeah.
20      Q.   Right.
21      A.   As I understand, the levee gave right
22  here.  And the wind was blowing.  See.  Like it
23  tore up coming through the intracoastal canal
24  before it tore up by us.
25      Q.   Okay.  I'm not sure I understood that.

                                                                    42

1      A.   All right.  See, like this is Florida.
2  I mean, this is Jourdan.
3      Q.   All right.
4      A.   This is the Florida wall.  This would
5  be -- the intracoastal would be somewhere over
6  here.
7      Q.   All right.
8      A.   All right.  The wind was blowing like
9  on an angle to push the water like through the
10 intracoastal like that.
11     Q.   At this time when you --
12     A.   That was early that morning, early
13 morning.  Because what I was really scared about
14 is the tree.  I thought the tree was going to
15 fall on the back of the house.  That's what I
16 tried to keep watching, the tree.
17     Q.   You had a tree in the back of your
18 house?
19     A.   Uh-huh.
20     Q.   Which is facing Claiborne Avenue?
21     A.   Yeah.  The back of the house, yeah.
22     Q.   You thought that the wind was going to
23 push that tree down --
24     A.   Yeah.
25     Q.   -- towards the house basically?

1   A.   Yeah.  Because the wind was on an
2   angle.  Same angle I gave.
3   Q.   All right.  So the sun started coming
4   up.  What did you do after you went out and saw
5   the weather?
6   A.   It had broke a little bit, but the sun
7   never really came up bright, bright, you know.
8   It just -- the daylight came.
9   Q.   Right.
10  A.   That's all.  And by the time the
11  daylight really came, that's when the rain
12  really came with it.  And everything broke loose
13  from there.
14  Q.   All right.  Tell me what broke loose in
15  terms of what did you see, what did you hear,
16  and what did you do?  So you're out there.  It's
17  raining, and you see this --
18  A.   By then -- by then on the front porch
19  it scared me so bad, you know.  I'm looking at
20  the tree almost laying down.  It's scary.  You
21  ain't never been in one.
22  Q.   Because of the wind you're saying?
23  A.   Man, that wind was blowing.  You see
24  trees flying in the air.  Like I got on the side
25  porch, by then I had Freddie over there with me

66

1      A.   No.  I didn't -- I didn't go -- I
2  didn't go down in there.  I didn't go down in
3  there.
4      Q.   Okay.
5      A.   I was like on this end.  I ain't come
6  back down.  That Ernest, he had a boat in the
7  water too.
8      Q.   All Night Shorty?
9      A.   All Night Shorty.  He was back there
10 saving people on that end.  That's where he
11 lived there at.  He was -- he got neighbors back
12 there.  I was getting the people I could get
13 this way, what I could get first.
14     Q.   When did you first see the barge?  Was
15 it still while you were rescuing people or was
16 it days later?
17     A.   I don't know.  It was days later before
18 I saw the barge.  You know something about that
19 barge?  Whenever I went to the bridge, I was so
20 messed up I don't remember seeing it.  I don't
21 remember looking over there.  I'm serious.  I
22 don't remember looking over there.  By the time
23 I got ready to go, honest truth, I didn't see
24 that barge until I got back.
25     Q.   After the evacuation?