# EXHIBIT I

MICHAEL BICKHAM                                      May 4, 2009

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION

                               * NO. 05-4182

PERTAINS TO: BARGES            * Consolidated

                               * SECTION "K(2)"

Boutte v. Lafarge       05-5531 *

Mumford v. Ingram       05-5724 * JUDGE DUVAL

Lagarde v. Lafarge      06-5342 *

Perry v. Ingram         06-6299 * MAG. WILKINSON

Benoit v. Lafarge       06-7516 *

Parfait Family v. USA   07-3500 *

Lafarge v. USA          07-5178 *

    *   *   *   *   *   *   *   *   *   *   *


        Deposition of MICHAEL ANTHONY BICKHAM,

given at Chaffe McCall, LLP, 2300 Energy

Centre, 1100 Poydras Street, New Orleans,

Louisiana 70163-2300, on May 4th, 2009.



REPORTER BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005

MICHAEL BICKHAM                                    May 4, 2009

53

1    started to rise on the canal.  We was joking

2    about how it was popping on the wall.  We would

3    see it coming over, but the wall was containing

4    it from the winds.

5         Q.    Okay.  Let me stop you there.  So you

6    and Charles walk to the levee.

7         A.    No.  We walked from Prieur -- from

8    Deslonde and Prieur to Johnson and Deslonde.

9    N. Johnson.

10        Q.    All right.

11        A.    Same street, one block down.

12   N. Johnson is a dead end coming from Tennessee,

13   but you can reach it from Jourdan Avenue.  My

14   daughter owned her house one block away, and we

15   was walking down there.  My stepdaughter

16   Thomekia.  This area --

17        Q.    Oh, I see it.  This is N. Johnson

18   here.  I'm sorry.  So you walked down Deslonde

19   to N. Johnson?

20        A.    Toward N. Johnson.

21        Q.    Right.

22        A.    And when you get here, you can see the

23   wall of Jourdan Avenue.

24        Q.    When you got to the corner of Prieur

25   and Deslonde?

MICHAEL BICKHAM                                      May 4, 2009

54

1        A.    And you can see the wall.  The wall

2   was up on the levee.  And we're sitting there

3   watching as the wind blew the water against the

4   wall.  And very little water was coming over

5   that wall.

6        Q.    Got you.  Okay.  Did you ever get any

7   closer to the levee than the corner of Deslonde

8   and N. Prieur?

9        A.    No.

10       Q.    Okay.  So if I put an arrow going down

11   N. Prieur, that's where you were, where you

12   looked towards the levee and saw what you

13   described.

14       A.    Yeah.

15       Q.    Okay.  So let's put an arrow.  And

16   that's where you and Charles looked down and

17   saw that.

18       A.    Yes.

19       Q.    Okay.  Around what time was that?  And

20   I realize you don't -- you're not waring a

21   watch or anything like that.

22       A.    I can't.  And they had already turned

23   the power and all off, so I really couldn't

24   tell you.  The power and gas was already turned

25   off.

MICHAEL BICKHAM                                      May 4, 2009

55

```
 1        Q.   So when you and Charles took this
 2   walk, there was no power.
 3        A.   No power.  No street lights, no
 4   nothing in the hood.  It was just us being a
 5   fool, because we were joking, decided to walk
 6   and see if anybody was still walking around.
 7        Q.   So it was probably well after midnight
 8   on Sunday.
 9        A.   Yeah.  Yeah.  After midnight.
10        Q.   So it was already Monday at some point
11   before daybreak.
12        A.   Yeah.
13        Q.   Okay.  Was there any water in the
14   street when you and Charles were walking?
15        A.   No, sir.  There wasn't.
16        Q.   And do you remember the weather in
17   terms of the wind, the rain?
18        A.   It was raining, but it wasn't -- it
19   was like the rain would like whip you, like it
20   would swing around you, but it wasn't where you
21   would be soaking wet.  You know, by the time we
22   got back to the house, neither one of us was
23   soaking wet.  You know, and I told him I'm
24   going upstairs and check on Diane.  He went in
25   his house and checked on Carol.
```

MICHAEL BICKHAM                                                    May 4, 2009

56

1      Q.    Okay.  And how was the wind?

2      A.    High.

3      Q.    The rain was moderate but the wind was

4   strong.

5      A.    The wind was strong.

6      Q.    Okay.  And correct me if I'm not

7   saying things correctly.  What I thought you

8   said was as you looked down Prieur toward the

9   levee you saw wind-whipped splashing?

10     A.    The water coming over the levee.  The

11  wind had already got the water where it was

12  high on the levee -- on the Industrial Canal.

13     Q.    Against the wall.

14     A.    But the wind had it where it was

15  moving and you could see the water as it

16  popped.  It wasn't like it was a constant flow

17  of water, but you could see the water as the

18  wind -- as it hit that wall coming up.

19     Q.    All right.  So it was slapping against

20  the wall and you'd see the splash over the

21  wall.

22     A.    Yeah.

23     Q.    But it was not flowing over the wall.

24     A.    No, it wasn't.

25     Q.    Okay.  Did you just go out that one