# EXHIBIT J

PX-21

## EXCERPTS OF STATEMENT OF ARTHUR MURPH

### (TAKEN JANUARY 25, 2006 BY RJG)

RJG: What's your full name, sir?

Arthur: Arthur Lee Murph, Jr.

RJG: Ok. And, what's your date of birth?

Arthur: Twelve-Four-Fifty (12/04/1950).

RJG: And your wife said you're a supervisor for a construction company there?

Arthur: I'm a foreman for Brady Building Company.

RJG: Ok. Alright. And, uh, ya'll were living at 1739 Jordan Avenue?

Arthur: Jordan Avenue, yes.

RJG: Ok, and ya'll had lived there for how long?

Arthur: I don't know how long, but that was about eight years, I guess.

RJG: Ok. Tell me if you will, just, the events that happened on Sunday, August, I guess, 28th, uh, would have been, in what you can recall. What your wife told me is ya'll were gonna stay at the Hyatt?

Arthur: They were at the...I brought 'em to the Hyatt.

RJG: Right.

Arthur: I brought them to the Hyatt.

RJG: 'Them' being your wife and your daughter?

Arthur: Yes.

RJG: Ok. How old is your daughter, again?

Arthur: She's thirteen right now.

RJG: Ok. Alright.

Arthur: She was twelve then, but she's thirteen now.

1

RJG: It was a boom like an explosion, or just the breaking of the concrete and steel levee? I mean...parts of the levee?

Arthur: It didn't sound like no explosion. It just sound just like a wreck, you know?

RJG: Like a big break, right. Right, right.

Arthur: Yeah, like a break.

RJG: You think...I mean, based on that. You think it was the sound of the barge crashing through...

Arthur: I knew it was the sound of the barge...when I, after I climbed in my attic and chopped a hole in the attic. So, the water was rising real, real fast.

RJG: Right.

Arthur: And I chopped a hole in the attic, you know, and...

RJG: And, and. Let me ask you this question, though. Before that had happened, had the water been...the water was not flooding over the levee when you went out?

Arthur: No, it wasn't over the top. Like I told you, when I went over there to look and see how high it was.

RJG: Mm hm.

Arthur: And it was about a foot, maybe a foot and a half from the top.

RJG: Now was the barge there, when you saw....

Arthur: I didn't...I didn't...I didn't pay no mind to looking down that end.

RJG: Ok. Alright.

Arthur: I was just looking towards the Claiborne bridge, and I was looking to see cause the lights were shining there. And I could see the water splashing. It was splashing and popping over the top of the levee, but it wasn't, you know...water just running constantly over the top. With the wind and everything blowing, you know you get those little wakes and those little breezes and it's splashing and hitting the walls.

RJG: OK.

Arthur: It was sprinkling over the top.

6

RJG: But it wasn't, like, flowing over the top enough to erode the whole levee system like they're claiming?

Arthur: No, no, no, no. Uh-uh. It was up high on the concrete wall, and you know high as I ever saw it. But you know it wasn't running...flowing over top, you know, constantly. It was just from the water flowing back and forth, you know, with the wind blowing and everything and splashing up against it and spraying over the top.

RJG: And the sound that you were hearing, with the...the, the grinding sound, uh, you believe that was the barge dragging against...

Arthur: I know the barge was dragging against the wall, and then the water was, you know, it was flowing back and forth with the wake you know and everything.

RJG: Right.

Arthur: It was bumping up against the wall. But I never looked that way, you know?

RJG: And you think, I mean it looks like it probably broke that wall that's on top...and that's....

Arthur: No 'probably' my ass, it...

RJG: It did...

Arthur: It busted that wall. Yeah. And that's what allowed...And that water came through too quick, when I...

RJG: And once the water...and once the water started coming through, it probably just made a big old hole, I mean the force of the water...just...

Arthur: No, the barge had...when I got in my attic, because the water, it came so fast. It come down the street. And...I'm coming up my driveway, and to the right of my house, the water was turning in my driveway. A two-foot wake of water. And I hauled ass back to the back, in the back door because they had the back door open, and I run in there and me and the dog went inside and I shut the door.

RJG: Right.

Arthur: And, shit. Before I get good in that house and not...and my house is pretty solid, cause I had storm shutters all the way around and everything. Shit, the water was coming, I'm talking like four foot. And...and...and in about an hour, it was four foot. Coming through the window sills.

RJG: Right.

7