## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO. 05-4182 and consolidated cases |
| **PERTAINS TO: BARGE** | * * * | SECTION "K" (2) |
| *Boutte v. Lafarge*            05-5531 | * | JUDGE |
| *Mumford v. Ingram*        05-5724 | * | STANWOOD R. DUVAL, Jr. |
| *Lagarde v. Lafarge*         06-5342 | * | |
| *Perry v. Ingram*              06-6299 | * | MAGISTRATE |
| *Benoit v. Lafarge*           06-7516 | * | JOSEPH C. WILKINSON, Jr. |
| *Parfait Family v. USA*     07-3500 | * | |
| *Lafarge v. USA*                07-5178 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**LODGING OF UNPUBLISHED AUTHORITIES CITED IN SUPPORT OF BARGE PLAINTIFFS' REPLY TO MOTION TO EXCLUDE TESTIMONY OF DEFENDANT LAFARGE NORTH AMERICA'S EXPERT WITNESS AUSTIN L. DOOLEY, Ph.D.**

For the convenience of the Court, Plaintiffs hereby submit copies of the following unpublished authorities cited in support of their Reply Memorandum to Motion to Exclude Testimony of Expert Witness Austin L. Dooley, Ph.D.:

**Cases**              **Citations**

1. *Biomet Orthopedics, Inc. v. Tact Med. Instruments, Inc*., 2004 U.S. Dist. LEXIS 30740 (N.D. Ind. Nov. 2, 2004);

2. *Buzzerd v. Flagship Carwash of Port St. Lucie, Inc.*, 2009 U.S. Dist. LEXIS 100685 (M.D. Pa. Oct. 29, 2009);

3. *Meadows v. Anchor Longwall & Rebuild, Inc.*, 306 Fed. Appx. 781, 790 (3d Cir. Pa. 2009).