

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 29, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 08-30962,  In Re: Katrina Canal, et al
        USDC No. 2:05-CV-4182
        USDC No. 2:06-CV-6099

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

The electronic copy of the record has been recycled.

                CHARLES R. FULBRUGE III, Clerk

                By: _____
                Angelique D. Batiste, Deputy Clerk
                504-310-7715

cc: (letter only)
Honorable Stanwood R. Duval Jr.
Mr. Sarang Vijay Damle
Mr. Ashton R O'Dwyer Jr.

P.S. to Judge Duval:  A copy of the opinion was sent to your office via email the day it was filed.

*Mandate Issued - MDT-1 (!ag,tax,img)*

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____