UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| **PERTAINS TO: BARGE** | * | |
| | * | SECTION "K" (2) |
| | * | |
| *Boutte v. Lafarge*           05-5531 | * | JUDGE |
| *Mumford v. Ingram*      05-5724 | * | STANWOOD R. DUVAL, Jr. |
| *Lagarde v. Lafarge*       06-5342 | * | |
| *Perry v. Ingram*             06-6299 | * | MAGISTRATE |
| *Benoit v. Lafarge*         06-7516 | * | JOSEPH C. WILKINSON, Jr. |
| *Parfait Family v. USA*    07-3500 | * | |
| *Lafarge v. USA*                07-5178 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ERRATA TO LODGING OF UNPUBLISHED AUTHORITIES CITED IN SUPPORT OF**

**BARGE PLAINTIFFS' REPLY TO MOTION TO EXCLUDE TESTIMONY OF**

**DEFENDANT LAFARGE NORTH AMERICA'S EXPERT WITNESS**

**AUSTIN L. DOOLEY, Ph.D.**

For the convenience of the Court, Plaintiffs hereby submit copies of the following unpublished authorities cited in support of their Reply Memorandum to Motion to Exclude Testimony of Expert Witness Austin L. Dooley, Ph.D.:

**Cases**              **Citations**

1. *Biomet Orthopedics, Inc. v. Tact Med. Instruments, Inc*., 2004 U.S. Dist. LEXIS 30740 (N.D. Ind. Nov. 2, 2004);

2. *Buzzerd v. Flagship Carwash of Port St. Lucie, Inc.*, 2009 U.S. Dist. LEXIS 100685 (M.D. Pa. Oct. 29, 2009);

1

3. *Meadows v. Anchor Longwall & Rebuild, Inc.*, 306 Fed. Appx. 781, 790 (3d Cir. Pa. 2009).

Date:   January 4, 2010                                Respectfully submitted,

*/s/ Dylan Pollard*

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Michael Forman (CA SBN #260224)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimilie: (213) 596-6010
e-mail:Skhorrami@kpalawyers.com;
        Dpollard@kpalawyers.com;
        Mbailey@kpalawyers.com;
        Mforman@kpalawyers.com.

Brian A. Gilbert (21297)
Best Koeppel Traylor
2030 St. Charles Ave.
New Orleans, Louisiana 70130
Telephone: (504) 598-5000
Facsimile: (504) 524-1024
e-mail: bgilbert@briangilbertlaw.com;
        bgilbert@bestkoeppel.com.

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com;
        karl@wiedemannlaw.com

Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 4th day of January, 2010.

\s\ Brian Gilbert, Esq.