UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE Master Consolidated Complaint<br>And<br>*Chehardy*, No. 06-1672<br>*Chehardy*, No. 06-1673<br>*Chehardy*, No. 06-1674 | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted against Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company are **DISMISSED WITH PREJUDICE**, all parties to bear their own costs.

[Stamped: **DENIED**]

New Orleans, Louisiana, this __5th__ day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

These cases are on appeal divesting the Court of jurisdiction. Furthermore, the motion is deficient as it does not comply with the local rules re: Consent Motions.

149934