# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE Master Consolidated Complaint<br>And<br>*Chehardy*, No. 06-1672<br>*Chehardy*, No. 06-1673<br>*Chehardy*, No. 06-1674 | |

## O R D E R

Considering the foregoing Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted against Allstate Insurance Company, Allstate Indemnity Company, and Encompass Insurance Company of America are **DISMISSED WITH PREJUDICE**, all parties to bear their own costs.

New Orleans, Louisiana, this 5th day of January, 2010.

*/s/ [signature]*
UNITED STATES DISTRICT JUDGE

**DENIED**

These cases are on appeal divesting the Court of jurisdiction. Furthermore, the motion does not comply with the local rules concerning Consent Motions.

149489