UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE JUDGE |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge* 08-4459 | * | |

# ORDER GRANTING BARGE PLAINTIFFS' *EX PARTE* / CONSENT MOTION FOR LEAVE TO FILE THEIR REPLIES IN SUPPORT OF THEIR MOTIONS TO EXCLUDE IN WHOLE OR IN PART THE TESTIMONY OF DEFENDANT'S EXPERTS ROBERT BEA AND AUSTIN DOOLEY WITH EXTRA PAGES

This matter comes before the Court on Barge Plaintiffs's *Ex Parte* / Consent Motion for leave to file their Reply in Support of their Motion to Exclude the Expert Testimony of Austin Dooley with three additional pages, and their Reply in Support of their Motion to Exclude the Expert Testimony of Robert Bea with five additional pages.

The Motion is well taken, and it is ORDERED, that:

1. Plaintiffs may file their Reply in Support of their Motion to Exclude the Expert Testimony of Austin Dooley with three additional pages; and

2. Plaintiffs may file their Reply in Support of their Motion to Exclude the Expert Testimony of Robert Bea with five additional pages.

New Orleans, Louisiana, this  5th  day of   January   , 2010  .

                          **STANWOOD R. DUVAL, JR.**
                        **UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF upload, this 30th day of December, 2009.

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
	Voice: 202-862-4320
	Cell:    202-549-1454
	Facsimile:  800-805-1065 and 202-828-4130
	e-mail: rick@rickseymourlaw.net,