FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 JAN -5  PM 5: 00

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERALD M. ALEXANDER, SR., ET A. | * | CIVIL ACTION NO.: 07-4538 |
| | * | |
| | * | |
| VERSUS | * | JUDGE DUVAL |
| | * | |
| AUTOMOBILE CLUB INTER- | * | |
| INSURANCE EXCHANGE, ET AL. | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### <u>MOTION TO DISMISS</u>

Plaintiffs Louana and Richard Artus have resolved their dispute with defendant MetLife Auto & Home ("MetLife"). As a result of this settlement, plaintiffs respectfully request that all of their claims asserted against MetLife in this lawsuit be dismissed, with prejudice, each party to bear its own costs, reserving all other claims by all other parties.

Fee _____
Process _____
x  Dktd _____
CtRmDep _____
Doc. No. _____

119507

**WHEREFORE,** Plaintiffs Louana and Richard Artus pray that their claims asserted against MetLife in this lawsuit be dismissed, with prejudice.

Respectfully submitted,

Daniel E. Becnel, Jr., 2926
Becnel Law Firm, L.L.C.
106 7th Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone: 985/536-1186

Attorney for Plaintiffs

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 31st day of December, 2008.

- 2 -

119507