UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERALD M. ALEXANDER, SR., ET A. | * | CIVIL ACTION NO.: 07-4538 |
| | * | |
| VERSUS | * | JUDGE DUVAL |
| | * | |
| AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE, ET AL. | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **O R D E R**

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that all of the claims asserted by Plaintiffs Louana and Richard Artus asserted against MetLife Auto & Home in this lawsuit are dismissed, with prejudice, each party to bear its own costs. All other claims by all other parties are hereby reserved.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

```
__Fee_____
__Process____
x_Dktd_____
__CtRmDep__
__Doc. No.__           119507
```