IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | No.  05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| MRGO, *ALL CASES*           * | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO LIFT STAY

1.

Now Into Court comes counsel for plaintiff, Daniel E. Becnel, Jr. and the Becnel Law Firm, LLC who seeks to lift the stay in the above captioned matter for the limited purpose of reviewing the names provided by the Army Corps of Engineers acknowledging receipt of Form 95's.

2.

This list of names was provided to Liaison Counsel, who has instructed the undersigned counsel that viewing of this list is not permitted due to a Stay Order filed by this Court. This Motion to Lift Stay is to provide the undersigned counsel access to the list to confirm and verify our clients on the list produced by the government acknowledging receipt of all clients form 95's.

3.

The undersigned counsel is not interested in anyone's information other than the clients who have retained our firm, and those of our co-counsel for whom we are tasked with this duty. These firms include Parker, Waichman and Alonso, Law Office of A.J. Rebenneck, Law Office of Sidney Torres, Archuletta Law Firm, Lambert and Nelson, Law Offices of Ronnie G. Penton, Law Office of Robert Becnel, Law Office of Daniel E. Becnel, III and all members of Becnel Law Firm.

4.

If the government segregated the list by name, that is all we want to review. If however the names are not segregated, our firm will gladly sign a Protective Order. The government's acknowledgment is public record sent to the Liaison Counsel and our firm has no objection to signing a Confidentiality Order or any other Order the Court requires. To simply say we cannot have the list to check against our client list is absurd.

5.

The undersigned Counsel respectfully requests that the instant Motion be Granted and the Stay be Lifted allowing the undersigned counsel to review and confirm his clients on the list provided by the Federal Government.

> Respectfully submitted,
> */s/ Daniel E. Becnel, Jr.*_____
> Daniel E. Becnel, Jr., LA Bar # 2926
> Becnel Law Firm, LLC
> P.O. Drawer H
> Reserve, LA 70084
> 985-536-1186
> 985-536-6445  (Facsimile)
> dbecnel@becnellaw.com