**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

In Re: KATRINA CANAL BREACHES      *     CIVIL ACTION
CONSOLIDATED LITIGATION          *     No. 05-4182 "K"(2)
                                      *     JUDGE DUVAL
                                      *     MAG. WILKINSON
                                      *
                                      *
                                      *
PERTAINS TO:                    *
                                      *
MRGO, *ALL CASES*             *
                                      *

*******************************************************************************

<u>**NOTICE OF HEARING**</u>


     PLEASE TAKE NOTICE that the plaintiffs in this matter will bring the attached Motion to Lift

Stay, before the Honorable Judge Eldon Fallon, United States District Court, Eastern District of

Louisiana on the _3rd_ day of _February_ at _2010_ or at such other time as plaintiff may be heard.


                                     Respectfully submitted,
                                     */s/ Daniel E. Becnel, Jr.*_____
                                     Daniel E. Becnel, Jr., LA Bar # 2926
                                     Becnel Law Firm, LLC
                                     P.O. Drawer H
                                     Reserve, LA 70084
                                     985-536-1186
                                     985-536-6445  (Facsimile)
                                     dbecnel@becnellaw.com
                                     mmoreland@becnellaw.com
                                     *Attorneys for Plaintiff FrancisMonticelli,*
                                     *individually and on behalf of all others*
                                     *similarly situated*