IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES** | * | CIVIL ACTION |
| **CONSOLIDATED LITIGATION** | * | No.  05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| **PERTAINS TO:** | * | |
| | * | |
| **MRGO,** *ALL CASES*                     * | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that the plaintiffs in this matter will bring the attached Motion to Lift Stay, before the Honorable Judge Eldon Fallon, United States District Court, Eastern District of Louisiana and request oral argument.

Respectfully submitted,
*/s/ Daniel E. Becnel, Jr.*_____
Daniel E. Becnel, Jr., LA Bar # 2926
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
985-536-1186
985-536-6445  (Facsimile)
dbecnel@becnellaw.com
mmoreland@becnellaw.com
*Attorneys for Plaintiff FrancisMonticelli,*
*individually and on behalf of all others*
*similarly situated*