# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |

**PERTAINS TO: FORCED PLACE DOCKET:**

C.A. No. 09-2609 (American Security Insurance Co.) (Doc. 19141)
C.A. No. 09-2610 (AmericanBankers Ins. Co. of Florida) (Doc. 19143)

## ORDER

On August 19, 2009, the Court held a telephonic status conference concerning the Motions to Sever noted above. The Court, at that time, ascertained that the cases which are sought to be severed are unlike the other remaining suits in the Forced Placed category in that the actual homeowner is a named insured under each policy. Thus, it would appear that these cases should be severed out of the Forced Placed category of cases and randomly re-allotted. The Court gave the parties six months to reach a global settlement in this matter and over the course of time was led to believe that an agreement was to be reached. However, the Court was notified recently that the defendants involved will not attempt such a settlement. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Sever (Doc. 19143) filed by American Bankers Insurance Company of Florida in *Gary Robert, et al. v. American Bankers Ins. Co. of Florida*, C.A. No. 09-2610 is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Sever filed by American Security Ins. Co. in *Dawnella Adams, et al. v. American Security Insurance Co.*, C.A. No. 09-2609 is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs' counsel must, no later than **February 22, 2010,** file an individualized amended complaint for each plaintiff or set of related plaintiffs asserting claims as to particular property allegedly insured by the respective insurer involved. This pleading shall be filed with the Clerk of Court on paper, not electronically. The caption of the amended complaint must contain only the plaintiff(s) and defendant that are the subject of that specific claim. It shall also be accompanied by a copy of the original complaint or Notice of Removal and a copy of this order. Upon filing, the Clerk will assign a new docket number and will allot the case at random among the district judges and magistrate judges of the court. All pleadings regarding that claim shall thereafter bear the new title, docket number and section of the new case.

**IT IS FURTHER ORDERED** that plaintiffs shall serve the new amended complaint, a copy of the original complaint or Notice of Removal, and a copy of this order on opposing counsel.

The newly filed cases will proceed separately and will not be consolidated with the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), so that they may proceed to resolution independently.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice, pursuant to the previously issued orders.

New Orleans, Louisiana, this 11th day of January, 2010.

	STANWOOD R. DUVAL, JR.
	UNITED STATES DISTRICT COURT JUDGE