UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
|---|---|
| | NO. 05-4182 |
| **PERTAINS TO:** | SECTION "K"(2) |

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait Family v. USA* | C.A. No. 07-3500 |
| *Lafarge v. USA* | C.A. No. 07-5178 |

## ORDER AND REASONS

Before the Court is a Motion for Entry of a Rule 54(b) Judgment (Doc. 19429) filed by defendants Zito Fleeting, L.L.C. and Zito Fleeting, Inc. based on this Court's having granted their Motion for Summary Judgment (Doc. 19294) on 23rd day of November, 2009. (Doc. No. 19425). There having been no opposition filed to this motion and finding no there is no just reason for delay,

**IT IS ORDERED** that Motion for Entry of a Rule 54(b) Judgment (Doc. 19429) is **GRANTED** and judgment shall be entered forthwith in favor of defendants Zito Fleeting, L.L.C. and Zito Fleeting, Inc. and against all plaintiffs in the above-referenced cases.

New Orleans, Louisiana, this 11th day of January, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE