UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: | SECTION "K"(2) |

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05-5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Parfait Family v. USA* | C.A. No. 07-3500 |
| *Lafarge v. USA* | C.A. No. 07-5178 |

## JUDGMENT

Based on this Court's having granted defendants Zito Fleeting, L.L.C. and Zito Fleeting, Inc. Motion for Summary Judgment (Doc. 19294) on the 23rd day of November, 2009. (Doc. No. 19425) and finding there is no just reason for delay,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that judgment shall be entered forthwith in favor of defendants Zito Fleeting, L.L.C. and Zito Fleeting, Inc. and against all plaintiffs in the above-referenced cases.

New Orleans, Louisiana, this 11th day of January, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE