MINUTE ENTRY
WILKINSON, M.J.
JANUARY 11, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>Abadie I, 06-5164<br>Abadie II, 07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

* * *

| | |
|---|---|
| JACQUELINE STEPHENS ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-2433 |
| STATE FARM FIRE AND<br>CASUALTY COMPANY | SECTION "K"(2) |

Pursuant to Judge Duval's referral and my previous order, Record Doc. Nos. 19463 and 19470 in C.A. No. 05-4182, a conference was conducted on this date in the referenced matters. Plaintiff Jacqueline Stephens did not appear as ordered, so a conference with counsel was conducted. Participating were: plaintiffs' counsel, Joseph Bruno, together with Jason Crews, a paralegal in his office, and Dan Rees, counsel for the State of Louisiana Road Home program.

MJSTAR: 0 : 45

The purpose of the conference was to address the matter previously referred to me by Judge Duval concerning settlement of the claims of Jacqueline Stephens originally filed as part of the above-referenced <u>Abadie I</u> matter, including specifically the settlement obligations asserted against her by the Road Home program. Record Doc. No. 19463. The subject settlement funds have not yet been deposited into the registry of the court. All claims to which the settlement funds apply are included in <u>Jacqueline Stephens et al. v. State Farm Fire and Casualty Co.</u>, C.A. No. 07-2433 "K"(2), which was previously severed from <u>Abadie I</u>. Thus, it appears that the amount of settlement funds in controversy ought to be deposited in the court's registry in connection with C.A. No. 07-2433 "K"(2), <u>not</u> in C.A. No. 05-4182 "K"(2).

After consultation with counsel, **IT IS ORDERED** that resolution of this issue will proceed as follows:

No later than **January 15, 2010**, plaintiff will file a new motion to deposit the contested settlement funds in the registry of the court that properly refers to C.A. No. 07-2433 "K"(2).

No later than **January 25, 2010**, counsel for the Louisiana Road Home program will file a motion to intervene with supporting evidence to support its claim and to disburse funds from the registry, pursuant to Local Rule 67.3E.

The written response of plaintiff and defendant, State Farm, to the Louisiana Road Home program's motion will be filed no later than **February 5, 2010**.

**IT IS FURTHER ORDERED** that a hearing will be conducted before me on **February 10, 2010 at 11:00 a.m.**, at which plaintiff, Jacqueline Stephens, may at her option (but is not required to) appear before me in person and provide any testimony, objection or other information she might like to offer in connection with this matter. Thereafter, I will issue findings and recommendations to Judge Duval concerning whether and, if so, how the deposited funds should be disbursed.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO SERVE:**

ALL COUNSEL OF RECORD

AND

PLAINTIFF JACQUELINE STEPHENS
(VIA UNITED STATES MAIL)
3420 CALHOUN STREET
NEW ORLEANS, LA 70125

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.