UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (Judge Duval)<br><br>MAGISTRATE 2 (Judge Wilkinson) |

PERTAINS TO: 07-cv-4608

---

### NOTICE OF FILING OF RELATED LAWSUIT BY THE ENTERGY COMPANIES

**Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., Entergy Corporation,** and **Hartford Steam Boiler Inspection and Insurance Company** (collectively "the Entergy Companies"), have moved the Court to consolidate the instant suit, 2:07-cv-4608-SRD-JCW, with the MR-GO Master Consolidated Class Action. Defendant United States of America ("Defendant") has opposed the Entergy Companies' Motion.

Defendant's opposition to consolidation is based primarily on the argument that the Entergy Companies filed their individual suit one day too soon.[1] For reasons more fully stated in their Reply Memorandum in Support of Motion to Consolidate (Record Doc. 19458) and at oral argument on December 16, 2009, the Entergy Companies believe that the United States' prematurity argument does not have merit. However, in an abundance of caution, the Entergy

---

[1]   *See* Record Doc. 19390 at 18.

1

Companies filed on this date an identical lawsuit against the United States: Civil Action No. 2:10-cv-77.

It is well established, and the United States has long conceded "that there is no time limit for filing an FTCA action when an administrative claim is deemed to be denied under 28 U.S.C. § 2675(a) by virtue of an agency's failure to finally dispose of a claim within six months."[2] Any potential technical defect created by the timing of the Entergy Companies' filing of this instant suit on August 28, 2007 can be "easily cured by amending" or refiling the complaint since the Corps has not yet denied the Entergy Companies' administrative claim.[3] Accordingly, if this Court should find that this original suit was filed one day too soon, as the Defendant contends, then the filing of the Entergy Companies' new lawsuit renders the prematurity argument moot.

Respectfully submitted on January   12  , 2010,

> Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
> Wendy Hickok Robinson (La. Bar No. 25225)
> Brian L. Guillot (La. Bar No. 31759)
> Gordon, Arata, McCollam,
> Duplantis & Eagan, L.L.P.
> 201 St. Charles Avenue, 40th Floor
> New Orleans, Louisiana  70170-4000
> Telephone: (504) 582-1111
> Fax: (504) 582-1121
>
> By:        /s/Wendy Hickok Robinson
>
> and

---

[2] *McCallister*, 925 F.2d at 843 (citing *Taumby v. U.S.*, 919 F.2d 69 (8th Cir. 1990)).

[3] *55 Motor Avenue Co. v. Liberty Industrial Finishing Corp*, 885 F. Supp. 410, 416, (E.D.N.Y. 1994).; *Socialist Workers Party,* 642 F.2d at 1414 (holding that where plaintiffs amended their complaint after the Government failed to issue a formal denial of their administrative claim within six months instead of refiling, they were in "clear compliance with § 2675(a)").

Marcus V. Brown (La. Bar No. 18817)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765

Attorneys for Plaintiffs, Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., Entergy Services, Inc., and Entergy Corporation

and

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

and

Ernest E. Svenson (La. Bar No. 17164)
The Svenson Law firm, LLC
432 Henry Clay Avenue
New Orleans, LA 70118-5724
Tel: 504-208-5199

Attorneys for Hartford Steam Boiler Inspection and Insurance Company

## C E R T I F I C A T E

I hereby certify that on this 12th day of January, 2010, I electronically filed the foregoing NOTICE OF FILING OF RELATED LAWSUIT with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid to all non-CM/ECF participants.

/s/Wendy Hickok Robinson

3