UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO * | | MAG. WILKINSON |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR AN ORDER
### THAT ALL FEES BE SUBJECT TO COURT REVIEW PER CMO NO. 4

**NOW INTO COURT**, through undersigned counsel, comes the Katrina Canal Breaches Litigation Plaintiffs Liaison Counsel, MRGO Subgroup Liaison Counsel, Robinson Trial Counsel on behalf of themselves and other interested attorneys, (hereinafter collectively referred to as "Movers"), who respectfully request this Honorable Court enter a Case Management Order establishing an organizational system for the compensation of common benefit plaintiffs' attorney fees and expenses.

As more fully set forth in the attached Memorandum in Support, the Movers pray that the Court recognize extensive and valuable professional services have been performed and expenses incurred for the common benefit of all individual plaintiffs by the Movers, that a common benefit fund for fees and expenses incurred is appropriate in the present case, and that the Court assert its right to evaluate the compensation and distribution of fees associated with the benefit bestowed on all plaintiffs by virtue of the efforts of the Movers.

**WHEREFORE**, the Katrina Canal Breaches Litigation Plaintiffs Liaison Counsel, MRGO Subgroup Liaison Counsel, Robinson Trial Counsel, on behalf of themselves and other interested attorneys, pray that this Court grant the Motion for an Order.

Respectfully Submitted,

PLAINTIFFS LIAISON COUNSEL

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

/s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

O'Donnell & Associates P.C.

/s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 14th day of January, 2010.

                                                         /s/ Joseph M. Bruno
                                                          Joseph M. Bruno