UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  *  | | CIVIL ACTION |
| CONSOLIDATED LITIGATION  * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO  * | | MAG. WILKINSON |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In light of this Court's CMO No.4 (Document 3299), which acknowledged that the Court would, to the maximum extent allowed under the law, control the fees and expenses that be ultimately awarded in these proceedings:

**IT IS ORDERED** that all settlements, payments, or verdicts resulting from the MRGO Master Amended and Supplemental Class Action Complaint, the MRGO, *Robinson* (06-2268) merits trial, and the liability Decision and Order issued in MRGO, *Robinson* (06-2268) shall be presented to the Court for review.

**IT IS FURTHER ORDERED** that the purpose of such review shall be for the Court to evaluate, as per Paragraph 7 of CMO No. 4, what portion of each settlement shall be contributed to the costs, including reasonable attorney fees associated with the efforts of the Movers.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**