UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE<br>  Abadie I, 06-5164<br>  Abadie II, 07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

* * *

| | |
|---|---|
| JACQUELINE STEPHENS ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-2433 |
| STATE FARM FIRE AND<br>CASUALTY COMPANY | SECTION "K"(2) |

### ORDER

Further proceedings are necessary in connection with the settlement of the previously severed case of Jacqueline Stephens et al. v. State Farm Fire and Casualty Co., C.A. No. 07-2433 "K"(2). There appears to be no reason for it to continue to be consolidated with the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182"K" (2). Accordingly,

**IT IS ORDERED** that C.A. No. 07-2433 is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes. The Clerk is hereby

**DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in C.A. No. 07-2433 on the docket of C.A. No. 07-2433, and <u>not</u> on the docket of C.A. No. 05-4182. The Clerk is also **DIRECTED** to maintain the allotment of this case in Section "K"(2) for future proceedings.

New Orleans, Louisiana, this \_\_\_14th\_\_\_ day of January, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE