UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | |
| INSURANCE:  Abadie I 06-5164 and Abadie II 07-5112 | JUDGE:  DUVAL |
| | MAGISTRATE:  WILKINSON |

### *EX PARTE* UNOPPOSED MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF SETTING A STATUS CONFERENCE TO RESOLVE ROAD HOME ISSUES AND THE SETTLEMENT OF MULTIPLE CLAIMS

NOW INTO COURT, comes Republic Fire and Casualty Insurance Company ("RFCIC") which respectfully requests this Honorable Court for entry of an order (1) reopening *Connie Abadie, et al v. Aegis Security Insurance Company, et al.*, No. 06-5164 and *Susan Abadie, et al. v. Aegis Security Insurance Company, et al.*, No. 07-5112 for the purpose of addressing this motion and (2) setting a status conference between counsel for RFCIC, counsel for certain plaintiffs represented by Joseph M. Bruno (Barbara G. Blazio, Arthemease Bloxson-Melancon, Barry Hayes, Kazell Williams, Eddie Lee Smith and Vanessa Smith, Carla Bringier-Mason,

Thomas and Tyamber Porea), and counsel for the State of Louisiana (Road Home), Dan Rees, to discuss the settlement of these claims.

The claims of Barbara G. Blazio, Arthemease Bloxson-Melancon, Barry Hayes, Kazell Williams, Eddie Lee Smith and Vanessa Smith, Carla Bringier-Mason, Thomas and Tyamber Porea were conditionally settled in principal between the parties more than one year ago and, upon information and belief, all Road Home information required from RFCIC was submitted to counsel for plaintiffs many months ago. However, as of the date of this filing, there has been no approval or rejection of these settlements by Road Home. Counsel for plaintiffs was contacted and does not oppose the setting of a status conference as set forth above.

WHEREFORE, Republic Fire and Casualty Insurance Company prays that this Court (1) reopen *Connie Abadie, et al v. Aegis Security Insurance Company, et al.*, No. 06-5164 and *Susan Abadie, et al. v. Aegis Security Insurance Company, et al.*, No. 07-5112 for the purpose of addressing this motion and (2) host a status conference between counsel for RFCIC Barbara G. Blazio, Arthemease Bloxson-Melancon, Barry Hayes, Kazell Williams, Eddie Lee Smith and Vanessa Smith, Carla Bringier-Mason, Thomas and Tyamber Porea and the State of Louisiana (Road Home) in an effort to resolve the issues relating to the conditional settlement of these claims.

Respectfully submitted,

**LARZELERE PICOU WELLS
   SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:    (504) 834-6500
Fax:  (504) 834-6565

BY:    /s/  Christopher R. Pennison
**JAY M. LONERO, T.A. (No. 20642)**
jlonero@lwpsl.com
**ANGIE A. AKERS (No. 26786)**
aakers@lpwsl.com
**CHRISTOPHER R. PENNISON (No. 22584)**
cpennison@lpwsl.com

**ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, REPUBLIC LLOYDS, AND REPUBLIC UNDERWRITERS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this  14th  day of January, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

   /s/  Christopher R. Pennison