UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | |
| | JUDGE: DUVAL |
| INSURANCE: Abadie I 06-5164 and Abadie II 07-5112 | |
| | MAGISTRATE: WILKINSON |

## ORDER

Considering the foregoing *Ex Parte Unopposed Motion for Limited Reopening of Case for the Purpose of Setting a Status Conference to Resolve Road Home Issues and Settlement of Multiple Claims* filed by Republic Fire and Casualty Insurance Company,

**IT IS HEREBY ORDERED** that *Connie Abadie, et al v. Aegis Security Insurance Company, et al.*, No. 06-5164 and *Susan Abadie, et al. v. Aegis Security Insurance Company, et al.*, No. 07-5112 are reopened solely for the purpose of addressing this motion,

**AND IT IS FURTHER ORDERED** that counsel for Republic Fire and Casualty Insurance Company, counsel for Barbara G. Blazio, Arthemease Bloxson-Melancon, Barry Hayes, Kazell Williams, Eddie Lee Smith and Vanessa Smith, Carla Bringier-Mason, Thomas

and Tyamber Porea and Dan Rees on behalf of the State of Louisiana (Road Home) shall attend a status conference on the ___ day of _____, 2010 at ____:____.

New Orleans, Louisiana, this _____ day of _____, 2010.

---

**HONORABLE JOSEPH C. WILKINSON, JR.**
**U.S. MAGISTRATE JUDGE**
**EASTERN DISTRICT OF LOUISIANA**