UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6369, 06-0020, 06-1885, 06-0225, 06-0886, 06-11028 [*sic*] 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, and 07-1289<br><br>PERTAINS TO:  LEVEE<br><br>* * * * * * * * * * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:  05-4182<br><br>SECTION "K"(2)<br>JUDGE DUVAL<br><br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEAL

     NOTICE IS HEREBY GIVEN that the Sewerage and Water Board of New Orleans, defendant in the above named consolidated cases, hereby appeals to the United States Court of Appeals for the Fifth Circuit, from the Order and Reasons entered in this action on the 17th day of December, 2009, dismissing without prejudice all claims against it.

Respectfully submitted,

/s/ Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR. - #18299, T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHARLOTTE JANE SAWYER  - #28493**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS

# C E R T I F I C A T E

I do hereby certify that on the 19rd day of January 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

/s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.**