UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION <br> NO. 05-4182 |
| PERTAINS TO: BARGE <br> THE COMPLAINT OF UNIQUE TOWING, INC. AND JOSEPH C. DOMINO, INC. , C.A. NO. 06-3313 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion for Entry of Final Judgment ordering the Deposit of the Limitation fund and Absolving Limitation Petitioners of Any Further Liability on Behalf of Joseph C. Domino, Inc. and Unique Towing, Inc.(Doc. 19253). Finding no just cause for delay, there being no opposition filed, finding merit in the same and having been presented with a form of judgment to which there is no opposition,

**IT IS ORDERED** that the Motion for Entry of Final Judgment ordering the Deposit of the Limitation fund and Absolving Limitation Petitioners of Any Further Liability on Behalf of Joseph C. Domino, Inc. and Unique Towing, Inc.(Doc. 19253) is **GRANTED** and judgment be entered accordingly.

New Orleans, Louisiana, this  19th  day of January, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE