UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION : : : PERTAINS TO: BARGE : : : *APPLIES TO 05-4182 and 06-3313* : : : | CIVIL ACTION Case No. 05-4182 and consolidated cases SECTION "K" (2) Hon. Stanwood R. Duval, Jr. Mag. Judge Joseph Wilkinson |

## EX PARTE/CONSENT MOTION TO AMEND JUDGMENT

**NOW INTO COURT,** through undersigned counsel comes Joseph C. Domino, Inc. and Unique Towing, Inc., and move to amend the Judgment entered by this Court in C.A. 05-4182 and C.A. 06-3313 on January 19, 2010, on grounds that said document contains two clerical errors related to the date on which interest is to run and the date that payment is to be made into the Registry of the Court, all as is more fully set forth in the attached Memorandum in Support.

Respectfully submitted this 20th day of January, 2010.

                                       WAITS, EMMETT & POPP

                                       s/John F. Emmett
                                       John F. Emmett (La. Bar. No. 1861), T.A.
                                       1515 Poydras Street, Suite 1950
                                       New Orleans, Louisiana 70112
                                       Telephone: (504) 581-1301
                                       Telecopier: (504) 585-1796
                                       Attorneys for Unique Towing, Inc.

HARRIS & RUFTY

s/Rufus C. Harris
Rufus C. Harris (La. Bar. No. 6638), T.A.
Jill S. Willhoft (La. Bar No. 28990)
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Telecopier: (504) 525-7222
Attorneys for Joseph C. Domino, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record by filing same using the Court's electronic filing system, or, for those parties who do not participate in the electronic filing system, by first class mail, facsimile or electronic mail, this 20th day of January, 2010.

s/ John F. Emmett