# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | Case No. 05-4182 |
| PERTAINS TO:  BARGE | and consolidated cases |
| | SECTION "K" (2) |
| *APPLIES TO 05-4182 and 06-3313* | |
| | Hon. Stanwood R. Duval, Jr. |
| | Mag. Judge Joseph Wilkinson |

## MEMORANDUM IN SUPPORT OF
## EX PARTE/CONSENT MOTION TO AMEND JUDGMENT

**MAY IT PLEASE THE COURT:**

Joseph C. Domino, Inc. and Unique Towing, Inc. move for an Amended Judgment in connection with the Judgment entered by this Court on January 19, 2010 in C.A. 05-4182 and C.A. 06-3313, absolving these parties from liability upon deposit of funds into the Registry of the Court.  Specifically, in the Judgment, in the second paragraph, accrued interest ran from June 28, 2009, whereas interest should have accrued from June 28, 2006.  In the third paragraph of the Order, it references making the deposit by January 28, 2009, which should have been January 28, 2010.  Both of these were clerical errors which were committed by undersigned counsel when submitting the proposed Judgment to the Court.

Rules 59 and 60 of the Federal Rules of Civil Procedure authorize the Court to issue amended judgments.  Specifically, Rule 60(a) provides that the Court on motion of a party or on its own initiative may correct clerical errors in judgments at any time.  In view of the fact that these are clerical errors, Domino and Unique respectively request that the Court enter an Amended Judgment, the form of which is attached as Exhibit "1", hereto.

1

Undersigned counsel further certifies that he has contacted Derek Walker, representing Lafarge North America, Inc., and Brian Gilbert, representing the claimants in limitation, and there is no objection to the granting of this Motion for an Amended Judgment.

Respectfully submitted this 20th day of January, 2010.

<div style="margin-left:50%">

WAITS, EMMETT & POPP

s/John F. Emmett
John F. Emmett (La. Bar. No. 1861), T.A.
1515 Poydras Street, Suite 1950
New Orleans, Louisiana  70112
Telephone: (504) 581-1301
Telecopier: (504) 585-1796
Attorneys for Unique Towing, Inc.

HARRIS & RUFTY

s/Rufus C. Harris
Rufus C. Harris (La. Bar. No. 6638), T.A.
Jill S. Willhoft (La. Bar No. 28990)
650 Poydras Street, Suite 2710
New Orleans, Louisiana  70130
Telephone: (504) 525-7500
Telecopier: (504) 525-7222
Attorneys for Joseph C. Domino, Inc.

</div>

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record by filing same using the Court's electronic filing system, or, for those parties who do not participate in the electronic filing system, by first class mail, facsimile or electronic mail, this 20th day of January, 2010.

s/ John F. Emmett