UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | : | CIVIL ACTION |
| **CONSOLIDATED LITIGATION** | : | |
| | : | Case No. 05-4182 |
| **PERTAINS TO: BARGE** | : | and consolidated cases |
| | : | |
| | : | SECTION "K" (2) |
| *APPLIES TO 05-4182 and 06-3313* | : | |
| | : | Hon. Stanwood R. Duval, Jr. |
| | : | Mag. Judge Joseph Wilkinson |

### CERTIFICATE OF NON OPPOSITION

I hereby certify that I have contacted Derek Walker representing Lafarge North America and Brian Gilbert representing claimants in the limitation proceeding filed by Joseph C. Domino and Unique Towing, Inc., and there is no objection to the granting of this Motion to Amend Judgment.

Respectfully submitted this 20th day of January, 2010.

                                          WAITS, EMMETT & POPP

                                          s/John F. Emmett
                                          John F. Emmett (La. Bar. No. 1861), T.A.
                                          1515 Poydras Street, Suite 1950
                                          New Orleans, Louisiana  70112
                                          Telephone:  (504) 581-1301
                                          Telecopier:  (504) 585-1796
                                          Attorneys for Unique Towing, Inc.

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record by filing same using the Court's electronic filing system, or, for those parties who do not participate in the electronic filing system, by first class mail, facsimile or electronic mail, this 20th day of January, 2010.

s/ John F. Emmett