AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Ms. Sheryl Mc Bride**
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) **other** (specify) **Via U.S. Certified Mail 7008 2810 0000 7714 6506**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

Date: **1/22/2010**

Server's signature

**Jason Crews / Process Server**
Printed name and title

**604 N. St. Patrick  New Orleans, LA 70117**
Server's address

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.22 | |
| Certified Fee | 2.80 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.30 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.32 | |

Sent To: ATTN: Daniel
**Sheryl McBride**
Street, Apt. No.; or PO Box No. **4564 Piety Dr.**
City, State, ZIP+4 **New Orleans, LA 70126**

7008 2810 0000 7714 6506

PS Form 3800, August 2006          See Reverse for Instructions