**Scott Joanen**

**From:** Rob Warren
**Sent:** Tuesday, January 19, 2010 10:46 AM
**To:** Scott Joanen
**Subject:** FW: Katrina Claims

J. Robert Warren, II, A PLC
  504.561.6771 - Direct
  504.561.6775 - Facsimile
  504.723.1011 - Mobile
  rob@jbrunolaw.com
  rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** McConnon, Jim (CIV) [mailto:Jim.McConnon@usdoj.gov]
**Sent:** Thursday, October 01, 2009 12:59 PM
**To:** Touhey, James (CIV); Rob Warren
**Cc:** Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Jones, Marjorie (CIV)
**Subject:** FW: Katrina Claims

Jim and Robin,

  I received a phone call from Rob Warren informing me that they were expecting an order from the Court soon. As such, they were expecting a lot of phone calls from their clients regarding their SF-95s and wanted to clarify the Corps' claims procedure for their clients to update their claims information. They plan on putting the COE claims number on their website so their clients will know who to contact in order to update any claims information. My guidance to Rob regarding this issue is provided below. I also called the Corps (David Dyer) to confirm their claims updating procedure and informed him of my conversation with Rob. Jim

JIM MCCONNON
(202) 353-2604 (ofc)
(202) 616-5200 (fax)
(410) 271-9662 (cell)

---

**From:** McConnon, Jim (CIV)
**Sent:** Thursday, October 01, 2009 12:41 PM
**To:** Rob Warren; Smith, Robin (CIV)
**Cc:** Joe Bruno; Touhey, James (CIV); Levine, Paul (CIV); Hinds, Antoinette (CIV); Marvray, Charles (CIV); Jones, Marjorie (CIV); 'Dyer, David R MVN'; 'Labourdette, Jennifer A MVN'; Smith, Robin (CIV)
**Subject:** Katrina Claims

1/20/2010



EXHIBIT
2

Rob,

   The COE claim staff in New Orleans will accept changes of address or phone numbers from represented claimants. If the claimant does not know whether they are represented, the COE will tell the claimant whether and by whom they are represented. The COE claims staff will direct a represented claimant back to his/her representative for any other claims issue. The COE claims phone number in New Orleans is 504-862-2826. Jim

JIM MCCONNON  
(202) 353-2604 (ofc)  
(202) 616-5200 (fax)  
(410) 271-9662 (cell)

1/20/2010