## Scott Joanen

**From:** Daniel Becnel [dbecnel@becnellaw.com]
**Sent:** Wednesday, January 13, 2010 8:09 AM
**To:** Joe Bruno
**Cc:** Parker, Jerrold S.; aalonso@yourlawyer.com; ajrebennack@cox.net; Sidney D. Torres, III; Michael Archuleta; Hugh Lambert; Ronnie Penton; Scott R. Bickford; robbecnel@aol.com; Becket Becnel; Rob Warren; Kirsten R. Tillman
**Subject:** RE: MRGO

Joe,

If you persist in refusing to give this list to me, not only will I take action against you, but the Justice Department will tell the Court that you had no authority to do so. There will be numerous lawyers who will take the same position.

DANIEL E. BECNEL, JR.
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, La 70084
985-536-1186
Fax 985-536-6445
dbecnel@becnellaw.com


-----Original Message-----
From: Joe Bruno [mailto:jbruno@jbrunolaw.com]
Sent: Tuesday, January 12, 2010 3:30 PM
To: Daniel Becnel
Cc: Parker, Jerrold S.; aalonso@yourlawyer.com; ajrebennack@cox.net; Sidney D. Torres, III; Michael Archuleta; Hugh Lambert; Ronnie Penton; Scott R. Bickford; robbecnel@aol.com; Becket Becnel; Rob Warren; Kirsten R. Tillman
Subject: RE: MRGO

I will not. The purpose of the confidentiality order was to protect the privacy rights of the claimants. We will be happy to compare your list against the master list. I will not disclose that list without a Court Order. If the government chooses to ignore the privacy rights of the claimants, so be it.

Joseph M. Bruno
Attorney-at-Law
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile (504) 304-4217
jbruno@jbrunolaw.com


The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at
(504) 525-1335.


-----Original Message-----
From: Daniel Becnel [mailto:dbecnel@becnellaw.com]
Sent: Tuesday, January 12, 2010 8:29 AM
To: Joe Bruno

EXHIBIT 3

1

Cc: Parker, Jerrold S.; aalonso@yourlawyer.com; 'A. J. Rebennack (ajrebennack@cox.net)'; Sidney D. Torres, III; Michael Archuleta; Hugh Lambert; Ronnie Penton; Scott R. Bickford; robbecnel@aol.com; Becket Becnel
Subject: MRGO

Joe,

I was contacted by the Justice Department yesterday, James F. McConnon, Jr., in reference to my motion. After an extensive conversation with both Camilo Salas & I, Mr. McConnon advised that the purpose of sending the list to you was for you, as Liaison Counsel, to distribute it to the appropriate attorneys who are in the case and have agreed to the Confidentiality Order. As you know, I did this at the beginning of this case. Therefore, I urge you to forward this information to me immediately. Mr. McConnon advised me that there is much additional information from the original list that the Justice Department has been inputting and updating to the original list. I trust you will forward this to me immediately without the necessity to go forth with this motion.

DANIEL E. BECNEL, JR.
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, La 70084
985-536-1186
Fax 985-536-6445
dbecnel@becnellaw.com

## Scott Joanen

**From:** Joe Bruno
**Sent:** Monday, January 04, 2010 6:59 PM
**To:** 'Daniel Becnel'
**Cc:** Kirsten R. Tillman
**Subject:** RE: MRGO

You may not have access to the list. There is a protective order in place.

---

**From:** Daniel Becnel [mailto:dbecnel@becnellaw.com]
**Sent:** Monday, January 04, 2010 2:14 PM
**To:** Joe Bruno
**Subject:** MRGO

Joe,

Last week I requested that you furnish me with a copy of all the acknowledgements furnished to you as Liaison Counsel by the U.S. Army Corps of Engineers in reference to people who they had records of receiving Form 95's. As you know, I have cases for a number of lawyers, including Parker, Waichman, Mike Archuletta, A.J. Rebennack and a number of others. I need to check my client list against the Corps list. We need to verify that they have received all of our Form 95's and have acknowledged same. It is important that you, as Liaison Counsel, furnish me a copy of this list. My clients, nor my referral lawyers, want you to check our list against the Corps list since the list was furnished to you as Liaison Counsel only.

If I do not receive a response today, I will file a motion with the Court advising that you refused to furnish this list to me. Your job as Liaison Counsel is not to check the list against my client list or my referral counsel list.

I trust I will hear from you by the close of business today.

DANIEL E. BECNEL, JR.
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, La 70084
985-536-1186
Fax 985-536-6445
dbecnel@becnellaw.com

1/20/2010

**Scott Joanen**

**From:** Joe Bruno
**Sent:** Friday, January 01, 2010 12:16 PM
**To:** 'Daniel Becnel'
**Cc:** Rob Warren; Kirsten R. Tillman
**Subject:** RE: MRGO

You can send me your list and I will have it checked. Also need the parker list. Those cases belong to the levee group.

---

**From:** Daniel Becnel [mailto:dbecnel@becnellaw.com]
**Sent:** Wednesday, December 30, 2009 4:37 PM
**To:** Joe Bruno
**Subject:** MRGO

Joe,

I would like to get a copy of the database produced to you in the MRGO case so I can double check all of my cases against your latest list. Please advise as soon as possible how I can get this.

DANIEL E. BECNEL, JR.
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, La 70084
985-536-1186
Fax 985-536-6445
dbecnel@becnellaw.com

1/20/2010