

# U.S. Department of Justice

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

---

*James F. McConnon, Jr.*      *Post Office Box 888, Benjamin Franklin Station*      *Telephone: (202) 353-2604*
*Trial Attorney*              *Washington, D.C. 20044*                              *Facsimile: (202) 616-5200*

JGT:JFMcConnon
157-0-272

January 11, 2010

<u>VIA E-MAIL</u>

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com

    Re: <u>Hurricane Katrina Claims Information</u>

Dear Mr. Becnel:

    As you requested, this letter is to inform you that the United States has no objection to you having a copy of the Hurricane Katrina claims information produced by the United States to Joseph Bruno, the Plaintiffs' Liaison Counsel for the *In Re Katrina Canal Breaches Consolidated Litigation* (Civ. Action No. 05-4182), pursuant to the Court's Order on Motion, Doc. Rec. No. 6299. Please be advised that the claims information is considered "CONFIDENTIAL INFORMATION" and is subject to the Master Protective Order (Doc. Rec. No. 5393) in this litigation.

    Sincerely,

    James F. McConnon, Jr.
    Trial Attorney
    Torts Branch (FTCA Staff)



EXHIBIT A