Case 2:05-cv-04182-SRD-JCW   Document 19593-2   Filed 01/27/10   Page 1 of 1.

Page 1 of 1

## Daniel E. Becnel, Jr.

| | |
|---|---|
| **From:** | Daniel E. Becnel, Jr. [dbecnel@becnellaw.com] |
| **Sent:** | Tuesday, January 15, 2008 4:06 PM |
| **To:** | 'dvaldez@oslaw.com' |
| **Cc:** | 'Pierce O'Donnell' |
| **Subject:** | RE: Letter to Danny E. Becnel, Jr., ON BEHALF OF PIERCE O'DONNELL |
| **Attachments:** | Check to Pelican State Productions.pdf |

Pierce:

Attached please find my check, in the amount of $50,000.00 to finish the Katrina documentary in reference to our case for the victims of New Orleans. I am making the check payable to Pelican State Productions as per your request. The check is being mailed to you today.

Danny

# Becnel Law Firm, L.L.C.

P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084
tel:     (985) 536-1186
fax:     (985) 536-6445

**From:** Dolores Valdez [mailto:dvaldez@oslaw.com]
**Sent:** Tuesday, January 15, 2008 2:44 PM
**To:** dbecnel@becnellaw.com
**Subject:** Letter to Danny E. Becnel, Jr., ON BEHALF OF PIERCE O'DONNELL

---

Security enhanced document. See back for details.

**BECNEL LAW FIRM LLC**   10-72            9094
**P O DRAWER H**   PH 985-536-1186
RESERVE, LA 70084                      14-9/650

PAY
TO THE
ORDER OF   *Pelican State Productions*   DATE *Dec 31 2007*   $ *50000.00*

*Fifty thousand and no/100* ———————— DOLLARS

Capital**One**
Capital One, N.A.

FOR *Katrina Film*

⑈009094⑈  ⑆065000090⑆000  12  12168⑈



EXHIBIT
C