# DOMENGEAUX WRIGHT ROY & EDWARDS

A Limited Liability Company

Bob F. Wright
James Parkerson Roy
Thomas R. Edwards*
James H. Domengeaux
Victor J. Versaggi
Jamie D. Parker**
Donald R. Cravins, Jr.
Brian C. Colomb*

*Special Counsel*
Terry E. Theriot*

* A Professional Law Corporation
** A Limited Liability Company

556 Jefferson Street
Jefferson Towers, Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502-3668
Fax  (337) 232-8213
Telephone  (337) 233-3033

www.WrightRoy.com

James Domengeaux (1907-1988)
Judge Jerome E. Domengeaux (1919-1999)

New Orleans Office:
1515 Poydras Street
The Equitable Center
Suite 2350A
New Orleans, LA 70112
Telephone (504) 299-0070
(By Appointment)

*Of Counsel*
Thomas A. Budetti *(Worker's Compensation)*
William J. Ziegler, Jr. *(Social Security Disability)*

September 25, 2007

*Via Federal Express*
Mr. Daniel E. Becnel, Jr.
**BECNEL LAW FIRM, LLC**
106 West Seventh Street
Reserve, LA 70084

RE:   MR-GO LITIGATION GROUP
         Our File No. 12821

Dear Danny:

Enclosed is your firm's assessment check made payable to the MR-GO Litigation Group in the amount of $50,000.00 in anticipation of admission into the MR-GO Litigation Group.

As stated previously, until we have resolved the ethics issue made necessary: 1) by Joe's suspension by the Louisiana Supreme Court; and 2) by need to either amend to allow expansion or membership or replace agreement with a CMO, we can not deposit your check at this time.

With warmest regards, I remain

Sincerely,
**DOMENGEAUX WRIGHT ROY & EDWARDS**

JAMES PARKERSON ROY

JIMR/sbl
Enclosure
cc:   *MR-GO Executive Committee Members*
         Mr. John Andry
         Mr. Pierce O'Donnell
         Mr. Calvin Fayard
         Mr. Matt Schultz

EXHIBIT
B

---

**THE LAW OFFICE OF DANIEL E BECNEL, JR**
P O DRAWER H   PH 985-536-1186
RESERVE, LA 70084

8931
10-72
14-9/650

DATE April 11, 2007

PAY TO THE ORDER OF   MRGO Litigation Fund   $ 50,000.00

Fifty Thousand and 00/100   DOLLARS

**HIBERNIA National Bank**
ST. CHARLES - ST. JOHN, LOUISIANA

FOR assessment