# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | No.  05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| MRGO, *ALL CASES*          * | | |
| | * | |

********************************************************************************

### REQUEST FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that Daniel E. Becnel, Jr. and the Becnel Law Firm request that oral argument

be heard on the Motion For An Order That All Fees Be Subject To Court Review Per Cmo No. 4 (R.

Doc. 19568) and Opposition to such motion, before the Honorable Judge Stanwood Duval, United

States District Court, Eastern District of Louisiana.

Respectfully submitted,
*/s/ Daniel E. Becnel, Jr._____*
Daniel E. Becnel, Jr., LA Bar # 2926
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
985-536-1186
985-536-6445  (Facsimile)
dbecnel@becnellaw.com
mmoreland@becnellaw.com
*Attorneys for Plaintiff FrancisMonticelli,*
*individually and on behalf of all others*
*similarly situated*