

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 21, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 09-31011    In re: Katrina Canal Breaches, et al
       USDC No. 2:05-CV-4182
       USDC No. 2:05-CV-4181
       USDC No. 2:05-CV-4191
       USDC No. 2:05-CV-4568
       USDC No. 2:05-CV-5237
       USDC No. 2:05-CV-6073
       USDC No. 2:05-CV-6314
       USDC No. 2:05-CV-6324
       USDC No. 2:05-CV-6327
       USDC No. 2:05-CV-6359
       USDC No. 2:06-CV-0020
       USDC No. 2:06-CV-1885
       USDC No. 2:06-CV-225
       USDC No. 2:06-CV-886
       USDC No. 2:06-CV-11208
       USDC No. 2:06-CV-02278
       USDC No. 2:06-CV-02287
       USDC No. 2:06-CV-02346
       USDC No. 2:06-CV-02545
       USDC No. 2:06-CV-03529
       USDC No. 2:06-CV-04065
       USDC No. 2:06-CV-04389
       USDC No. 2:06-CV-04634
       USDC No. 2:06-CV-04931
       USDC No. 2:06-CV-05032
       USDC No. 2:06-CV-05042
       USDC No. 2:06-CV-05159
       USDC No. 2:06-CV-05163
       USDC No. 2:06-CV-05367
       USDC No. 2:06-CV-05471
       USDC No. 2:06-CV-05771
       USDC No. 2:06-CV-05786
       USDC No. 2:06-CV-05937
       USDC No. 2:06-CV-07682
       USDC No. 2:07-CV-00206
       USDC No. 2:07-CV-00647
       USDC No. 2:07-CV-00993
       USDC No. 2:07-CV-01284
       USDC No. 2:07-CV-01286
       USDC No. 2:07-CV-01228
       USDC No. 2:07-CV-01289
```

The court has granted appellant's motion to reinstate the appeal.

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No._____

CHARLES R. FULBRUGE III, Clerk

By: *Dawn D. Victoriano*
Dawn D. Victoriano, Deputy Clerk
504-310-7717

P.S. Appellant's motion to proceed in forma pauperis is presently pending in the district court. Once that motion is ruled on, the parties will be advised as to the next step in proceeding with the appeal.

Mr. Thomas P Anzelmo Sr.
Mr. Harold J Gagnet Jr.
Mr. Sessions Ault Hootsell III
Mr. Ralph S Hubbard III
Mr. Ben Louis Mayeaux
Mr. Ashton R O'Dwyer Jr.
Ms. Shirley D O'Dwyer
Ms. Loretta Whyte
Mr. Gary M Zwain