

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN 2 6 2010

CHARLES R. FULBRUGE III
LORETTA G. WHYTE
CLERK

United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 21, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-31040    Katrina Canal Breaches, et al, et al
        USDC No. 2:05-CV-4182
        USDC No. 2:05-CV-4181
        USDC No. 2:06-CV-1885
        USDC No. 2:06-CV-4389
        USDC No. 2:06-CV-5771
        USDC No. 2:06-CV-5786

The court has granted appellant's motion to reinstate the appeal.

CHARLES R. FULBRUGE III, Clerk

By: *Misty Fontenot*
Misty L. Fontenot, Deputy Clerk
504-310-7716

Mr. Thomas P Anzelmo Sr.
Mr. Joseph P. Guichet
Mr. Sessions Ault Hootsell III
Mr. Ralph S Hubbard III
Mr. Ben Louis Mayeaux
Ms. Rachel Ann Meese
Mr. Ashton R O'Dwyer Jr.
Ms. Loretta Whyte
Mr. Gary M Zwain

P.S. to Counsel: Appellant's motion to proceed in forma pauperis is presently pending in the district court. Once that motion is ruled on, the parties will be advised as to the next step in proceeding wit this appeal.

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____