UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION       * | | |
|                                * | | NUMBER: 05-4182 "K"(2) |
|                                * | | |
|                                * | | JUDGE DUVAL |
|                                * | | |
| PERTAINS TO: MRGO, Robinson    * | | MAG. WILKINSON |
| (No. 06-2268)                  * | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO TAX COSTS

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who move this Court to tax costs associated with the trial on the merits.

As more fully set forth in the attached Memorandum in Support, the Plaintiffs are entitled to recovery of the costs as a result of the Court's November 18, 2009 judgement entered in favor of Anthony Franz, Jr, Lucille Franz against United States of America; in favor of Tanya Smith against United States of America; in favor of Kent Lattimore against United States of America; in favor of Lattimore & Associates against United States of America. (Rec Doc. 19416).

These verified costs are delineated in Exhibits "A" & "B" of the attached Memorandum in Support.

**WHEREFORE**, the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz pray that this Court grant the Plaintiffs' Motion to Tax Costs.

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**

    /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above and foregoing Memo in Support of Motion to Compel upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 28th day of January, 2010.

    /s/ Joseph M. Bruno
Joseph M. Bruno