UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

* * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF HEARING re: MOTION TO TAX COSTS

**PLEASE TAKE NOTICE** that Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz in the above referenced action, on Wednesday, March 3, 2010 at 9:30 a.m. at the United States District Courthouse, Court Room C352, 500 Camp Street, New Orleans, Louisiana, and before U.S. District Judge Stanwood R. Duval, Jr., will bring on for hearing the Motion to Tax Costs.

Respectfully Submitted,

APPROVED PLAINTIFFS LIAISON COUNSEL

  /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 28th day of January, 2010.

                                              /s/ Joseph M. Bruno
                                                Joseph M. Bruno