UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |

******************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucielle Franz, who hereby provide Notice of the Manual Attachment of Exhibit "A" to the Memorandum relating to Motion to Tax Costs, as the volume of the exhibit exceeds the electronic storage capacity of the Case Management/ Electronic Case Files System.

      EXHIBIT "A"

      FILED BY:   Joseph M. Bruno, Plaintiffs' Liaison Counsel

      FILE DATE: 01/28/10

      IS LOCATED IN THE CLERK'S OFFICE.

EXHIBIT A

WHEREFORE, the Plaintiffs pray that the Court recognize the manual attachment of Exhibit "A" to the Memorandum relating to the Motion to Tax Costs.

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**

　　/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Memo in Support of Motion to Compel upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 28th day of January, 2010.

　　/s/ Joseph M. Bruno
Joseph M. Bruno

EXHIBIT A