UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KRATINA CANAL BREACHES       CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:                       SECTION "K"(2)
MRGO

## ORDER

Before the Court are the following motions:

(1) Motion to Lift Stay (Doc. No. 19556);
(2) Motion For An Order That All Fees Be Subject to Court Review Per CMO No. 4 (Doc. 19568);
(3) Motion to Continue Hearing Date (Doc. 19586); and
(4) Motion for Expedited Hearing (Doc.19587).

The Court has reviewed these pleadings and finds that as to the Motion to Lift Stay (Doc. 19556), this matter shall be referred to Magistrate Judge Joseph Wilkinson for disposition.

As to the Motion For An Order That All Fees Be Subject to Court Review Per CMO No. 4 (Doc. 19568), the Court finds that additional time is required for those parties who choose to file a memoranda delineating that party's or parties' position concerning this matter to do so. Accordingly,

**IT IS ORDERED** that the Motion to Continue Hearing Date is **GRANTED** as delineated herein rendering the Motion for Expedited Hearing (Doc.19587) **MOOT.**

**IT IS FURTHER ORDERED** that the Motion to Lift Stay is hereby **REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. pursuant to Fed. R. Civ. P. 72(a) to be heard at a time to be set by him.

**IT IS FURTHER ORDERED** that Motion for An Order That All Fees Be Subject to Court Review Per CMO No. 4 (Doc. 19568) is **CONTINUED** without date.  Any party who finds reason to comment on this motion shall do so by memorandum no later than **February 12, 2010.**  Upon the review of all materials filed, the Court will then determine its course of action as to this matter.

New Orleans, Louisiana, this   29th  day of January, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE