UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>APPLIES TO: BARGE<br>THE COMPLAINT OF UNIQUE<br>TOWING, INC. AND JOSEPH C.<br>DOMINO, INC. 06-3313 | CIVIL ACTION NO. 05-4182<br>AND CONSOLIDATED<br>CASES<br><br>SECTION "K"<br>JUDGE DUVAL<br><br>MAGISTRATE: (2)<br>JUDGE WILKINSON |

AMENDED FINAL JUDGMENT AS TO
LIMITATION PETITIONERS JOSEPH C.
DOMINO, INC. AND UNIQUE TOWING, INC.

**CONSIDERING** the Motion for Entry of Final Judgment Ordering the Deposit of the Limitation Fund and Absolving Limitation Petitioners of Any Further Liability filed by Joseph C. Domino, Inc. and Unique Towing, Inc.;

**IT IS HEREBY ORDERED** that Judgment be entered against Joseph C. Domino, Inc. and Unique Towing, Inc., and in favor of all claimants who timely filed claims in C.A. 06-3313, in the amount of $400,000.00 together with interest at the rate of 6% per annum from June 28, 2006;

**IT IS FURTHER ORDERED** that if Joseph C. Domino, Inc. and Unique Towing, Inc. deposit the sum of $488,400.00 into the Registry of Court,

representing the principal amount of the Judgment and accrued interest, on or prior to January 28, 2010, and $65.71 for each day thereafter until the deposit is made, Joseph C. Domino, Inc., Unique Towing, Inc., and the M/V REGINA H, *in rem*, shall have no further liability to any person(s) or legal entity(ies) in connection with the breakaway of the barge ING 4727 which occurred on or about August 29, 2005, and that such parties shall be dismissed from these consolidated proceedings, with prejudice;

**IT IS FURTHER ORDERED** that when said deposit is made, the Ad Interim Stipulation filed in these proceedings shall be deemed canceled, null, void, and of no further legal effect; and

**IT IS FURTHER ORDERED** that the funds deposited in the Registry of the Court shall be held by the Clerk pending further order of this Court as to how such funds are to be distributed to the claimants.

New Orleans, Louisiana this __28th__ day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

2