UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>   Abadie  06-5164<br>   Abadie  07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the request of Republic Fire and Casualty Insurance Company, and pursuant to Judge Duval's order referring this matter to me to conduct a status conference with counsel for Republic Fire, counsel for plaintiffs, Barbara G. Blazio, Arthemease Bloxson-Melancon, Barry Hayes, Kazell Williams, Eddie Lee Smith and Vanessa Smith, Carla Bringier-Mason, Thomas and Tyamber Porea, and Dan Rees, on behalf of the Road Home Program, Record Doc. Nos. 19572 and 19595,

**IT IS ORDERED** that a status conference in the referenced Abadie cases will be conducted before me on **February 24, 2010 at 2:00 p.m.**  The purpose of the conference is to resolve issues regarding approval by the Road Home Program of the settlements previously reached by the above-named plaintiffs in the referenced matters.

New Orleans, Louisiana, this    29th    day of January, 2010.

CLERK TO NOTIFY:                                    JOSEPH C. WILKINSON, JR.
HON. STANWOOD R. DUVAL, JR.           UNITED STATES MAGISTRATE JUDGE