UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO * | | MAG. WILKINSON |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY BRIEF; AND ALTERNATIVELY, MOTION TO STRIKE UNTIMELY OPPOSITION

NOW INTO COURT, through undersigned counsel, comes the Katrina Canal Breaches Litigation Plaintiffs Liaison Counsel, MRGO Subgroup Liaison Counsel, Robinson Trial Counsel on behalf of themselves and other interested attorneys, which per Local Rule 7.5 E respectfully move this Court for an Order granting Leave to file their Reply Brief in support of the Motion for an Order That All Fees Be Subject to Court Review Per CMO No. 4, for the following reasons:

1. In his Opposition, Daniel E. Becnel, Jr. asserted issues that have no relevance to the subject Motion before the Court.  Mr. Becnel has filed a separate Motion to Lift Stay (Rec. Doc. 19556) in an effort to obtain access to the entire database of SF-95 claimants through the guise of confirming his clients identity and representation as recorded in the database.  That motion is currently before Magistrate Wilkinson for Consideration.

2. The assertions presented in the Mr. Becnel's Memorandum in Opposition are completely unfounded.

3. The Court should strike Mr. Becnel's irrelevant Memorandum in Opposition as untimely. A plain review of record document 19593 indicates it was filed on January 27, 2010. As the hearing on the matter was originally scheduled for February 3, 2010, the opposition was due, per Local Rule of Court 7.5E, on January 26, 2010.

**WHEREFORE**, the Katrina Canal Breaches Litigation Plaintiffs Liaison Counsel, MRGO Subgroup Liaison Counsel, Robinson Trial Counsel on behalf of themselves and other interested attorneys pray that the Motion to Strike Mr. Becnel's opposition as untimely; or in the alternative, that the Motion for Leave to File Reply Be granted.

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**

 /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com


MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

 /s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

              **O'Donnell & Associates P.C.**

              /s/ Pierce O'Donnell
             Pierce O'Donnell (*pro hac vice*)
             550 S. Hope St., Suite 1000
             Los Angeles, California 90071
             Phone: (213) 347-0290
             Fax: (213) 347-0298

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 3rd day of February, 2010.

              /s/ Joseph M. Bruno
             Joseph M. Bruno