UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO * | | MAG. WILKINSON |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that the Katrina Canal Breaches Litigation Plaintiffs Liaison Counsel, MRGO Subgroup Liaison Counsel, Robinson Trial Counsel on behalf of themselves and other interested attorneys' Motion for Leave to File Reply Brief be **GRANTED** and the Reply Brief be filed into the record.

New Orleans, LA, this _____ day of _____, 2010

_____
JUDGE