UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO * | | MAG. WILKINSON |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that the Katrina Canal Breaches Litigation Plaintiffs Liaison Counsel, MRGO Subgroup Liaison Counsel, Robinson Trial Counsel on behalf of themselves and other interested attorneys' Motion to Strike Untimely Opposition be **GRANTED**.

New Orleans, LA, this _____ day of _____, 2010

_____
JUDGE