UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO * | | MAG. WILKINSON |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * *

**REPLY TO THE MEMORANDUM IN OPPOSITION TO MOTION FOR AN ORDER THAT ALL FEES BE SUBJECT TO COURT REVIEW PER CMO NO. 4**

**NOW INTO COURT**, through undersigned counsel, comes the Katrina Canal Breaches Litigation Plaintiffs Liaison Counsel, MRGO Subgroup Liaison Counsel, Robinson Trial Counsel on behalf of themselves and other interested attorneys, (hereinafter collectively referred to as "Movers"), who in reply to the Memorandum in Opposition to Motion for an Order That All Fees Be Subject to Court Review Per CMO No. 4 (Rec. Doc. 19593), do state as follows:

The opposition filed by Mr. Becnel has no relevance to the subject Motion before the Court.  Mr. Becnel has filed a separate Motion to Lift Stay (Rec. Doc. 19556) in an effort to obtain access to the entire database of SF-95 claimants through the guise of confirming his clients identity and representation as recorded in the database.  That motion is currently before Magistrate Wilkinson for Consideration.

However, it is imperative that the Court be made aware that the assertions presented in the Mr. Becnel's Memorandum in Opposition are unfounded, with substantial documentation rebutting Mr. Becnel's groundless assertions readily available for the Court's review should it so request.

WHEREFORE, Movers again re-urge the Court to grant entry of an order requiring all settlements and fees to be submitted to the Court for review and evaluation as described in the movants' original pleading.

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**

 /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com


MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

 /s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

**O'Donnell & Associates P.C.**

  /s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 3rd day of February, 2010.

  /s/ Joseph M. Bruno
Joseph M. Bruno