UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN:   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5260, 06-5162, 06-5771,<br>06-5937, 07-0206, 07-0621, 07-1073,<br>07-1271, 07-1285 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |
| PERTAINS TO: MRGO | * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the unopposed and meritorious Motion to Substitute (Doc. 19573),

IT IS ORDERED that the Plaintiff-Class Representatives, Kenneth Armstrong, Jeannine Armstrong, Glynn Wade, Henry Davis and Ethel Coats, be and they are hereby allowed to substitute Jerald N. Andry, Jr., in his administrative capacity as executor of the Estate of Ethel Coats, as a Plaintiff-Class Representative in the place and stead of the late Ethel Coats.

New Orleans, Louisiana this 3rd day of February, 2010.

Stanwood R. Duval, Jr.
United States District Judge