# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION "K"(2) |
| PERTAINS TO: Aguilar, 07-4852 | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss Without Prejudice filed by plaintiff, Nafamier Dennis, and defendant, The Hanover Insurance Company,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Nafamier Dennis, and all of her claims therein, including without limitation her claims against The Hanover Insurance Company, be and are hereby dismissed from the captioned lawsuit, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __3rd__ day of __February__, 2010.

_____
Stanwood R. Duval, Jr.
United States District Judge