UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> * <br> * <br> PERTAINS TO: MRGO * <br> * <br> * * * * * * * * * * * * * * * * * * * * * * * * | | CIVIL ACTION <br><br> NUMBER: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

### ORDER

**IT IS ORDERED** that the Katrina Canal Breaches Litigation Plaintiffs Liaison Counsel, MRGO Subgroup Liaison Counsel, Robinson Trial Counsel on behalf of themselves and other interested attorneys' Motion for Leave to File Reply Brief be **GRANTED** and the Reply Brief be filed into the record.

New Orleans, LA, this ___3rd___ day of ___February___, 2010

_____
Stanwood R. Duval, Jr.
United States District Judge