UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: INSURANCE/FORCED PLACE
   **Specific Case Nos.** 09-1600, 09-1604, 09-1609, 09-1610, 09-1611, 09-1612, 09-1614, 09-1615, 09-2559, 09-2560, 09-2561, 09-2562, 09-2563, 09-2564, 09-2565, 09-2566, 09-2567, 09-2568, 09-2569, 09-2570, 09-2571, 09-2572, 09-2573, 09-2574, 09-2575, 09-2582, 09-2583, 09-2584, 09-2585, 09-2586, 09-2587, 09-2588, 09-2589, 09-2593, 09-2594, 09-2595, 09-2596, 09-2597, 09-2598, 09-2599, 09-2600, 09-2607, 09-2612, 09-2613, 09-2614, 09-2615, 09-2616, 09-2617, 09-2618, 09-2619, 09-2620, 09-2621, 09-2622, 09-2623, 09-2625, 09-2630, 09-2640, 09-2642, 09-2644 , 09-2645, 09-2646, 09-2647 , 09-2648, 09-649, 09-2650, 09-2651, 09-2652, 09-2653, 09-2654, 09-2655, 09-2656, 09-2657, 09-2658, 09-2659, 09-2660, 09-2661, 09-2662, 09-2663, 09-2664, 09-2665, 09-2666, 09-2667, 09-2668, 09-2677, 09-2678, 09-2679, 09-2680, 09-2681, 09-2682, 09-2683, 09-2684, 09-2685, 09-2686, 09-2687, 09-2688, 09-2689, 09-2690, 09-2691, 09-2692, 09-2693, 09-2694, 09-2695, 09-2696, 09-2697, 09-2702, 09-2703, 09-2705, 09-2706, 09-2709, 09-2710, 09-2711, 09-2712, 09-2713, 09-2716, 09-2717, 09-2719, 09-2720, 09-2723, 09-2724, 09-2729, 09-2730, 09-2879, 09-2880

CIVIL ACTION
NO. 05-4182 "K" (2)

**Judge Duval**

**Magistrate Wilkinson**

## DEFENDANTS' RESPONSE TO THE COURT'S FEBRUARY 2, 2010 ORDER

Defendants jointly submit this response to the Court's Order of February 2, 2010.

As ordered by the Court, defendants have provided to plaintiffs' counsel the attached documentation, which identifies the page and paragraph of the Loss Payment language in the defendants' policies, as well as the specific policies that apply to each plaintiff in each complaint. (Attached *in globo* as Exhibit A.) Defendants also refer the Court to Appendix A to the Motion to Dismiss (Rec. # 18088-4), which listed each case number, and the individual plaintiffs and defendants identified with each suit.

Further, as previously discussed with Mr. Bruno and the Court, the parties will work diligently to discover information related to whether any claim is moot because policy limits have been paid or for any other reason, and will promptly file joint stipulations of dismissal where appropriate.

To date, defendants have identified two claims that are now apparently moot due to policy limits having been paid out in full and have supplied this information to plaintiffs' counsel. Those claims are detailed below:

(1) Case Number: **09-2990**
    Plaintiff: **Mary Liecher**
    Plaintiff's counsel: **Hurricane Legal Center**
    Policy: **Homecomings Financial (Policy 1901-8393)**
    - Policy was paid at the full limits for the property and thus should be moot.
(2) Case Number: N/A
    Plaintiff: **Ralph Amat**
    Plaintiff's counsel: **Hurricane Legal Center**
    Policy: **Bank One (Policy 1901-3337)**
    - Mr. Amat was initially listed as a plaintiff in the HLC's "First Amended Complaint" filed on January 30, 2009 but was omitted from the caption to either of the HLC's subsequently filed "First Amended Complaint for Forced Placed Policies" (09-2879 and 09-2990). The Hurricane Legal Center has confirmed that it no longer is pursuing the claim of Mr. Amat under the Bank One (Policy 1901-3337). Thus, any potential claim by Mr. Amat is no longer at issue before the Court.

Respectfully submitted, this 10th day of February, 2010.

    /s/ Wendy Hickok Robinson
Wendy Hickok Robinson (La. Bar No. 25225)
whrobinson@gordonarata.com
Nina Wessel English (La. Bar No. 29176)
nenglish@gordonarata.com
GORDON, ARATA, McCOLLAM DUPLANTIS
   & EAGAN, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111
(504) 582-1121 (*Facsimile*)

and

Cari K. Dawson (Ga. Bar No. 213490)
cari.dawson@alston.com
Daniel F. Diffley (Ga. Bar No. 221703)
DDiffley@alston.com
(admitted *pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777 (*Facsimile*)

**Attorneys for Safeco Insurance Company of America and General insurance Company of America**

and

  /s/ Stephen W. Rider
Stephen W. Rider T.A. (La. Bar No. 2071)
Daniel T. Plunkett (La. Bar No. 21822)
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

**Attorneys for Defendants Balboa Insurance Company, Meritplan Insurance Company And Newport Insurance Company**

and

  /s/  Virginia Y. Trainor
Marshall M. Redmon (Bar #18398)
Virginia Y. Trainor (Bar #25275)
**PHELPS DUNBAR LLP**
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

and

Jacqueline M. Brettner (Bar #30412)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**Attorneys for Defendants The Involved Lloyd's Underwriters, Southwest Business Corporation and Proctor Financial**

C E R T I F I C A T E

I hereby certify that on this 10th day of February, 2010, a copy of this **DEFENDANTS RESPONSE TO THE COURT'S FEBRUARY 2, 2010 ORDER** was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana. A copy of this pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.


\_\_\_/s/ Wendy Hickok Robinson_____