

Wendy Hickok Robinson
(504) 569-1651
whrobinson@gordonarata.com

201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111 · Fax (504) 582-1121
www.gordonarata.com

February 5, 2010
Ref: 4177-24744

*Via Email*

Joseph M. Bruno, Esq.
Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA 70113

Re: *In Re Katrina Canal Breaches Consolidated Litigation*, Case No. 05-4182
Pertains to Force-Placed Insurers

Dear Joe:

Pursuant to the Court's Order of February 2, 2010 and our subsequent telephone conversation, I attach a chart identifying the Bates numbers for the Loss Payment provisions in each of the Safeco Insurance policies at issue in the referenced litigation. The language of the Loss Payment provision is identical in all of the Safeco policies and is as follows:

> We will adjust all losses with you [the mortgage lender]. We will pay you [the mortgage lender] but in no event more than the amount of your interest in the "insured location". Amounts payable in excess of your [the mortgage lender's] interest will be paid to the "borrower" unless some other person is named by the "borrower" to receive payment. Loss will be payable 30 days after we receive your proof of loss and:
>
> (1) reach agreement with you;
> (2) there is an entry of final judgment; or
> (3) there is a filing of an appraisal award with us.

When we filed the Motion to Dismiss, we provided the Court and all parties with a copy of a disk that contained the Safeco policies. (The Bates numbers on the enclosed chart refer to the Bates numbers on the disk.) However, if you need another copy, please let us know and I'll be happy to get that to you.

Sincerely,

Wendy Hickok Robinson

Enc.

## Location of Loss Payment Provisions in Safeco Companies' Insurance Policies

**Unidentified Policies[1]**

| Case Number | First Name | Last Name |
|---|---|---|
| 09-2583 | Joseph | Thomas |
| 09-2587 | Joseph | Thomas |
| 09-2613 | Sylvester | Lucien |
| 09-2614 | Karen | Alfred |
| 09-2618 | Jacquelyn | Ross |

**Advance Mortgage Company Borrowers**
**HO Policy # MIH7710486B**
**Bates Numbers:  SAFECO 000001 – SAFECO 000174**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2588 | Francisco | Blanco | Safeco 000051 |
| 09-2692 | Jeanetta | Burton | Safeco 000051 |
| 09-2598 | Kevin/Ramona | Fabre/Adams | Safeco 000051 |
| 09-2880 | AC/Ora Lee | Fields | Safeco 000051 |
| 09-2691 | Shakir | Hameed | Safeco 000051 |
| 09-2879 | George/Cynthia | McCray | Safeco 000051 |
| 09-2586 | Celeste | Ovide | Safeco 000051 |
| 09-2616 | Mable | Temple | Safeco 000051 |
| 09-2589 | Isadore | Willis | Safeco 000051 |
| 09-2879 | Janis | Wright | Safeco 000051 |

---

[1] Joseph Thomas (09-2583 and 09-2587), Sylvester W. Lucien (09-2613), Karen Alfred (09-2614), and Jacquelyn Ross (09-2618) are listed as plaintiffs in their respective suits and have been identified by plaintiffs' counsel as having policies issued by a Safeco Company. However, Safeco has been unable to identify any policies that insure properties owned by these individuals. Undersigned has requested additional information from plaintiffs' counsel, such as policy numbers, but that information has not been provided.

**Alliance Mortgage Borrowers**
**HO Policy # MIH7710235B**
**Bates Numbers:  SAFECO 000175 – SAFECO 000360**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2677 | Anthony | Thomas | Safeco 000239 |

**AMC Mortgage Services Borrowers**
**HO Policy # MIH7710679B**
**Bates Numbers:  SAFECO 000361 – SAFECO 000540**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2585 | Gustavis/Sylvia | Biagas | Safeco 000414 |
| 09-2573 | Odelia | Condiff | Safeco 000414 |
| 09-2678 | Gilda | Crawford | Safeco 000414 |
| 09-2613 | Alita | Cusher | Safeco 000414 |
| 09-2619 | Juanita | Dyer | Safeco 000414 |
| 09-2693 | Pamela | Finney | Safeco 000414 |
| 09-2880 | Cynthia | Gibson | Safeco 000414 |
| 09-2880 | Morice | Gibson | Safeco 000414 |
| 09-2651 | Sherrel | Harris | Safeco 000414 |
| 09-2613 | Joseph/Evelyn | Harrison | Safeco 000414 |
| 09-2596 | Mark | Hollander | Safeco 000414 |
| 09-2621 | Angela | Irvin | Safeco 000414 |
| 09-2620 | Sylvia | Jones | Safeco 000414 |
| 09-2623 | Tammie | Jones | Safeco 000414 |
| 09-2595 | Darren/Carolyn | Miller | Safeco 000414 |
| 09-2613 | Carrie | Milton | Safeco 000414 |
| 09-2880 | Andria | Polk | Safeco 000414 |

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2685 | Daniel | Poulin | Safeco 000414 |
| 09-2614 | Theresa | Robertson | Safeco 000414 |
| 09-2647 | Ronald | Rollins | Safeco 000414 |
| 09-2572 | Ida Mae | Smith | Safeco 000414 |
| 09-2613 | Ida Mae | Smith | Safeco 000414 |
| 09-2583 | Joseph/Brenda | Thomas | Safeco 000414 |
| 09-2584 | Oliver | White | Safeco 000414 |
| 09-2613 | Phillip/Marietta | Williams | Safeco 000414 |

**Bank of New Orleans Borrowers**
**HO Policy # MI07710380B**
**Bates Numbers:  SAFECO 000541 – SAFECO 000660**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2681 | John | Jackson | Safeco 000601 |

**Colonial Mortgage & Loan Borrowers**
**HO Policy # MIH7710446B**
**Bates Numbers:  SAFECO 000661 – SAFECO 000835**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2571 | Lester | Gaines | Safeco 000710 |
| 09-2570 | Lester | Gaines | Safeco 000710 |
| 09-2650 | Larry | Posey | Safeco 000710 |

**Fidelity Homestead Borrowers**
**HO Policy # MSH7710382B**
**Bates Numbers:  SAFECO 000836 – SAFECO 000869**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2569 | Theresa | Ross | Safeco 000847 |

**Guaranty Savings & Home Borrowers**
**HO Policy # MIH7710368B**
**Bates Numbers:  SAFECO 000870 – SAFECO 001006**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2614 | Evangeline | Brown | Safeco 000880 |
| 09-2613 | Sonya | Brown | Safeco 000880 |
| 09-2684 | William | Curran | Safeco 000880 |
| 09-2568 | Lillie | Jefferson | Safeco 000880 |
| 09-2879 | John/Rosetta | Quiette | Safeco 000880 |
| 09-2597 | Eddie/Vanessa | Smith | Safeco 000880 |

**HSBC Mortgage Services Borrowers**
**HO Policy # MIH7710264B**
**Bates Numbers:  SAFECO 001007 – SAFECO 001181**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2646 | Tina | Ball | Safeco 001060 |
| 09-2689 | Ulyssis | Bently | Safeco 001060 |
| 09-2613 | Lawrence/Betty | Hamilton | Safeco 001060 |
| 09-2686 | Betty | Hamilton | Safeco 001060 |
| 09-2683 | Dan | Miller | Safeco 001060 |
| 09-2613 | Robert/Linye | Mitchell | Safeco 001060 |

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2613 | Audrey | Palmer | Safeco 001060 |
| 09-2649 | Louella | Parnell | Safeco 001060 |
| 09-2688 | Carl | Severan | Safeco 001060 |
| 09-2617 | Brenda | Singleton | Safeco 001060 |
| 09-2622 | Brenda | Singleton | Safeco 001060 |
| 09-2613 | Robin | Watkins | Safeco 001060 |

**Iberia Bank Borrowers**
**HO Policy # MIH7710477B**
**Bates Numbers:  SAFECO 001182 – SAFECO 001329**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2880 | Janice | Garcia | Safeco 001231 |

**Option One Mortgage Borrowers**
**HO Policy # MIH7710099B**
**Bates Numbers:  SAFECO 001330– SAFECO 001536**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2566 | Twanda | Coleman | Safeco 001347 |
| 09-2561 | Consuella | Lee | Safeco 001347 |

**Regions Bank Borrowers**
**HO Policy # MIH7710281B**
**Bates Numbers:  SAFECO 001537 – SAFECO 001722**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2563 | Lee | Ausama | Safeco 001596 |
| 09-2613 | Chris/Bertha | Ballard | Safeco 001596 |
| 09-2567 | James/Bernadette | Butler | Safeco 001596 |
| 09-2648 | Jerome | Devezin | Safeco 001596 |
| 09-2645 | Roslyn | Flot | Safeco 001596 |
| 09-2879 | Elaine/Jerry | Honore | Safeco 001596 |
| 09-2682 | Cottie | Irving | Safeco 001596 |
| 09-2562 | Monica | Jones | Safeco 001596 |
| 09-2653 | Isaac | Miller | Safeco 001596 |
| 09-2652 | Madiere | Moore | Safeco 001596 |
| 09-2879 | Anthony | Owens | Safeco 001596 |
| 09-2600 | Betty | Price | Safeco 001596 |
| 09-2564 | Lordell | Shearod | Safeco 001596 |
| 09-2565 | Henry | Youngblood | Safeco 001596 |

**State Farm Acceptance Borrowers**
**HO Policy # MIH7710443B**
**Bates Numbers:  SAFECO 001723 – SAFECO 001907**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2690 | Michelle | Bailey | Safeco 001782 |
| 09-2599 | Karen  Sharon | Harris  Lee | Safeco 001782 |
| 09-2644 | Carol | Nelson | Safeco 001782 |

1099161-1                                         6

**Sun Finance Borrowers**
**HO Policy # MIH7710292B**
**Bates Numbers:  SAFECO 001908 – SAFECO 002079**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2879 | Lawrence/Emma | Brock | Safeco 001949 |
| 09-2613 | Cheryl | Cook | Safeco 001949 |
| 09-2880 | Kay | Jackson | Safeco 001949 |

**Trustmark National Bank Borrowers**
**HO Policy # MIH7710336B**
**Bates Numbers:  SAFECO 002080 – SAFECO 002289**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2613 | Anthony/Natalie | Price | Safeco 002117 |

**Washington Mutual Borrowers**
**HO Policy # MIH7710785B**
**Bates Numbers:  SAFECO 002290 – SAFECO 002441**

| Case Number | First Name | Last Name | Location of Loss Payment Clause in Policy |
|---|---|---|---|
| 09-2613 | Eirene | Berard | Safeco 002301 |
| 09-2679 | Byron | Johnson | Safeco 002301 |
| 09-2880 | Tammi | Lewis | Safeco 002301 |
| 09-2687 | Aaron | Smith | Safeco 002301 |

# PHELPS DUNBAR LLP
### COUNSELORS AT LAW

| | | |
|---|---|---|
| New Orleans, LA | Canal Place | Jackson, MS |
| Baton Rouge, LA | 365 Canal Street • Suite 2000 | Tupelo, MS |
| Houston, TX | New Orleans, Louisiana 70130-6534 | Gulfport, MS |
| London, England | (504) 566-1311 | Tampa, FL |
| | Fax (504) 568-9130 | |

www.phelpsdunbar.com

JACQUELINE M. BRETTNER
504) 584-9342
brettnej@phelps.com

February 8, 2010

21517-5

**VIA E-MAIL & U.S. MAIL**
Mr. Joseph M. Bruno, Esq.
Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA 70113

Re: *In Re Katrina Canal Breaches Consolidated Litigation*, Case No. 05-4182
Pertains to Forced-Placed Insurers

Dear Joe:

In accord with the Court's February 2, 2010 Order, I attach a chart identifying the Bates numbered pages containing the Loss Payment provisions relative to each of the Involved Lloyd's Underwriters' policies at issue in the above-captioned litigation.

The identified pages, identified as part of Exhibit C, were provided to you and the Court via electronic disc filed along with the Defendants' Motion to Dismiss. However, should you need an additional copy, please let me know.

Should you have any additional questions and/or concerns, please feel free to contact me directly.

With kindest personal regards, I remain

Sincerely,

Jacqueline M. Brettner

JMB/dp
Enclosures

PD.3925934.1

# LOSS PAYABLE PROVISIONS FOR THE
# INVOLVED LLOYD'S UNDERWRITERS' POLICIES AT ISSUE

| | FIDELITY HOMESTEAD ASSOCIATION POLICY NO. MSP0801000005 | |
|---|---|---|
| ILU00150 | Morrison, Samuel | Civ. No. 09-2879 |
| ILU00150 | Samuel, Sharon | Civ. No. 09-2879 |

| | HOMECOMINGS POLICY NO. 1901-8393 | |
|---|---|---|
| ILU00077 | Leicher, Mary | Civ. No. 09-2880 |

| | WASHINGTON MUTUAL POLICY NO. 1901-4145-0001 | |
|---|---|---|
| ILU000119 | Singleton, Bernard | Civ. No. 09-2880 |

| | STANDARD MORTGAGE COMPANY POLICY NO. FP-1565/HO3 | |
|---|---|---|
| SWBC00011 | Alfred, Karen Annette | Civ. No. 09-2614 |
| SWBC00011 | Armstrong, Emile | Civ. No. 09-2655 |
| SWBC00011 | Barthelemy, Donald | Civ. No. 09-2614 |
| SWBC00011 | Bush, Mary and Kelvin | Civ. No. 09-2664 |
| SWBC00011 | Campbell, Owanda | Civ. No. 09-2696 |
| SWBC00011 | Chism, Belinda | Civ. No. 09-2695 |
| SWBC00011 | Comeaux, Oliver and Linda | Civ. No. 09-2662 |
| SWBC00011 | Davis, Stacey | Civ. No. 09-2656 |
| SWBC00011 | Domnick, Sherrilyn M | Civ. No. 09-2880 |
| SWBC00011 | Finnie, Cora | Civ. No. 09-2668 |
| SWBC00011 | Fournier, Reginald | Civ. No. 09-2879 |
| SWBC00011 | Howard, Danny | Civ. No. 09-2612 |
| SWBC00011 | Hunter, Clarence | Civ. No. 09-2661 |
| SWBC00011 | Marshall, Deanne | Civ. No. 09-2658 |
| SWBC00011 | Martin, Calvin | Civ. No. 09-2613 |
| SWBC00011 | Mercadel, Marvin | Civ. No. 09-2613 |
| SWBC00011 | Mitchell, Betty Jo (Pugh, Pam) | Civ. No. 09-2667 |
| SWBC00011 | Mitchell, Unel | Civ. No. 09-2697 |
| SWBC00011 | Noel, Patricia | Civ. No. 09-2657 |
| SWBC00011 | Perry, James A | Civ. No. 09-2880 |
| SWBC00011 | Riley, Keith (Rockial) | Civ. No. 09-2694 |
| SWBC00011 | Waiters, Joe Lee (Williams, H.) | Civ. No. 09-2594 |
| SWBC00011 | Waker, Dorothy | Civ. No. 09-2660 |

| | STANDARD MORTGAGE COMPANY POLICY NO. FP-1565/DP3 | |
|---|---|---|
| SWBC00111 | Washington, Ernest | Civ. No. 09-2663 |

| | LITTON LOAN SERVICING POLICY NO. FP-1451/DP3 | |
|---|---|---|
| SWBC00111 | Clayton, Chiquetter and William | Civ. No. 09-2593 |
| SWBC00111 | Christian, Gregory | Civ. No. 09-2613 |

# LOSS PAYABLE PROVISIONS FOR THE
# INVOLVED LLOYD'S UNDERWRITERS' POLICIES AT ISSUE

| | | |
|---|---|---|
| SWBC00111 | Edwards, Dwayne | Civ. No. 09-2559 |
| SWBC00111 | Hyde, Joan | Civ. No. 09-2560 |
| SWBC00111 | Hatcher, Irvin | Civ. No. 09-2614 |
| SWBC00111 | Kelson, Percy | Civ. No. 09-1609 |
| SWBC00111 | Scott, Riley and Debbie | Civ. No. 09-2666 |
| SWBC00111 | Lewis Oliver, Barbara | |
| SWBC00111 | Waguespack, Laura | Civ. No. 09-2659 |

| HIBERNIA NATIONAL BANK POLICY NO. FP-1431/DP3 | | |
|---|---|---|
| SWBC00169 | Davis, Frank | Civ. No. 09-2615 |
| SWBC00169 | Taylor, Pamela | Civ. No. 09-2654 |

| NOVASTAR FINANCIAL POLICY NO. MP7001349 | | |
|---|---|---|
| PFL00007-00009 | Jones, Tyrone | Civ. No. 09-2574 |
| PFL00007-00009 | Darby, Jerry | Civ. No. 09-2575 |
| PFL00007-00009 | LaCour, Aline | Civ. No. 09-2880 |
| PFL00007-00009 | Ross, Erica | Civ. No. 09-2613 |

# PHELPS DUNBAR LLP
## — COUNSELORS AT LAW —

| | | |
|---|---|---|
| New Orleans, LA | Canal Place | Jackson, MS |
| Baton Rouge, LA | 365 Canal Street • Suite 2000 | Tupelo, MS |
| Houston, TX | New Orleans, Louisiana 70130-6534 | Gulfport, MS |
| London, England | (504) 566-1311 | Tampa, FL |
| | Fax (504) 568-9130 | |

www.phelpsdunbar.com

JACQUELINE M. BRETTNER
504) 584-9342
brettnej@phelps.com

February 8, 2010

21517-5

**VIA E-MAIL & U.S. MAIL**
Mr. Joseph M. Bruno, Esq.
Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA 70113

Re:   *In Re Katrina Canal Breaches Consolidated Litigation*, Case No. 05-4182
      Pertains to Forced-Placed Insurers

Dear Joe:

With regard to the claims at issue in the Forced Placed litigation against the Involved Lloyd's Underwriters, we are advised today that the Hurricane Legal Center is no longer pursuing a claim for borrower Ralph Amat. Accordingly, we request that the Joint Stipulation to be submitted to the Court on Wednesday reflect this information.

Should you have any additional questions and/or concerns, please feel free to contact me directly.

With kindest personal regards, I remain

Sincerely,

Jacqueline M. Brettner

JMB/dp

{File: 00139905.DOC \ }PD.3926886.1

**McGLINCHEY STAFFORD** PLLC

ATTORNEYS AT LAW

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

**STEPHEN W. RIDER**
(504) 596-2798
Fax (504) 596-2800
srider@mcglinchey.com

February 9, 2010

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

    RE: In re: Katrina Breaches Consolidated Litigation
       Case No. 05-4182, pertains to Forced-Placed Insurers

Dear Joe:

  We provide you with the attached chart pursuant to the Court's February 2, 2010 Order with respect to the joint motion to dismiss filed by lender-placed insurer defendants. The attached chart identifies the Bates numbers for the loss payment provisions in each of the Newport and Meritplan lender-placed insurance policies at issue in the joint motion to dismiss. The language in the loss payment provision in the Newport policies is identical in all of those policies, and reads as follows:

> Loss or damage, if any, shall be adjusted with and made payable to **YOU** [named insured Lender]. In the event that the covered amount of a covered loss exceeds **Your** interest in the covered property and a mortgagor is in legal possession of this insured **Residential Property** or **Commercial Property** at the time of payment for loss or damage payment, will be made to **You** and the mortgagor. (emphasis original) (Exhibit "B," N – 0030, 60, 89, 117, 146).

  Likewise, the language in the loss payment provisions is identical in all of the Meritplan lender-placed insurance policies, as follows:

> WE will adjust each LOSS with YOU. WE will pay YOU. (emphasis original), Exhibit "B", M-00010, 26, 42, 58.

  When the motion to dismiss was filed, the Court and all parties were provided with a disk that contained the Newport and Meritplan lender-placed insurance policies. The Bates numbers on the enclosed chart refer to the Bates numbers on the disk. However, please let me know if you need any further information.

12th Floor, 601 Poydras Street • New Orleans, LA 70130 • (504) 586-1200 • Fax (504) 596-2800 • TDD (504) 596-2728 • www.mcglinchey.com

February 9, 2010
Page 2

Sincerely,

Stephen W. Rider

SWR/mvg
    cc:    Dan Plunkett

859121.1

Newport Insurance Company and Meritplan Insurance Company (As Per February 2, 2010 Order)

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Case No. | Plaintiffs Name | Location of Loss Payment Clause in Policy | Lender Placed Insurance Policy |
| 2 | 09-2703 | Allen, James | N-00030 | Newport Policy Issued to Countrywide |
| 3 | 09-2879 | Baker, Willie & Patricia Jackson | N-00089 | Newport Policy Issued to Countrywide |
| 4 | 09-2640 | Booth, Robert & Nadgedge Wynden-Booth | N-00030 | Newport Policy Issued to Countrywide |
| 5 | 09-2642 | Burgess, Charlie & Wanda Shedd-Burgess | N-00030 | Newport Policy Issued to Countrywide |
| 6 | 09-1604 | Butler, Dianne | N-00030 | Newport Policy Issued to Countrywide |
| 7 | 09-2630 | Butler, Dianne | N-00030 | Newport Policy Issued to Countrywide |
| 8 | 09-2582 | Chalk, Angela | M-00010 | Meritplan Policy Issued to Saxon |
| 9 | 09-2719 | Clark, Dana/Juan Hall | N-00060 | Newport Policy Issued to Countrywide |
| 10 | 09-2613 | Conway, Lois | N-00146 | Newport Policy Issued to Countrywide |
| 11 | 09-2613 | Cummings, Sandra | N-00146 | Newport Policy Issued to Countrywide |
| 12 | 09-2713 | Erve-Forbes, Angela, Neal Roberts & Elaine Roberts | N-00030 | Newport Policy Issued to Countrywide |
| 13 | 09-1299 | Ford, Stella | N-00089 | Newport Policy Issued to Countrywide |
| 14 | 09-2710 | Forest, Monique | N-00060 | Newport Policy Issued to Countrywide |
| 15 | 09-2702 | Franklin, Shelia | N-00030 | Newport Policy Issued to Countrywide |
| 16 | 09-1612 | Gaines, Shirley | N-00030 | Newport Policy Issued to Countrywide |
| 17 | 09-2723 | Gonzales, Keith & Lori | N-00030 | Newport Policy Issued to Countrywide |
| 18 | 09-2730 | Hardy, James | N-00030 | Newport Policy Issued to Countrywide |
| 19 | 09-2720 | Henry, Louis & Arnwessa Henry | M-00010 | Meritplan Policy Issued to Saxon |
| 20 | 09-1614 | Johnson, Iolanda | N-00030 | Newport Policy Issued to Countrywide |
| 21 | 09-1600 | Johnson, John | N-00030 | Newport Policy Issued to Countrywide |
| 22 | 09-1611 | Johnson, Michelle | N-00030 | Newport Policy Issued to Countrywide |
| 23 | 09-2614 | Johnson, Wayne | N-00117 | Newport Policy Issued to Countrywide |
| 24 | 09-2709 | Lane, Joseph & Lakeysha | N-00030 | Newport Policy Issued to Countrywide |
| 25 | 09-2717 | Lewis, Charlotte | N-00030 | Newport Policy Issued to Countrywide |
| 26 | 09-2716 | Lyons, Valjon | N-00030 | Newport Policy Issued to Countrywide |
| 27 | 09-2705 | Marshall, Lorraine | N-00030 | Newport Policy Issued to Countrywide |
| 28 | 09-1437 | Montegue, Latonya | N-00089 | Newport Policy Issued to Countrywide |
| 29 | 09-2613 | Patterson, Roosevelt & Lynette | N-00146 | Newport Policy Issued to Countrywide |
| 30 | 09-2607 | Perkins, David & Justine | N-00030 | Newport Policy Issued to Countrywide |
| 31 | 09-2724 | Richardson, Dave | N-00030 | Newport Policy Issued to Countrywide |
| 32 | 09-2625 | Russell, Gerald | N-00030 | Newport Policy Issued to Countrywide |
| 33 | 09-2712 | Severan, Carl & Rita | N-00060 | Newport Policy Issued to Countrywide |
| 34 | 09-1157 | Simpson, Joe | N-00089 | Newport Policy Issued to Countrywide |

Newport Insurance Company and Meritplan Insurance Company (As Per February 2, 2010 Order)

|    | A | B | C | D |
|----|---|---|---|---|
| 1  | Case No. | Plaintiffs Name | Location of Loss Payment Clause in Policy | Lender Placed Insurance Policy |
| 35 | 09-2233 | Stevens, Keith | M-0026 | Meritplan Policy Issued to Saxon |
| 36 | 09-2879 | Stevens, Keith | M-0026 | Meritplan Policy Issued to Saxon |
| 37 | 09-2234 | Stewart, Helen | M-0042 | Meritplan Policy Issued to Saxon |
| 38 | 09-2879 | Stewart, Helen | M-0042 | Meritplan Policy Issued to Saxon |
| 39 | 09-2613 | Voice- Perkins, Daisy | M-0058 | Meritplan Policy Issued to Saxon |
| 40 | 09-2729 | West, Jean | N-00060 | Newport Policy Issued to Countrywide |
| 41 | 09-2711 | Williams, Gayle | N-00030 | Newport Policy Issued to Countrywide |
| 42 | 09-1610 | Williams, Matthew | N-00030 | Newport Policy Issued to Countrywide |
| 43 | 09-2613 | Williams, Meredith | N-00149 | Newport Policy Issued to Countrywide |
| 44 | 09-2706 | Wilson, Barbara | N-00060 | Newport Policy Issued to Countrywide |
| 45 | 09-1615 | Wroten, Alice | N-00030 | Newport Policy Issued to Countrywide |