UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO.: 05-4182 |
| | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: FORCED PLACE DOCKET: | * | |

Specific Case Nos. 09-1600, 09-1609, 09-1610, 09-1611, 09-1612, 09-1614, 09-1615, 09-2559, 09-2560, 09-2561, 09-2562, 09-2564, 09-2565, 09-2566, 09-5267, 09-2568, 09-2569, 09-2570, 09-2571, 09-2572, 09-2573, 09-2574, 09-2575, 09-2582, 09-2583, 09-2584, 09-2585, 09-2586, 09-2587, 09-2588, 09-2589, 09-2593, 09-2594, 09-2595, 09-2596, 09-2597, 09-2598, 09-2599, 09-2600, 09-2607, 09-2612, 09-2613, 09-2614, 09-2615, 09-2616, 09-2617, 09-2618, 09-2619, 09-2620, 09-2621, 09-2622, 09-2623, 09-2625, 09-2630, 09-2640, 09-4642, 09-2644, 09-2645, 09-2646, 09-2647, 09-2648, 09-649, 09-2650, 09-2651, 09-2652, 09-2653, 09-2654, 09-2655, 09-2656, 09-2657, 09-2658, 09-2659, 09-2660, 09-2661, 09-2662, 09-2663, 09-2664, 09-2665, 09-2666, 09-2667, 09-2668, 09-2677, 09-2678, 09-2679, 09-2680, 09-2681, 09-2682, 09-2683, 09-2684, 09-2684, 09-2685, 09-2686, 09-2687, 09-2688, 09-2689, 09-2690, 09-2691, 09-2692, 09-2693, 09-2694, 09-2695, 09-2696, 09-2697, 09-2702, 09-2703, 09-2705, 09-2706, 09-2709, 09-2710, 09-2711, 09-2712, 09-2713, 09-2716, 09-2717, 09-2719, 09-2720, 09-2723, 09-2724, 09-2729, 09-2730, 09-2879, 09-2880

## PLAINTIFFS SUBMISSION RELATIVE TO ORDER
## (REC.DOC.19612)

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs in the above captioned case, who in compliance with the above referenced Order, do state as follows:

I.

Counsel for the Plaintiffs and the Defendants have endeavored to produce a Joint Stipulation; but based upon the scope of information provided, have agreed to present respective submissions to the court outlining the information requested by the court.

II.

Attached as Exhibit A is a spreadsheet outlining the case caption and respective plaintiffs per

each caption, as well as the additional information requested by the court.

III.

Plaintiffs concur that the language sought by the court is accurately reflected in the defendants submission.

IV.

Additionally, Plaintiffs draw the Courts attention to columns Z, AA, and AB. These columns reflect those policies which provide coverage in addition to "Coverage A", namely "Coverage B" separate structures, "Coverage C" personal property, and "Coverage D" additional living expenses. (See Exhibit A.)

V.

Plaintiffs rely on both the language identified by the defendants, as well as the additional coverages, as the basis for standing to sue.

VI.

Plaintiffs will file a Motion to Dismiss without Prejudice for each client listed on Exhibit "B".

**WHEREFORE**, Plaintiffs pray that this submission be deemed good and sufficient.

Respectfully submitted:

LAW OFFICE OF JOSEPH M. BRUNO

BY:     /s/ Joseph M. Bruno

JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
855 Baronne Street
New Orleans, LA   70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of February, 2010.

                                                    /s/ Joseph M. Bruno
                                                    Joseph M. Bruno