| Bruno File # | Case # | Last Name | First Name | Defendant /Insurer | Defendant /Mortgagor | Section | Magistrate | Limits Cov A | Limits Cov B | Limits Cov C | Limits Cov D | Prior Pay A | Prior Pay B | Prior Pay C | Prior Pay D | Bruno Supplement | Supplement Paid to Mtg. Co. | Mtg. Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JBA00828 | 09-2582 | Chalk | Angela | Balboa Group-Meritplan Ins | Saxon Mortgage | "K" Duval | "2" Wilkinson | $ 41,033.00 | $ 4,103.00 | $ - | $ - | $ 3,936.66 | $ - | $ - | $ - | $ - | $ - | YES |
| JBA00053 | 09-1610 | Williams | Matthew | Balboa Group-Newport Ins | Countrywide Home Lo | "K" Duval | "2" Wilkinson | $ 75,613.00 | $ 7,561.00 | $ - | $ - | $ 1,798.24 | $ - | $ - | $ - | $ - | $ 49,507.68 | YES |
| JBA00319 | 09-1615 | Wroten | Alice | Balboa Group-Newport Ins | Countrywide Home Lo | "K" Duval | "2" Wilkinson | $ 83,200.00 | $ 8,320.00 | $ - | $ - | $ 9,364.00 | $ - | $ - | $ - | $ - | $ - | NO |
| JBA01653 | 09-1614 | Johnson | Iolanda | Balboa Group-Newport Ins | Countrywide Home Lo | "K" Duval | "2" Wilkinson | $ 82,273.00 | $ 8,227.00 | $ - | $ - | $ 31,000.00 | $ - | $ - | $ - | $ - | $ - | NO |
| JBA02222 | 09-1600 | Johnson Jr | John | Balboa Group-Newport Ins | Countrywide Home Lo | "K" Duval | "2" Wilkinson | $ 88,000.00 | $ 8,800.00 | $ - | $ - | $ 61,301.39 | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA02556 | 09-1604 | Butler | Dianne | Balboa Group-Newport Ins | Countrywide Home Lo | "K" Duval | "2" Wilkinson | $ 85,000.00 | $ 8,500.00 | $ - | $ - | $ 8,000.00 | $ - | $ - | $ - | $ - | $ - | YES |
| JBA04066 | 09-2730 | Hardy | James | Balboa Group-Newport Ins | Countrywide Home Lo | "K" Duval | "2" Wilkinson | $ 78,604.00 | $ 7,860.00 | $ - | $ - | ??? | ??? | $ - | $ - | $ - | $ - | NO |
| JBA04283 | 09-2729 | West | Jean | Balboa Group-Newport Ins | Countrywide Home Lo | "K" Duval | "2" Wilkinson | $ 77,390.00 | | | | $ 8,768.44 | | $ - | $ - | $ - | $ - | ??? |
| JBA03785 | 09-2706 | Wilson | Barbara | Balboa Group-Newport Ins | Select Portfolio Servic | "K" Duval | "2" Wilkinson | $ 59,000.00 | $ 5,900.00 | $ - | $ - | $ 6,862.00 | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA04687 | 09-2702 | Franklin | Sheila | Balboa Insurance Group | ??? | "K" Duval | "2" Wilkinson | ??? | ??? | ??? | ??? | ??? | ??? | $ - | $ - | $ - | $ - | ??? |
| JBA02046 | 09-1612 | Gaines | Shirley Mae | Balboa Insurance Group | Countrywide Home Lo | "K" Duval | "2" Wilkinson | $ 11,475.00 | $ 1,148.00 | $ - | $ - | $ 2,594.72 | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA02885-03 | 09-2607 | Perkins | David | Balboa Insurance Group | Countrywide Home Lo | "K" Duval | "2" Wilkinson | $ 42,954.00 | $ 4,295.40 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | NO |
| JBA03523 | 09-2640 | BOOTH | ROBERT | Balboa Insurance Group | Countrywide Home Lo | "K" Duval | "2" Wilkinson | ??? | ??? | ??? | ??? | ??? | ??? | $ - | $ - | $ - | $ - | ??? |
| JBA04435-02 | 09-2703 | Allen | James | Balboa Insurance Group | Countrywide Home Lo | "K" Duval | "2" Wilkinson | $ 51,668.00 | $ 5,169.00 | $ - | $ - | $ 5,888.00 | $ - | $ - | $ - | $ - | $ - | NO |
| JBA01739 | 09-1611 | Johnson | Michelle | Balboa Insurance Group | GMAC Mortgage | "K" Duval | "2" Wilkinson | $ 87,000.00 | $ 8,700.00 | $ - | $ - | $ 9,932.00 | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA05331 | 09-2642 | Shedd-Burgess | Wanda | Balboa Insurance Group | Select Portfolio Servic | "K" Duval | "2" Wilkinson | $ 34,827.00 | $ 3,483.00 | $ - | $ - | $ 550.07 | $ - | $ - | $ - | $ - | $ - | YES |
| JBA01790 | 09-2574 | Jones | Tyrone | Lloyds of London (Proctor | Novastar Mortgage In | "K" Duval | "2" Wilkinson | $ 129,700.00 | $ 12,970.00 | $ - | $ - | $ 2,000.00 | $ - | $ - | $ - | $ - | $ - | NO |
| JBA02025 | YES | Darby | Jerry | Lloyds of London (Proctor | Novastar Mortgage In | "K" Duval | "2" Wilkinson | $ 100,000.00 | $ 10,000.00 | $ - | $ - | $ 22,000.00 | $ - | $ - | $ - | $ - | $ - | YES |
| JBA01493-02 | 09-2617 | Singleton | Brenda | Safeco Insurance Compan | ??? | "K" Duval | "2" Wilkinson | $ 60,000.00 | $ 6,000.00 | $ - | $ - | $ 9,000.00 | $ - | $ - | $ - | $ - | $ - | NO |
| JBA01493-03 | 09-2622 | Singleton | Brenda | Safeco Insurance Compan | ??? | "K" Duval | "2" Wilkinson | ??? | ??? | ??? | ??? | ??? | ??? | $ - | $ - | $ - | $ - | ??? |
| JBA02537 | 09-2561 | Lee | Consuella | Safeco Insurance Compan | ??? | "K" Duval | "2" Wilkinson | ??? | ??? | ??? | ??? | ??? | ??? | $ - | $ - | $ - | $ - | ??? |
| JBA01286 | 09-2589 | Willis | Isadore | Safeco Insurance Compan | Advanced Mortgage C | "K" Duval | "2" Wilkinson | $ 40,000.00 | $ 4,000.00 | $ 20,000.00 | $ 8,000.00 | $ 8,436.00 | $ - | $ - | $ - | 6,664.08 | $ - | ??? |
| JBA01507 | 09-2588 | Blanco | Francisco | Safeco Insurance Compan | Advanced Mortgage C | "K" Duval | "2" Wilkinson | $ 60,000.00 | $ 6,000.00 | $ 30,000.00 | $ 12,000.00 | $ 7,842.38 | $ - | $ - | $ - | $ - | $ 11,599.96 | ??? |
| JBA02085 | 09-2586 | Ovide | Celeste | Safeco Insurance Compan | Advanced Mortgage C | "K" Duval | "2" Wilkinson | $ 40,000.00 | $ 4,000.00 | $ - | $ - | $ 9,300.00 | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA02901 | 09-2683 | Miller | Dan | Safeco Insurance Compan | Advanced Mortgage C | "K" Duval | "2" Wilkinson | $ 76,725.00 | $ 7,672.50 | $ - | $ - | $ 3,638.23 | $ - | $ - | $ - | $ - | $ - | NO |
| JBA03105-11 | 09-2691 | Hameed | Shakir | Safeco Insurance Compan | Advanced Mortgage C | "K" Duval | "2" Wilkinson | $ 25,000.00 | $ 2,500.00 | $ - | $ - | $ 6,354.99 | $ 1,661.74 | $ - | $ - | $ - | $ - | ??? |
| JBA04264 | 09-2692 | Burton | Jeanetta | Safeco Insurance Compan | Advanced Mortgage C | "K" Duval | "2" Wilkinson | $ 40,000.00 | $ 4,000.00 | $ - | $ - | $ 7,008.20 | $ - | $ - | $ - | $ - | $ - | NO |
| JBA00168 | 09-2585 | Biagas | Gustavis | Safeco Insurance Compan | AMC Mortgage Servic | "K" Duval | "2" Wilkinson | $ 152,427.00 | $ 15,243.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA00757 | 09-2584 | White | Oliver | Safeco Insurance Compan | AMC Mortgage Servic | "K" Duval | "2" Wilkinson | ??? | ??? | $ - | $ - | $ 2,596.18 | $ 117.87 | $ - | $ - | $ 9,934.34 | $ - | NO |
| JBA01264 | 09-2668 | Finney | Pamela | Safeco Insurance Compan | AMC Mortgage Servic | "K" Duval | "2" Wilkinson | $ 55,000.00 | $ 5,000.00 | $ - | $ - | $ 14,802.47 | $ 225.12 | $ - | $ - | $ - | $ - | ??? |
| JBA01589 | 09-2595 | Miller | Darren | Safeco Insurance Compan | AMC Mortgage Servic | "K" Duval | "2" Wilkinson | $ 80,500.00 | $ 8,050.00 | $ - | $ - | $ 10,025.59 | $ 2,474.63 | $ - | $ - | $ - | $ - | ??? |
| JBA02177 | 09-2573 | Condiff | Odelia | Safeco Insurance Compan | AMC Mortgage Servic | "K" Duval | "2" Wilkinson | $ 102,300.00 | $ 10,230.00 | $ - | $ - | $ 5,501.34 | $ 1,821.62 | $ - | $ - | $ - | $ - | YES |
| JBA03534 | 09-2647 | Rollins | Ronald & Teresa | Safeco Insurance Compan | AMC Mortgage Servic | "K" Duval | "2" Wilkinson | $ 384,443.00 | $ 38,444.30 | $ - | $ - | $ 12,233.64 | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA04489 | 09-2651 | Harris | Sherrel | Safeco Insurance Compan | AMC Mortgage Servic | "K" Duval | "2" Wilkinson | $ 90,000.00 | $ 9,000.00 | $ - | $ - | $ 4,800.00 | $ - | $ - | $ - | $ - | $ - | YES |
| JBA00188 | 09-2572 | Smith | Ida | Safeco Insurance Compan | American Mortgage | "K" Duval | "2" Wilkinson | $ 53,196.00 | $ 5,320.00 | $ - | $ - | $ 33,789.30 | $ - | $ - | $ - | $ - | $ - | NO |
| JBA02166-01 | 09-2570 | Gaines | Lester | Safeco Insurance Compan | Colonial Mortgage & L | "K" Duval | "2" Wilkinson | $ 25,000.00 | $ 2,500.00 | $ - | $ - | $ 1,003.02 | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA02166-02 | 09-2571 | Gaines | Lester | Safeco Insurance Compan | Colonial Mortgage & L | "K" Duval | "2" Wilkinson | $ 25,000.00 | $ 2,500.00 | $ - | $ - | $ 3,101.61 | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA02650 | 09-2569 | Posey | Larry | Safeco Insurance Compan | Colonial Mortgage & L | "K" Duval | "2" Wilkinson | $ 60,000.00 | $ 6,000.00 | $ 30,000.00 | $ 12,000.00 | $ 15,488.02 | $ 6,000.00 | $ - | $ - | $ - | $ - | YES |
| JBA02870 | 09-2569 | Ross | Teresa | Safeco Insurance Compan | Fidelity Homestead | "K" Duval | "2" Wilkinson | $ 85,000.00 | $ 8,500.00 | $ - | $ - | $ 7,082.52 | $ - | $ - | $ - | 750.57 | $ - | YES |
| JBA00744 | 09-2568 | Jefferson | Lillie | Safeco Insurance Compan | Guaranty Savings & H | "K" Duval | "2" Wilkinson | $ 40,000.00 | $ 4,000.00 | $ 20,000.00 | $ 8,000.00 | $ 6,177.04 | $ - | $ - | $ - | $ - | $ - | YES |
| JBA02042-05 | 09-2597 | Smith | Eddie | Safeco Insurance Compan | Guaranty Savings & H | "K" Duval | "2" Wilkinson | $ 29,600.00 | $ 2,960.00 | $ - | $ - | $ 8,030.21 | $ - | $ - | $ - | $ - | $ - | YES |
| JBA02909 | 09-2566 | Coleman | Twanda | Safeco Insurance Compan | HSBC Mortgage | "K" Duval | "2" Wilkinson | $ 100,000.00 | $ 10,000.00 | $ - | $ - | $ 18,042.58 | $ 6,527.33 | $ - | $ - | $ - | $ - | ??? |
| JBA03559 | 09-2646 | BALL | TINA | Safeco Insurance Compan | HSBC Mortgage | "K" Duval | "2" Wilkinson | $ 132,909.00 | $ 13,291.00 | $ - | $ - | $ 13,054.71 | $ - | $ - | $ - | $ 12,254.17 | $ - | YES |
| JBA03921 | 09-2649 | Parnell | Louella | Safeco Insurance Compan | HSBC Mortgage | "K" Duval | "2" Wilkinson | $ 67,000.00 | $ 6,700.00 | $ - | $ - | $ 6,742.18 | $ - | $ - | $ - | $ - | $ - | YES |
| JBA00790-03 | 09-2567 | Walker | Bernadette | Safeco Insurance Compan | Region Bank | "K" Duval | "2" Wilkinson | $ 54,738.00 | $ 5,474.00 | $ - | $ - | $ 7,142.47 | $ 1,089.45 | $ - | $ - | $ - | $ - | ??? |
| JBA00123-02 | 09-2564 | Shearod | Lordell & Rochelle | Safeco Insurance Compan | Regions Bank | "K" Duval | "2" Wilkinson | $ 74,400.00 | $ 7,440.00 | $ - | $ - | $ 3,100.00 | $ - | $ - | $ - | $ - | $ - | NO |
| JBA01278 | 09-2565 | Youngblood | Henry | Safeco Insurance Compan | Regions Bank | "K" Duval | "2" Wilkinson | $ 86,995.00 | $ 8,695.50 | $ - | $ - | $ 8,309.93 | $ 4,522.57 | $ - | $ - | $ - | $ - | NO |
| JBA01425 | 09-2562 | Jones | Monica | Safeco Insurance Compan | Regions Bank | "K" Duval | "2" Wilkinson | $ 134,479.00 | $ 13,447.90 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA02462 | 09-2648 | Devezin | Jerome | Safeco Insurance Compan | Regions Bank | "K" Duval | "2" Wilkinson | $ 36,828.00 | $ 3,682.80 | $ - | $ - | $ 909.00 | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA04613-02 | 09-2713 | Flot | Roslyn | Safeco Insurance Compan | Regions Bank | "K" Duval | "2" Wilkinson | $ 92,000.00 | $ 9,200.00 | $ - | $ - | $ 18,611.65 | $ 213.01 | $ - | $ - | $ - | $ - | YES |
| JBA01909 | 09-2563 | Ausama | Lee | Safeco Insurance Compan | Regions Mortgage | "K" Duval | "2" Wilkinson | $ 104,244.00 | $ 10,424.40 | | | $ 16,740.44 | $ - | $ - | $ - | $ - | $ - | NO |
| JBA02947 | 09-2600 | Price | Betty | Safeco Insurance Compan | Regions Mortgage | "K" Duval | "2" Wilkinson | $ 34,614.00 | $ 3,461.00 | $ - | $ - | $ 6,600.08 | $ - | $ - | $ - | $ - | $ - | YES |
| JBA03597 | 09-2652 | Moore | William & Madiere | Safeco Insurance Compan | Regions Mortgage | "K" Duval | "2" Wilkinson | $ 69,564.00 | $ 6,956.40 | $ - | $ - | $ 5,435.80 | $ - | $ - | $ - | $ - | $ - | ??? |
| JBA03836 | 09-2653 | Miller | Isaac | Safeco Insurance Compan | Regions Mortgage | "K" Duval | "2" Wilkinson | $ 105,062.00 | $ 10,506.00 | $ - | $ - | $ 6,656.82 | $ - | $ - | $ - | $ - | $ - | YES |
| JBA02579 | 09-2599 | Harris | Karen | Safeco Insurance Compan | State Farm Acceptanc | "K" Duval | "2" Wilkinson | $ 20,000.00 | $ 2,000.00 | $ - | $ - | $ 5,113.37 | $ 2,109.39 | $ - | $ - | $ - | $ - | NO |
| JBA03269 | 09-2644 | Nelson | Carol | Safeco Insurance Compan | State Farm Acceptanc | "K" Duval | "2" Wilkinson | $ 93,000.00 | $ 9,300.00 | $ - | $ - | $ 4,375.63 | $ 264.49 | $ - | $ - | $ - | $ - | ??? |
| JBA01105 | 09-2615 | Davis | Frank | Southwest Business Corp | ??? | "K" Duval | "2" Wilkinson | ??? | ??? | ??? | ??? | ??? | ??? | $ - | $ - | $ - | $ - | ??? |
| JBA00550 | 09-2559 | Edwards | Dwayne | Southwest Business Corp | Litton Loan Servicing | "K" Duval | "2" Wilkinson | $ 88,285.00 | $ 8,828.00 | $ - | $ 8,828.00 | $ 9,532.86 | $ 2,640.24 | $ - | $ - | $ - | $ - | ??? |
| JBA01501-02 | 09-2665 | LEWIS OLIVER | Barbara | Southwest Business Corp | Litton Loan Servicing | "K" Duval | "2" Wilkinson | $ 36,820.00 | $ 3,682.00 | $ - | $ 3,682.00 | $ 17,014.50 | $ - | $ - | $ - | $ 2,500.00 | $ - | YES |

EXHIBIT A

| File # | Case # | Last Name | First Name | Carrier | Servicer | Atty1 | Atty2 | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JBA01541 | 09-2593 | Clayton | Chiquetter | Southwest Business Corp | Litton Loan Servicing | "K" Duval | "2" Wilkinson | $ 51,315.00 | $ 5,131.00 | $ - | $ 5,131.00 | $ 1,383.14 | $ - | $ - | $ 2,737.25 | $ - | $ - | | | YES |
| JBA01553 | 09-2560 | Hyde | Joan | Southwest Business Corp | Litton Loan Servicing | "K" Duval | "2" Wilkinson | $ 38,952.00 | $ 3,895.00 | $ - | $ 3,895.00 | $ 3,822.22 | $ - | $ - | $ - | $ - | $ - | | | ??? |
| JBA02489-03 | 09-2659 | Waguespack | Laura | Southwest Business Corp | Litton Loan Servicing | "K" Duval | "2" Wilkinson | $157,696.00 | $15,769.00 | $ - | $15,769.00 | $38,087.54 | $ - | $ - | $ - | $ - | $ - | | | NO |
| JBA00726 | 09-2695 | Chism | Belinda | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $100,000.00 | $10,000.00 | $50,000.00 | $10,000.00 | $ 7,311.85 | $ 790.90 | $ - | $ - | $ - | $11,060.99 | | | NO |
| JBA00893 | 09-2694 | Riley | Rockial (Keith) | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 55,242.00 | $ 5,524.00 | $27,621.00 | $ 5,524.00 | $ - | $ - | $ - | $ - | $ - | $ - | | | ??? |
| JBA01045 | 09-2697 | Mitchell | Unel | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 55,192.00 | $ 5,519.00 | $27,596.00 | $ 5,519.00 | $ 466.59 | $ 5,519.00 | $ - | $ - | $ - | $ - | | | YES |
| JBA01832 | 09-2696 | Campbell | Owanda | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 83,465.00 | $ 8,346.00 | $41,732.00 | $ 8,346.00 | $ 2,263.93 | $ 1,242.92 | $ - | $ - | $ - | $ - | | | ??? |
| JBA03235 | 09-2664 | Bush | Mary | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $105,389.00 | $10,538.00 | $52,694.00 | $10,538.00 | $16,795.00 | $ 1,673.88 | $ - | $ - | $ - | $ - | | | ??? |
| JBA03320 | 09-2658 | MARSHALL | DEANNE | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 60,954.00 | $ 6,095.00 | $30,477.00 | $ 6,095.00 | $ 3,800.00 | $ - | $ - | $ - | $ - | $ - | | | ??? |
| JBA03555 | 09-2657 | NOEL | PATRICIA | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 69,564.00 | $ 6,956.00 | $34,782.00 | $ 6,956.00 | $28,528.99 | $ 3,078.85 | $ - | $ - | $ - | $ - | | | YES |
| JBA04295 | 09-2663 | Washington | Ernest & Georgine | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 80,000.00 | $ 8,000.00 | $ - | $ 8,000.00 | $15,436.46 | $ - | $ - | $ - | $ - | $ - | | | NO |
| JBA04298 | 09-2662 | Comeaux | Oliver | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 88,592.00 | $ 8,859.00 | $44,296.00 | $ 8,859.00 | $18,708.16 | $ - | $ - | $ - | $ - | $ - | | | YES |
| JBA04446 | 09-2656 | Davis | Stacey | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 70,000.00 | $ 7,000.00 | $32,000.00 | $22,500.00 | $15,778.99 | $ - | $ - | $ - | $ - | $ - | | | YES |
| JBA04509 | 09-2655 | Armstrong | Emile | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 77,944.00 | $ 7,794.00 | $38,972.00 | $ 7,794.00 | $11,919.35 | $ 6,648.95 | $ - | $ - | $ - | $ - | | | YES |
| JBA05012 | 09-2645 | Finnie | Cora | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 24,415.00 | $ 2,441.00 | $12,207.00 | $ 2,441.00 | $ 237.69 | $ - | $ - | $ - | $ - | $ - | | | NO |
| JBA05794 | 09-2661 | Hunter | Clarence | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $107,813.00 | $10,781.00 | $53,906.00 | $10,781.00 | $ 6,423.63 | $ - | $ - | $ - | $ - | $ - | | | YES |
| JBA05890 | 09-2660 | Waker | Dorothy | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 54,000.00 | $ 5,400.00 | $27,000.00 | $ 5,400.00 | $ 6,157.00 | $ - | $ - | $ - | $ - | $ - | | | ??? |
| JBA06345 | 09-2594 | Williams | Henry | Southwest Business Corp | Standard Mortgage Co | "K" Duval | "2" Wilkinson | $ 85,342.00 | $ 8,534.00 | $42,671.00 | $ 8,534.00 | $15,052.50 | $ - | $ - | $ - | $ - | $ - | | | ??? |

**Green indicates** - Has been verified through correspondence from the insurance company.
**Blue indicates** - Has been provided by client but we have not been able to verify with correspondence.
**Red and ?** Indicates We have not been able to obtain to date.