| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| JBA02846 | Ab1 | 09-1609 | Kelson | Percy | Southwest Business Cor | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA00447 | Ab1 | 09-2583 | Thomas | Joseph | Safeco Insurance Compa | Y | AMC Mort | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA00447 | Ab1 | 09-2587 | Thomas | Joseph | Safeco Insurance Compa | Y | Guaranty | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA01611 | Ab1 | 09-2596 | Hollander | Mark | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA07407 | Ab2 | 09-2598 | Erve-Forb | Angela | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA02045 | Ab1 | 09-2616 | Temple | Mable | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA01751 | Ab1 | 09-2618 | Ross | Jacquelyn | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA02532 | Ab1 | 09-2619 | Dyer | Juanita | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA02659 | Ab1 | 09-2620 | Jones | Sylvia | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA00826 | Ab1 | 09-2621 | Irvin | Angela | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA00221 | Ab1 | 09-2623 | Jones | Tammie | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA01267 | Ab1 | 09-2625 | Russell | Gerald | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA02556 | Ab1 | 09-2630 | Butler | Dianne | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA06271 | Ab2 | 09-2654 | Taylor | Pamela | Southwest Business Cor | Y | Dovenmue | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA05601 | Ab2 | 09-2666 | Scott | Riley | Southwest Business Cor | Y | Litton Loa | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA03477 | Ab2 | 09-2667 | PUGH | PAM | Southwest Business Cor | Y | Standard | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA06303 | Ab2 | 09-2677 | Thomas | Anthony | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA06311 | Ab2 | 09-2678 | Crawford | Gilda | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA06114 | Ab2 | 09-2679 | Johnson | Byron | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA06290 | Ab2 | 09-2680 | Garcia | Janice | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA05206 | Ab2 | 09-2681 | Jackson | John | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA05478 | Ab2 | 09-2682 | Irving | Cottie | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA05553 | Ab2 | 09-2684 | Curran | William | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA04955 | Ab2 | 09-2685 | Poulin | Daniel | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA05745 | Ab2 | 09-2686 | Hamilton | Betty | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA05746 | Ab2 | 09-2687 | Smith | Aaron | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA07436 | Ab2 | 09-2688 | Severan | Carl | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA05112 | Ab2 | 09-2689 | Bently | Ulyssis | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA03209 | Ab2 | 09-2690 | Bailey | Michelle | Safeco Insurance Compa | Y | State Farm | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA07305 | Ab2 | 09-2693 | Fauria | Roy | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA04792 | Ab2 | 09-2705 | Marshall | Lorraine | Balboa Insurance Group | Y | Countrywi | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA04086 | Ab2 | 09-2709 | Lane | Joseph | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA06313 | Ab2 | 09-2710 | Forest | Monique | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA02643 | Ab2 | 09-2711 | Williams | Gayle | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA07430 | Ab2 | 09-2712 | Severan | Carl | Safeco Insurance Compa | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA05104 | Ab2 | 09-2716 | Lyons | Valjon | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |
| JBA05434 | Ab2 | 09-2717 | Lewis | Charlotte | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson |



EXHIBIT B

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JBA05903 | Ab2 | 09-2719 | Clark | Dana | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson | |
| JBA04804 | Ab2 | 09-2720 | Louis | Henry | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson | |
| JBA05194 | Ab2 | 09-2723 | Gonzales | Keith | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson | |
| JBA03503 | Ab2 | 09-2724 | RICHARDS | DAVE | Balboa Insurance Group | Y | N/A | Dismiss w/o | "K" Duval | "2" Wilkinson | |