# EXHIBIT "A"

# INSURANCE ADJUSTING CONTRACT

## BRUNO & BRUNO, L.L.P.
### A PARTNERSHIP OF PROFESSIONAL LAW CORPORATIONS

On this 12 day of March, 20 07, in the City of New Orleans, State of Louisiana, the undersigned, hereinafter referred to as client, does hereby employ and retain the legal services of BRUNO & BRUNO, a Partnership of Professional Law Corporations (herein "Law Firm"), to investigate, prosecute and collect, whether by suit, compromise or otherwise, client's claims as a result of Hurricane Katrina which occurred on the 29th day of August, 2005, the said claim against person, or entities who in the opinion of the Law Firm might be responsible therefore, at the address below.

If claim is based on tort liability or negligence, Client assigns and transfers an amount equal to the sum of all advances including but not limited to court costs and costs of litigation which may include, filing fees, deposition costs, transcript costs, expert and witness fees, travel expenses; photographic, electronic, or digital evidence reproduction, investigation fees, litigation related medical expenses, long distance telephone expenses, postage charges, mileage and outside courier service charges, and Westlaw electronic legal research charges; and THIRTY THREE and ONE THIRD PERCENT (33 1/3%) of my claim to my above named Law Firm. It is understood that should the Law Firm find it necessary to file a suit on behalf of the Client, in order to enforce the claim, Client assigns and transfers an amount equal to the sum of all advances, including but not limited to court costs and costs of litigation which may include filing fees, deposition costs living expenses, transcript costs, expert and witness fees, travel expenses; photographic, electronic, or digital evidence reproduction, investigation fees, litigation related medical expenses, long distance telephone expenses, postage charges, mileage and outside courier service charges, and westlaw electronic legal research charges and FORTY PERCENT (40%) of my claim to my above named Law Firm.

It is further understood and agreed that the Law Firm has a line of credit with the Whitney National Bank and is authorized to draw upon this line of credit for the purpose of paying the costs and expenses necessary to prosecute my claim. The decision to secure such loan is in the sole discretion of the Law Firm. The client shall be charged the same rate of interest charged by the Whitney National Bank. I do hereby agree that the full amount of the interest charged on such loan shall be considered a cost of the litigation and will be reimbursed to the Law Firm out of the funds received by me on my claim.

It is further understood and agreed that the Law Firm may act as co-counsel or associate with other attorneys at no extra cost to me at the Law Firm's sole discretion.

It is understood and agreed that the attorneys acquire as their fee an interest in the subject matter of the suit, proposed suit, or claim, in the prosecution or defense of which it is employed, and it is stipulated by and between the parties that neither the Law Firm nor the client may, without the consent of the other settle, compromise, release, discontinue, or otherwise dispose of the suit of claim.

1. No counsel fee shall be paid if there is no recovery. All costs of litigation and all expenses connected with the handling of the said matters are to be borne by the Law Firm.

2. It is specifically understood and agreed that the Law Firm is not allowed to give or loan money in consideration of hiring the Law Firm.

3. This contract is drawn in accordance with the provisions of Louisiana Law contained in R.S. 37:218 and Civil Code Article 3028.

I HAVE READ OVER AND FULLY UNDERSTAND THE ABOVE CONTRACT AND HAVE BEEN GIVEN A COPY OF SAME.

BY _Sheryl L McBride_
    CLIENT

BY: _____
    For **BRUNO & BRUNO**

Client's Name: X _Sheryl L. McBride_
Client's Damaged Property Address:

_4564 Piety Drive_

_New Orleans, LA 70126_

**Exhibit "A-1"**



11792 A632

FAVOR PARALEGAL SERVICES
(30+ years of experience)

Sheryl L. McBride
Owner/CEO

# FAX COVER SHEET

**TO:**   MALLORY
BRUNO & BRUNO

**FAX NO:**   504-581-1493

**DATE:**   October 21, 2008

**PAGES:**   13 (including cover page)

**RE:**   SHERYL L. MCBRIDE
HURRICANE KATRINA
LA. CITIZENS HOMEOWNER'S INSURANCE
4564 PIETY DRIVE
NEW ORLEANS, LA 70126

**FROM:**   Sheryl L. McBride

**TELEPHONE NO:**   504 – 243 – 5332

**CELL:**   504 – 908 – 4237

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hi Mallory:

Attached please three (3) Mortgage cancellations including , but not limited to, Argent Mortgage Company, LLC, canceling said mortgage effective May 31, 2007 with the supporting documentation attached.

If there is anything further you need, please do not hesitate to contact me. With kind personal regards, I am

Sincerely,

*Sheryl L. McBride*

P. O. Box 3080         New Orleans, LA 70177     Telephone: (504) 908-4237     Facsimile: (504) 243-5332

mcbride5332@cox.net

Exhibit "A-2"

11292.4032



## Carol A. Carter
### RECORDER OF MORTGAGES

### PARISH OF ORLEANS

### <u>CERTIFICATE OF CANCELLATION</u>

New Orleans, LA __April 7, 2008__

I, Carol A. Carter, Recorder of Mortgages, in and for the Parish or Orleans, State of Louisiana, do hereby certify that the __ASSIGNMENT__

granted by / rendered against:

__SHERYL LYNN BRISTER, SHERYL LYNN MCBRIDE, SHERYL LYNN BOCAGE__

for the sum of ($ _0.00_____)

===================================================================

in favor of:

__AMERIQUEST MORTGAGECOMPANY__

recorded in Book No. ==========: Folio ========== Instrument No. _864854_____

has been cancelled and erased from the books in my office on _____7th_____ day of

__April, 2008_____, __BY REQUEST OF INTERESTED PARTY__

__TP__

_____
Deputy Recorder
Parish of Orleans
*Recorder of Mortgages*

**Exhibit "A-2"**

11792.4632



## Carol A. Carter
### RECORDER OF MORTGAGES

### PARISH OF ORLEANS

### <u>CERTIFICATE OF CANCELLATION</u>

New Orleans, LA __April 7, 2008__

I, Carol A. Carter, Recorder of Mortgages, in and for the Parish or Orleans, State of Louisiana, do hereby certify that the __ASSIGNMENT__

granted by / rendered against:

__SHERYL LYNN MCBRIDE__

for the sum of ($__0.00__)

=================================================================

in favor of:

__WELLS FARGO BANK, NA, AS TRUSTEE__

recorded in Book No. ========   Folio ========   Instrument No. __864855__

has been cancelled and erased from the books in my office on __7th__ day of __April, 2008__, BY REQUEST OF INTERESTED PARTY

__TP__

_____
Deputy Recorder
Parish of Orleans
*Recorder of Mortgages*

Exhibit "A-2"

11792.4632



## Carol A. Carter
### RECORDER OF MORTGAGES

### PARISH OF ORLEANS

### <u>CERTIFICATE OF CANCELLATION</u>

New Orleans, LA  <u>April 7, 2008</u>

I, Carol A. Carter, Recorder of Mortgages, in and for the Parish or Orleans, State of Louisiana, do hereby certify that the <u>MORTGAGE</u>

granted by / rendered against:

<u>SHERYL LYNN BRISTER, SHERYL LYNN MCBRIDE, SHERYL LYNN BOCAGE</u>

for the sum of ($ <u>80,000.00</u>             )
<u>EIGHTY THOUSAND DOLLARS</u>

in favor of:

<u>ARGENT MORTGAGE COMPANY, LLC</u>

recorded in Book No. ========   Folio ======   Instrument No. <u>802186</u>

has been cancelled and erased from the books in my office on _____<u>31st</u>_____ day of

<u>May, 2007</u>          , <u>BY AFFIDAVIT PURSUANT TO LA. R.S. 44:109</u>

<u>TP</u>

_____
Deputy Recorder
Parish of Orleans
*Recorder of Mortgages*

**Exhibit "A-2"**



SAVINGS & LOAN ASSOCIATION

A CERTAIN LOT OF GROUND,ETC.,6th Dist.,SQ.NO.663 or 3 or 6, bb CLARA, WILLOW AND DELACHAISE STS., AND LOUISIANA AVE., design. Letter A, lot meas. 30'front on Clara St., same width in rear by depth on side line which separates it from Lot B, 84'7' and depth and front on Delachaise St. 84', lot forming corner Clara and Delachaise Sts. Surv. Gilbert and Kelly,Inc. 3/19/76 Sq.663 or 3 or 6, Sec.8, Lower 2/3 bb CLARA ST. WILLOW ST. LOUISIANA AVE. AND AMELIA ST., Lot A meas. 30'front on Clara St. same width in rear by depth on Louisiana Ave.side 84'7' and depth and front on Amelia St.84'.
NO CERTIFICATE ATTACHED

To secure the sum of THIRTY FOUR THOUSAND EIGHT HUNDRED SIXTY TWO AND 40/100 ($34,862.40)DOLLARS, mortgagor subscribed one certain promissory note dated evn, ord of bearer, pb$290.52 per mo. comm.9/1/80, with int. as stated in act. Parphed ne varietur by notary and secured by special mortgage and subj. to all legal clauses in act. INS IN FULL OF NOTE. ATTY FEES: 25%
N.O.LA.AUG. 7,1980       11:08     Scramuzza clk

---

**MTG.**
N/A 379928

ACT BEFORE J.JOSEPH BLOTNER, N.P.DATED JULY 28,1980
CLARA WASHINGTON, WIDOW OF JOSEPH HICKMAN, AND DIV.WIFE OF ERNEST P.CLAIBORNE, MTG.UNTO PATRICIA VALENCE

A CERTAIN LOT OF GROUND,ETC.,3rd Dist.SQ. 2081, bb PIETY, BENEFIT, HUMANITY AND DESIRE STS.,design. by NO.6, meas. 43'8"front on Piety St. by depth 105'3"1" on side line dividing it from Lot 5, and depth 105'1-5'' on side line dividing it-from Lot 7, composed of portions of orig.lots 7 and 8 and whole of orig. Lot 8.
NO CERTIFICATE ATTACHED

To secure the sum of NINE THOUSAND EIGHTY ONE AND 60/100($9,081.60) DOLLARS, mortgagor subscribed one certain promissory note dated evn, ord bearer pb1$75.68 per mo. beg. 8/28/80, with int. as stated in act. Parphed ne varietur by notary and secured by special mortgage and subject to all legal clauses in act. INS TO FULL OF NOTE. ATTY FEES: 25%
N.O.LA.AUG.7,1980       11:08     Scramuzza clk

---

**MTG.**
N/A 379751

ACT BEFORE CHARLES J.NUNEZ, N.P.DATED JULY 30,1980
BARBARA MONTEGUT, WIFE OF/AND WARREN L.BRADEN,  (BOTH) MTG.W TO FIRST HOMESTEAD & SAVINGS ASSOCIATION

A CERTAIN LOT OF GROUND,ETC., 3rd Dist.,SQ.NO.1330, BB TOURO ST. NORTH ROCHEBLAVE, BOURBON AND NORTH DORGENOIS STS., desing.Lot 2-B, lot comm. dist. 32'3" frm corner N.Rocheblave  St. and Touro St, thence meas. 31'8"6"' front on Touro St. same width in rear by depth 95'5" bepl. Surv.J.J.Krebs & Sons, 7/27/61, bb TOURO, NORTH ROCHEBLAVE, NORTH DORGENOIS & PAUGER STS.
NO CERTIFICATE ATTACHED

To secure the sum of NINETEEN THOUSAND TW O HUNDRED FORTY AND 80/100 ($19,240.80)DOLLARS, mortgagor subscribed one certain promissory note dated evn, ord bearer, pb1 #160.34 per mo. beg. 9/15/80, ending 8/15/90, with int. as stated in act. Parphedne varietur by notary and secured by special mortgage and subject to all legal clauses in-act. INS TO FULL OF NOTE. ATTY FEES: 25%
N.O.LA.AUG.7,1980       9:15     Scramuzza clk

---

**SALE WITH MTG.**
N/A 379757

PER ACT BEFORE SEIBON NELSON COSENTINO, N.P.DATED AUGUST 5,1980
STEPHEN CHARLES PEVERA, PURCHASED FROM CAROL CAMP JACKSON, DIV.WIFE OF HENRY CARL WILDEMAN, AND NOW WIFE OF WILLIAM JACKSON, AND BERYL DUKE CAMP, DIV.WIFE OF USHER WILLIAMSCAMP , AGREES DAUTERIVE ,HEREIN REPRESENTING CAROL CAMP JACKSON,AS PER PRP

A CERTAIN PIECE OR PORTION OF GROUND,ETC., 3rd Dist., WERNER PLACE, SQ.NO.1, bb WERNER DR. TULSA ST., EASTERN LINE OF WERNER PLACE AND NEW ORLEANS GULF MENTEUR HWY, design.Nos.30 and 31, Lot 30 forms corner Werner Dr. and Tulsa St, meas. 28'front on Werner Dr. same width in rear, by depth and front on Tulsa St. 119'10"4"' and same depth on-opposite side line adjoining Lot NO.31. Lot 31 adjoins Lot 30, comm.dist. 25'frm corner Werner and Tulsa St, meas.thence 25' front on Werner Dr. same width in rear, by depth 119'10"4"' bepl.
NO CERTIFICATE ATTACHED

This sale is made for the sum of FORTY TWO THOUSAND FIVE HUNDRED AND NO/100 ($42,500.00) DOLLARS, cash $1,650.00, bal.$40,850.00 DOLLARS, purchaser subscribed one certain promissory note dated  evn, drawn to his order and by him endorsed in blank, pb1$404.82 per mo. comm. 10/1/80, ending 9/1/2010,with int. 11.50% per annum frm date until paid. Parphed ne varietur by notary and secured by special mortgage and vendors lien and subject to all legal clauses in act. INS TO FULL OF NOTE. ATTY FEES:
N.O.LA.AUG. 7,1980       10:50     Scramuzza clk

---

**SALE WITH MRG.**
N/A 379838

PER ACT BEFORE JAMES T.FLANAGEN, N.P.DATED AUGUST 6,1980
LEO DAVE SLAUGHTER, PURCHASED FROM EVA HUGHEY,WIFE OF/AND HERSCHEL M.DUNN

A CERTAIN PIECE OR PORTION OF GROUND,ETC.,3rd Dist.,GENTILLY WOODS, design.  J, SQ.NO.10, bb PIETY DR. STEPHEN GIRARD AVE.,MARK TWAIN DR, GAINES ST. LOUISE DR. AND-MIRABEAU AVE., lot comm.dist. 460.32' frm corner Piety Dr. and Stephen Girard Ave. and meas. thence 58' front on Piety Dr. has width in mar 59.26' by depth 103.71' on side line nearer Stephen Girard Ave.and depth 100.72' on opposite sideline adjoining 10'walkway.
NO CERTIFICATE ATTACHED

This sale is made for the sum of  FIFTY ONE THOUSAND FIVE HUNDRED AND NO/100 ($51,500.00) DOLLARS, purchaser subscribed one certain promissory note dated evn, ord bearor, pb1 $510.00 per mo. beg. 10/1/80, ending 9/1/2010,int. 11.50% per annum on unpaid bal.until paid.Parphed ne varietur by notary and secured by special mortgage and vendors lien and subj.to all legal clauses in act. INS TO FULL OF NTE. ATTY FEES:
N.O.LA.AUG.7,1980       11:43     Scramuzza clk

**Exhibit "A-2"**

Fax Server

# HOMEQ SERVICING

0323458364 Recording Fees

425214820

3/20/06

KIM

ORLEANS PARISH RECORDER OF MORTGAGES
Mortgages

421 Loyola Ave, Room B1
New Orleans, LA  70112

0323458364-780-1-0-MCBRIDE, SHERYL

$84.00

$84.00



HQ0323458364URLS R1   0070696398

# HOMEQ SERVICING

4837 WATT AVENUE
NORTH HIGHLANDS, CA 95660
MAIL CODE M05210
(866) 862-5573

425214820

03/20/2006

PAY TO THE
ORDER OF   ORLEANS PARISH RECORDER OF MORTGAGES

EIGHTY FOUR DOLLARS AND 00 CENT

$ 84 . 00

Orleans Parish Recorder of
Mortgages
421 Loyola Ave, Room B1
New Orleans, LA  70112

NOT VALID FOR MORE THAN $*900.00

MEMO: 0323458364 Recording Fees

NON - NEGOTIABLE

MAY 01,2006 16:19   9166170225                    HomEq

Exhibit "A-2"



<dhlship.admin@dhl.com>
03/20/2006 02:47 PM

To  <KATHY.MUNOZ@HOMEQ.COM>

cc

Subject  DHL Ship Shipment Notification

DHL Ship Shipment Notification

Greetings from DHL!

On March 20, 2006 a shipment label was printed by D. Pearce (916-339-6061)
of HOMEQ SVC    6520 0100126 for delivery to REAL ESTATE RECORDING of
ORLEANS PARISH RECORDER OF MORTGAGE. The shipment number of this package
is 15396258356.

Sender's message:
'323458364'

To track this shipment use any of these options:

1) Click or enter the following URL in your browser:
http://track.dhl-usa.com/atrknav.asp?ShipmentNumber=15396258356
2) Enter the shipment number(s) on the DHL tracking page:
http://track.dhl-usa.com/
3) Send an email to track.it@dhl.com. You may list up to 20 shipment
numbers separated by commas in the message area of the email. You'll
receive a return email with detailed information about the status of your
shipment(s).

For further assistance,
please call DHL Customer Service at 1-800-225-5345.  For International
Customer Service, please use the following link to obtain the appropriate
Customer Service contact information:
http://www.dhl-usa.com/custserv/contactus.asp?nav=CustomerService/ContactUs#in
tl.

Disclaimer:
This message was created by DHL Ship, a product of DHL, at the request of
the sender. No authentication of email addresses has been performed.

Thank you for shipping with DHL.

Exhibit "A-2"

Loan #: 0323458364
RLS #: 1167183
Page 2

State of CALIFORNIA    }
County of SACRAMENTO    } ss.

On MARCH 17, 2006, before me, K.Munoz, personally appeared Juanita Jennetta, Vice President personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

(Notary Name): K.Munoz

K. MUNOZ
COMMISSION #1474915
NOTARY PUBLIC – CALIFORNIA
SACRAMENTO COUNTY
MY COMM. EXPIRES MAR 7, 2008

Exhibit "A-2"

## Exhibit A

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings, improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the THIRD MUNICIPAL DISTRICT of the City of New Orleans, State of Louisiana, in that subdivision known as GENTILLY WOODS, designated as Lot "J", in SQUARE NO. 10, bounded by Piety Drive, Stephen Girard Avenue, Mark Twain Drive, Gaines Street, Louisa Drive and Mirabeau Avenue and according to a survey by Sterling Mandle, Land Surveyor, dated July 30, 1980, copy of which is annexed hereto, said Lot "J" commences at a distance of 460.32 feet from the corner of Piety Drive and Steven Girard Avenue and measures thence 58 feet front on Piety Drive, has a width in the rear of 59.26 feet by a depth of 103.71 feet on the side line nearer Stephen Girard Avenue and a depth of 100.72 feet on the opposite sideline adjoining a 10' walkway.

The improvements thereon bear the Municipal Number 4564 Piety Drive.

Hereby the same property acquired by Sheryl Lynn McBride, Sale with assumption of mortgage dated 6/21/91 from Dorothy S. Birdsall and Leo Dave Slaughter recorded in the land records of Orleans Parish at CIN # 37631, MIN 135904.

Sheryl Lynn McBride, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, has declared unto me, Notary, that she has been married but twice, first unto Edwin Joseph Bocage, from whom she divorced, second unto Ellie David Brister, Jr., from whom she divorced, and that she has not since remarried.

_McBride_
0323458364

_Release_

Exhibit "A-2"

0323458364

Record and Return to:
HomEq Servicing Corporation
P.O. Box 13309
Mailcode CA3501
Sacramento, CA 95813-3309

State of LOUISIANA
Parish of ORLEANS PARISH

## NOTORIAL ENDORSEMENT AND ASSIGNMENT
## OF MORTGAGE NOTE AND MORTGAGE

On 01/24/2005 , before me, the undersigned Notary Public and in the presence, Personally came and appeared
Argent Mortgage Company, LLC (the "Assignor"), a DELAWARE
Limited Liability Company, having its place of business at
1701 Golf Road Rolling Meadows, IL 60008,

represented herein by Shandrika Anderson and Edith Pauls ,
its duly authorized Agents, who declared;

That for value received, the Assignor does hereby assign, transfer, sell and deliver to _____

Ameriquest Mortgage Company a corporation organized

and existing under the laws of Delaware, whose address is 1100 Town and Country Road, Suite 200, Orange, CA

92868, one certain mortgage note, made and subscribed by

SHERYL LYNN MCBRIDE

dated 01/18/05, payable to the order of Argent Mortgage Company, LLC
which mortgage note is secured by a mortgage of even date herewith, executed by the same parties, in the same
amount, and so paragraphed by a Notary Public,ORLEANS PARISH , Parish, State of Louisiana, recorded on
under Registry No. 2005 - 04684

That Assignor is the legal and equitable owner of the said note and mortgage with full power to sell and assign the
same; that it has executed no prior assignments or pledge thereof; that it has executed no release, discharge,
satisfaction or cancellation of said mortgage; that it has executed no release of any portion of the security described
in said mortgage; and, that it has executed no instrument of any kind affecting the mortgage or the note or the
liability of the maker or makers thereof.

STATE OF Illinois

COUNTY OF Cook

This done and signed in my office at 1701 Golf Road Rolling Meadows, IL 60008
on 01/24/2005, in the presence of me, Notary, after due reading of the whole.

Argent Mortgage Company, LLC
Assignor

By: _____          By: _____
Shandrika Anderson - AGENT        Edith Pauls - AGENT

Notary Public _____

Charlene Maddox

OFFICIAL SEAL
CHARLENE MADDOX
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: MAY 20, 2007

This Instrument Prepared By: Argent Mortgage Company, LLC
1701 Golf Road Rolling Meadows, IL 60008

7001A (Rev 6/04)

## Exhibit A

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings, improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the THIRD MUNICIPAL DISTRICT of the City of New Orleans, State of Louisiana, in that subdivision known as GENTILLY WOODS, designated as Lot "J", in SQUARE NO. 10, bounded by Piety Drive, Stephen Girard Avenue, Mark Twain Drive, Gaines Street, Louisa Drive and Mirabeau Avenue and according to a survey by Starling Mandle, Land Surveyor, dated July 30, 1980, copy of which is annexed herein, said Lot "J" commences at a distance of 460.32 feet from the corner of Piety Drive and Steven Girard Avenue and measures thence 58 feet front on Piety Drive, has a width in the rear of 59.26 feet by a depth of 103.71 feet on the side line nearer Stephen Girard Avenue and a depth of 100.72 feet on the opposite sideline adjoining a 10' walkway.

The improvements thereon bear the Municipal Number 4564 Piety Drive.

Hereby the same property acquired by Sheryl Lynn McBride, Sale with assumption of mortgage dated 6/21/91 from Dorothy S. Birdsall and Leo Dave Slaughter recorded in the land records of Orleans Parish at CIN # 37631, MIN 135904.

Sheryl Lynn McBride, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, has declared unto me, Notary, that she has been married but twice, first unto Edwin Joseph Bocage, from whom she divorced, second unto Ellis David Bristar, Jr., from whom she divorced, and that she has not since remarried.

**Exhibit "A-2"**

Record and Return to:
HomEq Servicing Corporation
P.O. Box 13309
Mailcode CA3501
Sacramento, CA 95813-3309

Loan Number: 0070896398 - 9708

State of LOUISIANA
Parish of ORLEANS PARISH

## NOTORIAL ENDORSEMENT AND ASSIGNMENT
## OF MORTGAGE NOTE AND MORTGAGE

On 01/24/2005 , before me, the undersigned Notary Public and in the presence. Personally came and appeared
Ameriquest Mortgage Company (the "Assignor"), a DELAWARE
Corporation, having its place of business at
1100 Town and Country Road, Suite 200, Orange, CA 92868,
represented herein by  Shandrika Anderson  and  Edith Pauls
its duly authorized Agents, who declared:

That for value received, the Assignor does hereby assign, transfer, sell and deliver to _____

*Wells Fargo Bank, NA, as Trustee* a

_____ organized and existing under the laws of *California*, whose

address is c/o HomEq 1837 Watt Ave Ch3501 , one certain mortgage

note, made and subscribed by   N. Highlands CA 95660

SHERYL LYNN MCBRIDE


dated 01/18/05, payable to the order of  Argent Mortgage Company, LLC
which mortgage note is secured by a mortgage of even date therewith, executed by the same parties, in the same
amount, and so paragraphed by a Notary Public, ORLEANS PARISH , Parish, State of Louisiana, recorded on
under Registry No.  2005 - 04684

That Assignor is the legal and equitable owner of the said note and mortgage with full power to sell and assign the
same; that it has executed no prior assignments or pledge thereof; that it has executed no release, discharge,
satisfaction or cancellation of said mortgage; that it has executed no release of any portion of the security described
in said mortgage; and, that it has executed no instrument of any kind affecting the mortgage or the note or the
liability of the maker or makers thereof.

STATE OF  Illinois

COUNTY OF  Cook

This done and signed in my office at  1701 Golf Road  Rolling Meadows, IL 60008
on 01/24/2005, in the presence of me, Notary, after due reading of the whole.

Ameriquest Mortgage Company
Assignor

By: _____             By: _____
      Shandrika Anderson - AGENT          Edith Pauls - AGENT

Notary Public _____

          Charlene Maddox

```
OFFICIAL SEAL
CHARLENE MADDOX
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: MAY 20, 2007
```

This Instrument Prepared By:  Argent Mortgage Company, LLC
                         1701 Golf Road  Rolling Meadows, IL 60008

Michaelle
Ridge/HOMEQ/WACH

02/06/2006 05:23 PM

To   Cindy Belasco/HOMEQ/WACH@WACHOVIA, Kathy
     Munoz/HOMEQ/WACH@WACHOVIA, Tonya
     Blechinger/HOMEQ/WACH@WACHOVIA, Annvi

cc

Subject   Lien release

323458364  : Please release lien and cancel note. Not a pif

*Argent*        *146 785*

*11792.4632*

# Accounting Request Form

FMB# *11792.4632*

*Client coming in @
Lunch Today
6/01/09*

Appointment Date ~~Mail Out~~

Mail Out _____ ✓

  -Sent via DHL _____

~~Deposit in Trust~~

*hold for Road Home*

### Checks being Disbursed

Dwelling    $ *27,427.33* -

  - Held for Road Home?  ✓

Contents    $ _____

ALE    $ _____

Other Structures  $ *572.67* - *Disburse*

Mortgage Company? _____

    Check Endorsed  _____

    Letter Signed  _____

**COMPLETED**
*6/1/09*

Succession involved _____

Checks made Payable To:

*Sheryl McBride*

File Manager  *Haley*

**Exhibit "A-3"**

# Accounting Request Form

JMB# _11792, 4632_

Appointment Date _10/27/0ᵧ   9:30 AM_

### Checks being Disbursed

Dwelling          $ _27,427.33_ - 40% Settlement statement only

Contents          $ _10,000.00_ ⟩ Disburse

ALE               $ _8,286.46_

Other Structures  $ _572.67_ - 33 1/3 % Settlement only - needs reissue

Road Home involved? _Yes_

Mortgage Company?
    Check Endorsed _____
    Letter Signed  _____
    SBA            _____

Succession _____
DHL        _____

Checks made Payable To:
_Sheryl McBride_

**COMPLETED**
10/27/08

File Manager _Sheryl_

G:\USERS\111\Kelli\Accounting Request Form.wpd



FILE NUMBER _JBAO4377_       DATE PROCESSED _10/13/08_

CLIENT NAME(S) _Sheryl L McBride_      PHONE # _(713)434-0770_

_(504) 908-4237_

DAMAGED PROPERTY ADDRESS _4564 Piety Dr._

_New Orleans, LA 70126_

MAILING ADDRESS _3307 Angel Ln._

_Houston, TX 77045_

CHECK AMOUNT(S) _27,427.33 - A_      _8,286.46 - D_

_572.67 - B_

_10,000.00 - C_

INSURANCE COMPANY _LA Citizens_

MORTGAGE COMPANY _Argent Mortgage Co. + Roadhome_

CONTRACT _33⅓_ %      CONTRACT DATE _3/12/07_

_Inspection Date_

NOTES: _SIGN RELEASE_

_ORIG. CKS ENCLOSED_

Exhibit "A-3"

FILE NUMBER _JBAC4377_      DATE PROCESSED _10/13/08_

CLIENT NAME(S) _Sheryl L McBride_      PHONE # _(713)434-0770_

_____      _(504) 908-4237_

DAMAGED PROPERTY ADDRESS _4564 Piety Dr._

_____ _New Orleans, LA 70126_

MAILING ADDRESS _3307 Angel Ln._

_____ _Houston, TX 77045_

CHECK AMOUNT(S) _27,427.33 - A_      _8,286.46 - D_

_____ _572.67 - B_      _____

_____ _10,000.00 - C_

INSURANCE COMPANY _LA Citizens_

MORTGAGE COMPANY _Argent Mortgage Co. + Roadhome_

CONTRACT _33⅓_ %      CONTRACT DATE _3/12/07_

_Inspection Date_

NOTES: _Sign Release_

_____ _Orig. cks enclosed_

_____

_____

_____

_____

_____

**Exhibit "A-3"**

# THE LAW OFFICE OF
## JOSEPH M. BRUNO
## FEDERAL TRIAL LAWYERS
## 855 BARONNE STREET
## NEW ORLEANS, LA 70113

**FILE COPY**

October 27, 2008

RE: Our File Number:   11792.4632     **Sheryl McBride**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:        33.3333%

The total amount of the settlement is:                         $     572.67

This breaks down as follows:

|  |  |  |  |  |
|---|---|---|---|---|
|  | 1. | TOTAL SETTLEMENT: | $ | 572.67 |
| LESS: | 2. | TOTAL LEGAL FEE: | $ | 190.89 |
|  | 3. | TOTAL EXPENSES: | $ | 0.00 |
|  | 4. | TOTAL ADVANCES: | $ | 0.00 |

5.   (2+3+4)   TOTAL DEDUCTIONS FROM SETTLEMENT:        $     190.89

6. (1-5)   **TOTAL AMOUNT DUE CLIENT:**        $     381.78

**My signature signifies that I have received a copy of this settlement statement
and expense sheet and I agree with the contents.**

_Sheryl L. McBride_                    _10·27· 2008_
Signature                                Date

**Exhibit "A-4"**

**Agency Management Corporation**

INSURED NAME: MCBRIDE, SHERYL L
CLAIMANT NAME: SHERYL L MCBRIDE

| CHECK NO. | 0000111798 |
|---|---|

| INVOICE DATE | DESCRIPTION | NET AMOUNT |
|---|---|---|
| 03/06/09 | POLICY #: FZH 0363563 00         CLAIM #: 200500029109  WI | |
| | CHECK TOTAL | $572.67 |

DATE OF LOSS: 08/29/05         MEMO: RE ISSUE COV B

23360     JBAO4377
Reissue
rec'd
05/21/09

MAIL TO:    BIENVENU FOSTER RYAN & OBANNON
1010 COMMON ST, STE 2200
NEW ORLEANS, LA      70112

RECEIVED

---



A Member Company of
THE *Audubon*
INSURANCE GROUP

**Agency Management Corporation**
4150 South Sherwood Forest Blvd.
P.O. Drawer 15989
Baton Rouge, LA 70895

84-13
654

Bank One, LA
Baton Rouge, LA

| POLICY NO. | CHECK NO. | CHECK DATE | CLAIM NO. |
|---|---|---|---|
| FZH0363563 00 | 0000111798 | .03/06/09 | 200500029109 WI |

| DESCRIPTON OF PAYMENT |
|---|
| OTHER STRUCTURES WIND DAMAGE |
| PAYMENT                         FOR OTHER STRUCTURES WIND |

| CHECK AMOUNT |
|---|
| $572.67 |

**PAY** Five Hundred Seventy Two Dollars And Sixty Seven Cents

TO THE ORDER OF
MCBRIDE, SHERYL L  AND
JOSEPH M BRUNO, APLC

BY  *Robert P. Hibbard*
AUTHORIZED SIGNATURE

BY  *C B Broussard*
AUTHORIZED SIGNATURE

792.4632⑈ 0000111798⑈ ⑆065400137⑆        645888785⑈        **Exhibit "A-4"**

### THE LAW OFFICE OF
### JOSEPH M. BRUNO
### FEDERAL TRIAL LAWYERS
### 855 BARONNE STREET
### NEW ORLEANS, LA 70113

**FILE COPY**

October 27, 2008

RE: Our File Number:   11792.4632      **Sheryl McBride**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:          40%

The total amount of the settlement is:                          $  27,427.33

This breaks down as follows:

|  |  |  |  |
|---|---|---|---|
|  | 1. | TOTAL SETTLEMENT: | $  27,427.33 |
| LESS: | 2. | TOTAL LEGAL FEE: | $  10,970.93 |
|  | 3. | TOTAL EXPENSES: | $       0.00 |

4.    (2+3+4)      TOTAL DEDUCTIONS FROM SETTLEMENT:          $  10,970.93

5.    **INSURANCE CHECK TO BE HELD:**          $  27,427.33

**I authorize Joseph M. Bruno to endorse, deposit, and distribute the check referenced above to the appropriate parties upon Road Home approval. Additionally, this specifically authorizes Joseph M. Bruno to deduct from the settlement proceeds, amounts sufficient to pay attorneys fees indicated on the settlement breakdown above.**

_Sheryl L. McBride_                              _10.27 08_
Signature                                             Date

**Exhibit "A-4"**

6/1/09

*Hold for Road Home*
*to Review*

Agency Management Corporation    INSURED NAME:   MCBRIDE, SHERYL L        | CHECK NO. | 0000111797 |
                                 CLAIMANT NAME: SHERYL L MCBRIDE

| INVOICE DATE | DESCRIPTION | NET AMOUNT |
|---|---|---|
| 03/06/09 | POLICY #:  FZH  0363563   00          CLAIM #:  200500029109  WI | |
| | CHECK TOTAL | $27,427.33 |

DATE OF LOSS:   08/29/05              MEMO:   REISSUE COV A

JBA 04377
REISSUE REC'D
05/21/09

MAIL TO:   BIENVENU FOSTER RYAN & OBANNON
           1010 COMMON ST, STE 2200
           NEW ORLEANS, LA    70112



A Member Company of
**Audubon**
INSURANCE GROUP

**Agency Management Corporation**
4150 South Sherwood Forest Blvd.
P.O. Drawer 15989
Baton Rouge, LA 70895

84-13
——
654

| POLICY NO. | CHECK NO. | CHECK DATE | CLAIM NO. |
|---|---|---|---|
| FZH0363563 00 | 0000111797 | 03/06/09 | 200500029109  WI |

| DESCRIPTION OF PAYMENT | |
|---|---|
| WINDSTORM PAYMENT | FOR WINDSTORM |

Bank One, LA
Baton Rouge, LA

| CHECK AMOUNT |
|---|
| $27,427.33 |

PAY  Twenty Seven Thousand Four Hundred Twenty Seven Dollars And Thirty Three Cents

TO THE ORDER OF
   MCBRIDE, SHERYL L  AND
   JOSEPH M BRUNO, APLC  AND
   ROAD HOME

BY _____
                   AUTHORIZED SIGNATURE

BY _____
                   AUTHORIZED SIGNATURE

⑈1792463⑈ ⑈0000111797⑈ ⑈065400137⑈        645888785⑈

Exhibit "A-4"

Agency Management Corporation

INSURED NAME:   MCBRIDE, SHERYL L
CLAIMANT NAME: SHERYL L MCBRIDE

| CHECK NO. | 0000110235 |
| --- | --- |

| INVOICE DATE | DESCRIPTION | NET AMOUNT |
| --- | --- | --- |
| 10/08/08 | POLICY #:  FZH  0363563    00          CLAIM #:   200500029109  WI | |
| | CHECK TOTAL | $27,427.33 |

DATE OF LOSS:   08/29/05            MEMO:   COV A

10-14-08

MAIL TO:     JOSEPH M BRUNO
             855 BARONNE ST
             NEW ORLEANS, LA      70113

ENTERED

JBA04377



Agency Management Corporation
4130 South Sherwood Forest Blvd.
P.O. Drawer 15989
Baton Rouge, LA 70895

A Member Company of
THE
Audubon
INSURANCE GROUP

84-13
654

Bank One, LA
Baton Rouge, LA

| POLICY NO. | CHECK NO. | CHECK DATE | CLAIM NO. |
| --- | --- | --- | --- |
| FZH0363563 00 | 0000110235 | 10/08/08 | 200500029109  WI |

| DESCRIPTON OF PAYMENT | |
| --- | --- |
| WINDSTORM PAYMENT | FOR WINDSTORM |

| CHECK AMOUNT |
| --- |
| $27,427.33 |

PAY  Twenty Seven Thousand Four Hundred Twenty Seven Dollars And Thirty Three Cents

TO THE ORDER OF
    MCBRIDE, SHERYL L  AND
    ARGENT MORTGAGE CO LLC    ISAOA ATIMA  AND
    LAW OFFICES OF JOSEPH M BRUNO
      1a.ROAD HOME.

BY ___Broussard___
         AUTHORIZED SIGNATURE

BY _____
         AUTHORIZED SIGNATURE

⑈0000110235⑈ ⑆065400137⑆      645888785⑈

Exhibit "A-4"

# THE LAW OFFICE OF
# JOSEPH M. BRUNO
# FEDERAL TRIAL LAWYERS
# 855 BARONNE STREET
# NEW ORLEANS, LA 70113

**FILE COPY**

October 27, 2008

RE: Our File Number:   11792.4632      **Sheryl McBride**

The following information is in reference to the settlement in your case:

| | | | | |
|---|---|---|---|---|
| The contingency fee percentage is: | | 33.3333% | | |
| The total amount of the settlement is: | | | $ | 8,286.46 |
| This breaks down as follows: | | | | |
| | 1. | TOTAL SETTLEMENT: | $ | 8,286.46 |
| LESS: | 2. | TOTAL LEGAL FEE: | $ | 2,762.15 |
| | 3. | TOTAL EXPENSES: | $ | 0.00 |
| | 4. | TOTAL ADVANCES: | $ | 0.00 |
| 5.  (2+3+4) | | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ | 2,762.15 |
| **6. (1-5)** | | **TOTAL AMOUNT DUE CLIENT:** | $ | 5,524.31 |

**My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents.**

_Sheryl L. McBride_                    _October 27, 2008_
_____            _____
Signature                                      Date

**Exhibit "A-4"**

Agency Management Corporation

INSURED NAME:   MCBRIDE, SHERYL L
CLAIMANT NAME:   SHERYL L MCBRIDE

CHECK NO. | 0000110236

| INVOICE DATE | DESCRIPTION | NET AMOUNT |
|---|---|---|
| 10/08/08 | POLICY #: FZH 0363563   00        CLAIM #:   200500029109   WI | |
| | CHECK TOTAL | $8,286.46 |

DATE OF LOSS:   08/29/05          MEMO:   COV D

REC'D
10/15/08
JBA 04377

MAIL TO:   JOSEPH M BRUNO
855 BARONNE ST
NEW ORLEANS, LA      70113



A Member Company of

**Agency Management Corporation**
4150 South Sherwood Forest Blvd.
P.O. Drawer 15989
Baton Rouge, LA 70895

84-13
654

Bank One, LA
Baton Rouge, LA

| POLICY NO. | CHECK NO. | CHECK DATE | CLAIM NO. |
|---|---|---|---|
| FZH0363563 00 | 0000110236 | 10/08/08 | 200500029109 WI |

| DESCRIPTION OF PAYMENT |
|---|
| ADDITIONAL LIVING EXPENSE WIND |
| PAYMENT                FOR ADDITIONAL LIVING EXP |

CHECK AMOUNT
$8,286.46

PAY Eight Thousand Two Hundred Eighty Six Dollars And Forty Six Cents

TO THE ORDER OF
MCBRIDE, SHERYL L  AND
LAW OFFICES OF JOSEPH M BRUNO

BY _Robert P. Hibbard_
AUTHORIZED SIGNATURE

BY _CS Broussard_
AUTHORIZED SIGNATURE

11792.4632

⑈0000110236⑈ ⑆065400137⑆      645888785⑈

**Exhibit "A-4"**

# THE LAW OFFICE OF
# JOSEPH M. BRUNO
## FEDERAL TRIAL LAWYERS
## 855 BARONNE STREET
## NEW ORLEANS, LA 70113

# FILE COPY

October 27, 2008

RE: Our File Number:    11792.4632      **Sheryl McBride**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:          33.3333%

The total amount of the settlement is:                                    $   10,000.00

This breaks down as follows:

|  |  | | | |
|---|---|---|---|---|
|  | 1. | TOTAL SETTLEMENT: | $ | 10,000.00 |
| LESS: | 2. | TOTAL LEGAL FEE: | $ | 3,333.33 |
|  | 3. | TOTAL EXPENSES: | $ | 0.00 |
|  | 4. | TOTAL ADVANCES: | $ | 0.00 |

5.   (2+3+4)     TOTAL DEDUCTIONS FROM SETTLEMENT:          $      3,333.33

**6. (1-5)     TOTAL AMOUNT DUE CLIENT:**          $      6,666.67

**My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents.**

_Sheryl L. McBride_                    _10·27·2008_
Signature                                  Date

**Exhibit "A-4"**

Agency Management Corporation   INSURED NAME:   MCBRIDE, SHERYL L
CLAIMANT NAME:   SHERYL L MCBRIDE

| CHECK NO. | 0000110238 |
|---|---|

| INVOICE DATE | DESCRIPTION | NET AMOUNT |
|---|---|---|
| 10/08/08 | POLICY #: FZH 0363563   00        CLAIM #:   200500029109   WI | |
| | CHECK TOTAL | $10,000.00 |

DATE OF LOSS:   08/29/05            MEMO:   COV C

REC'D
10/15/08

JBA 04377

MAIL TO:   JOSEPH M BRUNO
855 BARONNE ST
NEW ORLEANS, LA     70113

---



**A Member Company of**
**Audubon**
**INSURANCE GROUP**

**Agency Management Corporation**
4150 South Sherwood Forest Blvd.
P.O. Drawer 15989
Baton Rouge, LA 70895

84-13
654

Bank One, LA
Baton Rouge, LA

| POLICY NO. | CHECK NO. | CHECK DATE | CLAIM NO. |
|---|---|---|---|
| FZH0363563 00 | 0000110238 | 10/08/08 | 200500029109 WI |

| DESCRIPTION OF PAYMENT |
|---|
| WINDSTORM CONTENTS |
| PAYMENT           FOR WINDSTORM CONTENTS |

| CHECK AMOUNT |
|---|
| $10,000.00 |

**PAY** Ten Thousand Dollars And No Cents

TO THE ORDER OF
MCBRIDE, SHERYL L AND
LAW OFFICES OF JOSEPH M BRUNO

BY _____
AUTHORIZED SIGNATURE

BY _____
AUTHORIZED SIGNATURE

11792.4632

⑈0000110238⑈ ⑆065400137⑆     645888785⑈

**Exhibit "A-4"**

FILE COPY

York,
4377

## RECEIPT, RELEASE AND INDEMNITY AGREEMENT

KNOW ALL MEN BY THESE PRESENTS THAT:

For and in consideration of the payment of SIXTY ONE THOUSAND NINE HUNDRED TWENTY SEVEN AND 66/100 ($61,927.66) DOLLARS, SIXTEEN THOUSAND TWO AND 20/100 ($16,002.20) DOLLARS of which has been paid previously, and FORTY SIX THOUSAND TWO HUNDRED EIGHTY SIX AND 46/100 ($46,286.46) DOLLARS of which is paid at this time, said payment being made as follows:

1.  Citizens settlement check number 0110235 in the amount of TWENTY SEVEN THOUSAND FOUR HUNDRED TWENTY SEVEN AND 33/100 ($27,427.33) DOLLARS for payment under Coverage A - Dwelling, made payable to SHERYL L. MCBRIDE, ARGENT MORTGAGE CO LLC, ARGENT MORTGAGE CO LLC AND JOSEPH M. BRUNO, APLC;

2.  Citizens settlement check number 0110237 in the amount of FIVE HUNDRED SEVENTY TWO AND 67/100 ($572.67) DOLLARS for payment under Coverage B - Other Structures, made payable to SHERYL L. MCBRIDE, ARGENT MORTGAGE CO LLC AND JOSEPH M. BRUNO, APLC;

3.  Citizens settlement check number 0110238 in the amount of TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS for payment under Coverage C - Contents, made payable to SHERYL L. MCBRIDE, AND JOSEPH M. BRUNO, APLC;

4.  Citizens settlement check number 0110236 in the amount of EIGHT THOUSAND TWO HUNDRED EIGHTY SIX AND 46/100 ($8,286.46) DOLLARS for payment under Coverage D - Loss of Use (ALE), made payable to SHERYL L. MCBRIDE, AND JOSEPH M. BRUNO, APLC;

I/We, **SHERYL MCBRIDE** (hereinafter "RELEASER(S)"), fully and without limitation or reservation, except as set forth hereinafter, release and forever discharge **Louisiana Citizens Property Insurance Corporation, AIG Claims Service, Inc., York Insurance Services Group, Inc**, and its and their officers, directors, employees, agents, and any independent contractors, service providers, adjusters and attorneys, and all others for whom they may be liable (hereinafter the "RELEASED PARTIES"), from all claims and demands for loss and damage to property located at **4564 PIETY DR.**, NEW ORLEANS, Louisiana **70126**, and all other losses and damages covered under **Louisiana Citizens Property Insurance Corporation**, claim number **200500029109**, policy number **FZH036356300** issued to **SHERYL MCBRIDE** (hereafter "POLICY" or "the POLICY"), arising or resulting from Hurricanes Katrina and Rita, which occurred on or about August 29, 2005 and September 24, 2005, respectively, and the aftermath thereof, as well as for all extra contractual claims and demands, including but not limited to any for penalties, attorneys fees or damages, arising out of the handling and adjustment of claims for loss and damages, whether arising under R.S. 22:658, R.S. 22:1220, or under any other provision or theory of law, and all litigation, including the suit entitled: "_____v._____," No._____, Division "___", on the docket of the _____ District Court for the Parish of_____, State of Louisiana, and any other litigation arising out of said hurricanes, and any class actions in which I/we am/are, or may become, a party or in which I/we have an interest, including but not limited to the classes certified in: (1) *Geraldine Oubre, et al v. Louisiana Citizens Fair Plan*, 24th JDC No. 625-567 "M" (a class certified for penalties for the alleged failure of Louisiana Citizens to initiate loss adjustment within 30 days of notice of loss); (2) *Adrian P. Chalona, Sr., et al v. Louisiana Citizens Property Insurance Corporation*, 34th JDC No. 107-125 "A" (a class certified for the alleged failure to make an offer of settlement within 30 days after receipt of satisfactory proof of loss); (3) *Toni Swain Orrill, et al v. AIG, Inc., et al*, CDC No. 2005-11720 "L" '6 (a class certified for penalties for the alleged failure to initiate loss adjustment within 30 days after notification of loss and/or for the alleged

Exhibit "A-4"

failure to make a written offer to settle within 30 days after receipt of satisfactory proof of loss of that claim as provided by the policy of insurance), and (4) *Stephanie Press, et al v. Louisiana Citizens Fair Plan Property Insurance Corporation*, CDC No. 06-5530 "F" §10 (a class certified for damages for the alleged failure of Louisiana Citizens to pay overhead and profit); and I/we instruct my/our counsel of record, and by this instrument authorize the RELEASED PARTIES, to file in my/our name a motion to dismiss said litigation as to RELEASER(S), with prejudice, and at my/our cost.

RELEASER(S) warrants that except to the extent of the interest of **ARGENT MORTGAGE CO LLC**, designated in the POLICY as mortgagee or loss payee, with an interest in the proceeds of the policy, and to the extent thereof, a right to be included as a payee of checks for policy proceeds in which they have an interest, no other party has an interest therein, and RELEASER(S) agrees to hold harmless, defend and indemnify the RELEASED PARTIES of and from any and all claims and demands by anyone else claiming policy proceeds or extra-contractual damages as assignee, subrogee, or indemnitee of RELEASER(S).

RELEASER(S) acknowledge that the above payment(s) have been made, at least in part, as a compromise and settlement of disputed claims, as to which the RELEASED PARTIES admit no liability, and further acknowledge that RELEASER(S) have read and fully understand that with the foregoing payments and releases, RELEASER(S) is/are forever barred from asserting against the RELEASED PARTIES any claims or demands of any nature and for anything at all related or arising directly or indirectly out of said hurricanes.

IN WITNESS WHEREOF, I/We have hereunto set my/our hand, in triplicate original, this 21 day of October, 2008.

WITNESSES:

_____
Print Name:

_____
Print Name:

Sheryl L McBride
*

WITNESSES:

_____
Print Name:

_____
Print Name:

Sheryl L McBride
*

- 2 of 6 -

Exhibit "A-4"

## ACKNOWLEDGMENT

STATE OF LOUISIANA

PARISH OF *Orleans*

On this **27** day of *October*_____, 2008, before me, personally appeared: *Sheryl McBride*_____, who is known to me to be the person described in and who executed the foregoing instrument did, after being duly sworn acknowledge that said instrument was executed freely and for the purposes therein set forth.

_____
Print Name.

Bar/Notary No. _____
NOTARY PUBLIC

Jeri R. Simmons
Notary Public #6215t
Lifetime Commission

## ACKNOWLEDGMENT

STATE OF LOUISIANA

PARISH OF _____

On this _____ day of _____, 2008, before me, personally appeared: _____, who is known to me to be the person described in and who executed the foregoing instrument did, after being duly sworn acknowledge that said instrument was executed freely and for the purposes therein set forth.

_____
Print Name.

Bar/Notary No. _____
NOTARY PUBLIC

Exhibit "A-4"

**Agency Management Corporation**

INSURED NAME:   MCBRIDE, SHERYL L
CLAIMANT NAME:  SHERYL L MCBRIDE

| CHECK NO. | 0000110235 |
|---|---|

| INVOICE DATE | DESCRIPTION | NET AMOUNT |
|---|---|---|
| 10/08/08 | POLICY #: FZH 0363563 00       CLAIM #: 200500029109 WI | |
| | CHECK TOTAL | $27,427.33 |

DATE OF LOSS:   08/29/05                 MEMO:   COV A

*Road Home*
*Need mtg. info.*
*10/23/08*

*REC'D*
*10/15/08*

*JBA04377*

MAIL TO:   JOSEPH M BRUNO
855 BARONNE ST
NEW ORLEANS, LA        70113

---



A Member Company of
**Audubon**
INSURANCE GROUP

**Agency Management Corporation**
4150 South Sherwood Forest Blvd.
P.O. Drawer 15989
Baton Rouge, LA 70895

84-13
654

Bank One, LA
Baton Rouge, LA

| | POLICY NO. | CHECK NO. | CHECK DATE | CLAIM NO. |
|---|---|---|---|---|
| | FZH0363563 00 | 0000110235 | 10/08/08 | 200500029109 WI |

| DESCRIPTION OF PAYMENT |
|---|
| WINDSTORM |
| PAYMENT                    FOR WINDSTORM |

| CHECK AMOUNT |
|---|
| $27,427.33 |

**VOID      VOID**

PAY Twenty Seven Thousand Four Hundred Twenty Seven Dollars And Thirty Three Cents

TO THE ORDER OF
MCBRIDE, SHERYL L AND
ARGENT MORTGAGE CO LLC    ISAOA ATIMA  AND
LAW OFFICES OF JOSEPH M BRUNO
1a. ROAD HOME.

*11792.4632*

BY _____
AUTHORIZED SIGNATURE

BY _____
AUTHORIZED SIGNATURE

⑈0000110235⑈ ⑆065400137⑆        645888785⑈

Exhibit "A-4"

| | | CHECK NO. | 0000110237 |
|---|---|---|---|

**Agency Management Corporation**

INSURED NAME:   MCBRIDE, SHERYL L
CLAIMANT NAME:  SHERYL L MCBRIDE

| | DESCRIPTION | | NET AMOUNT |
|---|---|---|---|
| INVOICE DATE | | | |
| 10/08/08 | POLICY #: FZH 0363563  00     CLAIM #:  200500029109  WI | | $572.67 |
| | | CHECK TOTAL | |

DATE OF LOSS:   08/29/05          MEMO:   COV B

*Need mtg. info.*
*10/23/08*

REC'D
10/15/08

JBA 04377

MAIL TO:   JOSEPH M BRUNO
855 BARONNE ST
NEW ORLEANS, LA     70113

---



**Agency Management Corporation**
4150 South Sherwood Forest Blvd.
P.O. Drawer 15989
Baton Rouge, LA  70895

A Member Company of
THE **Audubon**
INSURANCE GROUP

84-13
654

Bank One, LA
Baton Rouge, LA

| POLICY NO. | CHECK NO. | CHECK DATE | CLAIM NO. |
|---|---|---|---|
| FZH0363563 00 | 0000110237 | 10/08/08 | 200500029109 WI |

| DESCRIPTION OF PAYMENT | | |
|---|---|---|
| OTHER STRUCTURES WIND DAMAGE   FOR OTHER STRUCTURES WIND PAYMENT | | |

| CHECK AMOUNT | |
|---|---|
| $572.67 | |

**VOID**          **VOID**

PAY Five Hundred Seventy Two Dollars And Sixty Seven Cents

BY _Robert C. Hubbard_
AUTHORIZED SIGNATURE

TO THE ORDER OF
MCBRIDE, SHERYL L AND
ARGENT MORTGAGE CO LLC     ISAOA ATIMA AND
LAW OFFICES OF JOSEPH M BRUNO

BY _CB Broussard_
AUTHORIZED SIGNATURE

11792.4632

⑈0000110237⑈ ⑆065400137⑇           645888785⑈

Exhibit "A-4"

**JOSEPH M. BRUNO, APLC**
ESCROW ACCOUNT
855 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 525-1335

WHITNEY NATIONAL BANK
NEW ORLEANS, LOUISIANA
14-17-650

| DATE | NUMBER | AMOUNT |
|------|--------|--------|
| 10/27/2008 | 15760 | **$6,666.67 |

PAY

\*\*\* SIX THOUSAND SIX HUNDRED SIXTY-SIX & 67/100 DOLLARS

TO THE
ORDER OF    Sheryl McBride

⑆015760⑆ ⑉065000171⑉ 717075494⑈

---

**JOSEPH M. BRUNO, APLC**                                                     15760

| DATE | TRUST NAME | PAY TO   Sheryl McBride<br>DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 10/27/2008 | KATRINA INSURANCE ADJUSTING<br>Account: 11792.4632-8 | Settlement Proceeds | 6666.67 |

---

| CHECK DATE | CHECK NO. | | CHECK AMOUNT |
|------------|-----------|--|--------------|
| 10/27/2008 | 15760 | | 6666.67 |

---

**JOSEPH M. BRUNO, APLC**                                                     15760

Pay To: Sheryl McBride

| Date | Trust Name | Description | Amount |
|------|-----------|-------------|--------|
| 10/27/2008 | KATRINA INSURANCE ADJUSTING<br>Account: 11792.4632-8 | Settlement Proceeds | 6666.67 |

| Check Date | Check # | Check Amt |
|------------|---------|-----------|
| 10/27/2008 | 15760 | 6666.67 |

Exhibit "A-4"

**JOSEPH M. BRUNO, APLC**
ESCROW ACCOUNT
855 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 525-1335

WHITNEY NATIONAL BANK
NEW ORLEANS, LOUISIANA
14-17-650

| DATE | NUMBER | AMOUNT |
|---|---|---|
| 10/27/2008 | 15761 | **$3,333.33 |

PAY

*** THREE THOUSAND THREE HUNDRED THIRTY-THREE & 33/100 DOLLARS

TO THE
ORDER OF

JOSEPH M. BRUNO, APLC
855 Baronne Street
New Orleans, LA 70113

11792.4632 Sheryl McBride

⑆015761⑆ ⑈065000171⑈ 717075494⑆

---

**JOSEPH M. BRUNO, APLC**                                    15761

| DATE | TRUST NAME | PAY TO JOSEPH M. BRUNO, APLC DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/27/2008 | KATRINA INSURANCE ADJUSTING Account: 11792.4632-8 | Fees and Costs | 3333.33 |

---

| CHECK DATE | CHECK NO. | | CHECK AMOUNT |
|---|---|---|---|
| 10/27/2008 | 15761 | | 3333.33 |

---

**JOSEPH M. BRUNO, APLC**                                    15761

Pay To: JOSEPH M. BRUNO, APLC

| Date | Trust Name | Description | Amount |
|---|---|---|---|
| 10/27/2008 | KATRINA INSURANCE ADJUSTING Account: 11792.4632-8 | Fees and Costs | 3333.33 |

| | Check Date | Check # | Check Amt |
|---|---|---|---|
| | 10/27/2008 | 15761 | 3333.33 |

---

Ⓓ DELUXE CORP.® 1+800-328-0304 www.deluxeforms.com

**Exhibit "A-4"**

3787

15762

**JOSEPH M. BRUNO, APLC**
ESCROW ACCOUNT
855 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 525-1335

WHITNEY NATIONAL BANK
NEW ORLEANS, LOUISIANA
14-17-650

| DATE | NUMBER | AMOUNT |
|------|--------|--------|
| 10/27/2008 | 15762 | **$5,524.31 |

PAY

*** FIVE THOUSAND FIVE HUNDRED TWENTY-FOUR & 31/100 DOLLARS

TO THE
ORDER OF   Sheryl McBride

⑈015762⑈ ⑆065000171⑆ 717075494⑈

---

**JOSEPH M. BRUNO, APLC**                          PAY TO   Sheryl McBride                 15762

| DATE | TRUST NAME | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 10/27/2008 | KATRINA INSURANCE ADJUSTING<br>Account: 11792.4632-8 | Settlement Proceeds | 5524.31 |

---

| CHECK DATE | CHECK NO. | | CHECK AMOUNT |
|------------|-----------|--|--------------|
| 10/27/2008 | 15762 | | 5524.31 |

**JOSEPH M. BRUNO, APLC**                                              15762

Pay To: Sheryl McBride

| Date | Trust Name | Description | Amount |
|------|-----------|-------------|--------|
| 10/27/2008 | KATRINA INSURANCE ADJUSTING<br>Account: 11792.4632-8 | Settlement Proceeds | 5524.31 |

| Check Date | Check # | Check Amt |
|------------|---------|-----------|
| 10/27/2008 | 15762 | 5524.31 |

DELUXE CORP™ 1+800-328-0304  www.deluxeforms.com

J790

Exhibit "A-4"

15763

**JOSEPH M. BRUNO, APLC**
ESCROW ACCOUNT
855 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 525-1335

WHITNEY NATIONAL BANK
NEW ORLEANS, LOUISIANA
14-17-650

| DATE | NUMBER | AMOUNT |
|------|--------|--------|
| 10/27/2008 | 15763 | **$2,762.15 |

PAY

### *** TWO THOUSAND SEVEN HUNDRED SIXTY-TWO & 15/100 DOLLARS

TO THE
ORDER OF
JOSEPH M. BRUNO, APLC
855 Baronne Street
New Orleans, LA 70113

11792.4632 Sheryl McBride

⑆015763⑆ ⑆065000171⑆ 717075494⑆

---

**JOSEPH M. BRUNO, APLC**                                            15763

| DATE | TRUST NAME | PAY TO   JOSEPH M. BRUNO, APLC  DESCRIPTION | AMOUNT |
|------|-----------|---------------------------------------------|--------|
| 10/27/2008 | KATRINA INSURANCE ADJUSTING  Account: 11792.4632-8 | Fees and Costs | 2762.15 |

| CHECK DATE | CHECK NO. | | CHECK AMOUNT |
|-----------|-----------|--|--------------|
| 10/27/2008 | 15763 | | 2762.15 |

---

**JOSEPH M. BRUNO, APLC**                                            15763

Pay To: JOSEPH M. BRUNO, APLC

| Date | Trust Name | Description | Amount |
|------|-----------|-------------|--------|
| 10/27/2008 | KATRINA INSURANCE ADJUSTING  Account: 11792.4632-8 | Fees and Costs | 2762.15 |

| Check Date | Check # | Check Amt |
|-----------|---------|-----------|
| 10/27/2008 | 15763 | 2762.15 |

⬗DELUXE CORP®  1+800-328-0304  www.deluxeforms.com

Exhibit "A-4"



THE LAW OFFICE OF

# JOSEPH M. BRUNO APLC

FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

*PRACTICE RESTRICTED
TO U.S. FEDERAL COURTS

November 3, 2008

**VIA FACSIMILE &**
**U.S. POSTAL MAIL**
(916)339-6948
HomEQ Servicing Corp
Attention: Hazard Claims
Mail Code: CA3343
P.O. Box 160788
Sacramento, CA 95816

Re:    Name: Sheryl McBride
       **Damaged property: 4564 Piety Dr., New Orleans, LA 70126**
       **Loan number: 0070696398-9706**
       **Our File No.: 11792.4632**

Dear Sir / Madam:

I have the privilege of representing Sheryl McBride in connection with their claim for Katrina related damages against their homeowners insurance carrier. We have succeeded in recovering $572.67, on this claim. We are in possession of a check payable to Sheryl McBride, Argent Mortgage, and Joseph M. Bruno, APLC.

We understand that your mortgage documents give you the right to withhold this money for repairs. However, LSA–R.S. 37:218 gives an interest in the claim and a special privilege to attorneys for the amount of their professional fees on any recovery obtained by settlement in the same manner that LSA–R.S. 9:5001 gives a special interest on any recovery obtained by judgment. There has been some confusion in the mortgage industry with regard to whether attorney fees must be paid ahead of the mortgage. The Fourth Circuit in *Rosetta Irons, et. al. v. U.S. Bank, Inc.* No. 2007-CA-057, has resolved this issue. As such, we ask that you transmit our request to your legal department as soon as practical.

We have had some difficulty with other lenders and, as a result, have been forced to file a Petition for Concursus. Because there is no factual dispute, we are able to obtain a judgment quite easily. If we do not hear from you within 7 days of the date of this letter, we will have no choice but to refer this matter to Bruno & Bruno for the filing of a Petition for Concursus. We will include a claim against you for attorney's fees and court costs, pursuant to Louisiana Code of Civil Procedure, Article 863.

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.JBRUNOLAW.COM · TEL 504-561-6776 · TOLL FREE 1-800-966-1225 · FAX 504-561-6775

**Exhibit "A-5"**

We ask your permission to deposit the check into our escrow account and to disburse funds, as follows:

$190.89        Joseph M. Bruno, APLC

$381.78        Sheryl McBride and HomEQ Servicing Corp

We enclose for your review a copy of the Contract of Representation executed by Sheryl McBride, a copy of the Settlement Statement, and a copy of the check(s).

If you approve of the foregoing, please sign below and return by facsimile to Aliska White at (504) 581-1493 or should you have any questions or comments, please do not hesitate to contact me at (504) 525-1335, ext. 109.

With kindest regards, I remain.

Very truly yours,
**JOSEPH M. BRUNO, APLC**

Aliska White,
Legal Assistant to Joseph M. Bruno

JMB/amw

Approved:

_____
HomEQ Servicing Corp

**Exhibit "A-5"**

THE LAW OFFICE OF
# JOSEPH M. BRUNO
### FEDERAL TRIAL LAWYERS *
855 BARONNE STREET
NEW ORLEANS, LA. 70113
(504) 525-1335
(504) 561-6775

L. SCOTT JOANEN

\* PRACTICE RESTRICTED TO
U.S. FEDERAL COURTS

## FACSIMILE TRANSMISSION

DATE: 11/6/08

TO: Sheryl Mc Bride

FAX 243 - 5332
PHONE:

FROM: Daniel Smart

FAX:   (504) 581-1493
PHONE:   (504) 525-1335

RE: Copies of Insurance Checks.

PAGES: 3 including this one.

## IN CASE OF DIFFICULTY IN RECEIVING TRANSMISSION, CONTACT:
Daniel Smart @ (504 )525 - 1335 Ext:119

MESSAGE:

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the document accompanying it) may contain confidential information belonging to the sender which is protected by the attorney/client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

855 BARONNE ST., NEW ORLEANS, LA 70113 • WWW.JBRUNOLAW.COM• TEL 504-525-1335 • TOLL FREE 1-800-966-1335 • FAX 504-561-6775

Exhibit "A-6"



THE LAW OFFICE OF

# JOSEPH M. BRUNO APLC

### FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

*PRACTICE RESTRICTED
TO U.S. FEDERAL COURTS

November 11, 2008

**VIA OVERNIGHT MAIL**
Mr. Mike Casey
2170 W. SR434 Suite 494
Longwood, FL 32779

RE:   Re-issuance of Insurance Proceeds
Sheryl McBride
Date of Loss: 08/29/2005
Our File No.: 11792.4632

Dear Sir/ Madam:

Per our earlier telephone conversation, please find enclosed your check numbered 0000110235, in the amount of $27,427.33, and your check numbered 0000110237, in the amount of $572.67. As is indicated by the satisfaction of loan certificate enclosed, the mortgage with Argent Mortgage is fully paid. Please reissue this check without Argent Mortgage as a loss payee.

Should you have any questions or concerns, please do not hesitate to contact me at (504) 324-6602.

With kindest regards, I remain.

Very Truly Yours
JOSEPH M. BRUNO, APLC

*Mallory Comeaux*

Mallory Comeaux
Legal Assistant to Joseph M. Bruno

JMB/mmc

Enclosures

**Exhibit "A-7"**

855 BARONNE ST. NEW ORLEANS. LA 70113 · WWW.JBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335

# HomEq Servicing

December 10, 2008

Joseph M. Bruno, Esquire
855 Baronne Street
New Orleans, LA 70113

RE:    Ms. Sheryl Lynn McBride
       Claim Number 200500029109 WI
       HomEq Account Number 323458364 (completed short sale)

Dear Mr. Bruno:

This letter is in response to your correspondence dated November 3, 2008, which was received that day via facsimile in our Consumer Relations Department. Thank you for your patience while we inquired into this matter. We understand that you represent Ms. McBride with respect damages to the property securing this loan caused by Hurricane Katrina.

You have indicate that your offices were successful in recovering a sum of $28,000.00 from Agency Management Corporation for the benefit Ms. McBride, and you have requested that HomEq authorize you to deposit these funds and deduct your fee of $11,161.82. Subsequently, you will issue the remaining settlement proceeds in the form of a check payable to both Ms. McBride and HomEq Servicing, to be processed in accordance with Ms. McBride's security instrument.

In lieu of the form you provided, this letter serves as authorization and endorsement on the part of HomEq Servicing for you to deposit the following insurance claim settlement checks:

- Check Number 0000110235 dated October 8, 2008, for $27,427.33
- Check Number 0000110237 dated October 8, 2008, for $572.67

<u>This authorization and endorsement is effective for the above checks only and does not extend to any financial instruments issued by your office with respect to the remaining settlement funds indicated in your correspondence.</u> Please tender the remaining funds of $16,838.18 payable to your client and HomEq, forward to your client for endorsement, and instruct your client to forward the fully endorsed check to HomEq at the address below within 15 days of the date of this letter:

HomEq Servicing
Attention: Hazard Claims
Mail Code: CA3343

Exhibit "A-8"

Joseph M. Bruno, Esquire
December 10, 2008
Page 2

P.O. Box 160788
Sacramento, CA 95816

Please note that any delay in providing a fully endorsed check to HomEq for the remaining insurance settlement proceeds indicated above will invariably delay HomEq's disposition of these funds for the repair of the property securing this loan.

Lastly, HomEq may be required to report your fee deduction to the Internal Revenue Service. Accordingly, we ask that your offices complete and return the enclosed W-9 Form.

Should you have any questions, please feel free to call me directly at (916) 339-6162, or toll-free at (877) 867-7378, extension 56162.

Sincerely,

Sean McCabe
Consumer Advocacy Analyst
HomEq Servicing

Enclosures

CC:    Ms. Sheryl Lynn McBride

Exhibit "A-8"

**JOSEPH M. BRUNO, APLC**
ESCROW ACCOUNT
855 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 525-1335

WHITNEY NATIONAL BANK
NEW ORLEANS, LOUISIANA
14-17-650

| DATE | NUMBER | AMOUNT |
|------|--------|--------|
| 06/01/2009 | 21799 | ****$381.78 |

PAY

*** THREE HUNDRED EIGHTY-ONE & 78/100 DOLLARS

TO THE
ORDER OF   Sheryl McBride

AUTHORIZED SIGNATURE

⑈021799⑈ ⑆065000171⑆ 717075494⑈

---

**JOSEPH M. BRUNO, APLC**                          PAY TO   Sheryl McBride                 21799

| DATE | TRUST NAME | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 06/01/2009 | KATRINA INSURANCE ADJUSTING<br>Account: 11792.4632-8 | Settlement Proceeds | 381.78 |

| CHECK DATE | CHECK NO. | | CHECK AMOUNT |
|------------|-----------|---|--------------|
| 06/01/2009 | 21799 | | 381.78 |

---

**JOSEPH M. BRUNO, APLC**                                              21799

Pay To: Sheryl McBride

| Date | Trust Name | Description | Amount |
|------|-----------|-------------|--------|
| 06/01/2009 | KATRINA INSURANCE ADJUSTING<br>Account: 11792.4632-8 | Settlement Proceeds | 381.78 |

| Check Date | Check # | Check Amt |
|------------|---------|-----------|
| 06/01/2009 | 21799 | 381.78 |

DELUXE CORP  1+800-328-0304  www.deluxeforms.com

**Exhibit "A-9"**

**JOSEPH M. BRUNO, APLC**
ESCROW ACCOUNT
855 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 525-1335

WHITNEY NATIONAL BANK
NEW ORLEANS, LOUISIANA
14-17-650

NOT NEGOTIABLE

| DATE | NUMBER | AMOUNT |
|------|--------|--------|
| 06/01/2009 | 21800 | ****$190.89 |

PAY      *** ONE HUNDRED NINETY & 89/100 DOLLARS

TO THE
ORDER OF
JOSEPH M. BRUNO, APLC
855 Baronne Street
New Orleans, LA 70113
11792.4632 Sheryl McBride

_____
AUTHORIZED SIGNATURE

⑈021800⑈ ⑆065000171⑈ 717075494⑈

---

**JOSEPH M. BRUNO, APLC**                                    21800

| | | PAY TO | JOSEPH M. BRUNO, APLC | AMOUNT |
|---|---|---|---|---|
| DATE | TRUST NAME | | DESCRIPTION | 190.89 |
| 06/01/2009 | KATRINA INSURANCE ADJUSTING<br>Account: 11792.4632-8 | | Fees and Costs | |

NOT NEGOTIABLE

| CHECK DATE | CHECK NO. | | CHECK AMOUNT |
|---|---|---|---|
| 06/01/2009 | 21800 | | 190.89 |

---

**JOSEPH M. BRUNO, APLC**                                    21800

Pay To: JOSEPH M. BRUNO, APLC

| Date | Trust Name | Description | Amount |
|------|-----------|-------------|--------|
| | | | 190.89 |
| 06/01/2009 | KATRINA INSURANCE ADJUSTING<br>Account: 11792.4632-8 | Fees and Costs | |

| Check Date | Check # | Check Amt |
|------------|---------|-----------|
| 06/01/2009 | 21800 | 190.89 |

NOT NEGOTIABLE

DELUXE CORP  1+800-328-0304  www.deluxeforms.com                    **Exhibit "A-9"**

11792.4632

Mr. Joseph M. Bruno
Attorneys at Law
855 Barrone Street
New Orleans, LA 70113

      Re:    SHERYL MCBRIDE v. Louisiana Citizens Property Insurance Corporation
               Claim no. 200500029109
               Policy no. FZH036356300

Dear Mr. Bruno:

    In connection with the settlement of your client's claim, enclosed please find the following:

    (a)    $27,427.33 check #0110235 and $572.67 check #0110237 payable to SHERYL L. MCBRIDE, ARGENT MORTGAGE CO LLC, and JOSEPH M. BRUNO, APLC in full and final settlement of all claims under coverages A and B;

    (b)    $10,000.00 check #0110238 and $8,286.46 check #0110236 payable to SHERYL L. MCBRIDE and JOSEPH M. BRUNO, APLC in full and final settlement of all claims under coverages C and D;

    (c)    *Receipt, Release & Indemnity Agreement* to be executed in triplicate by SHERYL MCBRIDE and returned to us; and

    (d)    A Motion To Dismiss to be signed by you.

    Of course, since these checks are being tendered in full and final settlement of any and all remaining claims, we expect they will not be negotiated until the *Receipt, Release & Indemnity Agreement* and the motion for partial dismissal are executed. We also understand both will be returned to us promptly when the settlement checks clear.

    If there is any question or problem, please call.

                 Yours truly,

Bill Birdsall
Claims Examiner

Enclosure

**Exhibit "A-10"**

Grant I.D.: 06HH106978
Recipient Last Name: McBride
Bruno File Number : JBA04377
Claim # 200500029109 WI

## RECIPIENT ACKNOWLEDGMENT

I hereby authorize and irrevocably approve and agree to reimburse the Road Home the sum of ($27,427.33) subject to a deduction for fees and costs, for a net payment to the Road Home Program in the amount of ($16,317.73). I authorize and irrevocably direct the insurance company listed in the Request for Consent Form to remit the net payment amount directly to the Louisiana Division of Administration - DRU, as provided above. If the insurance company has issued or issues the payment jointly to the Road Home Program and others, I authorize my attorney Joseph M. Bruno to issue payment of the net payment amount directly to Louisiana Division of Administration - DRU, as provided above.

\

_____                    _____
Signature:                                          Signature (Co-Recipient/Co-Applicant)


_____                    _____
Print Name                                          Print Name


_____
Witness

_____
Witness


Sworn to and subscribed before me the undersigned Notary Public on this _____day of
_____,2009.

Notary Public

(Print Name, Date Commission Expires and Bar Number)


**Exhibit "A-11"**