EXHIBIT "B"

HomEq

12/5/2005  2:54 PM  PAGE 2/002  Fax Server

HomEq Servicing Corporation
Post Office Box 13716
Sacramento, CA 95853
4837 Watt Avenue, Suite 200
North Highlands, CA 95660

**HOMEQ**
**SERVICING**

```
***********************************************************
*  Please contact Customer Service by calling 1-877-867-7378 with any  *
*  questions concerning the payoff statement.  Interest will accrue until  *
*  the FULL AMOUNT is received.  Please refer to the stipulation page for  *
*  additional information and instructions.  *
***********************************************************
```

December 05, 2005

No zip code!
Sheryl Mcbride

Mortgagor Information
Sheryl Lynn Mcbride

25 TOWN CENTER BLVD. SUITE C
CLERMONT FL 34714

Payoff Requestor
Sheryl Mcbride

Loan Information
Loan Number :       0000323458364
Loan Type :         65805875 / 0331G - Conventional Residential With Pmi

Property Address
4564 PIETY DR NEW ORLEANS LA 70126

This payoff statement expires and becomes void upon generation of a revised payoff statement or until 01/04/2006, whichever occurs first.. A revised payoff statement will always supercede a previously generated payoff statement, as it will contain the most current and accurate information.  If you are unable to remit full payoff funds by the above date, you will need to call 1-877-867-7378 and request a new payoff statement

HomEq reserves the right to return any funds received for the intention of payment in full, and/or not process the funds as a payoff of the account if the funds received are NOT SUFFICIENT to pay the account in full.  Interest will continue to accrue on your account until the full amount is received.  Examples of reasons for return of funds and/or not processing funds received as payment in full include, but are not limited to unintentional error in calculation of the payoff amount, previously applied invalid payments that are reversed off the account, and/or disbursements* or adjustments made after the generation of this payoff statement but prior to the receipt of the amount of funds required to pay the account in full.

The payoff itemization amounts below are subject to final verification upon receipt of funds by HomEq.  HomEq reserves the right to revise these amounts. Interest will continue to accrue and your payment will remain due until sufficient funds are received to pay the account in full.

| | |
|---|---:|
| The Current Total Unpaid Principal Balance Is | $79,682.24 |
| Interest At 8.15% | $2,774.09 |
| Prepayment Penalty Charge | $3,984.11 |
| Recording Fees | $24.00 |
| **Total Amount To Pay This Account In FULL** | **$86,464.44** |

The next regular payment is due on  09/01/2005.  As of the date of this letter, the per diem interest amount is $17.98.  To insure timely processing of payments in full, we encourage you to remit the Total Amount shown above. Please ensure NO stop payments are placed on the most recent monthly payment that has been previously applied to the account by HomEq.  A late charge of $29.77  will be assessed  15 days after a current payment due is not paid and should be added to the payoff total if payoff will be received after that time.  Issuance of this statement does not suspend the contract requirement to make the mortgage payments when due.

The current escrow balance is  $1,096.84.  If a disbursement for taxes or insurance takes place prior to the receipt of funds for payoff, HomEq will advance the escrow balance is not sufficient to satisfy the disbursement amount, HomEq will advance the funds to pay the amount due thereby creating an escrow advance.  When this occurs, these payoff figures will no longer be valid and you will owe HomEq additional funds for the escrow advance and a revised payoff statement will be generated.

In the event a Third Party (e.g. Title Company) pays taxes or insurance and HomEq has also paid them on behalf of the customer, the Third Party or customer must apply to the appropriate taxing authority or insurance company for a refund.  HomEq will not decrease the amounts shown on this Payoff Statement or subsequently generated revised Statements for

Reprint Reprint Reprint

**EXHIBIT "B"**

Reprinted:  December 5, 2005

January 25, 2006

Attn: Sheryl McBride
Fax: (281) 499-4214

Sheryl Lynn
RE:323458364
4564 Piety Drive
New Orleans, LA 70126

To Whom It May Concern:

HomEq agrees to accept $80,000.00 to release its mortgage lien from the referenced
property subject to the following conditions:
➢ HomEq reserves the right to apply any and all refunds from insurance premiums or
  escrow overages to the balance until any deficiency balance is paid in accordance
  with the loan documents.
➢ Any and all future insurance proceeds are also to be forwarded to HomEq to apply to
  the remaining loan balance.
➢ This offer is considered null and void if this agreement is not received by HomEq by
  January 30, 2006

Please forward funds to:
                        HomEq Servicing Corp.
                        Attn: Loss Mitigation
                        4837 Watt Avenue, Suite 200
                        North Highlands, CA 95660          *you have the check
                                                            already.*

Please contact me if you have any questions.

Sincerely,

                                                 *Sheryl Lynn McBride*
Aisha Evans                                      Sheryl Lynn McBride
Workout Specialist II
(800) 414-0969

X *Angee*
  *153302*

                                                          **WACHOVIA**

                                                          **EXHIBIT "B"**

January 1, 2006

HomEq Servicing Corporation
Attn: Hazard Claims Dept
Mail Code CA3343
P. O. Box 160788
Sacramento, CA 95816

Re:    Home Owner:          Sheryl L. McBride
       Account No:          0323458364
       Property Address:    4564 Piety Drive, New Orleans, LA 70126
       Date of Loss:        08/29/2005 – Hurricane Katrina

To Whom It May Concern:

Find enclosed and properly endorsed, Allstate Flood Insurance Program's check no. 3111563 in the amount of $80,000.00 and the Claim Summary. This check represents the policy limits insuring 4564 Piety Drive, New Orleans, LA 70126.   Also enclosed is a copy of HomEq Servicing's Payoff Itemization dated 12/5/05 in the amount of $86,464.44.

At the time I secured this loan, I requested my home be insured by Allstate for the appraisal fee of $110,000.00.  It was not until Katrina's devastation that I learned it was covered for the old appraisal price OF $80,000.00.  Thereby, leaving me with insufficient funds to cover my property and this loan, for such time as NOW.

It is my understanding that you are in the process of reviewing this file for consideration of waiving the excess balance.  I know I secured the proper amount of insurance with Allstate, as evidenced by the appraisal.  I'm also sure you should have that information in your files.  I lost all of my possession therefore I have no paperwork to enclose for your convenience.

Whatever consideration you can lend is Godly appreciated.

Sincerely,

Sheryl L. McBride
Sheryl L. McBride
1103 Dulles Avenue #1704
New Orleans, La 70126
(281) 499-4214

/smb
Enclosures

                                              via facsimile no.  (916) 339-6962

cc: Ms. Aisha

                                                        EXHIBIT "B"

# HOMEQ SERVICING

# Fax

| Date: | 12/5/2005 2:41:36 PM | From: | Homeq Customer Service |
|---|---|---|---|
| To: | Sheryl Mcbride | Phone: | |
| Company: | | Pages: | 5pages, including cover |
| Fax: | 12814994214 | | |

## Confidentiality Statement

The information contained in this message is confidential, proprietary, and intended only for the use of the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying of this communication, or unauthorized use is strictly prohibited and subject to prosecution to the fullest extent of the law! If you are not the intended recipient, please shred and destroy this message and **DO NOT ACT UPON, FORWARD, COPY, OR OTHERWISE DISSEMINATE IT OR ITS CONTENTS.**

 **WACHOVIA**

**EXHIBIT "B"**

DEC 05,2005 18:55                          HomEq



# Allstate.
You're in good hands.

National
Catastrophe Team

November 7, 2005

Sheryl L. McBride
2106 Beacon Light LN.
Fresno, TX 77545

Our Insured: McBride, Cheryl L.
Date of Loss: 8-29-05
Claim Number: 5113431638
Loss Location: 4564 Piety Dr.
New Orleans, LA 70126

Dear Mrs. Sheryl McBride:

Enclosed is a copy of the estimates and reports that are the basis for our conclusion that your flood claim will reach or exceed the limit of liability of your policy. As a result, Allstate Insurance Company has requested that the National Flood Insurance Program (NFIP) issue a check payable to you and HomeQ Servicing Corp. for the policy limit of $80,000.00 under your **Building Property**, and $7,500.00 **Personal Property** and **Other Coverages**.

If you would like to discuss this matter further, please call 800-326-0950, ext. 5588 and leave a message so that one of our catastrophe claim specialists can contact you and address your questions.

Sincerely,

Claim Department

Enclosures:

**EXHIBIT "B"**

911 809 241

Case 2:05-cv-04182-SRD-JCW   Document 19626-2   Filed 02/09/10   Page 7 of 19

THIS DRAFT COVERS ITEMS INDICATED BELOW
**ALLSTATE FLOOD INSURANCE PROGRAM**     CHECK NO.  **3111563**

ALLSTATE - SOUTHWEST
FINANCIAL ACCOUNTING
8711 FREEPORT PKWY
IRVING, TX    75063

511                    966

BATCH NO.   888-3060-9
DATE    NOV/ 11 / 05

| CLAIM NO. | POLICY NO./TYPE | AMOUNT | DRAFT NO. | LOSS DATE |
|-----------|-----------------|--------|-----------|-----------|
| 511-3431638 | 1-80-550019-4 D | $ 80,000.00 | 000000000 | 08/29/05 |

TOTAL AMOUNT OF BATCH     $  80,000.00
NUMBER OF DETAILS IN BATCH        1

---



**Flood Insurance Program**
P.O. Box 34200
Bethesda, MD 20827-0200

32-1
1110

**Allstate.**
You're in good hands.

CHECK NO.  **3111563**

FIDUCIARY ACCOUNT

888-3060-9        DATE   NOV   11   05

PAY TO THE   MCBRIDE, SHERYL L
ORDER OF     & HOMEQ SERVICING CORP
             4564 PIETY DR
             N O        LA   70126

AMOUNT   ***80,000.00

Ronald P. Vargo

Bank of America Customer Connection
Bank of America, N.A.
Bank of America Customer Connection - TX     VOID IF NOT PRESENTED WITHIN ONE HUNDRED EIGHTY DAYS OF THE DATE OF ISSUE

⑈3111563⑈ ⑆111000012⑆ 125 001 0157⑈

**EXHIBIT "B"**

THIS CHECK COVERS ITEMS INDICATED BELOW

## ALLSTATE FLOOD INSURANCE PROGRAM

CHECK NO.  3111564

511                                                  967

ALLSTATE - SOUTHWEST
FINANCIAL ACCOUNTING
8711 FREEPORT PKWY
IRVING, TX    75063

BATCH NO.      888-3061-1
DATE    NOV/ 11/ 05

CLAIM NO.

POLICY NO./TYPE
1-80-550019-4 C

AMOUNT
$  7,500.00

DRAFT NO.
000000000

LOSS DATE
08/29/05

511-3431638

TOTAL AMOUNT OF BATCH      $   7,500.00
NUMBER OF DETAILS IN BATCH         1

---



**Allstate**
You're in good hands.

**Flood Insurance Program**
P.O. Box 34200
Bethesda, MD 20827-0200

32-1
1110

CHECK NO.  3111564

FIDUCIARY ACCOUNT

888-3061-1

DATE   NOV   11   05

AMOUNT  ****7,500.00

PAY TO THE    MCBRIDE, SHERYL L
ORDER OF      4564 PIETY DR
              N O            LA   70126

*Ronald P. Vargo*

Bank of America Customer Connection
Bank of America, N.A.
Bank of America Customer Connection - TX       VOID IF NOT PRESENTED WITHIN ONE HUNDRED EIGHTY DAYS OF THE DATE OF ISSUE

EXHIBIT "B"

ALLSTATE FLOOD INSURANCE ...
ALLSTATE-JCW

619

511

BATCH NO.   888-0178-6
DATE   SEP/ 12/ 05          LOSS DATE
                              08/29/05

DRAFT NO.
000000000

AMOUNT
$   2,500.00

ALLSTATE - SOUTHWEST
FINANCIAL ACCOUNTING
8711 FREEPORT PKWY
IRVING, TX   75063

POLICY NO./TYPE
1-80-550019-4 C

CLAIM NO.
511-3431638

TOTAL AMOUNT OF BATCH    $    2,500.00
NUMBER OF DETAILS IN BATCH        1



Allstate.
You're in good hands.

Flood Insurance Program
P.O. Box 34200
Bethesda, MD 20827-0200

FIDUCIARY ACCOUNT

888-0178-6

CHECK NO.   3085738

DATE   SEP  12  05

AMOUNT  ****2,500.00

32-1
1110

̀AY TO THE   SHERYL L  MCBRIDE
ORDER OF    25 Town Center Blvd   Ste C
            Clermont          FL 34714

*Ronald P. Vargo*

ank of America Customer Connection
ank of America, N.A.
ank of America Customer Connection - TX    VOID IF NOT PRESENTED WITHIN ONE HUNDRED EIGHTY DAYS OF THE DATE OF ISSUE

EXHIBIT "B"

O.M.B. NO. 3067-0021

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**NATIONAL FLOOD INSURANCE PROGRAM**

# CONTENTS

November 4, 2005

Date of Report

| Insured and Location | Policy No. |
|---|---|
| MCBRIDE, SHERYL<br>2106 BEACONLIGHT LN, FRESNO, TX 77545 | 000000180550019 |

| Adjusting Firm and Address | (ADJUSTER) | Adjuster's File No. | Date of Loss |
|---|---|---|---|
| Allstate Insurance-National Catastrophe Team<br>PO Box 94054, PALATINE, IL 60094 | Damon B Norton | 5113431638 | 8/29/2005 |

| 1<br>ITEM | 2<br>DESCRIPTION | 3<br>QUANTITY | 4<br>AGE | 5<br>REPLACEMENT COST | 6<br>LOSS OR DAMAGE | 7<br>DEPRECIATION | 8<br>A.C.V. FLOOD LOSS | 9<br>A.C.V. WIND LOSS |
|---|---|---|---|---|---|---|---|---|
| **Contents** | | | | | | | | |
| 1 | REPLACE CONTENTS PER CONTENTS WORKSHEET | 1 | | $198,230.00 $^{w}$ | $198,230.00 | $51,935.50 | $146,294.50 | |

**Summary**

| | Flood | Depreciation | Wind |
|---|---|---|---|
| Estimate Totals | $198,230.00 | $51,935.50 | $146,294.50 |
| Less Non-Recoverable Depreciation | -$51,935.50 | -$51,935.50 | |
| Sub-Total | $146,294.50 | $0.00 | $146,294.50 |
| Less Deductible Applied | -$1,000.00 | | -$1,000.00 |
| Less Excess | -$135,294.50 | $0.00 | -$135,294.50 |
| Contents Claim | $10,000.00 | $0.00 | $10,000.00 |

**Price Database Legend**
w = Write-in

**EXHIBIT "B"**

F-098 (9/00)

9N 809 247

**EXHIBIT "C"**

# HomEq Servicing

December 10, 2008

Joseph M. Bruno, Esquire
855 Baronne Street
New Orleans, LA 70113

RE:    Ms. Sheryl Lynn McBride
        Claim Number 200500029109 WI
        HomEq Account Number 323458364 (completed short sale)

Dear Mr. Bruno:

This letter is in response to your correspondence dated November 3, 2008, which was received that day via facsimile in our Consumer Relations Department. Thank you for your patience while we inquired into this matter. We understand that you represent Ms. McBride with respect damages to the property securing this loan caused by Hurricane Katrina.

You have indicate that your offices were successful in recovering a sum of $28,000.00 from Agency Management Corporation for the benefit Ms. McBride, and you have requested that HomEq authorize you to deposit these funds and deduct your fee of $11,161.82. Subsequently, you will issue the remaining settlement proceeds in the form of a check payable to both Ms. McBride and HomEq Servicing, to be processed in accordance with Ms. McBride's security instrument.

In lieu of the form you provided, this letter serves as authorization and endorsement on the part of HomEq Servicing for you to deposit the following insurance claim settlement checks:

- Check Number 0000110235 dated October 8, 2008, for $27,427.33
- Check Number 0000110237 dated October 8, 2008, for $572.67

This authorization and endorsement is effective for the above checks only and does not extend to any financial instruments issued by your office with respect to the remaining settlement funds indicated in your correspondence. Please tender the remaining funds of $16,838.18 payable to your client and HomEq, forward to your client for endorsement, and instruct your client to forward the fully endorsed check to HomEq at the address below within 15 days of the date of this letter:

HomEq Servicing
Attention: Hazard Claims
Mail Code: CA3343

**EXHIBIT "C"**

Joseph M. Bruno, Esquire
December 10, 2008
Page 2

P.O. Box 160788
Sacramento, CA 95816

Please note that any delay in providing a fully endorsed check to HomEq for the remaining insurance settlement proceeds indicated above will invariably delay HomEq's disposition of these funds for the repair of the property securing this loan.

Lastly, HomEq may be required to report your fee deduction to the Internal Revenue Service. Accordingly, we ask that your offices complete and return the enclosed W-9 Form.

Should you have any questions, please feel free to call me directly at (916) 339-6162, or toll-free at (877) 867-7378, extension 56162.

Sincerely,

Sean McCabe
Consumer Advocacy Analyst
HomEq Servicing

Enclosures

CC:    Ms. Sheryl Lynn McBride

EXHIBIT "D"



**Allstate.**
You're in good hands.

March 31, 2008

Ms. Sheryl McBride
4690 Auther Drive
New Orleans, LA 70126

Our Insured:     Sheryl L. McBride
Date of Loss:    August 29, 2005
Claim Number:  5113431638
Loss Location:   4564 Piety Drive
                 New Orleans, LA 70126

Dear Ms. McBridge:

We are in receipt of the documentation required for us to proceed with your Increased Cost of Compliance
(ICC) claim. As a result, Allstate Insurance Company has requested that the National Flood Insurance
Program (NFIP) issue a check payable to you and Homeq Servicing Corporation for the amount of
$15,000.00. Please be advised that this is only a partial payment with the sum of all payments totaling no
more than $30,000.00. A portion of this payment may have been made to you previously. Any subsequent
payments shall be paid upon the completion, in a timely manner, not to exceed 4 years, of work to the
structure that is in accordance with your specific flood-proofing regulations, and all appropriate closing
procedure has been followed. Please refer to Article III, Section D, Paragraph 5.E – Exclusions, in your
National Flood Insurance Policy.

    **5. Exclusions**

        Under this Coverage **D** – Increased Cost of Compliance, we will not pay for:

        Any Increased Cost of Compliance under this Coverage **D**:

        **(1)** Until the **building** is elevated, floodproofed, demolished, or relocated on the
            same or to another premises; and

        **(2)** Unless the **building** is elevated, floodproofed, demolished, or relocated as soon as
            reasonably possible after the loss, not to exceed 4 years.

Please be aware that if you do not complete the repairs/upgrades allowed for by this coverage, you will be
required to refund this amount. Should you have any questions regarding your ICC claim, please feel free
to contact the Flood Claims Office at (888)202-3716 or by fax at (866) 779-6950.

By this letter, we do not intend to waive or relinquish any of our rights or defenses, either listed or unlisted,
under this policy of insurance

Sincerely,

Claims Department
Allstate Insurance Company
Gulf Coast Flood MCO

**EXHIBIT "D"**



**Allstate.**
You're in good hands.

Allstate Flood Insurance Program
P.O. Box 2964
Shawnee Mission, KS 66201-1364

**Check Number:** 0000106044

SHERYL L MCBRIDE
4690 AUTHER DR.
NEW ORLEANS, LA 70126

**Check Date:** 04/08/2008

| REFERENCE | TYPE OF PAYMENT | AMOUNT |
|---|---|---|
| 180550019408292005 | Flood Claim Payment for ICC Loss. | $15,000.00 |
| | AMOUNT PAID $ | 15,000.00 |

1ST MORTGAGEE LOAN NUMBER:   0323458364

INSURED NAME:   MCBRIDE, SHERYL L

PROPERTY ADDRESS:   4564 PIETY DR
                    N O, LA 70126

PAYEE:   SHERYL L MCBRIDE

NOTIFICATION TO:   JOHNSON, T LARRY
                   1009 WHITNEY AVENUE
                   GRETNA, LA 70056



**Allstate**
You're in good hands.

Flood Insurance Program
P.O. Box 2964
Shawnee Mission, KS 66201-1364

PAYABLE AT
FIRST NATIONAL BANK OF OMAHA
OMAHA, NE 68102
(402) 633-3200
FREMONT NATIONAL BANK & TRUST CO.
FREMONT, NE 68025

27-1
1040

0000106044

04/08/2008

*Pay to the order of*   SHERYL L MCBRIDE

VOID AFTER 180 DAYS   | $15,000.00 |

Fifteen Thousand And 00/100 Dollars

**EXHIBIT "D"**

 **Allstate.**
You're in good hands.

Allstate Flood Insurance Program
P.O. Box 2964
Shawnee Mission, KS 66201-1364

**Check Number:** 0000119175

SHERYL L MCBRIDE
4690 AUTHER DRIVE
NEW ORLEANS, LA 70126

**Check Date:** 06/17/2008

| REFERENCE | TYPE OF PAYMENT | AMOUNT |
|---|---|---|
| 180550019408292005 | Flood Claim Payment for ICC Loss. | $15,000.00 |
| | AMOUNT PAID $ | 15,000.00 |

1ST MORTGAGEE LOAN NUMBER:

INSURED NAME:       MCBRIDE, SHERYL L

PROPERTY ADDRESS:   4564 PIETY DR
                    N O, LA 70126

PAYEE:              SHERYL L MCBRIDE

NOTIFICATION TO:    JOHNSON, T LARRY
                    1009 WHITNEY AVENUE
                    GRETNA, LA 70056

---

 **Allstate**
You're in good hands.

Flood Insurance Program
P.O. Box 2964
Shawnee Mission, KS 66201-1364

**PAYABLE AT**
**FIRST NATIONAL BANK OF OMAHA**
**OMAHA, NE 68102**
**(402) 633-3200**
FREMONT NATIONAL BANK & TRUST CO.
FREMONT, NE 68025

27-1
1040

0000119175

06/17/2008

VOID AFTER 180 DAYS          $15,000.00

Pay to the     SHERYL L MCBRIDE
order of

Fifteen Thousand And 00/100 Dollars

**EXHIBIT "D"**

# Claim Summary

Claim # 5113431638

## Allstate Insurance-National Catastrophe Team

| | |
|---|---|
| **Adjuster** | |
| Anthony D Pham | |
| **Phone** | PO Box 94054 |
| **Fax** | PALATINE, IL 60094 |

Phone (800) 547-8676   Fax (888) 859-3946

June 9, 2008

**Insured Name** MCBRIDE, SHERYL
**Loss Address** 4564 PIETY DR, N O, LA 70126
**Phone Number** (504) 908-4237
**Other Phone** (352) 242-1100
**Ins Company** **DEFAULT ALLSTATE INSURANCE COMPANY**

**Policy #** 000000180550019
**Ins Claim #** 5113431638

**Catastrophe #** K082505
**Date of Loss** 8/29/2005

## Increased Cost of Compliance - NFIP

| | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $29,882.64 | $0.00 | $29,882.64 |
| Less Amount Not Subject To Overhead & Profit | -$27,115.00 | $0.00 | -$27,115.00 |
| Amount Subject To Overhead & Profit | $2,767.64 | $0.00 | $2,767.64 |
| Contractor's Overhead & Profit (51%) | $1,411.50 | $0.00 | $1,411.50 |
| Sub-Total | $4,179.14 | $0.00 | $4,179.14 |
| Amount Not Subject To Overhead & Profit | $27,115.00 | $0.00 | $27,115.00 |
| Total With Overhead & Profit | $31,294.14 | $0.00 | $31,294.14 |
| Sales Tax 9.00% | $111.17 | $0.00 | $111.17 |
| Total With Tax | $31,405.31 | $0.00 | $31,405.31 |
| Less Deductible Applied | $0.00 | | $0.00 |
| Less Excess | -$1,405.31 | $0.00 | -$1,405.31 |
| Increased Cost of Compliance - NFIP Claim | $30,000.00 | $0.00 | $30,000.00 |
| Less Prior Payments | -$15,000.00 | | -$15,000.00 |
| Increased Cost of Compliance - NFIP Claim Payable | $15,000.00 | $0.00 | $15,000.00 |

## Summary: Claim # 5113431638

| | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $29,882.64 | $0.00 | $29,882.64 |
| Less Amount Not Subject To Overhead & Profit | -$27,115.00 | $0.00 | -$27,115.00 |
| Amount Subject To Overhead & Profit | $2,767.64 | $0.00 | $2,767.64 |
| Contractor's Overhead & Profit (51%) | $1,411.50 | $0.00 | $1,411.50 |
| Sub-Total | $4,179.14 | $0.00 | $4,179.14 |
| Amount Not Subject To Overhead & Profit | $27,115.00 | $0.00 | $27,115.00 |
| Total With Overhead & Profit | $31,294.14 | $0.00 | $31,294.14 |
| Sales Tax 9.00% | $111.17 | $0.00 | $111.17 |
| Total With Tax | $31,405.31 | $0.00 | $31,405.31 |
| Less Deductible Applied ($0.00 Maximum) | $0.00 | | $0.00 |
| Less Excess | -$1,405.31 | $0.00 | -$1,405.31 |
| Net Claim | $30,000.00 | $0.00 | $30,000.00 |

Jun 9, 2008

Claim Summary (MS/B 0170)
Claim # 5113431638

**EXHIBIT "D"**

| | | | |
|---|---|---|---|
| Less Prior Payments | $15,000.00 | | $15,000.00 |
| **Net Claim Payable** | **$15,000.00** | **$0.00** | **$15,000.00** |

Jun 9, 2008

Claim Summary (MS/B 0170)
Claim # 5113431638

**EXHIBIT "D"**