# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte  
Clerk

500 Poydras St., Room C-151  
New Orleans, LA 70130

February 3, 2010

Mr. Charles R. Fulbruge, III, Clerk  
U. S. Court of Appeals, Fifth Circuit  
New Orleans, LA  70130

APPEAL NO. <u>09-31071</u>

IN RE: <u>KATRINA CANAL BREACHES LITIGATION     CA 05-4182 K    c/w     06-1672, 06-1673, 06-1674</u>

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

   ___    1) Certified copy of the notice of appeal and docket entries.

   ___    2) Certified copy of notice of a cross-appeal and docket entries.

   ___    3) The Court of Appeals docket fee ___ HAS   ___ HAS NOT been paid.

   ___    4) This case is proceeding <u>in forma pauperis</u>

   ___    5) Order Appointing Counsel    ___ CJA-20    ___ FPD

   ___    6) District Judge entering the final judgment is _____

   ___    7) Court Reporter assigned to the case _____

   ___    8) If criminal case, number and names of other defendants on appeal ___

   ___    9) This case was decided without a hearing; there will be no transcript.

   ___    10) Spears hearing held.

In connection with this record, the following documents are transmitted.

   _x_    1) **Certified** Copies record on appeal consisting of:

            ___ Volume(s) of record    ___ Volume(s) transcript

            ___ Volume(s) of depositions

            ___ Container(s) of exhibits ___ Box   ___ Envelope   ___ Folder

   ___    2) Supplemental record including, _____

   ___    3) SEALED Doc._____

   ___    4) Other:_____

Very truly yours,

By___<u>Alicia Phelps</u>_____  
Deputy Clerk