# EXHIBIT 1

# The MR-GO Litigation Group
## Trial Costs

| Date | Num | Name | Memo | | Inv. Amount | Taxable |
|---|---|---|---|---|---|---|
| **01: Filing Fees** | | | | | | |
| Robinson Case filing Fee | | | | | | |
| | | Reimb to John Andry | Filing Fees for Robinson, et al. | $ | 375.00 | $ 375.00 |
| **Total Filing Fees** | | | | $ | 375.00 | $ 375.00 |
| **02: Copying Expenses for Trial Exhibits** | | | | | | |
| Quality Litigation Support Inc. | | | | | | |
| 03/18/2009 | 1797 | Quality Litigation Support Inc. | Invoice #25174 - 3/16/09 MR-GO exhibits for master exhibit list | $ | 235.71 | $ 235.71 |
| 03/31/2009 | 1815 | Quality Litigation Support Inc. | Invoice #25246 - 3/27/09 duplication of research binders | $ | 2,511.14 | $ 2,511.14 |
| 04/14/2009 | 1837 | Quality Litigation Support Inc. | Invoice #25312 - 4/7/09 Expert reports for court | $ | 2,574.20 | $ 2,574.20 |
| 04/14/2009 | 1837 | Quality Litigation Support Inc. | Invoice #25326 - 4/9/09 Printing exhibit binders | $ | 3,332.39 | $ 3,332.39 |
| 04/17/2009 | 1845 | Quality Litigation Support Inc. | Invoice #25349 - 4/14/09 Exhibits | $ | 4,425.48 | $ 4,425.48 |
| 04/28/2009 | 1860 | Quality Litigation Support Inc. | Invoice #25419 - 4/21/09 Trial Exhibits | $ | 21,790.97 | $ 21,790.97 |
| 05/15/2009 | 1890 | Quality Litigation Support Inc. | Invoice #25489 - 5/1/09 Duplication of Trial Exhibits | $ | 14,440.72 | $ 14,440.72 |
| 05/15/2009 | 1890 | Quality Litigation Support Inc. | Invoice #25528 - 5/7/09 Duplication of Trial Exhibits | $ | 6,296.62 | $ 6,296.62 |
| 05/15/2009 | 1890 | Quality Litigation Support Inc. | Invoice #25540 - 5/11/09 Duplication of Trial Exhibits | $ | 94.39 | $ 94.39 |
| 05/15/2009 | 1890 | Quality Litigation Support Inc. | Invoice #25594 - 5/18/09 Duplication of Trial Exhibits | $ | 4,066.31 | $ 4,066.31 |
| 05/27/2009 | 1911 | Quality Litigation Support Inc. | Invoice #25832 - 6/16/09 Printing US exhibits | $ | 18,014.01 | $ 18,014.01 |
| 07/13/2009 | 1959 | Quality Litigation Support Inc. | | $ | 77,781.94 | $ 77,781.94 |
| **Total for Quality Litigation Support** | | | | | | |
| Venue Docket, LLC | | | | | | |
| 04/17/2009 | 1847 | Venue Docket, LLC | Invoice #VTS0309017 - 3/31/09 color copies of EX 14 to Jr. Rodriguez's depo | $ | 51.50 | $ 51.50 |
| **Total for Venue Docket, LLC** | | | | $ | 51.50 | $ 51.50 |
| **Total Copying Expenses** | | | | $ | 77,833.44 | $ 77,833.44 |
| **03: Expert Travel Expenses for Trial** | | | | | | |
| CMor Consulting | | | | | | |
| 07/28/2009 | 1969 | CMor Consulting | Inv # MRGO Katrina 5/09 services | $ | 69,225.11 | $ 4,462.61 |
| | | | | $ | 161,900.11 | $ 4,462.61 |
| **Total CMor Consulting** | | | | | | |
| Crawford Engineering | | | | | | |
| 07/13/2009 | 1951 | Crawford Engineering | #CE07-049-13 - prepare & testify at trial | $ | 1,215.00 | $ 615.00 |
| **Total Crawford Engineering** | | | | $ | 1,215.00 | $ 615.00 |
| Environmental Science Services/Duncan FitzGerald | | | | | | |
| 08/21/2009 | 1993 | Environmental Science Services, Inc. | Invoice #09-1064 - May 2009 services | $ | 55,810.86 | $ 2,088.00 |
| **Total Environmental Science Services/Duncan FitzGerald** | | | | $ | 67,940.00 | $ 2,088.00 |
| John Day Resources, Inc. | | | | | | |
| 06/25/2009 | 1936 | John Day Resources, Inc. | Invoice #13 - Services for April & May 2009 | $ | 28,792.59 | $ 592.59 |
| **Total John Day Resources, Inc.** | | | | $ | 28,792.59 | $ 592.59 |
| Prof. Paul Kemp | | | | | | |
| 07/28/2009 | 1972 | Paul Kemp, Ph.D. | Mar - May 09 services | $ | 46,789.00 | $ 1,889.49 |

# The MR-GO Litigation Group
## Trial Costs

| Date...Num | Name | Memo | Inv. Amount | Taxable |
|---|---|---|---|---|
| Total Prof. Paul Kemp | | | $ 46,789.00 | $ 1,889.49 |
| **Prof. Robert Bea** | | | | |
| 08/24/2009 1994 | Robert Bea | Services for April 2009 | $ 158,262.54 | $ 3,812.54 |
| 11/16/2009 2031 | Joseph M. Bruno, A PLC | Reimb. for expenses from 6/15/07 to 6/3/09 - April 09 Windsor Court | $ 1,339.14 | $ 1,339.14 |
| Total Prof. Robert Bea | | | $ 202,001.68 | $ 5,151.68 |
| **Scott Taylor - Damage Estimates** | | | | |
| 06/16/2009 1931 | Scott Taylor | Invoice #0213091 - trial consultation, preparation, travel & time in court | $ 6,588.79 | $ 438.79 |
| Total Scott Taylor - Damage Estimates | | | $ 6,588.79 | $ 438.79 |
| **Delft University/Prof. Vrijling** | | | | |
| | Wire TU Delft | Invoice 120/201/12806698 (Covering Trial) | $ 8,778.16 | $ 6,201.76 |
| Total for Delft University/Prof. Vrijling | | | $ 8,778.16 | $ 6,201.76 |
| Exhibit | | | | |
| **Total Experts** | | | $ 537,265.24 | $ 21,439.92 |
| **04. Trial Witness Fee** | | | | |
| 04/09/2009 1649 | David Van Stutts | Witness Fee for Trial | $ 51.37 | $ 51.37 |
| 04/09/2009 1650 | Walter Baumy, Jr. | Witness Fee for Trial | $ 77.50 | $ 77.50 |
| 04/09/2009 1653 | Thomas Sands | Witness Fee for Trial | $ 49.68 | $ 49.68 |
| 04/09/2009 1654 | Harley Standiford Winer | Witness Fee for Trial | $ 48.00 | $ 48.00 |
| 04/09/2009 1655 | Cecil Wayne Soileau | Witness Fee for Trial | $ 54.35 | $ 54.35 |
| 06/08/2009 1731 | Colonel Early Rush III | Witness Fee for Trial | $ 146.35 | $ 146.35 |
| **Total Witness Fee** | | | $ 427.25 | $ 427.25 |
| **05. Court Reporter Fees - Robinson Trial** | | | | |
| Karen A. Ibos | | | | |
| 04/28/2009 1858 | Karen A. Ibos | Invoice # 20090528 - Vol. 1 - 5, 4/20/09 - 4/24/09 Morning Sessions | $ 3,185.10 | $ 3,185.10 |
| 05/06/2009 1879 | Karen A. Ibos | Invoice # 20090530 - Vol. 6 - 10, 4/27/09 - 5/1/09 Morning Sessions | $ 3,468.30 | $ 3,468.30 |
| 05/15/2009 1887 | Karen A. Ibos | Invoice # 20090531 - Vol. 11 - 15, 5/4, 7 & 8/09 Morning Sessions | $ 2,503.10 | $ 2,503.10 |
| 05/18/2009 1898 | Karen A. Ibos | Invoice # 20090533 - Vol. 16 - 19, 5/11 - 14/09 Morning Sessions | $ 2,921.00 | $ 2,921.00 |
| 04/23/2009 1850 | Bruno Law Firm | Reimb. of deposits paid to Karen Ibos | $ 1,000.00 | $ 1,000.00 |
| Total for Karen A. Ibos | | | $ 13,077.50 | $ 13,077.50 |
| Toni D. Tusa | | | | |
| 04/28/2009 1862 | Toni D. Tusa | Invoice # 20080174 - Vol. 1 - 5, 4/20/09 - 4/24/09 Afternoon Session | $ 4,091.10 | $ 4,091.10 |
| 05/06/2009 1880 | Toni D. Tusa | Invoice # 20080177 - Vol. 6 - 10, 4/27/09 - 5/1/09 Afternoon Session | $ 4,622.80 | $ 4,622.80 |
| 05/15/2009 1891 | Toni D. Tusa | Invoice # 20080179 - Vol. 11 - 15, 5/4 - 8/09 Afternoon Session | $ 5,246.30 | $ 5,246.30 |
| 05/18/2009 1903 | Toni D. Tusa | Invoice # 20080181 - Vol. 16 - 19, 5/11 - 14/09 Afternoon Session | $ 3,760.40 | $ 3,760.40 |
| 04/23/2009 1850 | Bruno Law Firm | Reimb. of deposits paid to Toni Doyle Tusa | $ 1,000.00 | $ 1,000.00 |
| Total for Toni D. Tusa | | | $ 18,720.60 | $ 18,720.60 |

PLTFCOSTS000002

# The MR-GO Litigation Group
## Trial Costs

| Date | Num | Name | Memo | Inv. Amount | Taxable |
|---|---|---|---|---|---|
| Total Court Reporter Fees - Robinson | | | | $ 31,798.10 | $ 31,798.10 |
| **06. Deposition Costs** | | | | | |
| Conner Reporting | | | | | |
| 02/18/2009 | 1748 | Conner Reporting | Invoice #090206 - 2/9/09 Donald Resio | $ 935.00 | $ 936.00 |
| Total for Conner Reporting | | | | $ 935.00 | $ 936.00 |
| Hart Video of Louisiana | | | | | |
| 04/23/2009 | 1851 | Hart Video of Louisiana | Invoice #2009-117 - 2/11/09 Dr. Duncan Fitzgerald | $ 275.00 | $ 275.00 |
| Total for Hart Video of Louisiana | | | | $ 275.00 | $ 275.00 |
| Johns, Pendleton & Associates | | | | | |
| 09/26/2007 | 1113 | Johns, Pendleton & Associates | Invoice #M4620 - Johannes Vrijling Vol I & II | $ 360.10 | 360.10 |
| 12/03/2007 | 1178 | Johns, Pendleton & Associates | Invoice #M5268 - U.S. Army Corps of Engineers | $ 3,996.08 | 3,996.08 |
| 12/10/2007 | 1183 | Johns, Pendleton & Associates | Invoice #M5343 - Arthur R. Theis | $ 407.30 | 407.30 |
| 12/10/2007 | 1183 | Johns, Pendleton & Associates | Invoice #M5329 - Dr. John Day | $ 950.55 | 950.55 |
| 01/03/2008 | 1221 | Johns, Pendleton & Associates | Invoice #M5278 - U.S. Army Corps of Engineers | $ 190.00 | 190.00 |
| 01/08/2008 | 1226 | Johns, Pendleton & Associates | Invoice #M5308 - Dr. Robert Bea | $ 1,805.55 | 1,805.55 |
| 01/08/2008 | 1226 | Johns, Pendleton & Associates | Invoice #M5319 - Dr. Shea Penland | $ 532.80 | 532.80 |
| 04/17/2008 | 1352 | Johns, Pendleton & Associates | Invoice #M6025 - 3/5/08 Charles "Pete" Savoye & Polly Boudreaux | $ 1,802.60 | 1,802.60 |
| 04/17/2008 | 1352 | Johns, Pendleton & Associates | Invoice #M6067 - 3/31/08 Richard Warren Broussard | $ 1,402.50 | 1,402.50 |
| 04/17/2008 | 1352 | Johns, Pendleton & Associates | Invoice #M6085 - 4/1/08 Richard James Varuso | $ 1,377.90 | 1,377.90 |
| 04/17/2008 | 1352 | Johns, Pendleton & Associates | Invoice #M6093 - 4/2/08 Gerard A. (Jerry) Colletti | $ 1,378.30 | 1,378.30 |
| 04/17/2008 | 1352 | Johns, Pendleton & Associates | Invoice #M6101 - 3/31/08 Richard Broussard, Richard Varuso & Gerard Colletti | $ 445.20 | 445.20 |
| 04/17/2008 | 1352 | Johns, Pendleton & Associates | Invoice #M6165 - 4/9/08 Walter O. Baumy, Jr. | $ 1,680.50 | 1,680.50 |
| 05/06/2008 | 1381 | Johns, Pendleton & Associates | Invoice #M6180 - 4/10/08 Alfred Charles Naomi | $ 725.00 | 725.00 |
| 05/06/2008 | 1381 | Johns, Pendleton & Associates | Invoice #M6188 - 4/11/08 Cecil Wayne Soileau | $ 1,290.10 | 1,290.10 |
| 05/06/2008 | 1381 | Johns, Pendleton & Associates | Invoice #M6378 - 4/7/08 Gatien J. Livaudais | $ 1,276.45 | 1,276.45 |
| 05/13/2008 | 1404 | Johns, Pendleton & Associates | Invoice #M6230 - 4/15/08 David Vann Stutts | $ 825.30 | 825.30 |
| 05/29/2008 | 1420 | Johns, Pendleton & Associates | Invoice #M6298 - 4/16/08 Gregory B. Miller | $ 1,592.25 | 1,592.25 |
| 05/29/2008 | 1420 | Johns, Pendleton & Associates | Invoice #M6839 - 6/19/08 Sherwood Gagliano, Ph.D. | $ 783.80 | 783.80 |
| 07/16/2008 | 1482 | Johns, Pendleton & Associates | Invoice #M6386 - 4/18/08 Harley Stanford Winer, Ph.D. | $ 792.80 | 792.80 |
| 07/17/2008 | 1489 | Johns, Pendleton & Associates | Invoice #M6429 - 4/22/08 Suzanne Hawes | $ 574.20 | 574.20 |
| 07/17/2008 | 1489 | Johns, Pendleton & Associates | Invoice #M6437 - 4/14/08 Nancy Powell | $ 1,121.00 | 1,121.00 |
| 07/17/2008 | 1489 | Johns, Pendleton & Associates | Invoice #M6473 - 4/29/08 Lt. Gen. Elvin R. Heiberg, III, P.E. | $ 1,079.00 | 1,079.00 |
| 07/17/2008 | 1489 | Johns, Pendleton & Associates | Invoice #M6516 - 5/1/08 Sherwood Gagliano | $ 2,310.18 | 2,310.18 |
| 07/17/2008 | 1490 | Johns, Pendleton & Associates | Invoice #M6599 - 4/24/08 James R. Hanchey | $ 1,444.25 | 1,444.25 |
| 07/17/2008 | 1490 | Johns, Pendleton & Associates | Invoice #M6662 - 5/21/08 Edmund Russo | $ 857.00 | 857.00 |
| 07/17/2008 | 1490 | Johns, Pendleton & Associates | Invoice #M6669 - 5/9/08 Col. Early Rush | $ 774.75 | 774.75 |
| 08/14/2008 | 1536 | Johns, Pendleton & Associates | Invoice # M6884 - 6/20/08 Alvin Joseph Clouatre | $ 1,185.80 | 1,185.80 |
| 08/19/2008 | 1543 | Johns, Pendleton & Associates | Invoice # M6918 - 6/30/08 Lee Guillory for the USACE | $ 1,436.30 | 1,436.30 |
| 08/19/2008 | 1543 | Johns, Pendleton & Associates | Invoice # M7003 - 7/10/08 Gregory E. Breerwood | $ 1,273.10 | 1,273.10 |
| 08/19/2008 | 1543 | Johns, Pendleton & Associates | Invoice # M7029 - 7/14/08 John P. Saia | $ 921.40 | 921.40 |

PLTFCOSTS000003

## The MR-GO Litigation Group
## Trial Costs

| Date | Num | Name | Memo | Inv. Amount | Taxable |
|---|---|---|---|---|---|
| 08/19/2008 | 1549 | Johns, Pendleton & Associates | Invoice # M7037 - 7/17/08; Richard B. Pinner, P.E. | $ 1,329.65 | 1,329.65 |
| 08/27/2008 | 1554 | Johns, Pendleton & Associates | Invoice # M7656 - 7/9/08; Kenneth L. Odinet, Sr. | $ 856.30 | 856.30 |
| 09/23/2008 | 1591 | Johns, Pendleton & Associates | Invoice # M7623 - 8/8/08; James A. Montegut, III | $ 1,015.45 | 1,015.45 |
| 09/23/2008 | 1591 | Johns, Pendleton & Associates | Invoice # M7648 - 7/3/08; Thomas A. Sands | $ 1,145.10 | 1,145.10 |
| 09/23/2008 | 1591 | Johns, Pendleton & Associates | Invoice # M7696 - 8/21/08; John Grieshaber Vol. II 30(B) (6) | $ 674.39 | 674.39 |
| 09/23/2008 | 1591 | Johns, Pendleton & Associates | Invoice # M7729 - 8/22/08; Lee Guillory Vol. II | $ 1,385.77 | 1,385.77 |
| 10/13/2008 | 1604 | Johns, Pendleton & Associates | Invoice # M7992 - 10/2/08; Gerald J. Dicharry | $ 622.80 | 622.80 |
| 10/21/2008 | 1610 | Johns, Pendleton & Associates | Invoice # M8059 - 10/3/08; Nancy J. Powell; Vol. 1 | $ 1,781.50 | 1,781.50 |
| 10/21/2008 | 1610 | Johns, Pendleton & Associates | Invoice # M8067 - 10/2/08; Gregory Miller for the USA/USACE | $ 726.70 | 726.70 |
| 10/21/2008 | 1610 | Johns, Pendleton & Associates | Invoice # M8111 - 9/30/08; John Sala; Vol. 1 | $ 1,602.35 | 1,602.35 |
| 10/27/2008 | 1617 | Johns, Pendleton & Associates | Invoice # M8126 - 10/8/08; Thomas Podany for the USACE | $ 2,142.30 | 2,142.30 |
| 10/27/2008 | 1617 | Johns, Pendleton & Associates | Invoice # M8135 - 10/2/08; John Sala; Vol. III | $ 702.45 | 702.45 |
| 10/27/2008 | 1617 | Johns, Pendleton & Associates | Invoice # M8160 - 10/9/08; Thomas Podany for the USACE Vol. II | $ 2,052.20 | 2,052.20 |
| 10/27/2008 | 1617 | Johns, Pendleton & Associates | Invoice # M8135 - 10/2/08; John Sala, Vol. II | $ 1,745.20 | 1,745.20 |
| 10/27/2008 | 1617 | Johns, Pendleton & Associates | Invoice # M8205 - 10/10/08; Gregory Miller Vol. II for USACE | $ 1,574.35 | 1,574.35 |
| 10/27/2008 | 1617 | Johns, Pendleton & Associates | Invoice # M8215 - 10/16/08; Gib Au Owen for USACE | $ 1,172.20 | 1,172.20 |
| 10/27/2008 | 1617 | Johns, Pendleton & Associates | Invoice # M8224 - 10/14/08; Gregory Miller Vol. III for USACE | $ 1,692.30 | 1,692.30 |
| 10/27/2008 | 1617 | Johns, Pendleton & Associates | Invoice # M8234 - 10/15/08; Gregory Miller Vol. IV & Richard Broussard for the USAC | $ 1,475.85 | 1,475.85 |
| 11/12/2008 | 1632 | Johns, Pendleton & Associates | Invoice # M8243 - 10/16/08; Nancy Powell Vol. II for the USACE | $ 1,817.30 | 1,817.30 |
| 11/12/2008 | 1632 | Johns, Pendleton & Associates | Invoice # M8251 - 10/7/08; Zoltan Montvai | $ 1,145.95 | 1,145.95 |
| 11/12/2008 | 1632 | Johns, Pendleton & Associates | Invoice # M8581 - 11/25/08; Reed Mosher, Ph.D. for the USACE | $ 613.10 | 613.10 |
| 12/11/2008 | 1658 | Johns, Pendleton & Associates | Invoice # M8754 - 1/7/09; Chad Morris (expert) | $ 945.80 | 945.80 |
| 01/26/2009 | 1711 | Johns, Pendleton & Associates | Invoice # M8904 - 1/15/09; George Paul Kemp | $ 2,493.75 | 2,493.75 |
| 02/11/2009 | 1732 | Johns, Pendleton & Associates | Invoice # M8898 - 1/31/09; Dr. Robert G. Bea, Vol 2 | $ 1,610.21 | 1,610.21 |
| 02/11/2009 | 1732 | Johns, Pendleton & Associates | Invoice # M8892 - 1/30/09; Dr. Robert G. Bea, Vol 1 | $ 955.80 | 955.80 |
| 02/11/2009 | 1732 | Johns, Pendleton & Associates | Invoice # M8942 - 2/3/09; John Crawford (Robinson) | $ 1,051.30 | 1,051.30 |
| 02/16/2009 | 1742 | Johns, Pendleton & Associates | Invoice # M8967 - 1/28/09; John W. Day, Jr., Ph.D. | $ 1,575.80 | 1,575.80 |
| 02/18/2009 | 1749 | Johns, Pendleton & Associates | Invoice # M8973 - 1/29/09; Gary P. Schaffer, Ph.D. | $ 1,514.05 | 1,514.05 |
| 02/18/2009 | 1749 | Johns, Pendleton & Associates | Invoice # M9020 - 1/22/09 Johannes K. Vrijling Volume 1 & 11 | $ 4,631.60 | 4,631.60 |
| 03/03/2009 | 1767 | Johns, Pendleton & Associates | Invoice # M8914 - 1/15/09 George Paul Kemp | $ 330.00 | 330.00 |
| 03/03/2009 | 1767 | Johns, Pendleton & Associates | Invoice # M9083 - 2/04/09 Scott Henry Taylor | $ 1,536.50 | 1,536.50 |
| 03/09/2009 | 1777 | Johns, Pendleton & Associates | Invoice # M9133 - 2/27/09 Robert Glenn Bea, Vol. III | $ 1,940.85 | 1,940.85 |
| 03/09/2009 | 1777 | Johns, Pendleton & Associates | Invoice # M9143 - 2/11/09 Duncan M. Fitzgerald, Ph.D. | $ 1,627.30 | 1,627.30 |
| 02/11/2009 | 1732 | Johns, Pendleton & Associates | Invoice # M8873 - 1/27/09 Joannes J. Westerink, Ph.D., Vol 1 | $ 2,685.50 | 2,685.50 |
| 02/11/2009 | 1732 | Johns, Pendleton & Associates | Invoice # M8880 - 1/28/09 Joannes J. Westerink, Ph.D., Vol 2 | $ 3,009.25 | 3,009.25 |
| 02/11/2009 | 1732 | Johns, Pendleton & Associates | Invoice # M8930 - 1/29/09 Stephen D. Fitzgerald, P.E. | $ 2,157.15 | 2,157.15 |
| 02/18/2009 | 1749 | Johns, Pendleton & Associates | Invoice # M8995 - 2/4/09 Bruce A. Ebersole, P.E. Volume 1 | $ 2,472.50 | 2,472.50 |
| 03/03/2009 | 1767 | Johns, Pendleton & Associates | Invoice # M8878 - 1/27/09 Joannes J. Westerink, Ph.D., Vol. 1 | $ 307.20 | 307.20 |
| 03/03/2009 | 1767 | Johns, Pendleton & Associates | Invoice # M8886 - 1/28/09 Joannes J. Westerink, Ph.D., Vol. 11 | $ 200.75 | 200.75 |
| 03/03/2009 | 1767 | Johns, Pendleton & Associates | Invoice # M9045 - 2/05/09 Bruce A. Ebersole, P.E. Volume 11 | $ 2,482.50 | 2,482.50 |

## The MR-GO Litigation Group
## Trial Costs

| Date | Num | Name | Memo | Inv. Amount | Taxable |
|---|---|---|---|---|---|
| 03/03/2009 | 1767 | Johns, Pendleton & Associates | Invoice # M9089 - 2/05/09 Louis D. Britsch, III | $ 2,235.00 | $ 2,235.00 |
| 03/09/2009 | 1777 | Johns, Pendleton & Associates | Invoice #M9077 - 1/29/09 Brian R. Jarvinen | $ 2,018.00 | $ 2,018.00 |
| 03/09/2009 | 1777 | Johns, Pendleton & Associates | Invoice #M9101 - 2/6/09 Thomas F. Wolff, Ph.D., P.E. | $ 2,066.75 | $ 2,066.75 |
| 03/09/2009 | 1777 | Johns, Pendleton & Associates | Invoice #M9107 - 2/9/09 Donald Resio, Ph.D. | $ 1,404.00 | $ 1,404.00 |
| 03/09/2009 | 1777 | Johns, Pendleton & Associates | Invoice #M9113 - 2/10/09 Stephen R. Deloach | $ 1,809.75 | $ 1,809.75 |
| 03/09/2009 | 1777 | Johns, Pendleton & Associates | Invoice #M9178 - 2/6/09 John A. Barras | $ 2,325.00 | $ 2,325.00 |
| 04/23/2009 | 1852 | Johns, Pendleton & Associates | Invoice #M9184 - 2/19/09 Reed L. Mosher, Ph.D., Vol. I | $ 2,721.25 | $ 2,721.25 |
| 04/23/2009 | 1852 | Johns, Pendleton & Associates | Invoice #M9191 - 2/20/09 Reed L. Mosher, Ph.D., Vol. II | $ 1,720.50 | $ 1,720.50 |
| 05/15/2009 | 1888 | Johns, Pendleton & Associates | Invoice #M9561 - 5/7/09 Peter Carlo Luisa | $ 927.62 | $ 927.62 |
| **Total for Johns, Pendleton & Associates** | | | | $ 114,620.95 | $ 114,620.95 |
| Legal Point | | | | | |
| 02/11/2009 | 1733 | Legal Point | Invoice #4340 - DVD transcript Dr. Robert Bea 1/30/09 | $ 900.00 | $ 900.00 |
| **Total for Legal Point** | | | | $ 900.00 | $ 900.00 |
| Southern Imaging Solutions | | | | | |
| 02/16/2009 | 1745 | Southern Imaging Solutions | Invoice #14655 - Exhibits for Resio deposition | $ 290.64 | $ 290.64 |
| 07/13/2009 | 1961 | Southern Imaging Solutions | Invoice #14655 - Exhibits for Deposition (Copy Cost) | $ 273.49 | $ 273.49 |
| | | | | $ 564.13 | $ 564.13 |
| **Total for Southern Imaging Solutions** | | | | $ 117,020.08 | $ 117,296.08 |
| **Total Deposition Costs** | | | | | |
| **TOTAL** | | | | **$ 764,344.11** | **$ 249,169.79** |

PLTFCOSTS000005