# EXHIBIT 2

# CMor Consulting, LLC
*Chad A. Morris, P.L.S.*

Baton Rouge, LA  70810
225/806-2228

Joseph M Bruno PLC
855 Baronne Street
New Orleans, LA 70113

**Invoice Number**
MRGO Katrina 5-09

**Invoice Date**
June 3, 2009

**Invoice Period**
May, 2009

Attn:  Joe Bruno

**Customer Contact**
Joe Bruno

**CMor Fed Tax ID**
20-5446591

| Customer PO | Payment Terms | Due Date |
|---|---|---|
|  | Net 30 Days | July 3, 2009 |

| Description | Hours | Rate | Charge |
|---|---|---|---|
| Project:  MRGO Litigation |  |  |  |
| Manhours | 235.5 | $275 | $64,762.50 |
| Expenses |  |  | $4,462.61 |

See attached spreadsheets for breakdown of time

TOTAL    $69,225.11

ck#1934 6/25/09  (19,225.11)
                  50,000.00
ck#1950 7/13/09  (10,000.00)
                  40,000.00

CMOR
BILLING REVIEW
**CHAD MORRIS**
Bruno Katrina Litigation

DATE: June 3, 2009

| DATE | | Man Hours | Equip. | MEALS | LODGING | 3rd Party Services | MILEAGE |
|---|---|---|---|---|---|---|---|
| 05/01/09 | Fitzgerald prep with Elwood, Ebersole testimony | 13.50 | | | | | $78.50 |
| 05/02/09 | Read Fitzgerald depo, and report, breach trigger exhibits | 12.50 | | | | | |
| 05/03/09 | Ebersole prep with Joe, video clips, trigger slides, exhibit sort | 14.50 | | | | | |
| 05/04/09 | Fitzgerald prep with Elwood | 13.00 | | | | | |
| 05/05/09 | Fitzgerald prep with Elwood, rewrite outline | 12.50 | | | | | |
| 05/06/09 | Mosher prep, Fitzgerald testimony, work mosher with Pierce | 14.00 | | | | | |
| 05/07/09 | Mosher testimony, mosher cross prep with Pierce | 14.50 | | | | | |
| 05/08/09 | Mosher cross exam, Westerink cross prep | 10.00 | | | | | $78.50 |
| 05/09/09 | Westerink cross prep, Deloach cross prep. | 9.50 | | | | | |
| 05/10/09 | Read Deloach report/ deposition, Deloach prep w/ Elwood | 10.50 | | | | | |
| 05/11/09 | Deloach prep w/ Elwood, Westerink xx prep w/ Pierce | 14.50 | | | | | |
| 05/12/09 | Deloach prep, Westerink prep, Wolff prep | 14.00 | | | | | |
| 05/13/09 | Wolff prep, Deloach testimony, Wolf prep w Elwood | 16.50 | | | | | |
| 05/14/09 | rebuttal topics note, Wolff testimony, Westerink cross | 12.00 | | | | | |
| 05/15/09 | return to BR, work on briefing topics | 5.00 | | | | | $78.50 |
| 05/19/09 | work on GIS maps for Joe | 5.50 | | | | | |
| 05/20/09 | work on GIS maps, review plans for sheet pile installation | 9.50 | | | | | |
| 05/24/09 | work on GIS maps, and write response to court questions | 8.50 | | | | | |
| 05/25/09 | work on levee analysis spreadsheet | 10.00 | | | | | |
| 05/26/09 | work on additions to levee analysis spreadsheet | 4.50 | | | | | |
| 05/27/09 | work on analysis of toe heights and dist to shoreline | 7.50 | | | | | |
| 05/28/09 | work on analysis of toe heights and dist to shoreline | 3.50 | | | | | |
| | Meals, see attached .pdf file with receipts | | | $1,087.78 | | | |
| | Hotel, see attached .pdg file with receipt | | | | $3,139.33 | | |
| | | | | | | | |
| Subtotal | | $64,762.50 | $0.00 | $1,087.78 | $3,139.33 | $0.00 | $235.50 |

Expenses $4,462.61
Manhours $64,762.50
Equipment $0.00
Total Invoice $69,225.11

Lafayette Hotel<br>
600 St. Charles Avenue<br>
New Orleans, LA 70130<br>
Tel: 504-524-4441<br>
Fax: 504-523-7327

Page No. 1

Guest Name: Chad Morris

Baton Rouge, LA 70810   USA

Room #: 205
Folio #: R010B9C0 - 1
Group #:
Guests: 1
Clerk:

CL #:
CC #: **********

Arrive: 04/19/09   Time: 02:56 PM   Depart: 05/22/09   Time: 08:51:39   Status: FOL

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 04/19/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 04/19/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 04/19/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/20/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 04/20/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 04/20/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/21/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 04/21/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 04/21/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/22/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 04/22/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 04/22/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/23/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 04/23/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 04/23/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/24/2009 | PARKING | 042450425283 | | $18.95 | $0.00 |
| 04/24/2009 | PARKING TAX | 042450425283 | PARKING TAX | $2.27 | $0.00 |
| 04/24/2009 | ROOM CHARGE | 205 | | $129.00 | $0.00 |
| 04/24/2009 | SALES TAX | 205t | SALES TAX | $16.77 | $0.00 |
| 04/24/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/25/2009 | LAUNDRY | 042550725283 | TK 6202 | $19.62 | $0.00 |
| 04/25/2009 | ROOM CHARGE | 205 | | $129.00 | $0.00 |
| 04/25/2009 | SALES TAX | 205t | SALES TAX | $16.77 | $0.00 |
| 04/25/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/26/2009 | PARKING | 042650425283 | | $18.95 | $0.00 |
| 04/26/2009 | PARKING TAX | 042650425283 | PARKING TAX | $2.27 | $0.00 |
| 04/26/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 04/26/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 04/26/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/27/2009 | PARKING | 042750425283 | | $18.95 | $0.00 |
| 04/27/2009 | PARKING TAX | 042750425283 | PARKING TAX | $2.27 | $0.00 |
| 04/27/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 04/27/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 04/27/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/28/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 04/28/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 04/28/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/28/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |

Thank you for choosing the Lafayette Hotel. Should you wish to discuss any disputes related to room billings and reservations, and you have been unable to resolve these issues with the propertys General Manager, please contact Jamie Stolberg at 1-800-684-9414. If you have other questions or comments, please call the hotel and ask for the General Manager. Look for us on the web and book online at www.neworleansfinehotels.com.

PLTFCOSTS000023

**Lafayette Hotel**
600 St. Charles Avenue
New Orleans, LA 70130
Tel: 504-524-4441
Fax: 504-523-7327

Page No. 2

Guest Name: Chad Morris

Baton Rouge, LA  70810    USA

Room #: 205
Folio #: R010B9C0 - 1
Group #:
Guests: 1
Clerk:

CL #:
CC #: ***********

Arrive: 04/19/09    Time: 02:56 PM    Depart: 05/22/09    Time: 08:51:39    Status: FOL

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 04/28/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 04/29/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 04/29/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 04/29/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/29/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 04/29/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 04/30/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 04/30/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 04/30/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 04/30/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 04/30/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/01/2009 | ROOM CHARGE | 205 | | $149.00 | $0.00 |
| 05/01/2009 | SALES TAX | 205t | SALES TAX | $19.37 | $0.00 |
| 05/01/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/01/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/01/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/02/2009 | ROOM CHARGE | 205 | | $149.00 | $0.00 |
| 05/02/2009 | SALES TAX | 205t | SALES TAX | $19.37 | $0.00 |
| 05/02/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/02/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/02/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/03/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/03/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/03/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/03/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/03/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/04/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/04/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/04/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/04/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/04/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/05/2009 | LAUNDRY | 050550725283 | Ticket # 6201 - 223 | $50.14 | $0.00 |
| 05/05/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/05/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/05/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/05/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/05/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/06/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |

Thank you for choosing the Lafayette Hotel. Should you wish to discuss any disputes related to room billings and reservations, and you have been unable to resolve these issues with the property's General Manager, please contact Jamie Stolberg at 1-800-684-9414. If you have other questions or comments, please call the hotel and ask for the General Manager. Look for us on the web and book online at www.neworleansfinehotels.com.

Lafayette Hotel  
600 St. Charles Avenue  
New Orleans, LA 70130  
Tel: 504-524-4441  
Fax: 504-523-7327  

Page No. 3

Guest Name: Chad Morris  
Baton Rouge, LA 70810   USA

Room #: 205  
Folio #: R010B9C0 - 1  
Group #:  
Guests: 1  
Clerk:

CL #:  
CC #: **********

Arrive: 04/19/09   Time: 02:56 PM   Depart: 05/22/09   Time: 08:51:39   Status: FOL

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 05/06/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/06/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/06/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/06/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/07/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/07/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/07/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/08/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/08/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/08/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/08/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/08/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/09/2009 | LAUNDRY | 050950725283 | economical cleaners | $25.07 | $0.00 |
| 05/09/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/09/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/09/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/09/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/09/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/10/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/10/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/10/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/10/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/10/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/11/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/11/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/11/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/11/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/11/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/12/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/12/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/12/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/12/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/12/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/13/2009 | LAUNDRY | 051350725283 | Laundry #5/953 | $29.26 | $0.00 |
| 05/13/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/13/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/13/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/13/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |

Thank you for choosing the Lafayette Hotel. Should you wish to discuss any disputes related to room billings and reservations, and you have been unable to resolve these issues with the propertys General Manager, please contact Jamie Stolberg at 1-800-684-9414. If you have other questions or comments, please call the hotel and ask for the General Manager. Look for us on the web and book online at www.neworleansfinehotels.com.

PLTFCOSTS000025

Lafayette Hotel
600 St. Charles Avenue
New Orleans, LA 70130
Tel: 504-524-4441
Fax: 504-523-7327

Page No. 4

Guest Name: Chad Morris

Baton Rouge, LA 70810    USA

Room #: 205
Folio #: R010B9C0 - 1
Group #:
Guests: 1
Clerk:

CL #:
CC #: **********

Arrive: 04/19/09    Time: 02:56 PM    Depart: 05/22/09    Time: 08:51:39    Status: FOL

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 05/13/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |
| 05/14/2009 | ROOM CHARGE | 205 | | $78.75 | $0.00 |
| 05/14/2009 | SALES TAX | 205t | SALES TAX | $10.24 | $0.00 |
| 05/14/2009 | OCCUPANCY TAX | 205t | OCCUPANCY TAX | $1.00 | $0.00 |
| 05/14/2009 | PARKING | Recur 504 | Recurring: Morris 205 | $18.95 | $0.00 |
| 05/14/2009 | PARKING TAX | Recur 504t | Recurring: Morris 205 | $2.27 | $0.00 |

Folio Balance: $3,139.33

Signature: _____

hank you for choosing the Lafayette Hotel. Should you wish to discuss any disputes related to room billings and reservations, and you ave been unable to resolve these issues with the property's General Manager, please contact Jamie Stolberg at 1-800-684-9414. If you ave other questions or comments, please call the hotel and ask for the General Manager. Look for us on the web and book online at ww.neworleansfinehotels.com.

PLTFCOSTS000026

```
            & & & 404 & & &
       ***** CREDIT CARD VOUCHER *****
       ********************************
              JW MARRIOTT NEW ORLEANS
                  NEW ORLEANS, LA
                                  SHULAS
CHECK:      3016
TABLE:      45/1
SERVER:     46 DRAGOS
DATE:       24APR'09    9:25PM
CARD TYPE:  VISA/MASTERCARD
ACCT #:     XXXXXXXXXXXX5682
EXP DATE:   XX/XX
AUTH CODE:  053171


SUBTOTAL:           297.04


GRATUITY  $         50.00

TOTAL     $         347.04

SIGNATURE  Chad



         please leave    copy
            with your server
```

Chad, Elisa, Brendan, IVOR

Chad, IVOR, Ungliz, Ben
Chad

```
       BETWEEN THE BREAD
       625 ST CHARLES AVENUE
       NEW ORLEANS, LA. 7013
            504-324-5304

TERMINAL ID.:   000792000801456380600
MERCHANT #:           8014563806

MC PCARD
###########5682
SALE
RECORD: 2          INV: 000002
DATE: May 08, 09   TIME: 11:59
BATCH: 000089
                   AUTH: 074622

BASE                     $11.00

TAX                       $1.05

TOTAL                    $12.05


CHAD MORRIS

              CUSTOMER COPY
```

```
     BETWEEN THE BREAD
     625 ST CHARLES AVENUE
     NEW ORLEANS, LA. 7013
          504-324-5304

TERMINAL ID.:   000792000801456380600
MERCHANT #:           8014563806

MC PCARD
###########5682
SALE
RECORD: 6          INV: 000006
DATE: May 05, 09   TIME: 14:26
BATCH: 000085
                   AUTH: 061339

BASE                     $11.00

TAX                       $0.99

TOTAL                    $11.99


CHAD MORRIS

            CUSTOMER COPY
```

```
     BETWEEN THE BREAD
     625 ST CHARLES AVENUE
     NEW ORLEANS, LA. 7013
          504-324-5304

TERMINAL ID.:   000792000801456380600
MERCHANT #:           8014563806

MC PCARD
###########5682
SALE
RECORD: 2          INV: 000002
DATE: May 04, 09   TIME: 12:10
BATCH: 000084
                   AUTH: 082322

BASE                      $7.00

TAX                       $0.63

TOTAL                     $7.63


CHAD MORRIS    Chad

            CUSTOMER COPY
```

PLTFCOSTS000027

*Chad, Elwood*

**0205**
Server: TEAM 1 T                      Rec:133
04/29/09 22:20, Swiped    T: 11 Term: 2

HERBSAINT
701 St. Charles Ave.
New Orleans, La. 70130
(504)524-4114
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX5682
Name: CHAD MORRIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 006014
Reference: AU|159|133
TRANS TYPE: Credit Card SALE

CHECK:              93.29
TIP:                20.00
TOTAL:             113.29

X _[signature]_

CARDHOLDER WILL PAY CAR
AMOUNT PURSUANT TO CARD
total and sign one copy

*Chad, Elisa*

**0114**
Server: ANDREA R                      Rec: 70
04/25/09 20:06, Swiped    T: 54 Term: 4

SAKE CAFE
2830 MAGAZINE ST.
NEW ORLEANS, LA 70115
(504)894-0033
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX5682
Name: CHAD MORRIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 084588
Reference: 0425010000114
TRANS TYPE: Credit Card SALE

CHECK:             130.05
TIP:                30.00
TOTAL:             160.05

_[signature]_

*Chad, Rob, Ashley, Tom, Kim*

**0172**
Server: MICHELLE R                    Rec:121
05/05/09 22:16, Swiped    T: 8 Term: 3

SAKE CAFE
2830 MAGAZINE ST.
NEW ORLEANS, LA 70115
(504)894-0033
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX5682
Name: CHAD MORRIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 084100
Reference: 0505010000172
TRANS TYPE: Credit Card SALE

CHECK:             212.64
TIP:                50.00
TOTAL:             262.64

_[signature]_

CARD ISSUER ABOVE
CARDHOLDER AGREEMENT
copy, keep the other

ULTIMELIA THE BREAD
675 ST CHARLES AVENUE
NEW ORLEANS, LA 70130
504-524-5304

TERMINAL ID:      000790000456306000
MERCHANT ID:                9014563606

MC PCARD
################5682
SALE
RECORD: 7               INV: 000002
DATE: May 12, 09        TIME: 12:55
BATCH: 000091
                        AUTH: 059537

TOTAL             $10.95

CHAD MORRIS

CUSTOMER COPY

*Chad*

*Chad*

0087
Server: BAR B                               Rec: 50
05/07/09 21:15, Swiped    T:  85 Term:  1

HERBSAINT
701 St. Charles Ave.
New Orleans, La. 70130
(504)524-4114
MERCHANT #:

CARD TYPE         ACCOUNT NUMBER
MASTER CARD       XXXXXXXXXXXX5682
Name: CHAD MORRIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 067093
Reference: AU|166|50
TRANS TYPE: Credit Card SALE

CHECK:            46.10
TIP:               9.00
TOTAL:            55.10

*Chad, Elisa, Brendan*

F-0038
Server: CHRISTINA C                         Rec: 5
04/26/09 09:03, Swiped    T:   2 Term:  1

PJ'S COFFEE - CAMP ST.
(   )   -
MERCHANT #:

CARD TYPE         ACCOUNT NUMBER
MASTER CARD       XXXXXXXXXXXX5682
Name: CHAD MORRIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 080476
Reference: AU|69415
TRANS TYPE: Credit Card SALE

CHECK:            13.72
TIP:               2.00
TOTAL:            15.72

*Chad*

0188
Server: BAR B                               Rec: 93
04/29/09 21:15, Swiped    T: 980 Term:  1

HERBSAINT
701 St. Charles Ave.
New Orleans, La. 70130
(504)524-4114
MERCHANT #:

CARD TYPE         ACCOUNT NUMBER
MASTER CARD       XXXXXXXXXXXX5682
Name: CHAD MORRIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 057850
Reference: AU|159|93
TRANS TYPE: Credit Card SALE

CHECK:            13.17
TIP:               3.00
TOTAL:            16.17

PLTFCOSTS000029