# EXHIBIT 3

**Environmental Science Services, Inc.**
P.O. Box 1289
Denham Springs, LA 70727-1289

Es² Invoice

| Date | Invoice # |
|---|---|
| 5/25/2009 | 09-1064 |

| Bill To |
|---|
| The MR-GO Litigation Group<br>Attn: Jim Roy<br>Post Office Box 3668<br>Lafayette, LA 70502-3668 |

| Project | P.O. Number | Terms |
|---|---|---|
| MRGO Levee Litigation | | Net 15 Days |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Continued Professional Services for MRGO trial April 26-May 25th, 2009 | | | |
| Personnel, see attached detail of billable hours and rates. | 1 | 50,170.00 | 50,170.00 |
| vehicle mileage charge | 1 | 688.50 | 688.50 |
| Misc Expenses (Travel & Hotel), see attached details and receipts | 1 | 4,344.40 | 4,344.40 |
| Reimbursable meals | 1 | 607.96 | 607.96 |

*Total bill           55,810.86*
*Paid:*
*ck # 1993  8/21/09  (48,810.86)*
*_____*
*7,000.00*

**Total** $55,810.86

For questions regarding this invoice, please call (225) 927-7171

Es² Federal Tax ID# ▮

# Environmental Science Services, Inc.   Daily Worksheet Summary

**Invoice #** 09-1064        **Es² Project Code:** 2007-085
**Client:** MRGO Levee Litigation Group.
**Project Description:** Katrina Litigation MRGO

| Line # | Worksheet Serial # | Date | Personnel | Mileage | Expenses | Other | Daily Worksheet Total |
|---|---|---|---|---|---|---|---|
| 1 | 2598 | 4/26/2009 | $900.00 | $0.00 | $0.00 | $0.00 | $900.00 |
| 2 | 2597 | 4/27/2009 | $2,050.00 | $0.00 | $0.00 | $0.00 | $2,050.00 |
| 3 | 2599 | 4/28/2009 | $1,405.00 | $0.00 | $0.00 | $0.00 | $1,405.00 |
| 4 | 2577 | 4/30/2009 | $5,560.00 | $0.00 | $0.00 | $0.00 | $5,560.00 |
| 5 | 2578 | 5/1/2009 | $4,960.00 | $0.00 | $5.44 | $0.00 | $4,965.44 |
| 6 | 2579 | 5/2/2009 | $3,130.00 | $86.25 | $0.00 | $0.00 | $3,216.25 |
| 7 | 2580 | 5/3/2009 | $4,610.00 | $82.50 | $0.00 | $0.00 | $4,692.50 |
| 8 | 2581 | 5/4/2009 | $4,310.00 | $0.00 | $20.84 | $0.00 | $4,330.84 |
| 9 | 2588 | 5/5/2009 | $4,240.00 | $148.50 | $2,088.00 | $0.00 | $6,476.50 |
| 10 | 2589 | 5/6/2009 | $2,230.00 | $0.00 | $15.35 | $0.00 | $2,245.35 |
| 11 | 2590 | 5/7/2009 | $2,875.00 | $148.50 | $1,271.01 | $0.00 | $4,294.51 |
| 12 | 2591 | 5/8/2009 | $3,660.00 | $0.00 | $33.51 | $0.00 | $3,693.51 |
| 13 | 2592 | 5/9/2009 | $1,330.00 | $0.00 | $64.11 | $0.00 | $1,394.11 |
| 14 | 2593 | 5/10/2009 | $1,770.00 | $0.00 | $59.84 | $0.00 | $1,829.84 |
| 15 | 2594 | 5/11/2009 | $1,540.00 | $0.00 | $53.95 | $0.00 | $1,593.95 |
| 16 | 2595 | 5/12/2009 | $1,820.00 | $148.50 | $0.00 | $0.00 | $1,968.50 |
| 17 | 2596 | 5/13/2009 | $2,030.00 | $74.25 | $1,340.31 | $0.00 | $3,444.56 |
| 18 | 2600 | 5/19/2009 | $70.00 | $0.00 | $0.00 | $0.00 | $70.00 |
| 19 | 2601 | 5/21/2009 | $420.00 | $0.00 | $0.00 | $0.00 | $420.00 |
| 20 | 2608 | 5/24/2009 | $840.00 | $0.00 | $0.00 | $0.00 | $840.00 |
| 21 | 2609 | 5/25/2009 | $420.00 | $0.00 | $0.00 | $0.00 | $420.00 |
| **Total of Worksheets =** | | | **$50,170.00** | **$688.50** | **$4,952.36** | **$0.00** | **$55,810.86** |

PLTFCOSTS000032

# Environmental Science Services, Inc.   Daily Detail Report

Es² Project Code: 2007-085         PCID 375                                      Inv #: 09-1064
Client: MRGO Levee Litigation Group.   Project Description: Katrina Litigation MRGO

**Monday, May 04, 2009**                  Daily Worksheet Total = $4,330.84        See itemization below      WSN 2581

Worksheet Comment:

| Name | Classification | Start | Stop | Hrs | Misc hrs | hr'ly Rate | Mileage | Mileage Rate | Expenses | Expense Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Milanes, Andrew | -Sr. Comp / GIS Specialist | 7:00 | 18:30 | 11:30 | 0:00 | $140.00 | 0 | $0.00 | $20.84 | dinner |

Activity Description: attend trial in New Orleans; assist w/ Ebeisole cross & Steven Fitzgerald cross exhibit prep
Total Time= 11.50    Hrs for individual x Rate = $1,610.00                Subtotal Expenses for Individual= $20.84        Mileage= $0.00

| Fitzgerald, Duncan | -Ph.D. Scientist/ Expert | 0:00 | 0:00 | 9:00 | | $300.00 | 0 | $0.00 | $0.00 | |

Activity Description: attend trial in New Orleans
Total Time= 9.00    Hrs for Individual x Rate = $2,700.00                Subtotal Expenses for Individual= $0.00        Mileage= $0.00

Total Hrs for individuals x Rate = $4,310.00    Total Expenses $20.84        Total Mileage:   0 Miles     $0.00


**Tuesday, May 05, 2009**                  Daily Worksheet Total = $6,476.50       See itemization below       WSN 2588

Worksheet Comment:

| Name | Classification | Start | Stop | Hrs | Misc hrs | hr'ly Rate | Mileage | Mileage Rate | Expenses | Expense Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Milanes, Andrew | -Sr. Comp / GIS Specialist | 8:00 | 19:00 | 11:00 | 0:00 | $140.00 | 198 | $0.75 | $0.00 | |

Activity Description: attend trial in New Orleans; assist Elwood w/ Fitzgerald cross exhibits; assist Jim w/ Resio cross exhibits. Return to denham Springs then to New Orleans
Total Time= 11.00    Hrs for individual x Rate = $1,540.00                Subtotal Expenses for Individual= $0.00        Mileage= $148.50

| Fitzgerald, Duncan | -Ph.D. Scientist/ Expert | 0:00 | 0:00 | 9:00 | | $300.00 | 0 | $0.00 | $2,088. | Travel & Accomodations to and From New Orleand for trial |

Activity Description: Return travel to Boston
Total Time= 9.00    Hrs for individual x Rate = $2,700.00                Subtotal Expenses for Individual= $2,088.00        Mileage= $0.00

Total Hrs for Individuals x Rate = $4,240.00    Total Expenses $2,088.00        Total Mileage:   198 Miles     $148.50

PLTFCOSTS000033