# EXHIBIT

# 4



Date, Time Received
5-19-09
8:30am



John Day Resources, Inc

Zachary, LA 70791

225.654.0953

# John Day Resources, Inc.

May 18, 2009

Mr. Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA 70113

Dear Mr. Bruno:

INVOICE 13

This is my thirteenth invoice for services rendered during
April and May in the Levee Breach Litigation. This includes trial testimony.

Total:                          $28,792.59

Details of these expenses are provided in the attached spread sheet.

NET DUE                          $28,792.59

If you have any questions, please contact me.

Sincerely,

John W. Day, Jr., PhD

Cc:   James P. Roy

PLTFCOSTS000034

## MRGO Litigation, Invoice 13, Apr-May 2009

| Date | hrs | miles | B | L | D | Misc | description |
|---|---|---|---|---|---|---|---|
| 14-Apr | 8.5 | 115 | 28.64 | | | | trial prep |
| 15 | 10 | 135 | | 8 | 14.5 | | trial prep |
| 16 | 4.5 | | | | | | trial prep |
| 17 | 5 | | | | | | trial prep |
| 18 | 4 | | | | | | trial prep |
| 19 | 5 | | | | | | trial prep |
| 20 | 12 | 123 | | 7.58 | 8.59 | | trial prep |
| 21 | 15 | | | 9.35 | | 12 | trial prep |
| 22 | 10 | | | 10.35 | | 24 | trial prep |
| 23 | 8 | 133 | | | | 23 | testimony and prep for cross |
| 5-May | 2 | | | | | 12 | testimony-cross |
| | | | | | | | consult with Gilbert and Mack on govt witnesses |
| 6 | 3 | | | | | 12 | review Information on Corps |
| 7 | 7 | 228 | | | 39.91 | 12 | consult with Gilbert and Mack on govt witnesses |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| total meals | | 734 | 35.28 | 63.00 | 28.64 | 95.00 | 221.92 |
| total miles | | | | | | 0.00 | 370.67 |
| total hrs | 94 | | | | | | 28200.00 |

Total 28792.59

misc   Apr 20-May 7 parking and taxi

PLTFCOSTS000035