# EXHIBIT 5

G. Paul Kemp, Ph.D.
Consulting Geologist

Baton Rouge, LA  70808
225-772-1426
LFOWLERLAW@AOL.COM

May 17, 2009

<u>INVOICE (P. 1 of 3)</u>

TO: Mr. James P. Roy
Domengeaux Wright Roy and Edwards, LLC
P.O. Box 3668
Lafayette, Louisiana 70502-3668

RE: Final Invoice for Expert Witness Work on MRGO Litigation

| LABOR | HOURS |
|---|---|
| <u>Confer with van Heerden re 1956 veg,</u> | |
| Mar 9: 08:15 – 09:15 | 1.0 |
| <u>Call with Joe Bruno and Duncan Fitzgerald re 1st draft Cfr,</u> | |
| Mar 9: 10:30 – 11:30 | 1.0 |
| <u>Review Day and Shaffer Supplemental Rept re 1956 veg,</u> | |
| Mar 9: 12:00 – 13:30 | 1.5 |
| <u>Further discussions with van Heerden, 2nd Draft Cfr,</u> | |
| Mar 10: 16:30 – 19:30 | 3.0 |
| <u>Respond to request from O'Donnell re Reach 2 flooding</u> | |
| Mar 14: 08:00 – 09:30 | 1.0 |
| <u>Review STWAVE and COULWAVE with van Heerden/Binselam</u> | |
| Mar 15: 15:00 – 17:00 | 2.0 |
| <u>Read/Analyze Judge Duval's DFE order</u> | |
| Mar 22: 17:00 – 19:00 | 2.0 |
| <u>Check/rewrite van Heerden supplemental on Westerink,</u> | |
| Mar 29: 07:00 – 12:00 | 5.0 |
| Mar 29: 16:00 – 21:00 | 5.0 |
| <u>Reread and checking of depositions, Ebersole, Resio,</u> | |
| April 5: 08:00 – 15:00 | 7.0 |
| Total Page One | 28.5 hr |

G. Paul Kemp, Ph.D.
Consulting Geologist

Baton Rouge, LA 70808
225-772-1426
LFOWLERLAW@AOL.COM

May 17, 2009

### INVOICE (P. 2 of 3)

TO: Mr. James P. Roy
Domengeaux Wright Roy and Edwards, LLC
P.O. Box 3668
Lafayette, Louisiana 70502-3668

RE: Invoice for Expert Witness Work on MRGO Litigation

| | |
|---|---:|
| Preparation of Trial Script with Ms. Gilbert in NO, | |
|     Apr 10: 14:00 – 19:00 | 5.0 |
|     Apr 13: 06:15 – 21:15 | 15.0 |
| Preparation of Trial Script with Mr. O'Donnell in NO, | |
|     Apr 18: 07:00 – 18:00 | 11.0 |
|     Apr 19: 07:00 – 13:00 | 6.0 |
| Work on Trial Script in BR, | |
|     Apr 21: 16:00 – 24:00 | 8.0 |
|     Apr 22: 16:00 – 24:00 | 8.0 |
|     Apr 23: 06:00 – 08:00 | 2.0 |
| Preparation of Trial Script with Mr. Roy in NO, | |
|     Apr 24: 07:00 – 18:00 | 11.0 |
|     Apr 25: 07:00 – 09:30 | 2.5 |
|     Apr 25: 13:00 – 20:00 | 7.0 |
|     Apr 26: 07:30 – 20:30 | 13.0 |
|     Apr 27: 07:30 – 20:30 | 13.0 |
|     Apr 28: 07:30 – 20:30 | 13.0 |
| Direct Testimony and Cross-Examination in Federal Court, | |
|     Apr 29: 07:00 – 18:00 | 11.0 |
|     Apr 30: 07:00 – 18:00 | 11.0 |
| Assistance with Ebersole and Resio in Federal Court, | |
|     May 1: 07:00 – 17:00 | 10.0 |
|     May 3: 08:00 – 11:00 at home | 3.0 |
|     May 6: 14:30 – 19:30 | 5.0 |
| Total Page Two | 154.5 hr |

G. Paul Kemp, Ph.D.
Consulting Geologist

Baton Rouge, LA 70808
225-772-1426
LFOWLERLAW@AOL.COM

May 17, 2009

### INVOICE (P. 3 of 3)

TO: Mr. James P. Roy
Domengeaux Wright Roy and Edwards, LLC
P.O. Box 3668
Lafayette, Louisiana 70502-3668

RE: Invoice for Expert Witness Work on MRGO Litigation

Hotel Expenses (attached)
    Le Pavillon:  Apr. 24 -28                                $1,433.89
    Windsor Court:  Apr. 29                                $ 243.57
    Le Pavillon:  Apr. 30                                    $ 212.03

    Sub-total hotel                                              $1,889.49

TOTAL ALL LABOR:  28.5(p. 1) + 154.5 (p. 2) = 183.0 HR
                             183.0 HR @ $300/hr =            $54,900

TOTAL Labor and Expenses.                              $56,789

LESS Retainer                                              -- $10,000

TOTAL FINAL INVOICE                                    $46,789

Le Pavillon Hotel New Orleans, 04/29/09

Dr. Doctor G. Paul Kemp

Baton Rouge, LA 70808
UNITED STATES

Room #: 701
Arrival: 04/24/09
Departure: 04/29/09
Folio: 263037
Page: 1

Payment Method: MC

Cashier: DKELLER
Check out Time: 06:39

| Description | Date | Charge/Payments |
|---|---|---|
| Room Charge | 04/24 | 199.00 |
| Room Tax *Room Charge | 04/24 | 25.87 |
| Occupancy Tax *Room Charge | 04/24 | 1.00 |
| Guest Parking | 04/24 | 28.00 |
| Tax *Guest Parking | 04/24 | 3.36 |
| Crystal Room - Breakfast #701 : CHECK #4980 | 04/25 | 26.76 |
| Gallery Dinner - Bev #701 : CHECK #8549 | 04/25 | 22.16 |
| Room Charge | 04/25 | 199.00 |
| Room Tax *Room Charge | 04/25 | 25.87 |
| Occupancy Tax *Room Charge | 04/25 | 1.00 |
| Guest Parking | 04/25 | 28.00 |
| Tax *Guest Parking | 04/25 | 3.36 |
| Crystal Room - Breakfast #701 : CHECK #5034 | 04/26 | 29.28 |
| Gallery Dinner - Fd #701 : CHECK #8586 | 04/26 | 18.35 |
| Room Charge | 04/26 | 199.00 |
| Room Tax *Room Charge | 04/26 | 25.87 |
| Occupancy Tax *Room Charge | 04/26 | 1.00 |
| Guest Parking | 04/26 | 28.00 |
| Tax *Guest Parking | 04/26 | 3.36 |
| Crystal Room - Dinner #701 : CHECK #5108 | 04/27 | 23.85 |
| Room Charge | 04/27 | 199.00 |
| Room Tax *Room Charge | 04/27 | 25.87 |
| Occupancy Tax *Room Charge | 04/27 | 1.00 |
| Guest Parking | 04/27 | 28.00 |
| Tax *Guest Parking | 04/27 | 3.36 |
| Crystal Room - Breakfast #701 : CHECK #5167 | 04/28 | 16.54 |
| Guest Laundry valet laundry | 04/28 | 29.43 |
| Gallery Dinner - Fd #701 : CHECK #8634 | 04/28 | 60.47 |
| Room Charge | 04/28 | 129.00 |
| Room Tax *Room Charge | 04/28 | 16.77 |
| Occupancy Tax *Room Charge | 04/28 | 1.00 |
| Guest Parking | 04/28 | 28.00 |
| Tax *Guest Parking | 04/28 | 3.36 |

PLTFCOSTS000039

Le Pavillon Hotel New Orleans, 04/29/09

**Dr. Doctor G.Paul Kemp**

Baton Rouge, LA 70808
UNITED STATES

Room #: 701
Arrival: 04/24/09
Departure: 04/29/09
Folio: 263037
Page: 2

Payment Method: MC

Cashier: DKELLER
Check out Time:   06:39

| Description | Date | Charge/Payments |
|---|---|---|
| Mastercard XXXXXXXXXXXX4682 01/10 | 04/29 | -1,433.89 |

**Balance Due: $ 0.00**

Signature:_____

I agree that my liability for this bill is not waived, and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges.

*Thank you for staying at Le Pavillon Hotel*

PLTFCOSTS000040

Page 1 of 1

KEMP, MR. PAUL
DOMENGEAUX, WRIGHT, ROY

LAFAYETTE, LA 70502 US

Room Number: 301
Daily Rate: 189.00
Room Type: FSK
No. of Guests: 1

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 4/29/2009 | 4/30/2009 | XXXXXXXXXXXX4682 | 2LOC | 1LOC | 10600467183 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 4/29/2009 | 301 | PARKING | DISCOUNTED VALET | $28.00 |
| 4/29/2009 | 301 | ROOM CHARGE | #301 KEMP, MR. PAUL | $189.00 |
| 4/29/2009 | 301 | ROOM SALES TAX | ROOM SALES TAX | $24.57 |
| 4/29/2009 | 301 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 4/30/2009 | 301 | MASTERCARD | MASTERCARD | ($243.57) |

TOTAL DUE: $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

PLTFCOSTS000041

Le Pavillon Hotel New Orleans, 05/01/09

Dr. Doctor G.Paul Kemp

Baton Rouge, LA 70808
UNITED STATES

Room #: 804
Arrival: 04/30/09
Departure: 05/01/09
Folio: 263182
Page: 1

Payment Method: MC

Cashier: PCUNN
Check out Time: 07:58

| Description | Date | Charge/Payments |
|---|---|---|
| Room Charge | 04/30 | 159.00 |
| Room Tax *Room Charge | 04/30 | 20.67 |
| Occupancy Tax *Room Charge | 04/30 | 1.00 |
| Guest Parking | 04/30 | 28.00 |
| Tax *Guest Parking | 04/30 | 3.36 |
| Mastercard XXXXXXXXXXXX4682 01/10 | 05/01 | -212.03 |

Balance Due: $ 0.00

Signature:_____

I agree that my liability for this bill is not waived, and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges.

## Thank you for staying at Le Pavillon Hotel