# EXHIBIT

# 6

# RISK ASSESSMENT & MANAGEMENT SERVICES

ROBERT G. BEA

[redacted]

Moraga, California 94556

Telephone & telefax (925) 631-1587 [redacted] bea@ce.berkeley.edu

## Invoice for Consulting Services

*First Request for Payment*

May 1, 2009

Katrina Canal Breach Consolidated Litigation, Case No. 05-4182

Expert Consulting Services During Period April 1 – 30, 2009

By Dr. Robert Bea [redacted]

*All of the following Tasks were authorized by Mr. Joseph Bruno, Mr. Pierce O'Donnell, Mr. Jim Roy, and Mr. Elwood Stevens*

**MR-GO RELATED LITIGATION**

| Date | Work description | Rate | Hours | Subtotal |
|---|---|---|---|---|
| April 1 | Writing Declaration that addresses Losses of Protective Elevations due to subsidence, settlement, and MRGO channel induced 'squeezing'. | $600.00 | 4.0 | $2,400.00 |
| April 2 | Writing Declaration that addresses Losses of Protective Elevations due to subsidence, settlement, and MRGO channel induced 'squeezing'. | $600.00 | 4.0 | $2,400.00 |
| April 3 | Completed Declaration that addresses Losses of Protective Elevations due to subsidence, settlement, and MRGO channel induced 'squeezing'. Sent Declaration and 3 Appendices to Legal Team for submittal to court. | $600.00 | 16.0 | $9,600.00 |
| April 4 | Preparation of Loss of Protective Elevations previous expert reports and technical reports summaries submitted to the court for Pierce O'Donnell and Joe Bruno. Sent summaries. Participated in 2 telephone discussions (1.0 hr) | $600.00 | 6.0 | $3,600.00 |
| April 5 | Made requested revisions to Declaration that addresses Losses of Protective Elevations due to subsidence, settlement, and MRGO channel induced 'squeezing'. Sent final Declaration and 3 Appendices to Legal Team for submittal to court. | $600.00 | 6.0 | $3,600.00 |
| April 6 | Preparation of court testimony graphics for Direct, Cross, and Re-Direct testimony scheduled for April 24 and 27. | $600.00 | 3.0 | $1,800.00 |
| April 7 | Preparation of court testimony graphics for Direct, Cross, and Re-Direct testimony scheduled for April 24 and 27. | $600.00 | 3.0 | $1,800.00 |
| | Subtotal | | | $25,200.00 |

| | | | | |
|---|---|---|---|---|
| April 8 | Preparation of court testimony graphics for Direct, Cross, and Re-Direct testimony scheduled for April 24 and 27. | $600.00 | 3.0 | $1,800.00 |
| April 9 | Preparation of court testimony graphics for Direct, Cross, and Re-Direct testimony scheduled for April 24 and 27. | $600.00 | 3.0 | $1,800.00 |
| April 10 | Preparation of court testimony graphics for Direct, Cross, and Re-Direct testimony scheduled for April 24 and 27. | $600.00 | 10.0 | $6,000.00 |
| April 11 | Preparation of court testimony graphics for Direct, Cross, and Re-Direct testimony scheduled for April 24 and 27. | $600.00 | 10.0 | $6,000.00 |
| April 12 | Preparation of court testimony graphics for Direct, Cross, and Re-Direct testimony scheduled for April 24 and 27. | $600.00 | 4.5 | $2,700.00 |
| April 13 | Preparation of court testimony graphics for Direct, Cross, and Re-Direct testimony scheduled for April 24 and 27. | $600.00 | 14.5 | $8,700.00 |
| April 14 | Preparation of requested graphics documentation pertaining to trial testimony | $600.00 | 6.0 | $3,600.00 |
| April 15 | Preparation of requested graphics and documentation pertaining to trial testimony | $600.00 | 7.0 | ~~$2,400.00~~ 4,200.00 |
| April 16 | Preparation of requested graphics documentation pertaining to trial testimony | $600.00 | 11.0 | $6,600.00 |
| April 17 | Preparation of requested graphics documentation pertaining to trial testimony | $600.00 | 11.0 | $6,600.00 |
| April 18 | Preparation of requested graphics documentation pertaining to trial testimony | $600.00 | 11.0 | $6,600.00 |
| April 19 | Preparation of requested graphics documentation pertaining to trial testimony | $600.00 | 10.0 | $6,000.00 |
| April 20 | Preparation of requested graphics documentation pertaining to trial testimony | $600.00 | 5.0 | $3,000.00 |
| April 21 | Preparation of requested graphics documentation pertaining to trial testimony | $600.00 | 6.0 | $3,600.00 |
| April 22 | Travel to New Orleans to deliver testimony on April 24 | $300.00 | 12.0 | $3,600.00 |
| April 23 | Preparation of requested graphics documentation pertaining to trial testimony | $600.00 | 12.0 | $7,200.00 |
| April 24 | Delivered Direct, Cross, and Re-Direct testimony in New Orleans Federal District Court | $900.00 | 10.0 | ~~$6,000.00~~ 9,000.00 |
| April 25 | Preparations for additional testimony on April 27 and 28 | $600.00 | 12.0 | $7,200.00 |
| April 26 | Preparations for additional testimony on April 27 and 28 | $600.00 | 12.0 | $7,200.00 |
| April 27 | Delivered Direct, Cross, and Re-Direct testimony in New Orleans Federal District Court<br>Preparations for April 28 testimony. | $900.00<br>$600.00 | 8.0<br>4.0 | $7,200.00<br>$2,400.00 |
| April 28 | Delivered Direct, Cross, and Re-Direct testimony in New Orleans Federal District Court | $900.00 | 8.0 | $7,200.00 |
| April 28 | Traveled from New Orleans, LA to Moraga CA. | $300.00 | 12.0 | $3,600.00 |
| April 29 | Assembling testimony documentation. Providing documentation for other plaintiffs' experts | $600.00 | 10.0 | $6,000.00 |
| | Subtotal | | | ~~$141,000.00~~ 153,000.00 |

| | |
|---|---|
| *Total MR-GO consulting* | ~~$141,000.00~~ 153,000.00 |
| *Total MR-GO expenses (accounting attached)* | $5,262.54 |
| | |
| *Total this invoice* | ~~$146,262.54~~ 158,262.54 |

**Verified as true and accurate:**

## EXPENSES ACCOUNTING

| | |
|---|---|
| Storesund Invoice* | $1,450,00 |
| Air Transportation* | $1,711.40 |
| Ground Transportation* | $180.20 |
| Hotel Charges* | $1,709.56 |
| Meal Charges* | $211.38 |
| **Total Expenses** | **$5262.54** |

*Original Receipts Attached

# RECEIPTS

eTicket Itinerary and Receipt

Page 1

Confirmation: A1E9K2

Print your boarding pass ... within 24 hours of your flight

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| BEA/ROBERTGDR | 0052181812111 | | 5E/1E/5E/2B |

FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Wed. 22APR09 | CO1716 | F | SAN FRANCISCO (SFO) 12:09PM | HOUSTON BUSH INTL (IAH) 5:57PM | 737-800 | Lunch |
| Wed. 22APR09 | CO423 | F | HOUSTON BUSH INTL (IAH) 7:15PM | NEW ORLEANS (MSY) 8:28PM | 737-800 | |
| Mon. 27APR09 | CO072 | F | NEW ORLEANS (MSY) 4:42PM | HOUSTON BUSH INTL (IAH) 5:55PM | 757-300 | |
| Mon. 27APR09 | CO361 | F | HOUSTON BUSH INTL (IAH) 7:50PM | SAN FRANCISCO (SFO) 10:14PM | 737-700 | Snack |

FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 1,555.36 USD | AMERICAN EXPRESS |
| Tax: | 116.64 | Last Four Digits 1005 |
| U.S. Flight Segment Tax: | 14.40 | |
| U.S. Security Service Fee: | 10.00 | |
| U.S. Passenger Facility Charge: | 15.00 | |
| Per Person Total: | 1,711.40 USD | |

eTicket Total: 1,711.40 USD

The airfare you paid on this itinerary totals: 1,555.36 USD

The taxes you paid on this itinerary total: 156.04 USD

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed. REFUNDABLE



WINDSOR COURT HOTEL
ORIENT EXPRESS HOTELS TRAINS & CRUISES

April 13, 2009

Mr. Robert Bea
855 Baronne St.
New Orleans, LA 70113

Many thanks for including Windsor Court Hotel in your upcoming visit to the home of Jazz, New Orleans. We are pleased to confirm your accommodations as follows.

| Confirmation # | Arrival Date | Departure Date |
|---|---|---|
| 10600465457 | 4/23/2009 | 4/27/2009 |
| **Accommodations** | **Total Rate** | **Additional Charges** |
| Full Suite | $1,178.00<br>4/23 $189<br>4/24, 25 $400<br>4/26 $189 | 13% tax + $2.00 per night occupancy tax (Subject to change) Only packages include tax. |
| Additional information: | | |

Please note that full prepayment of your room and tax will be taken using the credit card you provided at the time of booking 21 days prior to your scheduled arrival date. Should your plans change, we kindly ask for a 21-day notification prior to your arrival date to avoid a forfeit of your deposit. Check-in time is 3:00 pm and check-out time is 12:00 noon.

You will have many dining choices of our world-famous food, but your plans should include the Grill Room where gourmet cuisine is showcased. Reservations are strongly recommended for the award winning Grill Room restaurant.

The hotel offers many services, including full concierge service, 24-hour valet service, health club on the fourth floor and massage appointments through the concierge, one-of-a kind items in our Signature Boutique, elegant catering and meeting space, our wonderful and soothing afternoon tea in Le Salon, and the best in town martinis or cocktails in the recently renovated Polo Club. Our location on Gravier Street is one block from the convention center, shopping, dining, the arts district, and the French Quarter.

Please do not hesitate to advise us of any special preferences or needs, so that we may make your visit more enjoyable. Please call us at 800-262-2662 if we may assist you in any way with your travel arrangements. We truly look forward to welcoming you to our remarkable city.

*Haley Abbott*
*Luxury Service Coordinator*
*Orient-Express Hotels, Trains & Cruises*
*habbott@oeh.com*

300 Gravier Street, New Orleans, Louisiana 70130, USA
Tel: 504.523.6000 Fax. 504.596.4513 Reservations: 800.262.2662

Page 1 of 1

WINDSOR COURT HOTEL

ORIENT-EXPRESS HOTELS
TRAINS & CRUISES

BEA, MR. ROBERT
DOMENGEAUX, WRIGHT, ROY
855 BARONE ST.
NEW ORLEANS, LA 70113 US

Room Number: 1312
Daily Rate: 189.00
Room Type: FSK No. of Guests: 2/0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 04/22/09 | 04/27/09 | XXXXXXXXXXXX 1005 | 2LOC | 1LOC | 10600465457 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 04/20/09 | 1312 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($1,339.14) |
| 04/22/09 | 1312 | ROOM CHARGE | #1312 BEA, MR. ROBERT | $189.00 |
| 04/22/09 | 1312 | ROOM SALES TAX | ROOM SALES TAX | $24.57 |
| 04/22/09 | 1312 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 04/23/09 | 1312 | ROOM SERVICE | 1312/2024/07:56/ROOM SERVICE | $7699 |
| 04/23/09 | 1312 | RM PANTRY/RM FAX | 1312/125811/15:25/RM PANTRY/RM FAX | $15.54 |
| 04/23/09 | 1312 | ROOM SERVICE | 1312/2092/21 :22/ROOM SERVICE | $107.49 |
| 04/23/09 | 1312 | ROOM CHARGE | #1312 BEA, MR. ROBERT | $189.00 |
| 04/23/09 | 1312 | ROOM SALES TAX | ROOM SALES TAX | $24.57 |
| 04/23/09 | 1312 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 04/24/09 | 1312 | RM PANTRY/RM FAX | 1312/125900/13:33/RM PANTRY/RM FAX | $6.48 |
| 04/24/09 | 1312 | LOCAL PHONE | 1312/21 :47/11/6067436 | $1.00 |
| 04/24/09 | 1312 | ROOM CHARGE | #1312 BEA, MR. ROBERT | $400.00 |
| 04/24/09 | 1312 | ROOM SALES TAX | ROOM SALES TAX | $52.00 |
| 04/24/09 | 1312 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 04/25/09 | 1312 | LONG DISTANCE | 1312/09:59/26/9256310336 | $5205 |
| 04/25/09 | 1312 | PARKING | PARKING | $800 |
| 04/25/09 | 1312 | ROOM CHARGE | #1312 BEA, MR. ROBERT | $400.00 |
| 04/25/09 | 1312 | ROOM SALES TAX | ROOM SALES TAX | $52.00 |
| 04/25/09 | 1312 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 04/26/09 | 1312 | ROOM SERVICE | 1312/2493/22:31/ROOM SERVICE | $7777 |
| 04/26/09 | 1312 | ROOM CHARGE | #1312 BEA, MR ROBERT | $18900 |
| 04/26/09 | 1312 | ROOM SALES TAX | ROOM SALES TAX | $24.57 |
| 04/26/09 | 1312 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 04/27/09 | 1312 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($560.89) |

TOTAL DUE: $0.00

TERMS DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

300 Gravier Street, New Orleans, Louisiana 70130 Telephone 504.523.6000 • 800.262.2662 Facsimile 504.596.4513
www.windsorcourthotel.com

PLTFCOSTS000049

Page 1 of 1

WINDSOR COURT HOTEL

ORIENT-EXPRESS HOTELS
TRAINS & CRUISES

BEA, MR. ROBERT
DOMENGEAUX, WRIGHT, ROY
855 BARONE ST.
NEW ORLEANS, LA 70113 US

Room Number: 1701
Daily Rate: 189.00
Room Type: FSK No. of Guests: 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 04/27/09 | 04/28/09 | XXXXXXXXXXXX 1005 | 2LOC | 1LOC | 10600466979 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 04/27/09 | 1701 | ROOM SERVICE | 1701/2581/21:53/ROOM SERVICE | $113.54 |
| 04/27/09 | 1701 | LOCAL PHONE | 1701/21: 1 0/11 /6067436 | $100 |
| 04/27/09 | 1701 | ROOM CHARGE | #1701 BEA, MR. ROBERT | $189.00 |
| 04/27/09 | 1701 | ROOM SALES TAX ROOM | ROOM SALES TAX | $24.57 |
| 04/27/09 | 1701 | OCCUPANCY TAX ROOM | ROOM OCCUPANCY TAX | $200 |
| 04/28/09 | 1701 | SERVICE AMERICAN | 1701/2604/07:02/ROOM SERVICE | $40.31 |
| 04/28/09 | 1701 | EXPRESS | AMERICAN EXPRESS | ($37042) |

TOTAL DUE: $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

300 Gravier Street, New Orleans, Louisiana 70130 Telephone 504.523.6000 • 800.262.2662 Facsimile 504 596 4513
www.windsorcourthotel.com

TOLL RECEIPT

California Department of Transportation SF - Oakland Bay Bridge

Please Don't Drink & Drive 04/22/09 10:02:07 LANE: 05 In: 106

CLASS: 12 $ 4,00 CASH

WE'RE JAZZED YOU'RE HERE!

CAB COMPANY

TELEPHONE #

PASSENGER RECEIPT, TAXI FARE

DATE

Amount: ............................$

Other Charges ............................$

Total. ............................$

Driver's Name

Cab Number

Park 'N Fly San Francisco 101 Terminal Court South USA-94080 San Francisco, CA

Booth A 04/29/09 00:07
Cashier 51
Receipt 061671

Short-term parking tkt 1 - No. 051585 04/22/09 10:26 04/29/09 00:07 Period 6d13h42'
(V.A.T ) $76.68
29005 ( 6.12)

Sub Total V.A.T. 8%

Total
Payment Received
28005 429005832605422
AM EX $76.20
XXXXXXXXXXX1005
Merch:8250295138
84 Auth:507642
Type: Swiped $76.20

All Amounts in USD.
Deliv. Date=Receipt Date

Signature

[illegible]

to and from the port

120 miles @ $0.50/mile = $60.00

& & & 404 & & & ***** CREDIT CARD VOUCHER *****
******************************* JW
MARRIOTT NEW ORLEANS
NE~J ORLEANS, LA
SHULAS

CHECK: 2731
TABLE: 3 1 / 1
SERVER: 48 DRAG OS
DATE: 22APR'09 10:40PM
CARD TYPE: AMERICAN EXPRESS
ACCT #: XXXXXXXXXXX1005
EXP DATE: XX/XX
AUTH CODE: 564591 ROBERT GLENN BEA

SUBTOTAL: 91.37

GRATUITY $ 24 00
TOTAL $ 115.37
SIGNATURE

please leave signed copy with your server

BIRTHDATE : 11-21-66
2 Abita Beer Ambr 6/12z Btl T 6.99
3 Abita Beer Ambr 6/12z Btl T 6.99
4 Cheez It Original 13.7z TF 3.29 5
Busch Beer 6/16 Oz Cans T 4.79
*********** Sale Subtotal*** 22.06
Sales Tax 1.84
************** Total Sale***
23.90 Account NO.:***********0597
ApD'l No.: 730378
Exp Date:06/11
*** MASTERCARD 23.90
ITEMS PURCHASED: 4
Your Cashier:CHARLES
Thanks For Shopping
Rouses Market #30 New
Orleans
French Quarter
(504) 523-1353

791757 04-25-09 7:22P 402/02/0022

444 CANAL ST
2ND FL
NEW ORLEANS, LA 70130
(504) 586-0703

Merchant ID: 000011144308
Term ID: 11144308 Ref #: 0031

Sale

************0597
MASTERCARD
Entry Method: Swiped
Total: $ 56.83

04/25/09 11:37:49
Inv #: 000031 Appr Code: 552138
Apprvd: Online Batch#: 000575

115.37
56.83
23.90
15.28
211.38

DNC Travel Hospitality Services ** New Orleans Airport ** Creole Carvery

1017 Quotasha So

CHK 872 0 APR,28'09 5:59PM

1\ Abl,fa Ambeo.8t 1 . I H-E I \ 6.85
NE KIN 6.8

Subtotal 13.70
Total Tax 1.58
Total Paid 15.28
Cash PAT 5.00
Change Due .72