# EXHIBIT

# 7

# TUDelft

INVOICE     Original

Delft University of Technology
Faculteit Civiele Techniek en
Geowetenschappen

BRUNO & BRUNO LLP
855 BARONNE STREET
NEW ORLEANS, LA 70113
USA
Verenigde Staten

FEZ/Financiële Administratie
Postbus 5048
2600 GA  DELFT
Telefoon: +31(0)15 27 83286
Fax    : +31(0)15 27 83416
Email:debiteuren-fc@tudelft.nl

| | |
|---|---|
| Customer  : 148824 | Invoice No. : 120/Z01/12806698 |
| Reference : | Invoicing Dt : 22-09-09 |
| | Your Tax No. : |
| Project  : C71954 Small projects hydraulic struc | Contract Amnt EUR:       0,00 |
| | Invoiced    EUR:    96597,90 |
| | This Invoice EUR:    5852,50 |
| | |
| | To be Inv.  EUR:   -102450,40 |

| Instlln  Description | No. of Pnts | Perc. | Amount |
|---|---|---|---|
| 4    Aswering Questions of Joe Bruno and Ior van Heerden in the month of april 2009 | | | 5852,50 |
| SVASEK: 26.5 HRS        € 3212.50 | | | |
| TU Delft 16  HRS        € 2640.00 | | | |

| | Totals EUR |
|---|---|
| | 5852,50 |

| | | |
|---|---|---|
| Vat-id   : NL001569569B01 | Giro : | |
| Payment   : please within 30 days after invoice date | Bank : 54.30.84.841 SWIFT: ABNANL2A | |
| Please Mention on Payment    : 120/Z01/12806698/148824 | IBAN : NL43ABNA0543084841 | |
| | Attn. : Faculteit Civiele Techniek en | |
| | Geowetenschappen | |

The General Conditions for the execution of assignments placed by Delft University of Technology are