# EXHIBIT 8

## COSTS INCIDENT TO DEPOSITION TRANSCRIPTION-COMPARISON BETWEEN U.S. AND PLAINTIFFS

| Deponent | Party Taking Deposition | Deposition Date | Court Reporter | Track | Invoice Number | Invoice Date | Transcript Page Rate | Number Tr. Pages | Exhibit Copy page rate | Number of exhibit pages | Transcript Cost | Exhibit Cost | Video | Total US | Total Plaintiffs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theis, Arthur R. | US | 11/8/2007 | Johns, Pendleton & Assoc. | MRGO/ROBINSON | M5342 | 11/30/2007 | | | | | $186.90 | $11.50 | $175.00 | $373.40 | $407.30 |
| Day, John | US | 11/19/2007 | Johns, Pendleton & Assoc. | MRGO/ROBINSON | M5328 | 11/28/2007 | | | | | $504.00 | $30.00 | $550.00 | $1,084.00 | $950.55 |
| Fenland, P. Shea | US | 11/20/2007 | Johns, Pendleton & Assoc. | MRGO/ROBINSON | M5318 | 11/27/2007 | | | | | | | | $532.80 | |
| Coyne, Charles and Boudreaux, Polly | US | 3/15/2008 | Johns, Pendleton & Assoc. | ROBINSON | M5031 | 4/11/2008 | | | | | $789.90 | | | $1,011.99 | $1,802.60 |
| Boussard, Richard | Plaintiffs | 3/31/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6074 | 4/4/2008 | | | | | $417.90 | $195.75 | | $613.65 | $1,402.50 |
| Caruso, Richard | Plaintiffs | 4/1/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6091 | 4/9/2008 | | 244 | | | $512.40 | $0.00 | | $512.40 | $1,377.90 |
| Colletti, Gerard | Plaintiffs | 4/2/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6099 | 4/9/2008 | | | | | $405.30 | $20.00 | | $425.30 | $1,378.30 |
| Vaudais Jr., Gatien | Plaintiffs | 4/7/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6385 | 5/2/2008 | | 192 | | | $403.20 | $45.25 | | $448.45 | $1,276.45 |
| Baumy Jr., Walter O | Plaintiffs | 4/9/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6172 | 4/17/2008 | | 275 | | | $577.50 | | | $577.50 | $1,680.50 |
| Niponi, Alfred | Plaintiffs | 4/10/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6186 | 4/17/2008 | | 120 | | | $252.00 | $20.00 | | $272.00 | $725.00 |
| Schieau, Cecil | Plaintiffs | 4/11/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6195 | 4/18/2008 | | 203 | | | $426.30 | $201.00 | | $627.30 | $1,290.10 |
| Powell, Nancy | Plaintiffs | 4/14/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6445 | 5/6/2008 | | 165 | | | $346.50 | $71.50 | | $418.00 | $1,121.00 |
| Nuits, David Van | Plaintiffs | 4/15/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6237 | 4/23/2008 | | 138 | | | $289.90 | $20.00 | | $309.90 | $825.30 |
| Miller, Gregory | Plaintiffs | 4/16/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6306 | 4/28/2008 | | 240 | | | $504.00 | $72.75 | | $576.75 | $1,592.25 |
| Hawes, Suzanne | Plaintiffs | 4/17/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6436 | 5/6/2008 | | 52 | | | $109.20 | $20.00 | | $129.20 | $574.20 |
| Kilmer, Harley | Plaintiffs | 4/18/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6395 | 5/2/2008 | | 128 | | | $268.80 | $41.00 | | $309.80 | $792.80 |
| Fanchey, James | Plaintiffs | 4/24/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6604 | 5/22/2008 | | 235 | | 100 | $528.75 | $25.00 | | $553.75 | $1,444.25 |
| Heiberg III, Lt. Gen. Elvin | Plaintiffs | 4/29/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6478 | 5/12/2008 | | 124 | | | $279.00 | $0.00 | | $279.00 | $1,078.00 |
| Bagliano, Sherwood | Plaintiffs | 5/11/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6524 | 5/13/2008 | | 298 | | 1699 | $625.80 | $203.88 | | $829.68 | $2,310.18 |
| Ash, Early | Plaintiffs | 5/9/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6674 | 5/30/2008 | | 151 | | 108 | $339.75 | $27.00 | | $366.75 | $774.75 |
| Russo, Edmond | Plaintiffs | 5/21/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6668 | 5/29/2008 | | | | | $624.00 | | | $624.00 | $857.00 |
| Gagliano, Sherwood | Plaintiffs | 6/19/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6849 | 6/26/2008 | | 148 | | | $310.80 | $20.00 | | $330.80 | $783.80 |
| Clouatre, Alvin | Plaintiffs | 6/20/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6891 | 7/1/2008 | | 168 | | | $352.80 | $85.00 | | $437.80 | $1,185.80 |
| Guilloy, Lee | Plaintiffs | 6/30/2008 | Johns, Pendleton & Assoc. | ROBINSON | M6926 | 7/14/2008 | | 218 | | 340 | $565.80 | | | $565.80 | $1,436.30 |
| Fends, Thomas | Plaintiffs | 7/3/2008 | Johns, Pendleton & Assoc. | ROBINSON | M7655 | 8/22/2008 | | 201 | | 352 | $422.10 | $20.00 | | $442.10 | $726.70 |
| Sinnet Sr., Kenneth | Plaintiffs | 7/9/2008 | Johns, Pendleton & Assoc. | ROBINSON | M7663 | 8/22/2008 | | 123 | | | $258.30 | $20.00 | | $278.30 | $1,145.10 |
| Greenwood, Gregory | Plaintiffs | 7/10/2008 | Johns, Pendleton & Assoc. | ROBINSON | M7011 | 7/23/2008 | | | | | | | | $738.10 | $856.30 |
| Bea, John | Plaintiffs | 7/14/2008 | Johns, Pendleton & Assoc. | ROBINSON | M7036 | 7/23/2008 | | | | | | | | $363.40 | $1,273.10 |
| Pinner, Richard | Plaintiffs | 7/17/2008 | Johns, Pendleton & Assoc. | ROBINSON | M7044 | 7/24/2008 | | 162 | | 1224 | | | | $921.40 | $1,329.65 |
| Montegut III, James | Plaintiffs | 8/8/2008 | Johns, Pendleton & Assoc. | ROBINSON | M7631 | 8/18/2008 | | 149 | | | $312.90 | $20.00 | | $332.90 | $1,015.45 |
| Gpeshaber, John | Plaintiffs | 8/21/2008 | Johns, Pendleton & Assoc. | ROBINSON | M7702 | 8/22/2008 | | 88 | | | $224.80 | | | $224.80 | $674.39 |
| Sila, John | Plaintiffs | 9/30/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8119 | 10/16/2008 | | | | | $543.50 | | | $543.50 | $1,602.35 |
| Bela, John | Plaintiffs | 10/1/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8188 | 10/22/2008 | | | | | $474.20 | | | $474.20 | $1,745.20 |
| Gilloroy, Lee | Plaintiffs | 10/2/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8075 | 10/22/2008 | | | | | $294.20 | | | $294.20 | $726.70 |
| Bela, John | Plaintiffs | 10/3/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8143 | 10/17/2008 | | | | | $191.20 | | | $191.20 | $702.45 |
| Powell, Nancy | Plaintiffs | 10/3/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8066 | 10/13/2008 | | 188 | | 2207 | $823.50 | | | $823.50 | $1,781.50 |
| Montvai, Zoltan | Plaintiffs | 10/7/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8259 | 10/23/2008 | | | | | $558.75 | | | $558.75 | $1,145.95 |
| Fodany, Thomas | Plaintiffs | 10/8/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8134 | 10/17/2008 | | 456 | | | $697.10 | | | $697.10 | $2,142.30 |
| Fodany, Thomas | Plaintiffs | 10/9/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8168 | 10/21/2008 | | 182 | | 189 | $402.20 | | | $402.20 | $2,052.20 |
| Miller, Gregory (Vol. II) | Plaintiffs | 10/10/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8213 | 10/22/2008 | | 133 | | 377 | $279.30 | $56.55 | | $335.85 | $1,574.35 |
| Miller, Gregory (Vol. III) | Plaintiffs | 10/14/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8232 | 10/24/2008 | | 128 | | | $268.80 | $20.00 | | $288.80 | $1,692.30 |
| Miller, Gregory (Vol. IV) | Plaintiffs | 10/15/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8242 | 10/29/2008 | | | | | | | | $281.85 | $1,475.85 |
| Owen, Gib | Plaintiffs | 10/16/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8222 | 10/23/2008 | | 160 | | 108 | $336.00 | $108.00 | | $444.00 | $1,172.20 |
| Powell, Nancy | Plaintiffs | 10/16/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8250 | 10/29/2008 | | | | 3789 | | | | $869.75 | $1,817.30 |
| Mosher, Reed | Plaintiffs | 11/25/2008 | Johns, Pendleton & Assoc. | ROBINSON | M8568 | 12/9/2008 | | 86 | | 418 | $292.50 | $12.60 | | $305.10 | $613.10 |
| Moris, Chad | US | 1/17/2009 | Johns, Pendleton & Assoc. | ROBINSON | M8753 | 1/13/2009 | | 130 | | 657 | $292.50 | $164.25 | $375.00 | $831.75 | $945.80 |
| Kemp, G. Paul | US | 1/15/2009 | Johns, Pendleton & Assoc. | ROBINSON | M8903 | 2/4/2009 | | | | | $697.50 | $376.20 | $625.00 | $1,698.70 | $2,493.75 |
| Kolling, Johannes K | US | 1/22/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9019 | 2/17/2009 | | 213 | | 361 | $1,224.00 | $168.75 | $700.00 | $2,092.75 | $4,631.60 |
| Day, John W | Plaintiffs | 1/27/2009 | Johns, Pendleton & Assoc. | ROBINSON | M8874 | 2/3/2009 | | 267 | | 364 | $479.25 | $90.25 | $625.00 | $569.50 | $2,685.50 |
| Westerink, Joannes J. (Vol. I) | Plaintiffs | 1/28/2009 | Johns, Pendleton & Assoc. | ROBINSON | M8966 | 2/3/2009 | | | | | $600.75 | $91.00 | $625.00 | $683.75 | $1,575.80 |
| Westerink, Joannes J. (Vol. II) | US | 1/28/2009 | Johns, Pendleton & Assoc. | ROBINSON | M8881 | 2/3/2009 | | 295 | | | | | $625.00 | | $3,009.25 |
| Schaffer, Gary P | US | 1/29/2009 | Johns, Pendleton & Assoc. | ROBINSON | M8972 | 2/12/2009 | | 314 | | | $706.50 | $20.00 | | $683.75 | $1,514.05 |
| Fitzgerald, Steve | Plaintiffs | 1/29/2009 | Johns, Pendleton & Assoc. | ROBINSON | M8931 | 2/9/2009 | | | | | $555.75 | $24.75 | | $680.50 | $2,157.15 |
| Jarvinen, Brian | Plaintiffs | 1/29/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9078 | 2/26/2009 | | | | | $540.00 | $20.00 | | $560.00 | $2,018.00 |

1 of 2

| Deponent | Party Taking Deposition | Deposition Date | Court Reporter | Track | Invoice Number | Invoice Date | Transcript Page Rate | Number Tr Pages | Exhibit Copy page rate | Number of exhibit pages | Transcript Cost | Exhibit Cost | Video | Total US | Total Plaintiffs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bea, Robert | US | 1/30/2009 | Legal Point | ROBINSON | 4338 | 2/9/2009 | | 250 | | | | | $681.25 | $681.25 | $900.00 |
| Bea, Robert (Vol. I) | US | 1/30/2009 | Johns, Pendleton & Assoc. | ROBINSON | M8891 | 2/3/2009 | | | | | $562.50 | $0.25 | | $562.75 | $955.80 |
| Bea, Robert (Vol. II) | US | 1/31/2009 | Johns, Pendleton & Assoc. | ROBINSON | M8897 | 2/3/2009 | | 291 | 1 | | $654.75 | | | $654.75 | $1,610.21 |
| Crawford, John | US | 2/3/2009 | Johns, Pendleton & Assoc. | ROBINSON | M8941 | 2/10/2009 | | | | | $355.50 | $95.25 | $325.00 | $775.75 | $1,051.30 |
| Taylor, Scott | US | 2/4/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9084 | 2/26/2009 | | | | | $445.50 | $190.00 | | $635.50 | $1,536.50 |
| Ebersole, Bruce A (Vol. I) | Plaintiffs | 2/4/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9000 | 2/16/2009 | | 317 | | 287 | $713.25 | $71.75 | | $785.00 | $2,472.50 |
| Ebersole, Bruce A (Vol. II) | Plaintiffs | 2/5/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9090 | 2/26/2009 | | | | | $666.00 | $25.00 | | $691.00 | $2,235.00 |
| Britsch, Louis | Plaintiffs | 2/5/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9050 | 2/19/2009 | | 386 | | | $868.50 | | | $868.50 | $2,482.50 |
| Ebersole, Bruce A (Vol. II) | Plaintiffs | 2/6/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9179 | 3/10/2009 | | 331 | | 135 | $744.75 | $33.75 | | $778.50 | $2,325.00 |
| Bras, John A | Plaintiffs | 2/6/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9102 | 3/2/2009 | | 265 | | | $596.25 | $20.00 | | $616.25 | $2,066.75 |
| Wolf, Thomas F | Plaintiffs | 2/9/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9112 | 3/2/2009 | | 257 | | 863 | $578.25 | $215.75 | | $794.00 | $1,404.00 |
| Resio, Donald | Plaintiffs | 2/10/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9114 | 3/2/2009 | | 219 | | | $492.75 | $20.00 | | $512.75 | $1,809.75 |
| DeLoach, Stephen | US | 2/11/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9142 | 3/3/2009 | | | | | $630.00 | $50.75 | $550.00 | $1,230.75 | $1,627.30 |
| Fitzgerald, Duncan | Plaintiffs | 2/19/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9185 | 3/10/2009 | | 379 | | 126 | $852.75 | $31.50 | | $884.25 | $2,721.25 |
| Mosher, Reed L | Plaintiffs | 2/20/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9192 | 3/10/2009 | | 140 | | | $315.00 | | | $315.00 | $1,720.50 |
| Mosher, Reed L | US | 2/27/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9132 | 3/3/2009 | | 245 | | | $551.25 | $20.00 | | $571.25 | $1,940.85 |
| Bea, Robert (Vol. III) | Plaintiffs | 5/7/2009 | Johns, Pendleton & Assoc. | ROBINSON | M9662 | 5/8/2009 | | | | | $425.25 | $21.50 | | $446.75 | $927.65 |
| | | | | | | | | | | | | | Total | $43,492.12 | $105,877.53 |

ANY CELL LEFT BLANK MEANS THAT THERE WAS NOT AN ITEMIZED CHARGE ON INVOICE