# EXHIBIT 9

# Invoice

**Quality Litigation Support Inc.**
830 Union Street
Suite 101
New Orleans, La. 70112

| DATE | INVOICE # |
|---|---|
| 3/16/2009 | 25174 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Rob
File#: MRGO

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| RGO | Net 30 | RS | 3/16/2009 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 725 | Glass Work | Glass Work | 0.25 | 181.25T |
| 1 | VIDEO | VIDEO TO DVD | 35.00 | 35.00T |
| | | Sales Tax | 9.00% | 19.46 |

*MRGO exhibits for master exhibit list*

Thank You For Your Business!
Tax ID#
Phone 504 566-0465

**TOTAL $235.71**

# Invoice

**Quality Litigation Support Inc.**
830 Union Street
Suite 101
New Orleans, La. 70112

| DATE | INVOICE # |
|---|---|
| 3/27/2009 | 25246 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Corey
File#: Mr. Go

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  | Net 30 | RS | 3/27/2009 |  |  | 002 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 23,038 | Lit | Litigation Copy | 0.10 | 2,303.80T |
|  |  | Sales Tax | 9.00% | 207.34 |

*MRGO Exhibits*
*85-trial*

Thank You For Your Business!
Tax ID#
Phone 504 566-0465

**TOTAL** $2,511.14

# Invoice

**Quality Litigation Support Inc.**
830 Union Street
Suite 101
New Orleans, La. 70112

| DATE | INVOICE # |
|---|---|
| 4/7/2009 | 25312 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Rob
File#: 202-155 Robinson

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 2-155 Robinson | Net 30 | RS | 4/7/2009 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1,417 | Blowbacks | Blowbacks From Disk | 0.08 | 113.36T |
| 2,171 | Color | Color Copies | 0.99 | 2,149.29T |
| 62 | Tabs | Alpha & Numeric Tabs | 0.25 | 15.50T |
| 1 | .5 inch | .5 Inch Binder's | 2.50 | 2.50T |
| 3 | 1 inch | 1 Inch Binder's | 4.50 | 13.50T |
| 1 | 1 inch | 1.5 Inch Binder's | 6.50 | 6.50T |
| 2 | 2 inch | 2 Inch Binder's | 8.50 | 17.00T |
| 2 | 3 Inch | 3 Inch Binder's | 10.50 | 21.00T |
| 2 | 4 Inch | 4 Inch Binder's | 11.50 | 23.00T |
| | | Sales Tax | 9.00% | 212.55 |

*MRGO*
*EXPERT REPORT*
*FOR COURT*

Thank You For Your Business!
Tax ID#
Phone 504-566-0465

**TOTAL $2,574.20**

# Invoice

**Quality Litigation Support Inc.**
**830 Union Street**
Suite 101
New Orleans, La. 70112

| DATE | INVOICE # |
|---|---|
| 4/9/2009 | 25326 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Rob
File#: Mr Go

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Net 30 | RS | 4/9/2009 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 25,477 | Lit2 | Litigation 2 | 0.12 | 3,057.24T |
| | | Sales Tax | 9.00% | 275.15 |

MRGO

PRINTING EXHIBIT BINDERS

Thank You For Your Business!
Tax ID#
Phone 504 566-0465

**TOTAL** $3,332.39

# Invoice

**Quality Litigation Support Inc.**
830 Union Street
Suite 101
New Orleans, La. 70112

| DATE | INVOICE # |
|---|---|
| 4/14/2009 | 25349 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Rob
File#: Mr Go

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Net 30 | RS | 4/14/2009 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 33,834 | Liti2 | Litigation 2 | 0.12 | 4,060.08T |
| | | Sales Tax | 9.00% | 365.40 |

MRGO
Exhibits

Thank You For Your Business!
Tax ID#
Phone 504 566-0465

**TOTAL** $4,425.48

# Invoice

**Quality Litigation Support Inc.**
830 Union Street
Suite 101
New Orleans, La. 70112

| DATE | INVOICE # |
|---|---|
| 4/21/2009 | 25419 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Rob
File#: Mr Go

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  | Net 30 | RS | 4/21/2009 |  |  |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 112,241 | Liti1 | Litigation 1 | 0.11 | 12,346.51T |
| 1,152 | Tabs | Alpha & Numeric Tabs | 0.25 | 288.00T |
| 5,980 | Color | Color Copies | 0.99 | 5,920.20T |
| 12 | 5 inch | 5 Inch Binder | 17.50 | 210.00T |
| 39 | 4 Inch | 4 Inch Binder's | 11.50 | 448.50T |
| 31 | 3 Inch | 3 Inch Binder's | 10.50 | 325.50T |
| 26 | 2 inch | 2 Inch Binder's | 8.50 | 221.00T |
| 15 | 1 inch | 1.5 inch | 6.50 | 97.50T |
| 11 | 1 inch | 1 Inch Binder's | 4.50 | 49.50T |
| 34 | 1 inch | .05 inch | 2.50 | 85.00T |
|  |  | Sales Tax | 9.00% | 1,799.26 |

TRIAL EXHIBITS

Thank You For Your Business!
Tax ID#
Phone 504 566-0465

**TOTAL** $21,790.97

PLTFCOSTS000014

# Invoice

**Quality Litigation Support Inc.**
830 Union Street
Suite 101
New Orleans, La. 70112

| DATE | INVOICE # |
|---|---|
| 5/1/2009 | 25489 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Rob
File#: M R G O

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  | Net 30 | RS | 5/1/2009 |  |  |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 12,158 | Color | Color Copies | 0.99 | 12,036.42T |
| 7,864 | Lit1 | Litigation 1 | 0.11 | 865.04T |
| 9 | Oversize | Oversize Copying Sq. Ft. | 0.99 | 8.91T |
| 270 | Tabs | Alpha & Numeric Tabs | 0.25 | 67.50T |
| 5 | 4 Inch | 4 Inch Binder's | 11.50 | 57.50T |
| 1 | 2 inch | 2 Inch Binder's | 8.50 | 8.50T |
| 7 | 3 Inch | 3 Inch Binder's | 10.50 | 73.50T |
| 3 | 2 inch | 2.5 inch | 9.50 | 28.50T |
| 4 | 5 Inch | 5 Inch Binder | 17.50 | 70.00T |
| 5 | 1 inch | 1.5 inch | 6.50 | 32.50T |
|  |  | Sales Tax | 9.00% | 1,192.35 |

MRGO Exhibits
for Court Trial

Thank You For Your Business!
Tax ID#
Phone 504-566-0465

**TOTAL** $14,440.72

# Invoice

**Quality Litigation Support Inc.**
830 Union Street
Suite 101
New Orleans, La. 70112

| DATE | INVOICE # |
|---|---|
| 5/7/2009 | 25528 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Rob
File#: M R G O

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Net 30 | RS | 5/7/2009 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 6,753 | Lit | Litigation Copy | 0.10 | 675.30T |
| 5,134 | Color | Color Copies | 0.99 | 5,082.66T |
| 75 | Tabs | Alpha & Numeric Tabs | 0.25 | 18.75T |
| | | Sales Tax | 9.00% | 519.91 |

Duplicate of
Exhib. 3 &
Trick

Thank You For Your Business!
Tax ID# [redacted]
Phone 504 566-0465

**TOTAL $6,296.62**

PLTFCOSTS000016

# Invoice

**Quality Litigation Support Inc.**
830 Union Street
Suite 101
New Orleans, La. 70112

| DATE | INVOICE # |
|---|---|
| 5/11/2009 | 25540 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Scott
File#: 202-155

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 2-155 | Net 30 | RS | 5/11/2009 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 341 | Lit1 | Litigation 1 | 0.10 | 34.10T |
| 21 | GBC | GBC Binding | 2.50 | 52.50T |
| | | Sales Tax | 9.00% | 7.79 |

Exhibits for trial

Thank You For Your Business!
Tax ID#
Phone 504 566-0465

**TOTAL** $94.39

# Invoice

**Quality Litigation Support Inc.**
830 Union Street
Suite 101
New Orleans, La. 70112

| DATE | INVOICE # |
|---|---|
| 5/18/2009 | 25594 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Rob
File#: M R G O

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  | Net 30 | RS | 5/18/2009 |  |  |  |

| QUANTITY | ITEM CODE |  | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 3,707 |  | Color | Color Copies | 0.99 | 3,669.93T |
| 33 |  | Lit1 | Litigation 1 | 0.11 | 3.63T |
| 3 |  | 2 inch | 2 Inch Binder's | 8.50 | 25.50T |
| 3 |  | 3 Inch | 3 Inch Binder's | 10.50 | 31.50T |
|  |  |  | Sales Tax | 9.00% | 335.75 |

*Duplicated trial exhibits*

Thank You For Your Business!
Tax ID# ███████
Phone 504 566-0465

**TOTAL $4,066.31**

PLTFCOSTS000018



**Quality Litigation Support Inc.**
830 Union Street
Suite 101
New Orleans, La. 70112

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/16/2009 | 25832 |

**BILL TO:**
Bruno & Bruno
855 Baronne St.
2nd Floor
New Orleans, La. 70113

**SHIP TO:**
Contact: Rob
File#: M R G O

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  | Net 30 | RS | 6/16/2009 |  |  |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 81,059 | Liti1 | Litigation 1 | 0.11 | 8,916.49T |
| 7,687 | Color | Color Copies | 0.99 | 7,610.13T |
|  |  | Sales Tax | 9.00% | 1,487.39 |

Thank You For Your Business!
Tax ID#
Phone 504 566-0465

**TOTAL** $18,014.01

**Venue Docket, LLC**
700 Elmwood Park Boulevard
Harahan, LA 70123

Voice: 504-602-6300
Fax: 504-602-6301

# INVOICE

Invoice Number: VTS0309017
Invoice Date: Mar 31, 2009
Page: 1

| Bill To: | Ship To: |
|---|---|
| Johnathan Andry<br>610 Baronne St.<br>Suite 200<br>New Orleans, LA 70112 | Gwen Hassan<br>610 Baronne St.<br>Suite 200<br>New Orleans, LA 70112 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| JohnAndry | Mr. Go | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Morris | Hand Deliver | | 4/15/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 4.50 | Oversize Color | Full Color Oversize Copies | 10.00 | 45.00 |
| 2.25 | Oversize Prints | Square Feet of Oversize Prints | 1.00 | 2.25 |
| | | 2 copies of Dan Arceneaux's "Lake Pontchartrain & Vicinity, LA" Hurricane Protection Project. | | |

| | |
|---|---|
| Subtotal | 47.25 |
| Sales Tax | 4.25 |
| Total Invoice Amount | 51.50 |
| Payment/Credit Applied | |
| TOTAL | 51.50 |

Check/Credit Memo No:

INTEREST MAY BE COMPOUNDED ON INVOICES OLDER THAN 45 DAYS AND APPLIED TO INVOICES OVER 90 DAYS