# EXHIBIT
# 10

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO:  20080174

Rob Warren
MRGO Litigation Group
855 Baronne Street
New Orleans, LA 70113

Phone:

rob@jbrunolaw.com

**MAKE CHECKS PAYABLE TO:**

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone:   (504) 589-7778
FAX      (504) 589-7726

tdtusa1@aol.com

| | | | |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 04-27-2009 | DATE DELIVERED: 04-27-2009 |

**Case Style:** 06-CV-22668-K, Norman Robinson, et al v USA, et al

Afternoon Session, Volumes 1-5, 4/20/09 - 4/24/09 (675 pages);
Cost of original transcript & realtime feed split between the parties;
Plaintiff receiving two realtime feeds in courtroom;
Transcript e-mailed in pdf, ptx, & condensed formats.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 337 | 7.25 | 2,443.25 | 675 | 1.20 | 810.00 | | 0.90 | | 3,253.25 |
| Realtime | 337 | 3.05 | 1,027.85 | 675 | 1.20 | 810.00 | | | | 1,837.85 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL | |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Deposit Date: 04-20-2009** | LESS AMOUNT OF DEPOSIT: | 1,000.00 |
| | TOTAL REFUND: | |
| **Date Paid:** | Amt: | TOTAL DUE: | $4,091.10 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

AO44
(Rev. 11/07)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20090177

MAKE CHECKS PAYABLE TO:

Rob Warren
MRGO Litigation Group
855 Baronne Street
New Orleans, LA 70113

Phone:

rob@jbrunolaw.com

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone:   (504) 589-7778
FAX      (504) 589-7726

tdtusa1@aol.com

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 05-01-2009 | | DATE DELIVERED: 05-01-2009 |

Case Style: 06-CV-22668-K, Norman Robinson, et al v USA, et al
Afternoon Session, Volumes 6-10, 4/27/09 – 5/01/09 (728 pages)
Cost of original transcript & realtime feed split between the parties;
Plaintiff receiving one realtime feed in courtroom;
Transcript e-mailed in pdf, ptx, & condensed formats.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 364 | 7.25 | 2,639.00 | 728 | 1.20 | 873.60 | | 0.90 | | 3,512.60 |
| Realtime | 364 | 3.05 | 1,110.20 | | 1.20 | | | | | 1,110.20 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 4,622.80 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $4,622.80 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: _____                      DATE _____

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO:  20080179

**MAKE CHECKS PAYABLE TO:**

Rob Warren
MRGO Litigation Group
855 Baronne Street
New Orleans, LA 70113

Phone:

rob@jbrunolaw.com

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone:  (504) 589-7778
FAX    (504) 589-7726

tdtusa1@aol.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 04-06-2009 | 05-08-2009 |

**Case Style:** 06-CV-22668-K, Norman Robinson, et al v USA, et al
Afternoon Session, Volumes 11-15, 5/04/09 - 5/08/09 (827 pages);
Cost of original transcript & realtime feed split between the parties;
Plaintiff receiving one realtime feed in courtroom;
Transcript e-mailed in pdf, ptx, & condensed formats.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 413 | 7.25 | 2,994.25 | 827 | 1.20 | 992.40 | | 0.90 | | 3,986.65 |
| Realtime | 413 | 3.05 | 1,259.65 | | 1.20 | | | | | 1,259.65 |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | JATOT | TOTAL: | 5,246.30 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $5,246.30 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                    DATE

*(All previous editions of this form are
cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20080181

Rob Warren
MRGO Litigation Group
855 Baronne Street
New Orleans, LA 70113

Phone:

rob@jbrunolaw.com

**MAKE CHECKS PAYABLE TO:**

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone: (504) 589-7778
FAX      (504) 589-7726

tdtusa1@aol.com

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 05-15-2009 | DATE DELIVERED: 05-15-2009 |
|---|---|---|---|

Case Style: 06-CV-22668-K, Norman Robinson, et al v USA, et al

Afternoon Session, Volumes 16-19, 5/11/09 - 5/14/09 (593 pages);
Cost of original transcript & realtime feed split between the parties;
Plaintiff receiving one realtime feed in courtroom;
Transcript e-mailed in pdf, ptx, & condensed formats

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | / TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 296 | 7.25 | 2,146.00 | 593 | 1.20 | 711.60 | | 0.90 | | 2,857.60 |
| Realtime | 296 | 3.05 | 902.80 | | 1.20 | | | | | 902.80 |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 3,760.40 |
| | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $3,760.40 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 05-15-2009 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)