**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**NOTICE OF MANUAL ATTACHMENT**

United States' deposition invoices for MRGO, *Robinson* (06-2268)

        Respectfully submitted,

        TONY WEST
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

          s/ Daniel M. Baeza
        DANIEL M. BAEZA
        Trial Attorney
        ROBIN D. SMITH
        Senior Trial Counsel
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C. 20044
        (202) 616-4289 (tel.)
        (202) 616-5200 (fax)
        Robin.D.Smith@usdoj.gov
        Dan.Baeza@usdoj.gov
        Attorneys for Defendant United States

Dated: February 23, 2010