MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 24, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Abadie  06-5164<br>    Abadie  07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to Judge Duval's referral and my previous order, Record Doc. Nos. 19595 and 19606 in C.A. No. 05-4182, a conference was conducted on this date in the referenced matters. Participating were: Scott Joanen, together with Jason Crews, a paralegal in his office, representing plaintiffs Barbara G. Blazio, Arthemease Bloxson-Melancon, Barry Hayes, Kazell Williams, Eddie Lee Smith and Vanessa Smith, Carla Bringier-Mason, Thomas and Tyamber Porea; Christopher Pennison and Jennifer Kretschmann, representing Republic Fire and Casualty Ins. Co.; Dan Rees, on behalf of the Road Home Program.

MJSTAR:  0 : 45

The purpose of the conference was to address issues regarding approval by the Road Home Program of the settlements previously reached by the above-named plaintiffs in connection with their claims against Republic in the referenced matters. Counsel reported that all but one of the settlements have now been finalized with Road Home Program action. The only remaining issue involves the settlement by plaintiff Carla Bringier-Mason. A question remains as to whether the Road Home assignment/subrogation in that plaintiff's particular case applies to the settlement. Continuing discussions between counsel may resolve the issue. Accordingly,

**IT IS ORDERED** that counsel for Republic and the Road Home Program must contact my office jointly via telephone on **March 10, 2010 at 2:30 p.m.** to advise me whether the matter has been resolved and, if not, to discuss what further court proceedings, if any, might be appropriately scheduled.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.