UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: Norman Robinson, et al., | § | |
| v.  United States, No.  06-2268 | § | |
| _____ | § | |

NOTICE OF APPEAL

Notice is hereby given that the United States of America, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the eighteenth day of November, 2009, and from the post-judgment order entered

1

on the twenty-ninth day of December, 2009, denying the United States' Motion to Amend the Judgment or, in the Alternative, for a New Trial.

        Respectfully Submitted,

        TONY WEST
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        <u>s/ Robin Doyle Smith</u>
        ROBIN DOYLE SMITH
        Senior Trial Counsel, Torts Branch
        Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station
        P.O. Box 888
        Washington, D.C.  20044
        robin.doyle.smith@usdoj.gov
        (202) 616-4289
        Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Appeal was served on all counsel of record by ECF on February 25, 2010.

s/ Robin Doyle Smith