# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
KRISTIE D. HOLM
MARISHA H. FRAAZA
*Of Counsel:*
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 FEB 25 PM 3:04

LORETTA G. WHYTE
CLERK

*Please Reply To:*
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
*Office Administrator*

Susan B. Williams
*Nurse*

February 25, 2010

### VIA FACSIMILE NO. (504) 589-7633

Mag. Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B421
New Orleans, LA 70130

*[handwritten: Fill in the record / 2/25/10]*

Re: MRGO Litigation
No. 05-4182 */MRGO*

Dear Judge Wilkinson:

Enclosed is a letter I sent out yesterday to the law firms whom I submitted claims information to the Court, as per the Court's Order.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law

DEBJr/ks
Enclosure
cc: Joe Bruno, Esq. (504) 561-6775

**Kay Serven**

**From:** Daniel Becnel
**Sent:** Wednesday, February 24, 2010 2:29 PM
**To:** 'jerry@yourlawyer.com'; 'aalonso@yourlawyer.com'; 'ajrebennack@cox.net'; 'Sidney D. Torres, III'; 'Michael Archuleta'; 'h'; 'rgp@rgplaw.com'; 'Robbecnel@aol.com'; Becket Becnel; 'Scott R. Bickford'; 'Larry J. Centola'
**Subject:** MRGO

Dear Colleagues:

Today there was a hearing before Judge Wilkinson concerning the clients which have been submitted on Form 95's to the U.S. Army Corps of Engineers. Our office submitted approximately 70,000 names in connection with my own case and the cases from all of the above law firms.

The Court will have the Clerk of Court's technical personnel search the database based upon the names provided to determine the case number from the Corps of Engineers, as well as the lawyer whom the Form 95 named as the attorney.

The Judge requested that I contact each law firm and get from them the following:

1. The name of each and every lawyer who may be on one of the Form 95's from the respective firms.
2. There are numerous errors on the Form 95's and they are not done correctly. For example, one lawyer put a name, and then Deanie's and then another name. The Court pointed out that the Clerk's office could not possibly know in whose name the Form 95 was filled out under that scenario. Therefore, you must review your forms to make sure you have a last name and first name in order for them to do the search.
3. In addition, if you had a referral lawyer submit names to you, then I need the name of that lawyer, his address, and any other lawyers in his firm that may have Form 95's filled out in his or her name.

The Judge requires that this information, as requested, be submitted not later than two weeks from today in electronic form.

Please get this to me so we can comply with the Court's Order.

DANIEL E. BECNEL, JR.
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, La 70084
985-536-1186
Fax 985-536-6445
dbecnel@becnellaw.com

1