UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| *Boutte v. Lafarge*       05-5531 | SECTION "K"(2) |
| *Mumford v. Ingram*   05-5724 | |
| *Lagarde v. Lafarge*    06-5342 | JUDGE: |
| *Perry v. Ingram*         06-6299 | STANDWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | |
| *Lafarge v. USA*          07-5178 | MAG. |
| *Weber v. Lafarge*       08-4459 | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

IT IS ORDERED that Laurence E. Best, Esq. and Peter S. Koeppel, Esq. be, and the same is hereby enrolled as additional counsel of record for Plaintiffs in the above numbered and entitled action.

New Orleans, Louisiana, this __2nd__ day of _____March_____, 2010.

_____
United States District Judge