## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| **IN RE:  KATRINA CANAL BREACHES** | * |
| **CONSOLIDATED LITIGATION** | *    **CIVIL ACTION** |
| | * |
| | *    **NO. 05-4182** |
| **PERTAINS TO:  BARGE** | *    **and consolidated cases** |
| | * |
| | *    **SECTION "K"  (2)** |

| | | |
|---|---|---|
| *Boutte v. Lafarge* | **05-5531** | * |
| *Mumford v. Ingram* | **05-5724** | * |
| *Lagarde v. Lafarge* | **06-5342** | *    **JUDGE** |
| *Perry v. Ingram* | **06-6299** | *    **STANWOOD R. DUVAL** |
| *Benoit v. Lafarge* | **06-7516** | *    **JR.** |
| *Lafarge v. USA* | **07-5178** | * |
| *Weber v. Lafarge* | **08-4459** | * |
| | | *    **MAG.** |
| | | *    **JOSEPH C. WILKINSON, JR.** |
| | | * |
| | | * |

## BARGE PLAINTIFFS' OBJECTIONS TO LAFARGE NORTH AMERICA INC.'S REVISED EXHIBIT LIST PREPARED

## FOR BELLWETHER TRIAL SCHEDULED FOR JUNE 21, 2010

**NOW COME** Barge Plaintiffs, and Plaintiffs Josephine Richardson, John and Jerry Alford, and Holiday Jewelers, through undersigned counsel, who note their objections as follow to Lafarge's Exhibit List.  All objections, and the grounds therefore, are expressly reserved without limitation, irrespective of their inclusion or exclusion from this document.

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 1 | LNA/Ingram Transportation Agreement | LNA 000001-000005 | | |
| 2 | Barge unloading report | LNA 000105 | | |
| 3 | New Orleans terminal shipping document | LNA 000106 | | |
| 4 | Fleet picture | LNA 000107 | | |
| 5 | New Orleans terminal report | LNA 000108 | | |
| 6 | Invoices for mooring line | LNA 000481-84 | | |
| 7 | Schematics of IHNC levees and floodwall as designed and as built | LNA 000723-38 | | |
| 8 | Overhead/aerial photograph of the IHNC and Lower Ninth Ward After Hurricane Katrina | LNA 000739 | | |
| 9 | Overhead/aerial photograph of the IHNC and Lower Ninth Ward Before Hurricane Katrina | LNA 000740 | | |
| 10 | Photos of the IHNC levee and floodwall after Hurricane Katrina, showing on the Southern end of the Southern Breach | LNA 000741-46, LNA 000748, LNA 000750-51, LNA 000754-57 | | |
| 11 | Photos of the IHNC levee and floodwall after Hurricane Katrina, showing the trench at the Southern | LNA 000752 | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| | Breach | | | |
| 12 | Photos of the IHNC levee and floodwall after Hurricane Katrina, showing scour trenching and gapping | LNA 000758-59 | | |
| 13 | Photos of other barges and vessels in the Greater New Orleans area that broke free during Hurricane Katrina and impacted other levees and floodwalls | LNA 000760-69 | | |
| 14 | Photos of the ING 4727 in the Lower Ninth Ward, including the bottom of the barge | LNA 000774-90 | | |
| 15 | Photos of a barge on top of the Florida Avenue Bridge after Hurricane Katrina | LNA 000797 | Relevance, prejudice, confusion, waste of time.  F.R.E. 401, 402, 403. | |
| 16 | Photos of other barges at the LNA Terminal on 9/20/05 | LNA 000801 | | |
| 17 | Photos of other barges and vessels that broke free during Hurricane Katrina and impacted levees and floodwalls near Southern Scrap | LNA 000802-07 | | |
| 18 | Drawing and schematics of LNA's New Orleans terminal | LNA 001053-65 | | |
| 19 | U.S. Coast Guard documents showing timing of Port Conditions Whiskey, X-Ray, Yankee, and Zulu | LNA 001066-69 | | |
| 20 | Promulgation of Emergency Orders, Mayor of New Orleans | LNA 001070 | | |
| 21 | Lakefront Airport Weather Data from August 29, 2005, showing the path of Hurricane Katrina and | LNA 001071-78 | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| | weather conditions during Katrina, including wind speed and direction at locations of interest | | | |
| 22 | G. Russell, Nagin orders first-ever mandatory evacuation of New Orleans, Times-Picayune, August 28, 2005 | LNA 001079-80 | | |
| 23 | Nautical Charts, depicting junction of GIWW and IHNC, Michaud Canal, and the junction of MRGO with GIWW | LNA 001081-84 | | |
| 24 | Schematics of IHNC levees and floodwall at the Florida Avenue Bridge Complex as Designed and as Built | LNA 001085-87 | | |
| 25 | Photos of the bottom 1/3 of ING 4727 taken after its removal from the Lower Ninth Ward | LNA 001088-94, LNA 001098-99, LNA 001103, LNA 001109-10, LNA 001112 | | |
| 26 | Photos of LNA's New Orleans Terminal and vicinity after Hurricane Katrina | LNA 001118-19, LNA 001121, LNA 001124, LNA 001135 | | |
| 27 | Photo of the IHNC levee and floodwall after Hurricane Katrina showing shell road | LNA 001136 | | |
| 28 | Photo of the IHNC floodwall and levee after Hurricane Katrina showing chain-link fence built on the IHNC floodwall | LNA 001137 | | |
| 29 | Photo of the IHNC levee and floodwall after Hurricane Katrina showing scour trenching and gapping | LNA 001138 | | |
| 30 | Photos of the IHNC levee and floodwall after Hurricane Katrina, showing the North Breach | LNA 001139-61 | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 31 | Overhead/aerial photos Plaquemines Parish East Bank levees and floodwalls after Hurricane Katrina showing breach | LNA 001162-65 | | |
| 32 | Overhead/aerial photos MRGO Reach 2 levees and floodwalls after Hurricane Katrina showing breach | LNA 001171 | | |
| 33 | Photos of other barges in the Greater New Orleans area that broke free during Hurricane Katrina and impacted other levees and floodwalls | LNA 001172-78 | Relevance, prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 34 | Photos of Damage in the Lower Ninth Ward | LNA 001246, LNA 001258, LNA 001264, LNA 001271, LNA 001273, LNA 001305, LNA 001326, Cushing Figures G-1, G-3 | | |
| 35 | Photos taken at the IHNC Lock during Hurricane Katrina showing weather conditions and visibility | LNA 001344-60 | Relevance, prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 36 | U.S. Coast Guard Report of Investigation into the Circumstances Surrounding the Incident Involving Hurricane Katrina ING 4727 | LNA 001361-75 | 46 USC Section 6308. Relevance, prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 37 | Breakaway-Grounding, including Investigative Report: Grounding of Hopper Barge ING 4727, and including all attachments or exhibits | LNA 001376-90 | 46 USC Section 6308. Relevance, prejudice, confusion, waste of time. F.R.E. | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
|  |  |  | 401, 402, 403. |  |
| 38 | Astronomical data | LNA 001389 |  |  |
| 39 | Hydrographs showing water levels in IHNC, including that produced as LNA | LNA 001390 |  |  |
| 40 | U.S. Army Corps of Engineers Technical Report No. 1; E-99 Sheet Pile Wall Field Load Test Report | LNA 001391-1473 |  |  |
| 41 | U.S. Army Corps of Engineers Lake Pontchartrain, La. and Vicinity Chalmette Area Plan, Design Memorandum No. 3 General Design | LNA 004144-383 |  |  |
| 42 | National Engineering Science Co. Storm Surge Effects of the Mississippi River Gulf Outlet Prepared for USACE | LNA 004403-529 |  |  |
| 43 | U.S. Army Corps of Engineers New Orleans District Mississippi River -Gulf Outlet St. Bernard Parish, La. Bank Erosion Reconnaissance Report (January 1994) | LNA 004530-779 |  |  |
| 44 | U.S. Army Corps of Engineers New Orleans District, Mississippi River-Gulf Outlet St. Bernard Parish, La. Bank Erosion Reconnaissance Report (February 1988) | LNA 004780-989 |  |  |
| 45 | U.S. Army Corps of Engineers Disposition Form, Exhibit US 202(c) #23 | LNA 004990-96 |  |  |
| 46 | Corps' Response to a St. Bernard's citizen's concern re "funnel," Exhibit US 202(c) # 33 (Nov. 26, 1969) | LNA 004997-5006 |  |  |
| 47 | Memorandum, Hurricane Protection Louisiana, Exhibit US 202(c) #37 (June 28, 2002) | LNA 005007-41 |  |  |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 48 | War Department Corps of Engineers Mississippi River Commission, Code for Utilization of Soils Data for Levees (April 1947) | LNA 005375-5412 | | |
| 49 | Photos showing high water marks and water depths | LNA 005498-5500 | | |
| 50 | Overhead/aerial photos MRGO Reach 2 levees and floodwalls after Hurricane Rita showing breach | LNA 007246-49 | | |
| 51 | Overhead/aerial photos of MRGO Reach 2 levees and floodwalls after Hurricane Rita showing breaches | LNA 007257-59 | | |
| 52 | Overhead/aerial photos of ING 4727 in the Lower Ninth Ward | LNA 007489, LNA 007529-30 | | |
| 53 | Photos of the IHNC levee and floodwall after Hurricane Katrina, showing scour trenching and gapping and cyclone fence | LNA 007783-89 | | |
| 54 | Photos of LNA's New Orleans Terminal and vicinity after Hurricane Katrina | LNA 007791-92, LNA 007794-96 | | |
| 55 | Photo of School Bus after Hurricane Rita | LNA 007806 | | |
| 56 | Photos of the IHNC levee and floodwall after Hurricane Katrina showing scour trenching and gapping | LNA 007807-08 | | |
| 57 | Photos of the IHNC levee and floodwall after Hurricane Katrina | LNA 007809 | | |
| 58 | Photos of the IHNC levee and floodwall after Hurricane Katrina showing shell road | LNA 007811-12 | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 59 | Photo of the IHNC levee and floodwall after Hurricane Katrina | LNA 007813 | | |
| 60 | Photos of other barges impacts with levees and floodwalls in the Greater New Orleans area | LNA 007814-15 | | |
| 61 | Overhead/aerial photo of New Orleans after Hurricane Katrina | LNA 007817 | | |
| 62 | Map of the Greater Louisiana Area | LNA 007818 | | |
| 63 | Map of the Gulf Area Depicting the Path of Hurricane Katrina | LNA 007819 | | |
| 64 | Photo of School Bus prior to Hurricane Rita | LNA 007820 | | |
| 65 | Schematics of IHNC levees and floodwall Florida Bridge Complex as designed and as built | LNA 007833-80 | | |
| 66 | Overhead/aerial photos of the IHNC and Lower Ninth Ward after Hurricane Katrina | LNA 007883, LNA 007886 | | |
| 67 | Photos of levees and floodwalls after Hurricane Gustav | LNA 009509-14, LNA 009517, LNA 009519, LNA 009521, LNA 009524 | Relevance, prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 68 | Photo of levees and floodwalls after Hurricane Gustav | LNA 009528 | Relevance, prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 69 | Photo of levees and floodwalls after Hurricane Gustav | LNA 009531 | Relevance, | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| | | | prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 70 | Photos the IHNC levee and floodwall and Lower Ninth Ward after Hurricane Katrina | LNA 009533-35 | | |
| 71 | National Oceanic and Atmospheric Association Hurricane Katrina Base Map Index and Photographs | LNA 009536 | | |
| 72 | Photos of barges along Paris Road levees and floodwalls after Hurricane Katrina | LNA 009537-62 | Relevance, prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 73 | Overhead and aerial photos of the IHNC and Lower Ninth Ward after Hurricane Katrina | LNA 009563-64 | | |
| 74 | Photos of LNA's New Orleans Terminal and Buzz-Unicem New Orleans East Cement Plant after Hurricane Katrina | LNA 009565-67 | Relevance, prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 75 | Photos of Buzz-Unicem barges that broke free during Hurricane Katrina and impacted other levees and floodwalls | LNA 009568-71 | Relevance, prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 76 | Map showing location of LNA's New Orleans Terminal, Buzz-Unicem New Orleans East Cement Plant and location of Buzz-Unicem barges that broke free during Hurricane Katrina and impacted other | LNA 009572 | Relevance, prejudice, confusion, waste of time. F.R.E. | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| | levees and floodwalls | | 401, 402, 403. | |
| 77 | Photos of the IHNC lock station in non-storm conditions | LNA 009573 | | |
| 78 | A. Graumann, T. Houston, J. Lawrimore, et al., NOAA's Climatic Data Center, "Hurricane Katrina: A Climatological Perspective, Updated August 2006 | LNA 009574-009601 | | |
| 79 | Drawings of the locations of barges that broke free during Hurricane Gustav | LNA 009602-03 | Relevance, prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 80 | Photos of levees and floodwalls after Hurricane Gustav | LNA 009612-15, LNA 009623, LNA 009633, LNA 009641, LNA 009646-48, LNA 009650, LNA 009654-55, LNA 009675, LNA 009687, LNA 009690, LNA 009693, LNA 009703 | Relevance, prejudice, confusion, waste of time. F.R.E. 401, 402, 403. | |
| 81 | Photo of the IHNC levee and floodwall after Hurricane Katrina showing scour trenching and gapping | LNA 009741 | | |
| 82 | Photos of the IHNC levee and floodwall after Hurricane Katrina showing scour trenching and gapping | LNA 009744-45, LNA 009768-69 | | |
| 83 | Photo of the IHNC levee and floodwall after Hurricane Katrina showing southern end of South Breach | LNA 009746 | | |
| 84 | Photos of the IHNC levee and floodwall after Hurricane Katrina showing scratches on the floodwall | LNA 009751-53 | | |
| 85 | Photos of the IHNC levee and floodwall after | LNA 009760 | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| | Hurricane Katrina taken from pump station #5 | | | |
| 86 | Overhead/aerial photos of the IHNC and Lower Ninth Ward after Hurricane Katrina | LNA 009801-03, LNA 009807-08, LNA 009811 | | |
| 87 | Overhead/aerial photo of LNA's New Orleans Terminal and vicinity after Hurricane Katrina | LNA 009813 | | |
| 88 | Photos of other barges in the Greater New Orleans area that broke free during Hurricane Katrina and impacted other levees and floodwalls | LNA 009896, LNA 009904-05, LNA 009914, LNA 009916 | Relevance, prejudice, confusion, waste of time.  F.R.E. 401, 402, 403. | |
| 89 | Photo taken in the Greater New Orleans area depicting damage after Hurricane Katrina | LNA 010088 | | |
| 90 | Photos of the IHNC levee and floodwall after Hurricane Katrina showing South Breach | LNA 010124-25, LNA 010128, LNA 010134, LNA 010145, LNA 010153-54, LNA 010163, LNA 010170-71 | | |
| 91 | Photo of the IHNC floodwall and levee showing scouring | LNA 010139 | | |
| 92 | Photograph of the barge in the LNW after Hurricane Rita | LNA 010160, LNA 010168-69, LNA 010173 | | |
| 93 | Photo of the IHNC levee and floodwall showing the southern end of the South Breach | LNA 010163 | | |
| 94 | Photo of the fence along the protected side of the IHNC floodwall | LNA 010164 | | |
| 95 | Photos taken aboard the Ariake Star during Hurricane Katrina depicting visibility and weather conditions | LNA 010176, LNA 010181, LNA 010183, LNA 010187-88 | Reliability. Relevance, prejudice, | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| | | | confusion, waste of time.  F.R.E. 401, 402, 403. | |
| 96 | R. Kayen, B. Collins & H. Gibbons, United States Geological Survey, Soundwaves, "USGS Scientists Investigate New Orleans Levees Broken by Hurricane Katrina" | LNA 010194-200 | | |
| 97 | Overhead/aerial photos of the IHNC and Lower Ninth Ward | LNA 010201-06 | | |
| 98 | Overhead/aerial photo of the IHNC and Lower Ninth Ward after Hurricane Katrina | LNA 010207 | | |
| 99 | Map of Greater New Orleans Area showing locations of levees, levee breaches, man-made and natural geographical features, locations of property, LNA's New Orleans terminal, and similar points of interest | LNA 010208 | | |
| 100 | Photos of the barge in the Lower Ninth Ward settled against houses and on top of phone lines | LNA 010209-15 | | |
| 101 | Nathaniel Bowditch, The American Practical Navigator: An Epitome of Navigation, including the passages produced as | LNA 010216-48 | Never produced. | |
| 102 | Photo of LNA's New Orleans Terminal and vicinity | LNA 010249 | | |
| 103 | National Weather Service National Hurricane Center warnings regarding Hurricane Katrina, available at the following web address: http://www.nhc.noaa.gov/archive/2005/pub/all22005.public.001.shtml? (includes documents produced as LNA 010251-10262), and graphics regarding projected storm track of Hurricane Katrina, available at: | LNA 010251-62 | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| | http://www.nhc.noaa.gov/archive/2005/KATRINA_graphics.shtml | | | |
| 104 | R. Knabb, J. Rhome & D. Brown, National Hurricane Center, Tropical Cyclone Report Hurricane Katrina 23-30 August 2005, Updated August 10, 2006 | LNA 010263-010305 | | |
| 105 | Line of Sight Survey performed by Gandolfo Kuhn, L.L.C. with photos | LNA 010306-12, LNA 010361-82, LNA 010397-407 | | |
| 106 | Overhead photo of the North Breach showing Pump Station No. 5. | LNA 0103408 | | |
| 107 | Photo of crack in London Avenue Canal Floodwall | LNA 0103409 | | |
| 108 | Photo of the North Breach showing location of sheet pile tear | LNA 0103410 | | |
| 109 | Photo of the North Breach showing scour | LNA 0103411 | | |
| 110 | Photo showing excavation of soils near pilings | LNA 0103412 | | |
| 111 | Photo of Pump Station No. 5. | LNA 0103413 | | |
| 112 | Photo of torn sheet pile at Air Products Breach | LNA 0103414 | | |
| 113 | Joseph C. Domino invoice | DOM 000008 | | |
| 114 | Illustrations/Schematics of ING 4727 | IBCO 0618-42 | | |
| 115 | Email from Zito Dispatch, Hurricane Katrina, dated August 27, 2005, 9:54AM | IBCO 0728 | | |
| 116 | Sewage and Water Board of New Orleans central control and pump station log books covering August | SWB-ED-M0001-000146 | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| | 29, 2006 | | | |
| 117 | Photos of the IHNC levee and floodwall after Hurricane Katrina showing sheet pile from the vicinity of the North Breach | WGI 082930-36, WGI 082941-47, WGI 082980 | | |
| 118 | Photos of the IHNC levee and floodwall after Hurricane Katrina showing scour trenching and gapping near the North Breach | WGI 082990-91, WGI 082993, WGI 082995 | | |
| 119 | Zito Fleet Records 8/10/05-8/26/05 | Barry Boudreaux Deposition Exhibit 1 | | |
| 120 | Zito Dispatch Report 8/24/05-8/30/05 | Barry Boudreaux Deposition Exhibit 2 | | |
| 121 | Mooring ropes used at LNA New Orleans Terminal during Hurricane Katrina, as previously made available to the plaintiffs for inspection | n/a | | |
| 122 | Satellite image of Southern Louisiana showing path of Hurricane Katrina | ILIT Figure 2.2 | | |
| 123 | Map of greater New Orleans Area | ILIT Figure 2.3 | | |
| 124 | Map of main flood protection rings in the New Orleans area | ILIT Figure 2.4 | | |
| 125 | Map showing the design flood stage elevation in the New Orleans area | ILIT Figure 2.6 | | |
| 126 | Photo of scouring at Michoud Canal | ILIT Figure 7.19 | | |
| 127 | Photos of 17th Street Canal Breach | ILIT Figures 8.24, 8.28, 8.29 | | |
| 128 | Photos of London Avenue Canal Breaches | ILIT Figures 8.89, 8.90, 8.110, 8.111, 8.112, 8.113 | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 129 | Outline of the New Orleans and Southeast Louisiana Hurricane Protection System | IPET Volume I Figure 2 | | |
| 130 | Street map showing the IHNC | IPET Volume II Figure 51 | | |
| 131 | Map Showing 17th Street, Orleans Avenue, and London Avenue Canals and IHNC | IPET Volume III Figure 6 | | |
| 132 | Overhead photo of the North Breach | IPET Volume IV Appx. 9 Figure IV9-7 | | |
| 133 | Overhead photo of the South Breach | IPET Volume IV Appx. 9 Figure IV9-8 | | |
| 134 | Satellite image showing 17th Street, Orleans Avenue, and London Avenue Canals, and IHNC | IPET Volume IV Figure 114 | | |
| 135 | Satellite image showing Lower Ninth Ward and St. Bernard Parish | IPET Volume IV Figure 115 | | |
| 136 | Photos of 17th Street Canal Breach | IPET Volume V Appx. 15, Figure 15-1, Volume V Appx 22, Figure 11 | | |
| 137 | Aerial Photo showing the 4 breach in the IHNC | IPET Volume V Figure 50 | | |
| 138 | Photos of London Avenue Canal Breaches | IPET Volume V Figures 35, 36 | | |
| 139 | Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, "A Failure of Initiative" (February 15, 2006) | http://katrina.house.gov/full_katrina_report.htm | | |
| 140 | American Society of Civil Engineers External Review Panel, The New Orleans Hurricane Protection System: What Went Wrong and Why (2007), including | http://www.asce.org/static/hurricane/whitehouse.cfm | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| | underlying data | | | |
| 141 | Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report, including underlying data and previous draft versions of the report | http://www.ce.berkeley.edu/~new_orleans/ | | |
| 142 | Special Report of the Committee on Homeland Security and Governmental Affairs, U.S. Senate, "Hurricane Katrina – A Nation Still Unprepared" (2006) | http://www.gpoaccess.gov/serialset/creports/katrinanation.html | | |
| 143 | Woolley, Douglas and Leonard Shabman, "Decision Making Chronology for the Lake Ponchartrain & Vicinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007, including all underlying material and previous version | http://www.iwr.usace.army.mil/inside/products/pub/hpdc/hpdc.cfm | | |
| 144 | "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina, including underlying data and previous draft versions of the report | http://www.publichealth.hurricane.lsu.edu/TeamLA.htm | | |
| 145 | U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data and previous draft versions of the report | https://ipet.wes.army.mil/ | | |
| 146 | The New Orleans Hurricane Protection System Assessing Pre-Katrina Vulnerability and Improving Mitigation and Preparedness (June 2009) | n/a | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 147 | London Avenue Site Specific Load Test (August 2008) | n/a | | |
| 148 | U.S. Army Corps of Engineers, Checklist Construction in the Critical Area of Flood Control Projects Constructed by the Corps of Engineers | n/a | | |
| 149 | U.S. Army Corps of Engineers, Excavation and Backfill Guidelines | n/a | | |
| 150 | U.S. Army Corps of Engineers, Guidance for Work Proposed Near or Within a Federal Constructed Flood Control Projects | n/a | | |
| 151 | Arrival Report from the IHNC Lock | n/a | | |
| 152 | US Army Corps of Engineers, New Orleans District, IHNC Lock Shift Log | n/a | | |
| 153 | Photos of WGI Digging | PLSC 000084-86 | | |
| 154 | Azalea fleet diagrams of 8/27/05 and 9/10/05 | Produced in response to LNA's Rule 45 subpoena | | |
| 155 | Log of M/V ANITA for August 26-29, 2005, | Produced in response to LNA's Rule 45 subpoena | | |
| 156 | Log of M/V ANN PETERS for August 26-29, 2005 | Produced in response to LNA's Rule 45 subpoena | | |
| 157 | Log of M/V MICHAEL 8/27/05 to 9/28/05 | Produced in response to LNA's Rule 45 subpoena | | |
| 158 | Notes of barge locations at Azalea fleet, 9/1/05 | Produced in response to LNA's Rule 45 subpoena | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 159 | Elmwood Dockside Fleet diagrams for 8/28/05 and 9/01/05 | Produced in response to LNA's Rule 45 subpoena | | |
| 160 | Photographs of the United Bulk (Teco) fleet | Produced in response to LNA's Rule 45 subpoena | | |
| 161 | Deposition Exhibits of John and Jerry Alford | n/a | | |
| 162 | Deposition of Jerry Alford | n/a | | |
| 163 | Deposition of John Alford | n/a | | |
| 164 | Letter Regarding SBA Disaster Loan | Alford 000001 | | |
| 165 | Determination of Request for Disaster Assistance from FEMA | Alford 000002 | | |
| 166 | Letters from Balboa Insurance Group | Alford 000003-04 | | |
| 167 | Documents Regarding Cancellation of Mortgage | Alford 000005-09 | | |
| 168 | Adjuster Summary from Pasco Claims Service | Alford 000010-25 | | |
| 169 | Photos of Damage Provided by John and Jerry Alford | Alford 000026-38 | | |
| 170 | Alford SF-95 Form | Alford Deposition Exhibit 10 | | |
| 171 | Alford Road Home Materials | n/a | | |
| 172 | Map showing 2423 Deslonde, New Orleans, LA | n/a | | |
| 173 | Deposition and deposition exhibits of J. Robert Glaser | n/a | | |
| 174 | Tax Records of Holiday Jewelers and Mr. and Mrs. | Glaser 000001-44, Glaser 000079- | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| | Jacob Glaser | 000214, Theriot Deposition Exhibits 2 and 3 | | |
| 175 | Photos of damages to 8400 West Judge Perez Drive, Chalmette, LA | Glaser 000045-64 | | |
| 176 | Insurance Documents for Holiday Jewelers from Jeweler Mutual Insurance Co. | Glaser 000065-000066, Glaser 000070-72 | | |
| 177 | Insurance Documents for Holiday Jewelers from Travelers Insurance | Glaser 000067 | | |
| 178 | Estimate of Loss for Holiday Jewelers sent to SBA | Glaser 000068-69 | | |
| 179 | Determination of Request for Disaster Assistance from FEMA | Glaser 000073 | | |
| 180 | SF-95 Form for Mr. and Mrs. Jacob R. Glaser | Glaser 000074-75 | | |
| 181 | Documents regarding cancellation of mortgage for Holiday Jewelers | Glaser 000076-78 | | |
| 182 | Petition Regarding Murphy Oil | Glaser Deposition Exhibit 8 | | |
| 183 | Map showing 8400 W. Judge Perez Drive, Chalmette, LA | n/a | | |
| 184 | Deposition and deposition exhibits of Josephine Richardson | n/a | | |
| 185 | Property records for 1321 Egania, New Orleans, LA | Richardson 000008-10 | | |
| 186 | Photos of damage provided by Josephine Richardson | Richardson 000011-19, Richardson 000022-26 | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 187 | Insurance claim | Richardson 000020 | | |
| 188 | Application for Disaster Assistance from FEMA | Richardson 000027-28 | | |
| 189 | Insurance Documents from First American Title Insurance Co. of Louisiana | Richardson 000029-30 | | |
| 190 | Richardson Road Home Application and Related Documents | Richardson 000031-52 | | |
| 191 | FEMA Check -Richardson | Richardson 000052 | | |
| 192 | Richardson Invoices Regarding Repairs | Richardson 000053-114 | | |
| 193 | SF-95 Form – Richardson | Richardson Deposition Exhibits 7 and 8 | | |
| 194 | Map showing 1321 Egania, New Orleans, LA | n/a | | |
| 195 | Videotaped Interview of Marenthia Lagarde | Marenthia Lagarde Deposition Exhibit 18 | | |
| 196 | C.R. Cushing & Co., Inc., Analysis of the Transit of the Barge ING 4727 During Hurricane Katrina and Reasons Why It Did Not Cause the Failure of the Inner Harbor Navigation Canal Floodwall (July 29, 2009) | n/a | | |
| 197 | Photo of the IHNC floodwall prior to Hurricane Katrina showing scratches | Cushing Figure 98 | | |
| 198 | Dooley SeaWeather Analysis, Inc., Re: Hurricane Katrina -Weather Analysis (July 27, 2009) | n/a | | |
| 199 | Expert Report of D. Philip Skaer, II (June 12, 2009) | n/a | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 200 | Photos of mooring ropes used to secure barges at LNA New Orleans Terminal during Hurricane Katrina | Skaer Deposition Exhibit 5 | Not produced. | |
| 201 | Expert Report of Daniel F. Ryan, II (June 12, 2009) | n/a | | |
| 202 | Expert Report of G. Paul Kemp, Ph.D. (July 31, 2009) | n/a | | |
| 203 | Expert Report of Kenneth J. Boudreaux (August 3, 2009) | n/a | | |
| 204 | Expert Report of Larry F. Strouse (June 12, 2009) | n/a | | |
| 205 | Expert Report of Reda M. Bakeer, Ph.D., P.E., Re: LNA-Barge ING 4727 -Levee Failures during Hurricane Katrina, New Orleans (August 1, 2009) | n/a | | |
| 206 | Expert Report of Robert Glenn Bea, Ph.D., P.E. (August 3, 2009) | n/a | | |
| 207 | Robert Bea, Supplemental Analyses of the Floodwall Failure at the North Breach on the Inner Harbor Navigation Canal During Hurricane Katrina on August 29, 2005 (September 4, 2009) | n/a | | |
| 208 | Photograph of South Breach showing scour | Bea Appx. C Figure 64 | | |
| 209 | Photograph of South Breach showing scour | Bea Figure 12 | | |
| 210 | Photographs of seepage during EBIA excavations | Bea Appx. C Figures 23, 24, 34 | | |
| 211 | Photos of WGI Digging | Bea Declaration 7/15/08 Figures 19a, 19b, 20, 21, 22 | | |
| 212 | Photos of WGI Digging | Bea Declaration 9/17/07 Figures 12, | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
|  |  | 13 |  |  |
| 213 | Expert Report of W. Jason Weiss, Liu-Weiss LLC (August 1, 2009) | n/a |  |  |
| 214 | Expert Report of Wade R. Ragas (August 3, 2009) | n/a |  |  |
| 215 | Reply Expert Report of Joseph N. Suhayda, Ph.D. Re: Katrina Canal Breaches Litigation (September 3, 2009) | n/a |  |  |
| 216 | Deposition of Donald J. Green (June 25, 2009), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a |  |  |
| 217 | Deposition of Peter L. Cannizzaro, III (July 17, 2009), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a |  |  |
| 218 | Deposition of Hector V. Pazos (July 20-21, 2009), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a |  |  |
| 219 | Deposition of Robert D. Bartlett (July 21, 2009), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a |  |  |
| 220 | Deposition of Hugh Fossier (July 30, 3009), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a |  |  |
| 221 | Deposition of Gennaro G. Marino (August 7, 2009), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a |  |  |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 222 | Deposition of Melvin Spinks (August 14, 2009), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 223 | Deposition of John Theriot (September 1, 2009), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 224 | Deposition of Donald J. Green (November 21, 2008), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 225 | Deposition of Gennaro Marino (September 12, 2008), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 226 | Deposition of Melvin Spinks (September 25, 2008), with exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 227 | Aurora Environmental Consultants, L.L.C., Post-Katrina Sludge & Water Sampling (August 10, 2006), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 228 | Report of Robert Bartlett (June 27, 2008), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 229 | Supplemental Report of Robert Bartlett (March 16,2009), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 230 | Valuation Reports of Peter L. Cannizzaro, III (June 24, 2009), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 231 | Report of Donald Green (January 2007), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | CMO 4, D(5), E(2);<br><br>CMO 5, F(2) | |
| 232 | Report of Donald Green (September 2007), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | CMO 4, D(5), E(2);<br><br>CMO 5, F(2) | |
| 233 | Report of Donald Green (June 13, 2008), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | CMO 4, D(5), E(2);<br><br>CMO 5, F(2) | |
| 234 | Report of Donald Green (March 11, 2009), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 235 | Preliminary report of Gennaro Marino (2008), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | CMO 4, D(5), E(2);<br><br>CMO 5, F(2) | |
| 236 | Report of Hector Pazos (June 25, 2008), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | CMO 4, D(5), E(2);<br><br>CMO 5, F(2) | |
| 237 | Report of Gennaro Marino (July 1, 2009), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 238 | Report of Hector Pazos (June 29, 2009), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 239 | Preliminary Report of Melvin Spinks (June 27, 2008), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | CMO 4, D(5), E(2); CMO 5, F(2) | |
| 240 | Revised Report of Melvin Spinks (March 2009), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | CMO 4, D(5), E(2); CMO 5, F(2) | |
| 241 | Final Report of Melvin Spinks (June 2009), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 242 | Report of John Theriot (June 29, 2009), with appendices and/or exhibits, for the limited purposes of impeachment, rebuttal, and admissions. | n/a | | |
| 243 | Deposition and exhibits of Donald McCrosky | n/a | | |
| 244 | Responses to discovery, including responses to interrogatories, requests to admit, and document requests, made by Barge Plaintiffs, the United States, and any other party as permitted by the Federal Rules of Civil Procedure. | n/a | | |
| 245 | Demonstrative exhibits to be used by experts as support for / summary of opinions, potentially including models, recreation, or animation, to be pursuant to parties agreement 30 days before trial | n/a | | |

| Exhibit No. | Exhibit Description | Bates Number | Objection? | Result |
|---|---|---|---|---|
| 246 | Depositions and deposition exhibits of witnesses unavailable at trial as permitted by the Federal Rules of Civil Procedure. | n/a | | |
| 247 | Any document listed or proffered by any other party | n/a | | |
| 248 | Any document necessary / permitted for purposes of impeachment | n/a | | |

Respectfully submitted,


**\s\Brian A. Gilbert**
Brian A. Gilbert (21297)
Law Office Of Brian A. Gilbert, P.L.C.
Best Koeppel Traylor
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
            E-mail: bgilbert@briangilbertlaw.com
            bgilbert@bestkoeppel.com

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN #180306)
Matt C. Bailey (CA SBN #218685)

Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
    e-mail: Skhorrami@kpalawyers.com,
     Dpollard@kpalawyers.com
    Mbailey@kpalawyers.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
Wiedemann and Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180
Facsimile: 504-581-4336
    e-mail: ldwiedemann@gmail.com
    karlwied@bellsouth.net

Patrick J. Sanders (18741)
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
    e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Telephone: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net

Laurence E. Best, #3012
Peter S. Koeppel, #1465
Best Koeppel Traylor
2030 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
   Email: lebest@bestkoeppel.com
   Email: peterklaw@aol.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 4th day of March, 2010.

/s/ Brian A. Gilbert