UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * <br> * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * and consolidated cases |
| PERTAINS TO: ALL BARGE | * <br> * SECTION "K" (2) <br> * <br> * <br> * JUDGE <br> * STANWOOD R. DUVAL, JR. <br> * <br> * MAGISTRATE <br> * JOSEPH C. WILKINSON, JR. |

## LAFARGE NORTH AMERICA INC.'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF EMOTIONAL DISTRESS

Defendant Lafarge North America Inc. ("LNA") hereby moves to exclude from the June 2010 trial all evidence of plaintiffs' alleged emotional distress. Here, none of the Bellweather plaintiffs suffered physical injuries as a result of the breaches of the eastern IHNC floodwalls, nor were any of them within the "zone of danger." Evidence of their alleged emotional distress is therefore irrelevant under Fed. R. Evid. 401.

The complete grounds in support of this motion are set forth in LNA's memorandum of law which is being filed concurrently with this motion.

Dated: March 4, 2010         Respectfully submitted,

                                                              Robert B. Fisher, Jr., T.A. (#5587)
                                                              Derek A. Walker (#13175)
                                                              **CHAFFE MCCALL, L.L.P.**
                                                              2300 Energy Centre
                                                              1100 Poydras Street
                                                              New Orleans, LA  70163-2300

Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone: (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone: (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 4, 2010.

/s/ John D. Aldock