# EXHIBIT 1

Deposition of John Alford

```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION

 5                                  * NO. 05-4182

 6   PERTAINS TO: BARGES            * Consolidated

 7                                  * SECTION "K(2)"

 8   Boutte v. Lafarge       05-5531 *

 9   Mumford v. Ingram       05-5724 * JUDGE DUVAL

10   Lagarde v. Lafarge      06-5342 *

11   Perry v. Ingram         06-6299 * MAG. WILKINSON

12   Benoit v. Lafarge       06-7516 *

13   Parfait Family v. USA   07-3500 *

14   Lafarge v. USA          07-5178 *

15    *  *  *  *  *  *  *  *  *  *  *

16

17          Deposition of JOHN ALFORD, JR., given

18   at Chaffe McCall, L.L.P., 2300 Energy Centre,

19   1100 Poydras Street, New Orleans, Louisiana

20   70163-2300, on December 30th, 2008.

21

22

23   REPORTER BY:

24         JOSEPH A. FAIRBANKS, JR., CCR, RPR

25           CERTIFIED COURT REPORTER #75005
```

### Page 2

APPEARANCES:
REPRESENTING THE BARGE PSLC:
    WIEDEMANN & WIEDEMANN
    (BY:  KARL WIEDEMANN, ESQUIRE)
    (BY:  EDWARD MORENO, ESQUIRE)
    821 Baronne Street
    New Orleans, Louisiana 70113
    504-581-6180

REPRESENTING LAFARGE NORTH AMERICA:
    CHAFFE, MCCALL, L.L.P.
    (BY:  DEREK WALKER, ESQUIRE)
    2300 ENERGY CENTRE
    1100 Poydras Street.
    New Orleans, Louisiana 70163-2300
    504-585-7000
- AND -
    SUTTERFIELD & WEBB
    (BY:  DANIEL A. WEBB, ESQUIRE)
    650 Poydras Street, Suite 2715
    New Orleans, Louisiana 70130
    504-598-2715

ALSO PRESENT:
    CHRIS ALFIERI, RICHARD PAVLICK

### Page 3

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and among counsel for the parties hereto that the deposition of the aforementioned witness may be taken for all purposes permitted within the Louisiana Code of Civil Procedure, in accordance with law, pursuant to notice;

That all formalities, save reading and signing of the original transcript by the deponent, are hereby specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are reserved until such time as this deposition, or any part thereof, is used or sought to be used in evidence.

\* \* \*

JOSEPH A. FAIRBANKS, JR., CCR, RPR, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

### Page 4

JOHN ALFORD, JR.
1827 E. Homestead Drive, Algiers, Louisiana 70114, a witness named in the above stipulation, having been first duly sworn, was examined and testified on his oath as follows:
EXAMINATION BY MR. WALKER:
  Q.  Mr. Alford, you've been sitting here the entire time that we have taken your wife's deposition; correct?
  A.  Uh-huh.  Yes.
  Q.  First thing you need to know is that she did very well because she answered every question verbally so this gentleman could write it down.  And the first thing you did was mumble.  So you've already started on a bad foot.  Make sure you speak loudly and make sure you say everything because he can't take down anything but words.  All right?
  A.  Sometime I stutter.  I stutters a lot sometimes.  Sometime I can just push it out.
  Q.  No problem.  We have all the time that we want to take, and if you need to take a break, get some water, whatever, we're happy to accommodate you.  Okay?
  A.  Okay.

### Page 5

  Q.  You understand that this is the same as if we were in a court in front of a judge.  If God forbid something happens to you and you die before there's a trial, we could use this to substitute for your live presence.  Okay?
  A.  Okay.
  Q.  So this has equal force.  We both can't talk at the same time because he can't take it down either, and sometimes we talk too fast, but we'll go forward and see how it goes.
     You understand all the instructions I gave you your wife?
  A.  Yes.
  Q.  Are you taking any medication?
  A.  No.
  Q.  Is there any reason that you can't answer my questions, understand my questions as we sit here today?
  A.  I don't think so.
  Q.  Okay.  You haven't taken anything that would affect your ability to answer any questions.
  A.  No.
  Q.  Are you under any kind of medication?
  A.  No.

**Page 6**

1  Q. Okay. What's your age?
2  A. Sixty-seven.
3  Q. Okay. And you're not working.
4  A. I'm retired.
5  Q. When did you retire?
6  A. '91.
7  Q. And what was your job prior to
8  retiring?
9  A. I was a truck driver.
10 Q. Okay. For what company?
11 A. Banner Chevrolet.
12 Q. Banner Chevrolet? And how long did
13 you work there?
14 A. About thirteen years.
15 Q. And was there a reason you retired?
16 A. Yeah. I retired because I had an
17 accident -- not an accident, but I hurt my back
18 and I had to have surgery. And so after that
19 the doctor told me I'd never be able to work
20 again.
21 Q. That's what the doctor told you?
22 A. Right.
23 Q. When did you have the surgery?
24 A. In '91.
25 Q. Okay. Do you remember the doctor who

**Page 7**

1  performed it?
2  A. Dr. Watermeier.
3  Q. Okay. Did you file a lawsuit as a
4  result of that accident?
5  A. Let me think. Yeah.
6  Q. Who did you file it against?
7  A. The company.
8  Q. Against Banner?
9  A. Banner.
10 Q. Okay. Was that a lawsuit because of
11 some kind of negligence on their part or was it
12 a workmen's compensation --
13 A. A workmen's compensation.
14 Q. And did you receive compensation?
15 A. Yeah. I got gypped, but I received
16 it.
17 Q. Okay. So were you receiving monthly
18 or weekly benefits in compensation or did you
19 receive some kind of lump sum?
20 A. I was first receiving weekly
21 compensation, and then I received a little lump
22 sum.
23 Q. So you're not presently receiving any
24 compensation benefits.
25 A. No.

**Page 8**

1  Q. And did you have an attorney who
2  reviewed that case and helped you with the lump
3  sum settlement?
4  A. I was supposed to have.
5  Q. Okay. Do you remember that
6  attorney's name?
7  A. Um -- what his name is. No, I don't
8  remember the name.
9  Q. Okay. Have you filed any other
10 lawsuits before that one as a result of any
11 accidents, injuries, contract disputes,
12 anything like that?
13 A. No.
14 Q. So that lawsuit and the one that we'll
15 talk about today against the barge are the only
16 two lawsuits you've ever filed?
17 A. Yeah.
18 Q. You sat through the entire deposition
19 of your wife. Is there any answer that she
20 gave me today that you disagree with?
21 A. No.
22 Q. You heard every question and you
23 listened to every answer, and you agree
24 100 percent with everything she said; is that
25 right?

**Page 9**

1  A. That's about right.
2  Q. Let's look at Exhibit 10 of your
3  wife's deposition. We're going to use the
4  same exhibits. That is the SF 95 form that she
5  signed and filed against the U.S. Army Corps of
6  Engineers. Were you present when she did this?
7  Do you remember any more about it than she
8  does?
9  A. I don't remember -- I was present, but
10 I don't remember any more about it.
11 Q. Do you remember where you were?
12 A. No.
13 Q. Do you remember who was with you?
14 A. Her.
15 Q. Other than the two of you, do you
16 remember any other person that was with you?
17 A. No.
18 Q. Do you remember how you received this
19 form? Did it come in the mail, did you
20 download it?
21 A. I don't remember.
22 Q. Did somebody give it to you
23 personally? You don't remember anything about
24 this.
25 A. No.

**Page 10**

Q. Okay. Do you remember that this was a claim against the U.S. Army Corps of Engineers?
A. Yeah. First.
Q. And you remember that this blames them for the flooding of the Ninth Ward.
A. Not really.
Q. You don't remember that?
A. I remember that, but I blamed the Corps plus the barge, because where the barge knocked the section out the canal, that's what came through there. I went up there and looked. I seen it myself.
Q. When did you go look?
A. Oh, man, about -- when we could get back in, so that was around February or March or something like that.
Q. Of '06. After the hurricane.
A. Yes. Uh-huh.
Q. So five, six, seven months after the hurricane you went and looked.
A. Uh-huh.
Q. Okay. But you weren't there at the time of the hurricane.
A. No.
Q. So you don't know how the barge got

**Page 11**

there.
A. From the hole in the wall, I could see it came through the hole.
Q. You don't know when it came through the hole.
A. I don't know when it came through.
Q. You don't know if the hole was already there and it came through, do you?
A. No.
Q. And you don't know if it caused the hole either.
A. From the look at the hole, I figured it did.
Q. But you don't know that.
A. I don't know that.
Q. It could have just as easily come in after the hole was already there; right?
A. It's possible.
Q. Have you ever heard that the levees might have been blown up on purpose?
A. No.
Q. Okay. So as far as you're concerned, you have a claim against the Corps of Engineers, you blame them for all the reasons that you state in Exhibit 10, and you're also

**Page 12**

blaming the barge, you don't know which one.
A. I just want to get, you know, paid by somebody.
Q. And if somebody came and said, what we've really figured out what happened was somebody blew the levees up, then you would blame them and you'd want to file a claim against whoever blew the levees up, right?
A. Probably so.
   MR. WIEDEMANN:
       Object to the form of the
       question.
EXAMINATION BY MR. WALKER:
Q. So you're just trying to file a claim against whoever might be to blame.
A. Right.
Q. Like your wife, I assume you don't know anybody who saw what happened.
A. No.
Q. And you haven't talked to anybody who has seen or has said they saw what happened.
A. No.
Q. Nobody has told you they were there and that they heard or saw anything.
A. No.

**Page 13**

Q. Where did you live before Deslonde?
A. On St. Philip Street and N. Derbigny. We were living on N. Derbigny Street.
Q. That's not in the Ninth Ward.
A. Unh-unh.
Q. That's in the Upper Ninth?
A. Right.
Q. Did you ever live in the Ninth Ward before living on Deslonde?
A. No.
Q. Are you from New Orleans or from Mississippi, also?
A. I'm from Mississippi.
Q. From Mississippi. Were you here during Hurricane Betsy?
A. I was here.
Q. And where were you living at the time?
A. Uptown on Deslonde Street. I mean on N. Roman Street. N. Derbigny Street. That's what it was.
Q. That's not in the Ninth Ward.
A. No.
Q. Was that area flooded as a result of Betsy?
A. No.

4 (Pages 10 to 13)

14

1  Q. Did you ever go see the Ninth Ward
2  during Betsy or after Betsy in 1965?
3  A. I went down there once, but we
4  couldn't go over the bridge, so --
5  Q. I'm talking Betsy, not Katrina.
6  A. I'm talking Betsy, too.
7  Q. Right. Okay. Did you see that the
8  Ninth Ward was flooded during Betsy?
9  A. I couldn't see it, but from where the
10 water came, far as we could get was on Franklin
11 Avenue, and I seen the water there. So I
12 imagine --
13 Q. Was that similar to what saw on the TV
14 that happened after Katrina?
15 A. Yeah.
16 Q. And do you remember where the levees
17 broke during Betsy?
18 A. No.
19 Q. Do you know that they were in the same
20 places they broke as a result of Katrina?
21 A. I don't know.
22 Q. Did you ever see any barge during
23 Betsy?
24 A. No, I wasn't living down there.
25 Q. When you went to Franklin Avenue to

15

1  look into the Ninth Ward after Betsy, or in any
2  pictures or photographs or TV that you've seen
3  since, did you ever see a barge after Hurricane
4  Betsy?
5  A. No. Unh-unh.
6  Q. Looking at Exhibit 10 and the
7  $40,000-dollar figure that you and your wife
8  put down for property damage, do you agree with
9  that number?
10 A. Yeah. I guess it's about right.
11 Q. And what do you consider that the
12 $40,000 covers? These personal property items
13 of Exhibit 9?
14 A. Yeah. The contents.
15 Q. Your content of your home.
16 A. Yeah. And my dogs.
17 Q. And your dogs. All right. Let's go
18 to the Sunday of the hurricane. You were at
19 home and your wife called you to come to the
20 hotel?
21 A. Yeah.
22 Q. What did you do on the Saturday
23 before? The day before, in other words?
24 A. I was packing a lill something,
25 getting valuables out the house, what valuables

16

we had. We didn't have much, so. But I left a
lot of it there. I just took a few things
like -- we just planned on staying overnight
until the storm passed and we was going to go
back. We didn't think it was going to be that
bad until I kept seeing it on TV. And it
looked terrible, so we decided to just go on
and leave here.
    Q. That was when you were already in the
hotel.
    A. Right.
    Q. So based on what you saw on the TV and
the announcements of the mayor and the
governor, you decided that you should leave the
city.
    A. Uh-huh.
    Q. Right?
    A. Yeah.
    Q. Do you remember trying to get back to
the house before you left to get the dogs?
    A. Yeah.
    Q. Did you have cellphones at the time?
    A. No, I didn't.
    Q. Did your wife?
    A. Um -- no, she didn't have no cellphone

17

then either. I don't think.
    Q. Did you try contacting any neighbor or
friend or somebody who might still be in the
neighborhood to get your dogs?
    A. No. I didn't know where they were.
    Q. So your dogs ran loose?
    A. Yeah. They was loose.
    Q. That's how you normally kept them?
    A. In the yard. No, before the storm
they was tied up. And I ready to go, I said,
let me let them go in case they -- you know, in
case something comes they can get out and go
where they wanted to, you know, because I
couldn't bring them to me.
    Q. So you untied them knowing that the
area might flood and that they should be loose
the try and survive --
    A. No, I just took precaution. I didn't
know it was going to flood.
    Q. But that precaution was in the event
that the neighborhood would flood.
    A. Right. Right.
    Q. And why did much that notion that it
might flood, that you were smart enough to
untie the dogs?

### Page 18

1  A. Because I seen the way it was coming,
2  and all the water that was coming, so I
3  figured -- I just figured it -- you know, took
4  precautions.
5  Q. And how did you think the neighborhood
6  might flood, because the levees would be
7  overtopped, because the levees would break?
8  A. I figured it would be probably
9  overtopped.
10  Q. Had you ever seen the levees
11  overtopped before?
12  A. No.
13  Q. Had you ever seen water come in from
14  behind the pumping station, the Sewerage &
15  Water Board pumping station up there by Florida
16  Avenue?
17  A. I hadn't seen it, but they had some
18  water came in, and we didn't get no -- about
19  like that in the street.
20  Q. So about eight, ten inches?
21  A. About something like that.
22  Q. You had seen that before.
23  A. I seen that before.
24  Q. Was that the result of rain or water
25  actually coming from that back area?

### Page 19

1  A. Something must have bust, broke, I
2  don't know.
3  Q. So you had seen eight to ten inches in
4  the neighborhood --
5  A. Right.
6  Q. -- before.
7  A. Uh-huh.
8  Q. Did you ever see water overtopping
9  behind Florida Avenue behind the Sewerage &
10  Water Board station?
11  A. Unh-unh.
12  Q. The pumping station. No?
13  A. (Shakes head negatively.)
14  Q. Remember you have to say no.
15  A. Oh. No.
16  Q. Okay. You left and went to
17  Mississippi. I assume, therefore, you don't
18  have any personal injuries that you --
19  A. No.
20  Q. -- suffered as a result of the
21  hurricane. Do you?
22  A. No.
23  Q. And you haven't seen any doctor for
24  any reason because of the hurricane, have you?
25  A. No.

### Page 20

1  Q. You don't -- you're not under the care
2  of a psychiatrist or psychologist, a surgeon or
3  any doctor of any type, as a result of the
4  hurricane, are you?
5  A. No.
6  Q. And you're not making any claim as
7  shown in your form Exhibit 10 for either
8  personal injuries or wrongful death, right?
9  They're both blank.
10  A. Uh-huh.
11  Q. Correct?
12  A. I'm not. Right.
13  Q. And that's because you don't have any
14  claim for personal injuries, right?
15  A. Right.
16  Q. And obviously you don't have any claim
17  for any wrongful death of any family members.
18  A. Right.
19  Q. I showed your wife earlier, and we
20  didn't mark these Supplemental and Amended
21  Superceding Answers to Interrogatories. Do you
22  ever remember seeing these, these questions
23  that people ask and then you have to give
24  written answers? Do you remember those?
25  A. Uh-huh.

### Page 21

1  Q. Is that a yes?
2  A. Yes.
3  Q. Where do you remember seeing these
4  before? Did you ever meet with your lawyers to
5  review them?
6  A. I really don't know because I had
7  lawyers. I really don't know which one or
8  where.
9  Q. How many times have you met with your
10  lawyers?
11  A. About three. About three or four
12  times.
13  Q. So once today and once yesterday,
14  right?
15  A. Yeah.
16  Q. And before that, in the last three
17  years you've met with them once or twice?
18  A. I met with somebody once or twice.
19  Q. And what did you do that time when you
20  met with them?
21  A. Um -- signed up for this -- for
22  this -- for to get the, um --
23  Q. For the lawsuit?
24  A. For the lawsuit.
25  Q. So signed a contract with them

**22**

1  agreeing that they would be your lawyers?
2      A.  Right.
3      Q.  You've never met with those lawyers
4  since then to go over questions that people
5  have asked that you're supposed to answer or
6  for you to provide documents that answer
7  certain requests for documents?  Have you done
8  anything like that?
9      A.  No, I don't think so.
10     Q.  Have you been paid anything for your
11 personal possessions by any insurance company
12 or any government entity or anybody else?
13     A.  Well, my wife handles all of that.
14     Q.  So you agree with what she said
15 earlier?
16     A.  What she said.
17     Q.  All the funds that you have received
18 have gone either to pay off your mortgage or to
19 buy your property in Algiers or just for living
20 expenses immediately after the hurricane.
21     A.  Right.
22     Q.  And I asked your wife this question
23 about this item:  Pain, suffering and mental
24 anguish including fear and fright caused by the
25 sight of the barge headed directly for

**23**

1  plaintiffs and their property.  You don't have
2  a claim for that, do you?
3      A.  No.
4      Q.  Because you never saw the barge.
5      A.  I saw the barge, but I didn't see it
6  come through.
7      Q.  Right.  And you never saw it headed
8  directly for you or your property.
9      A.  No.
10     Q.  And you don't have any pain, suffering
11 or mental anguish as a result of the hurricane,
12 do you?
13     A.  I don't think so.
14     Q.  At least you haven't seen a doctor for
15 that for three years, have you?
16     A.  No.  One thing, I haven't been able to
17 see the doctor.  I just got, um -- my, um --
18 People's Choice thing.  I'm going to go start
19 in January, for my back and my legs, so.
20     Q.  That's for your 1991 injury?
21     A.  No.  No.  For my back, yeah.  But my
22 leg, it's been since I was seven years old.
23     Q.  That's a childhood injury?
24     A.  Right.
25     Q.  You lived with your parents or your

**24**

wife's parents in Mississippi?
    A.  Her parents.
    Q.  They didn't charge you rent, did they?
    A.  We paid.  We paid rent.
    Q.  You paid her parents rent?
    A.  Right.
    Q.  How much did you pay?
    A.  I believe it was three hundred dollars
a month.
    Q.  Did you live in the house or in a back
house or what?
    A.  In the house.
    Q.  Did anybody else evacuate there, or
was it just the two of you in the house with
her parents?
    A.  Just the two of us and her parents.
    Q.  And how much were you paying in
mortgage?  I think it was 160 a month?  Does
that sound right?  If I remember your wife's
testimony.
    A.  Yeah.  In mortgage, yeah.  For the,
um -- the money that we had borrowed.
    Q.  No, your house --
        MR. WIEDEMANN:
            $340.

**25**

        MR. WALKER:
            Was it $340?  Where did I get
        $160.  Okay.
EXAMINATION BY MR. WALKER:
    Q.  So anyway, as far as you remember you
were paying her parents rent.
    A.  Yeah.
    Q.  And so you paid for about a month
until you returned to New Orleans, right?
    A.  Until we returned, yeah.
    Q.  And then you lived with --
    A.  My granddaughter.
    Q.  -- your granddaughter.  Did she charge
you rent?
    A.  Yeah.
    Q.  How much did she charge you?
    A.  Three hundred dollars a month.
    Q.  And for how long?
    A.  About three years.  Two or three years
we stayed over by her house.
    Q.  And did you use the money you received
from FEMA or any other Road Home money or any
of the insurance money to pay the rent?
    A.  No.  I paid it out my check.
    Q.  From your compensation check?

26

1  A. No.
2  Q. Social Security?
3  A. Social Security check.
4  Q. You're still receiving Social
5  Security?
6  A. Yeah.
7  Q. Do you know Wallace Rainey or Richard
8  Reese?
9  A. (Shakes head negatively.)
10 Q. Terry Adams?
11 A. No.
12 Q. Christopher Weaver?
13 A. No.
14 Q. Antonio Guy?
15 A. No.
16 Q. Gloria Guy?
17 A. (Shakes head negatively.)
18 Q. Sidney Williams?
19 A. (Shakes head negatively.)
20 Q. Dolores St. Cyr-Butler?
21 A. (Shakes head negatively.)
22 Q. Andrew Sartin?
23 A. (Shakes head negatively.) No.
24 Q. So you don't know anybody who might
25 say that they saw or heard the levee break or

27

1  how it happened, right?
2  A. No.
3  Q. You don't have any mental health care
4  expenses as a result of the hurricane; right?
5  A. No.
6  Q. Do you remember the neighbors across
7  the street from you on Deslonde?
8  A. Yeah.
9  Q. Who were they?
10 A. Adams.
11 Q. That was Gwendolyn Adams?
12 A. Yeah, and Henry.
13 Q. Any of the other neighbors, do you
14 remember them?
15 A. Um -- I remember, but I can't remember
16 their names.
17 Q. So it doesn't sound like you were
18 very, I'll say, friendly with your neighbors.
19 Is that fair?
20 A. Yeah. I was friendly with them but,
21 you know, I don't remember their names.
22 Q. You didn't do much together with them?
23 A. No.
24 Q. So what did you normally do before the
25 hurricane to enjoy yourself living in the Ninth

28

Ward?
 A. I fished, walked my dogs.
 Q. And how about as a couple, you and
your wife, what did you do in the Ninth Ward?
 A. Well, she worked and I stayed home, so
we didn't do too much together.
 Q. Okay. Do you still fish?
 A. Occasionally.
 Q. So whether you live in the Ninth Ward
or not, that doesn't affect your ability to
fish, does it?
 A. No.
 Q. And you still walk, but you don't have
your dogs, so if you walk you walk by yourself?
 A. Yeah.
 Q. Do you have new dogs, other dogs?
 A. No dogs.
 Q. Okay. Is there anything that you did
in the Ninth Ward that you can't do in Algiers?
 A. No.
 Q. Do you know anything about the
demolition of your house, how that came about?
 A. Well, they had wrote a letters to us
that if we wanted to tear it down, because it
couldn't be repaired, and, um -- and we signed

29

it, sent it back to the city, so they tore it
down.
 Q. And they did that for free?
 A. Yeah.
 Q. Nobody has ever demanded any payment
from you for that demolition, right?
 A. (Shakes head negatively.)
 Q. And who made the decision that it was
not repairable, is that something you did?
 A. Yeah, it's something I did, and, um --
the house was falling in. The roof was falling
in, and the inside of it was just all mildewed
and everything was tumbled all over and stuff.
That's why I decided it didn't make no sense to
try to rebuild it. Plus it was eight feet off
the foundation, so you couldn't pick no whole
house back up and set it on the foundation the
way it was looking, the way it was.
 Q. All right. So you signed the papers
allowing for the demolition.
 A. Right.
 Q. So then you had an empty lot.
 A. Right.
 Q. Do you remember when that demolition
took place?

```
                                       30
 1      A.  No.
 2      Q.  It was before you bought the house in
 3  Algiers; right?
 4      A.  Right.
 5      Q.  Did you think about rebuilding on the
 6  lot at 2423 Deslonde?
 7      A.  No.
 8      Q.  Why not?
 9      A.  Because I'm afraid the levee might
10  break again, or a barge might hit it, you know,
11  whatever, you know.  I didn't want to live back
12  there no more.
13      Q.  So you thought about it and decided
14  against it.
15      A.  Right.
16      Q.  And the reason that you didn't want to
17  rebuild is for fear of flooding again --
18      A.  Right.
19      Q.  -- is that right?
20      A.  Right.
21      Q.  When you bought the house in 1981,
22  were you told that Ninth Ward had flooded
23  during Betsy?
24      A.  I knew it.
25      Q.  You knew it.

                                       31
 1      A.  Uh-huh.
 2      Q.  But you bought the house there anyway.
 3      A.  Right.
 4      Q.  Did you have any fears back then that
 5  it might reflood?
 6      A.  I had fears, but, you know, it never
 7  did until Katrina came.
 8      Q.  I think that's all I have.  I just
 9  want to make sure, once again, that there's
10  nothing that your wife has testified to that
11  you disagree with.
12      A.  No.
13      Q.  Is there anything that she's testified
14  to that you want to add to, explain or clarify
15  or change in any way since you got to sit here
16  for two and half hours and listen to her?
17      A.  No.
18      Q.  Was there any time that you wanted to
19  add something, give it a different color or
20  some detail?
21      A.  No.
22      Q.  Okay.  There were some things said
23  that you were involved in alone.  Going to the
24  hotel on Sunday, you went straight from the
25  house to the hotel.  There's no detail to add

                                       32
 1  there; is that right?
 2      A.  No.
 3      Q.  And the other thing I remember that
 4  you did alone that I forgot to ask you about
 5  is, I think when your wife -- when you two came
 6  back to New Orleans in October of '05 for her
 7  to start work, she didn't go to the Ninth Ward
 8  again until December, but I thought she said
 9  that you went in October.
10      A.  I probably did.  I can't keep up with
11  all those dates, man.  I'm sixty-seven years
12  old.  I try to, but, you know, I don't really
13  know.
14      Q.  When you came back from Mississippi
15  after the hurricane, do you remember going to
16  see your house?
17      A.  I couldn't go.  We couldn't get in
18  then.
19      Q.  Okay.  Was the first time you went to
20  see the house when you two went together in
21  December, or did you go at any time by
22  yourself?
23      A.  I went by myself when we could get in,
24  and the people came out to get an estimate of
25  what damage was done.  I went with them.

                                       33
 1      Q.  Okay.  That would be the insurance
 2  people?
 3      A.  Yeah.
 4      Q.  Okay.  And they were estimating for an
 5  insurance claim the amount of damage to the
 6  house or the amount of damage to or lost to
 7  your possession or both, do you remember?
 8      A.  Both.
 9      Q.  Both.  Do you remember the estimate
10  for the personal possessions?
11      A.  No.
12      Q.  Do you remember the estimate for the
13  property damage to the house itself?
14      A.  No.
15      Q.  When you went to look at the house
16  with the estimators or the adjusters, what was
17  the condition of the roof?
18      A.  It was kind of bent in.
19      Q.  Were there any holes in the roof?
20      A.  Yeah.
21      Q.  Is that where your ceiling -- I mean
22  your roof tiles had been torn off by the wind?
23      A.  Right.
24      Q.  And you could actually see daylight if
25  you were standing inside?
```

**Page 34**

A. Right.
Q. You could see through the roof?
A. Right. Right. The panel had fell down. You could see through.
Q. Okay. How many holes --
A. Oh, I don't know.
Q. -- do you remember? Was it a bunch, a couple?
A. A bunch.
Q. So there were a bunch of areas in your house where you could see straight up and you could see sky.
A. Right.
Q. Was there any other area where you could see wind damage?
A. From the outside you could see the boards came off the house.
Q. So they had been like pulled off by the force of the wind?
A. Or the water.
Q. Do you know which one?
A. No. I wasn't there.
Q. Did the adjusters make any determination as to damage caused by wind or water?

**Page 35**

A. No, he didn't say. Just wrote it down whatever he wrote down. You know, he didn't tell me nothing.
Q. Okay. What else did you see about the house that day?
A. It was mildewed all the way up, all the stuff inside was turned over and put in other rooms and stuff like somebody took it out and put it in other rooms, and stuff like that.
Q. Do you think somebody went in there, rummaging in the house, looting, looking for something good, or was this --
A. It didn't look like that. It didn't look like nobody had been in there.
Q. So was this just from the water moving things around?
A. From the water moving things around, yeah, uh-huh.
Q. What was the condition of the front door?
A. It was standing open, slightly open.
Q. But it was on its hinges?
A. It was on its hinges, yeah.
Q. Was it damaged?
A. What, the door?

**Page 36**

Q. Uh-huh.
A. Yeah. It was falling off. Falling off the hinges.
Q. But it was on the hinges.
A. It was on the hinges.
Q. But the hinges were loose?
A. Right.
Q. Okay. Do you have any idea why the hinges were loose?
A. I guess the water got in there and soaked them and it came loose, I guess.
Q. It didn't look like it had been kicked in.
A. No, unh-unh.
Q. All right. That's all I have. Thank you very much.
    MR. WIEDEMANN:
        Great. Thank you, gentlemen. That's it.

**Page 37**

WITNESS' CERTIFICATE

I, JOHN ALFORD, JR., do hereby certify that the foregoing testimony was given by me, and that the transcription of said testimony, with corrections and/or changes, if any, is true and correct as given by me on the aforementioned date.

_____     _____
DATE SIGNED        JOHN ALFORD, JR.

_____ Signed with corrections as noted.

_____ Signed with no corrections noted.

DATE TAKEN: December 29th, 2008

```
                                              38
 1          REPORTER'S CERTIFICATE
 2          I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
 3   Certified Court Reporter in and for the State
 4   of Louisiana, do hereby certify that the
 5   aforementioned witness, after having been first
 6   duly sworn by me to testify to the truth, did
 7   testify as hereinabove set forth;
 8          That said deposition was taken by me
 9   in computer shorthand and thereafter
10   transcribed under my supervision, and is a true
11   and correct transcription to the best of my
12   ability and understanding.
13          I further certify that I am not of
14   counsel, nor related to counsel or the parties
15   hereto, and am in no way interested in the
16   result of said cause.
17
18
19
20
21
22
23          _____
24          JOSEPH A. FAIRBANKS, JR., CCR, RPR
25          CERTIFIED COURT REPORTER #75005
```

ALFORD, JR., JOHN

12/30/2008

Page 1

| A |
|---|
| **ability** 5:21 28:10 38:12 |
| **able** 6:19 23:16 |
| **accident** 6:17,17 7:4 |
| **accidents** 8:11 |
| **accommodate** 4:24 |
| **ACTION** 1:4 |
| **Adams** 26:10 27:10,11 |
| **add** 31:14,19,25 |
| **adjusters** 33:16 34:23 |
| **administering** 3:24 |
| **affect** 5:21 28:10 |
| **aforementioned** 3:4 37:8 38:5 |
| **afraid** 30:9 |
| **age** 6:1 |
| **agree** 8:23 15:8 22:14 |
| **AGREED** 3:2 |
| **agreeing** 22:1 |
| **ALFIERI** 2:25 |
| **Alford** 1:17 4:1,7 37:3 37:11 |
| **Algiers** 4:2 22:19 28:19 30:3 |
| **allowing** 29:20 |
| **Amended** 20:20 |
| **AMERICA** 2:10 |
| **amount** 33:5,6 |
| **Andrew** 26:22 |
| **and/or** 37:6 |
| **anguish** 22:24 23:11 |
| **announcements** 16:13 |
| **answer** 3:13 5:17,21 8:19 8:23 22:5,6 |
| **answered** 4:12 |
| **answers** 20:21,24 |
| **Antonio** 26:14 |
| **anybody** 12:18,20 22:12 24:13 26:24 |
| **anyway** 25:5 31:2 |
| **APPEARANCES** 2:1 |
| **area** 13:23 17:16 18:25 34:14 |
| **areas** 34:10 |
| **Army** 9:5 10:2 |

**asked** 22:5,22
**assume** 12:17 19:17
**attorney** 8:1,6
**Avenue** 14:11,25 18:16 19:9

| B |
|---|
| **back** 6:17 10:15 16:5,19 18:25 23:19,21 24:10 29:1,17 30:11 31:4 32:6,14 |
| **bad** 4:15 16:6 |
| **Banner** 6:11,12 7:8,9 |
| **barge** 2:2 8:15 10:9,9,25 12:1 14:22 15:3 22:25 23:4,5 30:10 |
| **BARGES** 1:6 |
| **Baronne** 2:6 |
| **based** 16:12 |
| **believe** 24:8 |
| **benefits** 7:18,24 |
| **Benoit** 1:12 |
| **bent** 33:18 |
| **best** 38:11 |
| **Betsy** 13:15,24 14:2,2,5,6 14:8,17,23 15:1,4 30:23 |
| **blame** 11:24 12:7,15 |
| **blamed** 10:8 |
| **blames** 10:4 |
| **blaming** 12:1 |
| **blank** 20:9 |
| **blew** 12:6,8 |
| **blown** 11:20 |
| **Board** 18:15 19:10 |
| **boards** 34:17 |
| **borrowed** 24:22 |
| **bought** 30:2,21 31:2 |
| **Boutte** 1:8 |
| **BREACHES** 1:4 |
| **break** 4:23 18:7 26:25 30:10 |
| **bridge** 14:4 |
| **bring** 17:14 |
| **broke** 14:17,20 19:1 |
| **bunch** 34:7,9,10 |
| **bust** 19:1 |

**buy** 22:19

| C |
|---|
| **called** 15:19 |
| **canal** 1:4 10:10 |
| **care** 20:1 27:3 |
| **case** 8:2 17:11,12 |
| **cause** 38:16 |
| **caused** 11:10 22:24 34:24 |
| **CCR** 1:24 3:22 38:2,24 |
| **ceiling** 33:21 |
| **cellphone** 16:25 |
| **cellphones** 16:22 |
| **Centre** 1:18 2:13 |
| **certain** 22:7 |
| **CERTIFICATE** 37:1 38:1 |
| **Certified** 1:25 3:23 38:3 38:25 |
| **certify** 37:4 38:4,13 |
| **Chaffe** 1:18 2:11 |
| **change** 31:15 |
| **changes** 37:6 |
| **charge** 24:3 25:13,16 |
| **check** 25:24,25 26:3 |
| **Chevrolet** 6:11,12 |
| **childhood** 23:23 |
| **Choice** 23:18 |
| **CHRIS** 2:25 |
| **Christopher** 26:12 |
| **city** 16:15 29:1 |
| **Civil** 1:4 3:6 |
| **claim** 10:2 11:23 12:7,14 20:6,14,16 23:2 33:5 |
| **clarify** 31:14 |
| **Code** 3:6 |
| **color** 31:19 |
| **come** 9:19 11:16 15:19 18:13 23:6 |
| **comes** 17:12 |
| **coming** 18:1,2,25 |
| **company** 6:10 7:7 22:11 |
| **compensation** 7:12,13,14 7:18,21,24 25:25 |
| **computer** 38:9 |

**concerned** 11:22
**condition** 33:17 35:19
**consider** 15:11
**Consolidated** 1:6
**contacting** 17:2
**content** 15:15
**contents** 15:14
**contract** 8:11 21:25
**Corps** 9:5 10:2,9 11:23
**correct** 4:9 20:11 37:7 38:11
**corrections** 37:6,13,15
**counsel** 3:3 38:14,14
**couple** 28:3 34:8
**court** 1:1,25 3:23 5:2 38:3,25
**covers** 15:12
**Cyr-Butler** 26:20

| D |
|---|
| **damage** 15:8 32:25 33:5 33:6,13 34:15,24 |
| **damaged** 35:24 |
| **DANIEL** 2:19 |
| **date** 37:8,11,25 |
| **dates** 32:11 |
| **day** 15:23 35:5 |
| **daylight** 33:24 |
| **death** 20:8,17 |
| **December** 1:20 32:8,21 37:25 |
| **decided** 16:7,14 29:14 30:13 |
| **decision** 29:8 |
| **demanded** 29:5 |
| **demolition** 28:22 29:6,20 29:24 |
| **deponent** 3:10 |
| **deposition** 1:17 3:4,14 4:9 8:18 9:3 38:8 |
| **Derbigny** 13:2,3,19 |
| **DEREK** 2:12 |
| **Deslonde** 13:1,9,18 27:7 30:6 |
| **detail** 31:20,25 |
| **determination** 34:24 |

ALFORD, JR., JOHN

12/30/2008

Page 2

die 5:4
different 31:19
directly 22:25 23:8
disagree 8:20 31:11
disputes 8:11
DISTRICT 1:1,2
doctor 6:19,21,25 19:23
    20:3 23:14,17
documents 22:6,7
dogs 15:16,17 16:20 17:4
    17:6,25 28:2,14,16,16
    28:17
dollars 24:8 25:17
Dolores 26:20
door 35:20,25
download 9:20
Dr 7:2
Drive 4:2
driver 6:9
duly 4:4 38:6
DUVAL 1:9

            E
E 4:2
earlier 20:19 22:15
easily 11:16
EASTERN 1:2
EDWARD 2:5
eight 18:20 19:3 29:15
either 5:9 11:11 17:1
    20:7 22:18
empty 29:22
Energy 1:18 2:13
Engineers 9:6 10:2 11:24
enjoy 27:25
entire 4:8 8:18
entity 22:12
equal 5:7
ESQUIRE 2:4,5,12,19
estimate 32:24 33:9,12
estimating 33:4
estimators 33:16
evacuate 24:13
event 17:20
evidence 3:15
EXAMINATION 4:6

    12:13 25:4
examined 4:5
Exhibit 9:2 11:25 15:6
    15:13 20:7
exhibits 9:4
expenses 22:20 27:4
explain 31:14

            F
fair 27:19
FAIRBANKS 1:24 3:22
    38:2,24
falling 29:11,11 36:2,2
family 1:13 20:17
far 11:22 14:10 25:5
fast 5:10
fear 22:24 30:17
fears 31:4,6
February 10:15
feet 29:15
fell 34:3
FEMA 25:22
figure 15:7
figured 11:12 12:5 18:3
    18:3,8
file 7:3,6 12:7,14
filed 8:9,16 9:5
first 4:4,11,14 7:20 10:3
    32:19 38:5
fish 28:7,11
fished 28:2
five 10:19
flood 17:16,19,21,24
    18:6
flooded 13:23 14:8 30:22
flooding 10:5 30:17
Florida 18:15 19:9
follows 4:5
foot 4:16
forbid 5:3
force 5:7 34:19
foregoing 37:4
forgot 32:4
form 3:12 9:4,19 12:11
    20:7
formalities 3:8

forth 38:7
forward 5:10
foundation 29:16,17
four 21:11
Franklin 14:10,25
free 29:3
friend 17:3
friendly 27:18,20
fright 22:24
front 5:2 35:19
funds 22:17
further 38:13

            G
gentleman 4:13
gentlemen 36:18
getting 15:25
give 9:22 20:23 31:19
given 1:17 37:4,7
Gloria 26:16
go 5:10 10:13 14:1,4
    15:17 16:4,7 17:10,11
    17:12 22:4 23:18 32:7
    32:17,21
God 5:3
goes 5:10
going 9:3 16:4,5 17:19
    23:18 31:23 32:15
good 35:12
government 22:12
governor 16:14
granddaughter 25:12,13
Great 36:18
guess 15:10 36:10,11
Guy 26:14,16
Gwendolyn 27:11
gypped 7:15

            H
half 31:16
handles 22:13
happened 12:5,18,21
    14:14 27:1
happens 5:3
happy 4:23
head 19:13 26:9,17,19,21

    26:23 29:7
headed 22:25 23:7
health 27:3
heard 8:22 11:19 12:24
    26:25
helped 8:2
Henry 27:12
hereinabove 38:7
hereto 3:3 38:15
hinges 35:22,23 36:3,4,5
    36:6,9
hit 30:10
hole 11:2,3,5,7,11,12,17
holes 33:19 34:5
home 15:15,19 25:22
    28:5
Homestead 4:2
hotel 15:20 16:10 31:24
    31:25
hours 31:16
house 15:25 16:20 24:10
    24:11,12,14,23 25:20
    28:22 29:11,17 30:2,21
    31:2,25 32:16,20 33:6
    33:13,15 34:11,17 35:5
    35:11
hundred 24:8 25:17
hurricane 10:17,20,23
    13:15 15:3,18 19:21,24
    20:4 22:20 23:11 27:4
    27:25 32:15
hurt 6:17

            I
idea 36:8
imagine 14:12
immediately 22:20
inches 18:20 19:3
including 22:24
Ingram 1:9,11
injuries 8:11 19:18 20:8
    20:14
injury 23:20,23
inside 29:12 33:25 35:7
instructions 5:11
insurance 22:11 25:23

33:1,5
**interested** 38:15
**Interrogatories** 20:21
**involved** 31:23
**item** 22:23
**items** 15:12

### J
**January** 23:19
**job** 6:7
**JOHN** 1:17 4:1 37:3,11
**JOSEPH** 1:24 3:22 38:2
  38:24
**JR** 1:17,24 3:22 4:1 37:3
  37:11 38:2,24
**judge** 1:9 5:2

### K
**KARL** 2:4
**Katrina** 1:4 14:5,14,20
  31:7
**keep** 32:10
**kept** 16:6 17:8
**kicked** 36:12
**kind** 5:24 7:11,19 33:18
**knew** 30:24,25
**knocked** 10:10
**know** 4:11 10:25 11:4,6
  11:7,10,14,15 12:1,2,18
  14:19,21 17:5,11,13,19
  18:3 19:2 21:6,7 26:7
  26:24 27:21 28:21
  30:10,11 31:6 32:12,13
  34:6,21 35:2
**knowing** 17:15
**K(2)** 1:7

### L
**L** 3:1
**Lafarge** 1:8,10,12,14
  2:10
**Lagarde** 1:10
**law** 3:7
**lawsuit** 7:3,10 8:14 21:23
  21:24
**lawsuits** 8:10,16

**lawyers** 21:4,7,10 22:1,3
**leave** 16:8,14
**left** 16:1,20 19:16
**leg** 23:22
**legs** 23:19
**letters** 28:23
**Let's** 9:2 15:17
**levee** 26:25 30:9
**levees** 11:19 12:6,8 14:16
  18:6,7,10
**lill** 15:24
**listen** 31:16
**listened** 8:23
**little** 7:21
**live** 5:5 13:1,8 24:10 28:9
  30:11
**lived** 23:25 25:11
**living** 13:3,9,17 14:24
  22:19 27:25
**long** 6:12 25:18
**look** 9:2 10:13 11:12
  15:1 33:15 35:13,14
  36:12
**looked** 10:12,20 16:7
**looking** 15:6 29:18 35:11
**loose** 17:6,7,16 36:6,9,11
**looting** 35:11
**lost** 33:6
**lot** 4:19 16:2 29:22 30:6
**loudly** 4:16
**Louisiana** 1:2,19 2:7,15
  2:21 3:6,24 4:2 38:4
**lump** 7:19,21 8:2
**L.L.P** 1:18 2:11

### M
**MAG** 1:11
**mail** 9:19
**making** 20:6
**man** 10:14 32:11
**March** 10:15
**mark** 20:20
**mayor** 16:13
**McCall** 1:18 2:11
**mean** 13:18 33:21
**medication** 5:14,24

**meet** 21:4
**members** 20:17
**mental** 22:23 23:11 27:3
**met** 21:9,17,18,20 22:3
**mildewed** 29:12 35:6
**Mississippi** 13:12,13,14
  19:17 24:1 32:14
**money** 24:22 25:21,22,23
**month** 24:9,18 25:8,17
**monthly** 7:17
**months** 10:19
**MORENO** 2:5
**mortgage** 22:18 24:18,21
**moving** 35:15,17
**mumble** 4:15
**Mumford** 1:9

### N
**N** 3:1 13:2,3,19,19
**name** 8:6,7,8
**named** 4:3
**names** 27:16,21
**need** 4:11,22
**negatively** 19:13 26:9,17
  26:19,21,23 29:7
**negligence** 7:11
**neighbor** 17:2
**neighborhood** 17:4,21
  18:5 19:4
**neighbors** 27:6,13,18
**never** 6:19 22:3 23:4,7
  31:6
**new** 1:19 2:7,15,21 13:11
  25:9 28:16 32:6
**Ninth** 10:5 13:4,6,8,21
  14:1,8 15:1 27:25 28:4
  28:9,19 30:22 32:7
**normally** 17:8 27:24
**NORTH** 2:10
**noted** 37:13,15
**notice** 3:7
**notion** 17:23
**number** 15:9

### O
**O** 3:1

**oath** 3:25 4:5
**Object** 12:11
**objections** 3:11
**obviously** 20:16
**Occasionally** 28:8
**October** 32:6,9
**officiated** 3:24
**Oh** 10:14 19:15 34:6
**Okay** 4:24,25 5:5,6,20
  6:1,3,10,25 7:3,10,17
  8:5,9 10:1,22 11:22
  14:7 19:16 25:3 28:7
  28:18 31:22 32:19 33:1
  33:4 34:5 35:4 36:8
**old** 23:22 32:12
**once** 14:3 21:13,13,17,18
  31:9
**open** 35:21,21
**original** 3:9
**Orleans** 1:19 2:7,15,21
  13:11 25:9 32:6
**outside** 34:16
**overnight** 16:3
**overtopped** 18:7,9,11
**overtopping** 19:8

### P
**P** 3:1
**packing** 15:24
**paid** 12:2 22:10 24:4,4,5
  25:8,24
**pain** 22:23 23:10
**panel** 34:3
**papers** 29:19
**parents** 23:25 24:1,2,5
  24:15,16 25:6
**Parfait** 1:13
**part** 3:14 7:11
**parties** 3:3 38:14
**passed** 16:4
**PAVLICK** 2:25
**pay** 22:18 24:7 25:23
**paying** 24:17 25:6
**payment** 29:5
**people** 20:23 22:4 32:24
  33:2

**People's** 23:18
**percent** 8:24
**performed** 7:1
**permitted** 3:5
**Perry** 1:11
**person** 9:16
**personal** 15:12 19:18
  20:8,14 22:11 33:10
**personally** 9:23
**PERTAINS** 1:6
**Philip** 13:2
**photographs** 15:2
**pick** 29:16
**pictures** 15:2
**place** 29:25
**places** 14:20
**plaintiffs** 23:1
**planned** 16:3
**plus** 10:9 29:15
**possession** 33:7
**possessions** 22:11 33:10
**possible** 11:18
**Poydras** 1:19 2:14,20
**precaution** 17:18,20
**precautions** 18:4
**presence** 5:5
**present** 2:24 9:6,9
**presently** 7:23
**prior** 6:7
**probably** 12:9 18:8
  32:10
**problem** 4:21
**Procedure** 3:6
**property** 15:8,12 22:19
  23:1,8 33:13
**provide** 22:6
**PSLC** 2:2
**psychiatrist** 20:2
**psychologist** 20:2
**pulled** 34:18
**pumping** 18:14,15 19:12
**purpose** 11:20
**purposes** 3:5
**pursuant** 3:7
**push** 4:20
**put** 15:8 35:7,9

**Q**
**question** 3:12 4:13 8:22
  12:12 22:22
**questions** 5:17,17,22
  20:22 22:4

**R**
**rain** 18:24
**Rainey** 26:7
**ran** 17:6
**reading** 3:8
**ready** 17:10
**really** 10:6 12:5 21:6,7
  32:12
**reason** 5:16 6:15 19:24
  30:16
**reasons** 11:24
**rebuild** 29:15 30:17
**rebuilding** 30:5
**receive** 7:14,19
**received** 7:15,21 9:18
  22:17 25:21
**receiving** 7:17,20,23
  26:4
**Reese** 26:8
**reflood** 31:5
**related** 38:14
**remember** 6:25 8:5,8 9:7
  9:9,10,11,13,16,18,21
  9:23 10:1,4,7,8 14:16
  16:19 19:14 20:22,24
  21:3 24:19 25:5 27:6
  27:14,15,21 29:24
  32:3,15 33:7,9,12 34:7
**rent** 24:3,4,5 25:6,14,23
**repairable** 29:9
**repaired** 28:25
**Reporter** 1:23,25 3:23
  38:3,25
**REPORTER'S** 38:1
**REPRESENTING** 2:2
  2:10
**requests** 22:7
**reserved** 3:13
**responsiveness** 3:12
**result** 7:4 8:10 13:23

  14:20 18:24 19:20 20:3
  23:11 27:4 38:16
**retire** 6:5
**retired** 6:4,15,16
**retiring** 6:8
**returned** 25:9,10
**review** 21:5
**reviewed** 8:2
**Richard** 2:25 26:7
**right** 4:18 6:22 8:25 9:1
  11:17 12:8,16 13:7
  14:7 15:10,17 16:11,17
  17:22,22 19:5 20:8,12
  20:14,15,18 21:14 22:2
  22:21 23:7,24 24:6,19
  25:9 27:1,4 29:6,19,21
  29:23 30:3,4,15,18,19
  30:20 31:3 32:1 33:23
  34:1,3,3,13 36:7,15
**Road** 25:22
**Roman** 13:19
**roof** 29:11 33:17,19,22
  34:2
**rooms** 35:8,9
**RPR** 1:24 3:22 38:2,24
**rummaging** 35:11

**S**
**s** 3:1 8:6 9:3
**Sartin** 26:22
**sat** 8:18
**Saturday** 15:22
**save** 3:8,11
**saw** 12:18,21,24 14:13
  16:12 23:4,5,7 26:25
**section** 1:7 10:10
**Security** 26:2,3,5
**see** 5:10 11:2 14:1,7,9,22
  15:3 19:8 23:5,17
  32:16,20 33:24 34:2,4
  34:11,12,15,16 35:4
**seeing** 16:6 20:22 21:3
**seen** 10:12 12:21 14:11
  15:2 18:1,10,13,17,22
  18:23 19:3,23 23:14
**sense** 29:14

**sent** 29:1
**set** 29:17 38:7
**settlement** 8:3
**seven** 10:19 23:22
**Sewerage** 18:14 19:9
**SF** 9:4
**Shakes** 19:13 26:9,17,19
  26:21,23 29:7
**shorthand** 38:9
**showed** 20:19
**shown** 20:7
**Sidney** 26:18
**sight** 22:25
**signed** 9:5 21:21,25
  28:25 29:19 37:11,13
  37:15
**signing** 3:9
**similar** 14:13
**sit** 5:18 31:15
**sitting** 4:7
**six** 10:19
**sixty-seven** 6:2 32:11
**sky** 34:12
**slightly** 35:21
**smart** 17:24
**soaked** 36:11
**Social** 26:2,3,4
**somebody** 9:22 12:3,4,6
  17:3 21:18 35:8,10
**sought** 3:15
**sound** 24:19 27:17
**speak** 4:16
**specifically** 3:10
**St** 13:2 26:20
**standing** 33:25 35:21
**start** 23:18 32:7
**started** 4:15
**state** 3:23 11:25 38:3
**STATES** 1:1
**station** 18:14,15 19:10
  19:12
**stayed** 25:20 28:5
**staying** 16:3
**STIPULATED** 3:2
**stipulation** 4:4
**storm** 16:4 17:9

ALFORD, JR., JOHN

12/30/2008

Page 5

| | | | |
|---|---|---|---|
| **straight** 31:24 34:11 | **think** 5:19 7:5 16:5 17:1 | **UNITED** 1:1 | **we've** 12:5 |
| **street** 1:19 2:6,14,20 | 18:5 22:9 23:13 24:18 | **untie** 17:25 | **WIEDEMANN** 2:3,3,4 |
| 13:2,3,18,19,19 18:19 | 30:5 31:8 32:5 35:10 | **untied** 17:15 | 12:10 24:24 36:17 |
| 27:7 | **thirteen** 6:14 | **Upper** 13:6 | **wife** 5:12 8:19 9:3 12:17 |
| **stuff** 29:13 35:7,8,9 | **thought** 30:13 32:8 | **Uptown** 13:18 | 15:7,19 16:24 20:19 |
| **stutter** 4:19 | **three** 21:11,11,16 23:15 | **USA** 1:13,14 | 22:13,22 28:4 31:10 |
| **stutters** 4:19 | 24:8 25:17,19,19 | **use** 5:4 9:3 25:21 | 32:5 |
| **substitute** 5:5 | **tied** 17:10 | **U.S** 9:5 10:2 | **wife's** 4:8 24:1,19 |
| **suffered** 19:20 | **tiles** 33:22 | | **WILKINSON** 1:11 |
| **suffering** 22:23 23:10 | **time** 3:13 4:8,21 5:8 | **V** | **Williams** 26:18 |
| **Suite** 2:20 | 10:23 13:17 16:22 | **v** 1:8,9,10,11,12,13,14 | **wind** 33:22 34:15,19,24 |
| **sum** 7:19,22 8:3 | 21:19 31:18 32:19,21 | **valuables** 15:25,25 | **witness** 3:4,25 4:3 37:1 |
| **Sunday** 15:18 31:24 | **times** 21:9,12 | **verbally** 4:13 | 38:5 |
| **Superceding** 20:21 | **today** 5:18 8:15,20 21:13 | | **words** 4:18 15:23 |
| **supervision** 38:10 | **told** 6:19,21 12:23 30:22 | **W** | **work** 6:13,19 32:7 |
| **Supplemental** 20:20 | **tore** 29:1 | **waived** 3:10 | **worked** 28:5 |
| **supposed** 8:4 22:5 | **torn** 33:22 | **walk** 28:13,14,14 | **working** 6:3 |
| **sure** 4:16,16 31:9 | **transcribed** 38:10 | **walked** 28:2 | **workmen's** 7:12,13 |
| **surgeon** 20:2 | **transcript** 3:9 | **WALKER** 2:12 4:6 | **write** 4:13 |
| **surgery** 6:18,23 | **transcription** 37:5 38:11 | 12:13 25:1,4 | **written** 20:24 |
| **survive** 17:17 | **trial** 5:4 | **wall** 11:2 | **wrongful** 20:8,17 |
| **SUTTERFIELD** 2:18 | **truck** 6:9 | **Wallace** 26:7 | **wrote** 28:23 35:1,2 |
| **sworn** 4:4 38:6 | **true** 37:7 38:10 | **want** 4:22 12:2,7 30:11 | |
| | **truth** 38:6 | 30:16 31:9,14 | **Y** |
| **T** | **try** 17:2,17 29:15 32:12 | **wanted** 17:13 28:24 | **yard** 17:9 |
| **T** 3:1,1 | **trying** 12:14 16:19 | 31:18 | **yeah** 6:16 7:5,15 8:17 |
| **take** 4:17,22,22 5:9 | **tumbled** 29:13 | **Ward** 10:5 13:4,8,21 | 10:3 14:15 15:10,14,16 |
| **taken** 3:5 4:8 5:20 37:25 | **turned** 35:7 | 14:1,8 15:1 28:1,4,9,19 | 15:21 16:18,21 17:7 |
| 38:8 | **TV** 14:13 15:2 16:6,12 | 30:22 32:7 | 21:15 23:21 24:21,21 |
| **talk** 5:8,9 8:15 | **twice** 21:17,18 | **wasn't** 14:24 34:22 | 25:7,10,15 26:6 27:8,12 |
| **talked** 12:20 | **two** 8:16 9:15 24:14,16 | **water** 4:23 14:10,11 18:2 | 27:20 28:15 29:4,10 |
| **talking** 14:5,6 | 25:19 31:16 32:5,20 | 18:13,15,18,24 19:8,10 | 33:3,20 35:18,23 36:2 |
| **tear** 28:24 | **type** 20:3 | 34:20,25 35:15,17 | **years** 6:14 21:17 23:15 |
| **tell** 35:3 | | 36:10 | 23:22 25:19,19 32:11 |
| **ten** 18:20 19:3 | **U** | **Watermeier** 7:2 | **yesterday** 21:13 |
| **terrible** 16:7 | **U** 3:1 | **way** 18:1 29:18,18 31:15 | |
| **Terry** 26:10 | **uh-huh** 4:10 10:18,21 | 35:6 38:15 | **$** |
| **testified** 4:5 31:10,13 | 16:16 19:7 20:10,25 | **Weaver** 26:12 | **$160** 25:3 |
| **testify** 38:6,7 | 31:1 35:18 36:1 | **WEBB** 2:18,19 | **$340** 24:25 25:2 |
| **testimony** 24:20 37:4,6 | **um** 8:7 16:25 21:21,22 | **weekly** 7:18,20 | **$40,000** 15:12 |
| **Thank** 36:15,18 | 23:17,17 24:22 27:15 | **went** 10:11,20 14:3,25 | **$40,000-dollar** 15:7 |
| **thereof** 3:14 | 28:25 29:10 | 19:16 31:24 32:9,19,20 | |
| **thing** 4:11,14 23:16,18 | **understand** 5:1,11,17 | 32:23,25 33:15 35:10 | **#** |
| 32:3 | **understanding** 38:12 | **weren't** 10:22 | **#75005** 1:25 38:25 |
| **things** 16:2 31:22 35:16 | **unh-unh** 13:5 15:5 19:11 | **we'll** 5:10 8:14 | |
| 35:17 | 36:14 | **we're** 4:23 9:3 | **0** |

| | |
|---|---|
| **05** 32:6<br>**05-4182** 1:5<br>**05-5531** 1:8<br>**05-5724** 1:9<br>**06** 10:17<br>**06-5342** 1:10<br>**06-6299** 1:11<br>**06-7516** 1:12<br>**07-3500** 1:13<br>**07-5178** 1:14<br><br>**1**<br>**10** 9:2 11:25 15:6 20:7<br>**100** 8:24<br>**1100** 1:19 2:14<br>**160** 24:18<br>**1827** 4:2<br>**1965** 14:2<br>**1981** 30:21<br>**1991** 23:20<br><br>**2**<br>**2008** 1:20 37:25<br>**2300** 1:18 2:13<br>**2423** 30:6<br>**2715** 2:20<br>**29th** 37:25<br><br>**3**<br>**30th** 1:20<br><br>**5**<br>**504-581-6180** 2:8<br>**504-585-7000** 2:16<br>**504-598-2715** 2:22<br><br>**6**<br>**650** 2:20<br><br>**7**<br>**70113** 2:7<br>**70114** 4:3<br>**70130** 2:21<br>**70163-2300** 1:20 2:15<br><br>**8**<br>**821** 2:6 | **9**<br>**9** 15:13<br>**91** 6:6,24<br>**95** 9:4 |