UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * <br> *   CIVIL ACTION <br> * <br> *   NO. 05-4182 <br> *   and consolidated cases <br> * |
| PERTAINS TO: ALL BARGE | *   SECTION "K" (2) <br> * <br> * <br> *   JUDGE <br> *   STANWOOD R. DUVAL, JR. <br> * <br> *   MAGISTRATE <br> *   JOSEPH C. WILKINSON, JR. |

### ORDER

Considering Lafarge North America, Inc.'s Motion *In Limine* to Exclude Evidence of Emotional Distress, and plaintiffs' response thereto,

**IT IS ORDERED** that the motion is **GRANTED**,

**IT IS FURTHER ORDERED** that testimony concerning emotional distress by any of the Bellweather plaintiffs is excluded from the bench trial scheduled to begin in June 2010.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

4