# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE: KATRINA CANAL | * | |
| BREACHES | | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: ALL BARGE | * | |
| | * | SECTION "K" (2) |
| | * | |
| | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE |
| | * | JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA INC.'S OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST PREPARED FOR BELLWETHER TRIAL SCHEDULED FOR JUNE 21, 2010**

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 1 | 10. Ingram - Lafarge Transportation Agreement, IBCO 001-005; | | |
| 2 | 11. USCG ING4727 Vessel Documentation; | Not identified.[1] | |
| 3 | 12. 8/16/05 email from Rachel Burnett Mays to Carrie Jenks, etc., re MidSouth Gulf Coast Terminal Inventory; LNA 115 - 116; | F.R.E. 401/402:  Status of ING 4727 on 8/16/05 is irrelevant to plaintiffs' claims.<br><br>F.R.E. 802:  In the absence of a sponsoring witness, hearsay. | |
| 4 | 13. Terminal Inventory Analysis documents, updated 8/16/05, 8/23/05 and 8/24/05, LNA 117, 134 and 137; | F.R.E. 401/402:  Plaintiffs' apparent purpose is to establish why LNA personnel unloaded the ING 4727 on Friday, August 26 (*i.e.*, an alleged shortage of "H type" cement), supposedly in disregard of anticipated weather conditions.  However, it is undisputed that LNA employees did not learn until Saturday, August 27 that Hurricane Katrina had changed direction to head for New Orleans. (E.g., Doc. 19352 at 3).  Thus, any reasons for unloading the barge on Friday August 26 are irrelevant.<br><br>F.R.E. 802:  In the absence of a | |

---

[1] As used herein, the objection "not identified" means that plaintiffs have not provided a Bates-stamped or other specifically-identifiable copy of the referenced document.  LNA reserves all objections pending receipt, and will promptly update its list of objections upon receipt.

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
|  |  | sponsoring witness, hearsay. |  |
| 5 | 14. Lafarge South Daily Ash Inventory August 29, 2005, LNA 258 | Relevance (F.R.E. 401/402).  Reasons to unload ING 4727 on Friday August 26 are irrelevant because LNA employees did not learn changed position of Katrina until Saturday August 27.  For further explanation, see objection to Exhibit 4.  Also, inventory of "ash" is irrelevant to plaintiffs' allegation.<br><br>F.R.E. 802:  In the absence of a sponsoring witness, hearsay. |  |
| 6 | 15. Multi-page email from Carrie Jenks discussing stock shortages, LNA 268 - 274; | Relevance (F.R.E. 401/402).  Reasons to unload ING 4727 on Friday August 26 are irrelevant because LNA employees did not learn changed position of Katrina until Saturday August 27.  For further explanation, see objection to Exhibit 4.<br><br>F.R.E. 802:  In the absence of a sponsoring witness, hearsay.<br><br>Incomplete document (based on Bates Nos. supplied). |  |
| 7 | 16. 8/17/05 email from Rachel Burnett Mays to John Haverkamp, etc., re ING 4727; LNA 120; | Relevance (F.R.E. 401/402).  Reasons to unload ING 4727 on Friday August 26 are irrelevant because LNA employees did not learn changed |  |

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| | | position of Katrina until Saturday August 27.  For further explanation, see objection to Exhibit 4.<br><br>F.R.E. 802:  In the absence of a sponsoring witness, hearsay. | |
| 8 | 17. 8/17/05 email from Rachel Burnett Mays to A.J. Guthrie, etc., re 2 HOT loads of "H " for NOLA/Wlake; LNA 119; | Relevance (F.R.E. 401/402).  Reasons to unload ING 4727 on Friday August 26 are irrelevant because LNA employees did not learn changed position of Katrina until Saturday August 27.  For further explanation, see objection to Exhibit 4.<br><br>F.R.E. 802:  In the absence of a sponsoring witness, hearsay. | |
| 9 | 18. 8/18/05 email from Rachel Burnett Mays to Carrie Jenks, etc., re MidSouth Gulf Coast Inventory 8/18/05; LNA 121; | Relevance (F.R.E. 401/402).  Reasons to unload ING 4727 on Friday August 26 are irrelevant because LNA employees did not learn changed position of Katrina until Saturday August 27.  For further explanation, see objection to Exhibit 4.<br><br>F.R.E. 802:  In the absence of a sponsoring witness, hearsay. | |
| 10 | 19. 8/22/05 email from Brad Adkins to Jay Darlington re HOT HOT HOT BARGES; LNA 125; | Relevance (F.R.E. 401/402).  Reasons to unload ING 4727 on Friday August 26 are irrelevant because LNA employees did not learn changed | |

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| | | position of Katrina until Saturday August 27.  For further explanation, see objection to Exhibit 4.  Also, there has been no showing that any LNA New Orleans terminal employees received or were aware of this document, and thus it is irrelevant to their actions.<br><br>F.R.E. 802:  In the absence of a sponsoring witness, hearsay. | |
| 11 | 20. 8/22/05 email from Rachel Burnett Mays to A.J. Guthrie re "H" Plans for Gulf; LNA 127; | Relevance (F.R.E. 401/402).  Reasons to unload ING 4727 on Friday August 26 are irrelevant because LNA employees did not learn changed position of Katrina until Saturday August 27.  For further explanation, see objection to Exhibit 4.<br><br>F.R.E. 802:  In the absence of a sponsoring witness, hearsay. | |
| 12 | 21. 8/23/05 email from Rachel Burnett Mays to Brad Adkins re "H" Update for the Gulf; LNA 128; | Relevance (F.R.E. 401/402).  Reasons to unload ING 4727 on Friday August 26 are irrelevant because LNA employees did not learn changed position of Katrina until Saturday August 27.  For further explanation, see objection to Exhibit 4.<br><br>F.R.E. 802:  In the absence of a | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| | | sponsoring witness, hearsay. | |
| 13 | Policies and procedures of Lafarge | Not sufficiently identified – it is unclear which policies and procedures plaintiffs intend to introduce.<br><br>F.R.E. 401/402.  In the absence of identification, LNA objects on relevance grounds.  General "policies and procedures" are not relevant evidence of any negligence on the part of LNA employees and therefore not relevant to plaintiffs' negligence claims. | |
| 14 | Records produced by TECO in response to Lafarge's Rule 45 subpoena | | |
| 15 | 1. Impact Weather notices, IBCO 649, 650, 651, 665, 668, 671; | F.R.E. 802:  Hearsay to the extent offered to prove actual weather conditions.<br><br>F.R.E. 401/402:  Weather notices prepared for and sent to Ingram are not relevant to LNA's knowledge, and there is no evidence that LNA received such weather notices.<br><br>F.R.E. 403:  Cumulative; official weather data has been identified for use at trial by both parties. | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 16 | 2. U. S. Department of Commerce, Certified True Copies of Meteorological records of the National Climatic Data Center for the period of 08/25/2005 - 08/30/2005 dated January 17, 2007 and certified by Thomas R. Karl; *In globo* | | |
| 17 | 3. National Weather Service, National Hurricane Center, Katrina Graphics Archives,web content http://www.nhc.noaa.gov/archive2005/KATRINA graphics.shtml frames 8 - 31; | | |
| 18 | 4. National Weather Service, National Hurricane Center, Hurricane Katrina Forecast/Advisory Bulletins for August 26 - 29, 2005, webcontent http:/www.nhc.noaa.gov/archive/2005/mar/all22005.fstadv | | |
| 19 | 5. State of Emergency proclamation by Kathleen Blanco, Proclamation No.: 48 KBB 2005, dated August 26, 2005; | Identification of document is pending. | |
| 20 | 6. The Brookings Institute Hurricane Katrina Timeline, pp. 1-5; | Document not identified.<br><br>F.R.E. 802:  Hearsay to the extent offered to prove matters asserted. | |
| 21 | 7. 8/25/05 email from David North re "East Canal Info Update - Tropical Storm Katrina," with attached Daily Position Report(s), IBCO 1454 - 1465; | Relevance (F.R.E. 401/402).  Position of ING 4727 is not disputed.  Position of other Ingram barges is not relevant.<br><br>F.R.E. 802:  Hearsay to the extent offered to prove matters asserted. | |
| 22 | 8. CNN.com three page article, "Forecasters: Katrina to aim for Mississippi, Louisiana;" Exhibit 362 in Phase I, | F.R.E. 401/402: Relevance.<br><br>F.R.E. 802: Hearsay to the extent | |

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| | Benchbook; | offered to prove matters asserted. | |
| 23 | 9. Storm track animation .gif identified as at200512_verify.gif; | Not identified. | |
| 24 | 158. IHNC Lockmaster log of Lockmaster Michael O'Dowd for period preceding and including Katrina, including ERD-014-0000000 produced by U.S. on Vol. KC815. | | |
| 25 | U. S. Army Corps of Engineers, New Orleans District – Inner Harbor Navigation Canal Lock Shift Log 8/27/05 shift 8/4, 4/12, 12/8; 8/28/05, shift 12-8, | | |
| 26 | U. S. Army Corps of Engineers, New Orleans District – Inner Harbor Navigation Canal Lock Shift Log subsequent to the preceding entry | | |
| 27 | 159. GNOBFA Barge Fleeting Standard of Care & Streamlined Inspection Program Guide Book, IBCO 158 - 226; | F.R.E. 401/402: Practices regarding fleeting of barges in Misssissippi River not relevant to alleged negligence at LNA terminal in IHNC. | |
| 28 | U.S. Coast Guard Sector New Orleans Hurricane Plan, including but not limited to Enclosure 11, "A Guide to Port Planning and Preparation," / "Maritime Hurricane Contingency Port Plan/Recommended Storm Preparations," Annex B, Annex B Appendices 1 and 2, and Annex C (handwritten markings not included in exhibit) | Specific copy of this document not identified by Bates number; identification pending. | |
| 29 | 161. United States Coast Guard Sector New Orleans Marine Safety Bulletin, Volume V, Issues XXXIII, XXXIV, XXXV; | Issue XXXV is a duplicated in Exhibit 30. | |
| 30 | 163. USCG log setting Port Condition Whiskey and/or X-Ray , | | |

7

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| | Yankee, Zulu; LNA 001066-001067, 001069 | | |
| 31 | 164. USCG Press Release, "Coast Guard Urges Mariners to Prepare for Hurricane Katrina;" dated August 27, 2005 08:43:54 CST, LNA 00106 | Not identified by plaintiffs.  (Bates number does not correspond to the document identified). | |
| 32 | 165. USCG Press Release, "Media Advisory - Website Launched to Provide Latest Coast Guard Information On Hurricane Katrina Operations," dated August 27, 2005, 09:11:13 CST | Not identified. | |
| 33 | 166. USCG Press Release, "Media Advisory - Coast Guard Prepares for Hurricane Katrina, dated August 27, 2005 18:17:22 CST | Not identified. | |
| 34 | U. S. National Oceanic and Atmospheric Administration, Coast Pilot V (33rd edition), cover and pp. 429-430 | Not identified. | |
| 35 | 189. U.S. Department of Commerce Nautical Chart No. 11367 "Intracoastal Waterway" showing locations of Lafarge North America and Lone Star; | | |
| 36 | 190. Shipyard Supply's "Response to Records Subpoena," pleading and attached invoice for 2" x 720' blue mooring line sold to Lafarge, invoice date August 8, 2005; | | |
| 37 | 167. Lafarge New Orleans Terminal Hurricane Preparation Checklist, LNA 113 | | |
| 38 | 168. 8/29/05 email from Jon Erbes to John Caldwell re "NOLA? inquiring as to NOLA terminal emergency plan, LNA 275 | F.R.E. 401/402:  Documents relating to LNA's emergency plan to "protect our people" on August 28/29 are irrelevant to alleged negligence | |

8

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| | | regarding barge mooring on August 27 by other LNA employees.<br><br>F.R.E. 403:  Absent a witness for context and explanation, confusing.<br><br>F.R.E. 802:  In the absence of a sponsoring witness, hearsay. | |
| 39 | 169. 8/29/05 email from Carrie Jenks to Jon Erbes, etc., re "NOLA Barges in Gulf," LNA 148 | In the absence of a sponsoring witness, hearsay (F.R.E. 802) and confusing due to lack of context (F.R.E. 403).<br><br>F.R.E. 401/402:  Speculation of LNA employee outside New Orleans regarding possible whereabouts of ING 4727 on 8/29/05 not relevant to allegations of negligent handling of barge in New Orleans on 8/27/05. | |
| 40 | 170. 8/29/05 email from Rachel Burnett Mays to Rich Corzine re "Ingram Coming to Joppa Plant," LNA 278; | F.R.E. 401/402:  Documents regarding Ingram visit to Joppa, Illinois on August 29 are irrelevant to claims of negligence by LNA employees in New Orleans on August 27.<br><br>F.R.E. 802:  In the absence of a sponsoring witness, hearsay. | |
| 41 | 171. 8/25/05 and 8/26/05 Daily Boat Logs of Connie Z, IBCO 244, 245; | | |

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 42 | 172. Zito Service Agreement, IBCO 716 - 727; | | |
| 43 | 173. Zito Fleeting invoice, service date 8/25/05, re ING 4727, IBCO 243; | | |
| 44 | 174. Zito Dispatch Log Reports(Barges in Fleet)- IBCO 1405-1506; | | |
| 45 | 175. Zito Fleeting invoices, IBCO 1287, 1290, 1304, 1336; | | |
| 46 | 176. 8/27/05 email from Zito Dispatch to Anthony Gex, Ingram manager Patrick Morton etc., IBCO 0728, describing Zito fleet closures; | | |
| 47 | 177. Zito Dispatch records of 8/24/05 - 8/26/05 re ING 4727 produced at Barry Boudreaux deposition; | | |
| 48 | 178. Zito Algiers Fleet dispatch reports 8/25/05 - 8/28/05 produced at Barry Boudreaux deposition; | | |
| 49 | 179. Six pages of handwritten 8/27 notes produced at Barry Boudreaux deposition; | | |
| 50 | 180. Detailed Calling By Day logs produced at Barry Boudreaux deposition, to include pages 15, and 25-30 of 38 total pages; | | |
| 51 | 181. Joseph C. Domino, Inc. Policies and Procedures manual, DOM 00014 - 149; | F.R.E. 401/402:  Domino Policies and Procedures are not relevant evidence of any negligence on the part of LNA employees and therefore not relevant to plaintiffs' negligence claims. | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 52 | 182. Regina H Daily Log, DOM 10 - 13; | | |
| 53 | 183. Invoice for services of Regina H to top around ING 4727 on 8/27/05; | | |
| 54 | 184. Certificate of Documentation, Regina H, DOM 150; | | |
| 55 | 185. Diagram, DOM 00009; | | |
| 56 | 186. Joseph C. Domino invoice produced as Domino 000008; | | |
| 57 | 22. Vessel Status History for ING 4745, IBCO 1372-1375; | | |
| 58 | 23. Vessel Status History for ING 4747, IBCO 0231-0238; | | |
| 59 | 27. ING 4727 Vessel Status History, IBCO 0231 - 0238; | Duplicate of Exhibit 58. | |
| 60 | 24. Daily position Report- David North, generated on August 26, 2005 IBCO 1376-1381; | | |
| 61 | 26. Ingram Traffic Report, IBCO 0241; | | |
| 62 | 28. Barge Unloading Report, LNA 105, 106; | | |
| 63 | 156. Written Statement of Ed Busch; | | |
| 64 | 157. Written Statement of Earl Smith; | | |
| 65 | 107. Mooring lines presented by Lafarge for inspection; | | |
| 66 | 108. LNA New Orleans Terminal Mooring Lines Photo PSLC000752; | | |

11

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 67 | 109. LNA New Orleans Terminal Mooring Lines Photo PSLC000753; | | |
| 68 | 110. LNA New Orleans Terminal Mooring Lines Photo PSLC000754; | | |
| 69 | 111. LNA New Orleans Terminal Mooring Lines Photo PSLC000755; | | |
| 70 | 112. LNA New Orleans Terminal Mooring Lines Photo PSLC000756; | | |
| 71 | 113. LNA New Orleans Terminal Mooring Lines Photo PSLC000757; | | |
| 72 | 114. LNA New Orleans Terminal Mooring Lines Photo PSLC000758; | | |
| 73 | 115. LNA New Orleans Terminal Mooring Lines Photo PSLC000759; | | |
| 74 | 116. LNA New Orleans Terminal Mooring Lines Photo PSLC000760; | | |
| 75 | 117. LNA New Orleans Terminal Mooring Lines Photo PSLC000761; | | |
| 76 | 118. LNA New Orleans Terminal Mooring Lines Photo PSLC000762; | | |
| 77 | 119. LNA New Orleans Terminal Mooring Lines Photo PSLC000763; | | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 78 | 120. LNA New Orleans Terminal Mooring Lines Photo PSLC000764; | | |
| 79 | 121. LNA New Orleans Terminal Mooring Lines Photo PSLC000765; | | |
| 80 | 122. LNA New Orleans Terminal Mooring Lines Photo PSLC000766; | | |
| 81 | 123. LNA New Orleans Terminal Mooring Lines Photo PSLC000767; | | |
| 82 | 124. LNA New Orleans Terminal Mooring Lines Photo PSLC000768; | | |
| 83 | 125. LNA New Orleans Terminal Mooring Lines Photo PSLC000769; | | |
| 84 | 126. LNA New Orleans Terminal Mooring Lines Photo PSLC000770; | | |
| 85 | 127. LNA New Orleans Terminal Mooring Lines Photo PSLC000771; | | |
| 86 | 128. LNA New Orleans Terminal Mooring Lines Photo PSLC000772; | | |
| 87 | 129. LNA New Orleans Terminal Mooring Lines Photo PSLC000773; | | |
| 88 | 130. LNA New Orleans Terminal Mooring Lines Photo PSLC000774; | | |

13

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 89 | 131. LNA New Orleans Terminal Mooring Lines Photo PSLC000775; | | |
| 90 | 132. LNA New Orleans Terminal Mooring Lines Photo PSLC000776; | | |
| 91 | 133. LNA New Orleans Terminal Mooring Lines Photo PSLC000777; | | |
| 92 | 134. LNA New Orleans Terminal Mooring Lines Photo PSLC000778; | | |
| 93 | 135. LNA New Orleans Terminal Mooring Lines Photo PSLC000779; | | |
| 94 | 136. LNA New Orleans Terminal Mooring Lines Photo PSLC000780; | | |
| 95 | 137. LNA New Orleans Terminal Mooring Lines Photo PSLC000781; | | |
| 96 | 138. LNA New Orleans Terminal Mooring Lines Photo PSLC000782; | | |
| 97 | 139. LNA New Orleans Terminal Mooring Lines Photo PSLC000783; | | |
| 98 | 140. LNA New Orleans Terminal Mooring Lines Photo PSLC000784; | | |
| 99 | 141. LNA New Orleans Terminal Mooring Lines Photo PSLC000785; | | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 100 | 142. LNA New Orleans Terminal Mooring Lines Photo PSLC000786; | | |
| 101 | 143. LNA New Orleans Terminal Mooring Lines Photo PSLC000787; | | |
| 102 | 144. LNA New Orleans Terminal Mooring Lines Photo PSLC000788; | | |
| 103 | 145. LNA New Orleans Terminal Mooring Lines Photo PSLC000789; | | |
| 104 | 146. LNA New Orleans Terminal Mooring Lines Photo PSLC000790; | | |
| 105 | 147. LNA New Orleans Terminal Mooring Lines Photo PSLC000791; | | |
| 106 | 148. LNA New Orleans Terminal Mooring Lines Photo PSLC000792; | | |
| 107 | 149. LNA New Orleans Terminal Mooring Lines Photo PSLC000794; | | |
| 108 | 150. LNA New Orleans Terminal Mooring Lines Photo PSLC000795; | | |
| 109 | 151. LNA New Orleans Terminal Mooring Lines Photo PSLC000796; | | |
| 110 | 152. LNA New Orleans Terminal Mooring Lines Photo PSLC000797; | | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 111 | 153. LNA New Orleans Terminal Mooring Lines Photo PSLC000798; | | |
| 112 | 154. LNA New Orleans Terminal Mooring Lines Photo PSLC000799; | | |
| 113 | 155. LNA New Orleans Terminal Mooring Lines Photo PSLC000800; | | |
| 114 | 29. Lafarge Terminal Photo, PSLC 000680; | | |
| 115 | 30. Lafarge Terminal Photo, PSLC 000681; | | |
| 116 | 31. Lafarge Terminal Photo, PSLC 000682; | | |
| 117 | 32. Lafarge Terminal Photo, PSLC 000683; | | |
| 118 | 33. Lafarge Terminal Photo, PSLC 000684; | | |
| 119 | 34. Lafarge Terminal Photo, PSLC 000685; | | |
| 120 | 35. Lafarge Terminal Photo, PSLC 000686; | | |
| 121 | 36. Lafarge Terminal Photo, PSLC 000687; | | |
| 122 | 37. Lafarge Terminal Photo, PSLC 000688; | | |
| 123 | 38. Lafarge Terminal Photo, PSLC 000689; | | |
| 124 | 39. Lafarge Terminal Photo, PSLC 000690; | | |
| 125 | 40. Lafarge Terminal Photo, PSLC 000691; | | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 126 | 41. Lafarge Terminal Photo, PSLC 000692; | | |
| 127 | 42. Lafarge Terminal Photo, PSLC 000693; | | |
| 128 | 43. Lafarge Terminal Photo, PSLC 000694; | | |
| 129 | 44. Lafarge Terminal Photo, PSLC 000695; | | |
| 130 | 45. Lafarge Terminal Photo, PSLC 000696; | | |
| 131 | 46. Lafarge Terminal Photo, PSLC 000700; | | |
| 132 | 47. Lafarge Terminal Photo, PSLC 000701; | | |
| 133 | 48. Lafarge Terminal Photo, PSLC 000701; | Duplicate of Exhibit 132. | |
| 134 | 49. Lafarge Terminal Photo, PSLC 000702; | | |
| 135 | 50. Lafarge Terminal Photo, PSLC 000703; | | |
| 136 | 51. Lafarge Terminal Photo, PSLC 000704; | F.R.E. 403:  Unclear what is being measured in photograph. | |
| 137 | 52. Lafarge Terminal Photo, PSLC 000705; | F.R.E. 403:  Unclear what is being measured in photograph. | |
| 138 | 53. Lafarge Terminal Photo, PSLC 000706 | | |
| 139 | 53. Lafarge Terminal Photo, PSLC 000707; | | |
| 140 | 54. Lafarge Terminal Photo, PSLC 000708 | | |
| 141 | 55. Lafarge Terminal Photo, PSLC 000709; | | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 142 | 56. Lafarge Terminal Photo, PSLC 000710 | | |
| 143 | 57. Lafarge Terminal Photo, PSLC 000711 | | |
| 144 | 58. Lafarge Terminal Photo, PSLC 000712 | | |
| 145 | 59. Lafarge Terminal Photo, PSLC 000713 | | |
| 146 | 60. Lafarge Terminal Photo, PSLC 000714 | | |
| 147 | 61. Lafarge Terminal Photo, PSLC 000715 | | |
| 148 | 62. Lafarge Terminal Photo, PSLC 000716 | | |
| 149 | 63. Lafarge Terminal Photo, PSLC 000717 | | |
| 150 | 64. Lafarge Terminal Photo, PSLC 000718 | | |
| 151 | 65. Lafarge Terminal Photo, PSLC 000719 | | |
| 152 | 66. Lafarge Terminal Photo, PSLC 000727 | | |
| 153 | 67. Lafarge Terminal Photo, PSLC 000728; | | |
| 154 | 68. Lafarge Terminal Photo, PSLC 000729; | | |
| 155 | 69. Lafarge Terminal Photo, PSLC 000730; | | |
| 156 | 70. Lafarge Terminal Photo, PSLC 000731; | | |
| 157 | 71. Lafarge Terminal Photo, PSLC 000732 | | |
| 158 | 72. Lafarge Terminal Photo, PSLC 000733 | | |

18

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 159 | 73. Lafarge Terminal Photo, PSLC 000734 | | |
| 160 | 74. Lafarge Terminal Photo, PSLC 000735 | | |
| 161 | 955. Any and all photos and video of Lafarge Facility and dock, including those produced as LNA001118-001125, 001128-001135 | Objection to the extent that documents are not identified by bates number. | |
| 162 | 102. Aerial Photo (Five Barge Tier), PSLC 747; | | |
| 163 | 103. Aerial Photo, PSLC 000749 | | |
| 164 | 104. Aerial Photo, PSLC 000750; | | |
| 165 | 956. All aerial, satellite and other images/imaging of the Industrial Canal, Ingram Barge ING 4727, eastern Industrial Canal floodwall, breaches including those LNA 009533-009535; | Objection to the extent that documents are not identified by bates number. | |
| 166 | 958. Photo of IHNC floodwall, breaches, and vicinity produced as LNA 001155 | | |
| 167 | 292. Video taken by Tommy Duplesis and provided by Sal Gutierrez, taken at St. Bernard Parish Courthouse | F.R.E. 401/402:  Video of St. Bernard Parish Courthouse is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers.<br><br>F.R.E. 403:  Exhibit is confusing in that source of floodwater is not identified and plaintiffs' expert (Spinks) testified floodwaters from IHNC and MRGO "merged" near | |

19

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| | | courthouse (Spinks Report at 26). | |
| 168 | 960. Maps and/or charts of the geographical area; | Not identified. | |
| 169 | 75. Lower Ninth Ward ING 4727 Photo, Getty image number: 55772729, PSLC 000919 | | |
| 170 | 76. Lower Ninth Ward ING 4727 Photo, Getty image number: 55772555, PSLC 000920 | | |
| 171 | 77. Lower Ninth Ward ING 4727 Photo, Getty image number: 55831691, PSLC 000921 | | |
| 172 | 78. Lower Ninth Ward ING 4727 Photo, Getty image number: 55832357, PSLC 000922; | | |
| 173 | 79. Lower Ninth Ward ING 4727 Photo, Getty image number: 55764823, PSLC 000923 | | |
| 174 | 80. Lower Ninth Ward ING 4727 Photo, Getty image number: 55772721, PSLC 000924 | | |
| 175 | 81. Lower Ninth Ward ING 4727 Photo, Getty image number: 55759542, PSLC 000925 | | |
| 176 | 82. Lower Ninth Ward ING 4727 Photo, Getty image number: 55759540, PSLC 000926 | | |
| 177 | 83. Lower Ninth Ward ING 4727 Photo, Getty image number: 55764762, PSLC 000927 | | |
| 178 | 84. Lower Ninth Ward ING 4727 Photo, Getty image number: | | |

20

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
|  | 71545243, PSLC 000928 |  |  |
| 179 | 85. Lower Ninth Ward ING 4727 Photo, PSLC 000748 |  |  |
| 180 | 954. Any and all photos of ING 4727 including those produced as 000874, 000877, 000919-000928 | Not identified.  No such bates numbers exist. |  |
| 181 | 193. IHNC Floodwall Photo PSLC 000736; |  |  |
| 182 | 194. IHNC Floodwall Photo PSLC 000737; |  |  |
| 183 | 195. IHNC Floodwall Photo PSLC 000738; |  |  |
| 184 | 196. IHNC Floodwall Photo PSLC 000739; |  |  |
| 185 | 197. IHNC Floodwall Photo PSLC 000740; |  |  |
| 186 | 198. IHNC Floodwall Photo PSLC 000741; |  |  |
| 187 | 199. IHNC Floodwall Photo PSLC 000742; |  |  |
| 188 | 200. IHNC Floodwall Photo PSLC 000743; |  |  |
| 189 | 201. IHNC Floodwall Photo PSLC 000744; |  |  |
| 190 | 202. IHNC Floodwall Photo PSLC 000745; |  |  |
| 191 | 203. IHNC Floodwall Photo PSLC 000746; |  |  |
| 192 | 249. Stan Guidry Photos, PSLC 000974; |  |  |
| 193 | 250. Stan Guidry Photos, PSLC 000975; |  |  |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 194 | 251. Stan Guidry Photos, PSLC 000976; | | |
| 195 | 252. Stan Guidry Photos, PSLC 000977; | | |
| 196 | 253. Stan Guidry Photos, PSLC 000978; | | |
| 197 | 254. Stan Guidry Photos, PSLC 000979; | F.R.E. 401/402:  Photograph of damaged property is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |
| 198 | 255. Stan Guidry Photos, PSLC 000980; | F.R.E. 401/402:  Photograph of damaged property is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |
| 199 | 256. Stan Guidry Photos, PSLC 000981; | F.R.E. 401/402:  Photograph of damaged property is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |
| 200 | 257. Stan Guidry Photos, PSLC 000982; | F.R.E. 401/402:  Photograph of damaged property is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |
| 201 | 258. Stan Guidry Photos, PSLC 000983; | F.R.E. 401/402:  Photograph of damaged property is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |
| 202 | 259. Stan Guidry Photos, PSLC 000985; | | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 203 | 260. Stan Guidry Photos, PSLC 000986; | | |
| 204 | 261. Stan Guidry Photos, PSLC 000987; | | |
| 205 | 262. Stan Guidry Photos, PSLC 000988; | | |
| 206 | 263. Stan Guidry Photos, PSLC 000989; | | |
| 207 | 264. Stan Guidry Photos, PSLC 000990; | F.R.E. 901: Witness is unable to testify as to location from which photograph was taken. | |
| 208 | 265. Stan Guidry Photos, PSLC 000991; | F.R.E. 901: Witness is unable to testify as to location from which photograph was taken. | |
| 209 | 266. Stan Guidry Photos, PSLC 000992; | F.R.E. 901: Witness is unable to testify as to location from which photograph was taken. | |
| 210 | 267. Stan Guidry Photos, PSLC 000993; | | |
| 211 | 268. Stan Guidry Photos, PSLC 000994; | | |
| 212 | 269. Stan Guidry Photos, PSLC 000995; | | |
| 213 | 270. Stan Guidry Photos, PSLC 000996; | | |
| 214 | 271. Stan Guidry Photos, PSLC 000997; | | |
| 215 | 272. Stan Guidry Photos, PSLC 000998; | | |
| 216 | 273. Stan Guidry Photos, PSLC 000999; | | |

23

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 217 | 274. Stan Guidry Photos, PSLC 001000; | | |
| 218 | 275. Stan Guidry Photos, PSLC 001001; | | |
| 219 | 276. Stan Guidry Photos, PSLC 001002; | | |
| 220 | 278. Stan Guidry Photos, PSLC 001003 | | |
| 221 | 279. Stan Guidry Photos, PSLC 001004; | | |
| 222 | 280. Stan Guidry Photos, PSLC 001005; | | |
| 223 | 281. Stan Guidry Photos, PSLC 001006; | | |
| 224 | 505. Photo (Reed) 001; | F.R.E. 401/402.  Photograph of unrelated property damage is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |
| 225 | 506. Photo (Reed) 002; | F.R.E. 401/402:  Photograph of unrelated property damage is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |
| 226 | 507. Photo (Reed)003; | F.R.E. 401/402:  Photograph of unrelated property damage is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 227 | 508. Photo (Reed) 004; | F.R.E. 401/402:  Photograph of unrelated property damage is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |
| 228 | 509. Photo (Reed) 005; | F.R.E. 401/402: Photograph of unrelated property damage is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |
| 229 | 510. Photo (Reed) 006; | F.R.E. 401/402:  Photograph of unrelated property damage is not relevant to the claims of plaintiffs Alford, Richardson, and Holiday Jewelers. | |
| 230 | 606. Photo (Lagarde) 000078 | | |
| 231 | 635. Photo (Lagarde) 000107; | | |
| 232 | 639. Photo (Lagarde) 000111; | | |
| 233 | 640. Photo (Lagarde) 000112; | | |
| 234 | 641. Photo (Lagarde) 000113; | | |
| 235 | 220. Photos of WGI borrow pits along the eastern side of the IHNC.  PSLC 000083000086; | No such bates number exists.  If intended to reference PSLC 000083-000086, duplicate of Exhibits 236-239. | |

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 236 | 221. WGI borrow pits(East) Photo IHNC. PSLC 000083; | | |
| 237 | 222. WGI borrow pits(East) Photo IHNC. PSLC 000084; | | |
| 238 | 223. WGI borrow pits(East) Photo IHNC. PSLC 000085; | | |
| 239 | 224. WGI borrow pits(East) Photo IHNC. PSLC 000086; | | |
| 240 | 192. Quicktime movie content from:<br><br>http: //www.washingtonpost. com/wp-dyn/content/panorama/2005/09/29/PA2005092900922.html and<br><br>http: //www.washingtonpost. com/wp-dyn/content/panorama/2005/ 10/03/PA2005100301672.html | Not identified. | |
| 241 | 225. ABC News broadcast - David Muir's interview of Joe Edwards - containing images of scrape marks along inside of eastern IHNC floodwall near south breach; | | |
| 242 | 285. Web content at<br><br>http://www.americanbridge.net/Experience/experience_detail.php?prj_ab_id=FlorNew%2029062004110711670, and http://www.modjeski.com/projects/detail.aspx?florida-avenue, depicting Florida Avenue Bridge in "down" position (web address updated). | Not identified. | |
| 243 | 942. Tropical Cyclone Report, Hurricane Katrina 23-30 August 2005, Richard D. Knabb, Jamie R. Rhome, and Daniel P. Brown, National Hurricane Center, December 20, 2005, | F.R.E. 401/402:  Evidence of fatalities and damage cost estimates is not relevant to the claims of plaintiffs | |

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| | updated August 10, 2006 for tropical wave history, storm surge, tornadoes, surface observations, fatalities and damage cost estimates. | Alford, Richardson, and Holiday Jewelers. | |
| 244 | 943. IPET interim, draft and final Reports with supplements, appendices, attachments, in whole or in part, for the limited purpose of showing the underlying data and conclusions, but not for the truth of any conclusion as to the movement of Barge ING 4727 or the causation of the North or South Breaches in the IHNC | Objection as to the attempt to limit the use of the exhibit.  Report should be considered in its entirety.  Such evidence is not only relevant, but Dr. Mosher has testified in this case regarding the conclusions as to the movement of Barge ING 4727 and the causation of the North and South Breaches in the IHNC. | |
| 245 | IPET Final Report Vol. IV (March 26, 2007), "The Storm—Findings and Lessons Learned," p. IV-34, and Appendix I, pp. IV-1-75 and IV-1-76 | F.R.E. 403:  Incomplete.  Excerpt identified by plaintiffs must be considered in light of the report in its entirety and does not contain all relevant discussion and analysis. | |
| 246 | IPET Final Report Vol. IV (March 26, 2007), "The Storm—Findings and Lessons Learned," pp. IV-193 through IV-200 | | |
| 247 | IPET Final Report Vol. IV (March 26, 2007), "The Storm—Findings and Lessons Learned," p. IV-261 | F.R.E. 403:  Incomplete.  Excerpt must be considered in light of the report in its entirety and does not contain all relevant conclusions. | |
| 248 | IPET Final Report Vol. IV (March 26, 2007), Technical Appendix 1, "Hydrograph and High Water Mark Analysis", pp. IV-1-1 through IV 1-2 and IV-1-66 through IV-1-82 | | |

27

| Exhibit | Description | Objection? | Result |
|---------|-------------|-----------|--------|
| 249 | IPET Final Report Vol IV (March 26, 2007), Technical Appendix 7, "Eyewitness Accounts of Flooding Caused by Hurricane Katrina," pp. IV-7-1, IV-7-6, and IV-7-50 through IV-7-54 | F.R.E. 403:  Incomplete.  Excerpt must be considered in light of the entire Appendix regarding eyewitness accounts and the report in its entirety. | |
| 250 | IPET Final Report Vol. IV (March 26, 2007), Technical Appendix 14, "Detailed-Scale STWAVE Modeling" | | |
| 251 | IPET Final Report Vol. IV (March 26, 2007), Technical Appendix 15, "Boussinesq Modeling" | | |
| 252 | IPET Final Report Vol. IV (March 26, 2007), Technical Appendix 17, "Consideration of Wind-Induced Barge Motions and Associated Forces in the Inner Harbor Navigation Canal" | F.R.E. 401/402, 403.  Irrelevant.  The document expressly states that "the examples presented are for illustration only and have purposefully avoided attempting to utilize actual wind characteristics" during Katrina. | |
| 253 | IPET Final Report Vol. V (June 2007), "The Performance — Levees and Floodwalls, " pp. V-89 through V-102 | Incomplete.  Excerpt does not include entire discussion of IHNC breaches and must be considered in light of the Report in its entirety. | |
| 254 | IPET Final Report Vol. V (March 26, 2007), Technical Appendix 16, "Concrete I-Wall and Sheet Piling Material Recovery, Sampling and Testing: IHNC" | | |
| 255 | IPET Performance Evaluation Plan and Interim Status, Report 1 of a Series, "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," January 10, 2006, pp. 79-81 | Not identified.\n\nF.R.E. 401/402:  Relevance of preliminary report is not clear. | |

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 256 | National Institute of Standards and Technology, Technology Administration, U.S. Department of Commerce (hereinafter "NIST"), Technical Note 1746, "Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report" (June 2006) | | |
| 257 | NIST Technical Note 1746, "Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report" (June 2006), Chapter 3, pp. 42-44 | F.R.E. 401/402:  Damage to parking structure is not relevant evidence to causation of floodwall breach(es). | |
| 258 | NIST Technical Note 1746, "Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report" (June 2006), Chapter 4, pp. 98-99 | | |
| 259 | NIST Technical Note 1746, "Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report" (June 2006), Chapter 4, p. 116 | F.R.E. 401/402:  Damage to bridge is not relevant evidence of causation of floodwall breach(es). | |
| 260 | June 30, 1994 National Transportation Safety Board Safety Recommendation Concerning Barge Allision with N. Claiborne Avenue Bridge, M-94-10 and -11 | F.R.E. 401/402:  Report regarding "the vulnerability of the Claiborne Avenue Bridge to vessel collision" is irrelevant to floodwall design, structure, and capacity. | |
| 261 | 944. Independent Levee Investigation Team Final Report and Appendices, for the limited purpose of showing the underlying data and conclusions, but not for the truth of any conclusion as to the movement of Barge ING 4727 or the causation of the North or South Breaches in the IHNC | Objection as to the attempt to limit the use of the exhibit.  Report should be considered in its entirety.  Such evidence is not only relevant, but Dr. Bea has testified in this case regarding the conclusions as to the movement of Barge ING 4727 and the causation of the North and South Breaches in the | |

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| | | IHNC. | |
| 262 | 945. Team Louisiana Report, Appendices, and Letter of Transmittal, for the limited purpose of showing the underlying data and conclusions, but not for the truth of any conclusion as to the movement of Barge ING 4727 or the causation of the North or South Breaches in the IHNC | Objection as to the attempt to limit the use of the exhibit.  Report should be considered in its entirety.  Such evidence is not only relevant, but Dr. Kemp has testified in this case regarding the conclusions as to the movement of Barge ING 4727 and the causation of the North and South Breaches in the IHNC. | |
| 263 | 288. Sewerage & Water Board Crentral Control Log, 8/29/05 | | |
| 264 | 240. Recorded and/or transcribed statement of Arthur Murph referenced in his deposition and previously produced to counsel; | F.R.E. 802.  Hearsay.<br><br>Partial transcript not admissible.  See, e.g., *United States v. Biggins*, 551 F.2d 64, 66 (5th Cir. 1997).  See LNA motion in limine re. this exhibit. | |
| 265 | 241. Murph House Closing Papers, 000001-000016; | F.R.E. 401/402, 403, 408:  Evidence pertaining to a settlement with Mr. Murph is not relevant evidence of any negligence on the part of LNA and not admissible. | |
| 266 | 242. New Jourdan, LLC Articles of Organization, web content from Secretary of State website, corporations database; | F.R.E. 401/402, 403, 408:  Evidence pertaining to a settlement with Mr. Murph is not relevant evidence of any negligence on the part of LNA and not admissible. | |

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 267 | 243. February 9, 2006 act of sale ("Cash Sale" of 105 Berkley Drive, New Orleans, Louisiana, from Hummel Construction, LLC to Jeanne Church Murph and Arthur | F.R.E. 401/402, 403, 408:  Evidence pertaining to a settlement with Mr. Murph is not relevant evidence of any negligence on the part of LNA and not admissible. | |
| 268 | L. Murph, Jr., H.U.D. Settlement Statement; | F.R.E. 401/402, 403, 408:  Evidence pertaining to a settlement with Mr. Murph is not relevant evidence of any negligence on the part of LNA and not admissible. | |
| 269 | 244. May 11, 2006 correspondence from True Title, Inc. to Harry R. Holladay, re 105 Berkley Drive; | F.R.E. 401/402, 403, 408:  Evidence pertaining to a settlement with Mr. Murph is not relevant evidence of any negligence on the part of LNA and not admissible. | |
| 270 | 245. Crescent Bank and Trust Official Check No. 794153976; | F.R.E. 401/402, 403, 408:  Evidence pertaining to a settlement with Mr. Murph is not relevant evidence of any negligence on the part of LNA and not admissible. | |
| 271 | 246. Murph transactional document concerning 105 Berkley Drive labeled True Title 000035; | F.R.E. 401/402, 403, 408:  Evidence pertaining to a settlement with Mr. Murph is not relevant evidence of any negligence on the part of LNA and not admissible. | |
| 272 | 247. Compromise Documents and affidavits, statements, and attachments reflecting agreements between Lafarge North America, its agents, insurers and Arthur and/or Jeanne Church | F.R.E. 401/402, 403, 408:  Evidence pertaining to a settlement with Mr. Murph is not relevant evidence of any | |

31

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
|  | Murph relative to damage sustained during Hurricane Katrina (redacted in accord with confidentiality provisions LNA refused to waive); | negligence on the part of LNA and not admissible. |  |
| 273 | 949. City of New Orleans property ownership/property tax records pertaining to 105 Berkley Drive, 1739 Jourdan Avenue | F.R.E. 401/402, 403, 408:  Evidence pertaining to a settlement with Mr. Murph is not relevant evidence of any negligence on the part of LNA and not admissible. |  |
| 274 | Google Map of Alford Residence at 2423 Deslondes Street, New Orleans |  |  |
| 275 | 342. Real Property Ownership Documents (Alford), Alford 000006-000009 |  |  |
| 276 | 380. Contents Inventory (Alford) 000026-000081 |  |  |
| 277 | 928. Damage photos(Alford) 000026; |  |  |
| 278 | 929. Damage photos(Alford) 000027; |  |  |
| 279 | 930. Damage photos(Alford) 000028; |  |  |
| 280 | 931. Damage photos(Alford) 000029; |  |  |
| 281 | 932. Damage photos(Alford) 000030 |  |  |
| 282 | 933. Damage photos(Alford) 000031 |  |  |
| 283 | 934. Damage photos(Alford) 000032 |  |  |
| 284 | 935. Damage photos(Alford) 000033 |  |  |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 285 | 936. Damage photos(Alford) 000034 | | |
| 286 | 937. Damage photos(Alford) 000035 | | |
| 287 | 938. Damage photos(Alford) 000036 | | |
| 288 | 939. Damage photos(Alford) 000037 | | |
| 289 | 940. Damage photos(Alford) 000038 | | |
| 290 | 383. Expert property appraisals and reports and attachments of G&C Appraisals, for Alford | | |
| 291 | Google Map of Holiday Jewelers Store at 8400 W. Judge Perez Drive, Chalmette | | |
| 292 | 364. Contents Inventory for Holiday Jewelers, Glaser 000071-000072 | | |
| 293 | 297. Business Income Records for Holiday Jewelers, Glaser 000001-000044; | | |
| 294 | 432. Insurance Documents for Holiday Jewelers, Glaser 000066-000067 | | |
| 295 | | | |
| 296 | 690. Damage photos for Holiday Jewelers, Glaser 000045; | | |
| 297 | 691. Damage photos for Holiday Jewelers, Glaser 000046; | | |
| 298 | 692. Damage photos for Holiday Jewelers, Glaser 000047; | | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 299 | 693. Damage photos for Holiday Jewelers, Glaser 000048; | | |
| 300 | 694. Damage photos for Holiday Jewelers, Glaser 000049; | | |
| 301 | 695. Damage photos for Holiday Jewelers, Glaser 000050; | | |
| 302 | 696. Damage photos for Holiday Jewelers, Glaser 000051; | | |
| 303 | 697. Damage photos for Holiday Jewelers, Glaser 000052; | | |
| 304 | 698. Damage photos for Holiday Jewelers, Glaser 000053; | | |
| 305 | 699. Damage photos for Holiday Jewelers, Glaser 000054; | | |
| 306 | 700. Damage photos for Holiday Jewelers, Glaser 000055; | | |
| 307 | 701. Damage photos for Holiday Jewelers, Glaser 000056; | | |
| 308 | 702. Damage photos for Holiday Jewelers, Glaser 000057; | | |
| 309 | 703. Damage photos for Holiday Jewelers, Glaser 000058; | | |
| 310 | 704. Damage photos for Holiday Jewelers, Glaser 000059; | | |
| 311 | 705. Damage photos for Holiday Jewelers, Glaser 000060; | | |
| 312 | 706. Damage photos for Holiday Jewelers, Glaser 000061; | | |
| 313 | 707. Damage photos for Holiday Jewelers, Glaser 000062; | | |
| 314 | 708. Damage photos for Holiday Jewelers, Glaser 000063; | | |
| 315 | 709. Damage photos for Holiday Jewelers, Glaser 000064; | | |

34

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 316 | 383. Expert business loss evaluation report and attachments of John Theriot for Holiday Jewelers | | |
| 317 | Google Map of Richardson Residence at 1321 Egania Street, New Orleans | | |
| 318 | 330. Real Property Ownership Ownership Documents (Richardson) 000006-000010 | | |
| 319 | 331. Real Property Ownership Ownership Documents (Richardson) 000045-000049 | | |
| 320 | Marriage Certificate, Joseph Richardson, Sr. and Josephine Richardson, Richardson 000001 | | |
| 321 | Judgment of Possession, Succession of Joseph Richardson, Sr., Richardson 000006-000007 | | |
| 322 | Act of Sale of 1321 Egania to Joseph and Josephine Richardson, Richardson 000008-000010 | | |
| 323 | 914. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000011 – 000026 | | |
| 324 | 915. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000012; | | |
| 325 | 916. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000013; | | |
| 326 | 917. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000014; | | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 327 | 918. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000015; | | |
| 328 | 919. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000016; | | |
| 329 | 920. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000017; | | |
| 330 | 921. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000018; | | |
| 331 | 922. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000019; | | |
| 332 | 923. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000022; | | |
| 333 | 924. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000023; | | |
| 334 | 925. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000024; | | |
| 335 | 926. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000025; | | |
| 336 | 927. Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000026; | | |
| 337 | Invoices, Receipts, Reports reflecting repair/replacement of 1321 Egania structure and contents, Richardson 0000045- | | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| | 0000049, and 000056 – 000115 | | |
| 338 | 376. Home Inventory List, Richardson 000184 – 000211 | | |
| 339 | Certified Medical Records of DeKalb Medical Center, admission date of 9/27/05, 9/28/05, Richardson 000120 – 000170 | | |
| 340 | 429. Insurance Documents (Richardson) 000020; | | |
| 341 | 444. Death Certificate of Joseph Richardson, Sr. Documents (Richardson) 000021; | | |
| 342 | 445. Funeral and Burial Expenses of Joseph Richardson | Not identified. | |
| 343 | 383. Expert property appraisals and reports and attachments of G&C Appraisals, for Richardson | | |
| 344 | August 1, 2009 Report of Reda M. Bakeer, Ph.D., with appendices, for limited purposes of admissions, impeachment and rebuttal | | |
| 345 | September 10, 2009 Deposition of Reda M. Bakeer, Ph.D., with exhibits, for limited purposes of admissions, impeachment and rebuttal | | |
| 346 | Deposition of Rachel Barnett, with exhibits | Duplicate of Exhibit 359. | |
| 347 | August 1, 2009 Report of Robert M. Bea, Ph.D., with appendices, for limited purposes of admissions, impeachment and rebuttal | | |

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 348 | September 4, 2009 Supplemental Report of Robert M. Bea, Ph.D., with appendices, for limited purposes of admissions, impeachment and rebuttal | | |
| 349 | September 14, 2009 Deposition of Robert M. Bea, Ph.D., with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | | |
| 350 | All other reports, depositions, or trial testimony of Robert M. Bea, Ph.D., with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | Not identified. | |
| 351 | July 29, 2009 Report of Charles R. Cushing, Ph.D., with all appendices thereto, for limited purposes of admissions, impeachment and rebuttal | | |
| 352 | August 6, 2009 Deposition of Charles R. Cushing, Ph.D., with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | | |
| 353 | July 27, 2009 Report of Austin Dooley, with all appendices thereto, for limited purposes of admissions, impeachment and rebuttal | | |
| 354 | August 5, 2009 Deposition of Austin Dooley with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | | |
| 355 | May 12, 2009 Deposition of Richard J. Guidry with all exhibits thereto, if unavailable for trial | Objection to partial Murph transcript (see Exh. 264 above). | |
| 356 | September 24, 2009 Deposition of G. Paul Kemp with all exhibits thereto, for limited purposes of admissions, | | |

38

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
|  | impeachment and rebuttal |  |  |
| 357 | June 17, 2009 Rule 30(b)(6) Deposition of Lafarge through Arthur J. Guthrie with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal |  |  |
| 358 | November 30, 2006, Deposition of Richard Heck with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal |  |  |
| 359 | 25. January 26, 2007 Deposition of Rachel Burnett Mays' deposition, with exhibits; |  |  |
| 360 | October 11, 2006 Rule 30(b)(6) Deposition of Joseph C. Domino, Inc., through Gerald Thomas McNeill |  |  |
| 361 | Exhibits to October 11, 2006 Rule 30(b)(6) Deposition of Joseph C. Domino, Inc. through Gerald Thomas McNeill |  |  |
| 362 | October 26, 2006 Rule 30(b)(6) Deposition of Ingram Barge Co. through Daniel Paul Mecklenborg |  |  |
| 363 | Documents identified in the October 26, 2006 Rule 30(b)(6) Deposition of Ingram Barge Co. through Daniel Paul Mecklenborg |  |  |
| 364 | July 22, 2009 Deposition of Reed Mosher, Ph.D., with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | Objection to purported limitation. Deposition is admissible for all purposes if witness is unavailable for trial. |  |
| 365 | All other depositions or trial testimony of Reed Mosher, Ph.D., with all exhibits thereto, for limited purposes of admissions, | Not identified. |  |

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| | impeachment and rebuttal | | |
| 366 | September 3, 2009 Deposition of Wade Ragas with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | | |
| 367 | All other depositions or trial testimony of Wade Ragas, with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | Not identified. | |
| 368 | July 15, 2009 Deposition of Philip D. Skaer with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | | |
| 369 | September 26, 2009 Deposition of Joseph Suhayda, Ph.D., with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | | |
| 370 | All other depositions or trial testimony of Joseph Suhayda, Ph.D., with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | Not identified. | |
| 371 | November 10, 2006 Rule 30(b)(6) Deposition of Lafarge through Edward VanderMeulen with all exhibits thereto, for limited purposes of admissions, impeachment and rebuttal | | |
| 372 | 282. December 18, 2007 Deposition of William Villavasso | | |
| 373 | Exhibits 1-6, 8, and 10-11 to December 18, 2007 Deposition of William Villavasso | | |
| 374 | September 1, 2009 Deposition of William J. Weiss, Ph.D., for | | |

40

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
|  | limited purposes of admissions, impeachment and rebuttal |  |  |
| 375 | Centanni Investigative Agency Transcription of July 31, 2006<br><br>Recorded Telephone Conversation With Lower 9th Ward Resident Gertrude LeBlanc | F.R.E. 802.  Plaintiffs offer this out-of-court declaration for purpose of proving what is asserted.  Hearsay.<br><br>Witness is designated as rebuttal witness, so declaration not admissible in case-in-chief.<br><br>F.R.C.P. 16:  Document submitted after the close of fact discovery. |  |
| 376 | Centanni Investigative Agency Transcription of December 2, 2005<br><br>Recorded Telephone Conversation With Lower 9th Ward Resident Frazier Tompkins | F.R.E. 802:  Plaintiffs offer this out-of-court declaration for purpose of proving what is asserted.  Hearsay.<br><br>Witness is designated as rebuttal witness, so declaration not admissible in case-in-chief.<br><br>F.R.C.P. 16:  Document submitted after the close of fact discovery. |  |
| 377 | Depositions of any witness unavailable for trial by death or otherwise, with all exhibits thereto |  |  |
| 378 | July 21, 2009 Report of Robert D. Bartlett with attachments |  |  |
| 379 | March 16, 2009 Supplemental Report of Robert D. Bartlett |  |  |
| 380 | Exhibits to July 21, 2009 Deposition of Robert D. Bartlett |  |  |

41

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 381 | October 30, 2009 Declaration of Robert Bartlett | F.R.C.P. 16:  Document submitted after the close of fact discovery.  See motion in limine. | |
| 382 | June 24, 2009 Report of Peter L. Cannizzaro III with attachments | | |
| 383 | Exhibits to July 17, 2009 Deposition of Peter L. Cannizzaro III | | |
| 384 | August 10, 2006 Report of Hugh F. Fossier, Aurora Environmental, with attachments | | |
| 385 | Exhibits to July 30, 2009 Deposition of Hugh F. Fossier | | |
| 386 | Report of Commander Donald Green, U.S. Coast Guard (retired) | Not identified because date is not specified.  Mr. Green has submitted numerous reports in this case. | |
| 387 | Exhibits to June 25, 2009 Deposition of Commander Donald Green, U. S. Coast Guard (retired) | | |
| 388 | Photos in Exhibit G to June 25, 2009 Deposition of Commander Donald Green | | |
| 389 | October 29, 2009 Declaration of Commander Donald Green, U.S. Coast Guard (retired), with attachments | F.R.C.P. 16:  Document submitted after the close of fact discovery.  See motion in limine. | |
| 390 | Krietemeger, G., Captain, The Coast Guardsman's Manual, Naval Institute Press ((1991), pp. 258-59 | Not identified. | |
| 391 | Cutler, T., The Blue Jackets Manual, United States Navy | Not identified. | |

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| | (2002), Figure 19.7 and associated text | | |
| 392 | Dodge, D., Seamanship Fundamentals for the Deck Officer, Naval Institute Press (1981), p. 173 and Figure 6-4 | Not identified. | |
| 393 | Crenshaw, R. Naval Shiphandling, Naval Institute Press, p. 69 | Not identified. | |
| 394 | Clissold, P., Dictionary of Old Sea Terms | Not identified. | |
| 395 | Knight, A., Knight's Modem Seamanship (1941), p. 514 | Not identified. | |
| 396 | Marshall, R., Rough Weather Seamanship for Sail and Power (2006) | Not identified. | |
| 397 | July 1, 2009 Report of Gennaro Marino, Ph.D., P.E. | | |
| 398 | October 2009 Curriculum Vitae of Gennaro Marino, Ph.D., P.E. | | |
| 399 | Rule 26 Disclosures of Gennaro Marino, Ph.D., P.E. | | |
| 400 | Exhibits to August 7, 2009 Deposition of Gennaro Marino, Ph.D., P.E. | | |
| 401 | October 30, 2009 Declaration of Gennaro Marino, Ph.D., P.E., with attached exhibits including Figures 1 through 4 and Model of Barge Impacting Floodwall prepared by Dr. Issam Harik in his office | F.R.C.P. 16:  Document submitted after the close of fact discovery.  See motion in limine. | |
| 402 | June 29, 2009 Report of Hector Pazos, P.E., with appendices | | |
| 403 | Exhibits to July 20, 2009 Deposition of Hector Pazos, P.E. | | |

43

| Exhibit | Description | Objection? | Result |
|---------|-------------|------------|--------|
| 404 | November 1, 2009 Declaration of Hector Pazos, P.E., with attachments, except the expert report of R. Lee Wooten, which is excluded and references to it | F.R.C.P. 16:  Document submitted after the close of fact discovery.  See motion in limine.  If admitted, objection to the exception, as Mr. Pazos' declaration should be considered in its entirety.  Furthermore, Mr. Pazos relied upon Mr. Wooten's report in his earlier reports. | |
| 405 | 86. Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 1; | | |
| 406 | 87. Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 2 | | |
| 407 | 88. Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 3 | | |
| 408 | 89. Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 4 | | |
| 409 | 90. Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 5 | | |
| 410 | 91. Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 6 | | |
| 411 | 92. Kye Harbor Photo of ING 4727, Pazos Group 6, p. 2 | | |
| 412 | 93. Kye Harbor Photo of ING 4727, Pazos Group 6, p.3 | | |
| 413 | 94. Kye Harbor Photo of ING 4727, Pazos Group 6, p.4 | | |
| 414 | 95. Kye Harbor Photo of ING 4727, Pazos Group 6, p.5 | | |
| 415 | 96. Kye Harbor Photo of ING 4727, Pazos Group 6, p.6 | | |
| 416 | 97. Kye Harbor Photo of ING 4727, Pazos Group 6, p.7 | | |

LIBW/1730945.6

| Exhibit | Description | Objection? | Result |
|---|---|---|---|
| 417 | 98. Kye Harbor Photo of ING 4727, Pazos Group 7, p.1 | | |
| 418 | 99. Kye Harbor Photo of ING 4727, Pazos Group 7, p.2 | | |
| 419 | 100. Kye Harbor Photo of ING 4727, Pazos Group 7, p.3 | | |
| 420 | 101. Kye Harbor Photo of ING 4727, Pazos Group 7, p. 4 | | |
| 421 | June 30, 2009 Report of Melvin Spinks, P.E., with appendices | | |
| 422 | Sobek flood animation incorporating Barge plaintiffs' experts' inputs (All Causes only). Included in Spinks' Expert Report and attachments | Incomplete.  The All Causes scenario must be considered in light of other scenarios that Mr. Spinks analyzed. | |
| 423 | Exhibits to August 14, 2009 Deposition of Melvin Spinks, P.E., | | |
| 424 | October 28, 2009 Declaration of Melvin Spinks | F.R.C.P. 16:  Document submitted after the close of fact discovery.  See motion in limine. | |
| 425 | Nextel invoice of calls by Ed Busch | | |
| 426 | Any document listed by defendant | | |
| 427 | Any document necessary or permitted for purposes of impeachment | | |
| 428 | Any demonstrative exhibit to illustrate the testimony of any expert witness | | |

LIBW/1730945.6

Dated: March 4, 2010                     Respectfully submitted,

                                         Robert B. Fisher, Jr., T.A. (#5587)
                                         Derek A. Walker (#13175)
                                         **CHAFFE MCCALL, L.L.P.**
                                         2300 Energy Centre
                                         1100 Poydras Street
                                         New Orleans, LA 70163-2300
                                         Telephone:  (504) 585-7000
                                         Facsimile:  (504) 585-7075
                                         Fisher@chaffe.com
                                         Walker@chaffe.com

                                         /s/ John D. Aldock
                                         John D. Aldock
                                         Mark S. Raffman
                                         **GOODWIN PROCTER LLP**
                                         901 New York Avenue, N.W.
                                         Washington, DC 20001
                                         Telephone:  (202) 346-4240
                                         jaldock@goodwinprocter.com
                                         mraffman@goodwinprocter.com

                                         Daniel A. Webb (#13294)
                                         **SUTTERFIELD & WEBB, LLC**
                                         Poydras Center
                                         650 Poydras Street, Suite 2715
                                         New Orleans, LA 70130
                                         Telephone:  (504) 598-2715

                                         *Attorneys for Lafarge North America Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 4, 2010.

<u>/s/ John D. Aldock</u>