UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: MRGO    JUDGE DUVAL
MAG. WILKINSON

## ORDER

**IT IS ORDERED** that a hearing as a followup to the court's determination of Plaintiffs' Motion to Lift Stay, Record Doc. Nos. 19556 and 19638, will be conducted before me on **March 22, 2010 at 1:30 p.m.** Joseph M. Bruno, plaintiffs' liaison counsel, and moving plaintiffs' attorney, Daniel E. Becnel, Jr., must appear in person for the conference.

New Orleans, Louisiana, this 11th day of March, 2010.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD DUVAL, JR.