UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE<br>    Abadie, 06-5164 & 07-5112<br>        Claim of Sheryl McBride | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

The written materials that have been submitted by the parties in connection with the attorney's fee dispute arising from the settlement of the claims of Sheryl McBride against Louisiana Citizens Insurance Company are insufficient to determine the issue that has been referred to me.  It appears that an evidentiary hearing/trial or other proceedings may be necessary to resolve these issues.  Fed. R. Civ. P. 54(d).  Accordingly,

**IT IS ORDERED** that a conference will be conducted in this matter on **MARCH 22, 2010 at 2:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B421, New Orleans, Louisiana.  The purpose of the conference is to select pre-trial deadlines and trial/evidentiary hearing dates, if appropriate; to initiate examination by the court of its own subject matter jurisdiction over this claim, Fed. R. Civ. P. 12(h)(3); and to discuss the possibility of settlement.

Plaintiff Sheryl McBride and Joseph M. Bruno, plaintiffs' liaison counsel, must appear in person for the conference.

New Orleans, Louisiana, this **11th** day of March, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
STANWOOD R. DUVAL, JR.,
Attorney Joseph M. Bruno and
Sheryl McBride at mcbride8846@att.net