MINUTE ENTRY
WILKINSON, M.J.
MARCH 17, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>   Abadie  06-5164<br>   Abadie  07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

At the joint request of counsel, a telephone conference was conducted on this date. Participating were: Plaintiffs' counsel, Scott Joanen, and Chris Pellegrin, counsel for Louisiana Citizens Property Insurance Company.

**IT IS ORDERED** that a status conference in the referenced Abadie cases will be conducted before me on **APRIL 21, 2010 at 2:00 p.m.** The purpose of the conference is to discuss post-settlement administrative issues related to claims asserted by certain Abadie plaintiffs against Louisiana Citizens.

                                                      JOSEPH C. WILKINSON, JR.
                                                      UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR:  0 : 15