# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 16, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-31011,  In re: Katrina Canal Breaches, et al
        USDC No. 2:05-CV-4182
        USDC No. 2:05-CV-4181
        USDC No. 2:05-CV-4191
        USDC No. 2:05-CV-4568
        USDC No. 2:05-CV-5237
        USDC No. 2:05-CV-6073
        USDC No. 2:05-CV-6314
        USDC No. 2:05-CV-6324
        USDC No. 2:05-CV-6327
        USDC No. 2:05-CV-6359
        USDC No. 2:06-CV-0020
        USDC No. 2:06-CV-1885
        USDC No. 2:06-CV-225
        USDC No. 2:06-CV-886
        USDC No. 2:06-CV-11208
        USDC No. 2:06-CV-02278
        USDC No. 2:06-CV-02287
        USDC No. 2:06-CV-02346
        USDC No. 2:06-CV-02545
        USDC No. 2:06-CV-03529
        USDC No. 2:06-CV-04065
        USDC No. 2:06-CV-04389
        USDC No. 2:06-CV-04634
        USDC No. 2:06-CV-04931
        USDC No. 2:06-CV-05032
        USDC No. 2:06-CV-05042
        USDC No. 2:06-CV-05159
        USDC No. 2:06-CV-05163
        USDC No. 2:06-CV-05367
        USDC No. 2:06-CV-05471
        USDC No. 2:06-CV-05771
        USDC No. 2:06-CV-05786
        USDC No. 2:06-CV-05937
        USDC No. 2:06-CV-07682
        USDC No. 2:07-CV-00206
        USDC No. 2:07-CV-00647
        USDC No. 2:07-CV-00993
        USDC No. 2:07-CV-01284
        USDC No. 2:07-CV-01286
        USDC No. 2:07-CV-01228

USDC No. 2:07-CV-01289

Enclosed is a copy of the judgment issued as the mandate for the appeals of Ms. Shirley D. O'Dwyer and Harold J. Gagnet, Jr.

The appeal on behalf of Mr. Ashton R. O'Dwyer remains pending.

CHARLES R. FULBRUGE III, Clerk

By: Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc: (letter only)
Mr. Thomas P Anzelmo Sr.
Mr. Harold J Gagnet Jr.
Mr. Sessions Ault Hootsell III
Mr. Ralph S. Hubbard III
Mr. Ben Louis Mayeaux
Mr. Ashton R O'Dwyer Jr.
Ms. Shirley D O'Dwyer
Mr. Gary M Zwain

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 09-31011

In Re: Katrina Canal Breaches Litigation

-----------------------------------------------------------------

United States Court of Appeals
Fifth Circuit

**F I L E D**
March 16, 2010

Charles R. Fulbruge III
Clerk

ASHTON R. O'DWYER, JR.

    Plaintiff - Appellant

v.

BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT;
EAST JEFFERSON LEVEE DISTRICT; LAKE BORGNE LEVEE DISTRICT;
ST PAUL FIRE & MARINE INSURANCE CO,

    Defendants - Appellees

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeals of Ms. Shirley D. O'Dwyer and Mr. Harold J. Gagnet, Jr. are dismissed as of March 16, 2010, for want of prosecution. The appellants failed to timely pay docketing fees.

Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dawn D. Victoriano, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT