MINUTE ENTRY
WILKINSON, M.J.
MARCH 22, 2010

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
|     Abadie, 06-5164 & 07-5112 | MAG. WILKINSON |
|         Claim of Sheryl McBride | |

Pursuant to my previous order, Record Doc. No. 19660, a conference was conducted in this matter on this date. Participating were: Plaintiff Sheryl McBride and Joseph M. Bruno, plaintiffs' counsel. In light of the discussion on the record, Mr. Bruno orally moved to withdraw and dismiss without prejudice his "Motion to Enforce Contract and Award Attorney's Fees," Record Doc. No. 19605, which was previously referred to me for Findings and Recommendation. Record Doc. No. 19471. Ms. McBride stated that she had no objection. Following the conference, Mr. Bruno and Ms. McBride engaged in discussions and both subsequently advised my office via telephone that they have resolved the matter by agreement. Accordingly, **IT IS ORDERED** that the "Motion to Enforce . . ." is DISMISSED AS MOOT, and no Findings and Recommendation will be issued to the district judge.

CLERK TO NOTIFY:  
HON. STANWOOD R. DUVAL, JR.

JOSEPH C. WILKINSON, JR.  
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 30