UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION: 05-4182 JUDGE DUVAL MAG. WILKINSON |
| NO. 07-4944 (CINA) NO. 07-4945 (FERRARA) NO. 07-5396 (RADCLIFF) NO. 07-5397 (ALEMAN) | | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel,

**IT IS ORDERED** that James J. Young, IV (#25941) be and is hereby enrolled as additional counsel of record in these proceedings for Plaintiffs. David V. Batt will remain as lead and trial counsel for Plaintiffs.

New Orleans, Louisiana, this 25th day of March, 2010.

Stanwood R. Duval, Jr.
United States District Judge