UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>Pertains To: Forced Place Insurance<br>    Specific Case Nos. listed in Exhibit ~~A~~ B | Civil Action: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion to Dismiss without Prejudice:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the cases identified by number corresponding to that particular plaintiff identified in the attached "Exhibit B," be dismissed in its entirety, including the dismissal of all defendants identified in the caption of that particular case, without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 25th day of March, 2010.

_____
United States District Judge