| Case # | First Name | Last Name | Defendant /Insurer | Defendant /Mortgagor |
|---|---|---|---|---|
| 09-1609 | Percy | Kelson | Southwest Business Corportion | Litton Loan Servicing |
| 09-2561 | Consuella | Lee | Safeco Insurance Company | Option One |
| 09-2583 | Joseph | Thomas | Safeco Insurance Company | AMC Mortgage Services |
| 09-2587 | Joseph | Thomas | Safeco Insurance Company | Guaranty Savings & Home |
| 09-2596 | Mark | Hollander | Safeco Insurance Company | AMC Mortgage Services |
| 09-2616 | Mable | Temple | Safeco Insurance Company | Advanced Mortgage Co |
| 09-2618 | Jacquelyn | Ross | Safeco Insurance Company | N/A |
| 09-2619 | Juanita | Dyer | Safeco Insurance Company | AMC Mortgage Services |
| 09-2620 | Sylvia | Jones | Safeco Insurance Company | AMC Mortgage Services |
| 09-2621 | Angela | Irvin | Safeco Insurance Company | AMC Mortgage Services |
| 09-2623 | Tammie | Jones | Safeco Insurance Company | AMC Mortgage Services |
| 09-2625 | Gerald | Russell | Newport Insurance Company | Countrywide Home Loans |
| 09-2630 | Dianne | Butler | Newport Insurance Company | Countrywide Home Loans |
| 09-2654 | Pamela | Taylor | Southwest Business Corportion | Hibernia Bank |
| 09-2666 | Riley | Scott | Southwest Business Corportion | Litton Loan Servicing |
| 09-2667 | PAM | PUGH | Southwest Business Corportion | Standard Mortgage Co |
| 09-2677 | Anthony | Thomas | Safeco Insurance Company | Advanced Mortgage Co |
| 09-2678 | Gilda | Crawford | Safeco Insurance Company | AMC Mortgage Services |
| 09-2679 | Byron | Johnson | Safeco Insurance Company | Washington Mutual |
| 09-2680 | Janice | Garcia | Safeco Insurance Company | Iberia Bank |
| 09-2681 | John | Jackson | Safeco Insurance Company | Bank of New Orleans |
| 09-2682 | Cottie | Irving | Safeco Insurance Company | Regions Bank |
| 09-2684 | William | Curran | Safeco Insurance Company | Guaranty Savings & Home |
| 09-2685 | Daniel | Poulin | Safeco Insurance Company | AMC Mortgage Services |
| 09-2686 | Betty | Hamilton | Safeco Insurance Company | HSBC Mortgage |
| 09-2687 | Aaron | Smith | Safeco Insurance Company | Washington Mutual |
| 09-2688 | Carl | Severan | Safeco Insurance Company | HSBC Mortgage |
| 09-2689 | Ulyssis | Bently | Safeco Insurance Company | HSBC Mortgage |
| 09-2690 | Michelle | Bailey | Safeco Insurance Company | State Farm Acceptance |
| 09-2705 | Lorraine | Marshall | Newport Insurance Company | Countrywide Home Loans |
| 09-2709 | Joseph | Lane | Newport Insurance Company | Countrywide Home Loans |
| 09-2710 | Monique | Forest | Newport Insurance Company | Countrywide Home Loans |
| 09-2711 | Gayle | Williams | Newport Insurance Company | Countrywide Home Loans |
| 09-2712 | Carl | Severan | Newport Insurance Company | Countrywide Home Loans |
| 09-2713 | Angela | Erve-Forbes | Newport Insurance Company | Countrywide Home Loans |
| 09-2716 | Valjon | Lyons | Newport Insurance Company | Countrywide Home Loans |
| 09-2717 | Charlotte | Lewis | Newport Insurance Company | Countrywide Home Loans |
| 09-2719 | Dana | Clark | Newport Insurance Company | Countrywide Home Loans |
| 09-2720 | Henry | Louis | Meritplan Insurance Company | Countrywide Home Loans |
| 09-2723 | Keith | Gonzales | Newport Insurance Company | Countrywide Home Loans |
| 09-2724 | DAVE | RICHARDSON | Newport Insurance Company | Countrywide Home Loans |



EXHIBIT B