THE LAW OFFICE OF



APLC

FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

*PRACTICE RESTRICTED
TO U.S. FEDERAL COURTS

March 23, 2010

**VIA ELECTRONIC TRANSMISSION**
Honorable Judge Stanwood R. Duval Jr.
US District Court - Eastern District of LA
500 Camp Street, Room C368
New Orleans, LA 70130

        **RE:** USDC, EDLA, Case No. 05-4182, "K" (2)
             Pertains to: *Forced Place Insurance*

Your Honor,

    By way of this letter and in response to Court's request please find the attached amended "Exhibit A". Also is our attached motion to dismiss along with its "Exhibit B" identifying those parties which will be dismissed this afternoon. Finally please note the Forced placed defendant's letter regarding the amended exhibit A.

    If you have any further questions, please feel free to contact our office at (504)525-1335.

        With kindest regards, I remain.

                Very truly yours,

                The Law Office of Joseph M. Bruno

                Joseph M. Bruno

JMB
Enclosure