| Case # | First | Last | Defendant /Insurer | Defendant /Mortgagor | Borrower Has Ability to Recover Excess | Policy Language States | Limits Cov A | Limits Cov B | Limits Cov C | Limits Cov D | Prior Pay A | Prior Pay B | Prior Pay C | Prior Pay D | Bruno Supplement | Supplement Paid to Mtg. Co. | Mtg. Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-1600 | John | Johnson Jr | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 88,000.00 | $ 8,800.00 | $ - | $ - | $61,301.39 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-1604 | Dianne | Butler | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 85,000.00 | $ 8,500.00 | $ - | $ - | $ 8,000.00 | $ - | $ - | $ - | $ - | $ - | YES |
| 09-1610 | Matthew | Williams | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 75,613.00 | $ 7,561.00 | $ - | $ - | $ 1,798.24 | $ - | $ - | $ - | $ - | $ 49,507.68 | YES |
| 09-1611 | Michelle | Johnson | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 87,000.00 | $ 8,700.00 | $ - | $ - | $ 9,932.00 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-1612 | Shirley Mae | Gaines | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 11,475.00 | $ 1,148.00 | $ - | $ - | $ 2,594.72 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-1614 | Iolanda | Johnson | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 82,273.00 | $ 8,227.00 | $ - | $ - | $31,000.00 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-1615 | Alice | Wroten | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 83,200.00 | $ 8,320.00 | $ - | $ - | $ 9,364.00 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2559 | Dwayne | Edwards | Southwest Business Corportion | Litton Loan Servicing | No | Excess funds are due to the Lender where there is not a named additional insured | $ 88,285.00 | $ 8,828.00 | $ - | $ 8,828.00 | $ 9,532.86 | $2,640.24 | $ - | $ - | $ - | $ - | Unknown |
| 09-2560 | Joan | Hyde | Southwest Business Corportion | Litton Loan Servicing | No | Excess funds are due to the Lender where there is not a named additional insured | $ 38,952.00 | $ 3,895.00 | $ - | $ 3,895.00 | $ 3,822.22 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2562 | Monica | Jones | Safeco Insurance Company | Regions Bank | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $131,456.00 | $ 13,145.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2563 | Lee | Ausama | Safeco Insurance Company | Regions Bank | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $104,244.00 | $ 10,424.40 | $ - | $ - | $16,740.44 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2564 | Lordell | Shearod | Safeco Insurance Company | Regions Bank | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 74,400.00 | $ 7,440.00 | $ - | $ - | $ 3,100.00 | $ - | $ - | $ - | $ - | $ - | NO |


EXHIBIT A

| Case # | First | Last | Defendant /Insurer | Defendant /Mortgagor | Borrower Has Ability to Recover Excess | Policy Language States | Limits Cov A | Limits Cov B | Limits Cov C | Limits Cov D | Prior Pay A | Prior Pay B | Prior Pay C | Prior Pay D | Bruno Supplement | Supplement Paid to Mtg. Co. | Mtg. Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-2565 | Henry | Youngblood | Safeco Insurance Company | Regions Bank | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 86,995.00 | $ 8,695.50 | $ - | $ - | $ 8,309.93 | $4,522.57 | $ - | $ - | $ - | $ - | NO |
| 09-2566 | Twanda | Coleman | Safeco Insurance Company | Option One | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $100,000.00 | $10,000.00 | $ - | $ - | $17,642.58 | $6,427.32 | $ - | $ - | $ - | $ - | Unknown |
| 09-2567 | Bernadette | Butler | Safeco Insurance Company | Regions Bank | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 54,738.00 | $ 5,474.00 | $ - | $ - | $ 7,142.47 | $1,089.45 | $ - | $ - | $ - | $ - | Unknown |
| 09-2568 | Lillie | Jefferson | Safeco Insurance Company | Guaranty Savings & Home | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 40,000.00 | $ 4,000.00 | $20,000.00 | $ 8,000.00 | $ 6,177.04 | $ - | $ - | $ - | $ - | $ - | YES |
| 09-2569 | Theresa | Ross | Safeco Insurance Company | Fidelity Homestead | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 85,000.00 | $ 8,500.00 | $ - | $ - | $ 7,082.52 | $ - | $ - | $ - | $ 750.57 | $ - | YES |
| 09-2570 | Lester | Gaines | Safeco Insurance Company | Colonial Mortgage & Loan | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 25,000.00 | $ 2,500.00 | $ - | $ - | $ 1,036.95 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2571 | Lester | Gaines | Safeco Insurance Company | Colonial Mortgage & Loan | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 25,000.00 | $ 2,500.00 | $ - | $ - | $ 3,101.61 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2572 | Ida | Smith | Safeco Insurance Company | AMC Mortgage Services | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 53,196.00 | $ 5,320.00 | $ - | $ - | $33,789.30 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2573 | Odelia | Condiff | Safeco Insurance Company | AMC Mortgage Services | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $102,300.00 | $10,230.00 | $ - | $ - | $ 5,501.34 | $1,821.62 | $ - | $ - | $ - | $ - | YES |
| 09-2574 | Tyrone | Jones | Lloyds of London | Novastar Mortgage Inc | Unknown | Policy Language is ambiguous | $129,700.00 | $12,970.00 | $ - | $ - | $ 2,000.00 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2575 | Jerry | Darby | Lloyds of London | Novastar Mortgage Inc | Unknown | Policy Language is ambiguous | $100,000.00 | $10,000.00 | $ - | $ - | $22,000.00 | $ - | $ - | $ - | $ - | $ - | YES |
| 09-2582 | Angela | Chalk | Meritplan Insurance Company | Saxon Mortgage | No | Excess funds due to the Lender | $ 41,033.00 | $ 4,103.00 | $ - | $ - | $ 3,936.66 | $ - | $ - | $ - | $ - | $ - | YES |

| Case # | First | Last | Defendant /Insurer | Defendant /Mortgagor | Borrower Has Ability to Recover Excess | Policy Language States | Limits Cov A | Limits Cov B | Limits Cov C | Limits Cov D | Prior Pay A | Prior Pay B | Prior Pay C | Prior Pay D | Bruno Supplement | Supplement Paid to Mtg. Co. | Mtg. Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-2584 | Oliver | White | Safeco Insurance Company | AMC Mortgage Services | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | Unknown | Unknown | $ - | $ - | $ 2,596.18 | $ 117.87 | $ - | $ - | $ 9,934.34 | $ - | NO |
| 09-2585 | Gustavis | Biagas | Safeco Insurance Company | AMC Mortgage Services | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $152,427.00 | $ 15,243.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2586 | Celeste | Ovide | Safeco Insurance Company | Advanced Mortgage Co | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 40,000.00 | $ 4,000.00 | $ - | $ - | $ 9,300.00 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2588 | Francisco | Blanco | Safeco Insurance Company | Advanced Mortgage Co | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 60,000.00 | $ 6,000.00 | $30,000.00 | $12,000.00 | $ 7,842.38 | $ - | $ - | $ - | $ - | $ 11,599.96 | Unknown |
| 09-2589 | Isadore | Willis | Safeco Insurance Company | Advanced Mortgage Co | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 40,000.00 | $ 4,000.00 | $20,000.00 | $ 8,000.00 | $ 8,436.00 | $ - | $ - | $ - | $ 6,664.08 | $ - | Unknown |
| 09-2593 | Chiquetter | Clayton | Southwest Business Corportion | Litton Loan Servicing | No | Excess funds are due to the Lender where there is not a named additional insured | $ 51,315.00 | $ 5,131.00 | $ - | $ 5,131.00 | $ 1,383.14 | $ - | $ - | $2,737.25 | $ - | $ - | YES |
| 09-2594 | Henry | Williams | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $ 85,342.00 | $ 8,534.00 | $42,671.00 | $ 8,534.00 | $15,052.50 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2595 | Darren | Miller | Safeco Insurance Company | AMC Mortgage Services | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 80,500.00 | $ 8,050.00 | $ - | $ - | $10,025.59 | $2,474.63 | $ - | $ - | $ - | $ - | Unknown |
| 09-2597 | Eddie | Smith | Safeco Insurance Company | Guaranty Savings & Hom | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 29,600.00 | $ 2,960.00 | $ - | $ - | $ 8,030.21 | $ - | $ - | $ - | $ - | $ - | YES |
| 09-2598 | Kevin | Fabre | Safeco Insurance Company | Advanced Mortgage Co | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 30,000.00 | $ 3,000.00 | $ - | $ - | $ 5,133.94 | $1,471.96 | $ - | $ - | $ - | $ - | NO |
| 09-2599 | Karen | Harris | Safeco Insurance Company | State Farm Acceptance | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 20,000.00 | $ 2,000.00 | $ - | $ - | $ 4,113.37 | $2,000.00 | $ - | $ - | $ - | $ - | NO |
| 09-2600 | Betty | Price | Safeco Insurance Company | Regions Bank | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 34,614.00 | $ 3,461.00 | $ - | $ - | $ 6,600.08 | $ - | $ - | $ - | $ - | $ - | YES |

| Case # | First | Last | Defendant /Insurer | Defendant /Mortgagor | Borrower Has Ability to Recover Excess | Policy Language States | Limits Cov A | Limits Cov B | Limits Cov C | Limits Cov D | Prior Pay A | Prior Pay B | Prior Pay C | Prior Pay D | Bruno Supplement | Supplement Paid to Mtg. Co. | Mtg. Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-2607 | David | Perkins | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 42,954.00 | $ 4,295.40 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2615 | Frank | Davis | Southwest Business Corportion | Hibernia Bank | No | Excess funds are due to the Lender where there is not a named additional insured | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ - | $ - | $ - | $ - | Unknown |
| 09-2617 | Brenda | Singleton | Safeco Insurance Company | HSBC Mortgage | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 60,000.00 | $ 6,000.00 | $ - | $ - | $ 9,000.00 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2622 | Brenda | Singleton | Safeco Insurance Company | HSBC Mortgage | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ - | $ - | $ - | $ - | Unknown |
| 09-2640 | ROBERT | BOOTH | Newport Insurance Company | Flagstar | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ - | $ - | $ - | $ - | Unknown |
| 09-2642 | Wanda | Shedd-Burge | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 34,827.00 | $ 3,483.00 | $ - | $ - | $ 550.07 | $ - | $ - | $ - | $ - | $ - | YES |
| 09-2644 | Carol | Nelson | Safeco Insurance Company | State Farm Acceptance | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 7,000.00 | $ 700.00 | $ - | $ - | $ 4,375.63 | $ 264.49 | $ - | $ - | $ - | $ - | Unknown |
| 09-2645 | Roslyn | Flot | Safeco Insurance Company | Regions Bank | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 92,000.00 | $ 9,200.00 | $ - | $ - | $18,611.65 | $ 213.01 | $ - | $ - | $ - | $ - | YES |
| 09-2646 | Tina | Ball | Safeco Insurance Company | HSBC Mortgage | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $132,909.00 | $ 13,291.00 | $ - | $ - | $13,054.71 | $ - | $ - | $ - | $ 12,254.17 | $ - | YES |
| 09-2647 | Ronald | Rollins | Safeco Insurance Company | AMC Mortgage Services | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $384,443.00 | $ 38,444.30 | $ - | $ - | $19,318.33 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2648 | Jeorme | Devezin | Safeco Insurance Company | Regions Bank | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 36,828.00 | $ 3,682.80 | $ - | $ - | $ 909.16 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2649 | Louella | Parnell | Safeco Insurance Company | HSBC Mortgage | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $ 67,000.00 | $ 6,700.00 | $ - | $ - | $10,085.46 | $ - | $ - | $ - | $ - | $ - | YES |

| Case # | First | Last | Defendant /Insurer | Defendant /Mortgagor | Borrower Has Ability to Recover Excess | Policy Language States | Limits Cov A | Limits Cov B | Limits Cov C | Limits Cov D | Prior Pay A | Prior Pay B | Prior Pay C | Prior Pay D | Bruno Supplement | Supplement Paid to Mtg. Co. | Mtg. Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-2650 | Larry | Posey | Safeco Insurance Company | Colonial Mortgage & Loan | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $60,000.00 | $6,000.00 | $30,000.00 | $12,000.00 | $15,488.02 | $6,000.00 | $- | $- | $- | $- | YES |
| 09-2651 | Sherrel | Harris | Safeco Insurance Company | AMC Mortgage Services | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $90,000.00 | $9,000.00 | $- | $- | $10,836.82 | $- | $- | $- | $- | $- | YES |
| 09-2652 | Madiere | Moore | Safeco Insurance Company | Regions Bank | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $69,564.00 | $6,956.40 | $- | $- | $5,435.80 | $- | $- | $- | $- | $- | Unknown |
| 09-2653 | Isaac | Miller | Safeco Insurance Company | Regions Bank | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $105,062.00 | $10,506.20 | $- | $- | $6,656.82 | $- | $- | $- | $- | $- | YES |
| 09-2655 | Emile | Armstrong | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $77,944.00 | $7,794.00 | $38,972.00 | $7,794.00 | $11,919.35 | $6,648.95 | $- | $- | $- | $- | YES |
| 09-2656 | Stacey | Davis | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $70,000.00 | $7,000.00 | $32,000.00 | $22,500.00 | $15,778.99 | $- | $- | $- | $- | $- | YES |
| 09-2657 | PATRICIA | NOEL | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $69,564.00 | $6,956.00 | $34,782.00 | $6,956.00 | $28,528.99 | $3,078.85 | $- | $- | $- | $- | YES |
| 09-2658 | DEANNE | MARSHALL | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $60,954.00 | $6,095.00 | $30,477.00 | $6,095.00 | $3,800.00 | $- | $- | $- | $- | $- | Unknown |
| 09-2659 | Laura | Waguespack | Southwest Business Corportion | Litton Loan Servicing | No | Excess funds are due to the Lender where there is not a named additional insured | $157,696.00 | $15,769.00 | $- | $15,769.00 | $38,087.54 | $- | $- | $- | $- | $- | NO |
| 09-2660 | Dorothy | Waker | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $54,000.00 | $5,400.00 | $27,000.00 | $5,400.00 | $6,157.00 | $- | $- | $- | $- | $- | Unknown |
| 09-2661 | Clarence | Hunter | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $107,813.00 | $10,781.00 | $53,906.00 | $10,781.00 | $6,423.63 | $- | $- | $- | $- | $- | YES |
| 09-2662 | Oliver | Comeaux | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $88,592.00 | $8,859.00 | $44,296.00 | $8,859.00 | $18,708.16 | $- | $- | $- | $- | $- | YES |

| Case # | First | Last | Defendant /Insurer | Defendant /Mortgagor | Borrower Has Ability to Recover Excess | Policy Language States | Limits Cov A | Limits Cov B | Limits Cov C | Limits Cov D | Prior Pay A | Prior Pay B | Prior Pay C | Prior Pay D | Bruno Supplement | Supplement Paid to Mtg. Co. | Mtg. Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-2663 | Georgine | Washington | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $80,000.00 | $8,000.00 | $ - | $8,000.00 | $15,436.46 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2664 | Mary | Bush | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $105,389.00 | $10,538.00 | $52,694.00 | $10,538.00 | $16,795.00 | $1,673.88 | $ - | $ - | $ - | $ - | Unknown |
| 09-2665 | Barbara | Simpson | Southwest Business Corportion | Litton Loan Servicing | No | Excess funds are due to the Lender where there is not a named additional insured | $36,820.00 | $3,682.00 | $ - | $3,682.00 | $17,014.50 | $ - | $ - | $2,500.00 | $ - | $ - | YES |
| 09-2668 | Cora | Finnie | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $24,415.00 | $2,441.00 | $12,207.00 | $2,441.00 | $237.69 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2683 | Dan | Miller | Safeco Insurance Company | HSBC Mortgage | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $76,725.00 | $7,672.50 | $ - | $ - | $3,638.23 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2691 | Shakir | Hameed | Safeco Insurance Company | Advanced Mortgage Co | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $25,000.00 | $2,500.00 | $ - | $ - | $6,354.99 | $1,661.74 | $ - | $ - | $ - | $ - | Unknown |
| 09-2692 | Jeanetta | Burton | Safeco Insurance Company | Advanced Mortgage Co | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $40,000.00 | $4,000.00 | $ - | $ - | $7,008.20 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2693 | Pamela | Finney | Safeco Insurance Company | AMC Mortgage Services | Yes | Any amounts payable in excess of the Lender's interest will be paid to the borrower | $55,000.00 | $5,000.00 | $ - | $ - | $14,802.47 | $225.12 | $ - | $ - | $ - | $ - | Unknown |
| 09-2694 | Rockial | Riley | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $55,242.00 | $5,524.00 | $27,621.00 | $5,524.00 | $ - | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2695 | Belinda | Chism | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $100,000.00 | $10,000.00 | $50,000.00 | $10,000.00 | $7,311.85 | $790.90 | $ - | $ - | $ - | $11,060.99 | NO |
| 09-2696 | Owanda | Campbell | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $83,465.00 | $8,346.00 | $41,732.00 | $8,346.00 | $2,263.93 | $1,242.92 | $ - | $ - | $ - | $ - | Unknown |
| 09-2697 | Unel | Mitchell | Southwest Business Corportion | Standard Mortgage Co | No | Excess funds are due to the Lender where there is not a named additional insured | $55,192.00 | $5,519.00 | $27,596.00 | $5,519.00 | $466.59 | $5,519.00 | $ - | $ - | $ - | $ - | YES |

| Case # | First | Last | Defendant /Insurer | Defendant /Mortgagor | Borrower Has Ability to Recover Excess | Policy Language States | Limits Cov A | Limits Cov B | Limits Cov C | Limits Cov D | Prior Pay A | Prior Pay B | Prior Pay C | Prior Pay D | Bruno Supplement | Supplement Paid to Mtg. Co. | Mtg. Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-2702 | Sheila | Franklin | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ - | $ - | $ - | $ - | Unknown |
| 09-2703 | James | Allen | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 51,668.00 | $ 5,169.00 | $ - | $ - | $ 5,888.00 | $ - | $ - | $ - | $ - | $ - | NO |
| 09-2706 | Barbara | Wilson | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 59,000.00 | $ 5,900.00 | $ - | $ - | $ 6,862.00 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2729 | Jean | West | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 77,390.00 | $ - | $ - | $ - | $ 8,768.44 | $ - | $ - | $ - | $ - | $ - | Unknown |
| 09-2730 | James | Hardy | Newport Insurance Company | Countrywide Home Loans | Yes | All funds due after the Mortgage is paid are payable jointly to the Lender and Borrower | $ 78,604.00 | $ 7,860.00 | $ - | $ - | Unknown | Unknown | $ - | $ - | $ - | $ - | NO |