

# GORDON ARATA
MCCOLLAM DUPLANTIS
& EAGAN LLP

Wendy Hickok Robinson
(504) 569-1651
whrobinson@gordonarata.com

201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111 · Fax (504) 582-1121
www.gordonarata.com

March 23, 2010

Ref: 4177-24744

Joseph M. Bruno, Esq.
Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, LA 70113

Re: *In Re Katrina Canal Breaches Consolidated Litigation*, Case No. 05-4182
Pertains to Force-Placed Insurers

Dear Joe,

Counsel for defendants have reviewed your revised Exhibits A and B that you plan to submit to the Court today. We understand that the information summarized in Exhibit A is the best information you have available at this time. Defendants have attempted to verify that information when possible and provide you with some corrections. There is a great deal of information that we have not been able to verify, however. Specifically, we cannot confirm that your information about coverage limits or amounts previously paid under any of the policies at issue is correct. We also cannot verify whether or not mortgages are paid off. We do not oppose you submitting the spreadsheets to the Court at this time, with this reservation. We will continue to review our files and provide you additional information as it is available.

Best wishes,

Wendy Hickok Robinson

WHR/sm

Enc.

1117973_1

NEW ORLEANS • LAFAYETTE • BATON ROUGE • HOUSTON
ATTORNEYS AT LAW