**McGLINCHEY STAFFORD** PLLC

ATTORNEYS AT LAW

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

STEPHEN W. RIDER
(504) 596-2798
Fax (504) 596-2800
srider@mcglinchey.com

March 23, 2010

Jason Crews
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

RE: In re: Katrina Canal Breaches Consolidated Litigation,
Civil Action No. 05-4182, "K" (2) U.S.D.C., E.D. La.
Pertains to: Insurance/Forced Place

Dear Jason:

We have reviewed the charts you sent over to us on March 16, 2010, and the updated version of those charts sent to us on the evening of March 22, 2010. The charts include clients of yours, whose claims are subject to the pending Rule 12 joint motion to dismiss filed by several defendant insurance companies.

For many of the claimants on your charts, our clients have information that is different from the information that appears on your charts, as to the amount of policy limits and the prior amounts paid by the insurer.

We also offer other comments about your charts. First, the subject Newport Insurance Company and Meritplan Insurance Company lender-placed insurance policies do not provide coverages C (personal property) or D (ALE). Meritplan and Newport also have not contacted the respective mortgage lenders for the persons on your chart to try to determine the current mortgage balances for each of their mortgage loans.

In any event, this factual information is not relevant to the purely legal issues raised by the defendants' pending Rule 12 motion to dismiss.

Sincerely,

Stephen W. Rider

SWR/mvg
cc:   Dan Plunket
      Joe Bruno
865214.1