UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

As permitted in my previous orders, Record Doc. Nos. 19638, 19665 and 19674, Matthew Moreland of Becnel Law Firm, LLC, retrieved a single compact disc from my office on March 25, 2010 at 12:50 p.m. and executed the attached acknowledgment of obligation concerning the court's protective orders that apply to the provision of this information.

New Orleans, Louisiana, this 25th day of March, 2010.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

## ACKNOWLEDGMENT OF OBLIGATION

I, the undersigned, hereby acknowledge that I have read the Master Protective Order, as amended, entered in the United States District Court for the Eastern District of Louisiana in the consolidated lawsuits styled In re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182, Section "K"(2). See Record Doc. Nos. 6053 at p.16; 5393 and 7634. I understand the terms of the Master Protective Order and agree to be bound by all the terms thereof. Without limiting the generality of the foregoing statement, I agree not to disclose any document or information designated as CONFIDENTIAL INFORMATION or PARTY SENSITIVE CONFIDENTIAL INFORMATION pursuant to the terms of the court Master Protective Order (or any copies, extracts, summaries, or information otherwise derived therefrom) to any person or entity not authorized under the Master Protective Order to receive such information. I further agree to use any CONFIDENTIAL INFORMATION or PARTY SENSITIVE CONFIDENTIAL INFORMATION disclosed to me in connection with the lawsuit in which the CONFIDENTIAL INFORMATION or PARTY SENSITIVE CONFIDENTIAL INFORMATION was produced solely for the purposes of the lawsuit(s) listed below by their U.S.D.C./E.D.La. Civil Action Number and for no other purposes. I further acknowledge and agree that the terms of the Master Protective Order are enforceable against me by any party to the above referenced consolidated litigation both during and after the conclusion of the lawsuit. I further agree and submit to the jurisdiction of, and consent to the enforcement of the terms of the Master Protective Order in, the United States District Court for the Eastern District of Louisiana.

Date: 3/25/10         Signature: _____

                      Print Name: Matthew B. Moreland

List of Lawsuits:

05-4182 "K"(2) MRGO Umbrella