## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NO. 05-4182 "K" (2)
JUDGE DUVAL
MAG. WILKINSON

PERTAINS TO: *BellSouth v. United States* (08-5024)

## MOTION TO WITHDRAW

The undersigned respectfully moves this Court to withdraw Kelly P. Dunbar as counsel

for BellSouth Telecommunications, Inc., BellSouth Advertising & Publishing Corporation,

BellSouth Long Distance, Inc., Campanile Assurance Line Limited, New Cingular Wireless

PCS, LLC, Acadiana Cellular General Partnership, Houma-Thibodaux Cellular Partnership,

Lafayette MSA Limited Partnership, Louisiana RSA No. 7, and Louisiana RSA No. 8 ("AT&T

Entities') in the above-referenced action due to his departure from the law firm Kellogg, Huber,

Hansen, Todd, Evans & Figel, P.L.L.C. All other counsel listed in the record of the law firm

Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. will continue to represent the AT&T

Entities in this matter.

Respectfully submitted,

MICHAEL K. KELLOGG (Admitted Pro Hac Vice)
SCOTT H. ANGSTREICH (Admitted Pro Hac Vice)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
(202) 326-7999 (facsimile)

R. PATRICK VANCE, T.A. (LA BAR 13008)
EDWARD H. BERGIN (LA BAR 2992)
MARK A. MINTZ (LA BAR 31878)
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
(504) 582-8000
(504) 582-8011 (facsimile)
E-mail: pvance@joneswalker.com
        nbergin@joneswalker.com
        mmintz@joneswalker.com

{N2129929.1}

JAVIER AGUILAR (TX BAR 00936300)
AT&T SERVICES, INC.
208 South Akard Street, # 3115
Dallas, Texas 75202
(214) 757-3377

MARK F. MCINTOSH (MS BAR 2646)
AT&T SOUTHEAST
675 West Peachtree Street, N.W., Suite 4300
Atlanta, Georgia 30375-0001
(404) 927-2870

*Counsel for the AT&T Entities*

March 23, 2010

## **CERTIFICATE OF SERVICE**

I, Mark A. Mintz hereby certify that, on March 23, 2010, I served a true and correct copy

of the Motion to Withdraw upon all counsel of record by ECF or first-class mail.

_____

Mark A. Mintz