UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: *BellSouth v. United States* (08-5024) | |

### ORDER ON MOTION TO WITHDRAW

**CONSIDERING** the foregoing Motion to Withdraw,

**IT IS HEREBY ORDERED** that Kelly P. Dunbar be and the same hereby is withdrawn as counsel of record for BellSouth Telecommunications, Inc., BellSouth Advertising & Publishing Corporation, BellSouth Long Distance, Inc., Campanile Assurance Line Limited, New Cingular Wireless PCS, LLC, Acadiana Cellular General Partnership, Houma-Thibodaux Cellular Partnership, Lafayette MSA Limited Partnership, Louisiana RSA No. 7, and Louisiana RSA No. 8 ("AT&T Entities').

New Orleans, Louisiana, this _____ day of March, 2010.

 

_____
JUDGE, UNITED STATES DISTRICT COURT

{N2129929.1}