UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO: 05-4182 |
| PERTAINS TO: DREDGING ROYAL & SUN ALLIANCE INSURANCE COMPANY CA 06-10796 | SECTION: "K"(2) |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that this action is moot,

IT IS ORDERED that this action is hereby **DISMISSED as MOOT** by virtue of the Fifth Circuit affirmative of the dismissal of the dredging cases.

New Orleans, Louisiana, this   31st   day of March, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE