UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
05-4182; 06-5116; 06-5127; 07-4391, 07-4551, 07-4552,
07-4553, 07-4554, 07-4556, 07-4557, 07-4558, 07-4559,
07-4560, 07-4561, 07-4563, 07-4568, 07-4775,
07-494407-4948, 07-4949, 07-4950, 07-4951, 07-4952,
07-4953, 07-4954, 07-4955, 07-4956, 07-4957, 07-4958,
07-4959, 07-4960, 07-4961, 07-4962, 07-4963, 07-4964,
07-4966, 07-4967, 07-4968, 07-4970, 07-4971, 07-4972,
07-4973, 07-4974, 07-4975, 07-4976, 07-4977, 07-4978,
07-4979, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985,
07-4992, 07-4993, 07-4994, 07-4995, 074996, 07-4997,
07-4998, 07-4999, 07-5000, 07-5001, 07-5002, 07-5003,
07-5004, 07-5005, 07-5006, 07-5008, 07-5009, 07-5010,
07-5012, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019,
07-5067, 07-5148, 07-5150, 07-5155, 07-5184, 07-5185,
07-5186, 07-5187, 07-5193, 07-5286, 07-5314, 07-5315,
07-5316, 07-5317, 07-5318, 07-5319, 07-5321, 07-5323,
07-5324, 07-5325, 07-5326, 07-5328, 07-5329, 07-5330,
07-5331, 07-5332, 07-5333, 07-5334, 07-5338, 07-5339,
07-5340, 07-5341, 07-5342, 07-5345, 07-5346, 07-5347,
07-5348, 07-5349, 07-5352, 07-5353, 07-5354, 07-5355,
07-5356, 07-5357, 07-5358, 07-5359, 07-5360, 07-5361,
07-5362, 07-5363, 07-5364, 07-5365, 07-5367, 07-5368,
07-5369, 07-5370, 07-5371, 07-5372, 07-5373, 07-5374,
07-5375, 07-5376, 07-5377, 07-5378, 07-5396, 07-5494,
07-5495, 07-5496, 07-8970

**ORDER**

Considering the foregoing and noting that no opposition was filed to this motion,

1

IT IS ORDERED that the Motion for Entry of a Final Judgment Under Federal Rule of Civil Procedure 54(b) filed by defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), is hereby GRANTED, as the Court finds that there is no just reason for delaying certification of: (1) its Order granting National Union's Motion to Dismiss as to Policy 625-29-23 (Rec. Doc. 14631); (2) its Order granting National Union's MSJ (Rec. Doc. 18951); and (3) its Order granting National Union's Motion for Clarification (Rec. Doc. 19560) as final and appealable.

IT IS FURTHER ORDERED that National Union shall present a final judgment in accordance with this order for the Court's signature no later than April 12, 2010.

New Orleans, Louisiana, this 5th day of _____April_____, 2010.

_____
JUDGE