UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NO. 05-4182 "K" (2)
JUDGE DUVAL
MAG. WILKINSON

PERTAINS TO: *BellSouth v. United States* (08-5024)

### ORDER ON MOTION TO WITHDRAW

**CONSIDERING** the foregoing Motion to Withdraw,

**IT IS HEREBY ORDERED** that Kelly P. Dunbar be and the same hereby is withdrawn as counsel of record for BellSouth Telecommunications, Inc., BellSouth Advertising & Publishing Corporation, BellSouth Long Distance, Inc., Campanile Assurance Line Limited, New Cingular Wireless PCS, LLC, Acadiana Cellular General Partnership, Houma-Thibodaux Cellular Partnership, Lafayette MSA Limited Partnership, Louisiana RSA No. 7, and Louisiana RSA No. 8 ("AT&T Entities').

New Orleans, Louisiana, this __5th__ day of ~~March~~ April, 2010.

_____
Stanwood R. Duval, Jr.
United States District Judge

{N2129929.1}