UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * CIVIL ACTION * * NO. 05-4182 * and consolidated cases |
| PERTAINS TO: ALL BARGE | * * SECTION "K" (2) * * * JUDGE * STANWOOD R. DUVAL, JR. * * MAGISTRATE * JOSEPH C. WILKINSON, JR. |

## [Proposed] ORDER GRANTING JOINT MOTION TO LODGE REVISED EXHIBIT LISTS

Having considered the parties' Joint Motion to Lodge Revised Exhibit Lists, the Court hereby orders that the motion is **GRANTED.**

The parties' revised exhibit lists (Exhibits A and B) are accepted for filing. All objections to individual exhibit entries, including as to timeliness, are preserved.

New Orleans, Louisiana, this 6th day of April, 2010

_____
Stanwood R. Duval, Jr.
United States District Judge

LIBW/1727863.2