UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>05-4182; 06-5116; 06-5127; 07-4391, 07-4551, 07-4552,<br>07-4553, 07-4554, 07-4556, 07-4557, 07-4558, 07-4559,<br>07-4560, 07-4561, 07-4563, 07-4568, 07-4775,<br>07-494407-4948, 07-4949, 07-4950, 07-4951, 07-4952,<br>07-4953, 07-4954, 07-4955, 07-4956, 07-4957, 07-4958,<br>07-4959, 07-4960, 07-4961, 07-4962, 07-4963, 07-4964,<br>07-4966, 07-4967, 07-4968, 07-4970, 07-4971, 07-4972,<br>07-4973, 07-4974, 07-4975, 07-4976, 07-4977, 07-4978,<br>07-4979, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985,<br>07-4992, 07-4993, 07-4994, 07-4995, 074996, 07-4997,<br>07-4998, 07-4999, 07-5000, 07-5001, 07-5002, 07-5003,<br>07-5004, 07-5005, 07-5006, 07-5008, 07-5009, 07-5010,<br>07-5012, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019,<br>07-5067, 07-5148, 07-5150, 07-5155, 07-5184, 07-5185,<br>07-5186, 07-5187, 07-5193, 07-5286, 07-5314, 07-5315,<br>07-5316, 07-5317, 07-5318, 07-5319, 07-5321, 07-5323,<br>07-5324, 07-5325, 07-5326, 07-5328, 07-5329, 07-5330,<br>07-5331, 07-5332, 07-5333, 07-5334, 07-5338, 07-5339,<br>07-5340, 07-5341, 07-5342, 07-5345, 07-5346, 07-5347,<br>07-5348, 07-5349, 07-5352, 07-5353, 07-5354, 07-5355,<br>07-5356, 07-5357, 07-5358, 07-5359, 07-5360, 07-5361,<br>07-5362, 07-5363, 07-5364, 07-5365, 07-5367, 07-5368,<br>07-5369, 07-5370, 07-5371, 07-5372, 07-5373, 07-5374,<br>07-5375, 07-5376, 07-5377, 07-5378, 07-5396, 07-5494,<br>07-5495, 07-5496, 07-8970<br>_____ | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## **JUDGMENT**

The Court has granted National Union Fire Insurance Company of Pittsburgh, Pa.'s ("National Union") motion for FRCP 54(b) certification (see Court's Order, Rec. Doc. 19704) and

1

has found that there is no just reason to delay the entry of a final judgment relating to this Court's: (1) Order granting National Union's Motion to Dismiss as to Policy 625-29-23 (Rec. Doc. 14631); (2) Order granting National Union's Motion for Summary Judgment (Rec. Doc. 18951); and (3) Order granting National Union's Motion for Clarification (Rec. Doc. 19560).

Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that judgment herein in favor of National Union and against the plaintiffs of the above-captioned matters is expressly declared a final judgment and National Union is hereby dismissed from the above-captioned matters with full prejudice.

New Orleans, Louisiana, this 7th day of April, 2010.

_____
Stanwood R. Duval, Jr.
United States District Judge