# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | **CIVIL ACTION** |
| | * * | NO. 05-4182 and consolidated cases |
| **PERTAINS TO: ALL BARGE** | * * * * | SECTION "K" (2) |
| | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Lafarge North America, Inc.'s Motion to for Leave to File Reply Memorandum in Support of Motion *in Limine* to Exclude Plaintiffs' Exhibits 375 and 376 (Interview Transcripts),

**IT IS ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the reply memorandum attached to LNA's motion is accepted for filing in the docket of this action.

New Orleans, Louisiana, this ___9th___ day of April, 2010.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

LIBW/1734503.1