## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * | |
| *Weber v. Lafarge*    08-4459 | * * * | MAG. JOSEPH C. WILKINSON, JR. |

## NOTICE OF MANUAL ATTACHMENT

**NOW COME** Barge Plaintiffs, through undersigned counsel, who submit herewith on a compact disc copies of Lafarge North America's trial exhibits subject of the Barge Plaintiff's objections. Due to their voluminous nature, attachments to expert reports which Plaintiffs contend to be inadmissible due to the effect of the Court's Case Management Orders are omitted, however the reports themselves are provided. This does not constitute waiver of the objections, which are based upon the prohibitions of the Case Management Orders against admissibility of draft reports.

Dated: April 12, 2010

                                         Respectfully submitted,

                                         *s/Brian A. Gilbert* (21297)
                                         Law Office of Brian A. Gilbert, P.L.C.
                                         (Of Counsel to Best Koeppel Traylor)
                                         2030 St. Charles Avenue

New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
e-mail: bgilbert@briangilbertlaw.com

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lwiedemann@gmail.com;
karlwied@bellsouth.net

Patrick J. Sanders (18741)
Patrick J. Sanders, APLLC
3123 Ridgelake Drive, Suite B
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
David W. Drucker (N.Y.S.B.A. #1981562)
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279-0003
Telephone: (212) 608-4400
Facsimile: (212) 227-5159
e-mail: lwilson@wgdnlaw1.com

Laurence E. Best (3012)
Peter S. Koeppel (1465)
Best Koeppel Traylor
2030 St. Charles Avenue
New Orleans, Louisiana 70130

Telephone: (504) 598-1000
Facsimile: (504) 524-1024
Email: lebest@bestkoeppel.com;
peterklaw@aol.com

Shawn Khorrami (CA SBN #14011)
Dylan Pollard (CA SBN # 180306)
Matt C. Bailey (CA SBN #218685)
Khorrami, Pollard & Abir, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com;
   Dpollard@kpalawyers.com;
   Mbailey@kpalawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 12th day of April 2010.

\s\*Brian A. Gilbert*