UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05:4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| PERE MARQUETTE HOTEL | * | |
| PARTNERS, L.L.C. (09-5921) | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans and requests an Order substituting Oscar M. Gwin, IV (La. Bar No. 29233) of the law firm of Christovich & Kearney, L.L.P. as counsel of record in place of Charlotte J. Sawyer who is no longer with the firm.

Respectfully submitted,

/s/ Charles M. Lanier, Jr.
_____
**CHARLES M. LANIER, JR.- #18299, T.A.**
**J. WARREN GARDNER, JR. #5928**
**KEVIN R. TULLY - #1627**
**CHRISTOVICH & KEARNEY, LLP**
Pan American Life Center, Suite 2300
601 Poydras Street
New Orleans, LA  70130-6078
Telephone: (504) 561-5700
Fax: (504) 561-5743

1

                    **GEORGE R. SIMNO III - #12271**
                    **GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana  70165
Telephone: (504) 585-2242
Facsimile: (504) 585-2426

Attorneys for Sewerage and Water Board of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that on the 12thd day of April, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

                    /s/ Charles M. Lanier, Jr.
                    **CHARLES M. LANIER, JR.**