# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05:4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| PERE MARQUETTE HOTEL | * | |
| PARTNERS, L.L.C. (09-5921) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter having come before the Court on the Defendant Sewerage and Water Board of New Orleans' Motion to Substitute Counsel:

IT IS ORDERED that Oscar M. Gwin IV of the law firm of Christovich & Kearney, L.L.P be substituted as counsel of record for the Sewerage and Water Board of New Orleans in place of Charlotte J. Sawyer.

_____
**JUDGE**

1