UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | NO. 05:4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| _____ * | | |
| * | | MAG. WILKINSON |
| PERTAINS TO: * | | |
| PERE MARQUETTE HOTEL * | | |
| PARTNERS, L.L.C. (09-5921) * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This matter having come before the Court on the Defendant Sewerage and Water Board of New Orleans' Motion to Substitute Counsel:

IT IS ORDERED that Oscar M. Gwin IV of the law firm of Christovich & Kearney, L.L.P be substituted as counsel of record for the Sewerage and Water Board of New Orleans in place of Charlotte J. Sawyer.

New Orleans, Louisiana, this 13th day of April, 2010.

_____
Stanwood R. Duval, Jr.
United States District Judge

1