UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERGY NEW ORLEANS, INC. <br> ENTERGY LOUISIANA, L. L. C. <br> ENTERGY SERVICES, INC., <br> ENTERGY CORPORATION, AND <br> HARTFORD STEAM BOILER INSPECTION <br> AND INSURANCE COMPANY | CIVIL ACTION NO.: 2:10-CV-00077 <br><br> SECTION: K (5) <br><br> MAGISTRATE: |

VERSUS

THE UNITED STATES OF AMERICA

AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

Before me, the undersigned Notary Public, personally came and appeared

Farahana Burke

who, upon being duly sworn by me, did state as follows:

1. I am over the age of 21 years, am not related to any of the parties in this litigation, am legal assistant to Brian L. Guillot, counsel of record for plaintiffs, Entergy New Orleans, Inc, Entergy Louisiana, L. L. C., Entergy Services, Inc. and Entergy Corporation and make the statements below from my personal knowledge.

2. On January 19, 2010, I caused to be deposited in the United States mail via certified mail with proper postage affixed one envelope in which was enclosed (a) a court stamped copy of the complaint (Docket No. 1 of the case record); and (b) a Summons issued by this court for the Attorney General of the United States to answer the complaint of the civil

action listed above. This envelope was marked as Certified Mail No. 7009 2820 0002 8821 5097, Return Receipt Requested and was addressed as follows:

>   Attorney General of the United States
>   U. S. Department of Justice
>   950 Pennsylvania Avenue, NW
>   Washington, DC 20530-0001

3. On February 12, 2010, I caused to be deposited in the United States mail via certified mail with proper postage affixed one envelope in which was enclosed (a) a court stamped copy of the complaint (Docket No. 1 of the case record); and (b) a Summons issued by this court for the United States of America c/o Jim Letten U. S. Attorney to answer the complaint of the civil action listed above. This envelope was marked as Certified Mail No. 7009 2820 0002 8814 2263, Return Receipt Requested and was addressed as follows:

>   United States of America
>   c/o Jim Letten
>   U. S. Attorney, Eastern District of Louisiana
>   500 Poydras Street, Room B-210
>   New Orleans, Louisiana 70130

4. On February 12, 2010, I caused to be deposited in the United States mail via certified mail with proper postage affixed one envelope in which was enclosed (a) a court stamped copy of the complaint (Docket No. 1 of the case record); and (b) a Summons issued by this court for the Army Corps of Engineers to answer the complaint of the civil action listed above. This envelope was marked as Certified Mail No. 7009 2820 0002 8814 2270, Return Receipt Requested and was addressed as follows:

>   U. S. Army Corps of Engineers
>   Headquarters
>   441 G. Street, NW
>   Washington, DC 20314

1111969-1

5. Attached as Exhibit 1 to this affidavit is a Summons acknowledging my service to the U. S. Department of Justice via certified mail.

6. Attached as Exhibit 2 to this affidavit is a copy of the Receipt and Domestic Return Receipt for Certified Mail No. 7009 2820 0002 8821 5097 showing that proper delivery was made to the U. S. Department of Justice.

7. Attached as Exhibit 3 to this affidavit is a Summons acknowledging my service to the United States of America c/o Jim Letten U. S. Attorney via certified mail.

7. Attached as Exhibit 4 to this affidavit is a copy of the Receipt and Domestic Return Receipt for Certified Mail No. 7009 2820 0002 8814 2263 showing that proper delivery was made to the United State of America c/o Jim Letten U. S. Attorney.

8. Attached as Exhibit 5 to this affidavit is a Summons acknowledging my service to the U. S. Army Corps of Engineers via certified mail.

9. Attached as Exhibit 6 to this affidavit is a copy of the Receipt and U. S. Postal Service Track/Confirm Intranet Item Inquiry for Certified Mail No. 7009 2820 0002 8814 2270 showing that proper delivery was made to the U. S. Army Corps of Engineers.

_____
Farahana Burke

Signed and sworn to before me, Notary, this 22th day of March, 2010.

_____
Notary Public

My Commission expires

BRIAN L. GUILLOT
NOTARY PUBLIC
PARISH OF ORLEANS, STATE OF LA.
MY COMMISSION IS ISSUED FOR LIFE.
LA BAR ROLL NO. 31759

1111969-1