AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Entergy New Orleans, Inc., Entergy Louisiana L.L.C., Entergy Services, Inc., Entergy Corporation, and Hartford Steam Boiler Inspection and Insurance Company )
*Plaintiff* )
v. ) Civil Action No. 10-77 "N" (3)
The United States of America )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Ewell E. Eagan Jr. | Marcus V. Brown | Elisa T. Gilbert | Ernest Svenson |
|---|---|---|---|
| Wendy Hickok Robinson | Entergy Services, Inc. | Brendan R. O'Brien | Svenson Law Firm |
| Brian L. Guillot | 639 Loyola Ave., Ste 2600 | The Gilbert Law Firm | 432 Henry Clay Ave |
| Gordon, Arata, McCollam, | N.O., La. 70113 | 325 East 57th Street | N. O., La 70118 |
| Duplantis & Eagan, L.L.P. | | New York, N.Y. 10118 | |
| 201 St. Charles Ave., 40th Floor | | | |
| N.O., La. 70130 | | | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Cherie Bourgeois*
Deputy clerk's signature

Date: Jan 14 2010


EXHIBIT 1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Via certified mail to Attorney General of the United States. See Affidavit of Service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-26-2010

*Farahana Burke*
Server's signature

Farahana Burke
Printed name and title

201 St. Charles Ave, 40th Floor
Server's address

Additional information regarding attempted service, etc: New Orleans, LA. 70170