AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Entergy New Orleans, Inc., Entergy Louisiana L.L.C., Entergy Services, Inc., Entergy Corporation, and Hartford Steam Boiler Inspection and Insurance Company

*Plaintiff*

v.

The United States of America

*Defendant*

Civil Action No. 10-77 "N" (3)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
c/o Jim Letten
U.S. Attorney, Eastern District of Louisiana
500 Poydras Street, Room B-210
New Orleans, Louisiana 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ewell E. Eagan Jr.         Marcus V. Brown          Elisa T. Gilbert        Ernest Svenson
Wendy Hickok Robinson      Entergy Services, Inc.   Brendan R. O'Brien      Svenson Law Firm
Brian L. Guillot           639 Loyola Ave., Ste 2600 The Gilbert Law Firm   432 Henry Clay Ave
Gordon, Arata, McCollam,   N.O., La. 70113          325 East 57th Street    N. O., La 70118
Duplantis & Eagan, L.L.P.                           New York, N.Y. 10118
201 St. Charles Ave., 40th Floor
N.O., La. 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Loretta G. Whyte
Name of clerk of court

Date: __Jan 14 2010__

*Cherie Bourgeois*
Deputy clerk's signature

EXHIBIT
3

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Via certified mail to United States of America c/o Jim Letten U.S. Attorney. See Affidavit of Service

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-17-2010

*Server's signature:* Farahana Burke

*Printed name and title:* Farahana Burke

*Server's address:* 201 St. Charles Ave, 40th Floor
New Orleans, La. 70170

Additional information regarding attempted service, etc: