

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | ¢ |

Postmark Here

MGWS NEW ORLEANS LA 701
FEB 12 2010
USPS · 01961610

2673-25437

Sent To
UNITED STATES OF AMERICA
C/O JIM LETTEN
U. S. ATTORNEY, EDLA
Street, Apt. No.; or PO Box No.
500 POYDRAS STREET, ROOM B-210
City, State, ZIP+4
NEW ORLEANS, LOUISIANA 70130

7009 2820 0002 8814 2263

PS Form 3800, Au...

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES OF AMERICA
C/O JIM LETTEN
U. S. ATTORNEY, EDLA
500 POYDRAS STREET, ROOM B-210
NEW ORLEANS, LOUISIANA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
Preston Megwin                      2/17/00

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7009 2820 0002 8814 2263

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



EXHIBIT
4