

# Track/Confirm - Intranet Item Inquiry
## Item Number: 7009 2820 0002 8814 2270

**This item was delivered on 02/22/2010 at 07:25**



Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

[Explanation of Quick and Extensive Searches]

Submit

Version 1.0



Sent To: U. S. ARMY CORPS OF ENGINEERS HEADQUARTERS
441 G. STREET, NW
WASHINGTON, DC 20314

2673-25437

EXHIBIT 6