## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION

                                          NO. 05-4182

PERTAINS TO:        BARGE                         SECTION "K"(2)


*Mumford*      C.A. No. 05-5724      *as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY*

*Benoit*       C.A. No. 06-7516      *as to claims of plaintiffs John Alford and Jerry Alford - ONLY*


### ORDER

    **IT IS ORDERED** that a telephone status conference will be held on **Wednesday**,

**April 21, 2010 at 3:00 p.m**. (CST).  The Court will initiate the call.

    New Orleans, Louisiana, this 20th day of April, 2010.


_____

        **STANWOOD R. DUVAL, JR.**
      **UNITED STATES DISTRICT JUDGE**