IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERGY NEW ORLEANS, INC., ENTERGY LOUISIANA, L.L.C., ENTERGY SERVICES, INC., ENTERGY CORPORATION, AND HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY<br> Plaintiffs | * * * * * * * * | CIVIL ACTION NO. 2:10-cv-77<br><br>JUDGE:<br><br><br>SECTION: |
| VS. | * * | |
| THE UNITED STATES OF AMERICA<br> Defendant | * * | <br>MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO INTERVENE

NOW INTO COURT, through undersigned counsel, come THE LOUISIANA PUBLIC SERVICE COMMISSION ("the Commission" or "the LPSC"), who hereby submits this Motion to Intervene in the above-captioned proceeding in accordance with Rule 24 of the Federal Rules of Civil Procedure. In support of this motion, the Commission respectfully represents as follows:

1.

The Commission is constitutionally-created commission within the executive branch of the Louisiana State Government.

2.

Article IV, Section 21 of the Louisiana Constitution of 1974 vests the Commission with plenary regulatory authority over common carriers and public utilities, and provides to the

Commission "such other regulatory authority as provided by law."

3.

In accordance with this grant of authority, Louisiana Revised Statute 45:1163(A) further compels the Commission to exercise all necessary power and authority to fix and regulate the rates charged or to be charged by certain electric public utilities (namely, those defined by Revised Statute 45:121).

4.

Entergy New Orleans, Inc., Entergy Louisiana, L.L.C. ("ELL"), Entergy Services, Inc., Entergy Corporation, and Hartford Steam Boiler Inspection and Insurance Company (collectively, "plaintiffs") initiated this proceeding by filing a complaint against the United States of America for damages sustained during and immediately following Hurricane Katrina, and allegedly caused by the United States Army Corps of Engineers through the faulty design, construction and maintenance of the Mississippi River Gulf Outlet, the Inner Harbor Navigational Canal, the Gulf Intracoastal Waterway, the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project, and other structures.

5.

In Commission Order Number U-29203-B, dated August 21, 2007 ("the Order"), the Commission authorized plaintiff ELL to recover $545 million from ELL's LPSC-jurisdictional customers to cover the cost of damage caused by Hurricanes Katrina and Rita.

6.

The Order further established a storm reserve in the amount of $152 million to fund recovery of costs from future storms for plaintiff ELL.

7.

Plaintiff ELL's storm damage and storm reserve amounts were financed through the issuance of storm recovery bonds (securitized) pursuant to the provisions of the Louisiana Electric Utility Storm Recovery Securitization Act, codified at Louisiana Revised Statutes 45:1226-1236, and by Commission Financing Order No. U-29203-D (issued on August 15, 2007).

8.

In authorizing plaintiff ELL's recovery of storm damage and storm reserve amounts, the Commission specifically ordered that all future recoveries of storm costs or storm-related benefits be credited to ELL's customers in their entirety outside of plaintiff ELL's Formula Rate Plan Sharing mechanism, or any other sharing mechanism that may subsequently be adopted over the life of the securitization payments.

9.

As the plaintiff ELL is subject to the Commission's jurisdiction and regulations, and is specifically subject to Commission Orders regarding the recovery of costs for damages resulting from Hurricane Katrina, the outcome of these proceedings could impact the ratepayers whom the Commission is constitutionally-charged with representing. Therefore, the Commission has a direct and justifiable interest in the outcome of these proceedings, and no other party can

adequately represent its interest.

10.

Accordingly, the Commission, on behalf of itself and of the plaintiff ELL's customers, seeks to intervene and participate in this docket as a party, including but not limited to, participating in settlement conferences, filing briefs, cross-examining witnesses, propounding discovery requests, and receiving copies of any and all filings.

WHEREFORE, the Louisiana Public Service Commission prays that this Honorable Court grant the instant Motion to Intervene, grant the Commission full intervener status with the right to fully participate in the instant proceedings, and include the Commission with notice of all notices, filings, pleadings, recommendations and orders.

    Respectfully submitted,

    *s/Dennis Weber*
    **DENNIS C. WEBER**
    GENERAL COUNSEL
    Louisiana Public Service Commission
    Bar Roll Number:
    602 North Fifth Street, Galvez Building
    12th Floor
    Baton Rouge, Louisiana 70802
    Telephone Number: (225) 342-9888
    Facsimile Number: (225) 342-5610
    E-mail: dennis.weber@la.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2010, a copy of the foregoing Motion to Intervene was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*s/Dennis Weber*
**DENNIS C. WEBER**
GENERAL COUNSEL
Louisiana Public Service Commission
Bar Roll Number:
602 North Fifth Street, Galvez Building
12th Floor
Baton Rouge, Louisiana 70802
Telephone Number: (225) 342-9888
Facsimile Number: (225) 342-5610
E-mail: dennis.weber@la.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERGY NEW ORLEANS, INC., ENTERGY LOUISIANA, L.L.C., ENTERGY SERVICES, INC., ENTERGY CORPORATION, AND HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY<br>    Plaintiffs<br><br>VS.<br><br>THE UNITED STATES OF AMERICA<br>    Defendant | * * * * * * * * * * * * | CIVIL ACTION NO. 2:10-cv-77<br><br>JUDGE:<br><br><br>SECTION:<br><br><br><br>MAGISTRATE: |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

CERTIFICATE OF COUNSEL FOR MOVING PARTY

In compliance with local rule LR7.6E, the below signed attorney contacted all parties in this matter. The United States Department of Justice, through its attorney, Mr. Robin Smith, P.O. Box 888 Benjamin Franklin Station, Washington D. C. 20044, **refused to consent** to the Louisiana Public Service Commission intervening in this complaint.

It is therefore necessary for the Court to set a date and time for a hearing on the Motion to Intervene.

                                                                                    *s/Dennis Weber*
                                                         **DENNIS C. WEBER**
                                                         GENERAL COUNSEL
                                                         Louisiana Public Service Commission
                                                         Bar Roll Number:
                                                         602 North Fifth Street, Galvez Building
                                                         12th Floor
                                                         Baton Rouge, Louisiana 70802
                                                         Telephone Number: (225) 342-9888
                                                         Facsimile Number: (225) 342-5610
                                                         E-mail: dennis.weber@la.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERGY NEW ORLEANS, INC., ENTERGY LOUISIANA, L.L.C., ENTERGY SERVICES, INC., ENTERGY CORPORATION, AND HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY<br>    Plaintiffs | * * * * * * * | CIVIL ACTION NO. 2:10-cv-77<br><br>JUDGE: |
| VS. | * * * | SECTION: |
| THE UNITED STATES OF AMERICA<br>    Defendant | * * | MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

THE FOREGOING PREMISES CONSIDERED:

IT IS ORDERED that the United States of America show cause if any they can, on the _____ day of _____ at _____ o'clock AM/PM why the Louisiana Public Service Commission should not be permitted to intervene in this action.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT