| | | |
|---|---|---|
| C. GORDON JOHNSON, JR.<br>JAMES S. THOMPSON<br>MICHAEL K. FITZPATRICK<br>RALPH R. ALEXIS, III<br>ADRIANNE L. BAUMGARTNER<br>JAMES R. CARTER<br>GLENN B. ADAMS<br>WM. RYAN ACOMB<br>FRED M. TROWBRIDGE, JR.<br>WILLIAM C. LOZES<br>PATRICK D. DeROUEN<br>CHARLES L. CHASSAIGNAC, IV<br>MICHAEL G. GEE<br>DAN RICHARD DORSEY<br>JAMES R. NIESET, JR.<br>JAMES E. JOHNSON<br>CHAUNTIS T. JENKINS<br>KATHLEEN E. SIMON | **PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**<br>343 THIRD STREET, SUITE 202<br>BATON ROUGE, LOUISIANA 70801-1309<br>TELEPHONE 225-383-8900<br>FACSIMILE 225-383-7900<br><br>WWW.PHJLAW.COM<br><br>704 CARONDELET STREET<br>NEW ORLEANS, LOUISIANA 70130<br>TELEPHONE 504-581-3838<br>FACSIMILE 504-581-4069<br><br>408 N. COLUMBIA STREET<br>COVINGTON, LOUISIANA 70433-2920<br>TELEPHONE 985-893-4790<br>FACSIMILE 985-893-1392<br><br>211 WEST FIFTH STREET<br>THIBODAUX, LOUISIANA 70301-3199<br>TELEPHONE 985-446-8451<br>FACSIMILE 985-447-3004 | WILLIAM A. PORTEOUS, JR. (1899-1969)<br>F. CARTER JOHNSON, JR. (1905-1964)<br>JOHN J. HAINKEL, JR. (1938-2005)<br>WILLIAM A. PORTEOUS, III (1937-2006)<br><br>NANCY L. CROMARTIE<br>PATRICIA P. BARATTINI<br>LAURIE L. DeARMOND<br>NICHOLAS C. GRISTINA<br>BRYAN J. HAYDEL, JR.<br>MICHAEL W. COLLINS<br>ASHLEY G. SIMONEAUX<br>EMILY S. MORRISON<br>MICHELE L. TROWBRIDGE<br>MICHAEL J. MADERE<br>RALPH J. AUCOIN, JR.<br>CLAIBORNE W. BROWN<br>DENIA D. SYLVE<br>MATTHEW L. MANN<br>DARRIN M. O'CONNOR |
| EMAIL ADDRESS OF WRITER<br>rkudijaroff@phjlaw.com<br><br>DIRECT DIAL OF WRITER:<br>(225) 336-8926 | | OF COUNSEL:<br><br>CHAD J. PRIMEAUX<br>ELEANOR W. WALL<br>JULIANNE T. ECHOLS<br>JESSE WALES*<br>CAROLINE D. BARKERDING<br><br>*Licensed in OR & CA only |

January 7, 2009

PLEASE REPLY TO:
**BATON ROUGE**

Mr. Kevin Klibert.
BECNEL LAW FIRM, LLC
106 West Seventh Street
Post Office Drawer H
Reserve, LA 70084

      Re:    Numerous Settlement Packages (see list below)
              Our File No.: 895.694 (Alexander)

Dear Kevin:

    I am enclosing numerous settlement packages in connection with the Bailey and Alexander matters. Please have your clients execute the releases (in triplicate), have Mr. Becnel sign the dismissals, and return all documents to me immediately.

    Thank you, and in the meantime, if you have any questions or concerns in this regard, please do not hesitate to contact me.

                                Sincerely,

                                REGINA L. KUDIJAROFF
                                Paralegal to Charles L. Chassaignac, IV

Enclosures

1/8/2009



DEFENDANT'S EXHIBIT A

Mr. Klibert
December 31, 2008
Page 2

_____

### List of Settlement Packages Included:

[redacted]

Easter and Billy Foxworth

[redacted]

Please sign acknowledging receipt of the above-referenced settlement packages.

_____  _____
Signature                    Date

Case 2:05-cv-04182-SRD-JCW    Document 19746-2    Filed 04/29/10    Page 3 of 4



