UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| _____ | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Alexander, No. 07-4538) | * | |

## NOTICE OF HEARING

TO:   Plaintiffs, Easter and Billy Joe Foxworth
      By and through attorney of record
      Kevin Klibert/Daniel Becnel
      BECNEL LAWFIRM
      106 West Seventh Street; Post Office Drawer H
      Reserve, Louisiana 70084

**PLEASE TAKE NOTICE** that counsel for Defendant, State Farm Fire and Casualty Company, will bring for hearing the attached Motion to Enforce Settlement Agreement before Judge Stanwood R. Duval, Jr., United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on **May 26, 2010 at 9:30 a.m.**, or as soon thereafter as counsel may be heard.

1

Foxworth

Respectfully submitted,

/s/ Charles L. Chassaignac, IV
**CHARLES L. CHASSAIGNAC, IV (#20746)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA  70801
Telephone:  (225) 383-8900
Facsimile: (225) 383-7900
Email: cchassaignac@phjlaw.com
**Attorney for State Farm Fire and Casualty Company**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 29th day of April, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

/s/ Charles L. Chassaignac, IV
CHARLES L. CHASSAIGNAC, IV