UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Alexander, No. 07-4538) | * | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), who moves this Honorable Court to issue an order directing Plaintiff, Ronald Schurr, to execute the release document and Joint Motion and Order of Dismissal provided him, and return the same to State Farm, in conformity with the parties' settlement agreement.

As more fully set forth in the attached Memorandum in Support, the parties confirmed their settlement agreement in the above captioned and entitled matter twenty-one (21) months ago, and Plaintiff accepted State Farm's settlement check and settlement documents in connection therewith, on January 8, 2009. As of this date, Plaintiff has failed to execute and return the provided release document and Joint Motion and Order of Dismissal to State Farm. Counsel for State Farm has contacted Plaintiff's counsel on numerous occasions in an effort to resolve the matter, to no avail.

Therefore, State Farm moves this Honorable Court to issue an order compelling Plaintiff to execute and return the provided release document and Joint Motion and Order of Dismissal to

1

Schurr

Defendant within an expeditious timeframe. State Farm also prays Plaintiff be assessed Defendant's costs and fees in connection with bringing this Motion.

                Respectfully submitted,

**/s/ Charles L. Chassaignac, IV**
**CHARLES L. CHASSAIGNAC, IV (#20746)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA 70801
Telephone: (225) 383-8900
Facsimile: (225) 383-7900
Email: cchassaignac@phjlaw.com
**Attorney for State Farm Fire and Casualty Company**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 29th day of April, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

                /s/ Charles L. Chassaignac, IV
                CHARLES L. CHASSAIGNAC, IV.

Schurr