PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DeROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WWW.PHJLAW.COM

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
MICHAEL J. MADERE
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE
MATTHEW L. MANN
DARRIN M. O'CONNOR

OF COUNSEL:

CHAD J. PRIMEAUX
ELEANOR W. WALL
JULIANNE T. ECHOLS
JESSE WALES*
CAROLINE D. BARKERDING

*Licensed in OR & CA only

EMAIL ADDRESS OF WRITER
rkudijaroff@phjlaw.com

DIRECT DIAL OF WRITER:
(225) 336-8926

PLEASE REPLY TO:
BATON ROUGE

January 7, 2009

Mr. Kevin Klibert.
BECNEL LAW FIRM, LLC
106 West Seventh Street
Post Office Drawer H
Reserve, LA 70084

Re:     Numerous Settlement Packages (see list below)
        Our File No.: 895.694 (Alexander)

Dear Kevin:

I am enclosing numerous settlement packages in connection with the Bailey and Alexander matters. Please have your clients execute the releases (in triplicate), have Mr. Becnel sign the dismissals, and return all documents to me immediately.

Thank you, and in the meantime, if you have any questions or concerns in this regard, please do not hesitate to contact me.

Sincerely,

REGINA L. KUDIJAROFF
Paralegal to Charles L. Chassaignac, IV

Enclosures

1/8/2009

DEFENDANT'S EXHIBIT A

PENGAD 800-631-6989

Mr. Klibert
December 31, 2008
Page 2

_List of Settlement Packages Included:_



Ronald Schurr

Please sign acknowledging receipt of the above-referenced settlement packages.

_____          _____
Signature                                        Date





