## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| _____ | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Alexander, No. 07-4538) | * | |

## NOTICE OF HEARING

TO:    Plaintiff, Ronlad Schurr
       By and through attorney of record
       Kevin Klibert/Daniel Becnel
       BECNEL LAWFIRM
       106 West Seventh Street; Post Office Drawer H
       Reserve, Louisiana  70084


**PLEASE TAKE NOTICE** that counsel for Defendant, State Farm Fire and Casualty

Company, will bring for hearing the attached Motion to Enforce Settlement Agreement before

Judge Stanwood R. Duval, Jr., United States Courthouse, 500 Camp Street, New Orleans,

Louisiana 70130, on **May 26, 2010 at 9:30 a.m.**, or as soon thereafter as counsel may be heard.

1

Schurr

2

Respectfully submitted,


**/s/ Charles L. Chassaignac, IV**
**CHARLES L. CHASSAIGNAC, IV (#20746)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA  70801
Telephone:  (225) 383-8900
Facsimile: (225) 383-7900
Email: cchassaignac@phjlaw.com
**Attorney for State Farm Fire and Casualty**
**Company**


## CERTIFICATE OF SERVICE

I do hereby certify that on the 29th day of April, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.


/s/ Charles L. Chassaignac, IV_____
CHARLES L. CHASSAIGNAC, IV

2

Schurr