UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | C.A. NO. 05-4182; "K" (2) |
| CONSOLIDATED LITIGATION | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE (Alexander, No. 07-4538) | * | |

## ORDER

Considering Defendant's Motion to Enforce Settlement Agreement, the Court **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that Plaintiff, Ronald Schurr, shall execute and return to State Farm the release document he was provided on or before the _____ day of _____, 2010, and pay State Farm its costs and attorney's fees in the amount of $_____, in connection with this Motion.

New Orleans, this _____ day of _____, 2010.

_____
JUDGE STANWOOD R. DUVAL, JR.

1

Kendrick