| | **PORTEOUS, HAINKEL AND JOHNSON, L.L.P.** | |
|---|---|---|
| C. GORDON JOHNSON, JR.<br>JAMES S. THOMPSON<br>MICHAEL K. FITZPATRICK<br>RALPH R. ALEXIS, III<br>ADRIANNE L. BAUMGARTNER<br>JAMES R. CARTER<br>GLENN B. ADAMS<br>WM. RYAN ACOMB<br>FRED M. TROWBRIDGE, JR.<br>WILLIAM C. LOZES<br>PATRICK D. DeROUEN<br>CHARLES L. CHASSAIGNAC, IV<br>MICHAEL G. GEE<br>DAN RICHARD DORSEY<br>JAMES R. NIESET, JR.<br>JAMES E. JOHNSON<br>CHAUNTIS T. JENKINS<br>KATHLEEN E. SIMON | 343 THIRD STREET, SUITE 202<br>BATON ROUGE, LOUISIANA 70801-1309<br>TELEPHONE 225-383-8900<br>FACSIMILE 225-383-7900<br><br>WWW.PHJLAW.COM<br><br>704 CARONDELET STREET<br>NEW ORLEANS, LOUISIANA 70130<br>TELEPHONE 504-581-3838<br>FACSIMILE 504-581-4069<br><br>408 N. COLUMBIA STREET<br>COVINGTON, LOUISIANA 70433-2920<br>TELEPHONE 985-893-4790<br>FACSIMILE 985-893-1392<br><br>211 WEST FIFTH STREET<br>THIBODAUX, LOUISIANA 70301-3199<br>TELEPHONE 985-446-8451<br>FACSIMILE 985-447-3004 | WILLIAM A. PORTEOUS, JR. (1899-1969)<br>F. CARTER JOHNSON, JR. (1905-1964)<br>JOHN J. HAINKEL, JR. (1938-2005)<br>WILLIAM A. PORTEOUS, III (1937-2006)<br><br>NANCY L. CROMARTIE<br>PATRICIA P. BARATTINI<br>LAURIE L. DeARMOND<br>NICHOLAS C. GRISTINA<br>BRYAN J. HAYDEL, JR.<br>MICHAEL W. COLLINS<br>ASHLEY G. SIMONEAUX<br>EMILY S. MORRISON<br>MICHELE L. TROWBRIDGE<br>MICHAEL J. MADERE<br>RALPH J. AUCOIN, JR.<br>CLAIBORNE W. BROWN<br>DENIA D. SYLVE<br>MATTHEW L. MANN<br>DARRIN M. O'CONNOR<br><br>OF COUNSEL:<br>CHAD J. PRIMEAUX<br>ELEANOR W. WALL<br>JULIANNE T. ECHOLS<br>JESSE WALES*<br>CAROLINE D. BARKERDING<br><br>*Licensed in OR & CA only |
| EMAIL ADDRESS OF WRITER<br>rkudijaroff@phjlaw.com<br><br>DIRECT DIAL OF WRITER:<br>(225) 336-8926 | | PLEASE REPLY TO:<br>**BATON ROUGE** |

December 31, 2008

Mr. Kevin Klibert.
BECNEL LAW FIRM, LLC
106 West Seventh Street
Post Office Drawer H
Reserve, LA 70084

    Re:  Numerous Settlement Packages (see list below)
       Our File No.: 895.0976 and 895.694

Dear Kevin:

  I am enclosing numerous settlement packages in connection with the Bailey and Alexander matters. Please have your clients execute the releases (in triplicate), have Mr. Becnel sign the dismissals, and return all documents to me immediately.

  Thank you, and in the meantime, if you have any questions or concerns in this regard, please do not hesitate to contact me.

                 Sincerely,

                 REGINA L. KUDIJAROFF
                 Paralegal to Charles L. Chassaignac, IV

Enclosures


DEFENDANT'S EXHIBIT A

Mr. Klibert
December 31, 2008
Page 2

_____

*List of Settlement Packages Included:*





Robert and Linda Wayman

Please sign acknowledging receipt of the above-referenced settlement packages.

_____        _____
Signature                                                    Date

CLAIM NO  18-R331-536        POLICY NO  18-CU2910-3        LOSS DATE  08-29-2005        PAYMENT NO  1 22 078105 J
                                                                                              DATE  08-26-2008

| Coverage Description | Amount | Col/Line | Pay Cd |
|---|---|---|---|
| Wind/Hail - Building | $5,000.00 | 35/001 | 2 |

AMOUNT  $5,000.00
TIN



RETAIN STUB FOR RECORDS

AUTHORIZED BY  YOUNG, SHONTELL
PHONE  (504) 883-8811

REMARKS



STATE FARM FIRE AND CASUALTY COMPANY
JPMORGAN CHASE BANK, NA
COLUMBUS, OH
INSURED  WYMAN, ROBERT
CLAIM NO  18-R331-536
LOSS DATE  08-29-2005

************EXACTLY FIVE THOUSAND AND 00/100 DOLLARS

Pay to the
Order of    ROBERT H. WYMAN & LINDA L. WYMAN & CHASE HOME FINANCE LLC ITS
            SUCCESSORS AND/OR ASSIGNS AS THEIR INTEREST MAY APPEAR & DANIEL E.
            BECNEL, THEIR ATTORNEY
            56 PEARSON DR
            ASHEVILLE NC 28801

1 22 078105 J
DATE  08-26-2008
$*****5,000.00

AUTHORIZED SIGNATURE

CLAIM NO 18-R331-536   POLICY NO 18-CU2910-3   LOSS DATE 08-29-2005   PAYMENT NO 1 22 078106 J
DATE 08-26-2008
AMOUNT $10,000.00

| Coverage Description | Amount | Pol/Aire Pay Bd |
|---|---|---|
| Wind/Hail - Personal Property | $5,000.00 | 36/001  2 |
| Additional Living Expense | $5,000.00 | 69/001  2 |

REMARKS



RETAIN STUB FOR RECORDS
AUTHORIZED BY  YOUNG, SHONTELL
PHONE  (504) 883-8811



1 22 078106 J
DATE 08-26-2008
$**10,000.00

STATE FARM FIRE AND CASUALTY COMPANY
JPMORGAN CHASE BANK, N.A.
COLUMBUS, OH

INSURED  WYMAN, ROBERT

****EXACTLY TEN THOUSAND AND 00/100 DOLLARS

Pay to the Order of:  ROBERT H. WYMAN & LINDA L. WYMAN & DANIEL E. BECNEL, THEIR ATTORNEY
56 PEARSON DR
ASHEVILLE NC 28801

CLAIM NO. 18-R331-536
LOSS DATE 08-29-2005

AUTHORIZED SIGNATURE