## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERGY NEW ORLEANS, INC., | * | CIVIL ACTION NO. 2:10-cv-77-SRD-JCW |
| ENTERGY LOUISIANA, L.L.C., | * | |
| ENTERGY SERVICES, INC., ENTERGY | * | |
| CORPORATION, AND HARTFORD | * | JUDGE: DUVAL |
| STEAM BOILER INSPECTION AND | * | |
| INSURANCE COMPANY | * | |
|    Plaintiffs | * | |
| | * | SECTION: K |
| VS. | * | |
| | * | |
| THE UNITED STATES OF AMERICA | * | |
|    Defendant | * | MAGISTRATE: WILSON |

**************************************************************************************

## MOTION FOR LEAVE TO INTERVENE

**NOW INTO COURT,** through undersigned counsel, comes the Louisiana Public Service

Commission ("Commission"), and respectfully moves for leave to intervene in the instant

proceedings pursuant to Rule 24 of the Federal Rules of Civil Procedure. The Commission is a

constitutionally-created commission within the executive branch of the Louisiana State

Government and charged with exercising all necessary power and authority to fix and regulate

the rates charged or to be charged by certain electric public utilities. In 2007, the Commission

authorized the plaintiff Entergy Louisiana, LLC ("ELL") to recover the cost of damage caused

by Hurricanes Katrina and Rita through the issuance of storm recovery bonds. In granting such

authorization, the Commission specifically ordered that all future recoveries of storm costs or

storm-related benefits be credited to ELL's customers in their entirety. As the plaintiff ELL is

subject to Commission Orders regarding the recovery of costs for damages resulting from Hurricane Katrina, the outcome of these proceedings could impact the ratepayers whom the Commission is constitutionally-charged with representing. Therefore, the Commission has a direct and justifiable interest in the outcome of these proceedings.

      **WHEREFORE,** movant, the Louisiana Public Service Commission, respectfully requests that this Court GRANT its Motion for Leave to Intervene.

Respectfully submitted,

_s/Dennis Weber_
**DENNIS C. WEBER**
GENERAL COUNSEL
Louisiana Public Service Commission
Bar Roll Number: 13299
**STEPHEN KABEL**
STAFF ATTORNEY
Louisiana Public Service Commission
Bar Roll Number: 30209
602 North Fifth Street, Galvez Building
12th Floor
Baton Rouge, Louisiana 70802
Telephone Number:  (225) 342-9888
Facsimile Number: (225) 342-5610
E-mail: dennis.weber@la.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2010, a copy of the foregoing Motion for Leave to Intervene was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

_s/Dennis Weber_
**DENNIS C. WEBER**
GENERAL COUNSEL
Louisiana Public Service Commission
Bar Roll Number: 13299
**STEPHEN KABEL**
STAFF ATTORNEY
Louisiana Public Service Commission
Bar Roll Number: 30209
602 North Fifth Street, Galvez Building
12th Floor
Baton Rouge, Louisiana 70802
Telephone Number:  (225) 342-9888
Facsimile Number: (225) 342-5610
E-mail: dennis.weber@la.gov