IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERGY NEW ORLEANS, INC., ENTERGY LOUISIANA, L.L.C., ENTERGY SERVICES, INC., ENTERGY CORPORATION, AND HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY<br>   Plaintiffs<br><br>VS.<br><br>THE UNITED STATES OF AMERICA<br>   Defendant | * * * * * * * * * * * | CIVIL ACTION NO. 2:10-cv-77-SRD-JCW<br><br>JUDGE: DUVAL<br><br><br>SECTION: K<br><br><br>MAGISTRATE: WILSON |

································································

### CERTIFICATE OF COUNSEL FOR MOVING PARTY

In compliance with local rule LR7.6E, the below signed attorney contacted all parties in this matter. The United States Department of Justice, through its attorney, Mr. Robin Smith, P.O. Box 888 Benjamin Franklin Station, Washington D. C. 20044, **refused to consent** to the Louisiana Public Service Commission intervening in this complaint.

                                                                                                 <u>s/Dennis Weber</u><br>
                                                                       **DENNIS C. WEBER**<br>
                                                                       GENERAL COUNSEL<br>
                                                                       Louisiana Public Service Commission<br>
                                                                       Bar Roll Number: 13299<br>
                                                                       **STEPHEN KABEL**<br>
                                                                       STAFF ATTORNEY<br>
                                                                       Louisiana Public Service Commission<br>
                                                                       Bar Roll Number: 30209<br>
                                                                       602 North Fifth Street, Galvez Building<br>
                                                                       12th Floor

Baton Rouge, Louisiana 70802
Telephone Number: (225) 342-9888
Facsimile Number: (225) 342-5610
E-mail: dennis.weber@la.gov