IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERGY NEW ORLEANS, INC., | * | CIVIL ACTION NO. 2:10-cv-77-SRD-JCW |
| ENTERGY LOUISIANA, L.L.C., | * | |
| ENTERGY SERVICES, INC., ENTERGY | * | |
| CORPORATION, AND HARTFORD | * | JUDGE: DUVAL |
| STEAM BOILER INSPECTION AND | * | |
| INSURANCE COMPANY | * | |
|    Plaintiffs | * | |
| | * | SECTION: K |
| VS. | * | |
| | * | |
| THE UNITED STATES OF AMERICA | * | |
|    Defendant | * | MAGISTRATE: WILSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

Considering the Motion for Leave to Intervene of the Louisiana Public Service Commission:

IT IS ORDERED that the United States of America show cause, if any they can, on the 26th day of May, 2010 at 9:30 AM why the Louisiana Public Service Commission should not be permitted to intervene in this action.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT