UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | C.A. NO. 05-4182; "K" (2) |
| **CONSOLIDATED LITIGATION** | * | JUDGE: DUVAL |
| | * | MAG.: WILKINSON |
| | * | |
| **PERTAINS TO:** | * | |
| **INSURANCE (Beckett, No. 07-1871)** | * | |

## ORDER

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed, with prejudice, each party to bear their own costs of court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA