UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:<br>LEVEE (07-5012, 07-5339)<br>MRGO (07-5012, 07-5339) | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS HEREBY ORDERED** that Wyndi B. Guillory of Stewart Robbins & Brown, L.L.C., is hereby enrolled as additional counsel of record for Plaintiff, Paul N. Debaillon, Chapter 7 trustee for the bankruptcy estate of WETCO Restaurant Group, L.L.C.

New Orleans, Louisiana, this  7th  day of May, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE