**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No.:  05-4182 "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, | * | MAG. WILKINSON |
| 05-5237, 05-6073, 05-6314, 05-6324, | * | |
| 05-6327, 05-6359, 06-0020, 06-1885, | * | |
| 06-0225, 06-0886, 06-11208, 06-2278, | * | |
| 06-2287, 06-2346, 06-2545, 06-3529, | * | |
| 06-4065, 06-4389, 06-4634, 06-4931, | * | |
| 06-5032, 06-5042, 06-5159, 06-5163, | * | |
| 06-5367, 06-5471, 06-5771, 06-5786, | * | |
| 06-5937, 06-7682, 07-0206, 07-0647, | * | |
| 07-0993, 07-1284, 07-1286, 07-1288, | * | |
| 07-1289. | * | |
| | * | |
| PERTAINS TO:      LEVEE AND MR-GO | * | |
| _____ | * | |

**DESIGNATION OF RECORD ON APPEAL**

Pursuant to an order issued by the United States Court of Appeals for the Fifth

Circuit, dated April 30, 2010, in the matter entitled In Re: Katrina Canal Breaches Litigation,

Case Number, 09-31011, and in accordance with Federal Rule of Appellate Procedure 10, the

Class Settlement Proponents-Appellees, Class Counsel on behalf of the Settlement Class, and

Defendants the Board of Commissioners of the Orleans Levee District, the Orleans Levee

District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson

1

Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, the Board of Commissioners of the Southeast Louisiana Flood Protection Authority-East, the Southeast Louisiana Flood Protection Authority-East, and St. Paul Fire & Marine Insurance Company jointly stipulate and designate the following pleadings, transcripts and other documents on record with this Court as the appellate record for purposes of the appeal to the United States Court of Appeals, Fifth Circuit in Case Number 09-31011.

A draft of these designations was sent via mail to appellant Ashton R. O'Dwyer, Jr. on May 7, 2010, along with explanatory correspondence; counsel has not received a response from Mr. O'Dwyer regarding whether he consents to or opposes these record designations.

Unless otherwise specifically excluded, the record shall include any and all attachments and/or exhibits to any designated documents.

## I.  TRIAL EXHIBITS

The exhibits introduced at the April 2, 2009 hearing on certification of the proposed settlement class and approval of the proposed class settlement, including without limitation Exhibits 1 through 90, as supplemented.  The trial exhibits are identified in Rec. Nos. 18495-3 and 18620-3, [1] and are on file with the Clerk of the District Court.

## II.  TRIAL TRANSCRIPT

The transcript from the April 2, 2009 hearing on certification of the proposed settlement class and approval of the proposed class settlement was filed into the trial record at Rec. No. 18971.

## III.  OBJECTIONS, LETTERS, AND NOTICES OF INTENT TO APPEAR

The objections, letters, and notices of intent to appear that were submitted to the Court and which were ordered to be filed and docketed into the record.  See Rec. No. 18532.  The

---

[1] Unless otherwise indicated, Record Numbers herein refer to the docket in Lead Consolidated Case No. 05-4182.

documents are identified in the "Notice of Manual Attachment" (Rec. No. 18532-2) and the

attachments to it (Rec. Nos. 18532-3, 18532-4, 18532-5, and 18532-6).

## IV.    FILINGS IN LEAD CONSOLIDATED CASE -- BERTHELOT V. BOH BROS., ET AL., NO. 05-4182

| Record Doc. Number | Document Name |
|---|---|
| 1 | Complaint |
| 7 | Amended Complaint |
| 11 | Amended Complaint |
| 70 | Order Consolidating Cases |
| 120 | Amended Complaint |
| 185 | Amended Complaint |
| 371 | Amended Complaint |
| 380 | Minute Entry |
| 445 | Amended Complaint |
| 463 | Rule 12(b)(6) Joint Motion and Joint Motion for Summary Judgment |
| 516 | Amended Complaint |
| 556 | Amended Complaint |
| 560 | Motion for Summary Judgment |
| 580 | Order |
| 581 | Order |
| 582 | Order |
| 624 | Motion for Summary Judgment |
| 641 | Amended Complaint |
| 675 | Amended Complaint |
| 790 | Case Management Order Number 1 |
| 868 | Amended Complaint |
| 894 | Motion for Summary Judgment |
| 1061 | Amended Complaint |
| 1231 | Order granting Motion to Dismiss the La. Dept. of Transportation and Development |
| 1250 | Amended Complaint |
| 1254 | Amended Complaint |
| 1403 | Case Management Order Number 2 |
| 2142 | Order and Reasons |
| 2148 | Order and Reasons |
| 2149 | Judgment of Dismissal as to Modjeski & Masters |
| 2033 | Case Management Order Number 3 |
| 2587 | First Supplemental and Amended Complaint (06-5786) |
| 2954 | Motion to Dismiss Pursuant to Rule 12(B)(6) or In the Alternative Motion for Summary Judgment |

| 3299 | Case Management Order Number 4 |
|---|---|
| 3403 | Motion for Summary Judgment |
| 3415 | MRGO Consolidated Master Class Action Complaint |
| 3420 | Levee Superseding Master Consolidated Class Action Complaint |
| 3470 | First Supplemental and Amended Complaint (06-4931) |
| 3471 | Correction of Docket Entry by Clerk re 3470 Amended Complaint |
| 3692 | Order granting Motion to Amend/Correct the Caption of the MRGO Master Complaint |
| 3776 | Case Management Order Number 4 - Amendment #2 |
| 3783 | Case Management Order Number 4 - Amendment #1 |
| 3817 | Order granting Motion to Amend/Correct the Caption of 3420 Levee Superseding Master Consolidated Class Action Complaint. |
| 3818 | Order granting Motion to Amend/Correct the Caption of 3415 MRGO Consolidated Master Class Action Complaint |
| 3989 | Case Management Order Number 4 - Amendment #3 |
| 5250 | Case Management Order Number 4 - Amendment #4 |
| 5392 | Case Management Order Number 4 - Amendment #5 |
| 5558 | Case Management Order Number 4 - Amendment #6 |
| 6175 | Order and Reasons |
| 6941 | Supplemental and Amending Levee Master Consolidated Class Action Complaint |
| 7350 | Order granting Motion to Strike Admiratly Claims Against the United States from 3420 Levee Superseding Master Consolidated Class Action Complaint. |
| 7367 | Amended Complaint (06-2545) |
| 7494 | Final Judgment Dismissing Engineering and Contractor Defendants |
| 7571 | Corrected Restated Levee Master Consolidated Class Action Complaint |
| 7724 | Case Management Order Number 5 |
| 8076 | Order |
| 8389 | Order and Reasons dismissing claims against the Dock Board |
| 8873 | Interim "Road Home" Case Management Order entered in lieu of CMO No. 6 |
| 9198 | Second Amended Complaint (06-4931) |
| 9856 | Order granting Motion to Dismiss CSX Transportation, Inc. |
| 9858 | Order granting in part and denying in part Motion to Dismiss Public Belt Railroad Commission for the City of New Orleans |
| 10406 | Judgment dismissing claims against the Board of Commissioners of the Port of New Orleans |
| 10984 | Order granting the United States' Motion to Dismiss |
| 11551 | Order and Opinion |
| 11471 | Amended MRGO Master Consolidated Class Action Complaint |
| 12935 | Case Management Order Number 7 |
| 14631 | Order and Reasons granting 9171 Motion to Dismiss Case |
| 16647 | Settling Plaintiffs and Settling Defendants Motion for Certification of Settlement Class<br>Exhibit 1: Class Settlement Agreement<br>Exhibit 1A: Exhibit A to Class Settlement Agreement (case listing)<br>Exhibit 1B: Order of Preliminary Certification and Approval |

4

|  | Exhibit 1C: Proposed Final Judgment<br>Exhibit 1D: Investment Instructions<br>Exhibit 1E: Second Supplemental Complaint<br>Exhibit 1F: Joint Motion for Certification and Approval of Class Settlement<br>Exhibit 2: Affidavit of Shannon Wheatman<br>Exhibit 3: CV of Daniel Clavier |
|---|---|
| 16721 | ORDER OF PRELIMINARY CERTIFICATION OF A SETTLEMENT CLASS, PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND STAY OF CERTAIN CLAIMS AND ACTIONS |
| 16722 | SECOND SUPPLEMENTAL AMENDED LEVEE, MRGO MASTER CONSOLIDATED CLASS ACTION COMPLAINT |
| 16723 | Order granting Washington Group International's Motion for Summary Judgment |
| 16738 | Minute Entry – Status Conference |
| 16745 | SECOND SUPPLEMENTAL LEVEE AND MR-GO MASTER CONSOLIDATED CLASS ACTION |
| 16811 | ORDER granting 16767 Motion to Confirm Stay of Certain Claims. |
| 16826 | EX PARTE/CONSENT Joint MOTION to Amend/Correct 6299 Order on Motion to Compel, 5393 Protective Order for Limited Amendment to Master Protective Order |
| 16840 | ORDER granting 16826 Motion to Amend/Correct 6299 Order on Motion to Compel, 5393 Protective Order for Limited Amendment to Master Protective Order |
| 17288 | Settling Plaintiffs and Settling Defendants Motion to Supplement Order Confirming Stay of Certain Claims |
| 17334 | Motion For Leave To Conduct<br>Settlement Related Discovery |
| 17336 | Motion to Expedite Motion for Leave to Conduct Settlement Related Discovery |
| 17336 | Motion for Expedited Hearing |
| 17355 | Order re: Motion to Conduct Settlement Related Discovery |
| 17370 | NOTICE of Hearing on Motion filed by East Jefferson Levee District re 17288 MOTION to Supplement 16811 Order Confirming Stay of Claims |
| 17419 | Settling Defendants' Settling Plaintiffs and Settling Defendants Memorandum In Opposition To Motion<br>For Leave To Conduct Settlement Related Discovery |
| 17490 | Motion for Leave to File Reply Memorandum In Support Of Motion<br>For Leave To Conduct<br>Settlement Related Discovery |
| 17507 | ORDER granting Motion for Leave to File Reply to Motion for Leave to Conduct Settlement Related Discovery. |
| 17508 | Response/Memorandum in Support Motion for Leave to Conduct Settlement Related Discovery |
| 17539 | Order Status Conference |
| 17540 | Minute Entry Regarding Class Settlement Discovery |
| 17599 | Order Status Conference |
| 17661 | LEVEE, MRGO (09-145, 09-146): RESPONSE/MEMORANDUM in Opposition filed by Maurice De La Houssaye, Gaye T. Bennett re 17288 MOTION to Supplement Order Confirming Stay of Certain Claims. |

PD.3994515.1

| 17749 | Minute Entry Regarding Class Settlement Discovery |
|-------|---------------------------------------------------|
| 18073 | Motion For Leave To File Summary Objections On March 13, 2009 And A Memorandum In Support Of Objections On March 20, 2009 |
| 18080 | Order granting Motion to Substitute Attorney. Added attorney James K. Irvin |
| 18081 | Order granting Motion for Leave to File any objections to the certification of the Settlement Class and to the approval of the Class Settlement Agreement |
| 18134 | OBJECTIONS by Linda C. Bourgeois, Vera D. Richard, Mary Christophe, Keith C Ferdinand, Marie Adams, Susan Williams, Leslie Sims, Jr, Elizabeth H. DePass, Xiomara Augustine, Rhealynda Porter re 16721 Order of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions |
| 18138 | Amended Objections to Proposed Certification and Settlement and Notice of Intent to Appear |
| 18179 | Notice by Mary Brinkmeyer, Michelle LeBlanc & Thomas C. Stuart of Submission of Objections |
| 18180 | First Supplemental Submission Regarding Proposed Limited Fund Settlement (Policy List) |
| 18221 | Memorandum In Support Of Objections To Class Certification And Settlement |
| 18356 | Memorandum in Support of Request for Entry of Final Order and Judgment Certifying the Proposed Settlement Class and Approving the Proposed Class Settlement Agreement |
| 18369 | Settling Plaintiffs and Settling Defendants Stipulations |
| 18370 | Motion to Quash subpoena duces tecum issued by James K. Irvin |
| 18371 | Motion to Expedite Motion to Quash |
| 18376 | Notice of Intent to Appear at the Certification/Fairness Hearing |
| 18391 | Motion to Quash subpoena duces tecum to trial counsel |
| 18393 | Motion to Expedite Motion to Quash |
| 18394 | Motion for Oral Argument Motion to Quash |
| 18436 | Minute Order. Proceedings held before Judge Stanwood R. Duval, Jr |
| 18463 | Appeal Transcript Request by Linda C. Bourgeois, Mary Christophe, Keith C Ferdinand, Susan Williams, Rhealynda Porter |
| 18495 | Minute Entry – Fairness Hearing Includes Exhibit List and Notation of Exhibits admitted in Record |
| 18496 | Supplemental Memorandum to [16721] Order of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions (Affidavit of Sherman) |
| 18497 | ORDER granting Motion to Expedite Hearing on Motion to Quash |

PD.3994515.1

| 18504 | Order and Reasons granting Motion to Quash subpoena duces tecum issued by James K. Irvin filed by Plaintiffs Liaison Counsel; granting MOTION to Quash Subpoena to Trial Counsel |
| 18532 | ORDER that the letters of objection and the notices of intent to appear be filed and docketed into the record |
| 18541 | Order granting Washington Group International's Motion for Summary Judgment |
| 18542 | Judgment dismissing Washington Group International |
| 18615 | Post-Hearing Memorandum Regarding Applicable Insurance Limits |
| 18620 | Amended Minute Entry – Fairness Hearing, post-hearing briefing schedule; entry includes trial exhibit list and corresponding exhibits on file with clerk's office |
| 18699 | Motion And Incorporated Memorandum In Support Of Extension Of Briefing Deadlines |
| 18732 | Plaintiffs Post Hearing Memorandum Regarding Applicable Insurance Limits |
| 18738 | ORDER granting Motion for Extension of Briefing Deadlines; extended seven days |
| 18745 | Post-Hearing Memorandum of Objecting Class Members Mary Brinkmeyer, Michelle LeBlanc, and Thomas C. Stuart |
| 18771 | Reply Brief In Support Of Its Post-Hearing Memorandum Regarding Applicable Insurance Limits |
| 18779 | Post-Hearing Brief |
| 18832 | Motion to Sever |
| 18910 | Supplemental Memorandum to in Support of Settling Plaintiffs and Settling Defendants Movants' Request for Entry of Final Order and Judgment Certifying the Proposed Settlement Class and Approving the Proposed Class Settlement Agreement |
| 18951 | ORDER AND REASONS granting in part, denying in part 17325 MOTION for Summary Judgment filed by National Union Fire Insurance Company of Pittsburgh. |
| 18958 | Brinkmeyer Objectors' Reply to Joint Movants' Supplemental Memorandum |
| 18963 | Response/Memorandum in Opposition to Motion to Sever |
| 18971 | Transcript of Hearing on Order of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions, filed 12/15/08, doc. 16721, held on 04/02/2009 |
| 18973 | Motion for Leave to File Levee District Defendants' Brief Response to the Brinkmeyer Objectors' Reply Memorandum |
| 19008 | ORDER granting [18973] Motion for Leave to File Levee District Defendants Brief Response to the Brinkmeyer Objectors Reply Memorandum. |
| 19009 | Response (reply) to Supplemental Memorandum  of Brinkmeyer Objectors |
| 19035 | ORDER AND REASONS denying [18832] MOTION to Sever |
| 19070 | ORDER re [16647] MOTION for Settlement, MOTION to Certify Class, [18369] Joint Stipulation, [18615] Post Hearing Memorandum regarding applicable insurance limits filed by St. Paul Fire and Marine Insurance Company, [18732] Post Hearing Memorandum regarding applicable insurance limits as to premises filed by Plaintiffs Liaison Counsel, [18771] Response/Reply filed by St. Paul Fire & Marine Insurance Company |

| 19072 | EX PARTE/CONSENT Joint MOTION for Leave to File (1) Proposed Findings of Fact and Conclusions of Law and (2) Proposed Final Order and Judgment |
|---|---|
| 19073 | EX PARTE/CONSENT Joint MOTION to Amend/Correct [16647] Class Settlement Agreement |
| 19116 | EX PARTE/CONSENT MOTION for Leave to File Objections to the Proposed Findings of Fact and Conclusions of Law Submitted by the Proponents of the Limited Fund Settlement Class |
| 19118 | ORDER granting [19073] Motion to Amend/Correct [16647] Class Settlement Agreement |
| 19122 | Minute Order. Proceedings held before Judge Stanwood R. Duval, Jr: re [16647] Proposed Class Action Settlement; [19072] Motion for Leave to File (1) JOINT Proposed Findings of Fact and Conclusions of Law and (2) Proposed Final Order and Judgment. The Court shall permit these documents to be filed into the record. Prior to granting leave, the Court contacted the Objectors to notify them that they may also file proposed findings of fact and conclusions of law |
| 19124 | EX PARTE/CONSENT MOTION for Leave to File BRINKMEYER OBJECTORS RESPONSE TO JOINT MOVANTS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by Mary Brinkmeyer, Michelle LeBlanc, Thomas C. Stuart. |
| 19130 | EX PARTE/CONSENT Joint MOTION for Leave to File (to Substitute Exhibits) |
| 19132 | ORDER granting [19130] Motion for Leave to Substitute Exhibits, re [19072] Joint MOTION for Leave to File (1) Proposed Findings of Fact and Conclusions of Law |
| 19133 | Proposed Findings of Facts and Conclusions of Law |
| 19138 | Consent Motion for Clarification |
| 19163 | EX PARTE/CONSENT MOTION for Leave to File to file Response to Sims' and Brinkmeyer's Objections to Proposed Findings of Fact and Conclusions of Law by Board of Commissioners of the Orleans Levee District |
| 19179 | ORDER granting [19116] Motion for Leave to File Objections |
| 19180 | OBJECTIONS by Linda C. Bourgeois, Xiomara Augustine, Vera D. Richard, Mary Christophe, Keith C Ferdinand, Marie Adams, Susan Williams, Leslie Sims, Jr, Elizabeth H. DePass, Rhealynda Porter re [19133] Findings of Facts and Conclusions of Law |
| 19181 | ORDER granting [19124] Motion for Leave to File Response |
| 19182 | Response by Mary Brinkmeyer, Michelle LeBlanc, Thomas C. Stuart to [19133] Findings of Facts and Conclusions of Law |
| 19183 | ORDER granting [19163] Motion for Leave to Response |
| 19184 | Response by Orleans Levee District to [19180] Objections, [19182] Response, RE [19133] Findings of Facts and Conclusions of Law |
| 19254 | Notice of Filing Amended Class Settlement Agreement |
| 19255 | ORDER AND REASONS granting 16647 MOTION for Approval of a Proposed Class Action Settlement |
| 19256 | FINAL ORDER AND JUDGMENT re 19254 Amended Class Settlement Agreement |
| 19281 | ORDER granting Joint Motion to Alter of Amend Judgment, amending Final Order and Judgment (19256) and Order and Reasons (19255) |

| 19282 | AMENDED FINAL ORDER AND JUDGMENT re 19256 Final Order and Judgment. Signed by Judge Stanwood R. Duval, Jr on 9/24/09. (Attachments: # 1 doc #19254, # 2 Exhibit 1, part 1 - Amended Class Settlement (doc 19254), # 3 Exhibit 1, part 2 - Amended Class Settlement Agreement (doc 19254), # 4 Exhibit A (doc 19254), # 5 Exhibit B (doc 19254), # 6 Exhibit C (doc 19254), # 7 Exhibit D (doc 19254), # 8 Exhibit E (doc 19254), # 9 Exhibit F (doc 19254)) |
|---|---|
| 19311 | Notice of Appeal by Linda C. Bourgeois, Xiomara Augustine, Vera D. Richard, Mary Christophe, Keith C Ferdinand, Marie Adams, Susan Williams, Leslie Sims, Jr, Elizabeth H. DePass, Rhealynda Porter |
| 19319 | Notice of Appeal by Mary Brinkmeyer, Michelle LeBlanc, and Thomas C. Stuart |
| 19342 | APPEAL TRANSCRIPT REQUEST by Linda C. Bourgeois, Xiomara Augustine, Vera D. Richard, Mary Christophe, Keith C Ferdinand, Marie Adams, Susan Williams, Leslie Sims, Jr, Elizabeth H. DePass, Rhealynda Porter re 19311 Notice of Appeal |
| 19392 | APPEAL TRANSCRIPT REQUEST by Mary Brinkmeyer, Michelle LeBlanc, Thomas C. Stuart re 19319 Notice of Appeal |

## V.   RELEVANT FILINGS IN REMAINING CONSOLIDATED CASES

O'Dwyer v. USA, et al., No. 05-4181

| 1 | Complaint |
|---|---|
| 3 | Amended Complaint |
| 5 | Amended Complaint |
| 7 | Amended Complaint |
| 12 | Amended Complaint |
| 16 | Amended Complaint |
| 20 | Amended Complaint |
| 23 | Amended Complaint |
| 50 | Amended Complaint |
| 123 | Amended Complaint |
| 124 | Amended Complaint |
| 128 | Amended Complaint |
| 222 | AMENDED 221 Final Order and Judgment |
| 223 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 221 Final Order and Judgment, 222 Amended Final Order and Judgment |
| 224 | NOTICE OF APPEAL by objectors as to 222 Amended Final Order and Judgment |

Vodanovich v. Boh Bros., et al., No. 05-4191

| 1 | Complaint |
|---|---|
| 5 | Amended Complaint |
| 31 | AMENDED 30 Final Order and Judgment |

| 32 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 30 Final Order and Judgment, 31 Amended Final Order and Judgment |
| 33 | NOTICE OF APPEAL by objectors as to 31 Amended Final Order and Judgment |

Vodanovich v. Boh Bros., et al., No. 05-5237

| 1 | NOTICE OF REMOVAL by B&K Construction Company, Inc. |
| 39 | ORDER REASSIGNING CASE.  Case reassigned to Judge Stanwood R. Duval, Jr. for further proceedings |
| 59 | ORDER CONSOLIDATING cases with master case 05-4182 |
| 69 | AMENDED 68 Final Order and Judgment |
| 70 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 68 Final Order and Judgment, 69 Amended Final Order and Judgment |
| 71 | NOTICE OF APPEAL by objectors as to 69 Amended Final Order and Judgment |

Kirsch v. Boh Bros., et al., No. 05-6073

| 1 | Complaint |
| 50 | Amended Complaint |
| 63 | ORDER - CONSOLIDATING cases with master case 05-4182 |
| 73 | AMENDED 72 Final Order and Judgment |
| 74 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 72 Final Order and Judgment, 73 Amended Final Order and Judgment |
| 75 | NOTICE OF APPEAL by objectors as to 73 Amended Final Order and Judgment |

Ezell v. Boh Bros., et al., No. 05-6314

| 1 | Complaint |
| 43 | ORDER - CONSOLIDATING cases with master case 05-4182 |
| 53 | AMENDED 52 Final Order and Judgment |
| 54 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 52 Final Order and Judgment, 53 Amended Final Order and Judgment |
| 55 | NOTICE OF APPEAL by objectors as to 53 Amended Final Order and Judgment |

Brown v. Boh Bros., et al., No. 05-6324

| 1 | Complaint |
| 29 | ORDER - CONSOLIDATING cases with master case 05-4182 |
| 41 | AMENDED 40 Final Order and Judgment |
| 42 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, |

PD.3994515.1

| | |
|---|---|
| | 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 40 Final Order and Judgment, 41 Amended Final Order and Judgment |
| 43 | NOTICE OF APPEAL by objectors as to 41 Amended Final Order and Judgment |

LeBlanc v. Boh Bros., et al., No. 05-6327

| | |
|---|---|
| 1 | Complaint |
| 50 | ORDER - CONSOLIDATING cases with master case 05-4182 |
| 60 | AMENDED 59 Final Order and Judgment |
| 61 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 59 Final Order and Judgment, 60 Amended Final Order and Judgment |
| 62 | NOTICE OF APPEAL by objectors as to 60 Amended Final Order and Judgment |

Bradley v. Modjeski & Masters, No. 05-6359

| | |
|---|---|
| 1 | Complaint |
| 12 | ORDER - CONSOLIDATING cases with master case 05-4182 |

Tauzin v. Board of Commissioners of OLD, et al., No. 06-0020

| | |
|---|---|
| 1 | Complaint |
| 29 | ORDER - CONSOLIDATING cases with master case 05-4182 |
| 39 | AMENDED 38 Final Order and Judgment |
| 40 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 38 Final Order and Judgment, 39 Amended Final Order and Judgment |
| 41 | NOTICE OF APPEAL by objectors as to 39 Final Order and Judgment |

O'Dwyer v. USA, No. 06-1885

| | |
|---|---|
| 1 | Complaint |
| 27 | AMENDED 26 Final Order and Judgment |
| 28 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 26 Final Order and Judgment, 27 Amended Final Order and Judgment |
| 29 | NOTICE OF APPEAL by objectors as to 27 Amended Final Order and Judgment |

Bradley, et al. v. Pittman Construction Co., No. 06-0225

| | |
|---|---|
| 1 | Complaint |
| 17 | ORDER - CONSOLIDATING cases with master case 05-4182 |
| 27 | AMENDED 26 Final Order and Judgment |
| 28 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 26 Final Order and |

| | |
|----|---------------------------------------------------------------------------|
| | Judgment, 27 Amended Final Order and Judgment |
| 29 | NOTICE OF APPEAL by objectors as to 27 Amended Final Order and Judgment |

Finney v. Boh Bros., et al., No. 06-0886

| | |
|----|------------------------------------------------------------------------------|
| 1 | Complaint |
| 23 | ORDER - CONSOLIDATING cases with master case 05-4182 |
| 33 | AMENDED 32 Final Order and Judgment |
| 34 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 32 Final Order and Judgment, 33 Amended Final Order and Judgment |
| 35 | NOTICE OF APPEAL by objectors as to 33 Amended Final Order and Judgment |

Speed v. City of New Orleans, et al., No. 06-11208

| | |
|----|------------------------------------------------------------------------------|
| 1 | Notice of Removal |
| 6 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management - Case Management Order Number 2 |
| 12 | AMENDED 11 Final Order and Judgment |
| 13 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 11 Final Order and Judgment, 12 Amended Final Order and Judgment |
| 14 | NOTICE OF APPEAL by objectors as to 12 Amended Final Order and Judgment |

Christenberry v. Board of Commissioners of OLD, No. 06-2278

| | |
|----|------------------------------------------------------------------------------|
| 1 | Notice of Removal |
| 4 | ORDER TRANSFERRING CASE. Case transferred to Judge Stanwood R. Duval, Jr and Joseph C. Wilkinson, Jr for all further proceedings |
| 14 | AMENDED 13 Final Order and Judgment |
| 15 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 13 Final Order and Judgment, 14 Amended Final Order and Judgment |
| 16 | NOTICE OF APPEAL by objectors as to 14 Amended Final Order and Judgment |

Sanchez v. Boh Bros., et al., No. 06-2287

| | |
|----|------------------------------------------------------------------------------|
| 1 | Complaint |
| 2 | ORDER - CONSOLIDATING cases with master case 05-4182 |
| 12 | AMENDED 11 Final Order and Judgment |
| 13 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 11 Final Order and Judgment, 12 Amended Final Order and Judgment |
| 14 | NOTICE OF APPEAL by objectors as to 12 Final Order and Judgment |

PD.3994515.1

Fitzmorris v. Board of Commissioners of OLD, No. 06-2346

| 1 | Complaint |
|---|---|
| 7 | AMENDED 6 Final Order and Judgment |
| 8 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 6 Final Order and Judgment, 7 Amended Final Order and Judgment |
| 9 | NOTICE OF APPEAL by objectors as to 7 Amended Final Order and Judgment |

Marcello v. Boh Bros., et al., No. 06-2545

| 1 | Notice of Removal |
|---|---|
| 2 | SUPPLEMENTAL NOTICE OF REMOVAL by Board of Commissioners for the Orleans Levee District |
| 8 | AMENDED 7 Final Order and Judgment |
| 9 | NOTICE OF APPEAL by all plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 7 Final Order and Judgment, 8 Amended Final Order and Judgment |
| 10 | NOTICE OF APPEAL by objectors as to 8 Amended Final Order and Judgment |

Adams v. Boh Bros., et al., No. 06-4065

| 1 | Complaint |
|---|---|
| 6 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management - Case Management Order Number 1 |
| 16 | AMENDED 15 Final Order and Judgment |
| 17 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 15 Final Order and Judgment, 16 Amended Final Order and Judgment |
| 18 | NOTICE OF APPEAL by objectors as to 16 Amended Final Order and Judgment |

O'Dwyer v. Department of Transportation & Development, et al., No. 06-4389

| 1 | Complaint |
|---|---|
| 2 | Amended Complaint |
| 3 | ORDER TRANSFERRING CASE. Case transferred to Judge Stanwood R. Duval, Jr and Joseph C. Wilkinson, Jr for all further proceedings |
| 5 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management - Case Management Order Number 1 |
| 34 | AMENDED 33 Final Order and Judgment |
| 35 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 33 Final Order and Judgment, 34 Amended Final Order and Judgment |
| 36 | NOTICE OF APPEAL by objectors as to 34 Amended Final Order and Judgment |

13

Adams v. Boh Bros., et al., No. 06-4634

| 1 | Complaint |
|---|---|
| 3 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 1 |
| 13 | AMENDED 12 Final Order and Judgment |
| 14 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 12 Final Order and Judgment, 13 Amended Final Order and Judgment |
| 15 | NOTICE OF APPEAL by objectors as to 13 Amended Final Order and Judgment |

Brock v. Boh Bros., et al., No. 06-4931

| 1 | Complaint |
|---|---|
| 4 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management - Case Management Order Number 1 |
| 14 | AMENDED 13 Final Order and Judgment |
| 15 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 13 Final Order and Judgment, 14 Amended Final Order and Judgment |
| 16 | NOTICE OF APPEAL by objectors as to 14 Amended Final Order and Judgment |

Joseph v. New Orleans Sewage & Water Board, No. 06-5032

| 1 | Complaint |
|---|---|
| 2 | ORDER TRANSFERRING CASE. Case transferred to Judge Stanwood R. Duval, Jr for all further proceedings |
| 3 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 1 |
| 13 | AMENDED 12 Final Order and Judgment |
| 14 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 12 Final Order and Judgment, 13 Amended Final Order and Judgment |
| 15 | NOTICE OF APPEAL by objectors as to 13 Amended Final Order and Judgment |

Cohen v. Board of Commissioners for OLD, No. 06-5042

| 1 | Complaint |
|---|---|
| 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Stanwood R. Duval, Jr and Joseph C. Wilkinson, Jr for all further proceeding |
| 10 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management - Case Management Order Number 2 |
| 16 | AMENDED 15 Final Order and Judgment |
| 17 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 15 Final Order and Judgment, 16 Amended Final Order and Judgment |

PD.3994515.1

| 18 | NOTICE OF APPEAL by objectors as to 16 Amended Final Order and Judgment |

Sims v. Board of Commissioners for OLD, No. 06-5116

| 1 | Complaint |

Fleming v. USA, No. 06-5159

| 1 | Complaint |
| 2 | ORDER REASSIGNING CASE. Case reassigned to Judge Stanwood R. Duval, Jr and Joseph C. Wilkinson, Jr for all further proceedings |
| 4 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 1 |
| 15 | AMENDED 14 Final Order and Judgment |
| 16 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 14 Final Order and Judgment, 15 Amended Final Order and Judgment |
| 17 | NOTICE OF APPEAL by objectors as to 15 Amended Final Order and Judgment |

Gordon v. USA, No. 06-5163

| 1 | Complaint |
| 3 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 1 |
| 10 | AMENDED 9 Final Order and Judgment |
| 11 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 9 Final Order and Judgment, 10 Amended Final Order and Judgment |
| 12 | NOTICE OF APPEAL by objectors as to 10 Amended Final Order and Judgment |

Breithoff v. Modjeski & Masters, et al., No. 06-5367

| 1 | Complaint |
| 3 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 1 |
| 9 | AMENDED 8 Final Order and Judgment |
| 10 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 8 Final Order and Judgment, 9 Amended Final Order and Judgment |
| 11 | NOTICE OF APPEAL by objectors as to 9 Amended Final Order and Judgment |

Williams v. Board of Commissioners of OLD, No. 06-5471

| 1 | Complaint |
| 12 | ORDER TRANSFERRING CASE. Case transferred to Judge Stanwood R. Duval, Jr and Joseph C. Wilkinson, Jr for all further proceedings |

15

| 20 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management - Case Management Order Number 2 |
| 26 | AMENDED 25 Final Order and Judgment |
| 27 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 25 Final Order and Judgment, 26 Amended Final Order and Judgment |
| 28 | NOTICE OF APPEAL by objectors as to 26 Amended Final Order and Judgment |

O'Dwyer v. USA, No. 06-5771

| 1 | Complaint |
| 3 | ORDER TRANSFERRING CASE. Case transferred to Judge Stanwood R. Duval, Jr and Joseph C. Wilkinson, Jr for all further proceedings |
| 6 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management - Case Management Order Number 2 |
| 19 | AMENDED 18 Final Order and Judgment |
| 20 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 18 Final Order and Judgment, 19 Amended Final Order and Judgment |
| 21 | NOTICE OF APPEAL by objectors as to 19 Amended Final Order and Judgment |

O'Dwyer v. DOTD, No. 06-5786

| 1 | Notice of Removal |
| 4 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management - Case Management Order Number 1 |
| 32 | AMENDED 31 Final Order and Judgment |
| 33 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 31 Final Order and Judgment. 32 Amended Final Order and Judgment |
| 34 | NOTICE OF APPEAL by objectors as to 32 Amended Final Order and Judgment |

Yacob v. Board of Commissioners for OLD, No. 06-5937

| 1 | Notice of Removal |
| 4 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management - Case Management Order Number 1 |
| 14 | AMENDED 13 Final Order and Judgment |
| 15 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 13 Final Order and Judgment, 14 Amended Final Order and Judgment |
| 16 | NOTICE OF APPEAL by objectors as to 14 Amended Final Order and Judgment |

O'Dwyer v. USA, No. 07-0206

| 1 | Complaint |

16

| 6 | Amended Complaint |
|---|---|
| 7 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 2, Case Management Order No. 3 and Case Management Order No. 4 |
| 25 | AMENDED 24 Final Order and Judgment |
| 26 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 24 Final Order and Judgment, 25 Amended Final Order and Judgment |
| 27 | NOTICE OF APPEAL by objectors as to 25 Amended Final Order and Judgment |

Greer v. USA, No. 07-647

| 1 | Complaint |
|---|---|
| 4 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 2, Case Management Order No. 3 and Case Management Order No. 4 |
| 10 | AMENDED 9 Final Order and Judgment |
| 11 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 9 Final Order and Judgment, 10 Amended Final Order and Judgment |
| 12 | NOTICE OF APPEAL by objectors as to 10 Amended Final Order and Judgment |

Paul v. Sewage & Water Board of New Orleans, No. 07-993

| 1 | Notice of Removal |
|---|---|
| 4 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 2, Case Management Order No. 3 and Case Management Order No. 4 |
| 10 | AMENDED 9 Final Order and Judgment |
| 11 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 9 Final Order and Judgment, 10 Amended Final Order and Judgment |
| 12 | NOTICE OF APPEAL by objectors as to 10 Amended Final Order and Judgment |

Coco v. Board of Commissioners for OLD, No. 07-1284

| 1 | Complaint |
|---|---|
| 4 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 2, Case Management Order No. 3 and Case Management Order No. 4 |
| 10 | AMENDED 9 Final Order and Judgment |
| 11 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 9 Final Order and Judgment, 10 Amended Final Order and Judgment |
| 12 | NOTICE OF APPEAL by objectors as to 10 Amended Final Order and Judgment |

Augustine v. USA, No. 07-1286

| 1 | Complaint |
|---|---|

| 4  | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 2, Case Management Order No. 3 and Case Management Order No. 4 |
| 10 | AMENDED 9 Final Order and Judgment |
| 11 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 9 Final Order and Judgment, 10 Amended Final Order and Judgment |
| 12 | NOTICE OF APPEAL by objectors as to 10 Amended Final Order and Judgment |

Hennessey v. USA, No. 07-1288

| 1  | Complaint |
| 4  | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 2, Case Management Order No. 3 and Case Management Order No. 4 |
| 10 | AMENDED 9 Final Order and Judgment |
| 11 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 9 Final Order and Judgment, 10 Amended Final Order and Judgment |
| 12 | NOTICE OF APPEAL by objectors as to 10 Amended Final Order and Judgment |

Coniglio v. USA, No. 07-1289

| 1  | Complaint |
| 4  | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 2, Case Management Order No. 3 and Case Management Order No. 4 |
| 10 | AMENDED 9 Final Order and Judgment |
| 11 | NOTICE OF APPEAL by plaintiffs in member cases 06-5116, 06-5118, 06-5142, 06-5132, 06-5131, 06-5134, 06-5137, 06-5127, 06-5128 as to 9 Final Order and Judgment, 10 Amended Final Order and Judgment |
| 12 | NOTICE OF APPEAL by objectors as to 10 Amended Final Order and Judgment |

PD.3994515.1

Appellants and Appellees reserve the right to amend and supplement the designated record in this matter.

Respectfully submitted,

LAW OFFICES OF JOSEPH M. BRUNO

BY:  /s/ Joseph M. Bruno
       Joseph M. Bruno (#3604)
       855 Baronne Street
       New Orleans, Louisiana 70113
       Telephone:    (504) 525-1335
       Facsimile:     (504) 561-6775

ATTORNEYS ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR LEVEE AND MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEES

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY:  /s/ Gerald E. Meunier
       Gerald E. Meunier (#9471)
       2800 Energy Centre
       1100 Poydras Street
       New Orleans, Louisiana 70163-2800
       Telephone:    (504) 522-2304
       Facsimile:     (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

19

DOMENGEAUX WRIGHT ROY & EDWARDS


BY:  /s/ James P. Roy
      James P. Roy (#11511)
      556 Jefferson Street
      Lafayette, Louisiana 70502
      Telephone:    (337) 593-4190
      Facsimile:    (337) 233-2796

LIAISON  COUNSEL  FOR  MR-GO-PLAINTIFF
SUBGROUP LITIGATION COMMITTEE


MCCRANIE, SISTRUNK, ANZELMO, HARDY,
MCDANIEL & WELCH


BY:  /s/ Thomas P. Anzelmo
      Thomas P. Anzelmo (#2533)
      3445 N. Causeway Blvd., Suite 800
      Metairie, Louisiana 70002
      Telephone:    (504) 846-8404
      Facsimile:    (504) 831-2492

ATTORNEYS FOR THE BOARD OF
COMMISSIONER'S FOR THE ORLEANS
LEVEE DISTRICT AND THE ORLEANS LEVEE
DISTRICT


DUPLASS, ZWAIN, BOURGEOIS, MORTON
PFISTER & WEINSTOCK


BY:  /s/ Gary M. Zwain
      Gary M. Zwain (#13809)
      Three Lakeway Center, Suite 2900
      3838 North Causeway Boulevard
      Metairie, Louisiana 70002
      Telephone:    (504) 832-3700
      Facsimile:    (504) 837-3119

ATTORNEYS FOR THE BOARD OF
COMMISSIONERS FOR THE EAST

20

JEFFERSON LEVEE DISTRICT, THE EAST
JEFFERSON LEVEE DISTRICT, THE BOARD
OF COMMISSIONERS FOR THE LAKE
BORGNE BASIN LEVEE DISTRICT, AND THE
LAKE BORGNE BASIN LEVEE DISTRICT


LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD


BY:  /s/ Ralph S. Hubbard III
      Ralph S. Hubbard III (#7040)
      601 Poydras Street, Suite 2775
      New Orleans, Louisiana 70130
      Telephone:    (504) 568-1990
      Facsimile:    (504) 310-9195


and


PHELPS DUNBAR LLP


BY:  /s/ S. Ault Hootsell III
      S. Ault Hootsell III
      Canal Place
      365 Canal Street, Suite 2000
      New Orleans, LA  70130-6534
      Telephone:  (504) 566-1311
      Telecopier:  (504) 568-9130


ATTORNEYS FOR ST. PAUL FIRE AND
MARINE INSURANCE COMPANY

PD.3994515.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing pleading has been electronically filed with the Clerk of Court by using the CMECF system which will send a notice of electronic filing to all counsel of record and a copy has been served on the party listed below by First Class mail, properly addressed and postage prepaid this 13th day of May, 2010.

Mr. Ashton R. O'Dwyer, Jr.
821 Baronne Street
New Orleans, LA  70113

/s/ S. Ault Hootsell III

22