UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| NO. 10-77 (Hartford a/s/o Entergy) | * | |
| NO. 07-4568 (National Union a/s/o Murphy Oil) | * | JUDGE DUVAL |
| NO. 08-1213 (National Union a/s/o Air Products) | * | |
| NO. 08-1212 (Hartford a/s/o Waste Management) | * | |

-----------------------------------------------------------------------------------------------------------------

### EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, come plaintiffs in Case No. 10-77 (Hartford a/s/o Entergy), Case No. 07-4568 (National Union a/s/o Murphy Oil), Case No. 08-1213 (National Union a/s/o Air Products), Case No. 08-1212 (Hartford a/s/o Waste Management), who respectfully move this Court for an Order substituting Kea Sherman, Esq. for Ernest Svenson, Esq. (17164) as locally admitted counsel for Plaintiffs. Ms. Sherman will be assuming the role of local counsel and sponsor to the pro hoc vices of Elisa Gilbert, Esq. (5713) as trial counsel and Brendan O'Brien (9033) as counsel in this case.

Ms. Sherman is an attorney licensed to practice law in the State of Louisiana and before this Honorable Court. Ms. Sherman's relevant information is as follows:

Kea Sherman, Esq. (of counsel) (# 30299)
THE GILBERT FIRM, LLC
325 East 57th Street
New York, New York 10022
Telephone: (212)-286-8503
Facsimile: (212)-286-8522
E-mail: ksherman@gilbert-firm.com

Respectfully submitted,

_____  
Ernest Svenson, Esq. (#17164)

_____  
Kea Sherman, Esq. (of counsel) (#30299)  
THE GILBERT FIRM, LLC  
325 East 57th Street  
New York, New York 10022  
Telephone: (212)-286-8503  
Facsimile: (212)-286-8522  
E-mail: ksherman@gilbert-firm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the __13th__ day of __May__, 2010, I electronically filed a Motion to Substitute Counsel of Record with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record in this matter. Furthermore, all clients have been notified of all deadlines and pending court appearances.

_____  
Ernest Svenson, Esq.

_____  
Kea Sherman, Esq.