UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| NO. 10-77 (Hartford a/s/o Entergy) | * | |
| NO. 07-4568 (National Union a/s/o Murphy Oil) | * | JUDGE DUVAL |
| NO. 08-1213 (National Union a/s/o Air Products) | * | |
| NO. 08-1212 (Hartford a/s/o Waste Management) | * | |

-------------------------------------------------------------------------------------------------------

## ORDER

Upon consideration of the foregoing Motion to Substitute Counsel of Record, it is hereby:

ORDERED: That Kea Sherman, Esq. be, and hereby is, enrolled as local counsel for plaintiff's in: Case No. 10-77 (Hartford a/s/o Entergy), Case No. 07-4568 (National Union a/s/o Murphy Oil), Case No. 08-1213 (National Union a/s/o Air Products), Case No. 08-1212 (Hartford a/s/o Waste Management) and as sponsor for pro hoc vices of Elisa Gilbert, Esq. trial counsel (5713) and Brendan O'Brien, (9033).

New Orleans, Louisiana, this_____ day of_____, 2010.

_____
UNITED STATES DISTRICT JUDGE/MAGISTRATE