UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: All Cases | § | |
| _____ | § | |

### DEFENDANT UNITED STATES' *EX PARTE* MOTION TO WITHDRAW PAUL LEVINE AS COUNSEL OF RECORD

Defendant United States of America respectfully moves the Court to withdraw Paul Levine as counsel of record in this case.

This motion is respectfully submitted,

        TONY WEST
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR
        Assistant Director, Torts Branch

        s/ Paul Levine
        PAUL LEVINE
        Trial Attorney

        ROBIN SMITH
        Senior Trial Counsel
        Civil Division, Torts Branch
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 353-2574 / (202) 616-5200 (Fax)
May 18, 2010        Attorneys for the United States of America

### CERTIFICATE OF SERVICE

      I, Paul Levine, hereby certify that on May 18, 2009, I served a true copy of the Defendant United States' *Ex Parte* Motion to Withdraw Paul Levine as Counsel of Record Bar.

                                        /s/ Paul Levine
                                        PAUL LEVINE