UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: All Cases | § | |
| _____ | § | |

**ORDER**

Having considered the United States of America's *Ex Parte* Motion to Withdraw Paul Levine as Counsel of Record, the motion is GRANTED.  Paul Levine is hereby withdrawn as counsel of record for the United States.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
 Judge Stanwood R. Duval, Jr.
 Eastern District of Louisiana