U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY 1 8 2010

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30171

CV 05-4182-K

IN RE: KATRINA CANAL BREACHES LITIGATION

---

COLLEEN BERTHELOT, Wife of; JACKIE BERTHELOT; HEBER DUNAWAY; ERIC ANDERSON; AMY JANUSA, Wife of; ET AL,

        Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS,

        Defendant - Appellant

---

MAUREEN O'DWYER; ET AL

        Plaintiffs - Appellees

ASHTON R. O'DWYER

        Plaintiff - Appellee

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant - Appellant

---

ANN VODANOVICH, Wife of; ET AL

        Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant - Appellant

---

DAVID J. KIRSCH; ET AL

        Plaintiffs - Appellees

v.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant - Appellant

------------------------------------------------------------------------

JIM EZELL; ET AL

    Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant - Appellant

------------------------------------------------------------------------

DAVID M. BROWN; ET AL

    Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant - Appellant

------------------------------------------------------------------------

BETH A. LEBLANC; ET AL

    Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendants - Appellant

------------------------------------------------------------------------

JULIE E. TAUZIN; ET AL

    Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant - Appellant

------------------------------------------------------------------------

FREDERICK BRADLEY, Inidividually and on Behalf of all Persons Similarly Situated; ET AL

    Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

Defendant - Appellant

------------------------------------------------------------------------

MARY BETH FINNEY; ET AL

       Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant - Appellant

------------------------------------------------------------------------

HEBERT W. CHRISTENBERRY; ET AL

       Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant - Appellant

------------------------------------------------------------------------

JUNE F. SANCHEZ; ET AL

       Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant - Appellant

------------------------------------------------------------------------

JAMES E. FITZMORRIS; ET AL

       Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant - Appellant

------------------------------------------------------------------------

PETER LAMAR MARCELLO; ET AL

       Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant - Appellant

------------------------------------------------------------------------

CATHY ADAMS; ET AL

Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

Defendant - Appellant

------------------------------------------------------------

MAUREEN O'DWYER; ET AL

Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

Defendant - Appellant

------------------------------------------------------------

GLENN MICHAL ADAMS; ET AL

Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

Defendant - Appellant

------------------------------------------------------------

EMMA BROCK; ET AL

Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

Defendant - Appellant

------------------------------------------------------------

NATHANIEL JOSEPH; ET AL

Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

Defendant - Appellant

------------------------------------------------------------

RUBEN COHEN; ET AL

Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant - Appellant

---

FLORA FLEMING; ET AL

        Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant - Appellant

---

CREATO GORDON; ET AL

        Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant - Appellant

---

MAUREEN O'DWYER; ET AL

        Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant - Appellant

---

JUDY M. PAUL; ET AL

        Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant - Appellant

---

LUCINDA COCO; ET AL

        Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant - Appellant

MICHELLE HENNESSEY; ET AL

        Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant - Appellant

---

LAURIE CONIGLIO; ET AL

        Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42(b), the appeal is dismissed as of May 14, 2010, pursuant to appellant's motion.

        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: /s/ Dawn D. Victoriano
        Dawn D. Victoriano, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____ Deputy
New Orleans, Louisiana     14 MAY 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 14, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 10-30171,  In Re: Katrina Canal Breaches
        USDC No. 2:05-CV-4182
        USDC No. 2:05-CV-4181
        USDC No. 2:05-CV-5237
        USDC No. 2:05-CV-6073
        USDC No. 2:05-CV-6314
        USDC No. 2:05-CV-6324
        USDC No. 2:05-CV-6327
        USDC No. 2:06-CV-20
        USDC No. 2:06-CV-225
        USDC No. 2:06-CV-886
        USDC No. 2:06-CV-2278
        USDC No. 2:06-CV-2287
        USDC No. 2:06-CV-2346
        USDC No. 2:06-CV-2545
        USDC No. 2:06-CV-4065
        USDC No. 2:06-CV-4389
        USDC No. 2:06-CV-4634
        USDC No. 2:06-CV-4931
        USDC No. 2:06-CV-5032
        USDC No. 2:06-CV-5042
        USDC No. 2:06-CV-5159
        USDC No. 2:06-CV-5163
        USDC No. 2:06-CV-5786
        USDC No. 2:07-CV-993
        USDC No. 2:07-CV-1284
        USDC No. 2:07-CV-1288
        USDC No. 2:07-CV-1289

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Dawn D. Victoriano*
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc w/encl:
    Mr. Joseph M. Bruno
    Mr. Charles Munson Lanier Jr.
    Mr. Ashton R O'Dwyer Jr.

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 10-30171

IN RE: KATRINA CANAL BREACHES LITIGATION

-----------------------------------------------------------

COLLEEN BERTHELOT, Wife of; JACKIE BERTHELOT; HEBER DUNAWAY; ERIC ANDERSON; AMY JANUSA, Wife of; ET AL,

        Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS,

        Defendant – Appellant

-----------------------------------------------------------

MAUREEN O'DWYER; ET AL

        Plaintiffs – Appellees

ASHTON R. O'DWYER

        Plaintiff – Appellee – Cross-Appellant

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant – Appellant – Cross-Appellee

-----------------------------------------------------------

ANN VODANOVICH, Wife of; ET AL

        Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant – Appellant

---

DAVID J. KIRSCH; ET AL

       Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant – Appellant

---

JIM EZELL; ET AL

       Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant – Appellant

---

DAVID M. BROWN; ET AL

       Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant – Appellant

---

BETH A. LEBLANC; ET AL

       Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant – Appellant

---

JULIE E. TAUZIN; ET AL

       Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant – Appellant

------------------------------------------------------------

FREDERICK BRADLEY, Individually and on Behalf of all Persons Similarly Situated, ET AL

       Plaintiffs - Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant – Appellant

------------------------------------------------------------

MARY BETH FINNEY; ET AL

       Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant – Appellant

------------------------------------------------------------

HERBERT W. CHRISTENBERRY; ET AL

       Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant – Appellant

------------------------------------------------------------

JUNE F. SANCHEZ; ET AL

       Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant – Appellant

------------------------------------------------------------

JAMES E FITZMORRIS; ET AL

        Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant – Appellant

---

PETER LAMAR MARCELLO; ET AL

        Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant – Appellant

---

CATHY ADAMS; ET AL

        Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant – Appellant

---

MAUREEN O'DWYER; ET AL

        Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

        Defendant – Appellant

---

GLENN MICHAL ADAMS; ET AL

        Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant – Appellant

------------------------------------------------------------

EMMA BROCK; ET AL

    Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant – Appellant

------------------------------------------------------------

NATHANIEL JOSEPH; ET AL

    Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant – Appellant

------------------------------------------------------------

RUBEN COHEN; ET AL

    Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant – Appellant

------------------------------------------------------------

FLORA FLEMING; ET AL

    Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant – Appellant

------------------------------------------------------------

CREATO GORDON, ET AL

    Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant – Appellant

--------------------------------------------------------

MAUREEN O'DWYER; ET AL

    Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant – Appellant

--------------------------------------------------------

JUDY M. PAUL; ET AL

    Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant – Appellant

--------------------------------------------------------

LUCINDA COCO, ET AL

    Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

    Defendant – Appellant

--------------------------------------------------------

MICHELLE HENNESSY; ET AL

    Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

Defendant – Appellant

------

LAURA CONIGLIO; ET AL

 Plaintiffs – Appellees

v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

 Defendant – Appellant

Appeals from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-CV-4182

## MOTION FOR VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes defendant - appellant, Sewerage and Water Board of New Orleans, and upon advising the Court that it no longer desires to pursue this appeal, moves for an order dismissing the present appeal.

WHEREFORE, appellant, Sewerage and Water Board of New Orleans, moves for an order dismissing the present appeal.

Respectfully submitted:

/s/ Charles M. Lanier, Jr.
-----------------------------------
**CHARLES M. LANIER, JR. - #18299**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**CHRISTOVICH & KEARNEY, LLP**
Pan American Life Center, Suite 2300
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Facsimile:  (504) 561-5743

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585-2242
Facsimile: (504) 585-2426

ATTORNEYS FOR DEFENDANT
SEWERAGE AND WATER BOARD OF
NEW ORLEANS

## CERTIFICATE

I do hereby certify that on the 12th day of May, 2010, I filed the foregoing with the Clerk of Court through the court's electronic filing system which constitutes service on all Filing Users. I also certify that, in accordance with Fed. R. App. P. 25(d) and 5th Cir. R. 25.2.5, parties who are not Filing Users have been served by first class U.S. mail.

/s/Charles M. Lanier, Jr.
_____
**CHARLES M. LANIER, JR.**