UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                           JUDGE DUVAL
        Abadie  06-5164                           MAG. WILKINSON
        Abadie  07-5112
        Alexander, 07-4538
        Acevedo I, 07-5199
        Acevedo II, 07-5208
        Abram, 07-5205
        Aaron, 06-4746
        Aguilar, 07-4852

**ORDER**

At the request of Standard Fire Insurance Company, and pursuant to Judge Duval's

order referring this matter to me to conduct a status conference with counsel for Standard

Fire, counsel for the plaintiffs identified in Exhibit A to Standard Fire's motion, and Dan

Rees on behalf of the Road Home Program, Record Doc. Nos. 19762 and 19770,

**IT IS ORDERED** that a STATUS CONFERENCE in the referenced cases will be

conducted before me on **JUNE 25, 2010 at 10:30 a.m.**  The purpose of the conference is to

"resolve the issues surrounding the formalization of the settlement agreements regarding

these claims" in the referenced matters.

New Orleans, Louisiana, this ____21st____ day of May, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**

**HON. STANWOOD R. DUVAL, JR.**

**SETH SCHMEECKLE**

**JOSEPH M. BRUNO**

**HURRICANE LEGAL CENTER, L.L.C.**

**BINEGAR CHRISTIAN, L.L.C.**

**JOHN CONRY**

**JIM S. HALL**

**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**