UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION "K" (Judge Duval) |
| | MAGISTRATE 2 (Judge Wilkinson) |
| PERTAINS TO: MR-GO and 10-cv-77 | |

### Plaintiffs' Motion For Status Conference

**Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,** and their subrogated insurer **Hartford Steam Boiler Inspection and Insurance Company** (collectively the "Plaintiffs") respectfully move this Court to schedule a status conference among the parties to discuss the general posture of this case and establish a schedule for proceedings in this action.

Counsel for the Plaintiffs has contacted Mr. Joseph Bruno on behalf of the Plaintiffs Liaison Committee in the MRGO Master Consolidated Class Action, and Mr. Robin Smith on behalf of the Defendant United States, who both consent to the Plaintiffs' Motion. All parties are available for a status conference during the week of June 1, 2010 through June 4, 2010.

1

WHEREFORE, the Plaintiffs' pray that an order be issued herein by the Court granting their Motion For Status Conference.

Respectfully submitted on May __21__, 2010,

>Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
>Wendy Hickok Robinson (La. Bar No. 25225)
>Brian L. Guillot (La. Bar No. 31759)
>Gordon, Arata, McCollam,
>  Duplantis & Eagan, L.L.P.
>201 St. Charles Avenue, 40th Floor
>New Orleans, Louisiana  70170-4000
>        Telephone: (504) 582-1111
>        Fax: (504) 582-1121
>
>By:      /s/Brian L. Guillot
>
>and
>
>Marcus V. Brown (La. Bar No. 18817)
>Entergy Services, Inc.
>639 Loyola Avenue, Suite 2600
>New Orleans, LA  70113
>Tel:  504-576-2765
>
>Attorneys for Plaintiffs, Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,
>
>and
>
>Elisa T. Gilbert (ETG 5713), T.A.
>Brendan R. O'Brien (BO 9033)
>Kea Sherman, Esq (La. Bar No. 30299)
>The Gilbert Firm, LLC
>325 East 57th Street
>New York, NY 10022
>
>Attorneys for Hartford Steam Boiler Inspection and Insurance Company

## C E R T I F I C A T E

      I hereby certify that on this 21th day of May, 2010, I electronically filed the foregoing MOTION FOR STATUS CONFERENCE with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid to all non-CM/ECF participants.

      /s/BRIAN L. GUILLOT