UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (Judge Duval)<br><br>MAGISTRATE 2 (Judge Wilkinson) |
| PERTAINS TO:   MR-GO and<br>10-cv-77 | |

<u>Plaintiffs' Memorandum<br>in Support of Motion For Status Conference</u>

**Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,** and their subrogated insurer **Hartford Steam Boiler Inspection and Insurance Company** (collectively "Plaintiffs") have respectfully moved this Court to schedule a status conference among the parties to discuss the general posture of this case and establish a schedule for proceedings in this action. The Plaintiffs' respectfully represent and request the following:

1

1.

On February 2, 2010, this Court issued an Order consolidating the Plaintiffs' individual lawsuit against the United States with the MRGO Master Consolidated Class Action. Civil Action No. 07-cv-4680; 10-cv-77 (Doc. 6).

2.

This Court ordered that this particular suit is not subject to the blanket stay that is in effect with respect to all other individual suits filed in the MRGO category. *Id.*

3.

The Plaintiffs now request that this Court schedule a status conference to discuss the general posture of this case and the schedule of proceedings in this action.

4.

Counsel for Defendant United States has been contacted and concurs with the Entergy Companies' Motion.

5.

Counsel for the Plaintiffs Liaison Committee been contacted and consents to the Entergy Companies' Motion.

6.

All parties are available for a status conference on any date between June 1, 2010 and June 4, 2010.

WHEREFORE, for the foregoing reasons, the Plaintiffs respectfully request that this Court enter an order setting an in-person status conference between June 1, 2010 and June 4, 2010.

Respectfully submitted on May __21__, 2010,

Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
Wendy Hickok Robinson (La. Bar No. 25225)
Brian L. Guillot (La. Bar No. 31759)
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
      Telephone: (504) 582-1111
      Fax: (504) 582-1121

By:_____/s/Brian L. Guillot_____

and

Marcus V. Brown (La. Bar No. 18817)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765

Attorneys for Plaintiffs, Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,

and

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
Kea Sherman, Esq (La. Bar No. 30299)
The Gilbert Firm,  LLC
325 East 57th Street
New York, NY 10022

Attorneys for Hartford Steam Boiler Inspection and Insurance Company

## C E R T I F I C A T E

I hereby certify that on this 21th day of May, 2010, I electronically filed the foregoing MEMORANDUM IN SUPPORT OF MOTION FOR STATUS CONFERENCE with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid to all non-CM/ECF participants.

      /s/BRIAN L. GUILLOT