UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (Judge Duval)<br><br>MAGISTRATE 2 (Judge Wilkinson) |
| PERTAINS TO:   MR-GO and<br>10-cv-77 | |

## ORDER

Upon consideration of the Plaintiffs' Motion For Status Conference:

It is hereby **ORDERED** that the Motion For Status Conference is **GRANTED** and that a status conference will be conducted among all the parties in this action on the _____ day of _____, 2010 at _____, o'clock, __.m.

New Orleans, Louisiana, this_____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE