UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES         CIVIL ACTION
         CONSOLIDATED LITIGATION
                                        NO. 05-4182

                                        SECTION "K" (Judge Duval)

                                        MAGISTRATE 2 (Judge Wilkinson)

PERTAINS TO:   MR-GO and
               10-cv-77

## ORDER

Upon consideration of the Plaintiffs' Motion For Status Conference:

It is hereby **ORDERED** that the Motion For Status Conference is **GRANTED** and that a status conference will be conducted among all the parties in this action on the 3rd day of June, 2010 at 11:00 a.m., o'clock, __.m.

New Orleans, Louisiana, this __25th__ day of __May__, 2010.

_____
UNITED STATES DISTRICT JUDGE

1