## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO BARGE | |
| | SECTION "K" |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | *as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY* |
| *Benoit* | C.A. NO. 06-7516 | *as to claims of plaintiffs John Alford and Jerry Alford - ONLY* |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Mr. Ed Busch
      409 Magnolia Lane
      Slidell, LA 70461

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 500 Poydras Street New Orleans, LA, 70130 | Courtroom: C352 |
|---|---|
| | Date and time: June 21, 2010 at 8:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:_____
         *CLERK OF COURT*
                                                             or  [signature]
_____                              _____
   *Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, email, and telephone number of the attorney representing (name of party) Plaintiffs, who issues or requests this subpoena are: **Barge PSLC, 821 Baronne Street, New Orleans, LA 70113, 504/581-6180, karlwied@bellsouth.net**

AO 88 (Rev.06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 05-4182

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ P. 45.)*

This subpoena for *(name of individual and title, if any)* MR. Ed Busch
was received by me on *(date)* 20 May 10.

☒ I served the subpoena by delivering a copy to the named person as follows: This document served unsuccessfully on 21 May 10, tried again on 24 May 10 & served to Mrs Busch @ 1020 hrs on *(date)* 24 May 10    ; or

☐ I returned the subpoena unexecuted because:


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$              .

My fees are $ 25.00 per hr for travel and $ .55 per hr for services, for a total of $      0.00       .

I declare under penalty of perjury that this information is true.

Date: 24 May 10

*Server's signature*

Jerome J Marchand III
*Printed name and title*

9033 Camille Dr. / River Ridge, LA 70123
*Server's address*

Additional information regarding attempted service, etc: