UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | CIVIL ACTION |
| | | NO. 05-4182 |
| PERTAINS TO: BARGE | | SECTION "K" |
| *Mumford* | C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| *Benoit* | C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford -- ONLY |

### LAFARGE NORTH AMERICA, INC.'S MOTION TO EXPEDITE HEARING ON ITS MOTION TO QUASH TRIAL SUBPOENAS SERVED ON WAYNE CENTANNI AND ROBERT GARCIA

Lafarge North America, Inc. ("LNA") hereby moves *ex parte* to expedite the hearing on LNA's Motion to Quash the Trial Subpoenas Served on Wayne Centanni and Robert Garcia, which was filed today, so that the Motion to Quash is heard on June 10, 2010 at 3:00 p.m. The grounds in support of this Motion are set forth in the accompanying memorandum of law filed herewith and incorporated by reference herein.

Dated: May 28, 2010

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

    /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com


Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 28, 2010.

    /s/ John D. Aldock