UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: BARGE | SECTION "K" |
| *Mumford*       C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| *Benoit*        C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford -- ONLY |

LAFARGE NORTH AMERICA, INC.'S MEMORANDUM OF LAW
IN SUPPORT OF ITS *EX PARTE* MOTION TO EXPEDITE HEARING
ON LNA'S MOTION TO QUASH TRIAL SUBPOENAS SERVED ON
WAYNE CENTANNI AND ROBERT GARCIA

Lafarge North America Inc. ("LNA") respectfully submits this Memorandum of Law in Support of its *Ex Parte* Motion for Expedited Hearing of its Motion to Quash Trial Subpoenas Served no Wayne Centanni and Robert Garcia.

An expedited hearing is necessary because trial in this matter is less than one month away. It is essential to both plaintiffs' and LNA's trial preparation that they know as soon as possible whether the Court will quash these two subpoenas. Were plaintiffs permitted to respond in the ordinary course, their response would not be due until June 8, 2010; and the motion would be heard on June 16, 2010, which is less than one week prior to the June 21, 2010 trial.

Moreover, the parties are already scheduled to appear before the Court at a pretrial conference set for June 10, 2010. R.D. 19728 at 2-3. LNA believes that the Court should allow plaintiffs until noon on June 4, 2010 to respond to this Motion. This would allow the Court time

to review the pleadings prior to the June 10th pretrial conference and would also allow LNA a few days to consider whether it needs to seek leave to file a reply brief in support of its motion.

Finally, LNA notes that it moved quickly to file this Motion and the Motion to Quash. The subpoenas were served on Mr. Centanni and Mr. Garcia on May 21st and filed on the docket in this case on May 26th.  *See* R.D. 19812 (Garcia subpoena), 19819 (Centanni subpoena). Thus, the need for relief is not due to any delay by LNA.

WHEREFORE, LNA respectfully requests this Honorable Court grant the instant Motion for Expedited Hearing.

Dated: May 28, 2010

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com


Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715

2

New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*