# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| | * | | |
| **IN RE: KATRINA CANAL BREACHES** | * | | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION | |
| | * | | |
| | * | NO. 05-4182 | |
| | * | and consolidated cases | |
| **PERTAINS TO: BARGE** | * | | |
| | * | SECTION "K" (2) | |
| *Boutte v. Lafarge*       05-5531 | * | | |
| *Mumford v. Ingram*    05-5724 | * | | |
| *Lagarde v. Lafarge*     06-5342 | * | **JUDGE** | |
| *Perry v. Ingram*           06-6299 | * | **STANWOOD R. DUVAL, JR.** | |
| *Benoit v. Lafarge*        06-7516 | * | | |
| *Parfait Family v. USA* 07-3500 | * | **MAGISTRATE** | |
| *Weber v. Lafarge*        08-4459 | * | **JOSEPH C. WILKINSON, JR.** | |

## ORDER

Considering Lafarge North America, Inc.'s Motion to Expedite Hearing on LNA's Motion to Motion to Quash Trial Subpoenas Served on Wayne Centanni and Robert Garcia,

**IT IS ORDERED** that the motion is **GRANTED**,

**IT IS FURTHER ORDERED** that the hearing on LNA's Motion to Quash will be held on June 10, 2010 at 3:00 p.m., concurrently with the Court's pretrial conference in this matter, and

**IT IS FURTHER ORDERED** that plaintiffs' opposition to the Motion to Quash, if any, is due to be filed on or before noon on June 4, 2010.

New Orleans, Louisiana, this _____ day of May, 2010.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**