UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO BARGE | NO.: 05-418 |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - **ONLY** |
| *Benoit* | C.A. NO. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford- **ONLY** |

NOTICE OF DEPOSITION

TO: John Aldock, Esq.
Mark Raffman, Esq.
Goodwin Proctor, LLP
901 New York Avenue NW
Washington, DC   20001

**PLEASE TAKE NOTICE**, that the undersigned counsel will take the deposition of the individual whose name is listed below for all lawful purposes and for use at trial, upon oral examination before a Certified Shorthand Reporter or any other court reporter authorized by law to take depositions, as follows:

DEPONENT:   LESLIE R. LEMON

TIME:   9:30 A.M. EST

DATE:   THURSDAY, JUNE 17, 2010

PLACE:   Goodwin Proctor, LLP
901 New York Avenue NW
Washington, DC   20001

You are invited to attend and take part in the examinations as you may deem necessary and proper.

Respectfully submitted:

**Law Office of Brian A. Gilbert, P.L.C.**


 /s/Brian A. Gilbert
**BRIAN A. GILBERT (LSBA #21297)**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Telephone: (504) 885-7700
Facsimile: (504) 524-1024
bgilbert@briangilbertlaw.com (primary)


## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this     2nd   day of June, 2010, served the foregoing pleading on all counsel of record herein, by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, and/or by hand delivery and/or by facsimile transmission and/or by electronic message.

 /s/Brian A. Gilbert