UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO BARGE | NO.  05-418 |
| | SECTION K |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | *as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. -* **ONLY** |
| *Benoit* | C.A. NO. 06-7516 | *as to claims of plaintiffs John Alford and Jerry Alford -* **ONLY** |

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Josephine Richardson, Holiday Jewelers, Inc., John Alford and Jerry Alford, who pursuant to Local Rue 78.1, respectfully request that this Honorable Court hear oral argument on Plaintiffs' Motion to Continue Trial.

Respectfully Submitted:

 */s/Brian A. Gilbert*
BRIAN A. GILBERT (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
(Of Counsel to **BEST KOEPPEL TRAYLOR**)
2030 St. Charles Avenue
New Orleans, Louisiana  70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-Mail: bgilbert@briangilbertlaw.com,
bgilbert@bestkoeppel.com

LAURENCE E. BEST - #3012
PETER S. KOEPPEL - #1465
**BEST KOEPPEL TRAYLOR**
2030 St. Charles Avenue
New Orleans, Louisiana  70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: lebest@bestkoeppel.com
peterklaw@aol.com


SHAWN KHORRAMI (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
E-mail: Skhorrami@kpalawyers.com


LAWRENCE A. WILSON (N.Y.B.A. #2487908)
**WILSON, GROCHOW, DRUKER & NOLET**
233 Broadway, 5th Floor
New York, NY 10279
Telephone: (212) 608-4400
Facsimile: (212) 608-0746
E-Mail: lwilson@wgdnlaw1.com


LAWRENCE D. WIEDEMANN (#13457)
KARL WIEDEMANN (18502)
**WIEDEMANN AND WIEDEMANN**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
E-mail: ldwiedeman@aol.com
karlwied@bellsouth.net


PATRICK J. SANDERS (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
E-mail: pistols42@aol.com

        RICHARD T. SEYMOUR (D.C. Bar #28100)
**LAW OFFICE OF RICHARD T. SEYMOUR, PLLC**
1150 Connecticut Avenue N.., Suite 900
Washington, D.C.  20036-4129
Telephone: (202) 862-4320
Cellphone: (202) 549-1454
Facsimile: (202) 828-4130 or (800) 805-1065

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 4th day of June, 2010.

                        /s/ Brian A. Gilbert