UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO BARGE | NO. 05-418 |
| | SECTION K |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | *as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. -* **ONLY** |
| *Benoit* | C.A. NO. 06-7516 | *as to claims of plaintiffs John Alford and Jerry Alford -* **ONLY** |

### ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Request for Oral Argument on Motion to Continue Trial, be and the same is hereby **GRANTED**.

**SIGNED** this _____ day of _____, 2010.

_____
**HONORABLE STANWOOD R DUVAL, JR.**

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 4th day of June, 2010.

                /s/ Brian A. Gilbert