UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO BARGE | NO.  05-418 |
| | SECTION K |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | *as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. -* **ONLY** |
| *Benoit* | C.A. NO. 06-7516 | *as to claims of plaintiffs John Alford and Jerry Alford -* **ONLY** |

**ORDER GRANTING EXPEDITED HEARING**

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Expedite is hereby **GRANTED**. Hearing shall take place with/without oral argument at _____ a.m./p.m. on the _____ day of June, 2010.

**SIGNED** this _____ day of _____, 2010.

_____
**HONORABLE  STANWOOD  R.  DUVAL,  JR.**

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 4th day of June, 2010.

                   /s/ Brian A. Gilbert