UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | * *<br>* | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * JUDGE |
| *Mumford v. Ingram* | 05-5724 | * STANWOOD R. DUVAL, JR. |
| *Lagarde v. Lafarge* | 06-5342 | * |
| *Perry v. Ingram* | 06-6299 | * MAGISTRATE |
| *Benoit v. Lafarge* | 06-7516 | * JOSEPH C. WILKINSON, JR. |
| *Parfait Family v. USA* | 07-3500 | * |
| *Lafarge v. USA* | 07-5178 | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## BARGE PLAINTIFFS' LODGING OF UNPUBLISHED AUTHORITIES IN OPPOSITION TO LAFARGE NORTH AMERICA INC.'S MOTION TO QUASH TRIAL SUBPOENAS SERVED ON WAYNE CENTANNI AND ROBERT GARCIA

For the convenience of the Court, Plaintiffs hereby submit copies of the following unpublished authorities cited in support of their Opposition to Lafarge North America Inc.'s Motion to Quash Trial Subpoenas Served on Wayne Centanni and Robert Garcia.:

**Cases**                          **Citations**

1. *Try Lee Greer, Jr. v. Lowes Home Centers, Inc.*, 2006 U.S. Dist. LEXIS 5405 (Civil Action No. 05-0322)

2. *In Re*: Katrina Canal Breaches, Consolidated Litigation; Pertains to Barge, *Mumford v. Ingram*, C.A. No. 05-5724, *Boutte v. Lafarge*, C.A. No.05-5531, *Lagarde v. Lafarge*,

C.A. No. 06-5342, *Perry v. Ingram Barge*, C.A. No. 06-6299, *Benoit v. Lafarge*, C.A. No. 06-7516, *Parfait Family v. USA*, C.A. No. 07-3500, *Lafarge v. USA*, C.A. No. 07-5178 2008 U.S. Dist. LEXIS 39774 (Civil Action No. 05-4182 "K" (2))