CASE # 2



LEXSEE 2008 U.S. DIST. LEXIS 39774

**IN RE: KATRINA CANAL BREACHES, CONSOLIDATED LITIGATION;
PERTAINS TO: BARGE, Mumford v. Ingram, C.A. No. 05-5724, Boutte v. Lafarge,
C.A. No. 05-5531, Lagarde v. Lafarge, C.A. No. 06-5342, Perry v. Ingram Barge,
C.A. No. 06-6299, Benoit v. Lafarge, C.A. No. 06-7516, Parfait Family v. USA, C.A.
No. 07-3500, Lafarge v. USA, C.A. No. 07-5178**

**CIVIL ACTION NO. 05-4182 "K" (2)**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
LOUISIANA**

*2008 U.S. Dist. LEXIS 39774*

**May 14, 2008, Decided
May 14, 2008, Filed**

**SUBSEQUENT HISTORY:** Claim dismissed by *In re : Katrina Canal Breaches Consol. Litig., 2008 U.S. Dist. LEXIS 44930 (E.D. La., May 27, 2008)*

**PRIOR HISTORY:** *O'Dwyer v. United States, 277 Fed. Appx. 512, 2008 U.S. App. LEXIS 10136 (5th Cir. La., 2008)*

**COUNSEL:** [*1] For Colleen Berthelot, Wife of, Jackie Berthelot, Heber Dunaway, Eric Anderson, Amy Janusa, Wife of, Michael Janusa, Plaintiffs: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stephen Gallodoro, Joseph L Gallodoro, Sr, Cheryl Emmons, Margaret Lott, Plaintiffs: Jon Wesley Wise, LEAD ATTORNEY, Fowler Rodriguez (New Orleans), New Orleans, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Paula Robichaux, Plaintiff: Jim S. Hall, LEAD ATTORNEY, Jim S. Hall & Associates, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sandra Spedale, Antoine G Davis, Jeanette St. Etienn, Plaintiffs: David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sue La Porte, Plaintiff: David Scott Scalia, Bruno & Bruno, New Orleans, LA.

For Mr. Kenneth Paul Armstrong, Ms. Ethel Mae Coats, Mr. Henry Davis, Plaintiffs: Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA.

For Plaintiffs Liaison Counsel, Plaintiff: [*2] Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Glenna P. Randazzo, 07-1082, Plaintiff: J. Douglas Sunseri, LEAD ATTORNEY, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA.

For Alvin Ball, Jr., Plaintiff: Albert Joseph Rebennack, Jr., Law Offices of Albert J. Rebennack, Metairie, LA.

For Jerald M. Alexander, Sr., Plaintiff: Kevin Patrick Klibert, Becnel Law Firm, LLC, Reserve, LA.

For Advanced Mortgage, Leona Williams-Jones, Shane Sylvester, Plaintiffs: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Barge Plaintiffs' Subgroup Committee, as to Order doc. # 11527, Plaintiff: Brian Arthur Gilbert, LEAD ATTORNEY, Law Office of Brian A. Gilbert, PLC, New Orleans, LA; David W. Druker, Lawrence A. Wilson, Wilson, Grochow, Druker & Nolet, New York, NY; Karen Wiedemann, Karl Wiedemann, Lawrence D. Wiedemann, Wiedemann & [*3] Wiedemann, New Orleans, LA; Leslie D. Kelmachter, Jacob D. Fuchsberg Law Firm, LLP, New York, NY; Patrick Joseph Sanders, Patrick J. Sanders, Attorney at Law, Metairie, LA; Richard T. Seymour, Law Office of Richard T. Seymour, PLLC, Washington, DC.

For Barge Plaintiffs' Preliminary Master Committee, as to Order doc. # 11527, Plaintiff: Brian Arthur Gilbert, LEAD ATTORNEY, Law Office of Brian A. Gilbert, PLC, New Orleans, LA.

For Geraldine Iastie, Plaintiff: Joseph Michael Bruno, Jr., LEAD ATTORNEY, Bruno & Bruno, New Orleans, LA.

For Jared Vodanovich, 05-4191, Consol Plaintiff: Gerald Edward Meunier, LEAD ATTORNEY, Justin I. Woods, Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, LA; Stephen Skelly Kreller, LEAD ATTORNEY, Murphy, Rogers, Sloss & Gambel (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Robert Harvey, 05-4568, Susan Laurendine, 05-4568, William Laurendine, 05-4568, Darleen Jacobs Levy, 05-4568, Consol Plaintiffs: Darleen Marie Jacobs, LEAD ATTORNEY, Alfred Ambrose Sarrat, Jr., Jacobs & Sarrat, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Robert G. Harvey, Sr., Law Office of Robert G. Harvey, [*4] Sr., APLC, New Orleans, LA.

For Cathy Carter, 05-5237, Sean McCrossen, 05-5237 - on behalf of themselves and all others similarly situated, Regina Schoegel, wife of - 05-5237, Samuel Schoegel, 05-5237, Consol Plaintiffs: David Lyman Browne, Law Offices of David L. Browne, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Robert J. Daigre, Murray & Murray, Sandusky, OH.

For Ann Vodanovich, wife of - 05-5237, Charlie Vodanovich, 05-5237, Consol Plaintiffs: Stephen Skelly Kreller, LEAD ATTORNEY, Murphy, Rogers, Sloss & Gambel (New Orleans), New Orleans, LA; Gerald Edward Meunier, Justin I. Woods, Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Ali Haghighi, on behalf of themselves and all others similarly situated - 05-6073, David J. Kirsch, 05-6073, Consol Plaintiffs: Hugh Palmer Lambert, LEAD ATTORNEY, Evelyn Alexis Bevis, Linda Jane Nelson, Lambert & Nelson, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Bonnie Ezell, 05-6314, Jim Ezell, 05-6314 - husband of/and, Consol Plaintiffs: Jesse Lee Wimberly, III, LEAD ATTORNEY, Jesse L. Wimberly, III, Attorney at [*5] Law, Mandeville, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Peter Ascani, III, 05-6323, Robert G. Harvey, Sr, 05-6323, Consol Plaintiffs: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Robert G. Harvey, Sr., Law Office of Robert G. Harvey, Sr., APLC, New Orleans, LA; Tamara Kluger Jacobson, Law Office of Tamara Kluger Jacobson, New Orleans, LA; Thomas J. Corrington, The Corrington Law Firm, New Orleans, LA.

For Jack Capella, 05-6323 - as the Executor of the Succession of Lilian Capella, James Capella, 05-6323, Sophia Granier, 05-6323, Gregory Jackson, 05-6323, Mary Jane Silva, 05-6323, Consol Plaintiffs: Robert G. Harvey, Sr., LEAD ATTORNEY, Law Office of Robert G. Harvey, Sr., APLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Tamara Kluger Jacobson, Law Office of Tamara Kluger Jacobson, New Orleans, LA; Thomas J. Corrington, The Corrington Law Firm, New Orleans, LA.

For Richard Vanderbrook, 05-6323, Consol Plaintiff: Robert G. Harvey, Sr., LEAD ATTORNEY, Law Office of Robert G. Harvey, Sr., APLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Nora Bolling Bilbro, Phelps Dunbar, LLP (New Orleans), New Orleans, LA; Tamara Kluger [*6] Jacobson, Law Office of Tamara Kluger Jacobson, New Orleans, LA; Thomas J. Corrington, The Corrington Law Firm, New Orleans, LA.

For Dorothy Andry, 05-6324, David M. Brown, Sr., 05-6324, Beverly Evans, 05-6324, Kim Marie Lamerson, 05-6324, Consol Plaintiffs: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Sidney Donecio Torres, III, Law Offices of Sidney D. Torres, III, Chalmette, LA.

For Beth A. LeBlanc, 05-6327, Alan West, 05-6327, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA.

For Frederick Bradley, 05-6359, Lawrence Rabin, 05-6359, Frederick Bradley, 06-225 - individually and on behalf of all persons similarly situated, Lawrence Rabin, 06-225 - individually and on behalf of all persons similarly situated, Mark H. Samuels, 06-225 - individually and on behalf of all persons similarly situated, Consol Plaintiffs: Gerald Edward Meunier, LEAD ATTORNEY, Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mark H. Samuels, 05-6359 - Individually and on behalf of [*7] all persons similarly situated, Consol Plaintiff: Gerald Edward Meunier, LEAD ATTORNEY, Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Law Offices of Frank J. D'Amico, Jr. (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Paulette L. Heldner, 06-20 - wife of and, Consol Plaintiff: Randall A. Smith, LEAD ATTORNEY, Laura Hawkins Davis, Smith & Fawer, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Kirk Reasonover, Reasonover & Olinde, LLC, New Orleans, LA.

For John Michael Holahan, 06-20, Riverbend Fine Wines, Inc., 06-20, Julie E. Tauzin, 06-20, Michelle M. Zornes, 06-20, Consol Plaintiffs: Randall A. Smith, LEAD ATTORNEY, J. Geoffrey Ormsby, Laura Hawkins Davis, Michael Warren Hill, Smith & Fawer, LLP, New Orleans, LA; Ariel Karma DiGiulio, Law Offices of Ariel K. Digiulio, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Kirk Reasonover, Reasonover & Olinde, LLC, New Orleans, LA.

For Bruce Conlay, 06-151, Diane W Rogers, 06-152, Betty K. Baird, 06-153, William R Baird, 06-153, Kelly A. Humphreys, 06-169, Consol Plaintiffs: Joseph [*8] M. Bruno, Bruno & Bruno, New Orleans, LA.

For Marty D'Aunoy, 06-886, Robin Michael D'Aunoy, 06-886 - wife of Marty D' Aunoy, individually and on behalf of her minor son Noah D'Aunoy, Kevin Patrick Finney, 06-886, Mary Beth Finney, 06-886 - wife of Patrick Finney, Aliree Y Hutson, 06-886, Ann R McGuinness, 06-886, James C McGuinness, Jr, 06-886, Jack A Newton, 06-886 - individually and on behalf of his minor daughter Caitlin Newton, Jessica A Newton, 06-886 - wife of Jack A. Newton, individually and on behalf of her minor daughter Caitlin Newton, Jeanette Rubick, 06-886, Consol Plaintiffs: Robert M. Becnel, LEAD ATTORNEY, Meghan Becnel Burns, Law Offices of

Robert M. Becnel, Laplace, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Brad Boyd, 06-1672, Stephanie Boyd, 06-1672, Daniel Fontanez, 06-1672, Jacquelyn Fontanez, 06-1672, Glendy Forster, 06-1672, Larry Forster, 06-1672, Lori Gervais, 06-1672, Randy Gervais, 06-1672, Judy Maier, 06-1672, Kenneth Maier, 06-1672, Andre Mauberret, 06-1672, Mairlyn Mauberret, 06-1672, New Orleans Flooring Supply, Inc., 06-1672, Dave Strawn, 06-1672, Debbie Strawn, 06-1672, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. [*9] McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC (Philadelphia), Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Vernon Palmer Thomas, Vernon P. Thomas, Attorney at Law, New Orleans, LA.

For Angelina Burst, 06-1672, Shawn Burst, 06-1672, Heather Falou, 06-1672, Spencer Falou, 06-1672, Brandon Gawlick, 06-1672, Bridget Gawlick, 06-1672, Lacey Glorioso, 06-1672, Monty Glorioso, 06-1672, Chuck Morris, 06-1672, Day Morris, 06-1672, Debbie Rittner, 06-1672, Perry Rittner, 06-1672, Brian Rourke, 06-1672, Lisa Rourke, 06-1672, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Vernon Palmer Thomas, Vernon P. Thomas, Attorney at Law, New Orleans, LA.

For Gladys Chehardy, 06-1672, Consol Plaintiff: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, [*10] Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC (Philadelphia), Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; Vernon Palmer Thomas, Vernon P. Thomas, Attorney at Law, New Orleans, LA.

For Brad Boyd, 06-1673, Stephanie Boyd, 06-1673, Angelina Burst, 06-1673, Shawn Burst, 06-1673, Daniel Fontanez, 06-1673, Jacquelyn Fontanez, 06-1673, Glendy Forster, 06-1673, Larry Forster, 06-1673, Lori Gervais, 06-1673, Randy Gervais, 06-1673, Judy Maier, 06-1673, Kenneth Maier, 06-1673, Andre Mauberret, 06-1673, Mairlyn Mauberret, 06-1673, New Orleans Flooring Supply, Inc., 06-1673, Dave Strawn, 06-1673, Debbie Strawn, 06-1673, Brad Boyd, 06-1674, Stephanie

Boyd, 06-1674, Daniel Fontanez, 06-1674, Jacquelyn Fontanez, 06-1674, Glendy Forster, 06-1674, Larry Forster, 06-1674, Lori Gervais, 06-1674, Randy Gervais, 06-1674, Judy Maier, 06-1674, Kenneth Maier, 06-1674, Andre Mauberret, 06-1674, Mairlyn Mauberret, 06-1674, New Orleans Flooring Supply, Inc., 06-1674, Dave Strawn, 06-1674, Debbie Strawn, 06-1674, Consol Plaintiffs: J. J. (Jerry) [*11] McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC (Philadelphia), Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Gladys Chehardy, 06-1673, Gladys Chehardy, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC (Philadelphia), Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL.

For Heather Falou, 06-1673, Spencer Falou, 06-1673, Brandon Gawlick, 06-1673, Bridget Gawlick, 06-1673, Lacey Glorioso, 06-1673, Monty Glorioso, 06-1673, Chuck Morris, 06-1673, Day Morris, 06-1673, Debbie Rittner, 06-1673, Perry Rittner, 06-1673, Brian Rourke, 06-1673, Lisa Rourke, 06-1673, Angelina Burst, 06-1674, Shawn Burst, 06-1674, Heather Falou, 06-1674, Spencer Falou, 06-1674, Bridget [*12] Gawlick, 06-1674, Lacey Glorioso, 06-1674, Monty Glorioso, 06-1674, Chuck Morris, 06-1674, Day Morris, 06-1674, Debbie Rittner, 06-1674, Perry Rittner, 06-1674, Brian Rourke, 06-1674, Lisa Rourke, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Brandon Gawlick, 06-1674, Consol Plaintiff: Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Gordon J. McKernan, J. J. (Jerry) McKernan, McKernan Law Firm, Baton Rouge, LA.

For Maureen O'Dwyer, 05-4181; et al, Christopher Patterson, 05-4181 - and his spouse, and on his own behalf and on behalf of his minor children, Christopher Edward Patterson, Jr., and Chrisha Patterson, Diana Santee, 05-4181 - on her own behalf and on behalf of her minor children, Timothy Santee, Marvin Santee, Ireal Santee, Tiffany Santee, Teianna Santee, Teriane Santee & Niecal Santee, Consol Plaintiffs: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney [*13] at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Joseph W. Hecker, Joseph W. Hecker, Attorney at Law, Baton Rouge, LA.

For Paulette H. Holahan, 06-20, Consol Plaintiff: Randall A. Smith, LEAD ATTORNEY, J. Geoffrey Ormsby, Michael Warren Hill, Smith & Fawer, LLP, New Orleans, LA; Ariel Karma DiGiulio, Law Offices of Ariel K. Digiulio, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Kirk Reasonover, Reasonover & Olinde, LLC, New Orleans, LA.

For Lisa Bousqueto, 06-2287, Cyril Neville, 06-2287, Gaynielle Neville, 06-2287, June F. Sanchez, 06-2287, Consol Plaintiffs: Walter C. Dumas, LEAD ATTORNEY, Travis J. Turner, Dumas & Associates Law Firm, LLC, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; NaTashia Carter Benoit, Allan Berger & Associates, PLC, New Orleans, LA; Patti Durio Hatch, E. Eric Guirard & Associates (Baton Rouge), Baton Rouge, LA.

For Holly Biggs, 06-2346, James E. Fitzmorris, 06-2346, Christopher Musser, 06-2346, Husband of/and, Melanie Musser, 06-2346, Consol Plaintiffs: F. Gerald Maples, LEAD ATTORNEY, J. Stuart Kirwan, Meredith Anne Mayberry, Stephen Michael Wiles, F. Gerald Maples, P.A., New Orleans, LA; Clayton [*14] Morris Connors, Mumphrey Law Firm, LLC (New Orleans), New Orleans, LA; J. Wayne Mumphrey, Wayne B. Mumphrey, Mumphrey Law Firm, LLC (Slidell), Slidell, LA; John Herr Musser, IV, John H. Musser, IV, Attorney at Law, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Maria Kay Chetta, 06-2278, Herbert W. Christenberry, 06-2278, Keith Neidlinger, 06-2278, Consol Plaintiffs: Jim S. Hall, LEAD ATTORNEY, Jim S. Hall & Associates, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Anthony Franz, Jr., 06-2268, Consol Plaintiff: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; David Scott Scalia, Joseph M. Bruno, Bruno & Bru-

no, New Orleans, LA; Drew A. Ranier, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; Joseph C. Wilson, Cotchett Pitre & McCarthy, Burlingame, [*15] CA; Nina D. Froeschle, Pierce O'Donnell, O'Donnell & Mortimer, LLP, Los Angeles, CA; Thomas V. Girardi, Girardi & Keese, Los Angeles, CA.

For Lucille Franz, 06-2268, Lattimore & Associates, 06-2268, Kent Lattimore, 06-2268, Tanya Smith, 06-2268, Consol Plaintiffs: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Bob F. Wright, Domengeaux, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Drew A. Ranier, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; Joseph C. Wilson, Cotchett Pitre & McCarthy, San Francisco Airport Office Center, Burlingame, CA; Nina D. Froeschle, Pierce O'Donnell, O'Donnell & Mortimer, LLP, Los Angeles, CA; Thomas V. Girardi, Girardi & Keese, 1126 Wilshire Blvd. Los Angeles, CA.

For Phillip Reed, 06-2152 - On behalf of himself and all others similarly situated, [*16] Consol Plaintiff: Camilo Kossy Salas, III, LEAD ATTORNEY, Salas LC, New Orleans, LA; Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; John Francis Nevares, John F. Nevares, Attorney at Law, San Juan, PR; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; William A. Percy, III, Becnel Law Firm, LLC, Reserve, LA.

For Ashton R O'Dwyer, Jr., 06-1850, Arthur Tracy Abel, 06-1885, Kathleen C. Abel, 06-1885, Harold Alexander, 06-1885, Tyrone Anthony Alexander, 06-1885, Penny Anderson, 06-1885, Vonola Avist, 06-1885, Dana Bell, 06-1885, Gloria Mae Bell, 06-1885, Hitchai Bryant, 06-1885, Nicole Bryant, 06-1885, John Collins, 06-1885, Jonell Collins, 06-1885, Gregory Cormick, 06-1885, Michael Cormick, 06-1885, Joanne Landrieu Curren, 06-1885, John Curren, 06-1885, Ashley O'Dwyer Day, 06-1885, Jeffrey Baker Day, 06-1885, Andre Trevigne Fowler, 06-1885, Betty Francis, 06-1885, Sherman Griffin, 06-1885, Kitty B. Hoffman, 06-1885, Stephen Christopher Jeandron, 06-1885, Delia LaBarre, 06-1885, Joseph Landrieu, 06-1885, Phyllis Landrieu, 06-1885, Nicholas S. Linder, 06-1885, Lester McGee, 06-1885, Sandra Meyers, 06-1885, Craig Anthony Miller, 06-1885, Walter J. Morgan, 06-1885, [*17] Alexis

O'Dwyer Navarro, 06-1885, Calie Newell, 06-1885, Lisa Marie O'Dwyer, 06-1885, Shirley D. O'Dwyer, 06-1885, Jason P. Ragas, 06-1885, Katie L. Ragas, 06-1885, Paul J. Ragas, 06-1885, Ruth B. Ragas, 06-1885, George Schmidt, 06-1885, John Wesley Stewart, Jr, 06-1885, Michele Armour, 06-1885, Mitchell Armour, 06-1885, Mitchell Armour, III, 06-1885, Felix Augustin, 06-1885, Pauline Augustin, 06-1885, Cynthia Bell, 06-1885, Joshua Billon, 06-1885; and his spouse, on their own behalf and on behalf of their minor children, Isaiah Billon and Monica Billon, Monica Billon, 06-1885; on their own behalf and on behalf of their minor children, Isaiah Billon and Monica Billon, Blair Bundy, 06-1885, Dawn Bundy, 06-1885, Jill Bundy, 06-1885, Kerry Carter, 06-1885, Vanessa Carter, 06-1885, Rhona Causey, 06-1885, Betty Christy, 06-1885, De-Fean Christy, 06-1885, Catherine Collins, 06-1885, Jamie Collins, 06-1885; on her own behalf and on behalf of her son, Jacobi Glover, Janice Collins, 06-1885; on her own behalf and on behalf of her son, John Henry Collins, John Collins, 06-1885, Sherene Collins, 06-1885, Sherlene Collins, 06-1885, Simeko Collins, 06-1885, Jerry Cormick, 06-1885, Lauren Dabney, [*18] 06-1885, Kevin Daliet, 06-1885, Norcille Daliet, 06-1885, Carroll Denesse, 06-1885, Lucien Denesse, 06-1885, Donald Ellis, 06-1885, Kim Ellis, 06-1885, Bobbie Evans, 06-1885, Patricia Granger, 06-1885; on her own behalf and on behalf of her daughter Tomika Edwards, Audrey Gray, 06-1885, Lucille Gray, 06-1885, Augustine Greenwood, 06-1885, Rosemary Greenwood, 06-1885; on her own and on behalf of her children Yasmine and Jasemine Greenwood, Issac Hayes, 06-1885, Charmeine Jefferson, 06-1885; on her own behalf and on behalf of her children, Lemor James, Ariel James, Yolanda Jefferson, and Erika Thornton, Mary Johnson, 06-1885, Mary Noela Johnson, 06-1885, Wayne Anthony Johnson, 06-1885, Winnette Lang, 06-1885, Ann Lawless, 06-1885, Detective Carlton Lawless, 06-1885, Gene Lee, 06-1885, Ivin Lee, 06-1885, Lynn Lee, 06-1885, Ferdinand Leon, 06-1885, Lydia Leon, 06-1885, Jimmie Martin, 06-1885, Chris McCormick, 06-1885, Doreine Navarre, 06-1885, Melvin Navarre, 06-1885, Harry Nobles, 06-1885, La-Shawn D. Robinson, 06-1885, Alma Sanders, 06-1885, Barbara Sanders, 06-1885, Byrne Sherwood, 06-1885, Albertha Skinner, 06-1885, Gilda Skinner, 06-1885, Irinika Skinner, 06-1885, Irvin Skinner, 06-1885, [*19] Brandon Smith, 06-1885, Linda Morgan, 06-1885, Lokea Morgan, 06-1885, Denisha Morgan, 06-1885, Shelia Smith, 06-1885, Jacqueline Smith, 06-1885, James Smith, Jr., 06-1885, Nina Baughn, 06-1885: on her own behalf and on behalf of her minor children Karim Kemp, Karen Kemp, and Erica Kemp, Patricia Green, 06-1885, Tanaka Johnson, 06-1885, Bobby Johnson, 06-1885, Charles Williams, 06-1885, Laura Recasner, 06-1885: on her own behalf and on be-

half of her children Dajohon Recasner, Kurshell Recasner, Charleston Recasner, and Agnes Recasner, Charmaine Rhome, 06-1885, Judy Starks, 06-1885 Insuk Caro, 06-1885: doing business as Wig Fashions and Apolostic Christian Bookstore, Troylyn Washington, 06-1885, Mercedes Washington, 06-1885, Shanika Taylor, 06-1885, Marsha Taylor, 06-1885, Erica Kemp, 06-1885, Karen Kemp, 06-1885, Dawn Bundy, 06-1885: on her own behalf and on behalf of her minor children Emanuel Bundy, Shekinah Bundy,Jane Bundy, and Blair Bundy, Jr., Roxchell Panika Santee', 06-1885: on her own behalf and on behalf of her minor son Tyree Santee', Samuel Bourne, 06-1885, Nicole Bryan, 06-1885, Alton J. Crowden, 06-1885: on his own behalf and on the behalf of his minor children Cameron [*20] Crowden and Kelli Crowden, Ashley Navarre, 06-1885, Shana Patterson, 06-1885, Keana Quinn, 06-1885, Niketsa Ramsey, 06-1885: on her own behalf and behalf of her minor children Desmonish Ramsey, Kenyel Rochon, and Desmond Ramsey, Darylynn Ramsey, 06-1885, Julie Ramᴸsey, 06-1885: on her own behalf and on behalf of her minor children, Dalisha Ramsey and Charli Ramsey, Robert Rhone, 06-1885, Joshua Smith, 06-1885, Cynthia Tibbet, 06-1885: on her own behalf and on behalf of her children, Brittnay Tibbet, Sidney Tibbet, and Chelesa Tibbet, Janice Tollins, 06-1885: on her own behalf and on behalf of her minor son, John Tollins, Glenda Medina, 06-1885, Michele Elizabeth Omes, 06-1885, Jim Richard Pazos, 06-1885, Avery Scott, 06-1885, Frank Duncan Macpherson Strachan, III, 06-1885, Joshua Dillon, 06-1885: and his spouse, Monica Dillon, 06-1885:on their own behalfs and on behalf of their minor children, Isaiah Dillon, Monica Pollard, 06-1885, Donald G. Deaton, 06-1885, Pamela A Morgan, 06-1885, Lorenzo Butler, 06-1885, Alonzo W. Butler, 06-1885: and his spouse, Laquinta Butler, 06-1885: on their own behalfs and on behalf of their minor children, Alonzo W. Butler, Jr., Jasmyn Butler, and Rashaad [*21] Butler, Rita Bailey, 06-1885, Tony Green, 06-1885, Lina Vaughn, 06-1885, William Byrd, 06-1885, Sylvia Byrd, 06-1885, Ruth Harris, 06-1885, Clifford Harris, 06-1885, Jonathan Washington, 06-1885, Vicky Michel, 06-1885, Simon Kleindorf, 06-1885, Bertha Kleindorf, 06-1885, David Kleindorf, 06-1885, Connie Kleindorf, 06-1885, Troylyn Washington, 06-1885: on her own behalf and on behalf of her minor child, Dasia Washington, Mercedes Ann Washington, 06-1885, Roy Junior Washington, 06-1885, Eva McGee, 06-1885, Levi Johnson, 06-1885, Patricia Johnson, 06-1885, Lequecia Bunn, 06-1885: on her own and on behalf of her minor child, Jada Gibson, Imelda Johnson, 06-1885, Michael Johnson, 06-1885, Mulkina Coates, 06-1885: on her own behalf and on behalf of her minor children, Keshina Coates and Malik Coates, Benjamin Morgan, 06-1885, Chandra Maxon, 06-1885: on her won behalf and on behalf of her minor children, By-

ron Maxon, Darianne Maxon, Janea Maxon, Willie Maxon, Devante Maxon, and Chandray Maxon, Marylyn Maxon, 06-1885: on her own behalf and on behalf of her minor children, Shancanacia Maxon, Ravanell Maxon, and Robert Maxon, Lois Torregano, 06-1885, Loisha Breaux, 06-1885: on her own behalf [*22] and on behalf of her minor children, Loishell Williams and Mikayla Breaux, Vanesa Davis, 06-1885, James Cook, 06-1885, Daniel Davis, 06-1885, Joan A. Miller, 06-1885, Linda Boyd, 06-1885: on her own behalf and on behalf of her minor children, Caress Boyd and Charles Boyd, Elijah Washington, 06-1885, Keineisha Richard, 06-1885; on her own behalf and on behalf of her minor children, Marlon Richard, Marcel Richard, and Emyjah Washington, Darryle Lee Johnson, Sr., 06-1885, Tameko Benjamin, 06-1885; on her own behalf and on behalf of her minor children, Jovana Benjamin, Darione Benjamin, Darryle Lee Johnson, Jr. and Darielle Benjamin, Delilah Milton, 06-1885, Kimmie Ferdinand, 06-1885, Ashley Ferdinand, 06-1885, Cornell Batiste, 06-1885, James Hollins, 06-1885; and his wife, Lakvina Coates, 06-1885; on their own behalf and behalf of their minor children, Semaj Hollins and Jamaya Hollins, Tamaya Coates, 06-1885, Maria Washington, 06-1885; on her own behalf and on behalf of her minor children Janisha Washington, Andrew Washington, Charles Washington, and Mekhi Washington, Leslie Johnson, 06-1885; on her own behalf and on behalf of her minor child, Jamay Johnson, Lessie Johnson, 06-1885, Zelda [*23] McKendall, 06-1885, Kimberly McKendall, 06-1885, Michael McKendall, 06-1885, Russell Gardner, 06-1885, Winnette Lang, 06-1885; on her own behalf and on behalf of her minor children, Kevon Lang and Lashanice Jones, Lisa Byrd, 06-1885; on her own behalf and on behalf of her minor child, Sadzisya Byrd, Michael Anthony Snipes, Jr., 06-1885, JoAnn Snipes, 06-1885, Michael A. Snipes, Sr., 06-1885, Garry Bougeois, 06-1885, Cheryl Bernard, 06-1885, Johndra Patterson, 06-1885, Terrill Morris, 06-1885, Dianne Thompson, 06-1885, Michael Thompson, 06-1885, Ruby Ann Washington, 06-1885; on her own behalf and on behalf of her minor children, Shaune Bakewell and LaShay Johnson, Victor Moore, 06-1885; and his wife, Pamelyn Morgan Moore, 06-1885; on their own behalf and on behalf of their minor children, Victor Lyn Morgan, Pamelor Morgan, Vicknesha Morgan, and Victoria Moore, David Bealer, 06-1885, Roseann Bealer, 06-1885, Stacy Bealer, 06-1885, Roland Rodrigue, 06-1885, Cheryl Rodrigue, 06-1885, John Elmer Smith, 06-1885, Wanda Jean Smith, 06-1885, Robin Marie Smith, 06-1885, Linda R. Breaux, 06-1885, Larry Robert Reinhardt, 06-1885, Rosa A. Reinhardt, 06-1885, Robert E. Stone, 06-1885, Linda Dufrene, [*24] 06-1885, Maria Thecla Eugenia Albers, 06-1885; New Orleans Montessori School, Inc., Josephine J. Dupree-Dean, 06-1885, Herbert C. Jackson,

06-1885, Gail Brown, 06-1885; on her own behalf and on behalf of her minor children, Aaron Pulliam and Brandon Pulliam, Myron Mack, 06-1885, Sheila Lewis, 06-1885, Pernell Lewis, 06-1885, Ashanti Lewis, 06-1885, Natasha Leevis, 06-1885; on her own behalf and on behalf of her minor children, Natiasha Lewis and Shaila Lewis, Christopher Patterson, 06-1885; and his spouse, Linda Johnson, 06-1885; on their own behalfs and on behalf of their minor children, Christopher Edward Patterson, Jr. and Christa Patterson, Shanipa Patterson, 06-1885; on her own behalf and on behalf of her minor children, Sherman Singleton, Shermont Singleton, and Reggineka Rice, represented by Ashton Robert O'Dwyer, Jr. Sharie Johnson, 06-1885, Rachel Johnson, 06-1885, Joan Bundy, 06-1885, Michelle Renee Alexander, 06-1885, Rodney James, 06-1885; onhis own behalf and behalf of his minor children, Rodney James, Jr. and Alexis James, Robert Young, 06-1885, Cornelius Young, 06-1885, Shactha Williams, 06-1885, Rose Marie Young, 06-1885, Tykesha Arington, 06-1885; on her behalf and   [*25] on behalf of her minor children, Charles Arington, Tyriel Arington, and Braione Arington, Lloyd Joseph, 06-1885, PTC Petroleum & Industrial Supplies, Inc., 06-1885, Ronald D. Pitisci, 06-1885, Kathleen Pitisci, 06-1885, Gerald Anthony Picquet, 06-1885, Lynn Picquet, 06-1885, Glennis Livas, 06-1885; on her own behalf and on behalf of her minor child, William E. Patterson, Malika Batiste, 06-1885; on her own behalf and on behalf of her minor niece and nephew Caliyah Porter and Aaron Batiste, Christopher Arrington, 06-1885, Noema Arrington, 06-1885; on her behalf and on behalf of her minor children, Eric Arrington and Aaron Arrington, Phillip Martin, 06-1885, Paulette Biggs, 06-1885; on her own behalf and on behalf of her minor child, Arkasia McFarland, Aldo Gofredo Hernandez, Sr., 06-1885; and his spouse, Areli Carlota Hernandez, 06-1885; on their own behalf and on behalf of their minor child, Emmanuel Goffredo Hernandez, Aldo Gofredo Hernandez, Jr., 06-1885, Lloyd Loup, III, 06-1885, Alaina Loup, 06-1885, Kenneth Arcement, 06-1885, Marlene Arcement, 06-1885, Shanika Taylor, 06-1885, Marsha Taylor, 06-1885, Erica Kemp, 06-1885, Latonya Caldwell, 06-1885; on her own behalf and on behalf   [*26] of minor children, Onyell Caldwell and Charles Dears, LaRose Taylor, 06-1885, Stephan Sawyer, 06-1885, Ms. Eprsy Livas, 06-1885, Brandon Livas, 06-1885, Clifford Coates, 06-1885, Tammie Chattman, 06-1885; on her own behalf and on behalf of her minor children, Rudarion Chattman, Randel Chattman, and Joseph Chattman, Linzie Brown, 06-1885, Emargie C. Brumfield, 06-1885, Leonard Brumfield, 06-1885, Jessie Arbuthnot, 06-1885, Mary P. Mingo, 06-1885, Rachel Goldsmith, 06-1885, Gayle LeBlanc, 06-1885, Michael LeBlanc, 06-1885; and his spouse, Larice Taylor LeBlanc, 06-1885; on their own behalfs and behalf of their

minor child Mika Jane LeBlanc, Kim Gaines, 06-1885; on her own behalf and on behalf of her minor children or grandchildren, Jamechia Smith and Diamond Beam, Michael Gaines, 06-1885, William B. English, Jr., 06-1885, Rosaria English, 06-1885, Hazel McGuire, 06-1885, Mary H. Johnson, 06-1885, Jerry Matthews, 06-1885, Dennis Jones, Jr., 06-1885, Raquel Roth, on her behalf and on behalf of minor children, Dennis Jones III and Kellie Ann Jones, Linda Roth, 06-1885, Toya Roth, 06-1885; on her own behalf and on behalf of her minor children Jerrell White and Terrell Roth, Courtney Little, [*27] 06-1885; on her own behalf and behalf of her minor children, Tezanne Allen, Rashad Little, and Fabian Earls, Reynell Santee, 06-1885 and his spouse, Tawana Rayford, 06-1885; on their own behalfs and on behalf of their minor children, Ranisha Rayford, Wynell Rayford, and Reynell Rayford, Darron Meyers, 06-1885, Troylyn Meyers, 06-1885; on her own behalf an on behalf of her minor child Keiera Minor and Ashley Meyers, and on behalf of her grandchild Daniah Williams, Roxchell Santee, 06-1885; on her own behalf and on behalf of her minor child, Tyree Santee, Phillip Lazard, 06-1885, Marguerite Lazard, 06-1885, Joel Frank, 06-1885, Juliet Johnson, 06-1885, Ronald Rome, 06-1885, Aunna Johnson, 06-1885; on her own behalf and on behalf of her minor children, Johnson, and Carlos Johnson, John Washington, 06-1885, Bernadine Washington, 06-1885, Wanda Washington, 06-1885, Hazel Taylor, 06-1885, Christina Taylor, 06-1885, Sophia Taylor, 06-1885; on her own behalf and on behalf of her minor child, Alex Taylor, Yolanda Washington, 06-1885; on her own behalf and on behalf of her minor children, Alecia Washington, Alacia Washington, and Tyrell Washington, Tyronne Washington, 06-1885, Bruce Washington, [*28] 06-1885, Larry Rowe, 06-1885, Dianne Santee, 06-1885, Toni Santee, 06-1885; on her own behalf and on behalf of her minor children, Paris Johnson, Traychell White, and Kani Santee, Kelly Simon, 06-1885, Robert Santee, 06-1885, Diana Santee, 06-1885; on her own behalf and on behalf of her minor children, Timothy Santee, Marvin Santee, Ireal Santee, Tiffany Santee, Teianna Santee, and Niecal Santee, Wilson Ricks, 06-1885, Brent Smith, Jr., 06-1885; on his own behalf and on behalf of his minor child, Brent Smith III, Consol Plaintiffs: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Maureen O'Dwyer, 06-1885; et al, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA.

For Peter Lamer Marcello, 06-2545, Vanessa Mignon Marcello, 06-2545, Consol Plaintiffs: John W. deGravelles, LEAD ATTORNEY, Craig Frank Holthaus, Mi-

chael C. Palmintier, Scott Hubert Fruge, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mark Barham, 06-1672, 06-1673, 06-1674, Patricia Brown, [*29] 06-1672, 06-1673, 06-1674, Katrina Daniels, 06-1672, 06-1673, 06-1674, Marie Fatheree, 06-1672, 06-1673, 06-1674, Wendell Glation, 06-1672, 06-1673, 06-1674, Edna Jones, 06-1672, 06-1673, 06-1674, Lionel Jones, 06-1672, 06-1673, 06-1674, Karen Lewis, 06-1672, 06-1673, 06-1674, Sandra Perkins, 06-1672, 06-1673, 06-1674, Michael Peterson, 06-1672, 06-1673, 06-1674, Eldridge Pollard, 06-1672, 06-1673, 06-1674, Shane Sylvester, 06-1672, 06-1673, 06-1674, Austra Zapata, 06-1672, 06-1673, 06-1674, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Gordon J. McKernan, McKernan Law Firm, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC (Philadelphia), Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Drew A. Ranier, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA.

For Ellsworth P. McKendall, 06-1885, Brandon Carr, 06-1885, Consol Plaintiffs: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Alexis Washington, 06-1885, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, [*30] LA Carmelite M. Bertaut, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louise Ragas, 06-1885, Fayann Ragas, 06-1885, Terrill Morris, 06-1885, Linda Morris, 06-1885, Vanessa Davis, 06-1885, James Cook, 06-1885, Daniel Davis, 06-1885, Curtis Coleman, Sr, 06-1885; on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church, Curtis Coleman, Sr., 06-1885, Curtis Coleman, Jr., 06-1885, Jerome Coleman, 06-1885, Keith Coleman, 06-1885, Carnese Williams, 06-1885, Raymond Hunter, 06-1885, William Hunter, 06-1885, Eric Williams, 06-1885, Winston Williams, 06-1885, Paul Mosley, Sr., 06-1885, Paul Mosley, Jr., 06-1885, Brandon Mosley, 06-1885, Hope Mosley, 06-1885, Shaqual Mosley, 06-1885, Shannel Mosley, 06-1885, Ivan Mosley, 06-1885, Betty Mosley, 06-1885, Margarite Rochon, 06-1885, Naomi Hunter, 06-1885, Wilson M. Simmons, 06-1885, Procula D. Simmons, 06-1885, Tammy Amos, 06-1885, Michael Green, 06-1885, Ronald M. Farve, 06-1885; on his own behalf and on behalf of his minor daughter, Rhonda Farve, Re-

nee' Farve, 06-1885; on her own behalf and behalf of her minor children, Jalicia Slick, Darvell [*31] Burgess, and Dwight Clark, Silas Battie, 06-1885, Wrenel Hill, 06-1885, Janice Hill, 06-1885, Shinedel Hill, 06-1885, Janet Ausbrook, 06-1885; on her own behalf and on behalf of her mother Anna Ausbrook, and her brother, James Ausbrook, Trenese Simon, 06-1885; on her own behalf and on behalf of her minor daughter, Lashal Simon, Jocelyn Causey, 06-1885, Shelita Simon, 06-1885; on her own behalf and on behalf of her minor children, Roger Simon, Rogerrikka Simon, Terrell Simon, Terrell Byrd and Tyrell Byrd, Paul Mosley, 06-1885, Judith Chauppette, 06-1885, Tarita B. Smith, 06-1885; on her own behalf and on behalf of her minor children, Byron Smith and Royce Smith, Trey McCrory, 06-1885, Ether Bullock, 06-1885; on her own behalf and on behalf of her minor grandson, Tharnell Bullock, Charles Terrell, 06-1885, Evelyn McDowell, 06-1885; on her own behalf and on behalf of her deceased mother Sylvia Haley, and as personal representative of the deceased, and on behalf of her minor son, Gino McDowell, her minor grandson, Bishop Thomas, minor nephew, Lewis Johnson, and minor niece, Maureen O'Dwyer, 06-4024, Maureen O'Dwyer, 06-4389, Harold Joseph Gagnet, 06-4389, Sally Egerton Richards, 06-4389, [*32] Shane E. Porter, 06-4389, Stephanie Porter, 06-4389, Interior Specialties LLC, 06-4389, Charles Edward Jordan, 06-4389, Wayne M. Jones, 06-4389, Gloria Agnes Griffin, 06-4389; Individually and as Administratrix of the Succession of her brother, Stephen Williams, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased, Leticia Brown, 06-4389, Patricia S. Cross, 06-4389, Nathaniel Carr, 06-4389, John Turner, 06-4389, John Branch, 06-4389, Hope Branch, 06-4389, J. Haron Lanoue, 06-4389, William Heine, 06-4389, Linda Heine, 06-4389, Sheila Jones Jordan, 06-4389, Consol Plaintiffs: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Jeanette Williams, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; William Christian Gambel, Milling Benson Woodward, LLP (New Orleans), New Orleans, LA.

For Andrew Williams, 06-1885, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; John W. [*33] Redmann, Law Office of John W. Redmann, LLC, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

2008 U.S. Dist. LEXIS 39774, *

For Coleen Mooney, 06-1885, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; B. Gerald Weeks, LEAD ATTORNEY, Weeks Law Firm, Alexandria, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louana Artus, 06-2824; wife of/and, on behalf of themselves and all others similarly situated, Richard Artus, 06-2824; on behalf of himself and all others similarly situated, Consol Plaintiffs: Daniel E. Becnel, Jr., LEAD ATTORNEY, Darryl James Becnel, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Ronnie Glynn Penton, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA.

For Susan Laurendine, 06-3529, William Laurendine, 06-3529, Al LeBouef, 06-3529, Aline Hodges, 06-3529, Pierre Ascani, 06-3529, Theresa Harvey, 06-3529, Dale Atkins, 06-3529; the Honorable, Anita L. Sarrat, 06-3529, Consol Plaintiffs: Darleen Marie Jacobs, LEAD ATTORNEY, Jacobs & Sarrat, [*34] New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Charles Savoy, 06-3552, also known as Pete Saboy, Pam Dashiell, 06-3552, Mark Madary, 06-3552, Gerard Bernard Nevle, 06-3552, Pamela Bruno Nevle, 06-3552, Nga Tran, 06-3552; Individually and on Behalf of All Others Similarly Situated, Shawn Tran, 06-3552, Cynthia Willard-Lewis, 06-3552, Consol Plaintiffs: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Barbara L. Lyons, Joseph W. Cotchett, Philip L. Gregory, Cotchett Pitre & McCarthy, Burlingame, CA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; Camilo Kossy Salas, III, Salas LC, New Orleans, LA; Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Elwood C. Stevens, Jr., Law Office of Elwood C. Stevens, Jr., APLC, Morgan City, LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Law Offices of Frank J. D'Amico, Jr. (New Orleans), New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, [*35] David, Meunier & Warshauer, New Orleans, LA; J. J. (Jerry) McKernan, John H. Smith, McKernan Law Firm, Baton Rouge, LA; N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Nina D. Froeschle, Pierce O'Donnell, O'Donnell & Mortimer, LLP, Los

Angeles, CA; Thomas V. Girardi, Girardi & Keese, Los Angeles, CA.

For Cathy Adams, 06-4065; et al, Consol Plaintiff: Albert Joseph Rebennack, Jr., LEAD ATTORNEY, Law Offices of Albert J. Rebennack, Metairie, LA; Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Weeks Marine, Inc., 06-3545, Consol Plaintiff: Frank Anthony Piccolo, LEAD ATTORNEY, Preis & Roy, PLC (Houston), Houston, TX; John A.V. Nicoletti, Nicoletti, Hornig & Sweeney, New York, NY; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Joseph E. Lee, III, Preis & Roy, PLC (New Orleans), New Orleans, LA; Robert A. Novak, Nicoletti, Hornig & Sweeney, New York, NY.

For Emma Brock, 06-4931; et al, Joann B. Plaier, 06-4931, Sandra Jackson, 06-4931, Robert Jackson, 06-4931, John J. Signorelli, 06-4931, Hilda Clark, 06-4931, Albert Clark, Shirley Allen Taylor, 06-4931, Consol Plaintiffs: Robert John Caluda, [*36] LEAD ATTORNEY, The Caluda & Rebennack Law Firm, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louisiana State, 06-3552; through Attorney General Charles C. Foti, Jr., Consol Plaintiff: Calvin Clifford Fayard, Jr., LEAD ATTORNEY, Fayard & Honeycutt, Denham Springs, LA; Charles C. Foti, Jr., LEAD ATTORNEY, Louisiana Attorney General's Office, Baton Rouge, LA; Sallie Jones Sanders, LEAD ATTORNEY, Louisiana Department of Justice (Baton Rouge), Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Stacie L. deBlieux, Louisiana Department of Justice, Baton Rouge, LA.

For St. Bernard Parish, Consol Plaintiff: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Bob F. Wright, James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; Camilo Kossy Salas, III, Salas LC, New Orleans, LA; Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Elwood C. Stevens, Jr., Law Office of Elwood C. Stevens, Jr., APLC, Morgan City, [*37] LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Law Offices of Frank J. D'Amico, Jr. (New Orleans), New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans,

LA; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; Joseph W. Cotchett, Cotchett Pitre & McCarthy, Burlingame, CA; N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Thomas V. Girardi, Girardi & Keese, Los Angeles, CA.

For Flora Fleming, 06-5159, Michael Jamison, 06-5159, Barbara Smith, 06-5159, Joyce Dalferes, 06-5159, Charles Leach, 06-5159; On behalf of themselves and all others similarly situated, Eric Anderson, 06-5162, Earl Green, 06-5162, Jodie Sievers, 06-5162; on behalf of themselves and all others similarly situated, Fred Holmes, 06-5161, Alvin Livers, 06-5161; on behalf of themselves and all others similarly situated, Creato Gordon, 06-5163, Fred Weikert, 06-5163, Unique Miles, 06-5163, JoAnne Murse, 06-5163, Regina Turner, 06-5163; on behalf of themselves and all others similarly situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Evelyn Alexis Bevis, Hugh Palmer Lambert, [*38] Linda Jane Nelson, Lambert & Nelson, New Orleans, LA.

For Carole A. Breithoff, 06-5367, Edward Sherman, 06-4634, Consol Plaintiffs: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Frances Gerald Weller, 06-5367, Consol Plaintiff: Francis Gerald Weller, LEAD ATTORNEY, Francis Gerald Weller, Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Glenn Michael Adams, 06-4634, Consol Plaintiff: John Patrick Connick, LEAD ATTORNEY, Law Office of J. Patrick Connick, LLC, Marrero, LA; Charles F. Seemann, Jr., Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Esther Angelica, 06-4634, Robin Angelica, 06-4634, Nicholas Angelica, 06-4634, Toni Angelica, 06-4634, Lana Lenfant, 06-4634; Individually and on behalf of her minor son Jarrod Raines, Kristie Maloz, 06-4634, Timothy Maloz, 06-4634, Charlotte Magoun, 06-4634, Ezekiel Magoun, 06-4634, Hannah Magoun, 06-4634; Individually and on behalf of her minor son, Aubrey Magoun, Mary Melancon, 06-4634; Individually and on behalf of her minor son, Taylor Melancon, Cynthia Sherman, 06-4634, Consol Plaintiffs: John Patrick Connick, LEAD ATTORNEY, Law Office [*39] of J. Patrick Connick, LLC, Marrero, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Linda C. Bourgeois, 06-5131, Arnold F. Bourgeois, 06-5131, Wanette Boutte, 06-5131, Nikita Boutte,

06-5131, Sheila M. Johnson, 06-5131, Wheeler Norwood, 06-5131, Jean Ambeau, 06-5131, Roderick J. Baudy, 06-5131, Carol F. Boudy, 06-5131, Kim S. Bryant, 06-5131, Barbara A. Davis, 06-5131, Gail C. DeGruy, 06-5131, Leontine Dennis, 06-5131, Evelina N. Doakes, 06-5131, Dolores Dugas, 06-5131, Joseph Dugas, 06-5131, Terrence Dugas, 06-5131, Rosie W. Epson, 06-5131, Mary P. Fitch, 06-5131, Melanie A Flot, 06-5131, Bianca R. Forstall, 06-5131, Dianne Hicks, 06-5131, Larry Jones, 06-5131, Julie McCrary, 06-5131, Georgia S. Mitchell, 06-5131, Zena Nelson, 06-5131, Kristin Rhodes, 06-5131, Gertrude B. Romero, 06-5131, Andrew Sceau, Jr., 06-5131, Sharon Toefield, 06-5131, Gregory Toefield, 06-5131, Enola Washington, 06-5131, Michael A. White, 06-5131, Loyce P. Wright, 06-5131, Vera D. Richard, et al; 06-5118, Mary Christophe, et al; 06-5134, Keith C Ferdinand, et al; 06-5132, Marie Adams, et al; 06-5128, Susan Williams, et al; 06-5137, Leslie Sims, Jr., 06-5116, Rosa Marquez, 06-5116, Floyd S. Aaron, III, [*40] 06-5116, Hassar Sleem, 06-5116, Madeline Bertucci, 06-5116, Craig R. Dermody, 06-5116, Ernest J. Lorch, Jr., 06-5116, Mary K. Lorch, 06-5116, Mary Kuchler Lorch, 06-5116; executor for the Estate of Marie Helen Kuchler, Joel C. Weibelt, 06-5116, Jeanette M. Allen, 06-5116, Kenneth Allen, 06-5116, Monica Anderson-Clay, 06-5116, Leatrice Barrow, 06-5116, Charlene Beverly, 06-5116, Melvin Briggs, 06-5116, Barbara Burns, 06-5116, Janice Cargo, 06-5116, Clarence Cargo, 06-5116, John Chinn, 06-5116, Elizabeth R. Collins, 06-5116, Vernon A. Cooper, 06-5116, Dolores Dugas, 06-5116, Joseph Dugas, 06-5116, Linda Ebarb, 06-5116, Loran K. Ebarb, 06-5116, Berdie H. Edward, 06-5116, Jacob Geraue, III, 06-5116, Thaddeus Griffin, 06-5116, Delores Hamilton, 06-5116, Sheila Harry, 06-5116, William K. Jacobs, 06-5116, Clarence Jasper, 06-5116, Delisa Jenkins, 06-5116, Marcel A. Jenkins, Jr., 06-5116, Sandra E. Jenkins, 06-5116, William Jenkins, 06-5116, Estelle J. Joseph, 06-5116, Roselyn Koretzky, 06-5116, Barry Koretzky, 06-5116, Lillian Koretzky, 06-5116, Tai Jasmine Louis, 06-5116, Gwendolyn Marco, 06-5116, Donald Marco, 06-5116, Rhonda Marquez, 06-5116, Freddie Marshall, Jr., 06-5116, Jeannette B. [*41] McCurnin, 06-5116, Leo Patrick McCurnin, Jr., 06-5116, Eloise Muhammal, 06-5116, Raozuan Muhammal, 06-5116, Collette F. Norwood, 06-5116, Eula T. Parker, 06-5116, Joseph Perriatt, Jr., 06-5116, Terrence Riley, 06-5116, Terracnion Rodney, 06-5116, Jabbar Rodney, 06-5116, Jamesetta Saunders, 06-5116, Patricia Shelby, 06-5116, Joan Swearington, 06-5116, Carla M. Weathersby, 06-5116, Alfred Weber, 06-5116, Onettia Weber, 06-5116, Sosthene George Weber, Jr., 06-5116, Elizabeth H. DePass, 06-5127, William Keith DePass, IV, 06-5127, Marshall L. Harris, 06-5127, Manuel C Trelles, 06-5127, William B. Coleman, III, 06-5127, Carol C.

Gambel, 06-5127, William C Gambel, 06-5127, Ronald Landry, 06-5127, Rhealynda Porter, 06-5140, Eric E. Porter, 06-5140, Mary Louise Cole, 06-5140, James Cole, Sr., 06-5140, William Muhammad, 06-5140, Doris A. Fortune', 06-5140, Nadine S. Ancar, 06-5140, Iola Booker, 06-5140, Charles Booker, Jr., 06-5140, Kim Cheneau, 06-5140, Prenee' M. Chiles, 06-5140, Diana L. Cole, 06-5140, Anthony L Cooper, 06-5140, Charlene Cousin, 06-5140, Alita Cusher, 06-5140, J.H. Daniel, 06-5140, Cassandra Dauphin, 06-5140, Susan R. DeJean, 06-5140, Sylvia H. Edwards-Borens, 06-5140, Artrice [*42] Fernandez, 06-5140, Althais Fernandez, 06-5140, Willie Fernandez, 06-5140, Shirley B. Garnett, 06-5140, Greg Gleason, 06-5140, James S. Griffin, Jr., 06-5140, Audrey Hall, 06-5140, Deborah Hall, 06-5140, Wesley Hall, 06-5140, Leonard Hankton, 06-5140, Bruce Harris, 06-5140, Rodney Harris, 06-5140, John A. Heidel, III, 06-5140, Vincent J. Heidel, 06-5140, Kerri Helmke, 06-5140, Shirley M. Holliday, 06-5140, Joan J. Jackson, 06-5140, Myrtle Jurette, 06-5140, Charlene LaFrance, 06-5140, Byron LaFrance, 06-5140, Sighsa Marshall, 06-5140, Jerome A. Martin, 06-5140, Mamie McDowell, 06-5140, James McDowell, 06-5140, Doris M. Mitchell, 06-5140, Arthur Mitchell, Jr, 06-5140, Brenda M. Moses, 06-5140, Jerry Napoleon, Sr., 06-5140, Jacqueline Perez, 06-5140, John A. Perez, 06-5140, Allen Pernell, Jr., 06-5140, Truly Peters, 06-5140, Jeannette Retif, 06-5140, Donald Retif, 06-5140, Lance R. Rodney, 06-5140, Jeffrey D. Rusk, 06-5140, Brenda G. Simmons, 06-5140, Robert Simmons, 06-5140, Tara R. Smith, 06-5140, Consol Plaintiffs: William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Frederick J. Gisevius,   [*43] Jr., 06-5308, Carol Ann Waguespack, 06-5308, Jane M. Gisevius, 06-5308, Joan Gisevius Johnson, 06-5308, Consol Plaintiffs: Frederick J. Gisevius, Jr., LEAD ATTORNEY, Law Offices of Fred Gisevius, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Connie Abadie, 06-5164; et al, Consol Plaintiff: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA.

For Nathaniel Joseph, 06-5032, Tommy Thompson, 06-5032, Jamie Espadron, 06-5032, Kandy Espadron, 06-5032, Frank Mitchell, 06-5032, Lucinda Mitchell, 06-5032, Consol Plaintiffs: Marion Overton White, LEAD ATTORNEY, Marion Overton White, Attorney at Law, Opelousas, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Xiomara Augustine, et al; 06-5142, Consol Plaintiff: William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP (New Orleans), New Orleans, LA; John J. Cummings, III, Cummings, Cummings & Dudenhefer, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Xavier University of Louisiana, 06-516, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno,   [*44] New Orleans, LA; Timothy B. Francis, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA.

For Bobby L. Leduff, et al; 06-5260, Consol Plaintiff: Randall Earl Hart, LEAD ATTORNEY, Broussard & Hart, LLC, Lake Charles, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Keith Grady, Peter Schneider, William T. Jones, Jr., Grady, Schneider & Newman, LLP, Houston, TX.

For Brenda A. Thibodeaux, 06-5140, Clarence J. Washington, Sr., 06-5140, Dora Weathersby, 06-5140, Georgia Weathersby, 06-5140, Jimmy Weathersby, 06-5140, Keonda Weathersby, 06-5140, Rebecca Weathersby, 06-5140, Consol Plaintiffs: William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Thomas Austin, Jr., 06-5383; et al, Consol Plaintiff: J. J. (Jerry) McKernan, LEAD ATTORNEY, Chet G. Bourdreaux, John H Smith, McKernan Law Firm, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Abraham Yacob, 06-5937, Abrehet Yacob, 06-5937, Pearl Hollins Hurst, 06-5937, Lloyd James Robinson, Jr., 06-5937, Monica D. Every, 06-5937, Yolanda Stubbs, 06-5937, Kennanded Danta Henry, 06-5937; on behalf of themselves   [*45] and all others similarly situated, Consol Plaintiffs: Pius Akamdi Obioha, LEAD ATTORNEY, Law Offices of Pius A. Obioha & Associates, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Weeks Marine, Inc., 06-3544, Consol Plaintiff: Frank Anthony Piccolo, LEAD ATTORNEY, Preis & Roy, PLC (Houston), Houston, TX; John A.V. Nicoletti, Robert A. Novak, Nicoletti, Nicoletti, Hornig & Sweeney, New York, NY; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Joseph E. Lee, III, Preis & Roy, PLC (New Orleans), New Orleans, LA.

For Nabil Hanna, 06-6481, Consol Plaintiff: Richard M. Exnicios, LEAD ATTORNEY, Frank Jacob D'Amico, Jr., Law Offices of Frank J. D'Amico, Jr. (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Jennifer Luscy Deane, 06-6473, William D. Luscy, 06-6473, Jonathan M. Luscy, 06-6473, Susan Luscy Tobelman, 06-6473, William J Luscy, III, 06-6473, Consol Plaintiffs: William J. Luscy, III, LEAD ATTORNEY, William Luscy, III, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Jimmy Cochran, Sr., 06-5785, Cindy Cochran, 06-5785, Consol Plaintiffs: William Roy Mustian, III, LEAD ATTORNEY, Stanga & Mustian, [*46] Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Maureen O'Dwyer, et al; 06-5786, Maureen O'Dwyer, 06-5771, Shirley D. O'Dwyer, 06-5771, Maureen O'Dwyer, et al; 06-6099, Consol Plaintiffs: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Tommy Rodrigue, 06-6639, Sandra Mancuso, 06-6639, Darlene Phipps, 06-6639, Darrelle Rodrigue, 06-6639, Alan Johnson, 06-7400, Wes Kramer, 06-7457, Dean Kramer, 06-7457, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA.

For Judy M. Paul, 06-7682, Willie Mackie, Sr., 06-7682, Consol Plaintiffs: John J. Cummings, III, LEAD ATTORNEY, Cummings, Cummings & Dudenhefer, New Orleans, LA; William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP (New Orleans), New Orleans, LA; Arthur Anthony Morrell, Morrell & Morrell, New Orleans, LA; Deborah M. Sulzer, Deborah M. Sulzer, Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Richard Anthony Weigand, Weigand & Levenson, [*47] New Orleans, LA; Suzette Peychaud Bagneris, Bagneris Firm, LLC, New Orleans, LA.

For Shirley Chamberlain, 06-6479, Robert Chamberlain, 06-6479, Christine Steudlein, 06-7307, Henry J Steudlein, III, 06-7307, Michael W Hughes, (06-8885), Virginia H. Guillory, (06-9039), Benjamin J. Glaudi, 06-8452, Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Josephine Richardson, 06-8708; Individually and on behalf of her deceased husband, Joseph Richardson, Consol Plaintiff: Robert John Caluda, LEAD ATTORNEY, The Caluda & Rebennack Law Firm, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Pontchartrain Baptist Church, 06-6642, Arthur C. Sargent, 06-6642, Lucy T. Sargent, 06-6642, Pamela Young Smallpage, Jr., 06-6642, Richard Maitland Smallpage, Jr., 06-6642, Mr. H. J. Bosworth, 06-6642, Mrs. H. J. Bosworth, 06-6642, Rothfos Corporation, 06-6642, InterAmerican Coffee, Inc., 06-6642, Noble Americas Corporation, 06-6642, Consol Plaintiffs: William E. O'Neil, LEAD ATTORNEY, The O'Neil Group, LLC, Metairie, LA; Don M. Richard, Chehardy,Sherman,Ellis,Murray,Recile,Griffith,Stakelum&Hayes, [*48] Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Susan Molero Vance, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Sandra M. Ludwig, 06-8935, Walter A. Ludwig, 06-8935, Susan Conlon, 06-9321; an Executrix of the State of Janet Rashkin, Consol Plaintiffs: Louis L. Gertler, LEAD ATTORNEY, Gertler, Gertler, Vincent & Plotkin, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Robert W. Knights, Gertler, Gertler, Vincent & Plotkin, LLP, New Orleans, LA.

For Susan Russell, 06-5155, Consol Plaintiff: John W. deGravelles, Michael C. Palmintier, LEAD ATTORNEYS, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Angelle Chaisson, 06-5155, Henry J Chaisson, III, 06-5155, Joseph Moniz, 06-5155, Marie Moniz, 06-5155, Jennifer Atkinson, 06-5155, Steve Atkinson, 06-5155, Kathleen Dodd, 06-5155, Christopher Vitrano, 06-5155, Cassie Vitrano, 06-5155, John Vitrano, 06-5155, Charlene Vitrano, 06-5155, Shari Weiskopf, 06-5155, Todd Weiskopf, 06-5155, Theresea Daigle, 06-5155, Rodney Daigle, 06-5155, Beryl Hill, 06-5155, Wayne Hill, 06-5155; on behalf of themselves and all others similarly [*49] situated, Consol Plaintiffs: Michael C. Palmintier, LEAD ATTORNEY, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Daniel Wilkinson, 06-9097, Consol Plaintiff: Frances Mae Olivier, LEAD ATTORNEY, Law Office

of Frances M. Olivier, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Chester Vidacovich, 06-4719, Murleen Vidacovich, 06-4719, Consol Plaintiffs: Remy Voisin Starns, LEAD ATTORNEY, Remy V. Starns, Attorney at Law, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Ryan Patrick Reece, Borne Law Firm, New Orleans, LA.

For Thao N. Nguyen, 06-4818, Myloc T. Nguyen, 06-4818, Danny Rebecca, Inc., 06-4808, Myloc Nguyen, 06-4808, Karen Starr Mathews, 06-4915, John Mathews, Jr., 06-4915, Pelican Graphics, LLC, 06-4927, Consol Plaintiffs: Scott G. Wolfe, Jr., LEAD ATTORNEY, The Wolfe Law Offices, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mollie Solomon, 06-2143, Avram C. Herman, 06-2143, Consol Plaintiffs: Meyer H. Gertler, LEAD ATTORNEY, Robert W. Knights, Gertler, Gertler, Vincent & Plotkin, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, [*50] LA; Tina L. Kappen, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (Baton Rouge), Baton Rouge, LA.

For Colleen Mooney, 06-8602, Consol Plaintiff: B. Gerald Weeks, LEAD ATTORNEY, Weeks Law Firm, Alexandria, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stuart A. Mintz, 06-7483, Consol Plaintiff: Daniel Lichtl, LEAD ATTORNEY, Jon Wesley Wise, Fowler Rodriguez (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Ruben Cohen, 06-5042, Alicia Ayo, 06-5042, Harold Wilhelmus, 06-5042, Diane Rohr, 06-5042, Charles Rohr, 06-5042, Rosemary Testa, 06-5042, Michael Burris, 06-5042; Individually and on behalf of all others similarly situated, Consol Plaintiffs: Keith Michael Couture, LEAD ATTORNEY, Samuel Beardsley, Jr., Couture & Soileau, LLC, Mandeville, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Peter James DiIorio, Peter M. DiIorio, Attorney at Law, New Orleans, LA.

For Bruce Balfour, 06-3992, Nancy Balfour, 06-3992, Consol Plaintiffs: Mickey P. Landry, LEAD ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; LaDonna Grey Wilson, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard [*51] (New Orleans), New Orleans, LA.

For Melanie Palmer, 06-7540, Consol Plaintiff: David Edmund Kavanagh, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Shirley Frught, 06-7577, Consol Plaintiff: Remy Voisin Starns, LEAD ATTORNEY, Remy V. Starns, Attorney at Law, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Yolanda Hubert, 06-8219; Individually and on behalf of the Estate of Zerelda Delatte, deceased, Consol Plaintiff: Chad M. Trammell, LEAD ATTORNEY, Louis B. Paddock, Nix, Patterson & Roach, LLP (Daingerfield), Daingerfield, TX.

For Jeffery M. Kenney, 06-7355, Consol Plaintiff: Dominick F. Impastato, III, LEAD ATTORNEY, Lloyd N. Frischhertz, Marc L. Frischhertz, Frischhertz & Associates, New Orleans, LA; Joseph P. Lopinto, III, LEAD ATTORNEY, Lopinto Law Firm, L.L.C., Metairie, LA.

For Rachel K. Aylor, 06-7355; Individually and on behalf of Gladys A. LeBlanc, Consol Plaintiff: Joseph P. Lopinto, III, LEAD ATTORNEY, Lopinto Law Firm, L.L.C., Metairie, LA Dominick F. Impastato, III, Lloyd N. Frischhertz, Marc L. Frischhertz, Frischhertz & Associates, New Orleans, LA.

For Rene S. Bowers, Sr., 06-4777, Jamie [*52] Madere, 06-4816, Eugene Madere, 06-4816, Consol Plaintiffs: James F. Gasquet, III, LEAD ATTORNEY, Law Office of James F. Gasquet, III, LLC, Belle Chasse, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Dorothy Reese, 06-4873, Consol Plaintiff: Martha Y. Curtis, LEAD ATTORNEY, Christopher Chocheles, James M. Garner, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Joan S. Berenson, 06-4956, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Debra J. Fischman, Leopold Z. Sher, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louisiana Environmental Action Network, 06-9147, Consol Plaintiff: Adam Babich, LEAD ATTORNEY, Tulane Environmental Law Clinic, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Christle Bertoniere, 06-5297, Consol Plaintiff: Jack Webster Jernigan, III, Jack J. Jernigan, III, Attorney at

Law, Metairie, LA; James A. Harry, James A. Harry, Attorney at Law, Springfield, LA; William Joseph Coughlin, Law Offices of William J. Coughlin, Metairie, [*53] LA.

For Keith Scott, 06-5886, Consol Plaintiff: Joseph Edward Cain, LEAD ATTORNEY, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Shavers-Whittle Construction, Inc., 06-6968, Consol Plaintiff: William Jerrol Crain, LEAD ATTORNEY, Jones Fussell, LLP, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Yvonne A. Blount, 06-7228, Yvonne Blount-Davis, 06-7228, Laundry Basket, Inc, 06-7450, Consol Plaintiffs: Gino John Rendeiro, LEAD ATTORNEY, Kavanagh & Rendeiro, PLC, New Orleans, LA; B. Gerald Weeks, Weeks Law Firm, Alexandria, LA; David Edmund Kavanagh, Weeks, Kavanagh & Rendeiro, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Geraldine Bankston, 06-7351, Consol Plaintiff: Keith Michael Couture, LEAD ATTORNEY, Samuel Beardsley, Jr., Couture & Soileau, LLC, Mandeville, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Peter James DiIorio, Peter M. DiIorio, Attorney at Law, New Orleans, LA.

For Mary A. Bell, 06-9037, Consol Plaintiff: Brian David Katz, LEAD ATTORNEY, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Christopher M dePascual, [*54] 06-8982, Louis R DePascual, 06-8982, Marina E. DePascual Duskin, 06-8982, Paula A DePascual Newman, 06-8982, Carlos P DePascual, 06-8982, Manuel R DePascual, Jr, 06-8982, Consol Plaintiffs: James Bradley Guest, LEAD ATTORNEY, James B. Guest, Attorney at Law, Kenner, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Charles G Thomason, 06-9192, Carolyn Anderson, 06-9192, Consol Plaintiffs: Kathryn W. Landry, LEAD ATTORNEY, Ieyoub & Landry, LLC, Baton Rouge, LA; Caprice B. Ieyoub, Ieyoub & Wyble, LLC, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Richard P. Ieyoub, Louisiana Department of Justice, Litigation Division, New Orleans, LA.

For Nancy Alfonso, 06-9641; Individually and on behalf of Janet Marie Parker, Consol Plaintiff: Gregory James

Noto, LEAD ATTORNEY, Noto Law Firm, Chalmette, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Scott G. Wolfe, Jr., The Wolfe Law Offices, LLC, New Orleans, LA.

For Jack R. Anguzza, 06-9038, Bruce A. Anguzza, 06-9038, Jane D Dorand, 06-9191, Peggy Denley, 06-9191, Ronney J Denley, 06-9191, Jammie A Denley, 06-9191, John M Darsam, Jr, 06-9569, Lawrence J Darsam, 06-9569, Fred J Darsam, 06-9569, James M. Vidrios, 06-10790, [*55] Consol Plaintiffs: Daniel L. Dysart, LEAD ATTORNEY, Paul A. Tabary, III, Dysart & Tabary, LLP, Chalmette, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Albert Montalbano, 06-8963; son of Helen Fitzpatrick Montalbano, Jospeh Montalbano, Jr., 06-8963; son of Helen Fitzpatrick Montalbano, Linda Montalbano, 06-8963; daughter of Helen Fitzpatrick Montalbano, Consol Plaintiffs: William E. Rittenberg, LEAD ATTORNEY, Charles M. Samuel, III, Rittenberg & Samuel, LLC, New Orleans, LA; Dominick F. Impastato, III, Lloyd N. Frischhertz, Marc L. Frischhertz, Frischhertz & Associates, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For John Fontenot, 06-6872, Consol Plaintiff: John L. Fontenot, Jr., LEAD ATTORNEY, Adams & Reese, LLP (New Orleans), New Orleans, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Kim Fontenot, 06-6872, Consol Plaintiff: John L. Fontenot, Jr., LEAD ATTORNEY, Adams & Reese, LLP (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Morris Kirschman & Co., L.L.C., 06-5183, K&L Properties, Inc., 06-5183, MK New Ventures, L.L.C., 06-5183, Houma [*56] Ark, L.L.C., 06-5183, Kirschman Enterprises, LLC, 06-5183, Frances Ivker, 06-8942, Barry Ivker, 06-8942, Consol Plaintiffs: Brian David Katz, LEAD ATTORNEY, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Joseph Edward Cain, Soren Erik Gisleson, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Winston Aaron, Sr, 06-4746, Donna Aaron, 06-4746, Consol Plaintiffs: Jim S. Hall, LEAD ATTORNEY, Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sebastien Gonzales, 06-8972; Individually and on behalf of his mother, Beulah Hutchinson Gonzales,

Consol Plaintiff: Danny J. Lirette, LEAD ATTORNEY, Dexter A. Gary, Lirette & Gary, LLC, Houma, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Philip Allen Spence, Philip A. Spence, LLC, Houma, LA.

For Carol Herzog, 06-8992; Individually and on behalf of their deceased mother, Janet Parker, Mary Corcoran, 06-8992; Individually and on behalf of their deceased mother, Janet Parker, Consol Plaintiffs: Richard Alvin Tonry, II, LEAD ATTORNEY, Raymond Joseph Brinson, Tonry, Brinson & Glorioso, LLC, Slidell, LA; Joseph M. Bruno, Bruno &  [*57] Bruno, New Orleans, LA.

For Laurie Melerine Bohnenstiehl Verges, 06-8731; Individually and on behalf of her mother, Lucille Melerine, Nathan James Melerine, 06-8731; Individually and on behalf of his mother, Lucille Melerine, Darlene Thedy, 06-8106; Individually and on behalf of AdeleJocelyn Baldini Cousins, Joy Lewis, 06-8107; Individually and on behalf of Laureta Morales, Norman Morales, 06-5962; Individually and on behalf of Laureta Morales, Consol Plaintiffs: Gregory James Noto, LEAD ATTORNEY, Noto Law Firm, Chalmette, LA; Scott G. Wolfe, Jr., The Wolfe Law Offices, LLC, New Orleans, LA.

For Margaret Lott, 06-9236; Individually and as Surviving Spouse of Shirley Lott, Consol Plaintiff: Jon Wesley Wise, LEAD ATTORNEY, Daniel Lichtl, Fowler Rodriguez (New Orleans), New Orleans, LA; John L. Robert, III, Chaffe McCall LLP (New Orleans), New Orleans, LA.

For Madeline Grenier, 05-6323; Misidentified as Sophia Granier, Consol Plaintiff: Robert G. Harvey, Sr., Law Office of Robert G. Harvey, Sr., APLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Tamara Kluger Jacobson, Law Office of Tamara Kluger Jacobson, New Orleans, LA; Thomas J. Corrington, The Corrington Law Firm,  [*58] New Orleans, LA.

For Brenda Berthelot, 06-8810, Consol Plaintiff: William Roy Mustian, III, LEAD ATTORNEY, Stanga & Mustian, Metairie, LA.

For Emile R Poissenot, 06-7858; individually and on behalf of his deceased father, Emile Hippolite Poissenot, Patricia Poissenot Agnelly, 06-7858; individually and on behalf of her deceased father, Emile Hippolite Poissenot, Consol Plaintiffs: Paula Marcello Wellons, LEAD ATTORNEY, Paul J. Politz, Taylor, Wellons & Politz & Duhe, APLC, New Orleans, LA; Faye Dysart Morrison, Taylor, Wellons, Politz & Duhe, APLC (Baton Rouge),

Baton Rouge, LA; John W. deGravelles, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA.

For Dennis J. Muller, 06-9108, Muller Eye Cener L.L.C., 06-9108, Consol Plaintiffs: Robert Angelle, LEAD ATTORNEY, Robert Angelle, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Linda Frischhertz, 06-8821; individually and on behalf of their mother Maxine Frischhertz, Nancy Frischhertz, 06-8821; individually and on behalf of their mother Maxine Frischhertz, Dan Wagner, 06-8761; Individually and on behalf of his mother, Mary Alma Wagner, Consol Plaintiffs: Marc L. Frischhertz, LEAD ATTORNEY, Dominick  [*59] F. Impastato, III, Lloyd N. Frischhertz, Frischhertz & Associates, New Orleans, LA.

For Larry D Knight, 06-7771, Ivory Butler Knight, 06-7771, Consol Plaintiffs: Connie P. Trieu, LEAD ATTORNEY, Connie P. Trieu, Attorney at Law, Gretna, LA; David L. Colvin, Colvin Law Firm, Gretna, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Raymond Cousins, 06-9193, Bernard Reyes, 06-9193, Consol Plaintiffs: Christopher James Bruno, LEAD ATTORNEY, Bruno & Bruno, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lundy Enterprises, L.L.C., (06-3509), Consol Plaintiff: Peter Brooks Sloss, LEAD ATTORNEY, Gary Joseph Gambel, Robert Hugh Murphy, Murphy, Rogers, Sloss & Gambel (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For M-Lund Enterprises, L.L.C., (06-3509), Consol Plaintiff: Peter Brooks Sloss, LEAD ATTORNEY, Gary Joseph Gambel, Robert Hugh Murphy, Murphy, Rogers, Sloss & Gambel (New Orleans), New Orleans, LA; Robert Angelle, LEAD ATTORNEY, Robert Angelle, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Mandie Battaglia, 06-4529, Daryl A. Battaglia, Jr., 06-4529, Betty Rogers, 06-4688, Daryl A. Battaglia, [*60] Sr., 06-4532, Bonnie Battaglia, 06-4532, Consol Plaintiffs: James M. Garner, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Lauren L. Hudson, Inabnet & Jones, LLC, Mandeville, LA.

For Stephen Gallodoro, 06-9206, Joseph L Gallodoro, Sr, 06-9206, Cheryl Ann Gallodoro Emmons, 06-9206, Consol Plaintiffs: Jon Wesley Wise, Fowler Rodriguez (New Orleans), New Orleans, LA; John L. Robert, III,

Chaffe McCall LLP (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lucille Franz, 06-10426; Individually and on Behalf of their Sibling, Rosemary Davis, Eugenez Ruiz, (06-10426) Individually and on Behalf of their Sibling, Rosemary Davis, Consol Plaintiffs: Stephen Robert Rue, LEAD ATTORNEY, Stephen R. Rue & Associates, Kenner, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Anne Z. Kiefer, 06-5370; et al, Melody Lee, (06-5370), Consol Plaintiffs: Calvin Clifford Fayard, Jr., LEAD ATTORNEY, David Blayne Honeycutt, Wanda Jean Edwards, Fayard & Honeycutt, Denham Springs, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA.

For Christopher [*61] Burns, (06-7806), Consol Plaintiff: Kenny Maurice Charbonnet, LEAD ATTORNEY, Charbonnet Law Firm, LLC (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For O William Reeder, Jr, (06-7857), Consol Plaintiff: Steven K. Faulkner, Jr., LEAD ATTORNEY, Steven K. Faulkner, Jr., Attorney at Law, Harahan, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Alice Meloncon, 06-7962, Consol Plaintiff: Kenny Maurice Charbonnet, LEAD ATTORNEY, Charbonnet Law Firm, LLC (New Orleans), New Orleans, LA.

For Randall Gorman, (06-8500), Janice Gorman, (06-8500), Consol Plaintiffs: Hunter William Lundy, LEAD ATTORNEY, Clayton Arthur Larsh Davis, Lundy & Davis, LLP (Lake Charles), Lake Charles, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Patricia Dicorte, (06-8270), Consol Plaintiff: Edward F. Downing, III, LEAD ATTORNEY, Edward F. Downing, III, LLC, Metairie, LA; Brian J. Houghtaling, James McClendon Williams, John William Houghtaling, II, Stephen M. Huber, Gauthier, Houghtaling & Williams, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Kenneth Walter Andrieu, Kenneth W. Andrieu, Attorney at Law, New Orleans, LA.

For Kerr S Howell, (06-8845), Consol [*62] Plaintiff: Alan G. Bouterie, LEAD ATTORNEY, Alan G. Bouterie, Attorney at Law, Chalmette, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For William H Slaughter, IV, (06-4707), Nicole C Slaughter, (06-4707), Patrick S. Mooney, (06-4703), Rebecca Mooney, (06-4703), Lillian Kirsch, (06-4704), Consol Plaintiffs: Rainer Lorenz, LEAD ATTORNEY, Rainer Lorenz, Attorney at Law, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Edward Williams, (06-5471), Sabrina Dean, (06-5471) on behalf of themselves and all others similarly situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA.

For Frank Alfonso, (06-8801), Ann Cerise, (06-8801), Victor Cerise, (06-8801), Charles Eddy, (06-8801), Vivian Eddy, (06-8801), Marie Gremillion, (06-8801), Michael Gremillion, (06-8801), Nancy Hyver, (06-8801), Robert Hyver, (06-8801), Sandra Killen, (06-8801), Myrtle Munna, (06-8801), Louise Rinaldo, (06-8801), Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, [*63] Lestelle & Lestelle, Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Paul Hesse, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc. (Slidell), Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Farrell J Chatelain, Jr., (06-8789), Consol Plaintiff: George R. Wentz, Jr., LEAD ATTORNEY, John C. Enochs, Baldwin Haspel Burke & Mayer, LLC (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Iteld, Bernstein & Associates, L.L.C., (06-3418), Consol Plaintiff: Lanny R. Zatzkis, LEAD ATTORNEY, Karen Delcambre McCarthy, Zatzkis, McCarthy & Associates, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Frank Gambino, (06-8636), Lucrezia Gambino, (06-8636), Consol Plaintiffs: Derek D. Gambino, LEAD ATTORNEY, Birdsall Law Firm, Inc., New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For [*64] Betty Mullins, 06-7802, Consol Plaintiff: David O'Shee Walker, LEAD ATTORNEY, Neblett, Beard & Arsenault, Alexandria, LA.

For Carlos Alonzo, 06-8759, Consol Plaintiff: Lloyd N. Frischhertz, LEAD ATTORNEY, Dominick F. Impastato, III, Marc L. Frischhertz, Frischhertz & Associates, New Orleans, LA.

For Fred Bracklein, 06-7633, Consol Plaintiff: Chad M. Trammell, LEAD ATTORNEY, Nix, Patterson & Roach, LLP (Daingerfield), Daingerfield, TX; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Yolanda Hubert, 06-7633, Consol Plaintiff: Chad M. Trammell, LEAD ATTORNEY, Nix, Patterson & Roach, LLP (Daingerfield), Daingerfield, TX.

For Rose Lea L. Lepine, (06-8881) Individually and on behalf of her mother, Helen Perret, Consol Plaintiff: Chadwick William Collings, LEAD ATTORNEY, Tommy Wood Thornhill, Thornhill & Collings, LC, Slidell, LA.

For Carol M Beatmann, 06-8947; individually and on behalf of their mother, Shirley V. Mares, Cheryl M. Stempel, 06-8947; individually and on behalf of their mother, Shirley V. Mares, David J. Mares, 06-8947; individually and on behalf of their mother, Shirley V. Mares, Susan M. Carrigee, 06-8947; individually and on behalf of their mother, Shirley V. Mares, Consol [*65] Plaintiffs: Michael Clifford Code, LEAD ATTORNEY, Jerry Anthony Beatmann, Jr., Uddo, Beatmann & Code, LLC, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For June L Aliff, 06-9642; individually and on behalf of their mother, Laura Mae Lae, Donald W Lae, 06-9642; individually and on behalf of their mother, Laura Mae Lae, Louis Lae, Jr, 06-9642; individually and on behalf of their mother, Laura Mae Lae, Debra Marshall, 06-9642; individually and on behalf of their mothe, Laura Mae Lae, Consol Plaintiffs: Frank E. Lamothe, III, LEAD ATTORNEY, Lamothe Law Firm, LLC, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Gerard Patterson, 06-6655, Michelle Monroe Patterson, 06-6655, Consol Plaintiffs: A. Scott Tillery, LEAD ATTORNEY, Tillery & Tillery, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Andrew A Lemmon, (06-5023), Consol Plaintiff: Irma L. Netting, LEAD ATTORNEY, Lemmon Law Firm (Hahnville), Hahnville, LA; Joseph M. Bruno,

Bruno & Bruno, New Orleans, LA; Thomas Glenn Buck, Blue Williams, LLP (Metairie), Metairie, LA.

For Darren Weese, (06-10499), Consol Plaintiff: Bruce Betzer, LEAD ATTORNEY, Law Office of Bruce C. Betzer, Metairie, [*66] LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For David Gorbaty, 06-5109, Sandra Gorbaty, 06-5109, Consol Plaintiffs: Martha Y. Curtis, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For John Blanque, 06-7557, Kathryn Larroque, 06-8451, Urban G. Larroque, Jr., 06-8451, Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Misty Maraldo, 06-5851, David Maraldo, 06-5851, Consol Plaintiffs: David J. Maraldo, LEAD ATTORNEY, David J. Maraldo, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Stephen E. Campbell, 06-8934, Jennie Campbell, 06-8934, Consol Plaintiffs: John William Houghtaling, II, LEAD ATTORNEY, Stephen M. Huber, James McClendon Williams, Gauthier, Houghtaling & Williams, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For United Restaurant Entities, L.L.C., 06-4825, Imperial Trading Company, Inc., 06-4262; et al, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For [*67] Sonic Records, Inc., 06-7309, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Lauren L. Hudson, Inabnet & Jones, LLC, Mandeville, LA.

For Amanda Gorbaty, 06-5104, Matthew Gorbaty, 06-5104, Consol Plaintiffs: Martha Y. Curtis, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Keith A. Doley, A Professional Corporation, 06-5080, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

Case 2:05-cv-04182-SRD-JCW   Document 19838-2   Filed 06/04/10   Page 19 of 60

Page 18
2008 U.S. Dist. LEXIS 39774, *

For Beverly H. Flake, 06-8244, Consol Plaintiff: Seth H. Schaumburg, LEAD ATTORNEY, Favret, Demarest, Russo & Lutkewitte, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Kim P. Thomas, 06-9096, Kenneth O. Thomas, 06-9096, Albert F Vosbein, 06-7759, Jennifer McKnight, (06-7687), Scott McKnight, (06-7687), Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lakewood Patio Homes Association, Inc, 06-9839, Consol Plaintiff: Regina Carol Scotto   [*68] Wedig, LEAD ATTORNEY, Regina S. Wedig, Attorney at Law, Amite, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Pamela Speed, 06-11208, et al, Consol Plaintiff: Stuart Housel Smith, LEAD ATTORNEY, Michael G. Stag, Smith Stag, LLC, New Orleans, LA; Anthony D. Irpino, Irpino Law Firm, LLP (New Orleans), New Orleans, LA; Conrad S. P. Williams, III, St. Martin, Williams & Bourque, APLC (Houma), Houma, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Val Patrick Exnicios, Liska, Exnicios & Nungesser, New Orleans, LA.

For Valerie Zimmerman, 06-3932, Sterling C Zimmerman, 06-3932, Consol Plaintiffs: Elsie B. Halford, LEAD ATTORNEY, Elsie B. Halford, Attorney at Law, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Kenneth Robicheaux, 06-7173, Kim Robicheaux, 06-7173, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Edward C. Vocke, IV, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Juanita B. Smith, 06-4945; Individually and as the Sole Legatee of Mark C. Smith, III, Consol Plaintiff: Albert J. Derbes, III, LEAD ATTORNEY,   [*69] Eric Joseph Derbes, Frederick L. Bunol, Derbes Law Firm, LLC, Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Sandra Lopez, 07-269; Individually and on behalf of her mother Janet Marie Parker, Deceased, Consol Plaintiff: Damon Alexander Kirin, LEAD ATTORNEY, Diliberto & Kirin, LLC, Metairie, LA; Crawford Allen Rose, III, Crawford A. Rose, III, Attorney at Law, Metairie,

LA; Robert John Diliberto, Diliberto & Kirin, LLC, Metairie, LA.

For Virgil Sorina, 06-9885, Brenda Sorina, 06-9885, Consol Plaintiffs: Harold V. Dutton, Jr., LEAD ATTORNEY, Law Office of Harold V. Dutton, Jr., Houston, TX.

For Eva Maynard, 06-11385; individually and on behalf of a class similarly situated, Consol Plaintiff: Meyer H. Gertler, Louis L. Gertler, LEAD ATTORNEYS, Louis L. Plotkin, Gertler, Gertler, Vincent & Plotkin, LLP, New Orleans, LA; Brian David Katz, Joseph Edward Cain, LEAD ATTORNEYS, Russ M. Herman, Soren Erik Gisleson, Stephen J. Herman, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Fagey Lupin Fischman, 06-4952, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Debra J. Fischman, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Angele J Guient, 07-621;   [*70] et al, Consol Plaintiff: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Camilo Kossy Salas, III, LEAD ATTORNEY, Salas LC, New Orleans, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Eric R. Nowak, Shirin E. Harrell, Harrell & Nowak, LLC, New Orleans, LA; Hugh Palmer Lambert, LEAD ATTORNEY, Lambert & Nelson, New Orleans, LA; Jerrold S. Parker, Parker & Waichman, LLP, Great Neck, NY; Matthew B. Moreland, Becnel Law Firm, LLC, Reserve, LA; Ronnie Glynn Penton, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA.

For Montagnet Properties #, LLC, 06-5115, Montagnet Properties # 7, LLC, 06-5115, 2235 Poydras LLC, 06-5115, Montagnet Properties # 5, LLC, 06-5115, Consol Plaintiffs: Katherine L. Winters, LEAD ATTORNEY, Jones Walker (New Orleans), New Orleans, LA; O. Stephen Montagnet, III, McCraney & Montagnet, PLLC, Jackson, MS.

For Freda D. Mattox, 07-657; Individually and on behalf of their deceased mother, Anna Grace Schielder, Judith E. Latapie, 07-657; Individually and on behalf of their deceased mother, Anna Grace Schielder, Louis C. Mahoney, Jr., 07-657; Individually and on behalf of their deceased mother, Anna Grace Schielder,   [*71] Consol Plaintiffs: J. E. Cullens, Jr., LEAD ATTORNEY, Moore, Walters, Thompson, Thomas, Papillion & Cullens, Baton Rouge, LA; Dominick F. Impastato, III, Lloyd N. Frischhertz, Marc L. Frischhertz, Frischhertz & Associates, New Orleans, LA.

For Neal J Kling, 06-5474, Suzanne G Kling, 06-5474, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Neal J. Kling, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA.

For Judith Burrus, 06-9008, Consol Plaintiff: Earl F. Sundmaker, III, LEAD ATTORNEY, Chaffe McCall LLP (New Orleans), New Orleans, LA.

For Audrey Williams, 06-10714, Reverend Andrew Williams, 06-10714, Consol Plaintiffs: John W. Redmann, Law Office of John W. Redmann, LLC, Metairie, LA; Margaret Elizabeth Madere, Margaret Madere, Attorney at Law, New Orleans, LA.

For Laura Greer, 07-647; Individually, and on behalf of all others similarly situate, Consol Plaintiff: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Albert Joseph Rebennack, Jr., Law Offices of Albert J. Rebennack, Metairie, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., [*72] Attorney at Law, New Orleans, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Darleen Marie Jacobs & Sarrat, New Orleans, LA; Dennis Reich, Reich & Binstock, Houston, TX; F. Gerald Maples, P.A., New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, LA; Henry Price Mounger, III, Henry Price Mounger, III, Attorney at Law, New Orleans, LA; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Jerrold S. Parker, Parker & Waichman, LLP, Great Neck, NY; Jim S. Hall, Jim S. Hall & Associates, Metairie, LA; John Patrick Connick, Law Office of J. Patrick Connick, LLC, Marrero, LA; John Robert Warren, II, Law Office of J. Robert Warren, II, APLC, New Orleans, LA; John W. deGravelles, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Keith Michael Couture, Couture & Soileau, LLC, Mandeville, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Robert John Caluda, The Caluda & Rebennack Law Firm, Metairie, LA; Stephen Michael Wiles, F. [*73] Gerald Maples, P.A., New Orleans, LA; Walter C. Dumas, Dumas & Associates Law Firm, LLC, Baton Rouge, LA.

For Gary Greer, 07-647; Individually, and on behalf of all others similarly situated, Gary Bird, 07-647; Individually, and on behalf of all others similarly situated, Cynthia Bird, 07-647; Individually, and on behalf of all others similarly situated, Thurman Kaiser, 07-647; Indi-

vidually, and on behalf of all others similarly situated, Patricia Monteleone, 07-647; Individually, and on behalf of all others similarly situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA; Albert Joseph Rebennack, Jr., Law Offices of Albert J. Rebennack, Metairie, LA; Ashton Robert O'Dwyer, Jr., Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Dennis Reich, Reich & Binstock, Houston, TX; F. Gerald Maples, P.A., New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, LA; Henry Price Mounger, III, [*74] Henry Price Mounger, III, Attorney at Law, New Orleans, LA; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; Jerrold S. Parker, Parker & Waichman, LLP, Great Neck, NY; Jim S. Hall, Jim S. Hall & Associates, Metairie, LA; John Patrick Connick, Law Office of J. Patrick Connick, LLC, Marrero, LA; John W. deGravelles, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA; Keith Michael Couture, Couture & Soileau, LLC, Mandeville, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Robert John Caluda, The Caluda & Rebennack Law Firm, Metairie, LA; Stephen Michael Wiles, F. Gerald Maples, P.A., New Orleans, LA; Walter C. Dumas, Dumas & Associates Law Firm, LLC, Baton Rouge, LA.

For Maureen O'Dwyer, 07-206, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA.

For Judy M. Paul, 07-993, Willie Mackie, Sr., 07-993, Consol Plaintiffs: John J. Cummings, III, LEAD ATTORNEY, Cummings, Cummings & Dudenhefer, New Orleans, LA; Arthur Anthony Morrell, Morrell & Morrell, New Orleans, LA; Deborah M. Sulzer, Deborah M. Sulzer, Attorney [*75] at Law, New Orleans, LA; Richard Massie Martin, Jr., Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Richard Anthony Weigand, Weigand & Levenson, New Orleans, LA; Suzette Peychaud Bagneris, Bagneris Firm, LLC, New Orleans, LA.

For Ferrara, Inc., 06-7575, Consol Plaintiff: Brian Alan Ferrara, LEAD ATTORNEY, Sewerage & Water Board Legal Department, New Orleans, LA; James A. Watkins, Thomas Carey Wicker, III, Capitelli & Wicker, New Orleans, LA.

Case 2:05-cv-04182-SRD-JCW   Document 19838-2   Filed 06/04/10   Page 21 of 60

Page 20
2008 U.S. Dist. LEXIS 39774, *

For Michelle Hennessey, Alice Meyer, Laurie Coniglio, Leo Mitchell, Lenniece Morrell, Charles Moses, Laura Greer, Gary Greer, Gertrude Esteves, Stella Washington, John B. Williams, Emanuel Wilson, Lucinda Coco, Leslie Dorantes, Anita Harrison, Trenise Jackson, Dwayne Mallet, Donna Augustine, Gladys La Beaud, Daisy Innis, Betty Jones, Denise Meade, Joella Cephas, Beatrice Drew, Eddie Knighten, Calvin Levy, Nicola McCathen, Andrew S Palumbo, 06-9990, Terry G. Thomas, 06-7909, Samuel Palumbo, Jr., 06-7922, Gwendolyn Little, 06-9077, Charles E Little, Jr, 06-9077, Consol Plaintiffs: Gerald Edward Meunier, LEAD ATTORNEY, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, LA.

For Lucinda Coco, 07-1284, Leslie Dorantes, 07-1284, Anita [*76] Harrison, 07-1284, Trenise Jackson, 07-1284, Dwayne Mallet, 07-1284, Leo Mitchell, 07-1284, Martha Newman, 07-1284, Laurie Coniglio, 07-1289, Gertrude Esteves, 07-1289, Stella Washington, 07-1289, John B. Williams, 07-1289, Emanuel Wilson, 07-1289; On Behalf of Themselves and All Others Similarly Situated, Michelle Hennessey, 07-1288, Alice Meyer, 07-1288; On Behalf of Themselves and All Others Similarly Situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Bruno & Bruno, New Orleans, LA.

For Glynn Wade, 07-1285, Consol Plaintiff: N. Frank Elliot, III, LEAD ATTORNEY, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA.

For Dianne Lindsey, 07-1285, Ronnie Lindsey, 07-1285; Individually and on behalf of all others similarly situated, Consol Plaintiffs: N. Frank Elliot, III, LEAD ATTORNEY, Ranier, Gayle & Elliot, LLC, Lake Charles, LA.

For Donna Augustine, 07-1286, Labeaud Gladys, 07-1286, Daisy Innis, 07-1286, Betty Jones, 07-1286, Denise Meade, 07-1286, Lenniece Morrell, 07-1286; On Behalf of Themselves and All Others Similarly Situated, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, [*77] Bruno & Bruno, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, LA.

For Robert Ciuffi, Jr., 07-1271, Consol Plaintiff: Arthur W. Landry, LEAD ATTORNEY, Arthur W. Landry and Jeanne Andry Landry, LLC, New Orleans, LA; Jerald N. Andry, Jr., Jerald N. Andry, Jr., Attorney at Law, New Orleans, LA; Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA.

For Lisa Rodrigue-Ciuffi, 07-1271, Yolanda McKenzie, 07-1271, Lois McKenzie, 07-1271, Consol Plaintiffs: Arthur W. Landry, LEAD ATTORNEY, Arthur W. Landry and Jeanne Andry Landry, LLC, New Orleans, LA; Jerald N. Andry, Jr., Jerald N. Andry, Jr., Attorney at Law, New Orleans, LA; Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA.

For Xavier University of Louisiana, 07-1304; On behalf of itself and all other similarly situated not for profit organizations, Rainbow Fire, Inc., 07-1303, Don Juan Cigar Company LLC, 07-1303, ZLN Holdings, L.L.C., 07-1303, Southeast Ventures Inc, 07-1303; On behalf of itself and all other similarly situated commercial entities and organizations, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Peter [*78] L. Hilbert, Jr., Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Imperial Trading Co., Inc., 07-1303, Imperial Trading Co., L.L.C., 07-1303, AMA Distributors Inc, 07-1303, Imperial Ventures Inc, 07-1303, Delta Video Services Inc, 07-1303, Lucky Coin Machine Company, 07-1303, National Gaming Company, L.L.C., 07-1303, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Peter L. Hilbert, Jr., Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For B. Gerald Weeks, 07-112, Consol Plaintiff: Gary Michael Pendergast, Gary M. Pendergast, LLC, New Orleans, LA.

For Robert Mejia, 06-2786, Janine G. Mejia, 06-2786, Consol Plaintiffs: Kenneth Charles Fonte, LEAD ATTORNEY, Golden & Fonte, Metairie, LA.

For Stanley Jacobs, 06-8892, Peggy Jacobs, 06-8892, Consol Plaintiffs: Jodi Jacobs Aamodt, LEAD ATTORNEY, Stanley Joseph Jacobs, Jacobs, Manuel & Kain (New Orleans), New Orleans, LA.

For Licia Duffy, 06-8674, Terrence Duffy, Sr., 06-8674, Carla F. Nevil, 06-7437, Larry D Nevil, 06-7437, Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA.

For Auto Club Family [*79] Insurance Co., 06-2124, Consol Plaintiff: Wayne Robert Maldonado, LEAD ATTORNEY, Ungarino & Eckert, LLC (Metairie), Metairie, LA; Matthew J. Ungarino, Ungarino & Eckert, LLC, Metairie, LA; Norman F. Hodgins, III, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For Akram Jebreel, 06-5388 doing business as Tobacco Discount, Consol Plaintiff: Perry Michael Nicosia, LEAD ATTORNEY, Lance V. Licciardi, Randy Scott Nunez, Nicosia, Licciardi & Nunez, Chalmette, LA.

For Wylene Heron, 06-7327, Consol Plaintiff: Elton Heron, LEAD ATTORNEY, Law Office of Elton Heron, Geismar, LA.

For Genevieve Williams, 06-2919, Rosetta Irons, 06-2919, Eric Irons, 06-2919, Ella Foster, 06-2919, Howard Foster, Jr., 06-2919, Consol Plaintiffs: Drew A. Ranier, LEAD ATTORNEY, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Wanda Jean Edwards, Fayard & Honeycutt, Denham Springs, LA; Darin J. McMullen, John N. Ellison, Anderson Kill & Olick, PC (Philadelphia), Philadelphia, PA; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; J. J. (Jerry) McKernan, McKernan Law Firm, Baton Rouge, LA; Larry Dewayne Dyess, [*80] Larry D. Dyess, APLC, Baton Rouge, LA; Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL.

For Nettie F. Bridges, 06-4385, Auguster Cage, 06-7585, Cleo T. Cage, 06-7585, Gloria Calhoun, 06-6145, Sean Goodman, 06-3799, Silvia Goodman, 06-3799, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA.

For Nicholas Franco, 06-7660, Martha Franco, 06-7660, Consol Plaintiffs: George Febiger Riess, LEAD ATTORNEY, Law Offices of George F. Riess & Associates, LLC, New Orleans, LA.

For Jason Hammer, 06-9152; Individually and on behalf of all others similarly situated, Consol Plaintiff: Kevin Joseph Katner, LEAD ATTORNEY, Kevin J. Katner, Attorney at Law, New Orleans, LA; Jack Samuel Tenenbaum, Bluhm Legal Clinic, Chicago, IL.

For M. Lynn Douville, 07-1113, John-Michael Lawrence, 07-1113, Bettie Mebane, 07-1113, Patamadai Thiagarajan, 07-1113, Karim-Abdur Rahman, 07-1113, Wendy Richardson, 07-1113, Adam Richardson, 07-1113, Consol Plaintiffs: John-Michael Lawrence, LEAD ATTORNEY, John-Michael Lawrence, LLC, New Orleans, [*81] LA.

For John Fitzmorris, 06-1768, Katherine Fitzmorris, 06-1768, Gary R. Vetter, 06-1769, Linda A. Vetter, 06-1769, Carol Ann Heintz, 06-3999, Consol Plaintiffs:

Mickey P. Landry, LEAD ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA.

For Frederick J. Gisevius, Jr., 06-5307; individually and on behalf of Carol Ann Waguespack, Jane M. Gisevius, 06-5307, Joan Gisevius Johnson, 06-5307, Consol Plaintiffs: Frederick J. Gisevius, Jr., LEAD ATTORNEY, Law Offices of Fred Gisevius, Metairie, LA.

For Mary Alice Roberts, 06-2315, Consol Plaintiff: Michael Dennis Riley, LEAD ATTORNEY, Michael D. Riley, Attorney at Law, New Orleans, LA.

For Chapman G. Holbrook, 06-4709, Lorene Holbrook, 06-4709, Consol Plaintiffs: Rainer Lorenz, LEAD ATTORNEY, Rainer Lorenz, Attorney at Law, Covington, LA.

For A Patrick Dehon, Jr, 06-6761, Maureen E. Dehon, 06-6761, Consol Plaintiffs: A. Patrick Dehon, Jr., LEAD ATTORNEY, A. Patrick Dehon Jr., Attorney at Law, New Orleans, LA.

For Norman C. Francis, 06-6163, Blanche Francis, 06-6163, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Jan C Benjamin, [*82] 06-8849, Consol Plaintiff: Lawrence J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Joseph Edward Bearden, III, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Jack C. Benjamin, Jr., Kraft, Gatz, Lane, Benjamin, LLC (New Orleans), New Orleans, LA.

For Jean Garrett Michel, 07-245, Consol Plaintiff: Wayne E. Garrett, LEAD ATTORNEY, Wayne E. Garrett, Attorney at Law, New Orleans, LA; James Browne Larose, III, James Browne Larose, III, Attorney at Law, New Orleans, LA.

For Chris Carney, 07-1349; et al, Consol Plaintiff: James E. Ross, Jr., LEAD ATTORNEY, Ross Law Firm, Monroe, LA; Margot Ann Tillman-Fleet, LEAD ATTORNEY, Margot Ann Tillman-Fleet, Attorney at Law, Baton Rouge, LA; Mazie Toussaint Roberson, Mazie Toussaint Roberson, Attorney at Law, Baton Rouge, LA.

For Burdett Reneau, 06-7722 doing business as Hand Made Suits, Mavis Reneau, 06-7722 doing business as Hand Made Suits, Consol Plaintiffs: David Charles Clement, LEAD ATTORNEY, Clement Gates & May, LLC, New Orleans, LA; Fortune A. Dugan, Law Office of F. A. Dugan, Mandeville, LA.

For Jennie C. Canella, 07-1015, Consol Plaintiff: J. Douglas Sunseri, LEAD ATTORNEY, Svetlana V. Crouch, Nicaud, Sunseri [*83] & Fradella, LLC, Metairie, LA; Brian J. Branch, Edward J. Womac, Jr., & Associates, LLC, New Orleans, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA.

For Brazella Briscoe, 07-1564, Canary Briscoe, 07-1564, Tanya Wade, 07-1576, Johnell Wade, Jr., 07-1576, Harold Villere, 07-1567, Flora Villere, 07-1567, Latoya Williams, 07-1690, Brazella Briscoe, 07-1568, Canary Briscoe, 07-1568, Gerald Levin, 07-1606, Sylvia Harness, 07-1569, Anthony Banks, 07-1573, Belinda Weber Banks, 07-1573, Allen Singer, 07-1574, Charity W. Singer, 07-1574, Sarah Kennerson, 07-1604, Cheryl Sciambra, 07-1597, Donald Marco, 07-1580, Gwendolyn Marco, 07-1580, William Snyder, 07-1577, Dawn Snyder, 07-1577, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, [*84] New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Erin Burks, 06-4173, Consol Plaintiff: Jack Howard Tobias, LEAD ATTORNEY, Law Office of Jack H. Tobias, New Orleans, LA.

For Ronald A. Holbrook, 06-2617, April Holbrook, 06-2617, Consol Plaintiffs: Randal J. Robert, LEAD ATTORNEY, Connell Lee Archey, Jennifer Aaron Hataway, Travis Brendon Wilkinson, Kantrow, Spaht, Weaver & Blitzer, Baton Rouge, LA.

For Deborah Acker, 07-1823, Consol Plaintiff: Jim S. Hall, LEAD ATTORNEY, Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA.

For Gene Tarzetti, 06-5895, Khalann Tarzetti, 06-5895, Consol Plaintiffs: James L. Daniels, LEAD ATTORNEY, Ringuet, Daniels & Collier, Lafayette, LA.

For Gwen Burk, 06-7846, William R. Burk, 06-7846, Frank D. Natal, 06-6676, Consol Plaintiffs: John A. Venezia, LEAD ATTORNEY, William B. Gordon, III, Law Office of John A. Venezia, Metairie, LA.

For Dana R. Venezia, 06-6660, John A Venezia, 06-6660, Consol Plaintiffs: John A. Venezia, LEAD ATTORNEY, William B. Gordon, III, Law Office of John A. Venezia, Metairie, LA; David Charles Clement, Clement Gates & May, LLC, [*85] New Orleans, LA.

For Beulah Baptist Church, Inc., 06-3430, Consol Plaintiff: Harry E. Cantrell, Jr., LEAD ATTORNEY, Cantrell Law Firm, New Orleans, LA.

For Temple Sutton, 06-7608, Consol Plaintiff: B. Gerald Weeks, LEAD ATTORNEY, Weeks Law Firm, Alexandria, LA.

For Jannice Stevenson, 06-7603, Edward Held, 07-1610, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc. (Slidell), Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Thomas Flenner, Jr., 07-1575, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger [*86] & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Sidney Jay Hardy, McCranie, Sistrunk (Metairie), Metairie, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Alice C. Mayeur, 07-1481, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Or-

leans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Ronald J. Favre, Waldon Michael Hingle, Michael Hingle & Associates, Inc. (Slidell), [*87] Slidell, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Marseilles Homeowners Condominium Association, Inc., 06-6845, Consol Plaintiff: Stephen P. Schott, LEAD ATTORNEY, Montgomery Barnett (New Orleans), New Orleans, LA; Jason R. Anders, Ajubita, Leftwich & Salzer, LLC, New Orleans, LA.

For Lester Morgan, 07-1578, Sheila Morgan, 07-1578, Esco Bickham, 07-1582, Peggy Bickham, 07-1582, Allison Robinson, 07-1587, Todd Robinson, 07-1587, Gloria Albert, 07-1593, Colette M. Guste, 07-1596, Clarence Davis, 07-1687, Anthony Engolia, 07-1561, Ellis Mix, 07-1571, Eugene Schwankhart, 07-1601, Albertine Schwankhart, 07-1601, William Tumblin, 07-1602, Julie Tumblin, 07-1602, Lawrence Banks, 07-1603, Doris Starnes, 07-1588, Georgia A. Villere, 07-1589, Rosemary Martin, 07-1590, Dominic Martin, 07-1590, Edwina Gibson, 07-1598, Carolyn Myers, 07-1600, Edward Myers, Jr., 07-1600, Raynett Gilyot, 07-1688, Juan Lumas, Jr., 07-1688, Audrey D. Haines, 07-1691, Joseph A. Haines, 07-1691, Theresa Chatelain, 07-1692, Kerry Chatelain, 07-1692, Nancy Stewart, 07-1693, Lowell Stewart, 07-1693, Esco Bickham, 07-1581, Peggy [*88] Bickham, 07-1581, Roselda Taylor, 07-1585, John Isbell, 07-1791, Lester Hueschen, 07-1793, Michael P. Palmisano, 07-1795, Lorraine S. Palmisano, 07-1795, Shirley Salez Reichert, 07-1797, William Pat Power, 07-1798, Wayne Mayeux, 07-1799, Wanda Jennings, 07-1801, Gary Jennings, 07-1801, Ann Cerise, 07-1802, Brossie Perniciaro, 07-1803, Gwendolyn Perniciaro, 07-1803, Brossie Perniciaro, 07-1804, Gwendolyn Perniciaro, 07-1804, Hope Hahn, 07-1785, Randy Hahn, 07-1785, JoAnn Everhardt, 07-1787, John Atwood, 07-1789, Gretchen Atwood, 07-1789, Brian Bouvier, 07-1805, Tammy Bouvier, 07-1805, Christine Terranova, 07-1809, Denise Zeairs, 07-1811, Theresa O'Donnell, 07-1813, Kenneth O'Donnell, 07-1813, Muriel Faust, 07-1814, Ellis Haughton, 07-1844, Diane Roy, 07-1845, Nolan Matern, 07-1815, Sandra Matern, 07-1815, Leonard Phillips, 07-1816, Annie Phillips, 07-1816, Michael P. Palmisano, 07-1817, Lorraine S. Palmisano, 07-1817, Mike Piazza, 07-1818, Dina Savarese, 07-1819, Jessica Lalumia, 07-1586, Jennifer Lalumia, 07-1586, Ursula Poree, 07-1592, Stanley Harris, 07-1566, Susan Harris, 07-1566, Francis Jobert, 07-1570, Harold Hebert, 07-1784, Stacy Hebert, 07-1784, Eric Gerlinger, 07-1782, Joy [*89] Gerlinger, 07-1782, Jeanne Doyle, 07-1788, Buddy Doyle, 07-1788, John Boniol, 07-1790,

Charles G. Frederic, Jr., 07-1806, Darnell Frederic, 07-1806, Charles J Phillips, 07-1808, Sotirious Nicolopoulos, 07-1812, Panagloea Nicolopoulos, 07-1812, Joseph Gregoire, 07-1792, Marsha Herbert, 07-1794, Donald Herbert, 07-1794, Sandra Killeen, 07-1796, Bessie Perez, 07-1800, Thomas Paul Gray, 07-1808, Joyce Brown, 07-1847, Dana Heaton, 07-1848, Melvin Ellzey, 07-1849, Dow M. Edwards, 07-1948, Carnese M. Williams, 07-1929, Elodie Bourgeois, 07-1930, Frank Doyle, 07-1783, Ruth Doyle, 07-1783, Sheddrick Sanchez, 07-1608, Jackolyn Sanchez, 07-1608, Consol Plaintiffs: Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter [*90] Connick, Connick & Connick, LLC, Metairie, LA.

For Victor Cerise, 07-1802, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; David K Persons, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Timothy A Blount, 06-7547, Consol Plaintiff: Gino John Rendeiro, Kavanagh & Rendeiro, PLC, New Orleans, LA; B. Gerald Weeks, Weeks Law Firm, Alexandria, LA; David Edmund Kavanagh, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Debra Cloud, 06-6093, Consol Plaintiff: Michael Dennis Riley, Michael D. Riley, Attorney at Law, New Orleans, LA; Christopher Michael Rodriguez, Christopher M. Rodriguez, Attorney at Law, New Orleans, LA; Michael I. Rodriguez, Michael I. Rodriguez, Attorney at Law, New Orleans, LA; Michael Isaias [*91] Rodriguez, Jr., Law Offices of Michael I. Rodriguez, Jr., New Orleans, LA.

For Robert Ciuffi, 06-8617, Brenda Ciuffi, 06-8617, Consol Plaintiffs: Steven Joseph Rando, LEAD AT-

TORNEY, Law Offices of Steven J. Rando, LLC, New Orleans, LA.

For Carmen Acosta, 07-1858, Ernesto Acosta, Sr., 07-1858, Clifton Allen, 07-1859, Estelle Allen, 07-1859, James Andrews, 07-1860, Emma Andrews, 07-1860, Jesse Augustine, 07-1861, Doris Augustine, 07-1861, Fred Austin, 07-1862, Debra Austin, 07-1862, Kevin P. Baker, 07-1863, Betty Baptiste, 07-1864, Judy Baptiste, 07-1865, Riley Baptiste, 07-1865, Johnnie Barnes, 07-1866, Maureen Ancar Barnes, 07-1867, Mark Barnes, 07-1867, Barbara Barnes, 07-1868, Thomas Barnes, III, 07-1868, Vernon Barnes, 07-1869, Anna Branon, 07-1882, Mildred A. Brasly, 07-1883, D'Andrea Bass, 07-1870, Troylynn Bass, 07-1870, Clara Brooks, 07-1884, Malcom Brooks, 07-1884, Catherine Beckett, 07-1871, Clare Brown, 07-1885, Yolanda Brown, 07-1886, Willena Benjamin, 07-1872, Rose Butler, 07-1887, Gary Bennett, 07-1873, Regina Bennett, 07-1873, Beverly Banks, 07-1874, Billy Byrd, 07-1888, Shalanda Byrd, 07-1888, Lilly Benoit, 07-1875, Clarence Berzat, 07-1876, Virginia Berzat, 07-1876, Charlene [*92] Bieneny, 07-1877, Mark Blay, 07-1878, Anitra Blay, 07-1878, Ruth Blunt, 07-1879, Katheryn Bordenave, 07-1880, Hazel Branch, 07-1881, Jennie Calhoun, 07-1889, Jennie Calhoun, 07-1889, Larry D. Caston, Sr., 07-1890, Mildred Newton, 07-1890, Maria Kay Chetta, 07-1891, Japheth Chissell, 07-1892, Bernice Chissell, 07-1892 Emelda Coleman, 07-1893, Henry Brooks, 07-1894, Adeline Brooks, 07-1894, Johnny Crutchfield, 07-1895, Rita Francois, 07-1904, Joseph Francois, 07-1904, Mercedes Gaines, 07-1905, Darrin Dave, 07-1896, Patricia Woods, 07-1896, Warrene Gambino, 07-1906, Yonda Henry Fournier, 07-1907, Irma F. Davis, 07-1897, Jonah Ford, 07-1908, Marynell Fernandez, 07-1909, Cynthia Fefie, 07-1910, Alfred Edwards, 07-1911, Carmel Edwards, 07-1911, Michel Dedeaux, 07-1898, Nobie Dedeaux, 07-1898, Ellis Duncan, 07-1912, Carol Delay, 07-1899, Ray Dunbar, 07-1913, Ann Gary, 07-1914, Vanessa Demasiliere, 07-1900, Janice Dennison, 07-1901, Mildred Gay, 07-1915, Byron Gay, 07-1915, Lanier Dixon, 07-1902, Pauline Dixon, 07-1902, Paulette Gibbs, 07-1916, Willie Gibbs, 07-1916, Lionel Dixon, 07-1903, Demetra Dixon, 07-1903, Ann Marie Giles, 07-1917, Cheryl Gilmore, 07-1918, Jeffery Gilmore, 07-1918, [*93] James Gleason, 07-1919, Darlene Gleason, 07-1919, Maxine Glover, 07-1920, Albert Glover, 07-1920, Beverly Hampton, 07-1943, James Hampton, 07-1943, Gizelle Grant, 07-1921, Adrienne Harris, 07-1944, Odlie L. Harris, 07-1945, Mary Harris, 07-1946, Roland Harris, Sr., 07-1946, Demetrius Hayes, 07-1947, James Hayes, 07-1948, Ella Hayes, 07-1948, Lana Home, 07-1949, Wayne Howard, 07-1950, Roslyn Howard, 07-1950, Ada Hudson, 07-1951, Dena Hurst, 07-1952, Harold Hurst, 07-1953, Sandra Hurst, 07-1953, Yolanda Jenkins, 07-1954, Alicia Jerome, 07-1955, Elyania Jackson, 07-1956, Burma Jackson, 07-1956, Lionel Jackson, 07-1957, Linda Jackson, 07-1957, William Jackson, 07-1958, Daisy Jackson, 07-1958, Betty James, 07-1959, Albert Jarrell, 07-1960, Carole Jarrell, 07-1960, Geraldine Jenkins, 07-1961, Marie Jerome, 07-1962, Bryan Jackson, 07-1963, Kellie Jackson, 07-1963, Cherlene Johnson, 07-1964, Ethel Johnson, 07-1965, Mischall Johnson, 07-1966, Nelson Johnson, 07-1966, Nelson Johnson, 07-1966, Wilfred Joseph, 07-1968, Patricia Keligond, 07-1969, Herbert Keligond, Jr., 07-1969, Melinda Kepp, 07-1970, James Lamark, Jr., 07-1971, Linda Lambert, 07-1972, Roland Lasker, 07-1973, Shenna Lasker, 07-1973, [*94] Michael Lawrence, 07-1974, Lois Lee, 07-1978, Gerald Lee, Sr., 07-1978, Tressie Levy, 07-1979, Darrell Levy, 07-1979, Correnthia Lewis, 07-1980, Kelvin Lewis, 07-1981, Kevin Lewis, 07-1982, Kevin Lewis, 07-1982, Pamela Lewis, 07-1984, Lure Lewis, 07-1985, Tom Lewis, Jr., 07-1985, Cecil Leavell, 07-1975, Larry Leavell, 07-1975, Anna Bell Lee, 07-1976, Brenda Lee, 07-1977, Larranette Lofton, 07-1986, Michael Lowe, 07-1987, Niemna Lowe, 07-1987, Angela Lyons, 07-1988, Alicia Major, 07-2018, Isaac Major, 07-2018, Rosalie Marchand, 07-2019, Doris Martin, 07-2020, Wanda Mason, 07-2021, William Mason, 07-2021, Phil Matherne, 07-2022, June Matherne, 07-2022, Brian McCadney, 07-2023, Cindy McCadney, 07-2023, Ransom McCormick, 07-2024, Labertha McCormick, 07-2024, Hazle McMiller, 07-2025, Latoya Melancon, 07-2026, Wendell Meyers, 07-2027, Kimberly Meyers, 07-2027, Clementine Robb Mimms, 07-2028, Sarah C. Minor, 07-2029, Charlene Mora, 07-2030, Christine Mora, 07-2031, Beverly Moten, 07-2032, Willie Moten, 07-2032, Edward Myles, Jr, 07-2033, Linda Nelson, 07-2034, Walter Noil, 07-2035, Zina Page, 07-2036, Joseph Pavur, 07-2037, Charmaine Pavur, 07-2037, Carnell Payton, 07-2038, Joy Washington [*95] Payton, 07-2039, Romell Payton, 07-2039, Earl Pellerin, Jr., 07-2040, Addison Penn, 07-2041, Addison Penn, 07-2041, Harry Perrault, 07-2042, Dorothy Perrault, 07-2042, Frances Perry, 07-2043, Alsia Phillips, 07-2044, Terry Phillips, Sr., 07-2044, Terry Phillips, Sr., 07-2044, Shannon Rainey, 07-2046, Paul Raymond, 07-2047, Dorothy Reeden, 07-2048, Roosevelt Richard, 07-2049, Barbara Richard, 07-2049, Ella Ridgley, 07-2050, Inell Roberts, 07-2051, Johnny Roberts, Sr., 07-2051, Marclean Robertson, 07-2052, Willie Robertson, 07-2052, Julia Young, 07-2157, Joseph Young, Jr, 07-2157, Marvin Young, 07-2158, Michelle Young, 07-2158, Donna Robinson, 07-2053, Craig Robinson, 07-2053, Craig Robinson, 07-2053, Craig Robinson, 07-2053, Magdalene Sanders, 07-2160, Theresa Sanders, 07-2161, Rose Saunders, 07-2162, Rose Sceau, 07-2163, Bonnie Shelton, 07-2164, William Shelton, Jr., 07-2164,

Albertine Skinner, 07-2165, Ronnie Smith, 07-2166, Ronald Robinson, 07-2054, Ronald Robinson, 07-2054, Dawn Snyder, 07-2167, William Snyder, 07-2167, Judy Spitzer, 07-2168, Judy Spitzer, 07-2168, Allen Staes, 07-2169, Marjorie Staes, 07-2169, Toni Roman, 07-2056, Albert Roman, 07-2056, Giselle Rooney, 07-2057, [*96] Joseph Rooney, Jr., 07-2057, Calvin Stewart, 07-2170, Calvin Stewart, 07-2170, Judith Stewart, 07-2171, Judith Stewart, 07-2171, Deborah Sullen, 07-2173, Alvin Sullen, 07-2173, Alvin Sullen, 07-2173, Marc Theriot, 07-2175, Lanika Theriot, 07-2175, Othrea Thomas, 07-2176, Joseph Roth, 07-2058, Joseph Roth, 07-2058, Lester Rumowski, 07-2059, Delena Russell, 07-2060, Hubbard Russell, 07-2060, Virginia Thomas, 07-2177, Melanie Thompson, 07-2178, Lucies Thompson, 07-2178, Elvera Thornton, 07-2179, Edith Toney, 07-2180, Gloria Trepagnier, 07-2181, Nathan Trepagnier, 07-2181, Shirley Walker, 07-2182, Emelda Warren, 07-2183, Maize Warren, 07-2183, Bessie Welch, 07-2184, Louise White, 07-2185, Catherine Williams, 07-2186, D.C. Williams, 07-2186, Cheryl Williams, 07-2187, Diana Williams, 07-2188, Janet Williams, 07-2189, Merlin Williams, 07-2189, Karen Williams, 07-2190, Knayo Williams, 07-2191, Rachell Williams, 07-2191, Lisa Marie Williams, 07-2192, Wayne Williams, 07-2193, Gail Williams, 07-2193, Otis Wilson, Jr., 07-2194, Florence Windon, 07-2195, Erroll Windon, 07-2195, Gwendolyn Winesberry, 07-2196, Joycelyn Jarrell, 07-2197, Ernest Wyatt, 07-2197, Melissa Wright, 07-2198, Robert Wright, [*97] Jr., 07-2198, Utilda Farria, 07-2232, Kathy Roberts, 07-2232, Emma Beam, 07-2233, David Kramer, 07-2233, Carolyn Sobers, 07-2234, Juanita Spears, 07-2235, Hilda Stamps, 07-2236, Rose Thomas, 07-2237, David Trahan, 07-2238, Lois Trevigne, 07-2239, Joseph Trevigne, 07-2239, Edwin Turfant, 07-2240, Rosana Turfant, 07-2240, Thelma Walker, 07-2241, Consol Plaintiffs: Jim S. Hall, LEAD ATTORNEY, Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA.

For Durward B Dunn, 06-5288, Catherine C Dunn, 06-5288, Consol Plaintiffs: Robert G. Creely, LEAD ATTORNEY, The Creely Law Firm, LLC, New Orleans, LA; David Ryan Cannella, Frank J. Swarr, Mickey P. Landry, Landry & Swarr, LLC, New Orleans, LA.

For Paul Gomez, 06-8274, Consol Plaintiff: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA.

For Beverly Jackson, 07-1262, Consol Plaintiff: J. Douglas Sunseri, LEAD ATTORNEY, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Brian J. Branch, Edward J. Womac, Jr., & Associates, LLC, New Orleans, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg,

LLC, New Orleans, LA; Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA.

For Ulysses Williams, 06-9188, Consol Plaintiff: [*98] Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Paul Hesse, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc. (Slidell), Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Abdul R. Khan, 06-4571, Abdul Rahman Khan, 06-5252, Consol Plaintiffs: Perry Michael Nicosia, LEAD ATTORNEY, Lance V. Licciardi, Randy Scott Nunez, Nicosia, Licciardi & Nunez, Chalmette, LA.

For Patricia Ailes, 07-1595, Garnell Carreras, 07-1562, Bert Carreras, 07-1562, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, [*99] PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Harold L. Chambliss, 06-7079, Alisa G Chambliss, 06-7079, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA; Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA.

For Robert Doll, 07-2730, Norma Doll, 07-2730, Roy Leebrick, 07-2731, Joann Leebrick, 07-2731, Consol Plaintiffs: William Peter Connick, LEAD ATTORNEY, Connick & Connick, LLC, Metairie, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent

A. Klibert, Brent A. Klibert, Attorney [*100] at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA.

For Nancy E. Jackson, 06-8952, Timothy Jackson, 06-8952, Consol Plaintiffs: Andrew Allen Lemmon, LEAD ATTORNEY, Lemmon Law Firm (New Orleans), New Orleans, LA; Irma L. Netting, Lemmon Law Firm (Hahnville), Hahnville, LA.

For Charles J. Marsh, 07-1807, Michele E. Power, 07-1807, Consol Plaintiffs: John Van Robichaux, Jr., LEAD ATTORNEY, Robichaux Law Firm, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Rene Hollins, 07-2660, Mary Beth Gillaspie, 07-2661, Shontra Varnado, 07-2662, Frank Anselmo, 07-2663, Viola Johnson, 07-2664, Jacqueline K. Brown, 07-2665, Consol Plaintiffs: Calvin Clifford Fayard Jr., LEAD ATTORNEY, David [*101] Blayne Honeycutt, Wanda Jean Edwards, Fayard & Honeycutt, Denham Springs, LA; Peyton Patrick Murphy, Murphy Law Firm, Baton Rouge, LA.

For Thomas Austin, Jr., 07-2679, Charlie Ward, 07-2680, Caleia Ward, 07-2680, Perry Rittner, 07-2681, Debbie Rittner, 07-2681, Jim Miller, 07-2682, Consol Plaintiffs: J. J. (Jerry) McKernan, LEAD ATTORNEY, Chet G. Bourdreaux, John H Smith, McKernan Law Firm, Baton Rouge, LA.

For Howard Gonzales, 07-2746, Betty Gonzales, 07-2746, Lloyd Rogers, 07-2747, Karen Rogers, 07-2747, Stacy Bishop, 07-2748, Victor Marino, 07-2748, Vernon Leval, 07-2749, Dale Valenti, 07-2750, Karen Polk, 07-2751, Kerry Scheuermann, 07-2752, Catherine Scheuermann, 07-2752, David Peterson, 07-2753, Thomas M. Mulkey, 07-2754, Dianne F. Mulkey, 07-2754, Rhonda Cospelich Dastugue, 07-2755, Eric Alfonso, 07-2756, Robyn Alfonso, 07-2756, Consol Plaintiffs: John Van Robichaux, Jr., LEAD ATTORNEY, Brian D. Page, Robichaux Law Firm, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Kli-

bert, Attorney at Law, New Orleans, LA; Patrick [*102] G. Kehoe, Jr., APLC, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Alicia Bongawil, 07-2259, Carolyn Hart, 07-2249, Shirley Alvis, 07-2260, Rickey Chopin, 07-2261, Thelma Chopin, 07-2261, Rickey Chopin, 07-2262, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, Lewis Scott Joanen, Bruno & Bruno, New Orleans, LA.

For Thelma Chopin, 07-2262, Debra Mamou, 07-2250, Rickey Chopin, 07-2263, Thelma Chopin, 07-2263, Edmond Woodfork, 07-2264, Darrick Brown, 07-2265, JoAnn Dixon, 07-2266, Larry Dixon, 07-2266, Efren Samaniego, 07-2251, Elvira Samaniego, 07-2251, Demitria Gaddies, 07-2267, Joseph Tramontans, 07-2252, Elizan Sherman, 07-2268, Sheila Davis, 07-2269, Maxine Flores, 07-2270, Bernice Lee, 07-2271, Leslie Hughes, 07-2272, Leslie Hughes-Williams, 07-2273, Jeffery Hughes, 07-2273, Leslie Hughes, 07-2274, Jeffery Hughes, 07-2274, Leslie Hughes, 07-2275, Jeffery Hughes, 07-2275, Leslie Hughes, 07-2276, Jeffery Hughes, 07-2276, LaShanda Francis, 07-2253, Versey Hughes, 07-2277, Georgianna Bienvenu, 07-2278, Fred Kindred, 07-2254, Larry Cambrice, 07-2279, Darlene Cambrice, 07-2279, [*103] Reginald Copelin, 07-2280, Lessie Horne, 07-2281, Russell Stockard, 07-2282, Bernice Kindred, 07-2255, Salvatore Aguello, 07-2256, Kimberly Aguello, 07-2256, Alicia Bongawil, 07-2257, Bella Coker, 07-2257, Alicia Bongawil, 07-2258, Hien Hoang, 07-2283, Lam Ngoc Vu, 07-2283, Jack Rabito, 07-2284, Robert Rabito, 07-2284, Judy Dubroca, 07-2285, James Dubroca, 07-2285, Robert Vick, 07-2286, Fred Delise, 07-2298, Sharon Delise, 07-2298, Dinah Washington, 07-2299, Eliza Harris, 07-2300, L C Harris, 07-2300, Patrick Rovira, 07-2301 Ana Rovira, 07-2301, Rosalyn Beard, 07-2302, James H. Beard, Jr., 07-2302, Cynthia Foley, 07-2303, Phoebie Johnson, 07-2304, Waldo Fortin, 07-2305, Waldo Fortin, 07-2306, John Salisbury, 07-2307, Daniel Smith, 07-2308, Donnette Smith, 07-2308, Linda Brown, 07-2309, Lynn Brown, 07-2309, Mable Martin, 07-2310, Caldonia Lang, 07-2311, Jon Rupert, 07-2312, Stephen P Rupert, 07-2312, Veronica Johnson, 07-2313, Arthur Washington, 07-2314, Dinah M Washington, 07-2314, Herma Thomas, 07-2287, Earl Thomas, 07-2287, Ransom McCormick, 07-2315, Ransom McCormick, 07-2316, Roy Neyland, 07-2317, Sharon Neyland, 07-2317, Myrtle Senior, 07-2288, Elnora Johnson, 07-2289, James Davis, [*104] 07-2290, Will Lee, 07-2291, Annie R. Lee, 07-2291, Eric Kelly, 07-2292, Nicole Jones Kelly, 07-2292, Leo Soniat, 07-2293, Rebecca Montgomery, 07-2294, Louise Mele, 07-2295, Philip Mele, 07-2295,

Florence Jackson, 07-2296, Florence Jackson, 07-2297, Sharon Peters, 07-2318, Edwina Washington, 07-2333, John Pierre, 07-2334, Kirdie Pierre, 07-2334, Verna Royal, 07-2335, Mary Christoffer, 07-2336, Bernice Simon, 07-2337, Mary Kyles, 07-2338, Roosevelt Kyles, Jr., 07-2338, Mary Pendleton, 07-2339, Felicia Jones, 07-2340, Michael Jones, 07-2340, Dawn Edwards, 07-2341, Lester Harris, 07-2341, Wayne Hill, 07-2342, Mary Hill, 07-2342, Andrew Ferdinand, 07-2342; deceased, Ervin Thomas, 07-2343, Joseph Catalanotto, 07-2319, Ana Catalanotto, 07-2319, Ervin Thomas, 07-2344, Tommie Dahlgren, 07-2345, Benny Dahlgreen, 07-2345, Karen Barlow, 07-2346, Karen Barlow, 07-2347, Margaret Bergeron, 07-2347, Cornelius Edinburgh, 07-2348, Colestine Edinburgh, 07-2348, Dawn Edwards, 07-2349, Connie Jernigan, 07-2350, Hulie Jernigan, 07-2350, Beverly McCrary, 07-2320, Charles McCrary, 07-2320, Rhonda Penalacia, 07-2321, James Penalacia, 07-2321, Javier Pazmino, 07-2351, Vanessa M. Pazmino, 07-2351, Alberto Alonso, [*105] 07-2352, Rocio Zelayo Alonso, 07-2352, Joseph Baldwin, 07-2353, Lynn Lennox, 07-2354, Danielle Crawford, 07-2322, Wonda Crawford, 07-2322, David Scalia, 07-2355, Genevieve Williams, 07-2323, Amelia Anthony, 07-2323, Robert Slavich, 07-2356, Marlene Slavich, 07-2356, Juanita Spears, 07-2357, Paul Scalia, 07-2358, Liboria Gioe, 07-2324, Janelle Cable, 07-2325, Stacy Fuchs, 07-2326, Andrew Fuchs, 07-2326, George Amann, 07-2359, Connie Amann, 07-2359, Rosemarie Ranzino, 07-2327, Joseph Ranzino, 07-2327, Rose Thomas, 07-2328, Shannon Thomas, 07-2328, Joseph Tramontans, 07-2360, Joseph Tramontans, 07-2361, Laurie Brocato, 07-2362, Rosemary Netter, 07-2363, Albert Thibodeaux, 07-2364, Connie Scott, 07-2365, Phillis Johnson, 07-2366, Kim Paulin, 07-2367, Donald Williams, 07-2368, Betty Cotton, 07-2369, Julia Patino, 07-2370, Pepito H. Patino, 07-2370, Fred Weikert, 07-2371, Martha Weikert, 07-2371, Marcia Leone, 07-2372, Tanya Bridges, 07-2373, Christopher Bruno, 07-2374, Kerry Bruno, 07-2374, Percy Oubre, 07-2375, Sandra Oubre, 07-2375, Wesley Ford, 07-2376, Katrina Daniels, 07-2377, Manuell Washington, 07-2378, Lola Tilton, 07-2379, Edgar Tilton, 07-2379, Laura Greer, 07-2329, Gary B. Greer, [*106] 07-2329, Debra Jenkins Smith, 07-2380, Eva Glover Washington, 07-2381, Shirley Ned, 07-2330, Louise Joseph, 07-2382, Edwina Rillieux, 07-2383, Sidney J. Rillieux, 07-2383, Alice Sanders, 07-2384, Errol Sanders, 07-2384, Elaine Taylor Holmes, 07-2385, Louis F. Holmes, Jr., 07-2385, Philip Owens, 07-2386, Charles Calais, 07-2387, Janet Tureaud, 07-2331, Edwina Washington, 07-2332, Gene Baril, 07-2388, Juanita Jean Baril, 07-2388, Peter Deslatte, 07-2389, Odelilia Deslatte, 07-2389, Mercedes Gaines, 07-2390, Jacqueline McCorkle, 07-2398, Osie McCorkle, 07-2398, Firldeal Davis, 07-2399, Frankie

Guidry, 07-2400, Unger Hazet, 07-2401, Cathy Hebert, 07-2402, Alex Hebert, 07-2402, Lionel Thomas, 07-2403, Kevin Cyres, 07-2404, Carolyn Charles, 07-2405, Geraldine Golden, 07-2406, Clarence Barrow, 07-2391, Tammy Griffith, 07-2392, Claudia Collins Celestand, 07-2393, Larry Celestand, 07-2393, Kimberlyn Gibson, 07-2407, James B. Gibson, 07-2407, Carmelo Piazza, 07-2408, Josephine Piazza, 07-2408, Fara Coates, 07-2409, Bernie McCormick, 07-2394, Laverne Birdsall, 07-2394, Barbara Davis, 07-2410, Melvin E Davis, 07-2410, George Blunt, 07-2411, Elyria Blunt, 07-2411, Tricia Legrone, 07-2395, Calvin [*107] Legrone, 07-2395, Lillian Hollingsworth, 07-2412, Shirley Walker, 07-2396, Catherine Clark, 07-2413, Tineka West, 07-2414, Judy Thorpe-Truman, 07-2397, Charles Truman, 07-2397, Jane Brown, 07-2424, Ruth Creecy, 07-2425, Milton Creecy, 07-2425, Harold Weiser, 07-2426, Pauline Wright, 07-2427, Vera Roscoe, 07-2428, Dorothy Birdsall, 07-2429, Eddie Birdsall, 07-2429, Armand Ferrouillet, 07-2430, Roslyn Howard, 07-2416, Wayne W Howard, 07-2416, Josephine Coco, 07-2417, Otis Morgan, 07-2419, Donald Harrison, 07-2431, Myrtle Croson, 07-2436, Otis Morgan, 07-2420, Don Houston, 07-2437, Bernadette Houston, 07-2437, Karen Genovese, 07-2438, Virginia Hales, 07-2421, Walter Hales, 07-2421, Marilyn Khaton, 07-2439, Vera Harris-Polite, 07-2422, Jennifer Testa-Poluka, 07-2440, Eileen Marques, 07-2441, Rauol Marques, III, 07-2441, Rome Anderson, 07-2423, Paulette Anderson, 07-2423, Karin Legohn, 07-2442, Willie Davis, 07-2443, Roslyn Howard, 07-2415, Wayne W Howard, 07-2415, Vicy Doucette, 07-2418, Bertha Rideau, 07-2418, Kevin Miskell, 07-2432, Lynnoka Miskell, 07-2432, Jacqueline Stephens, 07-2433, Earnest Stephens, 07-2433, Anthony McGowan, 07-2434, Jannie M Magiren, 07-2434, Angelina Delaney, [*108] 07-2435, Albert J Delany, Sr., 07-2435, Aaron Riley, 07-2444, Janice Riley, 07-2444, Ladorlina Berdos, 07-2445, Porfirio L Berdos, 07-2445, Clarence Francois, 07-2446, Isabelle Francois, 07-2446, Anthony Wren, 07-2447, Mack Melancon, 07-2448, Jacqueline Melancon, 07-2448, Rhoda Thorpe, 07-2449, Ernestine Fultz, 07-2451, Ernestine Fultz, 07-2450, Ernestine Fultz, 07-2452 Ernestine Fultz, 07-2452, Edward Ripoll, 07-2454, Kathleen Ripoll, 07-2454, Joyce Clements, 07-2455, Angle Rilleaux-Fields, 07-2456, Hannah Bias, 07-2457, Keith Peterson, 07-2458, Arleen W Peterson, 07-2458, Willie-Mae Barnes, 07-2459, Jerry G Barnes, 07-2459, Anna Collins, 07-2460, Mark Douglas, 07-2461, Patricia Douglas, 07-2461, Barbara Ponder, 07-2462, Linda Johnson, 07-2463, Amanda Jackson, 07-2464, Odie Young Taylor, 07-2464, Gilda Row, 07-2465, Deania Jackson, 07-2466, Stone Johnson, 07-2467, Joyce D. Stone, 07-2467, Edward Lott, 07-2468, Willie Carter, 07-2469, Gwendolyn Edwards

Carter, 07-2469, Tommy Hamilton, 07-2470, Cherlyn Maurice-Hall, 07-2471, Angie Blalock, 07-2472, Brenda Anderson, 07-2473, Walter Anderson, 07-2473, Diana Villavaso, 07-2474, Terry Belcher, 07-2475, Larry Belcher, 07-2475, Chawanna Santa [*109] Marina, 07-2476, Samuel Santa Marina, 07-2476, Gilda Price, 07-2477, James Price, 07-2477, Terrye Braden, 07-2478, Cynthia Fefie, 07-2479, Willy Crumedy, 07-2480, Gwendolyn Becnel Jones, 07-2481, Carl Beard, 07-2482, Janet Beard, 07-2482, Denise Clark, 07-2483, Sally Laurent, 07-2484, Nadine Generose, 07-2485, Paul Generose, 07-2485, Sharon Johnson-Murphy, 07-2486, Verna Quillen-Williams, 07-2487, Cynthia Rockingham, 07-2488, Cynthia Rockingham, 07-2489, Cynthia Rockingham, 07-2490, Cabrini Hales, 07-2491, Cynthia Rockingham, 07-2492, Mourdia Morris, 07-2493, Semone Bell, 07-2494, Marigold Carter, 07-2495, Perry Mccorkle, 07-2496, Irene McCorkle, 07-2496, Cheryl Slack, 07-2497, Cheryl Slack, 07-2498, Lesley DiRosa, 07-2499, Louis DiRosa, 07-2499, Gerlad Wallace, 07-2500, Ulah Lee, 07-2501, Manuel Lee, 07-2501, Jarred Broussard, 07-2502, Dianne Weaver, 07-2503, Earl Hankton, 07-2504, Jeanette Brown, 07-2505, Harold Nichols, 07-2506, Viola Blackman, 07-2507, Julie Fernandez, 07-2508, William Fernandez, 07-2508, Carolyn Arnold, 07-2509, Carolyn Arnold, 07-2510, Monique Carter, 07-2511, Mayola Boisdore, 07-2512, Elliot Boisdore, 07-2512, James Godfrey, 07-2513, Brenda Dugas, 07-2514, Sidney [*110] Joseph Dugas, 07-2514, Robert Paul Dugas, 07-2514, Nitra Palmer, 07-2515, Michael Taylor, Jr., 07-2515, Dollie Kemp, 07-2516, Rhonda Smith, 07-2517, James Norwood, 07-2518, Andrea Norwood, 07-2518, Evola Cornin, 07-2519, Lawrence Sharpe, 07-2520, Doris Sharpe, 07-2520, Martin Bunch, 07-2521, Mary Dandridge, Dorothy McWilliams, 07-2523, Bertha Davis, 07-2524, Silliman Hale, 07-2525, Allen Age, 07-2526, Chaniel Age, 07-2526, Eric Voebel, 07-2527, Eric Voebel, 07-2528, Norma Berkley, 07-2529, Patricia Wilson, 07-2530, Jacynthia Fisher, 07-2531, Paula Parker, 07-2532, Jennifer Bolton, 07-2533, Larry Owens, 07-2534, Linda Owens, 07-2534, Naim Ahmad, 07-2535, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, Lewis Scott Joanen, Bruno & Bruno, New Orleans, LA.

For Loraine Jupiter, 07-1689, Consol Plaintiff: Bruce L. Feingerts, LEAD ATTORNEY, Feingerts & Kelly, PLC, New Orleans, LA; Michael Charles Darnell, Murray, Darnell & Associates, L.L.C., New Orleans, LA.

For Carol A. Newman-Harrold, 07-1528, Consol Plaintiff: J. Douglas Sunseri, LEAD ATTORNEY, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Brian J. Branch, Edward J. Womac, Jr., & Associates, LLC, New Orleans, LA; [*111] Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA.

For Mary Mustacchia Morello, 07-2763, Consol Plaintiff: John A. Venezia, LEAD ATTORNEY, William B. Gordon, III, Law Office of John A. Venezia, Metairie, LA.

For Rawn Davis, 06-4811, Bonnie Davis, 06-4811, Pontiac-Racelanc, LLC, 06-6394, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA.

For Alvin Lewis, 06-3996, Cronwell Lewis, Consol Plaintiffs: Mickey P. Landry, LEAD ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA.

For Jennifer Luscy Deane, 07-2820, William D. Luscy, 07-2820, William J Luscy, III, 07-2820, Consol Plaintiffs: William J. Luscy, III, LEAD ATTORNEY, William Luscy, III, Attorney at Law, Metairie, LA.

For Plaintiffs Liaison, Consol Plaintiff: Joseph M. Bruno, LEAD ATTORNEY, Bruno & Bruno, New Orleans, LA; Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, New Orleans, LA; Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), [*112] New Orleans, LA.

For Rita Barard, 07-3066, For Karen Recasner, 07-2537, A. J. Davis, 07-2538, Geneva Davis, 07-2538, Aaron McKenna, 07-2539, Salvatrice Billiot, 07-2540, Gary Billiot, 07-2540, Joann McInerney, 07-2541, Eric Holt, 07-2542, Darlene Neapollion, 07-2543, Abigail Miranda, 07-2544, Ulysses Miranda, 07-2544, James Lawson, 07-2545, Nicole Lawson, Mary LaPierre, 07-2546, Freemont LaPierre, 07-2546, Oliver Evans, 07-2547, De'Esther Angelin Butler, 07-2548, DeEsther Angelin, 07-2549, Noraetta Cross, 07-2550, Don Manuel, 07-2551, Gloria Muhammad, 07-2552, Gloria Muhammad, 07-2553, Joyce Williams, 07-2554, Henry Williams, 07-2554, Gwendolyn Gleason, 07-2555, Willie Gleason, 07-2555, Pharoah Bassett, 07-2556, James Brown, 07-2557, Patrice Brown, 07-2557, Alvin McCrary, 07-2558, Judy Inez Tabora, 07-2559, Josephine McGowan, 07-2560, Edward McGowan, 07-2560, JoAnn Dixon, 07-2561, Larry Dixon, 07-2561, Henry Glover, 07-2562, Edith Glover, 07-2562, Reginald Caston, 07-2563, Marina Morris, 07-2563, Ernestine Magee, 07-2564, M L Magee, 07-2564, John Babino, 07-2565,

Ruth Babino, 07-2565, Damian Smith, 07-2566, Vivian Edwards, 07-2567, Edgar Edwards, 07-2567, Reginald Smothers, 07-2568, [*113] Jacqueline Campbell Smothers, 07-2568, Gill Houston, 07-2569, Terri Houston, 07-2569, Shirley Turner, 07-2570, Orlanda Washington, 07-2571, Jeffrey Washington, 07-2571, Jean Charles, 07-2572, Ruby Taylor-Cameron, 07-2573, Phillip Bell, 07-2574, Charlene Bell, 07-2574, Melvin Harrell, 07-2575, Lawrence Terrel, 07-2576, Vennay Buie, 07-2577, Maryam Serpas, 07-2577, Miriam Strickland, 07-2578, Troy Mark, 07-2579, James Chatelain, 07-2580, Milton Matthews, 07-2581, Kiontia Stovall, 07-2582, Rosalie Marchand, 07-2583, Sean McBean, 07-2584, Cynthia McBean, 07-2584, Lawrence Murphy, 07-2585, Edmond Woodfork, 07-2586, Diane Warner, 07-2587, Damian Smith, 07-2588, Sabrina Harris, 07-2589, Gwendolyn Wiggins, 07-2593, Carol Anderson, 07-2594, Barbara Nelson, 07-2590, Sullivan Stewart, 07-2595, Mary Stewart, 07-2595, Glenda Butler, 07-2591, JoAnn Dixon, 07-2596, Larry Dixon, 07-2596, Don Miller, 07-2597, Lionel Gaspard, 07-2603, Larry Warner, 07-2592, Ava Payton Warner, 07-2592, Debbie Barquet, 07-2604, Mattie Simon, 07-2605, Mattie Simon, 07-2606, Mattie Simon, 07-2607, Mattie Simon, 07-2608, Jacinta Braud-Dusuau, 07-2609, Edward Lewis, 07-2610, Jean Wells, 07-2598, Rosalee Bradley-McKinley, [*114] 07-2611, Roland Bradley, 07-2611, Charles Tyler, 07-2612, Catherine Yates, 07-2599, Anthony Bennette, 07-2600, Sandra Bennette, 07-2600, Jean Young, 07-2619, John Young, 07-2619, Casaline Pigott, 07-2620, Charles Pigott, 07-2620, Josephine Davis, 07-2621, Fred Davis, 07-2621, Dale Keppard, 07-2601, James Williams, 07-2622, Maxine Williams, 07-2622, Evelyn Treuting, 07-2602, Shirley Joseph, 07-2613, Clifton Joseph, 07-2613, Jack Quarles, 07-2624, Alice Curtain, 07-2625, Tommy Curtain, 07-2625, Beatrice Leonard, 07-2626, Velma Leonard, 07-2626, Tammie Warren, 07-2677, Connie Dixon, 07-2614, Allen Dixon, 07-2614, Price Dixon, 07-2614, Kelly Johnson, 07-2628, Dick Johnson, 07-2628, Marie Brumfield, 07-2615, Joseph Lorraine, 07-2629, Frank Bullette, 07-2616, Willard Echols, 07-2630, Avanell Alexander, 07-2632, Dalfrey Alexander, 07-2632, David Perkins, 07-2617, Justine Perkins, 07-2617, Karen Green-Benita, 07-2631, Mildred Gosserand, 07-2633, Denise Henry, 07-2641, Cornel Henry, 07-2641, Gaynelle Dassau, 07-2634, Gloria Muhammad, 07-2635, Darren Woods, 07-2636, Brenda Blackwell, 07-2637, JoAnn Everhardt, 07-2638, Glady Tigler, 07-2639, Edward Williams, 07-2640, Linda Callais, 07-2642, Anthony [*115] Rhodes, 07-2643, Trianda Spriggers, 07-2644, Gerald Netters, 07-2645, Yvonne Netters, 07-2645, Josephine Davis, 07-2646, Fred Davis, 07-2646, Gloria Muhammad, 07-2647, Gaynelle Dassau, 07-2648, Mattie Simon, 07-2692, Paulette Simon,

07-2692, Darell Expose, 07-2889, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, Lewis Scott Joanen, Bruno & Bruno, New Orleans, LA.

For Geina E. Jones, 06-9874, Tommie Lee Jones, Jr., 06-9874, Ivy Seals, 07-1721, Raquel E. Clark, 07-1721, Ronald B. Clark, 07-1721, Rickey J. Clark, 07-1721, Rita Barard, 07-3066, Larry Barard, 07-3066, Joyce Walker Lewis, 07-2952 Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA.

For Darleen Jacobs Levy, 06-5733, Washington and South Claiborne, L.L.C., 06-5733, Magazine and Thalia, L.L.C., 06-2733, Consol Plaintiff: Alfred Ambrose Sarrat, Jr., LEAD ATTORNEY, Darleen Marie Jacobs, Jacobs & Sarrat, New Orleans, LA; Jeremy Kenneth Lee, Tonry & Ginart, Chalmette, LA; Lantz Savage, Savage Law Firm, Gretna, LA.

For Judith L Drez, 06-7487, Ronald J Drez, 06-7487, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; William Joseph [*116] Guste, III, Guste, Barnett, Schlesinger, Henderson & Alpaugh, New Orleans, LA.

For C.R. Pittman Construction Company, Inc., 07-2771, Consol Plaintiff: Gerald A. Melchiode, LEAD ATTORNEY, William John Perry, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Lynn Rivet, 06-7278, Consol Plaintiff: Joseph Edwin Windmeyer, Jr., LEAD ATTORNEY, Windmeyer Law Firm, LLC, Metairie, LA; Joseph E. Windmeyer, Windmeyer Law Firm, Metairie, LA; Michael A. Tusa, The Law Office of Michael A. Tusa, LLC, Metairie, LA.

For Don Riley, 06-8756, Cynthia Riley, 06-8756, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Paul Hesse, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices [*117] of Roy F. Amedee, Jr., New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc. (Slidell), Slidell,

LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Alainna Sensebe, 06-5255, Consol Plaintiff: Perry Michael Nicosia, LEAD ATTORNEY, Lance V. Licciardi, Randy Scott Nunez, Nicosia, Licciardi & Nunez, Chalmette, LA.

For John Flores, Jean Flores, Consol Plaintiffs: Patrick Joseph Sanders, LEAD ATTORNEY, Patrick J. Sanders, Attorney at Law, Metairie, LA.

For Royal & Sun Alliance Insurance Company, 06-10796, Consol Plaintiff: Bernard H. Ticer, LEAD ATTORNEY, Baldwin Haspel Burke & Mayer, LLC (New Orleans), New Orleans, LA; David Louis Carrigee, Baldwin Haspel Burke & Mayer, LLC (New Orleans), New Orleans, LA.

For Michael Smith, 07-2623, Lorraine Young, 07-2618, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, Lewis Scott Joanen, Bruno & Bruno, New Orleans, LA.

For Bonnie M Rault, 06-1734, Consol Plaintiff: Miles Paul Clements, LEAD ATTORNEY, Frilot L.L.C., New Orleans, LA; Michelle Purchner, Gordon, Arata, McCollam, Duplantis & Eagan (New Orleans), New Orleans, LA.

For Hilton Lea, 07-2683, Consol Plaintiff: [*118] Jeffrey P. Berniard, LEAD ATTORNEY, Berniard & Wilson Law Firm, LLC, New Orleans, LA.

For George Pecquet, 06-4718, Emily Pecquet, 06-4718, Consol Plaintiffs: Remy Voisin Starns, LEAD ATTORNEY, Remy V. Starns, Attorney at Law, Baton Rouge, LA; Ryan Patrick Reece, Borne Law Firm, New Orleans, LA.

For Stephen Katz, 06-8690, Consol Plaintiff: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Lestelle & Lestelle, Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Paul Hesse, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc. (Sli-

dell), Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Stephen Katz, 07-1846, Julius Roy, 07-1565, Diane M. Roy, 07-1565, Elgin Grossley, [*119] Jr., 07-1584, Barbara Grossley, 07-1584, Gilda Morgan, 07-1583, Hebert Morgan, 07-1583, Theresa Gascon, 07-1591, Gay Bishop, 07-1579, William Hilliard, 07-1579, Thomas Bishop, 07-1579, Donald Howerton, 07-1594, Bertha Tully Howerton, 07-1594, Elaine Ellis, 07-1599, Elizabeth Pier, 07-1605, Joanna Reboul, 07-1607, Shelita Leon, 07-1609, Edgar Braud, 07-1572, Lauren Braud, 07-1572, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Joseph Nemeth, 07-3078, Genevieve Nemeth, 07-3078, Ryck Soto, 07-3079, Leo Wang, 07-3088, Shelly Wang, [*120] 07-3088, Robert Slack, 07-3080, Alicia Slack, 07-3080, Malcolm Schulz, 07-3081, Lorraine Moreau, 07-3082, William Hernandez, 07-3083, Genell Hernandez, 07-3083, Claire Galatas, 07-3084, Gail Conerly, 07-3085, Channing Branch, 07-3086, Tonia Branch, 07-3086, John Bacques, 07-3087, Consol Plaintiffs: William Peter Connick, LEAD ATTORNEY, Connick & Connick, LLC, Metairie, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA;

For Denise Ancar, 06-4746, Michael Carson, 06-4746, Garance Carson, 06-4746, Sharon M. Claude, 06-4746, Justin J. Crespo, 06-4746, Gloria Davillier, 06-4746, Joanette Doucette, 06-4746, Charlie Dunbar, 06-4746, Betty Dunbar, 06-4746, Alice Felix, 06-4746, Joseph Byrd, [*121] 06-4746, Duane Hardy, 06-4746, Linda

2008 U.S. Dist. LEXIS 39774, *

Hardy, 06-4746, Kineta Hilton, 06-4746, Mildred Lewis, 06-4746, Solomon Lewis, 06-4746, Troy Lynn Mack Palmer, 06-4746, Franklin S. Ruiz, 06-4746, Dianne Ruiz, 06-4746, Consol Plaintiffs: Jim S. Hall, Jim S. Hall & Associates, Metairie, LA.

For Ella Mae St Romain, 06-9514, George C Reppel, III, 06-9514, Joyce Stall, 07-1233, Kenneth Lewis, 07-2952, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTOR-NEY, Svetlana V. Crouch Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA;

For Brion Joseph Scieneaux, 06-3990, Dierde Scieneaux, 06-3990, Consol Plaintiffs: Mickey P. Landry, LEAD ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA.

For Eugene Latapie, 06-7286, Consol Plaintiff: Michael Dennis Riley, LEAD ATTORNEY, Michael D. Riley, Attorney at Law, New Orleans, LA.

For Kathleen Lucien, 06-9852, Consol Plaintiff: Keith Michael Couture, LEAD ATTORNEY, Samuel Beardsley, Jr. Couture & Soileau, LLC, Mandeville, LA; Peter James DiIorio, Peter M. DiIorio, Attorney at Law, New Orleans, LA.

For Edna Gordon, 06-4920, Consol Plaintiff: Scott G. Wolfe, Jr., LEAD ATTORNEY, [*122] The Wolfe Law Offices, LLC, New Orleans, LA.

For Marlene Durel, 06-7171, Consol Plaintiff: Ann Bucaro Steinhardt, LEAD ATTORNEY, Ann B. Steinhardt, Attorney at Law, New Orleans, LA.

For Dean Allen, Jr., 06-8707, Cora Rayford, 06-8707, Consol Plaintiffs: Daniel E. Becnel, Jr., LEAD AT-TORNEY, Darryl James Becnel, Law Offices of Daniel E. Becnel, Jr., Reserve, LA.

For Mamie Robinson, 07-3220, Perry J. Watson, Jr., 07-3219, Paulette Watson, 07-3219, Percy Watson, 07-3219, Consol Plaintiffs: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Brian D. Page, John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For BSD Construction Inc, 06-8637, Consol Plaintiff: Lamar Merriott Richardson, Jr., LEAD ATTORNEY, Lamar M. Richardson [*123] Jr., Attorney at Law, Mandeville, LA.

For Octave Foerster Schully, III, 06-8504, Consol Plaintiff: Joseph S. Piacun, LEAD ATTORNEY, Thomas A. Gennusa, II, Gennusa, Piacun & Ruli, Metairie, LA.

For Wanda L Theriot, 06-9910; Individually and on behalf of Allison Langhetee, Henry P Langhetee, 06-9910; on behalf of Allison Langhetee, Consol Plaintiffs: Richard J. Garrett, LEAD ATTORNEY, Law Office of Richard J. Garrett, New Orleans, LA.

For William R Burke, IV, 06-10852, Burk Brokerage, LLC, 06-10852, Consol Plaintiffs: Fortune A. Dugan, LEAD ATTORNEY, Law Office of F. A. Dugan, Mandeville, LA; David Charles Clement, Clement Gates & May, LLC, New Orleans, LA; John A. Venezia, Law Office of John A. Venezia, Metairie, LA.

For David E. Kavanagh, 06-11384, Consol Plaintiff: David Edmund Kavanagh, Weeks, Kavanagh & Rendeiro, New Orleans, LA; Gino John Rendeiro, Kavanagh & Rendeiro, PLC, New Orleans, LA.

For Kathy Rose Fischman, 06-4949, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Debra J. Fischman Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Frank Charles Dudenhefer, Jr., Cummings, Cummings & Dudenhefer, New Orleans, LA.

For Anthony J. Randazzo, 07-1082, Consol Plaintiff: [*124] J. Douglas Sunseri, LEAD ATTORNEY, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA

For Daniel Fremin, 06-5276, 06-8200, 06-9961, Consol Plaintiff: William Chad Stelly, LEAD ATTORNEY, Blake G. Arata, Jr., C. Perrin Rome, III, Rome, Arata & Baxley, LLC (New Orleans), New Orleans, LA; Keith Andrew Conley, Keith A. Conley, Attorney at Law, Kenner, LA.

For Parfait Family, 07-3500; et al, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA.

For Lee Sucherman, 07-3381, Ellen Sucherman, 07-3381, Consol Plaintiffs: Terrence Jude Lestelle, LEAD ATTORNEY, Lestelle & Lestelle, Metairie, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Lestelle & Lestelle,

2008 U.S. Dist. LEXIS 39774, *

Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, [*125] LLC, Metairie, LA.

For Euclide Gaines, 07-3568, Patricia Gaines, 07-3568, Consol Plaintiff: John Van Robichaux, Jr., LEAD ATTORNEY, Brian D. Page, Robichaux Law Firm, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Peter Uli, 07-3569, Marie Uli, 07-3569, Ken James, 07-3570, Pamela James, 07-3570, Edna Rogowski, 07-3571, Stanley Rogowski, Jr., 07-3571, Gerald Smith, 07-3572, LaDonna Smith, 07-3572, Consol Plaintiffs: John Van Robichaux, Jr., LEAD ATTORNEY, Brian D. Page, Robichaux Law Firm, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney [*126] at Law, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Calvin Johnson, 07-1563, Gwendolyn Johnson, 07-1563, Twanda Christopher, 07-3389, Suzanne M. Garrison, 07-3393, Channing Branch, 07-3405, Tonia Branch, 07-3405, Hazel Leblanc, 07-3388, Judy Haines, 07-3394, Mattie Horton, 07-3396, Linda Lyons Kirsch, 07-3399, Althea Allain, 07-3400, Sandra Davis, 07-3403, Brian Davis, 07-3403, Bonnie Condor, 07-3390, Linda Lyons Kirsch, 07-3398, Bonnie Dalen, 07-3404, James Dalen, 07-3404, Asif Gafur, 07-3406, Aliya Asif, 07-3406, Ryan Chalmers, 07-3407, Julie Chalmers, 07-3407, Gary Creighton, 07-3411, Charmaine Creighton, 07-3411, Aloma Shelton, 07-3412, William Shelton, 07-3412, Jerry Fields, 07-3414, Harry Greenberger, 07-3415, Jayne Phillips, 07-3416, Florence Mercadel, 07-3417, Greg Bass, 07-3418, Raymond Gray, 07-3419, Joyce Gray, 07-3419, Gloria Gordon, 07-3421, Morris

Gordon, 07-3421, Gaynell Grandpre, 07-3420, Merlin Grandpre, 07-3420, Brent Gaugis, 07-3422, Yoshi Gaugis, 07-3422, Lawrence Fisher, 07-3423, Kathy [*127] Fisher, 07-3423, Tracy Combs, 07-3427, Jon Combs, 07-3427, Willie Casborn, 07-3428, Delores Casborn, 07-3428, Kelvin Adams, 07-3429, Debra Adams, 07-3429, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Eileen Fabregas, 07-3576, Consol Plaintiff: J. Douglas Sunseri, LEAD ATTORNEY, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA; Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA.

For Allen Fernandez, 07-3430, Peter Gabb, 07-3431, Al Manint, 07-3433, Michelle Barconey, 07-3434, Eddie B. Varnado, 07-3436, Oda B. [*128] Varnado, 07-3436, Charles Ratliff, Jr., 07-3437, Edith Harris, 07-3437, Theodore Quant, 07-3438, Brenda Quant, 07-3438, Terrence Manuel, 07-3439, Gail Manuel, 07-3439, Raymond Lesene, 07-3440, Etheral Lesene, 07-3440, Morris Lee, 07-3441, Rosalie Lee, 07-3441, Sylvia Bierria, 07-3442, David Lastie, 07-3443, Rhonda Lastie, 07-3443, Alex Katz, 07-3444, Miriam Katz, 07-3444, William Hayes, 07-3445, Doretha Hayes, 07-3445, Jimmie Anderson, 07-3446, Jerome Ballero, 07-3447, Calvin Brazley, 07-3448, Augustus Marshall, 07-3449, Gerald Norman, 07-3450, Ellen Penny, 07-3452, Geraldine Proctor, 07-3453, Annie Keys Richburg, 07-3454, Temple Richardson, 07-3455, Eileen Jackson Shaw, 07-3457, Joseph M. Michael, 07-3409, Janet Felix, 07-3409, Lubertha McLeod, 07-3410, Barbara Sims, 07-3458, Dianne Thornton, 07-3459, Janet Turner, 07-3460, Lois Washington, 07-3461, Vivian Watson, 07-3462, Lucille Richardson, 07-3585, Edward Richardson, 07-3585, Lucille Richardson, 07-3586, Edward Richardson, 07-3586, Lucille Richardson, 07-3587, Edward Richardson, 07-3587, Lucille Richardson, 07-3588, Edward Richardson, 07-3588, Sheilah W. DeGruy, 07-3391, Lynne Gabriel, 07-3392, Consol Plaintiffs: Patrick G. Kehoe, [*129] Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger &

Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Debra Jean Fischman, 06-4954, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Debra J. Fischman, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Frank Charles Dudenhefer, Jr., Cummings, Cummings & Dudenhefer, New Orleans, LA.

For Marlene Katz, 06-4155, Consol Plaintiff: Terrence Jude Lestelle, LEAD ATTORNEY, Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA.

For Michael Galjour, 06-8150, Consol Plaintiff: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA.

For Betty Lundy, 07-3173; et al, Consol Plaintiff: Albert Joseph Rebennack, Jr., LEAD ATTORNEY, Law Offices of [*130] Albert J. Rebennack, Metairie, LA.

For Catherine Boozman, 06-7412, Consol Plaintiff: Allan Berger, LEAD ATTORNEY, Allan Berger & Associates, PLC, New Orleans, LA; Bruce L. Feingerts, LEAD ATTORNEY, Feingerts & Kelly, PLC, New Orleans, LA; Brian D. Page, Robichaux Law Firm, New Orleans, LA.

For Howard Shapiro, 06-7412, Consol Plaintiff: Bruce L. Feingerts, LEAD ATTORNEY, Feingerts & Kelly, PLC, New Orleans, LA; Brian D. Page, Robichaux Law Firm, New Orleans, LA.

For Barbara Montelepre, 06-8520, Consol Plaintiff: Philip Montelepre, LEAD ATTORNEY, Montelepre & Montelepre, New Orleans, LA.

For Barbara Kimble, 06-4800, Consol Plaintiff: Scott G. Wolfe, Jr., LEAD ATTORNEY, The Wolfe Law Offices, LLC, New Orleans, LA.

For Brenda Ann Jeanpierre, 07-3397, Kelvin Watts, 07-3402, Scheryl Watts, 07-3402, Shakeela Robertson Abdul-Musawwir, 07-3408, Loney Landry, 07-3432, Sheryl Rodriguez, 07-3456, Gloria Perrier, 07-3387, Marlon Flot, 07-3424, Pamela Flot, 07-3424, Leo Wang, 07-3435, Shelley Wang, 07-3435, Consol Plaintiffs: Pa-

trick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan [*131] Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne; New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Wilbert Weathersby, 07-3401, Donna Weathersby, 07-3401, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne; New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Basem Rafeedie, 07-3852, Naheel Rafeedie, 07-3852, Bridget Lance, 07-3853, Anthony Indovina, 07-3853, Thomas A. Tarantino, 07-3854, Diane Tarantino, 07-3854, Consol Plaintiffs: William Peter Connick, [*132] LEAD ATTORNEY, Connick & Connick, LLC, Metairie, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Randy Jay Ungar, Ungar & Byrne; New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA.

For Ada Smith, 07-3833, Anthony Smith, 07-3833, Patricia Wilson, 07-3835, Clarence Wilson, 07-3835, Lee Ambrose, 07-3840, Gertrude Esteves, 07-3848, Emanuel Esteves, 07-3848, Consol Plaintiffs: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; William [*133] Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Charles Davis, 07-3834, Myrtle Reed, 07-3836, Vernice Mallet, 07-3837, Dwayne Mallet, 07-3837, Francis J. Thaller Mr. and Mrs. (07-3839), Patricia Clark, 07-3841, Bennie Frank Johnson, 07-3842, Myrtle Munna, 07-3843, Marion Pierce, 07-3844, Michael Serio, 07-3845, Colleen Clark, 07-3846, Dow Edwards, 07-3847, Mildred Kelly, 07-3849, Michelle Thomas, 07-3850, Rosemarie Palmer Jones, 07-3851, Consol Plaintiffs: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Brian D. Page, Robichaux Law Firm, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Carnese Williams, 07-3838, Consol Plaintiffs: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Allan Berger, Allan Berger [*134] & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Brian D. Page, Robichaux Law Firm, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Ida Ambrose, 07-3840, Consol Plaintiffs: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Darleen Jacobs Levy, 06-5731, Washington and South Claiborne, L.L.C., 06-5731, Magazine and Thalia, L.L.C., 06-5731, Darleen Jacobs Levy, 06-5732, Washington and South Claiborne, L.L.C., 06-5732, Magazine and Thalia, L.L.C., 06-5732, [*135] Consol Plaintiffs: Alfred Ambrose Sarrat, Jr., LEAD ATTORNEY, Jacobs & Sarrat, New Orleans, LA; Jeremy Kenneth Lee, Tonry

& Ginart, Chalmette, LA; Lantz Savage, Savage Law Firm, Gretna, LA.

For Flowers By My Sister and Me, LLC, 06-9246, Consol Plaintiff: Jim S. Hall, LEAD ATTORNEY, Jim S. Hall & Associates, Metairie, LA; Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA.

For Cynthia L. Hebbler, 07-511, Consol Plaintiff: J. Douglas Sunseri, LEAD ATTORNEY, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA; Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA.

Phyllis R Copemann, 07-2742, Consol Plaintiff, Pro se, New Orleans, LA.

For Michelle Hennessey, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Lenniece Morrell, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Kenneth A. Polite, Sr., LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Michelle Harrison, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Thurman R. Kaiser, Sr., LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Rosemary R. Kaiser, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Betty Sonnier Stalbert, LEVEE MASTER CONSOLIDATED CLASS [*136] ACTION COMPLAINT, Emanuel Esteves, Jr., LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Stella Washington, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, John B. Williams, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Emanuel Wilson, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Elois Bell, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Leo Mitchell, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Trenise Jackson, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Dwayne Mallet, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Leslie Dorantes, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Donna Augustine, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Gladys Labeaud, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Daisy Innis, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Betty Jones, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Jose Louis Rodriguez, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Beatrice Drew, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT,

Eddie Knighten, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Calvin Levy, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Nicola McCathen, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, [*137] Charles Moses, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Consol Plaintiffs: Joseph M. Bruno, LEAD ATTORNEY, David Scott Scalia, Lewis Scott Joanen, Bruno & Bruno, New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer Energy Centre, New Orleans, LA.

For David R Paddison, 07-4225, Consol Plaintiff: John M. Robin, LEAD ATTORNEY, John M. Robin, Attorney at Law, Covington, LA.

For Leonard A. Radlauer, 07-4226, Sally Radlauer, 07-4226, Connie Angelo, 07-4227, Claude Montecino, 07-4227, Consol Plaintiffs: John M. Robin, LEAD ATTORNEY, John M. Robin, Attorney at Law, Covington, LA.

For Clint Bowley, 07-4271, Consol Plaintiff: Wallace Kent Porter, LEAD ATTORNEY, Wallace Kent Porter, Attorney at Law, Metairie, LA.

For Kathryn Voth, 07-4393, George A. Junot, 07-4395, Judy Junot, 07-4395, Gloria Theriot, 07-4396, Judy Junot, 07-4396, Ronald Teets, 07-4397, Consol Plaintiffs: Remy Voisin Starns, LEAD ATTORNEY, Remy V. Starns, Attorney at Law, Baton Rouge, LA; Ryan Patrick Reece, Borne Law Firm, New Orleans, LA.

For Betty Lynch, 07-4384, Wesley Lynch, 07-4384, Consol Plaintiffs: Wiley G. Lastrapes, Jr., LEAD ATTORNEY, Law Offices of Wiley G. Lastrapes, Jr., [*138] New Orleans, LA.

For Jimmy Cochran, Sr., 07-4353, Consol Plaintiff: William Roy Mustian, III, LEAD ATTORNEY, Stanga & Mustian, Metairie, LA.

For Marguerite Abrahms, 07-4386, Consol Plaintiff: Darleen Marie Jacobs, LEAD ATTORNEY, Jacobs & Sarrat, New Orleans, LA.

For Muffet Enterprises, LLC, 07-4453, Consol Plaintiff: Louis B. Merhige, LEAD ATTORNEY, Louis B. Merhige, Attorney at Law, Metairie, LA.

For John Fontenot, 07-4504, Kim Fontenot, 07-4504, Consol Plaintiffs: John L. Fontenot, Jr., LEAD ATTORNEY, Adams & Reese, LLP (New Orleans), New Orleans, LA.

For Franklin D Beahm, 07-4510, Consol Plaintiff: Franklin David Beahm, LEAD ATTORNEY, Ashley Rebecca Wilmore, Marcus Adam Green, Beahm & Green, New Orleans, LA.

For Dawn P. Adams, 07-4391, Consol Plaintiff: Ronnie Glynn Penton, LEAD ATTORNEY, Gair M. Oldenburg, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA; Stephen Barnett Murray, LEAD ATTORNEY, Stephen B. Murray, Jr., Murray Law Firm, New Orleans, LA.

For Effrom M. Abair, John Fontenot, 07-4504, Kim Fontenot, 07-4504, Consol Plaintiffs: John L. Fontenot, Jr., LEAD ATTORNEY, Adams & Reese, LLP (New Orleans), New Orleans, LA.

For Franklin D Beahm, 07-4510, Consol Plaintiff: Franklin [*139] David Beahm, LEAD ATTORNEY, Ashley Rebecca Wilmore, Marcus Adam Green, Beahm & Green, New Orleans, LA.

For Dawn P. Adams, 07-4391, Effrom M. Abair, John Fontenot, 07-4504, Consol Plaintiffs: Ronnie Glynn Penton, LEAD ATTORNEY, Gair M. Oldenburg, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA; Stephen Barnett Murray, LEAD ATTORNEY, Stephen B. Murray, Jr., Murray Law Firm, New Orleans, LA.

For Tawny Beahm, 07-4511, Consol Plaintiff: Franklin David Beahm, LEAD ATTORNEY, Ashley Rebecca Wilmore, Beahm & Green, New Orleans, LA.

For Stan Alexis, 07-4519; et al, Consol Plaintiff: William E. Mura, Jr., LEAD ATTORNEY, William E. Mura, Jr., Attorney at Law, New Orleans, LA; Robert J. Landry, Robert J. Landry, APLC, New Orleans, LA.

For Jonathan B Andry, 07-4533, Carolyn J. Andry, 07-4533, Consol Plaintiffs: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA.

For GuideOne Specialty Mutual Ins. Co., 07-4535, Consol Plaintiff: Sidney W. Degan, III, LEAD ATTORNEY, James A. Rowell, Degan, Blanchard & Nash (New Orleans), New Orleans, LA.

For LeSea Broadcasting Corporation, 07-4462, Consol Plaintiff: LeSea Broadcasting Corporation, 07-4462, Brian David Katz, LEAD ATTORNEY, [*140] Joseph Edward Cain, Soren Erik Gisleson, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Leonard J. Cline, PLC, 07-4522, Leonard J Cline, Jr, 07-4522, Consol Plaintiffs: Leonard Joseph Cline, Jr.,

LEAD ATTORNEY, Leonard J. Cline, PLC, Metairie, LA.

For Kathy Frught, 07-4581, Louis M. Frught, 07-4581, Consol Plaintiffs: Remy Voisin Starns, LEAD ATTORNEY, Remy V. Starns, Attorney at Law, Baton Rouge, LA; Ryan Patrick Reece, Borne Law Firm, New Orleans, LA.

For R&M Glynn, Inc, 06-8589, doing business as Amy's Hallmark, Consol Plaintiff: Lawrence J. Centola, III, LEAD ATTORNEY, Martzell & Bickford, New Orleans, LA.

For Church Mutual Insurance Company, 07-4543, 07-4544, Consol Plaintiff: James R. Sutterfield, LEAD ATTORNEY, John Joseph Danna, Jr., Sutterfield & Webb, LLC, New Orleans, LA.

For American Bankers Insurance Company of Florida, (07-4545, 07-5112, 07-5199, 07-5208), Consol Plaintiff: Gordon P. Serou, Jr., LEAD ATTORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA; James R. Sutterfield, LEAD ATTORNEY, John Joseph Danna, Jr., Sutterfield & Webb, LLC, New Orleans, LA.

For Quintessa Huey, 07-4550, Caryn L. Fong, 07-4550, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, [*141] Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Keith A. Kornman, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA.

For Caryn L. Fong, 07-4550; as Trustees of the Huey & Fong Trust, Amy Huey, 07-4550; as Trustees of the Huey & Fong Trust, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Keith A. Kornman, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA.

For Sybil Morial, 07-4551, Consol Plaintiff: Martha Y. Curtis, LEAD ATTORNEY, James M. Garner, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Sharonda R. Williams, LEAD ATTORNEY, John Joseph Danna, Jr., Sutterfield & Webb, LLC, New Orleans, LA.

For American Bankers Insurance Company of Florida, (07-4545, 07-5112, 07-5199, 07-5208), Consol Plaintiff: Gordon P. Serou, Jr., LEAD ATTORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA; James R. Sutterfield, LEAD ATTORNEY, John Joseph Danna, Jr., Sutterfield & Webb, LLC, New Orleans, LA.

For Quintessa Huey, 07-4550, Caryn L. Fong, 07-4550, Amy Huey, 07-4550, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Sher Garner Cahill Richter [*142] Klein & Hilbert, LLC, New Orleans, LA; Keith A. Kornman, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA.

For Sybil Morial, 07-4551, Consol Plaintiff: Martha Y. Curtis, LEAD ATTORNEY, James M. Garner, Sharonda R. Williams, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Adrian Kornman, 07-4552, Naomi Kornman, 07-4552, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Keith A. Kornman, Sher Garner Cahill Richter Klein McAlister & Hilbert, LLC, New Orleans, LA.

For Michael B. White, 07-4553, Virginia White, 07-455, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Joseph L. Lobrano, Jr., 07-4554, Deborah K. Lobrano, 07-4554; Individually and on Behalf of the Minor Child Joseph K. Lobrano, Rosalind E. Lobrano, and Meghan R. LobranoConsol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Hurwitz Mintz Finest Furniture Store South, LLC, 07-4560, doing business as [*143] Hurwitz Mintz Furniture Co., Airridge Investors, LLC, 07-4560, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Julie Morial, 07-4563, Consol Plaintiff: Martha Y. Curtis, LEAD ATTORNEY, James M. Garner, Sharonda R. Williams, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Karen G. Milanese, 07-4903, Frank A. Milanese, 07-4903, Consol Plaintiffs: Frank Anthony Milanese, LEAD ATTORNEY, Frank Anthony Milanese, PLC, New Orleans, LA.

For Radio Parts, Inc., (07-4555), Felix Puccio, (07-4556), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For MetroLab, Inc., (07-4557), Savoy Place Associates, LP, (07-4558), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Mitchell Mintz, (07-4559), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Keith [*144] A Doley, A Professional Corporation (07-4561), Elaine Keller Johnson, (07-4562), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Entergy New Orleans, Inc., (07-4607), Consol Plaintiff: Leila A. D'Aquin, Entergy Services, Inc. (New Orleans), New Orleans, LA.

For MetroLab, Inc., (07-4557), Savoy Place Associates, LP, (07-4558), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Mitchell Mintz, (07-4559), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Keith A Doley, A Professional Corporation (07-4561), Elaine Keller Johnson, (07-4562), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Entergy New Orleans, Inc., (07-4607), Entergy Louisiana, L.L.C., (07-4607), Entergy Services, Inc., (07-4607), Entergy Corporation, (07-4607), Consol Plaintiffs: Leila A. D'Aquin, [*145] LEAD ATTORNEY, Marcus V. Brown, Entergy Services, Inc. (New Orleans), New Orleans, LA; A. Gregory Grimsal, Ewell E. Eagan, Jr., Gordon, Arata, McCollam, Duplantis & Eagan (New Orleans), New Orleans, LA; O. H. Storey, III, O. H. Storey III, Attorney at Law, Little Rock, AR; Wendy Hickok Robinson, Gordon, Arata, McCollam, Duplantis & Eagan (New Orleans), New Orleans, LA.

For Entergy Services, Inc., (07-4608), Entergy Corporation, (07-4608), Consol Plaintiffs: Ewell E. Eagan, Jr., LEAD ATTORNEY, Wendy Hickok Robinson, Gordon, Arata, McCollam, Duplantis & Eagan (New Orleans),

New Orleans, LA; A. Gregory Grimsal, Duplantis & Eagan (New Orleans), New Orleans, LA; Leila A. D'Aquin, Marcus V. Brown, Entergy Services, Inc. (New Orleans), New Orleans, LA; O. H. Storey, III, O. H. Storey III, Attorney at Law, Little Rock, AR.

For Hartford Steam Boiler Inspection & Insurance Company, (07-4608), Consol Plaintiff: Ernest Enrique Svenson, LEAD ATTORNEY, Svenson Law Firm, New Orleans, LA; Brendan R. O'Brien, Elisa T. Gilbert, The Gilbert Firm, LLC, New York, NY.

For St. Ann Protector, (07-4891), Mitchell Crusto, (07-4891), Consol Plaintiffs: John W. Redmann, LEAD ATTORNEY, Law Office of John W. Redmann, [*146] LLC, Metairie, LA; Margaret Elizabeth Madere, Margaret Madere, Attorney at Law, New Orleans, LA.

For Susan Abadie, et al, individually and on behalf of others similarly situated (07-5112), Consol Plaintiff: Joseph M. Bruno, LEAD ATTORNEY, Lewis Scott Joanen, Bruno & Bruno, New Orleans, LA.

For Chris B. Albrecht, et al (07-4828), Consol Plaintiff: David Anthony Dalia, LEAD ATTORNEY, David A. Dalia, Attorney at Law, New Orleans, LA.

For Kirsten Heintz, (07-4843), BGV Investments, LLC, (07-4844), Vetter Lumber Company, Inc., (07-4844), Faith Church, (07-4845), doing business as Word of Faith, Inc., 6243 Memphis Street Property Associates, LLC, (07-4846), James Henitz & Robert Morris Partnership, (07-4846), Lakeview Veterinary Hospital, Inc., (07-4846), Lakeview Chiropractic Clinic, LLC, (07-4848), James Heintz, Jr., (07-4849), Laura Leigh Heintz, (07-4849), Consol Plaintiffs: Mickey P. Landry, LEAD ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA.

For Six Flags, Inc., (07-4851), Consol Plaintiff: Miles Paul Clements, LEAD ATTORNEY, Kyle Andrew Spaulding, Frilot L.L.C., New Orleans, LA; Liz Shields Keating, Rikke A. Dierssen-Morice, Faegre & Benson, LLP (Minneapolis), [*147] Minneapolis, MN.

For Nancy Collins Cater, (07-4887), R. Glenn Cater, (07-4887), Ellis Sandifer, (07-4887), Ruth Sandifer, (07-4887), Charmaine Sandifer, (07-4887), Lauren Deal, (07-4887), Lawrence Deal, Jr., (07-4887), Phedre Mitchell, (07-4887), Lacey Deal, (07-4887), Walter L. Evans, Sr., (07-4887), Deborah Dede Evans, (07-4887), Joy Olivia Evans, (07-4887), Robbie J. Milliet, (07-4887), Ronnie Milliet, (07-4887), Donald Sander, (07-4887), Diane Sander, (07-4887), Dayna Marie Jeandron, (07-4887), Ruth H. Audler, (07-4887), Raymond

Audler, (07-4887), Ashley Audler, (07-4887), Dawn Marie Audler, (07-4887), Ronald Audler, (07-4887), Audler's Jewelers, (07-4887), April Mayeux, (07-4887), Preston J. Mayeux, (07-4887), Ave Mayeux, (07-4887), Grace E. Arnold, (07-4887), Lionel Muse, (07-4887), Charssie Smith Muse, (07-4887), Charleston H. Smith, (07-4887), Clarence Smith, (07-4887), Mary Salzer, (07-4887), Munson Fletcher, (07-4887), Mary Fletcher, (07-4887), Eduardo Shamah, (07-4887), Anna G. Fehn, (07-4887), George C. Fehn, Jr., (07-4887), Joseph Collins, (07-4887), Consol Plaintiffs: Rodney Glenn Cater, LEAD ATTORNEY, Cater & Associates, LLC, New Orleans, LA.

For Julius Cummins, (07-4868), [*148] Tammy Cummins, (07-4868), Jamie Killian, (07-4868), Olga De La Vega Laudumiey, (07-4868), Louis E. Perez, (07-4868), Margie Perez, (07-4868), Gina Gennusa Piacun, (07-4868), Joseph S. Piacun, (07-4868), Jack P. Ruli, Jr., (07-4868), Joan H. Ruli, (07-4868), Brian Williams, (07-4868), Patricia Williams, (07-4868), Ronald Williams, (07-4868), Consol Plaintiffs: Joseph S. Piacun, LEAD ATTORNEY, Thomas A. Gennusa, II, Gennusa, Piacun & Ruli, Metairie, LA.

For Baldassare F. Mannino, Individually and as Managing Partner of DDB Enterprises and as Manager of Kingman, L.L.C., (07-4901), Carol K. Mannino, wife of Baldassare F. Mannino (07-4901), Consol Plaintiffs: Frank Anthony Milanese, LEAD ATTORNEY, Frank Anthony Milanese, PLC, New Orleans, LA.

For Mark Mega, 07-5112, Consol Plaintiff: Joseph M. Bruno, LEAD ATTORNEY, Lewis Scott Joanen, Bruno & Bruno, New Orleans, LA.

For Jacqueline Deruise, 07-4444, Raymond Deruise, 07-4444, Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA.

For David Anderson, et al (07-4906), Beatrice Allen, et al (07-4914), Consol Plaintiffs: Albert Joseph Rebennack, Jr., LEAD ATTORNEY, Law Offices of Albert J. Rebennack, [*149] Metairie, LA.

For Raphael Cassimere (07-4920), Joshua Felix (07-4920), Helen Franks (07-4920), Joseph V. Franks, II (07-4920), Zeljko Franks, II (07-4920), Zeljko Franks (07-4920), Lawrence James (07-4920), Morris Lewis (07-4920), Monique O'Neal (07-4920), Joseph M. Vincent (07-4920), Patricia Vincent (07-4920), W. Jared Vincent (07-4920), William S. Vincent, Jr. (07-4920), Robert Walker (07-4920), Simmie Lee Walker (07-4920), Consol Plaintiffs: Vatroslav Jacob Garbin,

LEAD ATTORNEY, Law Office of William S. Vincent, Jr., New Orleans, LA.

For Constance Banks (07-4942), Horace Chapman (07-4942), Ophelia Cheatum (07-4942), Spencer Coudray, III (07-4942), Theresa Henderson (07-4942), Verlin Henderson (07-4942), Home Automation, Inc. (07-4942), Gwendolyn Jackson (07-4942), Peggy Johnson (07-4942), Sallie Keller (07-4942), Judy Lastrapes (07-4942), Wiley G. Lastrapes, Jr. (07-4942), Jean M. Madere (07-4942), Charles Piazza, Jr. (07-4942), Berilyn Wells (07-4942), Albert Wilson (07-4942), Elizabeth Wilson (07-4942), Consol Plaintiffs: Wiley G. Lastrapes, Jr., LEAD ATTORNEY, Law Offices of Wiley G. Lastrapes, Jr., New Orleans, LA.

For John Heath Allen, III, Together with all individuals and [*150] entities whose names appear in paragraph I(2), Both individually and on behalf of all others similarly-situated (07-4943), Consol Plaintiff: Walter John Leger, Jr., LEAD ATTORNEY, Franklin G. Shaw, Walter John Leger, III, Leger & Shaw, New Orleans, LA.

For Lake Forest Plaza, L.L.C., Together with all individuals and entities whose names appear on the attached exhibit A, both individually and on behalf of others similarly-situated (07-5021), Consol Plaintiff: Ronnie Glynn Penton, LEAD ATTORNEY, Gair M. Oldenburg, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA; Jesse Lee Wimberly, III, Jesse L. Wimberly, III, Attorney at Law, Mandeville, LA; Stephen Barnett Murray, Murray Law Firm, New Orleans, LA.

For John L. Dorsey (07-5034), Consol Plaintiff: John L. Dorsey, LEAD ATTORNEY, John L. Dorsey, Attorney at Law, New Orleans, LA.

For Marguerite C. Ponder, On behalf of her deceased sisters Myra C. Blades & Myla C. King (07-5082), Consol Plaintiff: Marguerite Chadwick Pellerin, LEAD ATTORNEY, Louisiana Department of Justice (New Orleans), Office of the Attorney General - Litigation Division, New Orleans, LA.

For Claudia's Career Apparel, L.L.C. (07-5103), Anthony Dudenhefer (07-5103), Connie [*151] Dudenhefer (07-5103), Eugene Dudenhefer (07-5103), Karen Dudenhefer (07-5103), Gobert Enterprises, Inc. (07-5103), Gobert Properties, L.L.C. (07-5103), Rose Lea Lepine, Individually and on behalf of her deceased mother, Helen Perret (07-5103), Arthur Meyers (07-5103), Mary Meyers (07-5103), N.W. Palmer, L.L.C. (07-5103), Patton Caterers, Inc. (07-5103), Lovell Payton (07-5103), Shirley Payton (07-5103), Consol Plaintiffs: Chadwick Wil-

liam Collings, LEAD ATTORNEY, Tommy Wood Thornhill, Thornhill & Collings, LC, Slidell, LA.

For John Fontenot, 07-4115, Kim Fontenot, 07-4115, Consol Plaintiffs: John L. Fontenot, Jr., LEAD AT-TORNEY, Adams & Reese, LLP (New Orleans), New Orleans, LA.

For 800 Canal Street Limited Partnership, (07-4959), Commerce Building Condominium Association, Inc., (07-4959), Eleventh Floor Lodging, L.L.C., (07-4959), Historic Restoration, Incorporated, (07-4959), Union Limited Partnership, (07-4959), Coleman E. Adler, II, 07-5329; As Trustee and on behalf of the Coleman E. Adler, II Children's Trust, Coleman E. Adler, II, 07-5376, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New [*152] Orleans, LA.

For Maximus Development Inc., 07-4312, Consol Plain-tiff: Kevin Discon Shearman, LEAD ATTORNEY, Law Offices of Kevin D. Shearman, Metairie, LA.

For Ferdinand Diaz, 07-4370, Noella Diaz, 07-4370, Consol Plaintiffs: Ryan Patrick Reece, LEAD ATTOR-NEY, Borne Law Firm, New Orleans, LA; Allen Hel-wick Borne, Jr., Borne Law Firm, New Orleans, LA.

For Suzanne Gomez, 07-4536, Glenn Buras, 07-4536, Consol Plaintiffs: Brian David Katz, LEAD ATTOR-NEY, Joseph Edward Cain, Soren Erik Gisleson, Her-man, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Louisiana State, 07-5040; Individually and on behalf of State of Louisiana, Division of Administration ex rel the Honorable Charles C. Foti, Jr., Attorney General for the State of Louisiana, Consol Plaintiff: Charles C. Foti, Jr., LEAD ATTORNEY, Louisiana Attorney General's Office, Baton Rouge, LA; Bob F. Wright, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Drew A. Ranier, Ranier, Gayle & El-liot, LLC, Lake Charles, LA; Frank Charles Dudenhefer, Jr., Cummings, Cummings & Dudenhefer, New Orleans, LA; [*153] J. J. (Jerry) McKernan, McKernan Law Firm, Baton Rouge, LA; James P. Roy, Domengeaux, Wright, Roy & Edwards, Lafayette, LA; Jonathan Beau-regard Andry, The Andry Law Firm, New Orleans, LA; Paul Gerard Aucoin, Paul G. Aucoin, Attorney at Law, Vacherie, LA; Stacie L. deBlieux, Louisiana Department of Justice, Baton Rouge, LA.

For Claire B. Davis, 07-5314, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Or-leans, LA.

For Omega Hospital, L.L.C., 07-5315, Consol Plaintiff: W. Christopher Beary, LEAD ATTORNEY, Aaron Z. Ahlquist, Gina Puleio Campo, R. Ray Orrill, Jr., Orrill, Cordell & Beary, LLC, New Orleans, LA.

For Louis Gerdes, 07-5316; As executor and on behalf of the Estate of Harold Doley, Sr. and Kathryn Doley, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Abundance Square Associates, LP, 07-5317, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Ca-hill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Glenn Michael Adams, (07-5067), Esther Angelica, (07-5067), [*154] Nicholas Angelica, (07-5067), Robin Angelica, (07-5067), Toni Angelica, (07-5067), Harry Connick, Sr., (07-5067), Linda Connick, (07-5067), Mary Enright, (07-5067), Stephen D. Enright, Sr., Lana Lenfant, individually and on behalf of her minor son, Jarrod Raines (07-5067), Charlotte Magoun, (07-5067), Ezekiel Magoun, (07-5067), Hannah Magoun, Indivi-dually and on behalf of her minor son, Aubrey Magoun (07-5067), Kristie Maloz, (07-5067), Mary Melancon, Individually and on behalf of her minor son, Taylor Me-lancon (07-5067), George Schott, (07-5067), Nellie Schott, (07-5067), Susan Schott, (07-5067), Alicia Shav-er, (07-5067), Edward Sherman, (07-5067), Consol Plaintiffs: John Patrick Connick, LEAD ATTORNEY, Law Office of J. Patrick Connick, LLC, Marrero, LA.

For Joan Berenson, 07-5325, BPH Real Estate, L.L.C., 07-5325, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Debra J. Fischman, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For St. Augustine High School, 07-5326, St. Joseph's Society of the Sacred Heart, Inc., 07-5326, Touro Infir-mary, 07-5352, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, [*155] New Or-leans, LA.

For Karen D. Bell, 07-5327, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Or-leans, LA.

For Jim Adams, Together with all individuals and enti-ties whose names appear on the attached Exhibit A, both individually and on behalf of others similarly situated (07-5074), Sandra Adams, Together with all individuals and entities whose names appear on the attached Exhibit A, both individually and on behalf of others similarly situated (07-5074), Jock Agboola, Together with all in-dividuals and entities whose names appear on the at-tached Exhibit A, both individually and on behalf of oth-ers similarly situated (07-5074), Consol Plaintiffs: Shirin E. Harrell, LEAD ATTORNEY, Eric R. Nowak, Harrell & Nowak, LLC, New Orleans, LA; Daniel E. Becnel, Jr., Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Mat-thew B. Moreland, Becnel Law Firm, LLC, Reserve, LA;

For Justin Reese, 07-5328, Consol Plaintiff: Martha Y. Curtis, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Trustees of the Religious and Charitable Risk Pool-ing Trust of the Brothers of the Christian [*156] Schools and Affiliates in their representative capacity, as subrogee of Boys Hope Girls Hope of New Orleans, Brother Martin High School, Brothers of Christian Schools, et al (07-5130), Consol Plaintiff: Quentin F. Urquhart, Jr., LEAD ATTORNEY, Irwin, Fritchie, Ur-quhart & Moore, LLC (New Orleans), New Orleans, LA; Douglas J. Moore, Irwin, Fritchie, Urquhart & Moore, LLC (New Orleans), New Orleans, LA.

For Louisiana Independent Federation of Electors, Inc., 07-5338, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Sharonda R. Williams, Timothy B. Fran-cis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Wetco Restaurant Group, LLC, 07-5339, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Cambridge Realty West, L.L.C., 07-5340, Fulton Place Parking, L.L.C., 07-5340, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Thomas Joseph Madigan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Cliff S. Robert, Sr., 07-5341, Cecilia H. Robert, 07-5341, Consol Plaintiffs: Martha Y. Curtis, LEAD ATTORNEY, James M. Garner, Robert Scott [*157] Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For United Restaurant Entities, L.L.C., 07-5342, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Frederick Bradley, Together with all individuals and entities whose names appear on the attached Exhibit A, both individually and on behalf of others similar-ly-situated (07-5174), Consol Plaintiff: Joseph M. Bruno, LEAD ATTORNEY, Bruno & Bruno, New Orleans, LA; Clay Mitchell, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA; Daniel E. Becnel, Jr., Law Of-fices of Daniel E. Becnel, Jr., Reserve, LA; Darleen Ma-rie Jacobs, Jacobs & Sarrat, New Orleans, LA; David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; Gerald Edward Meunier, Gainsburgh, Ben-jamin, David, Meunier & Warshauer, New Orleans, LA; Hugh Palmer Lambert, Lambert & Nelson, New Orleans, LA; James P. Roy, Domengeaux, Wright, Roy & Ed-wards, Lafayette, LA; Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA; Pierce O'Donnell, O'Donnell & Mortimer, LLP, Los Angeles, CA; Walter C. Dumas, Dumas & Associates Law Firm, LLC, Baton [*158] Rouge, LA.

For Shea Embry, 07-5353, Carolyn Mangham, 07-5353, CII Carbon, L.L.C., 07-5355, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Redemptorist Limited Partnership, 07-5354, LGD Rental I, LLC, 07-5354, 800 Iberville Street Limited Partnership, 07-5354, South Peters Hotel Investors Li-mited Partnership, 07-5354, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For White III, L.L.C., 07-5356, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Heidi DeSalvo, 07-5357, Vincent L. DeSalvo, Sr., 07-5358, Althea C. DeSalvo, 07-5358, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, John T. Balhoff, II, Ryan O'Neil Luminais, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Dillard University, 07-5359, Dillard University Apartments Ltd, 07-5359, Gentilly Gardens Corporation, 07-5359, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Ellen M. [*159] Pivach, Peter L. Hilbert,

Jr., Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For H Hunter White, III, 07-5360, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Kathleen White, 07-5360, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Audrey Bares, (07-5181), Charles Bares, Daniel J. Barnett, Dalma Brown, Consol Plaintiffs: Harold Joseph Lamy, LEAD ATTORNEY, Barker, Boudreaux, Lamy & Foley, New Orleans, LA.

For Entercom Communications Corp., 07-5375, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For WNO Ownership, LLC, 07-5377, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Gerard Brown, (07-5181), Diane Butler, (07-5181), John Butler, (07-5181), Fay Cazale, (07-5181), Andre Deckert, (07-5181), Jean Deckert, (07-5181), Joseph Deckert, (07-5181), Warren Deckert, [*160] (07-5181), Robert L. Ebberman, (07-5181), Marcel Farnet, (07-5181), Albert Franatovich, (07-5181), Colleen E. Gangolf, (07-5181), Cyprienne Gueirera, (07-5181), Norman Gueirera, (07-5181), Lori Jefferson Henry, (07-5181), Jacqueline Jefferson, (07-5181), Nyrie Jefferson, (07-5181), W. T. Jefferson, (07-5181), Brian Lamy, (07-5181), Harold Lamy, (07-5181), Iraida Lamy, (07-5181), Robert A. Leininger, (07-5181), Gustave Manthey, (07-5181), Jeanne Manthey, (07-5181), Joseph Nesser, (07-5181), Margaret Nesser, (07-5181), Choleta Pasia, (07-5181), Crispin Pasia, (07-5181), Jackie Poche, (07-5181), James Poche, (07-5181), Albert B. Raphel, Jr., (07-5181), Francis Richardson, (07-5181), Elizabeth Silva, (07-5181), Lloyd H. Tilly, (07-5181), George Wax, (07-5181), Patricia Wax, (07-5181), Cleveland Bell, (07-5182), Kermit Garland, (07-5182), Melanie Garland, (07-5182), Paula Garland, (07-5182), Ron Garland, (07-5182), Bruce Jacobs, (07-5182), Gail Jacobs, (07-5182), Dudley Major, (07-5182), Robert Major, (07-5182), John Maracich, (07-5182), Rhonda McDonald, (07-5182), Richard McDonald, (07-5182), Betty Northern, (07-5182), Paul Templet, (07-5182), Consol Plaintiffs: Harold Joseph Lamy, LEAD [*161] AT-

TORNEY, Barker, Boudreaux, Lamy & Foley, New Orleans, LA.

For Rault Resources, Inc., (07-5184), Janice Grijns, (07-5185), Consol Plaintiffs: Miles Paul Clements, LEAD ATTORNEY, Kyle Andrew Spaulding, Frilot L.L.C., Energy Centre, New Orleans, LA.

For Midland Mortgage Co, (07-4854, 07-4855, 07-4869), Consol Plaintiff: Brian David Katz, LEAD ATTORNEY, Joseph Edward Cain, Soren Erik Gisleson, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Dr. Frederick Keppel, 07-5343, Dr. Frederick Keppel, A Professional Medical Corporation, 07-5343, Ammon L Miller, Jr, 07-5346, Southpoint Technologies, LLC, 07-5371, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Adler's Special Account, 07-5345, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Liberty Bank & Trust Company, 07-5347, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Maureen Ancar, et al (07-4853), Consol Plaintiff: Jim S. Hall, LEAD ATTORNEY, [*162] Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA.

For Joan Berenson, 07-5365, Gerald Berenson, 07-5365, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Debra J. Fischman, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Marrero Land & Improvement Association, Ltd., 07-5366, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Catherine Allen-Perkins, et al (07-5404), Consol Plaintiff: Stuart Thomas Barasch, LEAD ATTORNEY, Hurricane Legal Center, New Orleans, LA.

For Xavier University of Louisiana, 07-5367, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Vincent L. DeSalvo, Jr., 07-5370, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, John T. Balhoff, II, Ryan O'Neil Luminais, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Jared Reese, 07-5372, Consol Plaintiff: Martha Y. Curtis, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Gayle Green-Johnson, 07-5373, Consol   [*163] Plaintiff: James M. Garner, LEAD ATTORNEY, Sharonda R. Williams, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Clara Mae S Haydel, 07-5374, Cliff S Robert, Jr, 07-5374, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Mitchell Crusto, (07-4892, 07-4893, 07-4895), St. Ann Protector, (07-4892, 07-4893, 07-4895), Consol Plaintiffs: John W. Redmann, LEAD ATTORNEY, Law Office of John W. Redmann, LLC, Metairie, LA; Margaret Elizabeth Madere, Margaret Madere, Attorney at Law, New Orleans, LA.

For Meritplan Insurance Company, 07-5389, Balboa Insurance Company, 07-5389, Consol Plaintiffs: Gerard E. Wimberly, Jr., LEAD ATTORNEY, Anthony Rollo, Daniel Thomas Plunkett, McGlinchey Stafford, PLLC (New Orleans), New Orleans, LA; Stephanie Goss John, McGlinchey Stafford, PLLC (Houston), Houston, TX.

For New Orleans City, 07-5117, Consol Plaintiff: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, Franz L. Zibilich, Penya M. Moses-Fields, City Attorney's Office (New Orleans), New Orleans, LA.

For Gary W. Kern, 07-5330, Caroline D. Kern, 07-5330, Greystar Development and Construction,   [*164] L.P., 07-5003, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Michael G Bagneris, 07-5378, Madlyn P. Bagneris, 07-5378, Consol Plaintiffs: Martha Y. Curtis, LEAD ATTORNEY, Sharonda R. Williams, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Winston Reid, 07-5495, Catrice A. Johnson-Reid, 07-5495, Carolyn Smythe, 07-5496, Jacob Harrison, 07-5494, Bernice Harrison, Carmen Prat, 07-4964; as

Executrix and on behalf of the Estate of Thelma Sutter, 07-5494, Harold E. Doley, Jr., 07-4972, Louis Gerdes as Executor and on behalf of the Estate of Harold Doley, Sr. and Kathryn Doley (07-4957), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Ruby Williams, 06-6861, Edward Williams, Jr., 06-6861, Consol Plaintiffs: David Edmund Kavanagh, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Jackson Brewery Marketplace, Ltd., 07-5331, Riverfront Lodging, LLC, 07-4961, Jackson Brewery Marketplace, Ltd., 07-4962, Jackson Brewery Millhouse, L.L.C., (07-4958),   [*165] Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Rachael L. Plaisance, 07-5332, Ronald F. Plaisance, Sr., 07-5333, Heidi DeSalvo, 07-4954, Vincent L. DeSalvo, Jr., 07-4955, Althea C. DeSalvo (07-4956), Vincent L. DeSalvo, Sr. (07-4956), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, John T. Balhoff, II, Ryan O'Neil Luminais, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Bhola Dhume, Individually and as Manager of Cosmos Enterprises, LLC (07-4902), Prabha Dhume, wife of Bhola Dhume (07-4902), Consol Plaintiff: Frank Anthony Milanese, LEAD ATTORNEY, Frank Anthony Milanese, PLC, New Orleans, LA.

For Graciela Niles, (07-4894), Consol Plaintiff: John W. Redmann, LEAD ATTORNEY, Law Office of John W. Redmann, LLC, Metairie, LA; Margaret Elizabeth Madere, Margaret Madere, Attorney at Law, New Orleans, LA.

For Carole A. Breithoff, (07-4913), Francis Weller, (07-4913), Consol Plaintiffs: Carole A. Breithoff, LEAD ATTORNEY, Danner & Breithoff, Metairie, LA; Francis Gerald Weller, Attorney at Law, New Orleans, LA.

Michelle Schubert, 07-5075, Consol Plaintiff, Pro Se, Norco, LA.

For   [*166] Liberty Bank & Trust Company, 07-4953, Prytania Medical Complex Owners Association, 07-4963, Abundance Square Associates, LP, 07-4968, H. Hunter White, III, 07-5006, Kathleen White, 07-5006, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth,

Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Karen D. Bell, 07-4965, Ammon L Miller, Jr, 07-4975, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Joan Berenson, 07-4966, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Debra J. Fischman, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Gerald Berenson, 07-4966, Redemptorist Limited Partnership, 07-4970, LGD Rental I, LLC, 07-4970, 800 Iberville Street Limited Partnership, 07-4970, South Peters Hotel Investors Limited Partnership, 07-4970, King S. Wells, Sr., 07-4973, Helen C. Wells, 07-4973, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Gentilly Land Co., Inc., 07-4969, doing business as Resthaven Memorial Park, [*167] Majestic Life Insurance Co., 07-5005, Haydel Realty Co., Inc., 07-5020, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Ryan O'Neil Luminais, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Omega Hospital, LLC, 07-4971, Consol Plaintiff: W. Christopher Beary, LEAD ATTORNEY, Aaron Z. Ahlquist, Gina Puleio Campo, R. Ray Orrill, Jr., Orrill, Cordell & Beary, LLC, New Orleans, LA.

For Chad S. Robert, Sr., 07-4974, Esme Louise Robert, 07-4974, Chad S. Robert, Jr., 07-4974, Consol Plaintiffs: Martha Y. Curtis, LEAD ATTORNEY, James M. Garner, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Rene C. Dauterive, Jr. et al, (07-4724), Consol Plaintiff: Jennifer N. Willis, LEAD ATTORNEY, Cater & Willis, New Orleans, LA.

For Shops and Garage at Canal Place, L.L.C., 07-5002, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Thomas Joseph Madigan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Cambridge Realty West, L.L.C., 07-5004, Fulton Place Parking, L.L.C., 07-5004, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Thomas Joseph Madigan, Sher Garner Cahill Richter Klein & [*168] Hilbert, LLC, New Orleans, LA.

For Phillip Reed, 07-5022; et al, Consol Plaintiff: Camilo Kossy Salas, III, LEAD ATTORNEY, Salas LC, New Orleans, LA.

For Maureen Rodi Hoskins, 07-5025; et al, Consol Plaintiff: Harry D. Hoskins, III, LEAD ATTORNEY, Hoskins & Hoskins, New Orleans, LA.

For Eddie Pleasant, 07-5028; et al, Consol Plaintiff: Thomas Longshore Smith, LEAD ATTORNEY, Thomas L. Smith, Attorney at Law, New Orleans, LA.

For Marguerite Abrahms, 07-5044; et al, Consol Plaintiff: Darleen Marie Jacobs, LEAD ATTORNEY, Jacobs & Sarrat, New Orleans, LA.

For Hertz 909 Poydras, L.L.C., (07-4960), Hertz Texaco Center, L.L.C., (07-4960), Poydras Center, L.L.C., (07-4960), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Jeffrey D. Kessler, Peter L. Hilbert, Jr., Richard P. Richter, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Ethel Mumford, 05-5724, et al, Consol Plaintiff: Lawrence D. Wiedemann, LEAD ATTORNEY, Karen Wiedemann, Karl Wiedemann, Wiedemann & Wiedemann, New Orleans, LA; Adele Rapport, Law Office of Richard T. Seymour, PLLC, Washington, DC; Alan L. Fuchsberg, Jacob D. Fuchsberg Law Firm, LLP, New York, NY; Brian Arthur Gilbert, Law Office of Brian A. Gilbert, [*169] PLC, New Orleans, LA; David W. Druker, Wilson, Grochow, Druker & Nolet, New York, NY; Lawrence A. Wilson, Wilson, Grochow, Druker & Nolet, New York, NY; Leslie D. Kelmachter, Jacob D. Fuchsberg Law Firm, LLP, New York, NY; Patrick Joseph Sanders, Patrick J. Sanders, Attorney at Law, Metairie, LA; Richard T. Seymour, Law Office of Richard T. Seymour, PLLC, Washington, DC.

For Blair Boutte, 05-5531; et al, Consol Plaintiff: Adele Rapport, Law Office of Richard T. Seymour, PLLC, Washington, DC; Alan L. Fuchsberg, Jacob D. Fuchsberg Law Firm, LLP, New York, NY; David W. Druker, Wilson, Grochow, Druker & Nolet, New York, NY; Lawrence A. Wilson, Wilson, Grochow, Druker & Nolet, New York, NY; Leslie D. Kelmachter, Jacob D. Fuchsberg Law Firm, LLP, New York, NY; Richard T. Seymour, Law Office of Richard T. Seymour, PLLC, Washington, DC; Robert B. Evans, III, Burgos & Evans, LLC, New Orleans, LA.

For Marenthia Lagarde, 06-5342; et al, Consol Plaintiff: Richard Joseph Guidry, LEAD ATTORNEY, The Joe Guidry Law Firm, Lake Arthur, LA; Darryl M. Phillips,

The Cochran Firm, Phillips & Mitchell LL&E Tower, New Orleans, LA.

For Jimmie A. Perry, 06-6299, et al, Consol Plaintiff: Jeffrey Todd Greenberg, [*170] LEAD ATTORNEY, Jeffrey T. Greenberg, APLC, New Orleans, LA.

For Marie Short Benoit, 06-7516; et al, Consol Plaintiff: F. Gerald Maples, LEAD ATTORNEY, Carlos Alberto Zelaya, II, J. Stuart Kirwan, Meredith Anne Mayberry, Stephen Michael Wiles, F. Gerald Maples, New Orleans, LA.

For Lafarge North America, Inc., 07-5178, Consol Plaintiff: Robert Burns Fisher, Jr., LEAD ATTORNEY, Derek Anthony Walker, Ivan Mauricio Rodriguez, Chaffe McCall LLP (New Orleans), New Orleans, LA; Adam M. Chud, Goodwin Procter, LLP (Washington), Washington, DC; Daniel Andrew Webb, Sutterfield & Webb, LLC, New Orleans, LA; John Aldock, Goodwin Procter, LLP (Washington), Washington, DC.

For Louisiana State Together with all individuals and entities whose names appear on Exhibit A, both Individually and on behalf of others similarly situated (07-5023), Consol Plaintiff: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Stacie L. deBlieux, Louisiana Department of Justice, Baton Rouge, LA.

For Orleans Parish School Board Together with all individuals and entities whose names appear on Exhibit A, both Individually and on behalf of others similarly situated (07-5023), Consol Plaintiff: [*171] Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA.

For Betty A Chouest, (07-5030), Alana D'Antonio, (07-5030), Anthony C. D'Antonio, (07-5030), Charlotte Dickerson, wife of/and on behalf of her minor daughters Caroline Dickerson, Catherine Dickerson & Jane Dickerson (07-5030), Dean Dickerson, Individually and on behalf of his minor daughters, Caroline Dickerson, Catherine Dickerson & Jane Dickerson (07-5030), David Ferguson, (07-5030), Vincent Fertitta, Jr., (07-5030), Lionel Green, (07-5030), Velma Green, (07-5030), Michael S. Hanemann, Jr., M.D. (07-5030), Nicole Webre Hanemann, (07-5030), Stephen C. Hanemann, (07-5030), Michael K. Jackson, (07-5030), Randolph L. Jackson, (07-5030), Clarence James, (07-5030), Fannie James, (07-5030), Charlotte Lagarde, (07-5030), Lawrence Lagarde, Jr., (07-5030), Consol Plaintiffs: Stephen Michael Chouest, LEAD ATTORNEY, Stephen M. Chouest & Associates, APLC, Metairie, LA.

For Sewerage & Water Board of New Orleans, (07-5150), Consol Plaintiff: Charles Munson Lanier, Jr., LEAD ATTORNEY, Elizabeth Skelly Cordes, Gregory Scott LaCour, Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA; George R. Simno, [*172] III, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA.

For Dean P Allison, et al (07-5134), Consol Plaintiff: Piercy Joseph Stakelum, III, LEAD ATTORNEY, George Brian Recile, Michael H. Rasch, Paola P. Corrada, Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, Metairie, LA; Michael Hudson Ellis, Michael H. Ellis, Attorney at Law, Metairie, LA.

For Justin Reese, (07-5148), Jared Reese, (07-5150), Consol Plaintiffs: Martha Y. Curtis, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Louisiana State, 07-5528; Individually and on behalf of State of Louisiana, Division of Administration, Office of Community Development ex rel, Consol Plaintiff: Charles C. Foti, Jr., LEAD ATTORNEY, Louisiana Attorney General's Office, Baton Rouge, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Drew A. Ranier, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Frank Charles Dudenhefer, Jr., Cummings, Cummings & Dudenhefer, New Orleans, LA; J. J. (Jerry) McKernan, McKernan Law Firm, Baton Rouge, LA; James R. Dugan, II, Stephen Barnett Murray, Murray Law Firm, New Orleans, LA; Paul [*173] Gerard Aucoin, Paul G. Aucoin, Attorney at Law, Vacherie, LA; Samuel Issacharoff, New York University School of Law, New York, NY.

For Charles C. Foti, Jr., 07-5528; Attorney General for the State of Louisiana, individually and as a class action on behalf of all receipients of funds as well as all eligible and/or future recipents of funds through The Road Home Program, Consol Plaintiff: Charles C. Foti, Jr., LEAD ATTORNEY, Louisiana Attorney General's Office, Baton Rouge, LA; James R. Dugan, II, Stephen Barnett Murray, Murray Law Firm, New Orleans, LA; James McClendon William, LEAD ATTORNEY, Gauthier, Houghtaling & Williams, Metairie, LA; Basile J. Uddo, Basile J. Uddo, Attorney at Law, Metairie, LA; Calvin Clifford Fayard, Jr., Fayard & Honeycutt, Denham Springs, LA; Drew A. Ranier, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Frank Charles Dudenhefer, Jr., Cummings, Cummings & Dudenhefer, New Orleans, LA; J. J. (Jerry) McKernan, McKernan Law Firm, Baton Rouge, LA; Paul Gerard Aucoin, Paul G. Aucoin, Attorney at Law, Vacherie, LA.

For Melissa Ashurst, (07-5070), Julia A Brown, (07-5070), Consol Plaintiffs: Laura Byrd, (07-5070), Anthony L. Caldarera, (07-5070), Monica J. Caldarera, [*174] (07-5070), Chalmette Chiropractic, (07-5070), Alicia M. Crowell, (07-5070), Tim Crowell, (07-5070), Kathleen Dennis, (07-5070), Patrick Dennis, (07-5070), Donna Dimitri, (07-5070), George Dimitri, (07-5070), Dimitri Eye Care, (07-5070), Gordon A. Dubois, (07-5070), Linda Dubois, (07-5070), Don Dufour, (07-5070), Jeanne D. Dufour, (07-5070), Paul J. Dufour, (07-5070), Kenneth S. Edler, (07-5070), Lois V. Edler, (07-5070), Sandra L. Edler, (07-5070), Brenda B. Farrell, (07-5070), Melanie Farrell, (07-5070), Patrick Farrell, (07-5070), Reuben Farrell, (07-5070), Glen Garson, (07-5070), James Gnarra, (07-5070), Diane G. Hawayek, (07-5070), Arthur Hebron, (07-5070), Marianne Hebron, (07-5070), Helen Hill, (07-5070), Melissa Kapsos, (07-5070), Linda - Kelly, (07-5070), Amy Law, (07-5070), Donald Law, (07-5070), James McClellan, (07-5070), Larry A. Rodrigue, (07-5070), Roxanne Ryan, (07-5070), Frances Smith, (07-5070), Gregory J Smith, (07-5070), Celia G. Ward, (07-5070), Charles J. Ward, (07-5070), Becky Worthylake, (07-5070), David K. Worthylake, (07-5070), Gladstone N. Jones, III, LEAD ATTORNEY, Jones, Swanson, Huddell & Garrison, LLC, New Orleans, LA; Frank Charles Dudenhefer, Jr., Cummings, [*175] Cummings & Dudenhefer, New Orleans, LA.

For 4 Jays, LLC, (07-4944), Consol Plaintiff: David V. Batt, LEAD ATTORNEY, Brant J. Cacamo, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; Andrew Roland Schwing, Andrew R. Schwing, Attorney at Law, Metairie, LA.

For Candy Barash, (07-4944), Stuart Barash, (07-4944), Emily Carroll, (07-4944), Charles Cathy, (07-4944), Joyce Tinguee Cathy, individually and on behalf of Javon Tinguee (07-4944), Barbara Cina, (07-4944), Frank Cina, (07-4944), Juan Miguel Corca, (07-4944), Clifford Duplessy, (07-4944), Jean Ann D. Geraci, (07-4944), Natace Patrick Geraci, (07-4944), Malcolm Martin, (07-4944), Eugene Radcliff, (07-4944), Robalo Investments, Inc., (07-4944), Diana Stagg, (07-4944), Pamela Wang, (07-4944), Consol Plaintiffs: David V. Batt, LEAD ATTORNEY, Brant J. Cacamo, Jonathan B. Womack, Shaun Michael Smith, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; Andrew Roland Schwing, Andrew R. Schwing, Attorney at Law, Metairie, LA.

For Chris B. Albrecht, 07-5083; et al, Consol Plaintiff: David Anthony Dalia, LEAD ATTORNEY, David A. Dalia, Attorney at Law, New Orleans, LA.

For Micheal Mendoza, 07-5097; et al, Tommie Dyer, Jr., 07-5098, [*176] Consol Plaintiffs: Gino John Rendeiro, LEAD ATTORNEY, Kavanagh & Rendeiro, PLC, New Orleans, LA; David Edmund Kavanagh, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Bonnie Rault, 07-5186; et al, R. Scott McCay, 07-5187, Consol Plaintiffs: Miles Paul Clements, LEAD ATTORNEY, Kyle Andrew Spaulding, Frilot L.L.C., New Orleans, LA.

For Cynthia Ferrara, (07-4945), Consol Plaintiff: David V. Batt, LEAD ATTORNEY, Jonathan B. Womack, Shaun Michael Smith, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; Andrew Roland Schwing, Andrew R. Schwing, Attorney at Law, Metairie, LA.

For Kenneth Jones, 06-9151, Lorie James-Jones, 06-9151, Consol Plaintiffs: David A. Binegar, LEAD ATTORNEY, Binegar Christian, New Orleans, LA; Paul C. Miniclier, The Law Office of Paul C. Miniclier, New Orleans, LA.

For Wyatt Hartley, 07-5458, Daelyn Hartley, 07-5458, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Edward C. Vocke, IV, Nicaud, Sunseri & Fradella, LLC, Metairie, LA.

For Dillard University (07-4948), Dillard University Apartments Ltd (07-4948), Gentilly Gardens Corporation (07-4948), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Peter L. Hilbert, Jr., Sher Garner Cahill [*177] Richter Klein & Hilbert, LLC, New Orleans, LA.

For St. Augustine High School (07-4949), St. Joseph's Society of the Sacred Heart, Inc. (07-4949), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Ronald F. Plaisance, Sr. (07-4950), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, John T. Balhoff, II, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For WNO Operating, LLC (07-4951), WNO Ownership, LLC (07-4951), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Bernice Harrison (07-4952), Jacob Harrison, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY,

Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Alvin Ball, Jr., et al, individually and on behalf of all others similarly situated (07-5096), Consol Plaintiff: Albert Joseph Rebennack, Jr., LEAD ATTORNEY, Law Offices of Albert J. Rebennack, Metairie, LA.

For Robert Barback, Jr., Consol Plaintiff: individually and on behalf of his minor children Robert Barback, III, and Ryan Barback, [*178] et al (07-5141), Robert Hugh Murphy, LEAD ATTORNEY, Jeffrey Allen Raines, Peter Brooks Sloss, Murphy, Rogers, Sloss & Gambel (New Orleans), New Orleans, LA.

For Gayle Green-Johnson (07-5155), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Sharonda R. Williams, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Debra Adams, et al (07-5206), Consol Plaintiff: Stuart Thomas Barasch, LEAD ATTORNEY, Hurricane Legal Center, New Orleans, LA.

For Commonwealth Insurance Company, a/s/o Murphy Oil USA Inc. (07-4568), Consol Plaintiff: Ernest Enrique Svenson, LEAD ATTORNEY, Svenson Law Firm, New Orleans, LA; Brendan R. O'Brien, The Gilbert Firm, LLC, New York, NY.

For National Union Fire Insurance Company of Pittsburg, Pa. (07-4568), Consol Plaintiff: Ernest Enrique Svenson, LEAD ATTORNEY, Svenson Law Firm, New Orleans, LA; Brendan R. O'Brien, Elisa T. Gilbert, The Gilbert Firm, LLC, New York, NY.

For Murphy Oil USA Inc (07-4774), OIL Insurance Limited (07-4774), Murphy Building Corp. (07-4775), Murphy Exploration & Production Co., USA (07-4775), OIL Insurance Limited (07-4775), Consol Plaintiffs: George A. Frilot, III, LEAD ATTORNEY, Allen Joseph Krouse, III, Kerry J. Miller, [*179] Kyle Andrew Spaulding, Paul C. Thibodeaux, Frilot L.L.C., New Orleans, LA.

For Gloria Patterson, 07-4981, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Treasure Village Associates, LP, 07-4982, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Gary W. Kern, 07-4983, Caroline D. Kern, 07-4983, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Dominion/ NO Centre, L.L.C., 07-4984, Neve Yerushalayim New Orleans Holdings, L.L.C., 07-4984, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Jeffrey D. Kessler, Peter L. Hilbert, Jr., Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Richard T. Richter, Klein & Hilbert, LLC, New Orleans, LA.

For Michael G Bagneris, 07-4985, Madlyn P. Bagneris, 07-4985, Consol Plaintiffs: Martha Y. Curtis, LEAD ATTORNEY, Sharonda R. Williams, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Southpoint Technologies, [*180] LLC, 07-4992, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Adler's Special Account, 07-4993, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA; Stuart Thomas Barasch, Hurricane Legal Center, New Orleans, LA.

For Joan Berenson, 07-4994, BPH Real Estate, L.L.C., 07-4994, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Debra J. Fischman, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Gail Albano, et al (07-4837), Consol Plaintiff: Lloyd N. Frischhertz, LEAD ATTORNEY, Dominick F. Impastato, III, Marc L. Frischhertz, Frischhertz & Associates, New Orleans, LA.

For Administrators of the Tulane Educational Fund (07-4840), Consol Plaintiff: Edward D. Wegmann, LEAD ATTORNEY, John G. Gomila, Jr., Joseph Jacob Lowenthal, Jr., Madeleine Fischer, Jones Walker (New Orleans), New Orleans, LA.

For CII Carbon, L.L.C., 07-4995, CII Carbon, L.L.C., 07-4995, CII Carbon, L.L.C., 07-4995, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Sher Garner Cahill [*181] Richter Klein & Hilbert, LLC, New Orleans, LA.

For CII Carbon, L.L.C., 07-4996, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth,

Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Imperial Trading Co., Inc., 07-4997, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Martha Y. Curtis, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Physician Management Services of Louisiana, L.L.C., 07-4998, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Dorothy Reese, 07-4999, Consol Plaintiff: Martha Y. Curtis, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Nextel South Corporation (07-4841), Sprint Communications Company, L.P. (07-4841), Sprint Spectrum LP (07-4841), Consol Plaintiffs: Edward D. Wegmann, LEAD ATTORNEY, John G. Gomila, Jr., Jones Walker (New Orleans), New Orleans, LA.

For Keith Doley, 07-5000, Kathleen Doley, 07-5000, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill [*182] Richter Klein & Hilbert, LLC, New Orleans, LA.

For Cliff S. Robert, Sr., 07-5001, Consol Plaintiff: Martha Y. Curtis, LEAD ATTORNEY, James M. Garner, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Terry Caldwell (07-4847), Carol Ann Heintz, Jr. (07-4847), Consol Plaintiffs: Mickey P. Landry, LEAD ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA.

For Dr. Frederick Keppel, 07-5007, Dr. Frederick Keppel, A Professional Medical Corporation, 07-5007, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For United Restaurant Entities, L.L.C., 07-5008, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Claire B. Davis, 07-5009, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher

Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Rachael L. Plaisance, 07-5010, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, John T. Balhoff, II, Ryan O'Neil Luminais, Sher Garner Cahill Richter Klein & Hilbert, LLC, New [*183] Orleans, LA.

For Wetco Restaurant Group, LLC, 07-5012, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Entercom Communications Corp., (07-4976), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Majestic Mortuary Service, Inc., 07-5015, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ryan O'Neil Luminais, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Universal Health Services, Inc., 07-5016, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Annette Adler (07-4977), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Winston Reid, 07-5017, Catrice A. Johnson-Reid, 07-5017, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Xavier University of Louisiana, 07-5018, Shea Embry, 07-5019, [*184] Carolyn Mangham, 07-5019, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Selma Harvey, 07-5045, Debra Jefferson, 07-5045, Consol Plaintiffs: Stephen M. Irving, LEAD ATTORNEY, Steve Irving, LLC, Baton Rouge, LA.

For James Allen, 07-5111; et al, individually and on behalf of others similarly situated, Consol Plaintiff: Joseph M. Bruno, LEAD ATTORNEY, Lewis Scott Joanen, Bruno & Bruno, New Orleans, LA.

For Carolyn Smythe (07-4978), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Cynthia Edmond, 07-5128; et al, Consol Plaintiff: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA; Robert John Caluda, The Caluda & Rebennack Law Firm, Metairie, LA.

For Jacklyn S. Brooks, 07-5132; et al, Consol Plaintiff: Daniel W. Nodurft, LEAD ATTORNEY, Law Offices of Fred L. Herman, New Orleans, LA.

For Louisiana Citizens Property Insurance Corporation (07-4852, 07-5137), Consol Plaintiff: John William Waters, Jr., LEAD ATTORNEY, Ernest Lynwood O'Bannon, [*185] Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA; Ralph Gerard Breaux, Perrier & Lacoste, LLC, New Orleans, LA.

For White III, L.L.C. (07-4979), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Adinas Watts, 07-5144; et al, Together with all Individuals and Entities Whose Names Appear in Paragraph I(2), Both Individually and on Behalf of other Similarly-Situated, Consol Plaintiff: Arthur Anthony Morrell, Morrell & Morrell, New Orleans, LA.

For Joseph A. Alfonso, 07-5191; et al, Consol Plaintiff: Frances Mae Olivier, LEAD ATTORNEY, Law Office of Frances M. Olivier, Metairie, LA.

For Martha Y. Curtis, 07-5193, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Tracy M. Crear, 07-5195, Consol Plaintiff: Jerome Joseph Pellerin, LEAD ATTORNEY, Jerome Joseph Pellerin, Attorney at Law, New Orleans, LA.

For Jobie F. Crear, 07-5195, Consol Plaintiff: Jerome Joseph Pellerin, LEAD ATTORNEY, Jerome Joseph Pellerin, Attorney at Law, New Orleans, LA.

For Letha Alongi, 07-5220; [*186] et al, Consol Plaintiff: Kevin C. Schoenberger, LEAD ATTORNEY, Kevin C. Schoenberger, APLC, New Orleans, LA.

For Vicki Manego, 07-5228; et al, Consol Plaintiff: Clarence Roby, Jr., LEAD ATTORNEY, Law Office of Clarence Roby, Jr., APLC, New Orleans, LA.

For Clara Mae S Haydel (07-4980), Cliff S Robert, Jr (07-4980), Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Hotel Investors, LLC (07-4986), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Gregory J. Blaum, individually and on behalf of his minor children, Abigail and Patrick Blaum (07-4987), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, John T. Balhoff, II, Ryan O'Neil Luminais, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Universal Health Services, Inc., 07-5286, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Brettany Bell (07-5063), Rebecca Bell, wife, individually and on behalf of her minor children Biranna Bell [*187] and Bonnie Bell (07-5063), Warren Bell, individually and on behalf of his minor children Brianna Bell and Bonnie Bell (07-5063), Bridging the Gap, Inc., individually (07-5063), Jacqueline Carroll (07-5063), Joyce Flot, wife (07-5063), Merlin Flot (07-5063), Edward Gilds (07-5063), Stacy Heisser (07-5063), Brad Lesassier (07-5063), Cassandra Lesassier, wife (07-5063), Errol Lesassier (07-5063), Gerard Lesassier (07-5063), Angela Prudhomme (07-5063), Lois Aguillard Richard (07-5063), Gary Silbert (07-5063), Nancy Silbert, wife (07-5063), Susan Silbert (07-5063), Consol Plaintiffs: Beau F. Camel, LEAD ATTORNEY, Jacqueline Charlette Carroll-Gilds, Mark R. Wolfe, Nancy Seelig Silbert, Wolfe, Begoun & Pick, New Orleans, LA.

For W. Bennings, Sculptor (07-5143), Janice G. Binnings (07-5143), William H. Binnings (07-5143), Nicole C. Catalanotto (07-5143), Michael Dattalo, Sr., Individually and on behalf of his minor children, Makayla Dattalo, Macy Datallo and Michael Dattalo, Jr. (07-5143), Gwen G. Fortson, Individually and on behalf of her minor children, Clinton Gorden and Taylor Gorden (07-5143), Matthew Fortson (07-5143), Gentilly Auto Title Transfer, Inc. (07-5143), George A. Gonzales, [*188] III, Individually and on behalf of his minor children, Jarrett A. Gonzales and Jordan P. Gonzales (07-5143), Lisa O. Gonzales (07-5143), Jonathan

Hampton (07-5143), James H. Hyde, Sr. (07-5143), Ruth Hyde (07-5143), Daniel L. Ledet (07-5143), James Mann (07-5143), Mercedes Mann (07-5143), Joan T. Monjure (07-5143), Ann C. Ordes (07-5143), Kenneth J. Ordes, Sr. (07-5143), Johanna S. Sciambra (07-5143), Amy G. Traylor, Individually and on behalf of her minor child, Brandon Traylor (07-5143), Bethany M. Wolfe (07-5143), Elaine S. Wolfe (07-5143), James T. Wolfe, III (07-5143), James T. Wolfe, IV (07-5143), Joyce S. Wolfe (07-5143), Consol Plaintiffs: Peggy G. Vallejo, LEAD ATTORNEY, The Vallejo Law Firm, LLC, Covington, LA.

For John E. Powell (07-4785), Lillian S. Powell (07-4785), Consol Plaintiffs: Calvin Clifford Fayard, Jr., LEAD ATTORNEY, David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; Peyton Patrick Murphy, Wanda Jean Edwards, Murphy Law Firm, Baton Rouge, LA.

For Betty Maclies (07-4786), Donald Maclies (07-4786), Consol Plaintiffs: Peyton Patrick Murphy, LEAD ATTORNEY, Murphy Law Firm, Baton Rouge, LA.

For Charles Gray (07-4787), Sadie Gray (07-4787), Edna H. Barnes [*189] (07-4788), Laura P. Miles Brown (07-4789), Gwen Hankenhof (07-4790), Robert Hankenhof (07-4790), Guy Edwards (07-4808), Andante, LLC (07-4783), Calvin C Fayard, Jr- (07-4783), Frances Fayard (07-4783), Paula Batiste Murdock (07-4784), William Murdock (07-4784), Carol Crawford (07-4809), James E. Crawford (07-4809), Esplanade Plaza, L.L.C. (07-4810), Consol Plaintiffs: Calvin Clifford Fayard, Jr., LEAD ATTORNEY, David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; Peyton Patrick Murphy, Wanda Jean Edwards, Murphy Law Firm, Baton Rouge, LA.

For Joseph Aguilar, III, et al (07-4852), Consol Plaintiff: Jim S. Hall, LEAD ATTORNEY, Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA.

For Alyne Baker, 07-5219; et al, Consol Plaintiff: Kevin C. Schoenberger, Kevin C. Schoenberger, APLC, New Orleans, LA.

For Union Limited Partnership, 07-5318; et al, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Harold E. Doley, Jr., 07-5319, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & [*190] Hilbert, LLC, New Orleans, LA.

For Jackson Brewery Marketplace, Ltd., 07-5320, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Shops and Garage at Canal Place, L.L.C., 07-5321, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Thomas Joseph Madigan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For King S. Wells, Sr., 07-5322, Helen C. Wells, 07-5322, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Imperial Trading Co., Inc., 07-5323, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Physician Management Services of Louisiana, L.L.C., 07-5324, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Robert Scott Hogan: Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Prytania Medical Complex Owners Association, 07-5334, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, [*191] Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Hotel Investors, LLC, 07-5335, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Gregory J. Blaum, 07-5336, Rhoda P. Blaum 07-5336, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, John T. Balhoff, II, Ryan O'Neil Luminais, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Riverfront Lodging, LLC 07-5337, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Christopher Chocheles, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Harold T. Sloan, 07-5344, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Aaron M. Doley, 07-5348, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Greystar Development and Construction, L.P. 07-5349, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Kevin Michael McGlone, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Marc H Morial [*192] (07-4988), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Sharonda R. Williams, Timothy B. Francis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Louisiana Independent Federation of Electors, Inc. (07-4989), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Sharonda R. Williams, Timothy B. Francis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Universal Health Services, Inc. 07-5350, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Treasure Village Associates, LP 07-5351, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Ashley Gremillion Coker, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Vana Acker 07-5241, Consol Plaintiff: Matthew Bryan Collins, Jr., LEAD ATTORNEY, Dianne Jones Marshall, Collins & Marshall, New Orleans, LA.

For Hayward Acker, 07-5241, Consol Plaintiff: Matthew Bryan Collins, Jr., Dianne Jones Marshall, LEAD ATTORNEYS, Collins & Marshall, New Orleans, LA.

For Valencia Tanner (07-4990), Consol Plaintiff: James M. Garner, Martha Y. Curtis, Robert Scott Hogan, LEAD ATTORNEYS, Sher Garner Cahill [*193] Richter Klein & Hilbert, LLC, New Orleans, LA.

For Universal Health Services, Inc., 07-5254, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Hertz 909 Poydras, L.L.C., 07-5361, Poydras Center, L.L.C., 07-5361, Dominion/ NO Centre, L.L.C., 07-5364, Neve Yerushalayim New Orleans Holdings, L.L.C., 07-5364, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Jeffrey D. Kessler, Peter L. Hil-

bert, Jr., Richard P. Richter, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Hertz Texaco Center, L.L.C., 07-5361, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Jeffrey D. Kessler, Richard P. Richter, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Marc H Morial, 07-5362, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Sharonda R. Williams, Timothy B. Francis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Carmen Prat, 07-5363; as Executrix and on behalf of the Estate of Thelma Sutter, Keith Doley, 07-5368, Kathleen Doley, 07-5368, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter [*194] Klein & Hilbert, LLC, New Orleans, LA.

For Coleman E. Adler, II as trustee and on behalf of the Coleman E Adler, II Children's Trust (07-4991), Annette M Adler, 07-5369, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Marrero Land & Improvement Association, Ltd. (07-5011), Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Martha Y. Curtis, Robert Scott Hogan, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Cherilyn Frught (07-5069), Steven Frught, husband (07-5069), Consol Plaintiffs: Remy Voisin Starns, LEAD ATTORNEY, Remy V. Starns, Attorney at Law, Baton Rouge, LA; Ryan Patrick Reece, Borne Law Firm, New Orleans, LA.

For Eugene Radcliff, 07-5396, Consol Plaintiff: David V. Batt, LEAD ATTORNEY, Brant J. Cacamo, Jonathan B. Womack, Shaun Michael Smith, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; Andrew Roland Schwing, Andrew R. Schwing, Attorney at Law, Metairie, LA.

For Byrnes Aleman, 07-5397; et al, Consol Plaintiff: David V. Batt, LEAD ATTORNEY, Jonathan B. Womack, Shaun Michael Smith, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; [*195] Andrew Roland Schwing, Andrew R. Schwing, Attorney at Law, Metairie, LA.

For Rafael Acevedo (07-5199, 07-5208), Dioigna Acevedo (07-5199, 07-5208), Consol Plaintiffs: Stuart Tho-

mas Barasch, LEAD ATTORNEY, Hurricane Legal Center, New Orleans, LA; Alvin Joseph Robert, Jr., Law Office of Al J. Robert, Jr., LLC, New Orleans, LA; Ernest Enrique Svenson, Svenson Law Firm, New Orleans, LA.

For Arvis Abram (07-5205), Chudd Abram (07-5205), Consol Plaintiffs: Stuart Thomas Barasch, LEAD ATTORNEY, Hurricane Legal Center, New Orleans, LA; Alvin Joseph Robert, Jr., Law Office of Al J. Robert, Jr., LLC, New Orleans, LA; Ernest Enrique Svenson, Svenson Law Firm, New Orleans, LA; Maureen Blackburn Jennings, Maureen Blackburn Jennings, PLC, Houston, TX.

For Alberta Alexander (07-5768), Alvin Alexander (07-5768), Gwendolyn Brinston (07-5768), Miki Pichon (07-5768), Ronald Pichon (07-5768), Nevada Robinson (07-5768), Michael Sorina (07-5768), Mark Carriere (07-5768), Rose Carriere (07-5768), Mark Dernovsek (07-5768), Sunchong Dernovsek (07-5768), Clare B. Earl (07-5768), Martin J. Earl (07-5768), James Foucha (07-5768), Deana Howard (07-5768), Reginald Howard (07-5768), Earin Mrozinski (07-5768), Richard [*196] Mrozinski (07-5768), John Peters (07-5768), Nakia Sorina (07-5768), Eva Torrance (07-5768), Pamela Young (07-5768), William Young, Jr. (07-5768), Gerry Call (07-5769), Ivory Chopin (07-5769), Shirley Chopin (07-5769), Dale Cooney (07-5769), Marlene Cooney (07-5769), George Dicket (07-5769), Una Dicket (07-5769), Lucien Fleming (07-5769), Margaret Fleming (07-5769), Douglas Levy, Jr. (07-5769), Orin Mangar (07-5769), John T. Meehan, Executor of Nancy and Robert Meehan (07-5769), Lanita Patrick (07-5769), Louvenia Pierce (07-5769), James Robinson (07-5769), Christine Snyder (07-5769), Milton Stevenson (07-5769), Virgie Stevenson (07-5769), Donald Veals (07-5769), Jerry Ann Veals (07-5769), Consol Plaintiffs: Stuart Thomas Barasch, LEAD ATTORNEY, Lawrence J. Centola, Jr., Hurricane Legal Center, New Orleans, LA.

For Funches Dixon (07-5852), Sharese Dixon (07-5852), Consol Plaintiffs: Julie A. Jacobs, LEAD ATTORNEY, Douglas R. Kraus, Jason C. Bruzik, Brent Coon & Associates (New Orleans), New Orleans, LA.

For Clarence J. Adams, Sr., 06-5128, Nilsa Hernandez Dupaty, 06-5128, Wanda Gray, 06-5128, Kerry Gray, Sr., 06-5128, Larnell Bates, Jr., 06-5128, Joshua Jolla, 06-5128, Leon D. Richard, [*197] 06-5118, Gulf Club of New Orleans, 06-5118, Donald E. Pate, 06-5118, President, Barbara Pilson, 06-5118, M.D., Barry Pilson, 06-5118, M.D., Freda Liggans, 06-5118, Freda Liggans, 06-5118, Carol James, 06-5132, Byron James, Sr.,

06-5132, Beatrice Turner, 06-5132, Alyne J. MacQuinn, 06-5132, Farrell Christophe, 06-5134, Cajuana T. Lazard, 06-5134, William R. Lazard, III, 06-5134, Bessie Myers, 06-5134, Manuel Myers, 06-5134, Nora Walker, 06-5134, Sterling Walker, Sr., 06-5134, August Williams, 06-5137, Mary B. Ortego, 06-5137, Donald Ortego, 06-5137, Lawrence C. Cangelosi, Jr., 06-5137, Rosa H. Edwards, 06-5137, Preston J. Edwards, Sr., 06-5137, Xiomara Augustine, 06-5142, Lisa Stafford, 06-5142, Anna Lena Stewart, 06-5142, Consol Plaintiffs: William Christian Gambel, LEAD ATTORNEY, Milling Benson Woodward, LLP (New Orleans), New Orleans, LA.

For Shane Ansardi, 07-5767; et al, Michael Kramer, 07-5960; et al, Arthur Burton, 07-5961; et al, Penny Alexander, et al (07-4455), Robert Adams, et al (07-4459), Mervin Jefferson, 07-8880, Merlin McGhee, 07-8880, L. J. Aucoin, 07-4458; et al, Consol Plaintiffs: Stuart Thomas Barasch, LEAD ATTORNEY, Lawrence J. Centola, Jr., Hurricane Legal Center, [*198] New Orleans, LA.

For Sarah Moody Thomas, 07-5815, Vernon P Thomas, 07-5815, Consol Plaintiffs: Vernon Palmer Thomas, LEAD ATTORNEY, Vernon P. Thomas, Attorney at Law, New Orleans, LA.

For Dorothy B. Skau, 07-5850, Consol Plaintiff: Terrence Jude Lestelle, LEAD ATTORNEY, Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA.

For Mary Bergeron, 07-5896, Anthony Michael Lawrence, (07-6454), Consol Plaintiffs: George Brian Recile, LEAD ATTORNEY, Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, Metairie, LA.

For Roy Greenwood, 07-6194, June Greenwood, 07-6194, Randy L. Brien, 07-7596, Law Street Missionary Baptist Church, 07-5606, Gregory St. Etienne, 07-7448, Shiela Etienne, 07-7448, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Edward C. Vocke, IV, Nicaud, Sunseri & Fradella, LLC, Metairie, LA.

For Luzita M. Davis, 07-6247, Consol Plaintiff: Stephen Skelly Kreller, LEAD ATTORNEY, Murphy, Rogers, Sloss & Gambel (New Orleans), New Orleans, LA.

For Jerald M. Alexander, Sr., 07-4538; et al, Consol Plaintiff: Daniel E. Becnel, Jr., LEAD ATTORNEY, Law Offices of Daniel E. Becnel, Jr., Reserve, LA.

For Hans Arata, (06-4424), Hans Arata, (06-10540), [*199] Consol Plaintiffs: Kenny Maurice Charbonnet,

LEAD ATTORNEY, Charbonnet Law Firm, LLC (New Orleans), New Orleans, LA.

Michael O. Carey, 07-2741, Consol Plaintiff, Pro se, Crowley, LA.

For Robert Adams, et al (07-4459), Jack Worgan, 07-8621, Rhonda Moore, 07-8622, Morris Moore, 07-8622, Augustos Woniger, 07-8623, Bruce Gaubert, 07-9768, Consol Plaintiffs: Stuart Thomas Barasch, LEAD ATTORNEY, Hurricane Legal Center, New Orleans, LA.

Vera Schmit, (07-6256), Consol Plaintiff, Pro se, New Orleans, LA.

For Diane Volpe, (07-6363), Paul Volpe, (07-6363), Eugene L Dudenhefer, 08-71, Eugene A. Dudenhefer, Sr., 08-71, Warren J. Dudenhefer, 08-71, Diane D. Volpe, 08-71, Roy E. Dudenhefer, 08-71, Milton A. Caruso, 07-6364, Consol Plaintiffs: N. Frank Elliot, III, LEAD ATTORNEY, Drew A. Ranier, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Larry Dewayne Dyess, Larry D. Dyess, APLC, Baton Rouge, LA.

For Donald Wightkin, (07-6614), Consol Plaintiff: Brian David Katz, LEAD ATTORNEY, Joseph Edward Cain, Soren Erik Gisleson, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Christopher Bloom, (07-6488), Consol Plaintiff: Julie A. Jacobs, LEAD ATTORNEY, Douglas R. Kraus, Jason C. Bruzik, Brent Coon & [*200] Associates (New Orleans), New Orleans, LA.

For Mary LaCour, (07-7093), David Harrison, (07-7094), Fay Harrison, (07-7094), W. Reid McNabb, 07-7855, Diane LeBreton McNabb, 07-7855, Leon Zoller, 07-5717, Consol Plaintiffs: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Lucille Richardson, 07-7092, Consol Plaintiff: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA.

For Marc L Robert, II, 07-6853, Darlene Robert, 07-6853, Arnold Williams, 07-8616, Trena Williams, 07-8616, Tonice L. Duncan, 07-9480, Leon R Duncan, 07-9480, Hardy Chiropractic Center, Inc., 07-9438, Consol Plaintiffs: Michael Charles Darnell, LEAD ATTORNEY, [*201] Edwin Rene Murray, Murray, Darnell & Associates, L.L.C., New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA.

For Team Care Medical Centers, Inc., 07-7691, Consol Plaintiff: A. Scott Tillery, LEAD ATTORNEY, Tillery & Tillery, Metairie, LA.

For Lawrence S Frank, 06-1386, Margie S Frank, 06-1386, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA.

For Gail N. Hunter, 06-6866, Consol Plaintiff: Richard M. Exnicios, LEAD ATTORNEY, Frank Jacob D'Amico, Jr., Law Offices of Frank J. D'Amico, Jr. (New Orleans), New Orleans, LA.

For Louis Germanis, 07-1611, Martha Germanis, 07-1611, Consol Plaintiffs: John Van Robichaux, Jr., LEAD ATTORNEY, Robichaux Law Firm, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Paul Hesse, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA; Randy Jay Ungar, [*202] Ungar & Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc. (Slidell), Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Gina M Barard, 06-7939, Consol Plaintiff: J. Douglas Sunseri, LEAD ATTORNEY, Svetlana V. Crouch, Nicaud, Sunseri & Fradella, LLC, Metairie, LA; Dawn Danna Marullo, Duncan, Courington & Rydberg, LLC, New Orleans, LA.

For Greta Manning Brouphy, 06-10742, Kevin Patrick Brouphy, 06-10742, Consol Plaintiffs: Deborah Weisler Fallis, LEAD ATTORNEY, Heller, Draper, Hayden, Patrick & Horn, LLC (New Orleans), New Orleans, LA.

For Jennifer Medley Willoughby, 07-1073; et al - on behalf of herself and all others similarly situated, Consol Plaintiff: Russ M. Herman, LEAD ATTORNEY, Brian

David Katz, Joseph Edward Cain, Soren Erik Gisleson, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Raynell Lennix, 07-1206, Diredre Lennix, 07-1206, Consol Plaintiffs: B. Gerald Weeks, LEAD ATTORNEY, Weeks Law Firm, Alexandria, LA.

For Elisa Azze, 07-5146; et al, Consol Plaintiff: Robert Hugh Murphy, LEAD ATTORNEY, Jeffrey Allen Raines, Peter Brooks Sloss, Murphy, [*203] Rogers, Sloss & Gambel (New Orleans), New Orleans, LA.

For Aaron M. Doley, 07-5014, Consol Plaintiff: James M. Garner, LEAD ATTORNEY, Amanda C. Russo, Martha Y. Curtis, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Patricia B. Mehrtens, 06-7837; as Executrix of the Francis B. Montalbano Estate, Consol Plaintiff: William Joseph Salvaggio, LEAD ATTORNEY, William J. Salvaggio, LLC, Metairie, LA.

For Joycelyn DeRouen, 06-8293, 06-8301, Gordy DeRouen, 06-8293, 06-8301, Consol Plaintiffs: John Van Robichaux, Jr., LEAD ATTORNEY, Brian D. Page, Robichaux Law Firm, New Orleans, LA.

For Dear Mother's Taste of New Orleans LLC, 06-5890, Hasan Al-Ghani, 06-5890, Khadija Al-Ghani, 06-5890, Consol Plaintiffs: Paul C. Miniclier, LEAD ATTORNEY, The Law Office of Paul C. Miniclier, New Orleans, LA; David A. Binegar, Binegar Christian, New Orleans, LA.

For Lisbeth Scott, 07-7166, Roderick Skelding, 07-9775, Hazel Lesene, 07-9775, Jean Robert, 07-6162; et al, Theresa Y. Gioia, 08-898, Consol Plaintiffs: Albert J. Nicaud, LEAD ATTORNEY, Kristin J. Milano, Timothy P. Farrelly, Nicaud, Sunseri & Fradella, LLC, Metairie, LA.

For Robert Newman, 07-8772, Jane Newman, 07-8772, Consol Plaintiffs: [*204] Soren Erik Gisleson, LEAD ATTORNEY, Joseph Edward Cain, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Gary Smith, Jr., 07-8806, Barry D. Marquea, 07-8806, Consol Plaintiffs: Harry E. Cantrell, Jr., LEAD ATTORNEY, Cantrell Law Firm, New Orleans, LA.

For Charles C. Harding, 07-8938, Louella Givens Harding, 07-8938, Consol Plaintiffs: Louella Pearl Givens, LEAD ATTORNEY, Louelle P. Givens, Attorney at Law, Mandeville, LA.

For Marian H. Wallis, 07-8820, John Peter Dillmann, III, 06-5292, Marilyn Bilbo Dillmann, 06-5292, Consol Plaintiffs: John William Houghtaling, II, LEAD ATTORNEY, James McClendon Williams, Stephen M. Huber, Gauthier, Houghtaling & Williams, Metairie, LA.

For Brandon Villavaso, 07-8945, Consol Plaintiff: Stephen Michael Smith, LEAD ATTORNEY, Stephen M. Smith, Attorney at Law, Baton Rouge, LA.

For C.R. Pittman Construction Company, Inc., 07-4534, C.R. Pittman, 07-4534, Consol Plaintiffs: Gilbert V. Andry, IV, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA.

For Humphrey Investments, LLC, 07-9014, Consol Plaintiff: Philip Montelepre, LEAD ATTORNEY, Montelepre & Montelepre, New Orleans, LA.

For Elise Aasgaard, 07-4911; et al, Consol Plaintiff: Russ M. Herman, LEAD [*205] ATTORNEY, Brian David Katz, Joseph Edward Cain, Leonard A. Davis, Soren Erik Gisleson, Steven Jay Lane, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Lawrence Anderson, 07-6737; et al, Consol Plaintiff: Stuart Thomas Barasch, LEAD ATTORNEY, Lawrence J. Centola, Jr., Hurricane Legal Center, New Orleans, LA; Alvin Joseph Robert, Jr., Law Office of Al J. Robert, Jr., LLC, New Orleans, LA.

For William R Baird, 06-153, Betty K. Baird, 06-153, Diane W Rogers, 06-152, Consol Plaintiffs: Robert G. Creely, LEAD ATTORNEY, The Creely Law Firm, LLC, New Orleans, LA; David Ryan Cannella, Frank J. Swarr, Mickey P. Landry, Landry & Swarr, LLC, New Orleans, LA.

For Phyllis Martin, 06-7703, Louis Turner, 06-7703, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Paul Hesse, Law Offices of Ronnie G. Penton (Slidell), Slidell, LA; Randy Jay Ungar, Ungar & [*206] Byrne, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Waldon Michael Hingle, Michael Hingle & Associates, Inc. (Slidell), Slidell, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

2008 U.S. Dist. LEXIS 39774, *

For Catherine Olivier, 06-9574, Consol Plaintiff: Frances Mae Olivier, LEAD ATTORNEY, Law Office of Frances M. Olivier, Metairie, LA.

For Alexandra Rico, 06-4636, Paul Rico, 06-4636, Consol Plaintiffs: Randy Jay Ungar, LEAD ATTORNEY, Kristi Ann Post, Ungar & Byrne, New Orleans, LA.

For Jason Williams, 07-4021, Consol Plaintiff: David W. Bernberg, Law Office of David W. Bernberg, New Orleans, LA.

For Christie Bertoniere, 07-7269, August Bertoniere, Sr., 07-7269, Consol Plaintiffs: Lionel Howard Sutton, III, LEAD ATTORNEY, Lionel Sutton, III, Attorney at Law, New Orleans, LA.

For Gordon Martine, 06-4842, Marie Martine, 06-4842, Consol Plaintiffs: William Joseph Coughlin, LEAD ATTORNEY, Law Offices of William J. Coughlin, Metairie, LA; Jack Webster Jernigan, III, Jack J. Jernigan, III, Attorney at Law, Metairie, LA; James A. Harry, James A. Harry, Attorney at Law, Springfield, LA.

For Karen Teamer, Consol Plaintiff: Earl G. Perry, Jr., LEAD ATTORNEY, James [*207] McClendon Williams, John William Houghtaling, II, Stephen M. Huber, Gauthier, Houghtaling & Williams, Metairie, LA.

For General Trass, (06-9905), Consol Plaintiff: Earl G. Perry, Jr., LEAD ATTORNEY, Gauthier, Houghtaling & Williams, Metairie, LA.

For Frederick Hahn, (08-122), Nettia Hahn, (08-122), Arthur Kneale, (08-123), Jerrilyn Kneale, Consol Plaintiffs: John Van Robichaux, Jr., LEAD ATTORNEY, Brian D. Page, Robichaux Law Firm, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Olivia Cooper, 07-5793, Jennie G. Flowers, 07-8447, Maria J. Auzenne, 07-8447, Consol Plaintiffs: Gary Michael Pendergast, LEAD ATTORNEY, Gary M. Pendergast, LLC, New Orleans, LA.

For R.C. Tippen, 06-7701, 06-8440, Carrie Tippen, 06-7701, 06-8440, Consol Plaintiffs: Robert G. Harvey, Sr., LEAD ATTORNEY, Law [*208] Office of Robert G. Harvey, Sr., APLC, New Orleans, LA; Tamara Kluger Jacobson, Law Office of Tamara Kluger Jacobson, New Orleans, LA.

For Carlyn Nathan Brown, 07-586, Consol Plaintiff: Keith Michael Couture, LEAD ATTORNEY, Couture & Soileau, LLC, Mandeville, LA; Peter James DiIorio, Peter M. DiIorio, Attorney at Law, New Orleans, LA; Samuel Beardsley, Jr., Couture & Soileau, LLC, Mandeville, LA.

For Kevin G Rodney, 07-1742, Consol Plaintiff: Gregory Pius DiLeo, LEAD ATTORNEY, Gregory P. DiLeo, Attorney at Law, New Orleans, LA; Jennifer B. Eagan, Law Offices of Greg Di Leo, New Orleans, LA.

For Willis of Michigan, Inc., 08-719, doing business as DealerGuard, Inc, DaimlerChrysler Insurance Company, 08-719, American Safety Indemnity Company, 08-719, Consol Plaintiffs: Stephen Charles Resor, LEAD ATTORNEY, Michael M. Meunier, Nathan M. Gaudet, Sullivan, Stolier & Resor, New Orleans, LA.

For Frances Cosse, 06-11198, Consol Plaintiff: John W. Redmann, LEAD ATTORNEY, Law Office of John W. Redmann, LLC, Metairie, LA; Margaret Elizabeth Madere, Margaret Madere, Attorney at Law, New Orleans, LA.

For Dorothy Durden, 06-10827, Leonard Smith, 06-10827, Consol Plaintiffs: William Joseph Guste, III, [*209] LEAD ATTORNEY, Guste, Barnett, Schlesinger, Henderson & Alpaugh, New Orleans, LA; Patrick G. Kehoe, Jr., Patrick G. Kehoe, Jr., APLC, New Orleans, LA.

For Carrie Merrill, 07-1518, Consol Plaintiff: Richard Hobbs Barker, IV, LEAD ATTORNEY, Richard Hobbs Barker, IV, Attorney at Law, New Orleans, LA; David W. Bernberg, Law Office of David W. Bernberg, New Orleans, LA; Michael E. Enow, Enow & Associates, New Orleans, LA.

For Joseph Aguda, 07-4457; et al, Consol Plaintiff: Stuart Thomas Barasch, LEAD ATTORNEY, Lawrence J. Centola, Jr., Hurricane Legal Center, New Orleans, LA; Alvin Joseph Robert, Jr., Law Office of Al J. Robert, Jr., LLC, New Orleans, LA; Ernest Enrique Svenson, Svenson Law Firm, New Orleans, LA.

For Parfait Family, 08-1151, Consol Plaintiff: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA.

For New Orleans Coffee Company, Inc., 07-8181, Consol Plaintiff: Larry Dewayne Dyess, LEAD ATTORNEY, Larry D. Dyess, APLC, Baton Rouge, LA.

For Fay Harrison, 07-7191, David Harrison, III, 07-7191, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA.

For Nu Pointe East, L.L.C., 07-6351, Consol [*210] Plaintiff: Terrence Jude Lestelle, LEAD ATTORNEY, Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA.

For Hersey Pittman, 07-5758, Tracy Combs, 08-1523, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Frank Cina, 07-260, Barbera Cina, 07-260, Consol Plaintiff: David V. Batt, LEAD ATTORNEY, Shaun Michael Smith, Lobman, Carnahan, Batt, Angelle & Nader, Texaco Center, New Orleans, LA.

For Associated Hospital Services, Inc., 07-5764, Consol Plaintiff: Piercy Joseph Stakelum, III, LEAD ATTORNEY, Paola P. Corrada, Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum&Hayes, Metairie, LA.

For Mary Williams, 07-3702, Oscar Williams, 07-3702, Elvira Gray, 07-3701, Jon Combs, 08-1523, [*211] Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Attorney at Law, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Randy Jay Ungar, Ungar & Byrne, New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Dominick Addotto, Sr., 08-1143, Consol Plaintiff: William E. Mura, Jr., LEAD ATTORNEY, Attorney at Law, New Orleans, LA.

For Marguerite Abrahms, 08-1171; et al, Consol Plaintiff: Darleen Marie Jacobs, LEAD ATTORNEY, Jacobs & Sarrat, New Orleans, LA.

For Tardo Properties, LLC, Russell Tardo, 08-1162, Diane Tardo, 08-1162, Tardo Properties, LLC, 08-1163, Russell Tardo, 08-1164, Diane Tardo, 08-1164, Russell Tardo, 08-1165, Diane Tardo, 08-1165, Russell Tardo, 08-1166, Diane Tardo, 08-1166, Tardo Properties, LLC, 08-1167, Tardo Properties, LLC, 08-1168, Russell Tardo, 08-1169, Diane Tardo, 08-1169, Russell Tardo, 08-1170, [*212] Diane Tardo, 08-1170, Mary Ann Teoulet, 08-1306, Eugene Reyes, 08-1309, Consol Plaintiffs: Stuart Thomas Barasch, LEAD ATTORNEY, Hurricane Legal Center, New Orleans, LA.

For Hartford Steam Boiler Inspection and Insurance Company, 08-1212; a/s/o Waste Management Incorporated, Commonwealth Insurance Company, 08-1212; a/s/o Waste Management Incorporated, Arch Insurance Company 08-1212; a/s/o Waste Management Incorporated, Allied World Assurance Company 08-1212; a/s/o Waste Management Incorporated, Lexington Insurance Company 08-1212; a/s/o Waste Management Incorporated, National Union Fire Insurance Company of Pittsburgh PA 08-1213; a/s/o Air Products and Chemicals Inc., Commonwealth Insurance Company 08-1213; a/s/o Air Products and Chemicals Inc., Arch Insurance Company 08-1213; a/s/o Air Products and Chemicals Inc., Consol Plaintiffs: Elisa T. Gilbert, LEAD ATTORNEY, Brendan R. O'Brien, The Gilbert Firm, LLC, New York, NY; Ernest Enrique Svenson, Svenson Law Firm, New Orleans, LA.

For Roland A Landry, Dorothy Landry, 08-39, Joseph Mitchell, 07-9420, Consol Plaintiffs: N. Frank Elliot, III, LEAD ATTORNEY, Drew A. Ranier, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Larry Dewayne Dyess, [*213] Larry D. Dyess, APLC, Baton Rouge, LA.

For Michael Hunter, 07-6090; M.D., Blair Boutte, 07-9489, Shelley Fleming Boutte, 07-9489, Edwin R. Murray, 07-9511, Harry Pittman, 07-9069, Richard D. Fernandez, 07-7480; In his capacity as Executor of the Succession of Martin R. Fernandez, Sr., Fernandez Nursing Home, Inc., 07-7480, Rita Boskent Henry, 07-9481, Consol Plaintiffs: Michael Charles Darnell, LEAD ATTORNEY, Edwin Rene Murray, Murray, Darnell & Associates, L.L.C., New Orleans, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA.

For Demetrice Clark, 07-2483, Consol Plaintiff: Joseph M. Bruno, LEAD ATTORNEY, Lewis Scott Joanen, Bruno & Bruno, New Orleans, LA.

2008 U.S. Dist. LEXIS 39774, *

For Louis Turner, 06-8706, Joycelyn Turner, 06-8706, Consol Plaintiffs: Patrick G. Kehoe, Jr., LEAD ATTORNEY, APLC, New Orleans, LA.

For Linda Meyers, 06-9518, Adam Meyers, 06-9518, Consol Plaintiffs: Keith Michael Couture, LEAD ATTORNEY, Couture & Soileau, LLC, Mandeville, LA; Cullen Adair Tonry, Kim Cooper Jones, Michael Ginart, Jr., Richard A. Tonry, Tonry & Ginart, Chalmette, LA.

For Dena Hahn Rodriguez, 07-7593, Steven Rodriguez, 07-7593, Consol Plaintiffs: J. Douglas Sunseri, LEAD ATTORNEY, Edward C. Vocke, IV, Nicaud, [*214] Sunseri & Fradella, LLC, Metairie, LA.

For Dillard University, 06-4138, Dillard University Apartments Ltd, 06-4138, Gentilly Gardens Corporation, 06-4138, Educational & Institutional Insurance Administrators, Inc., 06-4138, Consol Plaintiffs: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Joshua Simon Force, Peter L. Hilbert, Jr., Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Allen J. Tillery, 07-7115, Betty J. Tillery, 07-7115, Consol Plaintiffs: A. Scott Tillery, LEAD ATTORNEY, Tillery & Tillery, Metairie, LA; Jefferson Randolph Tillery, Jones Walker (New Orleans), New Orleans, LA.

For Monica Robinson, 08-1707, Consol Plaintiff: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Bob F. Wright, Domengeaux, Wright, James P. Roy, Roy & Edwards, Lafayette, LA; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; David Scott Scalia, Bruno & Bruno, New Orleans, LA; Camilo Kossy Salas, III, Salas LC, New Orleans, LA; Elwood C. Stevens, Jr., Law Office of Elwood C. Stevens, Jr., APLC, Morgan City, LA; Frank Jacob D'Amico, Jr., Richard M. Exnicios, Law Offices of Frank J. D'Amico, Jr. (New Orleans), [*215] New Orleans, LA; Gerald Edward Meunier, Gainsburgh, Benjamin, David, Meunier & Warshauer, Energy Centre, New Orleans, LA; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; John B. Dunlap, III, Carleton, Dunlap, Olinde, Moore & Bohman, LLC, Baton Rouge, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; Richard P. Ieyoub, Louisiana Department of Justice, Litigation Division, New Orleans, LA.

For Gerald Norman, 08-1650, John Lomax, 08-1651, Johnnie Lomax, 08-1651, Gilda Morgan, 08-1653, Herbert Morgan, 08-1653, Consol Plaintiffs: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Attorney at Law, New Orleans, LA; Brian D. Page, Robichaux Law Firm, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Horace [*216] Johnson, 08-1652, Consol Plaintiff: Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Attorney at Law, New Orleans, LA; Brian D. Page, John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Marjorie Montelongo, 08-1656, Richard Montelongo, 08-1656, Anthony Palermo, 08-1657, Cherie Palermo, 08-1657, Consol Plaintiffs: John Van Robichaux, Jr., LEAD ATTORNEY, Robichaux Law Firm, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Brent A. Klibert, Attorney at Law, New Orleans, LA; Brian D. Page, Robichaux Law Firm, New Orleans, LA; Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Terrence Jude Lestelle, Lestelle & Lestelle, [*217] Metairie, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For Norman Robinson, 06-2268, Consol Petitioner: Jonathan Beauregard Andry, LEAD ATTORNEY, The Andry Law Firm, New Orleans, LA; Bob F. Wright, Domengeaux, Wright, James P. Roy, Roy & Edwards, Lafayette, LA; Calvin Clifford Fayard, Jr., David Blayne Honeycutt, Fayard & Honeycutt, Denham Springs, LA; Clay Mitchell, Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA, Pensacola, FL; David Scott Scalia, Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Drew A. Ranier, N. Frank Elliot, III, Ranier, Gayle & Elliot, LLC, Lake Charles, LA; J. J. (Jerry) McKernan, John H Smith, McKernan Law Firm, Baton Rouge, LA; Cotchett Pitre & McCarthy, San Francisco Airport Office Center, Burlingame, CA; Nina D. Froeschle, Pierce O'Donnell, O'Donnell & Mortimer,

LLP, Los Angeles, CA; Thomas V. Girardi, Girardi & Keese, Los Angeles, CA.

For Great Lakes Dredge & Dock Company, 06-8676; As owner of the Dredges California, Manhattan Island, Padre Island, and Alaska, and as owner pro hac vice of the Dredge Texas, Consol Petitioner: James H. Roussel, LEAD ATTORNEY, Nyka M. Scott, Baker Donelson Bearman Caldwell & [*218] Berkowitz (New Orleans), New Orleans, LA.

For King Fisher Marine Service, L.P., 06-8967; as owner of the Dredges Leonard M. Fisher and Everett Fisher, Consol Petitioner: Richard Abelard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Mike Hooks, Inc., 06-8884; as owner of the Dredge Missouri H, Consol Petitioner: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb & LeBlanc, LLC, Lake Charles, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Weeks Marine, Inc., 06-9223; As owner of the Dredges B.E. Lindholm, George D. Williams, Weeks 262 and BT 208, Consol Petitioner: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Matthew F. Popp, Randolph J. Waits, Brown Sims, PC (New Orleans), New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For T.L. James & Company, Inc., 06-8888; as owner of the dredges Tom James and George D. Williams, II, praying for exoneration from or limitation of liability, Consol Petitioner: [*219] Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Montgomery Barnett (New Orleans), Energy Centre, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Gulf Coast Trailing Company, 06-8890; a Louisiana Partnership, as owner of the dredge Ouachita, praying for exoneration from or limitation of liability, TLJIC, L.L.C., 06-8890; a partner therein, as owner of the drege Ouachita, praying for exoneration from or limitation of liability, Consol Petitioners: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Kenneth Joseph Gelpi, Jr., Ronald Joseph Kitto, Philip S. Brooks, Jr., Montgomery Barnett (New Orleans), Energy Centre, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP (New Orleans), New Orleans, LA; Nyka M. Scott, Baker Donelson

Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Manson Construction Co., 06-8891; as owner and operator of the Hopper Dredges Newport and Bayport, for exoneration from or limitation of liability, Consol Petitioner: George Moore Gilly, Christian E. Daigle, Evans Martin McLeod, William Joseph Riviere, Phelps Dunbar, LLP (New Orleans), New Orleans, LA; Nyka M. Scott, Baker Donelson [*220] Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Pine Bluff Sand and Gravel Company, 06-9075; as owner and operator of dredge Marion praying for exoneration from or limitation of liability, Consol Petitioner: Andre J. Mouledoux, LEAD ATTORNEY, Clarence William Emory, Daniel J. Hoerner, Jacques P. DeGruy, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Luhr Bros., Inc., 06-8922; as owner of Spud Barge L-1101, Spud Barge L-1103 and M/V Michael A and as owner Pro Hac Vice of M/V Charlie B praying for exoneration from or limitation of liability, Consol Petitioner: William J. Larzelere, Jr., LEAD ATTORNEY, Angie Arceneaux Akers, T. Justin Simpson, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Two Lakeway Center, Metairie, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Mrs. Jeanine Armstrong, Petitioner: Jonathan Beauregard Andry, The Andry Law Firm, New Orleans, LA.

For Department of Transportation And Development, State of Louisiana, 06-4389, Consol Intervenor: Michael Courtney Keller, LEAD ATTORNEY, Phyllis Esther Glazer, [*221] Stephen F. Babin, Louisiana Department of Justice (New Orleans), Office of the Attorney General - Litigation Division, New Orleans, LA.

For Board of Commissioners of the Orleans Parish Levee District, 07-1271, Consol Intervenor: Gregory Alan Koury, Laborde & Neuner, One Petroleum Center, Lafayette, LA.

For Marie A. Adams, 06-5128, Elizabeth H. DePass, 06-5128; et al, Xiomara Augustine, 06-5142; et al, Keith C Ferdinand, 06-5132; et al, Vera D. Richard, 06-5118; et al, Susan Williams, 06-5137; et al, Rhealynda Porter, 06-5140; et al, Leslie Sims, Jr., 06-5116; et al, Mary Christophe, 06-5134, Consol Intervenors: William Christian Gambel, LEAD ATTORNEY, Milling Benson

Woodward, LLP (New Orleans), LL&E Center, New Orleans, LA.

For Melissa Pierce, et al, Intervenor Plaintiff: James McClendon Williams, LEAD ATTORNEY, Todd Robert Slack, Gauthier, Houghtaling & Williams, Metairie, LA; Edward F. Downing, III, Edward F. Downing, III, LLC, Metaiire, LA.

For B&K Construction Co., Inc., Defendant: Herman C. Hoffmann, Jr., LEAD ATTORNEY, Betty Finley Mullin, Wade Michael Bass, Simon, Peragine, Smith & Redfearn, LLP, Energy Centre, New Orleans, LA.

For Boh Bros. Construction Company, LLC, Defendant: [*222] Michael R.C. Riess, LEAD ATTORNEY,Charles Bruce Colvin, Kingsmill Riess, LLC, New Orleans, LA; Terrence L. Brennan, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, Defendants: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For James Construction Group, LLC, Defendant: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones Walker (New Orleans), New Orleans, LA.

For Modjeski and Masters, Inc., Defendant: Francis J. Barry, Jr., LEAD ATTORNEY, Ellis B. Murov, Frederick R. Bott, Keith J. Bergeron, Scott Hedlund, Victor Elbert Stilwell, Jr., Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA; John Wayne Martinez, Maricle & Associates, Mandeville, LA.

For Pittman Construction Co. of LA, Inc., Defendant: Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For Virginia Wrecking Company, Inc., Defendant: Thomas Livingston Gaudry, Jr., Thomas W. Darling, Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, LEAD ATTORNEY, Gretna, LA.

For Board of Commissioners for the Orleans Levee District, Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, [*223] Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; John Fredrick Kessenich, Daigle Fisse & Kessenich, Covington, LA.

For New Orleans City, Defendant: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, Heather M. Valliant, Penya M. Moses-Fields, Victor L Papai, Jr., City Attorney's Office (New Orleans), New Orleans, LA.

For Sewerage & Water Board of New Orleans, Defendant: George R. Simno, III, LEAD ATTORNEY, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA; Charles Munson Lanier, Jr., Gregory Scott LaCour, J. Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA; Kyle P. Kirsch, McCranie, Sistrunk (Metairie), Metairie, LA.

For St. Paul Fire & Marine Insurance Company, Liaison Counsel, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, April Rochelle Roberts, Joseph Pierre Guichet, Rachel Ann Meese, Seth [*224] Andrew Schmeeckle, William Lee Kohler, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Frank Butler, Jr., 06-1885, on his own behalf and on behalf of his minor children, Frank Butler III, Charles Butler, and Tachmonite Butler, Andrew Hill, 06-1885, Lakeisha Fernandez, 06-1885; on her own behalf and on behalf of her minor child, Eddie McGee, Jr., Juanita Arington, 06-1885, Darnell Williams, 06-1885; on her own behalf and on behalf of her minor child, Chad Williams, Defendants: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Washington Group International, Inc., Barge Defendants' Preliminary Master Committee as to Order doc. # 11527, Washington Group International, Inc., 05-4181, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-20, 06-225, 06-886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5308, 06-5785, 06-5786, 06-5937, 06-8708, 07-1113, 07-1271, 07-1349, Defendants: William D. Treeby, LEAD ATTORNEY, Carmelite M. Bertaut, Heather Shauri Lonian, John M. Landis, Wayne J. Lee, Stone Pigman Walther Wittmann, [*225] LLC, New Orleans, LA; Debra Satinoff Clayman, Christopher R. Farrell, Julia E. McEvoy, Jones Day (Washington), Washington, DC; Jerome R. Doak, William E. Marple, George T. Manning, Jones Day (Dallas), Dallas, TX.

For 05-4182 CSX Corporation, Defendant: Brent A. Talbot, Chaffe McCall LLP (New Orleans), Energy Centre, New Orleans, LA.

For National Union Fire Insurance Company of Pittsburgh, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Hartford Steam Boiler Inspection & Insurance Company, (07-4608), Defendants: George Davidson Fagan, LEAD ATTORNEY, Karen M. Dicke, Marc E. Devenport, Leake & Andersson, LLP, Energy Centre, New Orleans, LA; Ernest Enrique Svenson, Svenson Law Firm, New Orleans, LA.

For Board of Commissioners of the Port of New Orleans, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Daigle Fisse & Kessenich, Covington, LA; Jon A. Van Steenis, Jonathan H. Sandoz, Daigle Fisse & Kessenich, Kirk Norris Aurandt, Michael William McMahon, Covington, LA.

For Board of Commissioners of the East Jefferson Levee District, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Defendant: Jennifer May Morris, Joseph Edward Bearden, III, [*226] Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Three Lakeway Center, Metairie, LA.

For Sewerage and Water Board of New Orleans, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Defendant: Charles Munson Lanier, Jr., Christovich & Kearney, LLP, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, McCranie, Sistrunk (Metairie), Metairie, LA.

For United States of America, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Defendant: Daniel Michael Baeza, Jr., U. S. Department of Agriculture, South Bldg., Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U. S. Department of Justice, Washington, DC.

For Xavier University of Louisiana, 06-516, Defendant: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Ellen M. Pivach, Hotel Operating Company, LLC, (07-4959), New Orleans, LA.

For Homesite Insurance Company, 07-5528, Defendant: Phelps Dunbar, LLP (New Orleans), Canal Place, New Orleans, LA.

For Shirley F. Cangelosi, 06-5137, Shirley F. Cangelosi, 06-5137, Defendants: William Christian Gambel, LEAD ATTORNEY, Milling [*227] Benson Woodward, LLP (New Orleans), LL&E Center, New Orleans, LA.

For Joan Wightkin wife of/and (07-6614), Keith Scott, 06-5886, Defendants: Brian David Katz, LEAD ATTORNEY, Joseph Edward Cain, Soren Erik Gisleson, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Hull and Company, Inc, (06-9905), Defendant: John E. Baay, II, LEAD ATTORNEY, Michael D. Cangelosi, Robert l. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, Parish of Orleans, 05-4568, Board of Commissioners for the Orleans Levee District for the Parish of Orleans, 05-6323, Board of Commissioners for the Orleans Levee District, 05-6327, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Board of Commissioners for the Orleans Levee District, 05-5237, Board of Commissioners of the Orleans Parish Levee District, 07-1271, Board of Commissioners for the Orleans Levee District, [*228] 05-6324, Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; Gregory Alan Koury, Laborde & Neuner, One Petroleum Center, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Burk-Kleinpeter, LLC, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-20, 06-886, 06-2346, 06-2278, 06-2287, 06-4065, 06-4634, 06-5032, 06-5260, 06-5308, 06-5785, 06-5937, 07-1113, 07-1349, Consol Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For C.R. Pittman Construction Company, Inc., 05-5237, 05-6073, 05-6314, 05-6324, 06-886, 06-2287, 06-2278, 06-2545, 06-4065, 06-4634, 06-5163, 06-5367, 06-5032, 06-5260, 06-5937, 06-6473, 06-5785, 06-6642, 07-1113, 07-1349, Consol Defendant: Gerald A. Melchiode, LEAD ATTORNEY, Jason J. Markey, Larry Gene Can-