For 05-4182 CSX Corporation, Defendant: Brent A. Talbot, Chaffe McCall LLP (New Orleans), Energy Centre, New Orleans, LA.

For National Union Fire Insurance Company of Pittsburgh, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Hartford Steam Boiler Inspection & Insurance Company, (07-4608), Defendants: George Davidson Fagan, LEAD ATTORNEY, Karen M. Dicke, Marc E. Devenport, Leake & Andersson, LLP, Energy Centre, New Orleans, LA; Ernest Enrique Svenson, Svenson Law Firm, New Orleans, LA.

For Board of Commissioners of the Port of New Orleans, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Daigle Fisse & Kessenich, Covington, LA; Jon A. Van Steenis, Jonathan H. Sandoz, Daigle Fisse & Kessenich, Kirk Norris Aurandt, Michael William McMahon, Covington, LA.

For Board of Commissioners of the East Jefferson Levee District, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Defendant: Jennifer May Morris, Joseph Edward Bearden, III, [*226] Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Three Lakeway Center, Metairie, LA.

For Sewerage and Water Board of New Orleans, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Defendant: Charles Munson Lanier, Jr., Christovich & Kearney, LLP, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, McCranie, Sistrunk (Metairie), Metairie, LA.

For United States of America, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Defendant: Daniel Michael Baeza, Jr., U. S. Department of Agriculture, South Bldg., Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U. S. Department of Justice, Washington, DC.

For Xavier University of Louisiana, 06-516, Defendant: James M. Garner, LEAD ATTORNEY, Darnell Bludworth, Ellen M. Pivach, Hotel Operating Company, LLC, (07-4959), New Orleans, LA.

For Homesite Insurance Company, 07-5528, Defendant: Phelps Dunbar, LLP (New Orleans), Canal Place, New Orleans, LA.

For Shirley F. Cangelosi, 06-5137, Shirley F. Cangelosi, 06-5137, Defendants: William Christian Gambel, LEAD ATTORNEY, Milling [*227] Benson Woodward, LLP (New Orleans), LL&E Center, New Orleans, LA.

For Joan Wightkin wife of/and (07-6614), Keith Scott, 06-5886, Defendants: Brian David Katz, LEAD ATTORNEY, Joseph Edward Cain, Soren Erik Gisleson, Herman, Herman, Katz & Cotlar, LLP, New Orleans, LA.

For Hull and Company, Inc, (06-9905), Defendant: John E. Baay, II, LEAD ATTORNEY, Michael D. Cangelosi, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, Parish of Orleans, 05-4568, Board of Commissioners for the Orleans Levee District for the Parish of Orleans, 05-6323, Board of Commissioners for the Orleans Levee District, 05-6327, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Board of Commissioners for the Orleans Levee District, 05-5237, Board of Commissioners of the Orleans Parish Levee District, 07-1271, Board of Commissioners for the Orleans Levee District, [*228] 05-6324, Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; Gregory Alan Koury, Laborde & Neuner, One Petroleum Center, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Burk-Kleinpeter, LLC, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-20, 06-886, 06-2346, 06-2278, 06-2287, 06-4065, 06-4634, 06-5032, 06-5260, 06-5308, 06-5785, 06-5937, 07-1113, 07-1349, Consol Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For C.R. Pittman Construction Company, Inc., 05-5237, 05-6073, 05-6314, 05-6324, 06-886, 06-2287, 06-2278, 06-2545, 06-4065, 06-4634, 06-5163, 06-5367, 06-5032, 06-5260, 06-5937, 06-6473, 06-5785, 06-6642, 07-1113, 07-1349, Consol Defendant: Gerald A. Melchiode, LEAD ATTORNEY, Jason J. Markey, Larry Gene Can-

ada, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For James Construction Group, LLC, 05-5237, Consol Defendant: Richard John Tyler, LEAD [*229] ATTORNEY, Jones Walker (New Orleans), Place St. Charles, New Orleans, LA.

For Modjeski and Masters, Inc., 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-20, 06-886, 05-4181, 06-2287, 06-2346, 06-2278, 06-2545, Modjeski and Masters, Inc., 06-225, 06-4065, 06-4931, 06-4389, 06-5367, 06-4634, 06-5308, 06-5032, 06-5163, 06-5260, 06-5937, 06-6473, 06-5785, 06-5786, 06-6642, 06-5042, 06-5471, 07-1289, 07-1288, 07-1113, 07-1349, Consol Defendants: Francis J. Barry, Jr., LEAD ATTORNEY, Ellis B. Murov, Frederick R. Bott, Keith J. Bergeron, Scott Hedlund, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA; John Wayne Martinez, Maricle & Associates, # 1 Sanctuary Blvd., Mandeville, LA.

For Pittman Construction Co. of LA, Inc., 05-5237, Pittman Construction Co. of LA., Inc., 05-6324, Pittman Construction Co. of Louisiana, Inc., 06-20, Pittman Construction Co. of LA., Inc., 06-886, Pittman Construction Co. of LA, Inc., 06-2287, Pittman Construction Co. of Louisiana, Inc., 06-2278, Pittman Construction Co. of LA, 06-2545, Consol Defendants: Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For Sewerage and Water Board of New Orleans, 05-5237, Sewerage and Water Board [*230] of New Orleans, 05-6314, Sewerage and Water Board, 05-6324, New Orleans Sewerage & Water Board, 06-886, Sewerage and Water Board of New Orleans, 05-4181, Sewerage and Water Board of New Orleans, 06-225, Sewerage and Water Board of New Orleans, 06-2287, Sewerage and Water Board of New Orleans, 06-2346, Sewerage and Water Board of New Orleans, 06-2278, Sewerage and Water Board of New Orleans, 06-2545, Consol Defendants: George R. Simno, III, LEAD ATTORNEY, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA; Charles Munson Lanier, Jr., Gregory Scott LaCour, J. Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA; Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA.

For St. Paul Fire and Marine Insurance Company 05-5237, St. Paul Fire and Marine Insurance Company, 05-6314, St. Paul Fire and Marine Insurance Company, 05-6324, St. Paul Fire and Marine Insurance Company, 05-6327, St Paul Fire & Marine Insurance Co, 06-886, St. Paul Fire and Marine Insurance Company, 05-4181, St. Paul Fire and Marine Insurance Company, 06-2287,

St. Paul Fire and Marine Insurance Company, 06-2346, St. Paul Fire and Marine [*231] Insurance Company, 06-2545, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Virginia Wrecking Company, Inc., 05-5237, Virginia Wrecking Company, Inc., 05-6073, Virginia Wrecking Company, Inc., 05-6314, Virginia Wrecking Company, Inc., 06-20, Virginia Wrecking Company, Inc., 06-2278, Consol Defendants: Thomas Livingston Gaudry, Jr., LEAD ATTORNEY, Thomas W. Darling, Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For Board of Commissioners for the Orleans Levee District, 05-6073, Consol Defendant: Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA; Thomas P. Anzelmo, LEAD ATTORNEY, McCranie, Sistrunk (Metairie), Metairie, LA; Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Gregory Alan Koury, Laborde & Neuner, One Petroleum Center, Lafayette, LA.

For Eustis Engineering Company, Inc., 05-4181, 05-6073, 05-6314, 05-6327, 06-20, 06-2346, 06-2545, [*232] 06-4634, 06-5042, 06-3418, Consol Defendant: Mat M. Gray, III, LEAD ATTORNEY, Fowler Rodriguez (New Orleans), Texaco Center, New Orleans, LA; Thomas Francis Gardner, LEAD ATTORNEY, Erin E. Dearie, Gardner & Kewley, APLC, Metairie, LA; Alanson Trigg Chenault, Fowler Rodriguez (New Orleans), Texaco Center, New Orleans, LA.

For James Construction Group, LLC, 05-6073, Consol Defendant: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones Walker (New Orleans), Place St. Charles, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Louisiana Department of Transportation and Development, 05-6073, Consol Defendant: Michael Courtney Keller, LEAD ATTORNEY, Louisiana Department of Justice (New Orleans), New Orleans, LA; Phyllis Esther Glazer, Louisiana Department of Justice (New Orleans), Office of the Attorney General - Litigation Division, New Orleans, LA.

For New Orleans City, 05-6073, New Orleans City, 05-6314, New Orleans City, 05-6324, New Orleans City, 05-6327, New Orleans City, 05-4181, Consol Defen-

dants: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, Heather M. Valliant, Penya M. Moses-Fields, Victor L Papai, Jr., City Attorney's Office (New Orleans), City Hall, New Orleans, [*233] LA.

For Pittman Construction Co. of LA., Inc., 05-6073, Consol Defendant: Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For Sewerage and Water Board of New Orleans, 05-6073, Sewerage and Water Board of New Orleans, 05-6327, Consol Defendants: George R. Simno, III, LEAD ATTORNEY, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA; Charles Munson Lanier, Jr., Gregory Scott LaCour, J. Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA.

For St. Paul Fire and Marine Insurance Company, 05-6073, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, 05-6314, Board of Commissioners for the Orleans Parish Levee District, 06-20, Board of Commissioners for the Orleans Levee District, 06-225, Board of Commissioners for the Orleans Levee District, 06-886, Board of Commissioners for the Orleans Levee District, 06-2278, Board of Commissioners for the Orleans Levee District, 06-2545, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude [*234] Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; Gregory Alan Koury, Laborde & Neuner, One Petroleum Center, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For James Construction Group, LLC, 05-6314, James Construction Group, LLC, 05-6327, James Construction Group, LLC, 06-886, James Construction Group, L.L.C., 06-20, James Construction Group, L.L.C., 06-2287, James Construction Group, LLC, 06-2278, Consol Defendants: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones Walker (New Orleans), Place St. Charles, New Orleans, LA.

For Hanover Insurance Company, 05-6323, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Rachel Ann Meese, Seth Andrew Schmeeckle, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Or-

leans), New Orleans, LA; Andrew R. Greene, David R. Simonton, Kevin P. Kamraczewski, Paul E.B. Glad, Sonnenschein, Nath & Rosenthal (Chicago), Chicago, IL; Christopher W. Martin, Martin R. Sadler, Martin, Disiere, Jefferson & Wisdom, [*235] LLP, Houston, TX.

For Standard Fire Insurance Company, 05-6323, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Gregory P. Varga, Stephen E. Goldman, Wystan M. Ackerman, Robinson & Cole, LLP (Hartford), Hartford, CT; Tina L. Kappen, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), Baton Rouge, LA.

For State Farm Fire & Casualty Company, 05-6323, Consol Defendant: David A. Strauss, Lindsay A. Larson, III, LEAD ATTORNEYS, King, Krebs & Jurgens, PLLC (New Orleans), Place St. Charles, New Orleans, LA; Wayne J. Lee, Lesli D. Harris, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Alan A. Zaunbrecher, Zaunbrecher Treadaway, LLC, Lakeway II, Metairie, LA; Charles L. Chassaignac, IV, James R. Nieset, Jr., Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA; Darren Albert Patin, David K Persons, James Donald Garvey, Hailey, McNamara, Hall, Larmann & Papale (Metairie), One Galleria Blvd., Metairie, LA; Heather Cheesbro, Lobman, Carnahan, Batt, Angelle & Nader, Texaco Center, New Orleans, LA; Joseph James Aguda, Jr., Nielsen [*236] Law Firm, Metairie, LA; Sarah House Barcellona, Sarah H. Barcellona, Attorney at Law, Concord, NC.

For Travelers Insurance Company, 05-6323, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Unitrin Preferred Insurance Company, 05-6323, Consol Defendant: Neil Charles Abramson, LEAD ATTORNEY, Phelps Dunbar, LLP (New Orleans), Canal Place, New Orleans, LA.

For Travelers Insurance Company, 05-6323, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Nora Bolling Bilbro, Phelps Dunbar, LLP (New Orleans), Canal Place, New Orleans, LA.

For Boh Brothers Construction Company, LLC, 05-6324, 05-4191, 05-5237, 05-6073, 05-6314, 05-6327, 06-20,

06-886, 06-225, 06-2287, 06-2346, 06-2278, 06-2545, Consol Defendant: Michael R.C. Riess, LEAD ATTORNEY, Charles Bruce Colvin, Kingsmill Riess, LLC, New Orleans, LA; Terrence L. Brennan, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For James Construction Group, LLC, 05-6324, Consol Defendant: Richard John Tyler, LEAD ATTORNEY, [*237] Emily E. Eagan, Jones Walker (New Orleans), Place St. Charles, New Orleans, LA.

For B&K Construction Company, Inc., 05-6327, 05-5237, 05-6073, 05-6314, 05-6324, 06-20, 06-886, 06-225, 06-2287, 06-2346, 06-2278, 06-2545, 05-4181, 06-5032, Consol Defendant: Herman C. Hoffmann, Jr., LEAD ATTORNEY, Simon, Peragine, Smith & Redfearn, LLP, Energy Centre, New Orleans, LA; Betty Finley Mullin, Wade Michael Bass, Simon, Peragine, Smith & Redfearn, LLP, Energy Centre, New Orleans, LA.

For Pittman Construction Company, Inc., 06-20, Consol Defendant: Robert Craig Stern, LEAD ATTORNEY, Killeen & Stern, PC (New Orleans), New Orleans, LA; Robert Joseph Killeen, Jr., Killeen & Stern, PC (Houston), Houston, TX.

For United States of America, 06-20, 05-4181, 06-2152, 06-1885, 06-4024, 06-5155, 06-5159, 06-5161, 06-5162, 06-5163, 06-5042, Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice (Box 663), Environmental & Natural Resources Division, Washington, DC; James F. McConnon, Jr., Richard R. Stone, Sr., Robin D. Smith, LEAD ATTORNEYS, Kara K. Miller, Paul Marc Levin, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC; Stephen G. Flynn, LEAD ATTORNEY, Sharon [*238] K Shutler, U.S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, U.S. Department of Justice (Box 340), Washington, DC; Keith H. Liddle, U. S. Department of Justice, Washington, DC.

For Board of Commissioners for the Orleans Parish Levee District, 06-151, Board of Commissioners for the Orleans Levee District, 06-152, Board of Commissioners for the Orleans Levee District, 06-153, Board of Commissioners for the Orleans Levee District, 06-169, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Darcy Elizabeth Decker, McCranie, Sistrunk (Metairie), Metairie, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Encompass Insurance Company, 06-151, Consol Defendant: Steven Michael Lozes, Lozes & Ponder (New Orleans), New Orleans, LA.

For Pittman Construction Co., Inc, 06-225, Consol Defendant: Robert Craig Stern, LEAD ATTORNEY, Killeen & Stern, PC (New Orleans), New Orleans, LA; Robert Joseph Killeen, Jr., Killeen & Stern, PC (Houston), Houston, TX; Gerald A. Melchiode, LEAD ATTORNEY, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Unidentified Parties, 06-225, Consol Defendant: Richard [*239] R. Stone, Sr., U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC.

For Allstate Indemnity Company, 06-1672; 06-1673; 06-1674; 06-4915; 06-2919; 05-6323; 07-2746; 07-2747; 07-2748; 07-2749; 07-2750; 07-2751; 07-2752; 07-2753; 07-2754; 07-2755; 07-2756; 06-8150; 07-3445; 07-3396, Consol Defendant: James F. Ryan, LEAD ATTORNEY, Donovan & Lawler, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, Bonita Y. Watson, Catherine Fornias Giarrusso, Edward R. Wicker, Jr., Laura Spansel Gravener, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA; Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA; Kendra Kekelis Hartman, Metairie, LA, Sonnenschein, Nath & Rosenthal (Chicago), Chicago, IL; Mark E. Seamster, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), # 3 Sanctuary Blvd., Mandeville, LA; Mary Ellen Wyatt, Thomas Christopher Pennebaker, William T. Treas, Nielsen Law Firm, Metairie, LA; Scott Glynn Jones, Inabnet & Jones, LLC, Mandeville, LA; Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA.

American Insurance Company, 06-1672, 06-1673, 06-1674, 06-8892, Consol Defendant: Lawrence J. Duplass, [*240] LEAD ATTORNEY, C. Michael Pfister, Kelly Cambre Bogart, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Three Lakeway Center, Metairie, LA; Kevin R. Derham, Semmes, Bowen & Semmes, Baltimore, MD; Nicole McDaniel Bowen, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For State Farm Fire & Casualty Company, 06-1672, Consol Defendant: Wayne J. Lee, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Adrianne L. Baumgartner, Porteous, Hainkel & Johnson (Covington), Covington, LA; James Donald Garvey, Hailey, McNamara, Hall, Larmann & Papale (Metairie), One Galleria Blvd., Metairie, LA; Sarah House Barcellona, Sarah H. Barcellona, Attorney at Law, Concord, NC.

For State Farm Fire and Casualty Company, 06-1673, Consol Defendant: Sidney Jay Hardy, LEAD ATTORNEY, Donna Bramlett Wood, McCranie, Sistrunk (Metairie), Metairie, LA; Wayne J. Lee, Andrea L. Fannin, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Brett Wayne Tweedel, Blue Williams, LLP (Metairie), Metairie, LA; David K Persons, James Donald Garvey, Hailey, McNamara, Hall, Larmann & Papale (Metairie), One Galleria Blvd., Metairie, LA; Eleanor Weeks Wall, Porteous, Hainkel & Johnson [*241] (Baton Rouge), Baton Rouge, LA; Sarah House Barcellona, Sarah H. Barcellona, Attorney at Law, Concord, NC.

For State Farm Fire & Casualty Company, 06-1674, Consol Defendant: David A. Strauss, LEAD ATTORNEY, King, Krebs & Jurgens, PLLC (New Orleans), Place St. Charles, New Orleans, LA; Wayne J. Lee, LEAD ATTORNEY, Lesli D. Harris, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Sarah House Barcellona, Sarah H. Barcellona, Attorney at Law, Concord, NC.

For Kathleen Blanco, 05-4181; 06-6099; 06-5786, Consol Defendant: Michael Courtney Keller, LEAD ATTORNEY, Stephen F. Babin, Louisiana Department of Justice (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Phyllis Esther Glazer, Louisiana Department of Justice (New Orleans), Office of the Attorney General - Litigation Division, New Orleans, LA.

For Kimberly Williamson Butler, 05-4181 - Clerk of Court, Orleans Parish Criminal District Court, Consol Defendant: Belhia V. Martin, LEAD ATTORNEY, Belhia V. Martin, Attorney at Law, New Orleans, LA; Deborah Louise Wilson, Deborah L. Wilson, Attorney at Law, New Orleans, LA.

For Edwin Compass, III, 05-4181 - former Superintendent of Police, C  [*242] Ray Nagin, 05-4181 - Honorable Mayor, Consol Defendants: James Bryan Mullaly, Joseph Vincent DiRosa, Jr., City Attorney's Office (New Orleans), City Hall, New Orleans, LA.

For Eddie Jordan, 05-4181 - District Attorney, both individually & in his elected capacity, Consol Defendant: William David Aaron, Jr., LEAD ATTORNEY, Richard Anthony Goins, Goins Aaron, APLC (New Orleans), New Orleans, LA.

For Louisiana State, 05-4181, Consol Defendant: Michael Courtney Keller, LEAD ATTORNEY, Stephen F. Babin, Louisiana Department of Justice (New Orleans), New Orleans, LA; Phyllis Esther Glazer, Louisiana Department of Justice (New Orleans), Office of the Attorney General - Litigation Division, New Orleans, LA.

For Orleans Levee District, 05-4181, Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, Sidney Jay Hardy, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; Gregory Alan Koury, Laborde & Neuner, One Petroleum Center, Lafayette, LA; Charles Edward Sutton, Jr., Sutton Law Firm, LLC, Covington, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), [*243] Covington, LA;

For Gulf Group, Inc. of Florida, 06-225, Gulf Group, Inc. of Florida, 06-2278, Consol Defendants: Glenn B. Adams, LEAD ATTORNEY, Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Michael W. Collins, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA.

For Board of Commissioners for the Orleans Levee District 06-2287, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA.

For New Orleans City, 06-2287, Consol Defendant: Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Board of Commissioners for the Orleans Parish Levee District, 06-2346, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, Sidney Jay Hardy, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; Gregory Alan Koury, Laborde & Neuner, One Petroleum Center, Lafayette, LA.

For United States of America, 06-2346, 06-4634, 06-2268, [*244] 06-2824, 06-3552, 06-5260, 06-5771, 06-6099, 06-8708, 07-621, 07-647, 07-206, 07-1284, 07-1285, 07-1289, 07-1286, 07-1288, 07-1271, 07-1113, 06-5307, Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice (Box 663), Environmental & Natural Resources Division, Washington, DC; James F. McConnon, Jr., Richard R. Stone, Sr., Robin D. Smith, Kara K. Miller, Paul Marc Levin, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC; Stephen G. Flynn, LEAD ATTORNEY, Sharon K Shutler, U.S. Department of

Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, U.S. Department of Justice (Box 340), Washington, DC; Daniel Michael Baeza, Jr., U. S. Department of Agriculture, South Bldg., Washington, DC; Daniel M. Barish, David Samuel Silverbrand, U. S. Department of Justice, Torts Branch, Washington, DC; Ina Strichartz, U. S. Department of Justice, Commercial Litigation Branch, Washington, DC; Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Keith H. Liddle, Sarah K Soja, Taheerah Kalimah El-Amin, U. S. Department of Justice, Washington, DC; Kara K. Miller, Paul Marc Levin, U.S. Department of Justice (Box 888),  [*245] Torts Branch, Civil Division, Washington, DC.

For United States Army Corps of Engineers, 06-2268, 06-5159, 06-5162, 06-4634, 06-6099, 06-1850, 06-3552, 06-5161, 06-5163, 07-1113, 07-1286, 07-1288, 07-5307, 07-647, 07-1284, 07-1285, 07-1289, 06-5127, 06-5118, 06-5128,        06-5131,        06-5132,        06-5137, 06-5140,06-5142,06-5134,06-5116,06-4931,   Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice (Box 663), Environmental & Natural Resources Division, Washington, DC; Eric G. Hostetler, LEAD ATTORNEY, U. S. Department of Justice, Environmental Defense Section, Washington, DC; Jean Michel Voltaire, LEAD ATTORNEY, U. S. Department of Justice, Federal Programs Branch, Civil Division, Washington, DC; Richard R. Stone, Sr., Kara K. Miller, LEAD ATTORNEYS, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC; Stephen G. Flynn, LEAD ATTORNEY, Sharon K Shutler, U.S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, U.S. Department of Justice (Box 340), Washington, DC.

For Bean Dredging Corporation, 06-2152, formerly known as Eagle Dredging Corporation, Consol Defendant: William Everard Wright, Jr.,  [*246] LEAD ATTORNEY, Kelly Theard, Terrence L. Brennan, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Bean Dredging Corporation, 06-2152, formerly known as Eagle Dredging Corporation, Consol Defendant: William Everard Wright, Jr., LEAD ATTORNEY, Kelly Theard, Terrence L. Brennan, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-2152, NATCO Dredging Limited Partnership, 06-2152, Consol Defendants: James H. Roussel, LEAD ATTORNEY,

Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA; Duane M. Kelley, Jack J. Crowe, Winston & Strawn, LLP (Chicago), Chicago, IL.

For Gulf Coast Trailing Company, 06-2152, Consol Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Joseph Patrick Tynan, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett (New Orleans), Energy Centre, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP (New Orleans), Pan American Life Center, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA;

For King Fisher  [*247] Marine Service, Inc., 06-2152, Consol Defendant: Richard Abelard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Luhr Bros Inc, 06-2152, Consol Defendant: William J. Larzelere, Jr., LEAD ATTORNEY, Angie Arceneaux Akers, T. Justin Simpson, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Two Lakeway Center, Metairie, LA; John F. Emmett, Brown Sims, PC (New Orleans), New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Manson Construction Co., 06-2152, also known as Manson Construction & Engineering Co., Consol Defendant: Christian E. Daigle, Evans Martin McLeod, Phelps Dunbar, LLP (New Orleans), Canal Place, New Orleans, LA.

For Manson Gulf LLC, 06-2152, Consol Defendant: George Moore Gilly, LEAD ATTORNEY, William Joseph Riviere, Phelps Dunbar, LLP (New Orleans), Canal Place, New Orleans, LA; Christian E. Daigle, Evans Martin McLeod, Phelps Dunbar, LLP (New Orleans), Canal Place, New Orleans, LA.

For Mike Hooks Inc, 06-2152, Consol Defendant: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick [*248] LeBlanc, Loftin, Cain, Gabb & LeBlanc, LLC, Lake Charles, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Pine Bluff Sand and Gravel Company, 06-2152, Consol Defendant: Andre J. Mouledoux, LEAD ATTORNEY, New Orleans, LA, Daniel J. Hoerner, Jacques

P. DeGruy, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA.

For T.L. James Marine, L.L.C., 06-2152, Consol Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Joseph Patrick Tynan, Philip S. Brooks, Jr., Montgomery Barnett (New Orleans), Energy Centre, New Orleans, LA.

For TLJIC, L.L.C., 06-2152, Consol Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Joseph Patrick Tynan, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett (New Orleans), Energy Centre, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP (New Orleans), Pan American Life Center, New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Weeks Marine Inc, 06-2152, Consol Defendant: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; John F. Emmett, Brown Sims, PC (New Orleans), New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell [*249] & Berkowitz (New Orleans), New Orleans, LA; Matthew F. Popp, Randolph J. Waits, Brown Sims, PC (New Orleans), New Orleans, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Michael W. Collins, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA; Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA.

For AAA Homeowners Auto Club Family Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: Alan J. Yacoubian, LEAD ATTORNEY, Johnson, Johnson, Barrios & Yacoubian, New Orleans, LA; Thomas M. Richard, LEAD ATTORNEY, Chopin, Wagar, Richard & Kutcher, LLP, Two Lakeway Center, Metairie, LA; Ungarino & Eckert, LLC (Metairie), Lakeway Two, Metairie, LA; Gina Puleio Campo, Orrill, Cordell & Beary, LLC, New Orleans, LA; Stephen H. Kupperman, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA; Neal J. Favret, Johnson, Johnson, Barrios & Yacoubian, New Orleans, LA; William Harry Eckert, Ungarino & Eckert, LLC (Metairie), Lakeway Two, Metairie, LA.

For Aegis Security Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: Maura Zivalich Pelleteri, LEAD ATTORNEY, Amy S. Malish, Andrea A. Mittleider, New Orleans, [*250] LA, Krebs, Farley & Pelleteri, LLC (New Orleans),

For Chubb Custom Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: Steven W. Usdin,

LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Encompass Insurance Company of America, 06-1672, 06-1673, 06-1674, Consol Defendant: Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA; Steven Michael Lozes, Lozes & Ponder (New Orleans), New Orleans, LA.

For Great Northern Insurance Company 06-1672, 06-1673, 06-1674, Consol Defendant: Steven W. Usdin, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Brian Joseph Capitelli, U. S. Attorney's Office (New Orleans), Hale Boggs Federal Bldg., New Orleans, LA.

For Hanover Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: Kevin P. Kamraczewski, LEAD ATTORNEY, Andrew R. Greene, Sonnenschein, Nath & Rosenthal (Chicago), Chicago, IL; Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Lafayette [*251] Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: William John Wegmann, Jr., LEAD ATTORNEY, Law Firm of William J. Wegmann, Metairie, LA; Howard Bruce Kaplan, Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA; Orr Adams, Jr., Law Firm of William J. Wegmann, Metairie, LA.

For Lexington Insurance Company, 06-1672, 06-1673, 06-1674, Consol Defendant: John E. Baay, II, Robert I. Siegel, LEAD ATTORNEYS, Elizabeth A. Chickering, Margaret L. Sunkel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA; Daniel W. Nelson, Gibson, Dunn & Crutcher, LLP (Washington), Washington, DC.

For Liberty Mutual Fire Insurance Company, (06-1672, 06-1673, 06-1674, 07-3569, 07-3570), Consol Defendant; H. Minor Pipes, III, LEAD ATTORNEY, Jonathan R. Bourg, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA; Bonita Y. Watson, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Louisiana Citizens Property Insurance Corporation, 06-1672, 06-1673, 06-1674, Consol Defendant: Gwen-

dolyn S. Hebert, LEAD ATTORNEY, Hulse & Wanek, New Orleans, LA; John William Waters, [*252] Jr., LEAD ATTORNEY, David Edward Walle, Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA; Ralph Gerard Breaux, LEAD ATTORNEY, LEAD ATTORNEY, New Orleans, LA.

For Traveler's Property Casualty Comapny of America, 06-1672, 06-1673, 06-1674, Consol Defendant: Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Gotech, Inc., 05-6073, 06-4389, 06-5786, Consol Defendant: Albert D. Clary, LEAD ATTORNEY, Adrian Girard Nadeau, Long Law Firm, Baton Rouge, LA.

For Bean Dredging, L.L.C., 06-2824, Consol Defendant: Terrence L. Brennan, LEAD ATTORNEY, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA. William Everard Wright, Jr., LEAD ATTORNEY, Kelly Theard, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Bean Dredging Corporation, 06-2824, formerly known as Falcon Dredging Corporation formerly known as Eagle Dredging Corporation, Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For C.F. Bean Corporation, 06-2824, formerly known as C.F. Bean, Inc., Consol Defendant: William Everard Wright, Jr., LEAD ATTORNEY, [*253] Kelly Theard, Terrence L. Brennan, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA; Beth M. Kramer, Crowell & Moring, Washington, DC.

For Bean Horizon Corporation, 06-2824, Bean Dredging, L.L.C., 06-4066, Bean Dredging Corporation, 06-4066, formerly known as Eagle Dredging Corporation, Bean Dredging Corporation, 06-4066, formerly known as Falcon Dredging Corporation, C.F. Bean, L.L.C., 06-4066, C.F. Bean Corporation, 06-4066, formerly known as C.F. Bean, Inc., Bean Horizon Corporation, 06-4066, Bean Horizon L.L.C., 06-4066, Bean Stuyvesant, L.L.C., 06-4066, Stuyvesant Dredging Company, 06-4066, Stuyvesant Dredging, Inc., 06-4066, Stuyvesant Dredging Co., L.L.C., 06-4066, Royal Boskalis Westminster N.V., 06-4066, Bean Dredging, L.L.C., 06-5162, Bean Dredging Corporation, 06-5162, formerly known as Eagle Dredging Corporation, Bean Dredging Corporation, 06-5162, formerly known as Falcon Dredging Corporation, C.F. Bean, L.L.C., 06-5162, C.F. Bean Corporation, 06-5162, formerly known as C.F. Bean, Inc., Bean Horizon Corporation, 06-5162, Bean Horizon

L.L.C., 06-5162, Bean Stuyvesant, L.L.C., 06-5162, Stuyvesant Dredging Company, 06-5162, Stuyvesant Dredging, Inc., 06-5162, [*254] Stuyvesant Dredging Co., L.L.C., 06-5162, Royal Boskalis Westminster N.V., 06-5162, Consol Defendants: Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Bean Horizon L.L.C., 06-2824, Bean Stuyvesant, L.L.C., 06-2824, Consol Defendants: Terrence L. Brennan, William Everard Wright, Jr., LEAD ATTORNEYS, Kelly Theard, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Stuyvesant Dredging Company, Stuyvesant Dredging, Inc., Stuyvesant Dredging Co., L.L.C., Royal Boskalis Westminster N.V., 06-2824, Consol Defendants: William Everard Wright, Jr., LEAD ATTORNEY, Kelly Theard, Terrence L. Brennan, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For T.L. James & Company, Inc., 06-2824, Consol Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Kenneth Joseph Gelpi, Jr., Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett (New Orleans), New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP (New Orleans), New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For T.L. James Marine, Inc., 06-2824, Consol [*255] Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Montgomery Barnett (New Orleans), New Orleans, LA.

For Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware, Great Lakes Trailing Company, 06-2824, Consol Defendants: Duane M. Kelley, Jack J. Crowe, Winston & Strawn, LLP (Chicago), Chicago, IL; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For NATCO Dredging Limited Partnership, NATCO Dredging Limited Partnership, 06-2824, Consol Defendants: James H. Roussel, LEAD ATTORNEY, Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA; Duane M. Kelley, Jack J. Crowe, Winston & Strawn, LLP (Chicago), Chicago, IL.

For Weeks Marine Inc, 06-2824, Consol Defendant: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs,

Galliano, LA; John F. Emmett, Matthew F. Popp, Randolph J. Waits, Brown Sims, PC (New Orleans), New Orleans, LA.

For Luhr Bros., Inc., 06-2824, Consol Defendant: William J. Larzelere, Jr., LEAD ATTORNEY, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New [*256] Orleans), New Orleans, LA.

For Manson Construction Co., 06-2824, also known as Manson Construction & Engineering Co., Consol Defendant: Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Manson Gulf, LLC, 06-2824, Consol Defendant: Evans Martin McLeod, George Moore Gilly, LEAD ATTORNEYS, Christian E. Daigle, William Joseph Riviere, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Burk Kleinpeter, Inc., 05-4181, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-20, 06-225, 06-886, 06-2287, 06-2346, 06-2278, 06-4065, 06-4389, 06-4634, 06-4931, 06-5163, 06-5308, 06-5032, 06-5042, 06-5260, 06-5786, 06-5471, 06-5937, 06-5785, 07-1113, Consol Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For CSX Corporation, CSX Transportation, Inc., 05-4181, 06-20, 06-4389, 06-4634, 06-5786, 05-4181, CSX Transportation, Inc., 06-5132, Consol Defendants: Brent A. Talbot, LEAD ATTORNEY, Jonathan Christopher McCall, Chaffe McCall LLP (New Orleans), New Orleans, LA; Beth M. Kramer, Scott L. Winkelman, Crowell & Moring, Washington, DC; John Karl Etter, Roy J. Rodney, Jr., Rodney & Etter, LLC (New [*257] Orleans), New Orleans, LA; Michael D. Spencer, Proskauer Rose, LLP (New Orleans), New Orleans, LA.

For Standard Fire Insurance Company (improperly named as Travelers Property Casualty Company of America) (06-1672), Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Stephen E. Goldman, Wystan M. Ackerman, Robinson & Cole, LLP (Hartford), Hartford, CT.

For Board of Commissioners for the Orleans Levee District, Parish of Orleans 06-3529, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark

Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Francis J Harvey, 06-3552; Secretary of the Army, Consol Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice (Box 663), Environmental & Natural Resources Division, Washington, DC; Barbara L. Lyons, Cotchett Pitre & McCarthy, Burlingame, CA.

For Virginia Wrecking Company, Inc., 06-4065, Consol Defendant: [*258] Thomas Livingston Gaudry, Jr., Wade Antoine Langlois, III, LEAD ATTORNEY, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For Gulf Group, Inc. of Florida, 06-4065, Gulf Group, Inc. of Florida, 06-5367, Gulf Group, Inc. of Florida, 06-5032, Gulf Group Inc. of Florida, 06-5163, Consol Defendants: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For Pittman Construction Co. of LA., Inc., 06-4065, Pittman Construction Co. of LA, Inc., 06-5367, Pittman Construction Co. of LA, 06-4634, Pittman Construction Co., 06-5032, Pittman Construction Co. of LA., Inc., 06-5260, Consol Defendants: Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For James Construction Group, L.L.C., 06-4065, James Construction Group, LLC, 06-4634, James Construction Group, L.L.C., 06-5308, James Construction Group, LLC, 06-5032, James Construction Group, LLC, 06-5260, Consol Defendants: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones Walker (New Orleans), New Orleans, LA.

For Board of Commissioners for the [*259] Orleans Parish Levee District, 06-4065, Board of Commissioners for the Orleans Levee District, 06-4931, Board of Commissioners for the Orleans Levee District, 06-4389, Board of Commissioners for the Orleans Parish Levee District, 06-5161, Board of Commissioners for the Orleans Levee District, 06-4634, Board of Commissioners for the Orleans Levee District, 06-5308, Board of Commissioners for the Orleans Levee District, 06-5163, Board of Commissioners for the Orleans Levee District, 06-5260, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis

Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Sewerage and Water Board of New Orleans, 06-4065, Sewerage and Water Board of New Orleans, 06-4931, Sewerage and Water Board of New Orleans, 06-4389, Sewerage and Water Board of New Orleans, 06-5161, Sewerage and Water Board of New Orleans, 06-4634, Sewerage and Water Board of New Orleans, 06-5131, Sewerage and Water Board of New Orleans, 06-5308, New Orleans Sewerage [*260] & Water Board, 06-5032, New Orleans Sewerage and Water Board, 06-5163, Sewerage and Water Board of New Orleans, 06-5159, Consol Defendants: George R. Simno, III, LEAD ATTORNEY, Sewerage & Water Board Legal Department, New Orleans, LA; Charles Munson Lanier, Jr., Gregory Scott LaCour, J. Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA; Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA.

For St. Paul Fire and Marine Insurance Company, 06-4065, St. Paul Fire and Marine Insurance Company, 06-5308, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, April Rochelle Roberts, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Gulf Coast Trailing Company, 06-4066, TLJIC, L.L.C., 06-4066, T.L. James & Company, Inc., 06-4066, T.L. James Marine, Inc., 06-4066, T.L. James Marine, L.L.C., 06-4066, Consol Defendants: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett (New Orleans), New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP (New Orleans), New Orleans, LA.

For Great Lakes Dredge & Dock Company, [*261] 06-4066, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-4066, Great Lakes Dredge & Dock Corporation of Delaware, 06-4066, NATCO Dredging Limited Partnership, 06-4066, Great Lakes Trailing Company, 06-4066, Consol Defendants: James H. Roussel, LEAD ATTORNEY, Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Weeks Marine, Inc., 06-4066, Consol Defendant: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; John F. Emmett, Matthew F. Popp, Randolph J. Waits, Brown Sims, PC (New Orleans), New Orleans, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Mike Hooks Inc, 06-4066, Consol Defendant: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb & LeBlanc, LLC, Lake Charles, LA.

For Luhr Bros., Inc., 06-4066, Consol Defendant: William J. Larzelere, Jr., LEAD ATTORNEY, Angie Arceneaux Akers, T. Justin Simpson, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Manson Construction Co., 06-4066, also known as Manson Construction & Engineering Co., Manson Gulf, LLC, 06-4066, Consol Defendants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, [*262] Evans Martin McLeod, William Joseph Riviere, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Pine Bluff Sand and Gravel Company, 06-4066, Pine Bluff Sand and Gravel Company, 06-5162, Consol Defendants: Andre J. Mouledoux, LEAD ATTORNEY, Clarence William Emory, Daniel J. Hoerner, Jacques P. DeGruy, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA.

For King Fisher Marine Service, Inc., 06-4066, King Fisher Marine Service, L.P., 06-4066, Consol Defendants: Richard Abelard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA.

For Great American Insurance Company of New York, 06-3545, Consol Defendant: George B. Hall, Jr., LEAD ATTORNEY, Phelps Dunbar, LLP (New Orleans), New Orleans, LA; Jennifer W. Wall, Lloyd, Gray & Whitehead, PC, Birmingham, AL.

For Encompass Indemnity Company (06-1672, 06-1673, 06-1674, 07-5112), Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Steven Michael Lozes, Lozes & Ponder (New Orleans), New Orleans, LA.

For St. Paul Fire and Marine Insurance Company, 06-4931, St. Paul Fire and Marine Insurance Company, 06-5164, [*263] St. Paul Fire and Marine Insurance Company, 06-5032, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For New Orleans City, 06-4931, Consol Defendant: James Bryan Mullaly, Joseph Vincent DiRosa, Jr., LEAD ATTORNEYS, Penya M. Moses-Fields City Attorney's Office (New Orleans), New Orleans, LA.

For Johnny D. Bradberry, 06-4389; Individually and in his official capacity as Secretary of the Department of Transportation and Development, State of Louisiana, Louisiana Department of Transportation and Development, 06-20, Consol Defendants: Michael Courtney Keller, LEAD ATTORNEY, Phyllis Esther Glazer, Stephen F. Babin, Louisiana Department of Justice (New Orleans), New Orleans, LA.

For St. Paul Fire and Marine Insurance Company, 06-4389, St. Paul Fire and Marine Insurance Company, 06-5159, St. Paul Fire and Marine Insurance Company, 06-5161, St. Paul Fire and Marine Insurance Company, 06-5163, St. Paul Fire and Marine Insurance Company, 06-5260, Consol Defendants: Joseph Pierre Guichet, LEAD ATTORNEY, April Rochelle Roberts, Rachel Ann Meese, Ralph Shelton Hubbard, III, [*264] Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 06-4389, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For B&K Construction Company, Inc., 06-4389, 06-4065, 06-4931, 06-4634, 06-5308, 06-5260, 06-5937, 06-5785, 06-5786, 06-5042, 06-5471, 07-1113, 07-1349, Consol Defendant: Herman C. Hoffmann, Jr., LEAD ATTORNEY, Betty Finley Mullin, Wade Michael Bass, Simon, Peragine, Smith & Redfearn, LLP, New Orleans, LA; Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For CSX Corporation, 06-4389, CSX Transportation, Inc., 06-5131, Consol Defendants: Brent A. Talbot, LEAD ATTORNEY, Jonathan Christopher McCall, Chaffe McCall LLP (New Orleans), New Orleans, LA; John Karl Etter, Roy J. Rodney, Jr., Rodney & Etter, LLC (New Orleans), New Orleans, LA; Michael D. Spencer, Proskauer Rose, LLP (New Orleans), New Orleans, LA.

For Board of Commissioners of the Port of New Orleans, 06-4389, Consol Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael [*265] William McMahon, Daigle Fisse & Kessenich, Covington, LA; Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude

Lagarde, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Board of Commissioners of the Port of New Orleans, 06-5159, Port of New Orleans, 06-5131, Port of New Orleans, 06-5142, Port of New Orleans, 06-5118, Port of New Orleans, 06-5134, Port of New Orleans, 06-5132, Port of New Orleans, 06-5128, Port of New Orleans, 06-5137, Consol Defendants: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA.

For Ham Construction Overseas N.V., 06-5162, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Mike Hooks, Inc., 06-5162, Consol Defendant: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb & LeBlanc, LLC, Lake Charles, LA; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz [*266] (New Orleans), New Orleans, LA.

For Manson Gulf, L.L.C., 06-5162, Consol Defendant: Evans Martin McLeod, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For St. Paul Fire and Marine Insurance Company, 06-4634, Consol Defendant: April Rochelle Roberts, Joseph Pierre Guichet, Rachel Ann Meese, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For New Orleans Public Belt Railroad Commission, 06-5131, Consol Defendant: Galen S. Brown, LEAD ATTORNEY, Hamilton Brown & Babst, New Orleans, LA.

For Burlington Northern & Santa Fe Railway Company, 06-5131, Burlington Northern & Santa Fe Railway Company, 06-5132, Consol Defendants: Michael Raudon Phillips, Frilot L.L.C., New Orleans, LA.

For Orleans Levee District, 06-5131, Orleans Levee District, 06-5142, Orleans Levee District, 06-5118, Orleans Levee District, 06-5134, Orleans Levee District, 06-5132, Orleans Levee District, 06-5128, Orleans Levee District, 06-5137, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy

2008 U.S. Dist. LEXIS 39774, *

Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, Sidney Jay Hardy, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, [*267] James L. Pate, Laborde & Neuner, Lafayette, LA; Charles Edward Sutton, Jr., Sutton Law Firm, LLC, Covington, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Allstate Fire and Casualty Insurance Company, 06-5164, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Allstate Insurance Company, 06-1769, 06-5164, 06-4746, 06-4873, 06-5370, 06-5383, 06-6093, 06-7079, 06-7759, 06-7846, 06-7278, 06-1768, 06-8150, 06-8756, 06-9097, 06-10714, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Craig Isenberg, Edward R. Wicker, Jr., Mary Dawn Pugh, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Steven Michael Lozes, Lozes & Ponder (New Orleans), New Orleans, LA.

For American Bankers Insurance Company of Florida, 06-5164, Consol Defendant: David P. Salley, LEAD ATTORNEY, Salley, Hite & Mercer, LLC, New Orleans, LA; Maria N. Rabieh, Phelps Dunbar, LLP (New Orleans), New Orleans, LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For American Empire Insurance Company, 06-5164, American Empire Surplus Lines Insurance Company, 06-5164, Republic Indemnity Company [*268] of America, 06-5164, Consol Defendants: Jennifer W. Wall, Lloyd, Gray & Whitehead, PC, Birmingham, AL; George B. Hall, Jr., LEAD ATTORNEY, Pablo Gonzalez, Phelps Dunbar, LLP (New Orleans) New Orleans, LA.

For American National General Insurance Company, 06-5164, ANPAC Louisiana Insurance Company, 06-5164, Republic Underwriters Insurance Company, 06-5164, Consol Defendants: Jay M. Lonero, LEAD ATTORNEY, Christopher Raymond Pennison, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For American Security Insurance Company, 06-5164, Standard Guaranty Insurance Company, 06-5164, Voyager Indemnity Insurance Company, 06-5164, Voyager Property and Casualty Insurance Company, 06-5164, Consol Defendants: David P. Salley, LEAD ATTORNEY, Salley, Hite & Mercer, LLC, New Orleans, LA; Maria N. Rabieh, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For American Zurich Insurance Company, 06-5164, Colonial American Casualty and Surety Company, 06-5164, Zurich American Insurance Company, 06-5164, Zurich American Insurance Company of Illinois, 06-5164, Zurich International (Bermuda) Ltd., 06-5164, Zurich Specialties London Limited, 06-5164, Consol Defendants: Richard E. King, LEAD ATTORNEY, [*269] David Michael Moragas, Matthew J. Lindsay, Ryan M. Bourgeois, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA; Stephen James Moore, Galloway, Johnson, Tompkins, Burr & Smith (St. Louis), St. Louis, MO.

For Amica Mutual Insurance Company, 06-5164, Consol Defendant: John Powers Wolff, III, LEAD ATTORNEY, Christopher K. Jones, Nancy B. Gilbert, Steven C. Judice, Keogh, Cox & Wilson, Baton Rouge, LA.

For Audubon Indemnity Company, 06-5164, Hartford Fire Insurance Company, 06-5164, 06-4746, Hartford Underwriters Insurance Company, 06-5164, 06-4746, Consol Defendants: William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Auto Club Family Insurance Company, 06-6872, 06-9039, Consol Defendant: Anthony Joseph Milazzo, Jr., Thomas M. Young, LEAD ATTORNEYS, Hebbler & Giordano, LLC, Metairie, LA; Gina Puleio Campo, Orrill, Cordell & Beary, LLC, New Orleans, LA; Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Bradley Joseph Luminais, Jr., Jason Paul Foote, Chopin, Wagar, Richard & Kutcher, LLP, Metairie, LA; William Harry Eckert, Ungarino & Eckert, LLC (Metairie), Metairie, LA.

For Bankers Insurance Company, 06-5164, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, [*270] Chopin, Wagar, Richard & Kutcher, LLP, Metairie, LA.

For Delta Lloyds Insurance Company of Houston, Texas, 06-5164, Harleysville Insurance Company, 06-5164, Harleysville Mutual Insurance Company, 06-5164, Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, Thomas Christopher Pennebaker, Nielsen Law Firm, Metairie, LA.

For Electric Insurance Company, 06-5164, Consol Defendant: Dominic Joseph Gianna, LEAD ATTORNEY, Alan Dean Weinberger, Erin Casey Hangartner, Middleberg, Riddle & Gianna (New Orleans), New Orleans, LA.

For Fidelity and Casualty Insurance Company of New York, 06-5164, Consol Defendant: James L. Pate, Ben

2008 U.S. Dist. LEXIS 39774, *

Louis Mayeaux, Charles W. Montz, Jr., Laborde & Neuner, Lafayette, LA.

For Fidelity National Insurance Company, 06-5164, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Brandon Slade Stockstill, Dorothy L. Tarver, Thomas Christopher Pennebaker, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Terrence Kent Knister, Gordon, Arata, McCollam, Duplantis & Eagan (New Orleans), New Orleans, LA.

For Financial Casualty and Surety, Inc., 06-5164, Consol Defendant: Michael David Singletary, LEAD ATTORNEY, Crystal Guillory, Kathy L. Smith, Singletary & Associates, APLC, Opelousas, [*271] LA.

For Fireman's Fund Insurance Company, 06-5164, Consol Defendant: C. Michael Pfister, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Fireman's Fund Insurance Company of Louisiana, 06-5164, Consol Defendant: Kelly Cambre Bogart, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Hartford Accident and Indemnity Company, 06-5164, 06-4746, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Hartford Insurance Company of the Midwest, 06-5164, Consol Defendant: Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Liberty Mutual Insurance Company, 06-5164, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For National Fire & Indemnity Exchange, 06-5164, Consol Defendant: Rene A. Curry, Jr., LEAD ATTORNEY, Brett F. Willie, Christoffer C. Friend, Guy Christopher Curry, Curry & Friend, APLC, New Orleans, LA.

For Safeco Insurance Company of [*272] America, 06-5164, Safeco Insurance Company of Illinois, 06-5164, Safeco Insurance Company of Indiana, 06-5164, Safeco National Insurance Company, 06-5164, Safeco Surplus Lines Insurance Company, 06-5164, Consol Defendants: Wendy Hickok Robinson, LEAD ATTORNEY, Nina Wessel English, Gordon, Arata,

McCollam, Duplantis & Eagan (New Orleans), New Orleans, LA.

For State Farm Fire and Casualty Company, 06-5164, Consol Defendant: David A. Strauss, LEAD ATTORNEY, Adam Patrick Massey, Lindsay A. Larson, III, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA.

For State National Insurance Company, 06-5164, Consol Defendant: Kent A. Lambert, LEAD ATTORNEY, Anne Derbes Wittmann, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Union Insurance Company, 06-5164, Consol Defendant: Sean P. Mount, LEAD ATTORNEY, Dominic J. Ovella, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Union National Fire Insurance Company, 06-5164, Consol Defendant: Deborah Bila Rouen, LEAD ATTORNEY, Adams & Reese, LLP (New Orleans), New Orleans, LA.

For Union Standard Insurance Company, 06-5164, Consol Defendant: Dominic J. Ovella, Sean P. Mount, Hailey, McNamara, Hall, [*273] Larmann & Papale (Metairie), Metairie, LA.

For United National Insurance Company, 06-5164, Consol Defendant: Kevin Lawrence Cole, LEAD ATTORNEY, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For ZC Sterling Corporation, 06-5164, Consol Defendant: Dominic J. Ovella, Anne Elizabeth Medo, Joseph L. Spilman, III, Laurence Emig Larmann, Sean P. Mount, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA; Stephen James Moore, Galloway, Johnson, Tompkins, Burr & Smith (St. Louis), St. Louis, MO.

For ZC Sterling Insurance Agency, 06-5164, Consol Defendant: Dominic J. Ovella, Anne Elizabeth Medo, Joseph L. Spilman, III, Laurence Emig Larmann, Sean P. Mount, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Board of Commissioners for the Orleans Levee District, 06-5032, Consol Defendant: Darcy Elizabeth Decker, McCranie, Sistrunk (Metairie), Metairie, LA; Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For Virginia Wrecking Co., Inc., 06-5032, Consol Defendant: Thomas Livingston Gaudry, Jr., LEAD AT-

TORNEY, Thomas W. Darling, Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For Eustis Engineering Company, [*274] Inc., 06-225, 06-4065, 06-4389, 06-5308, 06-5163, 06-5260, 06-5786, 06-5471, 07-1289, 07-1288, Consol Defendant: Alanson Trigg Chenault, LEAD ATTORNEY, Mat M. Gray, III, Fowler Rodriguez (New Orleans), New Orleans, LA; James Thomas Busenlener, LEAD ATTORNEY, Max Jeffrey Cohen, Lowe, Stein, Hoffman, Allweiss & Hauver, LLP, New Orleans, LA; Erin E. Dearie, Thomas Francis Gardner, Gardner & Kewley, APLC, Metairie, LA.

For East Jefferson Levee District, 06-5163, Consol Defendant: Gary M. Zwain, LEAD ATTORNEY, Joseph Edward Bearden, III, Lawrence J. Duplass, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For T.L. James and Company, Inc., 06-5163, Consol Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Kenneth Joseph Gelpi, Jr., Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett (New Orleans), New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP (New Orleans), New Orleans, LA.

For Louisiana Department of Transportation and Development, 06-5137, Consol Defendant: Brent Bennett Barriere, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Northfolk and Southern Rail Road, 06-5137, Consol Defendant: Susannah Walter Poljak, Blanchard, [*275] Walker, O'Quin & Roberts, APLC, Shreveport, LA; Thomas Louis Colletta, Jr., Lemle & Kelleher, LLP (New Orleans), New Orleans, LA.

For Travelers Property Casualty Company of America, 06-516, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Christopher J. Hug, Eric Lukingbeal, John M. Tanski, Stephen E. Goldman, Wystan M. Ackerman, Robinson & Cole, LLP (Hartford), Hartford, CT; Seth Andrew Schmeeckle, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Sewerage and Water Board of New Orleans, 06-5260, Sewerage & Water Board of New Orleans, 06-5116, Sewerage & Water Board of New Orleans, (06-5127, 07-4959, 07-5067, 07-5184, 07-5185), Sewerage and Water Board of New Orleans, 06-6473, Sewerage and Water Board of New Orleans, 06-5786, Sewerage and Water Board of New Orleans, 06-7682, Sewe-

rage and Water Board of New Orleans, 06-8708, Sewerage and Water Board of New Orleans, 06-6099, Sewerage and Water Board of New Orleans, 06-6642, Sewerage and Water Board of New Orleans, 06-5042, Consol Defendants: George R. Simno, III, LEAD ATTORNEY, Sewerage & Water Board Legal Department, New Orleans, LA; Charles Munson Lanier, Jr., J. Warren [*276] Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, Pan American Life Center, New Orleans, LA; Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA; Gregory Scott LaCour, Christovich & Kearney, LLP, New Orleans, LA.

For Bean Dredging, L.L.C., 06-5260, Bean Dredging Corporation, 06-5260, formerly known as Eagle Dredging Corporation, Bean Dredging Corporation, 06-5260, formerly known as Falcon Dredging Corporation, C.F. Bean, L.L.C., 06-5260, C.F. Bean Corporation, 06-5260, Bean Horizon Corporation, 06-5260, Bean Horizon L.L.C., 06-5260, Bean Stuyvesant, L.L.C., 06-5260, Stuyvesant Dredging Company, 06-5260, Stuyvesant Dredging, Inc., 06-5260, Stuyvesant Dredging Co., L.L.C., 06-5260, Royal Boskalis Westminster N.V., 06-5260, Bean Dredging, L.L.C., 06-5155, C.F. Bean, L.L.C., 06-5155, Bean Stuyvesant, L.L.C., 06-5155, Stuyvesant Dredging Company, 06-5155, Stuyvesant Dredging, Inc., 06-5155, Consol Defendants: Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Weeks Marine, Inc., 06-5260, Luhr Bros., Inc., 06-5260, Consol Defendants: James A. Cobb, Jr., LEAD [*277] ATTORNEY, Crosby Tugs, Galliano, LA; John F. Emmett, Matthew F. Popp, Randolph J. Waits, Brown Sims, PC (New Orleans), New Orleans, LA.

For Pine Bluff Sand and Gravel Company, 06-5260, Great Lakes Dredge and Dock Company, L.L.C. of Louisiana, 06-5155, Consol Defendants: Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Louisiana Department of Transportation and Development, 06-5260, Louisiana State, 06-6099, Department of Transportation And Development, State of Louisiana, 06-6099, Johnny D. Bradberry, 06-6099, Governor's Office of Homeland Security and Emergency Preparedness, 06-6099, Jeff Smith, 06-6099, Department of Social Services, State of Louisiana, 06-6099, Ann S Williams, 06-6099, Louisiana Department of Public Safety and Corrections, 06-6099 Richard L. Stalder, 06-6099, Consol Defendants: Michael Courtney Keller, LEAD ATTORNEY, Louisiana Department of Justice (New Orleans), New Orleans, LA; Phyllis Esther Glazer, Stephen

F. Babin, Louisiana Department of Justice (New Orleans), Office of the Attorney General - Litigation Division, New Orleans, LA.

For GeoTech, Inc., 06-5260, Consol Defendant: Albert D. Clary, LEAD ATTORNEY, Adrian [*278] Girard Nadeau, Long Law Firm, One United Plaza, Baton Rouge, LA.

For Board of Commissioners for the Orleans Levee District, 06-5116, Board of Commissioners for the Orleans Levee District, 06-5127, Board of Commissioners for the Orleans Levee District, 06-5937, Board of Commissioners for the Orleans Levee District, 06-5786, Board of Commissioners for the Orleans Levee District, 06-7682, Board of Commissioners for the Orleans Parish Levee Board, 06-6099, Board of Commissioners for the Orleans Levee District, 06-6642, Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Board of Commissioners for the Port of New Orleans, 06-5116, Board of Commissioners for the Port of New Orleans, 06-5127, Board of Commissioners for the Port of New Orleans, 06-5786, Consol Defendants: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, [*279] Daigle Fisse & Kessenich, Covington, LA.

For East Jefferson Levee District, 06-5116, East Jefferson Levee District, 06-5127, Consol Defendants: Lawrence J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Joseph Edward Bearden, III, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Three Lakeway Center, Metairie, LA.

For Jefferson Parish, 06-5116, Jefferson Parish, 06-5127, Consol Defendants: Christopher Kent Tankersley, LEAD ATTORNEY, Dennis J. Phayer, Scott Owen Gaspard, Burglass & Tankersley, L.L.C., Metairie, LA.

For Port of New Orleans, 06-5140, Consol Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Orleans Levee District, 06-5140, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA; Joseph M. [*280] Bruno, Bruno & Bruno, New Orleans, LA.

For Allstate Property and Casualty Insurance Company, 06-5383, 06-4746, 06-5164, Encompass Insurance Company of America, 06-5383, 06-5164, Allstate Fire and Casualty Insurance Company, 06-4746, 06-5383, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Laura Spansel Gravener, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA.

For American National General Insurance Company, 06-5383, Republic Fire and Casualty Insurance Company, 06-5383, 06-4746, 06-5164, Consol Defendants: Jay M. Lonero, LEAD ATTORNEY, Christopher Raymond Pennison, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Two Lakeway Center, Metairie, LA.

For Lafayette Insurance Company, 06-5383, 06-5164, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA; Robert A. McMahon, Jr., Stephen N. Elliott, Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, 06-5383, State Farm General Insurance Company, 06-5383, 06-5164, 06-4746, Consol Defendants: Wayne J. Lee, LEAD ATTORNEY, Lesli D. Harris, Stephen G. Bullock, Stone Pigman Walther Wittmann, [*281] LLC, New Orleans, LA; Sarah House Barcellona, Sarah H. Barcellona, Attorney at Law, Concord, NC.

For St. Paul Fire and Marine Insurance Company, 06-5937, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Virginia Wrecking Company, Inc., 06-5937, Consol Defendant: Thomas Livingston Gaudry, Jr., LEAD ATTORNEY, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For Gulf Group, Inc. of Florida, 06-5937, Gulf Group Inc., of Florida, 06-6473, Consol Defendants: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Por-

teous, Hainkel & Johnson (New Orleans), New Orleans, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For Pittman Construction Co. of LA, Inc., 06-5937, Consol Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA; Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For James Construction Group, LLC, 06-5937, James Construction Group, LLC, 06-5785, James Construction Group, LLC, 06-6642, formerly known [*282] as Iafrate Construction, LLC, Consol Defendants: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones Walker (New Orleans), New Orleans, LA.

For Great American Insurance Company of New York, 06-3544, Consol Defendant: George B. Hall, Jr., LEAD ATTORNEY, Phelps Dunbar, LLP (New Orleans), New Orleans, LA; Jennifer W. Wall, LEAD ATTORNEY, Lloyd, Gray & Whitehead, PC, Birmingham, AL.

For Louisiana Farm Bureau Mutual Insurance Company, 06-6481, Consol Defendant: H. Alston Johnson, LEAD ATTORNEY, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA; Andrew Lane Plauche, Jr., Plauche, Maselli, Parkerson, LLP, New Orleans, LA.

For Susan Bowman, 06-6481, Consol Defendant: Beverly Aloisio DeLaune, William Everard Wright, Jr., LEAD ATTORNEYS, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Pittman Construction Co. of LA., Inc., 06-6473, Consol Defendant: Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For Board of Commissioners for the Orleans Levee Board, 06-6473, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, [*283] One Petroleum Center, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For St. Paul Fire and Marine Insurance Company, 06-6473, St. Paul Fire and Marine Insurance Company, 06-5042, Consol Defendants: Joseph Pierre Guichet, LEAD ATTORNEY, Rachel Ann Meese, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For New Orleans City, 06-6473, Consol Defendant: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, City Attorney's Office (New Orleans), New Orleans, LA.

For Virginia Wrecking Company, Inc., 06-5785, Consol Defendant: Thomas Livingston Gaudry, Jr., LEAD ATTORNEY, Thomas W. Darling, Wade Antoine Langlois, III, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For Pittman Construction Co. of LA., Inc., 06-5785, Consol Defendant: Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For Department of Transportation And Development, State of Louisiana, 06-5786, Consol Defendant: Michael Courtney Keller, LEAD ATTORNEY, Louisiana Department of Justice (New Orleans), New Orleans, LA.

For St. Paul Fire & Marine Insurance Company, 06-5786, St. Paul Fire and Marine Insurance Company, 06-8708, St. Paul Fire [*284] and Marine Insurance Company, 06-6099, Consol Defendants: Joseph Pierre Guichet, LEAD ATTORNEY, April Rochelle Roberts, Rachel Ann Meese, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 06-5786, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Three Lakeway Center, Metairie, LA; Andrew D. Weinstock, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Three Lakeway Center, Metairie, LA.

For CSX Corporation, 06-5786, CSX Transportation, Inc., 06-7682, 07-5067, Consol Defendants: Brent A. Talbot, LEAD ATTORNEY, Jonathan Christopher McCall, Chaffe McCall LLP (New Orleans), Energy Centre, New Orleans, LA; John Karl Etter, Roy J. Rodney, Jr., Rodney & Etter, LLC (New Orleans), New Orleans, LA; Michael D. Spencer, Proskauer Rose, LLP (New Orleans), New Orleans, LA.

For Buffman, Inc., 06-6639, 06-9206, 06-7400, 06-9321, 06-8219, 06-7355, 06-8982, 06-9192, 06-9641, 06-8963, 06-8972, 06-8992, 06-9191, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-8810, 06-7858, 06-7457, 06-7802, 06-7633, 06-8881, 06-8947, 06-9569, [*285] 06-9642, doing business as St. Rita's Nursing Home Facility, Buffman, Inc., 06-9037, 06-9038, 06-10426, 06-10790, 07-269, 07-657, doing business as St. Rita's Nursing Home Facility, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Jere-

2008 U.S. Dist. LEXIS 39774, *

my D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Brown Sims, PC (New Orleans), New Orleans, LA; Louis G. Spencer, McNair Law Firm, Two Wachovia Center, Charlotte, NC; Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Curry & Friend, APLC, Whitney Bank Bldg., New Orleans, LA.

For Board of Commissioners of the Port of New Orleans, 06-7682, Consol Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA; Thomas P. Anzelmo, LEAD ATTORNEY, McCranie, Sistrunk (Metairie), Metairie, LA.

For BNSF Railway Company, 06-7682, formerly known as Burlington Northern & Santa Fe Railway Company, Consol Defendant: Carl Edward Hellmers, III, LEAD ATTORNEY, Michael Raudon Phillips, Patrick A. Talley, Jr., Frilot L.L.C., Energy [*286] Centre, New Orleans, LA.

For Louisiana Department of Transportation and Development, 06-7682, Consol Defendant: Richard G. Duplantier, Jr., LEAD ATTORNEY, Lambert Joseph Hassinger, Jr., Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA; Michael Courtney Keller, Stephen F. Babin, Louisiana Department of Justice (New Orleans), New Orleans, LA; Thomas M. Brahney, Louisiana Department of Justice, Litigation Division, New Orleans, LA; Timothy William Hassinger, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Louisiana Farm Bureau Mutual Insurance Company, 06-6479, Consol Defendant: Andrew Lane Plauche, Jr., Plauche, Maselli, Parkerson, LLP, New Orleans, LA; H. Alston Johnson, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA.

For James L. Frantz, 06-6479, Consol Defendant: William Everard Wright, Jr., LEAD ATTORNEY, Beverly Aloisio DeLaune, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, 06-8708, Consol Defendant: Darcy Elizabeth Decker, McCranie, Sistrunk (Metairie), Metairie, LA; Gregory Alan Koury, Laborde & Neuner, One Petroleum Center, Lafayette, LA.

For New Orleans [*287] City, 06-8708, Consol Defendant: Joseph Vincent DiRosa, Jr., LEAD ATTORNEY,

Penya M. Moses-Fields, City Attorney's Office (New Orleans), New Orleans, LA.

For Orleans Parish Criminal Sheriff's Office, 06-6099, Consol Defendant: Freeman Rudolph Matthews, LEAD ATTORNEY, Craig Edmond Frosch, Timothy R. Richardson, Usry, Weeks & Matthews, New Orleans, LA.

For Marlin Gusman, 06-6099, Consol Defendant: Freeman Rudolph Matthews, LEAD ATTORNEY, Timothy R. Richardson, Usry, Weeks & Matthews, New Orleans, LA.

For Gulf Group Inc., 06-6642, Consol Defendant: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For Alliance Insurance Agency Services, Inc., 06-8935, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, David Ira Bordelon, Matthew J. Ungarino, Wayne Robert Maldonado, Ungarino & Eckert, LLC (Metairie), Lakeway Two, Metairie, LA.

For Standard Fire Insurance Company, 06-8935, United States Fidelity and Guaranty Company, 06-4927, Consol Defendants: Gary Jude Russo, LEAD ATTORNEY, Longman Russo, APLC, Lafayette, [*288] LA; Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Longman Russo, APLC, Lafayette, LA.

For Gulf Coast Trailing Company TLJIC, L.L.C., 06-5155, T.L. James Marine, L.L.C., 06-5155, T.L. James Marine, Inc., 06-5155, T.L. James & Company, Inc., 06-5155, Consol Defendants: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett (New Orleans), Energy Centre, New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP (New Orleans), Pan American Life Center, New Orleans, LA.

For Mike Hooks, Inc., 06-5155, Consol Defendant: Samuel B. Gabb, LEAD ATTORNEY, Thomas Patrick LeBlanc, Loftin, Cain, Gabb & LeBlanc, LLC, Lake Charles, LA.

For Manson Gulf, L.L.C., 06-5155, Consol Defendant: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, Evans Martin McLeod, William Joseph Riviere, Phelps Dunbar, LLP (New Orleans), Canal Place, New Orleans, LA.

For Pine Bluff Sand and Gravel Company, 06-5155, Consol Defendant: Andre J. Mouledoux, LEAD ATTORNEY, Clarence William Emory, Daniel J. Hoerner, Jacques P. DeGruy, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA.

For Gregory Ruiz Agency, 06-9097, Consol Defendant: Kelly Cambre Bogart, LEAD ATTORNEY, [*289] Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Three Lakeway Center, Metairie, LA.

For Hartford Insurance Company of the Midwest, 06-4719, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Travelers Insurance Company, 06-2143, Standard Fire Insurance Company, 06-2143, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Tina L. Kappen, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (Baton Rouge), Baton Rouge, LA.

For State Farm Fire and Casualty Company, 06-8602, Charles A. LaGarde, Jr., 06-8602, Consol Defendants: Andrea L. Fannin, LEAD ATTORNEY, Lesli D. Harris, Mary L. Dumestre, Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Auto Club Family Insurance Company, 06-7483, 06-4746, 06-4688, 06-5164, 06-6655, Kenneth Johnson, 06-7483; President and CEO, William Erdman, 06-7483; VP, General Counsel and Secretary, Robert J. Schreiber, 06-7483; VP, Insurance, Ms. Linda Hines, 06-7483; Claims Representative, Steve Bruening, 06-7483, Consol Defendants: Thomas M. Richard, LEAD ATTORNEY, Brad M. [*290] LaComb, Chopin, Wagar, Richard & Kutcher, LLP, Two Lakeway Center, Metairie, LA.

For Board of Commissioners for the Orleans Levee District, 06-5042, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, One Petroleum Center, Lafayette, LA.

For Hanover Insurance Company, 06-3992, Consol Defendant: Seth Andrew Schmeeckle, LEAD ATTORNEY, LaDonna Grey Wilson, Ralph Shelton Hubbard, III, Tina L. Kappen, William Lee Kohler, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Andrew R. Greene, Kevin P. Kamraczewski, Sonnenschein, Nath & Rosenthal (Chicago), Chicago, IL.

For Encompass Insurance Company, 06-7540, Consol Defendant: Donald Francis deBoisblanc, Jr., J. Rand Smith, Jr., deBoisblanc & deBoisblanc, New Orleans, LA; Steven Michael Lozes, Lozes & Ponder (New Orleans), New Orleans, LA.

For Aparicio, Walker & Seeling, Inc., 06-7540, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, David Ira Bordelon, Stephen M. Gele, Ungarino & Eckert, LLC (Metairie), Lakeway Two, Metairie, [*291] LA.

For Lafayette Insurance Company, 06-7577, Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA; Stephen R. Barry, LEAD ATTORNEY, Daphne P. McNutt, Wendell R. Verret, Barry & Piccione (New Orleans), New Orleans, LA.

For Scottsdale Insurance Company, 06-4808, Consol Defendant: Kevin Lawrence Cole, LEAD ATTORNEY, Cynthia J. Thomas, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For Mangano Corporation, 06-7633, 06-7802, 06-8219, 06-8759, 06-8761, 06-8810, 06-8821, 06-8881, 06-9037, 06-9193, 06-9206, 07-9236, 07-269, Salvador A. Mangano, 06-6639, 06-7400, 06-9192, 06-9191, 06-9321, 06-8963, 06-7858, 06-9236, 06-9206, 06-7802, 06-7633, 06-8982, 06-9642, 06-9037, 06-9641, 06-9038, 06-8972, 06-8992, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-8810, 06-8821, 06-8761, 06-7457, 06-9193, Mabel B. Mangano, 06-8947, 06-9038, 06-9191, 06-8810, 06-9193, 06-9569, 06-9642, 07-269, 07-657, Mabel B. Mangano, 06-9321, 06-6639, 06-7400, 06-8219, 06-8963, 06-9037, 06-8982, 06-9192, 06-9641, 06-8972, 06-8992, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-7355, 06-7858, 06-8821, 06-8761, 06-7457, 06-9206, 06-10426, [*292] 06-10790, 06-7802, 06-8759, 06-7633, 06-8881, Salvador A. Mangano, 06-9206, 06-10426, 06-7802, 06-8759, 06-7633, 06-8881, 06-8947, 06-9569, 06-10790, 07-269, 07-657, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Two Wachovia Center, Charlotte, NC; Susan E. Henning, Curry & Friend, APLC, Whitney Bank Bldg., New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4777, 07-1796, Consol Defendant: William Marvin Hall, LEAD ATTORNEY, Caroline D. Ibos, Darren Albert Patin, David K Persons, John Elliott Unsworth, Jr., Hai-

ley, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Lexington Insurance Company, 06-4816, Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Alistair Ward, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Maryland Casualty Company, 06-4956, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Matthew J. Lindsay, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Zurich Insurance Company, 06-4956, Consol Defendant: David Michael Moragas, Matthew [*293] J. Lindsay, Richard E. King, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Lexington Insurance Company, 06-5297, Consol Defendant: John E. Baay, II, LEAD ATTORNEY, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-5886, Consol Defendant: James R. Nieset, Jr., LEAD ATTORNEY, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA; Peter Joseph Wanek, LEAD ATTORNEY, McCranie, Sistrunk (Metairie), Metairie, LA; Adrianne L. Baumgartner, Porteous, Hainkel & Johnson (Covington), Covington, LA; Andrea L. Fannin, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Norman F. Hodgins, III, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For Fireman's Fund Insurance Company, 06-6968, Consol Defendant: C. Michael Pfister, LEAD ATTORNEY, Jaime Michele Cambre, Kelly Cambre Bogart, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Hanover Insurance Group, 06-7228, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Kristopher T. Wilson, LaDonna Grey Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, [*294] Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Hartford Insurance Company of the Midwest, 06-7351, Hanover American Insurance Company, 06-4746, 06-5164, Hanover Insurance Company, 06-4746, 06-5164, Standard Fire Insurance Company, 06-4746, 06-5164, Travelers Casualty and Surety Company, 06-4746, 06-5164, Travelers Casualty Company of Connecticut, 06-4746, 06-5164, Travelers Casualty In-

surance Company of America, 06-4746, 06-5164, Travelers Home and Marine Insurance Company, 06-4746, 06-5164, Travelers Indemnity Company of America, 06-4746, 06-5164, Travelers Excess and Surplus Lines Company, 06-4746, 06-5164, Travelers Indemnity Company of Connecticut, 06-4746, 06-5164, Travelers Property Casualty Company of America, 06-4746, 06-5164, Travelers Property Casualty Insurance Company, 06-4746, 06-5164, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Peerless Insurance Company, 06-7450, America First Insurance, 06-7450, Consol Defendants: H. Minor Pipes, III, LEAD ATTORNEY, Laura Spansel Gravener, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, [*295] LA.

For Westchester Surplus Lines Insurance Company, 06-5183, Consol Defendant: Harry Rosenberg, LEAD ATTORNEY, Rebecca Y. Cooper, Richard Nelson Dicharry, Phelps Dunbar, LLP (New Orleans), Canal Place, New Orleans, LA.

For Axis Surplus Insurance Company, 06-5183, Consol Defendant: Michael R. Sistrunk, LEAD ATTORNEY, Kyle P. Kirsch, McCranie, Sistrunk (Metairie), Metairie, LA.

For AIG Centennial Insurance Company, 06-4746; 06-5164, AIG Indemnity Insurance Company, 06-4746; 06-5164, AIG National Insurance Company, Inc., 06-4746; 06-5164, American General Indemnity Company, 06-4746, American General Property Insurance Company, 06-4746, Hartford Steam Boiler Inspection and Insurance Company of Connecticut, 06-4746, Lexington Insurance Company, 06-4746, 06-5164, Consol Defendants: Robert I. Siegel, LEAD ATTORNEY, Daniel Gibbons Rauh, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For American Bankers Company of Florida, 06-4746, American Reliable Insurance Company, 06-4746, American Security Insurance Company, 06-4746, Standard Guaranty Insurance Company, 06-4746, Consol Defendants: David P. Salley, LEAD ATTORNEY, Salley, Hite & Mercer, LLC, New Orleans, LA; Maria N. Rabieh, Phelps Dunbar, [*296] LLP (New Orleans), Canal Place, New Orleans, LA.

For American National General Insurance Company, 06-4746, American National Property and Casualty Company, 06-4746, 06-5164, Republic Lloyds, 06-4746, 06-5164, Consol Defendants: Angie Arceneaux Akers,

LEAD ATTORNEY, Christopher Raymond Pennison, Jay M. Lonero, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Two Lakeway Center, Metairie, LA.

For Assurance Company of America, 06-4746, 06-5164, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Matthew J. Lindsay, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA; Ryan M. Bourgeois, Stephen James Moore, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Audubon Indemnity Company, 06-4746, Fidelity National Insurance Company, 06-4746, Fidelity National Property and Casualty Insurance Company, 06-4746, 06-5164, Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Axis Surplus Insurance Company, 06-4746, Consol Defendant: Michael R. Sistrunk, LEAD ATTORNEY, Kyle P. Kirsch, McCranie, Sistrunk (Metairie), Metairie, LA.

For Balboa Insurance Company, 06-4746, 06-5164, Consol [*297] Defendant: Stephen Winthrop Rider, LEAD ATTORNEY, Lauren Elizabeth Campisi, Marc R. Michaud, Raymond A. Chenault, McGlinchey Stafford, PLLC (New Orleans), New Orleans, LA.

For Electric Insurance Company, 06-4746, Consol Defendant: Dominic Joseph Gianna, LEAD ATTORNEY, Alan Dean Weinberger, Erin Casey Hangartner, Middleberg, Riddle & Gianna (New Orleans), New Orleans, LA.

For Empire Fire and Marine Insurance Company, 06-4746, Consol Defendant: Dominic Joseph Gianna, LEAD ATTORNEY, Middleberg, Riddle & Gianna (New Orleans), New Orleans, LA; Anne Elizabeth Medo, Joseph L. Spilman, III, Laurence Emig Larmann, Sean P. Mount, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Farmers Insurance Exchange, 06-4746, 06-5164, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Valerie Briggs Bargas, Richard Thomas Reed, Seale, Smith, Zuber & Barnette, Baton Rouge, LA; Virginia Y. Trainor, Phelps Dunbar, LLP (Baton Rouge), City Plaza, Baton Rouge, LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Fidelity and Deposit Company of Maryland, 06-4746, 06-5164, Consol Defendant: Dominic J. Ovella,

LEAD ATTORNEY, Hailey, [*298] McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA; Anne Elizabeth Medo, Joseph L. Spilman, III, Laurence Emig Larmann, Sean P. Mount, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Hartford Fire Insurance Company, 06-4746, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Hartford Insurance Company of the Midwest, 06-4746, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Alex P. Tilling, Lobman, Carnahan, Batt, Angelle & Nader, Texaco Center, New Orleans, LA.

For Homesite Insurance Company, 06-4746, 06-5164, Consol Defendant: Marshall Mc Alis Redmon, LEAD ATTORNEY, Phelps Dunbar, LLP (Baton Rouge), City Plaza, Baton Rouge, LA; Neil Charles Abramson, Nora Bolling Bilbro, Phelps Dunbar, LLP (New Orleans), Canal Place, New Orleans, LA.

For Horace Mann Insurance Company, 06-4746, 06-5164, Horace Mann Property & Casualty Insurance Company, 06-4746, 06-5164, [*299] Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Tina L. Kappen, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (Baton Rouge), Baton Rouge, LA.

For Liberty Insurance Corporation, 06-4746, Liberty Insurance Underwriters, Inc., 06-4746, Liberty Mutual Insurance Europe Limited, 06-4746, Liberty Personal Insurance Company, 06-4746, Liberty Surplus Insurance Company, 06-4746, LM General Insurance Company, 06-4746, LM Insurance Corporation, 06-4746, LM Property & Casualty Insurance Company, 06-4746, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA.

For Liberty Mutual Fire Insurance Company, 06-4746, 06-5164, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Susan Muller Rogge, Barrasso Usdin

Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA.

For MetLife Auto & Home, 06-4746, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Shera J. Finn, Barrasso [*300] Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA.

For Metropolitan Property and Casualty Insurance Company, 06-4746, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Shera J. Finn, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA; Thomas Glenn Buck, Blue Williams, LLP (Metairie), Metairie, LA.

For Metropolitan Direct Property and Casualty Insurance Company, 06-4746, 06-5164, Metropolitan General Insurance Company, 06-4746, 06-5164, Metropolitan Group Property and Casualty Insurance Company, 06-4746, 06-5164, Metropolitan Casualty Insurance Company, 06-4746, 06-5164, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Shera J. Finn, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA.

For National LLoyd's Insurance Company, 06-4746, 06-5164, Consol Defendant: John R. Walker, LEAD ATTORNEY, Allen & Gooch (Metairie), One Lakeway Center, Metairie, LA.

For Safeco Insurance Company of America, 06-4746, Safeco Insurance Company of Illinois, 06-4746, Safeco Insurance Company of Indiana, 06-4746, Safeco National Insurance Company, 06-4746, Safeco Surplus Lines Insurance Company, 06-4746, Consol Defendants: Wendy Hickok Robinson, [*301] LEAD ATTORNEY, Nina Wessel English, Gordon, Arata, McCollam, Duplantis & Eagan (New Orleans), New Orleans, LA.

For Scottsdale Indemnity Company, 06-4746, 06-5164, Scottsdale Insurance Company, 06-4746, 06-5174, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Shera J. Finn, Steven W. Usdin, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LL&E Tower, New Orleans, LA.

For Southwest Business Corporation, 06-4746, 06-5164, Consol Defendant: Edward John Lilly, LEAD ATTORNEY, Crull, Castaing & Lilly, Pan American Life Center, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4746, Consol Defendant: Charles L. Chassaignac, IV, LEAD ATTORNEY, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA; Bryan Joseph Haydel, Jr.,

Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For State Farm General Insurance Company, 07-2681, State Farm Mutual Automobile Insurance Company, 06-4746, Consol Defendants: Wayne J. Lee, LEAD ATTORNEY, Heather Shauri Lonian, James Dalton Courson, Mary L. Dumestre, Michael Q. Walshe, Jr., Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Travelers Indemnity Company, 06-4746, 06-5164, Consol Defendant: [*302] Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Gary Jude Russo, Longman Russo, APLC, Lafayette, LA.

For Underwriters at Lloyd's London, 06-4746, 06-5164, United Fire and Casualty Company, 06-4746, 06-5164, Consol Defendants: Patrick Dominic DeRouen, LEAD ATTORNEY, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA.

For United Fire & Indemnity Company, 06-4746, 06-5164, Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, Robert A. McMahon, Jr., Stephen N. Elliott, Eugene M. McEachin, Jr., Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA.

For USAA Casualty Insurance Company, 06-4746, 06-5164, USAA General Indemnity Company, 06-4746, 06-5164, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Louisiana Citizens Property Insurance Corporation, 06-4746, Consol Defendant: John William Waters, Jr., LEAD ATTORNEY, Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For Wilshire Insurance Company, 06-4746, Consol Defendant: Howard Louis Murphy, [*303] LEAD ATTORNEY, John B. Esnard, III, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For St. Rita's Nursing Home, 06-8992, AOLC Limited Partnership, 06-9236; 06-8219; 06-9037; 06-8810; 06-9206; 06-7802; 06-7633, Buffman, Inc., 06-8821, 06-8761, 06-8759, Consol Defendants: James A. Cobb, Jr., LEAD ATTORNEY, Jeremy D. Goux, Louis G. Spencer, Martha Dupree Bowden, Susan E. Henning, Vincent F. Wynne, Jr., Crosby Tugs, Galliano, LA.

For American National Property and Casualty Company, 06-5383, Consol Defendant: Jay M. Lonero, LEAD ATTORNEY, Christopher Raymond Pennison, Christopher Raymond Pennison, Metairie, LA.

For Travelers Property Casualty Company of America, 06-9108, Consol Defendant: Simeon B. Reimonenq, Jr., LEAD ATTORNEY, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For State Farm Fire and Casualty Company, 06-7307, Hylton Petit, Jr, 06-7307, Consol Defendants: Joseph Mark Messina, LEAD ATTORNEY, Brant J. Cacamo, Burt K. Carnahan, Charles Robert Rumbley, Eric B. Berger, Pamela K. Richard, Patrick Dominic DeRouen, Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Fidelity National Insurance   [*304] Company, 06-7307, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Dorothy L. Tarver, Joseph James Aguda, Jr., Thomas Christopher Pennebaker, William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For State Farm Fire and Casualty Company, 06-8942, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Bryan Joseph Haydel, Jr., Charles L. Chassaignac, IV, Eleanor Weeks Wall, Nielsen Law Firm, Metairie, LA.

For Susan Geoghegan, 06-8942, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA.

For Wausau Underwriters Insurance Company, (06-3509), Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Catherine Fornias Giarrusso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Brian Joseph Capitelli, U. S. Attorney's Office (New Orleans), New Orleans, LA.

For IMA of Kansas, Inc., (06-3509), Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Nicole McDaniel Bowen, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Alabama Great Southern Railroad Company, (06-5137) incorrectly sued as Norfolk and Southern Railroad, Consol Defendant: Benjamin Richard Slater, [*305] III, LEAD ATTORNEY, Thomas Louis Colletta, Jr., Lemle & Kelleher, LLP (New Orleans), New Orleans, LA.

For Horace Mann Property & Casualty, (06-4529), Consol Defendant: Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Teachers Insurance Company, 06-4529, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Tina L. Kappen, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (Baton Rouge), Baton Rouge, LA.

For Horace Mann Insurance Company, 06-4529, 06-4532, 07-5112, Horace Mann Property & Casualty Insurance Company, 06-4532, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Michael Eugene Holoway, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Tina L. Kappen, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (Baton Rouge), Baton Rouge, LA.

For Horace Mann Property & Casualty Insurance Company, 06-4529 - incorrectly sued as Horace Mann Property & Casualty, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, [*306] LA; Tina L. Kappen, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (Baton Rouge), Baton Rouge, LA.

For STS Amusements, LLC, 06-7633, 06-7802, 06-8219, 06-9206, 06-9236 doing business as St. Rita Nursing Home, Consol Defendant: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Brown Sims, PC (New Orleans), New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charlotte, NC; Susan E. Henning, Curry & Friend, APLC, New Orleans, LA.

For Peter Ruiz, Jr, 06-10426; Individually and on Behalf of their Sibling, Rosemary Davis, Consol Defendant: Stephen Robert Rue, LEAD ATTORNEY, Stephen R. Rue & Associates, Kenner, LA.

For Louisiana Citizens Property Insurance Corporation, (06-8885), Consol Defendant: Gwendolyn S. Hebert, LEAD ATTORNEY, Hulse & Wanek, New Orleans, LA.

For William E Washington, Inc, (06-8885), Consol Defendant: Kevin R. Derham, LEAD ATTORNEY, Semmes, Bowen & Semmes, Baltimore, MD; Nicole M.

Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For BNSF Railway Company, (06-5132) formerly known as Burlington Northern & Santa Fe Railway Company, BNSF Railway Company, [*307] (06-5131) formerly known as Burlington Northern & Santa Fe Railway Company, Consol Defendants: Carl Edward Hellmers, III, LEAD ATTORNEY, Michael Raudon Phillips, Patrick A. Talley, Jr., Frilot L.L.C., New Orleans, LA.

For State Farm Fire and Casualty Company, 06-5370, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Lesli D. Harris, Stephen G. Bullock, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Sarah House Barcellona, Sarah H. Barcellona, Attorney at Law, Concord, NC.

For Louisiana Citizens Property Insurance Corporation, 06-5370, Audubon Insurance Company of Louisiana, 06-5370, Louisiana Citizens Fair Plan Company, 06-5370, Consol Defendants: John William Waters, Jr., LEAD ATTORNEY, David Edward Walle, Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For Fidelity National Insurance Company, 06-5370, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Thomas Christopher Pennebaker, William Ross DeJean, Nielsen Law Firm, Metairie, LA; Terrence Kent Knister, Gordon, Arata, McCollam, Duplantis & Eagan (New Orleans), New Orleans, LA.

For United Fire Group, (06-5370), Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, Bernard, Cassisa, Elliott & Davis, APLC [*308] (Metairie), Metairie, LA.

For Security Plan Fire Insurance Company, 06-5370, 07-5164, Consol Defendant: Thomas H. Huval, LEAD ATTORNEY, Christian A. Shofstahl, Stephen C. Aertker, Jr., Huval, Veazey, Felder, Aertker & Renegar, LLC (Covington), Covington, LA.

For Travelers Insurance Company, 06-5370, Consol Defendant: Seth Andrew Schmeeckle, LEAD ATTORNEY, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Lloyd's of London, 06-5370, 07-5208, Involved Lloyd's Underwriters, 06-4746, 06-5164, Involved Lloyd's Underwriters, 06-5383; Incorrectly named "Lloyds of London", Consol Defendants: Marshall Mc Alis Redmon, LEAD ATTORNEY, Phelps Dunbar, LLP

(Baton Rouge), Baton Rouge, LA; David E. Walker, James W. Kienzle, Jr., Jill A. O'Donovan, Walker Wilcox Matousek, LLP, Chicago, IL; Jacqueline M. Brettner, Neil Charles Abramson, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Federal Insurance Company, 06-5370; erroneously sued as Chubb Insurance Company, Consol Defendant: Steven W. Usdin, LEAD ATTORNEY, Shera J. Finn, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For United Fire and Casualty Company, (06-5370) improperly [*309] named United Fire Group, Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, Robert A. McMahon, Jr., Stephen N. Elliott, Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA.

For Public Belt Railroad Commission for the City of New Orleans, (06-7682) improperly named as New Orleans Public Belt Railroad Commission, Public Belt Railroad Commission for the City of New Orleans, (06-5131) incorrectly sued s City of New Orleans by and through the Public Belt Railroad Commission, Public Belt Railroad Commission for the City of New Orleans, (06-5132) incorrectly sued as City of New Orleans by and through the Public Belt Railroad Commission, Public Belt Railroad Commission for the City of New Orleans, 07-993, Consol Defendants: Galen S. Brown, LEAD ATTORNEY, Hamilton Brown & Babst, New Orleans, LA; Karen Edginton Milner, Rubin, Fortunato & Harbison, Paoli, PA.

For Board of Commissioners for the Orleans Parish Levee District, (06-5159), Board of Commissioners for the Orleans Parish Levee District, (06-5471), Consol Defendants: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; [*310] Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Lexington Insurance Company, (06-7806), Lexington Insurance Company, (06-4707), Consol Defendants: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, William A. Barousse, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Hanover Insurance Company, (06-7857) incorrectly named as Hanover Insurance, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Kristopher T. Wilson, LaDonna Grey Wilson, Seth Andrew

Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Massachusetts Bay Insurance Company, (06-7857), Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Kristopher T. Wilson, LaDonna Grey Wilson, Seth Andrew Schmeeckle, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Republic Fire and Casualty Insurance Company, 06-7962 incorrectly named Republic Fire and Casualty Group, Consol Defendant: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Larzelere, Picou, Wells, Simpson, Lonero, LLC, [*311] Metairie, LA; Margaret E. Bradley, Best Koeppel, New Orleans, LA.

For Lexington Insurance Company, (06-8500), Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, Margaret L. Sunkel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Lastrapes Insurance Agency, 06-8270, Moses Swent, 06-3418, Consol Defendants: James Thomas Busenlener, LEAD ATTORNEY, Max Jeffrey Cohen, Lowe, Stein, Hoffman, Allweiss & Hauver, LLP, New Orleans, LA.

For Standard Fire Insurance Company, (06-8270) incorrectly sued as St. Paul Traveler's Casualty Insurance Company of America, Standard Fire Insurance Company, (06-7687), Consol Defendants: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Longman Russo, APLC, Lafayette, LA.

For American Southern Home Insurance Company, (06-8845, 07-5112), Consol Defendant: Matthew A. Woolf, LEAD ATTORNEY, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For St. Paul Fire & Marine Insurance Company, (06-5471), Consol Defendant: Joseph Pierre Guichet, LEAD ATTORNEY, April Rochelle Roberts, Rachel Ann Meese, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, [*312] LA.

For Travelers Insurance Company, (06-8801, 07-5112), Travelers Indemnity Company, (06-8801), Standard Fire Insurance Company, (06-8801), Consol Defendants: Douglas Conrad Longman, Jr., LEAD ATTORNEY, Camille Bienvenu Poche, Gary Jude Russo, Longman Russo, APLC, Lafayette, LA.

For State Farm Fire and Casualty Insurance Company, (06-8789), Consol Defendant: Sidney Jay Hardy, LEAD ATTORNEY, McCranie, Sistrunk (Metairie), Metairie, LA; Alan A. Zaunbrecher, Zaunbrecher Treadaway, LLC, Metairie, LA; Charles L. Chassaignac, IV, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For State Farm Fire and Casualty Company, (06-8789) incorrectly referred to as State Farm Fire and Casualty Insurance Company, State Farm Fire & Casualty Company, 06-5474, Consol Defendants: Brant J. Cacamo, Burt K. Carnahan, Charles Robert Rumbley, Eric B. Berger, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Norfolk Southern Railway Company, 06-5137; incorrectly identified as "Norfolk and Southern Rail Road", Consol Defendant: Benjamin Richard Slater, III, LEAD ATTORNEY, Thomas Louis Colletta, Jr., Lemle & Kelleher, LLP (New Orleans), New Orleans, LA; Susannah Walter Poljak, Blanchard, Walker, [*313] O'Quin & Roberts, APLC, Shreveport, LA.

For Hanover Insurance Company, (06-3418) incorrectly named as The Hanover Insurance Group, Massachusetts Bay Insurance Company, (06-3418), Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Kristopher T. Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Melanie Palmer, (06-8126), Consol Defendant: David Edmund Kavanagh, LEAD ATTORNEY, Weeks, Kavanagh & Rendeiro, New Orleans, LA.

For Encompass Insurance Company, (06-8126), Consol Defendant: Steven Michael Lozes, Lozes & Ponder (New Orleans), New Orleans, LA.

For Standard Fire Insurance Company, (06-8636), Consol Defendant: Camille Bienvenu Poche, LEAD ATTORNEY, Douglas Conrad Longman, Jr., Gary Jude Russo, Longman Russo, APLC, Lafayette, LA.

For Alliance Insurance Agency Services, Inc., (06-8636), Consol Defendant: William Harry Eckert, LEAD ATTORNEY, Matthew J. Ungarino, Ungarino & Eckert, LLC (Metairie), Metairie, LA; Norman F. Hodgins, III, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For Alliance Insurance Agency Services, Inc., 06-6655, Consol Defendant: William Harry Eckert, [*314]

LEAD ATTORNEY, Ungarino & Eckert, LLC (Metairie), Metairie, LA; Norman F. Hodgins, III, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For Teachers Insurance Company, 06-4532, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Michael Eugene Holoway, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Tina L. Kappen, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (Baton Rouge), Baton Rouge, LA.

For Metlife Auto & Home Insurance Agency, Inc., (06-5023), Consol Defendant: Thomas Glenn Buck, LEAD ATTORNEY, John Covington Henry, Blue Williams, LLP (Metairie), Metairie, LA.

For American Reliable Insurance Company, (06-5023), Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Brandon Slade Stockstill, William T. Treas, Nielsen Law Firm, Metairie, LA; Gordon P. Serou, Jr., LEAD ATTORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA.

For Metropolitan Property and Casualty Insurance Company, 06-5023, Consol Defendant: Thomas Glenn Buck, LEAD ATTORNEY, Christopher Thomas Grace, III, John Covington Henry, Blue Williams, LLP (Metairie), Metairie, LA; Donald C. Douglas, Jr., Middleberg, Riddle & Gianna (New Orleans), New Orleans, LA; H. [*315] Minor Pipes, III, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Liberty Mutual Insurance Company, 06-5370, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Laura Spansel Gravener, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Lafayette Insurance Company, 06-5370, Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, David M. McDonald, William Daniel O'Regan, IV, Stephen N. Elliott, Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, (06-4703) erroneously referred to as State Farm Insurance Company, Consol Defendant: William Ryan Acomb, LEAD ATTORNEY, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA.

For Homesite Insurance Company, (06-4704), Consol Defendant: Marshall Mc Alis Redmon, LEAD ATTORNEY, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA; Neil Charles Abramson, Nora Bolling Bil-

bro, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For The Hanover Insurance Company, (06-10499), Consol Defendant: Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Insurance Underwriters, Ltd., (06-10499), Consol [*316] Defendant: Max Jeffrey Cohen, LEAD ATTORNEY, Lowe, Stein, Hoffman, Allweiss & Hauver, LLP, New Orleans, LA; James Thomas Busenlener, Stein, Hoffman, Allweiss & Hauver, LLP, New Orleans, LA; Monica C. Sanchez, The Sanchez Firm, LLC, Metairie, LA.

For Massachusetts Bay Insurance Company, (06-10499) erroneously sued as The Hanover Insurance Company, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Louisiana State, 06-5786, Louisiana Department of Public Safety and Corrections, 06-5786, Consol Defendants: Michael Courtney Keller, LEAD ATTORNEY, Louisiana Department of Justice (New Orleans), New Orleans, LA.

For Orleans Parish Criminal Sheriff's Office, (06-5786), Consol Defendant: Freeman Rudolph Matthews, LEAD ATTORNEY, Craig Edmond Frosch, Timothy R. Richardson, Usry, Weeks & Matthews, New Orleans, LA.

For Marlin Gusman, (06-5786) both individually and in his official capacity as Criminal Sheriff for the Parish of Orleans, State of Louisiana, Consol Defendant: Freeman Rudolph Matthews, LEAD ATTORNEY, Timothy R. Richardson, Usry, Weeks & Matthews, New Orleans, [*317] LA.

For State Farm Fire and Casualty Company, 06-8452, Consol Defendant: Joseph Mark Messina, LEAD ATTORNEY, Brant J. Cacamo, Burt K. Carnahan, Charles Robert Rumbley, Eric B. Berger, Pamela K. Richard, Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Amica Mutual Insurance Company, 06-5109, Amica Mutual Insurance Company, 06-5104, Consol Defendants: John Powers Wolff, III, LEAD ATTORNEY, Nancy B. Gilbert, Keogh, Cox & Wilson, Baton Rouge, LA.

2008 U.S. Dist. LEXIS 39774, *

For State Farm Fire and Casualty Insurance, 06-8451, Consol Defendant: Joseph Mark Messina, LEAD ATTORNEY, Brant J. Cacamo, Burt K. Carnahan, Charles Robert Rumbley, Eric B. Berger, Pamela K. Richard, Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; Adrianne L. Baumgartner, Porteous, Hainkel & Johnson (Covington), Covington, LA.

For Army Corps of Engineers, 06-5851, Consol Defendant: Richard R. Stone, Sr., LEAD ATTORNEY, Paul Marc Levine, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC; Brian E. Bowcut, Michele S. Greif, U.S. Department of Justice (Box 340), Washington, DC; Keith H. Liddle, U.S. Department of Justice, Civil Division, Washington, DC.

For Stone [*318] Insurance, Inc., 06-8934, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, Matthew J. Ungarino, Ungarino & Eckert, LLC (Metairie), Metairie, LA.

For Travelers Property Casualty Company of America, 06-4825, Consol Defendant: Lauren Fajoni Bartlett, Leake & Andersson, LLP, New Orleans, LA.

For Great American Insurance Company, 06-7309, Consol Defendant: Robert T. Myers, LEAD ATTORNEY, Young, Richaud & Myers, LLC, Metairie, LA.

For St. Paul Travelers Companies, Inc., 06-5080, Travelers Indemnity Company, 06-5080, Consol Defendants: Terrence Charle McRea, LEAD ATTORNEY, Zelle, Hofmann, Voelbel, Mason & Gette, LLP, Dallas, TX.

For Hartford Insurance Company of the Midwest, 06-8244, Consol Defendant: James Paul Nader, LEAD ATTORNEY, Alex P. Tilling, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; Christopher W. Martin, Martin R. Sadler, Patrick M. Kemp, Martin, Disiere, Jefferson & Wisdom, LLP, Houston, TX.

For Kenneth Taylor, 06-9096, Consol Defendant: Joseph G. Glass, Lawrence J. Duplass, LEAD ATTORNEYS, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Scottsdale Insurance Company, 06-9839, Consol Defendant: David Edward Walle, LEAD ATTORNEY, Bienvenu, [*319] Foster, Ryan & O'Bannon, New Orleans, LA.

For New Orleans City, 06-11208; by and through the New Orleans Public Belt Railroad Commission, Consol Defendant: Galen S. Brown, LEAD ATTORNEY, Ham-

ilton Brown & Babst, New Orleans, LA; Karen Edginton Milner, Rubin, Fortunato & Harbison, Paoli, PA; Joseph Vincent DiRosa, Jr., LEAD ATTORNEY, City Attorney's Office (New Orleans), New Orleans, LA.

For BNSF Railway Company, 06-11208, formerly known as Burlington Northern and Santa Fe Railway Company, Consol Defendant: Patrick A. Talley, Jr., LEAD ATTORNEY, Carl Edward Hellmers, III, Michael Raudon Phillips Frilot, Frilot L.L.C., New Orleans, LA.

For Board of Commissioners of the Orleans Levee District, 06-11208, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, 06-3932, Consol Defendant: Joseph Mark Messina, LEAD ATTORNEY, Heather Cheesbro, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA; William Ryan Acomb, LEAD ATTORNEY, Adrianne L. Baumgartner, Porteous, Hainkel & Johnson (New Orleans), New [*320] Orleans, LA.

For Lexington Insurance Company, 06-7173, Consol Defendant: John E. Baay, II, LEAD ATTORNEY, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Chappetta Insurance Agency, Inc., (06-7759), Consol Defendant: C. Michael Pfister, LEAD ATTORNEY, Christian B. Bogart, Corey M. Oubre, Jaime Michele Cambre, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Martin Insurance Agency, Inc., (06-7687), Consol Defendant: Stephen M. Gele, LEAD ATTORNEY, Ungarino & Eckert, LLC, Metairie, LA.

For Lexington Insurance Company, (06-7687), Consol Defendant: John E. Baay, II, LEAD ATTORNEY, Robert I. Siegel, William A. Barousse, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Fidelity National Insurance Company, 06-4945, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Brandon Slade Stockstill, William T. Treas, Nielsen Law Firm, Metairie, LA.

For American Security Insurance Company, 06-4945, Consol Defendant: Gordon P. Serou, Jr., LEAD AT-

TORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA.

For Hanover Insurance Company, 06-4945, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, LaDonna Grey Wilson, Seth Andrew Schmeeckle, [*321] Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Sewerage and Water Board of New Orleans, (06-20), Consol Defendant: Charles Munson Lanier, Jr., LEAD ATTORNEY, Gregory Scott LaCour, Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA; George R. Simno, III, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA.

For Seth Andrew Schmeeckle, 06-9885, Consol Defendant: Seth Andrew Schmeeckle, LEAD ATTORNEY, Katherine Leigh Osborne, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Standard Fire Insurance Company, 06-11385, Consol Defendant: Seth Andrew Schmeeckle, LEAD ATTORNEY, Kristopher T. Wilson, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4952, Consol Defendant: Burt K. Carnahan, LEAD ATTORNEY, Brant J. Cacamo, Charles Robert Rumbley, Eric B. Berger, Heather Cheesbro, Joseph Mark Messina, Pamela K. Richard, Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Great Lakes Dredge & Dock Company, 07-621, Consol Defendant: Nyka M. Scott, [*322] Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Maryland Casualty Company, 06-5115, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Louisiana Nursing Home Association Trust, 07-657, Consol Defendant: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charlotte, NC; Susan E. Henning, Curry & Friend, APLC, New Orleans, LA.

For Travelers Property Casualty Company of America, 06-4262, Consol Defendant: Ralph Shelton Hubbard, III,

LEAD ATTORNEY, Joseph Pierre Guichet, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Adam T. Boston, Robinson & Cole, LLP (Hartford), Hartford, CT.

For Hanover Insurance Company, 06-9008, Massachusetts Bay Insurance Company, 06-9008, Consol Defendants: Simeon B. Reimonenq, Jr., LEAD ATTORNEY, Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Sewerage and Water Board of New Orleans, 07-993, [*323] Consol Defendant: George R. Simno, III, LEAD ATTORNEY, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA; Charles Munson Lanier, Jr., Gregory Scott LaCour, J. Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, 07-993, Consol Defendant: Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For Board of Commissioners for the Port of New Orleans, 07-993, Consol Defendant: Jonathan H. Sandoz, Daigle Fisse & Kessenich, Covington, LA.

For Lafayette Insurance Company, 06-7575, Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA; Stephen R. Barry, LEAD ATTORNEY, Daphne P. McNutt, Wendell R. Verret, Barry & Piccione (New Orleans), New Orleans, LA.

For State Farm Fire and Casualty Company, 06-9990, Consol Defendant: Kim Huong Ashley Tran, LEAD ATTORNEY, Gerald J. Nielsen, Michael Stephen Rolland, Nielsen Law Firm, Metairie, LA; Chad Joseph Primeaux, Laurie Lee DeArmond, Patrick Dominic DeRouen, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA.

For D. Bianchini Tully, 06-7909, Consol Defendant: C. Michael [*324] Pfister, LEAD ATTORNEY, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA; Jaime Michele Cambre, Kelly Cambre Bogart, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For State Farm Fire and Casualty Company, 06-7922, Elaine Bilstad, 06-7922, Consol Defendants: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Lesli D. Harris, Mary L. Dumestre, Stone Pigman Walther Witt-

mann, LLC, New Orleans, LA; Donna Bramlett Wood, McCranie, Sistrunk (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, 06-9077, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA; Bryan Joseph Haydel, Jr, Charles L. Chassaignac, IV, Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For Board of Commissioners of the Orleans Levee District, 07-1284, Board of Commissioners of the Orleans Levee District, 07-1289, Board of Commissioners of the Orleans Levee District, 07-1288, Board of Commissioners of the Orleans Levee District, 07-1113, Consol Defendants: Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For New Orleans Sewerage and Water Board, 07-1284, Consol Defendant: George [*325] R. Simno, III, LEAD ATTORNEY, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA; Gregory Scott LaCour, J. Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA.

For St. Paul Fire & Marine Insurance Company, 07-1284, St. Paul Fire and Marine Insurance Company, 07-1285, St. Paul Fire and Marine Insurance Company, 07-1288, St. Paul Fire and Marine Ins. Co., 07-1113, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Board of Commissioners of the Orleans Parish Levee District, (07-1285, 07-4959, 07-5067, 07-5184, 07-5185), Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, Laborde & Neuner, Lafayette, LA.

For Sewerage and Water Board of New Orleans, 07-1289, Sewerage and Water Board of New Orleans, 07-1288, Sewerage and Water Board of New Orleans, 07-1113, Consol Defendants: George R. Simno, III, LEAD ATTORNEY, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, [*326] LA; Charles Munson Lanier, Jr., Gregory Scott LaCour, J. Warren Gardner, Jr., Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA.

For East Jefferson Levee District, 07-1289, East Jefferson Levee District, 07-1288, Consol Defendants: Law-

rence J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Joseph Edward Bearden, III, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For St. Paul Fire and Marine Insurance Company, 07-1286, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Joseph Pierre Guichet, Rachel Ann Meese, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 07-1271, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Travelers Property Casualty Company of America, 07-1303, Consol Defendant: Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Eagan Insurance Agency, Inc., J. Chris Nungesser, III, 07-112, Consol Defendants: Max Jeffrey Cohen, LEAD ATTORNEY, Marcelle P. Mouledoux, Lowe, Stein, Hoffman, [*327] Allweiss & Hauver, LLP, New Orleans, LA.

For Standard Fire Insurance Company, 07-112, Consol Defendant: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Longman Russo, APLC, Lafayette, LA.

For Larry Orlando, 06-8674, Consol Defendant: David Joseph Bourgeois, LEAD ATTORNEY, Christina M. Kocke, Gissel Marie Ferriol, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Rebecca Roos, 06-2124, Consol Defendant: Jim S. Hall & Associates, LEAD ATTORNEY, Jim S. Hall & Associates, Metairie, LA.

For Metropolitan Property and Casualty Insurance Company, 06-7437, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Bailey H. Smith, H. Minor Pipes, III, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Brian Joseph Capitelli, U. S. Attorney's Office (New Orleans), New Orleans, LA.

For Shelby Beane, 06-7437, Consol Defendant: William T. Treas, LEAD ATTORNEY, Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA.

Essex Insurance Company, (06-5388, 07-5112), Consol Defendant: John B. Davis, II, LEAD ATTORNEY,

Andrew C. Kolb, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Homesite Insurance Company, (06-7327, [*328] 07-5112), Consol Defendant: Marshall Mc Alis Redmon, LEAD ATTORNEY, Neil Charles Abramson, Nora Bolling Bilbro, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA.

For AIG Insurance Company, 06-7327, Consol Defendant: Robert Emmett Kerrigan, Jr., LEAD ATTORNEY, Kerrie Theriot Belsome, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Louisiana Citizens Property Insurance Corporation, 06-2919, Consol Defendant: John William Waters, Jr., LEAD ATTORNEY, Christopher Marx G'sell, David Edward Walle, Gregory John McDonald, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For James F Williams, 06-4385, Consol Defendant: Christian B. Bogart, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Insurance Counselors Inc., 06-7660, Consol Defendant: Robert Emmett Kerrigan, Jr., LEAD ATTORNEY, Jonathan M. Walsh, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Federal Insurance Company, 06-7660, Consol Defendant: Steven W. Usdin, LEAD ATTORNEY, John W. Joyce, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-9152, Consol Defendant: Sarah House Barcellona, LEAD ATTORNEY, [*329] Sarah H. Barcellona, Attorney at Law, New Orleans, LA; Stephen G. Bullock, Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Pittman Construction Co. of LA., Inc., 07-1113, Pittman Construction Co. of LA, Inc., 07-1349, Consol Defendants: Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For Standard Fire Insurance Company, Consol Defendant: Camille Bienvenu Poche, LEAD ATTORNEY, Douglas Conrad Longman, Jr., Gary Jude Russo, Longman Russo, APLC, Lafayette, LA.

For Encompass Insurance Company of America, 06-4709, Consol Defendant: Steven Michael Lozes,

LEAD ATTORNEY, Jeffrey P. Lozes, Lozes & Ponder (New Orleans), New Orleans, LA.

For Encompass Indemnity Company, 06-6761, Consol Defendant: Steven Michael Lozes, LEAD ATTORNEY, Lozes & Ponder (New Orleans), New Orleans, LA.

For Encompass Indemnity Company, 06-6761, Consol Defendant: Steven Michael Lozes, LEAD ATTORNEY, Lozes & Ponder (New Orleans), New Orleans, LA.

For Massachusetts Bay Insurance Company, 06-8849, Consol Defendant: Simeon B. Reimonenq, Jr., LEAD ATTORNEY, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For State Farm Fire and Casualty Company, [*330] 07-245, Consol Defendant: David K Persons, LEAD ATTORNEY, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA; Gerald J. Nielsen, Joseph James Aguda, Jr., Nielsen Law Firm, Metairie, LA; Laurie Lee DeArmond, Patrick Dominic DeRouen, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA.

For Boh Brothers Construction Company, LLC, 07-1349, 07-1113, 07-1289, 07-1288, 06-8708, 06-5786, 06-5785, 06-6473, 06-5937, 06-5260, 06-5163, 06-5032, 06-5308, 06-4634, 06-6642, 06-5367, 06-5161, 06-5159, 06-5042, 06-4389, 06-4931, 06-4065, Consol Defendant: Michael R.C. Riess, LEAD ATTORNEY, Charles Bruce Colvin, Kingsmill Riess, LLC, New Orleans, LA; Terrence L. Brennan, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Virginia Wrecking Company, Inc., 07-1349, Consol Defendant: Thomas Livingston Gaudry, Jr., LEAD ATTORNEY, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, LLC, Gretna, LA.

For James Construction Group, LLC, 07-1349, Consol Defendant: Richard John Tyler, LEAD ATTORNEY, Emily E. Eagan, Jones Walker (New Orleans), New Orleans, LA.

For Board of Commissioners for the Orleans Levee District, 07-1349, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, [*331] Andre Jude Lagarde, James C. Rather, Jr., Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA.

For St. Paul Fire and Marine Insurance Company, 07-1349, Consol Defendant: Consol Defendants: Joseph

Pierre Guichet, LEAD ATTORNEY, Rachel Ann Meese, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Allstate Indemnity Company, 06-4385; 06-4746; 06-5164; 06-5370; 06-5383; 06-7759; 06-8150; 07-1262, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC LL&E Tower, New Orleans, LA; Richard W. Bane, LEAD ATTORNEY, Sarah Russell Smith, Susan Muller Rogge, Lewis, Brisbois, Bisgaard & Smith, LLP (Lafayette), Lafayette, LA.

For State Farm Fire and Casualty Company, 06-7585, Consol Defendant: Joseph Mark Messina, LEAD ATTORNEY, Brant J. Cacamo, Burt K. Carnahan, Charles Robert Rumbley, Eric B. Berger, Heather Cheesbro, Pamela K. Richard, Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For United States, 06-5127, Consol Defendant: Alice Daigle, LEAD ATTORNEY, U.S. [*332] Attorney's Office (New Orleans), New Orleans, LA; James L. Nelson, LEAD ATTORNEY, U.S. Attorney's Office, Baton Rouge, LA; Richard R. Stone, Sr., Robin D. Smith, LEAD ATTORNEYS, U.S. Department of Justice (Box 888), Washington, DC; Brian E. Bowcut, U.S. Department of Justice (Box 340), Washington, DC; Daniel Michael Baeza, Jr., U.S. Department of Agriculture, Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, U.S. Department of Justice, Washington, DC; Michele S. Greif, U.S. Department of Justice (Box 340), Washington, DC.

For Colony Insurance Company, (06-7722, 07-4852, 07-5112), Consol Defendant: Michael J. Vondenstein, Charles F. Wartelle, Joseph L. Spilman, III, LEAD ATTORNEY, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Gemelle Linzy, 06-7722, Consol Defendant: Stephen M. Gele, LEAD ATTORNEY, Matthew J. Ungarino, Ungarino & Eckert, LLC, Metairie, LA.

For Martin Insurance Agency, Inc., 06-7722, Westport Insurance Corporation 06-7722, Consol Defendants: Stephen M. Gele, LEAD ATTORNEY, Matthew J. Ungarino, Ungarino & Eckert, LLC, Metairie, LA; Norman F. Hodgins, III, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For Prudential [*333] Insurance Company of North America, 06-4173, doing business as Prudential Financial Group, Consol Defendant: Gerald J. Nielsen, LEAD

ATTORNEY, Nielsen Law Firm, Metairie, LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Liberty Mutual Fire Insurance Company, 06-4173, doing business as Liberty Mutual Insurance Company doing business as Liberty Mutual, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Nielsen Law Firm, Metairie, LA; H. Minor Pipes, III, Barrasso Usdin Kupperman Freeman & Sarver, LLC, LEAD ATTORNEY, New Orleans, LA; William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Principal Residential Mortgage, Inc., 06-4173, Consol Defendant: Kent A. Lambert, LEAD ATTORNEY, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

Citimortgage, Inc., 06-4173, Consol Defendant: Kent A. Lambert, LEAD ATTORNEY, Anne Derbes Wittmann, Tyler Weidlich, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Vigilant Insurance Company, 06-4173, Consol Defendant: Steven W. Usdin, LEAD ATTORNEY, Shera J. Finn Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Jay Trusheim, 06-4173, Consol Defendant: Thomas P. Hubert, [*334] LEAD ATTORNEY, Jane Henican Heidingsfelder, Robert Louis Walsh, Jones Walker (New Orleans), New Orleans, LA.

For Fidelity National Property and Casualty Insurance Company, 06-2617, Consol Defendant: William T. Treas, LEAD ATTORNEY, Gerald J. Nielsen, William Ross DeJean, Nielsen Law Firm, Metairie, LA.

For Club Insurance Agency, Inc., 06-2617, Consol Defendant: David Israel, LEAD ATTORNEY, Allison Cannizaro, Kevin Gallo Barreca, Sessions, Fishman, Nathan & Israel, LLP (Metairie), Metairie, LA.

For Auto Club Family Insurance Company, 06-2617, Consol Defendant: David Israel, LEAD ATTORNEY, Kevin Gallo Barreca, Sessions, Fishman, Nathan & Israel, LLP (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, 07-1823, Consol Defendant: David K Persons, LEAD ATTORNEY, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Standard Fire Insurance Company, 06-5895, Consol Defendant: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr.,

Michael Gerard Lemoine, Longman Russo, APLC, Lafayette, LA.

For Board of Commissioners for the Orleans Levee District for the Parish of Orleans, 06-5895, Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre [*335] Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA.

For Scottsdale Insurance Company, 06-7846, Consol Defendant: Kevin Lawrence Cole, LEAD ATTORNEY, Cynthia J. Thomas, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For Katie Hymel, 06-7846, Consol Defendant: Kevin R. Derham, LEAD ATTORNEY, Semmes, Bowen & Semmes, Baltimore, MD.

For Auto Club Family Insurance Company, 06-6676, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Jeffrey Kent Warwick, Chopin, Wagar, Richard & Kutcher, LLP, Metairie, LA.

For Auto Club Family Insurance Company, 06-6660, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Jeffrey Kent Warwick, Chopin, Wagar, Richard & Kutcher, LLP, Metairie, LA.

For Fidelity and Guaranty Insurance Underwriters, Inc., 06-3430, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, William Lee Kohler, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Hartford Insurance Company of the Midwest, 06-7608, Consol Defendant: Simeon B. Reimonenq, Jr., [*336] LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Christopher W. Martin, Martin R. Sadler, Patrick M. Kemp, Martin, Disiere, Jefferson & Wisdom, LLP, Houston, TX; Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Hartford Underwriters Insurance Company, 06-7608, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, John Dennis Carter, Nielsen Law Firm, Metairie, LA; Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Amica Mutual Insurance Company, (06-7603, 07-5112), Consol Defendant: John Powers Wolff, III, LEAD ATTORNEY, Christopher K. Jones, Nancy B. Gilbert, Steven C. Judice, Keogh, Tiffany N. Thornton, Cox & Wilson, Baton Rouge, LA.

For Fidelity National Insurance Company, 06-3799, Consol Defendant: Thomas Christopher Pennebaker, LEAD ATTORNEY, Dorothy L. Tarver, Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA; Carter Roberts Hale, Scott, Sullivan, Streetman & Fox, PC (Mobile), Mobile, AL.

For Robert Sheard Insurance Agency, Inc., 06-3799, Consol Defendant: Peter Stephan Koeppel, LEAD [*337] ATTORNEY, Maurice Edward Bosticks, Best Koeppel, New Orleans, LA.

ForRobert Sheard, 06-3799, Consol Defendant: Peter Stephan Koeppel, LEAD ATTORNEY, Best Koeppel, New Orleans, LA.

For Lexington Insurance Company, 06-3799, Consol Defendant: Peter Stephan Koeppel, LEAD ATTORNEY, Maurice Edward Bostick, Best Koeppel, New Orleans, LA.

For Louisiana Citizens Property Insurance Corporation, (06-3799, 07-5112, 07-5199, 07-5205), Consol Defendant: Ralph Gerard Breaux, LEAD ATTORNEY, Perrier & Lacoste, New Orleans, LA; John William Waters, Jr., Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For Auto Club Family Insurance Company, 07-1690, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, Matthew J. Ungarino, Ungarino & Eckert, LLC (Metairie), Metairie, LA.

For Republic Fire and Casualty Insurance Company, 07-1610, Consol Defendant: Jay M. Lonero, LEAD ATTORNEY, Christopher Raymond Pennison, Scot Patrick Koloski, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Hanover Insurance Company, 07-1481, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, LaDonna Grey Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, [*338] LA.

For Hanover Insurance Company, (06-6845, 07-5112), Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Kristopher T. Wilson, Seth Andrew

Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Auto Club Family Insurance Company, 07-1687, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, Ungarino & Eckert, LLC (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, 07-1561, 07-1562, 07-1564, 07-1565, 07-1566, 07-1567, 07-1568, 07-1569, 07-1570, 07-1571, 07-1572, 07-1573, 07-1574, 07-1575, 07-1577, 07-1578, 07-1579, 07-1581, 07-1582, 07-1583, 07-1584, 07-1585, 07-1586, 07-1587, 07-1588, 07-1589, 07-1590, Consol Defendant: Sidney Jay Hardy, LEAD ATTORNEY, Roy C. Beard, McCranie, Sistrunk (Metairie), Metairie, LA.

For Auto Club Family Insurance Company, 07-1688, Auto Club Family Insurance Company, 07-1691, Auto Club Family Insurance Company, 07-1692, Auto Club Family Insurance Company, 07-1693, Consol Defendants: William Harry Eckert, LEAD ATTORNEY, Matthew J. Ungarino, Ungarino & Eckert, LLC (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, 07-1782, 07-1783, 07-1784, 07-1785, 07-1787, 07-1788, 07-1789, 07-1790, [*339] 07-1791, 07-1792, 07-1793, 07-1794, 07-1795, 07-1797, 07-1798, 07-1799, 07-1800, 07-1801, 07-1803, 07-1804, 07-1805, 07-1806, 07-1807, 07-1808, 07-1809, 07-1810, Consol Defendant: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Caroline D. Ibos, Darren Albert Patin, Hailey, James Donald Garvey, John Elliott Unsworth, Jr., McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, 07-1811, 07-1812, 07-1813, 07-1814, 07-1815, 07-1816, 07-1817, 07-1818, 07-1819, Consol Defendant: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Caroline D. Ibos, Hailey, Darren Albert Patin, James Donald Garvey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Lexington Insurance Company, 07-1844, Lexington Insurance Company, 07-1845, Consol Defendants: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, William A. Barousse, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-1790, Consol Defendant: Brad D. Ferrand, Caroline D. Ibos, Darren Albert Patin, David K Persons, John Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Claudia Bodet, 07-1810, Consol Defendant: [*340] Patrick G. Kehoe, Jr., LEAD ATTORNEY, Patrick G. Kehoe, Jr., APLC, New Orleans, LA; Allan Berger, Allan Berger & Associates, PLC, New Orleans, LA; Andrea S. Lestelle, Jeffery Bryan Struckhoff, Terrence Jude Lestelle, Lestelle & Lestelle, Metairie, LA; Bruce L. Feingerts, Feingerts & Kelly, PLC, New Orleans, LA; John Van Robichaux, Jr., Robichaux Law Firm, New Orleans, LA; Roy F. Amedee, Jr., Law Offices of Roy F. Amedee, Jr., New Orleans, LA; William Peter Connick, Connick & Connick, LLC, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1796, Consol Defendant: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Caroline D. Ibos, Darren Albert Patin, John Elliott Unsworth, Jr., John Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Lexington Insurance Company, 07-1847, Lexington Insurance Company, 07-1848, Lexington Insurance Company, 07-1849, Consol Defendants: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, William A. Barousse, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Standard Fire Insurance Company, 07-1928, For Standard Fire Insurance Company, 07-1929, Consol Defendants: Gary Jade Russo, LEAD ATTORNEY, Camille Bienvenu [*341] Poche, Douglas Conrad Longman, Jr., Longman Russo, APLC, Lafayette, LA.

For Kenny Taylor Insurance, 06-7547, Consol Defendant: Joseph G. Glass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For The Hanover Insurance Company, 06-8617, Consol Defendant: Michael Eugene Holoway, LEAD ATTORNEY, Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Kevin P. Kamraczewski, Paul E.B. Glad, Sonnenschein, Nath & Rosenthal (Chicago), Chicago, IL.

For Standard Fire Insurance Company, 07-1930, Consol Defendant: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Longman Russo, APLC, Lafayette, LA.

For State Farm Fire and Casualty Company, 07-1783, Consol Defendant: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Caroline D. Ibos, Darren Albert

Patin, John Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Encompass Insurance Company of America, (06-5288, 07-5112), Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Bailey H. Smith, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, [*342] LLC, New Orleans, LA.

For Eddie Corcoran, 6-8274, Consol Defendant: Christian B. Bogart, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1893, Consol Defendant: Adrianne L. Baumgartner, Porteous, Hainkel & Johnson (Covington), Covington, LA.

For State Farm Fire and Casualty Company, 07-1946, Consol Defendant: William Ryan Acomb, LEAD ATTORNEY, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA.

For Townie Lawrence, 07-1974, Consol Defendant: Jim S. Hall, LEAD ATTORNEY, Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA.

For Fidelity National Insurance Company, 06-9188, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Kristie Luke, Thomas Christopher Pennebaker, Nielsen Law Firm, Metairie, LA.

For Scottsdale Insurance Company, 06-4571, Consol Defendant: Kevin Lawrence Cole, LEAD ATTORNEY, Cynthia J. Thomas, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For Axis Surplus Insurance Company, 06-5252, Axis Surplus Insurance Company, 06-5733, Consol Defendants: Michael R. Sistrunk, LEAD ATTORNEY, Kyle P. Kirsch, McCranie, Sistrunk (Metairie), Metairie, LA.

For State Farm Insurance [*343] Company, 07-2730, Consol Defendant: James R. Nieset, Jr., LEAD ATTORNEY, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA; Adrianne L. Baumgartner, William Conway Lozes, Porteous, Hainkel & Johnson (Covington), Covington, LA; Norman F. Hodgins, III, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For State Farm Insurance Company, 07-2731, Consol Defendant: James R. Nieset, Jr., LEAD ATTORNEY, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA; Adrianne L. Baumgartner, William Conway Lozes, Porteous, Hainkel & Johnson (Covington), Co-

vington, LA; Alan A. Zaunbrecher, Zaunbrecher Treadaway, LLC, Metairie, LA; Norman F. Hodgins, III, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For State Farm Fire and Casualty Company, 06-8952, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Kim Huong Ashley Tran, Nielsen Law Firm, Metairie, LA; Adrianne L. Baumgartner, Porteous, Hainkel & Johnson (Covington), Covington, LA; Bryan Joseph Haydel, Jr., Charles L. Chassaignac, IV, Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For Marie Clesi, 06-8952, Consol [*344] Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Joseph James Aguda, Jr., Kim Huong Ashley Tran, Nielsen Law Firm, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1807, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Mary L. Dumestre, Samantha Paula Griffin, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-2679, 07-2680, 07-2682, Consol Defendant: Donna Bramlett Wood, Roy C. Beard, LEAD ATTORNEYS, McCranie, Sistrunk (Metairie), Metairie, LA.

For State Farm General Insurance Company, 07-2679, 07-2680, 07-2682, Consol Defendant: Donna Bramlett Wood, LEAD ATTORNEY, Roy C. Beard, McCranie, Sistrunk (Metairie), Metairie, LA; Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Alan A. Zaunbrecher, Zaunbrecher Treadaway, LLC, Zaunbrecher Treadaway, LLC, Metairie, LA.

For United States Army Corps of Engineers, 06-2268, 06-5159, 06-5162, 06-4634, 06-6099, 06-9147, 06-1850, 06-3552, 06-5161, 06-5163, 07-1113, 07-1286, 07-1288, 07-5307, 07-647, 07-1284, 07-1285, 07-1289, 06-5127, 06-5118, 06-5128, 06-5131, 06-5132, 06-5137, 06-5140, 06-5142, 06-5134, 06-5116, Consol Defendant: [*345] James L. Nelson, U. S. Attorney's Office, Baton Rouge, LA.

For State Farm Fire and Casualty Company, 07-2251, 07-2252, 07-2253, 07-2254, 07-2255, 07-2256, 07-2257, 07-2258, 07-2259, 07-2260, 07-2261, 07-2262, 07-2263, 07-2264, 07-2265, 07-2266, 07-2267, 07-2268, 07-2269, 07-2270, 07-2271, 07-2272, 07-2273, 07-2274, 07-2275, 07-2276, 07-2277, 07-2278, Consol Defendant: David A.

Case 2:05-cv-04182-SRD-JCW   Document 19838-3   Filed 06/04/10   Page 34 of 70

Page 92
2008 U.S. Dist. LEXIS 39774, *

Strauss, LEAD ATTORNEY, Christian Albert Garbett, Lindsay A. Larson, III, Sarah Shannahan Monsour, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA.

For State Farm Fire and Casualty Company, 07-2279, 07-2280, 07-2282, 07-2283, 07-2289, 07-2290, 07-2291, 07-2292, 07-2293, 07-2294, 07-2296, 07-2297, 07-2301, 07-2302, 07-2303, 07-2304, 07-2305, 07-2306, 07-2307, 07-2308, 07-2309, 07-2310, 07-2311, 07-2312, 07-2313, 07-2314, 07-2315, 07-2316, State Farm Fire and Casualty Company, 07-2286, State Farm Fire and Casualty Company, 07-2299, State Farm Fire and Casualty Company, 07-2317, State Farm Fire and Casualty Company, 07-2454, 07-2455, 07-2456, 07-2457, 07-2458, 07-2459, 07-2460, 07-2461, 07-2462, 07-2463, 07-2464, 07-2465, 07-2466, 07-2467, 07-2468, 07-2469, 07-2477, 07-2478, 07-2479, 07-2480, 07-2481, 07-2482, [*346] 07-2483, 07-2484, 07-2485, State Farm Fire and Casualty Company, 07-2472, State Farm Fire and Casualty Company, 07-2473, State Farm Fire and Casualty Company, 07-2474, State Farm Fire and Casualty Company, 07-2475, State Farm Fire and Casualty Company, 07-2476, State Farm Fire and Casualty Company, 07-2503, State Farm Fire and Casualty Company, 07-2504, State Farm Fire and Casualty Company, 07-2516, State Farm Fire and Casualty Company, 07-2517, State Farm Fire and Casualty Company, 07-1950, 07-2235, 07-2182, 07-2249, 07-2250, 07-2281, 07-2284, 07-2285, 07-2287, 07-2288, 07-2298, 07-2300, 07-2320, 07-2321, 07-2322, 07-2323, 07-2324, 07-2325, 07-2330, 07-2331, 07-2332, 07-2333, 07-2334, 07-2335, 07-2336, 07-2337, 07-2338, 07-2339, State Farm Fire and Casualty Company, 07-2340, 07-2341, 07-2342, 07-2343, 07-2344, 07-2345, 07-2346, 07-2347, 07-2348, 07-2349, 07-2350, 07-2351, 07-2352, 07-2353, 07-2354, 07-2355,07-2356,07-2357,07-2358,07-2359, 07- 2362, 07-2363, 07-2364, 07-2365, 07-2366, 07-2367, 07-2368, 07-2369, 07-2370, State Farm Fire and Casualty Company, 07-2371, 07-2372, 07-2373, 07-2374, 07-2375, 07-2376, 07-2377, 07-2378, 07-2379, 07-2380, 07-2381, 07-2382, 07-2383, 07-2384, [*347] 07-2385, 07-2386, 07-2387, 07-2388, 07-2389, 07-2390, 07-2391, 07-2392, 07-2393, 07-2394, 07-2395, 07-2396, 07-2397, 07-2398, State Farm Fire and Casualty Company, 07-2399, 07-2400, 07-2401, 07-2402, 07-2403, 07-2404, 07-2405, 07-2406, 07-2407, 07-2408, 07-2409, 07-2410, 07-2411, 07-2412, 07-2413, 07-2414, 07-2416, 07-2418, 07-2419, 07-2421, 07-2422, 07-2423, 07-2424, 07-2425, 07-2426, 07-2427, 07-2428, 07-2429, State Farm Fire and Casualty Company, 07-2547, 07-2548, 07-2549, 07-2550, 07-2551, 07-2552, 07-2553, 07-2554, 07-2555, 07-2556, 07-2557, 07-2558, 07-2559, 07-2560, 07-2561, 07-2562, 07-2563, 07-2564, 07-2565, 07-2566, 07-2567, 07-2568, 07-2569, 07-2570, 07-2571, 07-2572, 07-2573, 07-2574,

State Farm Fire and Casualty Company, 07-2575, 07-2576, 07-2577, 07-2578, 07-2579, 07-2580, 07-2581, 07-2582, 07-2583, 07-2584, 07-2585, 07-2586, 07-2587, 07-2588, 07-2589, 07-2590, 07-2591, 07-2592, 07-2593, 07-2594, 07-2595, 07-2596, 07-2597, 07-2598, 07-2599, 07-2600, 07-2601, 07-2602, State Farm Fire and Casualty Company, 07-2631, 07-2632, 07-2633, 07-2634, 07-2636, 07-2637, 07-2638, 07-2639, 07-2640, 07-2641, 07-2642, 07-2643, 07-2644, 07-2645, 07-2646, 07-2647, 07-2889, Consol Defendants: David [*348] A. Strauss, LEAD ATTORNEY, Adam Patrick Massey, Christian Albert Garbett, Lindsay A. Larson, III, Sarah Shannahan Monsour, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA.

For State Farm Fire and Casualty Company, 07-2318, 07-2319, 07-2326, 07-2327, 07-2328, 07-2329, 07-2432, 07-2433, 07-2434, 07-2435, 07-2436, 07-2437, 07-2438, 07-2439, 07-2440, 07-2441, 07-2442, 07-2443, 07-2444, 07-2445, 07-2446, 07-2447, 07-2448, 07-2449, 07-2450, State Farm Fire and Casualty Company, 07-2415, Consol Defendants: Adrianne L. Baumgartner, LEAD ATTORNEY, Porteous, Hainkel & Johnson (Covington), Covington, LA; David A. Strauss, LEAD ATTORNEY, Adam Patrick Massey, Christian Albert Garbett, Lindsay A. Larson, III, Sarah Shannahan Monsour, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA.

For Auto Club Family Insurance Company, 07-1689, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Brad M. LaComb, Brad M. LaComb, Chopin, Wagar, Richard & Kutcher, LLP, Metairie, LA; Matthew J. Ungarino, Ungarino & Eckert, LLC, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1564, 07-1567, 07-1568, 07-1569, 07-1573, 07-1574, 07-1575, 07-1576, 07-1577, 07-1578, 07-1580, 07-1580, 07-1582, [*349] 07-1587, 07-1588, 07-1589, 07-1593, 07-1596, 07-1597, 07-1598, 07-1600, 07-1601, 07-1602, 07-1603, 07-1604, 07-1606, State Farm Fire and Casualty Company, 07-1565, 07-1572, 07-1579, 07-1583, 07-1584, 07-1591, 07-1594, 07-1599, 07-1605, 07-1607, 07-1609, State Farm Fire and Casualty Company, 07-1572, Consol Defendants: Sidney Jay Hardy, LEAD ATTORNEY, Roy C. Beard, McCranie, Sistrunk (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, Consol Defendant: David K Persons, LEAD ATTORNEY, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA; David A. Strauss, LEAD ATTORNEY, Adam Patrick Massey, Christian Albert Garbett, Lindsay A. Larson, III, Sarah Shannahan Monsour, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA.

For Lexington Insurance Company, 07-1528, Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Auto Club Family Insurance Company, (07-2763, 07-5112), Consol Defendant: Anthony Joseph Milazzo, Jr., LEAD ATTORNEY, Hebbler & Giordano, LLC, Metairie, LA.

For Lexington Insurance Company, 06-4811, Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Krystena L. Harper, Gieger, Laborde & Laperouse, [*350] LLC, New Orleans, LA.

For U.S. Corp of Engineers District of New Orleans, 07-2742, Consol Defendant: James L. Nelson, U. S. Attorney's Office, Baton Rouge, LA; Richard R. Stone, Sr., U.S. Department of Justice (Box 888), Washington, DC.

For Standard Fire Insurace Company, 07-2820, Consol Defendant: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Longman Russo, APLC, Lafayette, LA; Tina L. Kappen, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (Baton Rouge), Baton Rouge, LA.

For State Farm Fire and Casualty Company, 07-2505, State Farm Fire and Casualty Company, 07-2519, State Farm Fire and Casualty Company, 07-2515, 07-2518, 07-2520, 07-2522, 07-2523, 07-2524, 07-2525, 07-2526, 07-2527, 07-2528, 07-2529, 07-2530, 07-2531, 07-2532, 07-2533, 07-2534, 07-2535, 07-2536, 07-2537, 07-2538, 07-2539, 07-2540, 07-2541, 07-2542, 07-2543, 07-2544, 07-2545, 07-2546, Consol Defendants: David A. Strauss, LEAD ATTORNEY, Adam Patrick Massey, Christian Albert Garbett, Lindsay A. Larson, III, Sarah Shannahan Monsour, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA; Charles L. Chassaignac, IV, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For Defendant's [*351] Liason Counsel, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Transcontinental Insurance Company, 06-6394, Consol Defendant: Ben Louis Mayeaux, LEAD ATTORNEY, Charles W. Montz, Jr., James L. Pate, Laborde & Neuner, Lafayette, LA; Lauren Cangelosi Cancienne, Gieger, Laborde & Laperouse, LLC, Houston, TX.

For United States Army Corps of Engineers, 07-2742, Consol Defendant: Richard R. Stone, Sr., LEAD AT-TORNEY, U.S. Department of Justice (Box 888), Washington, DC.

For State Farm Fire and Casualty Company, 06-9874, Bob Nowlin, 06-9874, Consol Defendants: Heather Cheesbro, LEAD ATTORNEY, Brant J. Cacamo, Burt K. Carnahan, Charles Robert Rumbley, Eric B. Berger, Joseph Mark Messina, Pamela K. Richard, Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-7487, Consol Defendant: James R. Nieset, Jr., LEAD AT-TORNEY, Hoy Robert Hughes, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA; Adrianne L. Baumgartner, William Conway Lozes, Porteous, Hainkel & Johnson (Covington), Covington, LA.

For United States of America, 07-2771, Consol [*352] Defendant: Jennifer B. Drago, LEAD ATTORNEY, U. S. Attorney's Office, Lafayette, LA; Robin D. Smith, U.S. Department of Justice (Box 888), Washington, DC; Damon C. Miller, David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, Timothy McIlmail, U. S. Department of Justice, Washington, DC; Daniel Michael Baeza, Jr., U. S. Department of Agriculture, Washington, DC.

For Lafayette Insurance Company, 06-5255, Consol Defendant: Howard Bruce Kaplan, LEAD ATTORNEY, Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA; Stephen R. Barry, Daphne P. McNutt, Wendell R. Verret, Barry & Piccione (New Orleans), New Orleans, LA.

For Powell Insurance Agency, Inc., 06-5255, Consol Defendant: Stephen M. Gele, LEAD ATTORNEY, Matthew J. Ungarino, Ungarino & Eckert, LLC, Metairie, LA.

For Standard Fire Insurance Company, 06-8176, Automobile Insurance Company of Hartford, Connecticut, 06-8176, Consol Defendants: Gary Jude Russo, LEAD ATTORNEY, Cade Aaron Evans, Longman Russo, APLC, Lafayette, LA.

For Weeks Marine, Inc., 06-10796, Consol Defendant: Joseph E. Lee, III, LEAD ATTORNEY, Preis & Roy, PLC (New Orleans), New Orleans, LA; [*353] Frank Anthony Piccolo, Preis & Roy, PLC (Houston), Houston, TX.

For Encompass Insurance Company, 06-1734, Consol Defendant: Steven Michael Lozes, LEAD ATTORNEY,

For Lexington Insurance Company, TORNEY, U.S. Department of Justice (Box 888), Washington, DC.

Lozes & Ponder (New Orleans), New Orleans, LA; Donald F. deBoisblanc, Donald Francis deBoisblanc, Jr., deBoisblanc & deBoisblanc, New Orleans, LA; Randall A. Smith, Smith & Fawer, LLP, New Orleans, LA.

For Maryland Casualty Company, 07-2683, Consol Defendant: Richard E. King, LEAD ATTORNEY, Cherrell R. Simms, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Allstate Insurance Company, 07-1721, 07-2952, 07-3066, Consol Defendant: James L. Donovan, Jr., LEAD ATTORNEY, Donovan & Lawler, Metairie, LA; Michael David Breinin, LEAD ATTORNEY, Nielsen Law Firm, Metairie, LA; Edward R. Wicker, Jr., Judy Y. Barrasso, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Melissa L. Theriot, Laborde & Neuner, Lafayette, LA.

For Standard Fire Insurance Company, 06-4718, Standard Fire Insurance Company, 06-3990, Consol Defendants: Douglas Conrad Longman, Jr., LEAD ATTORNEY, Camille Bienvenu Poche, Gary Jude Russo, Longman Russo, APLC, Lafayette, LA.

For Lexington Insurance Company, 06-8504, [*354] Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, Margaret L. Sunkel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Lexington Insurance Company, 07-1846, Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, William A. Barousse, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-1591, 07-1592, 07-1593, 07-1594, 07-1595, 07-1596, 07-1597, 07-1598, 07-1599, 07-1600, 07-1601, 07-1602, 07-1603, 07-1604, 07-1605, 07-1606, 07-1607, 07-1608, 07-1609, Consol Defendant: Roy C. Beard, LEAD ATTORNEY, Sidney Jay Hardy, McCranie, Sistrunk (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, 07-2430, 07-2431, 07-2486, 07-2487, 07-2488, 07-2489, 07-2490, 07-2491, 07-2492, 07-2493, 07-2494, 07-2495, 07-2496, 07-2497, 07-2498, 07-2499, 07-2500, 07-2501, 07-2502, 07-2506, 07-2507, 07-2508, 07-2509, 07-2510, 07-2511, 07-2512, 07-2513, 07-2514, Consol Defendant: David A. Strauss, LEAD ATTORNEY, Adam Patrick Massey, Christian Albert Garbett, Lindsay A. Larson, III, Sarah Shannahan Monsour, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA; Alan A. Zaunbrecher, Zaunbrecher Treadaway, LLC, Metairie, [*355] LA.

For State Farm Fire and Casualty Company, 07-2603, 07-2604, 07-2605, 07-2606, 07-2607, 07-2608, 07-2609, 07-2610, 07-2611, 07-2612, 07-2613, 07-2614, 07-2615, 07-2616, 07-2617, 07-2618, 07-2619, 07-2620, 07-2621, 07-2622, 07-2623, 07-2624, 07-2625, 07-2626, 07-2627, 07-2628, 07-2629, 07-2630, Consol Defendant: David A. Strauss, LEAD ATTORNEY, Adam Patrick Massey, Christian Albert Garbett, Lindsay A. Larson, III, Sarah Shannahan Monsour, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA; James Donald Garvey, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Allstate Insurance Company, 07-2746, 07-2747, 07-2748, 07-2749, 07-2750, 07-2751, 07-2752, 07-2753, 07-2754, 07-2755, 07-2756, 07-3078, 07-3081, 07-3082, 07-3083, 07-3084, 07-3086, 07-3088, 07-5746, Consol Defendant: Gregory J. Schwab, LEAD ATTORNEY, Gregory J. Schwab, LLC, Houma, LA; Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Carl Tracy Schwab, Henderson, Reilly & Boudreaux, Houma, LA.

For Standard Fire Insurance Company, 06-9514, Consol Defendant: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad [*356] Longman, Jr., Nadia Marie delaHoussaye, Longman Russo, APLC, Lafayette, LA.

For Standard Fire Insurance Company, 06-7286, Standard Fire Insurance Company, 07-1082, Consol Defendants: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Longman Russo, APLC, Lafayette, LA.

For Meritplan Insurance Company, 06-9852, Consol Defendant: Stephen Winthrop Rider, LEAD ATTORNEY, Lauren Elizabeth Campisi, McGlinchey Stafford, PLLC (New Orleans), New Orleans, LA; Marc R. Michaud, Lemle & Kelleher, LLP (New Orleans), New Orleans, LA.

For Lexington Insurance Company, 06-4920, Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Alistair Ward, Kelley Wingate Strain, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Lexington Insurance Company, 06-7171, Consol Defendant: John E. Baay, II, LEAD ATTORNEY, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Hanover Insurance Company, 06-8707, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Kristopher T. Wilson, LaDonna Grey Wilson, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For State Farm Fire and Casualty Company, 07-2660, 07-2661, 07-2662, [*357] 07-2663, 07-2664, 07-2665, Consol Defendant: Alan A. Zaunbrecher, LEAD ATTORNEY, Randell E. Treadaway, Tricia Bollinger, Zaunbrecher Treadaway, LLC, Metairie, LA.

For Metropolitan Property & Casualty Insurance Company, 07-3220, Metropolitan Property & Casualty Insurance Company, 07-3219, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Bailey H. Smith, H. Minor Pipes, III, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Brian Joseph Capitelli, U. S. Attorney's Office (New Orleans), New Orleans, LA.

For Stone Insurance Inc, 06-8637, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, Matthew J. Ungarino, Ungarino & Eckert, LLC (Metairie), Metairie, LA.

For Assurance Company of America, 06-8637; erroneously sued as Zurich American Insurance Company, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Lexington Insurance Company, 06-8504, Consol Defendant: Daniel Gibbons Rauh, Leo Raymond McAloon, III, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Lexington Insurance Company, 06-9910, Consol Defendant: John E. Baay, II, LEAD ATTORNEY, Michael [*358] D. Cangelosi, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Katie Hymel, 06-10852, Consol Defendant: Kevin R. Derham, LEAD ATTORNEY, Semmes, Bowen & Semmes, Baltimore, MD; Jaime Michele Cambre, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Katie Hymel Agency, Inc, 06-10852, Consol Defendant: Jaime Michele Cambre, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Scottsdale Insurance Company, (07-1233, 07-5112), Consol Defendant: David Edward Walle, LEAD ATTORNEY, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For Lexington Insurance Company, (06-11384, 07-5112), Consol Defendant: John E. Baay, II, LEAD ATTORNEY, Robert I. Siegel, William A. Barousse, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4949, Consol Defendant: Burt K. Carnahan, LEAD ATTORNEY, Brant J. Cacamo, Charles Robert Rumbley, Eric B. Berger, Heather Cheesbro, Joseph Mark Messina, Pamela K. Richard, Tara Lavel Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For Wells Fargo Bank, National Association, 07-2952, Consol Defendant: Kent A. Lambert, LEAD ATTORNEY, Baker [*359] Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA; Martha R. Crenshaw, Baker Donelson Bearman Caldwell & Berkowitz (Memphis), Memphis, TN.

For State Farm Fire and Casualty Company, 07-1859, 07-1860, 07-1861, 07-1862, 07-1863, 07-1864, 07-1865, 07-1866, 07-1867, 07-1868, 07-1869, 07-1870, 07-1872, 07-1873, 07-1874, 07-1875, State Farm Fire and Casualty Company, 07-1876, 07-1877, 07-1878, 07-1879, 07-1880, 07-1881, 07-1882, 07-1883, 07-1885, 07-1886, 07-1887, 07-1888, 07-1889, 07-1891, 07-1892, 07-1894, 07-1895, State Farm Fire and Casualty Company, 07-1896, 07-1897, 07-1898, 07-1899, 07-1900, 07-1901, 07-1902, 07-1903, 07-1904, 07-1906, 07-1907, 07-1908, 07-1909, 07-1911, 07-1912, 07-1913, 07-1914, 07-1915, 07-1916, 07-1917, 07-1918, 07-1919, 07-1920, 07-1921, State Farm Fire and Casualty Company, 07-1943, 07-1944, 07-1947, 07-1949, 07-1951, 07-1952, 07-1953, 07-1954, 07-1955, 07-1956, 07-1958, 07-1959, 07-1960, 07-1961, 07-1962, 07-1963, 07-1964, 07-1965, State Farm Fire and Casualty Company, 07-1966, 07-1968, 07-1969, 07-1970, 07-1971, 07-1972, 07-1973, 07-1974, 07-1975, 07-1976, 07-1977, 07-1978, 07-1979, 07-1980, 07-1983, 07-1984, 07-1985, 07-1986, 07-1987, 07-1988, [*360] State Farm Fire and Casualty Company, 07-2018, 07-2020, 07-2021, 07-2022, 07-2023, 07-2026, 07-2027, 07-2028, 07-2029, 07-2032, 07-2034, 07-2035, 07-2036, 07-2038, 07-2039, 07-2040, 07-2041, 07-2043, 07-2044, 07-2045, State Farm Fire and Casualty Company, 07-2046, 07-2047, 07-2048, 07-2049, 07-2051, 07-2052, 07-2053, 07-2054, 07-2056, 07-2057, 07-2058, 07-2059, 07-2060, State Farm Fire and Casualty Company, 07-2157, 07-2158, 07-2159, 07-2160, 07-2161, 07-2163, 07-2164, 07-2165, 07-2166, 07-2167, 07-2168, 07-2169, 07-2170, 07-2171, 07-2172, 07-2173, 07-2174, 07-2175,

07-2176, 07-2177, 07-2178, 07-2179, 07-2180, State Farm Fire and Casualty Company, 07-2181, 07-2183, 07-2184, 07-2185, 07-2186, 07-2187, 07-2188, 07-2189, 07-2190, 07-2191, 07-2192, 07-2193, 07-2194, 07-2195, 07-2196, 07-2197, State Farm Fire and Casualty Company, 07-2232, 07-2233, 07-2234, 07-2236, 07-2238, 07-2239, 07-2240, 07-2241, Consol Defendants: Charles L. Chassaignac, IV, LEAD ATTORNEY, Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For Imperial Fire and Casualty Insurance Company, 06-5276, 06-8200, 06-9961, Consol Defendant: Gerald J. [*361] Nielsen, LEAD ATTORNEY, Jason Michael Verdigets, Thomas Christopher Pennebaker, William T. Treas, Nielsen Law Firm, Metairie, LA.

For Assurance Company of America, 06-5276, 06-8200, 06-9961, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Matthew J. Lindsay, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For United States of America, 07-3500, Consol Defendant: Robin D. Smith, LEAD ATTORNEY, David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Kara K. Miller, Sarah K Soja, Taheerah Kalimah El-Amin, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC; Daniel Michael Baeza, Jr., U. S. Department of Agriculture, Washington, DC.

For Board of Commissioners for the Port of New Orleans, 07-3500, Board of Commissioners of the Port of New Orleans, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Board of Commissioners of the Port of New Orleans (07-4563, 07-4959, 07-5067, 07-5184, 07-5185), Consol Defendants: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA.

For Lafarge [*362] North America, Inc., 07-3500, Consol Defendant: Robert Burns Fisher, Jr., LEAD ATTORNEY, Derek Anthony Walker, Ivan Mauricio Rodriguez, Chaffe McCall LLP (New Orleans), New Orleans, LA; Adam M. Chud, John Aldock, Goodwin Procter, LLP (Washington), Washington, DC; Daniel Andrew Webb, Sutterfield & Webb, LLC, New Orleans, LA.

For Zito Fleeting, LLC, 07-3500, Zito Fleeting, Inc., 07-3500, Consol Defendants: Andre J. Mouledoux,

LEAD ATTORNEY, Clarence William Emory, Mouledoux, Bland, Legrand & Brackett, LLC, New Orleans, LA.

For Washington Group International, Inc., 07-3500, Washington Group International, Inc., 07-4392, Washington Group International, Inc., 07-4550, Washington Group International, Inc., 07-4555, Consol Defendants: William D. Treeby, LEAD ATTORNEY, Heather Shauri Lonian, John M. Landis, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Debra Satinoff Clayman, Jones Day (Washington), Washington, DC.

For Metropolitan Property and Casualty Insurance Company, (07-3381, 07-5112), Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Bailey H. Smith, H. Minor Pipes, III, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Liberty Mutual Insurance Company, 07-3568, [*363] Consol Defendant: H. Minor Pipes, III, LEAD ATTORNEY, Bonita Y. Watson, Jonathan R. Bourg, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Liberty Mutual Insurance Company, 07-3569, Liberty Mutual Insurance Company, 07-3570, Metropolitan Casualty Insurance Company, (07-5112), Consol Defendants: H. Minor Pipes, III, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Liberty Mutual Insurance Company, 07-3571, Liberty Mutual Insurance Company, (07-3572, 07-5112), Consol Defendants: H. Minor Pipes, III, LEAD ATTORNEY, Bonita Y. Watson, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-1563, Consol Defendant: Sidney Jay Hardy, LEAD ATTORNEY, Roy C. Beard, McCranie, Sistrunk (Metairie), Metairie, LA.

For Standard Fire Insurance Company, 07-3576, Standard Fire Insurance Company, 07-3833, 07-3834, 07-3835, 07-3836, 07-3837, 07-3838, 07-3839, 07-3840, 07-3841, 07-3842, 07-3843, 07-3844, 07-3845, 07-3846, 07-3847, 07-3848, 07-3849, 07-3850, 07-3851, Standard Fire Insurance Company, 07-511, Consol Defendants: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, [*364] Jr., Longman Russo, APLC, Lafayette, LA.

For Allstate Insurance Company, 07-3388, 07-3389, 07-3398, 07-3399, 07-3404, 07-3412, 07-3414, 07-3417,

07-3418, 07-3422, 07-3423, 07-3427, 07-3428, 07-3434, 07-3436, 07-3437, 07-3438, 07-3440, 07-3442, 07-3443, 07-3446, 07-3448, 07-3449, 07-3452, 07-3454, 07-3455, 07-3458, 07-3461, 07-3585, 07-3586, 07-3587, 07-3588, Allstate Insurance Company, 07-3387, 07-3424, 07-3435, Consol Defendants: Danna Schwab, LEAD ATTORNEY, The Schwab Law Firm, Houma, LA.

For Allstate Insurance Company, 07-3390, 07-3393, 07-3394, 07-3400, 07-3403, 07-3405, 07-3406, 07-3407, 07-3409, 07-3410, 07-3411, 07-3415, 07-3416, 07-3419, 07-3420, 07-3421, 07-3429, 07-3430, 07-3431, 07-3433, 07-3439, 07-3441, 07-3444, 07-3447, 07-3450, 07-3453, 07-3457, 07-3459, 07-3460, 07-3462, Consol Defendant: Scott Glynn Jones, LEAD ATTORNEY, Inabnet & Jones, LLC, Mandeville, LA; Mark E. Seamster, Galloway, Johnson, Tompkins, Burr & Smith (Mandeville), Mandeville, LA.

For State Farm Fire and Casualty Company, 06-4954, Consol Defendant: Burt K. Carnahan, LEAD ATTORNEY, Brant J. Cacamo, Charles Robert Rumbley, Eric B. Berger, Heather Cheesbro, Joseph Mark Messina, Pamela K. Richard, Tara Lavel [*365] Mason, Lobman, Carnahan, Batt, Angelle & Nader, New Orleans, LA.

For State Farm Fire and Casualty Company, 06-4155, Consol Defendant: Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Douglas Jay Cochran, Mary L. Dumestre, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Anthony J Cemo, 06-4155; individually and as agent of State Farm Fire and Casualty Company, Consol Defendant: Terrence Jude Lestelle, LEAD ATTORNEY, Andrea S. Lestelle, Jeffery Bryan Struckhoff, Lestelle & Lestelle, Metairie, LA; Wayne J. Lee, LEAD ATTORNEY, Andrea L. Fannin, Douglas Jay Cochran, Mary L. Dumestre, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Cutitto Insurance, Inc., 06-8150, Consol Defendant: Guyton Henri Valdin, Jr., LEAD ATTORNEY, Jaime Michele Cambre, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For United States of America, 07-3173, Consol Defendant: Richard R. Stone, Sr., LEAD ATTORNEY, David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC; Daniel Michael Baeza, Jr., U. S. Department of Agriculture, Washington, [*366] DC.

For United States Army Corps of Engineers, 07-3173, Consol Defendant: Richard R. Stone, Sr., LEAD ATTORNEY, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC.

For Great Northern Insurance Company, 06-7412, Consol Defendant: Steven W. Usdin, LEAD ATTORNEY, John W. Joyce, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Brian Joseph Capitelli, U. S. Attorney's Office (New Orleans), New Orleans, LA.

For Republic Fire and Casualty Insurance Company (06-8520, 07-5112), Consol Defendant: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Scot Patrick Koloski, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Republic Fire and Casualty, 06-4800, Consol Defendant: Jay M. Lonero, LEAD ATTORNEY, Christopher Raymond Pennison, Linnette Conerly Goodly, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For State Farm Fire and Casualty Company, 07-1802, Consol Defendant: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Caroline D. Ibos, Darren Albert Patin, John Elliott Unsworth, Jr., Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For State Farm Fire and Casualty Company, 07-2681, [*367] Consol Defendant: Donna Bramlett Wood, LEAD ATTORNEY, Roy C. Beard, McCranie, Sistrunk (Metairie), Metairie, LA.

For Allstate Insurance Company, 07-3391, 07-3392, 07-3397, 07-3401, 07-3402, 07-3408, 07-3432, 07-3456, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Scott Glynn Jones, LEAD ATTORNEY, Inabnet & Jones, LLC, Mandeville, LA.

For State Farm Insurance Company, 07-3852, State Farm Insurance Company, 07-3853, State Farm Insurance Company, 07-3854, Consol Defendants: William Ryan Acomb, LEAD ATTORNEY, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA; Adrianne L. Baumgartner, Porteous, Hainkel & Johnson (Covington), Covington, LA.

For Axis Surplus Insurance Company, 06-5731, Axis Surplus Insurance Company (06-5732, 07-4852), Consol Defendants: Michael R. Sistrunk, LEAD ATTORNEY,

Kyle P. Kirsch, McCranie, Sistrunk (Metairie), Metairie, LA.

For Maryland Casualty Company, 06-9246, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Kimberly G. Anderson, Matthew J. Lindsay, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Allstate Insurance   [*368] Company, 06-1672, 06-1673, 06-1674, 06-2315, 06-2786, 06-3996, 06-4385, 06-4818, 06-4915, 06-6145, 06-6163, 06-7547, 06-7557, 06-7771, 06-7909, 06-8274, 06-8674, 06-8885, 06-8892, 06-9096, 06-10852, 07-1015, Consol Defendant: Christopher Parnell Lawler, LEAD ATTORNEY, Donovan & Lawler, Metairie, LA; Francis Xavier Neuner, Jr., LEAD ATTORNEY, Daniel J. Poolson, Jr., Gregory Alan Koury, Jeremy Nicholas Morrow, Melissa L. Theriot, Laborde & Neuner, Lafayette, LA; Gregory J. Schwab, LEAD ATTORNEY, Gregory J. Schwab, LLC, Houma, LA; Jean E. Lavidalie, LEAD ATTORNEY, Maureen O'Connor Sullivan, Richard W. Bane, Lewis, Brisbois, Bisgaard & Smith, LLP (Lafayette), Lafayette, LA; Jeffrey P. Lozes, LEAD ATTORNEY, Steven Michael Lozes, Lozes & Ponder (New Orleans), New Orleans, LA; Judy Y. Barrasso, LEAD ATTORNEY, Bailey H. Smith, Bonita Y. Watson, Craig Isenberg, Edward R. Wicker, Jr., Jeanmarie LoCoco Nicholson, Laura Spansel Gravener, Mary Dawn Pugh, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Lawrence J. Duplass, LEAD ATTORNEY, C. Michael Pfister, Kelly Cambre Bogart, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA; Donald F. deBoisblanc,   [*369] Donald Francis deBoisblanc, Jr., J. Rand Smith, Jr., deBoisblanc & deBoisblanc, New Orleans, LA; Dorothy L. Tarver, Gerald J. Nielsen, John Dennis Carter, Joseph James Aguda, Jr., Mary Ellen Wyatt, Thomas Christopher Pennebaker, William T. Treas, Nielsen Law Firm, Metairie, LA; Kendra Kekelis Hartman, Richard L. Fenton, Sonnenschein, Nath & Rosenthal (Chicago), Chicago, IL; Kevin R. Derham, Semmes, Bowen & Semmes, Baltimore, MD; Nicole McDaniel Bowen, Gieger, Laborde & Laperouse, LLC, New Orleans, LA; Raymond A. Chenault, McGlinchey Stafford, PLLC (New Orleans), New Orleans, LA.

For United States of America, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, United States of America, 07-4384, United States of America, 07-4353, 07-4453, 07-4391, 07-4392, United States of America, 06-2545, United States of America, 07-4519, United States of America, 07-4535, United States of America, 07-4522, United States of America, 07-4543, 07-4544, 07-4545, 07-4550, 07-4551, 07-4552,

07-4553, 07-4554, 07-4560, 07-4563, United States of America, 07-4560, United States of America, 07-4563, United States of America, (07-4555, 07-4556, 07-4557, 07-4558, 07-4559, 07-4561, 07-4562, 07-4607, 07-4608), Consol   [*370] Defendants: Daniel Michael Baeza, Jr., U. S. Department of Agriculture, Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC.

For United States Army Corps of Engineers, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Consol Defendant: James L. Nelson, U. S. Attorney's Office, Baton Rouge, LA.

For Board of Commissioners of the East Jefferson Levee District, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Board of Commissioners of the East Jefferson Levee District, 07-4391, Board of Commissioners of the East Jefferson Levee District, 07-4551, Board of Commissioners of the East Jefferson Levee District, 07-4552, Board of Commissioners of the East Jefferson Levee District, 07-4553, 07-4560, 07-4949, 07-4957, 07-4959, 07-4960, 07-4964, 07-4972, 07-4980, 07-4982, 07-4986, 07-4990, 07-4996, 07-5155, 07-5316, 07-5318, 07-5319, 07-5326, 07-5335, 07-5351, 07-5352, 07-5361, 07-5363, 07-5374, Board of Commissioners of the East Jefferson Levee District, 07-4554, Board of Commissioners of the East Jefferson Levee District, 07-4563,   [*371] Board of Commissioners of the East Jefferson Levee District, (07-4556, 07-4557, 07-4558, 07-4559, 07-4561, 07-5067, 07-5184, 07-5185), Consol Defendants: Lawrence J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Joseph Edward Bearden, III, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For National Union Fire Insurance Company of Pittsburgh, LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT, Consol Defendant: George Davidson Fagan, Marc E. Devenport, LEAD ATTORNEYS, Karen M. Dicke, Leake & Andersson, LLP, New Orleans, LA.

For Allstate Indemnity Company, 07-3079, 07-3080, 07-3085, 07-3087; Erroneously referred to as Allstate Insurance Company, Consol Defendant: Gregory J. Schwab, LEAD ATTORNEY, Gregory J. Schwab, LLC, Houma, LA; Carl Tracy Schwab, Henderson, Reilly & Boudreaux, Houma, LA; Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

2008 U.S. Dist. LEXIS 39774, *

For State Farm Fire and Casualty Insurance Company, 07-4393, 07-4395, 07-4396, Consol Defendant: Charles Devin Fadaol, Peter Joseph Wanek, McCranie, Sistrunk (Metairie), Metairie, LA.

For Allstate Insurance Company, 07-4397, Consol Defendant: Francis Xavier Neuner, Jr., LEAD ATTORNEY, [*372] Carlyle V. Paxton, Daniel J. Poolson, Jr., Jeremy Nicholas Morrow, Melissa L. Theriot, Laborde & Neuner, Lafayette, LA; Dorothy L. Tarver, Nielsen Law Firm, Metairie, LA.

For American Security Insurance Company, 07-4384, 07-5112, Consol Defendant: Gordon P. Serou, Jr., LEAD ATTORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA.

For Modjeski and Masters, Inc., 07-4391, Consol Defendant: Francis J. Barry, Jr., LEAD ATTORNEY, Frederick R. Bott, Keith J. Bergeron, Scott Hedlund, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Eustis Engineering Co., Inc., 07-4391, Consol Defendant: Mat M. Gray, III, LEAD ATTORNEY, Alanson Trigg Chenault, Fowler Rodriguez (New Orleans), New Orleans, LA.

For Boh Brothers Construction Company, Inc., 07-4391, Consol Defendant: Charles Bruce Colvin, Kingsmill Riess, LLC, New Orleans, LA.

For B&K Construction Company, Inc., 07-4391, Consol Defendant: Betty Finley Mullin, Herman C. Hoffmann, Jr., LEAD ATTORNEYS, Wade Michael Bass, Simon, Peragine, Smith & Redfearn, LLP, New Orleans, LA.

For Burk-Kleinpeter, Inc., 07-4391, Consol Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, [*373] LA.

For Burk-Kleinpeter, LLC, 07-4391, Consol Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, Scott Hedlund, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Gotech, Inc., 07-4391, Consol Defendant: Albert D. Clary, LEAD ATTORNEY, Adrian Girard Nadeau, Long Law Firm, Baton Rouge, LA.

For Federal Emergency Management Agency, 07-4533, Consol Defendant: Brock Darren Dupre, LEAD ATTORNEY, U. S. Attorney's Office (New Orleans), New Orleans, LA.

For New Hampshire Insurance Company, 07-4462, Consol Defendant: Andrew Scott Friedberg, Gregory James Moore, Fulbright & Jaworski, LLP (Houston), Houston, TX.

For Allstate Insurance Company, 06-8589, 07-5112, Consol Defendant: Richard W. Bane, LEAD ATTORNEY, Maureen O'Connor Sullivan, Sarah Russell Smith, Lewis, Brisbois, Bisgaard & Smith, LLP (Lafayette), Lafayette, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 07-4550, Board of Commissioners for the Lake Borgne Basin Levee District, (07-4555, 07-4562), Consol Defendants: Andrew D. Weinstock, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Sewerage and Water Board of New Orleans, 07-4551, Sewerage and Water Board of New Orleans, [*374] 07-4552, Sewerage and Water Board of New Orleans, 07-4553, Consol Defendants: Charles Munson Lanier, Jr., LEAD ATTORNEY, Christovich & Kearney, LLP, New Orleans, LA.

For Fidelity National Insurance Company, (07-4891, 07-5112), Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, Dorothy L. Tarver, Thomas Christopher Pennebaker, Nielsen Law Firm, Metairie, LA.

For Farmers Insurance Exchange, (07-5112), Consol Defendant: Marshall Mc Alis Redmon, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA.

For Hartford Casualty Insurance Company, 07-5112, Consol Defendant: Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Markel Insurance Company, (07-5112), Consol Defendant: Andrew C. Kolb, Baker Donelson Bearman Caldwell & Berkowitz (Baton Rouge), Baton Rouge, LA.

For Meritplan Insurance Company, (07-5112), also known as Balboa Group, Consol Defendant: Gerard E. Wimberly, Jr., LEAD ATTORNEY, Anthony Rollo, Daniel Thomas Plunkett, McGlinchey Stafford, PLLC (New Orleans), New Orleans, LA.

For National Security Fire and Casualty Company, (07-5112), Consol Defendant: Sidney W. Degan, III, LEAD ATTORNEY, Julia Ann Dietz, Stephanie Dova-

lina, Degan, Blanchard [*375] & Nash (New Orleans), New Orleans, LA.

For Security Plan Fire Insurance Company, (07-5112), Consol Defendant: Thomas H. Huval, LEAD ATTORNEY, Huval, Veazey, Felder, Aertker & Renegar, LLC (Covington), Covington, LA.

For State National Insurance Company, (07-5112), Consol Defendant: Paul Lee Peyronnin, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Union National Fire Insurance Company, (07-5112), Consol Defendant: Deborah Bila Rouen, LEAD ATTORNEY, Adams & Reese, LLP (New Orleans), New Orleans, LA.

For United Fire & Casualty Company, (07-5112), United Fire & Indemnity Company, (07-5112), United Fire Group, (07-5112, 07-5199, 07-5205), also known as Lafayette Insurance Company, Consol Defendants: Howard Bruce Kaplan, LEAD ATTORNEY, Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA.

For Zurich American Insurance Company, (07-5112), Maryland Casualty Company, 07-4312, Consol Defendants: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Matthew J. Lindsay, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For United States of America, (07-4828, 07-4842, 07-4843, 07-4844, 07-4845, 07-4846, 07-4848, 07-4849, 07-4851, [*376] 07-4887), United States of America, (07-4906, 07-4914, 07-4942, 07-5034, 07-5021, 07-4959, 07-5067, 07-5074, 07-5130, 07-5174, 07-5181, 07-5182, 07-5184, 07-5185), United States of America, 07-5040, United States of America, 07-5314, 07-5315, 07-5316, 07-5317, 07-5325, 07-5326, 07-5327, 07-5328, 07-5329, 07-5338, 07-5339, 07-5340, 07-5341, 07-5342, 07-5352, 07-5353, 07-5354, 07-5355, 07-5356, 07-5357, 07-5358, 07-5359, 07-5360, 07-5375, 07-5376, 07-5377, United States of America, 07-5331, 07-5332, 07-5333, 07-5343, 07-5345, 07-5346, 07-5347, 07-5365, 07-5366, 07-5367, 07-5370, 07-5371, 07-5372, 07-5373, 07-5374, 07-5389, 07-5117, 07-5330, 07-5378, 07-5494, 07-5495, 07-5496, United States of America, Department of the Army, Corps of Engineers (07-4902, 07-4913), United States of America, 07-4953,07-4954,07-4955,07-4961,07-4962,07-4963,07-4964,07-4965,07-4966,07-4967,07-4968,07-4969,07-4970,07-4971,07-4972,07-4973,07-4974,07-4975,07-5002,07-5003,07-5004,07-5005,07-5006,07-5020,07-5022,07-5025,07-504

4,07-5083,07-5097,07-5098,07- 5186,07-5187, United States of America, (07-4724, 07-4956, 07-4957, 07-4958, 07-4960, 07-5023, 07-5030, 07-5105, 07-5134, 07-5148, 07-5150), Consol Defendants: [*377] Daniel Michael Baeza, Jr., David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U. S. Department of Agriculture, Washington, DC.

For James Heintz, Sr., (07-4842), Judy Heintz, (07-4842), Consol Defendants: Mickey P. Landry, LEAD ATTORNEY, David Ryan Cannella, Frank J. Swarr, Landry & Swarr, LLC, New Orleans, LA.

For Southeast Louisiana Flood Protection Agency - East, 07-4851, 07-5184, 07-5186, 07-5187, Board of Commissioners for the Lake Borgne Basin Levee District, 07-5343, 07-5347, 07-5366, Consol Defendants: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Jennifer May Morris, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 07-4851, 07-4774, 07-4945, 07-5397, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Gary M. Zwain, Jennifer May Morris, Joseph Edward Bearden, III, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate Insurance Company, 07-4444, Consol Defendant: Scott Glynn Jones, LEAD ATTORNEY, Lauren L. Hudson, Inabnet & Jones, LLC, Mandeville, LA.

For Auto [*378] Club Family Insurance Company, 07-4115, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Kenneth Benjamin Krobert, Chopin, Wagar, Richard & Kutcher, LLP, Metairie, LA.

For Fidelity and Deposit Company of Maryland, 07-4370, Consol Defendant: Richard E. King, LEAD ATTORNEY, Cherrell R. Simms, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Board of Commissioners of the East Jefferson Levee District, 07-5314, 07-5315, 07-5317, 07-5325, 07-5328, 07-5329, 07-5338, 07-5339, 07-5340, 07-5341, 07-5342, 07-5353, 07-5354, 07-5355, 07-5356, 07-5357, 07-5358, 07-5359, 07-5360, 07-5375, 07-5376, 07-5377, Board of Commissioners of the East Jefferson Levee District, 07-5331, 07-5332, 07-5333, 07-5345, 07-5346, 07-5347, 07-5365, 07-5367, 07-5370, 07-5371, 07-5372, 07-5373, 07-5330, 07-5378, 07-5494, 07-5495, 07-5496, Board of Commissioners of the East Jefferson Levee District,

07-4956, 07-4958, 07-5148, 07-5150, Consol Defendants: Lawrence J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Joseph Edward Bearden, III, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Washington Group International, Inc., (07-5067), Washington Group International, [*379] Inc., 07-5339, 07-5355, 07-5356, 07-5375, Washington Group International, Inc., 07--5327, 07-5347, 07-5366, Washington Group International, Inc., 07-4562, 07-4953, 07-4965, 07-4969, 07-5020, Consol Defendants: William D. Treeby, LEAD ATTORNEY, Heather Shauri Lonian, John M. Landis, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Debra Satinoff Clayman, Jones Day (Washington), Washington, DC.

For Board of Commissioners of the Lake Borgne Basin Levee District, 07-5327, 07-5339, 07-5355, 07-5375, Consol Defendant: Jennifer May Morris, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Southeast Louisiana Flood Protection Authority - East A Successor-in-Interest to 07-5185, Consol Defendant: Andrew D. Weinstock, Jennifer May Morris, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate Insurance Company, 07-4855, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Jonathan R. Bourg, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For St. Paul Fire & Marine Insurance Company, 07-5331, 07-5332, 07-5333, 07-5343, 07-5345, 07-5346, 07-5347, 07-5365, 07-5366, 07-5367, 07-5370, 07-5371, 07-5372, 07-5373, [*380] 07-5374, 07-5330, 07-5378, 07-5494, 07-5495, 07-5496, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Liberty Mutual Fire Insurance Company, 07-4869, Liberty Mutual Insurance Company, 07-4869, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., H. Minor Pipes, III, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, (07-4853), Consol Defendant: Charles L. Chassaignac, IV, LEAD ATTORNEY, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For Fidelity National Insurance Company, (07-4892, 07-4895), Fidelity & Casualty Insurance Company, (07-4893), Harleysville Mutual Insurance Company, (07-5208, 07-5528), Consol Defendants: Gerald J. Nielsen, LEAD ATTORNEY, Thomas Christopher Pennebaker, Nielsen Law Firm, Metairie, LA.

For Standard Fire Insurance Company, 06-6861, Consol Defendant: Nadia Marie delaHoussaye, LEAD ATTORNEY, Longman Russo, APLC, Lafayette, LA.

For Allstate Insurance, (07-4994), Consol Defendant: Michael David Breinin, LEAD ATTORNEY, Gerald J. Nielsen, John Dennis Carter, Nielsen [*381] Law Firm, Metairie, LA.

For Board of Commissioners of the Lake Borgne Basin Levee District, 07-4953, 07-4965, 07-4969, 07-5020, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Jennifer May Morris, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Board of Commissioners of the East Jefferson Levee District, 07-4953, 07-4954, 07-4955, 07-4961, 07-4962, 07-4963, 07-4966, 07-4967, 07-4968, 07-4970, 07-4971, 07-4973, 07-4974, 07-4975, 07-5002, 07-5003, 07-5004, 07-5005, 07-5006, 07-5186, 07-5187, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Joseph Edward Bearden, III, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Sewerage & Water Board of New Orleans, 07-4953, 07-4954, 07-4955, 07-4961, 07-4962, 07-4963, 07-4964, 07-4966, 07-4967, 07-4968, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974, 07-4975, 07-5002, 07-5003, 07-5004, 07-5005, 07-5006, 07-5186, 07-5187, Consol Defendant: Charles Munson Lanier, Jr., LEAD ATTORNEY, Howard Carter Marshall, Kevin Richard Tully, Christovich & Kearney, LLP, New Orleans, LA; George R. Simno, III, Gerard Michael Victor, Sewerage & Water Board Legal [*382] Department, New Orleans, LA.

For Board of Commissioners of the Port of New Orleans, 07-4953, 07-4963, 07-4964, 07-4966, 07-4967, 07-4968, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974, 07-4975, 07-5002, 07-5003, 07-5004, 07-5005, 07-5006, 07-5186, 07-5187, Consol Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA.

For Board of Commissioners of the Orleans Parish Levee District, (07-4956, 07-4957, 07-4958, 07-4960, 07-5148,

07-5150), Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, McCranie, Sistrunk (Metairie), Metairie, LA.

For Sewerage & Water Board of New Orleans, (07-4956, 07-4957, 07-4958, 07-4960, 07-5148, 07-5150), Consol Defendant: Charles Munson Lanier, Jr., LEAD ATTORNEY, Christovich & Kearney, LLP, New Orleans, LA.

For Ingram Barge Company, 05-5724, 06-6299, Consol Defendant: Sherman Gene Fendler, LEAD ATTORNEY, Brett D. Wise, David W. Leefe, Don Keller Haycraft, Liskow & Lewis (New Orleans), New Orleans, LA.

For Riverway Company, 05-5724, Consol Defendant: Sherman Gene Fendler, LEAD ATTORNEY, David W. Leefe, Don Keller Haycraft, Liskow & Lewis (New Orleans), [*383] New Orleans, LA.

For Lafarge North America, Inc., 05-5724, 05-5531, 06-5342, 06-6299, 06-7516, Consol Defendant: Robert Burns Fisher, Jr., LEAD ATTORNEY, Derek Anthony Walker, Ivan Mauricio Rodriguez, Chaffe McCall LLP (New Orleans), New Orleans, LA; Adam M. Chud, John Aldock, Mark Raffman, Goodwin Procter, LLP (Washington), Washington, DC; Daniel Andrew Webb, Sutterfield & Webb, LLC, New Orleans, LA.

For New York Marine & General Insurance Company, 05-5724, American Home Assurance Company, 05-5724, International Marine Underwriters, 05-5724, Consol Defendants: Daniel Andrew Webb, LEAD ATTORNEY, Sutterfield & Webb, LLC, New Orleans, LA.

For American Steamship Owners Mutual Protection and Indemnity Association, 05-5724, Consol Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Montgomery Barnett (New Orleans), New Orleans, LA; John M. Woods, Neil T. Bloomfield, Thacher, Proffitt & Wood, New York, NY.

For David Scott Castaing, 06-7516, Consol Defendant: Rufus C. Harris, III, LEAD ATTORNEY, Alfred Jackson Rufty, III, Jill Schultz Willhoft, Harris & Rufty, LLC, New Orleans, LA.

For Raymond Graburst, JR, 06-7516, Consol Defendant: John F. Emmett, LEAD ATTORNEY, Brown [*384] Sims, PC (New Orleans), New Orleans, LA; James A. Cobb, Jr., Crosby Tugs, Galliano, LA; Louis G. Spencer, McNair Law Firm, Charlotte, NC.

For United States of America, 07-5178, Consol Defendant: Daniel Michael Baeza, Jr., David Samuel Silver-

brand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U. S. Department of Agriculture, Washington, DC; Kara K. Miller, U.S. Department of Justice (Box 888), Washington, DC.

For Auto Club Family Insurance Company, (07-4852, 07-5199, 07-5528), Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Chopin, Wagar, Richard & Kutcher, LLP, Metairie, LA.

For AIG Centennial Insurance Company, 07-5528, AIU Insurance Company, 07-5528, American General Property Insurance Company, 07-5528, Consol Defendants: Robert I. Siegel, LEAD ATTORNEY, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Allstate Indemnity Company, 07-5528, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Allstate Insurance Company, 07-5528, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & [*385] Sarver, LLC, New Orleans, LA; Mary Ellen Wyatt, Nielsen Law Firm, Metairie, LA.

For America First Insurance Company, 07-5528, Consol Defendant: H. Minor Pipes, III, LEAD ATTORNEY, Judy Y. Barrasso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For American Banker's Insurance Company of Florida, 07-5528, Assurant, 07-5528, Consol Defendants: Gordon P. Serou, Jr., LEAD ATTORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA.

For American Empire Insurance Company, 07-5528, Consol Defendant: George B. Hall, Jr., LEAD ATTORNEY, Jacqueline M. Brettner, Jay Russell Sever, Neil Charles Abramson, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For American Empire Surplus Lines Insurance Company, 07-5528, Great American Alliance Insurance Company, 07-5528, Great American Assurance Company, (07-4852, 07-5528), Great American Insurance Company of New York, 07-5528, Great American Security Insurance Company, 07-5528, Great American Spirit Insurance Company, 07-5528, Consol Defendants: George B. Hall, Jr., LEAD ATTORNEY, Jacqueline M. Brettner, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For American Insurance Company, 07-5528, Consol Defendant: C. Michael Pfister, [*386] Jaime Michele Cambre, Kelly Cambre Bogart, Lawrence J. Duplass, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For American Manufacturers Mutual Insurance Company, 07-5528, Consol Defendant: Neil Charles Abramson, LEAD ATTORNEY, Jacqueline M. Brettner, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For American National Insurance Company, 07-5528, American National General Insurance Company, (07-5528, 07-4852, 07-5199, 07-5205), Consol Defendants: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For American Reliable Insurance Company, (07-4852, 07-5208, 07-5528), American Security Insurance Company, (07-4852, 07-5199, 07-5205, 07-5208, 07-5528), Consol Defendants: Gordon P. Serou, Jr., LEAD ATTORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA; Walter D. Willson, Wells Marble & Hurst, PLLC, Jackson, MS.

For American Southern Insurance Company, 07-5528, Consol Defendant: Kathleen Diane Lambert, LEAD ATTORNEY, Stephenson, Matthews, Chavarri & Lambert, LLC, New Orleans, LA.

For American Summitt Insurance Company, 07-5528, Consol Defendant: John R. Walker, LEAD [*387] ATTORNEY, Allen & Gooch (Metairie), Metairie, LA.

For American Southern Home Insurance Company, (07-5205, 07-5528), Consol Defendant: Maria I. O'Byrne Stephenson, LEAD ATTORNEY, Catherine Irvin Chavarri, Kathleen Diane Lambert, Stephenson, Matthews, Chavarri & Lambert, LLC, New Orleans, LA.

For Amica Mutual Insurance Company, 07-5528, Consol Defendant: Christopher K. Jones, John Powers Wolff, III, Nancy B. Gilbert, Keogh, Cox & Wilson, Baton Rouge, LA.

For Assurance Company of America, 07-5528, Consol Defendant: David Michael Moragas, Matthew J. Lindsay, Richard E. King, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Audubon Insurance Company, (07-4582, 07-5199, 07-5208, 07-5528), Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Gieger, Laborde & Laperouse, LLC, New Orleans, LA; Sean P. Mount, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Automobile Insurance Company of Hartford, Connecticut, 07-5528, Hartford Accident and Indemnity Company, (07-4852, 07-5528), Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Balboa Insurance [*388] Company, (07-5199, 07-5205, 07-5208, 07-5528), Consol Defendant: Gerard E. Wimberly, Jr., LEAD ATTORNEY, Anthony Rollo, Daniel Thomas Plunkett, McGlinchey Stafford, PLLC (New Orleans), New Orleans, LA; Stephanie Goss John, McGlinchey Stafford, PLLC (Houston), Houston, TX.

For Bankers Insurance Company, 07-5528, Consol Defendant: Thomas M. Richard, LEAD ATTORNEY, Jason Paul Foote, Kenneth Benjamin Krobert, Chopin, Wagar, Richard & Kutcher, LLP, Metairie, LA.

For Centre Insurance Company, (07-4852, 07-5528), Consol Defendant: Dominic J. Ovella, LEAD ATTORNEY, Anne Elizabeth Medo, Daniel M. Redmann, John Christopher Dippel, Hailey, Sean P. Mount, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Certain Underwriters at Lloyd's London, 07-5528, Empire Fire and Marine Insurance Company, (07-4852, 07-5528), Consol Defendants: Neil Charles Abramson, LEAD ATTORNEY, Phelps Dunbar, LLP (New Orleans), New Orleans, LA; Holly G. Hansen, Marshall Mc Alis Redmon, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA.

For Chubb Custom Insurance Company, 07-5528, Great Northern Insurance Company, 07-5528, Consol Defendants: Steven W. Usdin, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, [*389] LLC, New Orleans, LA.

For Clarendon National Insurance, 07-5528, Consol Defendant: John Elliott Unsworth, Jr., Lauren E. Brisbi, William Glenn Burns, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Continental Insurance Company, 07-5528, Consol Defendant: James L. Pate, LEAD ATTORNEY, Laborde & Neuner, Charles W. Montz, Jr., Robert Edwin Torian, Laborde & Neuner, Lafayette, LA; Judy Y. Barrasso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

2008 U.S. Dist. LEXIS 39774, *

For Economy Premier Assurance Company, 07-5528, Consol Defendant: H. Minor Pipes, III, Judy Y. Barrasso, LEAD ATTORNEYS, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Electric Insurance Company, 07-5528, Consol Defendant: Dominic Joseph Gianna, LEAD ATTORNEY, Alan Dean Weinberger, Middleberg, Riddle & Gianna (New Orleans), New Orleans, LA.

For Encompass Indemnity Company, (07-4852, 07-5528), Encompass Insurance Company of America, 07-5528, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Richard L. Fenton, Sonnenschein, Nath & Rosenthal (Chicago), Chicago, IL.

For Encompass Property and Casualty Company, [*390] 07-5528, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; Donald Francis deBoisblanc, Jr., deBoisblanc & deBoisblanc, New Orleans, LA.

For Essex Insurance Company, (07-5205, 07-5528), Consol Defendant: John B. Davis, II, LEAD ATTORNEY, Kent A. Lambert, Tyler Weidlich, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA; Andrew C. Kolb, Baker Donelson Bearman Caldwell & Berkowitz (Baton Rouge), Baton Rouge, LA.

For Farmers Insurance Exchange, (07-4852, 07-5199, 07-5528), Consol Defendant: Marshall Mc Alis Redmon, LEAD ATTORNEY, Virginia Y. Trainor, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA; Jacqueline M. Brettner, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Federal Insurance Company, 07-5528, Consol Defendant: Mark E. Young, LEAD ATTORNEY, Plauche, Maselli, Parkerson, LLP, New Orleans, LA; Steven W. Usdin, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Fidelity National Insurance Company, (07-4852, 07-5208, 07-5528), Fidelity National Property and Casualty Insurance Company, (07-4852, 07-5528), Consol Defendants: Harry Rosenberg, [*391] LEAD ATTORNEY, Jacqueline M. Brettner, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Fireman's Fund Insurance Company, 07-5528, Consol Defendant: C. Michael Pfister, Jaime Michele Cam-

bre, Kelly Cambre Bogart, Lawrence J. Duplass, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Foremost Insurance Company, 07-5528, Consol Defendant: Marshall Mc Alis Redmon, LEAD ATTORNEY, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA; Jacqueline M. Brettner, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For General Insurance Company of America, (07-5205, 07-5528), Consol Defendant: Wendy Hickok Robinson, LEAD ATTORNEY, Nina Wessel English, Gordon, Arata, McCollam, Duplantis & Eagan (New Orleans), New Orleans, LA.

For Guideone Mutual Insurance Company, 07-5528, GuideOne Specialty Mutual Ins. Co.,(07-4852, 07-5528), Consol Defendants: Sidney W. Degan, III, LEAD ATTORNEY, James A. Rowell, Degan, Blanchard & Nash (New Orleans), New Orleans, LA.

For Hanover American Insurance Company, 07-5528, Hanover Insurance Company, 07-5528, Consol Defendants: Seth Andrew Schmeeckle, LEAD ATTORNEY, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), [*392] New Orleans, LA.

For Hartford Casualty Insurance Company, (07-4852, 07-5528), Hartford Fire Insurance Company, (07-4852, 07-5528), Hartford Insurance Company of the Midwest, 07-5528, Hartford Insurance Company of the Southeast, 07-5528, Hartford Insurance Group, 07-5528, Hartford Underwriters Insurance Company, (07-4852, 07-5528), St. Paul, 07-5528, St. Paul's Travelers Insurance Company, 07-5528, St. Paul Guardian Insurance Company, 07-5528, St. Paul Mercury Insurance Company, 07-5528, St. Paul Protective Insurance Company, 07-5528, St. Paul Surplus Lines Insurance Company, 07-5528, Standard Fire Insurance Company, (07-4852, 07-5199, 07-5205, 07-5528), Travelers Casualty Insurance Company of America, 07-5528, Travelers Home and Marine Insurance Company, (07-5199, 07-5528), Travelers Indemnity Company, (07-4852, 07-5199,07-5528), Travelers Indemnity Company of America, 07-5528, Travelers Indemnity Company of Connecticut, 07-5528, Travelers Insurance Company, (07-4852, 07-5528), Travelers Property Casualty Insurance Company, 07-5528, Twin City Fire Insurance Company, 07-5528, Consol Defendants: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, [*393] Rankin & Hubbard (New Orleans), New Orleans, LA.

2008 U.S. Dist. LEXIS 39774, *

For Homesite Insurance Company, (07-4852, 07-5205, 07-5528), Consol Defendant: Neil Charles Abramson, LEAD ATTORNEY, Jacqueline M. Brettner, Nora Bolling Bilbro, Phelps Dunbar, LLP (New Orleans), New Orleans, LA; Marshall Mc Alis Redmon, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA.

For Horace Mann Insurance Company, (07-4852, 07-5528), Horace Mann Property & Casualty Insurance Company, 07-5528, Teachers Insurance Company, 07-5528, Tokio Marine & Nichido Fire Insurance Company Ltd., 07-5528, United Services Automobile Association, (07-4852, 07-5528), USAA Casualty Insurance Company, (07-4852, 07-5528), USAA General Indemnity Company, 07-5528, Consol Defendants: Seth Andrew Schmeeckle, LEAD ATTORNEY, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For HSBC Insurance Company of Delaware, 07-5528, Consol Defendant: Gerard E. Wimberly, Jr., LEAD ATTORNEY, Anthony Rollo, Daniel Thomas Plunkett, McGlinchey Stafford, PLLC (New Orleans), New Orleans, LA; Stephanie Goss John, McGlinchey Stafford, PLLC (Houston), Houston, TX.

For United States of America through the United States Army Corps [*394] of Engineers (07-5070), United States of America, (07-4944, 07-4945, 07-4948, 07-4949, 07-4950, 07-4951, 07-4952, 07-5096, 07-5141, 07-5155), United States of America, 06-9151, United States of America, The United States Army Corps of Engineers (07-4774, 07-4775), United States of America, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985, 07-4992, 07-4993, 07-4994, 07-4995, 07-4996, 07-4997, 07-4998, 07-4999, 07-5000, 07-5001, 07-5007, 07-5008, 07-5009, 07-5010, 07-5012, 07-5013, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019, 07-5128, 07-5132, 07-5137, 07-5144, 07-5191, United States of America, (07-4837, 07-4840, 07-4841, 07-4847, 07-4976, 07-4977, 07-4978, 07-4979, 07-4980, 07-4986, 07-4987, 07-5063), United States of America, 07-5193, 07-5195, 07-5220, 07-5228, 07-5286, Consol Defendants: Daniel Michael Baeza, Jr., U.S. Department of Agriculture, Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, U.S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U.S. Department of Justice, Washington, DC.

For Lafayette Insurance Company, 07-5528, United Fire & Casualty Company, 07-5528, United [*395] Fire & Indemnity Company, (07-4788), Consol Defendants: Howard Bruce Kaplan, LEAD ATTORNEY, David M. McDonald, Stephen N. Elliott, William Daniel O'Regan,

IV, Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA; William John Wegmann, Jr., Law Firm of William J. Wegmann, Metairie, LA.

For Liberty Mutual Fire Insurance Company, (07-4852, 07-5199, 07-5528), Liberty Mutual Insurance Company, (07-4852, 07-5199, 07-5528), Metropolitan Casualty Insurance Company, 07-5528, Metropolitan Property & Casualty Insurance Company, 07-5528, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Lumbermens Mutual Casualty Company, 07-5528, Merastar Insurance Company, 07-5528, Trinity Universal Insurance Company, 07-5528, Trinity Universal Insurance Company of Kansas, Inc., 07-5528, Kemper Casualty Insurance Company, 07-5528, Consol Defendants: Neil Charles Abramson, LEAD ATTORNEY, Jacqueline M. Brettner, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Markel Insurance Company, 07-5528, Markel International Insurance Co. Ltd., 07-5528, Consol Defendants: John B. Davis, II, LEAD ATTORNEY, Kent A. Lambert, [*396] Tyler Weidlich, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA; Andrew C. Kolb, Baker Donelson Bearman Caldwell & Berkowitz (Baton Rouge), Baton Rouge, LA.

For Massachusetts Bay Insurance Company, 07-5528, Consol Defendant: Seth Andrew Schmeeckle, LEAD ATTORNEY, Ralph Shelton Hubbard, III, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Meritplan Insurance Company, (07-4852, 07-5205, 07-5528), Consol Defendant: Gerard E. Wimberly, Jr., LEAD ATTORNEY, McGlinchey Stafford, PLLC (New Orleans), New Orleans, LA; Stephanie Goss John, McGlinchey Stafford, PLLC (Houston), Houston, TX.

For National Lloyds Insurance, (07-5205, 07-5528), National Lloyds Insurance Company, 07-5528, Consol Defendants: John R. Walker, LEAD ATTORNEY, Allen & Gooch (Metairie), Metairie, LA.

For National Security Fire and Casualty Company, (07-4852, 07-5528), Consol Defendant: Sidney W. Degan, III, LEAD ATTORNEY, Julia Ann Dietz, Stephanie Dovalina, Degan, Blanchard & Nash (New Orleans), New Orleans, LA.

For National Surety Corporation, 07-5528, Consol Defendant: C. Michael Pfister, Jaime Michele Cambre, Kelly Cambre Bogart, Lawrence J. [*397] Duplass, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For National Union Fire Insurance Company of Louisiana,(07-4852, 07-5528), AIG Casualty Company, 07-5528, Consol Defendants: Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For National Union Fire Insurance Company of Pittsburgh, PA, 07-5528, Consol Defendant: Karen M. Dicke, LEAD ATTORNEY, Leake & Andersson, LLP, New Orleans, LA; Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Nationwide, 07-5528, Nationwide Affinity Insurance Company of America, 07-5528, Nationwide Mutual Fire Insurance Company, 07-5528, Nationwide Mutual Insurance Company, 07-5528, Consol Defendants: Harry Rosenberg, LEAD ATTORNEY, Jacqueline M. Brettner, Jay Russell Sever, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Omega One Insurance Company, 07-5528, Consol Defendant: Sidney W. Degan, III, Julia Ann Dietz, Degan, Blanchard & Nash (New Orleans), New Orleans, LA.

For Proctor Financial, Inc., 07-5528, Consol Defendant: Brent Bennett Barriere, Catherine Elena Lasky, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Republic Fire and Casualty Insurance Company (07-4852, 07-5199, 07-5528), [*398] American National Property and Casualty Company, 07-5528, Consol Defendants: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Safeco Insurance Company of America, 07-5528, Consol Defendant: Wendy Hickok Robinson, LEAD ATTORNEY, Nina Wessel English, Gordon, Arata, McCollam, Duplantis & Eagan (New Orleans), New Orleans, LA.

For Scottsdale Indemnity Company, 07-5528, Consol Defendant: Harry Rosenberg, LEAD ATTORNEY, Phelps Dunbar, LLP (New Orleans), New Orleans, LA; Jacqueline M. Brettner, Jay Russell Sever, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Security Plan Fire Insurance Company, (07-4852, 07-5528), Consol Defendant: Thomas H. Huval, LEAD ATTORNEY, Christian A. Shofstahl, Stephen C. Aertker, Jr., Huval, Veazey, Felder, Aertker & Renegar, LLC (Covington), Covington, LA.

For Shelter General Insurance Company, 07-5528, Shelter Mutual Insurance Company, 07-5528, Consol Defendants: Thomas R. Blum, LEAD ATTORNEY, M. Davis Ready, Thomas John Fischer, Simon, Peragine, Smith & Redfearn, LLP, New Orleans, LA.

For Southwest Business Corporation, (07-4852, 07-5528), Consol Defendant: [*399] Edward John Lilly, LEAD ATTORNEY, Crull, Castaing & Lilly, New Orleans, LA.

For Standard Guarantee Insurance Company, 07-5528, Consol Defendant: Gordon P. Serou, Jr., LEAD ATTORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA; John Christopher Dippel, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA; Walter D. Willson, Wells Marble & Hurst, PLLC, Jackson, MS.

For State Farm Fire and Casualty Company, 07-5528, State Farm General Insurance Company, (07-4852, 07-5528), Consol Defendants: Steuart H. Thomsen, Sutherland Asbill & Brennan LLP (Washington), Washington, DC; Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For State National Insurance Company, 07-5528, Consol Defendants: Kent A. Lambert, LEAD ATTORNEY, Nancy Scott Degan, Paul Lee Peyronnin, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA; Martha R. Crenshaw, Baker Donelson Bearman Caldwell & Berkowitz (Memphis), Memphis, TN.

For Union National Fire Insurance Company, 07-5528, Consol Defendant: Deborah Bila Rouen, LEAD ATTORNEY, Christopher A. D'Amour, Adams & Reese, LLP (New Orleans), New Orleans, LA.

For United Fire & Indemnity Company, 07-5528, Lafayette Insurance [*400] Company, (07-4788, 07-4852, 07-5199, 07-5205), Consol Defendants: Howard Bruce Kaplan, LEAD ATTORNEY, Bernard, Cassisa, Elliott & Davis, APLC (Metairie), Metairie, LA.

For USAA, (07-5205, 07-5208, 07-5528), Consol Defendant: Angie Arceneaux Akers, Christopher Raymond Pennison, Jay M. Lonero, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA; Ralph Shelton

Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Vigilant Insurance Company, 07-5528, Consol Defendant: Steven W. Usdin, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Voyager Indemnity Insurance Company, 07-5528, Voyager Property and Casualty Insurance Company, 07-5528, Consol Defendants: Gordon P. Serou, Jr., LEAD ATTORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA; Walter D. Willson, Wells Marble & Hurst, PLLC, Jackson, MS.

For ZC Sterling Corporation, (07-4852, 07-5199, 07-5205, 07-5528), ZC Sterling Insurance Agency, Inc., 07-5528, Fidelity and Deposit Company of Maryland, (07-4809, 07-4810), Consol Defendants: Dominic J. Ovella, LEAD ATTORNEY, Middleberg, Riddle & Gianna (New Orleans), New Orleans, LA; Anne Elizabeth Medo, Daniel [*401] M. Redmann, John Christopher Dippel, Sean P. Mount, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Zurich American Insurance Company, 07-5528, Consol Defendant: Richard E. King, LEAD ATTORNEY, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Zurich North America, 07-5528, Consol Defendant: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Matthew J. Lindsay, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Board of Commissioners of the East Jefferson Levee District, 07-4948, 07-4950, 07-4951, 07-4952, Board of Commissioners of the East Jefferson Levee District, 07-4775, 07-4976, 07-4977, 07-4978, 07-4979, 07-4987, Board of Commissioners of the East Jefferson Levee District, 07-4981, 07-4983, 07-4984, 07-4985, 07-4992, 07-4993, 07-4994, 07-4995, 07-4997, 07-4998, 07-4999, 07-5000, 07-5001, 07-5009, 07-5010, 07-5012, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019, 07-5193, 07-5286, Consol Defendants: Lawrence J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Joseph Edward Bearden, III, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Board of Commissioners of the Orleans [*402] Parish Levee District, (07-4945, 07-4948, 07-4949, 07-4950, 07-4951, 07-4952, 07-5155), Consol Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, McCranie, Sistrunk (Metairie), Metairie, LA.

For Board of Commissioners of the Port of New Orleans, 07-4944, Board of Commissioners of the Port of New Orleans, (07-4775, 07-4976, 07-4977, 07-4978, 07-4979, 07-4980), Consol Defendants: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA.

For Southeast Louisiana Flood Protection Agency - East, 07-4945, Southeast Louisiana Flood Protection Agency - East, A Successor-in-Interest to the Orleans Parish Levee District and the Lake Bourne Levee District, (07-4774, 07-4775), Consol Defendants: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Jennifer May Morris, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Board of Commissioners of the Lake Borgne Basin Levee District, (07-4945), Consol Defendant: Jennifer May Morris, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Washington Group International, Inc., 07-4945, 07-5343, Washington Group [*403] International, Inc., (07-4837, 07-4976, 07-4979), Washington Group International, Inc., 07-4995, 07-5007, 07-5012, 07-5013, 07-5016, 07-5286, Washington Group International, Inc., 07-4995, 07-5007, 07-5012, 07-5013, 07-5016, 07-5286, Washington Group International, Inc., 07-4995, 07-5007, 07-5012, 07-5013, 07-5016, 07-5286, Consol Defendants: William D. Treeby, LEAD ATTORNEY, Heather Shauri Lonian, John M. Landis, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Debra Satinoff Clayman, Jones Day (Washington), Washington, DC.

For State Farm Fire & Casualty Company, Inc., 06-9151, Bob Nowlin, 06-9151, Consol Defendants: Samantha Paula Griffin, LEAD ATTORNEY, Andrea L. Fannin, Mary L. Dumestre, Wayne J. Lee, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

For Pittman Construction Co. of LA., Inc., 06-9151, Pittman Construction Co. of LA, Inc., (07-4837), Consol Defendants: Lawrence D. Wiedemann, Wiedemann & Wiedemann, New Orleans, LA.

For Washington Group International, Inc., 06-9151, Consol Defendant: William D. Treeby, LEAD ATTORNEY, Heather Shauri Lonian, John M. Landis, Stone Pigman Walther Wittmann, LLC, New Orleans, LA.

Boh Brothers Construction Company, LLC, 06-9151, Consol [*404] Defendant: Michael R.C. Riess, LEAD

ATTORNEY, Bruce Colvin, Kingsmill Riess, LLC, New Orleans, LA; Terrence L. Brennan, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Lexington Insurance Company, (07-4852, 07-5199, 07-5205, 07-5458), Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, John E. Baay, II, Margaret L. Sunkel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Sewerage & Water Board of New Orleans, (07-4949), Consol Defendant: Charles Munson Lanier, Jr., LEAD ATTORNEY, Christovich & Kearney, LLP, New Orleans, LA.

For Allstate Insurance Company, (07-5206), Consol Defendant: Judy Y. Barrasso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For National Union Fire Insurance Company of Pittsburgh, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985, 07-4992, 07-4993, 07-4994, 07-4995, 07-4996, 07-4997, 07-4998, 07-5000, 07-5001, 07-5008, 07-5009, 07-5010, 07-5012, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019, 07-5193, 07-5286, Consol Defendant: Julia Ann Dietz, Degan, Blanchard & Nash (New Orleans), New Orleans, LA.

For B&K Construction Company, Inc., (07-4837), Consol Defendant: Herman C. Hoffmann, Jr., LEAD ATTORNEY, Betty Finley Mullin, Wade Michael [*405] Bass, Simon, Peragine, Smith & Redfearn, LLP, New Orleans, LA.

For Boh Brothers Construction Company, LLC, (07-4837), Consol Defendant: Charles Bruce Colvin, Kingsmill Riess, LLC, New Orleans, LA.

For Burk-Kleinpeter, Inc., 07-4837, Consol Defendant: Charles F. Seemann, Jr., LEAD ATTORNEY, Scott Hedlund, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Eustis Engineering Co., Inc., (07-4837), Consol Defendant: Mat M. Gray, III, LEAD ATTORNEY, Alanson Trigg Chenault, Fowler Rodriguez (New Orleans), New Orleans, LA.

For Modjeski and Masters, Inc., (07-4837), Consol Defendant: Francis J. Barry, Jr., LEAD ATTORNEY, Frederick R. Bott, Keith J. Bergeron, Scott Hedlund, Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 07-4995, 07-5007, 07-5012, 07-5013, 07-5016, 07-5286, Consol Defendant: Andrew D. Weinstock, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Board of Commissioners for the Lake Borgne Basin Levee District, 07-5355, 07-5375, 07-5344, 07-5339, 07-5327, 07-5356, Consol Defendant: Andrew D. Weinstock, LEAD ATTORNEY, Jennifer May Morris, Duplass, Zwain, Bourgeois, [*406] Morton, Pfister & Weinstock, Metairie, LA.

For Harold T. Sloan, 07-5013; et al, Consol Defendant: James M. Garner, LEAD ATTORNEY, Ellen M. Pivach, Sher Garner Cahill Richter Klein & Hilbert, LLC, New Orleans, LA.

For Board of Commissioners of the Lake Borgne Basin Levee District, (07-4976, 07-4979), Consol Defendant: Jennifer May Morris, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate Insurance Company, (07-4785, 07-4786, 07-4790, 07-4852, 07-5199, 07-5205), Consol Defendant: Charles Milton Ponder, III, Lozes & Ponder (New Orleans), New Orleans, LA; J.B. Trey Henderson, III, Stephan H. Lee, Doyle, Restrepo, Harvin & Robbins, LLP, Houston, TX. Travelers Casualty and Surety Company, 07-4787, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Douglas Conrad Longman, Jr., Longman Russo, APLC, Lafayette, LA.

For Encompass Property and Casualty Company, (07-4808, 07-4852), Consol Defendant: Charles Milton Ponder, III, Lozes & Ponder (New Orleans), New Orleans, LA; Richard L. Fenton, Sonnenschein, Nath & [*407] Rosenthal (Chicago), Chicago, IL.

For AIG Private Client Group, (07-4783), Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Kelley Wingate Strain, Margaret L. Sunkel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, (07-4784, 07-4852), Consol Defendant: Alan A. Zaunbrecher, LEAD ATTORNEY, Randell E. Treadaway, Tricia Bollinger, Zaunbrecher Treadaway, L.L.C., Metairie, LA.

For American Bankers Insurance Company, (07-4852, 07-5199, 07-5208), American Reliable Insurance Com-

pany, 07-4538, American Security Insurance Company, 07-4538, Consol Defendants: Gordon P. Serou, Jr., LEAD ATTORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA.

For American General Property Insurance Company, (07-4852), Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Axis Insurance Company, (07-4582), Consol Defendant: Kyle P. Kirsch, McCranie, Sistrunk (Metairie), Metairie, LA.

For United States of America, 07-5241, 07-5254, 07-5318, 07-5319, 07-5320, 07-5321, 07-5322, 07-5323, 07-5324, 07-5334, 07-5335, 07-5336, 07-5337, 07-5344, 07-5348, 07-5349, 07-5350, 07-5351, 07-5361, 07-5362, 07-5363, 07-5364, 07-5368, [*408] 07-5369, 07-5396, 07-5397, Daniel Michael Baeza, Jr., U. S. Department of Agriculture, Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U. S. Department of Justice, Washington, DC.

For Board of Commissioners of the East Jefferson Levee District, 07-5254, 07-5320, 07-5321, 07-5322, 07-5323, 07-5324, 07-5334, 07-5336, 07-5348, 07-5349, 07-5350, 07-5362, 07-5364, 07-5368, 07-5369, Board of Commissioners of the East Jefferson Levee District, 07-4988, 07-4989, 07-4991, Board of Commissioners of the East Jefferson Levee District, 07-4944, Consol Defendants: Lawrence J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Joseph Edward Bearden, III, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For United States of America, (07-4988, 07-4989, 07-4990, 07-4991, 07-5011), Consol Defendant: Robin D. Smith, LEAD ATTORNEY, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC; Daniel Michael Baeza, Jr., U. S. Department of Agriculture, Washington, DC; David Samuel Silverbrand, [*409] Jeffrey Paul Ehrlich, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC; Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U. S. Department of Justice, Washington, DC.

For Washington Group International, Inc., 07-5254, 07-5344, 07-5350, 07-5397, Washington Group International, Inc., 07-5011, Consol Defendants: William D. Treeby, LEAD ATTORNEY, Heather Shauri Lonian,

John M. Landis, Stone Pigman Walther Wittmann, LLC, New Orleans, LA; Debra Satinoff Clayman, Jones Day (Washington), Washington, DC.

For Board of Commissioners of the Lake Borgne Basin Levee District, 07-5254, 07-5344, 07-5350, 07-5397, Consol Defendant: Jennifer May Morris, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Board of Commissioners of the Lake Borgne Basin Levee District, (07-5011), Southeast Louisiana Flood Protection Authority - East, 07-5397, Consol Defendants: Jennifer May Morris, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For ANPAC Louisiana Insurance Company, (07-5199, 07-5205), Seth Andrew Schmeeckle, LEAD ATTORNEY, Ralph Shelton Hubbard, III, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New [*410] Orleans), New Orleans, LA; Christopher Raymond Pennison, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Encompass Insurance, (07-5199, 07-5205), Consol Defendant: Donald Francis deBoisblanc, Jr., deBoisblanc & deBoisblanc, New Orleans, LA.

For Fidelity & Deposit Company of Maryland, (07-5199, 07-5205), Consol Defendant: Anne Elizabeth Medo, LEAD ATTORNEY, Daniel M. Redmann, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA; Richard E. King, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Argonaut Great Central Insurance Company, (07-5205), Consol Defendant: Sidney W. Degan, III, LEAD ATTORNEY, Julia Ann Dietz, Stephanie Dovalina, Degan, Blanchard & Nash (New Orleans), New Orleans, LA.

For Continental Insurance, (07-5205), Consol Defendant: Ben Louis Mayeaux, LEAD ATTORNEY, Charles W. Montz, Jr., James L. Pate, Laura Theresa Rougeau, Robert Edwin Torian, Laborde & Neuner, Lafayette, LA.

For Met Life Insurance, (07-5205), Consol Defendant: H. Minor Pipes, III, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Fireman's Fund Insurance Company of Louisiana, 07-5528, Consol Defendant: Kelly Cambre [*411] Bogart, LEAD ATTORNEY, C. Michael Pfister, Jaime Michele Cambre, Lawrence J. Duplass, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Allstate, (07-5208), Consol Defendant: Arthur J. Lentini, Arthur J. Lentini, PLC, Metairie, LA.

For Allstate Insurance, (07-5208), Consol Defendant: Arthur J. Lentini, LEAD ATTORNEY, Arthur J. Lentini, PLC, Metairie, LA; Daniel J. Poolson, Jr., Laborde & Neuner, Lafayette, LA; Judy Y. Barrasso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For State Farm, (07-5208), Consol Defendant: Chad Joseph Primeaux, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA.

For Involved Lloyd's Underwriters, 07-5528, Incorrectly identified as "Underwriters at Lloyd's London", Consol Defendant: Jacqueline M. Brettner, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Allstate Insurance Company, (07-5768, 07-5769), Consol Defendant: Arthur J. Lentini, LEAD ATTORNEY, Arthur J. Lentini, PLC, Metairie, LA; Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA; J.B. Trey Henderson, III, Stephan H. Lee, Doyle, Restrepo, Harvin & Robbins, LLP, Houston, TX.

For Foremost Property and Casualty Insurance [*412] Company, 07-5528, Foremost Signature Insurance Company, 07-5528, Consol Defendants: Marshall Mc Alis Redmon, LEAD ATTORNEY, Virginia Y. Trainor, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA; Jacqueline M. Brettner, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Standard Fire Insurance Company and the entity incorrectly named as Travelers Indemnity Company (07-5852), Consol Defendant: Douglas Conrad Longman, Jr., LEAD ATTORNEY, Camille Bienvenu Poche, Gary Jude Russo, Nadia Marie delaHoussaye, Longman Russo, APLC, Lafayette, LA.

For MetLife, Inc., 07-5528, Consol Defendant: Judy Y. Barrasso, LEAD ATTORNEY, H. Minor Pipes, III, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Gulf Group Inc., of Florida, 06-5260, 06-5308, 07-1113, 07-1349, Consol Defendant: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA; Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For Allstate Insurance Company, 07-5767, 07-5960, 07-5961, Consol Defendant: Arthur J. Lentini, LEAD ATTORNEY, Arthur J. Lentini, PLC, Metairie, LA; J.B. Trey Henderson, [*413] III, Stephan H. Lee, Doyle, Restrepo, Harvin & Robbins, LLP, Houston, TX.

For Hanover Insurance Company, 07-5815, Consol Defendant: Ralph Shelton Hubbard, III, LEAD ATTORNEY, Rachel Ann Meese, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Liberty Mutual Fire Insurance Company, 07-5850, Consol Defendant: H. Minor Pipes, III, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA. Catherine Fornias Giarrusso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Auto Club Family Insurance Company, 07-5896, Consol Defendant: Jason Paul Foote, LEAD ATTORNEY, Chopin, Wagar, Richard & Kutcher, LLP, Metairie, LA.

For Homesite Insurance Company, 07-6194, Consol Defendant: Neil Charles Abramson, LEAD ATTORNEY, Nora Bolling Bilbro, Phelps Dunbar, LLP (New Orleans), New Orleans, LA; Marshall Mc Alis Redmon, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA.

For State Farm Fire and Casualty Company, 07-6247, Consol Defendant: Patrick Dominic DeRouen, LEAD ATTORNEY, Chad Joseph Primeaux, Guy Hartwell Bumpas, IV, Laurie Lee DeArmond, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA.

For Southeast [*414] Louisiana Flood Protection Agency - East, 07-4944, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Jennifer May Morris, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Automobile Club Inter-Insurance Exchange, 07-4538, Consol Defendant: William Harry Eckert, LEAD ATTORNEY, Ungarino & Eckert, LLC (Metairie), Metairie, LA.

For American National General Insurance Company, 07-4538, Consol Defendant: Christopher Raymond Pennison, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Foremost Insurance Company, 07-4538, Consol Defendant: Virginia Y. Trainor, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA.

For Fidelity National Insurance Company, (06-4424), Consol Defendant: Thomas Christopher Pennebaker, William Ross DeJean, LEAD ATTORNEYS, Gerald J. Nielsen, Jason Michael Verdigets, Nielsen Law Firm, Metairie, LA.

For Fidelity National Insurance Company, (06-10540), Consol Defendant: Jason Michael Verdigets, LEAD ATTORNEY, Gerald J. Nielsen, William T. Treas, Nielsen Law Firm, Metairie, LA.

For United States Department of the Army, 07-2741; Corp of Engineers, United States Army Engineers, 07-2741; District of New Orleans, Consol [*415] Defendants: Richard R. Stone, Sr., LEAD ATTORNEY, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC.

For Liberty Mutual Fire Insurance Company, (improperly referred to as Liberty Mutual Insurance Company) (07-6256), Consol Defendant: H. Minor Pipes, III, LEAD ATTORNEY, Stephen L. Miles, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Standard Fire Insurance Company, (07-6363), Consol Defendant: Nadia Marie delaHoussaye, LEAD ATTORNEY, Gary Jude Russo, Longman Russo, APLC, Lafayette, LA.

For Federal Insurance Company, (07-6454), Consol Defendant: Mark E. Young, LEAD ATTORNEY, George Cameron Drennan, H. Edward Barousse, III, Joseph Maselli, Jr., Plauche, Maselli, Parkerson, LLP, New Orleans, LA.

For Allstate Insurance Company, (07-6614), Consol Defendant: Scott Glynn Jones, LEAD ATTORNEY, Lauren L. Hudson, Raymon G. Jones, Inabnet & Jones, LLC, Mandeville, LA.

For State Farm Fire & Casualty Company, (07-6488), Consol Defendant: Lindsay A. Larson, III, LEAD ATTORNEY, Sarah Shannahan Monsour, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA.

For Assurant, Inc., 07-4852; Incorrectly named "Assurant Group", Consol Defendant: Gordon [*416] P. Serou, Jr., LEAD ATTORNEY, Law Offices of Gordon P. Serou, Jr., New Orleans, LA. Walter D. Willson, Wells Marble & Hurst, PLLC, Jackson, MS.

For Allstate Indemnity Company, (07-7093, 07-7094), Allstate Insurance Company, (07-7093, 07-7094), Consol Defendants: Danna Schwab, LEAD ATTORNEY, Estelle Elouise Mahoney, Kathryn Wimberley Richard, The Schwab Law Firm, Houma, LA; Richard L. Fenton, Sonnenschein, Nath & Rosenthal (Chicago), Chicago, IL.

For American Bankers Insurance Company of Florida, 07-4536; Denominated as "American Bankers Insurance Company", Consol Defendant: William Ross DeJean, LEAD ATTORNEY, Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA; Walter D. Willson, Wells Marble & Hurst, PLLC, Jackson, MS.

For Edward Richardson, 07-7092, Consol Defendant: Roy F. Amedee, Jr., LEAD ATTORNEY, Law Offices of Roy F. Amedee, Jr., New Orleans, LA; Brent A. Klibert, Brent A. Klibert, Attorney at Law, New Orleans, LA.

For Allstate Insurance Company, 07-7092, Consol Defendant: Danna Schwab, LEAD ATTORNEY, Estelle Elouise Mahoney, Kathryn Wimberley Richard, The Schwab Law Firm, Houma, LA.

For Allstate Indemnity Company, 07-7092, Consol Defendant: Danna Schwab, LEAD ATTORNEY, Kathryn Wimberley [*417] Richard, The Schwab Law Firm, Houma, LA; Judy Y. Barrasso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For American Insurance Company/ Fireman's Fund Insurance, 07-6853, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Harry Kelleher, 07-4538, Consol Defendant: Max Jeffrey Cohen, Lowe, Stein, Hoffman, Allweiss & Hauver, LLP, New Orleans, LA.

For Bankers Insurance Company, 07-7691, Consol Defendant: Marshall Mc Alis Redmon, LEAD ATTORNEY, Holly G. Hansen, Virginia Y. Trainor, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA.

For Allstate Insurance Company, 07-7596, Allstate Insurance Company, 08-71, Allstate Insurance Company, 07-6162, Allstate Insurance Company, 08-898, Consol Defendants: James L. Donovan, Jr., LEAD ATTORNEY, Donovan & Lawler, Metairie, LA.

For State Farm Fire & Casualty Company, 06-1386, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, John Dennis Carter, Joseph James Aguda, Jr., Kim

Huong Ashley Tran, Michael Stephen Rolland, Nielsen Law Firm, Metairie, LA; Brett Wayne Tweedel, Blue Williams, LLP (Metairie), Metairie, LA.

For Louisiana Citizens Property Insurance Corporation, [*418] 06-1386, Consol Defendant: Gwendolyn S. Hebert, LEAD ATTORNEY, Hulse & Wanek, New Orleans, LA.

For Bob Nowlin, 06-1386, Consol Defendant: Gerald J. Nielsen, LEAD ATTORNEY, John Dennis Carter, Joseph James Aguda, Jr., Kim Huong Ashley Tran, Michael Stephen Rolland, Nielsen Law Firm, Metairie, LA.

For Republic Fire and Casualty Insurance Company, 06-6866, Republic Fire and Casualty Insurance Company, 07-1611, Consol Defendants: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Mary Kerrigan Dennard, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Lexington Insurance Company, 06-7939, Consol Defendant: William A. Barousse, LEAD ATTORNEY, Margaret L. Sunkel, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Dan J. Burghardt Insurance Agency, Inc., 06-7939, Consol Defendant: Warren Joseph Greenwood, Jr., LEAD ATTORNEY, Bastian & Associates L L & E Tower, New Orleans, LA.

For Hanover Insurance Company, 06-10742, Consol Defendant: Kevin P. Kamraczewski, LEAD ATTORNEY, David R. Simonton, Paul E.B. Glad, Wendy N. Enerson, Sonnenschein, Nath & Rosenthal (Chicago), Chicago, IL; Ralph Shelton Hubbard, III, William Lee Kohler, [*419] Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For United States Corps of Engineers, 07-1073, Consol Defendant: Damon C. Miller, LEAD ATTORNEY, U.S. Department of Justice, Washington, DC.

For United States of America, 07-1073, Consol Defendant: Damon C. Miller, LEAD ATTORNEY, U.S. Department of Justice, Washington, DC; Daniel Michael Baeza, Jr., U.S. Department of Agriculture, Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U.S. Department of Justice, Washington, DC.

For Allstate Insurance Company, 07-1206, Consol Defendant: Richard W. Bane, LEAD ATTORNEY, Sarah

Russell Smith, Lewis, Brisbois, Bisgaard & Smith, LLP (Lafayette), Lafayette, LA.

For United States of America, 07-5146, United States of America, 07-5014, Consol Defendants: Daniel Michael Baeza, Jr., U.S. Department of Agriculture, Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U.S. Department of Justice, Washington, DC.

For Board of Commissioners of the East Jefferson Levee District, 07-5014, Consol Defendant: Lawrence [*420] J. Duplass, LEAD ATTORNEY, Gary M. Zwain, Joseph Edward Bearden, III, Nicole M. Boyer, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Hartford Fire Insurance Company, 06-7837, Consol Defendant: John Dennis Carter, LEAD ATTORNEY, Gerald J. Nielsen, Keith M. Detweiler, Nielsen Law Firm, Metairie, LA.

For Premiere Metro Group Insurance Agency LLC, 06-7837, Eric C. Huerta, 06-7837, Consol Defendants: Warren Joseph Greenwood, Jr., LEAD ATTORNEY, Hervin A. Guidry, Bastian & Associates L L & E Tower, New Orleans, LA.

For Louisiana Citizens Property Insurance Corporation, 06-7837, Consol Defendant: John William Waters, Jr., LEAD ATTORNEY, Gauthier, Houghtaling & Williams, Metairie, LA.

For Allstate Insurance Company, 06-8293, 06-8301, Consol Defendant: Francis Xavier Neuner, Jr., LEAD ATTORNEY, Daniel J. Poolson, Jr., Gregory Alan Koury, Jeremy Nicholas Morrow, Melissa L. Theriot, Laborde & Neuner, Lafayette, LA; Steven Michael Lozes, LEAD ATTORNEY, Lozes & Ponder (New Orleans), New Orleans, LA.

For Allstate Fire & Casualty Insurance Company, 06-8293, 06-8301, Consol Defendant: Glenn B. Adams, LEAD ATTORNEY, Michael W. Collins, Porteous, Hainkel & Johnson (New Orleans), [*421] New Orleans, LA.

For Orkin, Inc., 06-8293, Consol Defendant: Quentin F. Urquhart, Jr., LEAD ATTORNEY, David Michael Melancon, Douglas J. Moore, Irwin, Fritchie, Urquhart & Moore, LLC (New Orleans), New Orleans, LA.

For Standard Fire Insurance Company, 07-4787, Consol Defendant: Douglas Conrad Longman, Jr., LEAD ATTORNEY, Camille Bienvenu Poche, Gary Jude Russo,

Nadia Marie delaHoussaye, Longman Russo, APLC, Lafayette, LA;

For M. A. Hayes Company, 06-5890, Consol Defendant: Gustave A. Fritchie, III, LEAD ATTORNEY, Edward Winter Trapolin, Irwin, Fritchie, Urquhart & Moore, LLC (New Orleans), New Orleans, LA.

For Gulf Group, Inc. of Florida, 06-5890, Consol Defendant: James Eric Johnson, LEAD ATTORNEY, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA.

For United States of America, 06-5890, Consol Defendant: Alice Daigle, LEAD ATTORNEY, U.S. Attorney's Office (New Orleans), New Orleans, LA; Daniel Michael Baeza, Jr., U.S. Department of Agriculture, Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U.S. Department of Justice, Washington, DC.

For Travelers Indemnity Company of America, 06-5890, [*422] Consol Defendant: Michael Gerard Lemoine, LEAD ATTORNEY, Longman Russo, APLC, Lafayette, LA.

For State Farm Fire & Casualty Company, 07-8621, Consol Defendant: David A. Strauss, LEAD ATTORNEY, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA.

For Encompass Insurance Company of America, 07-7166, Encompass Indemnity Company, 06-4636, Consol Defendants: Steven Michael Lozes, LEAD ATTORNEY, Lozes & Ponder (New Orleans), New Orleans, LA.

For Allstate Insurance Company, 07-8772, Allstate Insurance Company, 07-5793, Consol Defendants: Scott Glynn Jones, LEAD ATTORNEY, Lauren L. Hudson, Inabnet & Jones, LLC, Mandeville, LA.

For American Automobile Insurance Company, 07-8806, Consol Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For American National P&C Company, 07-8938, Consol Defendant: Marc E. Devenport, LEAD ATTORNEY, Leake & Andersson, LLP, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-8820, Consol Defendant: Patrick Dominic DeRouen, LEAD ATTORNEY, Chad Joseph Primeaux, Guy Hartwell

Bumpas, IV, Laurie Lee DeArmond, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA.

For State Farm Fire & Casualty [*423] Company, 07-8945, Consol Defendant: Adrianne L. Baumgartner, LEAD ATTORNEY, Porteous, Hainkel & Johnson (Covington), Covington, LA.

For Clarendon National Insurance Company, 07-5199, Consol Defendant: John Elliott Unsworth, Jr., Lauren E. Brisbi, William Glenn Burns, Hailey, McNamara, Hall, Larmann & Papale (Metairie), Metairie, LA.

For Church Mutual Insurance, 07-5199, Consol Defendant: James R. Sutterfield, LEAD ATTORNEY, Sutterfield & Webb, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-5199, 07-5205; Erroneously referred to as "State Farm Fire and Casualty Insurance Company", Consol Defendant: David A. Strauss, LEAD ATTORNEY, Adam Patrick Massey, King, Christian Albert Garbett, Lindsay A. Larson, III, Sarah Shannahan Monsour, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA.

For Allstate Insurance Company, 07-8880, Consol Defendant: Arthur J. Lentini, LEAD ATTORNEY, Arthur J. Lentini, PLC, Metairie, LA.

For State Farm Fire & Casualty Company, 07-9014, Consol Defendant: Christopher Thomas Grace, III, LEAD ATTORNEY, Brett Wayne Tweedel, David Bennett Parnell, Jr., Thomas Glenn Buck, Blue Williams, LLP (Metairie), Metairie, LA.

For Automobile Insurance Company of [*424] Hartford, Connecticut, 07-3845; ncorrectly referred to as St. Paul Travelers Group, Travelers Indemnity Company and Automobile Insurance Company of Hartford, Connecticut, & Standard Fire Insurance Company, Consol Defendant: Gary Jude Russo, LEAD ATTORNEY, Camille Bienvenu Poche, Douglas Conrad Longman, Jr., Longman Russo, APLC, Lafayette, LA.

For United States of America, 07-4911, Consol Defendant: Richard R. Stone, Sr., LEAD ATTORNEY, U.S. Department of Justice (Box 888), Washington, DC.

For Liberty Mutual Fire Insurance Company, 07-7855, Consol Defendant: H. Minor Pipes, III, LEAD ATTORNEY, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 07-6737, State Farm Fire and Casualty Company, 07-9768, State

Farm Fire and Casualty Insurance Company, 07-4457, Consol Defendants: David A. Strauss, LEAD ATTORNEY, Christian Albert Garbett, King, Sarah Shannahan Monsour, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA.

For Encompass Insurance Company, 06-153, Encompass Insurance Company, 06-152, Consol Defendants: Judy Y. Barrasso, LEAD ATTORNEY, Susan Muller Rogge, Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Republic   [*425] Fire and Casualty Insurance Company, 06-7703, ANPAC Louisiana Insurance Company, 06-5292, Consol Defendants: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Linnette Conerly Goodly, Mary Kerrigan Dennard, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Republic Fire and Casualty Insurance Company, 06-9574, Republic Fire and Casualty Insurance Company, 07-8447, Republic Fire and Casualty Insurance Company, 06-7701, Republic Fire and Casualty Insurance Company, 07-1518, Consol Defendants: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Scot Patrick Koloski, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For USAA Casualty Insurance Company, 07-5717, USAA Casualty Insurance Company, 07-5758, Consol Defendants: Seth Andrew Schmeeckle, LEAD ATTORNEY, Ralph Shelton Hubbard, III, Simeon B. Reimonenq, Jr., Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA.

For Homesite Insurance Company, 07-4021, Consol Defendant: Neil Charles Abramson, LEAD ATTORNEY, Nora Bolling Bilbro, Phelps Dunbar, LLP (New Orleans), New Orleans, LA; Marshall Mc Alis Redmon, Phelps Dunbar, LLP (Baton   [*426] Rouge), Baton Rouge, LA.

For Lexington Insurance Company, 07-7269, Lexington Insurance Company, (06-9905), Consol Defendants: John E. Baay, II, LEAD ATTORNEY, Michael D. Cangelosi, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For For Republic Fire and Casualty Insurance Company, 06-4842, Republic Fire & Casualty Insurance Company, 07-586, Consol Defendants: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher

Raymond Pennison, Lee M. Peacocke, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Fireman's Fund Insurance Company, 07-4852, Consol Defendant: Kelly Cambre Bogart, LEAD ATTORNEY, C. Michael Pfister, Jaime Michele Cambre, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Auto Club Family Insurance Company, (08-122, 08-123), Consol Defendant: Albert David Giraud, LEAD ATTORNEY, Wayne Robert Maldonado, Ungarino & Eckert, LLC (Metairie), Metairie, LA.

For Travelers Indemnity Company of Connecticut, 07-5606, Consol Defendant: Karen M. Dicke, LEAD ATTORNEY, Margaret Frohn Swetman, Leake & Andersson, LLP, New Orleans, LA.

For Hanover Insurance Company, 07-9775, Consol Defendant: LaDonna Grey Wilson, LEAD ATTORNEY, [*427] Ralph Shelton Hubbard, III, Seth Andrew Schmeeckle, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans), New Orleans, LA; Jason P. Franco, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (Baton Rouge), Baton Rouge, LA.

For Harry Kelleher and Co., Inc., 06-7701, 06-8440, Consol Defendant: Max Jeffrey Cohen, LEAD ATTORNEY, James Thomas Busenlener, Lowe, Stein, Hoffman, Allweiss & Hauver, LLP, New Orleans, LA; Monica C. Sanchez, The Sanchez Firm, LLC, Metairie, LA

For Fidelity National Property and Casualty Insurance Company, 06-8440, Consol Defendant: William Ross DeJean, LEAD ATTORNEY, Gerald J. Nielsen, Nielsen Law Firm, Metairie, LA.

For American National Property and Casualty Companies, 07-1742, Republic Fire and Casualty Insurance Company, 07-1767, Consol Defendants: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For United States of America, 08-719, Consol Defendant: Robin D. Smith, LEAD ATTORNEY, U.S. Department of Justice (Box 888), Washington, DC.

For New Orleans Sewerage and Water Board, 08-719, Consol Defendant: Charles Munson Lanier, Jr., LEAD ATTORNEY, Gregory Scott LaCour, J. Warren   [*428] Gardner, Jr., Kevin Richard Tully, Walter Nicholas Dietzen, IV, Christovich & Kearney, LLP, New Orleans,

LA; George R. Simno, III, Gerard Michael Victor, Sewerage & Water Board Legal Department, New Orleans, LA.

For U.S. Army Corps of Engineers, 06-9147, Consol Defendant: Eric G. Hostetler, LEAD ATTORNEY, U.S. Department of Justice, Washington, DC.

For State Farm Fire and Casualty Company, 06-11198, Consol Defendant: David K Persons, LEAD ATTORNEY, Brad D. Ferrand, Caroline D. Ibos, Daniel Read Hynes, Darren Albert Patin, Hailey, McNamara, John Elliott Unsworth, Jr., Hall, Larmann & Papale (Metairie), Metairie, LA.

For Standard Fire Insurance Company, 07-4854; incorrectly referred to as The Travelers Indemnity Company, Consol Defendant: Gary Jude Russo, LEAD ATTORNEY, Longman Russo, APLC, Lafayette, LA.

For Fireman's Fund Insurance Company, 07-7448, Consol Defendant: C. Michael Pfister, LEAD ATTORNEY, Jaime Michele Cambre, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Lexington Insurance Company, 06-10827, Consol Defendant: William A. Barousse, LEAD ATTORNEY, John E. Baay, II, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For State Farm [*429] Fire and Casualty Company, 07-8616, Consol Defendant: Charles S. Green, Jr., LEAD ATTORNEY, John Joseph Fischesser, II, Beahm & Green, New Orleans, LA; Charles L. Chassaignac, IV, Porteous, Hainkel & Johnson (Baton Rouge), Baton Rouge, LA. For State Farm Fire & Casualty Company, 07-9480, Consol Defendant: Charles S. Green, Jr., LEAD ATTORNEY, John Joseph Fischesser, II, Beahm & Green, New Orleans, LA.

For Transportation Insurance Company, 07-9438, Consol Defendant: Ben Louis Mayeaux, LEAD ATTORNEY, Charles W. Montz, Jr., James L. Pate, Robert Edwin Torian, Laborde & Neuner, Lafayette, LA.

For Allstate Insurance Company, 07-8181, Consol Defendant: Richard W. Bane, LEAD ATTORNEY, Laborde & Neuner, Lafayette, LA; Jennifer Elaine Gaubert Aertker, Lewis, Brisbois, Bisgaard & Smith, LLP (Lafayette), Lafayette, LA.

Allstate Indemnity Company, 07-7191, Consol Defendant: Danna Schwab, LEAD ATTORNEY, Estelle Elouise Mahoney, Kathryn Wimberley Richard, The Schwab Law Firm, Houma, LA.

For Standard Fire Insurance Company, 07-6364, Consol Defendant: Nadia Marie delaHoussaye, LEAD ATTORNEY, Longman Russo, APLC, Lafayette, LA.

For Northern Insurance Company of New York, 07-6351, American Zurich Insurance [*430] Company, 07-5764, Consol Defendants: Richard E. King, LEAD ATTORNEY, David Michael Moragas, Galloway, Johnson, Tompkins, Burr & Smith (New Orleans), New Orleans, LA.

For Liberty Mutual Fire Insurance Company, 07-260, Consol Defendant: H. Minor Pipes, III, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Security Plan Fire Insurance Company, 07-3702, Security Plan Fire Insurance Company, 07-3701, Consol Defendants: Thomas H. Huval, LEAD ATTORNEY, Christian A. Shofstahl, Stephen C. Aertker, Jr., Huval, Veazey, Felder, Aertker & Renegar, LLC (Covington), Covington, LA; Bradford Hyde Felder, Huval, Veazey, Felder, Aertker & Renegar, LLC (Lafayette), Lafayette, LA.

For Board of Commissioners of the Orleans Levee District, 07-4997, 07-5323, 07-5355, Consol Defendant: James L. Pate, LEAD ATTORNEY, Ben Louis Mayeaux, Gregory Alan Koury, Laborde & Neuner, Lafayette, LA.

For State Farm Fire and Casualty Company, 08-1161, State Farm Fire and Casualty Company, 08-1164, State Farm Fire and Casualty Company, 08-1165, State Farm Fire and Casualty Company, 08-1166, Consol Defendants: David A. Strauss, LEAD ATTORNEY, Christian Albert Garbett, Sarah [*431] Shannahan Monsour, King, Krebs & Jurgens, PLLC (New Orleans), New Orleans, LA.

For Essex Insurance Company, 08-1163, Consol Defendant: John B. Davis, II, LEAD ATTORNEY, Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Western World Insurance Company, 08-1167, Western World Insurance Company, 08-1168, Consol Defendants: Richard Todd Musgrav, LEAD ATTORNEY, Brent Joseph Carbo, Musgrave, McLachlan & Penn, LLC, New Orleans, LA.

For State Farm Fire and Casualty Company, 08-39, State Farm Fire and Casualty Company, 08-1650, State Farm Fire and Casualty Company, 08-1651, State Farm Fire

and Casualty Company, 08-1652, State Farm Fire and Casualty Company, 08-1653, Consol Defendants: Patrick Dominic DeRouen, LEAD ATTORNEY, Chad Joseph Primeaux, Guy Hartwell Bumpas, IV, Laurie Lee DeArmond, Porteous, Hainkel & Johnson (New Orleans), New Orleans, LA.

For Allstate Insurance Company, 07-6090, Consol Defendant: Maureen O'Connor Sullivan, LEAD ATTORNEY, Sarah Russell Smith, Lewis, Brisbois, Bisgaard & Smith, LLP (Lafayette), Lafayette, LA.

For Allstate Insurance Company, 07-9420, Allstate Indemnity Company, 07-9420, Allstate Insurance Company, 08-1656, Allstate   [*432] Insurance Company, 08-1657, Allstate Insurance Company, 07-9069, Allstate Insurance Company, 08-1523, Consol Defendants: Gregory J. Schwab, LEAD ATTORNEY, Gregory J. Schwab, LLC, Houma, LA.

For Lexington Insurance Company, 07-9489, Consol Defendant: John E. Baay, II, LEAD ATTORNEY, David B. Wilson, Robert I. Siegel, Gieger, Laborde & Laperouse, LLC, New Orleans, LA.

For Republic Fire and Casualty Insurance Company, 07-9511, Consol Defendant: Jay M. Lonero, LEAD ATTORNEY, Angie Arceneaux Akers, Christopher Raymond Pennison, Mary Kerrigan Dennard, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Republic Fire and Casualty Insurance Company, 06-8706, Consol Defendant: Jay M. Lonero, Angie Arceneaux Akers, Linnette Conerly Goodly, Robert Jeffrey Bridger, Larzelere, Picou, Wells, Simpson, Lonero, LLC, Metairie, LA.

For Standard Fire Insurance Company, 06-9518; Incorrectly Referred to as Travelers Insurance Company, Consol Defendant: Camille Bienvenu Poche, LEAD ATTORNEY, Douglas Conrad Longman, Jr., Gary Jude Russo, Nadia Marie delaHoussaye, Longman Russo, APLC, Lafayette, LA.

For Eslava & Clements, Inc, 06-9518, Consol Defendant: James Thomas Busenlener, LEAD ATTORNEY, David [*433] B. Wheeler, Lowe, Stein, Hoffman, Allweiss & Hauver, LLP, New Orleans, LA.

For Allstate Insurance Company, 07-7593, Consol Defendant: James L. Donovan, Jr., LEAD ATTORNEY, Donovan & Lawler, Metairie, LA.

For Allstate Insurance Company, 08-1306, Consol Defendant: Arthur J. Lentini, LEAD ATTORNEY, Arthur J. Lentini, PLC, Metairie, LA.

For RSUI Indemnity Company, 06-4138, Consol Defendant: Robert I. Siegel, LEAD ATTORNEY, Gieger, Laborde & Laperouse, LLC, New Orleans, LA; Andrew C. Jacobson, Courtney E. Murphy, Clausen Miller, PC (New York), New York, NY; Craig A. Jacobson, Kirk Zapp, Tracey Anne Jordan, Clausen Miller, PC (Chicago), Chicago, IL.

For Marsh USA Inc, 06-4138, Consol Defendant: Eric J. Van Vugt, LEAD ATTORNEY, Keith A. Bruett, Nicole J. Druckery, Steven J. Berryman, Quarles & Brady (Milwaukee), Milwaukee, WI; William F. Grace, Jr., LEAD ATTORNEY, Philip Ritchey Sims, Chaffe McCall LLP (New Orleans), New Orleans, LA.

For Encompass Insurance Company of America, 07-7115, Consol Defendant: Charles Milton Ponder, III, LEAD ATTORNEY, Lozes & Ponder (New Orleans), New Orleans, LA.

For Allstate Insurance Company, 08-1309, Consol Defendant: Arthur J. Lentini, LEAD ATTORNEY, Arthur J. Lentini,  [*434] PLC, Metairie, LA.

For Scottsdale Insurance Company, 07-7480, Consol Defendant: Michael F. Bollman, LEAD ATTORNEY, David Edward Walle, Bienvenu, Foster, Ryan & O'Bannon, New Orleans, LA.

For State Farm Fire & Casualty Company, 07-9481, Consol Defendant: Charles S. Green, Jr., LEAD ATTORNEY, John Joseph Fischesser, II, Beahm & Green, New Orleans, LA.

For Daniel E Becnel, Jr, Levee, Mrgo, Responder, Respondent: Kevin Patrick Klibert, LEAD ATTORNEY, Becnel Law Firm, LLC, Reserve, LA.

For Salvador A. Mangano, 06-6639, 06-7400, 06-9192, 06-9191, 06-9321, 06-8963, 06-7858, 06-9236, 06-9206, 06-7802, 06-7633, 06-8982, 06-9642, 06-9037, 06-9641, 06-9038, 06-8972, 06-8992, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-8810, 06-8821, 06-8761, 06-7457, 06-9193, Consol Third Party Plaintiff: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charlotte, NC; Susan E. Henning, Curry & Friend, APLC, New Orleans, LA.

For Mabel B. Mangano, 06-9321, 06-8963, 06-9192, 06-6639, 06-7400, 06-9037, 06-8982, 06-9641, 06-9038, 06-7355, 06-8972, 06-8992, 06-8731, 06-9236, 06-8106, [*435] 06-8107, 05-5962, 06-7858, 06-8821, 06-8761, 06-7457, 06-9206, 06-10426, 06-7802, 06-8759, 06-8881, 06-8947, 06-10790, Consol Third Party Plaintiff: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Jeremy D. Goux, Martha Dupree Bowden, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Susan E. Henning, Curry & Friend, APLC, New Orleans, LA.

For Buffman, Inc., 06-6639, 06-7400, 06-9321, 06-8219, 06-7355, 06-9037, 06-8982, 06-9192, 06-9641, 06-9038, 06-7457, 06-9206, 06-8963, 06-8972, 06-8992, 06-9191, 06-9236, 06-8731, 06-8106, 06-8107, 05-5962, 06-8810, 06-7858, 06-7802, 06-7633, 06-8881, 06-8947, 06-9569, also known as St. Rita's Nursing Home, Buffman, Inc., 06-9642, 06-10426, 06-10790, 07-269, 07-657, also known as St. Rita's Nursing Home, Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Brown Sims, PC (New Orleans), New Orleans, LA; Louis G. Spencer, McNair Law Firm, Charlotte, NC; Susan E. Henning, Curry & Friend, APLC, New Orleans, LA.

For Mabel B. Mangano, 06-9191, 06-8810, 06-9193, 06-9569, [*436] 06-9642, 06-7633, 06-8219, 07-269, 07-657, Consol Third Party Plaintiff: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Louis G. Spencer, McNair Law Firm, Charlotte, NC; Susan E. Henning, Curry & Friend, APLC, New Orleans, LA.

For Buffman, Inc., 06-8821, 06-8761, 06-9193, 06-8759, Consol Third Party Plaintiff: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; John F. Emmett, Brown Sims, PC (New Orleans), New Orleans, LA; Susan E. Henning, Curry & Friend, APLC, New Orleans, LA.

For Salvador A. Mangano, 06-9206, 06-10426, 06-7802, 06-8759, 06-7633, 06-8881, 06-8947, 06-9569, 06-10790, 07-269, 07-657, Mangano Corporation, 06-9193, doing business as St. Rita's Nursing Home Facility, Consol Third Party Plaintiffs: James A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Jeremy D. Goux, Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charlotte, NC; Susan E. Henning, Curry & Friend, APLC, New Orleans, LA.

For St. Rita's Nursing Home, 06-8992, also known as Buffman, Inc., Consol Third Party Plaintiff: James [*437] A. Cobb, Jr., LEAD ATTORNEY, Crosby Tugs, Galliano, LA; Jeremy D. Goux, Martha Dupree Bowden, Vincent F. Wynne, Jr., Wynne Goux & Lobello, Attorney's at Law, Covington, LA; Louis G. Spencer, McNair Law Firm, Charlotte, NC; Susan E. Henning, Curry & Friend, APLC, New Orleans, LA.

For Club Insurance Agency, Inc., 06-2617, Consol Third Party Plaintiff: David Israel, LEAD ATTORNEY, Allison Cannizaro, Kevin Gallo Barreca, Sessions, Fishman, Nathan & Israel, LLP (Metairie), Metairie, LA.

For Lafarge North America, Inc., 05-5724, 05-5531, 06-5342, 06-6299, 06-7516, Consol Third Party Plaintiff: Robert Burns Fisher, Jr., LEAD ATTORNEY, Ivan Mauricio Rodriguez, Parker Harrison, Chaffe McCall LLP (New Orleans), New Orleans, LA; Adam M. Chud, John Aldock, Goodwin Procter, LLP (Washington), Washington, DC; Daniel Andrew Webb, Sutterfield & Webb, LLC, New Orleans, LA.

For United States of America, 06-8881, 06-8947, 06-9569, 06-9642, 07-269, 07-657, 06-7802, 06-8761, 06-8821, 06-8759, 06-7633, Consol Third Party Defendant: Stevens E. Moore, LEAD ATTORNEY, U. S. Attorney's Office, New Orleans, LA; James F. McConnon, Jr., Kara K. Miller, Traci L. Colquette, U.S. Department of Justice (Box 888), Washington, [*438] DC.

For Kathleen Blanco, 06-6639; 06-7400; 06-9321; 06-8219, 06-7355; 06-9037; 06-8982;06-9192; 06-9641; 06-9038; 06-8963; 06-8972; 06-8992; 06-9191; 06-8731; 06-9236, 06-8106;06-8107; 05-5962; 06-8810; 06-7858; 06-8821; 06-8761; 06-7457; 06-9193; 06-9206; 06-10426; 06-7802, Consol Third Party Defendant: Rachelle D. Dick, LEAD ATTORNEY, Amanda G. Clark, Forrester, Jordan & Dick LLC, Baton Rouge, LA.

For Charles Foti, 06-6639; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7400, Charles Foti, 06-9321; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8219; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7355; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9037; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8982; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9192; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9641; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9038; in his official capacity

as Attorney [*439] General, State of Louisiana, Charles Foti, 06-8963; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8972; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8972; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8992; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9191; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8731; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9236; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8106; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8107; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-5962; in his official capacity as Louisiana State Attorney General, Charles Foti, 06-8810; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7858; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8821; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8761; [*440] in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-7457; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-9193; in his official capacity as Attorney General, State of Louisiana, Charles Foti, (06-10426) in his official capacity as Attorney General, State of Louisiana, Charles Foti, 06-8636) in his official capacity as Attorney General, State of Louisiana, Charles Foti, (06-8759) in his official capacity as Attorney General, State of Louisiana, Charles Foti, (06-7633) in his official capacity as Attorney General, State of Louisiana, Charles C Foti, - (06-8881), Louisiana State Office of the Attorney General, 06-8219, 06-6639, 06-7400, 06-9321, 06-7355, 06-9037, 06-8982, 06-9192, 06-9641, 06-9038, 06-8963, 06-8972, 06-8992, 06-9191, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-8810, 06-7858, 06-8821, 06-8761, 06-7457, 06-9193, 06-9206, 06-10426, 06-7802, Charles Foti, (06-8947), Charles Foti, (06-9569) in his official capacity as Attorney General, State of Louisiana, Charles Foti, (06-9642) in his official capacity as Attorney General, State of Louisiana, Charles Foti, (06-10790) in his official capacity as Attorney [*441] General, State of Louisiana, Frederick P. Cerise, 06-6639, 06-7400, 06-9321, 06-8219, 06-7355, 06-9037, 06-8982, 06-9192, 06-9641, 06-9038, 06-8963, 06-8972, 06-8992, 06-9191, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-8810, 06-7858, 06-8821, 06-8761, 06-7457, 06-9193, 06-9206, 06-10426, 06-7802, Charles Foti, 07-269; in his official capacity as Attorney General, State of Louisiana, Charles Foti, 07-657; in his official capacity as Attorney General, State of Louisiana, Consol Third Party Defendants: Brent Bennett Barriere, LEAD ATTORNEY, Catherine Elena Lasky, Susie Morgan, Phelps Dunbar, LLP (New Or-

leans), New Orleans, LA; Robert R. Wood, Jr., XTO Energy Inc., Fort Worth, TX.

For Kathleen Blanco, 06-8759; 06-7633; 06-8881; 06-8947; 06-9569; 06-9642; 06-10790; 07-269; 07-657, Consol Third Party Defendant: Rachelle D. Dick, LEAD ATTORNEY, Amanda G. Clark, Forrester, Jordan & Dick LLC, Baton Rouge, LA.

For Louisiana State Department of Transportation and Development, 06-8821, 06-8761, 06-9193, 06-9206, 06-10426, 06-8759, 06-7633, 06-9569, 06-8107, Johnny Bradberry, 06-7400; 06-7633; 06-8881; 06-8947; 06-8947; 06-9569; 06-9642; 06-10790; 07-269; 07-657, Consol Third Party Defendants: [*442] William M. Hudson, III, LEAD ATTORNEY, Oats & Hudson (Lafayette), Lafayette, LA; Clifton O. Bingham, Jr., Oats & Hudson (Baton Rouge), Baton Rouge, LA; Michael McGrath Duran, Sr., Oats & Hudson (New Orleans), New Orleans, LA.

For United States of America, 06-9193, 06-7355, 06-9641, 06-9038, 06-9037, 06-9321, 06-8982, 06-9191, 06-9206, 06-8972, 06-8992, 06-8219, 06-7400, 06-7457, 06-8107, 06-9236, 06-8963, 06-5962, 06-7858, 06-6639, 06-8106, 06-9192, 06-8731, 06-10426, 06-10790, Consol Third Party Defendant: Stevens E. Moore, LEAD ATTORNEY, U. S. Attorney's Office, New Orleans, LA; James F. McConnon, Jr., Kara K. Miller, U.S. Department of Justice (Box 888), Washington, DC.

For Johnny Bradberry, 06-10426; 06-6639; 06-9321; 06-8219; 06-7355; 06-9037; 06-8982; 06-9192; 06-9641; 06-9038; 06-8963; 06-8972; 06-8992; 06-9191; 06-8731; 06-9236; 06-8106; 06-8107; 06-5962; 06-8810; 06-7858; 06-8821; 06-8761; 06-7457; 06-9193; 06-9206; 06-7802; 06-8759, Louisiana State Department of Transportation and Development, 06-8881, 06-6639, 06-7355, 06-8963, 06-8106, 06-5962, 06-8731, 06-7457, 06-8947, 06-7400, 06-7802, 06-9321, 06-8219, 06-9037, 06-8982, 06-9642, 06-9192, 06-9641, 06-9038, 06-8972, 06-10790, [*443] 06-8992, 06-9191, 06-9236, 06-8810, 06-7858, 06-8821, 07-657, Consol Third Party Defendants: William M. Hudson, III, LEAD ATTORNEY, Oats & Hudson (Lafayette), Lafayette, LA; Clifton O. Bingham, Jr., Oats & Hudson (Baton Rouge), Baton Rouge, LA; Michael McGrath Duran, Sr., Oats & Hudson (New Orleans), New Orleans, LA.

For Lake Borgnr Basin Levee District, 06-8636) a political subdivision of the state of Louisiana, Consol Third Party Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Jennifer May Morris, Joseph Edward Bearden, III, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For Louisiana State Department of Health and Hospitals, 06-8759, 06-7633, 06-8881, 06-8947, 06-9569, 06-9642, 06-10790, 07-269, 07-657, Louisiana State Department of Health and Hospitals, 06-6639, 06-7400, 06-9321, 06-8219, 06-7355, 06-9037, 06-8982, 06-9192, 06-9641, 06-9038, 06-8963, 06-8972, 06-8992, 06-9191, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-8810, 06-7858, 06-8821, 06-8761, 06-7457, 06-9193, 06-9206, 06-10426, 06-7802, Frederick P. Cerise, 06-8759, 06-7633, 06-8881, 06-8947, 06-9569, 06-9642, 06-10790, 07-269, 07-657, Consol Third Party Defendants: Stephen H. Vogt, LEAD ATTORNEY, [*444] Thibaut, Thibaut & Vogt, LLP, Baton Rouge, LA.

For Lake Borgne Basin Levee District, 06-7633, 06-8881, 06-8947, 06-9569, 06-9642, 06-10790, 07-269, 07-657, Consol Third Party Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Joseph Edward Bearden, III, Duplass, Zwain, Bourgeois, Morton, Pfister · & Weinstock, Metairie, LA.

For Lake Borgne Basin Levee District, 06-6639, 06-7400, 06-9321, 06-8219, 06-7355, 06-9037, 06-8982, 06-9192, 06-9641, 06-9038, 06-8963, 06-8972, 06-8992, 06-9191, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-8810, 06-7858, 06-8821, 06-8761, 06-7457, 06-9193, 06-9206, 06-10426, 06-8759, Consol Third Party Defendant: Lawrence J. Duplass, LEAD ATTORNEY, Andrew D. Weinstock, Jennifer May Morris, Joseph Edward Bearden, III, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

For USA, 05-5724, 05-5531, 06-5342, 06-6299, 06-7516, Consol Third Party Defendant: Kara K. Miller, LEAD ATTORNEY, Robin D. Smith, U.S. Department of Justice (Box 888), Washington, DC; Peter G. Myer, U. S. Department of Justice, Washington, DC.

For Board of Commissioners of the Port of New Orleans, 05-5724, 05-5531, 06-5342, 06-6299, 06-7516, Consol Third Party Defendant: John Fredrick [*445] Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA.

For Board of Commissioners for the Orleans Levee District, 05-5724, 05-5531, 06-7516, Consol Third Party Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA.

For Orleans Levee District, 06-6299; 06-5342 - Incorrectly referred to as "Board of Commissioners for the Orleans Levee District", Consol Third Party Defendant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, James L. Pate, Laborde & Neuner, Lafayette, LA.

For Certain Underwriters at Lloyds, London, 07-5208; Subscribing to Policy No. 41183 (improperly referred to as "Lloyds of London"), Counter Defendant: Marshall Mc Alis Redmon, LEAD ATTORNEY, Holly G. Hansen, Virginia Y. Trainor, Phelps Dunbar, LLP (Baton Rouge), Baton Rouge, LA.

For Manson Gulf, L.L.C., 06-5155, Consol [*446] Cross Claimant: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, Evans Martin McLeod, Evans Martin McLeod, William Joseph Riviere, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Manson Construction Co., 06-5155, Consol Cross Claimant: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, Evans Martin McLeod, William Joseph Riviere, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Christopher J. Roos, 06-2124, Rebecca Roos, 06-2124, Consol Cross Claimant: Joseph W. Rausch, Jim S. Hall & Associates, Metairie, LA, LEAD ATTORNEY, Metairie, LA.

For Bean Dredging, L.L.C., 06-4066, For Bean Dredging Corporation, 06-4066, Consol Cross Defendants: Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For C.F. Bean, L.L.C., 06-4066, Consol Cross Defendant: Kelly Theard, Terrence L. Brennan, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For C.F. Bean Corporation, 06-4066, Bean Horizon Corporation, 06-4066, Bean Horizon, L.L.C., 06-4066, Bean Stuyvesant, L.L.C., 06-4066, Stuyvesant Dredging Company, 06-4066, Stuyvesant Dredging, Inc., 06-4066, [*447] Stuyvesant Dredging Co., L.L.C., 06-4066, Royal Boskalis Westminster N.V., 06-4066, Consol Cross Defendants: Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

2008 U.S. Dist. LEXIS 39774, *

For United States of America, 06-5162, 06-5155, 06-2152, United States of America, 07-3500, Consol Cross Defendants: Daniel Michael Baeza, Jr., U. S. Department of Agriculture, Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC.

For Auto Club Family Insurance Co., 06-2124, Consol Cross Defendant: Wayne Robert Maldonado, LEAD ATTORNEY, Ungarino & Eckert, LLC (Metairie), Metairie, LA.

For United States Army Corps of Engineers, 06-5159, Consol Cross Defendant: Alex Kriegsman, LEAD ATTORNEY, U.S. Department of Justice (Box 663), Environmental & Natural Resources Division, Washington, DC; Eric G. Hostetler, LEAD ATTORNEY, U. S. Department of Justice, Environmental Defense Section, Washington, DC; Jean Michel Voltaire, LEAD ATTORNEY, U. S. Department of Justice, Federal Programs [*448] Branch, Civil Division, Washington, DC; Kara K. Miller, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC.

For Board of Commissioners of the Port of New Orleans, 07-3500, Consol Cross Defendant: John Fredrick Kessenich, LEAD ATTORNEY, Jon A. Van Steenis, Jonathan H. Sandoz, Kirk Norris Aurandt, Michael William McMahon, Daigle Fisse & Kessenich, Covington, LA.

For Frank C Dudenhefer, Jr, Levee Plaintiffs' Subgroup Litigation Committee, Interested Party: Frank Charles Dudenhefer, Jr., LEAD ATTORNEY, Cummings, Cummings & Dudenhefer, New Orleans, LA.

For John W. DeGravelles, Levee Plaintiffs' Subgroup Litigation Committee, Interested Party: John W. deGravelles, deGravelles, Palmintier, Holthaus & Fruge', Baton Rouge, LA.

For Randall A Smith, Levee Plaintiffs' Subgroup Litigation Committee, Interested Party: Randall A. Smith, Smith & Fawer, LLP, New Orleans, LA.

For Allstate Insurance Company, Consolidated - 05-6323, Amicus: Judy Y. Barrasso, LEAD ATTORNEY, Edward R. Wicker, Jr., Barrasso Usdin Kupperman Freeman & Sarver, LLC, New Orleans, LA.

For Curtis Amann, 06-2268, Laura Amann, 06-2268, Claude W. Baudot, 06-2268, David Bell, 06-2268, Jacinta Bell, 06-2268, [*449] Crescent City Property Redevelopment, LLC, 06-2268, Gwendolyn Diggs,

06-2268, Sun Fowler, 06-2268, Audrey Gates, 06-2268, Dyane Lewis, 06-2268, Nancy Reith, 06-2268, Ray Reith, 06-2268, Audrey Robinson, 06-2268, Lisa Rodriguez, 06-2268, Anthony Russo, 06-2268, Side-By-Side Redevelopment, LLC, 06-2268, Peter Waring, 06-2268, Amicus: Richard Massie Martin, Jr., LEAD ATTORNEY, Richard M. Martin, Jr., Attorney at Law, New Orleans, LA; Arthur Anthony Morrell, Morrell & Morrell, New Orleans, LA; Deborah M. Sulzer, Deborah M. Sulzer, Attorney at Law, New Orleans, LA; John J. Cummings, III, Cummings, Cummings & Dudenhefer, New Orleans, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA; Richard Anthony Weigand, Weigand & Levenson, New Orleans, LA; Suzette Peychaud Bagneris, Bagneris Firm, LLC, New Orleans, LA.

For BellSouth Advertising & Publishing Corporation, 06-2268, BellSouth Long Distance, Inc., 06-2268, Campanile Assurance Line Limited, 06-2268, New Cingular Wireless PCS, LLC, 06-2268, Acadiana Cellular, 06-2268, Houma-Thibodaux Cellular Partnership, 06-2268, Lafayette MSA, 06-2268, Louisiana RSA No. 7, 06-2268, Louisiana RSA No. 8, 06-2268, Amicus: James F. Perot, Jr., LEAD ATTORNEY, [*450] AT&T Services, Inc. (New Orleans), New Orleans, LA.

For Lafarge North America, Inc., 06-2268, Amicus: Robert Burns Fisher, Jr., LEAD ATTORNEY, Derek Anthony Walker, Ivan Mauricio Rodriguez, John Aldock, Mark Raffman, Goodwin Procter, LLP (Washington), Washington, DC; Daniel Andrew Webb, Sutterfield & Webb, LLC, New Orleans, LA.

For Jefferson Parish, Aaron Broussard, Movants: Christopher Kent Tankersle, LEAD ATTORNEY, Dennis J. Phayer, Scott Owen Gaspard, Burglass & Tankersley, L.L.C., Metairie, LA; Joseph M. Bruno, Bruno & Bruno, New Orleans, LA.

For Paul Aucoin, Dudenhefer Law Firm, Fayard & Honeycutt, McKernan Law Firm, Ranier, Gayle and Elliot, LLC, Domengeaux, Wright, Roy & Edwards, Movants: Richard C. Stanley, LEAD ATTORNEY, Melissa Vanderbrook Beaugh, Thomas P. Owen, Jr., Stanley, Flanagan & Reuter, LLC, New Orleans, LA.

For Calvin C Fayard, Jr-05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 07-206, 07-3500, 07-3612, 07-5023, 07-5040, Movant: Scott R. Bickford, LEAD ATTORNEY, Lawrence J. Centola, III, Martzell & Bickford, New Orleans, LA.

For Louisiana Department of Revenue BARGE; Cynthia Bridges, Secretary, Movant: Antonio Charles Ferachi, LEAD ATTORNEY, Donald Michael Bowman, [*451]

Frederick Mulhearn, Louisiana Department of Revenue & Taxation, Baton Rouge, LA.

For Michael LeBas, Movant: John Steven McLindon, Rainer, Anding & McLindon, Baton Rouge, LA.

For Board of Commissioners for the Orleans Levee District, 05-4181, Consol Movant: Thomas P. Anzelmo, LEAD ATTORNEY, Andre Jude Lagarde, Darcy Elizabeth Decker, Kyle P. Kirsch, Mark Emerson Hanna, McCranie, Sistrunk (Metairie), Metairie, LA; Ben Louis Mayeaux, Gregory Alan Koury, James L. Pate, Laborde & Neuner, Lafayette, LA; James C. Rather, Jr., McCranie, Sistrunk (Covington), Covington, LA.

For Ashton R. O'Dwyer, Jr., 05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-206, Consol Movant: Ashton Robert O'Dwyer, Jr., LEAD ATTORNEY, Ashton R. O'Dwyer, Jr., Attorney at Law, New Orleans, LA; Dane S. Ciolino, LEAD ATTORNEY, Dane S. Ciolino, LLC, New Orleans, LA.

For Maritime Law Association, BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 07-5178), Consol Movant: Grady S. Hurley, LEAD ATTORNEY, Jones Walker (New Orleans), New Orleans, LA; Janet Wessler Marshall, Johnson, Johnson, Barrios & Yacoubian, New Orleans, LA.

For Greater New Orleans Barge Fleeting Association, Consol Movant: Jean-Paul [*452] Abadie Escudier, LEAD ATTORNEY, Jones Walker (New Orleans), New Orleans, LA.

For Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, 06-2268, Dr. Hassan S. Mashriqui, 06-2268, Consol Movants: David J. Shelby, II, LEAD ATTORNEY, Jennifer M. Sigler, Taylor, Porter, Brooks & Phillips, LLP, Baton Rouge, LA.

For Paul Aucoin, 07-5528, Dudenhefer Law Firm, 07-5528, Fayard & HoneyCutt, A.P.C., 07-5528, McKernan Law Firm, 07-5528, Domengeaux Wright Roy & Edwards, L.L.C., 07-5528, Consol Movants: Basile J. Uddo, LEAD ATTORNEY, Basile J. Uddo, Attorney at Law, Metairie, LA; Thomas P. Owen, Jr., Stanley, Flanagan & Reuter, LLC, New Orleans, LA.

For Rainer, Gayle and Elliot, L.L.C., 07-5528, Murray Law Firm, 07-5528, Consol Movants: Basile J. Uddo, LEAD ATTORNEY, Basile J. Uddo, Attorney at Law, Metairie, LA.

For Gauthier, Houghtaling & Williams, LLP, 07-5528, Consol Movant: Basile J. Uddo, LEAD ATTORNEY, Basile J. Uddo, Attorney at Law, Metairie, LA; John William Houghtaling, II, LEAD ATTORNEY, Gauthier, Houghtaling & Williams, Metairie, LA.

For Manson Gulf LLC, 06-2152, Manson Construction Co., 06-2152, Manson Gulf, LLC, 06-4066, Manson Construction Co., 06-4066, [*453] Consol Cross Claimants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, Evans Martin McLeod, William Joseph Riviere, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Bean Dredging Corporation, 06-2152, Bean Dredging, L.L.C., 06-2152, Stuyvesant Dredging Co., L.L.C., 06-2152, C.F. Bean, L.L.C., 06-2824, C.F. Bean Corporation, 06-2824, Bean Horizon L.L.C., 06-2824, Bean Dredging Corporation, 06-2152, Bean Dredging, L.L.C., 06-2152, Bean Horizon Corporation, 06-2152, Bean Stuyvesant, L.L.C., 06-2152, Royal Boskalis Westminster N.V., 06-2152, Stuyvesant Dredging Co., L.L.C., 06-2152, Stuyvesant Dredging Company, 06-2152, Stuyvesant Dredging, Inc., 06-2152, C.F. Bean, L.L.C., 06-2824, C.F. Bean Corporation, 06-2824, Bean Horizon L.L.C., 06-2824, Cross Defendants: Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For USA, 06-2152, Cross Defendant: Stephen G. Flynn, LEAD ATTORNEY, U. S. Department of Justice, Torts Branch, Civil Division, Washington, DC.

For Bean Horizon Corporation, 06-2152, Bean Stuyvesant, L.L.C., 06-2152, Royal Boskalis Westminster N.V., 06-2152, Stuyvesant Dredging [*454] Company, 06-2152, Stuyvesant Dredging, Inc., 06-2152, Consol Cross Defendants: Terrence L. Brennan, LEAD ATTORNEY, Kelly Theard, William Everard Wright, Jr., Deutsch, Kerrigan & Stiles, LLP (New Orleans), New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-2152, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-2152, Great Lakes Dredge & Dock Corporation of Delaware, 06-2152, Great Lakes Trailing Company, 06-2152, Consol Cross Defendants: Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For King Fisher Marine Service, Inc., 06-2152, King Fisher Marine Service, L.P., 06-2152, King Fisher Marine Service, Inc., 06-2152, King Fisher Marine Service, L.P., 06-2152, Consol Cross Defendants: Richard Ab-

elard Cozad, LEAD ATTORNEY, Emma Alexandra Mekinda, Michael L. McAlpine, McAlpine & Cozad, New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-2152, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, 06-2152, Great Lakes Dredge & Dock Corporation of Delaware, 06-2152, Great Lakes Trailing Company, 06-2152, NATCO Dredging Limited Partnership, 06-2152, Cross Defendants: Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz [*455] (New Orleans), New Orleans, LA.

For USA, 06-2152, Cross Defendant: Alice Daigle, U. S. Attorney's Office (New Orleans), New Orleans, LA.

For Manson Gulf, L.L.C., 06-5162, Manson Construction Co., 06-5162, Cross Claimants: George Moore Gilly, LEAD ATTORNEY, Christian E. Daigle, Evans Martin McLeod, William Joseph Riviere, Phelps Dunbar, LLP (New Orleans), New Orleans, LA.

For Gulf Coast Trailing Company, 06-4066, Consol Cross Defendant: Arthur Gordon Grant, Jr., LEAD ATTORNEY, Philip S. Brooks, Jr., Ronald Joseph Kitto, Montgomery Barnett (New Orleans), New Orleans, LA; Michaela E. Noble, Lemle & Kelleher, LLP (New Orleans), New Orleans, LA.

For Great Lakes Dredge & Dock Company, 06-2824, Cross Defendant: Duane M. Kelley, Jack J. Crowe, Winston & Strawn, LLP (Chicago), Chicago, IL; Nyka M. Scott, Baker Donelson Bearman Caldwell & Berkowitz (New Orleans), New Orleans, LA.

For Lafarge North America, Inc., 07-3500, Cross Claimant: Robert Burns Fisher, Jr., LEAD ATTORNEY, Derek Anthony Walker, Ivan Mauricio Rodriguez, John Aldock, Adam M. Chud, Goodwin Procter, LLP (Washington), Washington, DC; Daniel Andrew Webb, Sutterfield & Webb, LLC, New Orleans, LA.

For United States of America, 06-2346,    [*456] 06-4634, 06-2268, 06-2824, 06-4024, 06-3552, 06-5260, 06-5771, 06-6099, 06-8708, 07-621, 07-647, 07-206, 07-1284, 07-1285, 07-1289, 07-1286, 07-1288, 07-1271, 07-1113, 06-5307, Third Party Defendant: Daniel Michael Baeza, Jr., U. S. Department of Agriculture, Washington, DC; David Samuel Silverbrand, Jeffrey Paul Ehrlich, Jessica G. Sullivan, John Woodcock, Sarah K Soja, Taheerah Kalimah El-Amin, U.S. Department of Justice (Box 888), Torts Branch, Civil Division, Washington, DC.

For Board of Commissioners of the Southeast Louisiana Flood Protection Authority - East, 07-3500, Third Party Defendant: Jennifer May Morris, Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, Metairie, LA.

JUDGES: JOSEPH C. WILKINSON, JR., UNITED STATES MAGISTRATE JUDGE. JUDGE DUVAL.

OPINION BY: JOSEPH C. WILKINSON, JR.

OPINION

*ORDER AND REASONS ON MOTIONS*

Three motions are pending before me in the captioned consolidated cases. First, the Barge Plaintiffs filed a Motion for Protective Order as to the Surreptitious Recordings of Witness Interviews by Counsel for Lafarge North America, Inc., Through Their Agent Centanni Investigative Services, Inc., for Lafarge's Concealment of the Interviews and Other Misconduct, and for Declaratory and [*457] Other Relief. Record Doc. No. 11765. Lafarge filed a timely opposition memorandum. Record Doc. No. 12831.

Second, the Barge Plaintiffs filed a Motion for Reconsideration, Record Doc. No. 13017, of a portion of my prior ruling, Record Doc. No. 12605, that had denied in part Plaintiffs' motion to compel Lafarge to produce photographs and videotapes. Record Doc. No. 11578. Third, Lafarge also filed a Motion for Reconsideration, Record Doc. No. 12961, of a portion of the same order that had granted in part Plaintiffs' same motion to compel production of recorded witness statements. Plaintiffs filed a timely opposition memorandum. Record Doc. No. 12989. The scheduled oral argument was cancelled and the motions were submitted on the briefs. Record Doc. No. 13098.

Having considered the record, the submissions of the parties and the applicable law, IT IS ORDERED that all three motions are DENIED for the following reasons.

*I.    Plaintiffs' MOTION FOR RECONSIDERATION, Record Doc. No. 13017*

In this motion, the Barge Plaintiffs cite the same cases that they cited in support of their motion to compel and they argue again that the photographs and videotapes requested from Lafarge are not work product. [*458] However, Plaintiffs have failed to demonstrate any of the following established reasons for granting a motion to reconsider under *Fed. R. Civ. P. 59(e)*: [1] "(1) to correct manifest errors of law or fact upon which judgment is based, (2) the availability of new evidence, (3) the need to prevent manifest injustice, or (4) an intervening change in controlling law." *Restivo, 2007 U.S. Dist.*

*LEXIS 33066, 2007 WL 1341506, at *1* (citing 11 Charles A. Wright, Arthur R. Miller & Mary Kay Kane, *Federal Practice & Procedure* § 2810.1, at 124) (hereinafter "Wright & Miller"); *accord Southern Constructors Group, Inc. v. Dynalectric Co.,* 2 F.3d 606, 611 (5th Cir. 1993).* "The granting of a *Rule 59(e)* motion 'is an extraordinary remedy and should be used sparingly.'" *In re Pequeno,* 240 Fed. Appx. 634, 2007 WL 1806866, at *1 (5th Cir. 2007) (quoting *Templet v. HydroChem Inc.,* 367 F.3d 473, 479 (5th Cir. 2004)).

> 1   Because the motion for reconsideration was filed within ten days of entry of the order, the court treats it as a motion to alter or amend a judgment under *Rule 59(e).* *United States v. 16,540 in U.S. Currency,* 273 F.3d 1094, 2001 WL 1085106, at *2 (5th Cir. 2001) (citing *Patin v. Allied Signal, Inc.,* 77 F.3d 782, 785 n.1 (5th Cir. 1996)); [*459] *Restivo v. Hanger Prosthetics & Orthotics, Inc., No. 06-32, 2007 U.S. Dist. LEXIS 33066, 2007 WL 1341506, at *1 (E.D. La. May 4, 2007) (Duval, J.).

"A motion for reconsideration may *not* be used to rehash rejected arguments or introduce new arguments." *LeClerc v. Webb,* 419 F.3d 405, 412 n.13 (5th Cir. 2005) (emphasis added). Because I have already rejected Plaintiffs' arguments that the requested photographs and videotapes are not work product and because there was no manifest error in that ruling, I will not reconsider it based on any grounds that Plaintiffs have previously urged.

Plaintiffs argue for the first time in the instant motion that, if the requested materials are work product, Plaintiffs are entitled to their production because they have substantial need for the materials to prepare their case and cannot, without undue hardship, obtain their substantial equivalent by other means. *Fed. R. Civ. P. 26(b)(3).* Plaintiffs now contend that, while the City of New Orleans was under a mandatory evacuation order in the weeks after Hurricane Katrina, only Lafarge had the ability to photograph the positions and conditions of the barges, mooring lines, bollards, cavils and other mooring points and that, after Hurricane [*460] Rita hit the same area about a month after Hurricane Katrina, the scene was so changed that Plaintiffs cannot possibly obtain equivalent photographs and video recordings.

Plaintiffs' burden under *Rule 26(b)(3)* is a burden of proof. *Palmer v. Westfield Ins. Co., No. 5:05-CV-338-OC-10GRJ, 2006 U.S. Dist. LEXIS 66391, 2006 WL 2612168, at *4 (M.D. Fla. June 30, 2006); Chambers v. Allstate Ins. Co.,* 206 F.R.D. 579, 584 (S.D. W. Va. 2002); *D.E.J.S.A. Corp. v. Shooster, No. 92-2953, 1993 U.S. Dist. LEXIS 3038, 1993 WL 65816, at *3 (E.D. Pa. Mar. 9, 1993).* Plaintiffs have submitted no evidence sufficient to carry their burden of proof or to

support their argument, which is *not* self-evident. In addition, "generally speaking, [the court] will not consider an issue raised for the first time in a Motion for Reconsideration." *Lincoln Gen. Ins. Co. v. De La Luz Garcia,* 501 F.3d 436, 442 (5th Cir. 2007) (quotation and citations omitted); *see also Mungo v. Taylor,* 355 F.3d 969, 978 (7th Cir. 2004) ("Arguments raised for the first time in connection with a motion for reconsideration . . . are generally deemed to be waived."); *accord Centerpoint Energy Houston Elec. LLC v. Harris County Toll Rd. Auth.,* 246 Fed. Appx. 286, 2007 WL 2491052, at *3 (5th Cir. 2007).

Thus,   [*461] Plaintiffs waived their argument about their alleged substantial need for the materials and inability to obtain substantial equivalents by failing to raise it in their motion to compel. Even if they had not waived it, this argument also fails to satisfy one of the four standards for granting a *Rule 59(e)* motion. Accordingly, Plaintiffs' motion for reconsideration is DENIED.

## II. *LAFARGE'S MOTION FOR RECONSIDERATION, Record Doc. No. 12961*

Lafarge argues in its motion for reconsideration that the court committed a manifest error of law by holding that its investigators' surreptitious tape-recording of conversations with witnesses vitiated the work product protection for those recordings. However, Lafarge only seeks a ruling on its motion to reconsider if the court grants the Barge Plaintiffs' motion for protective order, which is addressed below. On the other hand, if the court denies Plaintiffs' motion for protective order, Lafarge offers to produce all of its recorded witness statements without pursuing its motion for reconsideration before me or the presiding district judge. Because I am denying Plaintiffs' motion for protective order, for the reasons discussed below, Lafarge's motion [*462] for reconsideration appears to be moot. Nonetheless, in the event that any of these rulings are appealed to Judge Duval, I address Lafarge's motion for reconsideration under the *Rule 59(e)* standards set forth in the preceding section.

I have previously considered the cases cited and arguments advanced by Lafarge concerning the ABA's Formal Opinion 01-422 (June 24, 2001). That opinion provides guidance to the courts, but is not a binding precedent. *Trudeau v. N.Y. State Consumer Prot. Bd.,* 237 F.R.D. 325, 344 n.15 (N.D.N.Y. 2006); *Babineaux v. Foster, No. 04-1679, 2005 U.S. Dist. LEXIS 4844, 2005 WL 711604, at *2 (E.D. La. Mar. 21, 2005) (Africk, J.) (citing *Midwest Motor Sports, Inc. v. Arctic Cat Sales, Inc.,* 144 F. Supp. 2d 1147, 1159 (D.S.D. 2001)); *see also In re Tyco Int'l Ltd. Secs. Litig., No. 00-MD-1335-B, 2001 U.S. Dist. LEXIS 819, 2001 WL 34075721, at *3 (D.N.H. Jan. 30, 2001) (questioning whether a different ABA formal ethics opinion is "an improper reach far

beyond the text of the rule [but] assuming that this court would give some deference to that portion of the formal opinion"). ABA Formal Opinion 01-422 does not, as Lafarge contends, change and cannot overrule binding Fifth Circuit precedent or the other case law I have [*463] previously cited regarding surreptitious tape recording and the work product doctrine. While it may be accurate that Lafarge and its agents and attorneys may not be criminally indicted, successfully sued for damages or disciplined by the appropriate Bar Association for such tape recordings, surreptitious tape recording remains an inappropriate discovery practice for the various reasons included in the case law that I have previously cited, which are *not* limited to exclusive reliance on any ABA opinion.

The following examples, drawn from the witness interviews attached to Plaintiffs' motion for protective order, illustrate the dangers and problems associated with such secret tape-recordings that are touched upon in the cases cited in my previous order. As a general practice, Lafarge's investigator who conducted most of the interviews identified himself to the witnesses only by name and by stating that he worked for an investigative agency. If pressed by the witness for further identification, he would name the agency, which he sometimes vaguely characterized as "independent." Although asked to identify himself and given the opportunity to respond honestly, the investigator carefully [*464] refrained from ever stating that the agency had been retained by Lafarge, a defendant in several civil actions in this court whose interests were potentially adverse to the interviewees. While the investigator's statements were not literally false, they were evasive and misleading in what they omitted. As the law of fraud teaches, a material omission can be just as misleading as an affirmative misrepresentation. *See, e.g.,* conversation between investigator Robert Garcia ("RG") and Ernest Edwards ("EE") (also known as "All Night Shorty") on December 19, 2005, Plaintiff's Exh. 24, Record Doc. No. 11765-26, at pp. 2-3 ("EE: . . . . Who you investigating for, though? Who are you working for? RG: I'm working for Centanni. We're an independent investigative agency. . . . And, uh, we don't work for the government or nothing like that."); conversation between Garcia and Michael Reed on December 7, 2005, Plaintiff's Exh. 30, Record Doc. No. 11765-32, at p. 10 (same); conversation between Garcia and Edwards on February 9, 2006, Plaintiff's Exh. 25, Record Doc. No. 11765-27, at pp. 9-10 (identifying Centanni Investigative Agency without any additional information); conversation between Garcia [*465] and Robert L. Green, Sr. on November 23, 2005, Plaintiff's Exh. 26, Record Doc. No. 11765-28, at pp. 2-3 (same).

One interviewee, "All Night Shorty," asked twice whether Garcia was taking down what he said and Garcia responded that he was writing it down. Plaintiff's Exh. 24, Record Doc. No. 11765-26, at pp. 15-16, 20. Again, while this may have been a true statement, it also presented an opportunity, which was not taken, to respond honestly and to tell the witness the full truth, that the conversation was being tape-recorded. The witness may well have consented to the recording, but we will never know.

"All Night Shorty" also asked Garcia, "Is we gonna hear any results of this conversation? Is we gonna get anybody *to speak for us behind this?* RG: Uh, I'm not sure. EE: Okay. RG: I'm just . . . I'm a private investigator and what we do is just collect the information." Plaintiff's Exh. 24, Record Doc. No. 11765-26, at p. 41 (emphasis added). Clearly, the witness wanted to know from Garcia if he and other flood victims were going to be helped by this conversation or, as Plaintiffs put it in their memorandum in support of their motion for protective order, whether the interviewer was "on [*466] their side." Garcia's response was again evasive and misleading by omission of the material information, clearly being sought by the witness, that he and his agency were working for Lafarge, whose interests were potentially adverse to those of the flood victims.

As I previously stated in my order granting Plaintiffs' motion to compel, the "'extremely mild remedy of discovery'" does not interfere with the rights of the parties or their counsel to interview witnesses, except when it is done secretly without the consent of the interviewee, in which case the tapes are discoverable. *Ward v. Maritz, Inc.,* 156 F.R.D. 592, 594 (D.N.J. 1994) (quoting *Bogan v. Nw. Mut. Life Ins. Co.,* 144 F.R.D. 51, 54 (S.D.N.Y. 1992)).

The cases that Lafarge cites for the proposition that a change in intervening law negates contrary Fifth Circuit and other precedents are distinguishable, as they involved changes in underlying jurisprudential or statutory law. *See Federated Mut. Ins. Co. v. Grapevine Excavation, Inc.,* 241 F.3d 396, 398 n.3 (5th Cir. 2001) (Because "the Supreme Court of Texas's answer to our [certified] question in the instant case conflicts with our [prior] decisions . . ., those cases are no longer [*467] binding precedent of this Court."); *Floors Unltd., Inc. v. Fieldcrest Cannon, Inc.,* 55 F.3d 181, 185 (5th Cir. 1995) (Published decisions by the Texas Courts of Appeals "are 'clearly contrary' to our [prior] decisions . . . and thus [our prior decisions are] no longer binding precedent in this Circuit."); *Blair v. Sealift, Inc.,* 91 F.3d 755, 761 n.26, 762 (5th Cir. 1996) ("[S]ubsequent, clearly contradictory state law trumps both the law of the case and the otherwise binding nature of prior decisions of a panel of this court." "[T]he district court properly determined that [the Louisiana Court of Appeal case]

constitutes controlling authority which compels a departure from our earlier . . . decision on the issue . . . .").

Despite the issuance of the ABA's Formal Opinion 01-422 and unlike the decisions just cited, the Fifth Circuit has *not* overruled *Chapman & Cole v. Itel Container Int'l B.V., 865 F.2d 676, 686 (5th Cir. 1989),* which remains binding precedent in this court, or the decisions of other courts cited in my previous order. Accordingly, there is no manifest error of law in my prior ruling, and Lafarge's motion for reconsideration is DENIED.

III. *Plaintiffs' MOTION FOR PROTECTIVE* [*468] *ORDER, Record Doc. No. 11765*

*Fed. R. Civ. P. 26(c)(1)* sets the standard for granting a motion for protective order. "A party or any person from whom discovery is sought may move for a protective order in the court where the action is pending . . . . The court may, *for good cause,* issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense . . . ." *Fed. R. Civ. P. 26(c)(1)* (emphasis added). "*Rule 26(c)'s* requirement of a showing of good cause to support the issuance of a protective order indicates that '[t]he burden is upon the movant to show the necessity of its issuance, which contemplates a *particular and specific demonstration of fact* as distinguished from stereotyped and conclusory statements.'" *In re Terra Int'l, 134 F.3d 302, 306 (5th Cir. 1998)* (quoting *United States v. Garrett, 571 F.2d 1323, 1326 n.3 (5th Cir. 1978)*; citing 8 Wright & Miller, § 2035, at 483-86 (2d ed. 1994)) (emphasis added).

The Barge Plaintiffs have not made the showing required by *In re Terra.* Plaintiffs' summaries of the facts in their memorandum are hyperbolic and strained interpretations of the actual contents of their exhibits. Furthermore, Plaintiffs' [*469] memorandum does not merely exaggerate, but actually misrepresents, Lafarge's discovery responses, objections and actions. In sum, Plaintiffs' exhibits do not support their arguments, establish good cause for a protective order or justify the multiple draconian forms of relief requested.

Plaintiffs' motion for protective order has been rendered mostly moot by the court's recent order, ruling on Plaintiffs' motion to compel responses to their discovery requests and directing Lafarge to produce all recorded witness statements, Record Doc. No. 12605, and by Lafarge's offer in its motion for reconsideration to produce all recorded statements without pursuing any appeal of that order, if Plaintiffs' instant motion for protective order is denied. The prior order provides an adequate remedy for the only ethical infringement that Plaintiffs have proved, *i.e.,* the surreptitious tape recordings of putative class members by Lafarge's investigators without identifying themselves as working for an attorney.

Plaintiffs now contend that Lafarge's lawyers violated Louisiana Rule of Professional Conduct 4.2, [2] which prohibits Lafarge's lawyers from "communicat[ing] about the subject of the representation [*470] with: (a) a person the lawyer *knows* to be represented by another lawyer in the matter." La. R. Prof. Conduct 4.2 (emphasis added). However, Plaintiffs have presented only speculation and supposition that Lafarge's lawyers *knew* that any of the witnesses its investigators interviewed was represented by counsel until after the interview was taken. In the case of Ronald McGill, when he revealed during the interview that he was represented by counsel, the investigator immediately terminated the interview. Plaintiff's Exh. 22, McGill interview. This indicates good faith compliance with the Rule by Lafarge's attorneys and investigators, not their bad faith violation of it, as Plaintiffs suggest. When the Barge Plaintiffs' PSLC requested the statements of its clients in discovery, Lafarge produced them, as it knew that it must. *Fed. R. Civ. P. 26(b)(3)(C).*

> 2   This court has adopted the Louisiana Rules of Professional Conduct. Local Rule 83.2.4E.

Plaintiffs next argue that Lafarge's attorneys violated Louisiana Rule of Professional Conduct 4.3 because their investigators misrepresented themselves to putative class members. Rule 4.3 provides:

> In dealing on behalf of a client with a person who is [*471] not represented by counsel, a lawyer shall not state or imply that the lawyer is disinterested. When the lawyer *knows or reasonably should know* that the unrepresented person misunderstands the lawyer's role in a matter, the lawyer shall make reasonable efforts to correct the misunderstanding. The lawyer shall not give legal advice to an unrepresented person, other than the advice to secure counsel, if the lawyer knows or reasonably should know that the interests of such a person are or have a reasonable possibility of being in conflict with the interests of the client.

La. R. Prof. Conduct 4.3 (emphasis added). The word "'knows' denotes actual knowledge of the fact in question. A person's knowledge may be inferred from circumstances." *Id.* R. 1.0(f). "'Reasonably should know' . . . denotes that a lawyer of reasonable prudence and competence would ascertain the matter in question." *Id.* R. 1.0(j).

Plaintiffs' allegation that Lafarge's investigators violated Rule 4.3 is not supported by the witness statements attached to Plaintiffs' motion nor by the sign that Lafarge had posted in the Lower Ninth Ward seeking photographs and videotapes of the events of Hurricane Katrina. In *Tyco Int'l Ltd.* [*472] *Secs. Litig.,* when faced with similar allegations in a defense motion for protective order that sought to preclude Plaintiffs' counsel from using their witness interviews, the district court stated:

> None of these messages "state or imply" that counsel is disinterested and none contain any misrepresentations. Each identifies that the individual seeking the contact is an investigator for a law firm and that the desired contact involves background research on, or investigating of, Tyco. There is nothing in that to suggest disinterest and it does not constitute a misrepresentation.

*In re Tyco Int'l Ltd. Secs. Litig., 2001 U.S. Dist. LEXIS 819, 2001 WL 34075721, at *3.* The *Tyco* court therefore denied the motion for protective order.

Although the investigators in the instant case failed to identify themselves as working for an attorney, the court has already remedied that failure by ordering all of the recorded statements produced. The investigators in the instant case did not "state or imply" that they were disinterested, they made no misrepresentations when they stated that they worked for a private investigative agency and they did not deliberately foster any "impression that the interviewers were on [the interviewees'] [*473] side," as alleged by Plaintiffs. Record Doc. No. 11765-2, at p.11.

The attorney's conduct in *La. State Bar Ass'n v. Harrington, 585 So. 2d 514, 517 (La. 1990),* cited by Plaintiffs, was vastly dissimilar to the investigators' conduct in the instant case, and included lying to the unrepresented person about his identity, entering her home without permission, threatening to call the police and have her arrested, throwing his business card at her and falsely telling her that he and his client had filed a lien on her house. The other case cited by Plaintiffs, *First Nat'l Bank v. Assavedo, 764 So.2d 162, 163 (La. App. 4th Cir. 2000),* actually supports Lafarge's position, as the court there found that the attorney's employee had no obligation to tell the opposing party, who called the attorney's office after being served with the lawsuit, that she should hire an attorney of her own. Furthermore, both of those cases were decided under a prior version of Rule 4.3, which required the attorney to "'*assume* that an unrepre-

sented person does not understand the lawyer's role in a matter and the *lawyer shall carefully explain* to the unrepresented person the lawyer's role in the matter.'" *La. State Bar Ass'n, 585 So. 2d at 516 n.1;* [*474] *First Nat'l Bank, 764 So. 2d at 163* (emphasis added). That language was removed from Rule 4.3 when it was amended in 2004. The current rule requires actual or constructive knowledge that the unrepresented person misunderstands the lawyer's role, instead of requiring the lawyer to assume a lack of understanding. Plaintiffs fail to establish that knowledge.

In the absence of proof of any violations of Rule 4.2 or Rule 4.3, no sanctions are warranted.

Even if there had been any violations of Rule 4.2 or 4.3, Plaintiffs have cited no case law for the proposition that relevant evidence should be precluded, thus punishing the client, as a disciplinary sanction for ethical misconduct by its attorneys. The cases cited by Lafarge hold to the contrary, for the following reasons.

> An exclusionary policy frustrates truth and does not punish the ethical violation, but works against the client who may have been wronged by the opposing party as far as the substantive claim is concerned. An ethical violation ought to be dealt with by sanctions against the errant attorney, except in special cases. . . .
>
> An exclusionary rule is an indirect sanction that sacrifices truth on the alter of advocacy rather than [*475] a more functional approach of imposing a direct sanction on the errant attorneys. It leads to excessive quibbling, tactical maneuvering and possible frustration of justice. . . . . Suppression and exclusion in this case effects little benefit to the profession and is not directly corrective of misconduct.

*Weider Sports Equip. Co. v. Fitness First, Inc., 912 F. Supp. 502, 510 (D. Utah 1996)* (citing *United States v. Adams, 977 F.2d 596, 1992 WL 279227 (10th Cir. 1992); United States v. Ryans, 903 F.2d 731, 740 (10th Cir. 1990); United States v. Hammad, 858 F.2d 834, (2nd Cir. 1988); United States v. Dennis, 843 F.2d 652 (2d Cir. 1988); United States v. Thomas, 474 F.2d 110, 112 (10th Cir. 1973));* accord *Calloway v. DST Sys., Inc., No. 98-1303-CV-W-6, 2000 U.S. Dist. LEXIS 2635, 2000 WL 230244 (W.D. Mo. Feb. 28, 2000)* (citing *Plan Comm. in Driggs Reorg. Case v. Driggs, 217 B.R. 67, 72 (D. Md. 1998)); United States v. Scrushy, 366 F. Supp. 2d 1134, 1141 (N.D. Ala. 2005)* (citing *United States v. Lowery, 166 F.3d 1119, 1125 (11th Cir. 1999)).*

Contrary to Plaintiffs' arguments, Lafarge's objection that the work product doctrine protected these materials from disclosure was neither an ethical violation nor a violation [*476] of the discovery rules. In making that objection and argument in opposition to Plaintiffs' motion to compel production of the statements, Lafarge relied on the ABA's Formal Opinion 01-422. Although the court overruled Lafarge's objection and ordered production of the statements, Lafarge made a good faith argument for a modification or reversal of existing law in opposition to Plaintiffs' requests for production of documents. La. R. Prof. Conduct 3.1.

Plaintiffs overreach when they seek any notes made by defendant's investigators of the investigators' conversations with witnesses, whether the conversations were recorded or not. "The Supreme Court has held that the work product doctrine applies to documents created by investigators working for attorneys, provided the documents were created in anticipation of litigation." *In re Grand Jury Subpoena*, 357 F.3d 900, 907 (9th Cir. 2004) (citing *United States v. Nobles*, 422 U.S. 225, 239, 95 S. Ct. 2160, 45 L. Ed. 2d 141 (1975)). Under *Fed. R. Civ. P. 26(b)(3)*, even if Plaintiffs could show that they have "substantial need for the materials to prepare [their] case and cannot, without undue hardship, obtain their substantial equivalent by other means," the court "must protect [*477] against disclosure of the mental impressions, conclusions, opinions, or legal theories of a party's attorney or other representative concerning the litigation." *Fed. R. Civ. P. 26(b)(3)(B)*.

Many courts have defined this second category of work product as "opinion work product." *See e.g. In re Qwest Commc'ns Int'l*, 450 F.3d 1179, 1186 (10th Cir. 2006); *In re Echostar Commc'ns Corp.*, 448 F.3d 1294, 1302 (Fed. Cir. 2006); *Tenn. Laborers Health & Welfare Fund v. Columbia/HCA Healthcare Corp.*, 293 F.3d 289, 294 (6th Cir. 2002); *Baker v. General Motors Corp.*, 209 F.3d 1051, 1054 (8th Cir. 2000); *Better Gov't Bureau v. McGraw*, 106 F.3d 582, 607 (4th Cir. 1997); *Sporck v. Peil*, 759 F.2d 312, 316 (3d Cir. 1985). The Fifth Circuit has recognized "opinion work product" and noted that "some courts have provided an almost absolute protection for such materials." *In re Int'l Sys. and Controls Corp. Sec. Litig.*, 693 F.2d 1235, 1240 (5th Cir. 1982) (citing *In re Murphy*, 560 F.2d 326, 336 (8th Cir. 1977); *In re Doe*, 662 F.2d 1073, 1080 (4th Cir. 1981)). *See also Robinson v. Texas Auto. Dealers Ass'n*, 214 F.R.D.

432, 441 (E.D. Tex. 2003), *vacated in part on other grounds*, 2003 WL 21911333 (5th Cir. Jul. 25, 2003) [*478] ("A court cannot order production of opinion work-product absent a showing of even higher necessity, which is a rare situation if it exists at all."); *Conoco Inc. v. Boh Bros. Const. Co.*, 191 F.R.D. 107, 118 (W.D. La. 1998) ("[O]pinion work product becomes subject to disclosure when (1) 'mental impressions are at issue in a case and the need for the material is compelling' and (2) pursuant to the crime-fraud exception to discovery.") (internal citations omitted).

Examples of opinion work product include notes and memoranda created by an attorney or his agent, regarding witness interviews, because they contain mental impressions. *Dunn v. State Farm Fire & Cas. Co.*, 927 F.2d 869, 875 (5th Cir. 1991); *Baker*, 209 F.3d at 1054. Investigatory reports that contain summaries of witness interviews are also opinion work product because the reports are "suffused" with the investigator's mental impressions and conclusions. *Smith v. Diamond Offshore Drilling, Inc.*, 168 F.R.D. 582, 585 (S.D. Tex. 1996).

*S.E.C. v. Brady*, 238 F.R.D. 429, 442 (N.D. Tex. 2006); *accord Disability Law Ctr. of Alaska, Inc. v. N. Star Behavioral Health Sys.*, No. 3:07-cv-00062, 2008 U.S. Dist. LEXIS 16403, 2008 WL 616054, at *3 (D. Alaska Mar. 3, 2008); [*479] *O'Connor v. Boeing N. Am., Inc.*, 216 F.R.D. 640, 643 (C.D. Cal. 2003) (citing *Nobles*, 422 U.S. at 239; *Baker v. Gen. Motors Corp.*, 209 F.3d 1051, 1054 (8th Cir. 2000); *Appeal of Hughes*, 633 F.2d 282, 290 (3d Cir. 1980)). Accordingly, Plaintiffs may not obtain production of the investigators' notes of their conversations with witnesses.

Finally, Plaintiffs' misrepresentations of Lafarge's discovery responses provide no basis for imposing any discovery sanctions. The cited discovery responses in every case interposed work product objections and responded to the questions asked. To the extent that any objections were improper or responses were evasive or incomplete, the court has already ruled on Plaintiffs' motion to compel and has required Lafarge to supplement its answers. This is sufficient.

All of the relief sought, including requiring Lafarge to pay for a plaintiff's expenses to travel to New Orleans for the continuation of his deposition, which was termi-

2008 U.S. Dist. LEXIS 39774, *

nated by *his own counsel,* Plaintiffs' Exh. P, deposition of Sidney Williams at pp. 89-91, is unwarranted.

Accordingly, Plaintiffs' motion for a protective order is DENIED.

New Orleans, Louisiana, this 14th day of May, 2008.

/s/ Joseph   [*480] C. Wilkinson, Jr.

JOSEPH C. WILKINSON, JR.

UNITED STATES MAGISTRATE JUDGE