UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | SECTION "K" |
| *Mumford*     C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. – ONLY |
| *Benoit*      C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford – ONLY |

### MOTION *PRO HAC VICE* TO ENROLL KIRSTEN ROBBINS AS VISITING CO-COUNSELOF RECORD FOR DEFENDANT LAFARGE NORTH AMERICA INC

By and through undersigned counsel, members in good standing of the Bar of this Court and the State of Louisiana, comes the defendant, Lafarge North America Inc. ("LNA"), pursuant to Rule 83.2.6E of the Uniform District Court Rules for the Eastern District of Louisiana, and respectfully requests an Order from this Honorable Court enrolling the following attorney as co-counsel of record in the above-captioned matter:

> Kirsten V.K. Robbins, Esq.
> **Goodwin Procter LLP**
> 901 New York Avenue, NW
> Washington DC 20001
> Telephone: (202) 346-4000
> Facsimile: (202) 364-4444
> krobbins@goodwinprocter.com

1488951-1

Ms. Robbins is ineligible to become a member of the Bar of this Court because she is not a member of the Bar of the State of Louisiana. She has been a member in good standing of the Bar of the District of Columbia since January 8, 2007 (Bar ID No. 502418), and the Bar of the State of New York since May 24, 2005. She is also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, and the United States District Courts for the District of Columbia, and the District of Maryland. The affidavit of Ms. Robbins is attached as Exhibit A and a certificate of good standing from the Court of Appeals of the District of Columbia is attached as Exhibit B.

Dated: June 14, 2010                     Respectfully submitted,


                                         /s/ Derek A. Walker
                                         Derek A. Walker (#13175)
                                         Robert B. Fisher, Jr., T.A. (#5587)
                                         **CHAFFE MCCALL, L.L.P.**
                                         2300 Energy Centre
                                         1100 Poydras Street
                                         New Orleans, LA  70163-2300
                                         Telephone:  (504) 585-7000
                                         Facsimile:  (504) 585-7075
                                         Walker@chaffe.com
                                         Fisher@chaffe.com


                                         John D. Aldock
                                         Richard M. Wyner
                                         Mark S. Raffman
                                         **GOODWIN PROCTER LLP**
                                         901 New York Avenue, N.W.
                                         Washington, DC  20001
                                         Telephone:  (202) 346-4240
                                         jaldock@goodwinprocter.com
                                         rwyner@goodwinprocter.com
                                         mraffman@goodwinprocter.com

1488951-1

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 14th day of June, 2010 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

/s/ Derek A. Walker

1488951-1