# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

**CIVIL ACTION**

**NO. 05-4182**

PERTAINS TO: BARGE

**SECTION "K"**

*Mumford*              C.A. No. 05-5724          *as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY*

*Benoit*               C.A. No. 06-7516          *as to claims of plaintiffs John Alford and Jerry Alford -- ONLY*

## AFFIDAVIT OF KIRSTEN V.K. ROBBINS

I, the undersigned, hereby state under oath that I am a member in good standing of the Bar of the District of Columbia, the Bar of the State of New York, the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, and the United States District Courts for the District of Columbia, and the District of Maryland. No disciplinary proceedings or criminal charges have ever been instituted against me. This affidavit is submitted in support of the Motion Pro Hac Vice to Enroll as Visiting Co-Counsel of Record for Lafarge North America Inc. in the above-referenced matters.

_____
KIRSTEN V.K. ROBBINS

SWORN TO AND SUBSCRIBED BEFORE ME this _11th_ day of _June_,
2007.

_____
Notary Public

_____
Print Name
JOSEPH DWIGHT LeBLANC, JR.
NOTARY PUBLIC
STATE OF LOUISIANA
BAR ROLL NUMBER 8195
COMMISSION EXPIRES AT DEATH

**EXHIBIT**

**A**