UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | CIVIL ACTION |
| | | NO. 05-4182 |
| PERTAINS TO: BARGE | | SECTION "K" |
| *Mumford* | C.A. No. 05-5724 | *as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. – ONLY* |
| *Benoit* | C.A. No. 06-7516 | *as to claims of plaintiffs John Alford and Jerry Alford – ONLY* |

**O R D E R**

Considering the Motion *Pro Hac Vice* to Enroll Kirsten Robbins, properly formed and filed by counsel for defendant, Lafarge North America Inc., it is hereby ordered that Kirsten V.K. Robbins, of Goodwin Procter LLP, 901 New York Avenue, NW, Washington DC 20001, be admitted to appear *pro hac vice* before this court on behalf of Lafarge North America Inc., in the above-captioned matter, with all the rights and privileges attendant thereto, and that she be entered as counsel of record for the same.

Signed and entered in New Orleans, Louisiana, on this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

1488945-1