## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO. 05-4182**

**PERTAINS TO: BARGE**

**SECTION "K"**

| | | |
|---|---|---|
| *Mumford* | **C.A. No. 05-5724** | *as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY* |
| *Benoit* | **C.A. No. 06-7516** | *as to claims of plaintiffs John Alford and Jerry Alford -- ONLY* |

## LAFARGE NORTH AMERICA INC.'S
## MOTION TO STRIKE
## INAPPROPRIATELY FILED TRIAL EXHIBITS

On June 17, 2010, defendant Lafarge North America Inc. ("LNA") received a copy of plaintiffs' trial exhibits. Several of the exhibits may not be used at trial, and the Court should strike them from plaintiffs' exhibit set:[1]

1.  Plaintiffs' Trial Exhibit 13: Plaintiffs have included within this trial exhibit an apparently privileged memorandum prepared by plaintiffs' counsel analyzing LNA's policies and procedures. The document appears to have been inadvertently included within this exhibit. It was never produced in discovery and is not listed on plaintiffs' exhibit list in the Pre-Trial Order. It should be removed from this exhibit.

2.  Plaintiffs' Trial Exhibits 15, 22, 29, 133, 136, 137, 243, 264, 346, 355, 364, 375, and 376: In its Ruling on Objections to Exhibits (Doc. 19739), the Court sustained LNA's

---

[1] Several of the exhibits covered by this motion are subject to being stricken on multiple grounds, as noted below.

objections to the admission of these documents and struck the documents from use at trial for any purpose.  Plaintiffs neglected to remove these documents from their trial exhibits.

3.      Plaintiffs' Trial Exhibit 29:  Plaintiffs' exhibit list states that this exhibit includes U.S. Coast Guard Sector New Orleans Marine Safety Bulletin issues XXXIII, XXXIV, and XXXV.  But the trial exhibit that plaintiffs provided includes additional documents, including issues XXVI, XXVII, and XXVIII.  Not only did the Court sustain LNA's objection to this exhibit, but these additional documents should be stricken from this exhibit as well.

4.      Plaintiffs' Trial Exhibit 161:  Plaintiffs' exhibit list states that this exhibit includes sixteen pages of "photos and video of Lafarge Facility and dock":  Bates LNA001118-001125 and 001128-001135.  The trial exhibit that plaintiffs provided, however, includes 325 pages of materials on a range of subjects.  The additional pages should be stricken.

5.      Plaintiffs' Trial Exhibits 346, 355, 357, 364, 365, and 371:  For certain fact witnesses who will testify by deposition, plaintiffs have nonetheless included as trial exhibits the entire deposition transcripts for those witnesses, to be used "for limited purposes of admissions, impeachment and rebuttal."  See Pl. Exhs. 346 (Rachel Burnett Mays); 355 (Richard J. Guidry); 357 (Arthur J. Guthrie); 364 and 365 (Reed Mosher); and 371 (Edward VanderMeulen).  Because those witnesses will not be testifying live, the exhibits obviously cannot be used in any examination of those individuals for impeachment or any other purpose.  These exhibits should not admitted into the record of this action.

6.      Plaintiffs' Trial Exhibit 358:  This exhibit is the deposition transcript for Richard Heck.  Plaintiffs' exhibit list in the Pre-Trial Order states that they intend to use the document for purposes of admissions, impeachment and rebuttal.  But Mr. Heck is not identified on either

2

side's witness list, and neither side has provided deposition designations for him. This exhibit should be stricken at this time.

Dated: June 18, 2010                    Respectfully submitted,

                                        /s/ Derek A. Walker
                                        Derek A. Walker, T.A. (#13175)
                                        Robert B. Fisher, Jr. (#5587)
                                        **CHAFFE MCCALL, L.L.P.**
                                        2300 Energy Centre
                                        1100 Poydras Street
                                        New Orleans, LA  70163-2300
                                        Telephone:  (504) 585-7000
                                        Facsimile:  (504) 585-7075
                                        Walker@chaffe.com
                                        Fisher@chaffe.com


                                        John D. Aldock
                                        Mark S. Raffman
                                        **GOODWIN PROCTER LLP**
                                        901 New York Avenue, N.W.
                                        Washington, DC  20001
                                        Telephone:  (202) 346-4240
                                        jaldock@goodwinprocter.com
                                        mraffman@goodwinprocter.com


                                        Daniel A. Webb (#13294)
                                        **SUTTERFIELD & WEBB, LLC**
                                        Poydras Center
                                        650 Poydras Street, Suite 2715
                                        New Orleans, LA  70130
                                        Telephone:  (504) 598-2715

                                        ***Attorneys for Lafarge North America Inc.***

1491025-1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 18, 2010.

/s/ Derek A. Walker

1491025-1