UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | |
| | SECTION "K" |
| *Mumford*   C.A. No. 05-5724 | *as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY* |
| *Benoit*   C.A. No. 06-7516 | *as to claims of plaintiffs John Alford and Jerry Alford -- ONLY* |

ORDER

Considering Lafarge North America, Inc.'s Motion To Strike Inappropriately Filed Trial Exhibits, the Court hereby **ORDERS**:

1. that the Motion is **GRANTED**,

2. that plaintiffs' Trial Exhibit Nos. 15, 22, 29, 133, 136, 137, 243, 264, 346, 355, 357, 358, 364, 365, 371, 375, and 376 are stricken from plaintiffs' exhibit set and will not be admitted into the record in this action;

3. that plaintiffs' internal memorandum is stricken from plaintiffs' Trial Exhibit No. 13; and

4. that all pages are stricken from plaintiffs' Trial Exhibit No. 161 other than Bates LNA001118-001125 and 001128-001135.

5

1491025-1

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**