# CHAFFE McCALL
L. L. P.

**DEREK A. WALKER**  
Licensed in Louisiana,  
Texas & Colorado

Direct Dial No: 504-585-7044  
E-mail:walker@chaffe.com

June 19, 2010

Ms. Joy Davis  
3801 Dorchester Street  
New Orleans, LA 70126

Re:  In Re: Katrina Canal Breaches Consolidated Litigation  
     USDC, E.D. LA., Civil Action No. 05-4182 "K"  
     **PERTAINS TO:  BARGE**  
     *Mumford C.A. No. 05-5724  as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. – ONLY*  
     *Benoit C.A. C.A. No. 06-7516 as to claims of plaintiffs John Alford and Jerry Alford –ONLY*  
     Our Ref: 99675/28821

Dear Ms. Davis:

     We served upon you a subpoena on behalf of our clients to appear at the trial of this matter as required by the Court.  However, your appearance is no longer required and the subpoena is withdrawn.  Please note that this cancellation does not release you from any other subpoena that may have been issued to you by another party.

     If you have any questions, please call or e-mail me at telephone #: (504) 585-7044 or via my e-mail address: walker@chaffe.com.  You may also contact my paralegals, Mark Henry at tel: (504) 585-7249; e-mail henry@chaffe.com and/or Christina Gasko at tel: (504) 585-7209; e-mail: gasko@chaffe.com.

     Thanking you for your cooperation in this matter,

Sincerely,

CHAFFE McCALL, L.L.P.

Derek A. Walker  
*Attorneys for Lafarge North America, Inc*

DAW:em

cc:  Via electronic filing  
     Court, Brian Gilbert and all counsel