

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: KATRINA CANAL BREACHES LITIGATION

---

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-CV-4182

---

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana

JUN 2 2 2010

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 22, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-30249   In Re: Katrina Canal Breaches
       USDC No. 2:05-CV-4182
       USDC No. 2:06-CV-2268
       USDC No. 2:08-CV-1707

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

By:
          Chris P. Descant, Deputy Clerk
          504-310-7704

P.S. to all counsel: In light of the attached court's order, the
joint designation of record is due for filing with the District
Court within 14 days from the date of this notice, or, by not
later than July 6, 2010.  Please serve a copy of the joint
designation of record upon this court at the time of filing.

Mr. Jonathan Beauregard Andry
Mr. Joseph M. Bruno
Mr. Frank Jacob D'Amico Jr.
Mr. John Bettes Dunlap III
Mr. Norval Francis Elliot III
Mr. Richard Michael Exnicios
Mr. Calvin Clifford Fayard Jr.
Mr. Eric Fleisig-Greene
Ms. Nina D. Froeschle
Mr. Thomas V. Girardi
Mr. Daniel Joseph Lenerz
Mr. Joseph J McKernan
Mr. Gerald Edward Meunier
Mr. Henry Clay Mitchell Jr.
Mr. Pierce O'Donnell
Mr. Drew A Ranier
Mr. Camilo Kossy Salas III
Mr. David S. Scalia
Mr. Robin D Smith
Ms. Loretta Whyte
Mr. Joseph C. Wilson
Ms. Abby Christine Wright
Mr. Bob F Wright