UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES              CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO. 05-4182

                                          SECTION "K"

PERTAINS TO:  BARGE

*Mumford*   C.A. No. 05-5724   as to claims of plaintiffs Josephine Richardson and
                               Holiday Jewelers, Inc. - ONLY
*Benoit*    C.A. No. 06-7516   as to claims of plaintiffs John Alford and Jerry Alford -
                               ONLY

## ORDER

Before the Court is LaFarge North America Inc's Motion to Strike Inappropriately Filed Trial Exhibits (Doc. 19873). Having reviewed the relevant documents the Court is prepared to rule:

| Objection No. | Ruling |
| --- | --- |
| 1. | The motion is **GRANTED** with respect to Plaintiffs' Trial Exhibit 13. |
| 2. | The motion is **GRANTED** with respect to Trial Exhibit 15 and 22. |

With respect to Exhibit 29, Plaintiffs represents that the duplication error has been corrected. LaFarge apparently objects to Exh. 29 as it contains two addition marine safety bulletins, XXVI and XXVII. Since these exhibits were supplied to LaFarge, the Court will allow Exhibit 29 to include these omitted exhibits. Therefore, the motion is **DENIED**.

With respect to Exh.133, the motion is **GRANTED**.

With respect to Exh.136, the motion is **DEFERRED.**

        With respect to Exh.137, the motion is **DEFERRED.**

        With respect to Exh. 243, the motion is **DEFERRED.**

        With respect to Exh.264, the motion is **DENIED**.

        With respect to Exh.346, the motion is **GRANTED.**

        With respect to Exh. 355, the motion is **DENIED**.

        With respect to Exh. 364, The entire deposition may be introduced, but only the designated portions shall be regarded as evidence in these proceedings. Thus the motion is **GRANTED** under these circumstances.

        With respect to Exh. 375 and 376, the motion is **GRANTED.**

3. See Ruling as to No. 1.

4. With respect to Exh. 161 is **GRANTED**.

5. With respect to Exh. 346, 355, 357, 364, 365, and 371, the entire deposition may be introduced, but only the designated portions shall be regarded as evidence in these proceedings. Thus the motion is **GRANTED** under these circumstances.

6. Plaintiffs' may offer portions of Exh. 358 in their rebuttal case; however the portions must be designated. Thus, the motion is **GRANTED** subject to the forgoing.

New Orleans, Louisiana, this  29th  day of June, 2010.

                                            **STANWOOD R. DUVAL, JR.**
                                     **UNITED STATES DISTRICT COURT JUDGE**