**MINUTE ENTRY**
**DUVAL, J.**
**JUNE 28, 2010**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K"(2)** |

**PERTAINS TO BARGE**

| | | |
|---|---|---|
| **Mumford** | C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| **Benoit** | C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford - ONLY |

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  CATHY PEPPER & JODI SIMCOX**

**APPEARANCES:**  Lawrence Wilson & See the attached list on Minute Entry June 21, 2010.

Trial held and continued from Friday, June 25, 2010.
Court begins at 9:14 a.m.
All present and ready.
Pltfs' witness, Expert David L. Mitchell, sworn and testified.
Pltfs' offer exhibits  P 434(a) thru 434(j); 435 & 436, admitted.
Court recesses for lunch at 12:14 p.m.   Court resumes at 1:22 p.m.
Testimony of Expert David L. Mitchell resumes.
Pltfs' witness, Expert Gennaro Marino, sworn and testified.
Trial is continued until Tuesday, June 29, 2010 at 9:00 a.m.
Court adjourns at  5:22 p.m.

JS-10 (5:58 )