# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**
Pere Marquette Hotel Partners, LLC
09-5921

_____

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. PRO. 41(1)(A)(i)

Plaintiff, Pere Marquette Hotel Partners, LLC ("Pere Marquette"), through undersigned counsel, hereby dismisses any and all claims made against National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in the captioned matter, with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), each party to bear its own costs. Service has not been made on National Union, and National Union has not filed an answer to Pere Marquette's Complaint, nor has National Union filed a Motion for Summary Judgment. Pere Marquette represents that dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i) does not require Court Order.

Respectfully submitted,

  /s/ James M. Garner_____
JAMES M. GARNER (#19589) – T.A.
ASHLEY G. COKER (#30466)
**Sher, Garner, Cahill, Richter,
Klein & Hilbert, LLC**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
(504) 299-2100 (telephone)
(504) 299-2300 (facsimile)
**ATTORNEYS FOR PERE MARQUETTE HOTEL PARTNERS, LLC, Plaintiff**

## CERTIFICATE OF SERVICE

1

   I HEREBY CERTIFY that, on June 30, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

                /s/ James M. Garner
                JAMES M. GARNER