MINUTE ENTRY
WILKINSON, M.J.
JUNE 25, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                           JUDGE DUVAL
    Abadie  06-5164                          MAG. WILKINSON
    Abadie  07-5112
    Alexander, 07-4538
    Acevedo I, 07-5199
    Acevedo II, 07-5208
    Abram, 07-5205
    Aaron, 06-4746
    Aguilar, 07-4852

At the request of Standard Fire Insurance Company and pursuant to Judge Duval's

referral and my previous order, Record Doc. Nos. 19762, 19770 and 19794 in C.A. No. 05-

4182, a conference was conducted on this date in the referenced matters.  Participating

were: David Binegar, Tiffany Christian, Larry Centola (via telephone) and Melissa

DeBarbeiris, together with Jason Crews, a paralegal in the office of plaintiffs' liaison

counsel, representing plaintiffs; Seth Schmeeckle and Jason Franco, representing

defendant Standard Fire;  Alan Weinberger, representing defendant Electric Insurance Co.;

**MJSTAR:  1  : 15**

Kristen Parnell on behalf of the Road Home Program.  The purpose of the conference was to "resolve the issues surrounding the formalization of the settlement agreements regarding these claims" in the referenced matters.

During the conference, counsel for Standard Fire provided the court with a report setting out the current status of each claim, which has been filed separately in the record. Counsel orally advised the court concerning the status of each claim.  Accordingly, **IT IS ORDERED** that:

The settlements of Russell Gaines, Karen Stevens, Lauri Coniglio, Byron Yarls, Carl Johnson, Terry Tedesco, Kenneth Francois, Wendy Lewis and Cynthia Brown have been finalized.  Thus, the court's orders are satisfied as to those claims.

The settlements of Lloyd Lockett, Valerie Brown, Gail Stewart, Johnnie Spellman, Arlean Gutierrez and Audie and Karyren Nero have been approved by the Road Home program, with checks issued and settlement documents drafted, awaiting only execution and processing by plaintiffs and their counsel, who must do so no later than **July 2, 2010**.

Counsel for plaintiff Duane Falls reported that Mr. Falls has decided that he does not wish to settle his claim.  Counsel for Mr. Falls must confer with him as soon as possible to determine how Mr. Falls's claim against Standard Fire will proceed, including whether counsel will continue his representation of Mr. Falls in this matter.  **IT IS ORDERED** that Mr. Falls and his counsel, if any remains, must appear before me in person on **JULY 22, 2010 at 10:30 a.m.** to discuss the matter of his representation and further proceedings in

this matter.  Counsel for Mr. Falls must provide him with a copy of this order and file in the court's record, with a copy to me, a certificate of service of this order upon Mr. Falls, together with his current mailing address and telephone number.

The settlements of Eileen Victor, Deborah Coulon, Alvin Hebert, Christian Sander, Catherine Otis, Jessie Burden, Ronald Thomas, Archie and Stacy Augustus, Phyllis Smith and Ledell Brown, Marcel and Gertrude Ballier, Norma Mitchell, Bobby White, Angela Willis, Ernest and Lilly Paynes, Thomas and Diana Babin, Patricia Calloway, Donald Bartley, Claude and Dessye Hayes, Paul and Yvonne Mitchell, Shirley Canley/Washington, Nellie and Clarence Broussard have not yet been finalized.

**IT IS ORDERED** that, no later than **July 2, 2010**, plaintiffs' counsel must attempt to resolve the deficiencies in these pending settlements, including making all submissions necessary to obtain Road Home approval, including the forms required by the court's Court's Case Management Order Re: Road Home Settlement Protocol, Record Doc. No. 13598, and documentation of costs and attorney's fees in the matter contemplated by Local Rule 54.2 whenever requested by the Road Home program.

Counsel are directed to obtain and review a transcript of the hearing from the Clerk of Court's Court Recorder Section if they desire to review the specific requirements as to the status of each plaintiff's settlement.

**IT IS FURTHER ORDERED** that a followup status conference concerning these matters will be conducted before me on **JULY 22, 2010 at 10:30 a.m.**, at which time

counsel must report on the status of these pending settlements.  The following attorneys

must appear in person for the conference on **JULY 22, 2010 at 10:30 a.m.**

> **Larry Centola**
> **John Conry**
> **Tiffany Christian and/or David Binegar**
> **Joseph M. Bruno and/or Melissa DeBarbeiris**
> **Seth Schmeeckle and/or Jason Franco**
> **Kristen Parnell and/or Dan Rees**

However, notification to me in writing by counsel prior to that date that settlement

of <u>all</u> matters for which they are responsible has been <u>finalized</u> will make an in-person

appearance on that date unnecessary.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

<u>**CLERK TO NOTIFY**</u>**:**
**HON. STANWOOD R. DUVAL, JR.**

- 4 -