**MINUTE ENTRY**
**DUVAL, J.**
**JUNE 30, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |

**PERTAINS TO BARGE**

| | | |
|---|---|---|
| **Mumford** | C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| **Benoit** | C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford - ONLY |

## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  CATHY PEPPER & JODI SIMCOX**

**APPEARANCES:**  Lawrence Wilson & See the attached list on Minute Entry June 21, 2010.

**Trial held and continued from Tuesday, June 29, 2010.**
**Court begins at 9:17 a.m.**
**All present and ready.**
**Testimony of Expert Gennaro Marino resumes.**
**Pltfs' offer exhibits P 438 thru 442, admitted.**
**Court recesses for lunch at 12:02 p.m.   Court resumes at 1:27  p.m.**
**Pltfs' witness, Expert Melvin G. Spinks, sworn and testified.**
**Pltfs' offer exhibits P 443 thru 44 9, admitted.**
**Trial is continued until Thursday, July 1, 2010 at 9:00 a.m.**
**Court adjourns at  5:20 p.m.**

JS-10 (5:59)