## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION

                        NO. 05-418

PERTAINS TO BARGE

                        SECTION "K"

| | | |
|---|---|---|
| **Mumford Holiday** | **C.A. NO. 05-5724** | **as to plaintiffs Josephine Richardson and Jewelers, Inc. - ONLY** |
| **Benoit Alford -** | **C.A. NO. 06-7516** | **as to claims of plaintiffs John Alford and Jerry ONLY** |

### NOTICE OF PERPETUATION BY DEPOSITION

TO:    Lafarge North America, Inc.
       Through its attorney of Record
       John D. Aldock
       Goodwin Procter, L.L.P.
       901 New York Avenue, NW
       Washington,  DC  20001

       Southern Scrap/Southern Recycling
       Through its attorney of Record (2:06-CV-1860)
       Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
       201 St Charles Ave Ste 5100
       New Orleans, Louisiana  70170

**YOU ARE HEREBY NOTIFIED** that undersigned counsel will conduct the

perpetuation deposition of the individual whose name is listed below for use at trial, upon

oral examination, before a Certified Shorthand Reporter or any other court reporter

authorized by law to take depositions, as follows:

        **DEPONENT:**    **JOEL DUPRE**
        **TIME:**          **10:00 A.M**
        **DATE:**          **TUESDAY, JULY 6, 2010**
        **LOCATION:**    **902 JULIA STREET,  NEW ORLEANS, LOUISIANA 70113**

You are invited to attend and take part in the examinations as you may deem necessary and proper.

Respectfully submitted:

**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**

*/s/Brian A. Gilbert*
**BRIAN A. GILBERT (LSBA #21297)**
**BEST KOEPPEL TRAYLOR**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
bgilbert@briangilbertlaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this 4th day of July, 2010, served the foregoing pleading on all counsel of record herein, by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, and/or by hand delivery and/or by facsimile transmission and/or by electronic message, and/or by ECF upload.

*/s/Brian A. Gilbert*