UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:   *BARGE*                   SECTION "K"(2)

*Boutte v. Lafarge*        05-5531
*Mumford v. Ingram*        05-5724
*Lagarde v. Lafarge*       06-5342
*Perry v. Ingram*          06-6299

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Counsel's Motion for Withdrawl of Counsel, Sonia Tandon, who is no longer involved in the Katrina Canal Breaches Consolidated Litigation, is granted.

New Orleans, Louisiana, this 2nd day of July, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE