**MINUTE ENTRY**
**DUVAL, J.**
**JULY 2, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| | **SECTION "K"(2)** |

**PERTAINS TO BARGE**

| | | |
|---|---|---|
| **Mumford** | C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| **Benoit** | C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford - ONLY |

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  CATHY PEPPER & JODI SIMCOX**

**APPEARANCES:**  Lawrence Wilson & See the attached list on Minute Entry June 21, 2010.

Trial held and continued from Thursday, July 1, 2010.
Court begins at 9:05 a.m.
All present and ready.
Testimony of Expert Austin L. Dooley resumes.
Deft's witnesses, Capt. James Hall, Richard Alexander Riess, Jr., sworn and testified.
Deft offer exhibit D 348, admitted.
Court recesses for lunch at 12:15 p.m.   Court resumes at 1:21 p.m.
Pltfs' offer exhibits P 451 thru 453, admitted
Deft's witness, Expert Charles Cushing, sworn and testified.
Trial is continued until Tuesday, July 6, 2010 at 9:00 a.m.
Court adjourns at 3:20 p.m.

JS-10 (4:28)