UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" |
| PERTAINS TO: BARGE | * | |

| | | |
|---|---|---|
| *Mumford* | C.A. No. 05-5724 | *as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. ONLY* |
| *Benoit* | C.A. No. 06-7516 | *as to claims of plaintiffs' John Alford and Jerry Alford – ONLY\** |

\*

NOTICE OF DEPOSITION OF CARRIE JENKS

**PLEASE TAKE NOTICE**, that the Defendant Lafarge North America Inc. will conduct the deposition of **Carrie Jenks** on **July 7, 2010** at **10:00 a.m. EST** for all permissible purposes allowed under the Federal Rules of Civil Procedure before a duly authorized court reporter at the law offices of **Goodwin Procter, LLP, 901 New York Avenue, Washington, DC 20001**, at which time and place you are hereby invited to attend.

Dated: July 6, 2010

Respectfully submitted,

Derek A. Walker (#13175)
Robert B. Fisher, Jr., T.A. (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/ John D. Aldock

LIBW/1741399.1

John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
mraffman@goodwinprocter.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on all counsel of record herein, by hand delivery, first class mail, and/or through the ECF system on July 6, 2010.

    /s/ John D. Aldock

2

LIBW/1741399.1