**MINUTE ENTRY**
**DUVAL, J.**
**JULY 6, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**                      **CIVIL ACTION**
**CONSOLIDATED LITIGATION**
                                                      **NO. 05-4182**

                                                      **SECTION "K"(2)**

**PERTAINS TO BARGE**

| | | |
|---|---|---|
| **Mumford** | C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| **Benoit** | C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford - ONLY |

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  CATHY PEPPER & JODI SIMCOX**

**APPEARANCES:**  Lawrence Wilson & See the attached list on Minute Entry June 21, 2010.

**Trial held and continued from Friday, July 2, 2010.**
**Court begins at 9:07 a.m.**
**All present and ready.**
**Testimony of Expert Charles Cushing resumes.**
**Deft offer exhibit D 349, admitted.   Pltfs' offer exhibit P 454, admitted.**
**Court recesses for lunch at 12:09 p.m.   Court resumes at 1:14 p.m.**
**Testimony of Expert Charles Cushing resumes.**
**Deft's witness, Michael O'Dowd, sworn and testified.**
**Pltfs' witness, Jacob Glaser, sworn and testified.**
**Deft's witness, Expert Reda M. Bakeer, sworn and testified.**
**Trial is continued until Wednesday, July 7, 2010 at 10:00 or 10:15 a.m.**
**Court adjourns at  5:28 p.m.**

JS-10 (6:26)