**MINUTE ENTRY**
**DUVAL, J.**
**JULY 7, 2010**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| | **SECTION "K"(2)** |

**PERTAINS TO BARGE**

| | | |
|---|---|---|
| **Mumford** | C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| **Benoit** | C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford - ONLY |

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  CATHY PEPPER & JODI SIMCOX**

**APPEARANCES:**  Lawrence Wilson & See the attached list on Minute Entry June 21, 2010.

**Trial held and continued from Tuesday, July 6, 2010.**
**Court begins at 10:31 a.m.**
**All present and ready.**
**Testimony of Expert Reda M. Bakeer resumes.**
**Deft's offer exhibits D 350 thru 356, admitted.**
**Court recesses for lunch at 12:40 p.m.   Court resumes at 2:04 p.m.**
**Testimony of Expert Reda M. Bakeer resumes.**
**Deft's witnesses, Expert Dick Philip Skaer, II & Expert Robert G. Bea, sworn and testified.**
**Trial is continued until Thursday, July 8, 2010 at 9:00 a.m.**
**Court adjourns at 6:01 p.m.**

JS-10 (5:32)