**MINUTE ENTRY**
**DUVAL, J.**
**JULY 8, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |

**PERTAINS TO BARGE**

| | | |
|---|---|---|
| Mumford | C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| Benoit | C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford - ONLY |

## NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  CATHY PEPPER & JODI SIMCOX**

**APPEARANCES:**  Lawrence Wilson & See the attached list on Minute Entry June 21, 2010.

Trial held and continued from Wednesday, July 7, 2010.
Court begins at 9:08 a.m.
All present and ready.
Testimony of Expert Robert G. Bea resumes.
Deft's offer exhibits D 358 thru 360, admitted.
Court recesses for lunch at  12:26 p.m.   Court resumes at 1:36 p.m.
Testimony of Expert Robert G. Bea resumes.
Deft's offer exhibit D 361, admitted.
Deft's witnesses, Larry Arnold & Expert William J. Weiss, sworn and testified.
Deft's offer exhibits D 362 & 363, admitted.
Pltfs' offer exhibit P 455, admitted.
Trial is continued until Friday, July 9, 2010 at 9:00 a.m.
Court adjourns at 6:04 p.m.

JS-10 (7:07)