UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182

                                             SECTION "K" (2)

PERTAINS TO: INSURANCE/FORCED PLACE DOCKET:

**Specific Case Nos.** 09-1600, 09-1604, 09-1609, 09-1610, 09-1611, 09-1612, 09-1614, 09-1615, 09-2559, 09-2560, 09-2561, 09-2562, 09-2563, 09-2564, 09-2565, 09-2566, 09-2567, 09-2568, 09-2569, 09-2570, 09-2571, 09-2572, 09-2573, 09-2574, 09-2575, 09-2582, 09-2583, 09-2584, 09-2585, 09-2586, 09-2587, 09-2588, 09-2589, 09-2593, 09-2594, 09-2595, 09-2596, 09-2597, 09-2598, 09-2599, 09-2600, 09-2607, 09-2612, 09-2613, 09-2614, 09-2615, 09-2616, 09-2617, 09-2618, 09-2619, 09-2620, 09-2621, 09-2622, 09-2623, 09-2625, 09-2630, 09-2640, 09-2642, 09-2644, 09-2645, 09-2646, 09-2647, 09-2648, 09-6649, 09-2650, 09-2651, 09-2652, 09-2653, 09-2654, 09-2655, 09-2656, 09-2657, 09-2658, 09-2659, 09-2660, 09-2661, 09-2662, 09-2663, 09-2664, 09-2665, 09-2666, 09-2667, 09-2668, 09-2677, 09-2678, 09-2679, 09-2680, 09-2681, 09-2682, 09-2683, 09-2684, 09-2685, 09-2686, 09-2687, 09-2688, 09-2689, 09-2690, 09-2691, 09-2692, 09-2693, 09-2694, 09-2695, 09-2696, 09-2697, 09-2702, 09-2703, 09-2705, 09-2706, 09-2709, 09-2710, 09-2711, 09-2712, 09-2713, 09-2716, 09-2717, 09-2719, 09-2720, 09-2723, 09-2724, 09-2729, 09-2730, 09-2879, 09-2880

# JUDGMENT

Pursuant to its Order and Reasons (Doc. No. 19694) issued on April 1, 2010, and its Amending Order (Doc. No. 19729) issued on April 16, 2010, and considering that deadlines set forth in those orders have passed,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that with respect to the following individual plaintiffs as against the respective specified defendants, in the cases listed below, who were not subject to the Motion to Dismiss, but were given to June 1, 2010 to file individual

1

amended complaints and failed to do so, judgment is entered against these plaintiffs and in favor of the defendants respectively recognizing that these specific suits have already been dismissed in their entirety:

| Case No. | Selected Plaintiffs | Selected Defendants | Plaintiffs' Attorney |
|---|---|---|---|
| 09-2613 | Louise & Jerry A. Duplessis; Saul & Janice Williams; Walter & Adriene Taylor; Theresa Fields (former *Aaron,* 06-4746) | Balboa Insurance Co., Balboa Life and Casualty Co., Meritplan Insurance Co., Newport Insurance Co., | Rausch/Hall |
| 09-2614 | Keisha Wright; (former *Aguilar* 07-4852) | Balboa Insurance Co., Balboa Life and Casualty Co., Meritplan Insurance Co., Newport Insurance Co. | Rausch/Hall |
| 09-2879 | Lois Dakin; Yvette Joseph; Pamela & Milton Richardson; Wilma Thomas; (former *Abram*, 07-5205) | Balboa, Meritplan | HLC/Centola |
| 09-2880 | Debra Bradley; Mercedes Cain; Louvella Campbell; Tony Castillo; Miriam Davis; Margie Fairman; Rene & Beryl Walter (former *Acevedo*, 07-5199) | Balboa, Meritplan | HLC/Centola |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the following cases are hereby **SEVERED AND REALLOTTED** for trial purposes:

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
|-----|----------|-----------|------------|----------------------|
| 1.  | 09-2559  | Dwayne Edwards | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 2.  | 09-2560  | Joan Hyde | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 3.  | 09-2568  | Lillie Jefferson | Safeco, Guaranty Savings & Home, ABC Mortgage Co. | Bruno |
| 4.  | 09-2588  | Francisco Blanco | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 5.  | 09-2589  | Isadore Willis | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 6.  | 09-2593  | Chiquetter Clayton | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 7.  | 09-2594  | Joe Lee Waiters (listed as Henry Williams) | Southwest Business Corp., Standard Mortgage, ABC Mortgage Co. | Bruno |
| 8.  | 09-2615  | Frank Davis | Southwest Business Corp., ABC Mortgage Co. | Bruno |
| 9.  | 09-2650  | Larry Posey | Safeco, Colonial Mortgage & Loan ABC Mortgage Co. | Bruno |
| 10. | 09-2655  | Emile Armstrong | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 11. | 09-2656  | Stacey Davis | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 12. | 09-2657  | Patricia Noel | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 13. | 09-2658  | Deanne Marshall | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 14. | 09-2659  | Laura Waguespack | Southwest Business Corp., Litton Loan Servicing ABC Mortgage Co. | Bruno |

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
| --- | --- | --- | --- | --- |
| 15. | 09-2660 | Dorothy Waker | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 16. | 09-2661 | Clarence Hunter | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 17. | 09-2662 | Oliver Comeaux | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 18. | 09-2663 | Georgine Washington | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 19. | 09-2664 | Mary Bush | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 20. | 09-2665 | Barbara Simpson and Barbara Lewis-Oliver | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 21. | 09-2668 | Cora Finnie | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 22. | 09-2694 | Rockial Riley | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 23. | 09-2695 | Belinda Chism | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 24. | 09-2696 | Owanda Campbell | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 25. | 09-2697 | Unel Mitchell | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |

The Court notes that it did not intend to comment on the sufficiency of the complaints filed in

granting leave "to amend these complaints to correct any infirmity, rather it intended to merely provide a procedural vehicle for amendment in the event plaintiffs' counsel chose to do so.

New Orleans, Louisiana, this 15th day of July, 2010.

						_____
						**STANWOOD R. DUVAL, JR.**
						**UNITED STATES DISTRICT COURT JUDGE**