**EXHIBIT A - PLAINTIFFS WITH OUTSTANDING SETTLEMENTS AND RESPECTIVE COUNSEL**

*w. STANDARD FIRE AS DFT.*

RECEIVED

JUL 22 2010

CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON JR.

*Fill in the record 05-4182 ←*

## HALL

| PLAINTIFF | OUTSTANDING | STATUS |
|---|---|---|
| Gaines, Russell | executed Release; dismissal filed | Rel and Dis. Rec'd |
| Stevens, Karen | executed Release; dismissal filed | Rel and Dis. Rec'd |

## BRUNO

| PLAINTIFF | OUTSTANDING | STATUS |
|---|---|---|
| Coniglio, Laurie | executed Release | $$ retur. - sett. w/ other coun. |
| Yarls, Byron | executed Release | Rel. rec'd |
| Johnson, Carl | executed Release | Rel. rec'd |
| Lockett, Lloyd | executed Release - prior settlement with Hall | Rel. with Hall sent to Bruno 6/30 |
| Brown, Valerie | executed Release - issue with RH contrast. Amts. | Std Fire owes checks - Bruno working with RH to resolve issue. |
| Stewart, Gail | executed Release - mtg. issue to be clarified by Bruno | Std Fire owes checks - process;  Bruno working to clarify mtg issue |
| Spellman, Johnnie | executed Release | checks and Rel to Bruno on 7/8; need executed Release |
| Tedesco, Terry | executed Release | Hanover claim - inadvertent |
| Falls, Duane | executed Release | |
| Victor, Eileen | executed Release from Mr. Victor (divorced) | Rec'd executed Rel from Ms. Victor but still need husband's |
| Coulon, Deborah | executed Release - no RH per email from Kristen Parnell | Std Fire reissuing checks and Release after issue with dup. rep with Torres |
| Francois, Kenneth | executed Release | Dismissed - no Release |

> \* FALLS, DUANE :  NOT settled
> ALL CASES IN GREEN ARE Resolved
> all others are in the process of settlement Finalization.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Exhibit A

1

## HLC/BINEGAR CHRISTIAN/CONRY

| PLAINTIFF | OUTSTANDING | STATUS |
|---|---|---|
| Hayes, Claude and Dessye (HLC) | Road Home approval; executed Release; dismissal filed | Docs submitted to RH by HLC on 6/30 per email; awaiting RH approval |
| Hebert, Alvin (BC) | executed Release; dismissal filed | per email Binegar Christian misplaced sett docs - resent on 7/1 |
| Gutierrez, Arlean (BC) | Road Home approval; executed Release; dismissal filed | Executed Rel rec'd and MTD granted |
| Mitchell, Paul and Yvonne (HLC) | Road Home approval; executed Release; dismissal filed | RH has no docs - RH Carrier form resent to HLC on 7/7 |
| Canley/Washington, Shirley (BC) | Road Home approval; executed Release; dismissal filed | RH has no docs - need confirmation that docs submitted to RH |
| Nero, Audie and Kayren (BC) | executed Release; dismissal filed | checks and Rel sent; exec. Release mailed per 7/21 email |
| Sander, Christian (BC) | executed RH Consent; executed Release; dismissal filed | RH approval 7/21 - need executed RH Consent and then issue checks |
| Otis, Catherine (HLC) | executed Release; dismissal filed | RH approval received 7/20; need exec. Consent and then issue checks |
| Burden, Jessie (HLC) | Road Home approval; executed Release; dismissal filed | docs sent to RH on 6/18 per email from HLC |
| Thomas, Ronald (HLC) | executed RH Consent; executed Release; dismissal filed | RH approval 7/21 - need executed RH Consent and then issue checks |
| Augustus, Archie and Stacy (HLC) | Road Home approval; executed Release; dismissal filed | Quantum Meruit sent by HLC but RH needs revised per 7/8 email |
| Broussard, Nellie and Clarence (HLC) | executed RH Consent; executed Release; dismissal filed | RH approval 7/21 - need executed RH Consent and then issue checks |
| Smith, Phyllis and Brown, Ledell (HLC) | executed RH Consent; executed Release; dismissal filed | RH approval 7/21 - need executed RH Consent and then issue checks |
| Lewis, Wendy | executed Release; dismissal filed | Rel and Dismissal rec'd |
| Ballier, Marcel and Gertrude (HLC) | executed Release; dismissal filed | Release lost by HLC per email - resent to HLC on 7/8 |
| Mitchell, Norma (HLC) | executed Release; dismissal filed | Rel and Dismissal rec'd |
| White, Bobbie (BC) | Road Home approval; executed Release; dismissal filed | RH needs costs - per Rees |
| Willis, Angela (BC) | executed Release; dismissal filed | RH approval rec'd on 7/1; checks requested |
| Paynes, Ernest and Lilly (HLC/CONRY) | executed Release; dismissal filed | Release lost per Conry's office - resent on 6/26 |
| Babin, Thomas and Diana (BC) | Road Home approval; executed Release; dismissal filed | need RH approval - checks never issued b/c Carrier form not sub. per email |
| Brown, Cynthia | executed Release; dismissal filed; checks & Rel sent  6/7 | Rel and Dismissal rec'd |
| Calloway, Patricia (BC) | executed Release; dismissal filed | Rel and Dismissal rec'd |
| Bartley, Donald (HLC/BRAVO) | executed Release; dismissal filed | Bravo's office requested check reissuane - Std Fire reissuing checks |

Exhibit A