UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Abadie II  07-5112<br>        Duane Falls | JUDGE DUVAL<br>MAG. WILKINSON |

## SEVERANCE ORDER

The captioned Abadie II case was filed by Joseph M. Bruno on behalf of hundreds of plaintiffs against numerous defendants and consolidated with the Katrina Canal Breaches Consolidated Litigation. Although the various claims asserted in the case were misjoined, no severance order separating plaintiffs' individual claims was entered in these cases so that (a) the flood exclusion issue addressed in Sher v. Lafayette Ins. Co., 988 So. 2d 186 (La. 2008), and In re Katrina Canal Breaches Litig., 495 F.3d 191, 214 (5th Cir. 2007), could be resolved, and (b) mass settlement efforts could be undertaken.

Extensive settlement efforts concerning the numerous claims asserted in this case were undertaken and were overwhelmingly successful. However, on July 22, 2010, I conducted a conference during which plaintiff Duane Falls, his counsel and counsel for Standard Fire, the defendant as to this claim, appeared. Plaintiff stated that no settlement of his claim has been reached, and no settlement documents have been executed. Accordingly, I conclude that the individual claims of Duane Falls against Standard Fire

in the above-referenced mass joinder case must be deconsolidated from the captioned case and severed from the other claims so that further proceedings may be conducted. Accordingly,

**IT IS ORDERED** that plaintiff's counsel must, **no later than August 23, 2010**, file an individualized amended complaint for Duane Falls asserting claims as to his particular property allegedly insured by Standard Fire. This pleading must be filed with the Clerk of Court on paper, not electronically. The caption of the amended complaint must contain only the plaintiff and defendant that are the subject of that specific claim. It shall also be accompanied by a copy of the original complaint or Notice of Removal (if any) and a copy of this order. Upon filing, the Clerk will assign a new docket number and will allot the case at random among the district judges of the court, with the new case remaining assigned to Magistrate Judge Division (2). All pleadings regarding that claim shall thereafter bear the new title, docket number and section of the new case.

**IT IS FURTHER ORDERED** that plaintiff shall serve the new amended complaint, a copy of the original complaint or Notice of Removal (if any), and a copy of this order on opposing counsel.

The newly filed case will proceed separately and will not be consolidated with the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), so that it may proceed to resolution independently.

Any claim not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice, pursuant to the previously issued orders.

New Orleans, Louisiana, this <u>  23rd  </u> day of July, 2010.

<u>                                                             </u>
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**