**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte                                   500 Poydras St., Room C-151
Clerk                                              New Orleans, LA 70130
                         July 23, 2010

Mr. Charles R. Fulbruge, III, Clerk                APPEAL NO. <u>10-30249</u>
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130


<u>IN RE</u>: <u>KATRINA CANAL BREACHES LITIGATION     CA 05-4182 K c/w 06-2268, 08-1707</u>


Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

    ___    1) Certified copy of the notice of appeal and docket entries.

    ___    2) Certified copy of notice of a cross-appeal and docket entries.

    ___    3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

    ___    4) This case is proceeding <u>in forma pauperis</u>

    ___    5) Order Appointing Counsel    ___ CJA-20    ___ FPD

    ___    6) District Judge entering the final judgment is _____

    ___    7) Court Reporter assigned to the case _____

    ___    8) If criminal case, number and names of other defendants on appeal _____

    ___    9) This case was decided without a hearing; there will be no transcript.

    ___    10) Spears hearing held.

In connection with this record, the following documents are transmitted.

    <u>x</u>    1) **Certified** Copies record on appeal consisting of:

        ___ Volume(s) of record    ___ Volume(s) transcript

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Box

    ___    2) Supplemental record including, _____

    ___    3) SEALED Docs. _____

    ___    4) Other:_____

                                                    Very truly yours,

                                                  By <u>  Alicia Phelps  </u>
                                                      Deputy Clerk