1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
    ****************************************************************
4
    IN RE:  KATRINA CANAL
5   BREACHES CONSOLIDATED
    LITIGATION
6
                               CIVIL ACTION NO. 05-4182
7                              SECTION "K" (2)
                               NEW ORLEANS, LOUISIANA
8                              FRIDAY, JUNE 25, 2010, 9:00 A.M.

9   PERTAINS TO BARGE

10
    *MUMFORD*   C.A. NO. 05-5724
11  AS TO CLAIMS OF PLAINTIFFS
    JOSEPHINE RICHARDSON AND
12  HOLIDAY JEWELERS, INC.,
    ONLY
13

14  *BENOIT*   C.A. NO. 06-7516
    AS TO CLAIMS OF PLAINTIFFS
15  JOHN ALFORD AND JERRY
    ALFORD ONLY
16

17  ****************************************************************

18
                        **DAY 4, MORNING SESSION**
19          TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
         HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
20                      UNITED STATES JUDGE

21

22  APPEARANCES:

23
    FOR THE PLAINTIFFS:      BEST KOEPPEL TRAYLOR
24                           BY:  LAURENCE E. BEST, ESQUIRE
                             2030 ST. CHARLES AVENUE
25                           NEW ORLEANS LA  70130

```
 1   APPEARANCES CONTINUED:

 2

 3                            LAW OFFICES OF BRIAN A. GILBERT
                             BY:  BRIAN A. GILBERT, ESQUIRE
 4                           2030 ST. CHARLES AVENUE
                             NEW ORLEANS LA  70130
 5

 6                           KHORRAMI POLLARD ABIR
                             BY:  SHAWN KHORRAMI, ESQUIRE
 7                           44 FLOWER STREET, 33RD FLOOR
                             LOS ANGELES CA  90071
 8

 9                           WILSON GROCHOW DRUKER & NOLET
                             BY:  LAWRENCE A. WILSON, ESQUIRE
10                           223 BROADWAY, 5TH FLOOR
                             NEW YORK NY  10279
11

12                           WIEDEMANN & WIEDEMANN
                             BY:  LAWRENCE D. WIEDEMANN, ESQUIRE
13                                KARL WIEDEMANN, ESQUIRE
                             821 BARONNE STREET
14                           NEW ORLEANS LA  70113

15
                             PATRICK J. SANDERS
16                           ATTORNEY AT LAW
                             3316 RIDGELAKE DRIVE
17                           SUITE 100
                             METAIRIE LA  70002
18

19                           LAW OFFICE OF RICHARD T. SEYMOUR
                             BY:  RICHARD T. SEYMOUR, ESQUIRE
20                           1150 CONNECTICUT AVENUE N.W.
                             SUITE 900
21                           WASHINGTON DC  20036

22

23   FOR THE DEFENDANT:      CHAFFE McCALL
                             BY:  DEREK A. WALKER, ESQUIRE
24                           2300 ENERGY CENTRE
                             1100 POYDRAS STREET
25                           NEW ORLEANS LA  70163
```

1  APPEARANCES CONTINUED:

2

3                          GOODWIN PROCTER
                           BY:  JOHN D. ALDOCK, ESQUIRE
4                               MARK S. RAFFMAN, ESQUIRE
                                ADAM M. CHUD, ESQUIRE
5                               KIRSTEN V. K. ROBBINS, ESQUIRE
                                ERIC I. GOLDBERG, ESQUIRE
6                          901 NEW YORK AVENUE N. W.
                           WASHINGTON DC  20001
7

8                          SUTTERFIELD & WEBB
                           BY:  DANIEL A. WEBB, ESQUIRE
9                          650 POYDRAS STREET, SUITE 2715
                           NEW ORLEANS LA  70130
10

11                         LAFARGE NORTH AMERICA, INC.
                           BY:  PETER KEELEY, ESQUIRE
12                         12950 WORLDGATE DRIVE
                           HERNDON VA  20170
13

14

15  OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RMR, CRR
                                 500 POYDRAS STREET, ROOM B406
16                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
17

18  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

19

20

21

22

23

24

25

1                            I N D E X

2

3     EXAMINATIONS                                    PAGE

4

5     **ARTHUR MURPH**.......................................... 671

6     DIRECT EXAMINATION MR. GILBERT........................ 674

7     AUDIOTAPED STATEMENT OF MR. MURPH..................... 713

8     CROSS-EXAMINATION BY MR. WEBB......................... 738

9     REDIRECT EXAMINATION BY MR. GILBERT................... 739

10    **JOSEPHINE RICHARDSON** VIDEOTAPED DEPOSITION............ 742

11    DIRECT EXAMINATION BY MR. BEST........................ 743

12    **ARTHUR ANDERSON, III**.................................. 765

13    DIRECT EXAMINATION BY MR. GILBERT:.................... 766

14    CROSS-EXAMINATION BY MR. WEBB......................... 767

15

16

17

18                          E X H I B I T S

19    DESCRIPTION                                      PAGE

20

21    Exhibits P430, P431, P432 and P433 were admitted....... 737

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, JUNE 25, 2010

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.  Court is in session.
Please be seated.

THE COURT:  Mr. Gilbert, where are we at this stage?
Are you ready to proceed?

MR. GILBERT:  We are ready to proceed, Your Honor.  I'm
aware that Your Honor is awaiting a response from the plaintiffs
on the defendants' motion to strike inappropriately-filed
exhibits.  I think that's how it's styled.

Two reasons it's not here yet, and I don't mean to
try the Court's patience or drag this on any longer than it needs
to be.  But first, we don't know which of those exhibits that
they challenge are actually going to draw a response from us,
because we may end up not needing them based on the facts that we
established.  We may say, "Okay, the motion is moot as to those."
We'll know this as the case progresses.

Secondly, I just simply haven't had time to sit
down and draft a response to it.  If Your Honor wants a response
in the midst of the proceedings, my respectful suggestion is it
will be premature because some of it may end up being moot, but

09:09AM 1    if Your Honor wants a response anyway, I can have one for the

09:09AM 2    Court on Monday.

09:09AM 3            THE COURT:  If the response can just say what the

09:09AM 4    agreement was and the disagreement was, it would certainly be

09:09AM 5    helpful so that I can maybe communicate a little bit so that I

09:09AM 6    can at least narrow it down.  Because, otherwise, it would be the

09:09AM 7    end of the trial, we're going to have to determine what exhibits

09:09AM 8    we're supposed to look at and not look at, at least for the Court

09:09AM 9    of Appeals, and it may come up during the trial when somebody

09:10AM 10   looks at them.  That's another thing that concerns me.  If they

09:10AM 11   never are going to be looked at, certainly, it would be moot and

09:10AM 12   maybe you can take a little time to see which ones you think

09:10AM 13   might be moot, which ones you might agree on, and then had been

09:10AM 14   mooted or agreed upon, and then we'll know.

09:10AM 15           MR. GILBERT:  I'll set pen to paper.

09:10AM 16           THE COURT:  The best you can do.

09:10AM 17           MR. GILBERT:  Thank you, sir.

09:10AM 18               If the Court is ready to proceed.

09:10AM 19           THE COURT:  Yes, sir.

09:10AM 20           MR. GILBERT:  Are we on record?  Ready to go?

09:10AM 21               The plaintiffs call Arthur Murph.

09:10AM 22           THE COURT:  Can you give me one second.

09:10AM 23           MR. GILBERT:  Mr. Murph, you can take the witness stand

09:10AM 24   over here.

09:10AM 25           THE DEPUTY CLERK:  Would you please raise your right

1    hand.  Do you solemnly swear that the testimony which you are

2    about to give will be the truth, the whole truth and nothing but

3    the truth, so help you God.

4         THE WITNESS:  I do.

5                          **ARTHUR MURPH**

6    was called as a witness and, after being first duly sworn by the

09:11AM 7    Clerk, was examined and testified on his oath as follows:

09:11AM 8         THE DEPUTY CLERK:  Please be seated.

09:11AM 9         THE COURT:  Give me one second, Counsel, myself.

09:11AM 10        MR. GILBERT:  Yes, sir.

09:12AM 11        THE COURT:  As I recall, there was a motion -- there

09:12AM 12   have been several motions, but there was a motion rather recently

09:12AM 13   citing cases to strike any statements or the statement, the one

09:12AM 14   that I've looked at made by the witness based on the proposition

09:12AM 15   that he's being called simply to get in inadmissible evidence

09:13AM 16   that would be inappropriate to have that testimony.  And what I'm

09:13AM 17   trying to remember is, if I did rule on it, I think I deferred it

09:13AM 18   to determine if that was the primary reason if he was going to be

09:13AM 19   called.  And I cannot find that minute entry at this point.

09:13AM 20        MR. GILBERT:  I do believe, Your Honor, it is Document

09:13AM 21   Number 19739, and that is as to Plaintiff's Exhibit 264, and I'll

09:14AM 22   quote the report.  It says, "Objection sustained; however, may be

09:14AM 23   used pursuant to Federal Rule of Evidence 613 as discussed in

09:14AM 24   Document 19733," which was the Court's ruling on the motions in

09:14AM 25   limine dealing with the same matter.

09:14AM 1          THE COURT:  Yeah, I'm thinking of another.  Does defense

09:14AM 2   recall, there was a memorandum filed citing cases, sort of

09:14AM 3   revisiting the issue in another way but focusing on the

09:14AM 4   proposition of law that I'm talking about that if a witness is --

09:14AM 5          THE CLERK:  This is it, Judge.

09:14AM 6          MR. ALDOCK:  Your Honor, it's Document 19733.

09:14AM 7          MR. GILBERT:  Your Honor, could we just excuse the

09:14AM 8   witness while we're going to argue this?

09:14AM 9          THE COURT:  Yes.

09:14AM 10         MR. GILBERT:  Thank you, sir.

09:14AM 11         THE COURT:  Mr. Murph, you may step down and step out of

09:14AM 12  the courtroom.  We'll be with you in a second.  We apologize for

09:15AM 13  the delay.

09:17AM 14         If we could find the number of the memorandum that

09:17AM 15  was filed, and I remember reading it cited Fifth Circuit law.

09:17AM 16  The docket number is what?

09:18AM 17         THE CLERK:  The two documents --

09:18AM 18         THE COURT:  No, I'm asking Mr. Aldock or any of his team

09:18AM 19  if they recall the memorandum that was recently filed.

09:18AM 20         MR. ALDOCK:  That has to do with Sidney Williams,

09:18AM 21  Your Honor, the recent one.

09:18AM 22         MR. GILBERT:  That was my motion, Your Honor, to

09:18AM 23  exclude --

09:18AM 24         THE COURT:  No, no.  I'm thinking of something maybe

09:18AM 25  that was related -- it relates to the proposition, may you call a

09:18AM 1    witness if the primary purpose is to bring out another statement.

09:18AM 2    It may be related to Mr. Sidney Williams and not Mr. Murph.

09:18AM 3         MR. ALDOCK:  Your Honor, I think the proposition

09:18AM 4    Your Honor has just stated doesn't relate to Mr. Murph.

09:18AM 5         MR. GILBERT:  No, sir, it doesn't.  That's now why we're

09:18AM 6    here.  We're here to put on the record his observation of events.

09:18AM 7         THE COURT:  I know there's a difference of opinion, I

09:18AM 8    just wanted to resolve that and I didn't recall specifically

09:18AM 9    resolving it definitively.  That's all.

09:19AM 10        MR. ALDOCK:  Your Honor, that was our proposition with

09:19AM 11   regard to Murph, and you have an order here in which you say it

09:19AM 12   depends on whether they can lay the adequate foundation for --

09:19AM 13        THE COURT:  What document is that?

09:19AM 14        MR. ALDOCK:  I think you have that one.

09:19AM 15        MR. GILBERT:  That is in 19733.

09:19AM 16        THE COURT:  Thank you.

09:19AM 17        MR. GILBERT:  It begins on Page 6 of 8 in 19733,

09:19AM 18   Your Honor.

09:19AM 19        THE CLERK:  Thank you.

09:19AM 20        THE COURT:  I am cross-roughing with Williams, no

09:19AM 21   question about that.  The memorandum I'm thinking about is

09:19AM 22   relating to Williams.  I do realize that and I apologize.

09:20AM 23        MR. GILBERT:  No problem.

09:20AM 24        THE COURT:  So at this point, we can call Mr. Murph in

09:20AM 25   and you can commence your testimony.  Y'all cleared it up for me.

| | | |
|---|---|---|
| 09:20AM | 1 | I thought it was this witness.  I'm glad to know who it was. |
| 09:21AM | 2 | DIRECT EXAMINATION |
| 09:21AM | 3 | MR. GILBERT: |
| 09:21AM | 4 | Q.   Good morning, Mr. Murph. |
| 09:21AM | 5 | A.   Good morning. |
| 09:21AM | 6 | Q.   Let's start by getting a little bit of basic information. |
| 09:21AM | 7 | Would you state your full name for the record, please. |
| 09:21AM | 8 | A.   Arthur Murph, Jr. |
| 09:21AM | 9 | THE COURT:  Excuse me.  Let's get Mr. Murph set up |
| 09:21AM | 10 | right.  Okay?  Let's get the mike set up so he can -- |
| 09:21AM | 11 | MR. GILBERT:  And at the same time, Mr. Murph, I'd like |
| 09:21AM | 12 | to ask you to speak slowly and clearly so I'm certain that I can |
| 09:21AM | 13 | hear everything you say, as will the court reporter. |
| 09:21AM | 14 | THE DEPUTY COURT CLERK:  Would you spell your name for |
| 09:21AM | 15 | the record. |
| 09:21AM | 16 | THE WITNESS:  A-r-t-h-u-r, M-u-r-p-h. |
| 09:21AM | 17 | EXAMINATION |
| 09:21AM | 18 | BY MR. GILBERT: |
| 09:22AM | 19 | Q.   Mr. Murph, what's your current address? |
| 09:22AM | 20 | A.   105 Berkeley. |
| 09:22AM | 21 | Q.   Could you state the full address, Berkeley Drive, Berkeley |
| 09:22AM | 22 | Street?  What is it? |
| 09:22AM | 23 | A.   Berkeley Drive. |
| 09:22AM | 24 | Q.   What city is that in? |
| 09:22AM | 25 | A.   New Orleans. |

09:22AM 1  Q.   Just by way of a little bit of basic information, what is

09:22AM 2  your education?

09:22AM 3  A.   11th grade.

09:22AM 4  Q.   So you didn't graduate from high school?

09:22AM 5  A.   No.

09:22AM 6  Q.   Did you get a GED or any other type of equivalency degree?

09:22AM 7  A.   No.

09:22AM 8  Q.   What have you done for work since 11th grade?

09:22AM 9  A.   I'm a carpenter.

09:22AM 10 Q.   Anything else?

09:22AM 11 A.   No.  I went to truck driving -- I went to school for truck

09:22AM 12 driving and mechanic.

09:22AM 13 Q.   Were you ever in the military?

09:22AM 14 A.   Yep.

09:22AM 15 Q.   Can you describe that?  Let me ask a more specific question:

09:22AM 16 What branch of the military?

09:22AM 17 A.   What?

09:22AM 18 Q.   What branch of the military?

09:22AM 19 A.   The Army.

09:22AM 20 Q.   When was that?

09:23AM 21 A.   January 28, '68 to December 10, '70.

09:23AM 22 Q.   And where were you stationed?

09:23AM 23 A.   Forth Bliss, Texas.

09:23AM 24 Q.   And did you serve in any combat?

09:23AM 25 A.   Yes.

09:23AM 1    Q.    Where?

09:23AM 2    A.    Vietnam.

09:23AM 3    Q.    How long were you there?

09:23AM 4    A.    11 months.

09:23AM 5    Q.    Were you discharged from the Army?

09:23AM 6    A.    Yes.

09:23AM 7    Q.    Was that an honorable or dishonorable discharge?

09:23AM 8    A.    Honorable.

09:23AM 9    Q.    Why did you leave the Army?

09:23AM 10   A.    ATS.

09:23AM 11   Q.    I'm sorry?

09:23AM 12   A.    It was the end of my term.

09:23AM 13   Q.    Okay.  So that was the end of your enlistment period.  Is

09:23AM 14   that what that means?

09:23AM 15   A.    Right.

09:23AM 16   Q.    Where did you live prior to Katrina?

09:23AM 17   A.    105 -- I mean, 1739 Jourdan Avenue.

09:23AM 18   Q.    And where is that located?

09:23AM 19   A.    New Orleans.

09:23AM 20   Q.    What part of New Orleans?

09:23AM 21   A.    Lower Ninth Ward.

09:23AM 22   Q.    Can I get the ELMO.

09:24AM 23          I think, Mr. Murph, you can see on your screen in front

09:24AM 24   of you the image that's projected up there.  Can you?

09:24AM 25   A.    I can see it.

09:24AM  1    Q.    Do you see the red point, the red bubble?

09:24AM  2    A.    Yes.

09:24AM  3    Q.    Is that the location where 1739 Jourdan is?

09:24AM  4    A.    I don't know.  Let me see.

09:24AM  5          THE COURT:  You might orient him, Counsel, to the

09:24AM  6    Claiborne Avenue bridge and North Prieur Street, et cetera, to

09:24AM  7    determine if that is the approximate location.

09:24AM  8          THE WITNESS:  That's about where it's at.

09:24AM  9                              EXAMINATION

09:24AM 10    BY MR. GILBERT:

09:24AM 11    Q.    Okay.  I'll put another image up for you.  Let me ask you to

09:24AM 12    look at that.  I'm going to zoom in on that a little bit more.

09:24AM 13          Do you see the red dot?

09:25AM 14          MR. WEBB:  Your Honor, may I ask a question?  If we're

09:25AM 15    going to be using these as exhibits, I think to make the record

09:25AM 16    clear, it would be nice if we said what exhibit number they are.

09:25AM 17          MR. GILBERT:  Let him establish what it is and then I'll

09:25AM 18    introduce it.

09:25AM 19          THE COURT:  If we put it up, it is good for the record,

09:25AM 20    if you don't mind.  Do you know the exhibit number?

09:25AM 21          MR. GILBERT:  I don't believe that it's numbered at this

09:25AM 22    point.  We were going to offer it today.

09:25AM 23          MR. WEBB:  Your Honor, perhaps some of the confusion,

09:25AM 24    it's got "common ground relief, make it right" on there.  That

09:25AM 25    would confuse anybody.

09:25AM 1                          EXAMINATION

09:25AM 2   BY MR. GILBERT:

09:25AM 3   Q.   Mr. Murph, are you confused by the words "common ground

09:25AM 4   relief, make it right" as to where the location of your house

09:25AM 5   was?

09:25AM 6   A.   No, I don't know what that means.

09:25AM 7   Q.   Can you see the red A?

09:25AM 8   A.   I see it.

09:25AM 9   Q.   Is that where your house was?

09:25AM 10  A.   About where it was, I guess, yeah.

09:25AM 11  Q.   Is there any way to do a split screen on this system?

09:26AM 12          THE COURT:  It is, but it's generally done when it's

09:26AM 13  already configured that way.  Unless you use the ELMO and put two

09:26AM 14  different objects up at the same time.  It is not imaged in your

09:26AM 15  computer.  Obviously, it would be impossible, to my knowledge.

09:26AM 16  The systems person could answer it better than I could.  But you

09:26AM 17  could always go to the ELMO and put two things up there.

09:26AM 18          MR. GILBERT:  So there is no way to overlay ELMO with

09:26AM 19  the electronic presentation system at the same time?

09:26AM 20          THE COURT:  I honestly don't know.

09:26AM 21          MR. GILBERT:  Okay.

09:26AM 22                          EXAMINATION

09:26AM 23  BY MR. GILBERT:

09:26AM 24  Q.   Okay.  Do you see Jourdan Avenue on that map?

09:26AM 25  A.   Yes.

09:26AM 1   Q.   Do you see Deslonde?

09:26AM 2   A.   Yep.

09:26AM 3   Q.   Do you see the canal?

09:26AM 4   A.   Yes.

09:26AM 5   Q.   Is that a fair and accurate depiction of the approximate

09:27AM 6   location of your home?

09:27AM 7   A.   Yes, it is.

09:27AM 8   Q.   At 1739 Jourdan Avenue?

09:27AM 9   A.   Uh-huh (affirmative response).

09:27AM 10  Q.   You need to answer yes or no as opposed to uh-huh

09:27AM 11  (affirmative response), so she can take down what you're saying.

09:27AM 12          What happened to 1739 Jourdan Avenue?

09:27AM 13  A.   They tore it down.

09:27AM 14  Q.   Why?

09:27AM 15  A.   I guess because it was in the storm.

09:27AM 16  Q.   What happened to it in the storm?

09:27AM 17  A.   It just got flooded.  Got under water.

09:27AM 18  Q.   Did anything else happen to it aside from it getting

09:27AM 19  flooded?

09:27AM 20  A.   Yeah.  Before the flood or after?

09:27AM 21  Q.   At any point in the storm, did anything happen to it other

09:27AM 22  than it getting flooded?

09:27AM 23  A.   It got hit by a barge.

09:27AM 24  Q.   Okay.  What barge was that?

09:27AM 25  A.   I don't know what barge, but it got hit by a barge.

09:28AM 1    Q.   Could you speak a little louder, please.

09:28AM 2    A.   It got hit by a barge.

09:28AM 3    Q.   What barge?

09:28AM 4         THE COURT:  Are you asking him to describe the barge or

09:28AM 5    give its number or --

09:28AM 6                            EXAMINATION

09:28AM 7    BY MR. GILBERT:

09:28AM 8    Q.   Did you get a number off the barge?

09:28AM 9    A.   I can't remember.  It's 4727 or something like that.

09:28AM 10   Q.   Do you know where that barge came from?

09:28AM 11   A.   Out the canal.

09:28AM 12   Q.   Do you know where that barge was before it came out of the

09:28AM 13   canal?

09:28AM 14   A.   They had a couple of barges in the canal.  I don't know

09:28AM 15   which one it was.

09:28AM 16   Q.   Do you know where those barges were in the canal?

09:28AM 17   A.   Tied off on the other side of the canal.

09:28AM 18   Q.   Do you know who owned the place, wherever it was tied off?

09:28AM 19   A.   Nope.

09:28AM 20   Q.   Did you tell anybody that there was a barge on your house

09:28AM 21   after the storm?

09:28AM 22   A.   I didn't have to tell nobody.  A few people in the house

09:28AM 23   next door to me that saw the barge.

09:28AM 24   Q.   I'm not asking if you told your neighbors.  Did you call any

09:29AM 25   company and say, "Hey, your barge is on my house"?

09:29AM 1   A.   Yes.

09:29AM 2   Q.   What companies did you call?

09:29AM 3   A.   I can't remember the name of them.

09:29AM 4   Q.   If I told you that you called Lafarge North America, would

09:29AM 5   that be accurate?  Would that refresh your memory?

09:29AM 6   A.   I didn't call Lafarge.

09:29AM 7   Q.   Did Lafarge call you at any point?

09:29AM 8   A.   No.

09:29AM 9   Q.   Did you have any contact with Lafarge North America

09:29AM 10   following the storm concerning the barge on your house?

09:29AM 11   A.   I don't know.  My wife did all the talking with that.

09:29AM 12   Q.   You don't know whether you have had any contact is what

09:29AM 13   you're telling us today?

09:29AM 14   A.   I'm pretty sure I did, but I didn't speak to any of them, I

09:29AM 15   don't think.  My wife did all the talking.  She spoke to the

09:29AM 16   people on the phone.

09:29AM 17   Q.   Okay.  Were you present when your wife had this

09:29AM 18   conversation?

09:29AM 19   A.   Yes, I was.

09:30AM 20   Q.   Did you hear both ends of those conversations or just your

09:30AM 21   wife's end?

09:30AM 22   A.   Just my wife's end.

09:30AM 23   Q.   And did she tell you who she was speaking with?

09:30AM 24   A.   She probably did.  I can't remember.  It's been five years

09:30AM 25   ago.

09:30AM 1   Q.   Okay.  So if you had a recollection of these events --

09:30AM 2   strike that.

09:30AM 3           Is your memory of these events better closer to the

09:30AM 4   events or farther away in time in the future?

09:30AM 5   A.   What you mean?

09:30AM 6   Q.   Well, you said it's been five years.

09:30AM 7   A.   Right.

09:30AM 8   Q.   Have your memories faded in those five years?

09:30AM 9   A.   I went through about three depositions.

09:30AM 10  Q.   Have your memories faded in those five years?

09:30AM 11  A.   Yes, it has.

09:30AM 12  Q.   If you told somebody in January of 2006 -- well, first,

09:31AM 13  let's back up.

09:31AM 14          When was the storm; do you recall?

09:31AM 15  A.   Four years ago.  I don't remember the day.

09:31AM 16  Q.   If I told you the storm took place on August 29, 2005, and

09:31AM 17  we're talking about Katrina, would you have any reason to

09:31AM 18  disagree with that?

09:31AM 19  A.   Not really.

09:31AM 20  Q.   If a few months later, in January of 2006, you told somebody

09:31AM 21  your version of events that took place on -- during the storm in

09:31AM 22  the hours surrounding the storm, would that be -- would you

09:31AM 23  expect that you would have remembered better what you were

09:31AM 24  telling at that time than what you can talk about today?

09:31AM 25  A.   I don't know.  I'm trying to forget this whole thing, as a

09:31AM 1  matter of fact.

09:31AM 2  Q.   Do you believe that your memories of what took place during

09:32AM 3  the storm would be stronger in January 2006 or on June 25th, I

09:32AM 4  believe this is -- I'm losing track -- 2010?

09:32AM 5  A.   I'm not good with dates and times either.

09:32AM 6  Q.   Do you have a better recollection today or four months after

09:32AM 7  the storm of what took place during the storm?

09:32AM 8  A.   Pretty much.

09:32AM 9  Q.   I'm not certain you understood the question.

09:32AM 10       THE COURT:  I think the best thing to do, Mr. Gilbert,

09:32AM 11  forgive me for intruding, but if we were to ask this witness

09:32AM 12  specific questions about what occurred during the storm.  The

09:33AM 13  Court has read the depositions, two of the depositions, I have

09:33AM 14  read the statement, and I have looked at and read -- excuse me.

09:33AM 15  I have heard the unredacted statement -- just to let everybody

09:33AM 16  know what I have done, I have heard the entire unredacted

09:33AM 17  statement, I have read the redacted statement, and I have read

09:33AM 18  the two depositions that were tendered to me by counsel.

09:33AM 19       So right now, he's here testifying live.  And you

09:33AM 20  can probe his memory of what occurred, and then as he responds,

09:33AM 21  then you might attempt to do whatever you have to do and defense

09:34AM 22  counsel can do whatever they have to do.

09:34AM 23       MR. GILBERT:  Understood.  Understood.

09:34AM 24                    EXAMINATION

09:34AM 25  BY MR. GILBERT:

09:34AM  1   Q.   Okay.  Could we pull up 179 on the electronic system.

09:34AM  2        Is that the barge that was on your house?

09:34AM  3   A.   It looks like it.

09:34AM  4   Q.   Do you see any part of your house in that picture?

09:34AM  5   A.   No.

09:34AM  6   Q.   Do you see your driveway?

09:34AM  7   A.   No.

09:34AM  8   Q.   Do you see where your house used to be?

09:34AM  9   A.   No.

09:34AM 10   Q.   Was your house to the left or the right of what's in that

09:34AM 11   picture?

09:34AM 12   A.   It's to the right.

09:34AM 13   Q.   Okay.

09:34AM 14        THE COURT:  Do you want to point out where your house

09:34AM 15   was, sir, if you can?

09:34AM 16        MR. GILBERT:  What you do, Mr. Murph, is you touch the

09:34AM 17   screen.

09:34AM 18        THE COURT:  You just touch the screen.

09:34AM 19        MR. GILBERT:  Or you can make an arrow in what direction

09:35AM 20   your house was.

09:35AM 21        THE WITNESS:  How do you do that?

09:35AM 22        MR. GILBERT:  By touching the screen.

09:35AM 23        THE COURT:  Just touch the screen and a mark will

09:35AM 24   appear.

09:35AM 25        THE WITNESS:  It was over there.

09:35AM 1          THE COURT:  Do you think that's about right, that's

09:35AM 2   where your house was, sir?

09:35AM 3          THE WITNESS:  Yes.  It was on the other side of this

09:35AM 4   house.

09:35AM 5                            EXAMINATION

09:35AM 6   BY MR. GILBERT:

09:35AM 7   Q.   Do you recognize that barge?

09:35AM 8   A.   Say what?

09:35AM 9   Q.   Do you recognize that barge?

09:35AM 10  A.   Yes.

09:35AM 11  Q.   Tell me what you spent Sunday, August 28th, doing.

09:35AM 12  A.   I don't know.

09:35AM 13  Q.   Did you evacuate?

09:35AM 14  A.   No.

09:35AM 15  Q.   Did any of your family evacuate?

09:35AM 16  A.   Yes.

09:35AM 17  Q.   How did they do that?  Tell me about that.

09:35AM 18  A.   I moved into the Hyatt Regency.

09:36AM 19  Q.   Could you say that again?

09:36AM 20  A.   I moved into the Hyatt.

09:36AM 21  Q.   Which one?

09:36AM 22  A.   The one downtown.

09:36AM 23  Q.   Who did you take to the Hyatt?

09:36AM 24  A.   My wife and my daughter.

09:36AM 25  Q.   Did you personally take them there or did you have them

09:36AM  1    taken there?

09:36AM  2    A.   I personally took them there.

09:36AM  3    Q.   What time was that?

09:36AM  4    A.   I don't know.

09:36AM  5    Q.   Was it morning?  Was it afternoon?  Was it night?

09:36AM  6    A.   It was in the afternoon.

09:36AM  7    Q.   And was that on Sunday?

09:36AM  8    A.   I don't know.  It was the day before the storm.

09:36AM  9    Q.   Was it light or dark when you took them down?

09:36AM 10    A.   It was getting dark.

09:36AM 11    Q.   What happened after you took them there?

09:36AM 12    A.   I checked them in.

09:36AM 13    Q.   What happened after you checked them in?

09:36AM 14    A.   I left.

09:36AM 15    Q.   Why did you leave?

09:36AM 16    A.   To go back to my house.

09:36AM 17    Q.   Why did you want to go back to your house?

09:36AM 18    A.   To get my dog.

09:36AM 19    Q.   How did you get back to your house?

09:36AM 20    A.   I had a friend bring me.

09:37AM 21    Q.   What friend?

09:37AM 22    A.   Felton.

09:37AM 23    Q.   And did he pick you up at the Hyatt?

09:37AM 24    A.   No.

09:37AM 25    Q.   Where did he pick you up?

09:37AM 1   A.   He picked me up by a friend's.

09:37AM 2   Q.   So how did you get to the other friend's house?

09:37AM 3   A.   I drove.

09:37AM 4   Q.   Okay.  Why didn't you just drive home?

09:37AM 5   A.   I didn't want to leave my car there.

09:37AM 6   Q.   Car where?

09:37AM 7   A.   In front of my house under the carport.

09:37AM 8   Q.   Why?

09:37AM 9   A.   Just in case the water got high right there.  It had flooded

09:37AM 10  there before from Betsy.

09:37AM 11  Q.   So once your car was brought to your other friend's house --

09:37AM 12  let's get his name, just for clarity.  Who is your other friend?

09:37AM 13  A.   It's Wanda.

09:37AM 14  Q.   Wanda.  Okay.  Once your car was at Wanda's house, then what

09:37AM 15  did you do?

09:37AM 16  A.   I got a ride back with Felton.

09:37AM 17  Q.   A ride back where?

09:37AM 18  A.   To my house.

09:37AM 19  Q.   And what time did you arrive back at your house?

09:38AM 20  A.   Around noon.  I can't remember.

09:38AM 21  Q.   Was it dark?

09:38AM 22  A.   Yes.

09:38AM 23  Q.   What was the weather like?

09:38AM 24  A.   It was drizzling.

09:38AM 25  Q.   Was there any wind?

09:38AM 1   A.   Pretty much, I think so.

09:38AM 2   Q.   Did you ever go look up at the levee to see the height of

09:38AM 3   the water?

09:38AM 4   A.   As soon as I got home.

09:38AM 5   Q.   As soon as you got home when?

09:38AM 6   A.   When I got back with Felton.

09:38AM 7   Q.   Okay.  Is this before or after you dropped your car off?

09:38AM 8   A.   That was after I dropped the car off.

09:38AM 9   Q.   Is this before or after you took your wife and daughter to

09:38AM 10  the Hyatt?

09:38AM 11  A.   It was after.

09:38AM 12  Q.   You're positive you didn't go look before?

09:38AM 13  A.   I looked before and looked after.

09:38AM 14  Q.   So you say you looked twice?

09:38AM 15  A.   Right.

09:38AM 16  Q.   What did you see when you looked?

09:39AM 17  A.   High water.

09:39AM 18  Q.   How high was the water?

09:39AM 19  A.   About to the top of the wall.

09:39AM 20  Q.   Was there any distance between the top of the water and the

09:39AM 21  top of the wall?

09:39AM 22  A.   I don't know.  The waves was splashing.

09:39AM 23  Q.   You don't know, you say?

09:39AM 24  A.   I say, I don't know.  The waves was splashing.  You know, it

09:39AM 25  was splashing over the wall.

09:39AM 1    Q.   Did you ever tell anybody that it was about a foot, foot and

09:39AM 2    a half from the top at that time?

09:39AM 3    A.   It might have been a foot and a half, a foot or so.  I don't

09:39AM 4    know.  Like I say, the waves was splashing up against the wall.

09:39AM 5    Q.   Was water coming over the wall?

09:39AM 6    A.   Yes.

09:39AM 7    Q.   How much water?

09:39AM 8    A.   Just a splash from the splashing over the top.

09:39AM 9    Q.   Did you ever tell anybody that it wasn't running constantly

09:39AM 10   over the top?

09:39AM 11   A.   I never said that to nobody.

09:40AM 12   Q.   If I were to --

09:40AM 13        THE COURT:  Just ask him.  When you saw it at this time,

09:40AM 14   was the water flowing over the top or was it just splashing over

09:40AM 15   the top?

09:40AM 16        THE WITNESS:  It was just splashing.

09:40AM 17        MR. GILBERT:  Right.  Your Honor, I'm trying to lay the

09:40AM 18   foundation under 613 Federal Rule of Evidence.

09:40AM 19        THE COURT:  I understand.  I'm not sure if your question

09:40AM 20   was crystal clear to him.  Now it's clear to me.  He said it was

09:40AM 21   splashing.  I'm trying to fix something, and it does.

09:40AM 22                              EXAMINATION

09:40AM 23   BY MR. GILBERT:

09:40AM 24   Q.   Was the water running constantly over the top at that time?

09:40AM 25   A.   It was splashing up against the levee.  Blowing over the

09:40AM  1  top.

09:40AM  2  Q.   Did you ever tell anybody that it wasn't running constantly

09:40AM  3  over the top?

09:40AM  4       THE COURT:  He's just saying right now, it wasn't.  He

09:40AM  5  said it was splashing.  That's what the Court understands, and

09:41AM  6  that's what he said in the deposition, in his statement, as I

09:41AM  7  recall.

09:41AM  8       MR. GILBERT:  I just want to make sure the record is

09:41AM  9  crystal clear.

09:41AM 10       THE COURT:  It's crystal clear to me and hopefully to

09:41AM 11  the record.

09:41AM 12       MR. GILBERT:  Thank you, Judge.

09:41AM 13                        EXAMINATION

09:41AM 14  BY MR. GILBERT:

09:41AM 15  Q.   Was there any water in the street at that time?

09:41AM 16  A.   From the rain, it was running down the levee.

09:41AM 17  Q.   How much rainwater was there in the street?

09:41AM 18  A.   About as much as they had when it rained anywhere else.

09:41AM 19  Q.   What do you mean from it running down the levee?

09:41AM 20  A.   Water splashing over the levee and running down the hill.

09:41AM 21  Q.   And what did you do after you looked at the water on the

09:41AM 22  levee?

09:42AM 23  A.   Went back inside.

09:42AM 24  Q.   What did you do once you got inside?

09:42AM 25  A.   Drank a few beers.

09:42AM 1    Q.   How long did you stay inside?

09:42AM 2    A.   Until the hurricane was over.

09:42AM 3    Q.   Let's back up a little bit.  When you went over to look at

09:42AM 4    the levee, were the lights still on?

09:42AM 5    A.   Yes.

09:42AM 6    Q.   So you could see?

09:42AM 7    A.   The streetlights was on, but you couldn't see because it was

09:42AM 8    real dark, and like I say, it was drizzling.

09:42AM 9    Q.   Were the lights in your house on?

09:42AM 10   A.   Yep.

09:42AM 11   Q.   So you went in, drank a couple beers.  What did you do after

09:42AM 12   that?

09:42AM 13   A.   Watched television.

09:42AM 14        MR. WEBB:  Your Honor, I object.  The witness testified

09:42AM 15   "a few" and now Mr. Gilbert has turned that into a couple.

09:42AM 16        MR. GILBERT:  Did I say a couple?

09:42AM 17        MR. WEBB:  Yes, you did.

09:42AM 18        MR. GILBERT:  I don't mean to.

09:42AM 19        MR. WEBB:  That's why I helped you.

09:42AM 20        THE COURT:  The Court never accepts a couple of beers

09:42AM 21   literally, but we'll certainly --

09:42AM 22        MR. GILBERT:  Honey, I'm going out tonight for a couple

09:42AM 23   of beers.

09:43AM 24        THE COURT:  Go ahead, you can probe that if you wish.  I

09:43AM 25   know he said, "a few beers."  Whatever that means.

692

09:43AM 1          MR. GILBERT:  I think Lafarge made something of that

09:43AM 2     opinion too.  It's okay.

09:43AM 3                              EXAMINATION

09:43AM 4     BY MR. GILBERT:

09:43AM 5     Q.   So you just testified that you didn't go back out of your

09:43AM 6     house until the storm was over?

09:43AM 7     A.   No.

09:43AM 8     Q.   But you did, in fact, go back out of your house, didn't you,

09:43AM 9     because you went to check the generator at some point, right?

09:43AM 10    A.   I went to turn the generator on.

09:43AM 11    Q.   Why did you go do that?

09:43AM 12    A.   Because the lights went off.

09:43AM 13    Q.   What time did that happen?

09:43AM 14    A.   I don't know.

09:43AM 15    Q.   Have you ever said that it was around 7:30, eight o'clock

09:43AM 16    Sunday night that the lights went out?

09:43AM 17    A.   It might have been.  I don't know.

09:44AM 18    Q.   What happened when you were out with the generator?  What

09:44AM 19    did you do?

09:44AM 20    A.   Went out there to hook it up.

09:44AM 21    Q.   Okay.  What else?

09:44AM 22    A.   That's what I went out there for, to hook it up.

09:44AM 23    Q.   Did anything unusual happen while you were out there trying

09:44AM 24    to hook up the generator?

09:44AM 25    A.   No, I just heard some noises.

09:44AM 1    Q.    What noises did you hear?

09:44AM 2    A.    Just some strange noises, something like a knocking sound.

09:44AM 3    Q.    A knocking sound?

09:44AM 4    A.    Uh-huh (affirmative response).

09:44AM 5    Q.    Where did that knocking sound come from?

09:44AM 6    A.    The front of my house.

09:44AM 7    Q.    Did you ever tell anybody that you were hearing scraping

09:45AM 8    sounds?

09:45AM 9    A.    Yes.

09:45AM 10   Q.    Did you ever tell anybody that you were hearing rubbing and

09:45AM 11   banging sounds?

09:45AM 12   A.    Yes.

09:45AM 13   Q.    How long did you hear these sounds?

09:45AM 14   A.    Not long.

09:45AM 15   Q.    How long?

09:45AM 16   A.    Maybe a couple of minutes.

09:45AM 17   Q.    Okay.  Did you go to investigate, see if you could find out

09:45AM 18   what these sounds were?

09:45AM 19   A.    Yes, I did.

09:45AM 20   Q.    What did you do?

09:45AM 21   A.    I walked towards the front of the house to see what the

09:45AM 22   noise was.  Before I can get all the way to the front, the street

09:45AM 23   water started coming down the road.

09:45AM 24   Q.    Did you discover what those sounds were?

09:45AM 25   A.    No.

09:45AM  1    Q.    Did you ever tell anybody that those sounds were the sound

09:45AM  2    of a barge dragging against the wall, bumping against the wall?

09:45AM  3    A.    I told you that.

09:45AM  4    Q.    Did you tell anybody else that?

09:45AM  5    A.    No.

09:45AM  6    Q.    But you just said that you told me that?

09:45AM  7    A.    Yes.  And all the other people that was in there, like y'all

09:45AM  8    sitting in the deposition.

09:45AM  9         THE COURT:  Mr. Murph, would you please tell me what

09:46AM 10    direction -- you said you saw water coming down the street.  What

09:46AM 11    direction was the water coming?  Do you recall, sir?

09:46AM 12         THE WITNESS:  It was coming from Florida Avenue, towards

09:46AM 13    Claiborne.

09:46AM 14         THE COURT:  Florida towards Claiborne, in essence, not

09:46AM 15    exactly, but from north to south; would that be correct?

09:46AM 16         THE WITNESS:  Yes.

09:46AM 17         THE COURT:  Okay.

09:46AM 18                          EXAMINATION

09:46AM 19    BY MR. GILBERT:

09:46AM 20    Q.    So you took me to the point where you're walking towards the

09:46AM 21    levee to see if you can find out what these sounds are and you

09:46AM 22    didn't find out.

09:46AM 23         What happened next?

09:46AM 24    A.    I turned around and ran back to the house.

09:46AM 25    Q.    Why?

09:46AM 1   A.    Because the water was coming down the street like a little

09:46AM 2   wave.

09:46AM 3   Q.    When did that water start?

09:46AM 4   A.    Somewhere while I was listening to the sound to go to see.

09:46AM 5   Q.    I didn't catch the last part of your sentence.

09:46AM 6   A.    The water started while the sound was going.

09:47AM 7   Q.    Did you hear a boom sound at any point?

09:47AM 8   A.    No.

09:47AM 9   Q.    Did you ever tell anybody that you heard a boom sound?

09:47AM 10  A.    No.

09:47AM 11  Q.    Did you ever tell anybody that you heard a big boom?

09:47AM 12  A.    No.

09:47AM 13  Q.    Did you tell anybody ever that the sound you heard sounded

09:47AM 14  like a wreck?

09:47AM 15  A.    No.

09:47AM 16  Q.    I'm sorry?

09:47AM 17  A.    I don't think so.

09:47AM 18  Q.    Did the sound stop before the water came?

09:47AM 19  A.    I don't know.

09:47AM 20  Q.    Did you hear the sound any more after the water came?

09:47AM 21  A.    No, because I ran inside.

09:47AM 22  Q.    Okay.  How much water came?

09:47AM 23  A.    It never stopped coming.

09:47AM 24  Q.    Well, at that point in time, how much water did you see

09:48AM 25  coming?

09:48AM  1    A.    A little wake of water.

09:48AM  2    Q.    I'm sorry?

09:48AM  3    A.    The water was just rushing down the street.

09:48AM  4    Q.    Was it rushing towards you?

09:48AM  5    A.    It was rushing towards Claiborne Avenue.

09:48AM  6    Q.    Okay.  But was it on your property?

09:48AM  7    A.    It was on everybody's property.

09:48AM  8    Q.    At that point in time, and I'm talking about only when

09:48AM  9    you're running back into the house, is the water getting on to

09:48AM  10   your land?

09:48AM  11   A.    It was coming down the driveway, turning in the driveway.

09:48AM  12   Q.    Do you know how deep it was?

09:48AM  13   A.    No.

09:48AM  14   Q.    Do you know how fast it was moving?

09:48AM  15   A.    Real fast.

09:48AM  16   Q.    Did you panic?

09:48AM  17   A.    Yep.

09:48AM  18   Q.    What did you do?

09:48AM  19   A.    I ran inside.

09:48AM  20   Q.    What did you do after you ran inside?

09:48AM  21   A.    Shut the door.

09:48AM  22   Q.    What did you do after you shut the door?

09:48AM  23   A.    Sit down on the sofa.

09:48AM  24   Q.    So this water is coming and you're sitting on the sofa?

09:48AM  25   A.    Right.

09:48AM 1   Q.   Did you not go and immediately grab an axe and go to the

09:49AM 2   attic?

09:49AM 3   A.   Grabbed the axe before that.

09:49AM 4   Q.   You grabbed the axe before what?

09:49AM 5   A.   Before the hurricane even came, I got it out the garage and

09:49AM 6   I put it in my house.

09:49AM 7   Q.   What day was that?

09:49AM 8   A.   The day before the storm.

09:49AM 9   Q.   Was that Sunday that you grabbed the axe?

09:49AM 10  A.   What day the storm was?

09:49AM 11       THE COURT:  The storm was Monday, sir.

09:49AM 12       THE WITNESS:  So Sunday, I grabbed the axe.

09:49AM 13       THE COURT:  The storm was Monday, the storm made

09:49AM 14  landfall.

09:49AM 15                     EXAMINATION

09:49AM 16  BY MR. GILBERT:

09:49AM 17  Q.   Did you go up into the attic?

09:49AM 18  A.   Yes, I did.

09:49AM 19  Q.   When did you do that?

09:49AM 20  A.   That night late.

09:49AM 21  Q.   That night what?

09:49AM 22  A.   Late that night.

09:49AM 23  Q.   How long after the water coming down your driveway did you

09:49AM 24  go up into the attic?

09:49AM 25  A.   After I seen the water coming from around the windows and

09:49AM  1    around the doors.

09:50AM  2    Q.    How long after when you saw the water in your driveway?

09:50AM  3    A.    What you mean?

09:50AM  4    Q.    How much time passed between the time that you ran into the

09:50AM  5    house and went into the attic?

09:50AM  6    A.    I don't know.

09:50AM  7    Q.    Did you panic?

09:50AM  8    A.    I panicked once I saw the water coming down the street.

09:50AM  9    Q.    Did that make you move any faster?

09:50AM 10    A.    Everything was moving fast.

09:50AM 11    Q.    I'm sorry?

09:50AM 12    A.    Everything was moving fast.

09:50AM 13            THE COURT:  To answer his question, were you moving

09:50AM 14    faster than you would normally?  Mr. Murph, did you act faster

09:50AM 15    than --

09:50AM 16            THE WITNESS:  Yes, I did.

09:50AM 17                            EXAMINATION

09:50AM 18    BY MR. GILBERT:

09:51AM 19    Q.    When you got into the attic, did you take the axe with you?

09:51AM 20    A.    Yes, I did.

09:51AM 21    Q.    Did you use the axe?

09:51AM 22    A.    Yes.

09:51AM 23    Q.    What did you do?

09:51AM 24    A.    Chopped a hole in the roof.

09:51AM 25    Q.    What part of the roof did you chop the hole in?

09:51AM 1   A.   In the middle of my house, right above the attic -- right

09:51AM 2   above the attic the door.

09:51AM 3   Q.   When say the middle of the house, are you talking about

09:51AM 4   middle from front to back or middle from side to side?

09:51AM 5   A.   Both ways.

09:51AM 6   Q.   What type of roof was on your attic?

09:51AM 7   A.   A shingle.

09:51AM 8   Q.   Was it a --

09:51AM 9   A.   Slate.  A slate roof was on the roof.

09:51AM 10  Q.   What was the shape of the roof?  Was it a flat roof or did

09:51AM 11  it go up --

09:51AM 12  A.   Pitched.

09:51AM 13  Q.   It was a pitched roof.

09:51AM 14          Where was the hole in terms of the pitched roof; was it

09:51AM 15  on --

09:51AM 16  A.   About two-foot from the pitch -- from the ridge.

09:51AM 17  Q.   Which side of the ridge?

09:51AM 18  A.   The left side.

09:51AM 19  Q.   And the left side --

09:51AM 20  A.   On the right side, if you stand in front the house, you're

09:51AM 21  in the attic.  It's on the left.

09:51AM 22  Q.   So the right side, if you're standing in front of the house?

09:51AM 23  A.   Yes.

09:52AM 24  Q.   And the left side if you're in the attic?

09:52AM 25  A.   Right.

09:52AM 1  Q.   And did you look out of the hole in your roof?

09:52AM 2  A.   Yes, I did.

09:52AM 3  Q.   What did you see?

09:52AM 4  A.   Darkness.

09:52AM 5  Q.   Did you see a barge?

09:52AM 6  A.   No.  Not then, I didn't.

09:52AM 7  Q.   When did you see a barge?

09:52AM 8  A.   I think that night when I looked and saw the water up as

09:52AM 9  high as the gutter.

09:52AM 10  Q.   From the hole in the left side of your house, that hole

09:52AM 11  faces what; the Claiborne Avenue bridge?

09:52AM 12  A.   Yes, it does.

09:52AM 13  Q.   It doesn't face Florida Avenue?

09:52AM 14  A.   No.  You can see Florida Avenue.

09:52AM 15  Q.   You can see Florida Avenue from the hole in your roof?

09:52AM 16  A.   If it was daylight, you could.

09:52AM 17  Q.   Okay.

09:52AM 18  A.   The hole was up high enough in the roof.

09:52AM 19  Q.   Say again.

09:52AM 20  A.   The hole was high enough to the ridge of the roof to see

09:52AM 21  everything.

09:52AM 22  Q.   You would have to climb out that hole to see Florida Avenue,

09:53AM 23  though, wouldn't you?

09:53AM 24  A.   No.

09:53AM 25  Q.   Can you explain that to us because that's a little

09:53AM 1   confusing.  You said that you made a hole on the left side of

09:53AM 2   your roof.

09:53AM 3   A.   Right.

09:53AM 4   Q.   And the left side of your house faces the Claiborne Avenue

09:53AM 5   bridge?

09:53AM 6   A.   Yes, sir.

09:53AM 7   Q.   How can you see Florida Avenue out of that hole?

09:53AM 8   A.   When you stand up, you can see everything.  You can see all

09:53AM 9   around the whole neighborhood.

09:53AM 10  Q.   You have to stick your head up out through the hole is what

09:53AM 11  you're saying, right?

09:53AM 12  A.   Yes, you would.

09:53AM 13  Q.   When you saw the barge, was your head out through the hole

09:53AM 14  or were you just looking through the hole?

09:53AM 15  A.   I was out the hole.

09:53AM 16  Q.   I'm sorry?

09:53AM 17  A.   I was out the hole.

09:53AM 18  Q.   Where were you?

09:53AM 19  A.   Standing up in the attic.

09:53AM 20  Q.   So part of your body was sticking up out of the hole?

09:53AM 21  A.   Yes.

09:53AM 22  Q.   Okay.  How long after you got in the attic did you stick

09:53AM 23  your body up out of the hole?

09:53AM 24  A.   When the water in the back door burst open.

09:53AM 25  Q.   When the water in the back door burst open.  What back door?

09:53AM 1   A.   The back door to my house.

09:53AM 2   Q.   The back door downstairs?

09:53AM 3   A.   Yes.

09:53AM 4   Q.   While you're in the attic?

09:54AM 5   A.   Yes.

09:54AM 6   Q.   How did you know the back door burst open?

09:54AM 7   A.   I wasn't in the attic then.  I was in the den.

09:54AM 8   Q.   So you went back down to the den is what you're saying?

09:54AM 9   A.   Well, I was in the den, then I went up and I cut a hole and

09:54AM 10  I come back down.

09:54AM 11  Q.   Let's go back over this again because it's getting even more

09:54AM 12  confusing.

09:54AM 13           The water is coming up the driveway, okay?

09:54AM 14  A.   Yes.

09:54AM 15  Q.   Let's go back there.  You panic?

09:54AM 16  A.   Yes.

09:54AM 17  Q.   You go up into the attic?

09:54AM 18  A.   No, I got the axe out the -- the water was coming down the

09:54AM 19  driveway, I run in my house.  I go up in the attic and I chop a

09:55AM 20  hole, and I come back down, and I sit in the living room drinking

09:55AM 21  beers.  Then the water bust the back door.

09:55AM 22  Q.   Can you see outside from your living room?

09:55AM 23  A.   I didn't go in the living room.

09:55AM 24  Q.   Where were you sitting drinking beer?

09:55AM 25  A.   In the den.

09:55AM  1   Q.   Can you see outside from the den?

09:55AM  2   A.   Yeah, but I had the storm shutters down.

09:55AM  3   Q.   So you couldn't see that night?

09:55AM  4   A.   I couldn't see nothing.

09:55AM  5        MR. GILBERT:  Pardon me, Your Honor, I'm missing a page

09:56AM  6   of something.  I'm looking for it.

09:56AM  7                          EXAMINATION

09:56AM  8   BY MR. GILBERT:

09:56AM  9   Q.   What was the barge doing when you saw it the first time?

09:56AM 10   A.   Sitting.

09:56AM 11   Q.   Was it moving?

09:56AM 12   A.   No, it was sitting.

09:56AM 13   Q.   Did you ever tell anybody that the barge was floating

09:56AM 14   sideways?

09:56AM 15   A.   It was landed sideways.

09:56AM 16   Q.   Did you ever tell anybody that the barge was a block of

09:56AM 17   steel coming at you riding sideways?

09:56AM 18   A.   I told you that, I think.

09:56AM 19   Q.   Are you telling me that now?

09:56AM 20   A.   No.

09:56AM 21        THE COURT:  When you say you told Mr. Gilbert that, was

09:56AM 22   that at a deposition?

09:56AM 23        THE WITNESS:  Yes, it was.

09:56AM 24        THE COURT:  Okay.

09:56AM 25                          EXAMINATION

09:56AM  1   BY MR. GILBERT:

09:57AM  2   Q.   All right.  Let me clarify something because I'm looking

09:57AM  3   here at the notes that are coming out of your testimony.  You've

09:57AM  4   just testified that you told me that the barge was like a block

09:57AM  5   of steel coming at you riding sideways; is that what you just

09:57AM  6   said?

09:57AM  7   A.   That's what you just said.

09:57AM  8   Q.   Okay.  Did you ever tell anybody that, "the barge was like a

09:57AM  9   block of steel coming at me riding sideways"?

09:57AM 10          MR. WEBB:  Your Honor, he's already answered this

09:57AM 11   question.

09:57AM 12          THE COURT:  I'm not quite sure.  I'm going to allow the

09:57AM 13   question.

09:57AM 14          MR. WEBB:  Yes, sir.

09:57AM 15          THE COURT:  We're going to get this.  Don't forget the

09:57AM 16   Court has read everything.

09:57AM 17          MR. WEBB:  Yes, sir.

09:57AM 18          THE COURT:  It's not clear to me what he's saying right

09:57AM 19   now --

09:57AM 20          MR. WEBB:  Yes, sir.

09:57AM 21          THE COURT:  -- other than -- and I've read all of the

09:57AM 22   depositions, and I kind of remember them pretty well.  So you can

09:57AM 23   go ahead.

09:57AM 24          MR. WEBB:  Yes, sir.

09:57AM 25                            EXAMINATION

09:57AM   1   BY MR. GILBERT:

09:57AM   2   Q.   Mr. Murph, did you ever tell anybody, "the barge was a block

09:57AM   3   of steel coming at me"?

09:57AM   4   A.   When I got up -- no.

09:57AM   5   Q.   Did you ever tell anybody that the barge was riding

09:58AM   6   sideways?

09:58AM   7   A.   I might have told you that.

09:58AM   8   Q.   Did you ever tell anybody else that?

09:58AM   9        THE COURT:  There you go.

09:58AM  10        THE WITNESS:  Everybody that was at the deposition.

09:58AM  11                       EXAMINATION

09:58AM  12   BY MR. GILBERT:

09:58AM  13   Q.   Did you ever tell anybody outside of the deposition that?

09:58AM  14   A.   No.

09:58AM  15        THE COURT:  Are you saying at the deposition you told

09:58AM  16   Mr. Gilbert the barge was riding sideways; is that what you're

09:58AM  17   saying, sir?

09:58AM  18        THE WITNESS:  I might have told him that.

09:58AM  19        THE COURT:  But was it riding sideways?

09:58AM  20        THE WITNESS:  No, I didn't see it riding no ways.

09:58AM  21        THE COURT:  All right.  So you're saying today, under

09:58AM  22   oath in this court now, that you did not see the barge moving or

09:58AM  23   riding sideways; is that correct?

09:58AM  24        THE WITNESS:  Right.

09:58AM  25        THE COURT:  And you may have said -- are you saying that

09:58AM 1    on another occasion you may have said something different?

09:58AM 2            THE WITNESS:  At the deposition I might have said

09:58AM 3    something different.

09:58AM 4            THE COURT:  What about over the telephone to someone

09:58AM 5    taking your statement; did you ever tell them something

09:58AM 6    different?

09:58AM 7            THE WITNESS:  I might have told them anything,

09:59AM 8    Your Honor.

09:59AM 9            THE COURT:  You might have done what?

09:59AM 10           THE WITNESS:  Told them anything.

09:59AM 11           THE COURT:  Well, that's interesting.  Go ahead.  Don't

09:59AM 12   tell anything here because you've got a real problem if you do.

09:59AM 13           THE WITNESS:  No, I'm telling you, Judge, the honest to

09:59AM 14   God truth here.

09:59AM 15           THE COURT:  Go ahead.

09:59AM 16                          EXAMINATION

09:59AM 17   BY MR. GILBERT:

09:59AM 18   Q.   Was the barge knocking houses down when you first saw it?

09:59AM 19   A.   I don't know.

09:59AM 20   Q.   Did you ever tell anybody that you saw the barge floating

09:59AM 21   sideways wiping houses out?

09:59AM 22   A.   I might have.

09:59AM 23   Q.   You might have?

09:59AM 24   A.   Yes.

09:59AM 25           MR. GILBERT:  Your Honor, I'm at a point where I can

09:59AM 1    demonstrate a number of inconsistencies in accord with

09:59AM 2    Federal Rule of Evidence 613, and if the Court perceives them, I

10:00AM 3    would offer and introduce Exhibit, which is the audio recording,

10:00AM 4    and play it here for Mr. Murph and question him on it.

10:00AM 5         THE COURT:  There have been glaring inconsistencies.

10:00AM 6         MR. GILBERT:  Thank you, Your Honor.

10:00AM 7         MR. WEBB:  Your Honor, we object to the introduction of

10:00AM 8    that exhibit because he's attempting to use -- a prior

10:00AM 9    inconsistent statement is only used to impeach a witness, and

10:00AM 10   Mr. Gilbert has been very carefully asking questions from the

10:00AM 11   statement trying to get an inconsistency from the statement --

10:00AM 12   rather, from the depositions to try to get that statement in.

10:00AM 13   And I object to that, Your Honor.

10:00AM 14        I have Fifth Circuit cases that say you can't have

10:00AM 15   a prior inconsistent statement admitted just to impeach the

10:00AM 16   witness -- I mean, it can only go to impeach the witness.  It

10:00AM 17   can't go for the truth of the statement.  He's trying to get it

10:00AM 18   in for the truth of the statement.

10:00AM 19        THE COURT:  Well, if it's the same line of cases I

10:01AM 20   looked at, certainly, if the -- this witness has relevant

10:01AM 21   knowledge, regardless of the inconsistencies.  He lived on

10:01AM 22   Jourdan Avenue and he was there during the storm.

10:01AM 23        But I think Mr. Webb is arguing that -- I think

10:01AM 24   you're arguing that the sole purpose of calling Mr. Murph cannot

10:01AM 25   be simply to get this what would normally be inadmissible

10:01AM 1    statement into evidence.

10:01AM 2         MR. WEBB:  That's correct, Your Honor.

10:01AM 3         MR. GILBERT:  Ideally, Mr. Murph says what's in the

10:01AM 4    statement.  The statement was taken just months after the events

10:01AM 5    that the statement concerns, but he hasn't -- and it's

10:01AM 6    inconsistent with his deposition testimony and inconsistent with

10:01AM 7    what he's saying here, also.

10:01AM 8         THE COURT:  Well, certainly, part of it is, although in

10:01AM 9    one of the depositions he said there was a boom, so his -- as I

10:01AM 10   recall.  But there is no question that this is inconsistent.  You

10:02AM 11   asked him did he see anything -- see the barge doing certain

10:02AM 12   things.  So tell me why, why this -- why he can't play that and

10:02AM 13   ask him if that was his statement.

10:02AM 14        MR. WEBB:  Your Honor, we have two sworn depositions,

10:02AM 15   one and two.

10:02AM 16        THE COURT:  I read them.

10:02AM 17        MR. WEBB:  And we have his statement.

10:02AM 18        THE COURT:  You also have this witness who said he would

10:02AM 19   say anything -- he might have said anything.  So, you know, that

10:02AM 20   doesn't endear -- the Court wants to get to the truth of this

10:02AM 21   matter, and the Court will.

10:02AM 22        MR. WEBB:  Yes, sir.

10:02AM 23        THE COURT:  The Court will not allow any kind of, shall

10:02AM 24   we say -- whatever, that we're going to get to the truth as best

10:02AM 25   we can, even though there might be three different versions of

10:02AM 1    it.  Go ahead.

10:02AM 2            MR. WEBB:  Yes, sir.  I understand.  And I'm not trying

10:02AM 3    to hide the truth.

10:02AM 4            THE COURT:  Right.

10:02AM 5            MR. WEBB:  The telephone statement that was taken does

10:03AM 6    not have a date on it.  The telephone statement was taken without

10:03AM 7    telling Mr. Murph that the telephone statement was being taken,

10:03AM 8    and we don't know whether he had had a couple beers when he was

10:03AM 9    talking with whoever he was talking to over the telephone.

10:03AM 10           But you add all of that up, it doesn't have the

10:03AM 11   support and the -- it's a weak document.  For that reason --

10:03AM 12           THE COURT:  Well, I'm going to overrule your objection

10:03AM 13   in part.  I'm going to -- let's -- because not all of the

10:03AM 14   statement is inconsistent.  Some parts of it are.

10:03AM 15           And the witness does have relevant knowledge as to

10:03AM 16   when the water came, the sounds that he heard and all of that,

10:03AM 17   independent of the statement which he's testified here under

10:03AM 18   oath.

10:03AM 19           MR. WEBB:  Yes, sir.

10:03AM 20           THE COURT:  But I am going to, if you want to, if you

10:03AM 21   want to impeach him on the discrete issues, you may.  In other

10:04AM 22   words, you may read or play the statement, but not the whole --

10:04AM 23   we're not going to hear the whole thing.  You're going to go

10:04AM 24   right to the part where he said about the -- first, establish

10:04AM 25   that he remembers giving a statement.

10:04AM  1                        EXAMINATION

10:04AM  2   BY MR. GILBERT:

10:04AM  3   Q.   Mr. Murph, do you remember in your deposition I showed you a

10:04AM  4   transcript of part of an interview that you gave to an attorney

10:04AM  5   by the name of Richard Joseph Guidry of the Cochran firm?

10:04AM  6   A.   Say that again.

10:04AM  7   Q.   Do you remember me producing for you a statement during your

10:04AM  8   deposition or at any time which is a written transcript of a

10:04AM  9   telephone call between you and Joseph Guidry of the Cochran law

10:05AM 10   firm?

10:05AM 11   A.   Do I remember you giving me something?

10:05AM 12   Q.   Do you remember making such a statement?

10:05AM 13   A.   I don't know.

10:05AM 14   Q.   Do you remember having a conversation with Joseph Guidry of

10:05AM 15   the Cochran law firm?

10:05AM 16   A.   Not really.

10:05AM 17   Q.   Do you remember having a conversation with any attorney at

10:05AM 18   the Cochran law firm?

10:05AM 19   A.   I may have.

10:05AM 20        THE COURT:   When you were at the deposition, the first

10:05AM 21   deposition you gave, did Mr. Gilbert show you the transcript of

10:05AM 22   part of a statement you might have made?  Did you look at it

10:05AM 23   then?

10:05AM 24        THE WITNESS:   I can't remember, Your Honor.

10:05AM 25        THE COURT:   You can't remember.  Okay.  Well, the Court

10:05AM 1    is going to remember for you.

10:05AM 2                    I'm going to allow you to do it.

10:05AM 3            MR. GILBERT:  Thank you.  Can we start the audio of 264

10:05AM 4    at 6 minutes, please.

10:06AM 5            MR. WEBB:  Counsel, could you favor me with a page and

10:06AM 6    line?

10:06AM 7            THE COURT:  And I'm going to have your objection noted

10:06AM 8    and made general, as your Motion in Limine made general, as well,

10:06AM 9    since you filed a motion and I deny it.  It's made general for

10:06AM 10   appellate purposes.  You have reserved.

10:06AM 11           MR. WEBB:  Your Honor, and, also, at the break, if

10:06AM 12   permissible, I would like to give the Court the memo that we have

10:06AM 13   in support of the argument that was made.

10:06AM 14           THE COURT:  Right.  You certainly may.

10:06AM 15           MR. WEBB:  Thank you.

10:06AM 16           THE COURT:  And it's the same, I think, line of cases

10:06AM 17   that the Court has looked at about the Fifth Circuit law.  I find

10:06AM 18   it's not the primary purpose he called him because there was

10:06AM 19   sufficient relevant knowledge notwithstanding the statement that

10:06AM 20   he's already given.

10:06AM 21           MR. GILBERT:  And, Your Honor, I would object to another

10:06AM 22   memo coming in.  The Court has already ruled on this issue.

10:06AM 23           THE COURT:  I'm going to allow memorandums to come in.

10:06AM 24   For the record, I think counsel is entitled to that.  And this

10:06AM 25   Court, when I get this many permutations, we're going to have all

10:07AM 1   of them to look at.

10:07AM 2             Because we would like this to be done with some

10:07AM 3   precision, do you need a few minutes to get this hooked up, or

10:07AM 4   are you ready to go?

10:07AM 5             MR. GILBERT:  A moment.

10:07AM 6             MR. WEBB:  Your Honor, if I could have a brief minute.

10:07AM 7             THE COURT:  Oh, you want a recess?  We're going to do a

10:07AM 8   10-minute recess.

10:07AM 9             MR. GILBERT:  Let the technical issues be worked out.

10:07AM 10            THE COURT:  You may.

10:07AM 11            MR. GILBERT:  Thank you, sir.

10:07AM 12            Your Honor, could we just ask that the witness

10:07AM 13  speak with nobody, speak with no attorneys?

10:07AM 14            THE COURT:  Yes, you're instructed not to speak to

10:07AM 15  anyone.

10:07AM 16            (WHEREUPON, at this point in the proceedings, a brief

10:07AM 17  recess was taken.)

10:23AM 18            THE DEPUTY CLERK:  All rise, please.

10:24AM 19            Court is in session.  Please be seated.

10:24AM 20            THE COURT:  And just to note, in posttrial briefing the

10:24AM 21  Court will be interested in what effect, if any, I can give to

10:24AM 22  certain testimony under these circumstances.

10:24AM 23            So I understand the import of the memorandum.  I

10:24AM 24  glanced at it.  You have not gotten to look at it.  So that will

10:24AM 25  be an issue for posttrial briefs.

10:24AM  1          Go ahead, sir.

10:24AM  2          MR. GILBERT:  If we could play the audio, and we're also

10:24AM  3   going to display the written at the same time.

10:24AM  4          THE COURT:  By the way, just to let everyone know, the

10:24AM  5   Court has read -- has listened to the entire statement.  And the

10:24AM  6   part that was not redacted, a lot of it is just chatter and not

10:24AM  7   really related to the event.

10:24AM  8          MR. GILBERT:  And we're not going to go into it since

10:25AM  9   it's of no interest.

10:26AM 10          (Whereupon, at this point in the proceedings, the

10:26AM 11   audiotaped statement of Mr. Murph was played as follows:)

02:34PM 12   A.   So I'm out in the garage and I'm checking on, you know,

02:34PM 13   trying to fire up the generator and get these extension cords and

02:35PM 14   everything together.

02:35PM 15   Q.   Uh-huh.

02:35PM 16   A.   And I heard the big scraping sound, you know.  You know, it

02:35PM 17   was just an er, er, er, you know.  I said, What the hell that is?

02:35PM 18   So me and the dog is outside in the garage.

02:35PM 19   Q.   Right.

02:35PM 20   A.   So I started here heading toward the garage -- I mean the

02:35PM 21   front of the house to see what that noise was.  By the time I got

02:35PM 22   midway in the driveway I heard a big boom sound.  Boom.  So I

02:35PM 23   start to walk a little quicker toward the front.  Because my

02:35PM 24   driveway -- my garage is in the backyard by the apartment, you

02:35PM 25   know, we had in the back.  Shit, by the time I got about

02:35PM 1   three-quarters of the way to the front of the house there's

02:35PM 2   two-foot waves of water met me.  And I turned around -- me and

02:36PM 3   the dog turned around and we ran back to the back of the house.

02:36PM 4   Q.   Uh-huh.

02:36PM 5   A.   Because I knew what done happened when I heard the big boom

02:36PM 6   sound.  Boom.  But I didn't know what it was.

02:36PM 7   Q.   It was a boom like an explosion or just breaking of the

02:36PM 8   concrete and the steel levee -- I mean parts of the levee?

02:36PM 9   A.   It didn't sound like no explosion or anything.  It just

02:36PM 10  sound like a wreck, you know.

02:37PM 11  Q.   Like a big break, right, right, right.

02:37PM 12  A.   Yeah.

02:37PM 13  Q.   Do you think -- I mean, based on that, do you think it was

02:37PM 14  the sound of the barge crashing through?

02:37PM 15  A.   I know it the sound of the barge after I -- when I -- after

02:37PM 16  I had climbed in my attic and chopped a hole in the attic.

02:37PM 17  Q.   Right.

02:37PM 18  A.   Because the water was rising real, real fast.

02:37PM 19  Q.   Right.

02:37PM 20  A.   And I chopped me a hole in the attic, you know.

02:37PM 21  Q.   And let me ask you this question, though:  Before that had

02:37PM 22  happened, had the water been -- the water was not, like, flooding

02:37PM 23  over the levee when you went out --

02:37PM 24  A.   It wasn't over the top.  Like I told you when I went over

02:37PM 25  there and looked to see how high it was.

| | | |
|---|---|---|
| 02:37PM | 1 | Q.   Uh-huh. |
| 02:37PM | 2 | A.   When it was about a foot, maybe a foot and a half. |
| 02:38PM | 3 | Q.   Now, was the barge there when you saw it? |
| 02:38PM | 4 | A.   I didn't pay no mind to look down there. |
| 02:38PM | 5 | Q.   Okay.  All right. |
| 02:38PM | 6 | A.   I just looked toward the Claiborne bridge, and I was looking |
| 02:38PM | 7 | to see because the lights was shining there. |
| 02:38PM | 8 | Q.   Uh-huh. |
| 02:38PM | 9 | A.   And I could see the water splashing.  It was splashing and |
| 02:38PM | 10 | popping over the top of the levee. |
| 02:38PM | 11 | Q.   Right. |
| 02:38PM | 12 | A.   But it wasn't, you know, water just running constantly over |
| 02:38PM | 13 | the top.  From the wind and everything blowing, you know, you get |
| 02:38PM | 14 | the little wakes, you get a little breezing and splashing and |
| 02:38PM | 15 | hitting the wall. |
| 02:38PM | 16 | Q.   Okay. |
| 02:38PM | 17 | A.   It was sprinkling over the top. |
| 02:38PM | 18 | Q.   But it wasn't, like, flowing over the top enough to erode |
| 02:38PM | 19 | the whole levee system like they're claiming? |
| 02:38PM | 20 | A.   No.  No.  No.  No.  No.  Unh-unh (negative response).  It |
| 02:39PM | 21 | was up high.  It was up high on the concrete wall. |
| 02:39PM | 22 | Q.   Right. |
| 02:39PM | 23 | A.   And, you know, as high as I ever saw it, you know.  But it |
| 02:39PM | 24 | wasn't flowing over the top, you know, constantly. |
| 02:39PM | 25 | Q.   Right. |

02:39PM 1    A.   It was just the water was flowing back and forth.   You know,

02:39PM 2    with the wind blowing and everything, it was splashing up against

02:39PM 3    it and spraying over the top.

02:39PM 4    Q.   And the sound that you were hearing with -- the grinding

02:39PM 5    sound, you believe that was the barge grinding against --

02:39PM 6    A.   I know it was the barge just dragging against the wall.   And

02:39PM 7    then the water was running, you know, flowing back and forth with

02:39PM 8    the wake, you know, and everything.

02:39PM 9    Q.   Right.

02:39PM 10   A.   It was bumping up against the wall.

02:39PM 11   Q.   Yeah.

02:39PM 12   A.   But I never looked that way, you know.

02:39PM 13   Q.   And you think -- I mean, it looks like it probably broke

02:39PM 14   that wall that's on top and then --

02:39PM 15   A.   No probably my ass.   It bust that wall.

02:40PM 16   Q.   Yeah.   And that's what --

02:40PM 17   A.   That water came through too quick.

02:40PM 18   Q.   And once the water started coming through, it probably just

02:40PM 19   made a big old hole.   I mean, the force of the water just --

02:41PM 20   A.   Sunday night --

02:41PM 21   Q.   This flood which started happening Sunday night --

02:41PM 22        MR. WEBB:  You Honor --

10:30AM 23        THE COURT:  Mr. Gilbert --

10:30AM 24        MR. GILBERT:  Stop.

10:30AM 25        THE COURT:  I'll let you play what you want, but right

10:30AM 1    now we stopped it because it seems to have covered the areas that

10:30AM 2    I regarded as --

10:30AM 3            MR. GILBERT:  There will be some more depending on the

10:30AM 4    arising of other possible --

10:30AM 5            THE COURT:  Mr. Webb, you had --and I'll let you play

10:30AM 6    whatever -- you know, if you want to play something, subject to

10:30AM 7    your objection, you may, sir.

10:30AM 8            MR. WEBB:  Judge, I was just going to say it was

10:30AM 9    starting to get a little bit past where --

10:30AM 10           THE COURT:  I agree.  And I was going to sustain your

10:30AM 11   objection.  Go ahead.

10:30AM 12           MR. WEBB:  Thank you, Judge.

10:30AM 13                            EXAMINATION

10:30AM 14   BY MR. GILBERT:

10:30AM 15   Q.   Mr. Murph, do you recognize your voice on that recording?

10:30AM 16   A.   Yes, I do.

10:30AM 17   Q.   Is that you?

10:30AM 18   A.   Sound like me.

10:30AM 19   Q.   Do you remember that phone call?

10:30AM 20   A.   That was a phone call?

10:30AM 21   Q.   Do you remember saying those words?

10:30AM 22   A.   I might have.

10:30AM 23   Q.   Were you telling the truth?

10:30AM 24   A.   Pretty much.

10:30AM 25   Q.   Were you lying about anything?

10:31AM  1   A.   I don't have no reason to lie.

10:31AM  2   Q.   Were you telling the truth?

10:31AM  3   A.   Pretty much.

10:31AM  4   Q.   So pretty much means yes, you were telling the truth?

10:31AM  5        MR. WEBB:  Your Honor, I object to the form of the

10:31AM  6   question.

10:31AM  7        THE COURT:  Let me ask it.  Was there anything that was

10:31AM  8   just played on the -- shown on the screen or you heard that you

10:31AM  9   thought may have not been accurate?

10:31AM 10        THE WITNESS:  It was pretty much, pretty much right.  I

10:31AM 11   don't know about the timing, though, on it.

10:31AM 12        THE COURT:  Okay.

10:31AM 13                          EXAMINATION

10:31AM 14   BY MR. GILBERT:

10:31AM 15   Q.   All right.  You said the barge busted the levee, correct?

10:31AM 16   A.   I said it sounded like.

10:31AM 17        MR. WEBB:  Your Honor --

10:31AM 18        THE COURT:  Yes, sir.  Do you want to make an objection,

10:31AM 19   Mr. Webb?

10:31AM 20        MR. WEBB:  The witness corrected it.  Mr. Gilbert is

10:31AM 21   taking stuff and selectively dropping words out.

10:31AM 22        THE COURT:  Well, I understand he did not see the barge

10:31AM 23   burst or impair the levee.  He heard sounds.  According to

10:32AM 24   this --

10:32AM 25        MR. WEBB:  Right.

10:32AM  1          THE COURT:  -- heard sounds.  We've got the -- I

10:32AM  2  understand what he perceived, at least in this statement.

10:32AM  3                      EXAMINATION

10:32AM  4  BY MR. GILBERT:

10:32AM  5  Q.    Okay.  Now, back to you on the roof.  At some point you left

10:32AM  6  your roof; am I correct?

10:32AM  7  A.    Yes.

10:32AM  8  Q.    Where did you go?

10:32AM  9  A.    Next door.

10:32AM 10  Q.    Whose house was next door?

10:32AM 11  A.    My neighbor's.

10:32AM 12  Q.    What's your neighbor's name?

10:32AM 13  A.    Oh, I can't remember their name.

10:32AM 14  Q.    Was it Joyce?

10:32AM 15  A.    Yes, yes, it was Joyce.

10:32AM 16  Q.    Did you tell Joyce that the water that was there right

10:32AM 17  now -- right then, rather, was from the barge because this storm

10:32AM 18  hasn't even come yet?

10:33AM 19  A.    I can't remember what I told Joyce.

10:33AM 20  Q.    The events that you've described so far, did you ever tell

10:33AM 21  anybody that they happened before the storm even passed?

10:33AM 22  A.    Like I say, it was that Sunday night.  That's when all of

10:33AM 23  this happened.

10:33AM 24  Q.    Do you remember the eye of the storm?

10:33AM 25  A.    No.

10:33AM  1    Q.    When did the storm really get bad?

10:33AM  2    A.    It was late.  I don't know -- I thought it was late, late

10:34AM  3    that night.

10:34AM  4    Q.    What night?

10:34AM  5    A.    Sunday night.

10:34AM  6    Q.    Did the storm get worse after you saw the barge?

10:34AM  7    A.    Yes, it did.

10:35AM  8              MR. GILBERT:  Your Honor, if I may, I would like to

10:35AM  9    display -- we can skip the audio for now, but I would like to

10:35AM 10    display page 24 of Exhibit 264 concerning the timing, the

10:35AM 11    sequence of when he saw the barge versus the Katrina events

10:35AM 12    because it will be relevant later on in this case.

10:35AM 13              THE COURT:  I'm going to, subject to the objection

10:35AM 14    previously heard that's made general, allow it.

10:35AM 15              MR. GILBERT:  Can you show me page 24.

10:35AM 16                                EXAMINATION

10:35AM 17    BY MR. GILBERT:

10:36AM 18    Q.    Just for the record, we're showing page 24 of the written

10:36AM 19    transcript that's contained in Exhibit 264.  And I'm going to

10:36AM 20    direct you, Mr. Murph, to line 21 down at the bottom, where it

10:36AM 21    says, "Yeah, that -- um, y'all ain't seen the worst of it yet.

10:36AM 22    This is just god damn water that come up from that barge.  I say

10:36AM 23    the hurricane has yet to come tomorrow."  Was that accurate --

10:36AM 24    A.    Yes.

10:36AM 25    Q.    -- when you made that statement?

10:36AM 1    A.    Yes.

10:36AM 2    Q.    Okay.

10:36AM 3          MR. WEBB:  What line was that?

10:36AM 4          MR. GILBERT:  21 through 24.

10:37AM 5          THE COURT:  Can you remove that now, Mr. Gilbert?

10:37AM 6          MR. GILBERT:  Yes, sir.

10:37AM 7                          EXAMINATION

10:37AM 8    BY MR. GILBERT:

10:37AM 9    Q.    Mr. Murph, it's true that you've reached a settlement with

10:37AM 10   Lafarge North America; is it not?

10:37AM 11   A.    Yes.

10:37AM 12   Q.    And you know that there are certain confidentiality

10:37AM 13   provisions in that settlement, correct?

10:37AM 14   A.    Yes.

10:37AM 15         MR. WEBB:  Your Honor, I object to this entire line of

10:37AM 16   questioning.  It's irrelevant.

10:37AM 17         THE COURT:  Overruled.

10:37AM 18         MR. GILBERT:  Just for the record, I understand the

10:37AM 19   Court has overruled it, but just so the record is clear I'm

10:38AM 20   trying to show bias and prejudice under 408.

10:38AM 21         THE COURT:  Hopefully, the Court will be able to discern

10:38AM 22   that.

10:38AM 23         MR. GILBERT:  I hope so.  I trust it.

10:38AM 24              I want to bring up Exhibit 236, please.  That's not

10:38AM 25   it.  That's not what I'm looking for.

10:38AM 1          THE COURT:  Is that what you were looking for?

10:38AM 2          MR. GILBERT:  I'm sorry.  I need -- may I have

10:39AM 3   Exhibit 272, please.  I want to scroll down.  Is that all there

10:39AM 4   is of 272?  I want to scroll down to the affidavit at the end of

10:40AM 5   that exhibit, please.

10:40AM 6                            EXAMINATION

10:40AM 7   BY MR. GILBERT:

10:40AM 8   Q.   Mr. Murph, do you recognize the document up on the screen?

10:40AM 9   A.   Yes.

10:40AM 10  Q.   Do you know what it is?  Can we show the entire document,

10:40AM 11  please.

10:40AM 12          Do you know what it is?

10:40AM 13  A.   It says affidavit.

10:40AM 14  Q.   Do you know what an affidavit is?

10:40AM 15  A.   Not really.

10:40AM 16  Q.   Is that your signature at the bottom?

10:40AM 17  A.   Yes, it is.

10:40AM 18  Q.   Did you give -- did you tell anybody what to say in this

10:41AM 19  affidavit?

10:41AM 20  A.   Did I tell anybody what to say?  No.

10:41AM 21  Q.   Where did this affidavit come from?

10:41AM 22  A.   I can't remember.

10:41AM 23  Q.   Is that your signature at the bottom?

10:41AM 24  A.   Yes, it is.

10:41AM 25  Q.   Was this affidavit part of the settlement agreement with

10:41AM 1   Lafarge?

10:41AM 2   A.   I don't remember.

10:41AM 3   Q.   Do you see the part at the bottom of -- I'm going to make a

10:41AM 4   mark on it -- I don't think I'm able to make a mark on it --

10:41AM 5   there it is.  Do you see the purple mark?

10:42AM 6   A.   Yes.

10:42AM 7   Q.   When Ingram's barge 4727 was swept through a breach in the

10:42AM 8   Industrial Canal floodwall; do you see that part?

10:42AM 9   A.   Yes, I do.

10:42AM 10  Q.   Did you tell them to put that there, whoever typed up this

10:42AM 11  affidavit?

10:42AM 12  A.   I didn't tell nobody anything.

10:42AM 13  Q.   So you didn't say that happened, did you?

10:42AM 14  A.   No.

10:42AM 15  Q.   Why did you sign this affidavit?

10:42AM 16  A.   I signed it for -- I can't remember who did I sign that for.

10:42AM 17       THE COURT:  We couldn't hear you, Mr. Murph.  Would you

10:42AM 18  just repeat why you signed it, sir?

10:42AM 19       THE WITNESS:  I signed it because me and my wife was

10:42AM 20  together and she said it's okay.

10:42AM 21                         EXAMINATION

10:42AM 22  BY MR. GILBERT:

10:42AM 23  Q.   Was your wife with you during the time of Katrina?

10:42AM 24  A.   Yes, she was.

10:42AM 25  Q.   She was at the house with you?

10:43AM 1    A.    No.

10:43AM 2    Q.    That's what I want to make sure.  She was in the hotel the

10:43AM 3    whole time that the --

10:43AM 4    A.    Right.

10:43AM 5    Q.    -- the whole time that you were at home and the boom and the

10:43AM 6    water and all that happened, correct?

10:43AM 7    A.    I was home alone.

10:43AM 8    Q.    Okay.

10:43AM 9          Has Lafarge told you what to say or not say in this

10:43AM 10   case?

10:43AM 11   A.    No.

10:43AM 12   Q.    But is it your understanding that there are certain things

10:43AM 13   that you can't say about the settlement?

10:43AM 14   A.    Yes.

10:43AM 15   Q.    Does that affect your ability to testify in this case?

10:43AM 16   A.    Not when it comes to the law.

10:43AM 17   Q.    I'm sorry?

10:43AM 18   A.    Not when it comes to this.

10:43AM 19   Q.    By this you mean what?  What you've said here so far today,

10:43AM 20   is that what you mean?

10:43AM 21   A.    Yeah.

10:43AM 22   Q.    Were there times during your depositions that you felt that

10:43AM 23   you were unable to answer questions because you might lose your

10:44AM 24   house?

10:44AM 25         MR. WEBB:  Your Honor, I object to the relevancy of

10:44AM 1   this.  He's got to lay a foundation for it.  He can't just come

10:44AM 2   out of left field with this.

10:44AM 3        THE COURT:  I'm going to allow the question in general.

10:44AM 4        THE WITNESS:  What was the question again?

10:44AM 5                         EXAMINATION

10:44AM 6   BY MR. GILBERT:

10:44AM 7   Q.   Were there times during your deposition that you felt that

10:44AM 8   you couldn't answer questions because you might lose your house?

10:44AM 9   A.   Not really, but things was a little shaky.

10:44AM 10  Q.   What do you mean when you say they were shaky?

10:44AM 11  A.   Because of some things, but I wasn't really afraid that I

10:44AM 12  was going to lose my house.

10:44AM 13  Q.   Do you know what a collateral mortgage is?

10:44AM 14  A.   No.

10:44AM 15  Q.   I want to bring up Exhibit 271, please.  And let's expand at

10:45AM 16  least the top part of it.

10:45AM 17        Do you recognize the document that's in front of you?

10:45AM 18  A.   Yes, I do.

10:45AM 19  Q.   And you recognize that it's an act of collateral mortgage

10:45AM 20  based upon the title of the thing right there?

10:45AM 21  A.   That what?

10:45AM 22  Q.   You recognize that it's an act of collateral mortgage based

10:45AM 23  upon the title of the thing on the left, right?

10:45AM 24  A.   Right.

10:45AM 25  Q.   And you've seen this document before?

10:45AM 1   A.   Yes.

10:45AM 2   Q.   But you don't know what it is; is that correct?

10:45AM 3   A.   Right.

10:45AM 4        THE COURT:  A lot of people taking the bar have

10:46AM 5   difficulty defining a collateral mortgage.

10:46AM 6        MR. WEBB:  Your Honor, I believe that's on code three.

10:46AM 7        THE COURT:  That's exactly right.

10:46AM 8        MR. WEBB:  Which, as former chair of the committee on

10:46AM 9   bar admissions, has a very low pass rate.

10:46AM 10       THE COURT:  I can certainly understand that, sir.

10:46AM 11       MR. GILBERT:  Let's go to what is page 2 of that

10:46AM 12  ten-page document.  Let's --

10:46AM 13            I'm not able to adjust the zoom from here, am I?

10:46AM 14       THE COURT:  The zoom would have to be -- it's from the

10:47AM 15  assistance person who is ready to do it.

10:47AM 16       MR. GILBERT:  Can you zoom in on section 1 that says

10:47AM 17  comments.  It's up at the top.

10:47AM 18       THE COURT:  1.1.

10:47AM 19       MR. GILBERT:  All of the sections, 1.1.  There you go.

10:47AM 20                        EXAMINATION

10:47AM 21  BY MR. GILBERT:

10:47AM 22  Q.   Do you understand what is written there?  And it's on your

10:47AM 23  screen.

10:47AM 24  A.   Not really.

10:47AM 25  Q.   Why did you sign this --

10:47AM  1            Well, let's go to the last page.  Let's go to the

10:47AM  2   signature page of that document, which is going to be page 4 of

10:48AM  3   that -- nope, page 4 --

10:48AM  4            THE COURT:  That's it.

10:48AM  5                         EXAMINATION

10:48AM  6   BY MR. GILBERT:

10:48AM  7   Q.   Okay.  Do you recognize your signature on that page?

10:48AM  8   A.   Yes, I do.

10:48AM  9   Q.   Why did you sign it?

10:48AM 10   A.   Because my wife said it's okay to sign.

10:48AM 11   Q.   Did you pay -- this pertains to Berkley Drive, doesn't it?

10:48AM 12   A.   I didn't read none of that stuff.  My wife said it's okay to

10:48AM 13   sign, and I signed.

10:48AM 14            MR. GILBERT:  Let's go back to the first page of it.

10:48AM 15            THE COURT:  Mr. Murph has confirmed that we are not only

10:48AM 16   emerging, we have emerged into a matriarchal society.

10:48AM 17            MR. GILBERT:  I want to go down probably about

10:49AM 18   50 percent.  I mean, scroll down about 50 percent.

10:49AM 19            MR. BEST:  Go a little further to where -- doesn't it

10:49AM 20   describe property?

10:49AM 21            MR. GILBERT:  I'm looking for the property description

10:49AM 22   that it's on.

10:49AM 23            THE COURT:  That would be under "the following described

10:49AM 24   immovable property" --

10:49AM 25                         EXAMINATION

10:49AM 1  BY MR. GILBERT:

10:49AM 2  Q.   Do you see that part, Mr. Murph?  Do you see that that

10:49AM 3  pertains to your house, 105 Berkley Drive?

10:49AM 4  A.   Yes.

10:49AM 5  Q.   Do you see that you are acknowledging a $250,000 debt in

10:50AM 6  this collateral mortgage?

10:50AM 7  A.   I see it now.

10:50AM 8  Q.   How did you pay for the house on Berkley Drive?

10:50AM 9  A.   With a check.

10:50AM 10  Q.   Did you write that check?

10:50AM 11  A.   No, I didn't.

10:50AM 12  Q.   Did you pay the entire price for the house at one time?

10:50AM 13  A.   Yes, I did.

10:50AM 14  Q.   So do you own that house outright?

10:50AM 15  A.   No.

10:50AM 16  Q.   Why not?

10:50AM 17  A.   I do now.

10:50AM 18  Q.   Why didn't you at the time?

10:50AM 19  A.   Where am I going to get $250,000 from?

10:50AM 20  Q.   I'm sorry, sir?

10:50AM 21  A.   Huh?

10:50AM 22  Q.   I'm sorry, sir?  Could you repeat your answer?

10:50AM 23          THE COURT:  He said where am I going to be getting

10:50AM 24  $250,000 from.

10:50AM 25                Is that what you said?

10:50AM 1          THE WITNESS:  That's exactly what I said.

10:51AM 2                          EXAMINATION

10:51AM 3    BY MR. GILBERT:

10:51AM 4    Q.   Pull up 267, please.  Let me get rid of these things.

10:51AM 5          Mr. Murph, what does that in that circle mean?

10:51AM 6    A.   It's paid for.

10:51AM 7    Q.   It means it's paid for.  It means that there's no -- you're

10:51AM 8    not paying notes on that house of any type, right?

10:51AM 9    A.   No.

10:51AM 10   Q.   You didn't have to pay any notes on that house at any time,

10:51AM 11   did you?

10:51AM 12   A.   No.

10:51AM 13   Q.   That house was yours once you went through the acts of

10:52AM 14   signing these documents, right?

10:52AM 15   A.   Right.

10:52AM 16   Q.   Did you know why anybody held a mortgage over that house?

10:52AM 17   A.   No.

10:52AM 18   Q.   Did you ask anybody?

10:52AM 19   A.   No.

10:52AM 20   Q.   Did anybody tell you why there was going to be a mortgage on

10:52AM 21   your house?

10:52AM 22   A.   No.

10:52AM 23   Q.   Did they tell -- anybody tell you that your home could be

10:52AM 24   taken from you under that mortgage?

10:52AM 25   A.   Yes.

10:52AM 1   Q.   Did they tell you why anyone -- who told you that, first of

10:52AM 2   all?

10:52AM 3   A.   At the place where we went and signed for the -- for the

10:52AM 4   house.

10:52AM 5   Q.   My question is who told you that?

10:52AM 6   A.   I can't remember.

10:52AM 7   Q.   Was it any of the attorneys at the table over here?

10:52AM 8   A.   I'm not good at faces either.

10:52AM 9   Q.   Do you want to look closer?  Do you actually want to look

10:53AM 10  closer at these gentlemen?

10:53AM 11  A.   I can see them from here.

10:53AM 12  Q.   So you can't identify today the person who told you that

10:53AM 13  they could -- let's make sure that I have it clear.  Who told you

10:53AM 14  that they could take your house?

10:53AM 15  A.   When we was at the meeting, whatever that -- wherever we was

10:53AM 16  at, in the high-rise building, he told me.

10:53AM 17  Q.   What building was that?

10:53AM 18  A.   I can't remember the building.  It's one of these buildings

10:53AM 19  downtown down here.

10:53AM 20  Q.   Was it at a law firm?

10:53AM 21  A.   I guess it was a law firm.

10:53AM 22  Q.   Was it in at a law firm named Chaffe, McCall?

10:53AM 23  A.   May have.

10:54AM 24  Q.   Did your wife ever explain to you what the effect of the

10:54AM 25  collateral mortgage was?

10:54AM 1   A.   No.

10:54AM 2   Q.   Did you ever tell anybody that Lafarge was trying to put a

10:54AM 3   gag order on you?

10:54AM 4   A.   No.

10:54AM 5   Q.   Were you ever concerned that they could sue you for talking

10:54AM 6   about what you saw during Katrina?

10:54AM 7   A.   When we started that deposition stuff, yeah.

10:55AM 8   Q.   I would like to call up page 44 of --

10:55AM 9        THE COURT:  Is this a part of the statement that has

10:55AM 10  been given to Lafarge?

10:55AM 11       MR. GILBERT:  They have the entirety.

10:55AM 12       THE COURT:  They have the entire --

10:55AM 13       MR. GILBERT:  They have the entire audio and the entire

10:55AM 14  written.

10:55AM 15       THE COURT:  In other words, it's not a part of the

10:55AM 16  unredacted portion?

10:55AM 17       MR. GILBERT:  No, correct, it's part of the entire

10:55AM 18  statement.

10:55AM 19       THE COURT:  Okay.

10:55AM 20       MR. GILBERT:  Page 24.

10:55AM 21                          EXAMINATION

10:55AM 22  BY MR. GILBERT:

10:56AM 23  Q.   Do you see up at the top where I've marked with green?

10:56AM 24  A.   Yes, I do.

10:56AM 25  Q.   You did say that, didn't you?

10:56AM  1   A.    Yes.

10:56AM  2   Q.    Did your wife ever express any concern to you that if you

10:57AM  3   told your story Lafarge would take the house?

10:57AM  4   A.    She spoke something about it.

10:57AM  5   Q.    Did that have any effect on you?

10:57AM  6   A.    No, because I wasn't going to say anything to anybody.

10:57AM  7   Q.    I want to get you back to the barge for just a couple of

10:57AM  8   seconds.  Did you ever go on the barge?  Did you ever go on the

10:58AM  9   barge?

10:58AM 10   A.    Yes, I did.

10:58AM 11   Q.    Did you look inside?

10:58AM 12   A.    Yes.

10:58AM 13   Q.    What did you see?

10:58AM 14   A.    Some gray stuff.

10:58AM 15   Q.    Some what?

10:58AM 16   A.    Some gray stuff.

10:58AM 17   Q.    How much of it?

10:58AM 18   A.    Not much.  It was almost empty.

10:58AM 19   Q.    Did you notice how high the barge was floating?

10:58AM 20   A.    Yes, I did.

10:58AM 21   Q.    What would you say?  And I understand you're just guessing,

10:58AM 22   but what would you say?

10:58AM 23   A.    What, how high it was floating?

10:58AM 24         THE COURT:  Excuse me, sir, when you say floating --

10:58AM 25                         EXAMINATION

10:58AM 1  BY MR. GILBERT:

10:58AM 2  Q.   Above the waterline.  Well, above the water.  How much barge

10:58AM 3  was exposed above the water?

10:58AM 4       MR. WEBB:  Judge, he hadn't established whether the

10:58AM 5  barge was on land or in the water.

10:58AM 6       THE COURT:  Yes, I think we need to establish -- I

10:58AM 7  agree.

10:58AM 8                        EXAMINATION

10:58AM 9  BY MR. GILBERT:

10:58AM 10  Q.   You've already acknowledged that you saw the barge floating,

10:58AM 11  correct?

10:58AM 12  A.   Yes.

10:58AM 13  Q.   It was floating around wiping out houses.  That was the

10:58AM 14  gist --

10:58AM 15  A.   No, it wasn't.

10:58AM 16  Q.   -- of your testimony.

10:58AM 17       MR. WEBB:  I object to the form of the question,

10:58AM 18  Your Honor.

10:58AM 19       THE COURT:  Let's go back.  It's sometimes best to leave

10:59AM 20  certain things alone and go back.  When he saw the barge, it was

10:59AM 21  on land, correct?  Where was it when he saw it first?

10:59AM 22                        EXAMINATION

10:59AM 23  BY MR. GILBERT:

10:59AM 24  Q.   You saw the barge while it was still floating, didn't you?

10:59AM 25  A.   Yes, I did.

10:59AM 1    Q.   And how high was it up out of the water, if you can take --

10:59AM 2    approximately, if you can take a guess?

10:59AM 3               THE COURT:  I got you.

10:59AM 4               THE WITNESS:  I guess, about 12 -- 12, 13 feet.

10:59AM 5                         EXAMINATION

10:59AM 6    BY MR. GILBERT:

10:59AM 7    Q.   Did you speak with any attorneys before coming here today?

10:59AM 8    A.   No.

10:59AM 9    Q.   Have you had any contact with the attorneys at defense table

10:59AM 10   or any other attorneys associated with Lafarge or any of their

10:59AM 11   insurers, let's say, since your deposition in January of 2008?

10:59AM 12   A.   I haven't talked with anybody that's in this courtroom

10:59AM 13   before I got here.  The only person I spoke with was Richthofen.

10:59AM 14   Q.   Did you meet with him in preparation for giving this

11:00AM 15   testimony?

11:00AM 16   A.   Yes, I did.

11:00AM 17   Q.   Why did you meet with an attorney before coming here today?

11:00AM 18   A.   To ask him was it okay.

11:00AM 19   Q.   Did you speak with any attorneys from Lafarge before you

11:00AM 20   gave any of your deposition testimony?

11:00AM 21   A.   I don't think.

11:00AM 22   Q.   But you might have?

11:00AM 23   A.   Say what?

11:00AM 24   Q.   But you might have?

11:00AM 25   A.   I might have.  I don't know.

| | | |
|---|---|---|
| 11:00AM | 1 | THE COURT:  Just for record, did we get the attorney's |
| 11:00AM | 2 | last name that you spoke to, Rick -- |
| 11:00AM | 3 | THE WITNESS:  Rick Richthofen. |
| 11:00AM | 4 | MR. GILBERT:  Rick Richthofen. |
| 11:00AM | 5 | EXAMINATION |
| 11:00AM | 6 | BY MR. GILBERT: |
| 11:00AM | 7 | Q.  So you spoke with Mr. Richthofen because you're still not |
| 11:01AM | 8 | sure whether you could talk about this case; is that correct? |
| 11:01AM | 9 | A.  Right. |
| 11:01AM | 10 | Q.  Mr. Murph, do you know if anybody ever called your wife and |
| 11:01AM | 11 | scared her about having the house taken away? |
| 11:01AM | 12 | A.  No, I don't know. |
| 11:01AM | 13 | THE COURT:  This horse is about to end being beaten, |
| 11:02AM | 14 | sir. |
| 11:02AM | 15 | MR. GILBERT:  I think so.  Tender.  Reserve rights. |
| 11:02AM | 16 | Actually, Your Honor, I'd like to move the written |
| 11:02AM | 17 | transcript and the audio into evidence as 264, as well as the |
| 11:02AM | 18 | Google -- I don't know what you call this -- drawing map and the |
| 11:02AM | 19 | Google satellite photo map that we used earlier.  And we can add |
| 11:02AM | 20 | an exhibit number to these or we could just include them en globo |
| 11:02AM | 21 | as one of the exhibits associated with Mr. Murph's testimony, |
| 11:02AM | 22 | whichever best pleases the Court. |
| 11:02AM | 23 | I would also like to move his December 17, 2007, |
| 11:03AM | 24 | and January 28, 2008, depositions into evidence as part of the |
| 11:03AM | 25 | package. |

11:03AM  1          THE COURT:  Mr. Webb.

11:03AM  2          MR. WEBB:  Dan Webb on behalf of Lafarge North America.

11:03AM  3  Your Honor, I do, again, object to the telephone recorded

11:03AM  4  statement that was taken by Mr. Guidry being entered in.

11:03AM  5          And, Your Honor, if you could give me about five

11:03AM  6  minutes, I could maybe tuck my 45-minute presentation down to

11:03AM  7  about five.

11:03AM  8          THE COURT:  Sir, how can I refuse that?

11:03AM  9          Well, first, let me rule on the objection.  I'm

11:03AM 10  going to overrule the objection, but I'm going to want

11:04AM 11  briefing -- Lafarge has already submitted me with a memorandum --

11:04AM 12  basically as to what, if any, credibility I can give this witness

11:04AM 13  in light of all of the statements, so it's a point of law, from a

11:04AM 14  point of law.

11:04AM 15          MR. GILBERT:  Yes, sir.

11:04AM 16          THE COURT:  And with that, why don't you -- Sheena, can

11:04AM 17  we maybe -- Sheena and you can come up with some numbers, and

11:04AM 18  then you can maybe formally introduce them into evidence, subject

11:04AM 19  to the objection.

11:04AM 20          And why don't you do that maybe at the break.

11:04AM 21  All right?

11:04AM 22          MR. GILBERT:  Yes, sir.

11:04AM 23          THE COURT:  We'll take -- how much do you need.

11:04AM 24  10-minute recess?

11:04AM 25          MR. WEBB:  Yes, that would be fine.  Thank you, sir.

11:04AM 1          COURT SECURITY OFFICER:  All rise.

11:04AM 2          MR. GILBERT:  This is going to be -- we'll offer, file

11:06AM 3   and introduce -- this is the Google map as P430; offer, file and

11:06AM 4   introduce the Google satellite image as P431; offer, file and

11:07AM 5   introduce the December 17, 2007, deposition of Arthur Murph as

11:07AM 6   P432; offer, file and introduce the January 28, 2008, deposition

11:07AM 7   of Arthur Murph as P433.  And, 264 is in, from what I understand.

11:07AM 8   That's the audio and the written transcript of the audio.

11:07AM 9          DEPUTY CLERK:  Which should be listed here, on the

11:07AM 10  exhibit list.

11:07AM 11         (WHEREUPON, at this point in the proceedings,

11:20AM 12  Exhibits P430, P431, P432 and P433 were admitted.)

11:20AM 13         MR. GILBERT:  Your Honor, the defense counsel has

11:20AM 14  graciously allowed me one more question.  It will not result in a

11:20AM 15  line of questioning.  It's simply one question.

11:20AM 16         THE COURT:  Well, the Court acknowledges defense

11:20AM 17  counsel's graciousness.

11:20AM 18            Go ahead, sir.

11:20AM 19                        EXAMINATION

11:20AM 20  BY MR. GILBERT:

11:20AM 21  Q.   Mr. Murph, do you know Arthur Anderson, III?

11:20AM 22  A.   Yes, I do.

11:20AM 23         MR. GILBERT:  Thank you.  I tender.

11:20AM 24         MR. WEBB:  Again, Your Honor, Dan Webb, for the record,

11:20AM 25  appearing on behalf of Lafarge North America.

11:20AM 1                        CROSS-EXAMINATION

11:20AM 2    BY MR. WEBB:

11:20AM 3    Q.   Mr. Murph, I have just a few questions for you.

11:20AM 4         You testified that you drove your wife down to the

11:20AM 5    Hyatt hotel; is that correct?

11:20AM 6    A.   Yes, it is.

11:20AM 7    Q.   And to do that, you had to go over a bridge, right?

11:21AM 8    A.   Right.

11:21AM 9    Q.   And then coming back, you dropped your car somewhere, and

11:21AM 10   you were driven back to your house; so you had to go over a

11:21AM 11   bridge, right?

11:21AM 12   A.   Right.

11:21AM 13   Q.   And so when you were going over those bridges, you didn't

11:21AM 14   see any barges out in the canal, did you?

11:21AM 15   A.   No.  I wasn't looking for none.

11:21AM 16   Q.   And you also went to the wall, I think you said, two times,

11:21AM 17   once before you took your wife and once after you took your wife;

11:21AM 18   is that correct?

11:21AM 19   A.   Yes, it is.

11:21AM 20   Q.   And when you looked out, you didn't see any barges then, did

11:21AM 21   you?

11:21AM 22   A.   No.

11:21AM 23   Q.   Now, you told the judge that you first saw the barge after

11:21AM 24   you climbed out of your attic; is that correct?

11:21AM 25   A.   That's right.

11:21AM 1    Q.    Okay.   That was after you heard a noise in the yard, after

11:21AM 2    you had water rising in your yard, after you went back in your

11:21AM 3    house, after you sat in your den drinking beer and after the

11:21AM 4    water burst through your back door; is that correct?

11:21AM 5    A.    Yes.

11:21AM 6    Q.    And I know your wife is deceased, but I have to ask you this

11:22AM 7    question, what is her level -- was her level of education?

11:22AM 8    A.    Six years of college.   She was a registered nurse.

11:22AM 9    Q.    And is that why you relied on her to --

11:22AM 10   A.    She always took care of the business.

11:22AM 11   Q.    She took care of the business?

11:22AM 12   A.    Yep.

11:22AM 13   Q.    And, sir, you're testifying here honestly today, aren't you?

11:22AM 14   A.    Yes, I am.

11:22AM 15         MR. WEBB:   One minute, Your Honor.

11:22AM 16         Thank you very much for your time.

11:22AM 17         And thank Your Honor for indulging me.   I saved

11:22AM 18   about 45 minutes.

11:22AM 19         THE COURT:   Thank you, Counsel.   We appreciate it.

11:22AM 20                       REDIRECT EXAMINATION

11:22AM 21   BY MR. GILBERT:

11:22AM 22   Q.    Mr. Murph, what bridge did you take going to or coming back

11:22AM 23   from the Hyatt?

11:22AM 24   A.    I think we took the blue bridge.

11:22AM 25   Q.    The Florida Avenue bridge?

11:22AM  1   A.    Yes.

11:22AM  2   Q.    Did you take the same bridge both there and back?

11:22AM  3   A.    I can't remember.  It might have been the blue bridge coming

11:23AM  4   back, too.  I don't know.

11:23AM  5   Q.    Did you take the St. Claude bridge at some point?

11:23AM  6   A.    I can't remember.

11:23AM  7            MR. GILBERT:  Thank you, sir.

11:23AM  8            THE COURT:  You may step down, Mr. Murph.

11:23AM  9              Is this witness released?

11:23AM 10            MR. WEBB:  Yes, Your Honor.

11:23AM 11            MR. GILBERT:  Hang on, Your Honor.

11:23AM 12            THE COURT:  We're hanging on.

11:23AM 13            MR. GILBERT:  He's excused.

11:23AM 14            THE COURT:  You're excused, sir.  You're released.

11:23AM 15            THE WITNESS:  I can go?

11:23AM 16            THE COURT:  Yes, sir, you can go.  Sorry about the loss

11:23AM 17   of your wife.

11:24AM 18              Mr. Anderson is the next witness?

11:24AM 19            MR. GILBERT:  He is, but he's en route.  So I think if

11:24AM 20   we can reach an agreement with Lafarge, we've got some fill

11:24AM 21   material.

11:24AM 22              Do you want to clear that up?

11:24AM 23            MR. ALDOCK:  Your Honor, I don't want to be

11:24AM 24   uncooperative.  They want to play the Richardson deposition from

11:24AM 25   her house.  That's fine with me.  I don't understand why we would

11:24AM 1    take valuable trial time for that, however.

11:24AM 2           MR. GILBERT:  Because we're doing it in the courtroom on

11:24AM 3    the record.  That's why.

11:24AM 4           THE COURT:  Is this one not tendered to me by --

11:24AM 5           MR. GILBERT:  This is hot, hot out of the can.

11:24AM 6           THE COURT:  And it's not a deposition that I have read?

11:25AM 7           MR. GILBERT:  Correct.

11:25AM 8           THE COURT:  In lieu of live testimony?

11:25AM 9           MR. GILBERT:  Correct.  Because it only occurred

11:25AM 10   yesterday.  This was the lady that was too sick to come.

11:25AM 11          MR. ALDOCK:  We have no objection to it.

11:25AM 12          MR. BEST:  Just for completeness of the record,

11:25AM 13   Your Honor, this is one of the plaintiffs who was unable to come

11:25AM 14   to trial because of health reasons.

11:25AM 15          THE COURT:  Oh, yeah, I recall.

11:25AM 16          MR. BEST:  And what we agreed between counsel to do is

11:25AM 17   we had designated her discovery deposition before, which has not

11:25AM 18   yet been delivered to the Court, but will be shortly.  We've

11:25AM 19   agreed on those designations.

11:25AM 20          And then we took a short video supplement to that

11:25AM 21   previous deposition in order that Your Honor could actually see

11:25AM 22   the person and hear a few responses to put together with the

11:25AM 23   discovery deposition, which will be turned in.

11:25AM 24          And this is, as I recall, was roughly 20 minutes or

11:25AM 25   so.  And counsel agreed at the time of the deposition to just

| | |
|---|---|
| 11:25AM | 1 |

11:25AM 1   each designate the entirety of the deposition.  I made a few

11:25AM 2   objections in the course of the record, which we reserved, and

11:25AM 3   Your Honor can decide later.  They are all this same collateral

11:25AM 4   source objections we had before.

11:26AM 5          THE COURT:  I have not seen any deposition yet.

11:26AM 6          MR. BEST:  So you'll have this brief video, and then in

11:26AM 7   due course we'll be delivering the transcript of her discovery

11:26AM 8   deposition as a supplement to her video with designations into

11:26AM 9   it.

11:26AM 10          THE COURT:  Okay.  I understand.

11:26AM 11          MR. ALDOCK:  Correct, Your Honor.

11:26AM 12          THE COURT:  There were 37 plaintiffs, but I didn't

11:26AM 13   remember this one.  The only thing I remember about this is where

11:26AM 14   the policeman, ex-policeman, talking about where her husband's --

11:26AM 15          (WHEREUPON, at this point in the proceedings, the

11:26AM 16   videotaped deposition of Josephine Richardson was played.)

11:27AM 17          THE VIDEOGRAPHER:  This is the videotaped

11:27AM 18   deposition of Josephine Richardson.  This deposition is being

11:27AM 19   held at 1321 Egania Street in New Orleans, Louisiana, on June 24,

11:27AM 20   2010, at the time indicated on the video screen, 9:52.

11:27AM 21          My name is Carl Steigman.  I am a certified legal

11:27AM 22   video specialist with Depo-Vue.  The court reporter is

11:27AM 23   Melissa Evans with Johns, Pendleton & Associates.

11:27AM 24          Would counsel please introduce themselves.

11:27AM 25          MR. BEST:  This is Larry Best representing the

11:27AM 1    plaintiff, Josephine Richardson.

11:27AM 2         MR. BLANCHARD:  Charles Blanchard representing the

11:27AM 3    defendant, Lafarge North American, Inc.

11:27AM 4         MR. CHUD:  Adam Chud for Lafarge also.

11:27AM 5         THE VIDEOGRAPHER:  Would the court reporter please swear

11:27AM 6    in the witness.

7         THE COURT REPORTER:  Would you please raise your right

8    hand.  Do you solemnly swear that the testimony you are about to

9    give will be the truth, the whole truth and nothing but the

10   truth?

11        THE WITNESS:  I do.

12                    **JOSEPHINE RICHARDSON**

13   was called as a witness and, after being first duly sworn by the

14   court reporter, was examined and testified on her oath as

15   follows:

16                         DIRECT EXAMINATION

11:27AM 17   BY MR. BEST:

11:27AM 18   Q.   We're going to start now.

11:27AM 19        Would you tell us your full name and address, please,

11:27AM 20   ma'am?

11:27AM 21   A.   Tell you what now?

11:27AM 22   Q.   Your full name.

11:27AM 23   A.   Josephine Richardson.

11:28AM 24   Q.   And your address?

11:28AM 25   A.   1321 Egania.

11:28AM 1    Q.   And that's spelled E-G-A-N-I-A?

11:28AM 2    A.   Uh-huh (affirmative response).

11:28AM 3    Q.   And where is Egania Street located?

11:28AM 4    A.   We're on Egania Street, right.

11:28AM 5    Q.   In New Orleans?

11:28AM 6    A.   In New Orleans, yeah.

11:28AM 7    Q.   In the Lower Ninth Ward?

11:28AM 8    A.   That's right.

11:28AM 9    Q.   And --

11:28AM 10   A.   70117.

11:28AM 11   Q.   And how long have you lived in this house -- or this

11:28AM 12   location on Egania Street?

11:28AM 13   A.   Fifty-seven years.

11:28AM 14   Q.   And what's your date of birth?

11:28AM 15   A.   March 19, 1928.

11:28AM 16   Q.   And how old are you today?

11:28AM 17   A.   Eighty-two.

11:28AM 18   Q.   Do you recall giving some testimony before a court reporter

11:28AM 19   like this in your case against Lafarge in the past?

11:28AM 20   A.   Yes, I have.

11:28AM 21   Q.   And you lived here at that address in August of 2008, when

11:28AM 22   we took your testimony the first time?

11:28AM 23   A.   2000 when?

11:28AM 24   Q.   '8?

11:28AM 25   A.   No.  I came here after -- well, yeah, it was in between '8,

11:28AM 1  yeah.  In May.

11:29AM 2  Q.  Because I saw when you gave your deposition you gave this as

11:29AM 3  your address.

11:29AM 4  A.  Yes, that was my address.

11:29AM 5  Q.  And you've lived here continuously since the last time you

11:29AM 6  gave your deposition?

11:29AM 7  A.  Just that one time, right?

11:29AM 8  Q.  Yes.  You only gave one.

11:29AM 9  A.  That was in '08, I know.

11:29AM 10  Q.  That's right.  You've been living here since that time?

11:29AM 11  A.  Right.  Right.  I think it was in May, right?

11:29AM 12  Q.  Yes -- August.  That's close enough.

11:29AM 13  A.  Okay.

11:29AM 14  Q.  Now, who lives with you here now?

11:29AM 15  A.  Nobody lives with me.

11:29AM 16  Q.  All right.  Just alone.

11:29AM 17        Now, you recall being asked to come and testify

11:29AM 18  downtown New Orleans in federal court for your trial against

11:29AM 19  Lafarge this week?

11:29AM 20  A.  Yeah.

11:29AM 21  Q.  And I understand -- are you able to do that?

11:29AM 22  A.  To come to the court, no.

11:29AM 23  Q.  Would you tell the Court why you don't feel able to come to

11:29AM 24  court?

11:29AM 25  A.  I've had an operation four months ago.

11:29AM 1   Q.   What surgery did you have four months ago?

11:29AM 2   A.   A complete hip replacement.

11:29AM 3   Q.   And where did you have that done?

11:30AM 4   A.   Tulane.

11:30AM 5   Q.   And how long were you in the hospital?

11:30AM 6   A.   I was there for 30 days -- at the hospital there 5 days.

11:30AM 7   The rehabilitation for 25 days.

11:30AM 8   Q.   After that.

11:30AM 9   A.   And then I went by my son's house for five more days.

11:30AM 10  Q.   And you're still in the recovery process?

11:30AM 11  A.   Yes.

11:30AM 12  Q.   What do you use as an orthopedic -- are there devices you

11:30AM 13  use to get around your home?

11:30AM 14  A.   My cane.

11:30AM 15  Q.   And what else?

11:30AM 16  A.   A walker.

11:30AM 17  Q.   A walker.  I see over there you have a walker with four

11:30AM 18  wheels on it that you use?

11:30AM 19  A.   Uh-huh (affirmative response).

11:30AM 20  Q.   Are you taking medication?

11:30AM 21  A.   Yes, I am.

11:30AM 22  Q.   Are you as strong as you were before you had the surgery?

11:30AM 23  A.   Unh-unh (negative response).

11:30AM 24  Q.   Did you feel strong enough to come to court for the trial?

11:30AM 25  A.   No.

11:30AM 1    Q.   Well, we appreciate you giving us your deposition for a few

11:30AM 2    moments today.  All right?

11:30AM 3    A.   All right.

11:31AM 4    Q.   Now, Ms Richardson, were you married?

11:31AM 5    A.   Say what now?

11:31AM 6    Q.   Were you married in the past?

11:31AM 7    A.   Sixty years.

11:31AM 8    Q.   Sixty years.  To whom were you married?

11:31AM 9    A.   Joseph Richardson, Sr.

11:31AM 10   Q.   Where were you-all married?

11:31AM 11   A.   In my mother and father's home.

11:31AM 12   Q.   Where was that?

11:31AM 13   A.   935 General Pershing.

11:31AM 14   Q.   And where was that, in New Orleans?

11:31AM 15   A.   New Orleans.  As they say, uptown.

11:31AM 16   Q.   And how long were you and your husband married?

11:31AM 17   A.   When we met?

11:31AM 18   Q.   How long were you married after you got married?

11:31AM 19   A.   We're still married.

11:31AM 20   Q.   Well, your husband passed away in Katrina.  Do you remember

11:31AM 21   that?

11:31AM 22   A.   Right, right.

11:31AM 23   Q.   How long were you married from the time you got married

11:31AM 24   until the time he passed away?

11:31AM 25   A.   He passed away in?

11:31AM  1    Q.    2005.

11:31AM  2    A.    Right.  And he was 77.

11:31AM  3    Q.    And do you remember what year you got married?

11:31AM  4    A.    In '47.

11:31AM  5    Q.    Okay.  Did you and your husband have children?

11:31AM  6    A.    Seven boys and one girl.

11:31AM  7    Q.    So eight children?

11:31AM  8    A.    Uh-huh (affirmative response).

11:31AM  9    Q.    I gather you have a lot of grandchildren?

11:32AM 10    A.    Oh, yes.

11:32AM 11    Q.    During the many years that you and your husband were

11:32AM 12    married, were you ever legally separated?

11:32AM 13    A.    No.

11:32AM 14    Q.    Were you ever divorced?

11:32AM 15    A.    No.

11:32AM 16    Q.    Did you ever live separate and apart?

11:32AM 17    A.    No.

11:32AM 18    Q.    During all those years?

11:32AM 19    A.    All those years.

11:32AM 20    Q.    Tell the Court something about your relationship with your

11:32AM 21    husband.  Can you describe your marriage to Court?

11:32AM 22    A.    He was my best friend.  No problem.  Worked every day and

11:32AM 23    took care of his family.

11:32AM 24    Q.    Until he retired?

11:32AM 25    A.    And he still was working.

11:32AM 1  Q.   What was he doing in his retirement?

11:32AM 2  A.   Working for himself on a truck.  He had a vegetable truck.

11:32AM 3  Q.   You told us about that in your last deposition.

11:32AM 4  A.   I sure did.

11:32AM 5  Q.   Do I understand that he continued to do that even up until

11:32AM 6  the time of Katrina?

11:32AM 7  A.   All the way up until Katrina.

11:32AM 8  Q.   Now, before your husband passed, what kind of things did you

11:33AM 9  and he do together?

11:33AM 10 A.   Go to the movies, go eat dinner, by the kids' house, play

11:33AM 11 with the grandchildren awhile.  What normal people do with

11:33AM 12 themselves when you get 77.

11:33AM 13 Q.   What -- did you go to church together?

11:33AM 14 A.   Oh, yeah.

11:33AM 15 Q.   What church did y'all belong to?

11:33AM 16 A.   Law Street Baptist Church.

11:33AM 17 Q.   And what's it been like the last five years doing without

11:33AM 18 your husband?

11:33AM 19 A.   What it's been like since he's been gone?

11:33AM 20 Q.   Yes.

11:33AM 21 A.   H-E-L-L.  It's been rough.

11:33AM 22 Q.   In what way?

11:33AM 23 A.   Living without him.  We all miss him so.

11:33AM 24 Q.   Has it been, particularly given the health issues you've

11:33AM 25 had, for example, those that brought you to the hospital and

11:34AM 1   rehab --

11:34AM 2   A.   So many things he would help me.

11:34AM 3   Q.   What's it been like since you got home from the hospital and

11:34AM 4   rehabilitation without having him here to help you?

11:34AM 5   A.   Rough.  Which my kids do a lot, but they are not my husband.

11:34AM 6   They are my children, and it's a big difference.

11:34AM 7   Q.   And after losing -- I see, and we covered this in your last

11:34AM 8   deposition, you've rebuilt your home.  We're sitting here in the

11:34AM 9   home that was rebuilt.  What was it like trying to rebuild this

11:34AM 10  house and take care of all of the things that led up to that and

11:34AM 11  having to do it alone without him?

11:34AM 12  A.   Rough.  Tough.  And whatever else you can call it.  But they

11:34AM 13  helped me out, so that's a help.  Thank God for that.

11:34AM 14  Q.   When he was still alive and you-all lived together, what

11:34AM 15  kind of things were you used to relying on him to do?

11:34AM 16  A.   Just about anything I couldn't do.  So many things.  Being

11:35AM 17  together so long, so we just jump in and help each other

11:35AM 18  whichever way we can.  No problem.

11:35AM 19  Q.   What about activities around the house?  What kind of things

11:35AM 20  did he do around the house?

11:35AM 21  A.   Just about everything need to be done, he done or he get

11:35AM 22  somebody to do it.

11:35AM 23  Q.   So if there was an electrical problem?

11:35AM 24  A.   He couldn't do electrical problem.

11:35AM 25  Q.   What about plumbing?

11:35AM 1    A.    No.

11:35AM 2    Q.    What kind of repairs did he do, then, around the house?

11:35AM 3    A.    He was like working out most in factory.  He worked for

11:35AM 4    Flintco for 35 years.

11:35AM 5    Q.    Well, I'm really thinking now about more like in his

11:35AM 6    retirement years.  You told me he had the vegetable truck.

11:35AM 7    A.    Right, right.

11:35AM 8    Q.    But did he do work around the house, like take care of the

11:35AM 9    yard?

11:35AM 10   A.    Yeah, he did.  He did.

11:35AM 11   Q.    Did he help you with household chores?

11:35AM 12   A.    Sometime.

11:35AM 13   Q.    You told us about some of the family things you-all did

11:35AM 14   together, and that you went to church together.  Any other social

11:35AM 15   activities that you and he engaged in together?

11:35AM 16   A.    Unh-unh (negative response).

11:35AM 17   Q.    What about, and I know you were in your retirement years,

11:36AM 18   maybe you didn't do too much recreation, but anything else you

11:36AM 19   all did for pleasure together that we haven't talked about?

11:36AM 20   A.    We were supposed to go into the Bahamas with his family and

11:36AM 21   me, but the storm came so we didn't get tickets and go over

11:36AM 22   there.

11:36AM 23   Q.    So you didn't get to take --

11:36AM 24   A.    No, no.

11:36AM 25   Q.    -- a family vacation with your husband?

11:36AM 1    A.    No, we didn't get to.

11:36AM 2    Q.    In the last five years, have there been some significant

11:36AM 3    family milestones that he was not here to see?

11:36AM 4    A.    The new babies we had and dinners and all we had here and

11:36AM 5    Mother's Day and Father's Day.

11:36AM 6    Q.    What about graduations?

11:36AM 7    A.    Oh, yeah, my grandson just graduated up there (indicating).

11:36AM 8    Q.    From what?

11:36AM 9    A.    In Stone Mountain.

11:36AM 10   Q.    So your grandson in Stone Mountain graduated from what?

11:36AM 11   A.    In May from college -- I mean, in the hospital he was

11:37AM 12   supposed to have a -- what -- what kind of degree he's got?

11:37AM 13   Q.    Well, you can't ask.  If you don't remember, that's okay.

11:37AM 14   Would it have been important for you for your husband to be there

11:37AM 15   with you?

11:37AM 16   A.    Oh, yes.

11:37AM 17   Q.    Did you miss him then?

11:37AM 18   A.    Oh, yes.

11:37AM 19   Q.    Have there been other graduations of grandchildren?

11:37AM 20   A.    His little sister, she graduated last year.

11:37AM 21   Q.    From what?

11:37AM 22   A.    High school.  Going to college.  Last year was her first

11:37AM 23   year.

11:37AM 24   Q.    Was it hard for you, in some ways, on those occasions to not

11:37AM 25   have your husband by your side?

| | | |
|---|---|---|
| 11:37AM | 1 | A.   Uh-huh (affirmative response). |
| 11:37AM | 2 | Q.   Now, in your last deposition, you talked about the fact that |
| 11:37AM | 3 | it took a long time after the storm before you found out your |
| 11:37AM | 4 | husband had passed, then to find out where his remains were and |
| 11:37AM | 5 | then to get him buried.  I think you said it was several months. |
| 11:37AM | 6 | A.   Uh-huh (affirmative response). |
| 11:37AM | 7 | Q.   What was it like during those months? |
| 11:37AM | 8 | A.   A lot of stress, depression. |
| 11:37AM | 9 | Q.   Okay.  Was he finally laid to rest? |
| 11:37AM | 10 | A.   (Witness nods head affirmatively.) |
| 11:37AM | 11 | Q.   Where was that? |
| 11:38AM | 12 | A.   Where we buried him? |
| 11:38AM | 13 | Q.   Yes. |
| 11:38AM | 14 | A.   At Providence. |
| 11:38AM | 15 | Q.   What is that, the name of the cemetery? |
| 11:38AM | 16 | A.   Yeah, on Airline Highway. |
| 11:38AM | 17 | Q.   Is that where he's buried? |
| 11:38AM | 18 | A.   That's where he's buried. |
| 11:38AM | 19 | Q.   As I told you before when I talked to you, the judge is |
| 11:38AM | 20 | going to get to read the deposition you gave before and he's |
| 11:38AM | 21 | going to get to look at this video.  This is your day in court. |
| 11:38AM | 22 | This is your chance to say anything to the judge, anything else |
| 11:38AM | 23 | you would like the judge to know that we haven't covered about |
| 11:38AM | 24 | what it has been like to lose your husband and to live life |
| 11:38AM | 25 | without him. |

11:38AM 1        So if there's anything I haven't covered, anything you

11:38AM 2   want to tell the judge, now is the time to do it.

11:38AM 3   A.   Unh-unh (negative response).   I can't think of nothing.

11:38AM 4   Q.   Hard to find the words?

11:38AM 5   A.   (Indicating.)

11:38AM 6   Q.   After five years, do you still miss your husband?

11:38AM 7   A.   Sure.

11:39AM 8        MR. BEST:   Thank you.   And I tender the witness.

11:39AM 9                          EXAMINATION

11:39AM 10  BY MR. BLANCHARD:

11:39AM 11  Q.   Ms. Richardson, my name is Charles Blanchard.   I'm going to

11:39AM 12  ask you a few questions.

11:39AM 13       Let's go to the day before the storm, the Sunday before

11:39AM 14  the storm.   You went and -- on that Sunday and stayed at your

11:39AM 15  brother Earl's house on the other side of the Industrial Canal,

11:39AM 16  correct?

11:39AM 17  A.   Yes, I did.

11:39AM 18  Q.   And you wanted your husband to join you?

11:39AM 19       MR. BEST:   I'm just going to note an objection for the

11:39AM 20  record that I understood we were taking a brief supplemental

11:39AM 21  deposition, not an idea of recreating or doing things that we

11:39AM 22  covered in the first deposition.   Subject to that, you can

11:39AM 23  proceed and I'll make it general.

11:39AM 24                          EXAMINATION

11:39AM 25  BY MR. BLANCHARD:

11:39AM 1    Q.   And you wanted your husband to join you at Earl's; is that

11:39AM 2    correct?

11:39AM 3    A.   At my brother's house, yes.

11:39AM 4    Q.   And you actually rode out the storm at Earl's house; is that

11:39AM 5    correct?

11:39AM 6    A.   We had.

11:39AM 7    Q.   And you spoke with your husband that Sunday night as the

11:39AM 8    storm started; isn't that correct?

11:39AM 9    A.   Yes.

11:39AM 10   Q.   And you spoke to him about 11:30 that Sunday night?

11:40AM 11   A.   I sure did, the last time.

11:40AM 12   Q.   Didn't he tell you at that time that if the flooding

11:40AM 13   started, he would go into the attic?

11:40AM 14   A.   He didn't say the flood, he said the wind and the storm was

11:40AM 15   getting rough.

11:40AM 16   Q.   But didn't he say that he said if it started to flood here

11:40AM 17   at the home, he would go into the attic?

11:40AM 18   A.   Yes.  Yes, he did.

11:40AM 19   Q.   Ms. Richardson, your husband, Joseph, he was about six feet

11:40AM 20   tall; is that correct?

11:40AM 21   A.   Five feet something.  Five feet seven, I think.  He wasn't

11:40AM 22   quite that tall.

11:40AM 23   Q.   And I'm going to show you a photograph that was produced to

11:40AM 24   us, which I'm marking as Number 1 to your deposition.

11:40AM 25        Do you recognize the top photo there, Ms. Richardson?

11:40AM 1    A.    Yes, I do.

11:40AM 2    Q.    Is that a photo of your home here on Egania?

11:40AM 3    A.    Yes, it is.

11:40AM 4    Q.    In the front of the house, there are some steps leading up

11:41AM 5    to the main level; is that correct?

11:41AM 6    A.    Yes, it is.

11:41AM 7    Q.    And so the main level of this home is approximately three to

11:41AM 8    four feet off the ground; is that correct?

11:41AM 9    A.    Yeah, four steps, and then a porch.

11:41AM 10   Q.    And the ceilings of your home now, are the standard

11:41AM 11   eight-foot ceilings; is that correct?

11:41AM 12   A.    Standard size.

11:41AM 13   Q.    And are they standard eight-foot ceilings throughout the

11:41AM 14   house?

11:41AM 15   A.    Throughout the house.

11:41AM 16   Q.    Is that the way it was before the storm as well?

11:41AM 17   A.    Yes, it was.

11:41AM 18   Q.    Now, Ms. Richardson, at your last deposition, we talked

11:41AM 19   about your claims against your wind insurance company, your

11:41AM 20   homeowners insurance company.  Do you remember that?

11:41AM 21   A.    Yes.

11:41AM 22   Q.    And your wind insurance company paid you a little over

11:41AM 23   $10,000, correct?

11:41AM 24   A.    Yes.

11:41AM 25           MR. BEST:  We reiterate our previous objections.

11:41AM 1          THE WITNESS:  Yes, they did.

11:41AM 2                       EXAMINATION

11:41AM 3  BY MR. BLANCHARD:

11:41AM 4  Q.   And during the last deposition, you also mentioned that you

11:42AM 5  also had a lawsuit against your homeowners insurance seeking

11:42AM 6  additional monies from them; is that right?

11:42AM 7  A.   Yes.

11:42AM 8  Q.   Is that lawsuit still pending?

11:42AM 9  A.   I don't know because I'm not with that company no more.  I

11:42AM 10 wouldn't know.

11:42AM 11 Q.   Since your last deposition, did you receive any other funds

11:42AM 12 from your homeowners insurer other than what you had received as

11:42AM 13 of your last deposition?

11:42AM 14 A.   No, I haven't.

11:42AM 15 Q.   Mrs. Richardson, you made a Road Home application after

11:42AM 16 Katrina, correct?

11:42AM 17 A.   Yes, I did.

11:42AM 18          MR. BEST:  Same objection.

11:42AM 19                       EXAMINATION

11:42AM 20 BY MR. BLANCHARD:

11:42AM 21 Q.   And I'm marking as Exhibit 2 Road Home materials that were

11:42AM 22 provided to us by you.

11:42AM 23          Ms. Richardson, do you recognize that document that I

11:43AM 24 just handed you marked as Number 2?

11:43AM 25 A.   Do I recognize it?  It's my handwriting.  I signed it.

11:43AM 1   Q.   This document we marked as Number 2, the homeowner

11:43AM 2   application, the Road Home, that's your handwriting on the first

11:43AM 3   page of that document?

11:43AM 4   A.   Yes, it is.  Yes, it is.

11:43AM 5   Q.   Is that your handwriting on the subsequent pages of the

11:43AM 6   document as well?

11:43AM 7   A.   Let me see.  Yeah, that's my handwriting.

11:43AM 8   Q.   So it's your handwriting on these Road Home documents that I

11:43AM 9   just showed you?

11:43AM 10  A.   Yes, it is, yes.

11:43AM 11  Q.   And you ultimately received Road Home proceeds of about

11:44AM 12  $119,000; is that correct?

11:44AM 13  A.   Yes.

11:44AM 14  Q.   And you used those proceeds to repair your home here on

11:44AM 15  Egania Street?

11:44AM 16  A.   Yes, it was.

11:44AM 17  Q.   Now, Ms. Richardson, I showed you Exhibit 2, which were the

11:44AM 18  Road Home materials that you produced to us in connection with

11:44AM 19  this litigation.

11:44AM 20         Ms. Richardson, weren't there other documents that

11:44AM 21  needed to be signed at the Road Home closing or in connection

11:44AM 22  with your Road Home application before you actually got the money

11:44AM 23  from Road Home?

11:44AM 24  A.   I had to get the -- this paper they needed, an open

11:44AM 25  succession.  We had to get a lawyer to get that.

11:44AM 1   Q.   Weren't there some other documents from Road Home itself

11:44AM 2   that you needed to sign to get the grant proceeds?

11:44AM 3   A.   There was something else that they needed, but they had just

11:44AM 4   about everything else.

11:44AM 5   Q.   So there were some other documents in connection with your

11:45AM 6   Road Home application that you had to sign that's not included in

11:45AM 7   this application I just showed you; is that right?

11:45AM 8   A.   I don't -- I don't think so.  I don't owe them nothing.

11:45AM 9   That was a grant.

11:45AM 10  Q.   Right.  The question was, did you have to sign or prepare

11:45AM 11  other documents in connection with your Road Home application

11:45AM 12  other than the ones you've already produced, Document Number 2?

11:45AM 13  A.   I didn't have to pay nothing else.

11:45AM 14       MR. BEST:  Ms. Richardson, what he really wants to know

11:45AM 15  is, for example, the day they gave you the check or around about

11:45AM 16  the time you got the money from Road Home, did you have to sign

11:45AM 17  some other papers?

11:45AM 18       THE WITNESS:  Yeah, we did.

11:45AM 19       MS. BLANCHARD:  Thank you.

11:45AM 20       THE WITNESS:  I didn't quite understand it.

11:45AM 21                      EXAMINATION

11:45AM 22  BY MR. BLANCHARD:

11:45AM 23  Q.   That's fine.  So there were some other documents you had to

11:45AM 24  sign at the closing?

11:45AM 25  A.   Yeah, we had to sign our name and what bank you wanted to

11:45AM 1   send it to.

11:45AM 2   Q.   Do you remember at the closing where you received your

11:45AM 3   Road Home proceeds signing a document which I'm going to mark as

11:45AM 4   Number 3 to your deposition called Limited Subrogation Assignment

11:46AM 5   Agreement?

11:46AM 6         Take a look at that, and do you remember signing that

11:46AM 7   type of standard agreement in connection with your Road Home

11:46AM 8   application?

11:46AM 9   A.   All this came with the Road Home.  I don't remember none of

11:46AM 10  this.

11:46AM 11        MR. BEST:  Well, before you answer his question, look at

11:46AM 12  all three pages.  Just see if it jogs your memory one way or the

11:46AM 13  other.

11:46AM 14        THE WITNESS:  I don't remember that.  We signed papers

11:46AM 15  is all I remember.

11:46AM 16                              EXAMINATION

11:46AM 17  BY MR. BLANCHARD:

11:46AM 18  Q.   So you signed other papers at the closing, you don't

11:46AM 19  remember --

11:46AM 20  A.   Before we got the money, we had to sign it.  We had to sit

11:46AM 21  down and read and sign them, but I can't remember exactly what we

11:47AM 22  signed.  My other son and his wife were with me.

11:47AM 23  Q.   If this document marked as Number 3 was one of the documents

11:47AM 24  that you needed to sign from Road Home to get your grant

11:47AM 25  proceeds, you would have signed that, correct?

11:47AM 1   A.   Yes.

11:47AM 2        MR. BEST:   I just object to the attachment of Document

11:47AM 3   Number 3.

11:47AM 4                          EXAMINATION

11:47AM 5   BY MR. BLANCHARD:

11:47AM 6   Q.   Ms. Richardson, you also received $21,000 from FEMA after

11:47AM 7   Katrina; is that correct?

11:47AM 8        MR. BEST:   Same objection.

11:47AM 9        THE WITNESS:   From who, now?

11:47AM 10                         EXAMINATION

11:47AM 11  BY MR. BLANCHARD:

11:47AM 12  Q.   From FEMA.

11:47AM 13  A.   Yeah, they sent the money.

11:47AM 14  Q.   $21,000?

11:47AM 15  A.   Yeah.  Yeah.  That would be when we got the grant and stuff

11:47AM 16  to help us to live.  We were moving around from Texas to Georgia.

11:47AM 17  They helped us.

11:47AM 18  Q.   Just one minute, ma'am.

11:47AM 19       MR. BLANCHARD:   I don't have any further questions,

11:47AM 20  ma'am.

11:47AM 21                         EXAMINATION

11:47AM 22  BY MR. BEST:

11:47AM 23  Q.   Just a couple, Ms. Richardson.

11:47AM 24       Counsel asked you about the height of your ceilings,

11:48AM 25  and you looked up at the ceiling in this room and agreed that

11:48AM 1   this looks to be about eight feet.  Do you remember that question

11:48AM 2   that he asked you?

11:48AM 3   A.    Yeah.

11:48AM 4   Q.    Then he asked you if your ceilings all over the house were

11:48AM 5   the same height.

11:48AM 6   A.    Just one down here is lower with the steps.

11:48AM 7   Q.    If you go through this door behind us, there is another room

11:48AM 8   there?

11:48AM 9   A.    Yes.

11:48AM 10  Q.    And how many steps are there down to the floor?

11:48AM 11  A.    Three.

11:48AM 12  Q.    So is that on a slab that's on the ground, that room?

11:48AM 13  A.    I don't know much about building houses.

11:48AM 14  Q.    But there are three steps down?

11:48AM 15  A.    Here, and three steps down, and you're in the next room.

11:48AM 16  Q.    And the ceiling --

11:48AM 17  A.    Is higher.

11:48AM 18  Q.    So the ceiling is higher?

11:48AM 19  A.    Right.

11:48AM 20  Q.    Like a continuation of this ceiling but then there is more

11:48AM 21  distance to the floor because you have three steps down?

11:48AM 22  A.    Right.

11:48AM 23  Q.    And where is your attic access?

11:48AM 24  A.    (Indicating.)

11:48AM 25  Q.    In that room?

11:48AM 1   A.   Uh-huh (affirmative response).

11:48AM 2   Q.   And is that where your attic access was before the storm?

11:48AM 3   A.   Before the storm, yes.

11:48AM 4   Q.   Do you know in what room of the house your husband's body

11:48AM 5   was found?

11:48AM 6   A.   No.

11:48AM 7        MR. BEST:  Thank you, ma'am.

11:48AM 8                      EXAMINATION

11:48AM 9   BY MR. BLANCHARD:

11:48AM 10  Q.   Just a couple of follow-ups.

11:49AM 11       You said that the attic access was only --

11:49AM 12  A.   When you open the door, you can --

11:49AM 13       MR. BEST:  You can see it.

11:49AM 14       THE WITNESS:  You can see it.

11:49AM 15                      EXAMINATION

11:49AM 16  BY BLANCHARD:

11:49AM 17  Q.   Is there any other attic access anywhere else?

11:49AM 18  A.   They had one down in the hall here.

11:49AM 19  Q.   Did you have the one in the hall before Katrina?

11:49AM 20  A.   We had it, but you needed a ladder.  There was a little

11:49AM 21  piece of thing you'd slide back and forth.  This is the big attic

11:49AM 22  here, though.

11:49AM 23  Q.   So before Katrina, you had two separate ways to get into the

11:49AM 24  attic here at the home, correct?

11:49AM 25  A.   Yeah.

11:49AM 1   Q.   One is the back room here, correct?

11:49AM 2   A.   And one with a door ladder, six-foot ladder.

11:49AM 3   Q.   So there was another access --

11:49AM 4   A.   Right where --

11:49AM 5   Q.   And you said there is no ladder for that?

11:49AM 6   A.   No.  It wasn't.  It's one now.  But it wasn't before.

11:49AM 7   Q.   And the ceiling at that portion of the house, before

11:49AM 8   Katrina, where that other attic access was, that was a standard

11:49AM 9   eight-foot ceiling?

11:49AM 10  A.   It's the same as this all the way.

11:50AM 11       MR. BLANCHARD:  I don't have any further questions.

11:50AM 12  Thank you.

11:50AM 13       MR. BEST:  Thank you, ma'am.  We appreciate your time

11:50AM 14  and your hospitality and having us here today, and we wish you a

11:50AM 15  speedy recovery.

11:50AM 16       THE VIDEOGRAPHER:  We're going off the record.  This is

11:50AM 17  the end of Videotape Number 1.  It's 10:15.

11:50AM 18       (WHEREUPON, at this point in the proceedings, the

11:50AM 19  videotaped deposition was concluded.)

11:50AM 20       THE COURT:  Are we anticipating --

11:50AM 21       MR. GILBERT:  We have another witness, Your Honor.  I

11:50AM 22  believe he's here.

11:50AM 23       MR. KARL WIEDEMANN:  I'm told he's walking through the

11:50AM 24  marshal's station at this time.

11:50AM 25       MR. GILBERT:  And I anticipate my direct of him being

11:50AM 1   about 90 seconds.

11:50AM 2        THE COURT:  Hopefully the cross will be as expeditious.

11:50AM 3        MR. WEBB:  I'll name that tune in 45 seconds.

11:57AM 4        (WHEREUPON, at this point in the proceedings, there was

11:57AM 5   an off-the-record discussion.)

11:57AM 6        THE COURT:  Are we ready to --

11:57AM 7        MR. GILBERT:  Yes, we are, Your Honor.

11:57AM 8        The plaintiffs call Arthur Anderson, III.

9        THE DEPUTY CLERK:  Would you please raise your right

10   hand.  Do you solemnly swear that the testimony which you are

11   about to give will be the truth, the whole truth and nothing but

12   the truth, so help you God.

13        THE WITNESS:  I do.

14                      **ARTHUR ANDERSON, III**

15   was called as a witness and, after being first duly sworn by the

11:58AM 16  Clerk, was examined and testified on his oath as follows:

11:58AM 17       MR. GILBERT:  First, I'm going to ask that you adjust

11:58AM 18  the microphone so that it's faced to your mouth.

11:58AM 19       THE DEPUTY CLERK:  Please state your name and spell it

11:58AM 20  for the record.

11:58AM 21       THE WITNESS:  Arthur Anderson, A-r-t-h-u-r,

11:58AM 22  A-n-d-e-r-s-o-n.

11:58AM 23       THE COURT:  One note, Mr. Gilbert, I have read this

11:58AM 24  deposition, Mr. Anderson's deposition, and assumed it was in lieu

11:58AM 25  of live testimony, just to let you know that.

11:58AM  1          MR. GILBERT:  We're only here with Mr. Anderson for one

11:58AM  2  specific reason.

11:58AM  3                        DIRECT EXAMINATION

11:58AM  4  BY MR. GILBERT:

11:58AM  5  Q.    Are you Arthur Anderson, III?

11:58AM  6  A.    Yes.

11:58AM  7  Q.    What is your age, sir?

11:58AM  8  A.    32.

11:58AM  9  Q.    What is your address?

11:58AM 10  A.    1310 Jourdan Avenue.

11:58AM 11  Q.    Do you know Arthur Murph?

11:58AM 12  A.    Yes, I do.

11:58AM 13  Q.    How long have you known him?

11:58AM 14  A.    For a good while.  I married into the family.

11:58AM 15  Q.    A good while.  When did you get married into the family?

11:58AM 16  A.    15 years.

11:58AM 17  Q.    Did Mr. Murph ever tell you that he saw the barge break

11:59AM 18  through the floodwall?

11:59AM 19  A.    Yes, sir.

11:59AM 20  Q.    On how many occasions did he tell you that?

11:59AM 21  A.    Numerous occasions.

11:59AM 22  Q.    I'm sorry?

11:59AM 23  A.    Numerous occasions.  Family gatherings, he would talk about

11:59AM 24  it.  I couldn't give you a count.  It was just openly.

11:59AM 25          MR. GILBERT:  Tender.

11:59AM 1          MR. WEBB:  Your Honor, if I have another two,

11:59AM 2    three-minute recess, I may be able to --

11:59AM 3          THE COURT:  We'll just sit here in repose while you --

11:59AM 4          MR. WEBB:  If you don't mind.

11:59AM 5          THE COURT:  I have things I can do, sign orders and my

11:59AM 6    handy-dandy system.

11:59AM 7          MR. WEBB:  We'll be right back, Your Honor.

11:59AM 8          THE COURT:  We're in recess with the court.

11:59AM 9          (WHEREUPON, at this point in the proceedings, a short

12:01PM 10   recess was taken.)

12:01PM 11                    CROSS-EXAMINATION

12:01PM 12   BY MR. WEBB:

12:01PM 13   Q.   Mr. Anderson, my name is Dan Webb and I represent Lafarge

12:01PM 14   North America.  I have a question for you.

12:01PM 15          When Mr. Murph talked to you, sir, was he under oath?

12:01PM 16   A.   Was he under oath?

12:01PM 17   Q.   Yes, sir.

12:01PM 18   A.   No, he wasn't under oath.

12:01PM 19          MR. WEBB:  Thank you.  That's it, Your Honor.

12:01PM 20          THE COURT:  I assume there is none.

12:01PM 21          MR. GILBERT:  I don't believe so, Your Honor.

12:01PM 22          THE COURT:  Mr. Anderson, we thank you for your brief

12:01PM 23   stay here.

12:01PM 24          We will take a luncheon recess.  I understand we

12:01PM 25   have Dr. Pazos testifying this afternoon; is that correct?

12:02PM   1           MR. ALDOCK:  Yes, Your Honor.

12:02PM   2           THE COURT:  We anticipate he will take up the afternoon.

12:02PM   3           MR. KARL WIEDEMANN:  He is our last witness.  We believe

12:02PM   4    it will be about two and a half hours on direct maybe.

12:02PM   5           MR. BEST:  Somewhere in there, two, two and a half, I'm

12:02PM   6    not sure.  I'm anticipating an hour plus cross.

12:02PM   7           THE COURT:  That ought to be fine.  Thank you very much.

12:02PM   8    And we will see you at approximately 1:15.

12:02PM   9           THE COURT SECURITY OFFICER:  All rise.

10           (WHEREUPON, at 12:02 p.m., the proceedings were

11    concluded.)

12                          *    *    *

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Registered Professional Reporter, Certified Court

5   Reporter of the State of Louisiana, Official Court Reporter for

6   the United States District Court, Eastern District of Louisiana,

7   do hereby certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from the

9   record of the proceedings in the above-entitled and numbered

10  matter.

11

12

13                              s/Cathy Pepper
                                _____
14                              Cathy Pepper, CRR, RMR, CCR

15                              Official Court Reporter

16                              United States District Court

17

18

19

20

21

22

23

24

25
```

## $

**$10,000** [1] - 756:23
**$119,000** [1] - 758:12
**$21,000** [2] - 761:6, 761:14
**$250,000** [3] - 728:5, 728:19, 728:24

## '

**'08** [1] - 745:9
**'47** [1] - 748:4
**'68** [1] - 675:21
**'70** [1] - 675:21

## 0

**05-4182** [1] - 665:6
**05-5724** [1] - 665:10
**06-7516** [1] - 665:14

## 1

**1** [3] - 726:16, 755:24, 764:17
**1.1** [2] - 726:18, 726:19
**10** [1] - 675:21
**10-minute** [2] - 712:8, 736:24
**100** [1] - 666:17
**10279** [1] - 666:10
**105** [3] - 674:20, 676:17, 728:3
**10:15** [1] - 764:17
**11** [1] - 676:4
**1100** [1] - 666:24
**1150** [1] - 666:20
**11:30** [1] - 755:10
**11th** [2] - 675:3, 675:8
**12** [1] - 734:4
**12950** [1] - 667:12
**12:02** [1] - 768:10
**13** [1] - 734:4
**1310** [1] - 766:10
**1321** [2] - 742:19, 743:25
**15** [1] - 766:16
**17** [2] - 735:23, 737:5
**1739** [4] - 676:17, 677:3, 679:8, 679:12
**179** [1] - 684:1
**19** [1] - 744:15
**1928** [1] - 744:15
**19733** [4] - 671:24, 672:6, 673:15,

**673:17**
**19739** [1] - 671:21
**1:15** [1] - 768:8

## 2

**2** [7] - 665:7, 726:11, 757:21, 757:24, 758:1, 758:17, 759:12
**20** [1] - 741:24
**2000** [1] - 744:23
**20001** [1] - 667:6
**20036** [1] - 666:21
**2005** [2] - 682:16, 748:1
**2006** [3] - 682:12, 682:20, 683:3
**2007** [2] - 735:23, 737:5
**2008** [4] - 734:11, 735:24, 737:6, 744:21
**2010** [4] - 665:8, 669:2, 683:4, 742:20
**20170** [1] - 667:12
**2030** [2] - 665:24, 666:4
**21** [2] - 720:20, 721:4
**223** [1] - 666:10
**2300** [1] - 666:24
**236** [1] - 721:24
**24** [6] - 720:10, 720:15, 720:18, 721:4, 731:20, 742:19
**25** [3] - 665:8, 669:2, 746:7
**25th** [1] - 683:3
**264** [6] - 671:21, 711:3, 720:10, 720:19, 735:17, 737:7
**267** [1] - 729:4
**271** [1] - 725:15
**2715** [1] - 667:9
**272** [2] - 722:3, 722:4
**28** [3] - 675:21, 735:24, 737:6
**28th** [1] - 685:11
**29** [1] - 682:16

## 3

**3** [3] - 760:4, 760:23, 761:3
**30** [1] - 746:6
**32** [1] - 766:8

**3316** [1] - 666:16
**33RD** [1] - 666:7
**35** [1] - 751:4
**37** [1] - 742:12

## 4

**4** [3] - 665:18, 727:2, 727:3
**408** [1] - 721:20
**44** [2] - 666:7, 731:8
**45** [2] - 739:18, 765:3
**45-minute** [1] - 736:6
**4727** [2] - 680:9, 723:7

## 5

**5** [1] - 746:6
**50** [2] - 727:18
**500** [1] - 667:15
**504** [1] - 667:16
**589-7779** [1] - 667:16
**5TH** [1] - 666:10

## 6

**6** [2] - 673:17, 711:4
**613** [3] - 671:23, 689:18, 707:2
**650** [1] - 667:9
**671** [1] - 668:5
**674** [1] - 668:6

## 7

**70002** [1] - 666:17
**70113** [1] - 666:14
**70117** [1] - 744:10
**70130** [4] - 665:25, 666:4, 667:9, 667:10
**70163** [1] - 666:25
**713** [1] - 668:7
**737** [1] - 668:21
**738** [1] - 668:8
**739** [1] - 668:9
**742** [1] - 668:10
**743** [1] - 668:11
**765** [1] - 668:12
**766** [1] - 668:13
**767** [1] - 668:14
**77** [2] - 748:2, 749:12
**7:30** [1] - 692:15

## 8

**8** [3] - 673:17, 744:24,

**744:25**
**821** [1] - 666:13

## 9

**90** [1] - 765:1
**900** [1] - 666:20
**90071** [1] - 666:7
**901** [1] - 667:6
**935** [1] - 747:13
**9:00** [1] - 665:8
**9:52** [1] - 742:20

## A

**A-n-d-e-r-s-o-n** [1] - 765:22
**A.M** [1] - 665:8
**ability** [2] - 724:15, 769:8
**ABIR** [1] - 666:6
**able** [6] - 721:21, 723:4, 726:13, 745:21, 745:23, 767:2
**above-entitled** [1] - 769:9
**accepts** [1] - 691:20
**access** [6] - 762:23, 763:2, 763:11, 763:17, 764:3, 764:8
**accord** [1] - 707:1
**according** [1] - 718:23
**accurate** [4] - 679:5, 681:5, 718:9, 720:23
**acknowledged** [1] - 733:10
**acknowledges** [1] - 737:16
**acknowledging** [1] - 728:5
**act** [3] - 698:14, 725:19, 725:22
**ACTION** [1] - 665:6
**activities** [2] - 750:19, 751:15
**acts** [1] - 729:13
**ADAM** [1] - 667:4
**Adam** [1] - 743:4
**add** [2] - 709:10, 735:19
**additional** [1] - 757:6
**address** [8] - 674:19, 674:21, 743:19, 743:24, 744:21, 745:3, 745:4, 766:9
**adequate** [1] - 673:12
**adjust** [2] - 726:13,

**765:17**
**admissions** [1] - 726:9
**admitted** [2] - 707:15, 737:12
**admitted......** [1] - 668:21
**affect** [1] - 724:15
**affidavit** [8] - 722:4, 722:13, 722:14, 722:19, 722:21, 722:25, 723:11, 723:15
**affirmatively** [1] - 753:10
**afraid** [1] - 725:11
**afternoon** [4] - 686:5, 686:6, 767:25, 768:2
**age** [1] - 766:7
**ago** [4] - 681:25, 682:15, 745:25, 746:1
**agree** [3] - 670:13, 717:10, 733:7
**agreed** [5] - 670:14, 741:16, 741:19, 741:25, 761:25
**Agreement** [1] - 760:5
**agreement** [4] - 670:4, 722:25, 740:20, 760:7
**ahead** [8] - 691:24, 704:23, 706:11, 706:15, 709:1, 713:1, 717:11, 737:18
**ain't** [1] - 720:21
**Airline** [1] - 753:16
**ALDOCK** [10] - 667:3, 672:6, 672:20, 673:3, 673:10, 673:14, 740:23, 741:11, 742:11, 768:1
**Aldock** [1] - 672:18
**ALFORD** [2] - 665:15, 665:15
**alive** [1] - 750:14
**allow** [6] - 704:12, 708:23, 711:2, 711:23, 720:14, 725:3
**allowed** [1] - 737:14
**almost** [1] - 732:18
**alone** [4] - 724:7, 733:20, 745:16, 750:11
**America** [6] - 681:4, 681:9, 721:10, 736:2, 737:25,

767:14
**AMERICA** [1] - 667:11
**American** [1] - 743:3
**AND** [2] - 665:11,
665:15
**ANDERSON** [2] -
668:12, 765:14
**Anderson** [8] -
737:21, 740:18,
765:8, 765:21,
766:1, 766:5,
767:13, 767:22
**Anderson's** [1] -
765:24
**ANGELES** [1] - 666:7
**answer** [7] - 678:16,
679:10, 698:13,
724:23, 725:8,
728:22, 760:11
**answered** [1] - 704:10
**anticipate** [2] -
764:25, 768:2
**anticipating** [2] -
764:20, 768:6
**anyway** [1] - 670:1
**apart** [1] - 748:16
**apartment** [1] - 713:24
**apologize** [2] -
672:12, 673:22
**Appeals** [1] - 670:9
**appear** [1] - 684:24
**APPEARANCES** [3] -
665:22, 666:1, 667:1
**appearing** [1] - 737:25
**appellate** [1] - 711:10
**application** [7] -
757:15, 758:2,
758:22, 759:6,
759:7, 759:11, 760:8
**appreciate** [3] -
739:19, 747:1,
764:13
**approximate** [2] -
677:7, 679:5
**areas** [1] - 717:1
**argue** [1] - 672:8
**arguing** [2] - 707:23,
707:24
**argument** [1] - 711:13
**arising** [1] - 717:4
**Army** [3] - 675:19,
676:5, 676:9
**arrive** [1] - 687:19
**arrow** [1] - 684:19
**Arthur** [9] - 670:21,
674:8, 737:5, 737:7,
737:21, 765:8,
765:21, 766:5,
766:11
**ARTHUR** [6] - 668:5,

668:12, 671:5,
674:16, 765:14,
765:21
**AS** [2] - 665:11,
665:14
**aside** [1] - 679:18
**ass** [1] - 716:15
**Assignment** [1] -
760:4
**assistance** [1] -
726:15
**associated** [2] -
734:10, 735:21
**Associates** [1] -
742:23
**assume** [1] - 767:20
**assumed** [1] - 765:24
**AT** [1] - 666:16
**ATS** [1] - 676:10
**attachment** [1] - 761:2
**attempt** [1] - 683:21
**attempting** [1] - 707:8
**attic** [29] - 697:2,
697:17, 697:24,
698:5, 698:19,
699:1, 699:2, 699:6,
699:21, 699:24,
701:19, 701:22,
702:4, 702:7,
702:17, 702:19,
714:16, 714:20,
738:24, 755:13,
755:17, 762:23,
763:2, 763:11,
763:17, 763:21,
763:24, 764:8
**attorney** [3] - 710:4,
710:17, 734:17
**ATTORNEY** [1] -
666:16
**attorney's** [1] - 735:1
**attorneys** [6] - 712:13,
730:7, 734:7, 734:9,
734:10, 734:19
**audio** [8] - 707:3,
711:3, 713:2, 720:9,
731:13, 735:17,
737:8
**AUDIOTAPED** [1] -
668:7
**audiotaped** [1] -
713:11
**August** [4] - 682:16,
685:11, 744:21,
745:12
**Avenue** [17] - 676:17,
677:6, 678:24,
679:8, 679:12,
694:12, 696:5,
700:11, 700:13,

700:14, 700:15,
700:22, 701:4,
701:7, 707:22,
739:25, 766:10
**AVENUE** [4] - 665:24,
666:4, 666:20, 667:6
**awaiting** [1] - 669:12
**aware** [1] - 669:12
**awhile** [1] - 749:11
**axe** [8] - 697:1, 697:3,
697:4, 697:9,
697:12, 698:19,
698:21, 702:18

# B

**B406** [1] - 667:15
**babies** [1] - 752:4
**backyard** [1] - 713:24
**bad** [1] - 720:1
**Bahamas** [1] - 751:20
**banging** [1] - 693:11
**bank** [1] - 759:25
**Baptist** [1] - 749:16
**bar** [2] - 726:4, 726:9
**BARGE** [1] - 665:9
**barge** [56] - 679:23,
679:24, 679:25,
680:2, 680:3, 680:4,
680:8, 680:10,
680:12, 680:20,
680:23, 680:25,
681:10, 684:2,
685:7, 685:9, 694:2,
700:5, 700:7,
701:13, 703:9,
703:13, 703:16,
704:4, 704:8, 705:2,
705:5, 705:16,
705:22, 706:18,
706:20, 708:11,
714:14, 714:15,
715:3, 716:5, 716:6,
718:15, 718:22,
719:17, 720:6,
720:11, 720:22,
723:7, 732:7, 732:8,
732:9, 732:19,
733:2, 733:5,
733:10, 733:20,
733:24, 738:23,
766:17
**barges** [4] - 680:14,
680:16, 738:14,
738:20
**BARONNE** [1] -
666:13
**based** [5] - 669:19,
671:14, 714:13,

725:20, 725:22
**basic** [2] - 674:6,
675:1
**beaten** [1] - 735:13
**beer** [2] - 702:24,
739:3
**beers** [7] - 690:25,
691:11, 691:20,
691:23, 691:25,
702:21, 709:8
**BEFORE** [1] - 665:19
**begins** [1] - 673:17
**behalf** [2] - 736:2,
737:25
**behind** [1] - 762:7
**belong** [1] - 749:15
**BENOIT** [1] - 665:14
**Berkeley** [4] - 674:20,
674:21, 674:23
**Berkley** [3] - 727:11,
728:3, 728:8
**BEST** [21] - 665:23,
665:24, 727:19,
741:12, 741:16,
742:6, 742:25,
743:17, 754:8,
754:19, 756:25,
757:18, 759:14,
760:11, 761:2,
761:8, 761:22,
763:7, 763:13,
764:13, 768:5
**Best** [1] - 742:25
**best** [7] - 670:16,
683:10, 708:24,
733:19, 735:22,
748:22, 769:8
**BEST.......................**
[1] - 668:11
**Betsy** [1] - 687:10
**better** [4] - 678:16,
682:3, 682:23, 683:6
**between** [5] - 688:20,
698:4, 710:9,
741:16, 744:25
**bias** [1] - 721:20
**big** [8] - 695:11,
713:16, 713:22,
714:5, 714:11,
716:19, 750:6,
763:21
**birth** [1] - 744:14
**bit** [6] - 670:5, 674:6,
675:1, 677:12,
691:3, 717:9
**BLANCHARD** [14] -
743:2, 754:10,
754:25, 757:3,
757:20, 759:19,
759:22, 760:17,

761:5, 761:11,
761:19, 763:9,
763:16, 764:11
**Blanchard** [2] - 743:2,
754:11
**Bliss** [1] - 675:23
**block** [4] - 703:16,
704:4, 704:9, 705:2
**blowing** [3] - 689:25,
715:13, 716:2
**blue** [2] - 739:24,
740:3
**body** [3] - 701:20,
701:23, 763:4
**boom** [10] - 695:7,
695:9, 695:11,
708:9, 713:22,
714:5, 714:6, 714:7,
724:5
**bottom** [4] - 720:20,
722:16, 722:23,
723:3
**boys** [1] - 748:6
**branch** [2] - 675:16,
675:18
**breach** [1] - 723:7
**BREACHES** [1] -
665:5
**break** [4] - 711:11,
714:11, 736:20,
766:17
**breaking** [1] - 714:7
**breezing** [1] - 715:14
**BRIAN** [2] - 666:3,
666:3
**bridge** [12] - 677:6,
700:11, 701:5,
715:6, 738:7,
738:11, 739:22,
739:24, 739:25,
740:2, 740:3, 740:5
**bridges** [1] - 738:13
**brief** [5] - 712:6,
712:16, 742:6,
754:20, 767:22
**briefing** [2] - 712:20,
736:11
**briefs** [1] - 712:25
**bring** [4] - 673:1,
686:20, 721:24,
725:15
**BROADWAY** [1] -
666:10
**broke** [1] - 716:13
**brother** [1] - 754:15
**brother's** [1] - 755:3
**brought** [2] - 687:11,
749:25
**bubble** [1] - 677:1
**building** [4] - 730:16,

730:17, 730:18, 762:13
**buildings** [1] - 730:18
**bumping** [2] - 694:2, 716:10
**buried** [4] - 753:5, 753:12, 753:17, 753:18
**burst** [5] - 701:24, 701:25, 702:6, 718:23, 739:4
**business** [2] - 739:10, 739:11
**bust** [2] - 702:21, 716:15
**busted** [1] - 718:15
**BY** [71] - 665:24, 666:3, 666:6, 666:9, 666:12, 666:19, 666:23, 667:3, 667:8, 667:11, 667:17, 667:18, 668:8, 668:9, 668:11, 668:13, 668:14, 674:18, 677:10, 678:2, 678:23, 680:7, 683:25, 685:6, 689:23, 690:14, 692:4, 694:19, 697:16, 698:18, 703:8, 704:1, 705:1, 705:12, 706:17, 710:2, 717:14, 718:14, 719:4, 720:17, 721:8, 722:7, 723:22, 725:6, 726:21, 727:6, 728:1, 729:3, 731:22, 733:1, 733:9, 733:23, 734:6, 735:6, 737:20, 738:2, 739:21, 743:17, 754:10, 754:25, 757:3, 757:20, 759:22, 760:17, 761:5, 761:11, 761:22, 763:9, 763:16, 766:4, 767:12

# C

**C.A** [2] - 665:10, 665:14
**CA** [1] - 666:7
**CALLED** [1] - 669:4
**canal** [7] - 679:3, 680:11, 680:13,

680:14, 680:16, 680:17, 738:14
**CANAL** [1] - 665:4
**Canal** [2] - 723:8, 754:15
**cane** [1] - 746:14
**cannot** [2] - 671:19, 707:24
**car** [7] - 687:5, 687:6, 687:11, 687:14, 688:7, 688:8, 738:9
**care** [5] - 739:10, 739:11, 748:23, 750:10, 751:8
**carefully** [1] - 707:10
**Carl** [1] - 742:21
**carpenter** [1] - 675:9
**carport** [1] - 687:7
**case** [7] - 669:21, 687:9, 720:12, 724:10, 724:15, 735:8, 744:19
**cases** [5] - 671:13, 672:2, 707:14, 707:19, 711:16
**catch** [1] - 695:5
**CATHY** [1] - 667:15
**Cathy** [2] - 769:3, 769:14
**CCR** [2] - 667:15, 769:14
**ceiling** [6] - 761:25, 762:16, 762:18, 762:20, 764:7, 764:9
**ceilings** [5] - 756:10, 756:11, 756:13, 761:24, 762:4
**cemetery** [1] - 753:15
**CENTRE** [1] - 666:24
**certain** [7] - 674:12, 683:9, 708:11, 712:22, 721:12, 724:12, 733:20
**certainly** [7] - 670:4, 670:11, 691:21, 707:20, 708:8, 711:14, 726:10
**CERTIFICATE** [1] - 769:1
**certified** [1] - 742:21
**Certified** [2] - 769:3, 769:4
**certify** [1] - 769:7
**cetera** [1] - 677:6
**CHAFFE** [1] - 666:23
**Chaffe** [1] - 730:22
**chair** [1] - 726:8
**challenge** [1] - 669:18
**chance** [1] - 753:22
**Charles** [2] - 743:2,

754:11
**CHARLES** [2] - 665:24, 666:4
**chatter** [1] - 713:6
**check** [4] - 692:9, 728:9, 728:10, 759:15
**checked** [2] - 686:12, 686:13
**checking** [1] - 713:12
**children** [3] - 748:5, 748:7, 750:6
**chop** [2] - 698:25, 702:19
**chopped** [3] - 698:24, 714:16, 714:20
**chores** [1] - 751:11
**CHUD** [2] - 667:4, 743:4
**Chud** [1] - 743:4
**church** [3] - 749:13, 749:15, 751:14
**Church** [1] - 749:16
**circle** [1] - 729:5
**Circuit** [3] - 672:15, 707:14, 711:17
**circumstances** [1] - 712:22
**cited** [1] - 672:15
**citing** [2] - 671:13, 672:2
**city** [1] - 674:24
**CIVIL** [1] - 665:6
**Claiborne** [7] - 677:6, 694:13, 694:14, 696:5, 700:11, 701:4, 715:6
**claiming** [1] - 715:19
**claims** [1] - 756:19
**CLAIMS** [2] - 665:11, 665:14
**clarify** [1] - 704:2
**clarity** [1] - 687:12
**Claude** [1] - 740:5
**clear** [9] - 677:16, 689:20, 690:9, 690:10, 704:18, 721:19, 730:13, 740:22
**cleared** [1] - 673:25
**clearly** [1] - 674:12
**Clerk** [2] - 671:7, 765:16
**CLERK** [11] - 669:7, 670:25, 671:8, 672:5, 672:17, 673:19, 674:14, 712:18, 737:9, 765:9, 765:19
**climb** [1] - 700:22

**climbed** [2] - 714:16, 738:24
**close** [1] - 745:12
**closer** [3] - 682:3, 730:9, 730:10
**closing** [4] - 758:21, 759:24, 760:2, 760:18
**Cochran** [4] - 710:5, 710:9, 710:15, 710:18
**code** [1] - 726:6
**collateral** [7] - 725:13, 725:19, 725:22, 726:5, 728:6, 730:25, 742:3
**college** [3] - 739:8, 752:11, 752:22
**combat** [1] - 675:24
**coming** [27] - 689:5, 693:23, 694:10, 694:11, 694:12, 695:1, 695:23, 695:25, 696:11, 696:24, 697:23, 697:25, 698:8, 702:13, 702:18, 703:17, 704:3, 704:5, 704:9, 705:3, 711:22, 716:18, 734:7, 734:17, 738:9, 739:22, 740:3
**commence** [1] - 673:25
**comments** [1] - 726:17
**committee** [1] - 726:8
**common** [2] - 677:24, 678:3
**communicate** [1] - 670:5
**companies** [1] - 681:2
**company** [5] - 680:25, 756:19, 756:20, 756:22, 757:9
**complete** [1] - 746:2
**completeness** [1] - 741:12
**computer** [1] - 678:15
**COMPUTER** [1] - 667:18
**concern** [1] - 732:2
**concerned** [1] - 731:5
**concerning** [2] - 681:10, 720:10
**concerns** [2] - 670:10, 708:5
**concluded** [2] - 764:19, 768:11
**concrete** [2] - 714:8,

715:21
**confidentiality** [1] - 721:12
**configured** [1] - 678:13
**confirmed** [1] - 727:15
**confuse** [1] - 677:25
**confused** [1] - 678:3
**confusing** [2] - 701:1, 702:12
**confusion** [1] - 677:23
**CONNECTICUT** [1] - 666:20
**connection** [5] - 758:18, 758:21, 759:5, 759:11, 760:7
**CONSOLIDATED** [1] - 665:5
**constantly** [5] - 689:9, 689:24, 690:2, 715:12, 715:24
**contact** [3] - 681:9, 681:12, 734:9
**contained** [1] - 720:19
**continuation** [1] - 762:20
**CONTINUED** [2] - 666:1, 667:1
**continued** [1] - 749:5
**continuously** [1] - 745:5
**conversation** [3] - 681:18, 710:14, 710:17
**conversations** [1] - 681:20
**cords** [1] - 713:13
**correct** [36] - 694:15, 705:23, 708:2, 718:15, 719:6, 721:13, 724:6, 726:2, 731:17, 733:11, 733:21, 735:8, 738:5, 738:18, 738:24, 739:4, 741:7, 741:9, 742:11, 754:16, 755:2, 755:5, 755:8, 755:20, 756:5, 756:8, 756:11, 756:23, 757:16, 758:12, 760:25, 761:7, 763:24, 764:1, 767:25, 769:7
**corrected** [1] - 718:20
**counsel** [8] - 683:18, 683:22, 711:24, 737:13, 741:16, 741:25, 742:24, 761:24

**Counsel** [4] - 671:9, 677:5, 711:5, 739:19
**counsel's** [1] - 737:17
**count** [1] - 766:24
**couple** [11] - 680:14, 691:11, 691:15, 691:16, 691:20, 691:22, 693:16, 709:8, 732:7, 761:23, 763:10
**course** [2] - 742:2, 742:7
**Court** [32] - 670:2, 670:8, 670:18, 683:13, 690:5, 691:20, 704:16, 707:2, 708:20, 708:21, 708:23, 710:25, 711:12, 711:17, 711:22, 711:25, 712:19, 712:21, 713:5, 721:19, 721:21, 735:22, 737:16, 741:18, 745:23, 748:20, 748:21, 769:4, 769:5, 769:6, 769:15, 769:16
**court** [13] - 669:7, 674:13, 705:22, 742:22, 743:5, 743:14, 744:18, 745:18, 745:22, 745:24, 746:24, 753:21, 767:8
**COURT** [145] - 665:1, 667:15, 669:4, 669:9, 670:3, 670:16, 670:19, 670:22, 671:9, 671:11, 672:1, 672:9, 672:11, 672:18, 672:24, 673:7, 673:13, 673:16, 673:20, 673:24, 674:9, 674:14, 677:5, 677:19, 678:12, 678:20, 680:4, 683:10, 684:14, 684:18, 684:23, 685:1, 689:13, 689:19, 690:4, 690:10, 691:20, 691:24, 694:9, 694:14, 694:17, 697:11, 697:13, 698:13, 703:21, 703:24, 704:12, 704:15, 704:18,

704:21, 705:9, 705:15, 705:19, 705:21, 705:25, 706:4, 706:9, 706:11, 706:15, 707:5, 707:19, 708:8, 708:16, 708:18, 708:23, 709:4, 709:12, 709:20, 710:20, 710:25, 711:7, 711:14, 711:16, 711:23, 712:7, 712:10, 712:14, 712:20, 713:4, 716:23, 716:25, 717:5, 717:10, 718:7, 718:12, 718:18, 718:22, 719:1, 720:13, 721:5, 721:17, 721:21, 722:1, 723:17, 725:3, 726:4, 726:7, 726:10, 726:14, 726:18, 727:4, 727:15, 727:23, 728:23, 731:9, 731:12, 731:15, 731:19, 732:24, 733:6, 733:19, 734:3, 735:1, 735:13, 736:1, 736:8, 736:16, 736:23, 737:1, 737:16, 739:19, 740:8, 740:12, 740:14, 740:16, 741:4, 741:6, 741:8, 741:15, 742:5, 742:10, 742:12, 743:7, 764:20, 765:2, 765:6, 765:23, 767:3, 767:5, 767:8, 767:20, 767:22, 768:2, 768:7, 768:9
**Court's** [2] - 669:16, 671:24
**courtroom** [3] - 672:12, 734:12, 741:2
**covered** [5] - 717:1, 750:7, 753:23, 754:1, 754:22
**crashing** [1] - 714:14
**credibility** [1] - 736:12
**cross** [3] - 673:20, 765:2, 768:6
**CROSS** [4] - 668:8,

668:14, 738:1, 767:11
**CROSS-EXAMINATION** [4] - 668:8, 668:14, 738:1, 767:11
**cross-roughing** [1] - 673:20
**CRR** [2] - 667:15, 769:14
**crystal** [3] - 689:20, 690:9, 690:10
**current** [1] - 674:19
**cut** [1] - 702:9

## D

**damn** [1] - 720:22
**Dan** [3] - 736:2, 737:24, 767:13
**dandy** [1] - 767:6
**DANIEL** [1] - 667:8
**dark** [4] - 686:9, 686:10, 687:21, 691:8
**darkness** [1] - 700:4
**date** [2] - 709:6, 744:14
**dates** [1] - 683:5
**daughter** [2] - 685:24, 688:9
**DAY** [1] - 665:18
**daylight** [1] - 700:16
**days** [4] - 746:6, 746:7, 746:9
**DC** [2] - 666:21, 667:6
**dealing** [1] - 671:25
**debt** [1] - 728:5
**deceased** [1] - 739:6
**December** [3] - 675:21, 735:23, 737:5
**decide** [1] - 742:3
**deep** [1] - 696:12
**DEFENDANT** [1] - 666:23
**defendant** [1] - 743:3
**defendants'** [1] - 669:13
**defense** [5] - 672:1, 683:21, 734:9, 737:13, 737:16
**deferred** [1] - 671:17
**defining** [1] - 726:5
**definitively** [1] - 673:9
**degree** [2] - 675:6, 752:12
**delay** [1] - 672:13
**delivered** [1] - 741:18

**delivering** [1] - 742:7
**demonstrate** [1] - 707:1
**den** [6] - 702:7, 702:8, 702:9, 702:25, 703:1, 739:3
**deny** [1] - 711:9
**depiction** [1] - 679:5
**Depo** [1] - 742:22
**Depo-Vue** [1] - 742:22
**deposition** [48] - 690:6, 694:8, 703:22, 705:10, 705:13, 705:15, 706:2, 708:6, 710:3, 710:8, 710:20, 710:21, 725:7, 731:7, 734:11, 734:20, 737:5, 737:6, 740:24, 741:6, 741:17, 741:21, 741:23, 741:25, 742:1, 742:5, 742:8, 742:16, 742:18, 745:2, 745:6, 747:1, 749:3, 750:8, 753:2, 753:20, 754:21, 754:22, 755:24, 756:18, 757:4, 757:11, 757:13, 760:4, 764:19, 765:24
**DEPOSITION.............** [1] - 668:10
**depositions** [10] - 682:9, 683:13, 683:18, 704:22, 707:12, 708:9, 708:14, 724:22, 735:24
**depression** [1] - 753:8
**DEPUTY** [8] - 669:7, 670:25, 671:8, 674:14, 712:18, 737:9, 765:9, 765:19
**DEREK** [1] - 666:23
**describe** [4] - 675:15, 680:4, 727:20, 748:21
**described** [2] - 719:20, 727:23
**description** [1] - 727:21
**DESCRIPTION** [1] - 668:19
**designate** [1] - 742:1
**designated** [1] - 741:17
**designations** [2] -

741:19, 742:8
**Deslonde** [1] - 679:1
**determine** [3] - 670:7, 671:18, 677:7
**devices** [1] - 746:12
**difference** [2] - 673:7, 750:6
**different** [5] - 678:14, 706:1, 706:3, 706:6, 708:25
**difficulty** [1] - 726:5
**dinner** [1] - 749:10
**dinners** [1] - 752:4
**direct** [3] - 720:20, 764:25, 768:4
**DIRECT** [6] - 668:6, 668:11, 668:13, 674:2, 743:16, 766:3
**direction** [3] - 684:19, 694:10, 694:11
**disagree** [1] - 682:18
**disagreement** [1] - 670:4
**discern** [1] - 721:21
**discharge** [1] - 676:7
**discharged** [1] - 676:5
**discover** [1] - 693:24
**discovery** [3] - 741:17, 741:23, 742:7
**discrete** [1] - 709:21
**discussed** [1] - 671:23
**discussion** [1] - 765:5
**dishonorable** [1] - 676:7
**display** [3] - 713:3, 720:9, 720:10
**distance** [2] - 688:20, 762:21
**DISTRICT** [2] - 665:1, 665:2
**District** [3] - 769:6, 769:16
**divorced** [1] - 748:14
**docket** [1] - 672:16
**Document** [5] - 671:20, 671:24, 672:6, 759:12, 761:2
**document** [14] - 673:13, 709:11, 722:8, 722:10, 725:17, 725:25, 726:12, 727:2, 757:23, 758:1, 758:3, 758:6, 760:3, 760:23
**documents** [9] - 672:17, 729:14, 758:8, 758:20,

759:1, 759:5,
759:11, 759:23,
760:23
**dog** [3] - 686:18,
713:18, 714:3
**done** [2] - 675:8,
678:12, 683:16,
706:9, 712:2, 714:5,
746:3, 750:21
**door** [17] - 680:23,
696:21, 696:22,
699:2, 701:24,
701:25, 702:1,
702:2, 702:6,
702:21, 719:9,
719:10, 739:4,
762:7, 763:12, 764:2
**doors** [1] - 698:1
**dot** [1] - 677:13
**down** [40] - 669:23,
670:6, 672:11,
679:11, 679:13,
686:9, 690:16,
690:19, 690:20,
693:23, 694:10,
695:1, 696:3,
696:11, 696:23,
697:23, 698:8,
702:8, 702:10,
702:18, 702:20,
703:2, 706:18,
715:4, 720:20,
722:3, 722:4,
727:17, 727:18,
730:19, 736:6,
738:4, 740:8,
760:21, 762:6,
762:10, 762:14,
762:15, 762:21,
763:18
**downstairs** [1] - 702:2
**downtown** [3] -
685:22, 730:19,
745:18
**Dr** [1] - 767:25
**draft** [1] - 669:23
**drag** [1] - 669:16
**dragging** [2] - 694:2,
716:6
**drank** [2] - 690:25,
691:11
**draw** [1] - 669:18
**drawing** [1] - 735:18
**drinking** [3] - 702:20,
702:24, 739:3
**DRIVE** [2] - 666:16,
667:12
**drive** [1] - 687:4
**Drive** [5] - 674:21,
674:23, 727:11,

728:3, 728:8
**driven** [1] - 738:10
**driveway** [9] - 684:6,
696:11, 697:23,
698:2, 702:13,
702:19, 713:22,
713:24
**driving** [2] - 675:11,
675:12
**drizzling** [2] - 687:24,
691:8
**dropped** [3] - 688:7,
688:8, 738:9
**dropping** [1] - 718:21
**drove** [2] - 687:3,
738:4
**DRUKER** [1] - 666:9
**due** [1] - 742:7
**duly** [3] - 671:6,
743:13, 765:15
**during** [15] - 670:9,
682:21, 683:2,
683:7, 683:12,
707:22, 710:7,
723:23, 724:22,
725:7, 731:6,
748:11, 748:18,
753:7, 757:4
**DUVAL** [1] - 665:19

## E

**Earl's** [3] - 754:15,
755:1, 755:4
**Eastern** [1] - 769:6
**EASTERN** [1] - 665:2
**eat** [1] - 749:10
**education** [2] - 675:2,
739:7
**effect** [3] - 712:21,
730:24, 732:5
**Egania** [5] - 742:19,
743:25, 744:3,
744:4, 744:12,
756:2, 758:15
**EGANIA** [1] - 744:1
**eight** [6] - 692:15,
748:7, 756:11,
756:13, 762:1, 764:9
**eight-foot** [3] -
756:11, 756:13,
764:9
**eighty** [1] - 744:17
**eighty-two** [1] -
744:17
**either** [2] - 683:5,
730:8
**electrical** [2] - 750:23,
750:24

**electronic** [2] -
678:19, 684:1
**ELMO** [4] - 676:22,
678:13, 678:17,
678:18
**emerged** [1] - 727:16
**emerging** [1] - 727:16
**empty** [1] - 732:18
**en** [2] - 735:20, 740:19
**end** [10] - 669:19,
669:25, 670:7,
676:12, 676:13,
681:21, 681:22,
722:4, 735:13,
764:17
**endear** [1] - 708:20
**ends** [1] - 681:20
**ENERGY** [1] - 666:24
**engaged** [1] - 751:15
**enlistment** [1] -
676:13
**entered** [1] - 736:4
**entire** [9] - 683:16,
713:5, 721:15,
722:10, 728:12,
731:12, 731:13,
731:17
**entirety** [2] - 731:11,
742:1
**entitled** [2] - 711:24,
769:9
**entry** [1] - 671:19
**equivalency** [1] -
675:6
**er** [3] - 713:17
**ERIC** [1] - 667:5
**erode** [1] - 715:18
**ESQUIRE** [15] -
665:24, 666:3,
666:6, 666:9,
666:12, 666:13,
666:19, 666:23,
667:3, 667:4, 667:4,
667:5, 667:5, 667:8,
667:11
**essence** [1] - 694:14
**establish** [3] - 677:17,
709:24, 733:6
**established** [2] -
669:20, 733:4
**et** [1] - 677:6
**evacuate** [2] - 685:13,
685:15
**Evans** [1] - 742:23
**event** [1] - 713:7
**events** [8] - 673:6,
682:1, 682:3, 682:4,
682:21, 708:4,
719:20, 720:11
**evidence** [5] - 671:15,

708:1, 735:17,
735:24, 736:18
**Evidence** [3] - 671:23,
689:18, 707:2
**ex** [1] - 742:14
**ex-policeman** [1] -
742:14
**exactly** [4] - 694:15,
726:7, 729:1, 760:21
**EXAMINATION** [61] -
668:6, 668:8, 668:9,
668:11, 668:13,
668:14, 674:2,
674:17, 677:9,
678:1, 678:22,
680:6, 683:24,
685:5, 689:22,
690:13, 692:3,
694:18, 697:15,
698:17, 703:7,
703:25, 704:25,
705:11, 706:16,
710:1, 717:13,
718:13, 719:3,
720:16, 721:7,
722:6, 723:21,
725:5, 726:20,
727:5, 727:25,
729:2, 731:21,
732:25, 733:8,
733:22, 734:5,
735:5, 737:19,
738:1, 739:20,
743:16, 754:9,
754:24, 757:2,
757:19, 759:21,
760:16, 761:4,
761:10, 761:21,
763:8, 763:15,
766:3, 767:11
**EXAMINATIONS** [1] -
668:3
**examined** [3] - 671:7,
743:14, 765:16
**example** [2] - 749:25,
759:15
**exclude** [1] - 672:23
**excuse** [4] - 672:7,
674:9, 683:14,
732:24
**excused** [2] - 740:13,
740:14
**exhibit** [6] - 677:16,
677:20, 707:8,
722:5, 735:20,
737:10
**Exhibit** [9] - 671:21,
707:3, 720:10,
720:19, 721:24,
722:3, 725:15,

757:21, 758:17
**Exhibits** [2] - 668:21,
737:12
**exhibits** [5] - 669:14,
669:17, 670:7,
677:15, 735:21
**expand** [1] - 725:15
**expect** [1] - 682:23
**expeditious** [1] -
765:2
**explain** [2] - 700:25,
730:24
**explosion** [2] - 714:7,
714:9
**exposed** [1] - 733:3
**express** [1] - 732:2
**extension** [1] - 713:13
**eye** [1] - 719:24

## F

**face** [1] - 700:13
**faced** [1] - 765:18
**faces** [3] - 700:11,
701:4, 730:8
**fact** [3] - 683:1, 692:8,
753:2
**factory** [1] - 751:3
**facts** [1] - 669:19
**faded** [2] - 682:8,
682:10
**fair** [1] - 679:5
**family** [9] - 685:15,
748:23, 751:13,
751:20, 751:25,
752:3, 766:14,
766:15, 766:23
**far** [2] - 719:20, 724:19
**fast** [5] - 696:14,
696:15, 698:10,
698:12, 714:18
**faster** [3] - 698:9,
698:14
**Father's** [1] - 752:5
**father's** [1] - 747:11
**favor** [1] - 711:5
**federal** [1] - 745:18
**Federal** [3] - 671:23,
689:18, 707:2
**feet** [6] - 734:4,
755:19, 755:21,
756:8, 762:1
**felt** [2] - 724:22, 725:7
**Felton** [3] - 686:22,
687:16, 688:6
**FEMA** [2] - 761:6,
761:12
**few** [11] - 680:22,
682:20, 690:25,

691:15, 691:25, 712:3, 738:3, 741:22, 742:1, 747:1, 754:12
**field** [1] - 725:2
**Fifth** [3] - 672:15, 707:14, 711:17
**fifty** [1] - 744:13
**fifty-seven** [1] - 744:13
**file** [4] - 737:2, 737:3, 737:4, 737:6
**filed** [5] - 669:13, 672:2, 672:15, 672:19, 711:9
**fill** [1] - 740:20
**finally** [1] - 753:9
**fine** [4] - 736:25, 740:25, 759:23, 768:7
**fire** [1] - 713:13
**firm** [7] - 710:5, 710:10, 710:15, 710:18, 730:20, 730:21, 730:22
**first** [19] - 669:17, 671:6, 682:12, 703:9, 706:18, 709:24, 710:20, 727:14, 730:1, 733:21, 736:9, 738:23, 743:13, 744:22, 752:22, 754:22, 758:2, 765:15, 765:17
**five** [12] - 681:24, 682:6, 682:8, 682:10, 736:5, 736:7, 746:9, 749:17, 752:2, 754:6, 755:21
**fix** [1] - 689:21
**flat** [1] - 699:10
**Flintco** [1] - 751:4
**floating** [8] - 703:13, 706:20, 732:19, 732:23, 732:24, 733:10, 733:13, 733:24
**flood** [4] - 679:20, 716:21, 755:14, 755:16
**flooded** [4] - 679:17, 679:19, 679:22, 687:9
**flooding** [2] - 714:22, 755:12
**floodwall** [2] - 723:8, 766:18
**floor** [2] - 762:10,

762:21
**FLOOR** [2] - 666:7, 666:10
**Florida** [8] - 694:12, 694:14, 700:13, 700:14, 700:15, 700:22, 701:7, 739:25
**FLOWER** [1] - 666:7
**flowing** [5] - 689:14, 715:18, 715:24, 716:1, 716:7
**focusing** [1] - 672:3
**follow** [1] - 763:10
**follow-ups** [1] - 763:10
**following** [2] - 681:10, 727:23
**follows** [4] - 671:7, 713:11, 743:15, 765:16
**foot** [12] - 689:1, 689:3, 699:16, 714:2, 715:2, 756:11, 756:13, 764:2, 764:9
**FOR** [2] - 665:23, 666:23
**force** [1] - 716:19
**foregoing** [1] - 769:7
**forget** [2] - 682:25, 704:15
**forgive** [1] - 683:11
**form** [2] - 718:5, 733:17
**formally** [1] - 736:18
**former** [1] - 726:8
**forth** [4] - 675:23, 716:1, 716:7, 763:21
**foundation** [3] - 673:12, 689:18, 725:1
**four** [7] - 682:15, 683:6, 745:25, 746:1, 746:17, 756:8, 756:9
**FRIDAY** [2] - 665:8, 669:2
**friend** [4] - 686:20, 686:21, 687:12, 748:22
**friend's** [3] - 687:1, 687:2, 687:11
**front** [13] - 676:23, 687:7, 693:6, 693:21, 693:22, 699:4, 699:20, 699:22, 713:21, 713:23, 714:1, 725:17, 756:4

**full** [4] - 674:7, 674:21, 743:19, 743:22
**funds** [1] - 757:11
**future** [1] - 682:4

## G

**gag** [1] - 731:3
**garage** [5] - 697:5, 713:12, 713:18, 713:20, 713:24
**gather** [1] - 748:9
**gatherings** [1] - 766:23
**GED** [1] - 675:6
**General** [1] - 747:13
**general** [6] - 711:8, 711:9, 720:14, 725:3, 754:23
**generally** [1] - 678:12
**generator** [5] - 692:9, 692:10, 692:18, 692:24, 713:13
**gentlemen** [1] - 730:10
**Georgia** [1] - 761:16
**GILBERT** [125] - 666:3, 666:3, 669:11, 670:15, 670:17, 670:20, 670:23, 671:10, 671:20, 672:7, 672:10, 672:22, 673:5, 673:15, 673:17, 673:23, 674:3, 674:11, 674:18, 677:10, 677:17, 677:21, 678:2, 678:18, 678:21, 678:23, 680:7, 683:23, 683:25, 684:16, 684:19, 684:22, 685:6, 689:17, 689:23, 690:8, 690:12, 690:14, 691:16, 691:18, 691:22, 692:1, 692:4, 694:19, 697:16, 698:18, 703:5, 703:8, 704:1, 705:1, 705:12, 706:17, 706:25, 707:6, 708:3, 710:2, 711:3, 711:21, 712:5, 712:9, 712:11, 713:2, 713:8, 716:24, 717:3, 717:14, 718:14, 719:4,

720:8, 720:15, 720:17, 721:4, 721:6, 721:8, 721:18, 721:23, 722:2, 722:7, 723:22, 725:6, 726:11, 726:16, 726:19, 726:21, 727:6, 727:14, 727:17, 727:21, 728:1, 729:3, 731:11, 731:13, 731:17, 731:20, 731:22, 733:1, 733:9, 733:23, 734:6, 735:4, 735:6, 735:15, 736:15, 736:22, 737:2, 737:13, 737:20, 737:23, 739:21, 740:7, 740:11, 740:13, 740:19, 741:2, 741:5, 741:7, 741:9, 764:21, 764:25, 765:7, 765:17, 766:1, 766:4, 766:25, 767:21
**Gilbert** [11] - 669:9, 683:10, 691:15, 703:21, 705:16, 707:10, 710:21, 716:23, 718:20, 721:5, 765:23
**GILBERT..................** [1] - 668:9
**GILBERT..................** ..... [1] - 668:6
**GILBERT:** .. [1] - 668:13
**girl** [1] - 748:6
**gist** [1] - 733:14
**given** [3] - 711:20, 731:10, 749:24
**glad** [1] - 674:1
**glanced** [1] - 712:24
**glaring** [1] - 707:5
**globo** [1] - 735:20
**god** [1] - 720:22
**God** [4] - 671:3, 706:14, 750:13, 765:12
**GOLDBERG** [1] - 667:5
**GOODWIN** [1] - 667:3
**Google** [4] - 735:18, 735:19, 737:3, 737:4
**grab** [1] - 697:1
**grabbed** [4] - 697:3, 697:4, 697:9, 697:12

**graciously** [1] - 737:14
**graciousness** [1] - 737:17
**grade** [2] - 675:3, 675:8
**graduate** [1] - 675:4
**graduated** [3] - 752:7, 752:10, 752:20
**graduations** [2] - 752:6, 752:19
**grandchildren** [3] - 748:9, 749:11, 752:19
**grandson** [2] - 752:7, 752:10
**grant** [4] - 759:2, 759:9, 760:24, 761:15
**gray** [2] - 732:14, 732:16
**green** [1] - 731:23
**grinding** [2] - 716:4, 716:5
**GROCHOW** [1] - 666:9
**ground** [4] - 677:24, 678:3, 756:8, 762:12
**guess** [5] - 678:10, 679:15, 730:21, 734:2, 734:4
**guessing** [1] - 732:21
**Guidry** [4] - 710:5, 710:9, 710:14, 736:4
**gutter** [1] - 700:9

## H

**H-E-L-L** [1] - 749:21
**half** [5] - 689:2, 689:3, 715:2, 768:4, 768:5
**hall** [2] - 763:18, 763:19
**hand** [4] - 671:1, 743:8, 765:10
**handed** [1] - 757:24
**handwriting** [5] - 757:25, 758:2, 758:5, 758:7, 758:8
**handy** [1] - 767:6
**handy-dandy** [1] - 767:6
**hang** [1] - 740:11
**hanging** [1] - 740:12
**hard** [2] - 752:24, 754:4
**head** [4] - 701:10, 701:13, 753:10
**heading** [1] - 713:20

**health** [2] - 741:14, 749:24
**hear** [9] - 674:13, 681:20, 693:1, 693:13, 695:7, 695:20, 709:23, 723:17, 741:22
**HEARD** [1] - 665:19
**heard** [15] - 683:15, 683:16, 692:25, 695:9, 695:11, 695:13, 709:16, 713:16, 713:22, 714:5, 718:8, 718:23, 719:1, 720:14, 739:1
**hearing** [3] - 693:7, 693:10, 716:4
**height** [3] - 688:2, 761:24, 762:5
**held** [2] - 729:16, 742:19
**hell** [1] - 713:17
**help** [8] - 671:3, 750:2, 750:4, 750:13, 750:17, 751:11, 761:16, 765:12
**helped** [3] - 691:19, 750:13, 761:17
**helpful** [1] - 670:5
**hereby** [1] - 769:7
**HERNDON** [1] - 667:12
**hide** [1] - 709:3
**high** [16] - 675:4, 687:9, 688:17, 688:18, 700:9, 700:18, 700:20, 714:25, 715:21, 715:23, 730:16, 732:19, 732:23, 734:1, 752:22
**high-rise** [1] - 730:16
**higher** [2] - 762:17, 762:18
**Highway** [1] - 753:16
**hill** [1] - 690:20
**himself** [1] - 749:2
**hip** [1] - 746:2
**hit** [3] - 679:23, 679:25, 680:2
**hitting** [1] - 715:15
**hole** [24] - 698:24, 698:25, 699:14, 700:1, 700:10, 700:15, 700:18, 700:20, 700:22, 701:1, 701:7, 701:10, 701:13, 701:14, 701:15,

701:17, 701:20, 701:23, 702:9, 702:20, 714:16, 714:20, 716:19
**HOLIDAY** [1] - 665:12
**Home** [17] - 757:15, 757:21, 758:2, 758:8, 758:11, 758:18, 758:21, 758:22, 758:23, 759:1, 759:6, 759:11, 759:16, 760:3, 760:7, 760:9, 760:24
**home** [18] - 679:6, 687:4, 688:4, 688:5, 724:5, 724:7, 729:23, 746:13, 747:11, 750:3, 750:8, 750:9, 755:17, 756:2, 756:7, 756:10, 758:14, 763:24
**homeowner** [1] - 758:1
**homeowners** [3] - 756:20, 757:5, 757:12
**honest** [1] - 706:13
**honestly** [2] - 678:20, 739:13
**honey** [1] - 691:22
**Honor** [60] - 669:11, 669:12, 669:23, 670:1, 671:20, 672:6, 672:7, 672:21, 672:22, 673:3, 673:4, 673:10, 673:18, 677:14, 677:23, 689:17, 691:14, 703:5, 704:10, 706:8, 706:25, 707:6, 707:7, 707:13, 708:2, 708:14, 710:24, 711:11, 711:21, 712:6, 712:12, 716:22, 718:5, 718:17, 720:8, 721:15, 724:25, 726:6, 733:18, 735:16, 736:3, 736:5, 737:13, 737:24, 739:15, 739:17, 740:10, 740:11, 740:23, 741:13, 741:21, 742:3, 742:11, 764:21, 765:7,

767:1, 767:7, 767:19, 767:21, 768:1
**HONORABLE** [1] - 665:19
**honorable** [2] - 676:7, 676:8
**hook** [3] - 692:20, 692:22, 692:24
**hooked** [1] - 712:3
**hope** [1] - 721:23
**horse** [1] - 735:13
**hospital** [5] - 746:5, 746:6, 749:25, 750:3, 752:11
**hospitality** [1] - 764:14
**hot** [2] - 741:5
**hotel** [2] - 724:2, 738:5
**hour** [1] - 768:6
**hours** [2] - 682:22, 768:4
**house** [81] - 678:4, 678:9, 680:20, 680:22, 680:25, 681:10, 684:2, 684:4, 684:8, 684:10, 684:14, 684:20, 685:2, 685:4, 686:16, 686:17, 686:19, 687:2, 687:7, 687:11, 687:14, 687:18, 687:19, 691:9, 692:6, 692:8, 693:6, 693:21, 694:24, 696:9, 697:6, 698:5, 699:1, 699:3, 699:20, 699:22, 700:10, 701:4, 702:1, 702:19, 713:21, 714:1, 714:3, 719:10, 723:25, 724:24, 725:8, 725:12, 728:3, 728:8, 728:12, 728:14, 729:8, 729:10, 729:13, 729:16, 729:21, 730:4, 730:14, 732:3, 735:11, 738:10, 739:3, 740:25, 744:11, 746:9, 750:10, 750:19, 750:20, 751:2,

751:8, 754:15, 755:3, 755:4, 756:4, 756:14, 756:15, 762:4, 763:4, 764:7
**household** [1] - 751:11
**houses** [4] - 706:18, 706:21, 733:13, 762:13
**hurricane** [3] - 691:2, 697:5, 720:23
**husband** [18] - 747:16, 747:20, 748:5, 748:11, 748:21, 749:8, 749:18, 750:5, 751:25, 752:14, 752:25, 753:4, 753:24, 754:6, 754:18, 755:1, 755:7, 755:19
**husband's** [2] - 742:14, 763:4
**Hyatt** [7] - 685:18, 685:20, 685:23, 686:23, 688:10, 738:5, 739:23

---

# I

**idea** [1] - 754:21
**ideally** [1] - 708:3
**identify** [1] - 730:12
**III** [4] - 737:21, 765:8, 765:14, 766:5
**III..............................
... [1] - 668:12
**image** [3] - 676:24, 677:11, 737:4
**imaged** [1] - 678:14
**immediately** [1] - 697:1
**immovable** [1] - 727:24
**impair** [1] - 718:23
**impeach** [4] - 707:9, 707:15, 707:16, 709:21
**import** [1] - 712:23
**important** [1] - 752:14
**impossible** [1] - 678:15
**IN** [1] - 665:4
**inadmissible** [2] - 671:15, 707:25
**inappropriate** [1] - 671:16
**inappropriately** [1] - 669:13
**inappropriately-filed**

[1] - 669:13
**Inc** [1] - 743:3
**INC** [2] - 665:12, 667:11
**include** [1] - 735:20
**included** [1] - 759:6
**inconsistencies** [3] - 707:1, 707:5, 707:21
**inconsistency** [1] - 707:11
**inconsistent** [6] - 707:9, 707:15, 708:6, 708:10, 709:14
**independent** [1] - 709:17
**indicated** [1] - 742:20
**Indicating** [2] - 754:5, 762:24
**indicating)** [1] - 752:7
**indulging** [1] - 739:17
**Industrial** [2] - 723:8, 754:15
**information** [2] - 674:6, 675:1
**Ingram's** [1] - 723:7
**inside** [7] - 690:23, 690:24, 691:1, 695:21, 696:19, 696:20, 732:11
**instructed** [1] - 712:14
**insurance** [4] - 756:19, 756:20, 756:22, 757:5
**insurer** [1] - 757:12
**insurers** [1] - 734:11
**interest** [1] - 713:9
**interested** [1] - 712:21
**interesting** [1] - 706:11
**interview** [1] - 710:4
**introduce** [8] - 677:18, 707:3, 736:18, 737:3, 737:4, 737:5, 737:6, 742:24
**introduction** [1] - 707:7
**intruding** [1] - 683:11
**investigate** [1] - 693:17
**irrelevant** [1] - 721:16
**issue** [3] - 672:3, 711:22, 712:25
**issues** [3] - 709:21, 712:9, 749:24
**itself** [1] - 759:1

## J

**January** [7] - 675:21, 682:12, 682:20, 683:3, 734:11, 735:24, 737:6
**JERRY** [1] - 665:15
**JEWELERS** [1] - 665:12
**jogs** [1] - 760:12
**JOHN** [2] - 665:15, 667:3
**Johns** [1] - 742:23
**join** [2] - 754:18, 755:1
**Joseph** [5] - 710:5, 710:9, 710:14, 747:9, 755:19
**JOSEPHINE** [3] - 665:11, 668:10, 743:12
**Josephine** [4] - 742:16, 742:18, 743:1, 743:23
**Jourdan** [7] - 676:17, 677:3, 678:24, 679:8, 679:12, 707:22, 766:10
**Joyce** [4] - 719:14, 719:15, 719:16, 719:19
**Jr** [1] - 674:8
**JR** [1] - 665:19
**judge** [6] - 733:4, 738:23, 753:19, 753:22, 753:23, 754:2
**Judge** [5] - 672:5, 690:12, 706:13, 717:8, 717:12
**JUDGE** [1] - 665:20
**jump** [1] - 750:17
**JUNE** [2] - 665:8, 669:2
**June** [2] - 683:3, 742:19

## K

**KARL** [3] - 666:13, 764:23, 768:3
**Katrina** [13] - 676:16, 682:17, 720:11, 723:23, 731:6, 747:20, 749:6, 749:7, 757:16, 761:7, 763:19, 763:23, 764:8
**KATRINA** [1] - 665:4

**KEELEY** [1] - 667:11
**KHORRAMI** [2] - 666:6, 666:6
**kids** [1] - 750:5
**kids'** [1] - 749:10
**kind** [7] - 704:22, 708:23, 749:8, 750:15, 750:19, 751:2, 752:12
**KIRSTEN** [1] - 667:5
**knocking** [4] - 693:2, 693:3, 693:5, 706:18
**knowledge** [4] - 678:15, 707:21, 709:15, 711:19
**known** [1] - 766:13
**KOEPPEL** [1] - 665:23

## L

**LA** [6] - 665:25, 666:4, 666:14, 666:17, 666:25, 667:9
**ladder** [4] - 763:20, 764:2, 764:5
**lady** [1] - 741:10
**LAFARGE** [1] - 667:11
**Lafarge** [22] - 681:4, 681:6, 681:7, 681:9, 692:1, 721:10, 723:1, 724:9, 731:2, 731:10, 732:3, 734:10, 734:19, 736:2, 736:11, 737:25, 740:20, 743:3, 743:4, 744:19, 745:19, 767:13
**laid** [1] - 753:9
**land** [3] - 696:10, 733:5, 733:21
**landed** [1] - 703:15
**landfall** [1] - 697:14
**Larry** [1] - 742:25
**last** [17] - 695:5, 727:1, 735:2, 745:5, 749:3, 749:17, 750:7, 752:2, 752:20, 752:22, 753:2, 755:11, 756:18, 757:4, 757:11, 757:13, 768:3
**late** [5] - 697:20, 697:22, 720:2
**LAURENCE** [1] - 665:24
**law** [12] - 672:4, 672:15, 710:9,

710:15, 710:18, 711:17, 724:16, 730:20, 730:21, 730:22, 736:13, 736:14
**Law** [1] - 749:16
**LAW** [3] - 666:3, 666:16, 666:19
**LAWRENCE** [2] - 666:9, 666:12
**lawsuit** [2] - 757:5, 757:8
**lawyer** [1] - 758:25
**lay** [4] - 673:12, 689:17, 725:1
**leading** [1] - 756:4
**least** [4] - 670:6, 670:8, 719:2, 725:16
**leave** [4] - 676:9, 686:15, 687:5, 733:19
**led** [1] - 750:10
**left** [12] - 684:10, 686:14, 699:18, 699:19, 699:21, 699:24, 700:10, 701:1, 701:4, 719:5, 725:2, 725:23
**legal** [1] - 742:21
**legally** [1] - 748:12
**levee** [15] - 688:2, 689:25, 690:16, 690:19, 690:20, 690:22, 691:4, 694:21, 714:8, 714:23, 715:10, 715:19, 718:15, 718:23
**level** [4] - 739:7, 756:5, 756:7
**lie** [1] - 718:1
**lieu** [2] - 741:8, 765:24
**life** [1] - 753:24
**light** [2] - 686:9, 736:13
**lights** [5] - 691:4, 691:9, 692:12, 692:16, 715:7
**Limine** [1] - 711:8
**limine** [1] - 671:25
**Limited** [1] - 760:4
**line** [7] - 707:19, 711:6, 711:16, 720:20, 721:3, 721:15, 737:15
**list** [1] - 737:10
**listed** [1] - 737:9
**listened** [1] - 713:5
**listening** [1] - 695:4
**literally** [1] - 691:21

**LITIGATION** [1] - 665:5
**litigation** [1] - 758:19
**live** [7] - 676:16, 683:19, 741:8, 748:16, 753:24, 761:16, 765:25
**lived** [5] - 707:21, 744:11, 744:21, 745:5, 750:14
**lives** [2] - 745:14, 745:15
**living** [5] - 702:20, 702:22, 702:23, 745:10, 749:23
**located** [2] - 676:18, 744:3
**location** [5] - 677:3, 677:7, 678:4, 679:6, 744:12
**look** [1] - 670:8, 677:12, 688:2, 688:12, 691:3, 700:1, 710:22, 712:1, 712:24, 715:4, 730:9, 732:11, 753:21, 760:6, 760:11
**looked** [16] - 670:11, 671:14, 683:14, 688:13, 688:14, 688:16, 690:21, 700:8, 707:20, 711:17, 714:25, 715:6, 716:12, 738:20, 761:25
**looking** [8] - 701:14, 703:6, 704:2, 715:6, 721:25, 722:1, 727:21, 738:15
**looks** [4] - 670:10, 684:3, 716:13, 762:1
**LOS** [1] - 666:7
**lose** [4] - 724:23, 725:8, 725:12, 753:24
**losing** [2] - 683:4, 750:7
**loss** [2] - 740:16
**louder** [1] - 680:1
**LOUISIANA** [3] - 665:2, 665:7, 667:16
**Louisiana** [3] - 742:19, 769:5, 769:6
**low** [1] - 726:9
**lower** [1] - 762:6
**Lower** [2] - 676:21, 744:7
**luncheon** [1] - 767:24
**lying** [1] - 717:25

## M

**M-u-r-p-h** [1] - 674:16
**ma'am** [7] - 743:20, 761:18, 761:20, 763:7, 764:13
**main** [2] - 756:5, 756:7
**map** [4] - 678:24, 735:18, 735:19, 737:3
**March** [1] - 744:15
**mark** [5] - 684:23, 723:4, 723:5, 760:3
**MARK** [1] - 667:4
**marked** [3] - 731:23, 757:24, 758:1, 760:23
**marking** [2] - 755:24, 757:21
**marriage** [1] - 748:21
**married** [14] - 747:4, 747:6, 747:8, 747:10, 747:16, 747:18, 747:19, 747:23, 748:3, 748:12, 766:14, 766:15
**marshal's** [1] - 764:24
**material** [1] - 740:21
**materials** [2] - 757:21, 758:18
**matriarchal** [1] - 727:16
**matter** [4] - 671:25, 683:1, 708:21, 769:10
**McCall** [2] - 666:23, 730:22
**mean** [18] - 669:15, 676:17, 682:5, 690:19, 691:18, 698:3, 707:16, 713:20, 714:8, 714:13, 716:13, 716:19, 724:19, 724:20, 725:10, 727:18, 729:5, 752:11
**means** [6] - 676:14, 678:6, 691:25, 718:4, 729:7
**mechanic** [1] - 675:12
**MECHANICAL** [1] - 667:17
**medication** [1] - 746:20
**meet** [2] - 734:14, 734:17
**meeting** [1] - 730:15

9

**Melissa** [1] - 742:23
**memo** [2] - 711:12, 711:22
**memorandum** [6] - 672:2, 672:14, 672:19, 673:21, 712:23, 736:11
**memorandums** [1] - 711:23
**memories** [3] - 682:8, 682:10, 683:2
**memory** [4] - 681:5, 682:3, 683:20, 760:12
**mentioned** [1] - 757:4
**Merit** [1] - 769:4
**met** [2] - 714:2, 747:17
**METAIRIE** [1] - 666:17
**microphone** [1] - 765:18
**middle** [4] - 699:1, 699:3, 699:4
**midst** [1] - 669:24
**midway** [1] - 713:22
**might** [23] - 670:13, 677:5, 683:21, 689:3, 692:17, 705:7, 705:18, 706:2, 706:7, 706:9, 706:22, 706:23, 708:19, 708:25, 710:22, 717:22, 724:23, 725:8, 734:22, 734:24, 734:25, 740:3
**mike** [1] - 674:10
**milestones** [1] - 752:3
**military** [3] - 675:13, 675:16, 675:18
**mind** [3] - 677:20, 715:4, 767:4
**minute** [5] - 671:19, 712:6, 739:15, 761:18, 767:2
**minutes** [6] - 693:16, 711:4, 712:3, 736:6, 739:18, 741:24
**miss** [3] - 749:23, 752:17, 754:6
**missing** [1] - 703:5
**moment** [1] - 712:5
**moments** [1] - 747:2
**Monday** [3] - 670:2, 697:11, 697:13
**money** [4] - 758:22, 759:16, 760:20, 761:13
**monies** [1] - 757:6
**months** [8] - 676:4, 682:20, 683:6,

708:4, 745:25, 746:1, 753:5, 753:7
**moot** [4] - 669:20, 669:25, 670:11, 670:13
**mooted** [1] - 670:14
**morning** [3] - 674:4, 674:5, 686:5
**MORNING** [1] - 665:18
**mortgage** [9] - 725:13, 725:19, 725:22, 726:5, 728:6, 729:16, 729:20, 729:24, 730:25
**most** [1] - 751:3
**mother** [1] - 747:11
**Mother's** [1] - 752:5
**motion** [6] - 669:13, 669:20, 671:11, 671:12, 672:22, 711:9
**Motion** [1] - 711:8
**motions** [2] - 671:12, 671:24
**Mountain** [2] - 752:9, 752:10
**mouth** [1] - 765:18
**move** [3] - 698:9, 735:16, 735:23
**moved** [2] - 685:18, 685:20
**movies** [1] - 749:10
**moving** [7] - 696:14, 698:10, 698:12, 698:13, 703:11, 705:22, 761:16
**MR** [220] - 668:6, 668:7, 668:8, 668:9, 668:11, 668:13, 668:14, 669:11, 670:15, 670:17, 670:20, 670:23, 671:10, 671:20, 672:6, 672:7, 672:10, 672:20, 672:22, 673:3, 673:5, 673:10, 673:14, 673:15, 673:17, 673:23, 674:3, 674:11, 674:18, 677:10, 677:14, 677:17, 677:21, 677:23, 678:2, 678:18, 678:21, 678:23, 680:7, 683:23, 683:25, 684:19, 684:22, 685:6, 689:17, 689:23, 690:8, 690:12,

690:14, 691:14, 691:16, 691:17, 691:18, 691:19, 691:22, 692:1, 692:4, 694:19, 697:16, 698:18, 703:5, 703:8, 704:1, 704:10, 704:14, 704:17, 704:20, 704:24, 705:1, 705:12, 706:17, 706:25, 707:6, 707:7, 708:2, 708:3, 708:14, 708:17, 708:22, 709:2, 709:5, 709:19, 710:2, 711:3, 711:5, 711:11, 711:15, 711:21, 712:5, 712:6, 712:9, 712:11, 713:2, 713:8, 716:22, 716:24, 717:3, 717:8, 717:12, 717:14, 718:5, 718:14, 718:17, 718:20, 718:25, 719:4, 720:8, 720:15, 720:17, 721:3, 721:4, 721:6, 721:8, 721:15, 721:18, 721:23, 722:2, 722:7, 723:22, 724:25, 725:6, 726:6, 726:8, 726:11, 726:16, 726:19, 726:21, 727:6, 727:14, 727:17, 727:19, 727:21, 728:1, 729:3, 731:11, 731:13, 731:17, 731:20, 731:22, 733:1, 733:4, 733:9, 733:17, 733:23, 734:6, 735:4, 735:6, 735:15, 736:2, 736:15, 736:22, 736:25, 737:2, 737:13, 737:20, 737:23, 737:24, 738:2, 739:15, 739:21, 740:7, 740:10, 740:11, 740:13, 740:19, 740:23, 741:2, 741:5, 741:7, 741:9, 741:11, 741:12, 741:16, 742:6, 742:11, 742:25, 743:2, 743:4,

743:17, 754:8, 754:10, 754:19, 754:25, 756:25, 757:3, 757:18, 757:20, 759:14, 759:22, 760:11, 760:17, 761:2, 761:5, 761:8, 761:11, 761:19, 761:22, 763:7, 763:9, 763:13, 764:11, 764:13, 764:21, 764:23, 764:25, 765:3, 765:7, 765:17, 766:1, 766:4, 766:25, 767:1, 767:4, 767:7, 767:12, 767:19, 767:21, 768:1, 768:3, 768:5
**MS** [1] - 759:19
**MUMFORD** [1] - 665:10
**Murph** [42] - 670:21, 670:23, 672:11, 673:2, 673:4, 673:11, 673:24, 674:4, 674:8, 674:9, 674:11, 674:19, 676:23, 678:3, 684:16, 694:9, 698:14, 705:2, 707:4, 707:24, 708:3, 709:7, 710:3, 713:11, 717:15, 720:20, 721:9, 722:8, 723:17, 727:15, 728:2, 729:5, 735:10, 737:5, 737:7, 737:21, 738:3, 739:22, 740:8, 766:11, 766:17, 767:15
**MURPH** [1] - 671:5
**Murph's** [1] - 735:21
**MURPH.................... ** [1] - 668:7
**MURPH.................... ** ................... [1] - 668:5

# N

**N.W** [1] - 666:20
**name** [17] - 674:7, 674:14, 681:3, 687:12, 710:5, 719:12, 719:13,

735:2, 742:21, 743:19, 743:22, 753:15, 754:11, 759:25, 765:3, 765:19, 767:13
**named** [1] - 730:22
**narrow** [1] - 670:6
**need** [6] - 679:10, 712:3, 722:2, 733:6, 736:23, 750:21
**needed** [6] - 758:21, 758:24, 759:2, 759:3, 760:24, 763:20
**needing** [1] - 669:19
**needs** [1] - 669:16
**negative** [4] - 715:20, 746:23, 751:16, 754:3
**neighbor's** [2] - 719:11, 719:12
**neighborhood** [1] - 701:9
**neighbors** [1] - 680:24
**never** [5] - 670:11, 689:11, 691:20, 695:23, 716:12
**NEW** [3] - 665:7, 665:25, 666:4, 666:10, 666:14, 666:25, 667:6, 667:9, 667:16
**New** [9] - 674:25, 676:19, 676:20, 742:19, 744:5, 744:6, 745:18, 747:14, 747:15
**new** [1] - 752:4
**next** [6] - 680:23, 694:23, 719:9, 719:10, 740:18, 762:15
**nice** [1] - 677:16
**night** [15] - 686:5, 692:16, 697:20, 697:21, 697:22, 700:8, 703:3, 716:20, 716:21, 719:22, 720:3, 720:4, 720:5, 755:7, 755:10
**Ninth** [2] - 676:21, 744:7
**NO** [3] - 665:6, 665:10, 665:14
**nobody** [5] - 680:22, 689:11, 712:13, 723:12, 745:15
**noise** [3] - 693:22, 713:21, 739:1

**noises** [3] - 692:25, 693:1, 693:2
**NOLET** [1] - 666:9
**none** [4] - 727:12, 738:15, 760:9, 767:20
**NONJURY** [1] - 665:19
**noon** [1] - 687:20
**normal** [1] - 749:11
**normally** [2] - 698:14, 707:25
**North** [8] - 677:6, 681:4, 681:9, 721:10, 736:2, 737:25, 743:3, 767:14
**north** [1] - 694:15
**NORTH** [1] - 667:11
**note** [3] - 712:20, 754:19, 765:23
**noted** [1] - 711:7
**notes** [3] - 704:3, 729:8, 729:10
**nothing** [7] - 671:2, 703:4, 743:9, 754:3, 759:8, 759:13, 765:11
**notice** [1] - 732:19
**notwithstanding** [1] - 711:19
**number** [8] - 672:14, 672:16, 677:16, 677:20, 680:5, 680:8, 707:1, 735:20
**Number** [9] - 671:21, 755:24, 757:24, 758:1, 759:12, 760:4, 760:23, 761:3, 764:17
**numbered** [2] - 677:21, 769:9
**numbers** [1] - 736:17
**numerous** [2] - 766:21, 766:23
**nurse** [1] - 739:8
**NY** [1] - 666:10

**O**

**o'clock** [1] - 692:15
**oath** [8] - 671:7, 705:22, 709:18, 743:14, 765:16, 767:15, 767:16, 767:18
**object** [10] - 691:14, 707:7, 707:13, 711:21, 718:5, 721:15, 724:25,

733:17, 736:3, 761:2
**Objection** [1] - 671:22
**objection** [13] - 709:12, 711:7, 717:7, 717:11, 718:18, 720:13, 736:9, 736:10, 736:19, 741:11, 754:19, 757:18, 761:8
**objections** [3] - 742:2, 742:4, 756:25
**objects** [1] - 678:14
**observation** [1] - 673:6
**obviously** [1] - 678:15
**occasion** [1] - 706:1
**occasions** [4] - 752:24, 766:20, 766:21, 766:23
**occurred** [3] - 683:12, 683:20, 741:9
**OF** [7] - 665:2, 665:11, 665:14, 665:19, 666:3, 666:19, 668:7
**off-the-record** [1] - 765:5
**offer** [6] - 677:22, 707:3, 737:2, 737:3, 737:4, 737:6
**OFFICE** [1] - 666:19
**OFFICER** [2] - 737:1, 768:9
**OFFICES** [1] - 666:3
**OFFICIAL** [1] - 667:15
**Official** [2] - 769:5, 769:15
**old** [2] - 716:19, 744:16
**once** [8] - 687:11, 687:14, 690:24, 698:8, 716:18, 729:13, 738:17
**one** [34] - 670:1, 670:22, 671:9, 671:13, 672:21, 673:14, 680:15, 685:21, 685:22, 708:9, 708:15, 728:12, 730:18, 735:21, 737:14, 737:15, 739:15, 741:4, 741:13, 742:13, 745:7, 745:8, 748:6, 760:12, 760:23, 761:18, 762:6, 763:18, 763:19, 764:1, 764:2, 764:6, 765:23, 766:1

**ones** [3] - 670:12, 670:13, 759:12
**ONLY** [2] - 665:12, 665:15
**open** [5] - 701:24, 701:25, 702:6, 758:24, 763:12
**openly** [1] - 766:24
**operation** [1] - 745:25
**opinion** [2] - 673:7, 692:2
**opposed** [1] - 679:10
**order** [3] - 673:11, 731:3, 741:21
**ORDER** [1] - 669:4
**orders** [1] - 767:5
**orient** [1] - 677:5
**Orleans** [9] - 674:25, 676:19, 676:20, 742:19, 744:5, 744:6, 745:18, 747:14, 747:15
**ORLEANS** [7] - 665:7, 665:25, 666:4, 666:14, 666:25, 667:9, 667:16
**orthopedic** [1] - 746:12
**otherwise** [1] - 670:6
**ought** [1] - 768:7
**outright** [1] - 728:14
**outside** [4] - 702:22, 703:1, 705:13, 713:18
**overlay** [1] - 678:18
**overrule** [2] - 709:12, 736:10
**overruled** [2] - 721:17, 721:19
**owe** [1] - 759:8
**own** [1] - 728:14
**owned** [1] - 680:18

**P**

**p.m** [1] - 768:10
**P430** [3] - 668:21, 737:3, 737:12
**P431** [3] - 668:21, 737:4, 737:12
**P432** [3] - 668:21, 737:6, 737:12
**P433** [3] - 668:21, 737:7, 737:12
**package** [1] - 735:25
**page** [16] - 703:5, 711:5, 720:10, 720:15, 720:18, 726:11, 726:12,

727:1, 727:2, 727:3, 727:7, 727:14, 731:8, 731:20, 758:3
**Page** [1] - 673:17
**PAGE** [2] - 668:3, 668:19
**pages** [2] - 758:5, 760:12
**paid** [3] - 729:6, 729:7, 756:22
**panic** [2] - 696:16, 698:7, 702:15
**panicked** [1] - 698:8
**paper** [2] - 670:15, 758:24
**papers** [3] - 759:17, 760:14, 760:18
**Pardon** [1] - 703:5
**part** [20] - 676:20, 684:4, 695:5, 698:25, 701:20, 708:8, 709:13, 709:24, 710:4, 710:22, 713:6, 722:25, 723:3, 723:8, 725:16, 728:2, 731:9, 731:15, 731:17, 735:24
**particularly** [1] - 749:24
**parts** [2] - 709:14, 714:8
**pass** [1] - 726:9
**passed** [7] - 698:4, 719:21, 747:20, 747:24, 747:25, 749:8, 753:4
**past** [3] - 717:9, 744:19, 747:6
**patience** [1] - 669:16
**PATRICK** [1] - 666:15
**pay** [6] - 715:4, 727:11, 728:8, 728:12, 729:10, 759:13
**paying** [1] - 729:8
**Pazos** [1] - 767:25
**pen** [1] - 670:15
**pending** [1] - 757:8
**Pendleton** [1] - 742:23
**people** [5] - 680:22, 681:16, 694:7, 726:4, 749:11
**PEPPER** [1] - 667:15
**Pepper** [3] - 769:3, 769:13, 769:14
**perceived** [1] - 719:2
**perceives** [1] - 707:2
**percent** [2] - 727:18

**perhaps** [1] - 677:23
**period** [1] - 676:13
**permissible** [1] - 711:12
**permutations** [1] - 711:25
**Pershing** [1] - 747:13
**person** [5] - 678:16, 726:15, 730:12, 734:13, 741:22
**personally** [2] - 685:25, 686:2
**PERTAINS** [1] - 665:9
**pertains** [2] - 727:11, 728:3
**PETER** [1] - 667:11
**phone** [3] - 681:16, 717:19, 717:20
**photo** [3] - 735:19, 755:25, 756:2
**photograph** [1] - 755:23
**pick** [2] - 686:23, 686:25
**picked** [1] - 687:1
**picture** [2] - 684:4, 684:11
**piece** [1] - 763:21
**pitch** [1] - 699:16
**pitched** [3] - 699:12, 699:13, 699:14
**place** [6] - 680:18, 682:16, 682:21, 683:2, 683:7, 730:3
**plaintiff** [1] - 743:1
**Plaintiff's** [1] - 671:21
**plaintiffs** [5] - 669:12, 670:21, 741:13, 742:12, 765:8
**PLAINTIFFS** [3] - 665:11, 665:14, 665:23
**play** [9] - 707:4, 708:12, 709:22, 713:2, 716:25, 717:5, 717:6, 740:24, 749:10
**played** [3] - 713:11, 718:8, 742:16
**pleases** [1] - 735:22
**pleasure** [1] - 751:19
**plumbing** [1] - 750:25
**plus** [1] - 768:6
**point** [24] - 671:19, 673:24, 677:1, 677:22, 679:21, 681:7, 684:14, 692:9, 694:20, 695:7, 695:24, 696:8, 706:25,

712:16, 713:10,
719:5, 736:13,
736:14, 737:11,
740:5, 742:15,
764:18, 765:4, 767:9
**policeman** [2] -
742:14
**POLLARD** [1] - 666:6
**popping** [1] - 715:10
**porch** [1] - 756:9
**portion** [2] - 731:16,
764:7
**positive** [1] - 688:12
**possible** [1] - 717:4
**posttrial** [2] - 712:20,
712:25
**POYDRAS** [3] -
666:24, 667:9,
667:15
**precision** [1] - 712:3
**prejudice** [1] - 721:20
**premature** [1] - 669:25
**preparation** [1] -
734:14
**prepare** [1] - 759:10
**present** [1] - 681:17
**presentation** [2] -
678:19, 736:6
**pretty** [9] - 681:14,
683:8, 688:1,
704:22, 717:24,
718:3, 718:4, 718:10
**previous** [2] - 741:21,
756:25
**previously** [1] -
720:14
**price** [1] - 728:12
**Prieur** [1] - 677:6
**primary** [3] - 671:18,
673:1, 711:18
**probe** [2] - 683:20,
691:24
**problem** [6] - 673:23,
706:12, 748:22,
750:18, 750:23,
750:24
**proceed** [4] - 669:10,
669:11, 670:18,
754:23
**proceedings** [10] -
669:24, 712:16,
713:10, 737:11,
742:15, 764:18,
765:4, 767:9,
768:10, 769:9
**PROCEEDINGS** [3] -
665:19, 667:17,
669:1
**proceeds** [5] - 758:11,
758:14, 759:2,

760:3, 760:25
**process** [1] - 746:10
**PROCTER** [1] - 667:3
**produced** [3] - 755:23,
758:18, 759:12
**PRODUCED** [1] -
667:18
**producing** [1] - 710:7
**Professional** [1] -
769:4
**progresses** [1] -
669:21
**projected** [1] - 676:24
**property** [5] - 696:6,
696:7, 727:20,
727:21, 727:24
**proposition** [5] -
671:14, 672:4,
672:25, 673:3,
673:10
**provided** [1] - 757:22
**Providence** [1] -
753:14
**provisions** [1] -
721:13
**pull** [2] - 684:1, 729:4
**purple** [1] - 723:5
**purpose** [3] - 673:1,
707:24, 711:18
**purposes** [1] - 711:10
**pursuant** [1] - 671:23
**put** [9] - 673:6,
677:11, 677:19,
678:13, 678:17,
697:6, 723:10,
731:2, 741:22

## Q

**quarters** [1] - 714:1
**questioning** [2] -
721:16, 737:15
**questions** [8] -
683:12, 707:10,
724:23, 725:8,
738:3, 754:12,
761:19, 764:11
**quick** [1] - 716:17
**quicker** [1] - 713:23
**quite** [3] - 704:12,
755:22, 759:20
**quote** [1] - 671:22

## R

**RAFFMAN** [1] - 667:4
**rain** [1] - 690:16
**rained** [1] - 690:18

**rainwater** [1] - 690:17
**raise** [3] - 670:25,
743:7, 765:9
**ran** [6] - 694:24,
695:21, 696:19,
696:20, 698:4, 714:3
**rate** [1] - 726:9
**rather** [3] - 671:12,
707:12, 719:17
**RE** [1] - 665:4
**reach** [1] - 740:20
**reached** [1] - 721:9
**read** [15] - 683:13,
683:14, 683:17,
704:16, 704:21,
708:16, 709:22,
713:5, 727:12,
741:6, 753:20,
760:21, 765:23
**reading** [1] - 672:15
**ready** [7] - 669:10,
669:11, 670:18,
670:20, 712:4,
726:15, 765:6
**real** [5] - 691:8,
696:15, 706:12,
714:18
**realize** [1] - 673:22
**really** [10] - 682:19,
710:16, 713:7,
720:1, 722:15,
725:9, 725:11,
726:24, 751:5,
759:14
**Realtime** [1] - 769:3
**reason** [5] - 671:18,
682:17, 709:11,
718:1, 766:2
**reasons** [2] - 669:15,
741:14
**rebuild** [1] - 750:9
**rebuilt** [2] - 750:8,
750:9
**receive** [1] - 757:11
**received** [4] - 757:12,
758:11, 760:2, 761:6
**recent** [1] - 672:21
**recently** [2] - 671:12,
672:19
**recess** [8] - 712:7,
712:8, 712:17,
736:24, 767:2,
767:8, 767:10,
767:24
**recognize** [11] - 685:7,
685:9, 717:15,
722:8, 725:17,
725:19, 725:22,
727:7, 755:25,
757:23, 757:25

**recollection** [2] -
682:1, 683:6
**record** [22] - 670:20,
673:6, 674:7,
674:15, 677:15,
677:19, 690:8,
690:11, 711:24,
720:18, 721:18,
721:19, 735:1,
737:24, 741:3,
741:12, 742:2,
754:20, 764:16,
765:5, 765:20, 769:9
**RECORDED** [1] -
667:17
**recorded** [1] - 736:3
**recording** [2] - 707:3,
717:15
**recovery** [2] - 746:10,
764:15
**recreating** [1] - 754:21
**recreation** [1] - 751:18
**red** [4] - 677:1,
677:13, 678:7
**redacted** [2] - 683:17,
713:6
**REDIRECT** [2] - 668:9,
739:20
**refresh** [1] - 681:5
**refuse** [1] - 736:8
**regard** [1] - 673:11
**regarded** [1] - 717:2
**regardless** [1] -
707:21
**Regency** [1] - 685:18
**Registered** [2] -
769:3, 769:4
**registered** [1] - 739:8
**rehab** [1] - 750:1
**rehabilitation** [2] -
746:7, 750:4
**reiterate** [1] - 756:25
**relate** [1] - 673:4
**related** [3] - 672:25,
673:2, 713:7
**relates** [1] - 672:25
**relating** [1] - 673:22
**relationship** [1] -
748:20
**released** [2] - 740:9,
740:14
**relevancy** [1] - 724:25
**relevant** [4] - 707:20,
709:15, 711:19,
720:12
**relied** [1] - 739:9
**relief** [2] - 677:24,
678:4
**relying** [1] - 750:15
**remains** [1] - 753:4

**remember** [43] -
671:17, 672:15,
680:9, 681:3,
681:24, 682:15,
687:20, 704:22,
710:3, 710:7,
710:11, 710:12,
710:14, 710:17,
710:24, 710:25,
711:1, 717:19,
717:21, 719:13,
719:19, 719:24,
722:22, 723:2,
723:16, 730:6,
730:18, 740:3,
740:6, 742:13,
747:20, 748:3,
752:13, 756:20,
760:2, 760:6, 760:9,
760:14, 760:15,
760:19, 760:21,
762:1
**remembered** [1] -
682:23
**remembers** [1] -
709:25
**remove** [1] - 721:5
**repair** [1] - 758:14
**repairs** [1] - 751:2
**repeat** [2] - 723:18,
728:22
**replacement** [1] -
746:2
**report** [1] - 671:22
**reporter** [5] - 674:13,
742:22, 743:5,
743:14, 744:18
**REPORTER** [2] -
667:15, 743:7
**Reporter** [6] - 769:3,
769:4, 769:5, 769:15
**REPORTER'S** [1] -
769:1
**repose** [1] - 767:3
**represent** [1] - 767:13
**representing** [2] -
742:25, 743:2
**reserve** [1] - 735:15
**reserved** [2] - 711:10,
742:2
**resolve** [1] - 673:8
**resolving** [1] - 673:9
**respectful** [1] - 669:24
**responds** [1] - 683:20
**response** [7] - 669:12,
669:18, 669:23,
670:1, 670:3, 679:11
**response)** [12] -
679:9, 693:4,
715:20, 744:2,

746:19, 746:23,
748:8, 751:16,
753:1, 753:6, 754:3,
763:1
**responses** [1] -
741:22
**rest** [1] - 753:9
**result** [1] - 737:14
**retired** [1] - 748:24
**retirement** [3] - 749:1,
751:6, 751:17
**revisiting** [1] - 672:3
**RICHARD** [2] - 666:19,
666:19
**Richard** [1] - 710:5
**RICHARDSON** [3] -
665:11, 668:10,
743:12
**Richardson** [18] -
740:24, 742:16,
742:18, 743:1,
743:23, 747:4,
747:9, 754:11,
755:19, 755:25,
756:18, 757:15,
757:23, 758:17,
758:20, 759:14,
761:6, 761:23
**Richthofen** [4] -
734:13, 735:3,
735:4, 735:7
**Rick** [3] - 735:2,
735:3, 735:4
**rid** [1] - 729:4
**ride** [2] - 687:16,
687:17
**ridge** [3] - 699:16,
699:17, 700:20
**RIDGELAKE** [1] -
666:16
**riding** [8] - 703:17,
704:5, 704:9, 705:5,
705:16, 705:19,
705:20, 705:23
**rights** [1] - 735:15
**rise** [5] - 669:7,
712:18, 730:16,
737:1, 768:9
**rising** [2] - 714:18,
739:2
**RMR** [2] - 667:15,
769:14
**Road** [17] - 757:15,
757:21, 758:2,
758:8, 758:11,
758:18, 758:21,
758:22, 758:23,
759:1, 759:6,
759:11, 759:16,
760:3, 760:7, 760:9,

760:24
**road** [1] - 693:23
**ROBBINS** [1] - 667:5
**rode** [1] - 755:4
**roof** [16] - 698:24,
698:25, 699:6,
699:9, 699:10,
699:13, 699:14,
700:1, 700:15,
700:18, 700:20,
701:2, 719:5, 719:6
**room** [10] - 702:20,
702:22, 702:23,
761:25, 762:7,
762:12, 762:15,
762:25, 763:4, 764:1
**ROOM** [1] - 667:15
**rough** [4] - 749:21,
750:5, 750:12,
755:15
**roughing** [1] - 673:20
**roughly** [1] - 741:24
**route** [1] - 740:19
**rubbing** [1] - 693:10
**rule** [2] - 671:17,
736:9
**Rule** [3] - 671:23,
689:18, 707:2
**ruled** [1] - 711:22
**ruling** [1] - 671:24
**run** [1] - 702:19
**running** [9] - 689:9,
689:24, 690:2,
690:16, 690:19,
690:20, 696:9,
715:12, 716:7
**rushing** [3] - 696:3,
696:4, 696:5

## S

**s/Cathy** [1] - 769:13
**SANDERS** [1] - 666:15
**sat** [1] - 739:3
**satellite** [2] - 735:19,
737:4
**saved** [1] - 739:17
**saw** [22] - 680:23,
689:13, 694:10,
698:2, 698:8, 700:8,
701:13, 703:9,
706:18, 706:20,
715:3, 715:23,
720:6, 720:11,
731:6, 733:10,
733:20, 733:21,
733:24, 738:23,
745:2, 766:17
**scared** [1] - 735:11

**school** [3] - 675:4,
675:11, 752:22
**scraping** [2] - 693:7,
713:16
**screen** [10] - 676:23,
678:11, 684:17,
684:18, 684:22,
684:23, 718:8,
722:8, 726:23,
742:20
**scroll** [3] - 722:3,
722:4, 727:18
**seated** [3] - 669:8,
671:8, 712:19
**second** [3] - 670:22,
671:9, 672:12
**secondly** [1] - 669:22
**seconds** [3] - 732:8,
765:1, 765:3
**SECTION** [1] - 665:7
**section** [1] - 726:16
**sections** [1] - 726:19
**SECURITY** [2] - 737:1,
768:9
**see** [67] - 670:12,
676:23, 676:25,
677:1, 677:4,
677:13, 678:7,
678:8, 678:24,
679:1, 679:3, 684:4,
684:6, 684:8, 688:2,
688:16, 691:6,
691:7, 693:17,
693:21, 694:21,
695:4, 695:24,
700:3, 700:5, 700:7,
700:14, 700:15,
700:20, 700:22,
701:7, 701:8,
702:22, 703:1,
703:3, 703:4,
705:20, 705:22,
708:11, 713:21,
714:25, 715:7,
715:9, 718:22,
723:3, 723:5, 723:8,
728:2, 728:5, 728:7,
730:11, 731:23,
732:13, 738:14,
738:20, 741:21,
746:17, 750:7,
752:3, 758:7,
760:12, 763:13,
763:14, 768:8
**seeking** [1] - 757:5
**selectively** [1] -
718:21
**send** [1] - 760:1
**sent** [1] - 761:13
**sentence** [1] - 695:5

**separate** [2] - 748:16,
763:23
**separated** [1] - 748:12
**sequence** [1] - 720:11
**serve** [1] - 675:24
**session** [2] - 669:7,
712:19
**SESSION** [1] - 665:18
**set** [3] - 670:15, 674:9,
674:10
**settlement** [4] - 721:9,
721:13, 722:25,
724:13
**seven** [3] - 744:13,
748:6, 755:21
**several** [2] - 671:12,
753:5
**SEYMOUR** [2] -
666:19, 666:19
**shaky** [2] - 725:9,
725:10
**shall** [1] - 708:23
**shape** [1] - 699:10
**SHAWN** [1] - 666:6
**Sheena** [2] - 736:16,
736:17
**shingle** [1] - 699:7
**shining** [1] - 715:7
**shit** [1] - 713:25
**short** [2] - 741:20,
767:9
**shortly** [1] - 741:18
**show** [5] - 710:21,
720:15, 721:20,
722:10, 755:23
**showed** [4] - 710:3,
758:9, 758:17, 759:7
**showing** [1] - 720:18
**shown** [1] - 718:8
**shut** [2] - 696:21,
696:22
**shutters** [1] - 703:2
**sick** [1] - 741:10
**side** [15] - 680:17,
685:3, 699:4,
699:17, 699:18,
699:19, 699:20,
699:22, 699:24,
700:10, 701:1,
701:4, 752:25,
754:15
**sideways** [10] -
703:14, 703:15,
703:17, 704:5,
704:9, 705:6,
705:16, 705:19,
705:23, 706:21
**Sidney** [2] - 672:20,
673:2
**sign** [16] - 723:15,

723:16, 726:25,
727:9, 727:10,
727:13, 759:2,
759:6, 759:10,
759:16, 759:24,
759:25, 760:20,
760:21, 760:24,
767:5
**signature** [4] - 722:16,
722:23, 727:2, 727:7
**signed** [11] - 723:16,
723:18, 723:19,
727:13, 730:3,
757:25, 758:21,
760:14, 760:18,
760:22, 760:25
**significant** [1] - 752:2
**signing** [3] - 729:14,
760:3, 760:6
**simply** [4] - 669:22,
671:15, 707:25,
737:15
**sister** [1] - 752:20
**sit** [5] - 669:22,
696:23, 702:20,
760:20, 767:3
**sitting** [6] - 694:8,
696:24, 702:24,
703:10, 703:12,
750:8
**six** [3] - 739:8, 755:19,
764:2
**six-foot** [1] - 764:2
**sixty** [2] - 747:7, 747:8
**size** [1] - 756:12
**skip** [1] - 720:9
**slab** [1] - 762:12
**slate** [2] - 699:9
**slide** [1] - 763:21
**slowly** [1] - 674:12
**social** [1] - 751:14
**society** [1] - 727:16
**sofa** [2] - 696:23,
696:24
**sole** [1] - 707:24
**solemnly** [3] - 671:1,
743:8, 765:10
**someone** [1] - 706:4
**sometime** [1] - 751:12
**sometimes** [1] -
733:19
**somewhere** [3] -
695:4, 738:9, 768:5
**son** [2] - 760:22
**son's** [1] - 746:9
**soon** [2] - 688:4,
688:5
**sorry** [11] - 676:11,
695:16, 696:2,
698:11, 701:16,

722:2, 724:17, 728:20, 728:22, 740:16, 766:22
**sort** [1] - 672:2
**sound** [21] - 693:2, 693:3, 693:5, 694:1, 695:4, 695:6, 695:7, 695:9, 695:13, 695:18, 695:20, 713:16, 713:22, 714:6, 714:9, 714:10, 714:14, 714:15, 716:4, 716:5, 717:18
**sounded** [2] - 695:13, 718:16
**sounds** [10] - 693:8, 693:11, 693:13, 693:18, 693:24, 694:1, 694:21, 709:16, 718:23, 719:1
**source** [1] - 742:4
**south** [1] - 694:15
**speaking** [1] - 681:23
**specialist** [1] - 742:22
**specific** [3] - 675:15, 683:12, 766:2
**specifically** [1] - 673:8
**speedy** [1] - 764:15
**spell** [2] - 674:14, 765:19
**spelled** [1] - 744:1
**spent** [1] - 685:11
**splash** [1] - 689:8
**splashing** [15] - 688:22, 688:24, 688:25, 689:4, 689:8, 689:14, 689:16, 689:21, 689:25, 690:5, 690:20, 715:9, 715:14, 716:2
**split** [1] - 678:11
**spraying** [1] - 716:3
**sprinkling** [1] - 715:17
**Sr** [1] - 747:9
**ST** [2] - 665:24, 666:4
**St** [1] - 740:5
**stage** [1] - 669:9
**stand** [3] - 670:23, 699:20, 701:8
**standard** [2] - 756:10, 756:12, 756:13, 760:7, 764:8
**standing** [2] - 699:22, 701:19
**STANWOOD** [1] - 665:19
**start** [5] - 674:6,

695:3, 711:3, 713:23, 743:18
**started** [9] - 693:23, 695:6, 713:20, 716:18, 716:21, 731:7, 755:8, 755:13, 755:16
**starting** [1] - 717:9
**State** [1] - 769:5
**state** [3] - 674:7, 674:21, 765:19
**STATEMENT** [1] - 668:7
**statement** [39] - 671:13, 673:1, 683:14, 683:15, 683:17, 690:6, 706:5, 707:9, 707:11, 707:12, 707:15, 707:17, 707:18, 708:1, 708:4, 708:5, 708:13, 708:17, 709:5, 709:6, 709:7, 709:14, 709:17, 709:22, 709:25, 710:7, 710:12, 710:22, 711:19, 713:5, 713:11, 719:2, 720:25, 731:9, 731:18, 736:4
**statements** [2] - 671:13, 736:13
**States** [2] - 769:6, 769:16
**STATES** [2] - 665:1, 665:20
**station** [1] - 764:24
**stationed** [1] - 675:22
**stay** [2] - 691:1, 767:23
**stayed** [1] - 754:14
**steel** [3] - 669:13, 704:5, 704:9, 705:3, 714:8
**Steigman** [1] - 742:21
**STENOGRAPHY** [1] - 667:17
**step** [3] - 672:11, 740:8
**steps** [7] - 756:4, 756:9, 762:6, 762:10, 762:14, 762:15, 762:21
**stick** [2] - 701:10, 701:22
**sticking** [1] - 701:20
**still** [9] - 691:4, 733:24, 735:7, 746:10, 747:19,

748:25, 750:14, 754:6, 757:8
**Stone** [2] - 752:9, 752:10
**stop** [2] - 695:18, 716:24
**stopped** [2] - 695:23, 717:1
**storm** [37] - 679:15, 679:16, 679:21, 680:21, 681:10, 682:14, 682:16, 682:21, 682:22, 683:3, 683:7, 683:12, 686:8, 692:6, 697:8, 697:10, 697:11, 697:13, 703:2, 707:22, 719:17, 719:21, 719:24, 720:1, 720:6, 751:21, 753:3, 754:13, 754:14, 755:4, 755:8, 755:14, 756:16, 763:2, 763:3
**story** [1] - 732:3
**strange** [1] - 693:2
**Street** [8] - 674:22, 677:6, 742:19, 744:3, 744:4, 744:12, 749:16, 761:1
**street** [7] - 690:15, 690:17, 693:22, 694:10, 695:1, 696:3, 698:8
**STREET** [5] - 666:7, 666:13, 666:24, 667:9, 667:15
**streetlights** [1] - 691:7
**stress** [1] - 753:8
**strike** [3] - 669:13, 671:13, 682:2
**strong** [2] - 746:22, 746:24
**stronger** [1] - 683:3
**stuff** [6] - 718:21, 727:12, 731:7, 732:14, 732:16, 761:15
**styled** [1] - 669:14
**subject** [4] - 717:6, 720:13, 736:18, 754:22
**submitted** [1] - 736:11
**Subrogation** [1] - 760:4
**subsequent** [1] - 758:5

**succession** [1] - 758:25
**sue** [1] - 731:5
**sufficient** [1] - 711:19
**suggestion** [1] - 669:24
**SUITE** [3] - 666:17, 666:20, 667:9
**Sunday** [13] - 685:11, 686:7, 692:16, 697:9, 697:12, 716:20, 716:21, 719:22, 720:5, 754:13, 754:14, 755:7, 755:10
**supplement** [2] - 741:20, 742:8
**supplemental** [1] - 754:20
**support** [2] - 709:11, 711:13
**supposed** [3] - 670:8, 751:20, 752:12
**surgery** [2] - 746:1, 746:22
**surrounding** [1] - 682:22
**sustain** [1] - 717:10
**sustained** [1] - 671:22
**SUTTERFIELD** [1] - 667:8
**swear** [4] - 671:1, 743:5, 743:8, 765:10
**swept** [1] - 723:7
**sworn** [4] - 671:6, 708:14, 743:13, 765:15
**system** [5] - 678:11, 678:19, 684:1, 715:19, 767:6
**systems** [1] - 678:16

# T

**table** [2] - 730:7, 734:9
**tall** [2] - 755:20, 755:22
**team** [1] - 672:18
**technical** [1] - 712:9
**telephone** [7] - 706:4, 709:5, 709:6, 709:7, 709:9, 710:9, 736:3
**television** [1] - 691:13
**ten** [1] - 726:12
**ten-page** [1] - 726:12
**tender** [4] - 735:15, 737:23, 754:8, 766:25
**tendered** [2] - 683:18,

741:4
**term** [1] - 676:12
**terms** [1] - 699:14
**testified** [8] - 671:7, 691:14, 692:5, 704:4, 709:17, 738:4, 743:14, 765:16
**testify** [2] - 724:15, 745:17
**testifying** [3] - 683:19, 739:13, 767:25
**testimony** [16] - 671:1, 671:16, 673:25, 704:3, 708:6, 712:22, 733:16, 734:15, 734:20, 735:21, 741:8, 743:8, 744:18, 744:22, 765:10, 765:25
**Texas** [2] - 675:23, 761:16
**THE** [193] - 665:19, 665:23, 666:23, 669:7, 669:9, 670:3, 670:16, 670:19, 670:22, 670:25, 671:4, 671:8, 671:9, 671:11, 672:1, 672:5, 672:9, 672:11, 672:17, 672:18, 672:24, 673:7, 673:13, 673:16, 673:19, 673:20, 673:24, 674:9, 674:14, 674:16, 677:5, 677:8, 677:19, 678:12, 678:20, 680:4, 683:10, 684:14, 684:18, 684:21, 684:23, 684:25, 685:1, 685:3, 689:13, 689:16, 689:19, 690:4, 690:10, 691:20, 691:24, 694:9, 694:12, 694:14, 694:16, 694:17, 697:11, 697:12, 697:13, 698:13, 698:16, 703:21, 703:23, 704:12, 704:15, 704:18, 704:21, 705:9, 705:10, 705:15, 705:18, 705:19, 705:20, 705:21,

705:24, 705:25, 706:2, 706:4, 706:7, 706:9, 706:10, 706:11, 706:13, 706:15, 707:5, 707:19, 708:8, 708:16, 708:18, 708:23, 709:4, 709:12, 709:20, 710:20, 710:24, 710:25, 711:7, 711:14, 711:16, 711:23, 712:7, 712:10, 712:14, 712:18, 712:20, 713:4, 716:23, 716:25, 717:5, 717:10, 718:7, 718:10, 718:12, 718:18, 718:22, 719:1, 720:13, 721:5, 721:17, 721:21, 722:1, 723:17, 723:19, 725:3, 725:4, 726:4, 726:7, 726:10, 726:14, 726:18, 727:4, 727:15, 727:23, 728:23, 729:1, 731:9, 731:12, 731:15, 731:19, 732:24, 733:6, 733:19, 734:3, 734:4, 735:1, 735:3, 735:13, 736:1, 736:8, 736:16, 736:23, 737:16, 739:19, 740:8, 740:12, 740:14, 740:15, 740:16, 741:4, 741:6, 741:8, 741:15, 742:5, 742:10, 742:12, 742:17, 743:5, 743:7, 743:11, 757:1, 759:18, 759:20, 760:14, 761:9, 763:14, 764:16, 764:20, 765:2, 765:6, 765:9, 765:13, 765:19, 765:21, 765:23, 767:3, 767:5, 767:8, 767:20, 767:22, 768:2, 768:7, 768:9
**themselves** [2] - 742:24, 749:12
**thinking** [4] - 672:1, 672:24, 673:21, 751:5

**three** [11] - 682:9, 708:25, 714:1, 726:6, 756:7, 760:12, 762:11, 762:14, 762:15, 762:21, 767:2
**three-minute** [1] - 767:2
**three-quarters** [1] - 714:1
**throughout** [2] - 756:13, 756:15
**tickets** [1] - 751:21
**tied** [2] - 680:17, 680:18
**timing** [2] - 718:11, 720:10
**title** [2] - 725:20, 725:23
**TO** [4] - 665:9, 665:11, 665:14, 669:4
**today** [13] - 677:22, 681:13, 682:24, 683:6, 705:21, 724:19, 730:12, 734:7, 734:17, 739:13, 744:16, 747:2, 764:14
**together** [11] - 713:14, 723:20, 741:22, 749:9, 749:13, 750:14, 750:17, 751:14, 751:15, 751:19
**tomorrow** [1] - 720:23
**tonight** [1] - 691:22
**took** [18] - 682:16, 682:21, 683:2, 683:7, 686:2, 686:9, 686:11, 688:9, 694:20, 738:17, 739:10, 739:11, 739:24, 741:20, 744:22, 748:23, 753:3
**top** [23] - 688:19, 688:20, 688:21, 689:2, 689:8, 689:10, 689:14, 689:15, 689:24, 690:1, 690:3, 714:24, 715:10, 715:13, 715:17, 715:18, 715:24, 716:3, 716:14, 725:16, 726:17, 731:23, 755:25
**tore** [1] - 679:13
**touch** [3] - 684:16, 684:18, 684:23

**touching** [1] - 684:22
**tough** [1] - 750:12
**toward** [3] - 713:20, 713:23, 715:6
**towards** [6] - 693:21, 694:12, 694:14, 694:20, 696:4, 696:5
**track** [1] - 683:4
**transcript** [8] - 710:4, 710:8, 710:21, 720:19, 735:17, 737:8, 742:7, 769:8
**TRANSCRIPT** [2] - 665:19, 667:17
**TRAYLOR** [1] - 665:23
**trial** [6] - 670:7, 670:9, 741:1, 741:14, 745:18, 746:24
**TRIAL** [1] - 665:19
**truck** [5] - 675:11, 749:2, 751:6
**true** [2] - 721:9, 769:7
**trust** [1] - 721:23
**truth** [18] - 671:2, 671:3, 706:14, 707:17, 707:18, 708:20, 708:24, 709:3, 717:23, 718:2, 718:4, 743:9, 743:10, 765:11, 765:12
**try** [2] - 669:16, 707:12
**trying** [12] - 671:17, 682:25, 689:17, 689:21, 692:23, 707:11, 707:17, 709:2, 713:13, 721:20, 731:2, 750:9
**tuck** [1] - 736:6
**Tulane** [1] - 746:4
**tune** [1] - 765:3
**turn** [1] - 692:10
**turned** [5] - 691:15, 694:24, 714:2, 714:3, 741:23
**turning** [1] - 696:11
**twice** [1] - 688:14
**two** [17] - 669:15, 672:17, 678:13, 678:17, 683:13, 683:18, 699:16, 708:14, 708:15, 714:2, 738:16, 744:17, 763:23, 767:1, 768:4, 768:5
**two-foot** [2] - 699:16, 714:2
**type** [4] - 675:6, 699:6, 729:8, 760:7
**typed** [1] - 723:10

# U

**ultimately** [1] - 758:11
**unable** [2] - 724:23, 741:13
**uncooperative** [1] - 740:24
**under** [12] - 679:17, 687:7, 689:18, 705:21, 709:17, 712:22, 721:20, 727:23, 729:24, 767:15, 767:16, 767:18
**understood** [4] - 683:9, 683:23, 709:17, 735:20
**unh** [8] - 715:20, 746:23, 751:16, 754:3
**unh-unh** [4] - 715:20, 746:23, 751:16, 754:3
**UNITED** [2] - 665:1, 665:20
**United** [2] - 769:6, 769:16
**unless** [1] - 678:13
**unredacted** [3] - 683:15, 683:16, 731:16
**unusual** [1] - 692:23
**up** [64] - 669:19, 669:25, 670:9, 673:25, 674:9, 674:10, 676:24, 677:11, 677:19, 678:14, 678:17, 682:13, 684:1, 686:23, 686:25, 687:1, 688:2, 689:4, 689:25, 691:3, 692:20, 692:22, 692:24, 697:17, 697:24, 699:11, 700:8, 700:18, 701:8, 701:10, 701:19, 701:20, 701:23, 702:9, 702:13, 702:17, 702:19, 705:4, 709:10, 712:3, 713:13, 715:21, 716:2, 716:10, 720:22, 721:24, 722:8, 723:10, 725:15, 726:17, 729:4, 731:8, 731:23, 734:1,

736:17, 740:22, 749:5, 749:7, 750:10, 752:7, 756:4, 761:25, 768:2
**ups** [1] - 763:10
**uptown** [1] - 747:15

# V

**VA** [1] - 667:12
**vacation** [1] - 751:25
**valuable** [1] - 741:1
**vegetable** [2] - 749:2, 751:6
**version** [1] - 682:21
**versions** [1] - 708:25
**versus** [1] - 720:11
**video** [6] - 741:20, 742:6, 742:8, 742:20, 742:22, 753:21
**VIDEOGRAPHER** [3] - 742:17, 743:5, 764:16
**Videotape** [1] - 764:17
**VIDEOTAPED** [1] - 668:10
**videotaped** [3] - 742:16, 742:17, 764:19
**Vietnam** [1] - 676:2
**voice** [1] - 717:15
**Vue** [1] - 742:22

# W

**wake** [2] - 696:1, 716:8
**wakes** [1] - 715:14
**walk** [1] - 713:23
**walked** [1] - 693:21
**WALKER** [1] - 666:23
**walker** [3] - 746:16, 746:17
**walking** [2] - 694:20, 764:23
**wall** [14] - 688:19, 688:21, 688:25, 689:4, 689:5, 694:2, 715:15, 715:21, 716:6, 716:10, 716:14, 716:15, 738:16
**Wanda** [2] - 687:13, 687:14
**Wanda's** [1] - 687:14
**wants** [4] - 669:23, 670:1, 708:20, 759:14

**Ward** [2] - 676:21, 744:7

**WASHINGTON** [2] - 666:21, 667:6

**watched** [1] - 691:13

**water** [58] - 679:17, 687:9, 688:3, 688:17, 688:18, 688:20, 689:5, 689:7, 689:14, 689:24, 690:15, 690:20, 690:21, 693:23, 694:10, 694:11, 695:1, 695:3, 695:6, 695:18, 695:20, 695:22, 695:24, 696:1, 696:3, 696:9, 696:24, 697:23, 697:25, 698:2, 698:8, 700:8, 701:24, 701:25, 702:13, 702:18, 702:21, 709:16, 714:2, 714:18, 714:22, 715:9, 715:12, 716:1, 716:7, 716:17, 716:18, 716:19, 719:16, 720:22, 724:6, 733:2, 733:3, 733:5, 734:1, 739:2, 739:4

**waterline** [1] - 733:2

**wave** [1] - 695:2

**waves** [4] - 688:22, 688:24, 689:4, 714:2

**ways** [4] - 699:5, 705:20, 752:24, 763:23

**weak** [1] - 709:11

**weather** [1] - 687:23

**WEBB** [50] - 667:8, 667:8, 677:14, 677:23, 691:14, 691:17, 691:19, 704:10, 704:14, 704:17, 704:20, 704:24, 707:7, 708:2, 708:14, 708:17, 708:22, 709:2, 709:5, 709:19, 711:5, 711:11, 711:15, 712:6, 716:22, 717:8, 717:12, 718:5, 718:17, 718:20, 718:25, 721:3, 721:15, 724:25, 726:6,

726:8, 733:4, 733:17, 736:2, 736:25, 737:24, 738:2, 739:15, 740:10, 765:3, 767:1, 767:4, 767:7, 767:12, 767:19

**Webb** [7] - 707:23, 717:5, 718:19, 736:1, 736:2, 737:24, 767:13

**WEBB**.........................
.. [2] - 668:8, 668:14

**week** [1] - 745:19

**wheels** [1] - 746:18

**WHEREUPON** [7] - 712:16, 737:11, 742:15, 764:18, 765:4, 767:9, 768:10

**whichever** [2] - 735:22, 750:18

**whole** [10] - 671:2, 682:25, 701:9, 709:22, 709:23, 715:19, 724:3, 724:5, 743:9, 765:11

**WIEDEMANN** [6] - 666:12, 666:12, 666:13, 764:23, 768:3

**wife** [18] - 681:11, 681:15, 681:17, 685:24, 688:9, 723:19, 723:23, 727:10, 727:12, 730:24, 732:2, 735:10, 738:4, 738:17, 739:6, 740:17, 760:22

**wife's** [2] - 681:21, 681:22

**Williams** [4] - 672:20, 673:2, 673:20, 673:22

**WILSON** [2] - 666:9, 666:9

**wind** [6] - 687:25, 715:13, 716:2, 755:14, 756:19, 756:22

**windows** [1] - 697:25

**wiping** [2] - 706:21, 733:13

**wish** [2] - 691:24, 764:14

**witness** [26] - 670:23, 671:6, 671:14, 672:4, 672:8, 673:1, 674:1, 683:11, 691:14, 707:9,

707:16, 707:20, 708:18, 709:15, 712:12, 718:20, 736:12, 740:9, 740:18, 743:6, 743:13, 754:8, 764:21, 765:15, 768:3

**Witness** [1] - 753:10

**WITNESS** [37] - 671:4, 674:16, 677:8, 684:21, 684:25, 685:3, 689:16, 694:12, 694:16, 697:12, 698:16, 703:23, 705:10, 705:18, 705:20, 705:24, 706:2, 706:7, 706:10, 706:13, 710:24, 718:10, 723:19, 725:4, 729:1, 734:4, 735:3, 740:15, 743:11, 757:1, 759:18, 759:20, 760:14, 761:9, 763:14, 765:13, 765:21

**words** [6] - 678:3, 709:22, 717:21, 718:21, 731:15, 754:4

**WORLDGATE** [1] - 667:12

**worse** [1] - 720:6

**worst** [1] - 720:21

**wreck** [2] - 695:14, 714:10

**write** [1] - 728:10

**written** [7] - 710:8, 713:3, 720:18, 726:22, 731:14, 735:16, 737:8

### Y

**y'all** [4] - 673:25, 694:7, 720:21, 749:15

**yard** [3] - 739:1, 739:2, 751:9

**year** [4] - 748:3, 752:20, 752:22, 752:23

**years** [19] - 681:24, 682:6, 682:8, 682:10, 682:15, 739:8, 744:13, 747:7, 747:8, 748:11, 748:18,

748:19, 749:17, 751:4, 751:6, 751:17, 752:2, 754:6, 766:16

**yesterday** [1] - 741:10

**YORK** [2] - 666:10, 667:6

**you-all** [3] - 747:10, 750:14, 751:13

### Z

**zoom** [4] - 677:12, 726:13, 726:14, 726:16