1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

    ****************************************************************

4

  IN RE:  KATRINA CANAL
5 BREACHES CONSOLIDATED
  LITIGATION
6
                              CIVIL ACTION NO. 05-4182
7                             SECTION "K" (2)
                              NEW ORLEANS, LOUISIANA
8                             MONDAY, JUNE 28, 2010, 9:00 A.M.

9 PERTAINS TO BARGE

10

  *MUMFORD*   C.A. NO. 05-5724
11 AS TO CLAIMS OF PLAINTIFFS
  JOSEPHINE RICHARDSON AND
12 HOLIDAY JEWELERS, INC.,
  ONLY
13

14 *BENOIT*   C.A. NO. 06-7516
  AS TO CLAIMS OF PLAINTIFFS
15 JOHN ALFORD AND JERRY
  ALFORD ONLY
16

17 ****************************************************************

18
                    **DAY 5, MORNING SESSION**
19         TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
      HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
20                UNITED STATES DISTRICT JUDGE

21

22 APPEARANCES:

23

  FOR THE PLAINTIFFS:     BEST KOEPPEL TRAYLOR
24                         BY:  LAURENCE E. BEST, ESQUIRE
                           2030 ST. CHARLES AVENUE
25                         NEW ORLEANS LA  70130

```
 1   APPEARANCES CONTINUED:

 2

 3                           LAW OFFICES OF BRIAN A. GILBERT
                             BY:  BRIAN A. GILBERT, ESQUIRE
 4                           2030 ST. CHARLES AVENUE
                             NEW ORLEANS LA  70130
 5

 6                           KHORRAMI POLLARD ABIR
                             BY:  SHAWN KHORRAMI, ESQUIRE
 7                           44 FLOWER STREET, 33RD FLOOR
                             LOS ANGELES CA  90071
 8

 9                           WILSON GROCHOW DRUKER & NOLET
                             BY:  LAWRENCE A. WILSON, ESQUIRE
10                           223 BROADWAY, 5TH FLOOR
                             NEW YORK NY  10279
11

12                           WIEDEMANN & WIEDEMANN
                             BY:  LAWRENCE D. WIEDEMANN, ESQUIRE
13                                KARL WIEDEMANN, ESQUIRE
                             821 BARONNE STREET
14                           NEW ORLEANS LA  70113

15
                             PATRICK J. SANDERS
16                           ATTORNEY AT LAW
                             3316 RIDGELAKE DRIVE
17                           SUITE 100
                             METAIRIE LA  70002
18

19                           LAW OFFICE OF RICHARD T. SEYMOUR
                             BY:  RICHARD T. SEYMOUR, ESQUIRE
20                           1150 CONNECTICUT AVENUE N.W.
                             SUITE 900
21                           WASHINGTON DC  20036

22

23   FOR THE DEFENDANT:      CHAFFE McCALL
                             BY:  DEREK A. WALKER, ESQUIRE
24                           2300 ENERGY CENTRE
                             1100 POYDRAS STREET
25                           NEW ORLEANS LA  70163
```

```
 1   APPEARANCES CONTINUED:

 2

 3                        GOODWIN PROCTER
                         BY:   JOHN D. ALDOCK, ESQUIRE
 4                             MARK S. RAFFMAN, ESQUIRE
                               ADAM M. CHUD, ESQUIRE
 5                             KIRSTEN V. K. ROBBINS, ESQUIRE
                               ERIC I. GOLDBERG, ESQUIRE
 6                       901 NEW YORK AVENUE N. W.
                         WASHINGTON DC  20001
 7

 8                        SUTTERFIELD & WEBB
                         BY:  DANIEL A. WEBB, ESQUIRE
 9                       650 POYDRAS STREET, SUITE 2715
                         NEW ORLEANS LA  70130
10

11                        LAFARGE NORTH AMERICA, INC.
                         BY:  PETER KEELEY, ESQUIRE
12                       12950 WORLDGATE DRIVE
                         HERNDON VA  20170
13

14

15   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                                 500 POYDRAS STREET, ROOM B406
16                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
17

18   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3   EXAMINATIONS                                    PAGE

4

5   **DR. DAVID MITCHELL**.................................... 919

6   VOIR DIRE EXAMINATION BY MR. KHORRAMI:................. 919

7   DIRECT EXAMINATION BY MR. KHORRAMI.................... 923

8   DIRECT EXAMINATION BY MR. RAFFMAN.....................1001

9

10

11                        E X H I B I T S

12  DESCRIPTION                                     PAGE

13

14  EXHIBITS 434 A THROUGH J IS ADMITTED EVIDENCE..........1000

15  EXHIBITS P435 AND P436 WERE ADMITTED...................1001

16

17

18

19

20

21

22

23

24

25

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                    MONDAY, JUNE 28, 2010

3                    M O R N I N G   S E S S I O N

4                    (COURT CALLED TO ORDER)

5

09:13AM   6

09:13AM   7        THE DEPUTY CLERK:  All rise.  Court is in session.

09:13AM   8   Please be seated.

09:13AM   9        THE COURT:  Good morning.

09:13AM  10        VOICES:  Good morning, Your Honor.

09:13AM  11        THE COURT:  Before we get going, and I understand the

09:13AM  12   plaintiff has just two witnesses today, Dr. Marino and --

09:13AM  13        MR. KHORRAMI:  Dr. Mitchell, Your Honor.

09:13AM  14        THE COURT:  Two experts.  The case has only gone on for

09:13AM  15   three and a half days, and, of course the Court is -- I follow

09:13AM  16   the admonition I give the jurors as to wait until all the

09:13AM  17   evidence is in before I make a decision, and that certainly is

09:14AM  18   going to be the case here.

09:14AM  19            I'm just curious, and this is not for you to

09:14AM  20   comment on now, if both of you have a zero-sum strategy and this

09:14AM  21   does not -- please don't read anything into this because I

09:14AM  22   certainly haven't arrived at such A conclusion -- I just start

09:14AM  23   thinking, which is always dangerous in the potential

09:14AM  24   permutations, none of which may happen and none of which I'm

09:14AM  25   inclined and made any type of decision on, I just started

09:14AM 1    thinking, that is, is the plaintiff's strategy that it's either

09:14AM 2    both breaches or none; and likewise, is it the defendant's

09:14AM 3    strategy as well?  The reason I ask that, if for some reason,

09:14AM 4    which is not on the horizon, if I were to find one breach, let's

09:14AM 5    say, was caused by the barge and not the other, what's the

09:14AM 6    hydrological impact of that on the plaintiffs?

09:14AM 7            I've looked at the reports.  I'm not sure I have a

09:15AM 8    clear understanding of that.  It may be there.  I just didn't

09:15AM 9    grasp it as well as I should have.  But just curious, that is --

09:15AM 10   and please, again, I have not even remotely arrived at any

09:15AM 11   conclusion, because I've heard just a bit of the evidence, but if

09:15AM 12   I were to do that, then what effect does that have on the case?

09:15AM 13   Just be thinking about it.  We don't have to necessarily talk

09:15AM 14   about it now.

09:15AM 15           MR. GILBERT:  From a legal standpoint?

09:15AM 16           THE COURT:  From a factual standpoint, and then from a

09:15AM 17   legal standpoint.  I want to know what the facts are.  I'm a

09:15AM 18   factfinder and I'm not sure -- the facts have to be in the record

09:15AM 19   for me to find them.

09:15AM 20           That's it.  And you may commence, sir.

09:15AM 21           MR. KHORRAMI:  Your Honor, the plaintiff calls Dr. David

09:15AM 22   Mitchell.

09:16AM 23           Your Honor, for the Court's convenience,

09:16AM 24   Dr. Mitchell's report and his CV are attached as DX312,

09:16AM 25   Defendant's Exhibit 312.  His CV is part of his report, pages 41

09:16AM 1  and 42.

09:16AM 2          THE COURT:  Thank you, sir.

09:16AM 3          THE DEPUTY CLERK:  Would you please raise your right

4  hand.  Do you solemnly swear that the testimony which you are

5  about to give will be the truth, the whole truth and nothing but

6  the truth, so help you God?

7          THE WITNESS:  I do.

8                      **DR. DAVID MITCHELL**

9  was called as a witness and, after being first duly sworn by the

10  Clerk, was examined and testified on his oath as follows

11          THE DEPUTY CLERK:  Please state and spell your name for

12  the record.

09:16AM 13          THE WITNESS:  Dr. David L. Mitchell, D-A-V-I-D,

09:16AM 14  M-I-T-C-H-E-L-L.

09:16AM 15                  VOIR DIRE EXAMINATION

09:16AM 16  BY MR. KHORRAMI:

09:16AM 17  Q.   Good morning, Dr. Mitchell.

09:16AM 18  A.   Good morning.

09:17AM 19  Q.   Now, as I just informed the Court, the Court has your report

09:17AM 20  and has your CV and has had an opportunity to look at those.

09:17AM 21  We're going to go over your qualifications briefly, and

09:17AM 22  specifically, I want you to focus on what's relevant particularly

09:17AM 23  to this case.

09:17AM 24          Why don't you start by telling us about your

09:17AM 25  educational background.

09:17AM 1  A.   I have a BS degree in mathematics and physics, a double

09:17AM 2  major, from Baylor University, 1972.  I have a Master of Science

09:17AM 3  degree from Purdue University, 1974.  And I hold a Ph.D. degree

09:17AM 4  in atmospheric science and meteorology, also from Purdue, 1976.

09:17AM 5  Q.   Now, in terms of your educational background, is there

09:17AM 6  anything that relates specifically to what you're going to be

09:17AM 7  discussing over here in relation to this case?

09:17AM 8  A.   Well, certainly, my thesis is very relevant since my Ph.D.

09:17AM 9  thesis was on mesoscale phenomena and how those phenomena

09:17AM 10  interact with other systems, how they develop, how they enhance

09:18AM 11  themselves with convection.  And so it's all mathematical

09:18AM 12  modeling and studying the development and genesis of those type

09:18AM 13  of systems.

09:18AM 14  Q.   Let's talk a little bit about your certifications and,

09:18AM 15  again, try to focus more on what's relevant here.

09:18AM 16  A.   Correct.  My company is MET Associates.  I'm a forensic

09:18AM 17  meteorologist.  What that means is, I'm involved in weather event

09:18AM 18  reconstruction.  I've been doing that for a number of years.

09:18AM 19  I've been court qualified in Louisiana in federal court, in

09:18AM 20  numerous district courts.  I do air modeling, air dispersion

09:18AM 21  modeling, looking at atmospheric phenomena as they transport

09:18AM 22  materials through the atmosphere.  I've done numerous severe

09:18AM 23  storm cases, Rita, Katrina, of course.  Storms, reconstruction of

09:19AM 24  weather events that have either caused property damage or

09:19AM 25  personal injury or death.

09:19AM  1  Q.   And you've consulted with various entities regarding weather

09:19AM  2  event reconstruction, correct?

09:19AM  3  A.   Certainly.  Most metrologists that do the type of work I do

09:19AM  4  rely on NOAA, the Department of Commerce, which NOAA is a part

09:19AM  5  of, the National Weather Service Agency, to provide historical

09:19AM  6  data, archived data to reconstruct events, and I rely heavily on

09:19AM  7  the federal government and those type of entities to provide

09:19AM  8  data.

09:19AM  9  Q.   And with respect to Katrina in particular, have you studied

09:19AM 10  Katrina?

09:19AM 11  A.   Yes, I have.  I have worked probably hundreds of Katrina

09:19AM 12  cases in Louisiana, Mississippi, and Alabama.  Most of those are

09:19AM 13  property damaged homes that were slab cases, trying to determine

09:20AM 14  timing of storm surge versus wind storm damage.  And so that's

09:20AM 15  mainly the thrust of the Katrina work is that type of wind

09:20AM 16  analysis.

09:20AM 17       MR. KHORRAMI:  And with respect to cases that you've

09:20AM 18  worked on, Your Honor, this -- I have something that hasn't been

09:20AM 19  marked as an exhibit.  I discussed it with the defense and they

09:20AM 20  have it in their possession.  It was Dr. Mitchell's case list,

09:20AM 21  what he's participated in and consulted.  I want to offer that to

09:20AM 22  Dr. Mitchell.

09:20AM 23       MR. RAFFMAN:  No objection, Your Honor.

09:20AM 24       MR. KHORRAMI:  May I approach the witness?

09:20AM 25       THE COURT:  Yes.

09:20AM 1          MR. KHORRAMI:  I have a copy for the Court, Your Honor,

09:20AM 2  if that's something that you want to have in front of you;

09:20AM 3  otherwise, we're going to enter it as an exhibit.

09:21AM 4          THE COURT:  Go ahead and introduce it into evidence.

09:21AM 5                            EXAMINATION

09:21AM 6  BY MR. KHORRAMI:

09:21AM 7  Q.   Dr. Mitchell, is this an accurate copy of your litigation

09:21AM 8  case list?

09:21AM 9  A.   Correct.

09:21AM 10  Q.   And this is a document that you provided to me, correct?

09:21AM 11  A.   That is correct.

09:21AM 12  Q.   This contains an exhaustive list of the cases that you

09:21AM 13  participated in or in any way consulted having to do with weather

09:21AM 14  reconstruction, right?

09:21AM 15  A.   Right.  These cases include not only hurricanes, like we

09:21AM 16  talked about, but all types of weather events, marine cases,

09:21AM 17  ships lost at sea, cargo lost at sea, numerous -- any type of

09:21AM 18  event that requires weather reconstruction in determining what

09:21AM 19  happened.  Wind speeds, microburst winds, tornado occurrence.

09:21AM 20  Again, personal property, injury, or death, I'm called upon to

09:21AM 21  reconstruct those type of events.

09:21AM 22          MR. KHORRAMI:  Your Honor, the plaintiff moves to enter

09:21AM 23  this document into evidence.

09:21AM 24          THE COURT:  We're going to number it?

09:21AM 25          MR. KHORRAMI:  We're probably going to number it the

09:22AM 1  next in order, Plaintiff's Exhibit, probably, 426, but my thought

09:22AM 2  was that we had a number of exhibits that we still have to

09:22AM 3  actually number, so I'll leave it to Mr. Gilbert.

09:22AM 4         THE COURT:  So you'll do that before you rest your case?

09:22AM 5         MR. KHORRAMI:  Absolutely.

09:22AM 6             Your Honor, the plaintiffs tender Dr. Mitchell as

09:22AM 7  an expert in meteorology.

09:22AM 8         THE COURT:  Counsel?

09:22AM 9         MR. RAFFMAN:  Your Honor, we're not going to object to

09:22AM 10 the tender as an expert in meteorology.  We understand from

09:22AM 11 plaintiff's counsel that they will not be seeking to expand that

09:22AM 12 area to cover naval architecture, engineering or any other area

09:22AM 13 to deal with the movement of the barge.  And so on those terms,

09:22AM 14 we do not object to the qualification.

09:22AM 15            I will have some questions in the nature of

09:22AM 16 voir dire.  They will go to the weight and not the admissibility.

09:22AM 17        THE COURT:  Thank you, Counsel.  I think that's an

09:22AM 18 efficient way to do it.  I accept what he is tendered as, an

09:22AM 19 expert in --

09:22AM 20        MR. KHORRAMI:  Meteorology.

09:23AM 21        THE COURT:  He is so accepted by this Court.

09:23AM 22                       DIRECT EXAMINATION

09:23AM 23 BY MR. KHORRAMI:

09:23AM 24 Q.   Dr. Mitchell, you prepared a PowerPoint presentation for the

09:23AM 25 Court today, correct?

09:23AM 1    A.    That is correct.

09:23AM 2    Q.    We're going to go over it, and it's going to summarize the

09:23AM 3    report that you've already submitted that's before the Court?

09:23AM 4    A.    That's correct.

09:23AM 5          THE COURT:  Do we have a copy of the PowerPoint

09:23AM 6    presentation?

09:23AM 7          MR. KHORRAMI:  We did submit it.

09:23AM 8          THE COURT:  You did in hard copy?

09:23AM 9          MR. KHORRAMI:  I will have it sent over to the Court

09:23AM 10   right this minute.

09:23AM 11         THE COURT:  In the pretrial conference, that's one of

09:23AM 12   the things we were trying to articulate.

09:23AM 13         MR. KHORRAMI:  I apologize.  It was my understanding

09:23AM 14   that our team did it, and I apologize.

09:23AM 15         THE COURT:  We mark on those things just for our own

09:23AM 16   use.

09:23AM 17         MR. KHORRAMI:  I understand.

09:24AM 18              Shall I have the hard copy printed for the Court?

09:24AM 19         THE COURT:  How long would that take?

09:24AM 20         MR. KHORRAMI:  Five minutes.

09:24AM 21         THE COURT:  I think it's best because if we're looking

09:24AM 22   at it is the only way it does us any good.  My photographic

09:24AM 23   memory is not what it used to be.

09:24AM 24         MR. KHORRAMI:  We'll have it printed out right now.  We

09:24AM 25   have a printer.

09:24AM 1          THE COURT:  Does defense have a copy as well?

09:24AM 2          MR. RAFFMAN:  I have one copy, Your Honor.  I was going

09:24AM 3   to see if I could find another.

09:24AM 4          THE COURT:  I just wanted to make sure you had one that

09:24AM 5   you could follow.

09:24AM 6          MR. RAFFMAN:  I do have a copy of the PowerPoint.  I

09:24AM 7   don't think we have a spare that's not being used.

09:24AM 8          THE COURT:  That's okay.  That's fine.

09:25AM 9          MR. KHORRAMI:  Your Honor, counsel has been kind enough

09:25AM 10  to hand me their copy and we're going to give a printout to them.

09:25AM 11         THE COURT:  Thank you.  The Court appreciates it.

09:26AM 12             Some of these are from the report, itself.  Yeah,

09:26AM 13  it looks like it, because I have the report.  I'm going to give

09:26AM 14  you --

09:26AM 15         MR. KHORRAMI:  There are two slides, Your Honor.

09:26AM 16  Actually, one of them is from Mr. Lemon's report, which is the

09:26AM 17  defense expert.

09:26AM 18         THE COURT:  Thank you.  Go ahead.

09:26AM 19                          EXAMINATION

09:26AM 20  BY MR. KHORRAMI:

09:26AM 21  Q.   Okay, Dr. Mitchell.

09:26AM 22             Bob, can we go to the next slide, please.

09:26AM 23             Now, Dr. Mitchell, specifically what was your charge in

09:26AM 24  this case?

09:26AM 25  A.   What I was asked to do in most cases, as a meteorologist, to

09:26AM 1   look at wind data, wind direction, look at any phenomena

09:27AM 2   associated with the landfall of Hurricane Katrina, as in this

09:27AM 3   case, as far as either storm surge, wind values and wind

09:27AM 4   direction, investigate the occurrence of what we call "rotating

09:27AM 5   thunderstorms" or "mesocyclones," the occurrence of any tornadoes

09:27AM 6   or tornado signatures, and evaluate the time period during the

09:27AM 7   early morning hours of the approach of Hurricane Katrina.

09:27AM 8   Q.    And in doing your evaluation, what material did you review?

09:27AM 9   A.    The materials I reviewed were official documents from the

09:27AM 10  National Weather Service, the National Hurricane Center reports

09:27AM 11  on Katrina, NOAA, wind data, H-wind data, or hurricane wind data,

09:27AM 12  as we call it, radar data, various levels of radar data.  All the

09:27AM 13  products that were available from the National Weather Service

09:27AM 14  for me to do my analysis.

09:27AM 15  Q.    And let me ask you specifically:  Did you look at any

09:28AM 16  documentation?  You mentioned NOAA, that's the National Oceanic

09:28AM 17  and Atmospheric Administration?

09:28AM 18  A.    Yes.  That's NOAA.

09:28AM 19       THE COURT:  That's easy for you to say.

09:28AM 20                        EXAMINATION

09:28AM 21  BY MR. KHORRAMI:

09:28AM 22  Q.    Did you look at data from the National Climatic Data Center?

09:28AM 23  A.    Correct.  The National Climatic Data Center is the

09:28AM 24  repository for all archive data.  All official data that's going

09:28AM 25  into the official record of the National Weather Service goes to

09:28AM 1   the National Climatic Data Center.  Meteorologists that do my

09:28AM 2   type of work, both plaintiff and defendant, in Katrina cases have

09:28AM 3   pulled this same data, have used this same data that I have used.

09:28AM 4   It's a matter of interpretation of this data, and particularly

09:28AM 5   the location of the property or the event we're trying to

09:28AM 6   analyze, and see what's going on with respect to weather.

09:28AM 7   Q.   And the National Weather Service and NOAA do narratives and

09:28AM 8   reports on all hurricanes, including Katrina?  That's correct?

09:28AM 9   A.   That is correct.

09:28AM 10   Q.   And you reviewed those observations and their narratives of

09:29AM 11   Katrina in particular, correct?

09:29AM 12   A.   That is correct.

09:29AM 13   Q.   And particularly with respect to New Orleans and whatever is

09:29AM 14   in there with the Inner Harbor Navigation Canal; is that correct?

09:29AM 15   A.   That's correct.

09:29AM 16   Q.   And did you review deposition testimony?

09:29AM 17   A.   Yes, I did.

09:29AM 18   Q.   Whose depositions did you review?

09:29AM 19   A.   Dr. Dooley's report and deposition, and Mr. Lemon's report

09:29AM 20   and deposition.

09:29AM 21   Q.   And did you review any eyewitness accounts?

09:29AM 22   A.   Yes, I have excerpts of the various depositions of the

09:29AM 23   eyewitnesses who basically stated their observations of the barge

09:29AM 24   during the time period that I was investigating the weather

09:29AM 25   events.

09:29AM 1   Q.   And you mentioned radar data.  I'm going to give a couple of

09:29AM 2   terms for the Court -- the Court's benefit, the term "NEXRAD."

09:29AM 3   What does that refer to?

09:29AM 4   A.   NEXRAD is the Next Generation Radar.  It's the standardized

09:29AM 5   radar that's used in all National Weather Service stations.  It's

09:30AM 6   Doppler radar, high resolution radar.  It's all standardized.  So

09:30AM 7   all the products -- if I'm working on a case in Montana, the

09:30AM 8   NEXRAD radar is the same as the NEXRAD radar in Slidell,

09:30AM 9   Louisiana.  All the products that are put out by the Weather

09:30AM 10  Service are uniform, tested, researched, developed products.

09:30AM 11  Q.   What about WSR-88D Doppler?

09:30AM 12  A.   That's just a designation of the mechanics of the machine,

09:30AM 13  the type of radar we have, and again, that is standard at all

09:30AM 14  official National Weather Service sites.

09:30AM 15  Q.   And what you were asked to do was to specifically look at

09:30AM 16  the Industrial Canal, specifically the region that's the focus of

09:30AM 17  this case, which is between the Florida Avenue bridge and the

09:30AM 18  North Claiborne Avenue bridge, correct?

09:30AM 19  A.   Correct.  This is an aerial photo.  I'm going to have two

09:30AM 20  more locator maps, so, Your Honor, you can locate the canal when

09:30AM 21  we start looking at the various radar images.

09:30AM 22           THE COURT:  Thank you.

09:30AM 23           THE WITNESS:  Yeah, there it is.  It's very weak here,

09:31AM 24  but the star indicates the location of the Inner Harbor Canal and

09:31AM 25  we can see the surrounding culture, the freeways, the I-10,

09:31AM 1    they'll be showing up on my radar images and I'll locate each

09:31AM 2    time with respect on a radar image where the canal is with

09:31AM 3    respect to what weather is happening around the canal.

09:31AM 4              And this is just another scale as we zoom out and

09:31AM 5    look at the radar images, allowing you to see the feeder bands

09:31AM 6    and the various phenomena going on when Hurricane Katrina

09:31AM 7    approaches the Coast.

09:31AM 8    Q.   Now, what is this?

09:31AM 9    A.   This was in my report.  Of course, the National Weather

09:31AM 10   Service and the National Hurricane Center put out numerous

09:31AM 11   warnings and advisories with the approach of Hurricane Katrina.

09:32AM 12   This was very important.  This one, if you notice the date, is at

09:32AM 13   10:00 p.m. on Saturday, August 27th.  What it shows is that this

09:32AM 14   is the cone -- the probability cone.  Any landfall location

09:32AM 15   residing inside this cone has a probability of a direct hit.  Of

09:32AM 16   course, the probability is maximum in the center, and the

09:32AM 17   probability reduces to zero outside of the cone.  All of this

09:32AM 18   area from Alabama across to western Louisiana was in the

09:32AM 19   hurricane warning path for a direct hit as early as August 27th,

09:32AM 20   10:00 p.m.

09:32AM 21             Now, this is Advisory Number 19.  There were 18 other

09:32AM 22   advisories, but the reason I put this in my report, this advisory

09:32AM 23   was the last advisory that really didn't change.  The hurricane

09:32AM 24   center was located here as a Category 5 at 10:00 p.m. on

09:32AM 25   Saturday.  And these are all -- Sunday, Monday, these are all the

09:33AM  1   projected track.  That track did not change.  If it changed any,

09:33AM  2   it changed very slightly because we'll see from the actual radar

09:33AM  3   images and other images, the track of Katrina goes right across

09:33AM  4   the portion of Lake Pontchartrain there.  You can see that that's

09:33AM  5   with the hurricane center here, we've got Alabama, we've got

09:33AM  6   Pass Christian, Mississippi, on the right quadrant, we've got the

09:33AM  7   canal location is in the left quadrant.

09:33AM  8            So this track did not change, and the warning was

09:33AM  9   August 27th, Saturday.

09:33AM 10   Q.    Dr. Mitchell, is it your testimony that anything that's

09:33AM 11   within the strike zone should be ready to expect a direct hit by

09:33AM 12   the hurricane?

09:33AM 13   A.    That is correct.

09:33AM 14   Q.    Now, if we go back and we look at strike zones before this

09:33AM 15   one, to the extent that New Orleans was within the strike cone,

09:33AM 16   New Orleans should have been prepared -- any entity within

09:34AM 17   New Orleans should have been prepared for a direct hit from

09:34AM 18   Katrina, correct?

09:34AM 19   A.    That would be prudent, especially business operations, any

09:34AM 20   type of marine operations.  By Saturday morning, I mean, this was

09:34AM 21   a Category 5 hurricane in the Gulf, and by Saturday morning we

09:34AM 22   were thinking we were going to have a Category 5 hurricane.  It

09:34AM 23   reduced to a 3 when it made landfall in Buras, Louisiana.  But

09:34AM 24   again, the path was right on.  The weather prediction by the

09:34AM 25   National Hurricane Center was right on.  There was plenty of time

09:34AM 1    to prepare.

09:34AM 2            And like I said, there were 18 other advisories that

09:34AM 3    showed the cone approaching New Orleans.  This particular cone

09:34AM 4    was the set, and if you march through, it doesn't change until

09:34AM 5    landfall.

09:34AM 6    Q.   Let's go to the next slide, please.

09:34AM 7            What does this duplicate?

09:34AM 8    A.   This is a wind analysis by NOAA.  It's called the H-wind

09:34AM 9    analysis.  This is an updated one.  You can see the date up

09:35AM 10   there, December 19, 2007.  Of course Katrina was 2005.  I've

09:35AM 11   looked at all the H-wind analyses.  This one was updated.  It's

09:35AM 12   not changed hardly any, but you can see from the earlier ones,

09:35AM 13   what I would like to say, but you can see the track.  This line

09:35AM 14   is the actual storm center track.  You can see that the canal,

09:35AM 15   which would be located right below Lake Pontchartrain right in

09:35AM 16   this area --

09:35AM 17           THE COURT:  Would you -- yeah.  Go ahead.

09:35AM 18           THE WITNESS:  I'm sorry.  I was trying to point to -- do

09:35AM 19   you see Lake Pontchartrain, Your Honor?

09:35AM 20           THE COURT:  Oh, yes.

09:35AM 21           THE WITNESS:  And then you see Lake Borgne.  Well, if

09:35AM 22   you look at that area right there, that's going to be the

09:35AM 23   approximate area where the canal is going to be sitting.  We'll

09:35AM 24   have better scales to show you in a moment.

09:35AM 25           MR. KHORRAMI:  Perhaps we should blow it up a little

09:35AM 1   bit.  Bob, why don't you blow up that region a little bit, and

09:35AM 2   maybe you can point on your screen with your finger.

09:35AM 3              THE COURT:  Yes, that might be a good idea.

09:35AM 4              THE WITNESS:  I'm sorry.  I missed that.

09:36AM 5              THE COURT:  That's pretty close.

09:36AM 6              THE WITNESS:  I've got you in Lake Borgne.

09:36AM 7              THE COURT:  Let me clear it.  You can clear it from

09:36AM 8   there, too.  Do you want to take a shot at it again?

09:36AM 9              MR. KHORRAMI:  It keeps going into Lake Borgne.

09:36AM 10             THE WITNESS:  And I swear, I'm putting it in the --

09:36AM 11             THE COURT:  The thing is not calibrated right.

09:36AM 12             THE WITNESS:  It's not calibrated right because I'm

09:36AM 13  pushing over there, but I'll point with a pointer.  I think

09:36AM 14  you'll see here.  Do you see --

09:36AM 15             THE COURT:  For the Court of Appeals, if you could just

09:36AM 16  try it one more time.

09:36AM 17             MR. KHORRAMI:  Maybe you can blow it up a little bit

09:36AM 18  more, Bob.

09:36AM 19             THE COURT:  Well, you can adjust it like artillery, you

09:36AM 20  can adjust your pointer and see much it's off and maybe adjust

09:36AM 21  for that.

09:36AM 22             THE WITNESS:  We're going to have better displays in a

09:36AM 23  moment, Your Honor.

09:36AM 24             And you can see the spot right there.  And what the

09:36AM 25  point is, is that I think all the meteorologists in this case are

09:36AM 1   in agreement on the maximum sustained winds at the location as

09:37AM 2   far as the synoptic or the large-scale system.  They were

09:37AM 3   Category 1 winds on this side of the hurricane, which means that

09:37AM 4   we had winds 80 to 92 miles an hour.  Of course, we had winds

09:37AM 5   Category 3 on this side.  You can see the very dark red.  At

09:37AM 6   Pass Christian, we had 115-mile-an-hour sustained winds, which

09:37AM 7   made it a Category 3 hurricane.

09:37AM 8                       EXAMINATION

09:37AM 9   BY MR. KHORRAMI:

09:37AM 10  Q.   Dr. Mitchell, if you could take the time to just make one

09:37AM 11  more attempt at spotting the Industrial Canal and maybe

09:37AM 12  recalibrating your finger this time the way that --

09:37AM 13           THE COURT:  By the way, I want to get Steve up here.

09:37AM 14  Not now.

09:37AM 15           MR. KHORRAMI:  Is that a little bit better?  That's as

09:37AM 16  close as we can get.

09:37AM 17           THE WITNESS:  When I point to where I know it is, the

09:37AM 18  pixel comes up in that location.

09:37AM 19                       EXAMINATION

09:37AM 20  BY MR. KHORRAMI:

09:37AM 21  Q.   Now, these are the H-winds.  What are H-winds exactly?

09:38AM 22  A.   The H-wind analysis is the product put out by the National

09:38AM 23  Hurricane Center.  And what this is, Your Honor, what NOAA has

09:38AM 24  done, they've incorporated all available wind data,

09:38AM 25  Hurricane Hunters have Dropsondes, as we call them, within the

09:38AM 1  hurricane.  They've incorporated land-based stations, they've

09:38AM 2  incorporated offshore buoy data, wind data, wind direction data,

09:38AM 3  and they've incorporated the radar data where they have done

09:38AM 4  radar-derived velocity data.  And they come up with this

09:38AM 5  uniformed wind field.  And that's -- this particular type of

09:38AM 6  document has been used in just about every Katrina case, both by

09:38AM 7  plaintiff and defendants because it's an official version of the

09:38AM 8  wind field.

09:38AM 9  And the important point is in the left quadrant, we've

09:38AM 10  got Category 1 winds, 80 to 92 miles an hour.  These particular

09:38AM 11  values are in knots, but we do the conversions 80 to 92 miles an

09:39AM 12  hour.  And on this side, the right quadrant, Pass Christian and

09:39AM 13  those areas received the brunt of the Category 3 winds, 115 miles

09:39AM 14  and hour.

09:39AM 15  Q.  As a forensic meteorologist, you look at the H-winds, but

09:39AM 16  that's not the only information that you look at; is that

09:39AM 17  correct?

09:39AM 18  A.  Correct.  And this is probably maybe a good time to explain,

09:39AM 19  what we're looking at here, we're looking at the large-scale

09:39AM 20  hurricane system.  And it's called a "synoptic scale."  It's the

09:39AM 21  huge scale of the system that's hundreds of miles across.

09:39AM 22  Katrina was a huge storm, just about filled up the Gulf.  That's

09:39AM 23  the large-scale system.  What we're going to be talking about

09:39AM 24  embedded within that large system are the mesoscale systems.

09:39AM 25  Mesoscale systems are the thunderstorm systems and they

09:39AM 1    are smaller in scale.  Still, they can be one to five or

09:39AM 2    six miles across, but they are embedded in that system.  And then

09:40AM 3    embedded in that system are the microsystems or the smaller

09:40AM 4    mesosystems which are the tornadic winds or possible tornadoes.

09:40AM 5           So in meteorology signs, we have basically three scales

09:40AM 6    in motions and it's storms embedded within storms.  Tornadoes are

09:40AM 7    embedded within thunderstorms; thunderstorms are embedded within

09:40AM 8    a larger hurricane system.

09:40AM 9    Q.   Dr. Mitchell, do you know how to clear the screen?  There

09:40AM 10   you go.

09:40AM 11   A.   This particular slide is taken from the Applied Research

09:40AM 12   Associates group.  Peter Vickery has published a paper.  This

09:40AM 13   particular slide has been used by meteorologists again on both

09:40AM 14   sides.  It's been verified as far as wind gusts.

09:40AM 15          And what we're looking at --

09:40AM 16   Q.   What are wind gusts specifically?

09:41AM 17   A.   Wind gusts are the smaller-scale featured winds, and in this

09:41AM 18   particular case, it's a three-second gust.  Normally, gusts are

09:41AM 19   measured as three-second or five-second gusts.  These are bursts

09:41AM 20   of winds that are associated with the passage of the hurricane.

09:41AM 21   And, of course, because they are smaller duration in time, they

09:41AM 22   are a larger magnitude of wind speed.  And wind gusts are

09:41AM 23   important if you're trying to figure out damage to homes or

09:41AM 24   property damage or tree damage that could be caused by a short

09:41AM 25   time period gust of wind.  Anyone that's been in a thunderstorm

09:41AM 1   has felt a strong gust of wind.  Briefly, a gust of wind will

09:41AM 2   occur.  That's a wind gust.  Lasts three to five seconds.

09:41AM 3          The important thing here is that we're coming up with

09:41AM 4   numbers pretty consistent.  I think the meteorologists on all

09:41AM 5   sides in this case are in agreement that we have wind gusts on

09:42AM 6   the order of 100 to 120 miles per hour.  And again, the location

09:42AM 7   of the barge would be right here below Lake Pontchartrain where

09:42AM 8   my pointer is.  And I won't bother you by trying to go through

09:42AM 9   the contours, but when you go through the detailed analysis of

09:42AM 10  the contours, you come up with wind speeds that could go as high

09:42AM 11  as 120 miles per hour.

09:42AM 12         THE COURT:  So the contours are evident on the display,

09:42AM 13  and the Industrial Canal, just for the record, would be between

09:42AM 14  the 120 and 110 contour?

09:42AM 15         THE WITNESS:  That's correct.

09:42AM 16         THE COURT:  And I see that my home in Grand Isle would

09:42AM 17  be between the 130 and 110.  Good.  I've got it.

09:42AM 18                           EXAMINATION

09:42AM 19  BY MR. KHORRAMI:

09:42AM 20  Q.   So what we've talked about now is the general movement of

09:42AM 21  the hurricane, what happens with the general rotation of that

09:42AM 22  hurricane; is that correct?

09:42AM 23  A.   That's correct.

09:42AM 24  Q.   Okay.  Now, Bob, if you'd go to the next slide.

09:42AM 25         You also mentioned that you looked at radar data.

09:43AM  1    A.    Right.   That is correct, Counselor.

09:43AM  2    Q.    What I wanted to do was, can you describe how the radar

09:43AM  3    functions, basically?

09:43AM  4    A.    Well, the radar functions -- of course, it's electromagnetic

09:43AM  5    wave.   The Doppler radar sends out a beam and we look at a

09:43AM  6    reflection of that beam back at the radar.   It's the

09:43AM  7    electromagnetic version of sonar or acoustics.

09:43AM  8          And with Doppler, we are able to look at the phase

09:43AM  9    shift of the beam as it goes out and comes back, and that gives

09:43AM 10    you an indication of the velocity of the object that it's looking

09:43AM 11    at.   Hence the name Doppler or that phase shift.   You hear a

09:43AM 12    train go by, you get the phase shift in the sound.   If you look

09:43AM 13    at the electromagnetic wave, you're getting a phase shift in the

09:43AM 14    beam.

09:43AM 15          So we're going to look at several products here.   One

09:43AM 16    is the one you always see on your TV, the reflectivity, which

09:43AM 17    shows basically what I just said.   It's the reflection off the

09:44AM 18    various components of the storm getting back to the radar.   We're

09:44AM 19    going to look at mesocyclones.   These are algorithms that are

09:44AM 20    calculated to show where these mesocyclones occur, and we're

09:44AM 21    going look at tornado vortex signatures.   And that's the next

09:44AM 22    scale of motion I talked about where we're going to be looking at

09:44AM 23    the occurrence of any tornado signatures that could indicate

09:44AM 24    maybe a tornado in an area.

09:44AM 25    Q.    Thank you.   Now, how long does it take?   Does a radar report

09:44AM 1   back every single second?

09:44AM 2   A.   No.   The radar is scanning 360 degrees and it's also

09:44AM 3   scanning through several tilt angles.   The lowest tilt angle is

09:44AM 4   usually .4 degrees or a half a degree, depending on the location

09:44AM 5   of the radar.   It can also go up to -- there is about six or

09:44AM 6   seven stages.   It can go up slicing through the cloud layer.

09:44AM 7         So what we have when we look at composite reflectivity

09:44AM 8   is the combination of all of those layers, and when we look at

09:45AM 9   base reflectivity, we're looking at the lowest layer.   And it

09:45AM 10  takes five to six minutes, depending the radar functionality, to

09:45AM 11  scan 360 degrees and go through all the angles.   And so that's

09:45AM 12  why we have a radar every six minutes on the images I'll be

09:45AM 13  showing.

09:45AM 14  Q.   So it's fair to say that the radar reports back every five

09:45AM 15  to six minutes, somewhere in there, correct?

09:45AM 16  A.   Correct.

09:45AM 17  Q.   Now, Bob, if you could go to the next scan, please.

09:45AM 18        And one question I had while that's being done, you

09:45AM 19  reviewed data from about 2:00 in the morning on August 29, 2005,

09:45AM 20  until about somewhere close to 10:00 in the morning; is that

09:45AM 21  correct?

09:45AM 22  A.   For this case, yes, uh-huh (affirmative response).

09:45AM 23  Q.   And you reviewed all of the radar data available; is that

09:45AM 24  correct?

09:45AM 25  A.   For every Katrina case that I've worked, I probably have

09:45AM 1   gone through every radar loop, both the reflectivity loops, the

09:45AM 2   base reflectivity loop, the mesoscale, cyclone, tornado.  So yes,

09:46AM 3   I have.

09:46AM 4   Q.  Now, could you please tell us what we're looking at in this

09:46AM 5   particular slide?

09:46AM 6   A.  We're going to go through some products here, and this is

09:46AM 7   what we call a Level 3 product.  You can see over here on the

09:46AM 8   side panel, it'll have a Level 3.  And it also says "mesocyclone

09:46AM 9   occurrence".  And what we see here, we see the location of a cell

09:46AM 10  sitting right here.  And now, Your Honor, you can see the canal.

09:46AM 11  Here is the location of the canal.

09:46AM 12         THE COURT:  Yes, sir.

09:46AM 13         THE WITNESS:  You can see this cell.

09:46AM 14             Now, what has happened, why is this cell on here?

09:46AM 15  This cell is given a number and it's given a letter by an

09:46AM 16  automatic algorithm that the National Weather Service had used to

09:46AM 17  indicate a particular thunderstorm that has intense rotation that

09:46AM 18  has a duration over all the time periods of the sweep, and also

09:47AM 19  all the layers of the beam.

09:47AM 20         THE COURT:  In essence, it's an interpolation of the

09:47AM 21  time period to come up with this?

09:47AM 22         THE WITNESS:  Right.  It's not flagged as a mesocyclone.

09:47AM 23  If we only have maybe the top beam layer, maybe only 60,000 feet

09:47AM 24  rotating and it doesn't last the entire beam sweep, it's not

09:47AM 25  flagged.  It has to be significant enough to be flagged as a

09:47AM 1   cell.

09:47AM 2           So what we're seeing, when you look at these

09:47AM 3   mesocyclones, it means that they are significant.  There is other

09:47AM 4   rotation.  This just didn't get flagged by the algorithm.

09:47AM 5           THE COURT:  That would be a composite of various images,

09:47AM 6   you look at --

09:47AM 7           THE WITNESS:  Right.  The algorithm looks at the various

09:47AM 8   layers.  It has to have a time duration for all the layers to be

09:47AM 9   flagged as a mesocyclone.

09:47AM 10                          EXAMINATION

09:47AM 11  BY MR. KHORRAMI:

09:47AM 12  Q.   Now, Bob, if you could blow that particular portion up,

09:47AM 13  maybe we can put a box around where Dr. Mitchell was speaking

09:47AM 14  about.

09:47AM 15  A.   Now, what's important is that these mesocyclones are

09:48AM 16  associated with thunderstorms, and you have to look at other data

09:48AM 17  to see the extent of these.

09:48AM 18          But the motion around this, Your Honor, is cyclonic.

09:48AM 19  That's why they are called "mesocyclones."  They are cyclones,

09:48AM 20  but they are on the meso scale.

09:48AM 21          So you can see here you have a cyclone that is rotating

09:48AM 22  in the counterclockwise direction.  So this is embedded in the

09:48AM 23  overall wind field.  So the winds associated with this

09:48AM 24  mesocyclone are embedded within the overall synoptic winds and

09:48AM 25  perturbing what's going on in the synoptic winds when these

09:48AM 1    things occur.  The rotation gives it angular momentum, and

09:48AM 2    angular momentum can lead to intense downdrafts and updrafts as

09:48AM 3    the energy is transferred, which gives us a microburst energy.

09:48AM 4           So when you see these, you can't guarantee that a

09:48AM 5    microburst is happening, but you have the conditions that the

09:49AM 6    wind field is disturbed.  And we're going to show later, as we

09:49AM 7    look at numerous time periods, that we have groups of these

09:49AM 8    occurring all around the canal.

09:49AM 9           THE COURT:  And just for the record, and I may have

09:49AM 10   missed this, what time period was this?

09:49AM 11          THE WITNESS:  This time period was 2:15 a.m., Central

09:49AM 12   Daylight Time.

09:49AM 13          THE COURT:  Thank you.

09:49AM 14                       EXAMINATION

09:49AM 15   BY MR. KHORRAMI:

09:49AM 16   Q.   Dr. Mitchell, this cell is labeled G0; is that correct?

09:49AM 17   A.   Correct.

09:49AM 18   Q.   How wide or how large is a mesocyclone?

09:49AM 19   A.   To be flagged as a mesocyclone, again, the order and

09:49AM 20   magnitude here, we're looking at a thunderstorm embedded in the

09:49AM 21   huge synoptic feeder band.  So the size could be one mile to

09:49AM 22   five miles.  You have to look at other data.  We're going to look

09:49AM 23   at reflectivity data that shows the extent of these cells, and

09:49AM 24   some of them are very large.  Four or five miles across.  But

09:49AM 25   they can be small, too.  They can be an order of one mile.

09:50AM 1        THE COURT:  As an example, the one we're looking at on

09:50AM 2  this exhibit, would that be simply -- is that the epicenter of

09:50AM 3  the mesocyclone?

09:50AM 4        THE WITNESS:  That's the epicenter, yes, sir.

09:50AM 5        THE COURT:  Thank you.

09:50AM 6                        EXAMINATION

09:50AM 7  BY MR. KHORRAMI:

09:50AM 8  Q.    That's located within the Lower Ninth Ward?

09:50AM 9  A.    It is in the Ninth Ward, yes, sir.

09:50AM 10 Q.    The next slide, please.

09:50AM 11 A.    Again, we may want to zoom here because now we have two more

09:50AM 12 occurring.

09:50AM 13 Q.    And let's look at the time on this as well, Dr. Mitchell.

09:50AM 14 A.    The time is 3:04 a.m.  So we've moved from 2:15 up to 3:04.

09:50AM 15        And these do not occur on every radar scan.  And what I

09:50AM 16 chose here is when I saw mesocyclones occurring near the canal,

09:50AM 17 then I chose these particular displays.  There were other

09:51AM 18 mesocyclones during this period all over the place.  They were

09:51AM 19 over -- they were closer down to where the storm center is

09:51AM 20 offshore.  And you'll see some of that, Your Honor, as we go

09:51AM 21 through some other displays.

09:51AM 22        But again, we have flagged here two mesocyclones.  The

09:51AM 23 algorithm has given it the same number, but, you know, the

09:51AM 24 rotation is found -- either it's one large system or it's found

09:51AM 25 two systems at the same time and is labeled a cyclonic rotation.

09:51AM 1          And you can see, if you have a cyclonic rotation here

09:51AM 2   and a cyclonic rotation here, you have a disturbed or perturbed

09:51AM 3   wind field.  And that's what we're trying to demonstrate is

09:51AM 4   happening in this hurricane system.  It's not all one wind

09:51AM 5   direction in one feeder band.  It's storms within storms, and

09:51AM 6   that's what this radar data is showing.

09:51AM 7   Q.   And just to have a clear record, Dr. Mitchell, one of those

09:51AM 8   areas that you showed that looks like it's labeled I0, and it's

09:52AM 9   just south of the Mississippi River and just south of the

09:52AM 10  Industrial Canal; is that correct?

09:52AM 11  A.   Correct.

09:52AM 12  Q.   And the second one is, again, labeled I0, and it's located

09:52AM 13  just south of the first one that we just discussed; is that

09:52AM 14  correct?

09:52AM 15  A.   That is correct.

09:52AM 16          THE COURT:  What's the scale on this?  Is it shown here?

09:52AM 17  I think it is.

09:52AM 18          THE WITNESS:  On the radar images, we don't have the

09:52AM 19  scale, but if Your Honor is familiar with, I guess, the canal

09:52AM 20  length here and the portion, I would think this is within, I

09:52AM 21  would think a half a mile of the canal.

09:52AM 22          THE COURT:  The first --

09:52AM 23          THE WITNESS:  The first one, yes, sir.

09:52AM 24          THE COURT:  The second one might be --

09:52AM 25          THE WITNESS:  It's further down.  It's past this portion

09:52AM 1   of the freeway.  Down in this location.  It could be -- if that's

09:52AM 2   a half a mile, it could be two miles, three miles away.

09:52AM 3               THE COURT:  Thank you.

09:52AM 4                             EXAMINATION

09:52AM 5   BY MR. KHORRAMI:

09:52AM 6   Q.   And both of those could be affecting the Industrial Canal?

09:53AM 7   A.   They could, yes, sir.

09:53AM 8   Q.   Now, these cells would generally be moving in a westerly

09:53AM 9   direction, correct?

09:53AM 10  A.   They would be moving in a westerly direction, that is

09:53AM 11  correct.  We will see, as we move to other displays, that they

09:53AM 12  have a life of their own, though.  I mean, they don't necessarily

09:53AM 13  have to follow the feeder bands the way they pop up and develop.

09:53AM 14  And we'll see that very dramatically in some of the images I'm

09:53AM 15  going to show.

09:53AM 16  Q.   What do we see over here, Dr. Mitchell?

09:53AM 17  A.   This is a composite reflectivity at 2:53 a.m.  We're going

09:53AM 18  to start at 2:53 a.m. and we're going to march through probably

09:53AM 19  until about 9 o'clock in the morning.  This is what you would

09:53AM 20  normally see on your weather map on your TV.  If you saw this

09:53AM 21  coming across in the morning, you'd say, "Well, we're getting

09:53AM 22  some heavy rains and winds and thunderstorms, and batten down the

09:53AM 23  hatches."

09:53AM 24               When the colors are red, the scale over here is in

09:54AM 25  decibels.  And it's a radar measurement of intensity in the

09:54AM 1   logarithmic or decibel scale.  And anything above red is

09:54AM 2   considered intense convection.  And intense convection means,

09:54AM 3   thunderstorm development, heavy rains, heavy wind gusts.  Just

09:54AM 4   the type of severe weather you would expect if you saw this

09:54AM 5   moving across in an isolated frontal movement, you know, across

09:54AM 6   Louisiana.

09:54AM 7          Each one of these pixels on this display is two

09:54AM 8   kilometers in length, so you can see the scale here -- and a

09:54AM 9   kilometer is 3,280 feet.  You can see that we've got a huge patch

09:54AM 10  here of disturbed area, and you can see some of the feeder bands.

09:54AM 11  This is -- the hurricane eye is off the screen.  It's sitting

09:54AM 12  down here.  And you see some rotation here, Your Honor.  And it's

09:54AM 13  disorganized, but you can still see some of the effect of the

09:54AM 14  feeder bands.  We're still early in the approach because

09:55AM 15  Hurricane Katrina does not make landfall at Buras, Louisiana,

09:55AM 16  until 6:30 in the morning.  Well, we've already got this intense

09:55AM 17  convection going on that early in the morning.

09:55AM 18  Q.   Dr. Mitchell, just to have a clear record, the patch of red

09:55AM 19  that you're talking about, generally, it's located just east of

09:55AM 20  Lake Pontchartrain; is that correct?

09:55AM 21  A.   That's correct.

09:55AM 22  Q.   And then there are other spots that are located south of

09:55AM 23  Lake Pontchartrain; is that correct?

09:55AM 24  A.   That's right.  And those hotspots are, again, indications of

09:55AM 25  thunderstorms within those feeder bands that are popping up and

09:55AM 1   have that intense convection.

09:55AM 2   Q.   Now, I notice a stamp "NOAA" at the lower left corner of

09:55AM 3   this image, and I have noticed it on others images that you have.

09:55AM 4   What does that signify?

09:55AM 5   A.   This data is pulled directly off the NOAA database.  I had

09:55AM 6   to log onto their computers.  I do not alter this data.  I do not

09:55AM 7   change anything.  This is the data that is archived by NOAA at

09:56AM 8   the National Climatic Data Center.  I log onto their computers,

09:56AM 9   run a batch program to download certain images at certain times,

09:56AM 10  and certain products, and that's the same process done for all

09:56AM 11  the images you're going to see.

09:56AM 12  Q.   Is it safe to say this is official NOAA data?

09:56AM 13  A.   This is official NOAA data.

09:56AM 14  Q.   This is what NOAA puts their stamp of approval on, correct?

09:56AM 15  A.   That's correct.

09:56AM 16  Q.   And this is the current state of the NOAA data as you know

09:56AM 17  it?

09:56AM 18  A.   It is, yes, sir.

09:56AM 19  Q.   Can we go to the next slide, please.

09:56AM 20       What does this show, Doctor?

09:56AM 21  A.   This is a mesocyclone display, and we'll zoom on this a

09:56AM 22  little bit, but I wanted to show you the area here.  And I'm

09:56AM 23  going to point to the location of the canal each time, and, Bob,

09:56AM 24  we may want to go ahead and zoom in once on this.  Okay.  That's

09:56AM 25  great.

09:56AM 1          The canal is located right here.  I mean --

09:56AM 2          THE COURT:  Could you do your best to make a mark there

09:57AM 3  just because -- and I'm going to print this, just for the record,

09:57AM 4  because frankly it goes -- that's good.  And I want to capture

09:57AM 5  that ultimately, Sheena, just for the record for the Court of

09:57AM 6  Appeals.

09:57AM 7          Go ahead.

09:57AM 8          THE WITNESS:  We saw this patch on the previous slide,

09:57AM 9  this patch of red.  Well, within those red pixels, look at the

09:57AM 10  series of mesocyclones.  The radar has identified numerous ones

09:57AM 11  associated with that system.  Some are offshore.  One is sitting

09:57AM 12  out here that's going to develop into something, probably.

09:57AM 13          But these are all mesocyclones with meso rotation,

09:57AM 14  cyclonic rotation.  And that's what I'm saying, within that

09:57AM 15  feeder band, there are numerous, could be dozens or more of these

09:57AM 16  mesocyclones.

09:57AM 17          THE COURT:  That's at 2:53 a.m. CDT?

09:57AM 18          THE WITNESS:  That's correct.

09:57AM 19          THE COURT:  On the morning of August 29th?

09:57AM 20          THE WITNESS:  On the morning of August 29th.  Hours

09:57AM 21  before landfall.

09:57AM 22          MR. KHORRAMI:  Have we had a chance to capture the

23  image?

24          THE COURT:  Thank you for asking, Counsel.

25          MR. KHORRAMI:  Your Honor, would it be okay if on the

1    previous image, we also locate the canal?

2           THE COURT:  Yes.

3           MR. KHORRAMI:  I'll move it back.

09:58AM  4           THE WITNESS:  If it's green, it's going to confuse with

09:58AM  5    maybe some green, but I'll do it.

09:58AM  6           THE COURT:  We can change the color.  That's good.

09:59AM  7           THE WITNESS:  You recognize that?

09:59AM  8           MR. KHORRAMI:  So let's wait until that's captured and

09:59AM  9    then we'll move on.

09:59AM 10           THE COURT:  Now, we have two green --

09:59AM 11                        EXAMINATION

09:59AM 12    BY MR. KHORRAMI:

09:59AM 13    Q.   While we're waiting for that to be captured, Dr. Mitchell, I

09:59AM 14    wanted to ask, are these the images, the actual spots that you

09:59AM 15    showed on the next slide with the mesocyclones, are those the

09:59AM 16    only mesocyclones in the system?

09:59AM 17    A.   No.  As we said earlier, the ones that are flagged by the

09:59AM 18    algorithm are the ones that are sustained over several layers of

09:59AM 19    the radar beam and also over several time -- the complete time

09:59AM 20    period.  There could be rotation anywhere within this patch of

09:59AM 21    convection.  It just didn't get flagged as a mesocyclone because

09:59AM 22    it didn't meet that criteria.

09:59AM 23    Q.   Are there ones that potentially the radar completely misses?

09:59AM 24    A.   Certainly, yes, sir.

09:59AM 25    Q.   Could they be in short bursts where the radar scan doesn't

09:59AM 1    pick them up, some of them?

09:59AM 2    A.   That's possible.

10:00AM 3    Q.   Bob, if you could, go to the next slide, please.

10:00AM 4         Now, what are we seeing over here, Dr. Mitchell?

10:00AM 5    A.   This is the third product that I'm going to show and we go

10:00AM 6    through each one of these time periods.  We've looked at the

10:00AM 7    composite reflectivity, we've looked at mesocyclone.  This is

10:00AM 8    tornado vortex signature.  What this means is that the algorithms

10:00AM 9    have located a thunderstorm cell that was a previous mesocyclone,

10:00AM 10   but it also has a much more intense, tighter rotation that would

10:00AM 11   indicate a tornado vortex or a tornadic-type wind.  These are

10:00AM 12   precursors to actually tornadoes forming.  The tornado vortex

10:00AM 13   signature I often call is a necessary but not sufficient

10:00AM 14   condition.  It means that we have tornadic-type rotation, intense

10:00AM 15   rotation within that cell which could develop into a tornado, may

10:00AM 16   not, but it's been picked up on radar by the algorithms.

10:00AM 17   Q.   Can anyone say that a tornado didn't come with this?

10:01AM 18   A.   No, you cannot.  I mean, it's -- again, normally, you have

10:01AM 19   to look at on-the-ground damage, but in this particular case, the

10:01AM 20   National Weather Service did not report any tornadoes in

10:01AM 21   Mississippi or Louisiana during landfall of Katrina, but that

10:01AM 22   does not mean that we didn't have tighter rotation or some type

10:01AM 23   of tornadic winds reaching the surface.

10:01AM 24   Q.   Now, the location we're talking about is labeled U8; is that

10:01AM 25   correct?

10:01AM 1    A.    This particular cell is U8, yes, sir.

10:01AM 2    Q.    Bob, if we could move to the previous image for a second.

10:01AM 3    A.    And here is U8 as a mesocyclone.

10:01AM 4    Q.    So that's a tornado vortex signature within a mesocyclone,

10:01AM 5    correct?

10:01AM 6    A.    That is correct.  The others were not flagged, but this --

10:01AM 7    the algorithm found that we had a storm within the storm here

10:01AM 8    also.  We had, within the mesocyclone, the tighter tornadic

10:01AM 9    rotation.

10:01AM 10        THE COURT:  Now, this is done, of course, to my

10:02AM 11   understanding, after the event occurs.  The algorithms are not

10:02AM 12   operating immediately to identify for the Weather Service to come

10:02AM 13   back and say, "Oh, yes, we have a" --

10:02AM 14        THE WITNESS:  Well, there is two things going on here,

10:02AM 15   Your Honor:  The Weather Service is actively looking at, on

10:02AM 16   realtime, a lot of product, more sophisticated than being

10:02AM 17   archived.  And as far as detailed analysis about water vapor,

10:02AM 18   entrainment within a system of moisture, these are being

10:02AM 19   calculated at that time.  When that radar makes a scan, they are

10:02AM 20   processing this data and looking at it, but they are looking at a

10:02AM 21   lot more products to make the warning to the public.

10:02AM 22        We have those warnings -- we have that type of

10:02AM 23   information archived in other places, but on the radar, it's just

10:03AM 24   archived here.

10:03AM 25        THE COURT:  Thank you.

EXAMINATION

BY MR. KHORRAMI:

Q.   Now, we're going look at the next slide.  What do we see over here, Doctor?

A.   Again, we're about to -- now, we're at time 3:04 a.m.  So in each of these slides -- and we can go fast in a moment if we want to, but I'm going to be showing how these patches move across the canal location, the canal sitting right here, again, and I mean, I can mark it here, too, Your Honor.

Q.   We're going to blow it up and mark it in a second, but what I wanted to actually ask you, was this red area that we see, the larger red area, that's the same red area that we were witnessing at 2:53 when we were looking at this, right?

A.   That is correct.

Q.   And it could be that we have mesocyclones within these red patches, any one of them, and so you look at this -- a composite reflectivity to see where potentially there could be another cyclone, correct?

A.   That's correct.

Q.   There's no guarantee that there would be a mesocyclone within those, correct?

A.   That's correct.  That's why you have to go to the next product to look at it to be sure what was actually flagged.

Q.   That's why you have to look at a range of products in order to forensically put it together, correct?

10:04AM 1   A.   Correct.

10:04AM 2   Q.   And I had one more question:   You mentioned Level 3 data.

10:04AM 3   Is there Level 2 data that you considered?

10:04AM 4   A.   Right.   What we have here -- let's go back to the beginning.

10:04AM 5   Level 1 data is actually the raw, digital binary data that the

10:04AM 6   radar is measuring.   Level 2 data is the first processed data by

10:04AM 7   the National Weather Service that comes out and puts it into a

10:04AM 8   form that we can display this type of information.   I've looked

10:04AM 9   at Level 2 products, of course.

10:04AM 10          And then the next step is to look at their Level 3

10:04AM 11  products where they have done further processing on the Level 2

10:05AM 12  data and put out the information that we have been talking about,

10:05AM 13  tornado vortex signature, and mesocyclone occurrence.   They put

10:05AM 14  out a hail index, a number of cases, a hail index, and they'll

10:05AM 15  put out the same type of thunderstorm cell locations where hail

10:05AM 16  is occurring.   These are all Level 3 products.

10:05AM 17  Q.   And this is in addition to the wind data that you looked at

10:05AM 18  which is similar to what Dr. Dooley looked at; is that correct?

10:05AM 19  A.   That's correct.

10:05AM 20  Q.   Now, what I wanted to do was, Bob, if you could blow it up

10:05AM 21  again right here.   Perfect.

10:05AM 22          Dr. Mitchell, if you could put a dot where you -- where

10:05AM 23  the Industrial Canal is.

10:05AM 24  A.   Approximate location.

10:05AM 25          What I want to point out, before we leave this slide

10:06AM 1   is -- and we might want to unzoom one more time because this is

10:06AM 2   important to understand.  You can see the feeder bands are very

10:06AM 3   unorganized through here.  I mean, again, the eye of the

10:06AM 4   hurricane is down here, three hours away, three and a half hours

10:06AM 5   away before landfall.  This blob of convective activity is

10:06AM 6   crossing some of the feeder bands.  It has an orientation more in

10:06AM 7   this direction instead of just lining it with the feeder bands,

10:06AM 8   and that's why the important point here -- I'm sorry -- the

10:06AM 9   important point here is that these mesocyclones develop, they

10:06AM 10  have a life of their own.  They don't necessarily have to follow

10:06AM 11  the synoptic winds, they don't have to be within the feeder

10:06AM 12  bands.  You can see this type of log here.  It doesn't look like

10:06AM 13  a feeder band at all at this early stage at 3:04 a.m.  And that's

10:07AM 14  going to be an important plot to remember.

10:07AM 15          MR. KHORRAMI:  Your Honor, does the Court want to

10:07AM 16  capture the image as we did before?

10:07AM 17          THE COURT:  Not this one because it would be ejected.

10:07AM 18          THE WITNESS:  That one.

10:07AM 19          MR. KHORRAMI:  This is the image we wanted to capture.

10:07AM 20                          EXAMINATION

10:07AM 21  BY MR. KHORRAMI:

10:07AM 22  Q.   Now, you've looked at composite reflectivity data and you've

10:07AM 23  determined that there is potential for mesocyclones within a

10:07AM 24  region.  Now we're going to, again, look at the other data in

10:07AM 25  order to confirm what we suspect, correct?

10:07AM  1  A.    Correct.

10:07AM  2  Q.    As soon as we're ready.

10:08AM  3           THE COURT:  I'm sure when Counsel introduces the

10:08AM  4  evidence, it will be in the order presented, so the numbers will

10:08AM  5  line up in order of demonstration to the Court.

10:08AM  6           MR. KHORRAMI:  That's correct.

10:08AM  7                          EXAMINATION

10:08AM  8  BY MR. KHORRAMI:

10:08AM  9  Q.    Bob, if we could go to the next slide.

10:08AM 10  A.    Again, here is our sequence on this presentation.  We're

10:08AM 11  going to look at the reflectivity, mesocyclone, then tornado

10:08AM 12  vortex.  Again, we're still on 3:04.

10:08AM 13           You can see that we've got a cluster over here in this

10:08AM 14  location.  Here are the two that we had zoomed in on earlier that

10:08AM 15  you took note of on a detailed display.  They are occurring very

10:08AM 16  close to the canal location, which is sitting right there almost

10:08AM 17  within half a mile of these on this scale.

10:08AM 18           But the important point is, look at all of these,

10:08AM 19  Your Honor.  The feeder bands are disorganized, but we have all

10:09AM 20  of these mesocyclones that are rotating and producing possibly

10:09AM 21  intense updrafts and downdrafts, rotational winds, possibly

10:09AM 22  microburst winds.  We don't have measuring instruments here, so

10:09AM 23  we can't measure the microburst intensity, but we know that the

10:09AM 24  wind field is perturbed; otherwise, we wouldn't be seeing this

10:09AM 25  number of mesocyclones as the system approaches.

10:09AM 1  Q.   Now, you mentioned microbursts.  You've done that several

10:09AM 2  times.  Specifically what does a microburst do?

10:09AM 3  A.   The microburst occurs during a thunderstorm event, and all

10:09AM 4  we have here is probably hundreds of thunderstorms occurring.

10:09AM 5  It's an intense downdraft.

10:09AM 6         Think of the thunderstorm as a heat engine.  It's

10:09AM 7  either heating from below from the ocean or it's cooling from

10:09AM 8  above.  It's overturning of the convection, and so winds go up,

10:09AM 9  they cool, and then they drop.  At a certain point, winds reach a

10:10AM 10 certain height.  They are so cold that they drop all the way to

10:10AM 11 the surface in one gust, straight down normally, and that's what

10:10AM 12 we call a "microburst wind."

10:10AM 13 Q.   When it drops straight down, what direction does the wind

10:10AM 14 go?

10:10AM 15 A.   When it drops straight down, it is totally unpredictable.  I

10:10AM 16 mean, once it hits a surface, the wind can go in any direction,

10:10AM 17 spreading out omnidirectional.

10:10AM 18 Q.   And are microbursts common with mesocyclones?

10:10AM 19 A.   They are common with mesocyclones.  In fact, the microburst

10:10AM 20 wind that collapsed the Cowboy stadium was a single-microburst

10:10AM 21 wind associated with a supercell storm that was rotating.

10:10AM 22 Q.   Do microbursts reach the ground every single time?

10:10AM 23 A.   Not necessarily.  The microburst wind is like a lightning

10:10AM 24 strike.  It's very localized, it's unpredictable, and it doesn't

10:10AM 25 necessarily reach the ground all the time, but you cannot measure

10:11AM 1   it because it's straight down, and there is no measurement device

10:11AM 2   that can detect the microburst.

10:11AM 3   Q.   Now, you mentioned and we previously looked at two of the

10:11AM 4   potential mesocyclones that are right below the canal.  They are

10:11AM 5   labeled I0.  They are both visible on this particular slide,

10:11AM 6   correct?

10:11AM 7   A.   Correct.  I think I have another slide.  The next slide

10:11AM 8   shows them in detail on here.

10:11AM 9   Q.   I want to ask you a question:  Is it possible for

10:11AM 10  mesocyclones to actually operate against each other?

10:11AM 11  A.   Certainly.  You have a group in here, you have -- if they

10:11AM 12  are located with different numbers, that means there's certainly

10:11AM 13  a distinct cell that has been identified that is distinct from

10:11AM 14  the next cell.  So each of these are rotating counterclockwise,

10:11AM 15  so you can see you can certainly have interference between the

10:11AM 16  mesocyclones within the storm system.

10:11AM 17  Q.   Why don't we blow this up, and maybe you can point out the

10:11AM 18  Industrial Canal again.

10:11AM 19  A.   It's located right here.

10:11AM 20       THE COURT:  Do you want to try to make a mark?

10:11AM 21       THE WITNESS:  Well, let's go to the next slide because

10:12AM 22  on the next slide, I have it.  It's a detail.

10:12AM 23       THE COURT:  Let's go to the next slide.

10:12AM 24       THE WITNESS:  And blow it up.  And there they are again.

10:12AM 25  These are the two that were on the previous slide, and that's why

10:12AM 1   I put this particular diagram.  And you can see, here is the

10:12AM 2   canal.  That's the important one right there.  I mean, it's very

10:12AM 3   close.  Earlier, we had one called G4 that was at 2:50.  It was

10:12AM 4   sitting actually in the Ninth Ward.

10:12AM 5              So these -- they are getting close to our area of

10:12AM 6   concern with their rotation.

10:12AM 7                              EXAMINATION

10:12AM 8   BY MR. KHORRAMI:

10:12AM 9   Q.   And as this mesocyclone I0 moves west, it could produce

10:12AM 10  southerly winds, meaning winds going from south to north; is that

10:12AM 11  correct?

10:12AM 12  A.   That's correct.  As this system -- and if you see the

10:12AM 13  rotation around the system here, as this is moving across, it can

10:12AM 14  produce winds that are from the south, so it could be acting

10:12AM 15  winds from the south.  So anything that's loose could be pushed

10:12AM 16  to the north.

10:12AM 17  Q.   And that would be the same for the one we saw that was

10:13AM 18  located in the Lower Ninth Ward; is that correct?

10:13AM 19  A.   Correct.

10:13AM 20  Q.   Bob, go to the next slide.

10:13AM 21  A.   Now we're at 3:15, and again, you can see this body of

10:13AM 22  convection is huge.  It's headed right toward our area of

10:13AM 23  interest, which is right here.  If we look at the mesocyclone

10:13AM 24  occurrence on the next slide, you will see that this system

10:13AM 25  contains numerous mesocyclones.

10:13AM  1   Q.   Now, let me ask you a couple of questions.  Again, this is

10:13AM  2   the same system we're looking at.  It's moving towards the canal.

10:13AM  3   Now, we've looked at a number of mesocyclones in the area; is

10:13AM  4   that correct?

10:13AM  5   A.   Correct.

10:13AM  6   Q.   And to the extent that the Industrial Canal is located

10:13AM  7   within their feeder bands, their particular range, the winds

10:13AM  8   within the canal could be affected by these mesocyclones,

10:14AM  9   correct?

10:14AM  10  A.   Right.  And that's basically my report opinion.  I mean, we

10:14AM  11  have a disturbed wind field with numerous mesocyclones.  We even

10:14AM  12  have omnidirectional winds.  I mean, there is no way to say that

10:14AM  13  the winds are uniformly in one direction, all for six or

10:14AM  14  seven hours, and then uniformly in the opposite direction for

10:14AM  15  another period of time.

10:14AM  16       This particular cell right here is interesting because

10:14AM  17  we're going to see a mesocyclone develop in the next display as a

10:14AM  18  mesocyclone flagged that's right -- it shows a circulation to the

10:14AM  19  north.  Any circulation to the north is going to push an object

10:14AM  20  in the canal, it's going to push it toward the east because it's

10:14AM  21  going to be a westerly wind.

10:14AM  22       THE COURT:  Forgive me for not perceiving this, but how

10:14AM  23  can you tell the circulation is to the north on this image?

10:14AM  24       THE WITNESS:  Well, you can't from this image.  Keep

10:15AM  25  your eye on this pixel right there, Your Honor, that I've got my

10:15AM 1   beam on.  Let's go to the next slide.  And let's zoom in.  And

10:15AM 2   there it is.  It's right there.  Y6.

10:15AM 3           THE COURT:  Y6 on that image.

10:15AM 4           THE WITNESS:  Right there.

10:15AM 5               So this having counterclockwise circulation around

10:15AM 6   it, the barge is here and the canal is at this location.

10:15AM 7           THE COURT:  Excuse me, Counsel, you were just

10:15AM 8   anticipating something or do you wish to object?

10:15AM 9           MR. RAFFMAN:  I think I will wait.

10:15AM 10          THE COURT:  Would you mark the Industrial Canal on this

10:15AM 11  exhibit.

10:15AM 12          THE WITNESS:  I'll try.

10:15AM 13          THE COURT:  I understand this is approximate, please.

10:15AM 14          THE WITNESS:  I think it's my fat fingers on the screen.

10:15AM 15          THE COURT:  Is that pretty close?

10:15AM 16          THE WITNESS:  That's pretty close.

10:15AM 17          THE COURT:  Capture that, Sheena.

10:15AM 18                          EXAMINATION

10:15AM 19  BY MR. KHORRAMI:

10:15AM 20  Q.   While the Court is capturing the image, when you look at the

10:16AM 21  composite reflectivity, that only gives you an idea of where

10:16AM 22  there is potential mesocyclones.  That's not where you stop your

10:16AM 23  inquiry, correct?

10:16AM 24  A.   Right.  You have to look at all the imaging, all the data

10:16AM 25  that's available.  Any time there's a forensic analysis, that's

10:16AM 1    what you want to do.  You don't eliminate data, you look at

10:16AM 2    everything.  And these are the three products that meteorologists

10:16AM 3    use, the reflectivity, the mesocyclone, tornado vortex, to

10:16AM 4    determine if we have a severe weather event.

10:16AM 5         THE COURT:  I'm curious.  On that particular -- and this

10:16AM 6    is purely out of curiosity, or mainly out of curiosity, A8 is

10:16AM 7    one, two, three, four, five -- I see five.  Is that 8?  I think

10:16AM 8    it's A8.

10:16AM 9         THE WITNESS:  That's correct.

10:16AM 10        THE COURT:  Why are they all labeled A8?

10:16AM 11        THE WITNESS:  What's happening is that it's taking six

10:16AM 12   minutes for the algorithm to look at all of these locations.  And

10:16AM 13   it's having a hard time pinpointing the physical lat/long for

10:17AM 14   this particular event.  So there is some -- it sees it during one

10:17AM 15   scan at one position at A8.  Once it goes through the other part

10:17AM 16   of the six-minute scan, it's sees it over -- it's moving around.

10:17AM 17   It sees it over at A8 in another location.

10:17AM 18            So that's just kind of the -- sometimes the

10:17AM 19   algorithm doesn't know if it's the same cell or a new cell.  And

10:17AM 20   if it can't determine it, these may be different cells, but it's

10:17AM 21   the limitation of the algorithm when they are closely spaced to

10:17AM 22   make that decision.  When they are out further, isolated, like

10:17AM 23   over here where you got G6 and M4, it doesn't make that mistake.

10:17AM 24   But when we're in a large convective system like we saw on the

10:17AM 25   previous slide, it's just the limitations of the algorithm trying

10:17AM 1    to locate the actual position of that cell.

10:17AM 2              THE COURT:  Thank you, sir.

10:18AM 3              MR. KHORRAMI:  Were we able to capture the image?

10:18AM 4              THE COURT:  Yes.  We've done it.

10:18AM 5                              EXAMINATION

10:18AM 6    BY MR. KHORRAMI:

10:18AM 7    Q.   Let's move on to the next image.

10:18AM 8    A.   And here is the tornado vortex signature again.  No tornado

10:18AM 9    vortex signatures associated with any of those cells.

10:18AM 10   Q.   Now, next slide, please.

10:18AM 11   A.   Now we're at 3:42.  And as you can see, now you're starting

10:18AM 12   to see the tight rotation around the hurricane eye.  Again, we're

10:18AM 13   at three hours or so from landfall at Buras, Louisiana.  But

10:18AM 14   interesting up here is that, see this elongation?  I mean, this

10:18AM 15   is not following the feeder bands.  I mean, this convection is

10:18AM 16   popping up all through here.  As a meteorologist, when I look at

10:18AM 17   this, I see storm systems, isolated cells popping up that are not

10:18AM 18   following necessarily the flow of the whole synoptic system.

10:19AM 19   Q.   So basically, these mesocyclones could have a life of their

10:19AM 20   own.  They don't need to follow the rotation of the hurricane,

10:19AM 21   correct?

10:19AM 22   A.   Right.  They have a life of their own.  That's a good

10:19AM 23   example.  Pay particular attention in this zone here where, of

10:19AM 24   course, our canal location is right here, and we're going to see

10:19AM 25   a group of mesocyclones hovering in this location when we go to

10:19AM  1    the next slide.

10:19AM  2              THE COURT:  Again, just for my information, the area of

10:19AM  3    blue to the left of that very left corner of that image --

10:19AM  4              THE WITNESS:  Right.  Yes, sir.

10:19AM  5              THE COURT:  Right there.  What is that?

10:19AM  6              THE WITNESS:  That is down here in the very low signal

10:19AM  7    range.  There are several possibilities.  Probably some type of

10:19AM  8    malfunction within the radar processing.  It doesn't fit the wind

10:19AM  9    field.

10:19AM 10              THE COURT:  No, it seems anomalous.

10:20AM 11              THE WITNESS:  It is anomalous.  You can totally

10:20AM 12    disregard that, Your Honor.  And that's why when you look at the

10:20AM 13    radar, you don't want to filter everything out.  And the

10:20AM 14    National Weather Service did not filter that out.  It's in their

10:20AM 15    data because they know that professional meteorologists are

10:20AM 16    interpreting this data and they know what to observe and how to

10:20AM 17    interpret the radar.

10:20AM 18              THE COURT:  Thank you.

10:20AM 19                          EXAMINATION

10:20AM 20    BY MR. KHORRAMI:

10:20AM 21    Q.   So just because you see something on the composite

10:20AM 22    reflectivity doesn't mean it's absolutely conclusively there; is

10:20AM 23    that correct?

10:20AM 24    A.   That's correct.

10:20AM 25    Q.   Again, that's why you look at the other products that are

10:20AM 1   available to you?

10:20AM 2   A.    That's correct.

10:20AM 3   Q.    You look at all of the tools that are out there, correct?

10:20AM 4   A.    Correct.

10:20AM 5   Q.    And you look even at the H-wind data, correct?

10:20AM 6   A.    Correct.

10:20AM 7   Q.    Now, the area that you pointed to, the red area located --

10:20AM 8   is it fair to say that that's located directly above the -- on

10:20AM 9   the Industrial Canal; is that right?

10:20AM 10  A.    That is correct.

10:20AM 11  Q.    And it's covering other areas as well?

10:20AM 12  A.    Right.

10:20AM 13  Q.    It's much larger than the Industrial Canal?

10:20AM 14        THE COURT:  Do you want to circle that particular one.

10:21AM 15        MR. KHORRAMI:  Why don't you do that.

10:21AM 16        THE WITNESS:  A circle.

10:21AM 17        THE COURT:  Good job.  Sheena, I want to capture that.

10:21AM 18  And a lot of this is not for my purpose, because I understand

10:21AM 19  where it is, but --

10:21AM 20        MR. KHORRAMI:  We understand, Your Honor.

10:21AM 21        THE COURT:  If anybody wants to look at it, they'll

10:21AM 22  know.  One of my colleagues from Mississippi or Texas may have a

10:21AM 23  difficult time.  Or even Shreveport.

10:21AM 24                              EXAMINATION

10:21AM 25  BY MR. KHORRAMI:

10:21AM 1   Q.   Let's go on to the next slide, please.

10:21AM 2   A.   Let's go ahead and zoom in because this is the area of

10:21AM 3   interest right here.  And as you can see, here is our canal

10:22AM 4   location, and I'll try, because I think this is an important

10:22AM 5   slide.  I'm going to try to --

10:22AM 6   Q.   Why don't you mark where the canal location is.

10:22AM 7           THE COURT:  This is at 3:42 a.m.?

10:22AM 8           THE WITNESS:  3:42.

10:22AM 9                         EXAMINATION

10:22AM 10  BY MR. KHORRAMI:

10:22AM 11  Q.   Would you make one more attempt?

10:22AM 12  A.   Let's zoom one more time.  I think it will be a little bit

10:22AM 13  better.

10:22AM 14  Q.   Perfect.

10:22AM 15  A.   All right.  The big red blob that we saw that showed the

10:22AM 16  intense convection, well, now we have an A4 in three locations

10:22AM 17  here.  And, again, that's -- either this particular cell is

10:22AM 18  moving in this direction or the radar has confused itself and has

10:22AM 19  picked up three different rotations.

10:22AM 20          THE COURT:  When you say "in this direction," what

10:22AM 21  direction would that be?

10:22AM 22          THE WITNESS:  This direction would be moving from -- the

10:22AM 23  cells look like they are moving -- the whole system, of course,

10:22AM 24  in the synoptic system is moving from the east to west.  And so

10:23AM 25  this is tracking across in this direction.  But within each of

10:23AM 1   these cells, there is a cyclonic rotation, and so any of these

10:23AM 2   cells that has cyclonic rotation, if they are to the north of the

10:23AM 3   canal, they are producing a west wind at the canal location.

10:23AM 4   Q.   And by "west wind," you mean a wind that's blowing from west

10:23AM 5   to east, correct?

10:23AM 6   A.   That's correct.

10:23AM 7        THE COURT:  If the Court doesn't understand that, you

10:23AM 8   have really got a problem, if I don't understand a west wind.

10:23AM 9   But I've got it.

10:23AM 10       MR. KHORRAMI:  I had trouble understanding it at first,

10:23AM 11  Your Honor.  I apologize.

10:23AM 12       THE COURT:  I understand it's blowing from the west.

10:23AM 13       THE WITNESS:  What's important on this slide is that

10:23AM 14  observe that one of these A4's is going to be flagged with a

10:23AM 15  tornado vortex signature, and that will be shown on the next

10:23AM 16  slide when we are ready to move.

10:23AM 17       MR. KHORRAMI:  Are we ready to move, Your Honor?

10:24AM 18       THE COURT:  Yes.

10:24AM 19       MR. KHORRAMI:  Let's go to the next slide, please.

10:24AM 20       THE WITNESS:  To me, this was very important because we

10:24AM 21  have been talking about the larger feeder band systems and the

10:24AM 22  synoptic winds.  I've shown you the mesocyclones.  Now, if we

10:24AM 23  zoom in on this, the A4 cells actually have been flagged as

10:24AM 24  having a tornado vortex signature, meaning it has a much more

10:24AM 25  intense rotation, cyclonic, and much more tighter rotation.

10:24AM 1         THE COURT:  Can you tell me why I know it's a tornado

10:24AM 2  vortex signature, or why you know?  What's the indication there?

10:24AM 3  It's sill A4, it's still --

10:24AM 4         THE WITNESS:  Let's unzoom the diagram and look over

10:24AM 5  here.  Let's zoom in on the header over here.

10:24AM 6         Here is a tornado vortex signature.  That's what it

10:24AM 7  says, captured by the radar.  This is GMT time or Greenwich Mean,

10:25AM 8  so it's 3:42.  It also says that the base of this thing is less

10:25AM 9  than 1,300 feet.  Now, the radar, you know, has its limitations

10:25AM 10 in measuring probably within 700 feet of the surface.  But it

10:25AM 11 extends up to 8,000 feet.  So we've got tornadic rotation from

10:25AM 12 1,300 feet up to 8,000 feet at that cell location.

10:25AM 13        THE COURT:  And I would know that as a layperson by

10:25AM 14 simply looking at the writing on the document?

10:25AM 15        THE WITNESS:  Right.  This is official from NOAA.  When

10:25AM 16 you download the image, this image tells you that this cell is a

10:25AM 17 tornado vortex signature cell.  When you look at the other

10:25AM 18 images, it will either say "mesocyclone cell," or it will say

10:25AM 19 "composite reflectivity."  That's how you know what product

10:25AM 20 you're looking at.

10:25AM 21        THE COURT:  Thanks.

10:25AM 22                    EXAMINATION

10:25AM 23 BY MR. KHORRAMI:

10:25AM 24 Q.   Just to be clear, on all products that we've shown, all the

10:26AM 25 images that we've shown, these are official NOAA documents,

10:26AM  1    correct?

10:26AM  2    A.    Correct.

10:26AM  3    Q.    You have not created them, correct?

10:26AM  4    A.    I have downloaded these from the archival database of NOAA.

10:26AM  5    Q.    And you have not altered them at all in any way?

10:26AM  6    A.    I've done no processing.

10:26AM  7    Q.    Why don't we go to the next slide, Bob, please.

10:26AM  8    A.    Now, we're at 3:47, so we have gone -- this is the six

10:26AM  9    minutes we had -- or five minutes.  We have gone from 3:42, so

10:26AM 10    the next scan is still there.  You can see the orientation.  It

10:26AM 11    doesn't look like it's in a feeder band at all.  Feeder bands are

10:26AM 12    down here.  But it's sitting at this angle, you have another huge

10:26AM 13    convective zone up here.

10:26AM 14          THE COURT:  Again, it's sitting -- the location we're

10:26AM 15    looking at, that's same red spot that you were pointing at

10:26AM 16    that was sitting right over the Industrial Canal that we were

10:26AM 17    talking about, correct?

10:26AM 18    A.    Right.  And it's still over the canal because, see, with my

10:27AM 19    pointer, the canal is still right here.  So it is still over the

10:27AM 20    canal.

10:27AM 21          THE COURT:  Circle that, sir.  And then put a dot where

10:27AM 22    you think the canal might be.

10:27AM 23              Thank you.

10:27AM 24          THE WITNESS:  I think I missed that.  Let's redo that.

10:27AM 25          MR. KHORRAMI:  Let's blow that up and then do that.

10:27AM 1        THE WITNESS:  Let's blow that up and I'll redo it.

10:27AM 2             Okay.  That's the canal location.

10:27AM 3        THE COURT:  Okay.  And you can circle.

10:27AM 4        THE WITNESS:  And this is our convective zone.

10:27AM 5                          EXAMINATION

10:27AM 6   BY MR. KHORRAMI:

10:27AM 7   Q.   Now, again, just to be clear, you see the convective zone,

10:27AM 8   the red blob sitting on the image.  We suspect that there may be

10:27AM 9   mesocyclones in there that's not definitive, correct?

10:27AM 10  A.   That's correct.

10:27AM 11  Q.   And that's why we're going through the other scans and we're

10:27AM 12  looking at them each and every time, correct?

10:27AM 13  A.   You have to look at the additional data.  Just from this,

10:27AM 14  you wouldn't know if you had any rotation.  You have to look at

10:27AM 15  the two other products that show you cyclonic rotation to show

10:28AM 16  that you have those types of elements.

10:28AM 17       MR. KHORRAMI:  Okay.  We were going to capture this,

18  Your Honor.

19            THE COURT:  We have done so, I think.

20       MR. KHORRAMI:  Thank you.

21                          EXAMINATION

22  BY MR. KHORRAMI:

10:28AM 23  Q.   So let's go to the next slide, please, Bob.

10:28AM 24  A.   We may want to -- again, can you see over here, Your Honor,

10:28AM 25  this says "mesocyclone" over in the table?

10:28AM 1          Okay.  We're looking at mesocyclone.  And we're now --

10:28AM 2    still at the same time, 3:47.  And there is two occurring.  And

10:28AM 3    they are both north of the canal.

10:28AM 4          So any cyclonic rotation associated with these

10:28AM 5    mesocyclones would be a west wind that would be pushing anything

10:28AM 6    on the water, as in the canal, toward the east.

10:28AM 7    Q.   Can we blow this up for a second.

10:28AM 8          One of them is labeled A4.  That would correspond to

10:28AM 9    the previous one we saw that was A4; is that correct?

10:28AM 10   A.   That's correct.  It's still existing.

10:28AM 11         And then there is a new cell.  It's picked up E4 and

10:29AM 12   labeled it.  That's popped up.

10:29AM 13         These are like popcorn in these convective -- a system

10:29AM 14   will rotate, you know, pick up rotation, and then it will lose

10:29AM 15   its criteria and another cell will pop up that has the correct

10:29AM 16   criteria to be flagged.  It's such a dynamic and chaotic system,

10:29AM 17   you can't explain it by just a simple wind field.  It is very

10:29AM 18   perturbed and very chaotic.

10:29AM 19   Q.   Let me ask you this:  We saw the blob that we saw at 3:43

10:29AM 20   and we saw it at 3:47, correct?

10:29AM 21   A.   Correct.

10:29AM 22   Q.   And at 3:47 it was virtually the same size, correct?

10:29AM 23   A.   That is correct.

10:29AM 24   Q.   And inside of that, though, we only saw a couple of areas of

10:29AM 25   mesocyclones; is that correct?

10:29AM  1    A.    Right.

10:29AM  2    Q.    Again, just because we see that blob, it's the same image,

10:29AM  3    it looks the same size, and it's the same color red doesn't mean

10:29AM  4    we have mesocyclones in there; is that correct?

10:30AM  5    A.    That's right.

10:30AM  6    Q.    It just gives us a suspicion that there may be something

10:30AM  7    going on there, correct?

10:30AM  8    A.    Correct.

10:30AM  9    Q.    Fair enough.

10:30AM 10          Can we go on to the next image, please.

10:30AM 11    A.    And again, the tornado vortex, we had none.  In fact, what I

10:30AM 12    showed you was the only tornado vortex signature that occurred in

10:30AM 13    Louisiana during the passage of Katrina, and it occurred right

10:30AM 14    south of Lake Pontchartrain, north of the barge.

10:30AM 15    Q.    Let's go to the next image, please.

10:30AM 16          What do we see here?

10:30AM 17    A.    Okay.  You're starting to see -- you can see the feeder

10:30AM 18    bands, but in this particular band up here (indicating), you see

10:30AM 19    three distinct areas of hotspots.  Again, these are the hotspot

10:30AM 20    convective zones.

10:30AM 21          The canal is located right here where my pointer is

10:30AM 22    located.

10:30AM 23          So we have one to the southwest of the canal.  This is

10:30AM 24    the one that's been moving -- that was over the canal and now it

10:30AM 25    is gradually moving off as the whole system rotates.

10:30AM  1          You can see the whole system is going to be rotating in

10:31AM  2   the counterclockwise direction.  These are the feeder bands.  But

10:31AM  3   you have these others popping up in these particular zones.

10:31AM  4          And we're going to -- the next slide, the mesocyclone,

10:31AM  5   we'll able to see if these have any rotation within them.

10:31AM  6   Q.   Just so we have a clear record, this is at 3:53 a.m.,

10:31AM  7   correct?

10:31AM  8   A.   This is at 3:53.

10:31AM  9   Q.   And this is the very next scan that the radar took; is that

10:31AM 10   correct?

10:31AM 11   A.   That's right.

10:31AM 12   Q.   One was at 3:47 and then the next one we're looking at is

10:31AM 13   3:53; is that correct?

10:31AM 14   A.   Right.

10:31AM 15          And let me point out, we're going to look at the next,

10:31AM 16   the mesocyclone, but keep in mind these three blobs of red and

10:31AM 17   they are each going to produce mesocyclones.

10:31AM 18   Q.   Now, again, when we're looking at this composite

10:31AM 19   reflectivity, there can be mesocyclones that could be occurring

10:31AM 20   that we're not seeing in the red spots; is that correct?

10:31AM 21   A.   That's true.  What we're -- what we do know, Counselor, is

10:31AM 22   that we have a very hot zone here, it's above the 50-decibel mark

10:32AM 23   on the scale, which is severe weather.  We've got convection.

10:32AM 24   We've got rainfall, downdrafts, updrafts.

10:32AM 25          We don't know if we have rotation from this.  That's

10:32AM 1    why you have to go to the next product.  And when you go to the

10:32AM 2    next product, you determine that you have something even more

10:32AM 3    intense, you have rotation.

10:32AM 4         THE COURT:  Just for the record and my own curiosity,

10:32AM 5    decibels are to the layperson generally a way to measure the

10:32AM 6    frequency of sound.

10:32AM 7         THE WITNESS:  Right.  It's the intensity of sound.  How

10:32AM 8    loud it is.  And this is, you think of this, this is loud.  The

10:32AM 9    red means loud, hot, strong.

10:32AM 10        THE COURT:  Is this an electromagnetic --

10:32AM 11        THE WITNESS:  It's electromagnetic.

10:32AM 12        THE COURT:  But simply using decibels to express the

10:32AM 13   intensity?

10:32AM 14        THE WITNESS:  Yes, sir.

10:32AM 15        THE COURT:  Thank you.

10:32AM 16                         EXAMINATION

10:32AM 17   BY MR. KHORRAMI:

10:32AM 18   Q.   Let's go to the next slide, please.

10:32AM 19   A.   And here we see are three hotspots.  We had one here that

10:33AM 20   was moving off, but these particular mesocyclones are still --

10:33AM 21   they are to the northwest, so any rotation here is going to be

10:33AM 22   producing wind field that's from the west because of the cyclonic

10:33AM 23   rotation.

10:33AM 24        This is that feeder band kind of sitting like this, and

10:33AM 25   it's produced a hotspot over here at the Mississippi/Louisiana

10:33AM 1    border.  And then it's produced a hotspot over here (indicating).

10:33AM 2    Actually, this one turns into a significant supercell that

10:33AM 3    reaches Pass Christian and Waveland as we move on to other

10:33AM 4    slides.

10:33AM 5            But this -- so the radar tells you where the hotspots

10:33AM 6    were, you look at the mesocyclone occurrence, you see you have

10:33AM 7    rotation on each of these hotspots, and that's why you have to

10:33AM 8    look at all of this data.

10:33AM 9    Q.   Now, just so we have a clear record, just to the west of the

10:33AM 10   Industrial Canal, south of Lake Pontchartrain, there are two

10:34AM 11   mesocyclones labeled E4; is that correct?

10:34AM 12   A.   That's correct.

10:34AM 13   Q.   And those are close enough, in your expert opinion, to the

10:34AM 14   Industrial Canal to actually affect the wind direction there; is

10:34AM 15   that correct?

10:34AM 16   A.   Yes.

10:34AM 17   Q.   And to the extent that they are rotating counterclockwise,

10:34AM 18   they would be producing westerly winds -- I have it totally

10:34AM 19   confused, Your Honor -- westerly winds; is that correct?

10:34AM 20   A.   That's correct.  Whenever we have the mesocyclones that are

10:34AM 21   to the north or northwest, the rotation is in this direction, so

10:34AM 22   the rotation is going to be transmitted and at the canal

10:34AM 23   location, it could be a west wind.

10:34AM 24   Q.   And the supercell that you were referring to is Z4; is that

10:34AM 25   correct?

10:34AM 1   A.   Z4 is going to be a supercell and it's actually going to

10:34AM 2   move over and create a tornado vortex signature at Waveland,

10:34AM 3   Mississippi.

10:34AM 4   Q.   Fair enough.

10:34AM 5        Can go we go to the next slide, please.

10:34AM 6        THE COURT:  Counsel, after your examination, when you're

10:34AM 7   finished, we'd like to go ahead and label these exhibits now so

10:34AM 8   we don't get confused.

10:35AM 9        MR. KHORRAMI:  Absolutely.  Do we want to label them as

10:35AM 10  one exhibit and then each of the images in order?

10:35AM 11       THE COURT:  That might be a good idea.

10:35AM 12       MR. KHORRAMI:  Fair enough.

10:35AM 13                          EXAMINATION

10:35AM 14  BY MR. KHORRAMI:

10:35AM 15  Q.   You see the tornado vortex signature in this scan?

10:35AM 16  A.   Right.  This is the cell that we saw the hotspot over here

10:35AM 17  (indicating).  This develops into a supercell, and this is at

10:35AM 18  3:53, but it only affects the Mississippi coastline.

10:35AM 19  Q.   Next slide, please.

10:35AM 20  A.   Now we're at 4:05.  Again, the eye of the hurricane is still

10:35AM 21  off the screen.  We're a couple -- we're still -- landfall is at

10:35AM 22  6:30, so we're two and a half hours away.

10:35AM 23       And you can see how disorganized this band is up here.

10:35AM 24  And you have, again, these hotspots that have a life of their

10:35AM 25  own.  You have two small ones popping up around the canal

10:35AM 1    location right over here (indicating).  The larger one has moved

10:35AM 2    to the southwest.

10:36AM 3           And so this gives you an idea of, you know, that these

10:36AM 4    thunderstorms have a life of their own or a mind of their own.

10:36AM 5    They don't necessarily have to fall within the flow of the feeder

10:36AM 6    bands.

10:36AM 7    Q.    Just so we have a clear record, all of those red spots that

10:36AM 8    we're looking at, there are some that are to the southwest of the

10:36AM 9    Industrial Canal; is that correct?

10:36AM 10   A.    That's correct.

10:36AM 11   Q.    And there are some that are to the northeast of the

10:36AM 12   Industrial Canal, correct?

10:36AM 13   A.    That's correct.

10:36AM 14   Q.    And then we have individual cells, individual spots that

10:36AM 15   you've said are about two kilometers?

10:36AM 16   A.    In the Level 3 data, yes, sir.

10:36AM 17   Q.    And those are located right to the north of the

10:36AM 18   Industrial Canal and right over the Industrial Canal; is that

10:36AM 19   correct?

10:36AM 20   A.    That's correct.

10:36AM 21   Q.    The next slide, please.

10:36AM 22   A.    Here is our mesocyclone occurrence.  Again, it's scattered

10:36AM 23   out throughout the zones.  We have one that's still over in this

10:37AM 24   particular location that will be cyclonic.  This is a supercell

10:37AM 25   that actually produces a very severe winds over at Waveland,

10:37AM 1    Mississippi, at that location.

10:37AM 2    Q.   Now, if we look at the previous slide -- Bob, please -- I

10:37AM 3    noticed that just, again, we have a whole lot of red spots over

10:37AM 4    there, but --

10:37AM 5          Bob, if you could go back to the slide we were looking

10:37AM 6    at.

10:37AM 7          -- those don't necessarily correspond to mesocyclones,

10:37AM 8    correct?

10:37AM 9    A.   That's right.

10:37AM 10   Q.   So that's why you look at this product because you can't

10:37AM 11   necessarily -- you start with a composite reflectivity, correct?

10:37AM 12   A.   Correct.

10:37AM 13   Q.   And then you look at this product to confirm any suspicions

10:37AM 14   that you have, correct?

10:37AM 15   A.   Right.  And then you would have to look at the tornado

10:37AM 16   vortex signature because these don't indicate tornado rotations.

10:37AM 17          So you look at all of the products.  You don't throw

10:37AM 18   out anything.  You look at everything to try to determine what's

10:37AM 19   actually happening at the location of interest.

10:37AM 20   Q.   And with your permission, we'll go through -- let's go to

10:38AM 21   the next slide actually.

10:38AM 22   A.   And here we see, I told you that supercell actually produces

10:38AM 23   a tornado vortex signature.  The weather service said it was not

10:38AM 24   a touchdown of a tornado but it was very strong in this

10:38AM 25   particular location over Waveland, Mississippi.

10:38AM   1    Q.   And just so we have a clear record, with the exception of

10:38AM   2    one tornado vortex signature that you showed to us, the rest

10:38AM   3    would not really affect the Industrial Canal; is that correct?

10:38AM   4    A.   That's right.

10:38AM   5    Q.   And that was that one that was at A4, and I believe it was

10:38AM   6    at 3:42 a.m.; is that correct.

10:38AM   7    A.   I believe so.

10:38AM   8    Q.   Next slide, please.

10:38AM   9         We're looking at 5:43 a.m. at this point.

10:38AM  10    A.   Okay.

10:38AM  11    Q.   And what do we see on this scan?

10:38AM  12    A.   Now you can see what the hurricane looks like, basically,

10:38AM  13    because here is the eye of the hurricane.  It's hard -- let me

10:38AM  14    point out, Buras, Louisiana, I believe, is right down in this

10:39AM  15    location, pretty close.  The eyewall, the eye center of the

10:39AM  16    hurricane is going make landfall at about 6:30 at that location.

10:39AM  17         What we have been looking at all the earlier hours from

10:39AM  18    2:15 are the outer feeder bands.  And you can see -- the rotation

10:39AM  19    here, you can see the outer feeder bands.  But you can also see

10:39AM  20    how chaotic the reflectivity is within these feeder bands.

10:39AM  21         Here is the canal location, right -- let me see if I

10:39AM  22    can get it, right there (indicating).  And, you know, they are

10:39AM  23    not uniform.  They -- there are areas where they are weaker,

10:39AM  24    there are areas that pop up red.

10:39AM  25         And so, again, these thunderstorms, it's like popcorn,

10:39AM 1   they are coming and going and developing within the larger

10:39AM 2   synoptic system.

10:39AM 3   Q.   So in looking at this particular image, those areas in the

10:39AM 4   red are where we would suspect there would be some sort of

10:40AM 5   mesocyclone activity; is that correct?

10:40AM 6   A.   That's correct.

10:40AM 7   Q.   All right.  If we could go to the next image, please.

10:40AM 8            And let me clear this for you.

10:40AM 9   A.   Thank you.

10:40AM 10           Here we have a cell that's relatively close to the

10:40AM 11  location.

10:40AM 12           If you zoom in, please.

10:40AM 13           U8, I think our barge location is going to be right

10:40AM 14  near there (indicating).  Here we have a counterclockwise

10:40AM 15  rotation.  So this could certainly be producing a north wind at

10:40AM 16  this particular time.

10:40AM 17           So we've seen cells, depending on their relative

10:40AM 18  location to the canal, could be producing south winds, could be

10:40AM 19  producing west winds, east winds, north winds.  That's why in my

10:40AM 20  report I say the winds are omnidirectional when you're dealing

10:40AM 21  with these mesocyclones within the feeder bands.  That's the

10:41AM 22  important point.

10:41AM 23  Q.   Now, just because we see a mesocyclone doesn't necessarily

10:41AM 24  say that it reaches the ground; is that correct?

10:41AM 25  A.   That's correct.

10:41AM 1          Let me tell you, my thesis was on mesocyclone
10:41AM 2   occurrence.  If you have upper air rotation, the atmosphere is a
10:41AM 3   fluid.  And you have to conserve angular momentum.  And kinetic
10:41AM 4   energy has to all be conserved.
10:41AM 5          So if you have rotation that's flagged at 10,000,
10:41AM 6   20,000 feet to the base, maybe 1,300 feet, it's hard to believe
10:41AM 7   that that rotation suddenly cuts off at 1,300 feet and it's a
10:41AM 8   uniform wind field.  It just can't happen.  There will be a
10:41AM 9   rotation that extends to the surface.
10:41AM 10         Now, it's always, what is the magnitude of that
10:41AM 11  rotation, but it will extend to the surface.
10:41AM 12  Q.   So, I mean, comparing it to something that we can all
10:41AM 13  understand, is it like stirring a cup of water?
10:42AM 14  A.   A cup of coffee or a cup of water with cream in it, you stir
10:42AM 15  the top and eventually you'll see a transfer of momentum.  You
10:42AM 16  will get down to the bottom of the cup.
10:42AM 17  Q.   And the microbursts are still happening and they are coming
10:42AM 18  from up and going all the way down, correct?
10:42AM 19  A.   Exactly.
10:42AM 20  Q.   Why don't we go to the next slide, please.
10:42AM 21         This is the tornado signature vortex.
10:42AM 22  A.   Right.
10:42AM 23  Q.   We can move off of these.
10:42AM 24         Next slide, please.
10:42AM 25         THE COURT:  The elevation, what does that mean, 136?

10:42AM 1        THE WITNESS:  That's the radar.  Above sea level radar

10:42AM 2  elevation.

10:42AM 3        THE COURT:  That's the location of the radar?

10:42AM 4        THE WITNESS:  Right, and the elevation of that radar.

10:42AM 5        THE COURT:  Got it.

10:42AM 6        THE WITNESS:  This -- now we are at 6:30.  And you can

10:42AM 7  see the eyewall, eye center, and we're over Buras, Louisiana.

10:42AM 8        And let me type in a dot.  Well, you can't see

10:43AM 9  green in there.  I won't even go there.

10:43AM 10        But the -- Buras, Louisiana, is down here in this

10:43AM 11  area (indicating).  And that's where the eyewall -- this is the

10:43AM 12  first landfall as a Category 3.  Second landfall will be up here

10:43AM 13  at Pass Christian and Bay St. Louis as a Category 3.

10:43AM 14        And we see, again, strong feeder bands and, again,

10:43AM 15  our strong reflectivity up here as these feeder bands move

10:43AM 16  onshore.

10:43AM 17                        EXAMINATION

10:43AM 18  BY MR. KHORRAMI:

10:43AM 19  Q.  Dr. Mitchell, you mentioned eyewall.  I just wanted to have

10:43AM 20  a clear record.  By "eyewall," you meant E-Y-E wall of the

10:43AM 21  hurricane, correct?

10:43AM 22  A.  That is correct.

10:43AM 23  Q.  Because we've had I-wall as part of the flood protection

10:43AM 24  system.

10:43AM 25  A.  Right.

10:43AM 1          This is the low pressure center, which is basically

10:43AM 2     clear, and that's why you see the blues.  These blues are

10:43AM 3     actually real, Your Honor, in here because there is no

10:44AM 4     measurement within that eyewall of any type of reflectivity.

10:44AM 5     It's clear if you fly into it.  All of the convection is in the

10:44AM 6     outer band, which we call the eyewall feeder, and then the

10:44AM 7     extended feeder bands.

10:44AM 8     Q.   I just wanted to point out that this particular image shows

10:44AM 9     the red spots to be north, northeast of Lake Ponchartrain; is

10:44AM 10    that correct?

10:44AM 11    A.   That's correct.

10:44AM 12    Q.   And that's where we would suspect some mesocyclone activity;

10:44AM 13    is that correct?

10:44AM 14    A.   That's correct.

10:44AM 15    Q.   Now, we're going to go to the next image, Bob, please.

10:44AM 16    A.   And you can see that up here where that red band was, we

10:44AM 17    have -- we have some mesocyclones occurring.  We also have some

10:44AM 18    occurring down here that are close to the eyewall that's coming

10:44AM 19    onshore.

10:44AM 20          At this point we have -- we have some that are located

10:44AM 21    near Lake Borgne, in Lake Borgne, so they are to the west -- I'm

10:44AM 22    sorry, to the east of the canal locations where it is sitting at

10:45AM 23    this location.

10:45AM 24          They are getting further away but they still are

10:45AM 25    perturbing wind fields so we don't know their effect on the

10:45AM 1 canal, but they are further away than the ones we have seen that

10:45AM 2 were very near.

10:45AM 3 Q.   Again, just because we see those red spots on the composite

10:45AM 4 reflectivity, that doesn't mean we're going to see mesocyclones,

10:45AM 5 correct?

10:45AM 6 A.   That's correct.

10:45AM 7 Q.   Let's go to the next image, which is the tornado vortex

10:45AM 8 signature.

10:45AM 9 A.   And there were none.

10:45AM 10 Q.   And that's clear.

10:45AM 11       So then you can move on to the next one, please, Bob.

10:45AM 12 A.   Now we're at 7:49, and you can see the distinct eye has

10:45AM 13 moved further to the north.  And is headed to Pass Christian.

10:45AM 14 You can see the strong feeder band in the eyewall.

10:45AM 15       Again, over at our location, you can see a feeder band

10:45AM 16 here.  But look -- the important part about this, look at this

10:45AM 17 location of -- you see -- you can see the bands, the feeder bands

10:46AM 18 and their rotation, but look at the alignment of the high

10:46AM 19 reflectivity.

10:46AM 20       Let me see if I can point to it.

10:46AM 21       It aligns in this direction (indicating).  These --

10:46AM 22 that's why I say these thunderstorms have a life of their own,

10:46AM 23 the way they pop up.  They don't pop up uniformly following the

10:46AM 24 entire wind field.  They pop up as they wish depending on the

10:46AM 25 convective activity within the particular feeder band.

10:46AM 1    Q.   Now if we could move to the next image, please.

10:46AM 2    A.   The eyewall is going to produce a lot of rotation because as

10:46AM 3    you're closer to the center of the storm, you're in a much more

10:46AM 4    intense environment as far as kinetic energy and, again, angular

10:46AM 5    momentum, rotation.

10:46AM 6              So, as you can see, this cluster of mesocyclones, and a

10:46AM 7    lot of them are doubled.  That's why we have B6, we have T5, R0,

10:47AM 8    W6, B4, N1, B9, so these are all individual cells that have been

10:47AM 9    captured by the radar algorithm within that feeder band of the

10:47AM 10   eyewall.

10:47AM 11   Q.   And those not only affect the wind patterns around them, but

10:47AM 12   they can affect the wind patterns that each one is producing,

10:47AM 13   correct?

10:47AM 14   A.   Each one of these is rotating.  So you can imagine, it's a

10:47AM 15   very chaotic situation.  Certainly not a uniform wind field.

10:47AM 16   Q.   The next slide, please.

10:47AM 17              We're going to just look at this.

10:47AM 18   A.   There are no tornado vortex signatures.  We did this for

10:47AM 19   completeness to be sure we looked at every radar loop.

10:47AM 20   Q.   Next slide, please.

10:47AM 21              Now what do we see at 8:54, Doctor?

10:47AM 22   A.   At 8:54, now we're seeing basically this rotation and you

10:47AM 23   can see that here is the location of the canal, it's right here

10:47AM 24   (indicating).  Strong eyewall.  The eye is here (indicating).

10:47AM 25              Some of this blue, Your Honor, actually is the zones

10:48AM  1    between -- this is actually real here.  The other one looked like

10:48AM  2    it was false.  That's why you don't filter data.  You have to

10:48AM  3    interpret data.

10:48AM  4          This particular blue through here is the -- is where

10:48AM  5    there is no or little convection.  Then you build a feeder band

10:48AM  6    up and you build up more intensity as you approach the hurricane

10:48AM  7    eyewall.

10:48AM  8          This stuff over here at the top of the right, clutter.

10:48AM  9    But you don't filter data, you interpret data.  And that's what I

10:48AM 10    try to do here.

10:48AM 11          And you can see that this is real.  This shows you all

10:48AM 12    these zones that are having little or no convective activity in

10:48AM 13    them.  And then the degree builds up and finally you get to the

10:48AM 14    eyewall where you have it red.

10:48AM 15    Q.   The next slide, please.

10:48AM 16    A.   And associated with the eyewall, most of the mesocyclones

10:48AM 17    are going to be confined into this area.  Each one of these are

10:48AM 18    rotating.  They have cyclonic rotation.  Their effect on the

10:49AM 19    barge or the canal location, you know, will be determined by, you

10:49AM 20    know, how far these extend out.

10:49AM 21          But again, the point -- the major point here is, it's

10:49AM 22    not a uniform wind field within all of these feeder bands.  It's

10:49AM 23    very chaotic.  It's very unpredictable.  And it shows a

10:49AM 24    perturbation within a storm within a storm.

10:49AM 25    Q.   Next slide, please.

10:49AM 1          We have this particular scan for completeness.  Tornado

10:49AM 2  vortex signature, but we don't see anything, correct?

10:49AM 3  A.    That's correct.

10:49AM 4  Q.    Now, Bob, if you could go to the next slide.

10:49AM 5          And, Doctor, this is an image that was provided to us

10:49AM 6  by Mr. Lemon; is that correct?

10:49AM 7  A.    This is an image from his report, yes, sir.

10:49AM 8  Q.    And this -- this image was altered by Mr. Lemon, correct?

10:50AM 9  A.    What Mr. Lemon has done, he has obtained the Level 2 data

10:50AM 10  from the National Weather Service, but he's also used commercial

10:50AM 11  algorithms to process data and manipulate data for certain

10:50AM 12  sections of either composite reflectivity.

10:50AM 13          Let me explain the panels we're looking at, Your Honor.

10:50AM 14  This is the composite reflectivity, which we have been looking at

10:50AM 15  on my displays.  This is base level data or Level 2 data.  This

10:50AM 16  is a radial velocity display that Mr. Lemon has processed.  This

10:50AM 17  is a relative velocity display, and in the relative velocity

10:50AM 18  display, the movement of the whole storm system has been

10:50AM 19  subtracted out showing a rotation.  I'll come back to this in

10:50AM 20  just a moment.

10:50AM 21          And this final display is a display called "spectrum

10:51AM 22  width," which just means it's another radar product which is a

10:51AM 23  measure of turbulence in a particular storm system.

10:51AM 24          We have a scale on the side.  Red is positive.  Green

10:51AM 25  is negative.  And this is in knots.  It goes up to 70 knots and

10:51AM  1  it goes down to 70 knots negative.

10:51AM  2  Q.    Dr. Mitchell, if I could stop you there.

10:51AM  3  A.    Sure.

10:51AM  4  Q.    If you could, for the record, actually tell us which one of

10:51AM  5  the quadrants you're pointing to for each one of the these scans.

10:51AM  6  A.    Okay.  The upper left quadrant is the complex -- I'm sorry,

10:51AM  7  the composite reflectivity.

10:51AM  8        The upper right quadrant is the radial velocity

10:51AM  9  product.

10:51AM 10        The lower left quadrant is the -- I'm sorry, I said

10:51AM 11  radial velocity?  I hope I said radial velocity for the upper

10:51AM 12  right quadrant.  The lower quadrant is the relative velocity.

10:52AM 13        And the lower right quadrant is the spectrum width.

10:52AM 14  Q.    And on this scan, Dr. Lemon -- I'm sorry, Mr. Lemon has

10:52AM 15  pointed out a mesocyclone; is that correct?

10:52AM 16  A.    Correct.  He produced this radar image as 3:31 a.m.  And

10:52AM 17  through his processing of the data, he has produced a very nice

10:52AM 18  mesocyclone.

10:52AM 19        And let me explain, Your Honor, as we go through this

10:52AM 20  analysis here, the colors are important here.  Red, which is

10:52AM 21  positive, means movement away from the radar.  It's Doppler

10:52AM 22  radar.  You can measure movement.  Green, which is negative,

10:52AM 23  shortening, is movement toward the radar.

10:52AM 24        And, of course, it depends on where the radar is

10:52AM 25  located, and the radar located is, to the north, is in Slidell.

10:53AM 1          So this is a cyclonic rotation.  This is a rotating

10:53AM 2  system that's rotating in a cyclonic motion.

10:53AM 3          Dr. -- Mr. Lemon has done us a great favor.  He has

10:53AM 4  shown us a massive mesocyclone.  He has processed this out of the

10:53AM 5  data and shown -- here is the barge location (indicating).

10:53AM 6          Let me point to the -- there is the barge location

10:53AM 7  (indicating).

10:53AM 8  Q.   And there is actually a dot where the barge location is; is

10:53AM 9  that correct?

10:53AM 10 A.   That's correct.  He's located it.  I just put -- I missed it

10:53AM 11 a little bit, but it's right there.

10:53AM 12         This thing is rotating.  This is producing a perturbed

10:53AM 13 wind field within the feeder bands at 3:31 a.m.  It is producing,

10:53AM 14 if it's rotating in this direction, it has to be producing west

10:53AM 15 winds on everything to the south of it because it's cyclonic.

10:53AM 16         THE COURT:  Because the red is moving towards the east?

10:53AM 17         THE WITNESS:  Right.  The red is moving this way, and

10:54AM 18 the green is moving back that way (indicating).  And so the

10:54AM 19 system is rotating.

10:54AM 20         THE COURT:  Am I correct that that red that I'm seeing

10:54AM 21 to the far -- what I'm looking at now, the panel that is in the

10:54AM 22 lower left-hand quadrant, I see scattered red to the right of

10:54AM 23 that particular panel, does that mean that --

10:54AM 24         THE WITNESS:  You're talking about this location, this

10:54AM 25 red over here (indicating)?

10:54AM 1        THE COURT:  Yes.  In what direction is that red moving?

10:54AM 2        THE WITNESS:  That's away from the radar.  Anything

10:54AM 3   that's red, hot, in red that's on this scale is positive, is

10:54AM 4   moving away.

10:54AM 5        THE COURT:  If the radar is in Slidell, what direction

10:54AM 6   is that moving?

10:54AM 7        THE WITNESS:  That's moving to the south.  And this

10:54AM 8   would be moving to the south.  This --

10:54AM 9        THE COURT:  The red blob by the green?

10:54AM 10        THE WITNESS:  Right.  Let me draw.  That is the

10:54AM 11   mesocyclone.  I missed it a little bit.  I didn't center it.  But

10:54AM 12   think of an arrow, if I can draw one.

10:55AM 13             Let me erase that.  Start over.

10:55AM 14                  EXAMINATION

10:55AM 15   BY MR. KHORRAMI:

10:55AM 16   Q.   It's rotating counterclockwise, correct?

10:55AM 17   A.   Can you erase that for me?

10:55AM 18   Q.   There you go.

10:55AM 19   A.   That's the rotation (indicating).

10:55AM 20   Q.   It's rotating counterclockwise.

10:55AM 21   A.   Rotating counterclockwise.  We know that because this

10:55AM 22   portion of it where it's more intense is moving toward the radar,

10:55AM 23   this portion that's moving away from the radar, that means it has

10:55AM 24   to have a cyclonic circulation.

10:55AM 25        THE COURT:  And if the mesocyclone is to the east of the

10:55AM 1   canal, and let's assume for the sake of discussion, that it would

10:55AM 2   be affecting the canal, what would be the direction, the wind

10:55AM 3   direction?

10:55AM 4          THE WITNESS:  It would be a north -- a wind from the

10:55AM 5   north.

10:55AM 6          THE COURT:  That makes sense with a cyclonic.

10:56AM 7          THE WITNESS:  Everything is cyclonic.  We're in the

10:56AM 8   right hemisphere, cyclonic.

10:56AM 9          THE COURT:  Exactly.

10:56AM 10         THE WITNESS:  The reason I put this display up also,

10:56AM 11  this is the location of the same mesocyclone.

10:56AM 12                        EXAMINATION

10:56AM 13  BY MR. KHORRAMI:

10:56AM 14  Q.   Are you referring to the right bottom quadrant?

10:56AM 15  A.   The lower right-hand panel.

10:56AM 16       And it's spectrum width and it is a measure of chaos.

10:56AM 17  And none of this is above background.  Most metrologists don't

10:56AM 18  really use this a lot, but it's just a confirmation that you've

10:56AM 19  got something that's strong that has chaos and turbulence.  And

10:56AM 20  here you have a mesocyclone.

10:56AM 21       Now, if you went up to the composite reflectivity, you

10:56AM 22  wouldn't see any of this.  This is why you have to look at these

10:56AM 23  other products.

10:56AM 24       Here -- the mesocyclone is sitting up in here

10:56AM 25  (indicating).  And so you couldn't tell anything from that.  You

10:56AM 1    have to go and look at these other products.

10:56AM 2    Q.    This is the Level 2 data; is that correct?

10:56AM 3    A.    This is the Level 2 data.

10:57AM 4    Q.    You reviewed Level 2 data for the purpose of your opinion,

10:57AM 5    correct?

10:57AM 6    A.    I did.  What I want to show, and the whole purpose of

10:57AM 7    putting this in here is Mr. Lemon has done a great job of showing

10:57AM 8    this mesocyclone, but his critique of my analysis said that I had

10:57AM 9    not filtered the data properly and I had not -- I had left

10:57AM 10   certain things in the data that were aliased.

10:57AM 11          And so when you look at this panel, this is the radial

10:57AM 12   velocity panel that he has filtered.  I want to show you my

10:57AM 13   original, how the data looks when you originally pull it from the

10:57AM 14   National Weather Service.

10:57AM 15   Q.    Before we go there, let me ask you a couple of questions.

10:57AM 16   When you're looking at that mesocyclone, it's sitting directly

10:57AM 17   north of the canal, so it would be producing, if anything, it

10:57AM 18   would be producing west winds?

10:57AM 19   A.    Correct.

10:57AM 20   Q.    At the canal location.  No one can say for sure what the

10:57AM 21   wind condition inside the canal is, correct?

10:57AM 22   A.    No one can say.  We have just gone through a couple of hours

10:58AM 23   of seeing mesocyclones come and go south, north, east and west of

10:58AM 24   the canal.  They all have the possibility of microbursts winds

10:58AM 25   and they all have rotation.  So no meteorologist can sit here and

10:58AM 1    tell that you the wind field was always in this direction or

10:58AM 2    these hours or always from the other direction.

10:58AM 3              The purpose of my analysis is to show a chaotic

10:58AM 4    situation.  There are possibilities for omnidirectional winds

10:58AM 5    during all those morning hours over the canal.

10:58AM 6    Q.    Now, in looking at the right top quadrant, the entire scan

10:58AM 7    is red.  That shows that the wind was moving away from the radar

10:58AM 8    in that scan?

10:58AM 9    A.    Correct.

10:58AM 10   Q.    And so the alteration that's occurred that Mr. Lemon has

10:58AM 11   done actually hides a mesocyclone that he points himself -- he

10:58AM 12   himself points out, correct?

10:58AM 13   A.    Right.  In his report he points, he draws an arrow and he

10:58AM 14   points to this zone right here (indicating) as a mesocyclone.

10:59AM 15   Q.    Can I have the Elmo, please.

10:59AM 16              THE COURT:  Do you want to circle that zone?  Circle

11:00AM 17   that zone.

11:00AM 18                         EXAMINATION

11:00AM 19   BY MR. KHORRAMI:

11:00AM 20   Q.    Now, this is the same scan actually right off of

11:00AM 21   Dr. Lemon's -- Mr. Lemmon's report; is that correct?

11:00AM 22   A.    That's correct.

11:00AM 23   Q.    And where the arrow is, is where he's pointing to as the

11:00AM 24   mesocyclone; is that correct?

11:00AM 25   A.    Those are his arrows.  His markings.  And he points both --

11:00AM 1    importantly on the two velocity displays, he points to a radial

11:00AM 2    velocity that this is a mesocyclone, but it's filtered so you

11:00AM 3    can't see anything.  He's also -- he's eliminated it.

11:00AM 4         He's also pointed out when he does his relative

11:00AM 5    velocity, well, it's back, there it is.  I mean, he has a

11:00AM 6    mesocyclone and he points to it.

11:00AM 7    Q.   Let me stop you for a second.  The way that he's processed

11:00AM 8    this, is it your testimony that it's actually masked the

11:00AM 9    mesocyclone in the upper right quadrant; is that correct?

11:00AM 10   A.   Right.  Let me explain for one moment.  In the analysis of

11:01AM 11   radar data, there is something we call aliasing, A-L-I-A-S, and

11:01AM 12   it comes from the term just like you may have an alias or another

11:01AM 13   name.  This hides it.  Data can hide itself or fold back in a

11:01AM 14   different scenario.

11:01AM 15        Sometimes -- most of the time the National Weather

11:01AM 16   Service processes all their data to anti-alias, any false data or

11:01AM 17   any data that's folded back.

11:01AM 18        And the problem is if you -- if an individual like

11:01AM 19   Dr. Lemon does, if he clicks a button on his computer and does it

11:01AM 20   but he can eliminate possibly data that's not aliased because it

11:01AM 21   depends on how he applies the algorithm.

11:01AM 22        The point that I want to make is that his testimony is

11:02AM 23   probably going to say that I didn't process the data properly,

11:02AM 24   but when he processes this particular panel with his filtering,

11:02AM 25   he removes the anticyclone -- I mean, the cyclone.  He removes

11:02AM  1   the mesocyclone.

11:02AM  2        I'm going to show you in the next slide the same panel

11:02AM  3   as I pulled it from the National Weather Service.

11:02AM  4   Q.   Bob, could you please move to the next slide.

11:02AM  5   A.   This is original data NOAA stamped from the National Weather

11:02AM  6   Service Level 2 obtained for the same time period, 3:31 a.m.  And

11:02AM  7   we can flip back and forth and look at this between the two

11:02AM  8   panels.

11:02AM  9        But the important point I want to make is that there

11:02AM 10   are areas, large areas up here that possibly are aliased that are

11:03AM 11   not real.  But our mesocyclone is located right here.  And you

11:03AM 12   can see it.  You can see the rotation.  And you can see the

11:03AM 13   positive numbers are red; the negative numbers are green.

11:03AM 14        And I'm going to try to mark on this, Your Honor.  We

11:03AM 15   need to change the color to black.

11:03AM 16        THE COURT:  We can do that.

11:04AM 17        THE WITNESS:  What I'm trying to show here is that on

11:04AM 18   the unfiltered data -- here is the mesocyclone.  And this portion

11:04AM 19   of red is away from the radar positive, on this scale.  This

11:04AM 20   portion of the green is toward the radar.

11:04AM 21        So if you look at the unfiltered data, you can

11:04AM 22   identify the mesocyclone.  Other portions up here, maybe -- other

11:04AM 23   portions of this could be and most likely are alias data.  It may

11:05AM 24   not make any sense.

11:05AM 25        But if you do what Mr. Lemon had done and just

11:05AM 1   click a button and filter the whole thing, you lost what was

11:05AM 2   important.  And that's what I -- the point I was trying to make

11:05AM 3   earlier.  A professional meteorologist can recognize things that

11:05AM 4   are non-real, non-real data, and things that are meaningful as

11:05AM 5   far as physical atmospheric phenomena.

11:05AM 6                          EXAMINATION

11:05AM 7   BY MR. KHORRAMI:

11:05AM 8   Q.   Let me just ask you.  We looked at the Level 3 data through

11:05AM 9   all of those slides that you had.  We were looking at the

11:05AM 10  composite reflectivity, correct?

11:05AM 11  A.   Correct.

11:05AM 12  Q.   And every time we would look at the composite reflectivity

11:05AM 13  we had areas that we would suspect had mesocyclones within it; is

11:05AM 14  that correct?

11:05AM 15  A.   That's correct.

11:05AM 16  Q.   But that doesn't mean conclusively that there are

11:05AM 17  mesocyclones within it; is that correct?

11:05AM 18            THE COURT:  I've got that.  I've got that.

11:05AM 19                          EXAMINATION

11:05AM 20  BY MR. KHORRAMI:

11:05AM 21  Q.   So we're doing the same thing over here; is that correct?

11:05AM 22  A.   That's true.  And we've got to look at all of the data.

11:05AM 23  And --

11:05AM 24            THE COURT:  When you're saying that, you're doing it

11:06AM 25  with counsel, now you have confused me.  You might want to

11:06AM  1    elaborate on that.

11:06AM  2              It's my understanding this is, in fact, a confirmed

11:06AM  3    mesocyclone, or is it or isn't it?

11:06AM  4         MR. KHORRAMI:  In this situation?

11:06AM  5         THE WITNESS:  Yes.  This is a -- this is the confirmed

11:06AM  6    mesocyclone that Dr. Lemon sees.  Also it has a mesocyclone

11:06AM  7    marker associated with it.  This is a confirmed mesocyclone.

11:06AM  8         THE COURT:  That's my understanding.  I realize not all

11:06AM  9    areas in red produce mesocyclones.

11:06AM 10                             EXAMINATION

11:06AM 11    BY MR. KHORRAMI:

11:06AM 12    Q.   Just so we have a clear record --

11:06AM 13         THE COURT:  Counsel, do you have something?

11:06AM 14         MR. RAFFMAN:  I'm just going to request that this slide

11:06AM 15    be made available to me for my cross-examination.

11:06AM 16         THE COURT:  Absolutely.  I'll let you -- yes, certainly.

11:06AM 17    You don't have it?  You don't have the slide?

11:06AM 18         MR. RAFFMAN:  I was going to -- I do, Your Honor, have

11:06AM 19    the slide.  I thought the slide with the markings on it --

11:07AM 20         THE COURT:  I'll let you use the actual exhibits after

11:07AM 21    we mark them, and you can actually refer to what they are so

11:07AM 22    you'll have time, we'll take a break after this and obviously

11:07AM 23    have time to do that.

11:07AM 24         MR. RAFFMAN:  Thank you, Your Honor.

11:07AM 25                             EXAMINATION

11:07AM 1   BY MR. KHORRAMI:

11:07AM 2   Q.   Dr. Mitchell, just so we have --

11:07AM 3           THE COURT:   You can use that on the Elmo if you need to

11:07AM 4   display it.

11:07AM 5                           EXAMINATION

11:07AM 6   BY MR. KHORRAMI:

11:07AM 7   Q.   Just so we have a clear record, if you could read the

11:07AM 8   document's title into the record.

11:07AM 9   A.   "National Weather Service NEXRAD Level 2 Base Radial

11:07AM 10  Velocity."   The time is 3:31 a.m., and it's the original data

11:07AM 11  unfiltered from the National Weather Service.

11:07AM 12  Q.   Doctor, I'm going to take you to a page within Dr. Cushing's

11:07AM 13  report.

11:08AM 14          Bob, if you could go to page 80 of Dr. Cushing's

11:08AM 15  report.

11:08AM 16          Now, you've seen this image before as well, correct?

11:08AM 17  A.   Yes, I have.

11:08AM 18  Q.   This image shows the direction of the wind as time goes on

11:08AM 19  within the Industrial Canal acting on the barge, correct?

11:08AM 20  A.   That's correct.

11:08AM 21  Q.   Is there any way that any individual can say with any degree

11:08AM 22  of certainty that that is actually the way the wind was at all

11:08AM 23  times within the canal?

11:08AM 24  A.   What apparently Mr. Cushing has done is looked at the

11:08AM 25  synoptic scale, large scale wind pattern and superimposed his

11:09AM 1   vectors.  So, of course, as the hurricane approaches, we have the

11:09AM 2   feeder bands that are flowing counterclockwise and you see the

11:09AM 3   various times.  Finally at 9 o'clock the hurricane center is past

11:09AM 4   New Orleans and you have winds, he has it at 10 o'clock going

11:09AM 5   from the west.

11:09AM 6         But this is a very simplistic picture.  We have just

11:09AM 7   spent two hours going through and telling and showing data that

11:09AM 8   shows the wind field that's very complicated.  We have these

11:09AM 9   mesocyclones and tornado vortex signatures embedded in this,

11:09AM 10  which he does not take into account and did not look at radar

11:09AM 11  data.

11:09AM 12        THE COURT:  You might point out that's Figure 52 of

11:09AM 13  Dr. Cushing's report from page 80, just for the record.

11:09AM 14                         EXAMINATION

11:09AM 15  BY MR. KHORRAMI:

11:09AM 16  Q.   Your testimony is the winds are unpredictable during this

11:09AM 17  time period?

11:09AM 18  A.   This stick diagram is simplistic.  We have gone through very

11:10AM 19  detailed, sophisticated data showing that the wind field is

11:10AM 20  complicated, perturbed, multidirectional winds are possible, and

11:10AM 21  this diagram doesn't represent that.

11:10AM 22  Q.   I'm going to take you to another page of Dr. Cushing's

11:10AM 23  report, and that's page 86.

11:10AM 24        Bob, if you could put that up.

11:10AM 25        And this is basically an image of how Dr. Cushing

11:10AM 1    claims the barge went through the Industrial Canal at 9 o'clock.

11:10AM 2            Is there any way any individual can predict trajectory

11:10AM 3    within a hurricane at a specific time?

11:10AM 4    A.   No, sir.

11:10AM 5    Q.   Is there any way that any individual within a hurricane can

11:10AM 6    predict the trajectory of a vessel through time?

11:10AM 7    A.   Not in this complicated system.  Not a diagram like this.

11:10AM 8    No one could predict this trajectory of motion.

11:10AM 9    Q.   And let's go to your final slide here.

11:11AM 10           What are your findings actually?

11:11AM 11   A.   The findings, this is taken out of my report, Your Honor.

11:11AM 12   And basically what we have is one critical piece of information.

11:11AM 13   We have the terminal and the Inner Harbor Navigation Canal were

11:11AM 14   in direct path of the Katrina storm center landfall, according to

11:11AM 15   the national hurricane advisory issued at 10:00 p.m. central

11:11AM 16   daylight time on August 27th, that Saturday, two days before the

11:11AM 17   29th.

11:11AM 18           Also, I have looked at NOAA H-wind analysis, as the

11:11AM 19   other metrologists have in this case, and determined that

11:11AM 20   Category 1 winds, one-minute sustained winds, Category 1, 80 to

11:11AM 21   92 miles per hour were at the location of the barge with the

11:11AM 22   addition of wind gusts, three-second gusts, ranging from 104 to

11:12AM 23   120.

11:12AM 24           The third and most important point that we just spent

11:12AM 25   the time looking at all the radar data is then we have numerous

11:12AM 1   mesocyclones occurring within the feeder bands.  They are

11:12AM 2   identified on the Doppler radar.  They occur over the canal

11:12AM 3   during the early morning hours.  They are creating wind shear,

11:12AM 4   rotational wind gusts, unpredictable wind gusts with respect to

11:12AM 5   wind direction and produce surface winds and wind gusts with

11:12AM 6   multidirectional components, in my opinion, east, west, north and

11:12AM 7   south, acting on the barge during the time period that we looked

11:12AM 8   at the radar, 3:00 to 5:00 a.m.

11:12AM 9   Q.   And you looked actually from 2 o'clock; is that correct?

11:12AM 10  A.   Looked at 2 o'clock.  And then, you know, like I said in all

11:12AM 11  of my Katrina cases, actually in this case, we looked to 8,

11:12AM 12  9 o'clock almost.

11:12AM 13  Q.   You went and expressed opinions looking at all of the data

11:12AM 14  from about 2 o'clock until past 9 o'clock in the morning; is that

11:12AM 15  correct?

11:12AM 16  A.   That's correct.

11:12AM 17  Q.   And all of that information is within the your report; is

11:13AM 18  that correct?

11:13AM 19  A.   That's correct.

11:13AM 20       MR. KHORRAMI:  Your Honor, if I could confer with

11:13AM 21  counsel.

11:13AM 22       THE COURT:  You may.  And then be prepared to -- what I

11:13AM 23  would like counsel to have, before the witness can step down, but

11:13AM 24  to introduce this particular set of exhibits, as you said, giving

11:13AM 25  one exhibit with a series of numbers within.

11:13AM 1          MR. KHORRAMI:  We'll do that.

11:13AM 2                              EXAMINATION

11:13AM 3   BY MR. KHORRAMI:

11:13AM 4   Q.   Just so we're clear, I'm going to ask you one question.  We

11:14AM 5   looked at the strike cone of the hurricane.  And at any point

11:14AM 6   during the approach of Hurricane Katrina, to the extent

11:14AM 7   New Orleans was within the strike cone, the expectation would be

11:14AM 8   that there may be a direct hit, correct?

11:14AM 9   A.   That's the definition of probability cone, that if you're in

11:15AM 10  that cone, you should prepare for a direct hit.

11:15AM 11         MR. KHORRAMI:  Your Honor, I tender the witness and we

11:15AM 12  can actually number the exhibit.

11:15AM 13         THE COURT:  If you do that, I would appreciate it.

11:15AM 14         MR. KHORRAMI:  So all of the images -- I'm sorry, I

11:15AM 15  wanted to move that all of the images that we've captured be

11:15AM 16  numbered plaintiffs 426 in order, 426(a) through --

11:15AM 17         THE COURT:  We just want to make sure -- we have the

11:15AM 18  right sequence, Sheena?

11:15AM 19         THE DEPUTY CLERK:  I was thinking about using --

11:15AM 20         THE COURT:  The witness can step down.  You'll be

11:15AM 21  prepared for cross-examination.  But we'll let you do this

11:15AM 22  administrative task.  The Court is going to leave stage left and

11:15AM 23  we'll start cross-examination in about 15 minutes.

11:15AM 24         MR. KHORRAMI:  Thank you, sir.

11:18AM 25         THE DEPUTY CLERK:  434 A through J is admitted evidence.

11:18AM 1      MR. KHORRAMI:  Those are all of the images we captured

11:18AM 2  from Dr. Mitchell's testimony.

11:35AM 3          (WHEREUPON, at this point in the proceedings, a brief

11:37AM 4  recess was taken.)

11:37AM 5          MR. KHORRAMI:  The litigation case list will be

11:38AM 6  Plaintiff's 435.  Dr. Mitchell's PowerPoint that we presented in

11:38AM 7  court will be entered as Plaintiff's 436.

11:38AM 8          (WHEREUPON, at this point in the proceedings, Exhibits

11:41AM 9  P435 and P436 were admitted.)

11:41AM 10         THE DEPUTY CLERK:  All rise.  Court's in session.

11:41AM 11  Please be seated.

11:41AM 12         THE COURT:  Are you ready to proceed, sir?

11:41AM 13         MR. RAFFMAN:  Yes, I am, Your Honor.

11:42AM 14                     DIRECT EXAMINATION

11:42AM 15  BY MR. RAFFMAN:

11:42AM 16  Q.  Good morning, Dr. Mitchell.  My name is Mark Raffman, and

11:42AM 17  I'm one of the lawyers for Lafarge North America.  I wanted to

11:42AM 18  start where you ended with this diagram of the 3:31 a.m.

11:42AM 19  mesocyclone.

11:42AM 20         And I believe, if I'm not mistaken, that you had drawn

11:42AM 21  the direction of the flow in a counterclockwise direction; am I

11:42AM 22  right, Dr. Mitchell?

11:42AM 23  A.  Yes.  This is an identified mesocyclone.  It's from Lemon's

11:42AM 24  report.  He identifies it as a mesocyclone.  This is unfiltered

11:42AM 25  data.

11:42AM 1          And I tried to draw the flow.  Now that I have a

11:42AM 2    stylus, I can probably draw it a little bit better, but I was

11:42AM 3    trying to draw it with my fingers.  And yes, it is cyclonic.

11:42AM 4    Q.   You drew it in a counterclockwise direction.  That was my

11:42AM 5    question.

11:42AM 6    A.   Yes, sir.

11:42AM 7    Q.   And your answer is yes?

11:42AM 8    A.   Yes, sir.

11:42AM 9    Q.   Now, if I understood your testimony earlier, the green data

11:43AM 10   is moving with the component in the direction of the radar

11:43AM 11   station to the northeast; isn't that right?

11:43AM 12   A.   Correct.

11:43AM 13   Q.   And the red data is moving in a direction away from the

11:43AM 14   Slidell radar station to the northeast; isn't that right?

11:43AM 15   A.   Correct.

11:43AM 16   Q.   So if I take my pen and trace on this, this green here is

11:43AM 17   moving toward the radar, right?

11:43AM 18   A.   Did you draw in the green?  I mean, I'm not sure.

11:43AM 19   Q.   Well, my pen is in the green.

11:43AM 20   A.   Yeah.

11:43AM 21   Q.   It's got that curve and blowing toward the radar?

11:43AM 22   A.   That's correct.

11:43AM 23   Q.   And now my pen down here is blowing away from the radar as

11:43AM 24   we go to the bottom of that feature; isn't that -- away from the

11:43AM 25   radar, right?

11:43AM 1   A.   Well, that's not -- no, that's not correct, Counselor.

11:43AM 2   Q.   That's not the direction in which the red flow is happening?

11:44AM 3   A.   The red flow is happening just as I -- if you let me redraw

11:44AM 4   it, what I did, this is correct over here.  Well, he moved it.

11:44AM 5   Q.   Well, I'm sorry.  I am not trying to move anything.

11:44AM 6   A.   Don't move it and let me show you exactly what I'm talking

11:44AM 7   about.

11:44AM 8   Q.   All right.

11:44AM 9   A.   This is the mesocyclone.  This is the portion that's toward

11:44AM 10  the radar.  This is the portion that's away from the radar.

11:44AM 11          When I tried to draw with my finger a while ago, that

11:44AM 12  portion you're on -- that's not correct.

11:44AM 13  Q.   All right.  So the drawing I'm looking at here in which you

11:44AM 14  drew away from the radar at the green and toward the radar at the

11:44AM 15  red, this drawing is incorrect; is that right?

11:44AM 16  A.   No.  Put it back up there and I'll show you exactly,

11:44AM 17  Counselor.  This portion in the red is correct.  This portion

11:44AM 18  right here is correct.

11:44AM 19          I missed the green.  I thought the green was obvious,

11:44AM 20  so I didn't redo it, but the green is here.  And this is the

11:45AM 21  mesocyclone right there.  That's it.  Corresponds exactly to

11:45AM 22  Mr. Lemon's mesocyclone.

11:45AM 23  Q.   And it's your testimony that the drawing you made, which the

11:45AM 24  Court will see this morning, I'm sorry.

11:45AM 25          You got a counterclockwise flow?

11:45AM  1   A.   Exactly.

11:45AM  2   Q.   All right.  Let me ask you a question about the area of this

11:45AM  3   graph up here in the upper area.  You said earlier that the large

11:45AM  4   amount of that data or large area of that data are real; did I

11:45AM  5   hear you correctly?

11:45AM  6   A.   More likely than not, Counselor, that is aliased; but, as my

11:45AM  7   point was, if you apply an arbitrarily alias filter, anti-alias

11:45AM  8   filter, you're going to eliminate what we just tried to show you

11:45AM  9   was the mesocyclone, so it's better to not filter the data.

11:45AM 10        The data from the National Weather Service always goes

11:46AM 11   through an anti-alias algorithm.  The Level 2 data, when you have

11:46AM 12   these type of patches, most likely if they are large and

11:46AM 13   dispersed and don't have any character, they could be aliased,

11:46AM 14   but if you applied a filter you're going to lose everything.  And

11:46AM 15   that's what Mr. Lemon does.

11:46AM 16        So that's the point I was trying to make in this slide.

11:46AM 17   I see the same mesocyclone that he sees after he does his

11:46AM 18   manipulation.

11:46AM 19   Q.   Dr. Mitchell, we're going to get along a lot better if you

11:46AM 20   answer the question that I ask and save your speeches for my

11:46AM 21   colleagues.

11:46AM 22        THE COURT:  Counsel, you might ask the Court --

11:46AM 23        MR. RAFFMAN:  I'm sorry.

11:46AM 24        THE WITNESS:  -- to direct the witness to respond to the

11:46AM 25   question.

11:46AM 1          MR. RAFFMAN:  Yes, Your Honor.

11:46AM 2          THE COURT:  You're not going to lecture him.

11:46AM 3          MR. RAFFMAN:  Yes, Your Honor.

11:46AM 4          THE COURT:  I'm going to let him answer the question if

11:46AM 5  it's conceivable to be answered in a yes or no or I don't know

11:46AM 6  fashion, then I'm going to let him explain his answer.

11:46AM 7          MR. RAFFMAN:  Thank you, Your Honor.

11:46AM 8          THE COURT:  If the explanation becomes a thesis, I will

11:46AM 9  stop him.

11:46AM 10         MR. RAFFMAN:  Thank you, Your Honor, I will not admonish

11:47AM 11 the witness again.

11:47AM 12         THE COURT:  All right.  But I understand.  I'm going to

11:47AM 13 let him explain it because sometimes it's complicated.  If it

11:47AM 14 becomes a monologue that overly polemical, we'll move on.

11:47AM 15         MR. RAFFMAN:  Thank you, Your Honor.  I appreciate it.

11:47AM 16                          EXAMINATION

11:47AM 17 BY MR. RAFFMAN:

11:47AM 18 Q.   So my question was that -- what you answered is whether or

11:47AM 19 not there is alias data in this graph, yes or no?

11:47AM 20 A.   Could be.

11:47AM 21 Q.   Dr. Mitchell, do you -- you -- I'm sorry, you performed no

11:47AM 22 dealiasing of the Level 2 data that you used, correct?

11:47AM 23 A.   Correct.

11:47AM 24 Q.   And as we sit here today, are you aware, Dr. Mitchell, that

11:48AM 25 the National Weather Service records its Level 2 radar data right

11:48AM 1    out of the signal processor and without applying any alias -- any

11:48AM 2    algorithms?  I'm sorry.

11:48AM 3    A.    I'm not quite following your question.  I disagree with

11:48AM 4    that.  The Level 2 data, if range folding is obvious, the radar

11:48AM 5    has anti-alias and range folding filters applied.  So I don't

11:48AM 6    know how to answer your question.

11:48AM 7          It's not uniformly -- they don't uniformly don't do it,

11:48AM 8    and they don't uniformly; but, if the data set is so noisy or so

11:48AM 9    bad, they may -- they may apply stronger filters.  But, most of

11:48AM 10   the time, they do the minimum antialiasing and allow you to --

11:49AM 11   allow the interpreter to look at the data.

11:49AM 12   Q.    Do you know one way or another whether the Level 2 data that

11:49AM 13   you relied on was dealiased?

11:49AM 14   A.    Since I just answered your question that there is alias

11:49AM 15   data, more likely than not, in this diagram, it wasn't

11:49AM 16   completely -- it wasn't severely dealiased, no, sir.

11:49AM 17   Q.    Thank you.

11:49AM 18         May I please have page 43 of Dr. Mitchell's PowerPoint.

11:50AM 19   I'm sorry.

11:50AM 20         THE COURT:  And, Counsel, if you want to use the

11:50AM 21   exhibits that are marked on for any reason, you certainly may, if

11:50AM 22   that becomes necessary.

11:50AM 23         MR. RAFFMAN:  I'd like to use the panel that he referred

11:50AM 24   to from Mr. Lemon, if I might.  Let me see if I have it here in

11:50AM 25   my own box, and maybe we can work with the ELMO.  There it is.

11:50AM  1    Great, thank you.

11:50AM  2                          EXAMINATION

11:50AM  3    BY MR. RAFFMAN:

11:50AM  4    Q.   Dr. Mitchell, you explained to the Court your interpretation

11:50AM  5    of Lemon's rendering, and you told the Court that the image here

11:50AM  6    at the bottom left shows the existence of a mesocyclone.  Can we

11:51AM  7    call that testimony to mind.

11:51AM  8    A.   Yes.  In fact, he says it in his report, so we've got two

11:51AM  9    agreeable meteorologists.

11:51AM 10    Q.   Very good.

11:51AM 11             And you understand that the image on the bottom left is

11:51AM 12    a storm relative velocity image, right?

11:51AM 13    A.   Correct.

11:51AM 14    Q.   In a storm relative velocity image -- well, you've used

11:51AM 15    storm relative velocity images in your own reports; isn't that

11:51AM 16    right?

11:51AM 17    A.   I have on occasion.

11:51AM 18    Q.   And in a storm relative velocity image, the purpose is to

11:51AM 19    take out the effect of the synoptic wind pattern, in other words,

11:51AM 20    the hurricane wind pattern, and to simply focus on the winds that

11:51AM 21    are working inside that larger pattern; isn't that right?

11:51AM 22    A.   Well, I would say it's -- the approach is to take out the

11:51AM 23    translational motion of the hurricane, not any motion within the

11:52AM 24    feeder bands.  What you're trying to remove is the forward motion

11:52AM 25    of the hurricane which is easy to subtract out, that's why it's

11:52AM 1   called "relative," so you're looking at a velocity relative to
11:52AM 2   the system instead of having a forward motion component to it.
11:52AM 3   Q.   When you say relative to the system, that's different from
11:52AM 4   saying relative to an observer on the ground, correct?
11:52AM 5   A.   Correct.
11:52AM 6   Q.   And it's your understanding of Dr. Mitchell's report that
11:52AM 7   the image on the upper right --
11:52AM 8            THE COURT:  You meant Mr. --
11:52AM 9            MR. RAFFMAN:  I'm sorry, Mr. Lemon.  Did I say
11:52AM 10  Dr. Mitchell?
11:52AM 11           THE COURT:  Yes, sir.
11:52AM 12           MR. RAFFMAN:  I appreciate the correction.  I'm going to
11:52AM 13  do that, but I'll try not to.
11:52AM 14           THE COURT:  Well, we all do it, and I understand.
11:52AM 15                            EXAMINATION
11:52AM 16  BY MR. RAFFMAN:
11:52AM 17  Q.   So your interpretation of Mr. Lemon's report, the image in
11:52AM 18  the upper right, is that he's reporting a ground relative
11:52AM 19  velocity, right, Dr. Mitchell?
11:52AM 20  A.   He's reporting radial velocity.
11:52AM 21  Q.   Radial velocity.  Whatever we call it, the thrust of
11:53AM 22  Mr. Lemon's report is that the image in the upper right depicts
11:53AM 23  the velocities as they are experienced on the ground by an
11:53AM 24  observer in the storm, right?
11:53AM 25  A.   No, not necessarily.  I mean, the radar has nothing to do

11:53AM 1   with what's being observed on the ground, Counselor.  It's a --

11:53AM 2   the Level 2 product up in the right-hand corner is the basic data

11:53AM 3   that is obtained from the National Weather Service and its radial

11:53AM 4   velocity, meaning it's any velocities moving toward or away from

11:53AM 5   the radar.

11:53AM 6   Q.   Thank you.  And so in distinction to the storm relative

11:53AM 7   velocity product, the one in the upper right shows the velocity

11:53AM 8   that incorporates not only whatever rotation or velocity is

11:53AM 9   imparted by the mesocyclone but also velocity that's imparted by

11:54AM 10  the forward motion of the storm, or whatever motion of the storm

11:54AM 11  there is; isn't that right?

11:54AM 12  A.   That's correct.

11:54AM 13  Q.   Okay.  Now, would you agree with me, Dr. Mitchell, that the

11:54AM 14  upper right-hand image includes some very bright red, bright red

11:54AM 15  components here, which represent high velocity winds with a

11:54AM 16  component away from the radar, right?

11:54AM 17  A.   Well, Counselor, he has filtered this particular data, so

11:54AM 18  that's the difference.  That's why I put same panel into my first

11:54AM 19  slide or second slide that was unfiltered.

11:54AM 20       I don't know what he has done here on his algorithms.

11:54AM 21  What this wind field is telling me -- and we don't really have a

11:54AM 22  scale on there to show this wind field -- is everything's moving

11:54AM 23  away from the radar.  It's all red.  He has eliminated any -- any

11:54AM 24  motion toward the radar by applying his filter.

11:55AM 25       You cannot even see the mesocyclone, but he points to

11:55AM 1   it in his report, but he has to draw an arrow.  And we just went

11:55AM 2   through the moment ago my slide, you see the mesocyclone because

11:55AM 3   it's unfiltered.

11:55AM 4   Q.   Dr. Mitchell, the left-hand side of this graphic has a scale

11:55AM 5   that goes from the brightest red, which represents 70 knots away

11:55AM 6   from the radar, right, and it goes down to the brightest green,

11:55AM 7   70 knots toward the radar?  Do you see that scale?

11:55AM 8   A.   The scale, Counselor, because this panel on the

11:55AM 9   right-hand -- left side, lower left corner is highlighted, that

11:55AM 10  scale only applies to that panel.  That scale doesn't apply to

11:55AM 11  any other panel.

11:55AM 12       He has highlighted it in his software.  You're able to

11:55AM 13  highlight a panel, and the scale applies -- this scale applied

11:55AM 14  only to the panel where the mesocyclone is occurring.

11:55AM 15       THE COURT:  And to be precise, what panel is that, sir?

11:56AM 16       THE WITNESS:  It's this panel here.  This panel here --

11:56AM 17       MR. RAFFMAN:  The bottom left panel.

11:56AM 18       THE COURT:  The lower left quadrant, okay.

11:56AM 19                    EXAMINATION

11:56AM 20  BY MR. RAFFMAN:

11:56AM 21  Q.   Lower left.

11:56AM 22  A.   Right.

11:56AM 23  Q.   You're saying that the scale that applies in the left, in

11:56AM 24  your interpretation -- we'll let Mr. Lemon explain it, but in

11:56AM 25  your interpretation, that scale doesn't apply to this upper right

11:56AM 1    diagram?

11:56AM 2    A.   It could, but it may not be the correct scale.  What I'm

11:56AM 3    saying is, you see that there is a yellow -- a white rim around

11:56AM 4    this.  This is highlighted.  This has a rim around it highlighted

11:56AM 5    in white.

11:56AM 6         When you to go his software and you click on a panel,

11:56AM 7    it gives you the scale associated with that panel.  And I can

11:56AM 8    guarantee you that this scale is associated with mesocyclone.

11:56AM 9    This may not be the appropriate scale that goes with this

11:56AM 10   particular location.

11:56AM 11   Q.   Generally speaking, now, you've interpreted lots of images,

11:56AM 12   so let me see if I can approach this from a more general basis.

11:57AM 13   When you have a bright color, that represents a higher velocity

11:57AM 14   in the direction of that color, right?

11:57AM 15   A.   That's correct.

11:57AM 16   Q.   So when you have a bright red in this part, that represents

11:57AM 17   a higher velocity component away from the radar, right,

11:57AM 18   Dr. Mitchell?

11:57AM 19   A.   Correct.

11:57AM 20   Q.   And when you have a darker --

11:57AM 21        THE COURT:  Let him answer.  I didn't hear him answer.

11:57AM 22        MR. RAFFMAN:  I'm sorry.

11:57AM 23        THE WITNESS:  Correct.

11:57AM 24        MR. RAFFMAN:  Thank you, Judge.

11:57AM 25                         EXAMINATION

11:57AM  1   BY MR. RAFFMAN:

11:57AM  2   Q.   When you have a darker circle here, we have a darker pattern

11:57AM  3   here, darker pattern represents a component away from the radar

11:57AM  4   but with a less -- with less velocity, right?

11:57AM  5   A.   Yes.

11:57AM  6   Q.   So if you had a mesocyclone entrained within a predominant

11:57AM  7   wind blowing away from the radar, you could easily see a pattern

11:58AM  8   in which you have a bright red feature here with a cyclonic

11:58AM  9   rotation, and a darker pattern here on the other side of it, and

11:58AM  10  that darker pattern will be still red because the entire

11:58AM  11  mesocyclone is -- has got wind components that are all away from

11:58AM  12  the radar; isn't that possible, Dr. Mitchell?

11:58AM  13  A.   I can't really comment on that, Counselor, because the data

11:58AM  14  has been processed.  I can comment on the -- my own panel, which

11:58AM  15  is that panel obtained unfiltered from the National Weather

11:58AM  16  Service, and it shows a mesocyclone.  And it shows exactly the

11:58AM  17  same mesocyclone position wise and orientation wise as the lower

11:58AM  18  left panel in Mr. Lemon's report.

11:59AM  19  Q.   You interpret radar images -- weather images for a living,

11:59AM  20  right?

11:59AM  21  A.   Yes, sir.

11:59AM  22  Q.   If I present you with a radar image which has a bright red

11:59AM  23  component feature here and a dark -- darker red feature here, and

11:59AM  24  I tell you that this is a mesocyclone which exists within a

11:59AM  25  hurricane feeder band, are you going to tell me that this image

11:59AM 1    does not accurately portray the velocity of the winds with a

11:59AM 2    heavy velocity away from the radar where the mesocyclone is

12:00PM 3    rotating in the direction of the hurricane wind, and a lighter

12:00PM 4    velocity away from the radar where the mesocyclone is rotating

12:00PM 5    counter to the direction of the prevailing hurricane wind?

12:00PM 6    A.    Is there a question there?  May I?

12:00PM 7            THE COURT:  Yes.  May I -- and, Counsel, I'm going to

12:00PM 8    let you continue.  My question is, is it possible that -- and I'm

12:00PM 9    not sure of the correct pronunciation, meso, meso, I'll use

12:00PM 10   meso -- mesocyclone can produce winds that would show up on the

12:00PM 11   image as -- since we do have a cyclone within the hurricane, that

12:00PM 12   would all be either in one intensity or another going away from

12:00PM 13   the radar?

12:00PM 14           THE WITNESS:  Well --

12:01PM 15           THE COURT:  Or would it be an inexorable fact that some

12:01PM 16   of the wind would have to be going in another direction.

12:01PM 17           THE WITNESS:  Exactly.  Let me -- if I was just -- if I

12:01PM 18   was handed this panel that had been filtered, I would be hard

12:01PM 19   pressed to say that there was ever a mesocyclone there.  I

12:01PM 20   couldn't tell.  I couldn't interpret that.  You look at that

12:01PM 21   panel.

12:01PM 22           If you go to look at the unfiltered data, which is

12:01PM 23   my slide that we had just been looking at, I make the

12:01PM 24   interpretation that there is a mesocyclone.  That's why you don't

12:01PM 25   filter the data.

12:01PM 1          THE COURT:  Well, I think counsel is assuming that there

12:01PM 2    is a mesocyclone, but he's asking is it possible that the wind

12:01PM 3    speed would simply be less than the mesocyclone but in the same

12:01PM 4    direction?  That's what he's asking.  And is that possible?

12:01PM 5          THE WITNESS:  That's possible.  It's possible.

12:01PM 6                          EXAMINATION

12:01PM 7    BY MR. RAFFMAN:

12:01PM 8    Q.    Thank you, Dr. Mitchell.  Before I leave this set of slides,

12:01PM 9    the small pinpoint there, as Dr. -- I'm sorry, as Mr. Lemon has

12:02PM 10   rendered it, is in the -- that's the location of the Inner Harbor

12:02PM 11   Navigation Canal, right?

12:02PM 12   A.    I believe, according to his report.

12:02PM 13   Q.    And the data reflected even in the storm relative velocity

12:02PM 14   is that the wind is blowing with a component away from the radar

12:02PM 15   because it's pink, right, Dr. Mitchell?

12:02PM 16   A.    Yes.  I mean, the overall wind field is very -- is a light

12:02PM 17   pink.

12:02PM 18   Q.    And in your plaintiff's 434 --

12:02PM 19          May we go back to the ELMO, please.

12:02PM 20          -- again, you have the Inner Harbor Navigation Canal

12:02PM 21   somewhere in the vicinity of the laser pointer down here,

12:02PM 22   correct, Dr. Mitchell?

12:02PM 23   A.    Correct.

12:02PM 24   Q.    And, again, the velocity data that you are depicting in your

12:02PM 25   report shows that the wind at the Inner Harbor Navigation Canal

12:02PM 1   at that time has got a direction away from the radar, which is up

12:02PM 2   here to the northeast, correct?

12:03PM 3   A.   Well, the overall wind field, if you're talking about the

12:03PM 4   red background, yes.

12:03PM 5   Q.   Okay, thank you.

12:03PM 6          Dr. Mitchell, you testified this morning about the

12:03PM 7   composite reflectivity data and then going to the Level 3

12:03PM 8   mesocyclone algorithms to identify a mesocyclone.  Do you recall

12:03PM 9   that testimony?

12:03PM 10  A.   Yes, sir.

12:03PM 11  Q.   And am I right that if a mesocyclone algorithm generates a

12:03PM 12  dot on the black background map that says there is a mesocyclone

12:03PM 13  there, you have taken it as established that that was, in fact, a

12:03PM 14  mesocyclone, right?

12:03PM 15  A.   If it's flagged by the algorithm and it's picked up a

12:03PM 16  thunderstorm cell and identified that cell as having rotation,

12:03PM 17  cyclonic rotation.

12:03PM 18  Q.   So anytime you have an algorithm that identifies it, that's

12:04PM 19  good enough for you, right?

12:04PM 20  A.   The algorithm has been developed over many years of research

12:04PM 21  by NASA and NOAA.  The algorithms are used in every hurricane for

12:04PM 22  analysis.  I don't see any problem with the algorithm.

12:04PM 23         The thing about the algorithm is that it's flagging

12:04PM 24  cells that have a certain intensity.  There are probably numerous

12:04PM 25  cells the algorithm is missing that don't fit the criteria of

12:04PM  1   being at multiple levels and duration of a certain time.

12:04PM  2           So we're only seeing a fraction, possibly, of the

12:04PM  3   probably hundreds of mesocyclones that are existing.

12:04PM  4   Q.   And just so I get the answer to the question I asked,

12:04PM  5   Dr. Mitchell, the algorithm output is good enough for you, right?

12:04PM  6   A.   Well, you have to look at all pieces of data.  I've looked

12:04PM  7   at the reflectivity data, also, to show where the cells are

12:04PM  8   located.  But, yes, to answer your question, the algorithm data

12:04PM  9   is good.

12:05PM 10   Q.   Good enough.  Yes.  Thank you.

12:05PM 11           Dr. Mitchell, your --

12:05PM 12           MR. GILBERT:  Excuse me, Your Honor, I'm sorry to

12:05PM 13   interrupt.  The transcript reflects that he says "good enough."

12:05PM 14   He did not say "good enough."  He said "good."

12:05PM 15           THE COURT:  I'm sorry?

12:05PM 16           MR. GILBERT:  The transcript reflects that he says,

12:05PM 17   "good enough."  He did not say "good enough."  He just said

12:05PM 18   "good."

12:05PM 19           THE COURT:  I'll check this with --

12:05PM 20           THE WITNESS:  I can't remember what I -- I said "good,"

12:05PM 21   I thought.

12:05PM 22           THE COURT:  The court reporter is going to be my guide,

12:05PM 23   sir, I'm afraid.

12:05PM 24           THE COURT REPORTER:  And I'll check it.  I'll check it.

12:05PM 25           THE COURT:  All right.  You can check it.

12:05PM 1          MR. GILBERT:  Thank you, Your Honor.  Sorry, Mark.

12:05PM 2          (REPORTER'S NOTE:  Upon double checking the audio of the

12:04PM 3     proceedings, the correct above-mentioned response was, "But, yes,

12:04PM 4     to answer your question, the algorithm data is good.")

12:05PM 5                              EXAMINATION

12:05PM 6     BY MR. RAFFMAN:

12:05PM 7     Q.   Dr. Mitchell, your Ph.D. program did not include any courses

12:06PM 8     in the use of interpretation of Doppler radar, did it?

12:06PM 9     A.   No, my Ph.D. program was mathematical, understanding the

12:06PM 10    equations that are used to study fluid dynamics and weather

12:06PM 11    phenomena.

12:06PM 12    Q.   And in your capacity as a member of the American

12:06PM 13    Meteorological Society, you haven't taken any courses in the

12:06PM 14    interpretation and use of Doppler radar; am I right?

12:06PM 15    A.   No courses, no, sir.

12:06PM 16    Q.   And, in fact, you haven't taken any courses or training in

12:06PM 17    Doppler radar since receiving your Ph.D. in 1976; isn't that

12:06PM 18    right?

12:06PM 19    A.   Well, that is a correct answer; but, if I'm allowed to

12:06PM 20    elaborate, I mean, I'm a member of the American Meteorological

12:06PM 21    Society.  I read every journal on the updates of radar.

12:06PM 22          I'm not a radar technician, which most schools are for

12:06PM 23    technicians to operate the radar, but I understand Doppler radar

12:06PM 24    and the processes completely.

12:06PM 25    Q.   You don't have any certifications in the use or

12:07PM  1    interpretation of Doppler radar, right?

12:07PM  2    A.   No certification.

12:07PM  3    Q.   Apart from teaching undergraduates while you were pursuing

12:07PM  4    your graduate studies at Purdue 30-plus years ago, you've never

12:07PM  5    done any teaching; am I right?

12:07PM  6    A.   No, sir.

12:07PM  7    Q.   I'm sorry, the record is not going to be clear because I

12:07PM  8    asked, "Am I right," and you said, "No, sir."

12:07PM  9             THE COURT:  My understanding is he's done no teaching --

12:07PM 10             MR. RAFFMAN:  Thank you, Judge.

12:07PM 11             THE COURT:  -- since his graduate study days.

12:07PM 12             MR. RAFFMAN:  Thank you, Judge.

12:07PM 13             THE COURT:  I assume that's correct.

12:07PM 14             THE WITNESS:  That's correct.

12:07PM 15                            EXAMINATION

12:07PM 16    BY MR. RAFFMAN:

12:07PM 17    Q.   Then necessarily for the last 34 years you've never taught

12:07PM 18    any courses in the use and interpretation of Doppler radar?

12:07PM 19    A.   No, sir.

12:07PM 20    Q.   Apart from your Ph.D. thesis written 34 years ago in 1976,

12:07PM 21    you've never given any kind of presentation concerning forensic

12:08PM 22    meteorology apart from maybe what you've done in court, correct?

12:08PM 23    A.   No.

12:08PM 24    Q.   Another bad question, but I think the judge understands.

12:08PM 25             Apart from your Ph.D. thesis in 1976, you've never

12:08PM 1  written any papers concerning forensic meteorology?

12:08PM 2  A.   Not forensic meteorology, no, sir.

12:08PM 3  Q.   So necessarily, at least since 1976 you've never written any

12:08PM 4  paper for publication, peer-reviewed or otherwise, concerning the

12:08PM 5  use and interpretation of Doppler radar?

12:08PM 6  A.   That is correct.

12:08PM 7  Q.   And at least as of the time you issued your report in this

12:08PM 8  case, you had no familiarity with the GR2Analyst commercial

12:08PM 9  program, right?

12:08PM 10  A.   That's not correct.

12:08PM 11  Q.   Let me have deposition 95, lines 22 to 24.

12:09PM 12           You remember you gave a deposition, right?

12:09PM 13  A.   I gave a deposition.

12:09PM 14  Q.   And when I asked you the question, "Are you familiar with

12:09PM 15  the GR2Analyst program," you told me at the deposition, "No, I'm

12:09PM 16  not a radar technician.  I'm not sure what that is."

12:09PM 17  A.   I see.  I didn't remember that.  What I was familiar with

12:09PM 18  are there are several algorithms and commercial products

12:09PM 19  available for interpreting radar.  When you gave me that acronym,

12:09PM 20  I didn't recognize it.

12:09PM 21  Q.   Dr. Mitchell, you've never used Doppler radar to warn the

12:09PM 22  public about severe storms because that's something that the

12:09PM 23  National Weather Service does, right?

12:09PM 24  A.   That's what forecasters do.  I am not a forecasters.

12:09PM 25  Q.   And you've never worked for the National Weather Service?

12:09PM  1   A.    Correct.

12:09PM  2   Q.    You've never taught people how to issue severe storm

12:09PM  3   warnings?

12:09PM  4   A.    No, sir.

12:09PM  5   Q.    You've never had a role in developing any of the National

12:09PM  6   Weather Service Doppler radar products and algorithms?

12:09PM  7   A.    That's correct.

12:09PM  8   Q.    And when it comes to people you would rely on as being

12:10PM  9   experts in Doppler radar and detection of severe storms, the

12:10PM 10   people that developed the mesoscale and the tornado vortex

12:10PM 11   algorithms would be qualified?

12:10PM 12   A.    And I talk to them -- they would be qualified.  And when I

12:10PM 13   talk to the people at the National Climatic Data Center that

12:10PM 14   archives and ensures the quality of these products, I talk to

12:10PM 15   radar experts, I talk to algorithm experts during the process of

12:10PM 16   my 30 years of forensic work, yes, sir.

12:10PM 17   Q.    Thank you.

12:10PM 18         The National Weather Service website at NOAA.gov is a

12:10PM 19   good place to go to learn about Doppler radar, right?

12:11PM 20   A.    Not necessarily.  I mean, if you want a simplistic approach,

12:11PM 21   there is some introductory papers.  But, again, Counselor, I'm a

12:11PM 22   member of the American Meteorological Society.  I read the

12:11PM 23   technical journals.  Every journal each month has new articles on

12:11PM 24   ways to interpret, analyze, implement Doppler radar in various

12:11PM 25   scenarios and case studies.  So I'm well abreast of the use of

12:11PM  1    Doppler radar.

12:11PM  2    Q.    All right.  I asked you about the NOAA.gov website, and I

12:11PM  3    guess, given your answer, I'm going to ask that we call up page

12:11PM  4    202, lines 6 to 23 of your deposition.

12:11PM  5           I asked you, "Is there a learned treatise that I can go

12:11PM  6    to that will educate me in the interpretation of NEXRAD radar

12:11PM  7    data," and you gave an answer which the Court can read, and I

12:11PM  8    want to focus on the last sentence of your answer, where you

12:11PM  9    said, "NOAA.gov, you can -- that's probably the best way to start

12:12PM 10    and do a search on Doppler radar, and you'll find more than you

12:12PM 11    ever wanted to read."  So that was your deposition testimony,

12:12PM 12    right?

12:12PM 13    A.    And you have to look at your question there, Counselor.  You

12:12PM 14    said, Is there a learned treatise that I can go to that will

12:12PM 15    educate me?  My focus on was on you, Counselor, that you could go

12:12PM 16    to and understand some information about Doppler radar at a

12:12PM 17    governmental site.

12:12PM 18           Now, I have all the journals in the world on Doppler

12:12PM 19    radar from the American Meteorological Society, and I'll send

12:12PM 20    them all to you.

12:12PM 21    Q.    I don't think my client is going to want to pay me to read

12:12PM 22    them all, so I'll pass on that offer, Dr. Mitchell's.

12:12PM 23           THE COURT:  I'm sure if I were you, my hourly rate,

12:12PM 24    whatever it would be, would be upped to have to read them.  But

12:12PM 25    go ahead.

12:12PM 1        MR. RAFFMAN:  I think that's a compliment, Judge, thank

12:12PM 2    you.

12:12PM 3                         EXAMINATION

12:12PM 4    BY MR. RAFFMAN:

12:12PM 5    Q.   Dr. Mitchell, what you do professionally mainly concerns

12:13PM 6    assisting lawyers in litigation; isn't that right?

12:13PM 7    A.   No, not necessarily.  When I first started my company in

12:13PM 8    '92, I was working on air modeling and dispersion modeling for

12:13PM 9    permit analysis.  I've done climate studies not related to

12:13PM 10   litigation.  I've worked for several engineering companies that

12:13PM 11   wanted to know the occurrence of tornadoes or high-wind events

12:13PM 12   where they were planning to put warehouses.  These are

12:13PM 13   nonrelated.

12:13PM 14        But probably 80 percent now of my business -- I don't

12:13PM 15   know what I said in my deposition; maybe it's higher now -- 80,

12:13PM 16   85 percent is litigation work.

12:13PM 17   Q.   Thank you.

12:13PM 18        MR. RAFFMAN:  Judge, just so the Court is aware of my

12:13PM 19   plans and intentions for the cross-examination of this witness, I

12:13PM 20   probably have about another hour.

12:14PM 21        THE COURT:  Oh, sure, we're going to take a recess.  I

12:14PM 22   lost track of the time.  Thank you for alerting me.

12:14PM 23        I'm sure all of you are ready for a wonderful

12:14PM 24   New Orleans lunch, so we will have a recess until 1:15 or

12:14PM 25   thereabouts.

12:14PM  1           MR. RAFFMAN:  Thank you, Your Honor.

12:14PM  2           MR. GILBERT:  Thank you, sir.

12:14PM  3           MR. RAFFMAN:  Judge, if we could instruct the witness

12:14PM  4  not to confer while on cross-examination, if that's necessary.

12:14PM  5           THE COURT:  I will so instruct; but, as long as

12:14PM  6  everybody agrees and we're not going to have a debate, that's

12:14PM  7  fine.

12:14PM  8               Sir, please don't discuss your testimony.

12:14PM  9           THE WITNESS:  With anyone?

12:14PM 10           THE COURT:  Yes.

12:16PM 11           (WHEREUPON, at this point in the proceedings, the Court

        12  was in luncheon recess.)

        13                         *   *   *

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1                      REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Registered Professional Reporter, Certified Court

5    Reporter of the State of Louisiana, Official Court Reporter for

6    the United States District Court, Eastern District of Louisiana,

7    do hereby certify that the foregoing is a true and correct

8    transcript, to the best of my ability and understanding, from the

9    record of the proceedings in the above-entitled and numbered

10   matter.

11

12

13                           *s/Cathy Pepper*_____

14                           Cathy Pepper, CRR, RMR, CCR

15                           Official Court Reporter

16                           United States District Court

17

18

19

20

21

22

23

24

25

**'**

**'92** [1] - 1022:8

**0**

**05-4182** [1] - 913:6
**05-5724** [1] - 913:10
**06-7516** [1] - 913:14

**1**

**1** [5] - 933:3, 934:10,
   952:5, 998:20
**1,300** [4] - 966:9,
   966:12, 979:6, 979:7
**10** [1] - 997:4
**10,000** [1] - 979:5
**100** [2] - 914:17, 936:6
**1000** [1] - 916:14
**1001** [2] - 916:8,
   916:15
**10279** [1] - 914:10
**104** [1] - 998:22
**10:00** [5] - 929:13,
   929:20, 929:24,
   938:20, 998:15
**110** [2] - 936:14,
   936:17
**1100** [1] - 914:24
**115** [1] - 934:13
**115-mile-an-hour** [1] -
   933:6
**1150** [1] - 914:20
**120** [4] - 936:6,
   936:11, 936:14,
   998:23
**12950** [1] - 915:12
**130** [1] - 936:17
**136** [1] - 979:25
**15** [1] - 1000:23
**18** [2] - 929:21, 931:2
**19** [2] - 929:21, 931:10
**1972** [1] - 920:2
**1974** [1] - 920:3
**1976** [5] - 920:4,
   1017:17, 1018:20,
   1018:25, 1019:3
**1:15** [1] - 1022:24

**2**

**2** [21] - 913:7, 952:3,
   952:6, 952:9,
   952:11, 985:9,
   985:15, 990:2,
   990:3, 990:4, 993:6,

**996:9, 999:9,**
   999:10, 999:14,
   1004:11, 1005:22,
   1005:25, 1006:4,
   1006:12, 1009:2
**20,000** [1] - 979:6
**20001** [1] - 915:6
**20036** [1] - 914:21
**2005** [2] - 931:10,
   938:19
**2007** [1] - 931:10
**2010** [2] - 913:8, 917:2
**20170** [1] - 915:12
**202** [1] - 1021:4
**2030** [2] - 913:24,
   914:4
**22** [1] - 1019:11
**223** [1] - 914:10
**23** [1] - 1021:4
**2300** [1] - 914:24
**24** [1] - 1019:11
**2715** [1] - 915:9
**27th** [4] - 929:13,
   929:19, 930:9,
   998:16
**28** [2] - 913:8, 917:2
**29** [1] - 938:19
**29th** [3] - 947:19,
   947:20, 998:17
**2:00** [1] - 938:19
**2:15** [3] - 941:11,
   942:14, 977:18
**2:50** [1] - 957:3
**2:53** [4] - 944:17,
   944:18, 947:17,
   951:13

**3**

**3** [14] - 930:23, 933:5,
   933:7, 934:13,
   939:7, 939:8, 952:2,
   952:10, 952:16,
   975:16, 980:12,
   980:13, 994:8,
   1015:7
**3,280** [1] - 945:9
**30** [1] - 1020:16
**30-plus** [1] - 1018:4
**312** [1] - 918:25
**3316** [1] - 914:16
**33RD** [1] - 914:7
**34** [2] - 1018:17,
   1018:20
**360** [2] - 938:2, 938:11
**3:00** [1] - 999:8
**3:04** [5] - 942:14,
   951:5, 953:13,
   954:12

**3:15** [1] - 957:21
**3:31** [5] - 986:16,
   987:13, 993:6,
   996:10, 1001:18
**3:42** [6] - 961:11,
   964:7, 964:8, 966:8,
   967:9, 977:6
**3:43** [1] - 969:19
**3:47** [5] - 967:8, 969:2,
   969:20, 969:22,
   971:12
**3:53** [4] - 971:6, 971:8,
   971:13, 974:18

**4**

**4** [1] - 938:4
**41** [1] - 918:25
**42** [1] - 919:1
**426** [2] - 923:1,
   1000:16
**426(a** [1] - 1000:16
**43** [1] - 1006:18
**434** [3] - 916:14,
   1000:25, 1014:18
**435** [1] - 1001:6
**436** [1] - 1001:7
**44** [1] - 914:7
**4:05** [1] - 974:20

**5**

**5** [4] - 913:18, 929:24,
   930:21, 930:22
**50-decibel** [1] -
   971:22
**500** [1] - 915:15
**504** [1] - 915:16
**52** [1] - 997:12
**589-7779** [1] - 915:16
**5:00** [1] - 999:8
**5:43** [1] - 977:9
**5TH** [1] - 914:10

**6**

**6** [1] - 1021:4
**60,000** [1] - 939:23
**650** [1] - 915:9
**6:30** [4] - 945:16,
   974:22, 977:16,
   980:6

**7**

**70** [4] - 985:25, 986:1,
   1010:5, 1010:7

**700** [1] - 966:10
**70002** [1] - 914:17
**70113** [1] - 914:14
**70130** [4] - 913:25,
   914:4, 915:9, 915:16
**70163** [1] - 914:14
**7:49** [1] - 982:12

**8**

**8** [2] - 960:7, 999:11
**8,000** [2] - 966:11,
   966:12
**80** [8] - 933:4, 934:10,
   934:11, 996:14,
   997:13, 998:20,
   1022:14, 1022:15
**821** [1] - 914:13
**85** [1] - 1022:16
**86** [1] - 997:23
**8:54** [2] - 983:21,
   983:22

**9**

**9** [5] - 944:19, 997:3,
   998:1, 999:12,
   999:14
**900** [1] - 914:20
**90071** [1] - 914:7
**901** [1] - 915:6
**919** [2] - 916:5, 916:6
**92** [4] - 933:4, 934:10,
   934:11, 998:21
**923** [1] - 916:7
**95** [1] - 1019:11
**9:00** [1] - 913:8

**A**

**a.m** [17] - 941:11,
   942:14, 944:17,
   944:18, 947:17,
   951:5, 953:13,
   964:7, 971:6, 977:6,
   977:9, 986:16,
   987:13, 993:6,
   996:10, 999:8,
   1001:18
**A.M** [1] - 913:8
**A4** [6] - 964:16,
   965:23, 966:3,
   969:8, 969:9, 977:5
**A4's** [1] - 965:14
**A8** [5] - 960:6, 960:8,
   960:10, 960:15,
   960:17
**ability** [1] - 1024:8

**ABIR** [1] - 914:6
**able** [4] - 937:8, 961:3,
   971:5, 1010:12
**above-entitled** [1] -
   1024:9
**above-mentioned** [1]
   - 1017:3
**abreast** [1] - 1020:25
**absolutely** [4] - 923:5,
   962:22, 974:9,
   995:16
**accept** [1] - 923:18
**accepted** [1] - 923:21
**according** [2] -
   998:14, 1014:12
**account** [1] - 997:10
**accounts** [1] - 927:21
**accurate** [1] - 922:7
**accurately** [1] -
   1013:1
**acoustics** [1] - 937:7
**acronym** [1] - 1019:19
**acting** [3] - 957:14,
   996:19, 999:7
**ACTION** [1] - 913:6
**actively** [1] - 950:15
**activity** [5] - 953:5,
   978:5, 981:12,
   982:25, 984:12
**actual** [5] - 930:2,
   931:14, 948:14,
   961:1, 995:20
**ADAM** [1] - 915:4
**addition** [2] - 952:17,
   998:22
**additional** [1] - 968:13
**adjust** [3] - 932:19,
   932:20
**Administration** [1] -
   926:17
**administrative** [1] -
   1000:22
**admissibility** [1] -
   923:16
**ADMITTED** [1] -
   916:14
**admitted** [2] -
   1000:25, 1001:9
**ADMITTED...............
   ..** [1] - 916:15
**admonish** [1] -
   1005:10
**admonition** [1] -
   917:16
**advisories** [3] -
   929:11, 929:22,
   931:2
**Advisory** [1] - 929:21
**advisory** [3] - 929:22,
   929:23, 998:15

**aerial** [1] - 928:19
**affect** [4] - 973:14, 977:3, 983:11, 983:12
**affected** [1] - 958:8
**affecting** [2] - 944:6, 989:2
**affects** [1] - 974:18
**afraid** [1] - 1016:23
**Agency** [1] - 921:5
**ago** [4] - 1003:11, 1010:2, 1018:4, 1018:20
**agree** [1] - 1009:13
**agreeable** [1] - 1007:9
**agreement** [2] - 933:1, 936:5
**agrees** [1] - 1023:6
**ahead** [8] - 922:4, 925:18, 931:17, 946:24, 947:7, 964:2, 974:7, 1021:25
**air** [4] - 920:20, 979:2, 1022:8
**Alabama** [3] - 921:12, 929:18, 930:5
**ALDOCK** [1] - 915:3
**alerting** [1] - 1022:22
**ALFORD** [2] - 913:15, 913:15
**algorithm** [24] - 939:16, 940:4, 940:7, 942:23, 948:18, 950:7, 960:12, 960:19, 960:21, 960:25, 983:9, 992:21, 1004:11, 1015:11, 1015:15, 1015:18, 1015:20, 1015:22, 1015:23, 1015:25, 1016:5, 1016:8, 1017:4, 1020:15
**algorithms** [12] - 937:19, 949:8, 949:16, 950:11, 985:11, 1006:2, 1009:20, 1015:8, 1015:21, 1019:18, 1020:6, 1020:11
**ALIAS** [1] - 992:11
**alias** [10] - 992:12, 992:16, 993:23, 1004:7, 1004:11, 1005:19, 1006:1, 1006:5, 1006:14
**aliased** [5] - 990:10, 992:20, 993:10, 1004:6, 1004:13

**aliasing** [1] - 992:11
**alignment** [1] - 982:18
**aligns** [1] - 982:21
**allow** [2] - 1006:10, 1006:11
**allowed** [1] - 1017:19
**allowing** [1] - 929:5
**almost** [2] - 954:16, 999:12
**alter** [1] - 946:6
**alteration** [1] - 991:10
**altered** [2] - 967:5, 985:8
**America** [1] - 1001:17
**AMERICA** [1] - 915:11
**American** [4] - 1017:12, 1017:20, 1020:22, 1021:19
**amount** [1] - 1004:4
**analyses** [1] - 931:11
**analysis** [15] - 921:16, 926:14, 931:8, 931:9, 933:22, 936:9, 950:17, 959:25, 986:20, 990:8, 991:3, 992:10, 998:18, 1015:22, 1022:9
**analyze** [2] - 927:6, 1020:24
**AND** [3] - 913:11, 913:15, 916:15
**ANGELES** [1] - 914:7
**angle** [2] - 938:3, 967:12
**angles** [2] - 938:3, 938:11
**angular** [4] - 941:1, 941:2, 979:3, 983:4
**anomalous** [2] - 962:10, 962:11
**answer** [14] - 1002:7, 1004:20, 1005:4, 1005:6, 1006:6, 1011:21, 1016:4, 1016:8, 1017:4, 1017:19, 1021:3, 1021:7, 1021:8
**answered** [3] - 1005:5, 1005:18, 1006:14
**anti** [4] - 992:16, 1004:7, 1004:11, 1006:5
**anti-alias** [4] - 992:16, 1004:7, 1004:11, 1006:5
**antialiasing** [1] - 1006:10
**anticipating** [1] -

959:8
**anticyclone** [1] - 992:25
**anytime** [1] - 1015:18
**apart** [4] - 1018:3, 1018:20, 1018:22, 1018:25
**apologize** [3] - 924:13, 924:14, 965:11
**Appeals** [2] - 932:15, 947:6
**APPEARANCES** [3] - 913:22, 914:1, 915:1
**Applied** [1] - 935:11
**applied** [3] - 1004:14, 1006:5, 1010:13
**applies** [4] - 992:21, 1010:10, 1010:13, 1010:23
**apply** [4] - 1004:7, 1006:9, 1010:10, 1010:25
**applying** [2] - 1006:1, 1009:24
**appreciate** [3] - 1000:13, 1005:15, 1008:12
**appreciates** [1] - 925:11
**approach** [9] - 921:24, 926:7, 929:11, 945:14, 946:4, 1000:6, 1007:22, 1011:12, 1020:20
**approaches** [3] - 929:7, 954:25, 997:1
**approaching** [1] - 931:3
**appropriate** [1] - 1011:9
**approval** [1] - 946:14
**approximate** [3] - 931:23, 952:24, 959:13
**arbitrarily** [1] - 1004:7
**architecture** [1] - 923:12
**archival** [1] - 967:4
**archive** [1] - 926:24
**archived** [5] - 921:6, 946:7, 950:17, 950:23, 950:24
**archives** [1] - 1020:14
**area** [24] - 923:12, 929:18, 931:16, 931:22, 931:23, 937:24, 945:10, 946:22, 951:11, 951:12, 957:5,

957:22, 958:3, 962:2, 963:7, 964:2, 980:11, 984:17, 1004:2, 1004:3, 1004:4
**areas** [12] - 934:13, 943:8, 963:11, 969:24, 970:19, 977:23, 977:24, 978:3, 993:10, 994:13, 995:9
**arrived** [2] - 917:22, 918:10
**arrow** [4] - 988:12, 991:13, 991:23, 1010:1
**arrows** [1] - 991:25
**articles** [1] - 1020:23
**articulate** [1] - 924:12
**artillery** [1] - 932:19
**AS** [2] - 913:11, 913:14
**assisting** [1] - 1022:6
**associated** [12] - 926:2, 935:20, 940:16, 940:23, 947:11, 955:21, 961:9, 969:4, 984:16, 995:7, 1011:7, 1011:8
**Associates** [2] - 920:16, 935:12
**assume** [2] - 989:1, 1018:13
**assuming** [1] - 1014:1
**AT** [1] - 914:16
**atmosphere** [2] - 920:22, 979:2
**Atmospheric** [1] - 926:17
**atmospheric** [3] - 920:4, 920:21, 994:5
**attached** [1] - 918:24
**attempt** [2] - 933:11, 964:11
**attention** [1] - 961:23
**ATTORNEY** [1] - 914:16
**audio** [1] - 1017:2
**August** [7] - 929:13, 929:19, 930:9, 938:19, 947:19, 947:20, 998:16
**automatic** [1] - 939:16
**available** [7] - 926:13, 933:24, 938:23, 959:25, 963:1, 995:15, 1019:19
**AVENUE** [4] - 913:24, 914:4, 914:20, 915:6

**Avenue** [2] - 928:17, 928:18
**aware** [2] - 1005:24, 1022:18

**B**

**B4** [1] - 983:8
**B406** [1] - 915:15
**B6** [1] - 983:7
**B9** [1] - 983:8
**background** [5] - 919:25, 920:5, 989:17, 1015:4, 1015:12
**bad** [2] - 1006:9, 1018:24
**band** [17] - 941:21, 943:5, 947:15, 953:13, 965:21, 967:11, 970:18, 972:24, 974:23, 981:6, 981:16, 982:14, 982:15, 982:25, 983:9, 984:5, 1012:25
**bands** [30] - 929:5, 944:13, 945:10, 945:14, 945:25, 953:2, 953:6, 953:7, 953:12, 954:19, 958:7, 961:15, 967:11, 970:18, 971:2, 975:6, 977:18, 977:19, 977:20, 978:21, 980:14, 980:15, 981:7, 982:17, 984:22, 987:13, 997:2, 999:1, 1007:24
**BARGE** [1] - 913:9
**barge** [15] - 918:5, 923:13, 927:23, 936:7, 959:6, 970:14, 978:13, 984:19, 987:5, 987:6, 987:8, 996:19, 998:1, 998:21, 999:7
**BARONNE** [1] - 914:13
**Base** [1] - 996:9
**base** [5] - 938:9, 939:2, 966:8, 979:6, 985:15
**based** [1] - 934:1
**basic** [1] - 1009:2
**basis** [1] - 1011:12

**batch** [1] - 946:9
**batten** [1] - 944:22
**Bay** [1] - 980:13
**Baylor** [1] - 920:2
**beam** [9] - 937:5, 937:6, 937:9, 937:14, 939:19, 939:23, 939:24, 948:19, 959:1
**becomes** [3] - 1005:8, 1005:14, 1006:22
**BEFORE** [1] - 913:19
**beginning** [1] - 952:4
**below** [4] - 931:15, 936:7, 955:7, 956:4
**benefit** [1] - 928:2
**BENOIT** [1] - 913:14
**best** [4] - 924:21, 947:2, 1021:9, 1024:8
**BEST** [2] - 913:23, 913:24
**better** [7] - 931:24, 932:22, 933:15, 964:13, 1002:2, 1004:9, 1004:19
**between** [6] - 928:17, 936:13, 936:17, 956:15, 984:1, 993:7
**big** [1] - 964:15
**binary** [1] - 952:5
**bit** [11] - 918:11, 920:14, 932:1, 932:17, 933:15, 946:22, 964:12, 987:11, 988:11, 1002:2
**black** [2] - 993:15, 1015:12
**blob** [6] - 953:5, 964:15, 968:8, 969:19, 970:2, 988:9
**blobs** [1] - 971:16
**blow** [11] - 931:25, 932:1, 932:17, 940:12, 951:10, 952:20, 956:17, 956:24, 967:25, 968:1, 969:7
**blowing** [6] - 965:4, 965:12, 1002:21, 1002:23, 1012:7, 1014:14
**blue** [3] - 962:3, 983:25, 984:4
**blues** [2] - 981:2
**Bob** [21] - 925:22, 932:1, 932:18, 936:24, 938:17, 940:12, 946:23,

949:3, 950:2, 952:20, 954:9, 957:20, 967:7, 968:23, 976:2, 976:5, 981:15, 982:11, 985:4, 996:14, 997:24
**bob** [1] - 993:4
**body** [1] - 957:21
**border** [1] - 973:1
**Borgne** [5] - 931:21, 932:6, 932:9, 981:21
**bother** [1] - 936:8
**bottom** [6] - 979:16, 989:14, 1002:24, 1007:6, 1007:11, 1010:17
**box** [2] - 940:13, 1006:25
**breach** [1] - 918:4
**BREACHES** [1] - 913:5
**breaches** [1] - 918:2
**break** [1] - 995:22
**BRIAN** [2] - 914:3, 914:3
**bridge** [2] - 928:17, 928:18
**brief** [1] - 1001:3
**briefly** [2] - 919:21, 936:1
**bright** [6] - 1009:14, 1011:13, 1011:16, 1012:8, 1012:22
**brightest** [2] - 1010:5, 1010:6
**BROADWAY** [1] - 914:10
**brunt** [1] - 934:13
**BS** [1] - 920:1
**build** [2] - 984:5, 984:6
**builds** [1] - 984:13
**buoy** [1] - 934:2
**Buras** [6] - 930:23, 945:15, 961:13, 977:14, 980:7, 980:10
**bursts** [2] - 935:19, 948:25
**business** [2] - 930:19, 1022:14
**button** [2] - 992:19, 994:1
**BY** [63] - 913:24, 914:3, 914:6, 914:9, 914:12, 914:19, 914:23, 915:3, 915:8, 915:11, 915:17, 915:18,

916:6, 916:7, 916:8, 919:16, 922:6, 923:23, 925:20, 926:21, 933:9, 933:20, 936:19, 940:11, 941:15, 942:7, 944:5, 948:12, 951:2, 953:21, 954:8, 957:8, 959:19, 961:6, 962:20, 963:25, 964:10, 966:23, 968:6, 968:22, 972:17, 974:14, 980:18, 988:15, 989:13, 991:19, 994:7, 994:20, 995:11, 996:1, 996:6, 997:15, 1000:3, 1001:15, 1005:17, 1007:3, 1008:16, 1010:20, 1012:1, 1014:7, 1017:6, 1018:16, 1022:4

**C**

**C.A** [2] - 913:10, 913:14
**CA** [1] - 914:7
**calculated** [2] - 937:20, 950:19
**calibrated** [2] - 932:11, 932:12
**CALLED** [1] - 917:4
**CANAL** [1] - 913:4
**Canal** [27] - 927:14, 928:16, 928:24, 933:11, 936:13, 943:10, 944:6, 952:23, 956:18, 958:6, 959:10, 963:9, 963:13, 967:16, 973:10, 973:14, 975:9, 975:12, 975:18, 977:3, 996:19, 998:1, 998:13, 1014:11, 1014:20, 1014:25
**canal** [56] - 928:20, 929:2, 929:3, 930:7, 931:14, 931:23, 939:10, 939:11, 941:8, 942:16, 943:19, 943:21, 946:23, 947:1, 948:1, 951:8, 954:16, 956:4,

957:2, 958:2, 958:8, 958:20, 959:6, 961:24, 964:3, 964:6, 965:3, 967:18, 967:19, 967:20, 967:22, 968:2, 969:3, 969:6, 970:21, 970:23, 970:24, 973:22, 974:25, 977:21, 978:18, 981:22, 982:1, 983:23, 984:19, 989:1, 989:2, 990:17, 990:20, 990:21, 990:24, 991:5, 996:23, 999:2
**cannot** [3] - 949:18, 955:25, 1009:25
**capacity** [1] - 1017:12
**capture** [8] - 947:4, 947:22, 953:16, 953:19, 959:17, 961:3, 963:17, 968:17
**captured** [6] - 948:8, 948:13, 966:7, 983:9, 1000:15, 1001:1
**capturing** [1] - 959:20
**cargo** [1] - 922:17
**case** [24] - 917:14, 917:18, 918:12, 919:23, 920:7, 921:20, 922:8, 923:4, 925:24, 926:3, 928:7, 928:17, 932:25, 934:6, 935:18, 936:5, 938:22, 938:25, 949:19, 998:19, 999:11, 1001:5, 1019:8, 1020:25
**cases** [11] - 920:23, 921:12, 921:13, 921:17, 922:12, 922:15, 922:16, 925:25, 927:2, 952:14, 999:11
**Category** [12] - 929:24, 930:21, 930:22, 933:3, 933:5, 933:7, 934:10, 934:13, 980:12, 980:13, 998:20
**Cathy** [2] - 1024:3, 1024:14
**CATHY** [1] - 915:15

**caused** [3] - 918:5, 920:24, 935:24
**CCR** [2] - 915:15, 1024:14
**CDT** [1] - 947:17
**cell** [27] - 939:9, 939:13, 939:14, 939:15, 940:1, 941:16, 949:9, 949:15, 950:1, 952:15, 956:13, 956:14, 958:16, 960:19, 961:1, 964:17, 966:12, 966:16, 966:17, 966:18, 969:11, 969:15, 974:16, 978:10, 1015:16
**cells** [15] - 941:23, 944:8, 960:20, 961:9, 961:17, 964:23, 965:1, 965:2, 965:23, 975:14, 978:17, 983:8, 1015:24, 1015:25, 1016:7
**center** [12] - 929:16, 929:24, 930:5, 931:14, 942:19, 977:15, 980:7, 981:1, 983:3, 988:11, 997:3, 998:14
**Center** [9] - 926:10, 926:22, 926:23, 927:1, 929:10, 930:25, 933:23, 946:8, 1020:13
**central** [1] - 998:15
**Central** [1] - 941:11
**CENTRE** [1] - 914:24
**certain** [9] - 946:9, 946:10, 955:9, 955:10, 985:11, 990:10, 1015:24, 1016:1
**certainly** [12] - 917:17, 917:22, 920:8, 921:3, 948:24, 956:11, 956:12, 956:15, 978:15, 983:15, 995:16, 1006:21
**certainty** [1] - 996:22
**CERTIFICATE** [1] - 1024:1
**certification** [1] - 1018:2
**certifications** [2] - 920:14, 1017:25

**Certified** [2] - 1024:3, 1024:4
**certify** [1] - 1024:7
**CHAFFE** [1] - 914:23
**chance** [1] - 947:22
**change** [7] - 929:23, 930:1, 930:8, 931:4, 946:7, 948:6, 993:15
**changed** [3] - 930:1, 930:2, 931:12
**chaos** [2] - 989:16, 989:19
**chaotic** [6] - 969:16, 969:18, 977:20, 983:15, 984:23, 991:3
**character** [1] - 1004:13
**charge** [1] - 925:22
**CHARLES** [2] - 913:24, 914:4
**check** [4] - 1016:19, 1016:24, 1016:25
**checking** [1] - 1017:2
**chose** [2] - 942:16, 942:17
**Christian** [6] - 930:6, 933:6, 934:12, 973:3, 980:13, 982:13
**CHUD** [1] - 915:4
**circle** [7] - 963:14, 963:16, 967:21, 968:3, 991:16, 1012:2
**circulation** [5] - 958:18, 958:19, 958:23, 959:5, 988:24
**CIVIL** [1] - 913:6
**Claiborne** [1] - 928:18
**CLAIMS** [2] - 913:11, 913:14
**claims** [1] - 998:1
**clear** [21] - 918:8, 932:7, 935:9, 943:7, 945:18, 966:24, 968:7, 971:6, 973:9, 975:7, 977:1, 978:8, 980:20, 981:2, 981:5, 982:10, 995:12, 996:7, 1000:4, 1018:7
**Clerk** [1] - 919:10
**CLERK** [6] - 917:7, 919:3, 919:11, 1000:19, 1000:25, 1001:10
**click** [2] - 994:1, 1011:6

**clicks** [1] - 992:19
**client** [1] - 1021:21
**climate** [1] - 1022:9
**Climatic** [5] - 926:22, 926:23, 927:1, 946:8, 1020:13
**close** [12] - 932:5, 933:16, 938:20, 954:16, 957:3, 957:5, 959:15, 959:16, 973:13, 977:15, 978:10, 981:18
**closely** [1] - 960:21
**closer** [2] - 942:19, 983:3
**cloud** [1] - 938:6
**cluster** [2] - 954:13, 983:6
**clutter** [1] - 984:8
**Coast** [1] - 929:7
**coastline** [1] - 974:18
**coffee** [1] - 979:14
**cold** [1] - 955:10
**collapsed** [1] - 955:20
**colleagues** [2] - 963:22, 1004:21
**color** [4] - 948:6, 970:3, 993:15, 1011:13, 1011:14
**colors** [2] - 944:24, 986:20
**combination** [1] - 938:8
**coming** [5] - 936:3, 944:21, 978:1, 979:17, 981:18
**commence** [1] - 918:20
**comment** [3] - 917:20, 1012:13, 1012:14
**Commerce** [1] - 921:4
**commercial** [3] - 985:10, 1019:8, 1019:18
**common** [2] - 955:18, 955:19
**companies** [1] - 1022:10
**company** [2] - 920:16, 1022:7
**comparing** [1] - 979:12
**complete** [1] - 948:19
**completely** [3] - 948:23, 1006:16, 1017:24
**completeness** [2] - 983:19, 985:1
**complex** [1] - 986:6

**complicated** [4] - 997:8, 997:20, 998:7, 1005:13
**compliment** [1] - 1022:1
**component** [7] - 1002:10, 1008:2, 1009:16, 1011:17, 1012:3, 1012:23, 1014:14
**components** [4] - 937:18, 999:6, 1009:15, 1012:11
**composite** [19] - 938:7, 940:5, 944:17, 949:7, 951:16, 953:22, 959:21, 962:21, 966:19, 971:18, 976:11, 982:3, 985:12, 985:14, 986:7, 989:21, 994:10, 994:12, 1015:7
**COMPUTER** [1] - 915:18
**computer** [1] - 992:19
**computers** [2] - 946:6, 946:8
**conceivable** [1] - 1005:5
**concern** [1] - 957:6
**concerning** [3] - 1018:21, 1019:1, 1019:4
**concerns** [1] - 1022:5
**conclusion** [2] - 917:22, 918:11
**conclusively** [2] - 962:22, 994:16
**condition** [2] - 949:14, 990:21
**conditions** [1] - 941:5
**cone** [11] - 929:14, 929:15, 929:17, 930:15, 931:3, 1000:5, 1000:7, 1000:9, 1000:10
**confer** [2] - 999:20, 1023:4
**conference** [1] - 924:11
**confined** [1] - 984:17
**confirm** [2] - 953:25, 976:13
**confirmation** [1] - 989:18
**confirmed** [3] - 995:2, 995:5, 995:7
**confuse** [1] - 948:4

**confused** [4] - 964:18, 973:19, 974:8, 994:25
**CONNECTICUT** [1] - 914:20
**conserve** [1] - 979:3
**conserved** [1] - 979:4
**considered** [2] - 945:2, 952:3
**consistent** [1] - 936:4
**CONSOLIDATED** [1] - 913:5
**consulted** [2] - 921:1, 921:21, 922:13
**contains** [2] - 922:12, 957:25
**continue** [1] - 1013:8
**CONTINUED** [2] - 914:1, 915:1
**contour** [1] - 936:14
**contours** [3] - 936:9, 936:10, 936:12
**convection** [13] - 920:11, 945:2, 945:17, 946:1, 948:21, 955:8, 957:22, 961:15, 964:16, 971:23, 981:5, 984:5
**convective** [9] - 953:5, 960:24, 967:13, 968:4, 968:7, 969:13, 970:20, 982:25, 984:12
**convenience** [1] - 918:23
**conversions** [1] - 934:11
**cool** [1] - 955:9
**cooling** [1] - 955:7
**copy** [9] - 922:1, 922:7, 924:5, 924:8, 924:18, 925:1, 925:2, 925:6, 925:10
**corner** [4] - 946:2, 962:3, 1009:2, 1010:9
**correct** [201] - 920:16, 921:2, 922:9, 922:10, 922:11, 923:25, 924:1, 924:4, 926:23, 927:8, 927:9, 927:11, 927:12, 927:14, 927:15, 928:18, 928:19, 930:13, 930:18, 934:17, 934:18, 936:15, 936:22, 936:23, 937:1,

938:15, 938:16, 938:21, 938:24, 941:16, 941:17, 943:10, 943:11, 943:14, 943:15, 944:9, 944:11, 945:20, 945:21, 945:23, 946:14, 946:15, 947:18, 949:25, 950:5, 950:6, 951:14, 951:18, 951:19, 951:21, 951:22, 951:25, 952:1, 952:18, 952:19, 953:25, 954:1, 954:6, 956:6, 956:7, 957:11, 957:12, 957:18, 957:19, 958:4, 958:5, 958:9, 959:23, 960:9, 961:21, 962:23, 962:24, 963:2, 963:3, 963:4, 963:5, 963:6, 963:10, 965:5, 965:6, 967:1, 967:2, 967:3, 967:17, 968:9, 968:10, 968:12, 969:9, 969:10, 969:15, 969:20, 969:21, 969:22, 969:23, 969:25, 970:4, 970:7, 970:8, 971:7, 971:10, 971:13, 971:20, 973:11, 973:12, 973:15, 973:19, 973:20, 973:25, 975:9, 975:10, 975:12, 975:13, 975:19, 975:20, 976:8, 976:11, 976:12, 976:14, 977:3, 977:6, 978:5, 978:6, 978:24, 978:25, 979:18, 980:21, 980:22, 981:10, 981:11, 981:13, 981:14, 982:5, 982:6, 983:13, 985:2, 985:3, 985:6, 985:8, 986:15, 986:16, 987:9, 987:10, 987:20, 988:16, 990:2, 990:5, 990:19, 990:21, 991:9, 991:12, 991:21, 991:22, 991:24, 992:9,

994:10, 994:11, 994:14, 994:15, 994:17, 994:21, 996:16, 996:19, 996:20, 999:9, 999:15, 999:16, 999:18, 999:19, 1000:8, 1002:12, 1002:15, 1002:22, 1003:1, 1003:4, 1003:12, 1003:17, 1003:18, 1005:22, 1005:23, 1007:13, 1008:4, 1008:5, 1009:12, 1011:2, 1011:15, 1011:19, 1011:23, 1013:9, 1014:22, 1014:23, 1015:2, 1017:3, 1017:19, 1018:13, 1018:14, 1018:22, 1019:6, 1019:10, 1020:1, 1020:7, 1024:7

**correction** [1] - 1008:12

**correctly** [1] - 1004:5

**correspond** [2] - 969:8, 976:7

**corresponds** [1] - 1003:21

**counsel** [9] - 923:8, 923:11, 925:9, 974:6, 994:25, 999:21, 999:23, 1004:22, 1014:1

**Counsel** [7] - 923:17, 947:24, 954:3, 959:7, 995:13, 1006:20, 1013:7

**Counselor** [12] - 937:1, 971:21, 1003:1, 1003:17, 1004:6, 1009:1, 1009:17, 1010:8, 1012:13, 1020:21, 1021:13, 1021:15

**counter** [1] - 1013:5

**counterclockwise** [13] - 940:22, 956:14, 959:5, 971:2, 973:17, 978:14, 988:16, 988:20, 988:21, 997:2, 1001:21, 1002:4, 1003:25

**couple** [6] - 928:1, 958:1, 969:24, 974:21, 990:15, 990:22

**course** [14] - 917:15, 920:23, 929:9, 929:16, 931:10, 933:4, 935:21, 937:4, 950:10, 952:9, 961:24, 964:23, 986:24, 997:1

**courses** [5] - 1017:7, 1017:13, 1017:15, 1017:16, 1018:18

**court** [6] - 917:7, 920:19, 1001:7, 1016:22, 1018:22

**COURT** [152] - 913:1, 915:15, 917:4, 917:9, 917:11, 917:14, 918:16, 919:2, 921:25, 922:4, 922:24, 923:4, 923:8, 923:17, 923:21, 924:5, 924:8, 924:11, 924:15, 924:19, 924:21, 925:1, 925:4, 925:8, 925:11, 925:18, 926:19, 928:22, 931:17, 931:20, 932:3, 932:5, 932:7, 932:11, 932:15, 932:19, 933:13, 936:12, 936:16, 939:12, 939:20, 940:5, 941:9, 941:13, 942:1, 942:5, 943:16, 943:22, 943:24, 944:3, 947:2, 947:17, 947:19, 947:24, 948:2, 948:6, 948:10, 950:10, 950:25, 953:17, 954:3, 956:20, 956:23, 958:22, 959:3, 959:7, 959:10, 959:13, 959:15, 959:17, 960:5, 960:10, 961:2, 961:4, 962:2, 962:5, 962:10, 962:18, 963:14, 963:17, 963:21, 964:7, 964:20, 965:7, 965:12, 965:18, 966:1, 966:13, 966:21, 967:14, 967:21, 968:3, 968:19, 972:4, 972:10, 972:12,

972:15, 974:6, 974:11, 979:25, 980:3, 980:5, 987:16, 987:20, 988:1, 988:5, 988:9, 988:25, 989:6, 989:9, 991:16, 993:16, 994:18, 994:24, 995:8, 995:13, 995:16, 995:20, 996:3, 997:12, 999:22, 1000:13, 1000:17, 1000:20, 1001:12, 1004:22, 1005:2, 1005:4, 1005:8, 1005:12, 1006:20, 1008:8, 1008:11, 1008:14, 1010:15, 1010:18, 1011:21, 1013:7, 1013:15, 1014:1, 1016:15, 1016:19, 1016:22, 1016:24, 1016:25, 1018:9, 1018:11, 1018:13, 1021:23, 1022:21, 1023:5, 1023:10

**Court** [30] - 917:15, 919:19, 922:1, 923:21, 923:25, 924:3, 924:9, 924:18, 925:11, 928:2, 932:15, 947:5, 953:15, 954:5, 959:20, 965:7, 1000:22, 1003:24, 1004:22, 1007:4, 1007:5, 1021:7, 1022:18, 1023:11, 1024:4, 1024:5, 1024:6, 1024:15, 1024:16

**court's** [1] - 1001:10

**Court's** [2] - 918:23, 928:2

**courts** [1] - 920:20

**cover** [1] - 923:12

**covering** [1] - 963:11

**Cowboy** [1] - 955:20

**cream** [1] - 979:14

**create** [1] - 974:2

**created** [1] - 967:3

**creating** [1] - 999:3

**criteria** [4] - 948:22, 969:15, 969:16, 1015:25

**critical** [1] - 998:12

**critique** [1] - 990:8

**cross** [5] - 995:15,

1000:21, 1000:23, 1022:19, 1023:4

**cross-examination** [5] - 995:15, 1000:21, 1000:23, 1022:19, 1023:4

**crossing** [1] - 953:6

**CRR** [2] - 915:15, 1024:14

**culture** [1] - 928:25

**cup** [4] - 979:13, 979:14, 979:16

**curiosity** [3] - 960:6, 972:4

**curious** [3] - 917:19, 918:9, 960:5

**current** [1] - 946:16

**curve** [1] - 1002:21

**Cushing** [2] - 996:24, 997:25

**Cushing's** [4] - 996:12, 996:14, 997:13, 997:22

**cuts** [1] - 979:7

**CV** [3] - 918:24, 918:25, 919:20

**cyclone** [5] - 939:2, 940:21, 951:18, 992:25, 1013:11

**cyclones** [1] - 940:19

**cyclonic** [23] - 940:18, 942:25, 943:1, 943:2, 947:14, 965:1, 965:2, 965:25, 968:15, 969:4, 972:22, 975:24, 984:18, 987:1, 987:2, 987:15, 988:24, 989:6, 989:7, 989:8, 1002:3, 1012:8, 1015:17

### D

**damage** [6] - 920:24, 921:14, 935:23, 935:24, 949:19

**damaged** [1] - 921:13

**dangerous** [1] - 917:23

**DANIEL** [1] - 915:8

**dark** [2] - 933:5, 1012:23

**darker** [7] - 1011:20, 1012:2, 1012:3, 1012:9, 1012:10, 1012:23

**data** [120] - 921:6,

921:8, 926:1, 926:11, 926:12, 926:22, 926:24, 927:3, 927:4, 928:1, 933:24, 934:2, 934:3, 934:4, 936:25, 938:19, 938:23, 940:16, 941:22, 941:23, 943:6, 946:5, 946:6, 946:7, 946:12, 946:13, 946:16, 950:20, 952:2, 952:3, 952:5, 952:6, 952:12, 952:17, 953:22, 953:24, 959:24, 960:1, 962:15, 962:16, 963:5, 968:13, 973:8, 975:16, 984:2, 984:3, 984:9, 985:9, 985:11, 985:15, 986:17, 987:5, 990:2, 990:3, 990:4, 990:9, 990:10, 990:13, 992:11, 992:13, 992:16, 992:17, 992:20, 992:23, 993:5, 993:18, 993:21, 993:23, 994:4, 994:8, 994:22, 996:10, 997:7, 997:11, 997:19, 998:25, 999:13, 1001:25, 1002:9, 1002:13, 1004:4, 1004:9, 1004:10, 1004:11, 1005:19, 1005:22, 1005:25, 1006:4, 1006:8, 1006:11, 1006:12, 1006:15, 1009:2, 1009:17, 1012:13, 1013:22, 1013:25, 1014:13, 1014:24, 1015:7, 1016:6, 1016:7, 1016:8, 1017:4, 1021:7

**Data** [5] - 926:22, 926:23, 927:1, 946:8, 1020:13

**database** [2] - 946:5, 967:4

**date** [2] - 929:12, 931:9

**David** [2] - 918:21, 919:13

**DAVID** [3] - 916:5,

919:8, 919:13
**DAY** [1] - 913:18
**Daylight** [1] - 941:12
**daylight** [1] - 998:16
**days** [3] - 917:15,
998:16, 1018:11
**DC** [2] - 914:21, 915:6
**deal** [1] - 923:13
**dealiased** [2] -
1006:13, 1006:16
**dealiasing** [1] -
1005:22
**dealing** [1] - 978:20
**death** [2] - 920:25,
922:20
**debate** [1] - 1023:6
**December** [1] - 931:10
**decibel** [1] - 945:1
**decibels** [3] - 944:25,
972:5, 972:12
**decision** [3] - 917:17,
917:25, 960:22
**DEFENDANT** [1] -
914:23
**defendant** [1] - 927:2
**defendant's** [1] -
918:2
**Defendant's** [1] -
918:25
**defendants** [1] - 934:7
**defense** [3] - 921:19,
925:1, 925:17
**definition** [1] - 1000:9
**definitive** [1] - 968:9
**degree** [6] - 920:1,
920:3, 938:4,
984:13, 996:21
**degrees** [2] - 938:2,
938:4, 938:11
**demonstrate** [1] -
943:3
**demonstration** [1] -
954:5
**Department** [1] -
921:4
**depicting** [1] -
1014:24
**depicts** [1] - 1008:22
**deposition** [10] -
927:16, 927:19,
927:20, 1019:11,
1019:12, 1019:13,
1019:15, 1021:4,
1021:11, 1022:15
**depositions** [2] -
927:18, 927:22
**DEPUTY** [6] - 917:7,
919:3, 919:11,
1000:19, 1000:25,
1001:10

**DEREK** [1] - 914:23
**derived** [1] - 934:4
**describe** [1] - 937:2
**DESCRIPTION** [1] -
916:12
**designation** [1] -
928:12
**detail** [2] - 956:8,
956:22
**detailed** [4] - 936:9,
950:17, 954:15,
997:19
**detect** [1] - 956:2
**detection** [1] - 1020:9
**determine** [5] -
921:13, 960:4,
960:20, 972:2,
976:18
**determined** [3] -
953:23, 984:19,
998:19
**determining** [1] -
922:18
**develop** [6] - 920:10,
944:13, 947:12,
949:15, 953:9,
958:17
**developed** [3] -
928:10, 1015:20,
1020:10
**developing** [2] -
978:1, 1020:5
**development** [2] -
920:12, 945:3
**develops** [1] - 974:17
**device** [1] - 956:1
**diagram** [8] - 957:1,
966:4, 997:18,
997:21, 998:7,
1001:18, 1006:15,
1011:1
**difference** [1] -
1009:18
**different** [5] - 956:12,
960:20, 964:19,
992:14, 1008:3
**difficult** [1] - 963:23
**digital** [1] - 952:5
**DIRE** [2] - 916:6,
919:15
**dire** [1] - 923:16
**direct** [8] - 929:15,
929:19, 930:11,
930:17, 998:14,
1000:8, 1000:10,
1004:24
**DIRECT** [4] - 916:7,
916:8, 923:22,
1001:14
**direction** [42] - 926:1,

926:4, 934:2,
940:22, 943:5,
944:9, 944:10,
953:7, 955:13,
955:16, 958:13,
958:14, 964:18,
964:20, 964:21,
964:22, 964:25,
971:2, 973:14,
973:21, 982:21,
987:14, 988:1,
988:5, 989:2, 989:3,
991:1, 991:2,
996:18, 999:5,
1001:21, 1002:4,
1002:10, 1002:13,
1003:2, 1011:14,
1013:3, 1013:5,
1013:16, 1014:4,
1015:1
**directly** [3] - 946:5,
963:8, 990:16
**disagree** [1] - 1006:3
**discuss** [1] - 1023:8
**discussed** [2] -
921:19, 943:13
**discussing** [1] - 920:7
**discussion** [1] - 989:1
**disorganized** [3] -
945:13, 954:19,
974:23
**dispersed** [1] -
1004:13
**dispersion** [2] -
920:20, 1022:8
**display** [13] - 936:12,
945:7, 946:21,
952:8, 954:15,
958:17, 985:16,
985:17, 985:18,
985:21, 989:10,
996:4
**displays** [1] - 932:22,
942:17, 942:21,
944:11, 985:15,
992:1
**disregard** [1] - 962:12
**distinct** [4] - 956:13,
970:19, 982:12
**distinction** [1] -
1009:6
**District** [3] - 1024:6,
1024:16
**DISTRICT** [3] - 913:1,
913:2, 913:20
**district** [1] - 920:20
**disturbed** [4] - 941:6,
943:2, 945:10,
958:11
**Doctor** [5] - 946:20,

951:4, 983:21,
985:5, 996:12
**document** [4] -
922:10, 922:23,
934:6, 966:14
**document's** [1] -
996:8
**documentation** [1] -
926:16
**documents** [2] -
926:9, 966:25
**done** [22] - 920:22,
933:24, 934:3,
938:18, 946:10,
950:10, 952:11,
955:1, 961:4, 967:6,
968:19, 985:9,
987:3, 990:7,
991:11, 993:25,
996:24, 1009:20,
1018:5, 1018:9,
1018:22, 1022:9
**Dooley** [1] - 952:18
**Dooley's** [1] - 927:19
**Doppler** [23] - 928:6,
928:11, 937:5,
937:8, 937:11,
986:21, 999:2,
1017:8, 1017:14,
1017:17, 1017:23,
1018:1, 1018:18,
1019:5, 1019:21,
1020:6, 1020:9,
1020:19, 1020:24,
1021:1, 1021:10,
1021:16, 1021:18
**dot** [5] - 952:22,
967:21, 980:8,
987:8, 1015:12
**double** [2] - 920:1,
1017:2
**doubled** [1] - 983:7
**down** [23] - 942:19,
943:25, 944:1,
944:22, 945:12,
953:4, 955:11,
955:13, 955:15,
956:1, 962:6,
967:12, 977:14,
979:16, 979:18,
980:10, 981:18,
986:1, 999:23,
1000:20, 1002:23,
1010:6, 1014:21
**downdraft** [1] - 955:5
**downdrafts** [3] -
941:2, 954:21,
971:24
**download** [2] - 946:9,
966:16

**downloaded** [1] -
967:4
**dozens** [1] - 947:15
**DR** [2] - 916:5, 919:8
**dr** [1] - 919:13
**Dr** [66] - 917:12,
917:13, 918:21,
918:24, 919:17,
921:20, 921:22,
922:7, 923:6,
923:24, 925:21,
925:23, 927:19,
930:10, 933:10,
935:9, 940:13,
941:16, 942:13,
943:7, 944:16,
945:18, 948:13,
949:4, 952:18,
952:22, 980:19,
986:2, 986:14,
987:3, 991:21,
992:19, 995:6,
996:2, 996:12,
996:14, 997:13,
997:22, 997:25,
1001:2, 1001:6,
1001:16, 1001:22,
1004:19, 1005:21,
1005:24, 1006:18,
1007:4, 1008:6,
1008:10, 1008:19,
1009:13, 1010:4,
1011:18, 1012:12,
1014:8, 1014:9,
1014:15, 1014:22,
1015:6, 1016:5,
1016:11, 1017:7,
1019:21, 1021:22,
1022:5
**dramatically** [1] -
944:14
**draw** [8] - 988:10,
988:12, 1002:1,
1002:2, 1002:3,
1002:18, 1003:11,
1010:1
**drawing** [3] - 1003:13,
1003:15, 1003:23
**drawn** [1] - 1001:20
**draws** [1] - 991:13
**drew** [2] - 1002:4,
1003:14
**DRIVE** [2] - 914:16,
915:12
**drop** [2] - 955:9,
955:10
**drops** [2] - 955:13,
955:15
**Dropsondes** [1] -
933:25

**DRUKER** [1] - 914:9
**duly** [1] - 919:9
**duplicate** [1] - 931:7
**duration** [4] - 935:21,
939:18, 940:8,
1016:1
**during** [13] - 926:6,
927:24, 942:18,
949:21, 955:3,
960:14, 970:13,
991:5, 997:16,
999:3, 999:7,
1000:6, 1020:15
**DUVAL** [1] - 913:19
**DX312** [1] - 918:24
**dynamic** [1] - 969:16
**dynamics** [1] -
1017:10

## E

**E4** [2] - 969:11, 973:11
**early** [6] - 926:7,
929:19, 945:14,
945:17, 953:13,
999:3
**easily** [1] - 1012:7
**east** [11] - 945:19,
958:20, 964:24,
965:5, 969:6,
978:19, 981:22,
987:16, 988:25,
990:23, 999:6
**Eastern** [1] - 1024:6
**EASTERN** [1] - 913:2
**easy** [2] - 926:19,
1007:25
**educate** [2] - 1021:6,
1021:15
**educational** [2] -
919:25, 920:5
**effect** [5] - 918:12,
945:13, 981:25,
984:18, 1007:19
**efficient** [1] - 923:18
**either** [9] - 918:1,
920:24, 926:3,
942:24, 955:7,
964:17, 966:18,
985:12, 1013:12
**ejected** [1] - 953:17
**elaborate** [2] - 995:1,
1017:20
**electromagnetic** [5] -
937:4, 937:7,
937:13, 972:10,
972:11
**elements** [1] - 968:16
**elevation** [3] - 979:25,

980:2, 980:4
**eliminate** [3] - 960:1,
992:20, 1004:8
**eliminated** [2] - 992:3,
1009:23
**ELMO** [2] - 1006:25,
1014:19
**Elmo** [2] - 991:15,
996:3
**elongation** [1] -
961:14
**embedded** [10] -
934:24, 935:2,
935:3, 935:6, 935:7,
940:22, 940:24,
941:20, 997:9
**ended** [1] - 1001:18
**energy** [4] - 941:3,
979:4, 983:4
**ENERGY** [1] - 914:24
**engine** [1] - 955:6
**engineering** [2] -
923:12, 1022:10
**enhance** [1] - 920:10
**ensures** [1] - 1020:14
**enter** [2] - 922:3,
922:22
**entered** [1] - 1001:7
**entire** [4] - 939:24,
982:24, 991:6,
1012:10
**entities** [2] - 921:1,
921:7
**entitled** [1] - 1024:9
**entity** [1] - 930:16
**entrained** [1] - 1012:6
**entrainment** [1] -
950:18
**environment** [1] -
983:4
**epicenter** [2] - 942:2,
942:4
**equations** [1] -
1017:10
**erase** [2] - 988:13,
988:17
**ERIC** [1] - 915:5
**especially** [1] - 930:19
**ESQUIRE** [15] -
913:24, 914:3,
914:6, 914:9,
914:12, 914:13,
914:19, 914:23,
915:3, 915:4, 915:4,
915:5, 915:5, 915:8,
915:11
**essence** [1] - 939:20
**established** [1] -
1015:13
**evaluate** [1] - 926:6

**evaluation** [1] - 926:8
**event** [8] - 920:17,
921:2, 922:18,
927:5, 950:11,
955:3, 960:4, 960:14
**events** [6] - 920:24,
921:6, 922:16,
922:21, 927:25,
1022:11
**eventually** [1] - 979:15
**evidence** [7] - 917:17,
918:11, 922:4,
922:23, 954:4,
1000:25
**EVIDENCE.........** [1] -
916:14
**evident** [1] - 936:12
**exactly** [9] - 933:21,
979:19, 989:9,
1003:6, 1003:16,
1003:21, 1004:1,
1012:16, 1013:17
**examination** [6] -
974:6, 995:15,
1000:21, 1000:23,
1022:19, 1023:4
**EXAMINATION** [51] -
916:6, 916:7, 916:8,
919:15, 922:5,
923:22, 925:19,
926:20, 933:8,
933:19, 936:18,
940:10, 941:14,
942:6, 944:4,
948:11, 951:1,
953:20, 954:7,
957:7, 959:18,
961:5, 962:19,
963:24, 964:9,
966:22, 968:5,
968:21, 972:16,
974:13, 980:17,
988:14, 989:12,
991:18, 994:6,
994:19, 995:10,
995:25, 996:5,
997:14, 1000:2,
1001:14, 1005:16,
1007:2, 1008:15,
1010:19, 1011:25,
1014:6, 1017:5,
1018:15, 1022:3
**EXAMINATIONS** [1] -
916:3
**examined** [1] - 919:10
**example** [2] - 942:1,
961:23
**exception** [1] - 977:1
**excerpts** [1] - 927:22
**excuse** [2] - 959:7,

1016:12
**exhaustive** [1] -
922:12
**Exhibit** [2] - 918:25,
923:1
**exhibit** [7] - 921:19,
922:3, 942:2,
959:11, 974:10,
999:25, 1000:12
**EXHIBITS** [2] - 916:14,
916:15
**exhibits** [5] - 923:2,
974:7, 995:20,
999:24, 1006:21
**Exhibits** [1] - 1001:8
**existence** [1] - 1007:6
**existing** [2] - 969:10,
1016:3
**exists** [1] - 1012:24
**expand** [1] - 923:11
**expect** [2] - 930:11,
945:4
**expectation** [1] -
1000:7
**experienced** [1] -
1008:23
**expert** [5] - 923:7,
923:10, 923:19,
925:17, 973:13
**experts** [4] - 917:14,
1020:9, 1020:15
**explain** [8] - 934:18,
969:17, 985:13,
986:19, 992:10,
1005:6, 1005:13,
1010:24
**explained** [1] - 1007:4
**explanation** [1] -
1005:8
**express** [1] - 972:12
**expressed** [1] -
999:13
**extend** [2] - 979:11,
984:20
**extended** [1] - 981:7
**extends** [2] - 966:11,
979:9
**extent** [6] - 930:15,
940:17, 941:23,
958:6, 973:17,
1000:6
**eye** [10] - 945:11,
953:3, 958:25,
961:12, 974:20,
977:13, 977:15,
980:7, 982:12,
983:24
**EYE** [1] - 980:20
**eyewall** [15] - 977:15,
980:7, 980:11,

980:19, 980:20,
981:4, 981:6,
981:18, 982:14,
983:2, 983:10,
983:24, 984:7,
984:14, 984:16
**eyewitness** [1] -
927:21
**eyewitnesses** [1] -
927:23

## F

**fact** [7] - 955:19,
970:11, 995:2,
1007:8, 1013:15,
1015:13, 1017:16
**factfinder** [1] - 918:18
**facts** [2] - 918:17,
918:18
**factual** [1] - 918:16
**fair** [5] - 938:14,
963:8, 970:9, 974:4,
974:12
**fall** [1] - 975:5
**false** [2] - 984:2,
992:16
**familiar** [3] - 943:19,
1019:14, 1019:17
**familiarity** [1] - 1019:8
**far** [8] - 926:3, 933:2,
935:14, 950:17,
983:4, 984:20,
987:21, 994:5
**fashion** [1] - 1005:6
**fast** [1] - 951:6
**fat** [1] - 959:14
**favor** [1] - 987:3
**feature** [4] - 1002:24,
1012:8, 1012:23
**featured** [1] - 935:17
**federal** [2] - 920:19,
921:7
**feeder** [43] - 929:5,
941:21, 943:5,
944:13, 945:10,
945:14, 945:25,
947:15, 953:2,
953:6, 953:7,
953:11, 953:13,
954:19, 958:7,
961:15, 965:21,
967:11, 970:17,
971:2, 972:24,
975:5, 977:18,
977:19, 977:20,
978:21, 980:14,
980:15, 981:6,
981:7, 982:14,

982:15, 982:17, 982:25, 983:9, 984:5, 984:22, 987:13, 997:2, 999:1, 1007:24, 1012:25
**feet** [10] - 939:23, 945:9, 966:9, 966:10, 966:11, 966:12, 979:6, 979:7
**felt** [1] - 936:1
**field** [22] - 934:5, 934:8, 940:23, 941:6, 943:3, 954:24, 958:11, 962:9, 969:17, 972:22, 979:8, 982:24, 983:15, 984:22, 987:13, 991:1, 997:8, 997:19, 1009:21, 1009:22, 1014:16, 1015:3
**fields** [1] - 981:25
**Figure** [1] - 997:12
**figure** [1] - 935:23
**filled** [1] - 934:22
**filter** [11] - 962:13, 962:14, 984:2, 984:9, 994:1, 1004:7, 1004:8, 1004:9, 1004:14, 1009:24, 1013:25
**filtered** [5] - 990:9, 990:12, 992:2, 1009:17, 1013:18
**filtering** [1] - 992:24
**filters** [2] - 1006:5, 1006:9
**final** [2] - 985:21, 998:9
**finally** [2] - 984:13, 997:3
**findings** [2] - 998:10, 998:11
**fine** [2] - 925:8, 1023:7
**finger** [3] - 932:2, 933:12, 1003:11
**fingers** [2] - 959:14, 1002:3
**finished** [1] - 974:7
**first** [9] - 919:9, 943:13, 943:22, 943:23, 952:6, 965:10, 980:12, 1009:18, 1022:7
**fit** [2] - 962:8, 1015:25
**five** [11] - 924:20, 935:1, 935:19, 936:2, 938:10,

938:14, 941:22, 941:24, 960:7, 967:9
**five-second** [1] - 935:19
**flagged** [17] - 939:22, 939:25, 940:4, 940:9, 941:19, 942:22, 948:17, 948:21, 950:6, 951:23, 958:18, 965:14, 965:23, 969:16, 979:5, 1015:15
**flagging** [1] - 1015:23
**flip** [1] - 993:7
**flood** [1] - 980:23
**FLOOR** [2] - 914:7, 914:10
**Florida** [1] - 928:17
**flow** [7] - 961:18, 975:5, 1001:21, 1002:1, 1003:2, 1003:3, 1003:25
**FLOWER** [1] - 914:7
**flowing** [1] - 997:2
**fluid** [2] - 979:3, 1017:10
**fly** [1] - 981:5
**focus** [6] - 919:22, 920:15, 928:16, 1007:20, 1021:8, 1021:15
**fold** [1] - 992:13
**folded** [1] - 992:17
**folding** [2] - 1006:4, 1006:5
**follow** [5] - 917:15, 925:5, 944:13, 953:10, 961:20
**following** [4] - 961:15, 961:18, 982:23, 1006:3
**follows** [1] - 919:10
**FOR** [2] - 913:23, 914:23
**forecasters** [2] - 1019:24
**foregoing** [1] - 1024:7
**forensic** [7] - 920:16, 934:15, 959:25, 1018:21, 1019:1, 1019:2, 1020:16
**forensically** [1] - 951:25
**forgive** [1] - 958:22
**form** [1] - 952:8
**forming** [1] - 949:12
**forth** [1] - 993:7
**forward** [1] - 1007:24, 1008:2, 1009:10

**four** [2] - 941:24, 960:7
**fraction** [1] - 1016:2
**frankly** [1] - 947:4
**freeway** [1] - 944:1
**freeways** [1] - 928:25
**frequency** [1] - 972:6
**front** [1] - 922:2
**frontal** [1] - 945:5
**functionality** [1] - 938:10
**functions** [2] - 937:3, 937:4

## G

**G0** [1] - 941:16
**G4** [1] - 957:3
**G6** [1] - 960:23
**general** [3] - 936:20, 936:21, 1011:12
**generally** [4] - 944:8, 945:19, 972:5, 1011:11
**generates** [1] - 1015:11
**Generation** [1] - 928:4
**genesis** [1] - 920:12
**GILBERT** [7] - 914:3, 914:3, 918:15, 1016:12, 1016:16, 1017:1, 1023:2
**Gilbert** [1] - 923:3
**given** [5] - 939:15, 942:23, 1018:21, 1021:3
**GMT** [1] - 966:7
**God** [1] - 919:6
**GOLDBERG** [1] - 915:5
**GOODWIN** [1] - 915:3
**government** [1] - 921:7
**governmental** [1] - 1021:17
**GR2Analyst** [2] - 1019:8, 1019:15
**gradually** [1] - 970:25
**graduate** [2] - 1018:4, 1018:11
**Grand** [1] - 936:16
**graph** [2] - 1004:3, 1005:19
**graphic** [1] - 1010:4
**grasp** [1] - 918:9
**great** [4] - 946:25, 987:3, 990:7, 1007:1
**green** [19] - 948:4, 948:5, 948:10,

980:9, 985:24, 986:22, 987:18, 988:9, 993:13, 993:20, 1002:9, 1002:16, 1002:18, 1002:19, 1003:14, 1003:19, 1003:20, 1010:6
**Greenwich** [1] - 966:7
**GROCHOW** [1] - 914:9
**ground** [8] - 949:19, 955:22, 955:25, 978:24, 1008:4, 1008:18, 1008:23, 1009:1
**group** [3] - 935:12, 956:11, 961:25
**groups** [1] - 941:7
**guarantee** [3] - 941:4, 951:20, 1011:8
**guess** [2] - 943:19, 1021:3
**guide** [1] - 1016:22
**Gulf** [2] - 930:21, 934:22
**gust** [6] - 935:18, 935:25, 936:1, 936:2, 955:11
**gusts** [13] - 935:14, 935:16, 935:17, 935:18, 935:19, 935:22, 936:5, 945:3, 998:22, 999:4, 999:5

## H

**H-wind** [6] - 926:11, 931:8, 931:11, 933:22, 963:5, 998:18
**H-winds** [1] - 933:21, 934:15
**hail** [3] - 952:14, 952:15
**half** [7] - 917:15, 938:4, 943:21, 944:2, 953:4, 954:17, 974:22
**hand** [8] - 919:4, 925:10, 987:22, 989:15, 1009:2, 1009:14, 1010:4, 1010:9
**handed** [1] - 1013:18
**Harbor** [6] - 927:14, 928:24, 998:13, 1014:10, 1014:20,

1014:25
**hard** [6] - 924:8, 924:18, 960:13, 977:13, 979:6, 1013:18
**hardly** [1] - 931:12
**hatches** [1] - 944:23
**headed** [2] - 957:22, 982:13
**header** [1] - 966:5
**hear** [3] - 937:11, 1004:5, 1011:21
**heard** [1] - 918:11
**HEARD** [1] - 913:19
**heat** [1] - 955:6
**heating** [1] - 955:7
**heavily** [1] - 921:6
**heavy** [4] - 944:22, 945:3, 1013:2
**height** [1] - 955:10
**help** [1] - 919:6
**hemisphere** [1] - 989:8
**hence** [1] - 937:11
**hereby** [1] - 1024:7
**HERNDON** [1] - 915:12
**hide** [1] - 992:13
**hides** [2] - 991:11, 992:13
**high** [5] - 928:6, 936:10, 982:18, 1009:15, 1022:11
**high-wind** [1] - 1022:11
**higher** [3] - 1011:13, 1011:17, 1022:15
**highlight** [1] - 1010:13
**highlighted** [4] - 1010:9, 1010:12, 1011:4
**himself** [2] - 991:11, 991:12
**historical** [1] - 921:5
**hit** [6] - 929:15, 929:19, 930:11, 930:17, 1000:8, 1000:10
**hits** [1] - 955:16
**hold** [1] - 920:3
**HOLIDAY** [1] - 913:12
**home** [1] - 936:16
**homes** [2] - 921:13, 935:23
**Honor** [54] - 917:10, 917:13, 918:21, 918:23, 921:18, 921:23, 922:1, 922:22, 923:6, 923:9, 925:2, 925:9,

925:15, 928:20,
931:19, 932:23,
933:23, 939:10,
940:18, 942:20,
943:19, 945:12,
947:25, 950:15,
951:9, 953:15,
954:19, 958:25,
962:12, 963:20,
965:11, 965:17,
968:18, 968:24,
973:19, 981:3,
983:25, 985:13,
986:19, 993:14,
995:18, 995:24,
998:11, 999:20,
1000:11, 1001:13,
1005:1, 1005:3,
1005:7, 1005:10,
1005:15, 1016:12,
1017:1, 1023:1
**HONORABLE** [1] -
913:19
**hope** [1] - 986:11
**horizon** [1] - 918:4
**hot** [3] - 971:22,
972:9, 988:3
**hotspot** [4] - 970:19,
972:25, 973:1,
974:16
**hotspots** [6] - 945:24,
970:19, 972:19,
973:5, 973:7, 974:24
**hour** [8] - 933:4,
934:10, 934:12,
934:14, 936:6,
936:11, 998:21,
1022:20
**hourly** [1] - 1021:23
**hours** [13] - 926:7,
947:20, 953:4,
958:14, 961:13,
974:22, 977:17,
990:22, 991:2,
991:5, 997:7, 999:3
**hovering** [1] - 961:25
**huge** [6] - 934:21,
934:22, 941:21,
945:9, 957:22,
967:12
**hundreds** [4] - 921:11,
934:21, 955:4,
1016:3
**Hunters** [1] - 933:25
**Hurricane** [11] - 926:2,
926:7, 926:10,
929:6, 929:10,
929:11, 930:25,
933:23, 933:25,
945:15, 1000:6

**hurricane** [40] -
926:11, 929:19,
929:23, 930:5,
930:12, 930:21,
930:22, 933:3,
933:7, 934:1,
934:20, 935:8,
935:20, 936:21,
936:22, 943:4,
945:11, 953:4,
961:12, 961:20,
974:20, 977:12,
977:13, 977:16,
980:21, 984:6,
997:1, 997:3, 998:3,
998:5, 998:15,
1000:5, 1007:20,
1007:23, 1007:25,
1012:25, 1013:3,
1013:5, 1013:11,
1015:21
**hurricanes** [2] -
922:15, 927:8
**hydrological** [1] -
918:6

## I

**I-10** [1] - 928:25
**I-wall** [1] - 980:23
**I0** [4] - 943:8, 943:12,
956:5, 957:9
**idea** [4] - 932:3,
959:21, 974:11,
975:3
**identified** [5] - 947:10,
956:13, 999:2,
1001:23, 1015:16
**identifies** [2] -
1001:24, 1015:18
**identify** [3] - 950:12,
993:22, 1015:8
**image** [45] - 929:2,
946:3, 947:23,
948:1, 950:2,
953:16, 953:19,
958:23, 958:24,
959:3, 959:20,
961:3, 961:7, 962:3,
966:16, 968:8,
970:2, 970:10,
970:15, 978:3,
978:7, 981:8,
981:15, 982:7,
983:1, 985:5, 985:7,
985:8, 986:16,
996:16, 996:18,
997:25, 1007:5,
1007:11, 1007:12,
1007:14, 1007:18,

1008:7, 1008:17,
1008:22, 1009:14,
1012:22, 1012:25,
1013:11
**images** [23] - 928:21,
929:1, 929:5, 930:3,
938:12, 940:5,
943:18, 944:14,
946:3, 946:9,
946:11, 948:14,
966:18, 966:25,
974:10, 1000:14,
1000:15, 1001:1,
1007:15, 1011:11,
1012:19
**imagine** [1] - 983:14
**imaging** [1] - 959:24
**immediately** [1] -
950:12
**impact** [1] - 918:6
**imparted** [2] - 1009:9
**implement** [1] -
1020:24
**important** [20] -
929:12, 934:9,
935:23, 936:3,
940:15, 953:2,
953:8, 953:9,
953:14, 954:18,
957:2, 964:4,
965:13, 965:20,
978:22, 982:16,
986:20, 993:9,
994:2, 998:24
**importantly** [1] - 992:1
**IN** [1] - 913:4
**INC** [2] - 913:12,
915:11
**inclined** [1] - 917:25
**include** [2] - 922:15,
1017:7
**includes** [1] - 1009:14
**including** [2] - 927:8
**incorporated** [4] -
933:24, 934:1,
934:2, 934:3
**incorporates** [1] -
1009:8
**incorrect** [1] - 1003:15
**index** [2] - 952:14
**indicate** [4] - 937:23,
939:17, 949:11,
976:16
**indicates** [1] - 928:24
**indicating** [3] -
970:18, 987:25,
991:14
**indicating)** [14] -
973:1, 974:17,
975:1, 977:22,

978:14, 980:11,
982:21, 983:24,
987:5, 987:7,
987:18, 988:19,
989:25
**indication** [2] -
937:10, 966:2
**indications** [1] -
945:24
**individual** [7] -
975:14, 983:8,
992:18, 996:21,
998:2, 998:5
**Industrial** [21] -
928:16, 933:11,
936:13, 943:10,
944:6, 952:23,
956:18, 958:6,
959:10, 963:9,
963:13, 967:16,
973:10, 973:14,
975:9, 975:12,
975:18, 977:3,
996:19, 998:1
**inexorable** [1] -
1013:15
**information** [8] -
934:16, 950:23,
952:8, 952:12,
962:2, 998:12,
999:17, 1021:16
**informed** [1] - 919:19
**injury** [2] - 920:25,
922:20
**Inner** [6] - 927:14,
928:24, 998:13,
1014:10, 1014:20,
1014:25
**inquiry** [1] - 959:23
**inside** [4] - 929:15,
969:24, 990:21,
1007:21
**instead** [2] - 953:7,
1008:2
**instruct** [2] - 1023:3,
1023:5
**instruments** [1] -
954:22
**intense** [15] - 939:17,
941:2, 945:2,
945:16, 946:1,
949:10, 949:14,
954:21, 955:5,
964:16, 965:25,
972:3, 983:4, 988:22
**intensity** [7] - 944:25,
954:23, 972:7,
972:13, 984:6,
1013:12, 1015:24
**intentions** [1] -

1022:19
**interact** [1] - 920:10
**interest** [3] - 957:23,
964:3, 976:19
**interesting** [2] -
958:16, 961:14
**interference** [1] -
956:15
**interpolation** [1] -
939:20
**interpret** [6] - 962:17,
984:3, 984:9,
1012:19, 1013:20,
1020:24
**interpretation** [12] -
927:4, 1007:4,
1008:17, 1010:24,
1010:25, 1013:24,
1017:8, 1017:14,
1018:1, 1018:18,
1019:5, 1021:6
**interpreted** [1] -
1011:11
**interpreter** [1] -
1006:11
**interpreting** [2] -
962:16, 1019:19
**interrupt** [1] - 1016:13
**introduce** [2] - 922:4,
999:24
**introduces** [1] - 954:3
**introductory** [1] -
1020:21
**investigate** [1] - 926:4
**investigating** [1] -
927:24
**involved** [1] - 920:17
**IS** [1] - 916:14
**Isle** [1] - 936:16
**isolated** [3] - 945:5,
960:22, 961:17
**issue** [1] - 1020:2
**issued** [2] - 998:15,
1019:7
**it'll** [1] - 939:8
**itself** [3] - 925:12,
964:18, 992:13

## J

**JERRY** [1] - 913:15
**JEWELERS** [1] -
913:12
**job** [2] - 963:17, 990:7
**JOHN** [2] - 913:15,
915:3
**JOSEPHINE** [1] -
913:11
**journal** [2] - 1017:21,

1020:23
**journals** [2] - 1020:23, 1021:18
**JR** [1] - 913:19
**JUDGE** [1] - 913:20
**Judge** [4] - 1011:24, 1018:10, 1018:12, 1022:1
**judge** [3] - 1018:24, 1022:18, 1023:3
**JUNE** [2] - 913:8, 917:2
**jurors** [1] - 917:16

## K

**KARL** [1] - 914:13
**Katrina** [25] - 920:23, 921:9, 921:10, 921:11, 921:15, 926:2, 926:7, 926:11, 927:2, 927:8, 927:11, 929:6, 929:11, 930:3, 930:18, 931:10, 934:6, 934:22, 938:25, 945:15, 949:21, 970:13, 998:14, 999:11, 1000:6
**KATRINA** [1] - 913:4
**KEELEY** [1] - 915:11
**keep** [2] - 958:24, 971:16
**keeps** [1] - 932:9
**KHORRAMI** [87] - 914:6, 914:6, 917:13, 918:21, 919:16, 921:17, 921:24, 922:1, 922:6, 922:22, 922:25, 923:5, 923:20, 923:23, 924:7, 924:9, 924:13, 924:17, 924:20, 924:24, 925:9, 925:15, 925:20, 926:21, 931:25, 932:9, 932:17, 933:9, 933:15, 933:20, 936:19, 940:11, 941:15, 942:7, 944:5, 947:22, 947:25, 948:3, 948:8, 948:12, 951:2, 953:15, 953:19, 953:21, 954:6, 954:8, 957:8, 959:19, 961:3,

961:6, 962:20, 963:15, 963:20, 963:25, 964:10, 965:10, 965:17, 965:19, 966:23, 967:25, 968:6, 968:17, 968:20, 968:22, 972:17, 974:9, 974:12, 974:14, 980:18, 988:15, 989:13, 991:19, 994:7, 994:20, 995:4, 995:11, 996:1, 996:6, 997:15, 999:20, 1000:1, 1000:3, 1000:11, 1000:14, 1000:24, 1001:1, 1001:5
**KHORRAMI...............
.....** [1] - 916:7
**KHORRAMI:...............
..** [1] - 916:6
**kilometer** [1] - 945:9
**kilometers** [2] - 945:8, 975:15
**kind** [4] - 925:9, 960:18, 972:24, 1018:21
**kinetic** [2] - 979:3, 983:4
**KIRSTEN** [1] - 915:5
**knots** [6] - 934:11, 985:25, 986:1, 1010:5, 1010:7
**KOEPPEL** [1] - 913:23

## L

**LA** [6] - 913:25, 914:4, 914:14, 914:17, 914:25, 915:9
**label** [2] - 974:7, 974:9
**labeled** [10] - 941:16, 942:25, 943:8, 943:12, 949:24, 956:5, 960:10, 969:8, 969:12, 973:11
**Lafarge** [1] - 1001:17
**LAFARGE** [1] - 915:11
**Lake** [14] - 930:4, 931:15, 931:19, 931:21, 932:6, 932:9, 936:7, 945:20, 945:23, 970:14, 973:10, 981:9, 981:21
**land** [1] - 934:1

**land-based** [1] - 934:1
**landfall** [14] - 926:2, 929:14, 930:23, 931:5, 945:15, 947:21, 949:21, 953:5, 961:13, 974:21, 977:16, 980:12, 998:14
**large** [13] - 933:2, 934:19, 934:23, 934:24, 941:18, 941:24, 942:24, 960:24, 993:10, 996:25, 1004:3, 1004:4, 1004:12
**large-scale** [3] - 933:2, 934:19, 934:23
**larger** [8] - 935:8, 935:22, 951:12, 963:13, 965:21, 975:1, 978:1, 1007:21
**laser** [1] - 1014:21
**last** [4] - 929:23, 939:24, 1018:17, 1021:8
**lasts** [1] - 936:2
**lat/long** [1] - 960:13
**LAURENCE** [1] - 913:24
**LAW** [3] - 914:3, 914:16, 914:19
**LAWRENCE** [2] - 914:9, 914:12
**lawyers** [2] - 1001:17, 1022:6
**layer** [3] - 938:6, 938:9, 939:23
**layers** [5] - 938:8, 939:19, 940:8, 948:18
**layperson** [2] - 966:13, 972:5
**lead** [1] - 941:2
**learn** [1] - 1020:19
**learned** [2] - 1021:5, 1021:14
**least** [2] - 1019:3, 1019:7
**leave** [4] - 923:3, 952:25, 1000:22, 1014:8
**lecture** [1] - 1005:2
**left** [20] - 930:7, 934:9, 946:2, 962:3, 986:6, 986:10, 987:22, 990:9, 1000:22, 1007:6, 1007:11, 1010:4, 1010:9,

1010:17, 1010:18, 1010:21, 1010:23, 1012:18
**left-hand** [2] - 987:22, 1010:4
**legal** [2] - 918:15, 918:17
**Lemmon's** [1] - 991:21
**Lemon** [17] - 985:6, 985:8, 985:9, 985:16, 986:14, 987:3, 990:7, 991:10, 992:19, 993:25, 995:6, 1004:15, 1006:24, 1008:9, 1010:24, 1014:9
**Lemon's** [9] - 925:16, 927:19, 991:21, 1001:23, 1003:22, 1007:5, 1008:17, 1008:22, 1012:18
**length** [2] - 943:20, 945:8
**less** [4] - 966:8, 1012:4, 1014:3
**letter** [3] - 939:15
**level** [2] - 980:1, 985:15
**Level** [26] - 939:7, 939:8, 952:2, 952:3, 952:5, 952:6, 952:9, 952:10, 952:11, 952:16, 975:16, 985:9, 985:15, 990:2, 990:3, 990:4, 993:6, 994:8, 996:9, 1004:11, 1005:22, 1005:25, 1006:4, 1006:12, 1009:2, 1015:7
**levels** [2] - 926:12, 1016:1
**life** [7] - 944:12, 953:10, 961:19, 961:22, 974:24, 975:4, 982:22
**light** [1] - 1014:16
**lighter** [1] - 1013:3
**lightning** [1] - 955:23
**likely** [4] - 993:23, 1004:6, 1004:12, 1006:15
**likewise** [1] - 918:2
**limitation** [1] - 960:21
**limitations** [2] - 960:25, 966:9
**line** [2] - 931:13, 954:5
**lines** [2] - 1019:11,

1021:4
**lining** [1] - 953:7
**list** [4] - 921:20, 922:8, 922:12, 1001:5
**LITIGATION** [1] - 913:5
**litigation** [5] - 922:7, 1001:5, 1022:6, 1022:10, 1022:16
**living** [1] - 1012:19
**localized** [1] - 955:24
**locate** [4] - 928:20, 929:1, 948:1, 961:1
**located** [23] - 929:24, 931:15, 942:8, 943:12, 945:19, 945:22, 947:1, 949:9, 956:12, 956:19, 957:18, 958:6, 963:7, 963:8, 970:21, 970:22, 975:17, 981:20, 986:25, 987:10, 993:11, 1016:8
**location** [54] - 927:5, 928:24, 929:14, 930:7, 933:1, 933:18, 936:6, 938:4, 939:9, 939:11, 944:1, 946:23, 949:24, 951:8, 952:24, 954:14, 954:16, 959:6, 960:17, 961:24, 961:25, 964:4, 964:6, 965:3, 966:12, 967:14, 968:2, 973:23, 975:1, 975:24, 976:1, 976:19, 976:25, 977:15, 977:16, 977:21, 978:11, 978:13, 978:18, 980:3, 981:23, 982:15, 982:17, 983:23, 984:19, 987:5, 987:6, 987:8, 987:24, 989:11, 990:20, 998:21, 1011:10, 1014:10
**locations** [4] - 952:15, 960:12, 964:16, 981:22
**locator** [1] - 928:20
**log** [3] - 946:6, 946:8, 953:12
**logarithmic** [1] - 945:1
**look** [80] - 919:20, 926:1, 926:15,

926:22, 928:15, 929:5, 930:14, 931:22, 934:15, 934:16, 937:5, 937:8, 937:12, 937:15, 937:19, 937:21, 938:7, 938:8, 940:2, 940:6, 940:16, 941:7, 941:22, 942:13, 947:9, 949:19, 951:3, 951:16, 951:23, 951:24, 952:10, 953:12, 953:24, 954:11, 954:18, 957:23, 959:20, 959:24, 960:1, 960:12, 961:16, 962:12, 962:25, 963:3, 963:5, 963:21, 964:23, 966:4, 966:17, 967:11, 968:13, 968:14, 971:15, 973:6, 973:8, 976:2, 976:10, 976:13, 976:15, 976:17, 976:18, 982:16, 982:18, 983:17, 989:22, 990:1, 990:11, 993:7, 993:21, 994:12, 994:22, 997:10, 1006:11, 1013:20, 1013:22, 1016:6, 1021:13

**looked** [21] - 918:7, 931:11, 936:25, 949:6, 949:7, 952:8, 952:17, 952:18, 953:22, 956:3, 958:3, 983:19, 984:1, 994:8, 996:24, 998:18, 999:7, 999:9, 999:11, 1000:5, 1016:6

**Looked** [1] - 999:10
**looking** [40] - 920:21, 924:21, 928:21, 934:19, 935:15, 937:10, 937:22, 938:9, 939:4, 941:20, 942:1, 950:15, 950:20, 951:13, 958:2, 966:14, 966:20, 967:15, 968:12, 969:1, 971:12, 971:18, 975:8,

976:5, 977:9, 977:17, 978:3, 985:13, 985:14, 987:21, 990:16, 991:6, 994:9, 998:25, 999:13, 1003:13, 1008:1, 1013:23
**looks** [6] - 925:13, 940:7, 943:8, 970:3, 977:12, 990:13
**loop** [3] - 939:1, 939:2, 983:19
**loops** [1] - 939:1
**loose** [1] - 957:15
**LOS** [1] - 914:7
**lose** [2] - 969:14, 1004:14
**lost** [4] - 922:17, 994:1, 1022:22
**loud** [3] - 972:8, 972:9
**Louis** [1] - 980:13
**LOUISIANA** [3] - 913:2, 913:7, 915:16
**Louisiana** [15] - 920:19, 921:12, 928:9, 929:18, 930:23, 945:6, 945:15, 949:21, 961:13, 970:13, 977:14, 980:7, 980:10, 1024:5, 1024:6
**low** [2] - 962:6, 981:1
**Lower** [2] - 942:8, 957:18
**lower** [10] - 946:2, 986:10, 986:12, 986:13, 987:22, 989:15, 1010:9, 1010:18, 1010:21, 1012:17
**lowest** [2] - 938:3, 938:9
**lunch** [1] - 1022:24
**luncheon** [1] - 1023:12

---

## M

**M-I-T-C-H-E-L-L** [1] - 919:14
**M4** [1] - 960:23
**machine** [1] - 928:12
**magnitude** [3] - 935:22, 941:20, 979:10
**major** [2] - 920:2, 984:21

malfunction [1] - 962:8
**manipulate** [1] - 985:11
**manipulation** [1] - 1004:18
**map** [2] - 944:20, 1015:12
**maps** [1] - 928:20
**march** [2] - 931:4, 944:18
**marine** [2] - 922:16, 930:20
**Marino** [1] - 917:12
**mark** [10] - 924:15, 947:2, 951:9, 951:10, 956:20, 959:10, 964:6, 971:22, 993:14, 995:21
**MARK** [1] - 915:4
**Mark** [2] - 1001:16, 1017:1
**marked** [2] - 921:19, 1006:21
**marker** [1] - 995:7
**markings** [2] - 991:25, 995:19
**masked** [1] - 992:8
**massive** [1] - 987:4
**Master** [1] - 920:2
**material** [1] - 926:8
**materials** [2] - 920:22, 926:9
**mathematical** [2] - 920:11, 1017:9
**mathematics** [1] - 920:1
**matter** [2] - 927:4, 1024:10
**maximum** [2] - 929:16, 933:1
**McCALL** [1] - 914:23
**Mean** [1] - 966:7
**mean** [28] - 930:20, 944:12, 947:1, 949:18, 949:22, 951:8, 953:3, 955:16, 957:2, 958:10, 958:12, 961:14, 961:15, 962:22, 965:4, 970:3, 979:12, 979:25, 982:4, 987:23, 992:5, 992:25, 994:16, 1002:18, 1008:25, 1014:16, 1017:20, 1020:20
**meaning** [3] - 957:10,

965:24, 1009:4
**meaningful** [1] - 994:4
**means** [11] - 920:17, 933:3, 940:3, 945:2, 949:8, 949:14, 956:12, 972:9, 985:22, 986:21, 988:23
**meant** [2] - 980:20, 1008:8
**measure** [6] - 954:23, 955:25, 972:5, 985:23, 986:22, 989:16
**measured** [1] - 935:19
**measurement** [3] - 944:25, 956:1, 981:4
**measuring** [3] - 952:6, 954:22, 966:10
**MECHANICAL** [1] - 915:17
**mechanics** [1] - 928:12
**meet** [1] - 948:22
**member** [3] - 1017:12, 1017:20, 1020:22
**memory** [1] - 924:23
**mentioned** [8] - 926:16, 928:1, 936:25, 952:2, 955:1, 956:3, 980:19, 1017:3
**Merit** [1] - 1024:4
**meso** [5] - 940:20, 947:13, 1013:9, 1013:10
**mesocyclone** [88] - 939:8, 939:22, 940:9, 940:24, 941:18, 941:19, 942:3, 946:21, 948:21, 949:7, 949:9, 950:3, 950:4, 950:8, 951:20, 952:13, 954:11, 957:9, 957:23, 958:17, 958:18, 960:3, 966:18, 968:25, 969:1, 971:4, 971:16, 973:6, 975:22, 978:5, 978:23, 979:1, 981:12, 986:15, 986:18, 987:4, 988:11, 988:25, 989:11, 989:20, 989:24, 990:8, 990:16, 991:11, 991:14, 991:24, 992:2,

992:6, 992:9, 993:1, 993:11, 993:18, 993:22, 995:3, 995:6, 995:7, 1001:19, 1001:23, 1001:24, 1003:9, 1003:21, 1003:22, 1004:9, 1004:17, 1007:6, 1009:9, 1009:25, 1010:2, 1010:14, 1011:8, 1012:6, 1012:11, 1012:16, 1012:17, 1012:24, 1013:2, 1013:4, 1013:10, 1013:19, 1013:24, 1014:2, 1014:3, 1015:8, 1015:11, 1015:12, 1015:14
**mesocyclones** [54] - 926:5, 937:19, 937:20, 940:3, 940:15, 940:19, 942:16, 942:18, 942:22, 947:10, 947:13, 947:16, 948:15, 948:16, 951:15, 953:9, 953:23, 954:20, 954:25, 955:18, 955:19, 956:4, 956:10, 956:16, 957:25, 958:3, 958:8, 958:11, 959:22, 961:19, 961:25, 965:22, 968:9, 969:5, 969:25, 970:4, 971:17, 971:19, 972:20, 973:11, 973:20, 976:7, 978:21, 981:17, 982:4, 983:6, 984:16, 990:23, 994:13, 994:17, 995:9, 997:9, 999:1, 1016:3
**mesoscale** [4] - 920:9, 934:24, 939:2, 1020:10
**Mesoscale** [1] - 934:25
**mesosystems** [1] - 935:4
**MET** [1] - 920:16
**METAIRIE** [1] - 914:17
**Meteorological** [4] - 1017:13, 1017:20, 1020:22, 1021:19
**meteorologist** [6] -

920:17, 925:25, 934:15, 961:16, 990:25, 994:3

**meteorologists** [7] - 927:1, 932:25, 935:13, 936:4, 960:2, 962:15, 1007:9

**meteorology** [8] - 920:4, 923:7, 923:10, 923:20, 935:5, 1018:22, 1019:1, 1019:2

**metrologists** [3] - 921:3, 989:17, 998:19

**microburst** [12] - 922:19, 941:3, 941:5, 954:22, 954:23, 955:2, 955:3, 955:12, 955:19, 955:20, 955:23, 956:2

**microbursts** [5] - 955:1, 955:18, 955:22, 979:17, 990:24

**microsystems** [1] - 935:3

**might** [9] - 932:3, 943:24, 953:1, 967:22, 974:11, 994:25, 997:12, 1004:22, 1006:24

**mile** [5] - 941:21, 941:25, 943:21, 944:2, 954:17

**miles** [13] - 933:4, 934:10, 934:11, 934:13, 934:21, 935:2, 936:6, 936:11, 941:22, 941:24, 944:2, 998:21

**mind** [3] - 971:16, 975:4, 1007:7

**minimum** [1] - 1006:10

**minute** [3] - 924:10, 960:16, 998:20

**minutes** [8] - 924:20, 938:10, 938:12, 938:15, 960:12, 967:9, 1000:23

**missed** [6] - 932:4, 941:10, 967:24, 987:10, 988:11, 1003:19

**misses** [1] - 948:23

**missing** [1] - 1015:25

**Mississippi** [9] - 921:12, 930:6, 943:9, 949:21, 963:22, 974:3, 974:18, 976:1, 976:25

**Mississippi/ Louisiana** [1] - 972:25

**mistake** [1] - 960:23

**mistaken** [1] - 1001:20

**Mitchell** [46] - 917:13, 918:22, 919:13, 919:17, 921:22, 922:7, 923:6, 923:24, 925:21, 925:23, 930:10, 933:10, 935:9, 940:13, 941:16, 942:13, 943:7, 944:16, 945:18, 948:13, 949:4, 952:22, 980:19, 986:2, 996:2, 1001:16, 1001:22, 1004:19, 1005:21, 1005:24, 1007:4, 1008:10, 1008:19, 1009:13, 1010:4, 1011:18, 1012:12, 1014:8, 1014:15, 1014:22, 1015:6, 1016:5, 1016:11, 1017:7, 1019:21, 1022:5

**MITCHELL** [1] - 919:8

**Mitchell's** [7] - 918:24, 921:20, 1001:2, 1001:6, 1006:18, 1008:6, 1021:22

**MITCHELL.................
.................** [1] - 916:5

**modeling** [5] - 920:12, 920:20, 920:21, 1022:8

**moisture** [1] - 950:18

**moment** [6] - 931:24, 932:23, 951:6, 985:20, 992:10, 1010:2

**momentum** [5] - 941:1, 941:2, 979:3, 979:15, 983:5

**MONDAY** [2] - 913:8, 917:2

**Monday** [1] - 929:25

**monologue** [1] - 1005:14

**Montana** [1] - 928:7

**month** [1] - 1020:23

**morning** [21] - 917:9, 917:10, 919:17, 919:18, 926:7, 930:20, 930:21, 938:19, 938:20, 944:19, 944:21, 945:16, 945:17, 947:19, 947:20, 991:5, 999:3, 999:14, 1001:16, 1003:24, 1015:6

**MORNING** [1] - 913:18

**most** [11] - 921:3, 921:12, 925:25, 984:16, 989:17, 992:15, 993:23, 998:24, 1004:12, 1006:9, 1017:22

**motion** [11] - 937:22, 940:18, 987:2, 998:8, 1007:23, 1007:24, 1008:2, 1009:10, 1009:24

**motions** [1] - 935:6

**move** [19] - 944:11, 948:3, 948:9, 950:2, 951:7, 961:7, 965:16, 965:17, 973:3, 974:2, 979:23, 980:15, 982:11, 983:1, 993:4, 1000:15, 1003:5, 1003:6, 1005:14

**moved** [4] - 942:14, 975:1, 982:13, 1003:4

**movement** [7] - 923:13, 936:20, 945:5, 985:18, 986:21, 986:22, 986:23

**moves** [2] - 922:22, 957:9

**moving** [29] - 944:8, 944:10, 945:5, 957:13, 958:2, 960:16, 964:18, 964:22, 964:23, 964:24, 970:24, 970:25, 972:20, 987:16, 987:17, 987:18, 988:1, 988:4, 988:6, 988:7, 988:8, 988:22, 988:23, 991:7, 1002:10, 1002:13, 1002:17, 1009:4, 1009:22

**MR** [130] - 916:6, 916:7, 916:8, 917:13, 918:15, 918:21, 919:16, 921:17, 921:23, 921:24, 922:1, 922:6, 922:22, 922:25, 923:5, 923:9, 923:20, 923:23, 924:7, 924:9, 924:13, 924:17, 924:20, 924:24, 925:2, 925:6, 925:9, 925:15, 925:20, 926:21, 931:25, 932:9, 932:17, 933:9, 933:15, 933:20, 936:19, 940:11, 941:15, 942:7, 944:5, 947:22, 947:25, 948:3, 948:8, 948:12, 951:2, 953:15, 953:19, 953:21, 954:6, 954:8, 957:8, 959:9, 959:19, 961:3, 961:6, 962:20, 963:15, 963:20, 963:25, 964:10, 965:10, 965:17, 965:19, 966:23, 967:25, 968:6, 968:17, 968:20, 968:22, 972:17, 974:9, 974:12, 974:14, 980:18, 988:15, 989:13, 991:19, 994:7, 994:20, 995:4, 995:11, 995:14, 995:18, 995:24, 996:1, 996:6, 997:15, 999:20, 1000:1, 1000:3, 1000:11, 1000:14, 1000:24, 1001:1, 1001:5, 1001:13, 1001:15, 1004:23, 1005:1, 1005:3, 1005:7, 1005:10, 1005:15, 1005:17, 1006:23, 1007:3, 1008:9, 1008:12, 1008:16, 1010:17, 1010:20, 1011:22, 1011:24, 1012:1, 1014:7, 1016:12, 1016:16, 1017:1, 1017:6, 1018:10,

1018:12, 1018:16, 1022:1, 1022:4, 1022:18, 1023:1, 1023:2, 1023:3

**multidirectional** [2] - 997:20, 999:6

**multiple** [1] - 1016:1

**MUMFORD** [1] - 913:10

---

**N**

**N.W** [1] - 914:20

**N1** [1] - 983:8

**name** [4] - 919:11, 937:11, 992:13, 1001:16

**narratives** [2] - 927:7, 927:10

**NASA** [1] - 1015:21

**National** [37] - 921:5, 926:10, 926:13, 926:16, 926:22, 926:23, 926:25, 927:1, 927:7, 928:5, 928:14, 929:9, 929:10, 930:25, 933:22, 939:16, 946:8, 949:20, 952:7, 962:14, 985:10, 990:14, 992:15, 993:3, 993:5, 996:9, 996:11, 1004:10, 1005:25, 1009:3, 1012:15, 1019:23, 1019:25, 1020:5, 1020:13, 1020:18

**national** [1] - 998:15

**nature** [1] - 923:15

**naval** [1] - 923:12

**Navigation** [5] - 927:14, 998:13, 1014:11, 1014:20, 1014:25

**near** [4] - 942:16, 978:14, 981:21, 982:2

**necessarily** [15] - 918:13, 944:12, 953:10, 955:23, 955:25, 961:18, 975:5, 976:7, 976:11, 978:23, 1008:25, 1018:17, 1019:3, 1020:20, 1022:7

**necessary** [3] - 949:13, 1006:22, 1023:4

**need** [3] - 961:20, 993:15, 996:3
**negative** [4] - 985:25, 986:1, 986:22, 993:13
**never** [9] - 1018:4, 1018:17, 1018:21, 1018:25, 1019:3, 1019:21, 1019:25, 1020:2, 1020:5
**NEW** [9] - 913:7, 913:25, 914:4, 914:10, 914:14, 914:25, 915:6, 915:9, 915:16
**New** [8] - 927:13, 930:15, 930:16, 930:17, 931:3, 997:4, 1000:7, 1022:24
**new** [3] - 960:19, 969:11, 1020:23
**NEXRAD** [6] - 928:2, 928:4, 928:8, 996:9, 1021:6
**next** [60] - 923:1, 925:22, 931:6, 936:24, 937:21, 938:17, 942:10, 946:19, 948:15, 949:3, 951:3, 951:22, 952:10, 954:9, 956:7, 956:14, 956:21, 956:22, 956:23, 957:20, 957:24, 958:17, 959:1, 961:7, 961:10, 962:1, 964:1, 965:15, 965:19, 967:7, 967:10, 968:23, 970:10, 970:15, 971:4, 971:9, 971:12, 971:15, 972:1, 972:2, 972:18, 974:5, 974:19, 975:21, 976:21, 977:8, 978:7, 979:20, 979:24, 981:15, 982:7, 982:11, 983:1, 983:16, 983:20, 984:15, 984:25, 985:4, 993:2, 993:4
**Next** [1] - 928:4
**nice** [1] - 986:17
**Ninth** [4] - 942:8, 942:9, 957:4, 957:18
**NO** [3] - 913:6, 913:10,

913:14
**NOAA** [21] - 921:4, 926:11, 926:16, 926:18, 927:7, 931:8, 933:23, 946:2, 946:5, 946:7, 946:12, 946:13, 946:14, 946:16, 966:15, 966:25, 967:4, 993:5, 998:18, 1015:21
**NOAA.gov** [3] - 1020:18, 1021:2, 1021:9
**noisy** [1] - 1006:8
**NOLET** [1] - 915:11
**non** [2] - 994:4
**non-real** [2] - 994:4
**none** [6] - 917:24, 918:2, 970:11, 982:9, 989:17
**NONJURY** [1] - 913:19
**nonrelated** [1] - 1022:13
**normally** [4] - 935:18, 944:20, 949:18, 955:11
**NORTH** [1] - 915:11
**north** [20] - 957:10, 957:16, 958:19, 958:23, 965:2, 969:3, 970:14, 973:21, 975:17, 978:15, 978:19, 981:9, 982:13, 986:25, 989:4, 989:5, 990:17, 990:23, 999:6
**North** [2] - 928:18, 1001:17
**northeast** [5] - 975:11, 981:9, 1002:11, 1002:14, 1015:2
**northwest** [2] - 972:21, 973:21
**NOTE** [1] - 1017:2
**note** [1] - 954:15
**nothing** [2] - 919:5, 1008:25
**notice** [2] - 929:12, 946:2
**noticed** [2] - 946:3, 976:3
**number** [11] - 920:18, 922:24, 922:25, 923:2, 923:3, 939:15, 942:23, 952:14, 954:25, 958:3, 1000:12
**Number** [1] - 929:21

1010:14
**numbered** [2] - 1000:16, 1024:9
**numbers** [6] - 936:4, 954:4, 956:12, 993:13, 999:25
**numerous** [11] - 920:20, 920:22, 922:17, 929:10, 941:7, 947:10, 947:15, 957:25, 958:11, 998:25, 1015:24
**NY** [1] - 914:10

**O**

**o'clock** [9] - 944:19, 997:3, 997:4, 998:1, 999:9, 999:10, 999:12, 999:14
**oath** [1] - 919:10
**object** [5] - 923:9, 923:14, 937:10, 958:19, 959:8
**objection** [1] - 921:23
**observations** [2] - 927:10, 927:23
**observe** [2] - 962:16, 965:14
**observed** [1] - 1009:1
**observer** [2] - 1008:4, 1008:24
**obtained** [4] - 985:9, 993:6, 1009:3, 1012:15
**obvious** [2] - 1003:19, 1006:4
**obviously** [1] - 995:22
**occasion** [1] - 1007:17
**occur** [5] - 936:2, 937:20, 941:1, 942:15, 999:2
**occurred** [3] - 970:12, 970:13, 991:10
**occurrence** [10] - 922:19, 926:4, 926:5, 937:23, 952:13, 957:24, 973:6, 975:22, 979:2, 1022:11
**occurrence"** [1] - 939:9
**occurring** [12] - 941:8, 942:12, 942:16, 952:16, 954:15, 955:4, 969:2, 971:19, 981:17, 981:18, 999:1,

1010:14
**occurs** [2] - 950:11, 955:3
**ocean** [1] - 955:7
**Oceanic** [1] - 926:16
**OF** [6] - 913:2, 913:11, 913:14, 913:19, 914:3, 914:19
**offer** [2] - 921:21, 1021:22
**OFFICE** [1] - 914:19
**OFFICES** [1] - 914:3
**Official** [2] - 1024:5, 1024:15
**official** [9] - 926:9, 926:24, 926:25, 928:14, 934:7, 946:12, 946:13, 966:15, 966:25
**OFFICIAL** [1] - 915:15
**offshore** [3] - 934:2, 942:20, 947:11
**often** [1] - 949:13
**omnidirectional** [4] - 955:17, 958:12, 978:20, 991:4
**on-the-ground** [1] - 949:19
**once** [3] - 946:24, 955:16, 960:15
**one** [80] - 918:4, 924:11, 925:2, 925:4, 925:16, 929:12, 930:15, 931:9, 931:11, 932:16, 933:10, 935:1, 937:15, 937:16, 938:18, 941:21, 941:25, 942:1, 942:24, 943:4, 943:5, 943:7, 943:12, 943:13, 943:23, 943:24, 945:7, 947:11, 949:6, 951:16, 952:2, 953:1, 953:17, 953:18, 955:11, 957:2, 957:3, 957:17, 958:13, 960:7, 960:14, 960:15, 963:14, 963:22, 964:11, 964:12, 965:14, 969:8, 969:9, 970:23, 970:24, 971:12, 972:19, 973:2, 974:10, 975:1, 975:23, 977:2, 977:5, 982:11,

983:12, 983:14, 984:1, 984:17, 986:4, 986:5, 988:12, 990:20, 990:22, 992:10, 998:8, 998:12, 998:20, 999:25, 1000:4, 1001:17, 1006:12, 1009:7, 1013:12
**one-minute** [1] - 998:20
**ones** [7] - 931:12, 947:10, 948:17, 948:18, 948:23, 974:25, 982:1
**ONLY** [2] - 913:12, 913:15
**onshore** [2] - 980:16, 981:19
**operate** [2] - 956:10, 1017:23
**operating** [1] - 950:12
**operations** [2] - 930:19, 930:20
**opinion** [4] - 958:10, 973:13, 990:4, 999:6
**opinions** [1] - 999:13
**opportunity** [1] - 919:20
**opposite** [1] - 958:14
**ORDER** [1] - 917:4
**order** [10] - 923:1, 936:6, 941:19, 941:25, 951:24, 953:25, 954:4, 954:5, 974:10, 1000:16
**orientation** [3] - 953:6, 967:10, 1012:17
**original** [3] - 990:13, 993:5, 996:10
**originally** [1] - 990:13
**ORLEANS** [7] - 913:7, 913:25, 914:4, 914:14, 914:25, 915:9, 915:16
**Orleans** [8] - 927:13, 930:15, 930:16, 930:17, 931:3, 997:4, 1000:7, 1022:24
**otherwise** [3] - 922:3, 954:24, 1019:4
**outer** [3] - 977:18, 977:19, 981:6
**output** [1] - 1016:5
**outside** [1] - 929:17
**overall** [4] - 940:23,

940:24, 1014:16, 1015:3

**overly** [1] - 1005:14

**overturning** [1] - 955:8

**own** [13] - 924:15, 944:12, 953:10, 961:20, 961:22, 972:4, 974:25, 975:4, 982:22, 1006:25, 1007:15, 1012:14

## P

**p.m** [4] - 929:13, 929:20, 929:24, 998:15

**P435** [2] - 916:15, 1001:9

**P436** [2] - 916:15, 1001:9

**page** [7] - 996:12, 996:14, 997:13, 997:22, 997:23, 1006:18, 1021:3

**PAGE** [2] - 916:3, 916:12

**pages** [1] - 918:25

**panel** [26] - 939:8, 987:21, 987:23, 989:15, 990:11, 990:12, 992:24, 993:2, 1006:23, 1009:18, 1010:8, 1010:10, 1010:11, 1010:13, 1010:14, 1010:15, 1010:16, 1010:17, 1011:6, 1011:7, 1012:14, 1012:15, 1012:18, 1013:18, 1013:21

**panels** [2] - 985:13, 993:8

**paper** [2] - 935:12, 1019:4

**papers** [2] - 1019:1, 1020:21

**part** [6] - 918:25, 921:4, 960:15, 980:23, 982:16, 1011:16

**participated** [2] - 921:21, 922:13

**particular** [40] - 921:9, 927:11, 931:3, 934:5, 934:10, 935:11, 935:13, 935:18, 939:5, 939:17, 940:12,

942:17, 949:19, 950:1, 956:5, 957:1, 958:7, 958:16, 960:5, 960:14, 961:23, 963:14, 964:17, 970:18, 971:3, 972:20, 975:24, 976:25, 978:3, 978:16, 981:8, 982:25, 984:4, 985:1, 985:23, 987:23, 992:24, 999:24, 1009:17, 1011:10

**particularly** [3] - 919:22, 927:4, 927:13

**Pass** [6] - 930:6, 933:6, 934:12, 973:3, 980:13, 982:13

**pass** [1] - 1021:22

**passage** [2] - 935:20, 970:13

**past** [3] - 943:25, 997:3, 999:14

**patch** [5] - 945:9, 945:18, 947:8, 947:9, 948:20

**patches** [3] - 951:7, 951:16, 1004:12

**path** [3] - 929:19, 930:24, 998:14

**PATRICK** [1] - 914:15

**pattern** [9] - 996:25, 1007:19, 1007:20, 1007:21, 1012:2, 1012:3, 1012:7, 1012:9, 1012:10

**patterns** [2] - 983:11, 983:12

**pay** [2] - 961:23, 1021:21

**peer** [1] - 1019:4

**peer-reviewed** [1] - 1019:4

**pen** [3] - 1002:16, 1002:19, 1002:23

**people** [4] - 1020:2, 1020:8, 1020:10, 1020:13

**PEPPER** [1] - 915:15

**Pepper** [3] - 1024:3, 1024:13, 1024:14

**per** [3] - 936:6, 936:11, 998:21

**perceiving** [1] - 958:22

**percent** [2] - 1022:14, 1022:16

**perfect** [2] - 952:21, 964:14

**performed** [1] - 1005:21

**perhaps** [1] - 931:25

**period** [12] - 926:6, 927:24, 935:25, 939:21, 941:10, 941:11, 942:18, 948:20, 958:15, 993:6, 997:17, 999:7

**periods** [3] - 939:18, 941:7, 949:6

**permission** [1] - 976:20

**permit** [1] - 1022:9

**permutations** [1] - 917:24

**personal** [2] - 920:25, 922:20

**PERTAINS** [1] - 913:9

**perturbation** [1] - 984:24

**perturbed** [5] - 943:2, 954:24, 969:18, 987:12, 997:20

**perturbing** [2] - 940:25, 981:25

**PETER** [1] - 915:11

**Peter** [1] - 935:12

**Ph.D** [7] - 920:3, 920:8, 1017:7, 1017:9, 1017:17, 1018:20, 1018:25

**phase** [4] - 937:8, 937:11, 937:12, 937:13

**phenomena** [7] - 920:9, 920:21, 926:1, 929:6, 994:5, 1017:11

**photo** [1] - 928:19

**photographic** [1] - 924:22

**physical** [2] - 960:13, 994:5

**physics** [1] - 920:1

**pick** [2] - 949:1, 969:14

**picked** [4] - 949:16, 964:19, 969:11, 1015:15

**picture** [1] - 997:6

**piece** [1] - 998:12

**pieces** [1] - 1016:6

**pink** [2] - 1014:15, 1014:17

**pinpoint** [1] - 1014:9

**pinpointing** [1] - 960:13

**pixel** [2] - 933:18, 958:25

**pixels** [2] - 945:7, 947:9

**place** [2] - 942:18, 1020:19

**places** [1] - 950:23

**plaintiff** [5] - 917:12, 918:21, 922:22, 927:2, 934:7

**plaintiff's** [3] - 918:1, 923:11, 1014:18

**Plaintiff's** [3] - 921:3, 1001:6, 1001:7

**PLAINTIFFS** [3] - 913:11, 913:14, 913:23

**plaintiffs** [3] - 918:6, 923:6, 1000:16

**planning** [1] - 1022:12

**plans** [1] - 1022:19

**plenty** [1] - 930:25

**plot** [1] - 953:14

**point** [34] - 931:18, 932:2, 932:13, 932:25, 933:17, 934:9, 946:23, 952:25, 953:8, 953:9, 954:18, 955:9, 956:17, 971:15, 977:9, 977:14, 978:22, 981:8, 981:20, 982:20, 984:21, 987:6, 992:22, 993:9, 994:2, 997:12, 998:24, 1000:5, 1001:3, 1001:8, 1004:7, 1004:16, 1023:11

**pointed** [3] - 963:7, 986:15, 992:4

**pointer** [6] - 932:13, 932:20, 936:8, 967:19, 970:21, 1014:21

**pointing** [3] - 967:15, 986:5, 991:23

**points** [8] - 991:11, 991:12, 991:13, 991:14, 991:25, 992:1, 992:6, 1009:25

**polemical** [1] - 1005:14

**POLLARD** [1] - 914:6

**Ponchartrain** [1] - 981:9

**Pontchartrain** [8] - 930:4, 931:15,

**pixel** columns continued...

931:19, 936:7, 945:20, 945:23, 970:14, 973:10

**pop** [6] - 944:13, 969:15, 977:24, 982:23, 982:24

**popcorn** [2] - 969:13, 977:25

**popped** [1] - 969:12

**popping** [5] - 945:25, 961:16, 961:17, 971:3, 974:25

**portion** [13] - 930:4, 940:12, 943:20, 943:25, 988:22, 988:23, 993:18, 993:20, 1003:9, 1003:10, 1003:12, 1003:17

**portions** [2] - 993:22, 993:23

**portray** [1] - 1013:1

**position** [2] - 960:15, 961:1, 1012:17

**positive** [5] - 985:24, 986:21, 988:3, 993:13, 993:19

**possession** [1] - 921:20

**possibilities** [2] - 962:7, 991:4

**possibility** [1] - 990:24

**possible** [10] - 935:4, 949:2, 956:9, 997:20, 1012:12, 1013:8, 1014:2, 1014:4, 1014:6

**possibly** [5] - 954:20, 954:21, 992:20, 993:10, 1016:2

**potential** [4] - 917:23, 953:23, 956:4, 959:22

**potentially** [2] - 948:23, 951:17

**PowerPoint** [5] - 923:24, 924:5, 925:6, 1001:6, 1006:18

**POYDRAS** [3] - 914:24, 915:9, 915:15

**precise** [1] - 1010:15

**precursors** [1] - 949:12

**predict** [3] - 998:2, 998:6, 998:8

**prediction** [1] - 930:24

**predominant** [1] -

1012:6
**prepare** [2] - 931:1, 1000:10
**prepared** [5] - 923:24, 930:16, 930:17, 999:22, 1000:21
**present** [1] - 1012:22
**presentation** [4] - 923:24, 924:6, 954:10, 1018:21
**presented** [2] - 954:4, 1001:6
**pressed** [1] - 1013:19
**pressure** [1] - 981:1
**pretrial** [1] - 924:11
**pretty** [5] - 932:5, 936:4, 959:15, 959:16, 977:15
**prevailing** [1] - 1013:5
**previous** [8] - 947:8, 948:1, 949:9, 950:2, 956:25, 960:25, 969:9, 976:2
**previously** [1] - 956:3
**print** [1] - 947:3
**printed** [2] - 924:18, 924:24
**printer** [1] - 924:25
**printout** [1] - 925:10
**probability** [5] - 929:14, 929:15, 929:16, 929:17, 1000:9
**problem** [3] - 965:8, 992:18, 1015:22
**proceed** [1] - 1001:12
**PROCEEDINGS** [3] - 913:19, 915:17, 917:1
**proceedings** [5] - 1001:3, 1001:8, 1017:3, 1023:11, 1024:9
**process** [4] - 946:10, 985:11, 992:23, 1020:15
**processed** [5] - 952:6, 985:16, 987:4, 992:7, 1012:14
**processes** [3] - 992:16, 992:24, 1017:24
**processing** [5] - 950:20, 952:11, 962:8, 967:6, 986:17
**processor** [1] - 1006:1
**PROCTER** [1] - 915:3
**produce** [7] - 957:9, 957:14, 971:17, 983:2, 995:9, 999:5,

1013:10
**PRODUCED** [1] - 915:18
**produced** [4] - 972:25, 973:1, 986:16, 986:17
**produces** [2] - 975:25, 976:22
**producing** [13] - 954:20, 965:3, 972:22, 973:18, 978:15, 978:18, 978:19, 983:12, 987:12, 987:13, 987:14, 990:17, 990:18
**product** [14] - 933:22, 939:7, 949:5, 950:16, 951:23, 966:19, 972:1, 972:2, 976:10, 976:13, 985:22, 986:9, 1009:2, 1009:7
**products** [22] - 926:13, 928:7, 928:9, 928:10, 937:15, 939:6, 946:10, 950:21, 951:24, 952:9, 952:11, 952:16, 960:2, 962:25, 966:24, 968:15, 976:17, 989:23, 990:1, 1019:18, 1020:6, 1020:14
**professional** [2] - 962:15, 994:3
**Professional** [1] - 1024:4
**professionally** [1] - 1022:5
**program** [5] - 946:9, 1017:7, 1017:9, 1019:9, 1019:15
**projected** [1] - 930:1
**pronunciation** [1] - 1013:9
**properly** [2] - 990:9, 992:23
**property** [5] - 920:24, 921:13, 922:20, 927:5, 935:24
**protection** [1] - 980:23
**provide** [2] - 921:5, 921:7
**provided** [2] - 922:10, 985:5
**prudent** [1] - 930:19

**public** [2] - 950:21, 1019:22
**publication** [1] - 1019:4
**published** [1] - 935:12
**pull** [1] - 990:13
**pulled** [3] - 927:3, 946:5, 993:3
**Purdue** [3] - 920:3, 920:4, 1018:4
**purely** [1] - 960:6
**purpose** [5] - 963:18, 990:4, 990:6, 991:3, 1007:18
**pursuing** [1] - 1018:3
**push** [2] - 958:19, 958:20
**pushed** [1] - 957:15
**pushing** [2] - 932:13, 969:5
**put** [18] - 928:9, 929:10, 929:22, 933:22, 940:13, 951:25, 952:12, 952:13, 952:15, 952:22, 957:1, 967:21, 987:10, 989:10, 997:24, 1003:16, 1009:18, 1022:12
**puts** [2] - 946:14, 952:7
**putting** [2] - 932:10, 990:7

**Q**

**quadrant** [15] - 930:6, 930:7, 934:9, 934:12, 986:6, 986:8, 986:10, 986:12, 986:13, 987:22, 989:14, 991:6, 992:9, 1010:18
**quadrants** [1] - 986:5
**qualification** [1] - 923:14
**qualifications** [1] - 919:21
**qualified** [3] - 920:19, 1020:11, 1020:12
**quality** [1] - 1020:14
**questions** [3] - 923:15, 958:1, 990:15
**quite** [1] - 1006:3

1021:10, 1021:16, 1021:19
**Radar** [1] - 928:4
**radar-derived** [1] - 934:4
**Radial** [1] - 996:9
**radial** [9] - 985:16, 986:8, 986:11, 990:11, 992:1, 1008:20, 1008:21, 1009:3
**Raffman** [1] - 1001:16
**RAFFMAN** [38] - 915:4, 921:23, 923:9, 925:2, 925:6, 959:9, 995:14, 995:18, 995:24, 1001:13, 1001:15, 1004:23, 1005:1, 1005:3, 1005:7, 1005:10, 1005:15, 1005:17, 1006:23, 1007:3, 1008:9, 1008:12, 1008:16, 1010:17, 1010:20, 1011:22, 1011:24, 1012:1, 1014:7, 1017:6, 1018:10, 1018:12, 1018:16, 1022:1, 1022:4, 1022:18, 1023:1, 1023:3
**RAFFMAN................ ....** [1] - 916:8
**rainfall** [1] - 971:24
**rains** [2] - 944:22, 945:3
**raise** [1] - 919:3
**range** [5] - 951:24, 958:7, 962:7, 1006:4, 1006:5
**ranging** [1] - 998:22
**rate** [1] - 1021:23
**raw** [1] - 952:5
**RE** [1] - 913:4
**reach** [3] - 955:9, 955:22, 955:25
**reaches** [2] - 973:3, 978:24
**reaching** [1] - 949:23
**read** [8] - 917:21, 996:7, 1017:21, 1020:22, 1021:7, 1021:11, 1021:21, 1021:24
**ready** [6] - 930:11, 954:2, 965:16, 965:17, 1001:12, 1022:23
**real** [7] - 981:3, 984:1,

**R**

**R0** [1] - 983:7
**radar** [128] - 926:12, 928:1, 928:5, 928:6, 928:8, 928:13, 928:21, 929:1, 929:2, 929:5, 930:2, 934:3, 934:4, 936:25, 937:2, 937:4, 937:5, 937:6, 937:18, 937:25, 938:2, 938:5, 938:10, 938:12, 938:14, 938:23, 939:1, 942:15, 943:6, 943:18, 944:25, 947:10, 948:19, 948:23, 948:25, 949:16, 950:19, 950:23, 952:6, 962:8, 962:13, 962:17, 964:18, 966:7, 966:9, 971:9, 973:5, 980:1, 980:3, 980:4, 983:9, 983:19, 985:22, 986:16, 986:21, 986:22, 986:23, 986:24, 986:25, 988:2, 988:5, 988:22, 988:23, 991:7, 992:11, 993:19, 993:20, 997:10, 998:25, 999:2, 999:8, 1002:10, 1002:14, 1002:17, 1002:21, 1002:23, 1002:25, 1003:10, 1003:14, 1005:25, 1006:4, 1008:25, 1009:5, 1009:16, 1009:23, 1009:24, 1010:6, 1010:7, 1011:17, 1012:3, 1012:7, 1012:12, 1012:19, 1012:22, 1013:2, 1013:4, 1013:13, 1014:14, 1015:1, 1017:8, 1017:14, 1017:17, 1017:21, 1017:22, 1017:23, 1018:1, 1018:18, 1019:5, 1019:16, 1019:19, 1019:21, 1020:6, 1020:9, 1020:15, 1020:19, 1020:24, 1021:1, 1021:6,

984:11, 993:11, 994:4, 1004:4
**realize** [1] - 995:8
**really** [6] - 929:23, 965:8, 977:3, 989:18, 1009:21, 1012:13
**Realtime** [1] - 1024:3
**realtime** [1] - 950:16
**reason** [5] - 918:3, 929:22, 989:10, 1006:21
**recalibrating** [1] - 933:12
**received** [1] - 934:13
**receiving** [1] - 1017:17
**recess** [4] - 1001:4, 1022:21, 1022:24, 1023:12
**recognize** [3] - 948:7, 994:3, 1019:20
**reconstruct** [2] - 921:6, 922:21
**reconstruction** [5] - 920:18, 920:23, 921:2, 922:14, 922:18
**record** [22] - 918:18, 919:12, 926:25, 936:13, 941:9, 943:7, 945:18, 947:3, 947:5, 971:6, 972:4, 973:9, 975:7, 977:1, 980:20, 986:4, 995:12, 996:7, 996:8, 997:13, 1018:7, 1024:9
**RECORDED** [1] - 915:17
**records** [1] - 1005:25
**red** [56] - 933:5, 944:24, 945:1, 945:18, 947:9, 951:11, 951:12, 951:15, 963:7, 964:15, 967:15, 968:8, 970:3, 971:16, 971:20, 972:9, 975:7, 976:3, 977:24, 978:4, 981:9, 981:16, 982:3, 984:14, 985:24, 986:20, 987:16, 987:17, 987:20, 987:22, 987:25, 988:1, 988:3, 988:9, 991:7, 993:13, 993:19,

995:9, 1002:13, 1003:2, 1003:3, 1003:15, 1003:17, 1009:14, 1009:23, 1010:5, 1011:16, 1012:8, 1012:10, 1012:22, 1012:23, 1015:4
**redo** [3] - 967:24, 968:1, 1003:20
**redraw** [1] - 1003:3
**reduced** [1] - 930:23
**reduces** [1] - 929:17
**refer** [2] - 928:3, 995:21
**referred** [1] - 1006:23
**referring** [2] - 973:24, 989:14
**reflected** [1] - 1014:13
**reflection** [2] - 937:6, 937:17
**reflectivity** [30] - 937:16, 938:7, 938:9, 939:1, 939:2, 941:23, 944:17, 949:7, 951:17, 953:22, 954:11, 959:21, 960:3, 962:22, 966:19, 971:19, 976:11, 977:20, 980:15, 981:4, 982:4, 982:19, 985:12, 985:14, 986:7, 989:21, 994:10, 994:12, 1015:7, 1016:7
**reflects** [2] - 1016:13, 1016:16
**regarding** [1] - 921:1
**region** [3] - 928:16, 932:1, 953:24
**Registered** [2] - 1024:3, 1024:4
**related** [1] - 1022:9
**relates** [1] - 920:6
**relation** [1] - 920:7
**relative** [16] - 978:17, 985:17, 986:12, 992:4, 1007:12, 1007:14, 1007:15, 1007:18, 1008:1, 1008:3, 1008:4, 1008:18, 1009:6, 1014:13
**relatively** [1] - 978:10
**relevant** [3] - 919:22, 920:8, 920:15
**relied** [1] - 1006:13
**rely** [3] - 921:4, 921:6,

1020:8
**remember** [4] - 953:14, 1016:20, 1019:12, 1019:17
**remotely** [1] - 918:10
**remove** [1] - 1007:24
**removes** [2] - 992:25
**rendered** [1] - 1014:10
**rendering** [1] - 1007:5
**report** [34] - 918:24, 918:25, 919:19, 924:3, 925:12, 925:13, 925:16, 927:19, 929:9, 929:22, 937:25, 949:20, 958:10, 978:20, 985:7, 991:13, 991:21, 996:13, 996:15, 997:13, 997:23, 998:11, 999:17, 1001:24, 1007:8, 1007:8, 1008:17, 1008:22, 1010:1, 1012:18, 1014:12, 1014:25, 1019:7
**Reporter** [6] - 1024:3, 1024:4, 1024:5, 1024:15
**REPORTER** [2] - 915:15, 1016:24
**reporter** [1] - 1016:22
**REPORTER'S** [2] - 1017:2, 1024:1
**reporting** [2] - 1008:18, 1008:20
**reports** [5] - 918:7, 926:10, 927:8, 938:14, 1007:15
**repository** [1] - 926:24
**represent** [2] - 997:21, 1009:15
**represents** [4] - 1010:5, 1011:13, 1011:16, 1012:3
**request** [1] - 995:14
**requires** [1] - 922:18
**research** [1] - 1015:20
**Research** [1] - 935:11
**researched** [1] - 928:10
**residing** [1] - 929:15
**resolution** [1] - 928:6
**respect** [7] - 921:9, 921:17, 927:6, 927:13, 929:2, 929:3, 999:4
**respond** [1] - 1004:24
**response** [1] - 1017:3
**response)** [1] - 938:22

rest [2] - 923:4, 977:2
**review** [4] - 926:8, 927:16, 927:18, 927:21
**reviewed** [6] - 926:9, 927:10, 938:19, 938:23, 990:4, 1019:4
**RICHARD** [2] - 914:19, 914:19
**RICHARDSON** [1] - 913:11
**RIDGELAKE** [1] - 914:16
**right-hand** [4] - 989:15, 1009:2, 1009:14, 1010:9
**rim** [2] - 1011:3, 1011:4
**rise** [2] - 917:7, 1001:10
**Rita** [1] - 920:23
**River** [1] - 943:9
**RMR** [2] - 915:15, 1024:14
**ROBBINS** [1] - 915:5
**role** [1] - 1020:5
**ROOM** [1] - 915:15
**rotate** [1] - 969:14
**rotates** [1] - 970:25
**rotating** [20] - 926:4, 939:24, 940:21, 954:20, 955:21, 956:14, 971:1, 973:17, 983:14, 984:18, 987:1, 987:2, 987:12, 987:14, 987:19, 988:16, 988:20, 988:21, 1013:3, 1013:4
**rotation** [59] - 936:21, 939:17, 940:4, 941:1, 942:24, 942:25, 943:1, 943:2, 945:12, 947:13, 947:14, 948:20, 949:10, 949:14, 949:15, 949:22, 950:9, 957:6, 957:13, 961:12, 961:20, 965:1, 965:2, 965:25, 966:11, 968:14, 968:15, 969:4, 969:14, 971:5, 971:25, 972:3, 972:21, 972:23, 973:7, 973:21, 973:22,

977:18, 978:15, 979:2, 979:5, 979:7, 979:9, 979:11, 982:18, 983:2, 983:5, 983:22, 984:18, 985:19, 987:1, 988:19, 990:25, 993:12, 1009:8, 1012:9, 1015:16, 1015:17
**rotational** [2] - 954:21, 999:4
**rotations** [2] - 964:19, 976:16
**run** [1] - 946:9

## S

**s/Cathy** [1] - 1024:13
**safe** [1] - 946:12
**sake** [1] - 989:1
**SANDERS** [1] - 914:15
**Saturday** [6] - 929:13, 929:25, 930:9, 930:20, 930:21, 998:16
**save** [1] - 1004:20
**saw** [13] - 942:16, 944:20, 945:4, 947:8, 957:17, 960:24, 964:15, 969:9, 969:19, 969:20, 969:24, 974:16
**scale** [36] - 929:4, 933:2, 934:19, 934:20, 934:21, 934:23, 935:1, 935:17, 937:22, 940:20, 943:16, 943:19, 944:24, 945:1, 945:8, 954:17, 971:23, 985:24, 988:3, 993:19, 996:25, 1009:22, 1010:4, 1010:7, 1010:8, 1010:10, 1010:13, 1010:23, 1010:25, 1011:2, 1011:7, 1011:8, 1011:9
**scales** [2] - 931:24, 935:5
**scan** [16] - 938:11, 938:17, 942:15, 948:25, 950:19, 960:15, 960:16, 967:10, 971:9, 974:15, 977:11, 985:1, 986:14,

991:6, 991:8, 991:20
**scanning** [2] - 938:2, 938:3
**scans** [2] - 968:11, 986:5
**scattered** [2] - 975:22, 987:22
**scenario** [1] - 992:14
**scenarios** [1] - 1020:25
**schools** [1] - 1017:22
**Science** [1] - 920:2
**science** [1] - 920:4
**screen** [5] - 932:2, 935:9, 945:11, 959:14, 974:21
**sea** [3] - 922:17, 980:1
**search** [1] - 1021:10
**seated** [2] - 917:8, 1001:11
**second** [13] - 935:18, 935:19, 938:1, 943:12, 943:24, 950:2, 951:10, 969:7, 980:12, 992:7, 998:22, 1009:19
**seconds** [1] - 936:2
**SECTION** [1] - 913:7
**sections** [1] - 985:12
**see** [119] - 925:3, 927:6, 928:25, 929:5, 930:2, 930:4, 931:9, 931:12, 931:13, 931:14, 931:19, 931:21, 932:14, 932:20, 932:24, 933:5, 936:16, 937:16, 939:7, 939:9, 939:10, 939:13, 940:17, 940:21, 941:4, 942:20, 943:1, 944:11, 944:14, 944:16, 944:20, 945:8, 945:9, 945:10, 945:12, 945:13, 946:11, 951:3, 951:11, 951:17, 953:2, 953:12, 954:13, 956:15, 957:1, 957:12, 957:21, 957:24, 958:17, 960:7, 961:11, 961:12, 961:14, 961:17, 961:24, 962:21, 964:3, 967:10, 967:18, 968:7,

968:24, 970:2, 970:16, 970:17, 970:18, 971:1, 971:5, 972:19, 973:6, 974:15, 974:23, 976:22, 977:11, 977:12, 977:18, 977:19, 977:21, 978:23, 979:15, 980:7, 980:8, 980:14, 981:2, 981:16, 982:3, 982:4, 982:12, 982:14, 982:15, 982:17, 982:20, 983:6, 983:21, 983:23, 984:11, 985:2, 987:22, 989:22, 992:3, 993:12, 997:2, 1003:24, 1004:17, 1006:24, 1009:25, 1010:2, 1010:7, 1011:3, 1011:12, 1012:7, 1015:22, 1019:17
**seeing** [8] - 940:2, 949:4, 954:24, 971:20, 983:22, 987:20, 990:23, 1016:2
**seeking** [1] - 923:11
**sees** [5] - 960:14, 960:16, 960:17, 995:6, 1004:17
**send** [1] - 1021:19
**sends** [1] - 937:5
**sense** [2] - 989:6, 993:24
**sent** [1] - 924:9
**sentence** [1] - 1021:8
**sequence** [2] - 954:10, 1000:18
**series** [2] - 947:10, 999:25
**service** [1] - 976:23
**Service** [30] - 921:5, 926:10, 926:13, 926:25, 927:7, 928:5, 928:10, 928:14, 929:10, 939:16, 949:20, 950:12, 950:15, 952:7, 962:14, 985:10, 990:14, 992:16, 993:3, 993:6, 996:9, 996:11, 1004:10, 1005:25, 1009:3, 1012:16, 1019:23,

1019:25, 1020:6, 1020:18
**SESSION** [1] - 913:18
**session** [2] - 917:7, 1001:10
**set** [4] - 931:4, 999:24, 1006:8, 1014:8
**seven** [2] - 938:6, 958:14
**several** [8] - 937:15, 938:3, 948:18, 948:19, 955:1, 962:7, 1019:18, 1022:10
**severe** [8] - 920:22, 945:4, 960:4, 971:23, 975:25, 1019:22, 1020:2, 1020:9
**severely** [1] - 1006:16
**SEYMOUR** [2] - 914:19, 914:19
**shall** [1] - 924:18
**SHAWN** [1] - 914:6
**shear** [1] - 999:3
**Sheena** [4] - 947:5, 959:17, 963:17, 1000:18
**shift** [4] - 937:9, 937:11, 937:12, 937:13
**ships** [1] - 922:17
**short** [2] - 935:24, 948:25
**shortening** [1] - 986:23
**shot** [1] - 932:8
**show** [20] - 931:24, 937:20, 941:6, 944:15, 946:20, 946:22, 949:5, 968:15, 990:6, 990:12, 991:3, 993:2, 993:17, 1003:6, 1003:16, 1004:8, 1009:22, 1013:10, 1016:7
**showed** [6] - 931:3, 943:8, 948:15, 964:15, 970:12, 977:2
**showing** [8] - 929:1, 938:13, 943:6, 951:7, 985:19, 990:7, 997:7, 997:19
**shown** [7] - 943:16, 965:15, 965:22, 966:24, 966:25, 987:4, 987:5
**shows** [16] - 929:13,

937:17, 941:23, 956:8, 958:18, 981:8, 984:11, 984:23, 991:7, 996:18, 997:8, 1007:6, 1009:7, 1012:16, 1014:25
**Shreveport** [1] - 963:23
**side** [8] - 933:3, 933:5, 934:12, 939:8, 985:24, 1010:4, 1010:9, 1012:9
**sides** [2] - 935:14, 936:5
**signal** [2] - 962:6, 1006:1
**signature** [19] - 949:8, 949:13, 950:4, 952:13, 961:8, 965:15, 965:24, 966:2, 966:6, 966:17, 970:12, 974:2, 974:15, 976:16, 976:23, 977:2, 979:21, 982:8, 985:2
**signatures** [4] - 926:6, 937:21, 937:23, 961:9, 983:18, 997:9
**significant** [3] - 939:25, 940:3, 973:2
**signify** [1] - 946:4
**signs** [1] - 935:5
**sill** [1] - 966:3
**similar** [1] - 952:18
**simple** [1] - 969:17
**simplistic** [3] - 997:6, 997:18, 1020:20
**simply** [5] - 942:2, 966:14, 972:12, 1007:20, 1014:3
**single** [3] - 938:1, 955:20, 955:22
**single-microburst** [1] - 955:20
**sit** [2] - 990:25, 1005:24
**site** [1] - 1021:17
**sites** [1] - 928:14
**sitting** [15] - 931:23, 939:10, 945:11, 947:11, 951:8, 954:16, 957:4, 967:12, 967:14, 967:16, 968:8, 972:24, 981:22, 989:24, 990:16
**situation** [3] - 983:15, 991:4, 995:4

**six** [9] - 935:2, 938:5, 938:10, 938:12, 938:15, 958:13, 960:11, 960:16, 967:8
**six-minute** [1] - 960:16
**size** [3] - 941:21, 969:22, 970:3
**slab** [1] - 921:13
**slicing** [1] - 938:6
**slide** [62] - 925:22, 931:6, 935:11, 935:13, 936:24, 939:5, 942:10, 946:19, 947:8, 948:15, 949:3, 951:3, 952:25, 954:9, 956:5, 956:7, 956:21, 956:22, 956:23, 956:25, 957:20, 957:24, 959:1, 960:25, 961:10, 962:1, 964:1, 964:5, 965:13, 965:16, 965:19, 967:7, 968:23, 971:4, 972:18, 974:5, 974:19, 975:21, 976:2, 976:5, 976:21, 977:8, 979:20, 979:24, 983:16, 983:20, 984:15, 984:25, 985:4, 993:2, 993:4, 995:14, 995:17, 995:19, 998:9, 1004:16, 1009:19, 1010:2, 1013:23
**Slidell** [4] - 928:8, 986:25, 988:5, 1002:14
**slides** [5] - 925:15, 951:6, 973:4, 994:9, 1014:8
**slightly** [1] - 930:2
**small** [3] - 941:25, 974:25, 1014:9
**smaller** [4] - 935:1, 935:3, 935:17, 935:21
**smaller-scale** [1] - 935:17
**Society** [4] - 1017:13, 1017:21, 1020:22, 1021:19
**software** [2] - 1010:12, 1011:6
**solemnly** [1] - 919:4

**sometimes** [3] - 960:18, 992:15, 1005:13

**somewhere** [3] - 938:15, 938:20, 1014:21

**sonar** [1] - 937:7

**soon** [1] - 954:2

**sophisticated** [2] - 950:16, 997:19

**sorry** [20] - 931:18, 932:4, 953:8, 981:22, 986:6, 986:10, 986:14, 1000:14, 1003:5, 1003:24, 1004:23, 1005:21, 1006:2, 1006:19, 1008:9, 1011:22, 1014:9, 1016:12, 1016:15, 1018:7

**Sorry** [1] - 1017:1

**sort** [1] - 978:4

**sound** [3] - 937:12, 972:6, 972:7

**south** [15] - 943:9, 943:13, 945:22, 957:10, 957:14, 957:15, 970:14, 973:10, 978:18, 987:15, 988:7, 988:8, 990:23, 999:7

**southerly** [1] - 957:10

**southwest** [3] - 970:23, 975:2, 975:8

**spaced** [1] - 960:21

**spare** [1] - 925:7

**speaking** [2] - 940:13, 1011:11

**specific** [1] - 998:3

**specifically** [8] - 919:22, 920:6, 925:23, 926:15, 928:15, 928:16, 935:16, 955:2

**spectrum** [3] - 985:21, 986:13, 989:16

**speeches** [1] - 1004:20

**speed** [2] - 935:22, 1014:3

**speeds** [2] - 922:19, 936:10

**spell** [1] - 919:11

**spent** [2] - 997:7, 998:24

**spot** [2] - 932:24, 967:15

**spots** [8] - 945:22, 948:14, 971:20,

975:7, 975:14, 976:3, 981:9, 982:3

**spotting** [1] - 933:11

**spreading** [1] - 955:17

**St** [1] - 980:13

**ST** [2] - 913:24, 914:4

**stadium** [1] - 955:20

**stage** [2] - 953:13, 1000:22

**stages** [1] - 938:6

**stamp** [2] - 946:2, 946:14

**stamped** [1] - 993:5

**standard** [1] - 928:13

**standardized** [2] - 928:4, 928:6

**standpoint** [3] - 918:15, 918:16, 918:17

**STANWOOD** [1] - 913:19

**star** [1] - 928:24

**start** [9] - 917:22, 919:24, 928:21, 944:18, 976:11, 988:13, 1000:23, 1001:18, 1021:9

**started** [2] - 917:25, 1022:7

**starting** [2] - 961:11, 977:17

**State** [1] - 1024:5

**state** [2] - 919:11, 946:16

**States** [2] - 1024:6, 1024:16

**STATES** [2] - 913:1, 913:20

**station** [2] - 1002:11, 1002:14

**stations** [2] - 928:5, 934:1

**STENOGRAPHY** [1] - 915:17

**step** [3] - 952:10, 999:23, 1000:20

**Steve** [1] - 933:13

**stick** [1] - 997:18

**still** [19] - 923:2, 935:1, 945:13, 945:14, 954:12, 966:3, 967:10, 967:18, 967:19, 969:2, 969:10, 972:20, 974:20, 974:21, 975:23, 979:17, 981:24, 1012:10

**stir** [1] - 979:14

**stirring** [1] - 979:13

**stop** [4] - 959:22, 986:2, 992:7, 1005:9

**storm** [29] - 920:23, 921:14, 926:3, 931:14, 934:22, 937:18, 942:19, 950:7, 955:21, 956:16, 961:17, 983:3, 984:24, 985:18, 985:23, 998:14, 1007:12, 1007:14, 1007:15, 1007:18, 1008:24, 1009:6, 1009:10, 1014:13, 1020:2

**storms** [7] - 920:23, 935:6, 943:5, 1019:22, 1020:9

**straight** [4] - 955:11, 955:13, 955:15, 956:1

**strategy** [3] - 917:20, 918:1, 918:3

**STREET** [5] - 914:7, 914:13, 914:24, 915:9, 915:15

**strike** [6] - 930:11, 930:14, 930:15, 955:24, 1000:5, 1000:7

**strong** [8] - 936:1, 972:9, 976:24, 980:14, 980:15, 982:14, 983:24, 989:19

**stronger** [1] - 1006:9

**studied** [1] - 921:9

**studies** [3] - 1018:4, 1020:25, 1022:9

**study** [2] - 1017:10, 1018:11

**studying** [1] - 920:12

**stuff** [1] - 984:8

**stylus** [1] - 1002:2

**submit** [1] - 924:7

**submitted** [1] - 924:3

**subtract** [1] - 1007:25

**subtracted** [1] - 985:19

**suddenly** [1] - 979:7

**sufficient** [1] - 949:13

**SUITE** [3] - 914:17, 914:20, 915:9

**sum** [1] - 917:20

**summarize** [1] - 924:2

**Sunday** [1] - 929:25

**supercell** [7] - 955:21, 973:2, 973:24, 974:1, 974:17, 975:24, 976:22

**superimposed** [1] - 996:25

**surface** [7] - 949:23, 955:11, 955:16, 966:10, 979:9, 979:11, 999:5

**surge** [2] - 921:14, 926:3

**surrounding** [1] - 928:25

**suspect** [5] - 953:25, 968:8, 978:4, 981:12, 994:13

**suspicion** [1] - 970:6

**suspicions** [1] - 976:13

**sustained** [4] - 933:1, 933:6, 948:18, 998:20

**SUTTERFIELD** [1] - 915:8

**swear** [2] - 919:4, 932:10

**sweep** [2] - 939:18, 939:24

**sworn** [1] - 919:9

**synoptic** [12] - 933:2, 934:20, 940:24, 940:25, 941:21, 953:11, 961:18, 964:24, 965:22, 978:2, 996:25, 1007:19

**system** [36] - 933:2, 934:20, 934:21, 934:23, 934:24, 935:2, 935:3, 935:8, 942:24, 943:4, 947:11, 948:16, 950:18, 954:25, 956:16, 957:12, 957:13, 957:24, 958:2, 960:24, 961:18, 964:23, 964:24, 969:13, 969:16, 970:25, 971:1, 978:2, 980:24, 985:18, 985:23, 987:2, 987:19, 998:7, 1008:2, 1008:3

**systems** [8] - 920:10, 920:13, 934:24, 934:25, 942:25, 961:17, 965:21

**superimposed** [1] - 996:25

**table** [1] - 968:25

**task** [1] - 1000:22

**taught** [2] - 1018:17, 1020:2

**teaching** [3] - 1018:3, 1018:5, 1018:9

**team** [1] - 924:14

**technical** [1] - 1020:23

**technician** [2] - 1017:22, 1019:16

**technicians** [1] - 1017:23

**tender** [3] - 923:6, 923:10, 1000:11

**tendered** [1] - 923:18

**term** [2] - 928:2, 992:12

**terminal** [1] - 998:13

**terms** [3] - 920:5, 923:13, 928:2

**tested** [1] - 928:10

**testified** [2] - 919:10, 1015:6

**testimony** [13] - 919:4, 927:16, 930:10, 992:8, 992:22, 997:16, 1001:2, 1002:9, 1003:23, 1007:7, 1015:9, 1021:11, 1023:8

**Texas** [1] - 963:22

**THE** [232] - 913:19, 913:23, 914:23, 917:7, 917:9, 917:11, 917:14, 918:16, 919:2, 919:3, 919:7, 919:11, 919:13, 921:25, 922:4, 922:24, 923:4, 923:8, 923:17, 923:21, 924:5, 924:8, 924:11, 924:15, 924:19, 924:21, 925:1, 925:4, 925:8, 925:11, 925:18, 926:19, 928:22, 928:23, 931:17, 931:18, 931:20, 931:21, 932:3, 932:4, 932:5, 932:6, 932:7, 932:10, 932:11, 932:12, 932:15, 932:19, 932:22, 933:13, 933:17, 936:12, 936:15, 936:16, 939:12, 939:13,

**T**

**T5** [1] - 983:7

939:20, 939:22,
940:5, 940:7, 941:9,
941:11, 941:13,
942:1, 942:4, 942:5,
943:16, 943:18,
943:22, 943:23,
943:24, 943:25,
944:3, 947:2, 947:8,
947:17, 947:18,
947:19, 947:20,
947:24, 948:2,
948:4, 948:6, 948:7,
948:10, 950:10,
950:14, 950:25,
953:17, 953:18,
954:3, 956:20,
956:21, 956:23,
956:24, 958:22,
958:24, 959:3,
959:4, 959:7,
959:10, 959:12,
959:13, 959:14,
959:15, 959:16,
959:17, 960:5,
960:9, 960:10,
960:11, 961:2,
961:4, 962:2, 962:4,
962:5, 962:6,
962:10, 962:11,
962:18, 963:14,
963:16, 963:17,
963:21, 964:7,
964:8, 964:20,
964:22, 965:7,
965:12, 965:13,
965:18, 965:20,
966:1, 966:4,
966:13, 966:15,
966:21, 967:14,
967:21, 967:24,
968:1, 968:3, 968:4,
968:19, 972:4,
972:7, 972:10,
972:11, 972:12,
972:14, 972:15,
974:6, 974:11,
979:25, 980:1,
980:3, 980:4, 980:5,
980:6, 987:16,
987:17, 987:20,
987:24, 988:1,
988:2, 988:5, 988:7,
988:9, 988:10,
988:25, 989:4,
989:6, 989:7, 989:9,
989:10, 991:16,
993:16, 993:17,
994:18, 994:24,
995:5, 995:8,
995:13, 995:16,
995:20, 996:3,

997:12, 999:22,
1000:13, 1000:17,
1000:19, 1000:20,
1000:25, 1001:10,
1001:12, 1004:22,
1004:24, 1005:2,
1005:4, 1005:8,
1005:12, 1006:20,
1008:8, 1008:11,
1008:14, 1010:15,
1010:16, 1010:18,
1011:21, 1011:23,
1013:7, 1013:14,
1013:15, 1013:17,
1014:1, 1014:5,
1016:15, 1016:19,
1016:20, 1016:22,
1016:24, 1016:25,
1018:9, 1018:11,
1018:13, 1018:14,
1021:23, 1022:21,
1023:5, 1023:9,
1023:10

**themselves** [1] -
920:11

**thereabouts** [1] -
1022:25

**thesis** [6] - 920:8,
920:9, 979:1,
1005:8, 1018:20,
1018:25

**they've** [4] - 933:24,
934:1, 934:3

**thinking** [5] - 917:23,
918:1, 918:13,
930:22, 1000:19

**third** [2] - 949:5,
998:24

**three** [17] - 917:15,
935:5, 935:18,
935:19, 936:2,
944:2, 953:4, 960:2,
960:7, 961:13,
964:16, 964:19,
970:19, 971:16,
972:19, 998:22

**three-second** [3] -
935:18, 935:19,
998:22

**THROUGH** [1] -
916:14

**throughout** [1] -
975:23

**throw** [1] - 976:17

**thrust** [2] - 921:15,
1008:21

**thunderstorm** [10] -
934:25, 935:25,
939:17, 941:20,
945:3, 949:9,

952:15, 955:3,
955:6, 1015:16

**thunderstorms** [10] -
926:5, 935:7,
940:16, 944:22,
945:25, 955:4,
975:4, 977:25,
982:22

**tight** [1] - 961:12

**tighter** [4] - 949:10,
949:22, 950:8,
965:25

**tilt** [2] - 938:3

**timing** [1] - 921:14

**title** [1] - 996:8

**TO** [4] - 913:9, 913:11,
913:14, 917:4

**today** [3] - 917:12,
923:25, 1005:24

**together** [1] - 951:25

**took** [2] - 954:15,
971:9

**tools** [1] - 963:3

**top** [4] - 939:23,
979:15, 984:8, 991:6

**tornadic** [6] - 935:4,
949:11, 949:14,
949:23, 950:8,
966:11

**tornadic-type** [2] -
949:11, 949:14

**tornado** [37] - 922:19,
926:6, 937:21,
937:23, 937:24,
939:2, 949:8,
949:11, 949:12,
949:15, 949:17,
950:4, 952:13,
954:11, 960:3,
961:8, 965:15,
965:24, 966:1,
966:6, 966:17,
970:11, 970:12,
974:2, 974:15,
976:15, 976:16,
976:23, 976:24,
977:2, 979:21,
982:7, 983:18,
985:1, 997:9,
1020:10

**tornadoes** [6] - 926:5,
935:4, 935:6,
949:12, 949:20,
1022:11

**totally** [3] - 955:15,
962:11, 973:18

**touchdown** [1] -
976:24

**toward** [13] - 957:22,
958:20, 969:6,

986:23, 988:22,
993:20, 1002:17,
1002:21, 1003:9,
1003:14, 1009:4,
1009:24, 1010:7

**towards** [2] - 958:2,
987:16

**trace** [1] - 1002:16

**track** [7] - 930:1,
930:3, 930:8,
931:13, 931:14,
1022:22

**tracking** [1] - 964:25

**train** [1] - 937:12

**training** [1] - 1017:16

**trajectory** [3] - 998:2,
998:6, 998:8

**transcript** [3] -
1016:13, 1016:16,
1024:8

**TRANSCRIPT** [2] -
913:19, 915:17

**transfer** [1] - 979:15

**transferred** [1] - 941:3

**translational** [1] -
1007:23

**transmitted** [1] -
973:22

**transport** [1] - 920:21

**TRAYLOR** [1] - 913:23

**treatise** [2] - 1021:5,
1021:14

**tree** [1] - 935:24

**TRIAL** [1] - 913:19

**tried** [3] - 1002:1,
1003:11, 1004:8

**trouble** [1] - 965:10

**true** [3] - 971:21,
994:22, 1024:7

**truth** [3] - 919:5, 919:6

**try** [10] - 920:15,
932:16, 956:20,
959:12, 964:4,
964:5, 976:18,
984:10, 993:14,
1008:13

**trying** [14] - 921:13,
924:12, 927:5,
931:18, 935:23,
936:8, 943:3,
960:25, 993:17,
994:2, 1002:3,
1003:5, 1004:16,
1007:24

**turbulence** [2] -
985:23, 989:19

**turns** [1] - 973:2

**TV** [2] - 937:16, 944:20

**two** [26] - 917:12,
917:14, 925:15,

928:19, 942:11,
942:22, 942:25,
944:2, 945:7,
948:10, 950:14,
954:14, 956:3,
956:25, 960:7,
968:15, 969:2,
973:10, 974:22,
974:25, 975:15,
992:1, 993:7, 997:7,
998:16, 1007:8

**type** [23] - 917:25,
920:12, 921:3,
921:7, 921:15,
922:17, 922:21,
927:2, 928:13,
930:20, 934:5,
945:4, 949:11,
949:14, 949:22,
950:22, 952:8,
952:15, 953:12,
962:7, 980:8, 981:4,
1008:16

**types** [2] - 922:16,
968:16

# U

**U8** [4] - 949:24, 950:1,
950:3, 978:13

**ultimately** [1] - 947:5

**undergraduates** [1] -
1018:3

**understood** [1] -
1002:9

**unfiltered** [8] - 993:18,
993:21, 996:11,
1001:24, 1009:19,
1010:3, 1012:15,
1013:22

**uniform** [5] - 928:10,
977:23, 979:8,
983:15, 984:22

**uniformed** [1] - 934:5

**uniformly** [6] - 958:13,
958:14, 982:23,
1006:7, 1006:8

**United** [2] - 1024:6,
1024:16

**UNITED** [2] - 913:1,
913:20

**University** [2] - 920:2,
920:3

**unorganized** [1] -
953:3

**unpredictable** [5] -
955:15, 955:24,
984:23, 997:16,
999:4

**unzoom** [2] - 953:1,

966:4

**up** [69] - 929:1, 931:9, 931:25, 932:1, 932:17, 933:13, 933:18, 934:4, 934:22, 936:3, 936:10, 938:5, 938:6, 939:21, 940:12, 942:14, 944:13, 945:25, 949:1, 949:16, 951:10, 952:20, 954:5, 955:8, 956:17, 956:24, 961:14, 961:16, 961:17, 964:19, 966:11, 966:12, 967:13, 967:25, 968:1, 969:7, 969:11, 969:12, 969:14, 969:15, 970:18, 971:3, 974:23, 974:25, 977:24, 979:18, 980:12, 980:15, 981:16, 982:23, 982:24, 984:6, 984:13, 985:25, 989:10, 989:21, 989:24, 993:10, 993:22, 997:24, 1003:16, 1004:3, 1009:2, 1013:10, 1015:1, 1015:15, 1021:3

**updated** [2] - 931:9, 931:11

**updates** [1] - 1017:21

**updrafts** [3] - 941:2, 954:21, 971:24

**upped** [1] - 1021:24

**upper** [12] - 979:2, 986:6, 986:8, 986:11, 992:9, 1004:3, 1008:7, 1008:18, 1008:22, 1009:7, 1009:14, 1010:25

---

**V**

---

**VA** [1] - 915:12

**values** [2] - 926:3, 934:11

**vapor** [1] - 950:17

**various** [10] - 921:1, 926:12, 927:22, 928:21, 929:6, 937:18, 940:5, 940:7, 997:3,

1020:24

**vectors** [1] - 997:1

**velocities** [2] - 1008:23, 1009:4

**velocity** [35] - 934:4, 937:10, 985:16, 985:17, 986:8, 986:11, 986:12, 990:12, 992:1, 992:2, 992:5, 1007:12, 1007:14, 1007:15, 1007:18, 1008:1, 1008:19, 1008:20, 1008:21, 1009:4, 1009:7, 1009:8, 1009:9, 1009:15, 1011:13, 1011:17, 1012:4, 1013:1, 1013:2, 1013:4, 1014:13, 1014:24

**Velocity** [1] - 996:10

**verified** [1] - 935:14

**version** [2] - 934:7, 937:7

**versus** [1] - 921:14

**vessel** [1] - 998:6

**vicinity** [1] - 1014:21

**Vickery** [1] - 935:12

**virtually** [1] - 969:22

**visible** [1] - 956:5

**VOICES** [1] - 917:10

**voir** [1] - 923:16

**VOIR** [2] - 916:6, 919:15

**vortex** [28] - 937:21, 949:8, 949:11, 949:12, 950:4, 952:13, 954:12, 960:3, 961:8, 961:9, 965:15, 965:24, 966:2, 966:6, 966:17, 970:11, 970:12, 974:2, 974:15, 976:16, 976:23, 977:2, 979:21, 982:7, 983:18, 985:2, 997:9, 1020:10

---

**W**

---

**W6** [1] - 983:8

**wait** [3] - 917:16, 948:8, 959:9

**waiting** [1] - 948:13

**WALKER** [1] - 914:23

**wall** [2] - 980:20, 980:23

**wants** [1] - 963:21

**Ward** [4] - 942:8, 942:9, 957:4, 957:18

**warehouses** [1] - 1022:12

**warn** [1] - 1019:21

**warning** [3] - 929:19, 930:8, 950:21

**warnings** [3] - 929:11, 950:22, 1020:3

**WASHINGTON** [1] - 914:21

**wASHINGTON** [1] - 915:6

**water** [4] - 950:17, 969:6, 979:13, 979:14

**wave** [2] - 937:5, 937:13

**Waveland** [4] - 973:3, 974:2, 975:25, 976:25

**ways** [1] - 1020:24

**weak** [1] - 928:23

**weaker** [1] - 977:23

**weather** [17] - 920:17, 920:24, 921:1, 922:13, 922:16, 922:18, 927:6, 927:24, 929:3, 930:24, 944:20, 945:4, 960:4, 971:23, 976:23, 1012:19, 1017:10

**Weather** [30] - 921:5, 926:10, 926:13, 926:25, 927:7, 928:5, 928:9, 928:14, 929:9, 939:16, 949:20, 950:12, 950:15, 952:7, 962:14, 985:10, 990:14, 992:15, 993:3, 993:5, 996:9, 996:11, 1004:10, 1005:25, 1009:3, 1012:15, 1019:23, 1019:25, 1020:6, 1020:18

**WEBB** [2] - 915:8, 915:8

**website** [2] - 1020:18, 1021:2

**weight** [1] - 923:16

**WERE** [1] - 916:15

**west** [18] - 957:9, 964:24, 965:3, 965:4, 965:8, 965:12, 969:5,

972:22, 973:9, 973:23, 978:19, 981:21, 987:14, 990:18, 990:23, 997:5, 999:6

**westerly** [5] - 944:8, 944:10, 958:21, 973:18, 973:19

**western** [1] - 929:18

**WHEREUPON** [3] - 1001:3, 1001:8, 1023:11

**white** [2] - 1011:3, 1011:5

**whole** [9] - 919:5, 961:18, 964:23, 970:25, 971:1, 976:3, 985:18, 990:6, 994:1

**wide** [1] - 941:18

**width** [3] - 985:22, 986:13, 989:16

**WIEDEMANN** [4] - 914:12, 914:12, 914:13

**WILSON** [2] - 914:9, 914:9

**wind** [98] - 921:14, 921:15, 922:19, 926:1, 926:3, 926:11, 931:8, 931:11, 933:22, 933:24, 934:2, 934:5, 934:8, 935:14, 935:16, 935:17, 935:22, 935:25, 936:1, 936:2, 936:5, 936:10, 940:23, 941:6, 943:3, 943:4, 945:3, 949:11, 952:17, 954:24, 955:12, 955:13, 955:16, 955:20, 955:21, 955:23, 958:11, 958:21, 962:8, 963:5, 965:3, 965:4, 965:8, 969:5, 969:17, 972:22, 973:14, 973:23, 978:15, 979:8, 981:25, 982:24, 983:11, 983:12, 983:15, 984:22, 987:13, 989:2, 989:4, 990:21, 991:1, 991:7, 996:18, 996:22, 996:25, 997:8, 997:19, 998:18,

998:22, 999:3, 999:4, 999:5, 1007:19, 1007:20, 1009:21, 1009:22, 1012:7, 1012:11, 1013:3, 1013:5, 1013:16, 1014:2, 1014:14, 1014:16, 1014:25, 1015:3, 1022:11

**winds** [54] - 922:19, 933:1, 933:3, 933:4, 933:6, 933:21, 934:10, 934:13, 934:15, 935:4, 935:17, 935:20, 940:23, 940:24, 940:25, 944:22, 949:23, 953:11, 954:21, 954:22, 955:8, 955:9, 957:10, 957:14, 957:15, 958:7, 958:12, 958:13, 965:22, 973:18, 973:19, 975:25, 978:18, 978:19, 978:20, 987:15, 990:18, 990:24, 991:4, 997:4, 997:16, 997:20, 998:20, 999:5, 1007:20, 1009:15, 1013:1, 1013:10

**wise** [2] - 1012:17

**wish** [2] - 959:8, 982:24

**WITNESS** [74] - 919:7, 919:13, 928:23, 931:18, 931:21, 932:4, 932:6, 932:10, 932:12, 932:22, 933:17, 936:15, 939:13, 939:22, 940:7, 941:11, 942:4, 943:18, 943:23, 943:25, 947:8, 947:18, 947:20, 948:4, 948:7, 950:14, 953:18, 956:21, 956:24, 958:24, 959:4, 959:12, 959:14, 959:16, 960:9, 960:11, 962:4, 962:6, 962:11, 963:16, 964:8, 964:22, 965:13, 965:20, 966:4, 966:15, 967:24,

968:1, 968:4, 972:7,
972:11, 972:14,
980:1, 980:4, 980:6,
987:17, 987:24,
988:2, 988:7,
988:10, 989:4,
989:7, 989:10,
993:17, 995:5,
1004:24, 1010:16,
1011:23, 1013:14,
1013:17, 1014:5,
1016:20, 1018:14,
1023:9
**witness** [9] - 919:9,
921:24, 999:23,
1000:11, 1000:20,
1004:24, 1005:11,
1022:19, 1023:3
**witnesses** [1] - 917:12
**witnessing** [1] -
951:12
**wonderful** [1] -
1022:23
**words** [1] - 1007:19
**world** [1] - 1021:18
**WORLDGATE** [1] -
915:12
**writing** [1] - 966:14
**written** [3] - 1018:20,
1019:1, 1019:3
**WSR-88D** [1] - 928:11

## Y

**Y6** [2] - 959:2, 959:3
**years** [6] - 920:18,
1015:20, 1018:4,
1018:17, 1018:20,
1020:16
**yellow** [1] - 1011:3
**YORK** [2] - 914:10,
915:6

## Z

**Z4** [2] - 973:24, 974:1
**zero** [2] - 917:20,
929:17
**zero-sum** [1] - 917:20
**zone** [9] - 930:11,
961:23, 967:13,
968:4, 968:7,
971:22, 991:14,
991:16, 991:17
**zones** [6] - 930:14,
970:20, 971:3,
975:23, 983:25,
984:12
**zoom** [10] - 929:4,

942:11, 946:21,
946:24, 959:1,
964:2, 964:12,
965:23, 966:5,
978:12
**zoomed** [1] - 954:14