1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

   ******************************************************************

4

   IN RE:  KATRINA CANAL
5  BREACHES CONSOLIDATED
   LITIGATION
6
                              CIVIL ACTION NO. 05-4182
7                             SECTION "K" (2)
                              NEW ORLEANS, LOUISIANA
8                             THURSDAY, JULY 1, 2010, 9:00 A.M.

9  PERTAINS TO BARGE

10

   *MUMFORD*   C.A. NO. 05-5724
11 AS TO CLAIMS OF PLAINTIFFS
   JOSEPHINE RICHARDSON AND
12 HOLIDAY JEWELERS, INC.,
   ONLY
13

14 *BENOIT*   C.A. NO. 06-7516
   AS TO CLAIMS OF PLAINTIFFS
15 JOHN ALFORD AND JERRY
   ALFORD ONLY
16

17 ******************************************************************

18
                      **DAY 8, MORNING SESSION**
19          TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
          HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
20                  UNITED STATES DISTRICT JUDGE

21

22 APPEARANCES:

23

   FOR THE PLAINTIFFS:      BEST KOEPPEL TRAYLOR
24                          BY:  LAURENCE E. BEST, ESQUIRE
                            2030 ST. CHARLES AVENUE
25                          NEW ORLEANS LA  70130

```
 1   APPEARANCES CONTINUED:

 2

 3                          LAW OFFICES OF BRIAN A. GILBERT
                            BY:  BRIAN A. GILBERT, ESQUIRE
 4                          2030 ST. CHARLES AVENUE
                            NEW ORLEANS LA  70130
 5

 6                          KHORRAMI POLLARD ABIR
                            BY:  SHAWN KHORRAMI, ESQUIRE
 7                          44 FLOWER STREET, 33RD FLOOR
                            LOS ANGELES CA  90071
 8

 9                          WILSON GROCHOW DRUKER & NOLET
                            BY:  LAWRENCE A. WILSON, ESQUIRE
10                          223 BROADWAY, 5TH FLOOR
                            NEW YORK NY  10279
11

12                          WIEDEMANN & WIEDEMANN
                            BY:  LAWRENCE D. WIEDEMANN, ESQUIRE
13                               KARL WIEDEMANN, ESQUIRE
                            821 BARONNE STREET
14                          NEW ORLEANS LA  70113

15
                            PATRICK J. SANDERS
16                          ATTORNEY AT LAW
                            3316 RIDGELAKE DRIVE
17                          SUITE 100
                            METAIRIE LA  70002
18

19                          LAW OFFICE OF RICHARD T. SEYMOUR
                            BY:  RICHARD T. SEYMOUR, ESQUIRE
20                          1150 CONNECTICUT AVENUE N.W.
                            SUITE 900
21                          WASHINGTON DC  20036

22

23   FOR THE DEFENDANT:     CHAFFE McCALL
                            BY:  DEREK A. WALKER, ESQUIRE
24                          2300 ENERGY CENTRE
                            1100 POYDRAS STREET
25                          NEW ORLEANS LA  70163
```

1  APPEARANCES CONTINUED:

2

3                              GOODWIN PROCTER
                             BY:   JOHN D. ALDOCK, ESQUIRE
4                                   MARK S. RAFFMAN, ESQUIRE
                                    ADAM M. CHUD, ESQUIRE
5                                   KIRSTEN V. K. ROBBINS, ESQUIRE
                                    ERIC I. GOLDBERG, ESQUIRE
6                              901 NEW YORK AVENUE N. W.
                             WASHINGTON DC  20001
7

8                              SUTTERFIELD & WEBB
                             BY:   DANIEL A. WEBB, ESQUIRE
9                              650 POYDRAS STREET, SUITE 2715
                             NEW ORLEANS LA  70130
10

11                             LAFARGE NORTH AMERICA, INC.
                             BY:   PETER KEELEY, ESQUIRE
12                             12950 WORLDGATE DRIVE
                             HERNDON VA  20170
13

14

15  OFFICIAL COURT REPORTER:      CATHY PEPPER, CCR, RMR, CRR
                                  500 POYDRAS STREET, ROOM B406
16                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7779
17

18  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

19

20

21

22

23

24

25

1

2

**I N D E X**

3   EXAMINATIONS                                              PAGE

4

5   **MELVIN SPINKS, P.E.**...................................1647

6   CROSS-EXAMINATION BY MR. CHUD (CONTINUED)..............1647

7   REDIRECT EXAMINATION BY MR. SEYMOUR....................1686

8   **LESLIE R. LEMON**......................................1709

9   VOIR DIRE EXAMINATION BY MR. RAFFMAN:..................1709

10  DIRECT EXAMINATION  BY MR. RAFFMAN.....................1718

11

12

13

**E X H I B I T S**

14  DESCRIPTION                                               PAGE

15

16  EXHIBIT 449 WAS ADMITTED INTO EVIDENCE.................1692

17  EXHIBIT 450 WAS ADMITTED INTO EVIDENCE.................1697

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, JULY 1, 2010

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

08:42AM

09:04AM      THE DEPUTY CLERK:  All rise.  Court is in session.
09:05AM  Please be seated.

09:05AM          THE COURT:  Good morning.

09:05AM          VOICES:  Good morning, Your Honor.

09:05AM          MR. CHUD:  Good morning, Mr. Spinks.

09:05AM          THE WITNESS:  Good morning, Mr. Chud.

09:05AM              CROSS-EXAMINATION (CONTINUED)

09:05AM  BY MR. CHUD:

09:05AM  Q.   I just want to start by briefly asking you about the

09:05AM  animation we saw yesterday.  That animation was the visualization

09:05AM  of the flooding in the area assuming the breach time that you

09:05AM  used in your model, the breach formation periods from your model,

09:05AM  and the manning coefficient for your model, correct?

09:05AM  A.   Yes, sir.

09:05AM  Q.   So if any of those inputs are, for some reason, deemed to be

09:05AM  inaccurate, that animation wouldn't depict the flooding in the

09:05AM  region using any other types of assumptions, would it?

09:05AM  A.   It just depends what you're considering to be inaccurate.

09:05AM  So I wouldn't necessarily just make that general statement.  You

09:05AM 1   would have to be very specific.

09:05AM 2   Q.   So if the Court concluded that the breach times were at some

09:05AM 3   point after the breach time that you used in your modeling, then

09:06AM 4   the animation would be different, if those were different inputs

09:06AM 5   into the model?

09:06AM 6   A.   Clearly, depending on the significance of those breach

09:06AM 7   times.

09:06AM 8   Q.   Let's talk about the results of your modeling for the

09:06AM 9   plaintiffs' locations for the plaintiffs in this case.  Could we

09:06AM 10  put up the Spinks report, Appendix J, Figure 2.

09:06AM 11           I think you saw this during your direct examination.

09:06AM 12  This is your hydrograph for the Alfords; is that right?

09:06AM 13  A.   Yes.

09:06AM 14  Q.   And near the north breach?

09:06AM 15  A.   Yes.

09:06AM 16  Q.   And according to this hydrograph, at around 9 o'clock, the

09:06AM 17  water depth was 11.9 feet just from the waters from the

09:06AM 18  Industrial Canal?

09:06AM 19  A.   Yes.

09:06AM 20  Q.   And by 10 o'clock, or I should say by 9:30, the water levels

09:06AM 21  dropped just a little bit down to 11.8?

09:06AM 22  A.   Yes.  I mean, clearly, you're picking points off our model,

09:07AM 23  but yes.

09:07AM 24  Q.   And that's still just Industrial Canal water?

09:07AM 25  A.   Yes.

09:07AM 1   Q.   And then 10 o'clock, the MRGO waters and the

09:07AM 2   Industrial Canal waters meet at this location?

09:07AM 3   A.   I think we refer to it as merged.  Merging together.

09:07AM 4   Q.   And then after the merging, the water then, at this

09:07AM 5   location, starts to go up again, the water levels?

09:07AM 6   A.   Yes.  The merging takes place and the increase begins.

09:07AM 7   Q.   So this is the old hydrograph in your report for the Alford

09:07AM 8   location; is that true?

09:07AM 9   A.   Yes.

09:07AM 10  Q.   And you don't have a hydrograph that breaks down the water

09:07AM 11  at the Alford location at a particular point in time just from,

09:07AM 12  say, the Industrial Canal north breach, do you?

09:08AM 13  A.   No.

09:08AM 14  Q.   And likewise, you don't have one that shows the water levels

09:08AM 15  at the Alford residence just from the Industrial Canal south

09:08AM 16  breach, right?

09:08AM 17  A.   No, that wasn't modelled.  It was modelled as a complete

09:08AM 18  system.

09:08AM 19  Q.   And you would agree that the Alford home was primarily

09:08AM 20  affected by water from the north breach because the house was

09:08AM 21  right at the north breach?

09:08AM 22  A.   I would say that that water did impact them, but that the

09:08AM 23  south breach waters also impacted them.  It's a combined merging

09:08AM 24  at those two failure points, and the culmination of that water

09:08AM 25  did combine.

09:08AM 1   Q.   There's nothing in your report that said how much water from

09:08AM 2   the north breach was already at the Alford home by the time the

09:08AM 3   south breach water got there, is there?

09:08AM 4   A.   Well, prior to 5:30 on that chart, clearly the breach in our

09:09AM 5   model would not have happened, so the depth of water prior to

09:09AM 6   5:30 at approximately four feet would be contributed solely to

09:09AM 7   the north breach of the IHNC.

09:09AM 8   Q.   We have Appendix J, Figure 3.  This is the hydrograph and

09:09AM 9   your report for the Richardson property?

09:09AM 10  A.   Yes, sir.

09:09AM 11  Q.   And the Richardsons lived closer to the south breach?

09:09AM 12  A.   Yes.

09:09AM 13  Q.   And the ground level at the Richardson home is close to sea

09:09AM 14  level; isn't that correct?

09:09AM 15  A.   I believe somewhere between zero to two feet, in that range

09:09AM 16  in elevation.

09:09AM 17  Q.   Can we see the deposition -- 2009 deposition.

09:09AM 18          Do you know what?  Hold off on that.

09:09AM 19          Do you have any understanding of how many steps there

09:09AM 20  are to the front porch of the Richardson home?

09:10AM 21  A.   I don't have a recollection.  I've seen photos.  I just

09:10AM 22  don't remember at this point.  I think it's a brick home, and

09:10AM 23  there is probably four or five steps up.

09:10AM 24  Q.   For purposes of my questions, just assume that there is four

09:10AM 25  steps and that it's approximately three to four feet up.  Just

09:10AM 1    make that assumption.  Okay?

09:10AM 2            And for Mrs. Richardson, it's your conclusion that all

09:10AM 3    the water at her home came from the Industrial Canal breaches

09:10AM 4    until about 10:00; is that correct?

09:10AM 5    A.   Yes, based on our model.

09:10AM 6    Q.   And at the Richardson house, there, around 9 o'clock, starts

09:10AM 7    a bit of a leveling trend just from the Industrial Canal water

09:10AM 8    that then goes up at 10:10 once the MRGO water arrives, correct?

09:10AM 9    A.   Yes.

09:10AM 10   Q.   And the water that's flowing through the Industrial Canal

09:10AM 11   breaches from, say, between 9:00 and 10:00 is not actually

09:11AM 12   affecting the water level at the Richardson home, is it?

09:11AM 13   A.   Before the merging, it looks like it stabilizes just for a

09:11AM 14   little while, and I think some eyewitnesses were saying that it

09:11AM 15   seemed -- that things calmed down, then all of a sudden, another

09:11AM 16   rush of water, and that may be symbolizing some of that.

09:11AM 17   Q.   And then once the MRGO water comes, the water level goes up

09:11AM 18   from this 5.9 feet that we've had for a period of time up to its

09:11AM 19   ultimate maximum levels of 9.5 or so feet; is that right?

09:11AM 20   A.   Yes.

09:11AM 21   Q.   So if we assume that the Richardson home had four steps that

09:11AM 22   were approximately three to four feet off the ground, before the

09:11AM 23   MRGO water comes, there is only about two to three feet above the

09:11AM 24   first floor of the Richardson home just from the Industrial Canal

09:11AM 25   water; is that fair?

09:11AM 1    A.    Yes.

09:11AM 2    Q.    And this, again, is the only hydrograph you have in your

09:12AM 3    report for the Richardson home; isn't that right?

09:12AM 4    A.    Directly for the Richardsons, yes.

09:12AM 5    Q.    Yes.  And again, you don't have any hydrograph in your

09:12AM 6    report that would explain how much water at the Richardson home

09:12AM 7    came from just the north breach or just the south breach?

09:12AM 8    A.    No, because I believe their house was located south, and the

09:12AM 9    merging of the waters had already begun by 6:30, as you can see

09:12AM 10   kind of the start time there.

09:12AM 11          And there is some variations in the elevations out

09:12AM 12   there in the ground, and clearly our model, which is a larger

09:12AM 13   scale model, 50-grid model, that's the best representation at

09:12AM 14   this point in time with the 50-grid model.  But yes, that's the

09:12AM 15   depth of the hydrograph.

09:12AM 16   Q.    Okay.  Let's move on to Holiday Jewelers, Mr. Spinks's

09:13AM 17   report, Appendix J, Figure 4.

09:13AM 18          This is your hydrograph for the location of

09:13AM 19   Holiday Jewelers, one of the plaintiffs in this case?

09:13AM 20   A.    Yes.

09:13AM 21   Q.    And this hydrograph shows that by about 9:15, there was

09:13AM 22   2.3 feet of water at this location just from the

09:13AM 23   Industrial Canal.  That's what you have?

09:13AM 24   A.    It's hard to see that, but okay.

09:13AM 25   Q.    And then at 9:30, the Industrial Canal and MRGO waters meet

09:13AM 1    up and the water levels go from 3.7 all the way up to 10.9; is

09:13AM 2    that right?

09:13AM 3    A.    Yes.

09:13AM 4    Q.    So according to this hydrograph, the flooding at the

09:13AM 5    location of Holiday Jewelers was initially from the

09:14AM 6    Industrial Canal, but after only about 30 minutes, the MRGO

09:14AM 7    floodwaters arrived; is that right?

09:14AM 8    A.    Yes, the waters began to merge.

09:14AM 9    Q.    Now, you haven't quantified the rate of error in your

09:14AM 10   modeling results, have you?

09:14AM 11   A.    We did in terms of the high watermark elevations within our

09:14AM 12   report, and we provided the average high watermark elevations

09:14AM 13   throughout, so yes.

09:14AM 14   Q.    There is nothing on this chart that says that the water

09:14AM 15   depth at a particular location is at 3.7 feet plus or a minus any

09:14AM 16   amount or that the water depth at a particular time was 9:30 plus

09:14AM 17   or minus, say, a half hour.  You don't have any error reflected

09:14AM 18   on here, do you?

09:14AM 19   A.    Not on that table, no.

09:15AM 20   Q.    Now, if the south breach occurred at 7 o'clock and not 5:30,

09:15AM 21   wouldn't you agree that the first water at this location would

09:15AM 22   have been from the MRGO and not from the Industrial Canal?

09:15AM 23   A.    That's a hypothetical, and clearly I believe that the breach

09:15AM 24   would have occurred later than -- from a practical standpoint,

09:15AM 25   knowing the model, that, yeah, all the water have been MRGO's,

09:15AM 1    but that's just hypothetical.

09:15AM 2    Q.   Again, this is the only hydrograph you have in your report

09:15AM 3    for the Holiday Jewelers location, correct?

09:15AM 4    A.   It's generated specifically for that area, for that

09:15AM 5    particular plaintiff.

09:15AM 6    Q.   And like the other plaintiff properties, you don't have any

09:15AM 7    hydrograph that would say how much of the water at this property

09:15AM 8    came from the Industrial Canal north breach versus the south

09:15AM 9    breach, do you?

09:15AM 10   A.   Separating the two?

09:15AM 11   Q.   Yes.

09:15AM 12   A.   No.

09:15AM 13   Q.   Let's move on and talk about the Delft study.  One of the

09:16AM 14   things that you reviewed in reaching your conclusions was a study

09:16AM 15   of Katrina-related flood generations by the Delft University of

09:16AM 16   Technology; is that right?

09:16AM 17   A.   Yes.

09:16AM 18   Q.   And both you and the Delft group used the Sobek model?

09:16AM 19   A.   Yes.

09:16AM 20   Q.   And the Delft group ran its model using Industrial Canal

09:16AM 21   breach times of 7:00 to 7:30?

09:16AM 22   A.   Yes.

09:16AM 23   Q.   I'm going to put up a slide that's going to have two

09:16AM 24   pictures on it.  The one on the left comes from Defendants'

09:16AM 25   Exhibit 226.  It's the Delft study, 8:30 in the morning image,

09:16AM  1   and the one on the right is your model of your results for 8:20

09:17AM  2   that are in your report.  Do you see those on the screen?

09:17AM  3   A.   Yes.

09:17AM  4   Q.   I believe you said on direct that the darker blue areas

09:17AM  5   represent the presence of water at a location at a particular

09:17AM  6   point.

09:17AM  7   A.   It represents the higher depths.  The darker degree of water

09:17AM  8   means deeper in terms of elevation.

09:17AM  9   Q.   Would you agree with me that the Delft 8:30 picture and your

09:17AM 10   8:20 picture look pretty similar in terms of the scope and depth

09:17AM 11   of flooding that they portray?

09:17AM 12   A.   I think you're tying two together, but I'm not sure the

09:17AM 13   depths are exactly the same from the legends of ours, but yes,

09:17AM 14   from the spatial extent of where the water is, there is some

09:17AM 15   similarities of that time.

09:17AM 16   Q.   You say in your deposition that looking at these two slides,

09:17AM 17   the scope and depth of flooding that they show is pretty similar,

09:17AM 18   didn't you?

09:18AM 19   A.   In terms of the general areas that are being flooded, yes.

09:18AM 20   Q.   And you used substantially earlier Industrial Canal breach

09:18AM 21   times than did the Delft team, yet by 8:30 and 8:20, the images

09:18AM 22   look pretty similar?

09:18AM 23   A.   I mean, I know you're kind of giving a viewpoint on it, but

09:18AM 24   clearly the depths are different between the two models from the

09:18AM 25   IHNC.

09:18AM 1             If you can look at the extent of depths on the

09:18AM 2      right-hand exhibit, you'll see that the degree of the flooding

09:18AM 3      west of the railroad to the IHNC actually expands up into the

09:18AM 4      area of Jackson barracks.  The model to the left doesn't have any

09:19AM 5      flooding at 8:20 at Jackson barracks, but there is a time-stamped

09:19AM 6      photograph that's at Jackson barracks that shows at 8:15, there

09:19AM 7      was flooding about two feet in depth.

09:19AM 8             So given the fact that I believe our model would be

09:19AM 9      more accurate in accordance with the time-stamped photograph to

09:19AM 10     show that flooding there at about 8:20 whereas, the older

09:19AM 11     analysis on the left does not reflect that same opinion.  And

09:19AM 12     they would not correlate at all with the time-stamped photograph.

09:19AM 13             THE COURT:  Mr. Spinks, would you please mark Jackson

09:19AM 14     barracks on the map.  I think I know where it is, for the record.

09:19AM 15             THE WITNESS:  Oh, that's too high.

09:19AM 16             THE COURT:  Go ahead.  Do you have a stylus?

09:20AM 17             THE WITNESS:  Yeah, but it keeps --

09:20AM 18             THE COURT:  Maybe you can just make a dot.  Is that

09:20AM 19     close enough?

09:20AM 20             THE WITNESS:  Yeah, and it's probably on the south end

09:20AM 21     of that dot.

09:20AM 22             THE COURT:  Thank you.  Let's capture that, please.  It

09:20AM 23     would be the Court's exhibit, if you want, but it's just for

09:20AM 24     clarification, when we look at all of this again.

09:20AM 25             MR. CHUD:  Are we ready?

09:20AM 1          THE COURT:  I think so.  Sheena, have you got it?  Yeah,

09:20AM 2    we're ready.  You can proceed.

09:20AM 3          MR. CHUD:  Thank you, Your Honor.

09:20AM 4                         EXAMINATION

09:20AM 5    BY MR. CHUD:

09:20AM 6    Q.   Let's take a look at the next slide, which is going to be

09:20AM 7    similar.  The image on the left is from Defendant's Exhibit 226,

09:21AM 8    the 9 o'clock image from the Delft study, and the one on the

09:21AM 9    right is the 9 o'clock image from your report, Mr. Spinks.

09:21AM 10   Looking at these two 9 o'clock images, these two images also look

09:21AM 11   similar in terms of the flooding at that time in this area, don't

09:21AM 12   they?

09:21AM 13   A.   Yes, I believe I said yesterday, this is when the waters

09:21AM 14   from MRGO began to overflow around Paris Road around Mr. Reed's

09:21AM 15   house.  Can I mark Mr. Reed's?

09:21AM 16         THE COURT:  Yeah, you can, sure.  The stylus may work a

09:21AM 17   little better.  Is that fairly close, sir?

09:22AM 18         THE WITNESS:  Yeah, but it's actually inside the

09:22AM 19   40 Arpent levee.  It's kind of on the -- it's that box on the

09:22AM 20   left-hand side, bottom.

09:22AM 21         THE COURT:  It would be the inhabited portion of the 40

09:22AM 22   Arpent levee right near the left; is that correct?

09:22AM 23         THE WITNESS:  Correct.

09:22AM 24            So at that location, at 9:00, we begin a merging of

09:22AM 25   the waters in the northern half of that area around Paris Road,

09:22AM 1   filtering and filling in then to the south.  But yes, correct.

09:22AM 2                          EXAMINATION

09:22AM 3   BY MR. CHUD:

09:22AM 4   Q.   We're going to move on to talk about one of your hydrographs

09:22AM 5   in your report at Page 34, Figure 15.  Do you recognize this from

09:22AM 6   your report?

09:22AM 7   A.   Yes, sir.

09:22AM 8   Q.   And this is a hydrograph of water depths from what you call

09:22AM 9   location one, correct?

09:22AM 10  A.   Yes.  Which would be closer, I guess, toward the IHNC

09:23AM 11  location.

09:23AM 12  Q.   Just so we all understand what we're looking at here, the

09:23AM 13  blue line is the Katrina real run with all of the actual breaches

09:23AM 14  included; is that right?

09:23AM 15  A.   It's the all causes, the blue, darker blue line, yes.

09:23AM 16  Q.   And then the pink, what I'm calling pink, some may call

09:23AM 17  purple, some other color, that is the line that represents the

09:23AM 18  water levels just from the MRGO breaches, assuming no

09:23AM 19  Industrial Canal breaches?

09:23AM 20  A.   Yes.  It assumes that the breach at the north and south

09:23AM 21  breach did not occur, but all the overtopping is still occurring

09:23AM 22  along the IHNC.  The only thing is, the breaches aren't there.

09:23AM 23  Q.   And then the red line assumes no MRGO breaches, just water

09:23AM 24  coming over the Industrial Canal wall and through it?

09:24AM 25  A.   With the breaches as well.  So that assumes the red line,

09:24AM 1   what we're referring to is the breaches from just the IHNC and

09:24AM 2   the overtopping and rainfall.

09:24AM 3   Q.   I don't want to be repetitive, but you don't have a line on

09:24AM 4   this chart that would say what the water levels in location one

09:24AM 5   would be just from, say, the Industrial Canal north breach or,

09:24AM 6   alternatively, the Industrial Canal south breach, do you?

09:24AM 7   A.   There is nothing that says that, but if you know the time of

09:24AM 8   the breach, which is at 5:30 and you know it's the IHNC, again,

09:24AM 9   you can refer to these exhibits.  Anything prior to 5:30 would be

09:24AM 10  just the north breach water.

09:24AM 11  Q.   But assuming that your breach times are correct, once you

09:24AM 12  hit the 5:30, you don't have any information about what the water

09:24AM 13  levels were in the Lower Ninth Ward from just one of the

09:25AM 14  breaches, say the north breach, and what that level would look

09:25AM 15  like at location one as the hours progressed?

09:25AM 16  A.   I don't have a separate line that shows no north breach and

09:25AM 17  no south breach, but, again, I'm trying to explain that you can

09:25AM 18  derive that just by looking at the time versus depth.

09:25AM 19  Q.   Mr. Spinks, let's take 8 o'clock in the morning, okay, which

09:25AM 20  is after you say the north breach occurred and after you say the

09:25AM 21  south breach occurred.  And you've got a red line that shows the

09:25AM 22  water level from the Industrial Canal breaches.  There is nothing

09:25AM 23  in your report that would tell me at 8 o'clock how much of this

09:25AM 24  water depth is due to the north breach waters and how much of

09:25AM 25  this water depth is due to the south breach waters, right?

09:25AM 1   A.   No.   Because we wouldn't be able to distinguish because it's

09:26AM 2   indivisible.   It's all merged together.   I think we talked about

09:26AM 3   all -- that the waters completely combine.

09:26AM 4          But I did mention to Your Honor yesterday that from a

09:26AM 5   standpoint that the breach links and you can compare them, one's

09:26AM 6   180 feet, one is about 793 feet, that all things being equal

09:26AM 7   other than the length, that the percentage is about 18 to

09:26AM 8   20 percent -- I'm sorry, that the south breach would be about

09:26AM 9   80 percent larger in determining flow rates than the north

09:26AM 10  breach.   It would be about an 80/20 split.

09:26AM 11  Q.   But for houses that are closer to the north breach, right at

09:26AM 12  the north breach, they are going to be much more heavily affected

09:26AM 13  by the north breach waters than would the average home in that

09:26AM 14  area; isn't that true?

09:26AM 15  A.   I'm sorry.   Could you repeat that?

09:26AM 16  Q.   Yes.   Someone whose house is right inside the north breach

09:27AM 17  is going to be much more heavily affected by the north breach

09:27AM 18  waters, especially in those early hours, than with someone who's

09:27AM 19  located closer to the south breach; isn't that logical?

09:27AM 20  A.   Yes, but let me make sure that you understand, depending on

09:27AM 21  how close you are to that north breach, the house may not be

09:27AM 22  there at all because of the velocities.   And again, the south

09:27AM 23  breach did have an extensive amount of water moving through it,

09:27AM 24  so that depth contributed substantially to the ultimate damage, I

09:27AM 25  guess, of a particular structure.

09:27AM 1   Q.   The Sobek model allows you to run a simulation that assumes
09:27AM 2   there is a north breach but no south breach, and then figure out
09:27AM 3   what the water levels in the area would be under that scenario,
09:27AM 4   doesn't it?
09:27AM 5   A.   Yes, it would be capable of taking out a breach.
09:28AM 6   Q.   Mr. Spinks, let's talk about your sensitivity analysis.
09:28AM 7        Now, as I understand it, you did a sensitivity analysis
09:28AM 8   that had certain scenarios for different north and south breach
09:28AM 9   times, and you ran those scenarios through your model to figure
09:28AM 10  out which ones produced the results that you thought were most
09:28AM 11  accurate; is that fair?
09:28AM 12  A.   Yes.  The whole purpose of the sensitivity -- I think you
09:28AM 13  said it fairly correctly, but to really compare different cases
09:28AM 14  of changing the breach time only, and its effect to the measured
09:28AM 15  elevations that are -- the observed elevations, I should say, so
09:28AM 16  it will give us some indicator whether that we're closer to some
09:28AM 17  of the observations or we're getting further away.  It's not
09:29AM 18  there to match observations, it's really there to give us
09:29AM 19  relative information so we can compare each case.
09:29AM 20  Q.   Now, just as a reminder, the only thing that you varied in
09:29AM 21  the sensitivity analysis was the breach times.  You didn't vary
09:29AM 22  the roughness coefficient, you didn't vary the breach formation
09:29AM 23  periods; is that right?
09:29AM 24  A.   No.  That's correct.  We did not.
09:29AM 25  Q.   And then you used two different methodologies to do the

09:29AM 1   sensitivity analysis.  One is called relative error and one

09:29AM 2   is the rating number system; is that right?

09:29AM 3   A.   We used two statistical measures in order to gain some

09:29AM 4   professional opinion of the performance of each case in

09:29AM 5   comparison to case one.

09:29AM 6   Q.   Let's talk about relative error first.  Okay?  Relative

09:30AM 7   error is the difference between what the model said the water

09:30AM 8   depth would be at a particular location versus the reported

09:30AM 9   observation about water depth at that location; is that right?

09:30AM 10  A.   It's a ratio that, yes, it looks at the error between

09:30AM 11  observed and simulated and provides some level of measure.

09:30AM 12  Q.   Let's pull up Appendix I, Table 2 to your report.  This is a

09:30AM 13  table in your report, right?

09:30AM 14  A.   I believe so.  It's hard to see it.

09:30AM 15  Q.   This is the results of your sensitivity analysis?

09:31AM 16  A.   I believe it should be, yes.

09:31AM 17  Q.   Your Honor, for ease of everyone involved, we are going to

09:31AM 18  cull out particular portions of that so everyone can actually see

09:31AM 19  it, but I do have printouts of a somewhat larger version, if it

09:31AM 20  would be --

09:31AM 21          THE COURT:  You can do it on the ELMO.

09:31AM 22          MR. CHUD:  Okay.

09:31AM 23                      EXAMINATION

09:31AM 24  BY MR. CHUD:

09:31AM 25  Q.   Now, let's look at the bottom of this chart.  The bottom of

09:31AM 1  the chart, the way this chart is broken down, it has six

09:31AM 2  different cases that you tested in your sensitivity analysis and

09:31AM 3  then it reports results for each of those cases based on a

09:31AM 4  particular observation; is that right?

09:31AM 5  A.   Yes.

09:31AM 6  Q.   So at the bottom of the chart, very bottom, it has a

09:31AM 7  cumulative figure of the results of the sensitivity analysis for

09:31AM 8  each of the cases, and then it reports certain information,

09:31AM 9  right?

09:31AM 10 A.   Yes.  Well, it has the cumulative L2 error and then the

09:32AM 11 cumulative ranking number value.

09:32AM 12 Q.   I'm just trying to orient us to this chart at this point.

09:32AM 13         And then you also have a column in this chart for

09:32AM 14 observed water depth.  Do you recall that --

09:32AM 15 A.   Yes.

09:32AM 16 Q.   So there is a column for data description, which has the

09:32AM 17 observer or the IPET or Team Louisiana data point, and then there

09:32AM 18 is a code that you use for the data point, and then there is the

09:32AM 19 observed water depth at that individual's location.  Is that what

09:32AM 20 you're reporting here?

09:32AM 21 A.   Yes.

09:32AM 22 Q.   And you've got observed water depth down to a tenth of a

09:32AM 23 foot, right, for the observed data points?

09:32AM 24 A.   Yes.  It's listed in the table that way.

09:32AM 25 Q.   Now, the witnesses who gave these observations didn't

09:32AM 1   actually report their observations down to a tenth of a foot, did

09:33AM 2   they?

09:33AM 3   A.   When we go through each of the eyewitness accounts, we look

09:33AM 4   at what was being said in a relative -- and try to estimate that

09:33AM 5   depth based on what they said.  But, yes, in terms of measured

09:33AM 6   stopped clocks and other items, there are some that are measured

09:33AM 7   to a tenth of a foot.

09:33AM 8   Q.   Well, Terry Adams, Data Point N1, he never said he saw

09:33AM 9   2.1 feet of water, did he?  You calculated that number.

09:33AM 10  A.   What he said is that his house was two feet above the

09:33AM 11  ground, and he said he had about two inches of water in his

09:33AM 12  house.

09:33AM 13  Q.   People who are making these observations are making these

09:33AM 14  observations in the middle of a hurricane?

09:33AM 15  A.   I think I know -- I think Terry Adams would probably know

09:33AM 16  what his foundation elevation is.

09:33AM 17  Q.   I'm just trying to get an understanding of when these

09:34AM 18  observations were made.  It's understood --

09:34AM 19       THE COURT:  We all understand these were reported either

09:34AM 20  prior to or shortly after Hurricane Katrina made landfall in

09:34AM 21  Buras.

09:34AM 22                          EXAMINATION

09:34AM 23  BY MR. CHUD:

09:34AM 24  Q.   Mr. Spinks, you understand that people were making

09:34AM 25  observations not using precise measuring instruments, right?

09:34AM 1    A.    Yes, I do.

09:34AM 2    Q.    In some cases, the observations were made in the dark?

09:34AM 3    A.    Yes.

09:34AM 4    Q.    And in some cases, people were giving this information

09:34AM 5    during their depositions taken long after the storm?

09:34AM 6    A.    Yes, and I believe all researchers that have gathered

09:34AM 7    information, gathered very similar information, and in the same

09:34AM 8    process, the procedure that we use.

09:34AM 9    Q.    In order to generate information about water depth, you have

09:34AM 10   to know both the water level and the ground elevation -- let me

09:35AM 11   give you a better question.  In order to figure out the observed

09:35AM 12   water depth, you have to know both the level of the water and the

09:35AM 13   level at which the observer was making the observation, right?

09:35AM 14   A.    I think I understood what you just said, but basically we

09:35AM 15   have to understand the depth of water at that particular location

09:35AM 16   of that eyewitness, according to his or her testimony or the

09:35AM 17   clock.

09:35AM 18          THE COURT:  In order to understand the depth, do you

09:35AM 19   need to know where -- the height above sea level or below of the

09:35AM 20   specific area involved?

09:35AM 21          THE WITNESS:  Yes, and we gathered that from our LiDAR

09:35AM 22   information.

09:35AM 23                          EXAMINATION

09:35AM 24   BY MR. CHUD:

09:35AM 25   Q.    You didn't actually have information for each of these

09:35AM 1    observation points about the height at which the individual is

09:36AM 2    making the observation, did you?

09:36AM 3    A.   The height of the water?

09:36AM 4         THE COURT:  I'm not sure I understand your question.

09:36AM 5                           EXAMINATION

09:36AM 6    BY MR. CHUD:

09:36AM 7    Q.   The height where the person was.  So if Mr. Adams was

09:36AM 8    standing on the floor of his house and he saw water just up to

09:36AM 9    the first floor of his house, in order to know how deep that

09:36AM 10   water was, you would have to know the level of the first floor of

09:36AM 11   the house?

09:36AM 12   A.   Yes, and I think I mentioned that in his particular

09:36AM 13   deposition he said that he found -- the slab was two feet higher

09:36AM 14   than the ground, so we know the ground elevation and we know his

09:36AM 15   slab elevation, and I think he said the carpet was wet two to

09:36AM 16   three inches, so we could add that to it, and that's how we

09:36AM 17   determine the observed water depth.

09:36AM 18   Q.   My original question, sir, was you didn't actually have the

09:36AM 19   height at which the individuals making the observation for every

09:37AM 20   one of these data points, even if you had it for some?

09:37AM 21   A.   I think I just explained that.  If you go through my table

09:37AM 22   of eyewitnesses, we have listed the data that was provided for

09:37AM 23   each deposition which included some level of an eyewitness

09:37AM 24   account of depth.  They said it's five -- you know, I think it's

09:37AM 25   five feet or it's two feet.

09:37AM 1        So yes, I think we're relying upon the information that

09:37AM 2   was provided by the witnesses' best possible data, I should say.

09:37AM 3   Q.   Can we see Mr. Spinks's deposition, Page 88, Line 20 to 89,

09:37AM 4   Line 1.

09:37AM 5        (WHEREUPON, at this point in the proceedings, a portion

09:37AM 6   of the videotape deposition of Melvin Spinks was played.)

09:37AM 7   Q.   You can't say, as you sit here today, that you had

09:37AM 8   measurements in every single case to figure out the height of a

09:38AM 9   floor or the height of a bed or the height of whatever reference

09:38AM 10  point the witness was talking about, right?

09:38AM 11  A.   That's correct.

09:38AM 12       (WHEREUPON, at this point in the proceedings, the

09:38AM 13  portion of the videotape deposition of Melvin Spinks was

09:38AM 14  concluded.)

09:38AM 15                        EXAMINATION

09:38AM 16  BY MR. CHUB:

09:38AM 17  Q.   The information gap of not knowing exactly the height at

09:38AM 18  which the person was making the observation could introduce some

09:38AM 19  uncertainty into the numbers that you reflect as your observed

09:38AM 20  water depth, true?

09:38AM 21  A.   Yes.  I mean -- and that's reflected in error bars around

09:38AM 22  the data points.

09:38AM 23  Q.   So let's take a look at the error bars, from Appendix I,

09:38AM 24  Page I-3, Figure 1 from your report.  I think you saw this

09:38AM 25  hydrograph on your direct.  And just so we understand, you've got

09:38AM 1    a data point, which is either a circle or a triangle or a square,

09:38AM 2    and then emerging from the data point would be the error bars

09:39AM 3    you're referring to, right?

09:39AM 4    A.   Yes.   There is an error bar in the horizontal direction for

09:39AM 5    time based on, again, the eyewitness account of the occurrence of

09:39AM 6    that elevation, so there may be some differences in time.   And

09:39AM 7    then on the vertical axis is water level or depth.   So we try to

09:39AM 8    best represent our interpretation of the eyewitness account.

09:39AM 9    Q.   And then the longer the error bar, the more uncertainty; is

09:39AM 10   that fair?

09:39AM 11   A.   The uncertainty, yes, that was presented by the eyewitness

09:39AM 12   account.

09:39AM 13   Q.   Let's go back to Appendix I, Table 2, the sensitivity

09:39AM 14   analysis results.   This table where you calculated your

09:40AM 15   sensitivity analysis results does not incorporate any degree of

09:40AM 16   error from those error bars, correct?

09:40AM 17   A.   It's the best estimate of the value at that time, yes.

09:40AM 18   Q.   So on the last hydrograph we just saw, if there was an error

09:40AM 19   bar in terms of the water depth, that is translated onto your

09:40AM 20   sensitivity analysis to have a measurement of that location down

09:40AM 21   to a precise tenth of a foot, correct?

09:40AM 22   A.   I believe I'm understanding your question, and I believe the

09:40AM 23   answer is yes, but when you do a relative -- an analysis that has

09:40AM 24   a relative analysis between different cases, that same error

09:41AM 25   would be represented in all six cases.   So from a comparison

09:41AM 1   standpoint, you would not have variability just because you said

09:41AM 2   you were going to consider that error because you would have to

09:41AM 3   take into all six cases and do the analysis.  That's why you use

09:41AM 4   the average value when you do a comparative analysis in terms of

09:41AM 5   sensitivity analysis.

09:41AM 6   Q.  Mr. Spinks, the purpose of the error bars is to show that

09:41AM 7   there are uncertainties in the witness observations; is that

09:41AM 8   fair?

09:41AM 9   A.  Which we have within our reporting.

09:41AM 10   Q.  But then when you go to actually calculate your sensitivity

09:41AM 11   analysis to figure out whether the scenario that is your opinion

09:41AM 12   as to the best match of the breach times, the error bars are not

09:41AM 13   carried forward onto the sensitivity analysis; is that true?

09:42AM 14   A.  I explained just a minute ago, it's because we're doing a

09:42AM 15   comparative analysis of six cases, and that same error would have

09:42AM 16   to be in each of the six cases.  So therefore, if you used the

09:42AM 17   average value, you don't have a change.

09:42AM 18           Let's say if I used everybody's lowest error, well, I

09:42AM 19   have to use it in all six cases, so it doesn't change the

09:42AM 20   statistical analysis results.  It may change some of the values

09:42AM 21   at the very end but not which case is performing superior to the

09:42AM 22   other.

09:42AM 23           So that would not be a normal process that I would

09:42AM 24   think when we're doing comparative analysis.

09:42AM 25   Q.  I just want to be clear on one thing, just for the record.

09:42AM 1   There are -- the error bars are not, in fact, carried forward to

09:42AM 2   the sensitivity analysis chart?

09:42AM 3   A.    That is correct.

09:42AM 4   Q.    Now, this chart -- can you pull out the whole chart?

09:43AM 5   A.    To this column here.  It is included, though, within the

09:43AM 6   ranking number, the error analysis.  So let me make sure I point

09:43AM 7   that out because in our ranking analysis, we gave it a 1 if it's

09:43AM 8   within the time interval.  So I just wanted to make a mention of

09:43AM 9   that.

09:43AM 10  Q.    We'll get there, too.

09:43AM 11  A.    Okay.

09:43AM 12  Q.    Can we highlight the top for Cases 1 and 2.

09:43AM 13        Just so we understand, your Case 1 ran the model using

09:43AM 14  a north breach at 4 o'clock and a south breach at 5:30, and your

09:43AM 15  Case 2 ran it with a north breach of 4 o'clock and a south breach

09:43AM 16  of 7:00; is that correct?

09:43AM 17  A.    The purpose of Case 2 was to vary the breach time for only

09:44AM 18  the south breach from 5:30, which is where we have it in our

09:44AM 19  all-causes case, to 7:00 a.m. to see how the performance of the

09:44AM 20  data would be with the south breach occurring at 7:00 versus at

09:44AM 21  5:30.

09:44AM 22  Q.    Sometimes even the Case 1 modeling results are quite a bit

09:44AM 23  different from the observed water depths; isn't that correct?

09:44AM 24  A.    Yes.  The --

09:44AM 25  Q.    I'm sorry.  Did I cut you off?

09:44AM 1   A.   Yes, that's not unusual that when these types of studies are

09:44AM 2   based on eyewitness accounts and stopped clock data, that it's

09:44AM 3   not uncommon to have differences for even eyewitness accounts in

09:44AM 4   the same area or even stopped clocks, but I think that's why we

09:44AM 5   had mentioned that the more information you have, the analysis

09:45AM 6   gets stronger in terms of more numbers, more values.  But it's

09:45AM 7   not any one single point that we make our conclusions of the

09:45AM 8   data, but it's rather all of the information, which is why we're

09:45AM 9   showing the cumulative error at the very end and a ranking number

09:45AM 10  at the very end.

09:45AM 11  Q.   So let's look at Data Point N10 for scenario Case 1.  The

09:45AM 12  observer, you have down is seven and a half feet, and in Case 1

09:45AM 13  simulates that there will be only .09 feet at that location; is

09:45AM 14  that correct?  That's accurately portraying what your modeling

09:45AM 15  results are for that location?

09:45AM 16  A.   And that's a good example.  That's an actual data from IPET

09:45AM 17  Site 3 from their report and one of the pieces of information

09:46AM 18  that they relied upon within their study.  And this particular

09:46AM 19  eyewitness at that location said at about 5:00 a.m. at Site 3,

09:46AM 20  which is close to, I believe, the north -- I'm sorry, it's close

09:46AM 21  to Jackson barracks going south, all the way at Jackson barracks

09:46AM 22  at 5:00 a.m., the water was at the ceiling, and one of the data

09:46AM 23  points is that he's got an eight-foot ceiling.  So the data

09:46AM 24  represents a depth at that location of 7.5, but clearly our model

09:46AM 25  is not producing seven and a half feet of water at around Site 3.

09:46AM 1   Q.   It's producing about an inch of water?

09:46AM 2   A.   Yes.   At 5:00 a.m.

09:46AM 3   Q.   At 5:00 a.m.   And again, Case 1 is the one that you conclude

09:47AM 4   represents the actual breach times?

09:47AM 5   A.   I don't think I've ever said that every point of data

09:47AM 6   matches.   That's not real in terms of the type of simulation work

09:47AM 7   we do.   I think you have to understand that you have to look at

09:47AM 8   all the data.   And we can't discount it because maybe there is

09:47AM 9   another simulation at another time that it becomes prevalent.

09:47AM 10       So you include all the data that you can gather in your

09:47AM 11  information.   But, yes, that is the results that you're going to

09:47AM 12  see that the models are now going to predict seven and a half,

09:47AM 13  and it may be fairly unlikely that the water was seven and a half

09:47AM 14  feet all the way to Jackson Barracks at 5:00 in the morning.

09:47AM 15  Q.   Let's look at Point S.

09:47AM 16       THE COURT:   One other thing I wanted to ask:   If you

09:47AM 17  continue on, the rating number is zero.   What does that mean?

09:47AM 18       THE WITNESS:   That means -- it's a performance indicator

09:48AM 19  that we used.   If the eyewitness said water was at that location

09:48AM 20  at that time, and our model predicted the flood wave getting

09:48AM 21  there within that time or time interval, then we provided a value

09:48AM 22  of 1.   If it -- if the eyewitness says water was there, but our

09:48AM 23  model did not simulate the flood wave from the breaches or

09:48AM 24  overtopping there, we gave the value a 0.   That means we did not

09:48AM 25  have a -- the performance was not there on the model.

09:48AM  1         THE COURT:  Okay.

09:48AM  2                          EXAMINATION

09:48AM  3  BY MR. CHUD:

09:48AM  4  Q.   Just to be clear, and we're going to talk about rating

09:48AM  5  numbers in a minute, if the model predicted that the water was

09:48AM  6  not at a particular location and the observer said there was not

09:48AM  7  water there at that location, that would also get a rating number

09:48AM  8  of 1, correct?

09:48AM  9  A.   No.  That would be a rating number of 0 because the only

09:49AM 10  time we're going to give value to the model's predictability is

09:49AM 11  by providing -- if there was water there.  I know -- I mean, I

09:49AM 12  see some kind of faces over there in the audience, but I

09:49AM 13  understand during a time that we were -- y'all had asked me that

09:49AM 14  question, I said I needed to verify to make sure how we were

09:49AM 15  going to assume that.

09:49AM 16         MR. WALKER:  Your Honor, I apologize for the face.  It

09:49AM 17  has nothing to do with the answer, Mr. Spinks.  It has something

09:49AM 18  to do with something that has nothing to do with this case and I

09:49AM 19  apologize.

09:49AM 20         THE COURT:  And the Court can understand that as well.

09:49AM 21  I get extraneous information over here every now and again, and I

09:49AM 22  may also demonstrate emotion when it doesn't relate to the case,

09:49AM 23  on something else, maybe a reversal from the Court of Appeals.

09:49AM 24         MR. WALKER:  My apologies, Judge.

09:49AM 25                          EXAMINATION

09:49AM 1    BY MR. CHUD:

09:49AM 2    Q.   Mr. Spinks, I'm not going to belabor the point of the

09:49AM 3    difference between observed water depth and simulated water

09:50AM 4    depth.  But is it fair to say that there are other data points on

09:50AM 5    the sensitivity analysis where the observed water depth and the

09:50AM 6    simulated water depth for Case 1 are quite a bit different?

09:50AM 7    A.   Yes.  And I think we reflected that on our hydrograph

09:50AM 8    showing all the data points on it with all the error bars and

09:50AM 9    showing our hydrograph, how it matches with all the data.

09:50AM 10             So yes, I mean, this represents our data analysis.

09:50AM 11   Q.   Let's talk about the rating numbers.  That's a separate and

09:50AM 12   independent way you try to evaluate which of these cases best

09:50AM 13   matched the information that you had?

09:50AM 14   A.   Yes.  It's a performance indicator for the study.

09:50AM 15   Q.   I think you said the rating number seeks to determine if

09:50AM 16   there is a correlation between the modeling result and the

09:50AM 17   observation; is that true?

09:50AM 18   A.   Yes.  In terms of the flood wave reaching that particular

09:50AM 19   location within that time period.

09:51AM 20   Q.   Now, coming into today, I had understood your rating number

09:51AM 21   system to be as follows:

09:51AM 22             If the model and the observed data both said that there

09:51AM 23   was flooding at a location, it was scored a 1; if the model and

09:51AM 24   the observed information disagreed about whether there was

09:51AM 25   flooding, it would get a 0 because there's a mismatch; and if the

09:51AM  1  model and the observed both predicted no flooding, it would score

09:51AM  2  a rating point of 1 because there was an agreement between the

09:51AM  3  model and the observed.  Is it your testimony that's not an

09:51AM  4  accurate summary of your rating number system?

09:51AM  5  A.   No.  We gave it a value of 0 because we didn't give credit

09:51AM  6  to the model, that there was no water there.

09:51AM  7          I mean, case in point, I guess, you had a time-stamped

09:52AM  8  photograph, I believe, at Jackson Barracks, which is our Data

09:52AM  9  Point S34 -- I mean, S33, which is IPET Site 1.  There was an

09:52AM 10  eyewitness who photographed that there was no water at 7:46 a.m.

09:52AM 11  And so we would not have provided -- even though we both -- we

09:52AM 12  didn't predict water at Jackson Barracks at 7:46, neither did the

09:52AM 13  observer witness water there at 7:46, so the value was given a 0.

09:52AM 14          THE COURT:  So when there is no water, even if there is

09:52AM 15  agreement, it's 0.  Is that it in a nut shell?

09:52AM 16          THE WITNESS:  Yes.

09:52AM 17                          EXAMINATION

09:52AM 18  BY MR. CHUD:

09:52AM 19  Q.   Isn't the purpose of the rating number system to see if the

09:52AM 20  model accurately predicts the water level that the observer sees,

09:52AM 21  whether there happens to be none there or there happens to be a

09:52AM 22  lot there?  I mean, isn't that a more logical rating number

09:53AM 23  system?

09:53AM 24  A.   No.  It's so that we can determine whether the flood wave

09:53AM 25  reached these locations because we're talking about a propagation

09:53AM 1   of water, an extreme propagation of water, and what we're trying

09:53AM 2   to measure, did we actually, with our model, represent that

09:53AM 3   propagational flow.

09:53AM 4   Q.   Let's see what you said about this at your deposition, Page

09:53AM 5   58, Lines 15 to 25.

09:53AM 6           (WHEREUPON, at this point in the proceedings, a portion

09:53AM 7   of the videotaped deposition of Melvin Spinks was played.)

09:53AM 8   Q.   And if I understood you properly, you would compare the

09:53AM 9   observed water depth to the simulated water depth, and if both of

09:53AM 10  them indicated flooding or if both of them indicated no flooding,

09:53AM 11  you would give it a value of a 1, correct?

09:53AM 12  A.   Correct.

09:53AM 13  Q.   And if one of them indicated flooding and the other

09:53AM 14  indicated no flooding, you would give it a 0, correct?

09:53AM 15  A.   Yes.

09:53AM 16          (WHEREUPON, at this point in the proceedings, the

09:53AM 17  portion of the videotape deposition of Melvin Spinks was

09:53AM 18  concluded.)

09:54AM 19                          EXAMINATION

09:54AM 20  BY MR. CHUD:

09:54AM 21  Q.   Would you agree that's a different explanation system than

09:54AM 22  the one you're giving today?

09:54AM 23  A.   I think there was a series of questioning, too, that you

09:54AM 24  would have to look at my entire deposition because once we

09:54AM 25  started going through some of the information within the data

09:54AM 1   table, I think I was quite honest with Mr. Raffman that I needed

09:54AM 2   to check to see how we made that interpretation.  At the earlier

09:54AM 3   time -- and again, back then when we started, I thought we did

09:54AM 4   get a value of 1.  I was thinking that's what we were doing, too.

09:54AM 5   And then when I started looking at the data table, at that time,

09:54AM 6   I recognized we didn't give value.  And then I mentioned to him I

09:54AM 7   needed to confirm that with our analyst as well, how we were

09:54AM 8   going to try it and why.  And so I did that, and I'm coming back

09:54AM 9   and telling you honestly that that's how we made the

09:54AM 10  interpretation.

09:54AM 11  Q.   Would you agree with me that the only way that Lafarge can

09:54AM 12  understand the rating number system is through your explanations

09:55AM 13  to us of this system?

09:55AM 14  A.   I do my best to explain everything to you.

09:55AM 15  Q.   You didn't supplement your expert report or submit an

09:55AM 16  affidavit or anything after your deposition saying, "I've checked

09:55AM 17  with my people and the rating number system is different than I

09:55AM 18  described it at my deposition," did you?

09:55AM 19  A.   I have not changed our results at all.  Our results still

09:55AM 20  stand as this report was provided back a year ago.

09:55AM 21  Q.   So let me just understand one thing:  It remains your

09:55AM 22  testimony that if the modelled and the observed both showed

09:55AM 23  flooding, which I think you said is over a half foot of water at

09:55AM 24  a location, then that gets a 1?

09:55AM 25  A.   I think I may in the deposition used that as a term of

09:55AM 1    depth, but it's actually -- if the flood wave was coming to that

09:55AM 2    location, then we would give credit to the model because the

09:56AM 3    flood wave had reached that location.  But I do believe I may

09:56AM 4    have said a half a foot or try to quantify it, which that's

09:56AM 5    probably not a good response either.  What we are predicting is

09:56AM 6    that did the model predict the flood wave from these breaches

09:56AM 7    getting to that area.  And that's what we were really looking at.

09:56AM 8    Q.   So at your deposition, you said that the cut-off point

09:56AM 9    between a flooded condition and an unflooded condition was half a

09:56AM 10   foot of water, but you're saying today that's not exactly the way

09:56AM 11   it worked?

09:56AM 12   A.   No, we have to -- my modelers looked into the model and they

09:56AM 13   identified a flood wave within the whole time period.  Let's say

09:56AM 14   somebody said between 7:00 and 7:30, they observed water.  So we

09:56AM 15   would look in the model to see between 7:00 and 7:30 did the

09:56AM 16   flood wave from the IHNC's waters or MRGO's waters reach that

09:57AM 17   particular location.  If it did, we provided it a 1.  If it

09:57AM 18   didn't reach, then we gave no -- we provided a 0.

09:57AM 19   Q.   Let's look at Highlight Point S8 for Case 1.  S8, just to

09:57AM 20   see how this number systems work, S8, the observer says 1.8 feet.

09:57AM 21   The simulation, the model, says 9.9 feet.  That's for the rating

09:57AM 22   number of 1, correct?  That's correct?

09:57AM 23   A.   Yes.  Again, we're measuring the flood wave, and that's an

09:57AM 24   observed witness, Mr. Reed, at 10:00 a.m., he makes a statement

09:57AM 25   that between 9:45 and 10:15, water flowed in under the house.

09:58AM 1    Q.   Okay.  So under your rating number system, even though the

09:58AM 2    observer says, "I've got less than two feet," and your model

09:58AM 3    says, "No, you've really got almost 10," that gets credited as a

09:58AM 4    match in this system, doesn't it?

09:58AM 5    A.   Based on the flood wave, yes.

09:58AM 6    Q.   That's really a mismatch between the observer and the model,

09:58AM 7    isn't it?

09:58AM 8    A.   I mean, you're picking one out of several, but no, it's not

09:58AM 9    a mismatch.  It's actually in that particular observation, we

09:58AM 10   know down at the courthouse, at 10:00 a.m., the water depth was

09:58AM 11   way inside the courthouse.  So we do recognize that at that time

09:58AM 12   period, at 10:00, that actually through a video, that MRGO's

09:58AM 13   waters were already reaching this similar location but south.

09:58AM 14   And so we had to give some credibility to our understanding of

09:59AM 15   the whole true flooding at the time.

09:59AM 16       So we do believe that water was up at levels, according

09:59AM 17   to what our model says, and that's why we gave it a rating of 1.

09:59AM 18   Q.   Let's look at S23.  This one has the opposite situation.

09:59AM 19   Here, the observer says, "I've got eight feet of water," and the

09:59AM 20   model says, "No, you've only got 1.64."  That's also a match,

09:59AM 21   even though there is over six-foot difference between the

09:59AM 22   observed and the model; is that correct?

09:59AM 23   A.   Yes, that's Matthew Simmons.  In his deposition, he had

09:59AM 24   indicated between 5:10 and 5:40 a.m., the water was up to the

09:59AM 25   ceiling.  So between 5:00 and 5:30, in the 10 minutes it came up

09:59AM 1    and again was at the ceiling level.

10:00AM 2            At that particular time, I think what we're showing in

10:00AM 3    our table there is that at his location, which is around the

10:00AM 4    south breach area, that we weren't predicting levels right before

10:00AM 5    5:30 at eight feet.  We were predicting -- I mean -- yeah, we

10:00AM 6    were predicting at about two feet.

10:00AM 7    Q.   Let's look at S7, still in Case 1.  S7.  Observed water

10:00AM 8    depth, 2.5 feet; simulated water depth, .06 feet.  Rating number

10:00AM 9    of 1.  That really should be a rating number of 0, shouldn't it?

10:00AM 10   The observed says there was water, the model says there wasn't.

10:00AM 11   A.   At that location, Mr. Reed had mentioned water got up to the

10:01AM 12   Jeep parked on the street, and in his deposition they said, you

10:01AM 13   know, "Well, what time?"  He says, "Between 7:30 and 9:30."

10:01AM 14           So we have to look at the whole time interval, which is

10:01AM 15   again, our error bar between 7:30 and 9:30, that that flood wave

10:01AM 16   would have reached there.  And it did in those periods, the time.

10:01AM 17   So it gets a value.

10:01AM 18           What I'm saying to you is that I understand you want to

10:01AM 19   pick out numbers, but it's not just the number game.  You have to

10:01AM 20   put the thought process that an engineer would go through in

10:01AM 21   order to establish those numbers for each case.

10:01AM 22   Q.   You did say in your deposition that the cutoff between

10:01AM 23   flooding and not flooding was half a foot of water, didn't you?

10:01AM 24   A.   Yes, I think I made some remarks trying to quantify that

10:01AM 25   value and I may have misunderstood at that time, but I have

10:01AM  1  wanted to clarify, again, that it's part of the flood wave moving

10:02AM  2  into the area.  When the model predicts that the flood wave was

10:02AM  3  going to get there, that's how a rating number was put together.

10:02AM  4  Q.   And after your deposition, this was never clarified until

10:02AM  5  just now?

10:02AM  6  A.   I think during the deposition, I said I was unclear on some

10:02AM  7  of these values, and that I would need to clarify some of those

10:02AM  8  values with staff.

10:02AM  9  Q.   There hasn't been any clarification provided to Lafarge

10:02AM 10  about these values until just now?  After your deposition until

10:02AM 11  now, there has been no clarification about those values?

10:02AM 12          MR. SEYMOUR:  Objection, Your Honor.  Lafarge never

10:02AM 13  asked for any clarification after the deposition.

10:02AM 14          THE COURT:  Overruled.

10:02AM 15          THE WITNESS:  I mean, it has not changed our results at

10:02AM 16  all.  Our results still stand.  What I'm trying to explain to you

10:02AM 17  is interpretation of what our analysis at some point for these

10:03AM 18  eyewitnesses.  And, again, I think what you have to capture here

10:03AM 19  is that many of these depth differences, in several cases, we may

10:03AM 20  be just talking minutes.  There is such a rapid change in water

10:03AM 21  levels that it doesn't mean there is an inaccurate model, it just

10:03AM 22  means the point in time, it may happen 10 minutes earlier, it may

10:03AM 23  happen 10 minutes sooner.

10:03AM 24  Q.   I just want to talk about a couple more.

10:03AM 25          Let's look at Case 2, Data Point S5.  S5 says that the

10:04AM 1   observer said there was a foot-and-a-half of water, and it's --

10:04AM 2   actually, the simulation says .56 for S5.  Is that right?

10:04AM 3   A.   Yes.

10:04AM 4        MR. SEYMOUR:  Excuse me, I think you're on the wrong

10:04AM 5   line.

10:04AM 6                        EXAMINATION

10:04AM 7   BY MR. CHUD:

10:04AM 8   Q.   Observed water depth, 1.5; simulated water depth, .56.  Do

10:04AM 9   you see that?

10:04AM 10  A.   Yes.

10:04AM 11  Q.   Both of those are above half a foot of water, correct?

10:04AM 12  A.   Yes.

10:04AM 13  Q.   You score that as a 0?

10:04AM 14  A.   And the reason behind that is Sally Jones lives, again,

10:04AM 15  south, I guess close to the Jackson Barracks location, and the

10:05AM 16  eyewitness indicated that between 8:00 and 8:10, that water was

10:05AM 17  in the house.  But our model did not predict that the flood wave

10:05AM 18  reached that eyewitness location at 8:00 to 8:10.

10:05AM 19       THE COURT:  So am I to understand that in arriving at

10:05AM 20  the values, 1 or 0, various things considered, including the

10:05AM 21  differentials, but other data is also included in making the

10:05AM 22  ultimate judgment, whether you give it a 1 or a 0, other than the

10:05AM 23  differentials that appear on this chart?

10:05AM 24       THE WITNESS:  Yes.  You have to look at the time,

10:05AM 25  complete time, and you have to look at the flood wave in the

10:05AM  1    model to make that accurate.

10:05AM  2         THE COURT:  In other words, if a deposition and a model

10:05AM  3    disagreed a bit here, just a small amount, but you have hard data

10:06AM  4    that the model is correct and the witness is incorrect, then you

10:06AM  5    give it a 0?

10:06AM  6         THE WITNESS:  No.  It's still mathematical.  What we do

10:06AM  7    is, we have to go to that eyewitness location at that time or

10:06AM  8    time interval and look into the model, itself, to see if the

10:06AM  9    flood wave had reached that location.

10:06AM 10              Only if that flood wave reached that location in

10:06AM 11    that time interval did we give a 1.  In this particular case,

10:06AM 12    Your Honor, the .56, the depth is not from the flood wave due to

10:06AM 13    the breaches.  The flood wave still had not reached that

10:06AM 14    location.

10:06AM 15         THE COURT:  So that would have been from rain?

10:06AM 16         THE WITNESS:  Just rain.

10:06AM 17                             EXAMINATION

10:06AM 18    BY MR. CHUD:

10:06AM 19    Q.   So there is nothing in your report that explains the factors

10:06AM 20    you considered to arrive at these rating numbers for each of the

10:06AM 21    locations?  There is nothing I can actually look at that would

10:07AM 22    explain this to me, is there?

10:07AM 23    A.   Our appendix provides a discussion of the analysis, but

10:07AM 24    probably in the details that I've just explained, it may not.

10:07AM 25    Q.   Let's just look at a couple more.  Under case -- let's look

10:07AM 1   at S15 for Cases 1 and 2.  S15.

10:07AM 2              So S15, observed water depth, 0.0; Case 1 simulated

10:07AM 3   water depth, 0.02, rating number of 1; Case 2, simulated, the

10:07AM 4   same, 0.02, rating number 0.  Is that a mistake?

10:07AM 5   A.   No, it's not.

10:07AM 6   Q.   You have the same water depth at a location, the same

10:07AM 7   observed water depth at that location, a different rating number?

10:08AM 8   A.   The eyewitness at that location indicated that water came in

10:08AM 9   at 7:30.  In terms of Case 1, when you look into the model, and

10:08AM 10  remember, the data location, Ms. Bordelon is located across the

10:08AM 11  railroad tracks east of the IHNC, east of the railroad tracks.

10:08AM 12  The water overtopped the railroad tracks after 7:00.  And water

10:08AM 13  was entering the location, it was within that area at about 7:30.

10:08AM 14  It did not affect the depth at that time, but it was just at that

10:08AM 15  time.  But when you change to Case 2, when you start the model at

10:08AM 16  7:00 a.m. for the south breach, water never reaches across the

10:08AM 17  railroad over to Ms. Bordelon's place, even close to 7:30.  So

10:09AM 18  therefore, it does not rank in terms of performance.

10:09AM 19             So the water has to have reached the location of that

10:09AM 20  eyewitness, which in Case 1 it did, but in Case 2 it did not.

10:09AM 21  Q.   I thought you said earlier that if the observed said that

10:09AM 22  there was no water and the simulated said there was no water,

10:09AM 23  that scores a 0, but there is no water observed and simulated in

10:09AM 24  Case 1 where you still gave it a 1?

10:09AM 25  A.   The depth, again, is related to what the witness said, and

10:09AM 1    what the witness said in that case, water came in at 7:30.  We

10:09AM 2    did not have an actual depth, but we knew water was there at

10:09AM 3    7:30.

10:09AM 4    Q.   Yeah, but let's talk about 5:30.  I thought what you said

10:09AM 5    earlier was if there was an agreement between the observed and

10:10AM 6    the simulated, that there was essentially no water, that would

10:10AM 7    get a 0 in your system.

10:10AM 8    A.   What I'm telling you is, the witness said there was water

10:10AM 9    there.  We just don't know the exact depth of that water.

10:10AM 10   Q.   Well, if the witness says there was water there, then why is

10:10AM 11   the observed water depth 0.0?

10:10AM 12   A.   The depth is -- it's just 0.  It's coming in at that

10:10AM 13   location at that time.  If you listen to these eyewitnesses,

10:10AM 14   you'll see water -- they are saying, "Water came down the street.

10:10AM 15   We're seeing water at 7:30," and then they are saying,

10:10AM 16   "15 minutes later, the water is in my house.  30 minutes later,

10:10AM 17   water is up to my roof."  We're taking the accounts of the

10:10AM 18   eyewitnesses and then we're providing our best interpretation in

10:10AM 19   a comparison with our model.

10:10AM 20         And we know, for this particular eyewitness, at 7:30,

10:10AM 21   that's when the flood wave was moving over the railroad tracks,

10:11AM 22   which they lived basically just east of the railroad tracks, and

10:11AM 23   our model predicted well in showing that.

10:11AM 24   Q.   Just so I understand it, the way you did this, at least for

10:11AM 25   this data point, serves to give more credit to Case 1 and not

10:11AM 1   give that same credit to Case 2.  Right?  Get a point in Case 1

10:11AM 2   but not a point in Case 2?

10:11AM 3   A.   But there is a reason it didn't get the credit, because when

10:11AM 4   you start the south breach at 7:00 a.m., there is no way the

10:11AM 5   water can travel all the way to this location, and neither does

10:11AM 6   the model confirm that.

10:11AM 7         So you have to look at the math and the science in

10:11AM 8   this.  You have to understand the model.

10:11AM 9   Q.   I'm trying to understand the model.

10:11AM 10         MR. CHUD:  I have nothing further.  Thank you,

10:11AM 11   Your Honor.

10:11AM 12         THE COURT:  Thank you, Counsel.

10:12AM 13                          REDIRECT EXAMINATION

10:12AM 14   BY MR. SEYMOUR:

10:12AM 15   Q.   Mr. Spinks, did -- I withdraw that.

10:12AM 16         Let me get one more thing here.  Mr. Snyder, would you

10:12AM 17   please put up Slide 88.

10:13AM 18         Mr. Spinks, please summarize why you concluded that the

10:13AM 19   north breach occurred at or before 4:30 a.m. Central Time.

10:13AM 20   A.   In our statement of conclusions, clearly it's indicated our

10:13AM 21   conclusions and our analysis showed that the breach occurred

10:13AM 22   prior to 4:30, and that's because we're comparing to the

10:13AM 23   eyewitness account stopped clock information that was made

10:13AM 24   available.  And when I mention by that is other than Villavasso,

10:13AM 25   there is other information that supports the earlier breach

10:13AM  1    times.  Even the 6:10 a.m. where all the pumps were stopped, the

10:14AM  2    water had to get six feet deep at that pump station location.  In

10:14AM  3    order for that water to get six feet deep due to the north breach

10:14AM  4    and the south breach, it takes about an hour and a half to fill

10:14AM  5    up to Elevation 2, okay, which puts it at 6:00 a.m. in the

10:14AM  6    morning, which you also find by that 6:00 a.m. in the morning

10:14AM  7    time frame is a lot of clocks that stopped at that time in those

10:14AM  8    locations.

10:14AM  9         So I think what we're saying is that at the time that

10:14AM 10    we have identified as the most likely time of breaching had to be

10:14AM 11    sometime before 4:00 to 4:30 time frame in order to fill this

10:14AM 12    area up in the north breach side and to have the stopped clocks'

10:14AM 13    data valid, to have several eyewitnesses' data valid, that that

10:15AM 14    would have to be a high probability.  We don't believe that wave

10:15AM 15    splashing would have contributed to the volume of water that was

10:15AM 16    being reported.

10:15AM 17         THE COURT:  So when you say "the breach," you're

10:15AM 18    assuming the breach as fully breached; is that correct?

10:15AM 19         THE WITNESS:  Yes, sir.

10:15AM 20                             EXAMINATION

10:15AM 21    BY MR. SEYMOUR:

10:15AM 22    Q.   Is it fair to say that as the water comes in from that

10:15AM 23    relatively narrow gap as opposed to the south breach, it has to

10:15AM 24    spread out before it can build up?

10:15AM 25    A.   Yes.  That's why it takes an hour and a half to get to

10:15AM 1    Elevation 2, which is the finished floor elevation -- about the

10:15AM 2    finished floor elevation of the pumphouse, Pump Station Number 5.

10:15AM 3    Q.   And do you know the -- actually, let me ask for Plaintiff's

10:15AM 4    Exhibit 373, deposition exhibits for Mr. Villavasso, Exhibit

10:16AM 5    Number 8, to be put up on the screen.

10:16AM 6         Now, that's a picture of the pumphouse and it shows the

10:16AM 7    doors that Mr. Villavasso looked out.  There appears to be a

10:16AM 8    garage that's underneath.  Do you happen to know the elevation of

10:16AM 9    the electrical conduits that Mr. Villavasso was worried about

10:16AM 10   short-circuiting?

10:16AM 11        MR. CHUD:  This is beyond the scope.  I didn't ask

10:16AM 12   anything about the geography of the pump station.

10:16AM 13        THE COURT:  He's saying it's beyond the scope.  What's

10:16AM 14   your response, Counsel?

10:16AM 15        MR. SEYMOUR:  Your Honor, the witness -- we're trying to

10:16AM 16   look at the question that Your Honor raised yesterday that was

10:16AM 17   raised in cross-examination about the timing of the breach, the

10:16AM 18   time it takes to get up to the critical level --

10:16AM 19        THE COURT:  I'm going to allow it.  Overruled.

10:16AM 20                            EXAMINATION

10:16AM 21   BY MR. SEYMOUR:

10:16AM 22   Q.   Do you happen to know the elevation of the electrical

10:16AM 23   conduits that Mr. Villavasso testified he was worried about

10:16AM 24   resulting in short circuit if the water got up to that point with

10:17AM 25   the pump still on?

10:17AM  1   A.   No, I'm not aware of the elevation.

10:17AM  2   Q.   You can take that down.

10:17AM  3        You mentioned a phrase a moment ago, "Elevation 2."

10:17AM  4   Just for clarity of the record, what did you mean by that?

10:17AM  5   A.   Elevation 2 is actually the finished floor elevation of the

10:17AM  6   pumphouse is about 1.89 feet, and I just said about two feet.

10:17AM  7   And that referred to the datum that is used for all of these

10:17AM  8   studies which is the NAVD1988 2004.65 feet adjustment.

10:17AM  9   Q.   If we could have Slide 88 back, please.

10:18AM  10       And please summarize again the reasons why you

10:18AM  11  calculated the most likely time for the occurrence of the south

10:18AM  12  breach as being at or before 6:00 a.m. Central Daylight Time.

10:18AM  13  A.   I think we have several eyewitnesses, particularly within

10:18AM  14  the south area by Jackson Barracks that have indicated that they

10:18AM  15  started to flood at about 8:00 there -- about 8:15.  In order to

10:18AM  16  get floodwaters to the Jackson Barracks location, in order also

10:18AM  17  for the flooding across the railroad tracks, the south breach

10:18AM  18  would have to occur sometime before 6:00 a.m.

10:18AM  19       It's more important, I think, because the elevation on

10:18AM  20  the south part are much higher than going east, and I think when

10:19AM  21  you look at those model simulations we have, you see the water

10:19AM  22  crossing the railroad in both the Polder study done by the

10:19AM  23  Delft University and us because that's still lower elevation, but

10:19AM  24  to reach the elevation south, we're at the Mississippi where you

10:19AM  25  get into elevation of four feet in terms of elevation, the water

10:19AM 1  from the south breach would have had to really occur before

10:19AM 2  6:00 a.m. in order to get that water there.

10:19AM 3         So there is sufficient data and stopped clocks as well

10:19AM 4  as with eyewitnesses that support the earlier breaching times for

10:19AM 5  the south breach.

10:19AM 6  Q.   Now, you testified on direct examination that as of

10:19AM 7  9 o'clock a.m., all of the water east of Paris Road, all of the

10:19AM 8  floodwater east of Paris Road came from the Inner Harbor

10:19AM 9  Navigation Canal and none of it came from the Mississippi River

10:20AM 10 Gulf Outlet, using your breach times.

10:20AM 11        I request the defendant to put up on the screen again

10:20AM 12 the comparison between Mr. Spinks's analysis and the Delft

10:20AM 13 analysis for 9 o'clock in the morning, one of the exhibits you

10:20AM 14 used on cross.  Excuse me, west of Paris Road, not east of

10:20AM 15 Paris Road.  Would you please put that up again.

10:20AM 16        THE COURT:  The comparison of the two, of Mr. Spinks's

10:20AM 17 modeling and the Delft modeling?

10:20AM 18        MR. SEYMOUR:  Yes, Your Honor.

10:20AM 19        THE COURT:  I know there were two or three shown by

10:20AM 20 counsel.  That's one of them.

10:20AM 21        MR. SEYMOUR:  Was that captured, by the way?

10:20AM 22        Okay.  We request the Court to capture that.

10:20AM 23                      EXAMINATION

10:20AM 24 BY MR. SEYMOUR:

10:20AM 25 Q.   Now, taking a look at these two comparisons, the Delft model

10:21AM 1   on the left does not show as much flooding in St. Bernard Parish,

10:21AM 2   close to Paris Road, as your model.  Am I reading this rightly?

10:21AM 3   A.   Yes.  Their breach time for the south and the north breach

10:21AM 4   was about 7:00 a.m., 7:00 to 7:30.  And I don't believe, within

10:21AM 5   their -- I mean, their Polder study relied upon Team Louisiana's

10:21AM 6   breaching failure times.  And I don't believe there was any look

10:21AM 7   into that failure time and associated with the actual flooding

10:21AM 8   time.  So it's just strictly on wall stability-type issues.

10:21AM 9   Q.   Do you know whether anyone at the Delft University did any

10:21AM 10  kind of sensitivity analysis like you did to determine whether

10:22AM 11  the results of their modeling corresponded with actual

10:22AM 12  observations in the real world?

10:22AM 13  A.   I don't believe that they did a sensitivity analysis to look

10:22AM 14  and focus in on the south breach.  I think that their study

10:22AM 15  really focused on what was the maximum water levels and the

10:22AM 16  contributions for MRGO versus -- for MRGO in this area really

10:22AM 17  producing the maximum water surface elevations.  So their timing

10:22AM 18  was not that the critical for the IHNC because, again, MRGO's

10:22AM 19  waters did have an inundation of this area.

10:22AM 20  Q.   Please mark on this map where you believe Paris Road to be.

10:22AM 21  A.   I will mark it with my exhibit.  (Witness complies.)

10:23AM 22  Q.   And please mark on it the Delft side as well.

10:23AM 23  A.   (Witness complies.)

10:23AM 24  Q.   And the area west of Paris Road is to the left of those

10:23AM 25  lines?

10:23AM 1    A.   Yes.

10:23AM 2    Q.   Please capture that.

10:23AM 3              Now, Mr. Spinks, you have a number of observation

10:23AM 4    points, data points, witness points that are in the area that you

10:23AM 5    show as having floodwaters from the Inner Harbor Navigation

10:23AM 6    Canal, but the Delft area, Delft study does not yet show as

10:23AM 7    having any floodwater; is that correct?

10:23AM 8    A.   Yes.

10:23AM 9    Q.   And we won't -- we'll save it for briefing how that matches.

10:23AM 10             MR. SEYMOUR:  But we'd like to move as plaintiffs next

10:24AM 11   exhibit, which I believe is 495 --

10:24AM 12             THE DEPUTY CLERK:  449.

10:24AM 13             MR. SEYMOUR:  449?

10:24AM 14             THE DEPUTY CLERK:  Yes.

10:24AM 15             MR. SEYMOUR:  -- those two charts as 449.

10:24AM 16             THE COURT:  All right.

10:24AM 17             (WHEREUPON, at this point in the proceedings,

10:24AM 18   Exhibit 449 was admitted into evidence.)

10:24AM 19                              EXAMINATION

10:24AM 20   BY MR. SEYMOUR:

10:24AM 21   Q.   Mr. Spinks, there was discussion of error bars.  When a

10:24AM 22   person is uncertain as to time and gives you a range of time, is

10:24AM 23   that a systematic error or is it a random error?

10:24AM 24   A.   The error bars represent an observation of time difference.

10:24AM 25   As you would say, I believe something happened between 7:00 and

10:24AM 1    7:30.  That's the uncertainty of an observation made by a

10:24AM 2    witness, and so that's what we captured at that time.

10:24AM 3    Q.   Is that a random error or a systematic error?

10:25AM 4    A.   Well, I would imagine systematic.

10:25AM 5    Q.   Well --

10:25AM 6    A.   Each individual eyewitness would have a different error, so

10:25AM 7    it's clearly random in the sense -- but it's based upon

10:25AM 8    eyewitness account.

10:25AM 9    Q.   That's right.  And if the witnesses got a clock, a watch set

10:25AM 10   wrong or simply makes an assessment of time, is that a random

10:25AM 11   error?  You mentioned both and I want to make clear what it is.

10:25AM 12   A.   Yes, it would be random.

10:25AM 13   Q.   Is an analysis skewed by random errors or by systematic

10:25AM 14   errors?

10:25AM 15   A.   Probably by systematic errors.

10:25AM 16   Q.   If you had always taken the upper later bounds of time and

10:25AM 17   used those for your analysis or the earlier bounds of time

10:25AM 18   without taking into account the range, would that have been a

10:26AM 19   systematic error?

10:26AM 20   A.   Yes.

10:26AM 21   Q.   And would that have been capable of skewing your analysis?

10:26AM 22   A.   It could.

10:26AM 23   Q.   Do random errors tend to cancel each other out?

10:26AM 24   A.   Yes.

10:26AM 25   Q.   Now, yesterday there was a discussion of Manning roughness

10:26AM 1   coefficients, and you were -- well, a book was put the air, but

10:26AM 2   you were never given a chance to examine the book, were you?

10:26AM 3   A.    No.

10:26AM 4   Q.    And number of excerpts of pages were shown to you, but I

10:26AM 5   believe you were never shown a full page, were you?

10:26AM 6   A.    No.

10:26AM 7         MR. SEYMOUR:  I would request permission to hand the

10:26AM 8   book to the witness, Your Honor, just for him to examine to see

10:27AM 9   whether the content is the same as the version of the Chow book

10:27AM 10  that he had.  I would like to clear that up.

10:27AM 11        THE COURT:  Well, if you can do that.

10:27AM 12        THE WITNESS:  Given that I have a -- I doubt if I could

10:27AM 13  know if it's a direct -- the same copy or anything.  I really

10:27AM 14  can't tell you that.

10:27AM 15                        EXAMINATION

10:27AM 16  BY MR. SEYMOUR:

10:27AM 17  Q.    Please look at the content of the book and tell me if it

10:27AM 18  looks similar to the book that you have.

10:27AM 19  A.    I mean, it's a Ven Te Chow book, yes.  I understand Ven Te

10:27AM 20  Chow, and, yes, there's a lot of similar calculations, and, yes,

10:27AM 21  he references Manning's coefficients.  And so yes, there are

10:27AM 22  similarities to the book -- or to the books.

10:27AM 23        MR. SEYMOUR:  We've taken -- made copies of some of the

10:28AM 24  full pages of the book, Your Honor, and I hand to defense counsel

10:28AM 25  and request permission to approach the witness to talk about

10:28AM  1    these particular pages.

10:28AM  2         THE COURT:  Okay.  Maybe you can talk about them from

10:28AM  3    the podium on the Elmo, I assume.

10:28AM  4         MR. SEYMOUR:  Yes, Your Honor.  I just want to hand it

10:28AM  5    to the witness.

10:28AM  6         THE COURT:  Certainly, you may.

10:28AM  7                          EXAMINATION

10:28AM  8    BY MR. SEYMOUR:

10:28AM  9    Q.   You were shown a picture of a channel that was at the top of

10:28AM 10    page 122 of the Chow book, and could you turn in this set of

10:29AM 11    pages to page 122.  And you see the Number 19, I believe that's

10:29AM 12    the picture that you were shown yesterday; is that correct?

10:29AM 13    A.   Yes.

10:29AM 14    Q.   Now, take a look through all of the pictures that there are

10:29AM 15    in the Chow book, and tell me if you -- when you find a picture

10:29AM 16    of a residential area or a commercial area or an industrial area?

10:29AM 17    A.   Ven Te Chow, this is about river hydraulics and values, end

10:29AM 18    values related to land-use types, or you could develop through a

10:29AM 19    process which through -- going through the various types of

10:29AM 20    surface conditions.  But, no, there's not anything like that in

10:30AM 21    this book.

10:30AM 22    Q.   These are only pictures of water channels; is that right?

10:30AM 23    A.   Yes.

10:30AM 24    Q.   Now, you were also shown a portion of a table dealing with

10:30AM 25    brush on page 113 of the book.  Can you find that in the document

10:30AM 1    before you?

10:30AM 2    A.   Yes.

10:30AM 3    Q.   And do you see that that is a subset of an area called

10:30AM 4    "floodplains?

10:30AM 5    A.   Yes.

10:30AM 6    Q.   In the charts that you have here, are there any values for

10:30AM 7    residential areas, commercial areas or industrial areas?

10:30AM 8    A.   Not directly on this chart, no.

10:30AM 9    Q.   Now, please turn to page 107, which is the second page of

10:31AM 10   this document, and let me place this on the Elmo.  And I direct

10:31AM 11   your attention to the lower half of the page where it says

10:31AM 12   Number 1 -- or right above that.

10:31AM 13          "In selecting the value of" -- there's an italicized

10:31AM 14   "N," is that the Manning coefficient he's speaking about?

10:31AM 15   A.   Yes.

10:31AM 16   Q.   -- "the degree of effective vegetation is considered.  Low

10:31AM 17   for conditions comparable to the following:"  And then in A, he

10:31AM 18   talks about type of vegetation, and then says "where the average

10:31AM 19   depth of flow is two to three times the height of vegetation."

10:31AM 20   Do you see that?

10:31AM 21   A.   Yes.

10:31AM 22   Q.   In part B, it refers again to the average depth of flow

10:31AM 23   compared to the "height of vegetation."  Do you see that?

10:32AM 24   A.   Yes.

10:32AM 25   Q.   Now, does that correspond to your testimony yesterday that

10:32AM 1   once you have some flooding over the area, the water is

10:32AM 2   essentially traveling on water?

10:32AM 3   A.   Yes.

10:32AM 4   Q.   Do you believe that your choice of the Manning coefficients

10:32AM 5   was appropriate?

10:32AM 6   A.   I believe it was the correct value.

10:32AM 7          MR. SEYMOUR:  You Honor, plaintiffs move that as

10:32AM 8   Exhibit Number 446.

10:32AM 9          THE COURT:  Any objection, Counsel?

10:32AM 10          MR. CHUD:  No objection, Your Honor.

10:32AM 11          THE COURT:  Let it be admitted.

10:32AM 12          MR. SEYMOUR:  Do I have the right number?

10:32AM 13          THE DEPUTY CLERK:  450.

14          MR. SEYMOUR:  450.

15          (WHEREUPON, at this point in the proceedings,

16   Exhibit 450 was admitted into evidence.)

17                              EXAMINATION

18   BY MR. SEYMOUR:

10:32AM 19   Q.   You were asked a number of questions on cross-examination

10:32AM 20   about where in the Lower Ninth Ward and where in St. Bernard

10:33AM 21   Parish that was being pointed to, how much water came from the

10:33AM 22   north breach and how much water came from the south breach.

10:33AM 23          Was there a time after both breaches had occurred and

10:33AM 24   fully developed when it's simply not possible to distinguish the

10:33AM 25   particular packet of water was at a particular location?

10:33AM  1   A.    Yes, when the waters comingle.

10:33AM  2   Q.    Is that what you referred to yesterday as being

10:33AM  3   "indivisible"?

10:33AM  4   A.    Yes.

10:33AM  5   Q.    You were asked some questions about data points.

10:33AM  6         Could you please put up Table 2 from the appendix side

10:33AM  7   that you had up on the screen before.  And could you blow up the

10:34AM  8   left-hand side of the screen along with Case 1 so that we can see

10:34AM  9   which is data point N-10.

10:34AM 10         Okay.  N-10, IPET Site 3, the observed water depth of

10:34AM 11   7 1/2 feet of water.  And can you tell from -- you've got the

10:34AM 12   full chart before you, what time is that observation?

10:34AM 13   A.    For data point N-10, at 5:00 a.m.

10:34AM 14   Q.    Now, at the Jackson Barracks, there also was a time-stamped

10:34AM 15   photograph showing no water at 7:46 a.m.

10:35AM 16   A.    Correct.

10:35AM 17   Q.    Can you reconcile the IPET observation with the fact that

10:35AM 18   there is a photograph time stamped showing no water almost

10:35AM 19   three hours later?

10:35AM 20   A.    I can't reconcile it.  It's an observation point.

10:35AM 21   Q.    But at some point later on, there would reasonably have been

10:35AM 22   7 1/2 feet of water at the point marked as N-10; is that correct?

10:35AM 23   A.    Yes.

10:35AM 24         MR. SEYMOUR:  Thank you, Your Honor.  We tender the

10:35AM 25   witness.

10:35AM 1          Excuse me, Your Honor, Counsel has something.

10:35AM 2          THE COURT:  We're not going to have recross.  You're

10:35AM 3  releasing him -- about to release him.

10:35AM 4                         EXAMINATION

10:35AM 5  BY MR. SEYMOUR:

10:36AM 6  Q.   Okay.  I've been asked to ask you specifically about

10:36AM 7  Mr. Richardson's location at 1321 Egania Street.  Would a

10:36AM 8  ground-level room at 1321 Egania have filled with IHNC water

10:36AM 9  before the Mississippi River Gulf Outlet water?

10:36AM 10          THE COURT:  Do you want to look at the hydrograph?  It

10:36AM 11  might help the witness.

10:36AM 12                         EXAMINATION

10:36AM 13  BY MR. SEYMOUR:

10:36AM 14  Q.   That's going to be Appendix J.

10:36AM 15  A.   Can you go to Slide 73.

10:36AM 16          THE COURT:  Do you want to just show him on the Elmo?

10:37AM 17          MR. SEYMOUR:  That would be Slide Number 73.

10:37AM 18          THE COURT:  Okay.  There it is.  There is the

10:37AM 19  hydrograph.

10:37AM 20                         EXAMINATION

10:37AM 21  BY MR. SEYMOUR:

10:37AM 22  Q.   Okay.  And the height of the water at the time that the

10:37AM 23  Mississippi River Gulf Outlet water came in, that's stated in

10:37AM 24  there as being 5.9 feet; is that correct?

10:37AM 25  A.   Yes.  Above ground level.

10:37AM 1        MR. SEYMOUR:  No further questions then, Your Honor.

10:37AM 2        THE COURT:  Thank you very much, Mr. Spinks.  You may

10:37AM 3  step down.

10:37AM 4             This witness is released.

10:37AM 5        MR. GILBERT:  Your Honor, could we have a brief recess

10:37AM 6  before we rest.

10:37AM 7        THE COURT:  Absolutely.  How about 15 minutes?

10:38AM 8        MR. GILBERT:  That's great.

10:38AM 9        THE COURT SECURITY OFFICER:  All rise.

10:38AM 10        (WHEREUPON, at this point in the proceedings, a brief

10:38AM 11  recess was taken.)

11:03AM 12        THE DEPUTY CLERK:  All rise.  Court is in session.

11:03AM 13  Please be seated.

11:03AM 14        THE COURT:  Yes, sir.

11:03AM 15        MR. KHORRAMI:  Your Honor, plaintiffs are prepared to

11:03AM 16  rest subject to certain exceptions, which I'm going to read off

11:03AM 17  to you:

11:03AM 18             The testimony of Mr. Joel Dupre, which is currently

11:03AM 19  scheduled to be provided by deposition but is going to take place

11:03AM 20  next Wednesday.

11:03AM 21             The testimony of Stan Guidry, who is -- I'm sorry.

11:03AM 22        THE COURT:  Can we tell for the record, Mr. Dupre, the

11:03AM 23  nature of his testimony?

11:03AM 24        MR. KHORRAMI:  He is going to testify regarding the

11:03AM 25  drydock, a drydock that was later discovered within the canal,

11:04AM 1  and I believe it's post Rita, so that testimony is going to be,

11:04AM 2  we believe, under an hour.

11:04AM 3         Then the testimony of Stan Guidry, who is an

11:04AM 4  investigator plaintiffs employed to measure that pole that we

11:04AM 5  have been discussing in front of the north breach, and the reason

11:04AM 6  for that is that we are trying to work out a stipulation with the

11:04AM 7  defendants and we don't know if that's possible, but we're trying

11:04AM 8  to work that out to save the Court's time.

11:04AM 9         The testimony of plaintiff Bob Glaser, who is

11:04AM 10  Holiday Jewelers.  He's going to be on, out of turn, this coming

11:04AM 11  Tuesday.

11:04AM 12         The next item would be the reconciliation.  And

11:04AM 13  we're just going to check for accuracy plaintiff's exhibits, and

11:04AM 14  we'll be done with that before the end of trial.

11:04AM 15         Also, rebuttal witnesses that plaintiff may call.

11:05AM 16     THE COURT:  Certainly.  And you rest subject to

11:05AM 17  rebuttal.

11:05AM 18     MR. KHORRAMI:  Absolutely.  And I also wanted to make

11:05AM 19  sure, I haven't heard anything during trial, that it's inclusive

11:05AM 20  of all of the deposition testimony that the parties stipulated

11:05AM 21  would be presented --

11:05AM 22     THE COURT:  Absolutely.

11:05AM 23     MR. KHORRAMI:  -- in lieu of live testimony.

11:05AM 24     THE COURT:  Including some of your experts on damages

11:05AM 25  and all of the other factual witnesses.

11:05AM 1       MR. KHORRAMI:  Yes, Your Honor.  Subject to that -- I

11:06AM 2   apologize, Your Honor.

11:06AM 3               I also offer into evidence any of the papers that

11:06AM 4   we provided to the Court, any evidence that we provided in our

11:06AM 5   papers to the Court.  Subject to that, plaintiffs rest.

11:06AM 6       MR. ALDOCK:  That's acceptable, Your Honor.

11:06AM 7       THE COURT:  Just a question, and the drydock, can you

11:06AM 8   just explain a little bit of that to me.  Mr. Gilbert, you're

11:07AM 9   going to do it?

11:07AM 10      MR. GILBERT:  Your Honor, there are several photographs

11:07AM 11  that have been traversed back and forth between the parties that

11:07AM 12  show on the southwestern point just below the Florida Avenue

11:07AM 13  bridge a big square hunk of something.  It's a big object.  And

11:07AM 14  there has been concern, at least among the plaintiffs, and maybe

11:07AM 15  some intimations by the defendants, that they might attempt,

11:07AM 16  directly or obliquely, to somehow imply that that object is what

11:07AM 17  Mr. Villavasso saw.

11:07AM 18              That object is actually a piece of a drydock that

11:07AM 19  during Katrina got hung up against the north side of the

11:07AM 20  Florida Avenue bridge and is now the subject of Southern Scrap's

11:07AM 21  limitation action.  It may still be underway right now, as far as

11:08AM 22  I know, in another section of court.

11:08AM 23              I personally, Your Honor, have spoken with counsel

11:08AM 24  for Southern Scrap, counsel for some other party.  That piece of

11:08AM 25  junk is a piece of that drydock that was cut and then removed,

11:08AM 1    brought across on the other side of the Florida Avenue bridge,

11:08AM 2    that is, the side that is, you know, in the span of the

11:08AM 3    Industrial Canal that we're concerned with.  It was never there

11:08AM 4    during Katrina.

11:08AM 5          THE COURT:  My main concern, Mr. Gilbert, not to

11:08AM 6    interrupt you, was, it doesn't really relate to your case in

11:08AM 7    chief.  It may relate to something the defense -- in other words,

11:08AM 8    you wouldn't be introducing it in your case in chief.

11:08AM 9          MR. GILBERT:  I wouldn't, I wouldn't but for the fact

11:08AM 10   that I simply would not want Your Honor to draw any inferences.

11:08AM 11         THE COURT:  I understand.  That was my main concern.

11:08AM 12   The merits of it, when I see the deposition I'll --

11:09AM 13         MR. ALDOCK:  Your Honor, this is an argument we've told

11:09AM 14   them ten times we're not making.  It's not an argument.  We're

11:09AM 15   not putting in a picture of it, but there is a concern that, who

11:09AM 16   knows.

11:09AM 17         MR. GILBERT:  I understand that.  I understand that.  I

11:09AM 18   wanted a stipulation for the record that this is not the thing

11:09AM 19   that Mr. Villavasso saw but we couldn't get that far with it, so

11:09AM 20   I need to do something with the proof.

11:09AM 21         THE COURT:  I understand.

11:09AM 22         MR. GILBERT:  Thank you.

11:09AM 23         THE COURT:  All right.  Subject to those caveats, do you

11:09AM 24   rest?

11:09AM 25         MR. KHORRAMI:  Yes, Your Honor, we do.

11:09AM 1        THE COURT:  And I assume now we have a Rule 52 motion?

11:09AM 2        MR. ALDOCK:  We do, Your Honor.  I actually wanted to do

11:09AM 3   two things.  The Rule 52 will be the shorter part of it, and I

11:09AM 4   wanted to address Your Honor's inquiry of Monday about the

11:09AM 5   possibility of the Court looking at an alternative breach theory.

11:09AM 6        At this time, Your Honor, we renew our motion on

11:09AM 7   causation on summary judgment.  We make a Rule 52 motion on both

11:10AM 8   negligence and causation.  At the same time, Your Honor, I should

11:10AM 9   state that we are ready and prepared to put on our case.  We are

11:10AM 10  indeed anxious to put on our case, and if the judge

11:10AM 11  understandably would like to hear all of the evidence and reserve

11:10AM 12  on the motion.

11:10AM 13       THE COURT:  And that is what I'm going to do, as it is

11:10AM 14  my prerogative under Rule 52, and ultimately issue written

11:10AM 15  findings of fact and conclusions of law after the evidence is in,

11:10AM 16  but of course, you need to make your motion and you've done so.

11:10AM 17       MR. ALDOCK:  The other, briefly, Your Honor, Your Honor

11:10AM 18  raised an inquiry to the parties on Monday about, well, is it

11:10AM 19  possible, if I chose to do so, could I look at these breaches

11:10AM 20  separately?  Your Honor, the case has been tried, as Your Honor

11:11AM 21  pointed out, two breaches, both sides, that's -- all their

11:11AM 22  experts say that, all their testimony says that.  They've rested.

11:11AM 23  Our defense was premised on that.

11:11AM 24       I would submit, Your Honor, that we already have

11:11AM 25  alternative theories of breakaway and timing, we have alternative

11:11AM 1   or no theories of barge transport, and to add to that alternative

11:11AM 2   theories of breach would, I think, render the expert testimony of

11:11AM 3   the plaintiffs, frankly, untenable.

11:11AM 4           Mr. Marino said he used exactly the same wall

11:11AM 5   analysis on the north breach as he used on the south breach.  For

11:11AM 6   Your Honor to credit exactly the same analysis from exactly the

11:11AM 7   same expert on one breach rather than the other, we suggest,

11:12AM 8   would be difficult.

11:12AM 9           Mr. Spinks admitted, which is, I think, undisputed,

11:12AM 10   that really you can't -- you could figure out which water got

11:12AM 11   where when, but no expert in this case in the record has done so.

11:12AM 12         THE COURT:  In other words, but that was my main

11:12AM 13   inquiry.  I just was curious, and, again, not to portend any

11:12AM 14   ruling, I promise you, but you think of various permutations,

11:12AM 15   obviously, as any lawyer and judge almost perpetually does, and I

11:12AM 16   was just wondering if I was going to get any evidence that would,

11:12AM 17   in the event that I did determine that, that I would be able to

11:12AM 18   ascertain the water levels, et cetera.  It looks like this -- it

11:12AM 19   looks like -- and I'm certainly subject to the plaintiff telling

11:12AM 20   me otherwise, this is like the old song, *All or Nothing at All*.

11:13AM 21         MR. ALDOCK:  I believe so, Your Honor.  And since the

11:13AM 22   case has been tried on that basis and we, frankly, have defended

11:13AM 23   on that basis, with all the reports and all the experts, we would

11:13AM 24   urge the Court to decide the case in Your Honor's judgment as

11:13AM 25   it's been presented.

11:13AM 1          THE COURT:  Thank you.

11:13AM 2          MR. BEST:  May I respond to that briefly?

11:13AM 3          THE COURT:  You certainly may.

11:13AM 4          MR. BEST:  I was going to address the Rule 52(c) motion

11:13AM 5    which is unnecessary now, but --

11:13AM 6          THE COURT:  You've won the Rule 52.

11:13AM 7          MR. BEST:  Yes.  If I may just comment on this.  I think

11:13AM 8    what we were referring to earlier, our case has certainly been

11:13AM 9    premised on the proposition that we can and have proven both

11:13AM 10   breaches were caused by the negligence of the defendant and that

11:13AM 11   the cause of the damage is to the plaintiffs, but that having

11:13AM 12   been said, Your Honor raised the issue, there are factual

11:13AM 13   witnesses separate and apart from experts who give varying

11:13AM 14   testimonies.  It is certainly conceivable that the Court, within

11:13AM 15   its discretion, I think, could still find one or the other

11:13AM 16   breach, you could make different findings as a matter of fact

11:13AM 17   based upon your own discretion and your own conclusions.

11:14AM 18          That having been said, since our case is premised

11:14AM 19   in part on violation to safety regulations and the Pennsylvania

11:14AM 20   rule which establishes a presumption of causation, we think even

11:14AM 21   in the event Your Honor did that, that a presumption of causation

11:14AM 22   based on a breach of safety regulations would favor the

11:14AM 23   plaintiffs in terms of proving our damages.  So we think even if

11:14AM 24   Your Honor decided one but not the other, we would be in the same

11:14AM 25   place, but we'll address that in the briefs.

11:14AM  1          THE COURT:  In your briefing, if both of you could

11:14AM  2    address that in your briefing, I would appreciate that.

11:14AM  3          And, of course, while we're talking, the Court is

11:14AM  4    not in a position at this point, I am not, to fully credit or

11:14AM  5    fully discredit any of the eyewitnesses.  I'm going to have to go

11:14AM  6    through this with a fine-toothed comb.  I'm getting my

11:14AM  7    impressions now and making copious notes but then look at it all

11:15AM  8    in light of all the evidence after the defense presents its case.

11:15AM  9          And I know the feeling about the defense, you're

11:15AM 10    ready to, you're ready to put on your witnesses after hearing the

11:15AM 11    plaintiffs.  I understand that well.

11:15AM 12          And I've got to figure out if I credit Tompkins

11:15AM 13    & LeBlanc, where I go from there, because I'm not sure any

11:15AM 14    witness is going to fully enlighten me on that.  But they can

11:15AM 15    try.  So with all of that, I will, whenever you're ready to

11:15AM 16    commit.

11:15AM 17          So you wanted to say something.

11:15AM 18          MR. ALDOCK:  Yes, Your Honor, I just wanted to preview a

11:15AM 19    bit today.  We had hoped to put on the most logical case and

11:15AM 20    therefore, we were going to give you Mr. Dooley, who is the

11:15AM 21    meteorologist this big, and then Mr. Lemon, who does a narrower

11:15AM 22    slice of the meteorology limited to the radar, but because

11:16AM 23    Mr. Lemon -- the plaintiffs took a little longer than we had

11:16AM 24    hoped and expected, and so because Mr. Lemon has to get an

11:16AM 25    airplane, we're going to put him on first, but we're confident

11:16AM  1   Your Honor is not going to have any trouble with it.  It's just

11:16AM  2   our sense of what really would be more logical.

11:16AM  3        THE COURT:  That's fine.  I understand.  Thank you very

11:16AM  4   much, Mr. Aldock.

11:16AM  5        MR. GILBERT:  May we make one motion, Your Honor?  This

11:16AM  6   has nothing to do with anything that has to do with the evidence

11:16AM  7   put on in the case, but I'm hearing a lot of concerns from my

11:16AM  8   co-counsel, and I don't know if opposing counsel recognizes

11:16AM  9   what's about to happen in the city and what's about to happen in

11:16AM 10   the airport, taxicabs, hotels, because we have a teachers'

11:16AM 11   convention in town and the Essence Fest is just gearing up, and a

11:16AM 12   lot of these people have got flights that they have to get to

11:16AM 13   tomorrow, and I'm wondering if Your Honor would consider an early

11:16AM 14   adjournment.  I don't think that they appreciate the problems

11:17AM 15   that they are going to have leaving the city to get to their

11:17AM 16   flights.

11:17AM 17        THE COURT:  Are you doing this on behalf of your --

11:17AM 18        MR. GILBERT:  I'm not leaving.  I'm uptown.  I'm not

11:17AM 19   going anywhere.

11:17AM 20        MR. ALDOCK:  Your Honor, I'm in trial.  I'm not leaving.

11:17AM 21   And we are ready to put on our case, and we appreciate their

11:17AM 22   desire to give us more time.  If we choose on Friday, because we

11:17AM 23   have trouble, we would then be happy to go to Your Honor and ask

11:17AM 24   for time.  We have agreed, because Mr. Khorrami is leaving town

11:17AM 25   on Friday, lucky him, that if his witness is on, we will not

11:17AM 1  require him to do the cross.  But short of that, we're here for

11:17AM 2  the duration to put on a case.

11:17AM 3      THE COURT:  Okay.  We will cross that bridge when we

11:17AM 4  come to it.

11:17AM 5      MR. GILBERT:  Thank you.

11:17AM 6      MR. RAFFMAN:  Your Honor, the defense calls

11:17AM 7  Leslie R. Lemon.

11:18AM 8      THE DEPUTY CLERK:  Would you please raise your right

9  hand.  Do you solemnly swear that the testimony which you are

10  about to give will be the truth, the whole truth and nothing but

11  the truth, so help you God?

12      THE WITNESS:  I do.

13                  **LESLIE R. LEMON**

14  was called as a witness and, after being first duly sworn by the

11:18AM 15  Clerk, was examined and testified on his oath as follows:

11:18AM 16      THE DEPUTY CLERK:  Please be seated.  State your name

11:18AM 17  and spell it for the record, sir.

11:18AM 18      THE WITNESS:  Leslie R. Lemon, L-E-S-L-I-E, L-E-M-O-N.

11:18AM 19      THE COURT:  You can proceed.  I'm just looking for

11:18AM 20  something here.  I know I'll find it.

11:18AM 21              VOIR DIRE EXAMINATION

11:18AM 22  BY MR. RAFFMAN:

11:19AM 23  Q.  Mr. Lemon, you've given your name for the record.  Would you

11:19AM 24  tell the Court where you live, where you're from?

11:19AM 25  A.   I live in Independence, Missouri, 16416 Cogan Drive,

11:19AM 1    Independence, Missouri, 64055.

11:19AM 2    Q.   And you do some work some of the time in Norman, Oklahoma?

11:19AM 3    A.   I spend the other half of my time in Norman, Oklahoma, yes.

11:19AM 4    Q.   What is your occupation?

11:19AM 5    A.   I'm a meteorologist.

11:19AM 6    Q.   And tell the Court your current employment.

11:19AM 7    A.   I work for The University of Oklahoma, for the Cooperative

11:19AM 8    Institute in Mesoscale Meteorological Studies as part of the

11:19AM 9    university.  I'm assigned to the Warning Decision Training

11:19AM 10   Branch, which is a branch of NOAA National Weather Service,

11:20AM 11   which, of course, is under the department of commerce.

11:20AM 12   Q.   And just so the record is clear, when you say "NOAA," it's

11:20AM 13   N-O-A-A, which stands for what?

11:20AM 14   A.   National Oceanic and Atmospheric Administration.

11:20AM 15   Q.   Now, Mr. Lemon, when did you first become interested in

11:20AM 16   meteorology and the study of severe storms?

11:20AM 17   A.   May 20th, 1957, I was 10 years old, and I was up close and

11:20AM 18   personal with a long track F5 tornado that killed 42 people in

11:20AM 19   the immediate vicinity.

11:20AM 20   Q.   And so from the time of ten until, let's say, you were in

11:20AM 21   college, how did you pursue your interest in meteorology?

11:20AM 22   A.   Actually, it developed a passion in me and I just started

11:20AM 23   studying meteorology constantly, if you will.

11:20AM 24          But I pursued my education going through Kansas City

11:21AM 25   Junior College, then I went one year to Kansas University, I went

11:21AM 1   two years to Oklahoma University, and I really wanted to go to
11:21AM 2   Oklahoma University because the National Severe Storms Laboratory
11:21AM 3   was also there, and I wanted to work there, if I could.
11:21AM 4   Q.   And tell the Court what degree you received from the
11:21AM 5   University of Oklahoma and when.
11:21AM 6   A.   Bachelor's degree in meteorology in 1970.
11:21AM 7   Q.   Now, during the time you were in college and you were
11:21AM 8   working at the severe storms laboratory, did you undertake any
11:21AM 9   publishing in the field of meteorology then?
11:21AM 10  A.   Yes, I did.  I was assigned to the radar room, which really
11:21AM 11  got my career started.  And I began working in the radar room and
11:21AM 12  I, during the data collection, saw a storm that I particularly
11:21AM 13  wanted to investigate, and I started doing that.  And that led to
11:21AM 14  several publications.
11:21AM 15  Q.   Now, after college, you received your meteorology degree.
11:21AM 16  What did you do then in terms of employment?
11:22AM 17  A.   Well, first of all, I enrolled immediately in graduate
11:22AM 18  school.  I was in graduate school, but my draft board at the time
11:22AM 19  said you're not going to graduate school, you're going to go to
11:22AM 20  Vietnam unless something else happens.  So I had to do something
11:22AM 21  else, and what I did was joined the NOAA Commissioned Corps,
11:22AM 22  which is a uniformed service, has uniforms that the Navy had, but
11:22AM 23  it's not an armed service.
11:22AM 24  Q.   And so you were able to pursue your interest in meteorology
11:22AM 25  in the service of our country.

11:22AM 1    A.    Yes.  As part of the NOAA Commissioned Corps, I was an

11:22AM 2    officer in the NOAA Corps.  I served 16 months aboard ship, and I

11:22AM 3    had my ground-based assignments at the National Severe Storms

11:22AM 4    Laboratory.

11:22AM 5    Q.    And after the 16 months, I think you said you then left

11:23AM 6    military service and what did you -- or you left the service, I

11:23AM 7    suppose, and after you left the service, what did you do next?

11:23AM 8    A.    Well, I was continuing, as part of the NOAA Corps, to work

11:23AM 9    at NSSL, National Severe Storms Laboratory, and when I resigned

11:23AM 10   from the NOAA Corps, I continued working at NSSL as a research

11:23AM 11   meteorologist.

11:23AM 12   Q.    Now, over the course of your career from that point forward,

11:23AM 13   tell the Court some of the work you've done in the field of

11:23AM 14   developing Doppler radar technology and the NEXRAD or WSR-88D

11:23AM 15   system that we've heard so much about?

11:23AM 16   A.    Well, at NSSL, I started using what was then the

11:23AM 17   conventional radar, the radar that was used in the weather

11:23AM 18   service.  And we began developing other aspects of that radar.

11:23AM 19   But we also acquired a surplus FPS-18 radar, and I was part of

11:24AM 20   the Doppler radar development committee.

11:24AM 21         Two of my colleagues, meteorologists, and myself, when

11:24AM 22   we were working with the engineering branch of NSSL, we acquired

11:24AM 23   that radar and developed it or modified it into the first S band

11:24AM 24   pulse Doppler radar that ever, ever had been fabricated.  That

11:24AM 25   is, was, if you will, the prototype that led to the current

11:24AM 1   WSR-88D.

11:24AM 2   Q.   So in connection with the development of the WSR-88D radar,

11:24AM 3   have you ever won any awards or been recognized?

11:24AM 4   A.   Yes, because, well, during that modification of the radar,

11:24AM 5   we began observing severe convective storms and seeing things

11:25AM 6   that people, nobody had ever seen before.  It was -- it was a

11:25AM 7   real exciting time.

11:25AM 8           One of the things that we, of course, identified were

11:25AM 9   cyclones on Doppler radar, and we studied those in depth.  We

11:25AM 10  also discovered the tornadic vortex signature.  And I received an

11:25AM 11  award for the tornadic vortex signature.  I also received as part

11:25AM 12  of the NSSL staff a gold medal.  There were several other.

11:25AM 13          Paper of the Year award when we -- we wrote a paper,

11:25AM 14  which was on Doppler radar observations of tornadoes, and

11:25AM 15  that's -- we received an award for that paper as well.

11:25AM 16  Q.   All right.  And let's break some of those out so the record

11:25AM 17  is clear.  You, as a discoverer of the tornadic vortex

11:25AM 18  signatures, which the Court has heard about, received an award

11:25AM 19  from whom?

11:26AM 20  A.   From NOAA, national, well, in fact, the Environmental

11:26AM 21  Research Laboratories.

11:26AM 22  Q.   And in what year did you receive that award?

11:26AM 23  A.   19 -- 1976, I believe.

11:26AM 24  Q.   Okay.  And in connection with your work on the design and

11:26AM 25  the development of the WSR-88D radar, did you receive an award

11:26AM 1    from the American Meteorological Society?

11:26AM 2    A.   I did.   That was because I left government service at the

11:26AM 3    time, joined one of the contractors, and we won the contract, and

11:26AM 4    I did a lot of the design work and development work in the radar

11:26AM 5    in different aspects of the radar, and the American

11:26AM 6    Meteorological Society gave me the award for pioneering work in

11:26AM 7    radar, and design and development of the Doppler weather radar,

11:27AM 8    the WSR-88D.

11:27AM 9    Q.   And in what year did you receive that award from the

11:27AM 10   American Meteorological Society?

11:27AM 11   A.   1997.

11:27AM 12   Q.   All right.   Now, let me -- over the course of your career,

11:27AM 13   how many years total, Mr. Lemon, have you devoted to the research

11:27AM 14   of severe storms and radar?

11:27AM 15   A.   Forty-two years.

11:27AM 16   Q.   And you've worked in the private sector and you've also

11:27AM 17   worked in consultation with the National Weather Service and its

11:27AM 18   various organizations; is that fair?

11:27AM 19   A.   That's correct.

11:27AM 20   Q.   That will short circuit a long line of questions.   Have you

11:27AM 21   worked on the development committee to design updates to the

11:27AM 22   WSR-88D radar?

11:27AM 23   A.   I work right now on the radar data quality committee, which

11:27AM 24   is -- involves part of the radar operation center in their

11:28AM 25   applications branch, and I also work on the dual polarization

11:28AM 1    data quality committee because we're now adding dual polarization

11:28AM 2    to the radar.

11:28AM 3    Q.   I would like you to briefly describe for the Court your

11:28AM 4    publications concerning research you've done on Doppler radar and

11:28AM 5    meteorology.

11:28AM 6    A.   I have about 86 publications, 25 are formal publications,

11:28AM 7    peer-reviewed.  Much of my work involves the development of the

11:28AM 8    radar and radar signatures that are used in the operational

11:28AM 9    community to warn for severe storms.  So a lot of my work is

11:28AM 10   split between the study of severe convective storms themselves

11:28AM 11   and then the application of radar, operational application, to

11:28AM 12   that study.  In essence, I work from translating the research

11:29AM 13   into operations.

11:29AM 14   Q.   And is there -- of the 86 papers you've written, 25

11:29AM 15   peer-reviewed, are there any that stand out as the seminal works

11:29AM 16   in your field?

11:29AM 17   A.   Well, one was especially, it's -- we now refer to it as

11:29AM 18   "Lemon and Doswell, 1979".  That paper presented the model of the

11:29AM 19   supercell thunderstorm and mesocyclone.  The mesocyclone is an

11:29AM 20   integral part of the supercell storm, and we laid out the life

11:29AM 21   cycle and we talked a lot about tornado genesis, and we

11:29AM 22   identified the rear flank downdraft, which had never been

11:29AM 23   observed before.  That turns out to be a critical feature in

11:29AM 24   tornado genesis, but at any rate, that model that we developed in

11:30AM 25   '79 remains the model of the supercell today.

11:30AM 1    Q.    And you've also published papers recommending the use of

11:30AM 2    Doppler radar as a warning tool?

11:30AM 3    A.    In 19 -- 1977, I was a lead author of two papers in which we

11:30AM 4    made recommendation that the Doppler radar be a warning, built

11:30AM 5    and installed with the weather service as a warning tool.

11:30AM 6    Q.    Thank you, Mr. Lemon.

11:30AM 7           I would like you to briefly describe your teaching

11:30AM 8    experience as it relates to the use of radar in meteorology.

11:30AM 9    A.    As a researcher in severe storms, I began developing a

11:30AM 10   seminar because I had to give seminars to the operational, well,

11:30AM 11   actually, the radar classes that were at the National Weather

11:30AM 12   Service training center at that time, so in 1975 I began

11:30AM 13   developing a seminar.  And I have updated that seminar and

11:31AM 14   maintained it, and I now give that seminar worldwide.

11:31AM 15   Q.    And when you give -- included among those to whom you give

11:31AM 16   that seminar are people within the Warning Decision Training

11:31AM 17   Branch in Norman, Oklahoma, of the National Weather Service; is

11:31AM 18   that right?

11:31AM 19   A.    Since I, yes, since I work for the Warning Decision Training

11:31AM 20   Branch, the first thing that our branch does is we train every

11:31AM 21   operational meteorologist in the weather service in the operation

11:31AM 22   of the WSR-88D in the details, limitations, capabilities of the

11:31AM 23   radar, and we teach them application of products and teach them

11:31AM 24   the signatures of severe weather that they use in warning the

11:31AM 25   public for severe storms.

11:31AM 1   Q.   And am I right, Mr. Lemon, that every meteorologist who

11:31AM 2   works with the National Weather Service, who has trained with the

11:32AM 3   National Weather Service, is required to go through this training

11:32AM 4   program with the Warning Decision Training Branch?

11:32AM 5   A.   Yes, that's correct.

11:32AM 6   Q.   And that's the organization that you are now working with in

11:32AM 7   your capacity with the National Severe Storms Laboratory at The

11:32AM 8   University of Oklahoma?

11:32AM 9   A.   Yes, that's true.  I also give training internationally.  I

11:32AM 10  trained in China for the last ten years.  I trained their advance

11:32AM 11  course in Doppler radar and severe storms.  I have also been

11:32AM 12  doing very recently training in Australia, and I've done that in

11:32AM 13  the Middle East and in Europe as well.

11:32AM 14  Q.   All right.  Now, let's -- just a couple more questions about

11:32AM 15  your background.  How many times, Mr. Lemon, in your entire

11:32AM 16  career have you been retained to assist lawyers in connection

11:32AM 17  with litigation?

11:32AM 18  A.   Three times.

11:32AM 19  Q.   And you have -- in addition to the work you do with the

11:32AM 20  National Severe Storms Laboratory, you have a consulting business

11:32AM 21  that you've set up, I guess, L.R. Lemon Meteorological Services,

11:33AM 22  Inc.; is that right?

11:33AM 23  A.   Yes.  Yes.

11:33AM 24  Q.   What percentage of the income of your consulting business,

11:33AM 25  which is outside of the work you do for The University of

11:33AM 1    Oklahoma and the National Weather Service, focusing only on your

11:33AM 2    consulting business, what percentage of your income relates to

11:33AM 3    work done for lawyers in litigation?

11:33AM 4    A.    Primarily what I do is teach, and that's the consulting, so

11:33AM 5    as far as this kind of work, maybe 1 percent.  I mean, it's a

11:33AM 6    very, very small amount.

11:33AM 7    Q.    Am I right, Mr. Lemon, that this is the very first time

11:33AM 8    you've ever testified in a court of law as an expert witness?

11:33AM 9    A.    Yes, it is.

11:33AM 10        MR. RAFFMAN:  Your Honor, I tender the witness as an

11:33AM 11   expert in meteorology, and particularly in the design, use,

11:33AM 12   interpretation and analysis of Doppler radar.

11:33AM 13        THE COURT:  Any objection?

11:33AM 14        MR. KHORRAMI:  Your Honor, we'll reserve our voir dire

11:33AM 15   for the examination.  Thank you.

11:33AM 16        THE COURT:  He is accepted as tendered.

11:33AM 17        MR. RAFFMAN:  Thank you, Your Honor.

11:33AM 18                     DIRECT EXAMINATION

11:33AM 19   BY MR. RAFFMAN:

11:33AM 20   Q.    Mr. Lemon, have you reviewed the NEXRAD or the WSR-88D radar

11:34AM 21   data in connection with Hurricane Katrina?

11:34AM 22   A.    Yes, I have.  I ordered the base data from the National Data

11:34AM 23   Climatic Center, NCDC.  I ordered the base data, and I have

11:34AM 24   thoroughly investigated it from 7:00 p.m. on the evening of the

11:34AM 25   28th through 8:54 a.m. on the morning of the 29th of August.

11:34AM 1   Q.   And have you drawn conclusions regarding what the data show

11:34AM 2   about conditions at the Inner Harbor Navigation Canal in

11:34AM 3   New Orleans, Louisiana, between the Florida Avenue bridge and the

11:34AM 4   Claiborne Avenue bridge?

11:34AM 5   A.   Yes, I have.

11:34AM 6   Q.   Let's go through some of the conclusions you've drawn.  With

11:34AM 7   the Court's permission, we'll put them right here on the screen

11:34AM 8   and have a look.

11:34AM 9        Mr. Lemon, tell the Court the first conclusion that you

11:34AM 10  drew.

11:34AM 11  A.   The wind throughout the period, when I examined the radar

11:35AM 12  data, was consistently from the northeast toward the southwest,

11:35AM 13  that is, a northeasterly wind throughout the period of the

11:35AM 14  investigation.  Toward the last hour or two, it veered a little

11:35AM 15  more around to the north and a little less from the northeast.

11:35AM 16  Q.   Let's look at the second conclusion.  What's the second

11:35AM 17  conclusion that you reached, Mr. Lemon?

11:35AM 18  A.   To the extent that the winds were acting on the barge, they

11:35AM 19  were in a direction west, from the -- from the east side toward

11:35AM 20  the west side of the canal, Inner Harbor Navigational Canal.

11:35AM 21  Q.   And to make it clear for the judge and for everyone else in

11:35AM 22  the courtroom, you're not going to testify about how the barge

11:35AM 23  moved in the canal.  All you're talking about are the winds;

11:35AM 24  right?

11:35AM 25  A.   I'm talking about the winds, yes.

11:35AM 1    Q.   Let's go to Conclusion Number 3.  Tell the Court what your

11:35AM 2    third conclusion is, and this is broken up into three pieces, but

11:36AM 3    it's all together.

11:36AM 4    A.   Again, over that entire data, analyzing that entire data

11:36AM 5    set, there were no mesocyclones that passed over the Inner Harbor

11:36AM 6    Navigational Canal in the early morning hours of August 29th or

11:36AM 7    during any time during that data.

11:36AM 8         The barge did not experience microburst winds or wind

11:36AM 9    gusts associated with mesocyclones, and mesocyclones did not

11:36AM 10   affect the barge.

11:36AM 11   Q.   Let's go to your fourth conclusion, then, and tell the Court

11:36AM 12   what your fourth conclusion.

11:36AM 13   A.   There were no winds with multidirectional components at the

11:36AM 14   IHNC that morning.  Measured winds and data were uniform with no

11:37AM 15   indication of multidirectional components whatsoever.

11:37AM 16   Q.   All right.  Thank you, Mr. Lemon.

11:37AM 17        Let's go to your fifth conclusion and then we'll begin

11:37AM 18   to unpack it.  What is your fifth conclusion?

11:37AM 19   A.   I examined Dr. Mitchell's report, and I noticed in his

11:37AM 20   analysis and interpretation that he had made serious errors and

11:37AM 21   made unsubstantiated conclusions based on those errors.

11:37AM 22   Q.   Now, let's take that slide down.

11:37AM 23        The Court has heard a little about what radar is and

11:37AM 24   we're not going to go through all of it, but in order to set your

11:37AM 25   testimony up, Mr. Lemon, we're going to have to go through a

11:37AM 1   little bit of an introduction.  So briefly, tell the Court what

11:37AM 2   is radar and how does it help you understand weather conditions.

11:38AM 3   A.   Doppler radar is a remote-sensing tool.  It uses coherent --

11:38AM 4   it transmits coherent signals, microwave energy; in fact, they

11:38AM 5   are similar to a laser beam, if you will, of coherent energy.

11:38AM 6   It's focused by a parabolic antenna.  It will transmit the beam.

11:38AM 7   The beam is about one arc -- one degree in arc length.  The depth

11:38AM 8   of the pulses are 250 meters.  And those pulses are transmitted

11:38AM 9   by the transmitter, which then shuts down and waits for the

11:38AM 10  return signal.  The receiver is turned on, and it waits and

11:38AM 11  listens for the return signal as does the signal processor.

11:38AM 12          The return signal is a very small fraction of the power

11:38AM 13  transmitted and that signal is amplified.  It's processed further

11:39AM 14  to obtain the mean velocity and spectrum width data, as well as

11:39AM 15  the reflectivity, and that data is displayed.

11:39AM 16  Q.   You just mentioned three different terms which we're going

11:39AM 17  to talk a little about, but -- and those three terms are

11:39AM 18  reflectivity, the mean velocity or radial velocity --

11:39AM 19  A.   Yes.

11:39AM 20  Q.   -- and spectrum width.  Those are three terms you used.

11:39AM 21  A.   Yes.

11:39AM 22  Q.   We're going to keep those terms in mind.  Before we do that,

11:39AM 23  am I right that what's happening with the radar is that as the

11:39AM 24  radar beam circles and projects out, signals are returned

11:39AM 25  reflecting off of hydrometeors, is a term that might be used,

11:39AM 1   rain, snow, wind, and the receiver picks those up, and based on

11:39AM 2   what it detects, it helps you decide or helps you interpret

11:39AM 3   what's out there, right, in the atmosphere?

11:40AM 4   A.   If you -- if you boil our radar equation down, what we're

11:40AM 5   actually observing is that the target, the reflectivity, is a

11:40AM 6   summation of the number of droplets in the pulse volume times

11:40AM 7   their diameter raised to a sixth power.  So the reflectivity is

11:40AM 8   the power returned, it's the magnitude, it measures the intensity

11:40AM 9   and distribution of precipitation.

11:40AM 10  Q.   When we talk about reflectivity, this is, I guess, the image

11:40AM 11  that you see on the TV a lot, but what you're talking about for

11:40AM 12  the benefit of the Court in simplified form is what?  What's it

11:40AM 13  telling you is out there?

11:40AM 14  A.   Rain.

11:40AM 15  Q.   Rain.  Okay.  So that's the first one.  Reflectivity.

11:40AM 16         The second one we talked about is velocity.  Mean

11:40AM 17  velocity, radial velocity.  Tell the Court what that is and what

11:40AM 18  it's measuring.

11:40AM 19  A.   Well, in addition to raising -- or measuring the amplitude

11:41AM 20  of the signal returned, we also measure the phase change.  It's a

11:41AM 21  frequency change, but we really can't measure those very small

11:41AM 22  frequency changes, so we measure the phase change in the

11:41AM 23  backscatter power.

11:41AM 24         And we know the phase and frequencies are very

11:41AM 25  carefully controlled, so we compare the transmitted to the

11:41AM 1   received power, and if there has been a phase change, it means

11:41AM 2   that the target backscattering that power was moving relative to

11:41AM 3   the radar, so we extract that motion from -- and from the signal,

11:41AM 4   and that motion is the mean radial velocity.  It's mean because

11:41AM 5   it's the average, essentially the mean of the motion or the

11:41AM 6   particles within the pulse volume, and it's radial because we

11:41AM 7   only measure the motion toward the radar or away from the radar,

11:42AM 8   along and parallel to the beam.

11:42AM 9   Q.   All right.  And so to bring the Court back to Dr. Mitchell's

11:42AM 10  testimony, we're talking about the radial velocity.  This is the

11:42AM 11  green and red images showing the wind direction either toward the

11:42AM 12  beam or away from the beam and what the magnitude of those is, is

11:42AM 13  that fair, or describe it in your own words?

11:42AM 14  A.   It measures -- it measures it toward or away from the radar,

11:42AM 15  and it's a measure of the magnitude, the velocity of that, those

11:42AM 16  particles, toward or away from the radar.

11:42AM 17  Q.   Okay.  Now, the third concept you mentioned is spectrum

11:42AM 18  width.  I want you to describe for the Court what is spectrum

11:42AM 19  width and how does that help you analyze issues that are germane

11:42AM 20  to the analysis in this case?

11:42AM 21  A.   We measure the power returned.  The backscatter power is

11:42AM 22  essentially a normal distribution, so the amplitude is the power

11:43AM 23  return.  The position on -- across the spectrum is the position

11:43AM 24  of the mean radial velocity, and the width of that normal

11:43AM 25  distribution is, the spectrum width, is proportional to shear

11:43AM 1   width in the beam and to turbulence, primarily shear width in the

11:43AM 2   beam.

11:43AM 3   Q.   All right.  If you've got droplets in the beam that are all

11:43AM 4   kind of moving in the same direction in the same way, you would

11:43AM 5   expect to see a spectrum width that is, what, high or low?

11:43AM 6   A.   Very, very narrow, if it's all moving in the -- with

11:43AM 7   coherency with the same motion.  You would expect a spectrum

11:43AM 8   width that would be very narrow.  If, in fact, there were

11:43AM 9   multidirectional winds, the spectrum width would be very broad.

11:43AM 10  Q.   And when you say that, that's -- is that because the

11:43AM 11  multidirectional winds in the beam will cause the droplets to

11:43AM 12  move in different directions within the beam, is that --

11:44AM 13  A.   The difference in those motions would be -- would be broad,

11:44AM 14  and it would tend to broaden that spectrum.

11:44AM 15  Q.   So if you're looking on the radar for evidence of

11:44AM 16  multidirectional winds and you're looking at spectrum width,

11:44AM 17  you're looking for a spectrum width that is high or low?

11:44AM 18  A.   Very broad.  High.

11:44AM 19  Q.   High.  Broad.

11:44AM 20          Let's go to the first image in our PowerPoint

11:44AM 21  presentation.  We have provided the Court with a copy of the

11:44AM 22  PowerPoint presentation.  We've given plaintiff a copy as well.

11:44AM 23  For the record, we're looking at Defendant's Exhibit 311, Lemon

11:44AM 24  report figure 1.

11:44AM 25          THE COURT:  Right.

11:44AM 1                              EXAMINATION

11:44AM 2    BY MR. RAFFMAN:

11:44AM 3    Q.   Mr. Lemon, tell the Court what we're looking at here.

11:44AM 4    A.   That is a schematic of a Doppler velocity product.  And

11:44AM 5    we're looking at -- the colors represent whether inbound or

11:44AM 6    outbound.  The vectors were added after the fact.

11:45AM 7    Q.   All right.  You can see there is a swirl of white or a swirl

11:45AM 8    of gray.  Tell the Court what that swirl of white and gray

11:45AM 9    represents.

11:45AM 10   A.   The white and gray is about zero Doppler velocity, which

11:45AM 11   means that the beam -- the mean of the hydrometeor motion is

11:45AM 12   essentially zero.  There is no wind.  It may be calm, which does

11:45AM 13   happen, but it's rare.

11:45AM 14          The other thing that might be occurring is that the

11:45AM 15   winds are perpendicular to the beam.  Because we don't, the radar

11:45AM 16   does not measure winds, it measures a component of the wind, and

11:45AM 17   it only measures that along the beam.  Anything perpendicular to

11:45AM 18   the beam is not measured.

11:45AM 19   Q.   All right.  So when you see green and green fields in a

11:46AM 20   velocity image, what does the green represent?

11:46AM 21   A.   It's Doppler velocity toward the radar, inbound, the radar

11:46AM 22   relative.

11:46AM 23          THE COURT:  Just a brief question.  It may not relate to

11:46AM 24   this visual image I'm looking at, but what is the -- is there a

11:46AM 25   way to determine the component of the amount of nautical miles or

11:46AM 1   miles, or however you measure it, captured by that, this image,

11:46AM 2   the width?

11:46AM 3           THE WITNESS:  The speed or?

11:46AM 4           THE COURT:  No, no, no, I'm talking about the actual

11:46AM 5   size of the image itself.  Are you looking at 10 miles, 3 miles,

11:46AM 6   2 miles?

11:46AM 7           THE WITNESS:  Oh, yes.  Certainly.  Because we transmit

11:46AM 8   pulses of energy, we are able to measure distances.  If we -- the

11:46AM 9   first observations of Doppler radar were continuous beam,

11:46AM 10  continuous transmission.  We had to have two separate antennas.

11:46AM 11  We could not discern a range that way.  Because we pulse the

11:47AM 12  radar, we know the speed of light and we shut down the

11:47AM 13  transmission and wait long enough for the energy to go out at the

11:47AM 14  speed of light to the maximum range and back.  So if it

11:47AM 15  encounters targets along the way, it comes back sooner, and we

11:47AM 16  can translate that time difference into distance.

11:47AM 17          And since the antenna is rotating and has both an

11:47AM 18  elevation and an azimuth, we can determine precisely where the

11:47AM 19  target is coming from.

11:47AM 20          THE COURT:  All right.  Thank you, sir.

11:47AM 21                        EXAMINATION.

11:47AM 22  BY MR. RAFFMAN:

11:47AM 23  Q.  So you just said green is inbound or toward the radar, and

11:47AM 24  if you see the color spectrum, what does that represent?  What

11:47AM 25  does a bright green represent?

11:47AM 1    A.    Bright green is a high velocity inbound.   The darker greens

11:47AM 2    are lower velocities.

11:47AM 3    Q.    Just to be complete and comprehensive, what does the red

11:47AM 4    colors on the radial velocity image represent?

11:48AM 5    A.    The reds are outbound.   The color codes, the brightness of

11:48AM 6    the reds are similar to the brightness of the greens, and the

11:48AM 7    higher the outbound velocity, the brighter red.

11:48AM 8    Q.    When you say outbound, you're talking away from the radar.

11:48AM 9    A.    Radar relative outbound, yes.

11:48AM 10   Q.    Let me ask, then, we're going to talk -- I'm going to ask

11:48AM 11   you to talk a little about mesocyclones and microbursts, again,

11:48AM 12   not an extended symposium but just some brief information to get

11:48AM 13   it in mind.

11:48AM 14          Mr. Lemon, what is a mesocyclone?

11:48AM 15   A.    A mesocyclone is a whirl within the storm.   It's a rotating

11:48AM 16   wind field within the storm.   It's composed of both an updraft

11:48AM 17   and a rear flank downdraft.   And it -- well, the definition of a

11:48AM 18   supercell is a storm with a deep, persistent mesocyclone.   It

11:49AM 19   adds stability and longevity to the storm.

11:49AM 20   Q.    How big or how long would you expect a mesocyclone to be?

11:49AM 21   A.    Mesocyclone, we look at -- well, the mesocyclone has a

11:49AM 22   structure of a Rankin combined vortex.   And by Rankin combined

11:49AM 23   vortex, I mean a vortex that's composed of a central core

11:49AM 24   circulation, like a solid-body core circulation, and then a

11:49AM 25   potential vortex outside that.   We're talking about a hurricane

11:49AM 1    in this case.  And the structure of the mesocyclone is similar to

11:49AM 2    the structure of the hurricane except it's far smaller.

11:49AM 3    Q.    Right.  How much -- how big?

11:49AM 4    A.    The diameter of the core circulation in a hurricane is 20 to

11:49AM 5    60 miles.  In a mesocyclone, it's typically 1 to 5 miles.

11:50AM 6    Q.    All right.  And when you have a mesocyclone that forms

11:50AM 7    inside of a hurricane and with the hurricane winds moving the way

11:50AM 8    that hurricanes move, do you expect the mesocyclone to remain in

11:50AM 9    any given place for a very long time?

11:50AM 10   A.    No.  They move -- the mesocyclones move essentially with the

11:50AM 11   steering winds in the flow they are embedded within, with a small

11:50AM 12   departure at times because of what is called "propagation of the

11:50AM 13   updraft", but typically, it moves with the hurricane wind field.

11:50AM 14   Q.    And in which quadrant of the hurricane do you normally see

11:50AM 15   mesocyclones form?

11:50AM 16   A.    Typically, they are in the right front quadrant of the outer

11:50AM 17   rain bands of a land-falling hurricane.

11:50AM 18   Q.    So in the case of Hurricane Katrina, the right front

11:50AM 19   quadrant is where?

11:50AM 20   A.    Typically, it's going to be over the Gulf and into

11:50AM 21   Mississippi.

11:50AM 22   Q.    All right.

11:50AM 23        THE COURT:  Counsel, can I stop you at this time.  I

11:51AM 24   have a luncheon engagement at noon, so we'll resume at

11:51AM 25   approximately 1 o'clock.

11:51AM  1          MR. RAFFMAN:  Yes, Your Honor, that will be fine.  Thank

11:51AM  2  you.

11:51AM  3          (WHEREUPON, at this point in the proceedings, the Court

4  was in luncheon recess.)

5                              *    *    *

6

7

8

9                        REPORTER'S CERTIFICATE

10

11      I, Cathy Pepper, Certified Realtime Reporter, Registered

12  Merit Reporter, Registered Professional Reporter, Certified Court

13  Reporter of the State of Louisiana, Official Court Reporter for

14  the United States District Court, Eastern District of Louisiana,

15  do hereby certify that the foregoing is a true and correct

16  transcript, to the best of my ability and understanding, from the

17  record of the proceedings in the above-entitled and numbered

18  matter.

19

20

21                              *s/Cathy Pepper*
                                _____

22                              Cathy Pepper, CRR, RMR, CCR

23                              Official Court Reporter

24                              United States District Court

25

**'**

**'79** [1] - 1715:25

**0**

**0** [17] - 1672:24, 1673:9, 1674:25, 1675:5, 1675:13, 1675:15, 1676:14, 1678:18, 1680:9, 1682:13, 1682:20, 1682:22, 1683:5, 1684:4, 1684:23, 1685:7, 1685:12
**0.0** [2] - 1684:2, 1685:11
**0.02** [2] - 1684:3, 1684:4
**05-4182** [1] - 1643:6
**05-5724** [1] - 1643:10
**06** [1] - 1680:8
**06-7516** [1] - 1643:14
**09** [1] - 1671:13

**1**

**1** [44] - 1643:8, 1647:2, 1667:4, 1667:24, 1670:7, 1670:12, 1670:13, 1670:22, 1671:11, 1671:12, 1672:3, 1672:22, 1673:8, 1674:6, 1674:23, 1675:2, 1675:9, 1676:11, 1677:4, 1677:24, 1678:17, 1678:19, 1678:22, 1679:17, 1680:7, 1680:9, 1682:20, 1682:22, 1683:11, 1684:1, 1684:2, 1684:3, 1684:9, 1684:20, 1684:24, 1685:25, 1686:1, 1696:12, 1698:8, 1718:5, 1724:24, 1728:5, 1728:25
**1.5** [1] - 1682:8
**1.64** [1] - 1679:20
**1.8** [1] - 1678:20
**1.89** [1] - 1689:6
**1/2** [2] - 1698:11, 1698:22
**10** [3] - 1648:20, 1649:1, 1679:3, 1679:25, 1681:22,

1681:23, 1710:17, 1726:5
**10.9** [1] - 1653:1
**100** [1] - 1644:17
**10279** [1] - 1644:10
**107** [1] - 1696:9
**10:00** [5] - 1651:4, 1651:11, 1678:24, 1679:10, 1679:12
**10:10** [1] - 1651:8
**10:15** [1] - 1678:25
**11.8** [1] - 1648:21
**11.9** [1] - 1648:17
**1100** [1] - 1644:24
**113** [1] - 1695:25
**1150** [1] - 1644:20
**122** [2] - 1695:10, 1695:11
**12950** [1] - 1645:12
**1321** [2] - 1699:7, 1699:8
**15** [4] - 1658:5, 1676:5, 1685:16, 1700:7
**16** [2] - 1712:2, 1712:5
**16416** [1] - 1709:25
**1647** [2] - 1646:5, 1646:6
**1686** [1] - 1646:7
**1692** [1] - 1646:16
**1697** [1] - 1646:17
**1709** [2] - 1646:8, 1646:9
**1718** [1] - 1646:10
**18** [1] - 1660:7
**180** [1] - 1660:6
**19** [3] - 1695:11, 1713:23, 1716:3
**1957** [1] - 1710:17
**1970** [1] - 1711:6
**1975** [1] - 1716:12
**1976** [1] - 1713:23
**1977** [1] - 1716:3
**1979"** [1] - 1715:18
**1997** [1] - 1714:11

**2**

**2** [20] - 1643:7, 1648:10, 1662:12, 1668:13, 1670:12, 1670:15, 1670:17, 1681:25, 1684:1, 1684:3, 1684:15, 1684:20, 1686:1, 1686:2, 1687:5, 1688:1, 1689:3, 1689:5, 1698:6, 1726:6

**2.1** [1] - 1664:9
**2.3** [1] - 1652:22
**2.5** [1] - 1680:8
**20** [3] - 1660:8, 1667:3, 1728:4
**20001** [1] - 1645:6
**20036** [1] - 1644:21
**2004.65** [1] - 1689:8
**2009** [1] - 1650:17
**2010** [2] - 1643:8, 1647:2
**20170** [1] - 1645:12
**2030** [2] - 1643:24, 1644:4
**20th** [1] - 1710:17
**223** [1] - 1644:10
**226** [2] - 1654:25, 1657:7
**2300** [1] - 1644:24
**25** [3] - 1676:5, 1715:6, 1715:14
**250** [1] - 1721:8
**2715** [1] - 1645:9
**28th** [1] - 1718:25
**29th** [2] - 1718:25, 1720:6

**3**

**3** [7] - 1650:8, 1671:17, 1671:19, 1671:25, 1698:10, 1720:1, 1726:5
**3.7** [2] - 1653:1, 1653:15
**30** [2] - 1653:6, 1685:16
**311** [1] - 1724:23
**3316** [1] - 1644:16
**33RD** [1] - 1644:7
**34** [1] - 1658:5
**373** [1] - 1688:4

**4**

**4** [3] - 1652:17, 1670:14, 1670:15
**40** [2] - 1657:19, 1657:21
**42** [1] - 1710:18
**44** [1] - 1644:7
**446** [1] - 1697:8
**449** [5] - 1646:16, 1692:12, 1692:13, 1692:15, 1692:18
**450** [4] - 1646:17, 1697:13, 1697:14, 1697:16

**495** [1] - 1692:11
**4:00** [1] - 1687:11
**4:30** [3] - 1686:19, 1686:22, 1687:11

**5**

**5** [2] - 1688:2, 1728:5
**5.9** [2] - 1651:18, 1699:24
**50-grid** [2] - 1652:13, 1652:14
**500** [1] - 1645:15
**504** [1] - 1645:16
**52** [5] - 1704:1, 1704:3, 1704:7, 1704:14, 1706:6
**52(c** [1] - 1706:4
**56** [3] - 1682:2, 1682:8, 1683:12
**58** [1] - 1676:5
**589-7779** [1] - 1645:16
**5:00** [7] - 1671:19, 1671:22, 1672:2, 1672:3, 1672:14, 1679:25, 1698:13
**5:10** [1] - 1679:24
**5:30** [12] - 1650:4, 1650:6, 1653:20, 1659:8, 1659:9, 1659:12, 1670:14, 1670:18, 1670:21, 1679:25, 1680:5, 1685:4
**5:40** [1] - 1679:24
**5TH** [1] - 1644:10

**6**

**60** [1] - 1728:5
**64055** [1] - 1710:1
**650** [1] - 1645:9
**6:00** [5] - 1687:5, 1687:6, 1689:12, 1689:18, 1690:2
**6:10** [1] - 1687:1
**6:30** [1] - 1652:9

**7**

**7** [3] - 1653:20, 1698:11, 1698:22
**7.5** [1] - 1671:24
**70002** [1] - 1644:17
**70113** [1] - 1644:14
**70130** [4] - 1643:25, 1644:4, 1645:9, 1645:16

**70163** [1] - 1644:25
**73** [2] - 1699:15, 1699:17
**793** [1] - 1660:6
**7:00** [13] - 1654:21, 1670:16, 1670:19, 1670:20, 1678:14, 1678:15, 1684:12, 1684:16, 1686:4, 1691:4, 1692:25, 1718:24
**7:30** [14] - 1654:21, 1678:14, 1678:15, 1680:13, 1680:15, 1684:9, 1684:13, 1684:17, 1685:1, 1685:3, 1685:15, 1685:20, 1691:4, 1693:1
**7:46** [4] - 1675:10, 1675:12, 1675:13, 1698:15

**8**

**8** [4] - 1643:18, 1659:19, 1659:23, 1688:5
**80** [1] - 1660:9
**80/20** [1] - 1660:10
**821** [1] - 1644:13
**86** [2] - 1715:6, 1715:14
**88** [3] - 1667:3, 1686:17, 1689:9
**89** [1] - 1667:3
**8:00** [3] - 1682:16, 1682:18, 1689:15
**8:10** [2] - 1682:16, 1682:18
**8:15** [2] - 1656:6, 1689:15
**8:20** [5] - 1655:1, 1655:10, 1655:21, 1656:5, 1656:10
**8:30** [3] - 1654:25, 1655:9, 1655:21
**8:54** [1] - 1718:25

**9**

**9** [7] - 1648:16, 1651:6, 1657:8, 1657:9, 1657:10, 1690:7, 1690:13
**9.5** [1] - 1651:19
**9.9** [1] - 1678:21
**900** [1] - 1644:20
**90071** [1] - 1644:7

**901** [1] - 1645:6
**9:00** [3] - 1643:8,
1651:11, 1657:24
**9:15** [1] - 1652:21
**9:30** [5] - 1648:20,
1652:25, 1653:16,
1680:13, 1680:15
**9:45** [1] - 1678:25

# A

**a.m** [23] - 1670:19,
1671:19, 1671:22,
1672:2, 1672:3,
1675:10, 1678:24,
1679:10, 1679:24,
1684:16, 1686:4,
1686:19, 1687:1,
1687:5, 1687:6,
1689:12, 1689:18,
1690:2, 1690:7,
1691:4, 1698:13,
1698:15, 1718:25
**A.M** [1] - 1643:8
**ability** [1] - 1729:16
**ABIR** [1] - 1644:6
**able** [4] - 1660:1,
1705:17, 1711:24,
1726:8
**aboard** [1] - 1712:2
**above-entitled** [1] -
1729:17
**absolutely** [3] -
1700:7, 1701:18,
1701:22
**acceptable** [1] -
1702:6
**accepted** [1] - 1718:16
**accordance** [1] -
1656:9
**according** [4] -
1648:16, 1653:4,
1665:16, 1679:16
**account** [7] - 1666:24,
1668:5, 1668:8,
1668:12, 1686:23,
1693:8, 1693:18
**accounts** [4] - 1664:3,
1671:2, 1671:3,
1685:17
**accuracy** [1] - 1701:13
**accurate** [4] - 1656:9,
1661:11, 1675:4,
1683:1
**accurately** [2] -
1671:14, 1675:20
**acquired** [2] -
1712:19, 1712:22
**acting** [1] - 1719:18

**ACTION** [1] - 1643:6
**action** [1] - 1702:21
**actual** [7] - 1658:13,
1671:16, 1672:4,
1685:2, 1691:7,
1691:11, 1726:4
**ADAM** [1] - 1645:4
**Adams** [3] - 1664:8,
1664:15, 1666:7
**add** [2] - 1666:16,
1705:1
**added** [1] - 1725:6
**adding** [1] - 1715:1
**addition** [2] - 1717:19,
1722:19
**address** [4] - 1704:4,
1706:4, 1706:25,
1707:2
**adds** [1] - 1727:19
**adjournment** [1] -
1708:14
**adjustment** [1] -
1689:8
**Administration** [1] -
1710:14
**admitted** [4] -
1692:18, 1697:11,
1697:16, 1705:9
**ADMITTED** [2] -
1646:16, 1646:17
**advance** [1] - 1717:10
**affect** [2] - 1684:14,
1720:10
**affected** [3] - 1649:20,
1660:12, 1660:17
**affecting** [1] - 1651:12
**affidavit** [1] - 1677:16
**ago** [3] - 1669:14,
1677:20, 1689:3
**agree** [5] - 1649:19,
1653:21, 1655:9,
1676:21, 1677:11
**agreed** [1] - 1708:24
**agreement** [3] -
1675:2, 1675:15,
1685:5
**ahead** [1] - 1656:16
**air** [1] - 1694:1
**airplane** [1] - 1707:25
**airport** [1] - 1708:10
**ALDOCK** [8] - 1645:3,
1702:6, 1703:13,
1704:2, 1704:17,
1705:21, 1707:18,
1708:20
**Aldock** [1] - 1708:4
**ALFORD** [2] -
1643:15, 1643:15
**Alford** [5] - 1649:7,
1649:11, 1649:15,

1649:19, 1650:2
**Alfords** [1] - 1648:12
**all-causes** [1] -
1670:19
**allow** [1] - 1688:19
**allows** [1] - 1661:1
**almost** [3] - 1679:3,
1698:18, 1705:15
**alternative** [4] -
1704:5, 1704:25,
1705:1
**alternatively** [1] -
1659:6
**AMERICA** [1] -
1645:11
**American** [3] - 1714:1,
1714:5, 1714:10
**amount** [5] - 1653:16,
1660:23, 1683:3,
1718:6, 1725:25
**amplified** [1] -
1721:13
**amplitude** [2] -
1722:19, 1723:22
**analysis** [42] -
1656:11, 1661:6,
1661:7, 1661:21,
1662:1, 1662:15,
1663:2, 1663:7,
1668:14, 1668:15,
1668:20, 1668:23,
1668:24, 1669:3,
1669:4, 1669:5,
1669:11, 1669:13,
1669:15, 1669:20,
1669:24, 1670:2,
1670:6, 1670:7,
1671:5, 1674:5,
1674:10, 1681:17,
1683:23, 1686:21,
1690:12, 1690:13,
1691:10, 1691:13,
1693:13, 1693:17,
1693:21, 1705:5,
1705:6, 1718:12,
1720:20, 1723:20
**analyst** [1] - 1677:7
**analyze** [1] - 1723:19
**analyzing** [1] - 1720:4
**AND** [2] - 1643:11,
1643:15
**ANGELES** [1] - 1644:7
**animation** [4] -
1647:16, 1647:22,
1648:4
**answer** [2] - 1668:23,
1673:17
**antenna** [2] - 1721:6,
1726:17
**antennas** [1] -

1726:10
**anxious** [1] - 1704:10
**apart** [1] - 1706:13
**apologies** [1] -
1673:24
**apologize** [3] -
1673:16, 1673:19,
1702:2
**Appeals** [1] - 1673:23
**appear** [1] - 1682:23
**APPEARANCES** [3] -
1643:22, 1644:1,
1645:1
**Appendix** [7] -
1648:10, 1650:8,
1652:17, 1662:12,
1667:23, 1668:13,
1699:14
**appendix** [2] -
1683:23, 1698:6
**application** [2] -
1715:11, 1716:23
**applications** [1] -
1714:25
**appreciate** [3] -
1707:2, 1708:14,
1708:21
**approach** [1] -
1694:25
**appropriate** [1] -
1697:5
**arc** [2] - 1721:7
**area** [25] - 1647:17,
1654:4, 1656:4,
1657:11, 1657:25,
1660:14, 1661:3,
1665:20, 1671:4,
1678:7, 1680:4,
1681:2, 1684:13,
1687:12, 1689:14,
1691:16, 1691:19,
1691:24, 1692:4,
1692:6, 1695:16,
1696:3, 1697:1
**areas** [5] - 1655:4,
1655:19, 1696:7
**argument** [2] -
1703:13, 1703:14
**armed** [1] - 1711:23
**Arpent** [2] - 1657:19,
1657:22
**arrive** [1] - 1683:20
**arrived** [1] - 1653:7
**arrives** [1] - 1651:8
**arriving** [1] - 1682:19
**AS** [2] - 1643:11,
1643:14
**ascertain** [1] -
1705:18
**aspects** [2] - 1712:18,

1726:10
**assessment** [1] -
1693:10
**assigned** [2] - 1710:9,
1711:10
**assignments** [1] -
1712:3
**assist** [1] - 1717:16
**associated** [2] -
1691:7, 1720:9
**assume** [5] - 1650:24,
1651:21, 1673:15,
1695:3, 1704:1
**assumes** [3] -
1658:20, 1658:23,
1658:25, 1661:1
**assuming** [4] -
1647:17, 1658:18,
1659:11, 1687:18
**assumption** [1] -
1651:1
**assumptions** [1] -
1647:23
**AT** [1] - 1644:16
**atmosphere** [1] -
1722:3
**Atmospheric** [1] -
1710:14
**attempt** [1] - 1702:15
**attention** [1] - 1696:11
**ATTORNEY** [1] -
1644:16
**audience** [1] -
1673:12
**August** [2] - 1718:25,
1720:6
**Australia** [1] - 1717:12
**author** [1] - 1716:3
**available** [1] - 1686:24
**Avenue** [5] - 1702:12,
1702:20, 1703:1,
1719:3, 1719:4
**AVENUE** [4] -
1643:24, 1644:4,
1644:20, 1645:6
**average** [7] - 1653:12,
1660:13, 1669:4,
1669:17, 1696:18,
1696:22, 1723:5
**award** [8] - 1713:11,
1713:13, 1713:15,
1713:18, 1713:22,
1713:25, 1714:6,
1714:9
**awards** [1] - 1713:3
**aware** [1] - 1689:1
**axis** [1] - 1668:7
**azimuth** [1] - 1726:18

## B

B406 [1] - 1645:15
Bachelor's [1] - 1711:6
background [1] - 1717:15
backscatter [2] - 1722:23, 1723:21
backscattering [1] - 1723:2
band [1] - 1712:23
bands [1] - 1728:17
bar [4] - 1668:4, 1668:9, 1668:19, 1680:15
barge [5] - 1705:1, 1719:18, 1719:22, 1720:8, 1720:10
BARGE [1] - 1643:9
BARONNE [1] - 1644:13
Barracks [7] - 1672:14, 1675:8, 1675:12, 1682:15, 1689:14, 1689:16, 1698:14
barracks [6] - 1656:4, 1656:5, 1656:6, 1656:14, 1671:21
bars [10] - 1667:21, 1667:23, 1668:2, 1668:16, 1669:6, 1669:12, 1670:1, 1674:8, 1692:21, 1692:24
base [2] - 1718:22, 1718:23
based [12] - 1651:5, 1663:3, 1664:5, 1668:5, 1671:2, 1679:5, 1693:7, 1706:17, 1706:22, 1712:3, 1720:21, 1722:1
basis [2] - 1705:22, 1705:23
beam [17] - 1721:5, 1721:6, 1721:7, 1721:24, 1723:8, 1723:12, 1724:1, 1724:2, 1724:3, 1724:11, 1724:12, 1725:11, 1725:15, 1725:17, 1725:18, 1726:9
become [1] - 1710:15
becomes [1] - 1672:9
bed [1] - 1667:9

BEFORE [1] - 1643:19
began [7] - 1653:8, 1657:14, 1711:11, 1712:18, 1713:5, 1716:9, 1716:12
begin [2] - 1657:24, 1720:17
begins [1] - 1649:6
begun [1] - 1652:9
behalf [1] - 1708:17
behind [1] - 1682:14
belabor [1] - 1674:2
below [5] - 1657:20, 1662:25, 1663:6
benefit [1] - 1722:12
BENOIT [1] - 1643:14
Bernard [2] - 1691:1, 1697:20
BEST [5] - 1643:23, 1643:24, 1706:2, 1706:4, 1706:7
best [9] - 1652:13, 1667:2, 1668:8, 1668:17, 1669:12, 1674:12, 1677:14, 1685:18, 1729:16
better [2] - 1657:17, 1665:11
between [26] - 1650:15, 1651:11, 1655:24, 1662:7, 1662:10, 1668:24, 1674:3, 1674:16, 1675:2, 1678:9, 1678:14, 1678:15, 1678:25, 1679:6, 1679:21, 1679:24, 1679:25, 1680:15, 1680:22, 1682:16, 1685:5, 1690:12, 1692:25, 1702:11, 1715:10, 1719:3
Between [1] - 1680:13
beyond [2] - 1688:11, 1688:13
big [5] - 1702:13, 1707:21, 1727:20, 1728:3
bit [8] - 1648:21, 1651:7, 1670:22, 1674:6, 1683:3, 1702:8, 1707:19, 1721:1
blow [1] - 1698:7
blue [4] - 1655:4, 1658:13, 1658:15
board [1] - 1711:18
Bob [1] - 1701:9
body [1] - 1727:24
boil [1] - 1722:4

book [13] - 1694:1, 1694:2, 1694:8, 1694:9, 1694:17, 1694:18, 1694:19, 1694:22, 1694:24, 1695:10, 1695:15, 1695:21, 1695:25
books [1] - 1694:22
Bordelon [1] - 1684:10
Bordelon's [1] - 1684:17
bottom [5] - 1657:20, 1662:25, 1663:6
bounds [2] - 1693:16, 1693:17
box [1] - 1657:19
Branch [4] - 1710:10, 1716:17, 1716:20, 1717:4
branch [4] - 1710:10, 1712:22, 1714:25, 1716:20
breach [96] - 1647:17, 1647:18, 1648:2, 1648:3, 1648:6, 1648:14, 1649:12, 1649:16, 1649:20, 1649:21, 1649:23, 1650:2, 1650:3, 1650:4, 1650:7, 1650:11, 1652:7, 1653:20, 1653:23, 1654:8, 1654:9, 1654:21, 1655:20, 1658:20, 1658:21, 1659:5, 1659:6, 1659:8, 1659:10, 1659:11, 1659:14, 1659:16, 1659:17, 1659:20, 1659:21, 1659:24, 1659:25, 1660:5, 1660:8, 1660:10, 1660:11, 1660:12, 1660:13, 1660:16, 1660:17, 1660:19, 1660:21, 1660:23, 1661:2, 1661:5, 1661:8, 1661:14, 1661:21, 1661:22, 1669:12, 1670:14, 1670:15, 1670:17, 1670:18, 1670:20, 1672:4, 1680:4, 1684:16, 1686:4, 1686:19, 1686:21, 1686:25, 1687:3, 1687:4, 1687:12, 1687:17, 1687:18, 1687:23,

1688:17, 1689:12, 1689:17, 1690:1, 1690:5, 1690:10, 1691:3, 1691:14, 1697:22, 1701:5, 1704:5, 1705:2, 1705:5, 1705:7, 1706:16, 1706:22
breached [1] - 1687:18
breaches [18] - 1651:3, 1651:11, 1658:13, 1658:18, 1658:19, 1658:22, 1658:23, 1658:25, 1659:1, 1659:14, 1659:22, 1672:23, 1678:6, 1683:13, 1697:23, 1704:19, 1704:21, 1706:10
BREACHES [1] - 1643:5
breaching [3] - 1687:10, 1690:4, 1691:6
break [1] - 1713:16
breakaway [1] - 1704:25
breaks [1] - 1649:10
BRIAN [2] - 1644:3, 1644:3
brick [1] - 1650:22
bridge [6] - 1702:13, 1702:20, 1703:1, 1709:3, 1719:3, 1719:4
brief [4] - 1700:5, 1700:10, 1725:23, 1727:12
briefing [3] - 1692:9, 1707:1, 1707:2
briefly [6] - 1647:15, 1704:17, 1706:2, 1715:3, 1716:7, 1721:1
briefs [1] - 1706:25
bright [2] - 1726:25, 1727:1
brighter [1] - 1727:7
brightness [2] - 1727:5, 1727:6
bring [1] - 1723:9
broad [4] - 1724:9, 1724:13, 1724:18, 1724:19
broaden [1] - 1724:14
BROADWAY [1] - 1644:10
broken [2] - 1663:1, 1720:2

brought [1] - 1703:1
brush [1] - 1695:25
build [1] - 1687:24
built [1] - 1716:4
Buras [1] - 1664:21
business [3] - 1717:20, 1717:24, 1718:2
BY [45] - 1643:24, 1644:3, 1644:6, 1644:9, 1644:12, 1644:19, 1644:23, 1645:3, 1645:8, 1645:11, 1645:17, 1645:18, 1646:6, 1646:7, 1646:9, 1646:10, 1647:14, 1657:5, 1658:3, 1662:24, 1664:23, 1665:24, 1666:6, 1667:16, 1673:3, 1674:1, 1675:18, 1676:20, 1682:7, 1683:18, 1686:14, 1687:21, 1688:21, 1690:24, 1692:20, 1694:16, 1695:8, 1697:18, 1699:5, 1699:13, 1699:21, 1709:22, 1718:19, 1725:2, 1726:22

## C

C.A [2] - 1643:10, 1643:14
CA [1] - 1644:7
calculate [1] - 1669:10
calculated [3] - 1664:9, 1668:14, 1689:11
calculations [1] - 1694:20
CALLED [1] - 1647:4
calm [1] - 1725:12
calmed [1] - 1651:15
CANAL [1] - 1643:4
canal [3] - 1700:25, 1719:20, 1719:23
Canal [27] - 1648:18, 1648:24, 1649:2, 1649:12, 1649:15, 1651:3, 1651:7, 1651:10, 1651:24, 1652:23, 1652:25, 1653:6, 1653:22, 1654:8, 1654:20, 1655:20, 1658:19, 1658:24, 1659:5,

1659:6, 1659:22, 1690:9, 1692:6, 1703:3, 1719:2, 1719:20, 1720:6
**cancel** [1] - 1693:23
**capabilities** [1] - 1716:22
**capable** [2] - 1661:5, 1693:21
**capacity** [1] - 1717:7
**capture** [4] - 1656:22, 1681:18, 1690:22, 1692:2
**captured** [3] - 1690:21, 1693:2, 1726:1
**career** [4] - 1711:11, 1712:12, 1714:12, 1717:16
**carefully** [1] - 1722:25
**carpet** [1] - 1666:15
**carried** [2] - 1669:13, 1670:1
**case** [33] - 1648:9, 1652:19, 1661:19, 1662:4, 1662:5, 1667:8, 1669:21, 1670:19, 1673:18, 1673:22, 1675:7, 1680:21, 1683:11, 1683:25, 1685:1, 1703:6, 1703:8, 1704:9, 1704:10, 1704:20, 1705:11, 1705:22, 1705:24, 1706:8, 1706:18, 1707:8, 1707:19, 1708:7, 1708:21, 1709:2, 1723:20, 1728:1, 1728:18
**Case** [23] - 1670:13, 1670:15, 1670:17, 1670:22, 1671:11, 1671:12, 1672:3, 1674:6, 1678:19, 1680:7, 1681:25, 1684:2, 1684:3, 1684:9, 1684:15, 1684:20, 1684:24, 1685:25, 1686:1, 1686:2, 1698:8
**cases** [14] - 1661:13, 1663:2, 1663:3, 1663:8, 1665:2, 1665:4, 1668:24, 1668:25, 1669:3, 1669:15, 1669:16, 1669:19, 1674:12, 1681:19
**Cases** [2] - 1670:12,

1684:1
**Cathy** [2] - 1729:11, 1729:22
**CATHY** [1] - 1645:15
**causation** [4] - 1704:7, 1704:8, 1706:20, 1706:21
**caused** [1] - 1706:10
**causes** [2] - 1658:15, 1670:19
**caveats** [1] - 1703:23
**CCR** [2] - 1645:15, 1729:22
**ceiling** [4] - 1671:22, 1671:23, 1679:25, 1680:1
**Center** [1] - 1718:23
**center** [2] - 1714:24, 1716:12
**Central** [2] - 1686:19, 1689:12
**central** [1] - 1727:23
**CENTRE** [1] - 1644:24
**certain** [3] - 1661:8, 1663:8, 1700:16
**certainly** [7] - 1695:6, 1701:16, 1705:19, 1706:3, 1706:8, 1706:14, 1726:7
**CERTIFICATE** [1] - 1729:9
**Certified** [2] - 1729:11, 1729:12
**certify** [1] - 1729:15
**cetera** [1] - 1705:18
**CHAFFE** [1] - 1644:23
**chance** [1] - 1694:2
**change** [9] - 1669:17, 1669:19, 1669:20, 1681:20, 1684:15, 1722:20, 1722:21, 1722:22, 1723:1
**changed** [2] - 1677:19, 1681:15
**changes** [1] - 1722:22
**changing** [1] - 1661:14
**channel** [1] - 1695:9
**channels** [1] - 1695:22
**CHARLES** [2] - 1643:24, 1644:4
**chart** [15] - 1650:4, 1653:14, 1659:4, 1662:25, 1663:1, 1663:6, 1663:12, 1663:13, 1670:2, 1670:4, 1682:23, 1696:8, 1698:12
**charts** [2] - 1692:15,

1696:6
**check** [2] - 1677:2, 1701:13
**checked** [1] - 1677:16
**chief** [2] - 1703:7, 1703:8
**China** [1] - 1717:10
**choice** [1] - 1697:4
**choose** [1] - 1708:22
**chose** [1] - 1704:19
**Chow** [6] - 1694:9, 1694:19, 1694:20, 1695:10, 1695:15, 1695:17
**CHUB** [1] - 1667:16
**CHUD** [12] - 1645:4, 1646:6, 1647:11, 1647:14, 1656:25, 1657:3, 1657:5, 1658:3, 1662:22, 1662:24, 1664:23, 1665:24, 1666:6, 1673:3, 1674:1, 1675:18, 1676:20, 1682:7, 1683:18, 1686:10, 1688:11, 1697:10
**Chud** [1] - 1647:12
**circle** [1] - 1668:1
**circles** [1] - 1721:24
**circuit** [2] - 1688:24, 1714:20
**circuiting** [1] - 1688:10
**circulation** [3] - 1727:24, 1728:4
**city** [2] - 1708:9, 1708:15
**City** [1] - 1710:24
**CIVIL** [1] - 1643:6
**Claiborne** [1] - 1719:4
**CLAIMS** [2] - 1643:11, 1643:14
**clarification** [4] - 1656:24, 1681:9, 1681:11, 1681:13
**clarified** [1] - 1681:4
**clarify** [2] - 1681:1, 1681:7
**clarity** [1] - 1689:4
**classes** [1] - 1716:11
**clear** [7] - 1669:25, 1673:4, 1693:11, 1694:10, 1710:12, 1713:17, 1719:21
**clearly** [9] - 1648:6, 1648:22, 1650:4, 1652:12, 1653:23, 1655:24, 1671:24, 1686:20, 1693:7

**Clerk** [1] - 1709:15
**CLERK** [7] - 1647:7, 1692:12, 1692:14, 1697:13, 1700:12, 1709:8, 1709:16
**Climatic** [1] - 1718:23
**clock** [4] - 1665:17, 1671:2, 1686:23, 1693:9
**clocks** [4] - 1664:6, 1671:4, 1687:7, 1690:3
**clocks'** [1] - 1687:12
**close** [10] - 1650:13, 1656:19, 1657:17, 1660:21, 1671:20, 1682:15, 1684:17, 1691:2, 1710:17
**closer** [5] - 1650:11, 1658:10, 1660:11, 1660:19, 1661:16
**co** [1] - 1708:8
**co-counsel** [1] - 1708:8
**code** [1] - 1663:18
**codes** [1] - 1727:5
**coefficient** [3] - 1647:19, 1661:22, 1696:14
**coefficients** [3] - 1694:1, 1694:21, 1697:4
**Cogan** [1] - 1709:25
**coherency** [1] - 1724:7
**coherent** [3] - 1721:3, 1721:4, 1721:5
**colleagues** [1] - 1712:21
**collection** [1] - 1711:12
**college** [3] - 1710:21, 1711:7, 1711:15
**College** [1] - 1710:25
**color** [3] - 1658:17, 1726:24, 1727:5
**colors** [2] - 1725:5, 1727:4
**column** [3] - 1663:13, 1663:16, 1670:5
**comb** [1] - 1707:6
**combine** [2] - 1649:25, 1660:3
**combined** [2] - 1649:23, 1727:22
**coming** [7] - 1650:24, 1674:20, 1677:8, 1678:1, 1685:12, 1701:10, 1726:19
**comingle** [1] - 1698:1

**comment** [1] - 1706:7
**commerce** [1] - 1710:11
**commercial** [2] - 1695:16, 1696:7
**Commissioned** [2] - 1711:21, 1712:1
**commit** [1] - 1707:16
**committee** [4] - 1712:20, 1714:21, 1714:23, 1715:1
**community** [1] - 1715:9
**comparable** [1] - 1696:17
**comparative** [3] - 1669:4, 1669:15, 1669:24
**compare** [5] - 1660:5, 1661:13, 1661:19, 1676:8, 1722:25
**compared** [1] - 1696:23
**comparing** [1] - 1686:22
**comparison** [5] - 1662:5, 1668:25, 1685:19, 1690:12, 1690:16
**comparisons** [1] - 1690:25
**complete** [3] - 1649:17, 1682:25, 1727:3
**completely** [1] - 1660:3
**complies** [2] - 1691:21, 1691:23
**component** [2] - 1725:16, 1725:25
**components** [2] - 1720:13, 1720:15
**composed** [2] - 1727:16, 1727:23
**comprehensive** [1] - 1727:3
**COMPUTER** [1] - 1645:18
**conceivable** [1] - 1706:14
**concept** [1] - 1723:17
**concern** [4] - 1702:14, 1703:5, 1703:11, 1703:15
**concerned** [1] - 1703:3
**concerning** [1] - 1715:4
**concerns** [1] - 1708:7
**conclude** [1] - 1672:3

concluded [4] - 1648:2, 1667:14, 1676:18, 1686:18
Conclusion [1] - 1720:1
conclusion [9] - 1651:2, 1719:9, 1719:16, 1719:17, 1720:2, 1720:11, 1720:12, 1720:17, 1720:18
conclusions [9] - 1654:14, 1671:7, 1686:20, 1686:21, 1704:15, 1706:17, 1719:1, 1719:6, 1720:21
condition [2] - 1678:9
conditions [4] - 1695:20, 1696:17, 1719:2, 1721:2
conduits [2] - 1688:9, 1688:23
confident [1] - 1707:25
confirm [2] - 1677:7, 1686:6
CONNECTICUT [1] - 1644:20
connection [4] - 1713:2, 1713:24, 1717:16, 1718:21
consider [2] - 1669:2, 1708:13
considered [3] - 1682:20, 1683:20, 1696:16
considering [1] - 1647:24
consistently [1] - 1719:12
CONSOLIDATED [1] - 1643:5
constantly [1] - 1710:23
consultation [1] - 1714:17
consulting [4] - 1717:20, 1717:24, 1718:2, 1718:4
content [2] - 1694:9, 1694:17
continue [1] - 1672:17
CONTINUED [3] - 1644:1, 1645:1, 1647:13
continued [1] - 1712:10
CONTINUED)............ . [1] - 1646:6

continuing [1] - 1712:8
continuous [2] - 1726:9, 1726:10
contract [1] - 1714:3
contractors [1] - 1714:3
contributed [3] - 1650:6, 1660:24, 1687:15
contributions [1] - 1691:16
controlled [1] - 1722:25
convective [2] - 1713:5, 1715:10
convention [1] - 1708:11
conventional [1] - 1712:17
Cooperative [1] - 1710:7
copies [1] - 1694:23
copious [1] - 1707:7
copy [3] - 1694:13, 1724:21, 1724:22
core [3] - 1727:23, 1727:24, 1728:4
Corps [5] - 1711:21, 1712:1, 1712:2, 1712:8, 1712:10
correct [37] - 1647:19, 1650:14, 1651:4, 1651:8, 1654:3, 1657:22, 1657:23, 1658:1, 1658:9, 1659:11, 1661:24, 1667:11, 1668:16, 1668:21, 1670:3, 1670:16, 1670:23, 1671:14, 1673:8, 1676:11, 1676:12, 1676:14, 1678:22, 1679:22, 1682:11, 1683:4, 1687:18, 1692:7, 1695:12, 1697:6, 1698:16, 1698:22, 1699:24, 1714:19, 1717:5, 1727:15
correctly [1] - 1661:13
correlate [1] - 1656:12
correlation [1] - 1674:16
correspond [1] - 1696:25
corresponded [1] - 1691:11
Counsel [4] - 1686:12, 1688:14, 1697:9,

1699:1
counsel [7] - 1690:20, 1694:24, 1702:23, 1702:24, 1708:8, 1728:23
country [1] - 1711:25
couple [3] - 1681:24, 1683:25, 1717:14
course [7] - 1704:16, 1707:3, 1710:11, 1712:12, 1713:8, 1714:12, 1717:11
COURT [70] - 1643:1, 1645:15, 1647:4, 1647:9, 1656:13, 1656:16, 1656:18, 1656:22, 1657:1, 1657:16, 1657:21, 1662:21, 1664:19, 1665:18, 1666:4, 1672:16, 1673:1, 1673:20, 1675:14, 1681:14, 1682:19, 1683:2, 1683:15, 1686:12, 1687:17, 1688:13, 1688:19, 1690:16, 1690:19, 1692:16, 1694:11, 1695:2, 1695:6, 1697:9, 1697:11, 1699:2, 1699:10, 1699:16, 1699:18, 1700:2, 1700:7, 1700:9, 1700:14, 1700:22, 1701:16, 1701:22, 1701:24, 1702:7, 1703:5, 1703:11, 1703:21, 1703:23, 1704:1, 1704:13, 1705:12, 1706:1, 1706:3, 1706:6, 1707:1, 1708:3, 1708:17, 1709:3, 1709:19, 1718:13, 1718:16, 1724:25, 1725:23, 1726:4, 1726:20, 1728:23
Court [34] - 1648:2, 1673:20, 1673:23, 1690:22, 1702:4, 1702:5, 1704:5, 1705:24, 1706:14, 1707:3, 1709:24, 1710:6, 1711:4, 1712:13, 1713:18, 1715:3, 1719:9, 1720:1, 1720:11, 1720:23, 1721:1, 1722:12, 1722:17,

1723:9, 1723:18, 1724:21, 1725:3, 1725:8, 1729:3, 1729:12, 1729:13, 1729:14, 1729:23, 1729:24
court [4] - 1647:7, 1700:12, 1702:22, 1718:8
Court's [3] - 1656:23, 1701:8, 1719:7
courthouse [2] - 1679:10, 1679:11
courtroom [1] - 1719:22
credibility [1] - 1679:14
credit [8] - 1675:5, 1678:2, 1685:25, 1686:1, 1686:3, 1705:6, 1707:4, 1707:12
credited [1] - 1679:3
critical [3] - 1688:18, 1691:18, 1715:23
CROSS [2] - 1646:6, 1647:13
cross [5] - 1688:17, 1690:14, 1697:19, 1709:1, 1709:3
CROSS-EXAMINATION [2] - 1646:6, 1647:13
cross-examination [2] - 1688:17, 1697:19
crossing [1] - 1689:22
CRR [2] - 1645:15, 1729:22
cull [1] - 1662:18
culmination [1] - 1649:24
cumulative [4] - 1663:7, 1663:10, 1663:11, 1671:9
curious [1] - 1705:13
current [2] - 1710:6, 1712:25
cut [3] - 1670:25, 1678:8, 1702:25
cut-off [1] - 1678:8
cutoff [1] - 1680:22
cycle [1] - 1715:21
cyclones [1] - 1713:9

**D**

damage [2] - 1660:24, 1706:11
damages [2] -

1701:24, 1706:23
DANIEL [1] - 1645:8
dark [1] - 1665:2
darker [4] - 1655:4, 1655:7, 1658:15, 1727:1
data [51] - 1663:16, 1663:17, 1663:18, 1663:23, 1666:20, 1666:22, 1667:2, 1667:22, 1668:1, 1668:2, 1670:20, 1671:2, 1671:8, 1671:16, 1671:22, 1671:23, 1672:5, 1672:8, 1672:10, 1674:4, 1674:8, 1674:9, 1674:10, 1674:22, 1676:25, 1677:5, 1682:21, 1683:3, 1684:10, 1685:25, 1687:13, 1690:3, 1692:4, 1698:5, 1698:9, 1698:13, 1711:12, 1714:23, 1715:1, 1718:21, 1718:22, 1718:23, 1719:1, 1719:12, 1720:4, 1720:7, 1720:14, 1721:14, 1721:15
Data [5] - 1664:8, 1671:11, 1675:8, 1681:25, 1718:22
datum [1] - 1689:7
DAY [1] - 1643:18
Daylight [1] - 1689:12
DC [2] - 1644:21, 1645:6
dealing [1] - 1695:24
decide [2] - 1705:24, 1722:2
decided [1] - 1706:24
Decision [4] - 1710:9, 1716:16, 1716:19, 1717:4
deemed [1] - 1647:21
deep [4] - 1666:9, 1687:2, 1687:3, 1727:18
deeper [1] - 1655:8
DEFENDANT [1] - 1644:23
defendant [2] - 1690:11, 1706:10
Defendant's [2] - 1657:7, 1724:23
defendants [2] - 1701:7, 1702:15
Defendants' [1] -

1654:24
**defended** [1] - 1705:22
**defense** [6] - 1694:24, 1703:7, 1704:23, 1707:8, 1707:9, 1709:6
**definition** [1] - 1727:17
**degree** [8] - 1655:7, 1656:2, 1668:15, 1696:16, 1711:4, 1711:6, 1717:15, 1721:7
**Delft** [16] - 1654:13, 1654:15, 1654:18, 1654:20, 1654:25, 1655:9, 1655:21, 1657:8, 1689:23, 1690:12, 1690:17, 1690:25, 1691:9, 1691:22, 1692:6
**demonstrate** [1] - 1673:22
**department** [1] - 1710:11
**departure** [1] - 1728:12
**depict** [1] - 1647:22
**deposition** [28] - 1650:17, 1655:16, 1666:13, 1666:23, 1667:3, 1667:6, 1667:13, 1676:4, 1676:7, 1676:17, 1676:24, 1677:16, 1677:18, 1677:25, 1678:8, 1679:23, 1680:12, 1680:22, 1681:4, 1681:6, 1681:10, 1681:13, 1683:2, 1688:4, 1700:19, 1701:20, 1703:12
**depositions** [1] - 1665:5
**depth** [57] - 1648:17, 1650:5, 1652:15, 1653:15, 1653:16, 1655:10, 1655:17, 1656:7, 1659:18, 1659:24, 1659:25, 1660:24, 1662:8, 1662:9, 1663:14, 1663:19, 1663:22, 1664:5, 1665:9, 1665:12, 1665:15, 1665:18, 1666:17, 1666:24, 1667:20, 1668:7, 1668:19,

1671:24, 1674:3, 1674:4, 1674:5, 1674:6, 1676:9, 1678:1, 1679:10, 1680:8, 1681:19, 1682:8, 1683:12, 1684:2, 1684:3, 1684:6, 1684:7, 1684:14, 1684:25, 1685:2, 1685:9, 1685:11, 1685:12, 1696:19, 1696:22, 1698:10, 1713:9, 1721:7
**depths** [6] - 1655:7, 1655:13, 1655:24, 1656:1, 1658:8, 1670:23
**DEPUTY** [7] - 1647:7, 1692:12, 1692:14, 1697:13, 1700:12, 1709:8, 1709:16
**DEREK** [1] - 1644:23
**derive** [1] - 1659:18
**describe** [4] - 1715:3, 1716:7, 1723:13, 1723:18
**described** [1] - 1677:18
**description** [1] - 1663:16
**DESCRIPTION** [1] - 1646:14
**design** [5] - 1713:24, 1714:4, 1714:7, 1714:21, 1718:11
**desire** [1] - 1708:22
**details** [2] - 1683:24, 1716:22
**detects** [1] - 1722:2
**determine** [7] - 1666:17, 1674:15, 1675:24, 1691:10, 1705:17, 1725:25, 1726:18
**determining** [1] - 1660:9
**develop** [1] - 1695:18
**developed** [4] - 1697:24, 1710:22, 1712:23, 1715:24
**developing** [4] - 1712:14, 1712:18, 1716:9, 1716:13
**development** [7] - 1712:20, 1713:2, 1713:25, 1714:4, 1714:7, 1714:21, 1715:7
**devoted** [1] - 1714:13

**diameter** [2] - 1722:7, 1728:4
**difference** [6] - 1662:7, 1674:3, 1679:21, 1692:24, 1724:13, 1726:16
**differences** [3] - 1668:6, 1671:3, 1681:19
**different** [18] - 1648:4, 1655:24, 1661:8, 1661:13, 1661:25, 1663:2, 1668:24, 1670:23, 1674:6, 1676:21, 1677:17, 1684:7, 1693:6, 1706:16, 1714:5, 1721:16, 1724:12
**differentials** [2] - 1682:21, 1682:23
**difficult** [1] - 1705:8
**dire** [1] - 1718:14
**DIRE** [2] - 1646:9, 1709:21
**direct** [6] - 1648:11, 1655:4, 1667:25, 1690:6, 1694:13, 1696:10
**DIRECT** [2] - 1646:10, 1718:18
**direction** [4] - 1668:4, 1719:19, 1723:11, 1724:4
**directions** [1] - 1724:12
**directly** [3] - 1652:4, 1696:8, 1702:16
**disagreed** [2] - 1674:24, 1683:3
**discern** [1] - 1726:11
**discount** [1] - 1672:8
**discovered** [2] - 1700:25, 1713:10
**discoverer** [1] - 1713:17
**discredit** [1] - 1707:5
**discretion** [2] - 1706:15, 1706:17
**discussing** [1] - 1701:5
**discussion** [3] - 1683:23, 1692:21, 1693:25
**displayed** [1] - 1721:15
**distance** [1] - 1726:16
**distances** [1] - 1726:8
**distinguish** [2] - 1660:1, 1697:24
**distribution** [3] -

1722:9, 1723:22, 1723:25
**DISTRICT** [3] - 1643:1, 1643:2, 1643:20
**District** [3] - 1729:14, 1729:24
**document** [2] - 1695:25, 1696:10
**done** [8] - 1689:22, 1701:14, 1704:16, 1705:11, 1712:13, 1715:4, 1717:12, 1718:3
**Dooley** [1] - 1707:20
**doors** [1] - 1688:7
**Doppler** [16] - 1712:14, 1712:20, 1712:24, 1713:9, 1713:14, 1714:7, 1715:4, 1716:2, 1716:4, 1717:11, 1718:12, 1721:3, 1725:4, 1725:10, 1725:21, 1726:9
**Doswell** [1] - 1715:18
**dot** [2] - 1656:18, 1656:21
**doubt** [1] - 1694:12
**down** [16] - 1648:21, 1649:10, 1651:15, 1663:1, 1663:22, 1664:1, 1668:20, 1671:12, 1670:10, 1685:14, 1689:2, 1700:3, 1720:22, 1721:9, 1722:4, 1726:12
**downdraft** [2] - 1715:22, 1727:17
**Dr** [2] - 1720:19, 1723:9
**draft** [1] - 1711:18
**draw** [1] - 1703:10
**drawn** [2] - 1719:1, 1719:6
**drew** [1] - 1719:10
**Drive** [1] - 1709:25
**DRIVE** [2] - 1644:16, 1645:12
**droplets** [3] - 1722:6, 1724:3, 1724:11
**dropped** [1] - 1648:21
**DRUKER** [1] - 1644:9
**drydock** [5] - 1700:25, 1702:7, 1702:18, 1702:25
**dual** [2] - 1714:25, 1715:1
**due** [4] - 1659:24, 1659:25, 1683:12,

1687:3
**duly** [1] - 1709:14
**Dupre** [2] - 1700:18, 1700:22
**duration** [1] - 1709:2
**during** [12] - 1648:11, 1665:5, 1673:13, 1681:6, 1701:19, 1702:19, 1703:4, 1711:7, 1711:12, 1713:4, 1720:7
**DUVAL** [1] - 1643:19

## E

**early** [3] - 1660:18, 1708:13, 1720:6
**ease** [1] - 1662:17
**east** [8] - 1684:11, 1685:22, 1689:20, 1690:7, 1690:8, 1690:14, 1719:19
**East** [1] - 1717:13
**Eastern** [1] - 1729:14
**EASTERN** [1] - 1643:2
**education** [1] - 1710:24
**effect** [1] - 1661:14
**effective** [1] - 1696:16
**Egania** [2] - 1699:7, 1699:8
**eight** [3] - 1671:23, 1679:19, 1680:5
**eight-foot** [1] - 1671:23
**either** [4] - 1664:19, 1668:1, 1678:5, 1723:11
**electrical** [2] - 1688:9, 1688:22
**elevation** [20] - 1650:16, 1655:8, 1664:16, 1665:10, 1666:14, 1666:15, 1668:6, 1688:1, 1688:2, 1688:8, 1688:22, 1689:1, 1689:5, 1689:19, 1689:23, 1689:24, 1689:25, 1726:18
**Elevation** [3] - 1687:5, 1688:1, 1689:3
**elevations** [6] - 1652:11, 1653:11, 1653:12, 1661:15, 1691:17
**Elmo** [3] - 1695:3, 1696:10, 1699:16
**ELMO** [1] - 1662:21

**embedded** [1] - 1728:11
**emerging** [1] - 1668:2
**emotion** [1] - 1673:22
**employed** [1] - 1701:4
**employment** [2] - 1710:6, 1711:16
**encounters** [1] - 1726:15
**end** [6] - 1656:20, 1669:21, 1671:9, 1671:10, 1695:17, 1701:14
**energy** [4] - 1721:4, 1721:5, 1726:8, 1726:13
**ENERGY** [1] - 1644:24
**engagement** [1] - 1728:24
**engineer** [1] - 1680:20
**engineering** [1] - 1712:22
**enlighten** [1] - 1707:14
**enrolled** [1] - 1711:17
**entering** [1] - 1684:13
**entire** [4] - 1676:24, 1717:15, 1720:4
**entitled** [1] - 1729:17
**Environmental** [1] - 1713:20
**equal** [1] - 1660:6
**equation** [1] - 1722:4
**ERIC** [1] - 1645:5
**error** [35] - 1653:9, 1653:17, 1662:1, 1662:6, 1662:7, 1662:10, 1663:10, 1667:21, 1667:23, 1668:2, 1668:4, 1668:9, 1668:16, 1668:18, 1668:24, 1669:2, 1669:6, 1669:12, 1669:15, 1669:18, 1670:1, 1670:6, 1671:9, 1674:8, 1680:15, 1692:21, 1692:23, 1692:24, 1693:3, 1693:6, 1693:11, 1693:19
**errors** [6] - 1693:13, 1693:14, 1693:15, 1693:23, 1720:20, 1720:21
**especially** [2] - 1660:18, 1715:17
**ESQUIRE** [15] - 1643:24, 1644:3, 1644:6, 1644:9,

1644:12, 1644:13, 1644:19, 1644:23, 1645:3, 1645:4, 1645:4, 1645:5, 1645:5, 1645:8, 1645:11
**Essence** [1] - 1708:11
**essence** [1] - 1715:12
**essentially** [6] - 1685:6, 1697:2, 1723:5, 1723:22, 1725:12, 1728:10
**establish** [1] - 1680:21
**establishes** [1] - 1706:20
**estimate** [2] - 1664:4, 1668:17
**et** [1] - 1705:18
**Europe** [1] - 1717:13
**evaluate** [1] - 1674:12
**evening** [1] - 1718:24
**event** [2] - 1705:17, 1706:21
**evidence** [10] - 1692:18, 1697:16, 1702:3, 1702:4, 1704:11, 1704:15, 1705:16, 1707:8, 1708:6, 1724:15
**EVIDENCE................** [2] - 1646:16, 1646:17
**exact** [1] - 1685:9
**exactly** [6] - 1655:13, 1667:17, 1678:10, 1705:4, 1705:6
**examination** [5] - 1648:11, 1688:17, 1690:6, 1697:19, 1718:15
**EXAMINATION** [33] - 1646:6, 1646:7, 1646:9, 1646:10, 1647:13, 1657:4, 1658:2, 1662:23, 1664:22, 1665:23, 1666:5, 1667:15, 1673:2, 1673:25, 1675:17, 1676:19, 1682:6, 1683:17, 1686:13, 1687:20, 1688:20, 1690:23, 1692:19, 1694:15, 1695:7, 1697:17, 1699:4, 1699:12, 1699:20, 1709:21, 1726:21
**EXAMINATIONS** [1] -

1646:3
**examine** [2] - 1694:2, 1694:8
**examined** [3] - 1709:15, 1719:11, 1720:19
**example** [1] - 1671:16
**except** [1] - 1728:2
**exceptions** [1] - 1700:16
**excerpts** [1] - 1694:4
**exciting** [1] - 1713:7
**excuse** [3] - 1682:4, 1690:14, 1699:1
**Exhibit** [8] - 1654:25, 1657:7, 1688:4, 1692:18, 1697:8, 1697:16, 1724:23
**exhibit** [4] - 1656:2, 1656:23, 1691:21, 1692:11
**EXHIBIT** [2] - 1646:16, 1646:17
**exhibits** [4] - 1659:9, 1688:4, 1690:13, 1701:13
**expands** [1] - 1656:3
**expect** [4] - 1724:5, 1724:7, 1727:20, 1728:8
**expected** [1] - 1707:24
**experience** [2] - 1716:8, 1720:8
**expert** [6] - 1677:15, 1705:2, 1705:7, 1705:11, 1718:8, 1718:11
**experts** [4] - 1701:24, 1704:22, 1705:23, 1706:13
**explain** [2] - 1652:6, 1659:17, 1677:14, 1681:16, 1683:22, 1702:8
**explained** [3] - 1666:21, 1669:14, 1683:24
**explains** [1] - 1683:19
**explanation** [1] - 1676:21
**explanations** [1] - 1677:12
**extended** [1] - 1727:12
**extensive** [1] - 1660:23
**extent** [3] - 1655:14, 1656:1, 1719:18
**extract** [1] - 1723:3
**extraneous** [1] -

1673:21
**extreme** [1] - 1676:1
**eyewitness** [21] - 1664:3, 1665:16, 1666:23, 1668:5, 1668:8, 1668:11, 1671:2, 1671:3, 1671:19, 1672:19, 1672:22, 1675:10, 1682:16, 1682:18, 1683:7, 1684:8, 1684:20, 1685:20, 1686:23, 1693:6, 1693:8
**eyewitnesses** [8] - 1651:14, 1666:22, 1681:18, 1685:13, 1685:18, 1689:13, 1690:4, 1707:5
**eyewitnesses'** [1] - 1687:13

**F**

**F5** [1] - 1710:18
**fabricated** [1] - 1712:24
**face** [1] - 1673:16
**faces** [1] - 1673:12
**fact** [10] - 1656:8, 1670:1, 1698:17, 1703:9, 1704:15, 1706:16, 1713:20, 1721:4, 1724:8, 1725:6
**factors** [1] - 1683:19
**factual** [2] - 1701:25, 1706:12
**failure** [3] - 1649:24, 1691:6, 1691:7
**fair** [8] - 1651:25, 1661:11, 1668:10, 1669:8, 1674:4, 1687:22, 1714:18, 1723:13
**fairly** [3] - 1657:17, 1661:13, 1672:13
**falling** [1] - 1728:17
**far** [4] - 1702:21, 1703:19, 1718:5, 1728:2
**favor** [1] - 1706:22
**feature** [1] - 1715:23
**feet** [39] - 1648:17, 1650:6, 1650:15, 1650:25, 1651:18, 1651:19, 1651:22, 1651:23, 1652:22, 1653:15, 1656:7,

1660:6, 1664:9, 1664:10, 1666:13, 1666:25, 1671:12, 1671:13, 1671:25, 1672:14, 1678:20, 1678:21, 1679:2, 1679:19, 1680:5, 1680:6, 1680:8, 1687:2, 1687:3, 1689:6, 1689:8, 1689:25, 1698:11, 1698:22, 1699:24
**Fest** [1] - 1708:11
**field** [5] - 1711:9, 1712:13, 1715:16, 1727:16, 1728:13
**fields** [1] - 1725:19
**fifth** [2] - 1720:17, 1720:18
**Figure** [5] - 1648:10, 1650:8, 1652:17, 1658:5, 1667:24
**figure** [9] - 1661:2, 1661:9, 1663:7, 1665:11, 1667:8, 1669:11, 1705:10, 1707:12, 1724:24
**fill** [2] - 1687:4, 1687:11
**filled** [1] - 1699:8
**filling** [1] - 1658:1
**filtering** [1] - 1658:1
**findings** [2] - 1704:15, 1706:16
**fine** [3] - 1707:6, 1708:3, 1729:11
**fine-toothed** [1] - 1707:6
**finished** [3] - 1688:1, 1688:2, 1689:5
**first** [16] - 1651:24, 1653:21, 1662:6, 1666:9, 1666:10, 1707:25, 1709:14, 1710:15, 1711:17, 1712:23, 1716:20, 1718:7, 1719:9, 1722:15, 1724:20, 1726:9
**five** [3] - 1650:23, 1666:24, 1666:25
**flank** [2] - 1715:22, 1727:17
**flights** [2] - 1708:12, 1708:16
**flood** [23] - 1654:15, 1672:20, 1672:23, 1674:18, 1675:24, 1678:1, 1678:3, 1678:6, 1678:13,

1678:16, 1678:23, 1679:5, 1680:15, 1681:1, 1681:2, 1682:17, 1682:25, 1683:9, 1683:10, 1683:12, 1683:13, 1685:21, 1689:15
**flooded** [2] - 1655:19, 1678:9
**flooding** [25] - 1647:17, 1647:22, 1653:4, 1655:11, 1655:17, 1656:2, 1656:5, 1656:7, 1656:10, 1657:11, 1674:23, 1674:25, 1675:1, 1676:10, 1676:13, 1676:14, 1677:23, 1679:15, 1680:23, 1689:17, 1691:1, 1691:7, 1697:1
**floodplains** [1] - 1696:4
**floodwater** [2] - 1690:8, 1692:7
**floodwaters** [3] - 1653:7, 1689:16, 1692:5
**FLOOR** [2] - 1644:7, 1644:10
**floor** [8] - 1651:24, 1666:8, 1666:9, 1666:10, 1667:9, 1688:1, 1688:2, 1689:5
**Florida** [4] - 1702:12, 1702:20, 1703:1, 1719:3
**flow** [5] - 1660:9, 1676:3, 1696:19, 1696:22, 1728:11
**flowed** [1] - 1678:25
**FLOWER** [1] - 1644:7
**flowing** [1] - 1651:10
**focus** [1] - 1691:14
**focused** [2] - 1691:15, 1721:6
**focusing** [1] - 1718:1
**following** [1] - 1696:17
**follows** [2] - 1674:21, 1709:15
**foot** [12] - 1663:23, 1664:1, 1664:7, 1668:21, 1671:23, 1677:23, 1678:4, 1678:10, 1679:21, 1680:23, 1682:1, 1682:11

**foot-and-a-half** [1] - 1682:1
**FOR** [2] - 1643:23, 1644:23
**foregoing** [1] - 1729:15
**form** [2] - 1722:12, 1728:15
**formal** [1] - 1715:6
**formation** [2] - 1647:18, 1661:22
**forms** [1] - 1728:6
**forth** [1] - 1702:11
**forty** [1] - 1714:15
**forty-two** [1] - 1714:15
**forward** [3] - 1669:13, 1670:1, 1712:12
**foundation** [1] - 1664:16
**four** [7] - 1650:6, 1650:23, 1650:24, 1650:25, 1651:21, 1651:22, 1689:25
**fourth** [2] - 1720:11, 1720:12
**FPS-18** [1] - 1712:19
**fraction** [1] - 1721:12
**frame** [2] - 1687:7, 1687:11
**frankly** [2] - 1705:3, 1705:22
**frequencies** [1] - 1722:24
**frequency** [2] - 1722:21, 1722:22
**Friday** [2] - 1708:22, 1708:25
**front** [4] - 1650:20, 1701:5, 1728:16, 1728:18
**full** [3] - 1694:5, 1694:24, 1698:12
**fully** [5] - 1687:18, 1697:24, 1707:4, 1707:5, 1707:14

## G

**gain** [1] - 1662:3
**game** [1] - 1680:19
**gap** [2] - 1667:17, 1687:23
**garage** [1] - 1688:8
**gather** [1] - 1672:10
**gathered** [3] - 1665:6, 1665:7, 1665:21
**gearing** [1] - 1708:11
**general** [2] - 1647:25, 1655:19

**generate** [1] - 1665:9
**generated** [1] - 1654:4
**generations** [1] - 1654:15
**genesis** [2] - 1715:21, 1715:24
**geography** [1] - 1688:12
**germane** [1] - 1723:19
**GILBERT** [11] - 1644:3, 1644:3, 1700:5, 1700:8, 1702:10, 1703:9, 1703:17, 1703:22, 1708:5, 1708:18, 1709:5
**Gilbert** [2] - 1702:8, 1703:5
**given** [7] - 1656:8, 1675:13, 1694:2, 1694:12, 1709:23, 1724:22, 1728:9
**Glaser** [1] - 1701:9
**God** [1] - 1709:11
**gold** [1] - 1713:12
**GOLDBERG** [1] - 1645:5
**GOODWIN** [1] - 1645:3
**government** [1] - 1714:2
**graduate** [3] - 1711:17, 1711:18, 1711:19
**gray** [3] - 1725:8, 1725:10
**great** [1] - 1700:8
**green** [7] - 1723:11, 1725:19, 1725:20, 1726:23, 1726:25, 1727:1
**greens** [2] - 1727:1, 1727:6
**GROCHOW** [1] - 1644:9
**ground** [10] - 1650:13, 1651:22, 1652:12, 1664:11, 1665:10, 1666:14, 1699:8, 1699:25, 1712:3
**ground-based** [1] - 1712:3
**ground-level** [1] - 1699:8
**group** [2] - 1654:18, 1654:20
**guess** [6] - 1658:10, 1660:25, 1675:7, 1682:15, 1717:21, 1722:10

**Guidry** [2] - 1700:21, 1701:3
**Gulf** [4] - 1690:10, 1699:9, 1699:23, 1728:20
**gusts** [1] - 1720:9

## H

**half** [16] - 1653:17, 1657:25, 1671:12, 1671:25, 1672:12, 1672:13, 1677:23, 1678:4, 1678:9, 1680:23, 1682:1, 1682:11, 1687:4, 1687:25, 1696:11, 1710:3
**hand** [7] - 1656:2, 1657:20, 1694:7, 1694:24, 1695:4, 1695:8, 1709:23
**happy** [1] - 1708:23
**Harbor** [5] - 1690:8, 1692:5, 1719:2, 1719:20, 1720:5
**hard** [3] - 1652:24, 1662:14, 1683:3
**hear** [1] - 1704:11
**HEARD** [1] - 1643:19
**heard** [4] - 1701:19, 1712:15, 1713:18, 1720:23
**hearing** [2] - 1707:10, 1708:7
**heavily** [2] - 1660:12, 1660:17
**height** [12] - 1665:19, 1666:1, 1666:3, 1666:7, 1666:19, 1667:8, 1667:9, 1667:17, 1696:19, 1696:23, 1699:22
**help** [4] - 1699:11, 1709:11, 1721:2, 1723:19
**helps** [2] - 1722:2
**hereby** [1] - 1729:15
**HERNDON** [1] - 1645:12
**high** [9] - 1653:11, 1653:12, 1656:15, 1687:14, 1724:5, 1724:17, 1724:18, 1724:19, 1727:1
**higher** [4] - 1655:7, 1666:13, 1689:20, 1727:7
**Highlight** [1] -

1678:19
**highlight** [1] - 1670:12
**hit** [1] - 1659:12
**hold** [1] - 1650:18
**HOLIDAY** [1] - 1643:12
**Holiday** [5] - 1652:16, 1652:19, 1653:5, 1654:3, 1701:10
**home** [12] - 1649:19, 1650:2, 1650:13, 1650:20, 1650:22, 1651:3, 1651:12, 1651:21, 1651:24, 1652:3, 1652:6, 1660:13
**honest** [1] - 1677:1
**honestly** [1] - 1677:9
**Honor** [53] - 1647:10, 1657:3, 1660:4, 1662:17, 1673:16, 1681:12, 1683:12, 1686:11, 1688:15, 1688:16, 1690:18, 1694:8, 1694:24, 1695:4, 1697:7, 1697:10, 1698:24, 1699:1, 1700:1, 1700:5, 1700:15, 1702:1, 1702:2, 1702:6, 1702:10, 1702:23, 1703:10, 1703:13, 1703:25, 1704:2, 1704:6, 1704:8, 1704:17, 1704:20, 1704:24, 1705:6, 1705:21, 1706:12, 1706:21, 1706:24, 1707:18, 1708:1, 1708:5, 1708:13, 1708:20, 1708:23, 1709:6, 1718:10, 1718:14, 1718:17, 1729:1
**Honor's** [2] - 1704:4, 1705:24
**HONORABLE** [1] - 1643:19
**hoped** [2] - 1707:19, 1707:24
**horizontal** [1] - 1668:4
**hotels** [1] - 1708:10
**hour** [5] - 1653:17, 1687:4, 1687:25, 1701:2, 1719:14
**hours** [4] - 1659:15, 1660:18, 1698:19, 1720:6
**house** [14] - 1649:20, 1651:6, 1652:8,

1657:15, 1660:16, 1660:21, 1664:10, 1664:12, 1666:8, 1666:9, 1666:11, 1678:25, 1682:17, 1685:16
**houses** [1] - 1660:11
**hung** [1] - 1702:19
**hunk** [1] - 1702:13
**hurricane** [9] - 1664:14, 1727:25, 1728:2, 1728:4, 1728:7, 1728:13, 1728:14, 1728:17
**Hurricane** [3] - 1664:20, 1718:21, 1728:18
**hurricanes** [1] - 1728:8
**hydraulics** [1] - 1695:17
**hydrograph** [20] - 1648:12, 1648:16, 1649:7, 1649:10, 1650:8, 1652:2, 1652:5, 1652:15, 1652:18, 1652:21, 1653:4, 1654:2, 1654:7, 1658:8, 1667:25, 1668:18, 1674:7, 1674:9, 1699:10, 1699:19
**hydrographs** [1] - 1658:4
**hydrometeor** [1] - 1725:11
**hydrometeors** [1] - 1721:25
**hypothetical** [2] - 1653:23, 1654:1

**I**

**I-3** [1] - 1667:24
**identified** [4] - 1678:13, 1687:10, 1713:8, 1715:22
**IHNC** [11] - 1650:7, 1655:25, 1656:3, 1658:10, 1658:22, 1659:1, 1659:8, 1684:11, 1691:18, 1699:8, 1720:14
**IHNC's** [1] - 1678:16
**image** [11] - 1654:25, 1657:7, 1657:8, 1657:9, 1722:10, 1724:20, 1725:20, 1725:24, 1726:1,

1726:5, 1727:4
**images** [4] - 1655:21, 1657:10, 1723:11
**imagine** [1] - 1693:4
**immediate** [1] - 1710:19
**immediately** [1] - 1711:17
**impact** [1] - 1649:22
**impacted** [1] - 1649:23
**imply** [1] - 1702:16
**important** [1] - 1689:19
**impressions** [1] - 1707:7
**IN** [1] - 1643:4
**inaccurate** [3] - 1647:22, 1647:24, 1681:21
**inbound** [4] - 1725:5, 1725:21, 1726:23, 1727:1
**Inc** [1] - 1717:22
**INC** [2] - 1643:12, 1645:11
**inch** [1] - 1672:1
**inches** [2] - 1664:11, 1666:16
**include** [1] - 1672:10
**included** [5] - 1658:14, 1666:23, 1670:5, 1682:21, 1716:15
**including** [2] - 1682:20, 1701:24
**inclusive** [1] - 1701:19
**income** [2] - 1717:24, 1718:2
**incorporate** [1] - 1668:15
**incorrect** [1] - 1683:4
**increase** [1] - 1649:6
**indeed** [1] - 1704:10
**Independence** [2] - 1709:25, 1710:1
**independent** [1] - 1674:12
**indicated** [9] - 1676:10, 1676:13, 1676:14, 1679:24, 1682:16, 1684:8, 1686:20, 1689:14
**indication** [1] - 1720:15
**indicator** [3] - 1661:16, 1672:18, 1674:14
**individual** [2] - 1666:1, 1693:6

**individual's** [1] - 1663:19
**individuals** [1] - 1666:19
**indivisible** [2] - 1660:2, 1698:3
**industrial** [2] - 1695:16, 1696:7
**Industrial** [22] - 1648:18, 1648:24, 1649:2, 1649:12, 1649:15, 1651:3, 1651:7, 1651:10, 1651:24, 1652:23, 1652:25, 1653:6, 1653:22, 1654:8, 1654:20, 1655:20, 1658:19, 1658:24, 1659:5, 1659:6, 1659:22, 1703:3
**inferences** [1] - 1703:10
**information** [22] - 1659:12, 1661:19, 1663:8, 1665:4, 1665:7, 1665:9, 1665:22, 1665:25, 1667:1, 1667:17, 1671:5, 1671:8, 1671:17, 1672:11, 1673:21, 1674:13, 1674:24, 1676:25, 1686:23, 1686:25, 1727:12
**inhabited** [1] - 1657:21
**Inner** [5] - 1690:8, 1692:5, 1719:2, 1719:20, 1720:5
**inputs** [1] - 1647:21, 1648:4
**inquiry** [3] - 1704:4, 1704:18, 1705:13
**inside** [4] - 1657:18, 1660:16, 1679:11, 1728:7
**installed** [1] - 1716:5
**Institute** [1] - 1710:8
**instruments** [1] - 1664:25
**integral** [1] - 1715:20
**intensity** [1] - 1722:8
**interest** [2] - 1710:21, 1711:24
**interested** [1] - 1710:15
**internationally** [1] - 1717:9
**interpret** [1] - 1722:2
**interpretation** [7] -

1668:8, 1677:2, 1677:10, 1681:17, 1685:18, 1718:12, 1720:20
**interrupt** [1] - 1703:6
**interval** [5] - 1670:8, 1672:21, 1680:14, 1683:8, 1683:11
**intimations** [1] - 1702:15
**INTO** [2] - 1646:16, 1646:17
**introduce** [1] - 1667:18
**introducing** [1] - 1703:8
**introduction** [1] - 1721:1
**inundation** [1] - 1691:19
**investigate** [1] - 1711:13
**investigated** [1] - 1718:24
**investigation** [1] - 1719:14
**investigator** [1] - 1701:4
**involved** [2] - 1662:17, 1665:20
**involves** [2] - 1714:24, 1715:7
**IPET** [5] - 1663:17, 1671:16, 1675:9, 1698:10, 1698:17
**issue** [2] - 1704:14, 1706:12
**issues** [2] - 1691:8, 1723:19
**italicized** [1] - 1696:13
**item** [1] - 1701:12
**items** [1] - 1664:6
**itself** [2] - 1683:8, 1726:5

**J**

**Jackson** [13] - 1656:4, 1656:5, 1656:6, 1656:13, 1671:21, 1672:14, 1675:8, 1675:12, 1682:15, 1689:14, 1689:16, 1698:14
**Jeep** [1] - 1680:12
**JERRY** [1] - 1643:15
**Jewelers** [5] - 1652:16, 1652:19, 1653:5, 1654:3,

1701:10
**JEWELERS** [1] - 1643:12
**Joel** [1] - 1700:18
**JOHN** [2] - 1643:15, 1645:3
**joined** [2] - 1711:21, 1714:3
**Jones** [1] - 1682:14
**JOSEPHINE** [1] - 1643:11
**JR** [1] - 1643:19
**judge** [3] - 1704:10, 1705:15, 1719:21
**JUDGE** [1] - 1643:20
**Judge** [1] - 1673:24
**judgment** [3] - 1682:22, 1704:7, 1705:24
**JULY** [2] - 1643:8, 1647:2
**Junior** [1] - 1710:25
**junk** [1] - 1702:25

**K**

**Kansas** [2] - 1710:24, 1710:25
**KARL** [1] - 1644:13
**Katrina** [7] - 1654:15, 1658:13, 1664:20, 1702:19, 1703:4, 1718:21, 1728:18
**KATRINA** [1] - 1643:4
**Katrina-related** [1] - 1654:15
**KEELEY** [1] - 1645:11
**keep** [1] - 1721:22
**keeps** [1] - 1656:17
**Khorrami** [1] - 1708:24
**KHORRAMI** [9] - 1644:6, 1644:6, 1700:15, 1700:24, 1701:18, 1701:23, 1702:1, 1703:25, 1718:14
**killed** [1] - 1710:18
**kind** [7] - 1652:10, 1655:23, 1657:19, 1673:12, 1691:10, 1718:5, 1724:4
**KIRSTEN** [1] - 1645:5
**knowing** [2] - 1653:25, 1667:17
**knows** [1] - 1703:16
**KOEPPEL** [1] - 1643:23

# L

**L-E-M-O-N** [1] - 1709:18
**L.R** [1] - 1717:21
**L2** [1] - 1663:10
**LA** [6] - 1643:25, 1644:4, 1644:14, 1644:17, 1644:25, 1645:9
**Laboratories** [1] - 1713:21
**Laboratory** [5] - 1711:2, 1712:4, 1712:9, 1717:7, 1717:20
laboratory [1] - 1711:8
**LAFARGE** [1] - 1645:11
**Lafarge** [3] - 1677:11, 1681:9, 1681:12
**laid** [1] - 1715:20
**land** [2] - 1695:18, 1728:17
**land-falling** [1] - 1728:17
**land-use** [1] - 1695:18
**landfall** [1] - 1664:20
**larger** [3] - 1652:12, 1660:9, 1662:19
**laser** [1] - 1721:5
**last** [3] - 1668:18, 1717:10, 1719:14
**LAURENCE** [1] - 1643:24
**law** [2] - 1704:15, 1718:8
**LAW** [3] - 1644:3, 1644:16, 1644:19
**LAWRENCE** [2] - 1644:9, 1644:12
**lawyer** [1] - 1705:15
**lawyers** [2] - 1717:16, 1718:3
**lead** [1] - 1716:3
**least** [2] - 1685:24, 1702:14
**leaving** [4] - 1708:15, 1708:18, 1708:20, 1708:24
**LeBlanc** [1] - 1707:13
**led** [2] - 1711:13, 1712:25
**left** [13] - 1654:24, 1656:4, 1656:11, 1657:7, 1657:20, 1657:22, 1691:1, 1691:24, 1698:8, 1712:5, 1712:6,

1712:7, 1714:2
**left-hand** [2] - 1657:20, 1698:8
**legends** [1] - 1655:13
**Lemon** [22] - 1707:21, 1707:23, 1707:24, 1709:7, 1709:18, 1709:23, 1710:15, 1714:13, 1715:18, 1716:6, 1717:1, 1717:15, 1717:21, 1718:7, 1718:20, 1719:9, 1719:17, 1720:16, 1720:25, 1724:23, 1725:3, 1727:14
**LEMON** [1] - 1709:13
**LEMON......................
.................** [1] - 1646:8
**length** [2] - 1660:7, 1721:7
**Leslie** [2] - 1709:7, 1709:18
**LESLIE** [3] - 1646:8, 1709:13, 1709:18
**less** [2] - 1679:2, 1719:15
**levee** [2] - 1657:19, 1657:22
**level** [19] - 1650:13, 1650:14, 1651:12, 1651:17, 1659:14, 1659:22, 1662:11, 1665:10, 1665:12, 1665:13, 1665:19, 1666:10, 1666:23, 1668:7, 1675:20, 1680:1, 1688:18, 1699:8, 1699:25
**leveling** [1] - 1651:7
**levels** [14] - 1648:20, 1649:5, 1649:14, 1651:19, 1653:1, 1658:18, 1659:4, 1659:13, 1661:3, 1679:16, 1680:4, 1681:21, 1691:15, 1705:18
**LiDAR** [1] - 1665:21
**lieu** [1] - 1701:23
**life** [1] - 1715:20
**light** [3] - 1707:8, 1726:12, 1726:14
**likely** [2] - 1687:10, 1689:11
**likewise** [1] - 1649:14
**limitation** [1] - 1702:21
**limitations** [1] -

1716:22
**limited** [1] - 1707:22
**Line** [2] - 1667:3, 1667:4
**line** [10] - 1658:13, 1658:15, 1658:17, 1658:23, 1658:25, 1659:3, 1659:16, 1659:21, 1682:5, 1714:20
**lines** [1] - 1691:25
**Lines** [1] - 1676:5
**links** [1] - 1660:5
**listed** [2] - 1663:24, 1666:22
**listen** [1] - 1685:13
**listens** [1] - 1721:11
**litigation** [2] - 1717:17, 1718:3
**LITIGATION** [1] - 1643:5
**live** [3] - 1701:23, 1709:24, 1709:25
**lived** [2] - 1650:11, 1685:22
**lives** [1] - 1682:14
**located** [3] - 1652:8, 1660:19, 1684:10
**location** [55] - 1649:2, 1649:5, 1649:8, 1649:11, 1652:18, 1652:22, 1653:5, 1653:15, 1653:21, 1654:3, 1655:5, 1657:24, 1658:9, 1658:11, 1659:4, 1659:15, 1662:8, 1662:9, 1663:19, 1665:15, 1668:20, 1671:13, 1671:15, 1671:19, 1671:24, 1672:19, 1673:6, 1673:7, 1674:19, 1674:23, 1677:24, 1678:2, 1678:3, 1678:17, 1679:13, 1680:3, 1680:11, 1682:15, 1682:18, 1683:7, 1683:9, 1683:10, 1683:14, 1684:6, 1684:7, 1684:8, 1684:10, 1684:13, 1684:19, 1685:13, 1686:5, 1687:2, 1689:16, 1697:25, 1699:7
**locations** [4] - 1648:9, 1675:25, 1683:21, 1687:8
**logical** [4] - 1660:19,

1675:22, 1707:19, 1708:2
**longevity** [1] - 1727:19
**look** [41] - 1655:10, 1655:22, 1656:1, 1656:24, 1657:6, 1657:10, 1659:14, 1662:25, 1664:3, 1667:23, 1671:11, 1672:7, 1672:15, 1676:24, 1678:15, 1678:19, 1679:18, 1680:7, 1680:14, 1681:25, 1682:24, 1682:25, 1683:8, 1683:21, 1683:25, 1684:9, 1686:7, 1688:16, 1689:21, 1690:25, 1691:6, 1691:13, 1694:17, 1695:14, 1699:10, 1704:19, 1707:7, 1719:8, 1719:16, 1727:21
**looked** [2] - 1678:12, 1688:7
**looking** [16] - 1655:16, 1657:10, 1658:12, 1659:18, 1677:5, 1678:7, 1704:5, 1709:19, 1724:15, 1724:16, 1724:17, 1724:23, 1725:3, 1725:5, 1725:24, 1726:5
**looks** [5] - 1651:13, 1662:10, 1694:18, 1705:18, 1705:19
**LOS** [1] - 1644:7
**LOUISIANA** [3] - 1643:2, 1643:7, 1645:16
**Louisiana** [4] - 1663:17, 1719:3, 1729:13, 1729:14
**Louisiana's** [1] - 1691:5
**low** [2] - 1696:16, 1724:5, 1724:17
**Lower** [2] - 1659:13, 1697:20
**lower** [3] - 1689:23, 1696:11, 1727:2
**lowest** [1] - 1669:18
**lucky** [1] - 1708:25
**luncheon** [2] - 1728:24, 1729:4

# M

**magnitude** [3] - 1722:8, 1723:12, 1723:15
**main** [3] - 1703:5, 1703:11, 1705:12
**maintained** [1] - 1716:14
**manning** [1] - 1647:19
**Manning** [3] - 1693:25, 1696:14, 1697:4
**Manning's** [1] - 1694:21
**map** [2] - 1656:14, 1691:20
**Marino** [1] - 1705:4
**MARK** [1] - 1645:4
**mark** [5] - 1656:13, 1657:15, 1691:20, 1691:21, 1691:22
**marked** [1] - 1698:22
**match** [4] - 1661:18, 1669:12, 1679:4, 1679:20
**matched** [1] - 1674:13
**matches** [3] - 1672:6, 1674:9, 1692:9
**math** [1] - 1686:7
**mathematical** [1] - 1683:6
**matter** [2] - 1706:16, 1729:18
**Matthew** [1] - 1679:23
**maximum** [4] - 1651:19, 1691:15, 1691:17, 1726:14
**McCALL** [1] - 1644:23
**mean** [26] - 1648:22, 1655:23, 1667:21, 1672:17, 1673:11, 1674:10, 1675:7, 1675:9, 1675:22, 1679:8, 1680:5, 1681:15, 1681:21, 1689:4, 1691:5, 1694:19, 1718:5, 1721:14, 1721:18, 1722:16, 1723:4, 1723:5, 1723:24, 1725:11, 1727:23
**means** [6] - 1655:8, 1672:18, 1672:24, 1681:22, 1723:1, 1725:11
**measure** [12] - 1662:11, 1676:2, 1701:4, 1722:20,

1722:21, 1722:22, 1723:7, 1723:15, 1723:21, 1725:16, 1726:1, 1726:8
**measured** [5] - 1661:14, 1664:5, 1664:6, 1720:14, 1725:18
**measurement** [1] - 1668:20
**measurements** [1] - 1667:8
**measures** [6] - 1662:3, 1722:8, 1723:14, 1725:16, 1725:17
**measuring** [4] - 1664:25, 1678:23, 1722:18, 1722:19
**MECHANICAL** [1] - 1645:17
**medal** [1] - 1713:12
**meet** [2] - 1649:2, 1652:25
**MELVIN** [1] - 1646:5
**Melvin** [4] - 1667:6, 1667:13, 1676:7, 1676:17
**mention** [3] - 1660:4, 1670:8, 1686:24
**mentioned** [8] - 1666:12, 1671:5, 1677:6, 1680:11, 1689:3, 1693:11, 1721:16, 1723:17
**merge** [1] - 1653:8
**merged** [2] - 1649:3, 1660:2
**merging** [7] - 1649:3, 1649:4, 1649:6, 1649:23, 1651:13, 1652:9, 1657:24
**Merit** [1] - 1729:12
**merits** [1] - 1703:12
**mesocyclone** [12] - 1715:19, 1727:14, 1727:15, 1727:18, 1727:20, 1727:21, 1728:1, 1728:5, 1728:6, 1728:8
**mesocyclones** [6] - 1720:5, 1720:9, 1727:11, 1728:10, 1728:15
**Mesoscale** [1] - 1710:8
**METAIRIE** [1] - 1644:17
**Meteorological** [5] - 1710:8, 1714:1,

1714:6, 1714:10, 1717:21
**meteorologist** [5] - 1707:21, 1710:5, 1712:11, 1716:21, 1717:1
**meteorologists** [1] - 1712:21
**meteorology** [11] - 1707:22, 1710:16, 1710:21, 1710:23, 1711:6, 1711:9, 1711:15, 1711:24, 1715:5, 1716:8, 1718:11
**meters** [1] - 1721:8
**methodologies** [1] - 1661:25
**microburst** [1] - 1720:8
**microbursts** [1] - 1727:11
**microwave** [1] - 1721:4
**Middle** [1] - 1717:13
**middle** [1] - 1664:14
**might** [4] - 1699:11, 1702:15, 1721:25, 1725:14
**miles** [7] - 1725:25, 1726:1, 1726:5, 1726:6, 1728:5
**military** [1] - 1712:21
**mind** [2] - 1721:22, 1727:13
**minus** [2] - 1653:15, 1653:17
**minute** [2] - 1669:14, 1673:5
**minutes** [8] - 1653:6, 1679:25, 1681:20, 1681:22, 1681:23, 1685:16, 1700:7
**mismatch** [3] - 1674:25, 1679:6, 1679:9
**Mississippi** [5] - 1689:24, 1690:9, 1699:9, 1699:23, 1728:21
**Missouri** [2] - 1709:25, 1710:1
**mistake** [1] - 1684:4
**misunderstood** [1] - 1680:25
**Mitchell's** [2] - 1720:19, 1723:9
**model** [64] - 1647:18, 1647:19, 1648:5, 1648:22, 1650:5,

1651:5, 1652:12, 1652:13, 1652:14, 1653:25, 1654:18, 1654:20, 1655:1, 1656:4, 1656:8, 1661:1, 1661:9, 1662:7, 1670:13, 1671:24, 1672:20, 1672:23, 1672:25, 1673:5, 1674:22, 1674:23, 1675:1, 1675:3, 1675:6, 1675:20, 1676:2, 1678:2, 1678:6, 1678:12, 1678:15, 1678:21, 1679:2, 1679:6, 1679:17, 1679:20, 1679:22, 1680:10, 1681:2, 1681:21, 1682:17, 1683:1, 1683:2, 1683:4, 1683:8, 1684:9, 1684:15, 1685:19, 1685:23, 1686:6, 1686:8, 1686:9, 1689:21, 1690:25, 1691:2, 1715:18, 1715:24, 1715:25
**model's** [1] - 1673:10
**modelers** [1] - 1678:12
**modeling** [9] - 1648:3, 1648:8, 1653:10, 1670:22, 1671:14, 1674:16, 1690:17, 1691:11
**modelled** [3] - 1649:17, 1677:22
**models** [2] - 1655:24, 1672:12
**modification** [1] - 1713:4
**modified** [1] - 1712:23
**moment** [1] - 1689:3
**Monday** [2] - 1704:4, 1704:18
**months** [2] - 1712:2, 1712:5
**morning** [13] - 1647:9, 1647:10, 1647:11, 1647:12, 1654:25, 1659:19, 1672:14, 1687:6, 1690:13, 1718:25, 1720:6, 1720:14
**MORNING** [1] - 1643:18
**most** [4] - 1661:10, 1687:10, 1689:11,

1707:19
**motion** [13] - 1704:1, 1704:6, 1704:7, 1704:12, 1704:16, 1706:4, 1708:5, 1723:3, 1723:4, 1723:5, 1723:7, 1724:7, 1725:11
**motions** [1] - 1724:13
**move** [9] - 1652:16, 1654:13, 1658:4, 1692:10, 1697:7, 1724:12, 1728:8, 1728:10
**moved** [1] - 1719:23
**moves** [1] - 1728:13
**moving** [7] - 1660:23, 1681:1, 1685:21, 1723:2, 1724:4, 1724:6, 1728:7
**MR** [89] - 1646:6, 1646:7, 1646:9, 1646:10, 1647:11, 1647:14, 1656:25, 1657:3, 1657:5, 1658:3, 1662:22, 1662:24, 1664:23, 1665:24, 1666:6, 1667:16, 1673:3, 1673:16, 1673:24, 1674:1, 1675:18, 1676:20, 1681:12, 1682:4, 1682:7, 1683:18, 1686:10, 1686:14, 1687:21, 1688:11, 1688:15, 1688:21, 1690:18, 1690:21, 1690:24, 1692:10, 1692:13, 1692:15, 1692:20, 1694:7, 1694:16, 1694:23, 1695:4, 1695:7, 1697:10, 1697:12, 1697:14, 1697:18, 1698:24, 1699:5, 1699:13, 1699:17, 1699:21, 1700:1, 1700:5, 1700:8, 1700:15, 1700:24, 1701:18, 1701:23, 1702:1, 1702:6, 1702:10, 1703:9, 1703:13, 1703:17, 1703:22, 1703:25, 1704:2, 1704:17, 1705:21, 1706:2, 1706:4, 1706:7, 1707:18, 1708:5, 1708:18, 1708:20,

1709:5, 1709:6, 1709:22, 1718:10, 1718:14, 1718:17, 1718:19, 1725:2, 1726:22, 1729:1
**MRGO** [12] - 1649:1, 1651:8, 1651:17, 1651:23, 1652:25, 1653:6, 1653:22, 1657:14, 1658:18, 1658:23, 1691:16
**MRGO's** [4] - 1653:25, 1678:16, 1679:12, 1691:18
**multidirectional** [5] - 1720:13, 1720:15, 1724:9, 1724:11, 1724:16
**MUMFORD** [1] - 1643:10

# N

**N-10** [4] - 1698:9, 1698:10, 1698:13, 1698:22
**N.W** [1] - 1644:20
**N1** [1] - 1664:8
**N10** [1] - 1671:11
**name** [2] - 1709:16, 1709:23
**narrow** [2] - 1687:23, 1724:6, 1724:8
**narrower** [1] - 1707:21
**National** [14] - 1710:10, 1710:14, 1711:2, 1712:3, 1712:9, 1714:17, 1716:11, 1716:17, 1717:2, 1717:3, 1717:7, 1717:20, 1718:1, 1718:22
**national** [1] - 1713:20
**nature** [1] - 1700:23
**nautical** [1] - 1725:25
**NAVD1988** [1] - 1689:8
**Navigation** [3] - 1690:9, 1692:5, 1719:2
**Navigational** [2] - 1719:20, 1720:6
**Navy** [1] - 1711:22
**NCDC** [1] - 1718:23
**near** [2] - 1648:14, 1657:22
**necessarily** [1] - 1647:25
**need** [4] - 1665:19,

1681:7, 1703:20, 1704:16

**needed** [3] - 1673:14, 1677:1, 1677:7

**negligence** [2] - 1704:8, 1706:10

**never** [8] - 1664:8, 1681:4, 1681:12, 1684:16, 1694:2, 1694:5, 1703:3, 1715:22

**NEW** [9] - 1643:7, 1643:25, 1644:4, 1644:10, 1644:14, 1644:25, 1645:6, 1645:9, 1645:16

**New** [1] - 1719:3

**NEXRAD** [2] - 1712:14, 1718:20

**next** [5] - 1657:6, 1692:10, 1700:20, 1701:12, 1712:7

**Ninth** [2] - 1659:13, 1697:20

**NO** [3] - 1643:6, 1643:10, 1643:14

**NOAA** [9] - 1710:10, 1710:12, 1710:13, 1711:21, 1712:1, 1712:2, 1712:8, 1712:10, 1713:20

**nobody** [1] - 1713:6

**NOLET** [1] - 1644:9

**none** [2] - 1675:21, 1690:9

**NONJURY** [1] - 1643:19

**noon** [1] - 1728:24

**normal** [3] - 1669:23, 1723:22, 1723:24

**normally** [1] - 1728:14

**Norman** [3] - 1710:2, 1710:3, 1716:17

**north** [36] - 1648:14, 1649:12, 1649:20, 1649:21, 1650:2, 1650:7, 1652:7, 1654:8, 1658:20, 1659:5, 1659:10, 1659:14, 1659:16, 1659:20, 1659:24, 1660:9, 1660:11, 1660:12, 1660:13, 1660:16, 1660:17, 1660:21, 1661:2, 1661:8, 1670:14, 1670:15, 1671:20, 1686:19, 1687:3, 1687:12, 1691:3, 1697:22, 1701:5,

1702:19, 1705:5, 1719:15

**NORTH** [1] - 1645:11

**northeast** [2] - 1719:12, 1719:15

**northeasterly** [1] - 1719:13

**northern** [1] - 1657:25

**notes** [1] - 1707:7

**nothing** [11] - 1650:1, 1653:14, 1659:7, 1659:22, 1673:17, 1673:18, 1683:19, 1683:21, 1686:10, 1708:6, 1709:10

**Nothing** [1] - 1705:20

**noticed** [1] - 1720:19

**NSSL** [5] - 1712:9, 1712:10, 1712:16, 1712:22, 1713:12

**number** [30] - 1662:2, 1663:11, 1664:9, 1670:6, 1671:9, 1672:17, 1673:7, 1673:9, 1674:15, 1674:20, 1675:4, 1675:19, 1675:22, 1677:12, 1677:17, 1678:20, 1678:22, 1679:1, 1680:8, 1680:9, 1680:19, 1681:3, 1684:3, 1684:4, 1684:7, 1692:3, 1694:4, 1697:12, 1697:19, 1722:6

**Number** [7] - 1688:2, 1688:5, 1695:11, 1696:12, 1697:8, 1699:17, 1720:1

**numbered** [1] - 1729:17

**numbers** [7] - 1667:19, 1671:6, 1673:5, 1674:11, 1680:19, 1680:21, 1683:20

**nut** [1] - 1675:15

**NY** [1] - 1644:10

**O**

**o'clock** [15] - 1648:16, 1648:20, 1649:1, 1651:6, 1653:20, 1657:8, 1657:9, 1657:10, 1659:19, 1659:23, 1670:14, 1670:15, 1690:7, 1690:13, 1728:25

**oath** [1] - 1709:15

**object** [3] - 1702:13, 1702:16, 1702:18

**objection** [4] - 1681:12, 1697:9, 1697:10, 1718:13

**obliquely** [1] - 1702:16

**observation** [15] - 1662:9, 1663:4, 1665:13, 1666:1, 1666:2, 1666:19, 1667:18, 1674:17, 1679:9, 1692:3, 1692:24, 1693:1, 1698:12, 1698:17, 1698:20

**observations** [13] - 1661:17, 1661:18, 1663:25, 1664:1, 1664:13, 1664:14, 1664:18, 1664:25, 1665:2, 1669:7, 1691:12, 1713:14, 1726:9

**observed** [32] - 1661:15, 1662:11, 1663:14, 1663:19, 1663:22, 1663:23, 1665:11, 1666:17, 1667:19, 1670:23, 1674:3, 1674:5, 1674:22, 1674:24, 1675:1, 1675:3, 1676:9, 1677:22, 1678:14, 1678:24, 1679:22, 1680:7, 1680:10, 1682:8, 1684:2, 1684:7, 1684:21, 1684:23, 1685:5, 1685:11, 1698:10, 1715:23

**observer** [11] - 1663:17, 1665:13, 1671:12, 1673:6, 1675:13, 1675:20, 1678:20, 1679:2, 1679:6, 1679:19, 1682:1

**observing** [2] - 1713:5, 1722:5

**obtain** [1] - 1721:14

**obviously** [1] - 1705:15

**occupation** [1] - 1710:4

**occur** [3] - 1658:21, 1689:18, 1690:1

**occurred** [7] - 1653:20, 1653:24,

1659:20, 1659:21, 1686:19, 1686:21, 1697:23

**occurrence** [2] - 1668:5, 1689:11

**occurring** [3] - 1658:21, 1670:20, 1725:14

**Oceanic** [1] - 1710:14

**OF** [6] - 1643:2, 1643:11, 1643:14, 1643:19, 1644:3, 1644:19

**offer** [1] - 1702:3

**OFFICE** [1] - 1644:19

**officer** [1] - 1712:2

**OFFICER** [1] - 1700:9

**OFFICES** [1] - 1644:3

**OFFICIAL** [1] - 1645:15

**Official** [2] - 1729:13, 1729:23

**Oklahoma** [9] - 1710:2, 1710:3, 1710:7, 1711:1, 1711:2, 1711:5, 1716:17, 1717:8, 1718:1

**old** [3] - 1649:7, 1705:20, 1710:17

**older** [1] - 1656:10

**once** [5] - 1651:8, 1651:17, 1659:11, 1676:24, 1697:1

**one** [42] - 1649:14, 1652:19, 1654:13, 1654:24, 1655:1, 1657:8, 1658:4, 1658:9, 1659:4, 1659:13, 1659:15, 1660:6, 1662:1, 1662:5, 1666:20, 1669:25, 1671:7, 1671:17, 1671:22, 1672:3, 1672:16, 1676:13, 1676:22, 1677:21, 1679:8, 1679:18, 1686:16, 1690:13, 1690:20, 1705:7, 1706:15, 1706:24, 1708:5, 1710:25, 1713:8, 1714:3, 1715:17, 1721:7, 1722:15, 1722:16

**one's** [1] - 1660:5

**ones** [1] - 1661:10

**ONLY** [2] - 1643:12, 1643:15

**operation** [2] -

1714:24, 1716:21

**operational** [4] - 1715:8, 1715:11, 1716:10, 1716:21

**operations** [1] - 1715:13

**opinion** [3] - 1656:11, 1662:4, 1669:11

**opposed** [1] - 1687:23

**opposing** [1] - 1708:8

**opposite** [1] - 1679:18

**ORDER** [1] - 1647:4

**order** [12] - 1662:3, 1665:9, 1665:11, 1665:18, 1666:9, 1680:21, 1687:3, 1687:11, 1689:15, 1689:16, 1690:2, 1720:24

**ordered** [2] - 1718:22, 1718:23

**organization** [1] - 1717:6

**organizations** [1] - 1714:18

**orient** [1] - 1663:12

**original** [1] - 1666:18

**ORLEANS** [7] - 1643:7, 1643:25, 1644:4, 1644:14, 1644:25, 1645:9, 1645:16

**Orleans** [1] - 1719:3

**otherwise** [1] - 1705:20

**outbound** [5] - 1725:6, 1727:5, 1727:7, 1727:8, 1727:9

**outer** [1] - 1728:16

**Outlet** [3] - 1690:10, 1699:9, 1699:23

**outside** [2] - 1717:25, 1727:25

**overflow** [1] - 1657:14

**overruled** [2] - 1681:14, 1688:19

**overtopped** [1] - 1684:12

**overtopping** [3] - 1658:21, 1659:2, 1672:24

**own** [3] - 1706:17, 1723:13

**P**

**P.E.**..........................
**.......** [1] - 1646:5

**p.m** [1] - 1718:24
**packet** [1] - 1697:25
**page** [7] - 1694:5, 1695:10, 1695:11, 1695:25, 1696:9, 1696:11
**Page** [4] - 1658:5, 1667:3, 1667:24, 1676:4
**PAGE** [2] - 1646:3, 1646:14
**pages** [4] - 1694:4, 1694:24, 1695:1, 1695:11
**paper** [4] - 1713:13, 1713:15, 1715:18
**papers** [5] - 1702:3, 1702:5, 1715:14, 1716:1, 1716:3
**parabolic** [1] - 1721:6
**parallel** [1] - 1723:8
**Paris** [9] - 1657:14, 1657:25, 1690:7, 1690:8, 1690:14, 1690:15, 1691:2, 1691:20, 1691:24
**Parish** [2] - 1691:1, 1697:21
**parked** [1] - 1680:12
**part** [12] - 1681:1, 1689:20, 1696:22, 1704:3, 1706:19, 1710:8, 1712:1, 1712:8, 1712:19, 1713:11, 1714:24, 1715:20
**particles** [2] - 1723:6, 1723:16
**particular** [22] - 1649:11, 1653:15, 1653:16, 1654:5, 1655:5, 1660:25, 1662:8, 1662:18, 1663:4, 1665:15, 1666:12, 1671:18, 1673:6, 1674:18, 1678:17, 1679:9, 1680:2, 1683:11, 1685:20, 1695:1, 1697:25
**particularly** [3] - 1689:13, 1711:12, 1718:11
**parties** [3] - 1701:20, 1702:11, 1704:18
**party** [1] - 1702:24
**passed** [1] - 1720:5
**passion** [1] - 1710:22
**PATRICK** [1] - 1644:15

**peer** [2] - 1715:7, 1715:15
**peer-reviewed** [2] - 1715:7, 1715:15
**Pennsylvania** [1] - 1706:19
**people** [8] - 1664:13, 1664:24, 1665:4, 1677:17, 1708:12, 1710:18, 1713:6, 1716:16
**PEPPER** [1] - 1645:15
**Pepper** [3] - 1729:11, 1729:21, 1729:22
**percent** [3] - 1660:8, 1660:9, 1718:5
**percentage** [3] - 1660:7, 1717:24, 1718:2
**performance** [6] - 1662:4, 1670:19, 1672:18, 1672:25, 1674:14, 1684:18
**performing** [1] - 1669:21
**period** [6] - 1651:18, 1674:19, 1678:13, 1679:12, 1719:11, 1719:13
**periods** [3] - 1647:18, 1661:23, 1680:16
**permission** [3] - 1694:7, 1694:25, 1719:7
**permutations** [1] - 1705:14
**perpendicular** [2] - 1725:15, 1725:17
**perpetually** [1] - 1705:15
**persistent** [1] - 1727:18
**person** [3] - 1666:7, 1667:18, 1692:22
**personal** [1] - 1710:18
**personally** [1] - 1702:23
**PERTAINS** [1] - 1643:9
**PETER** [1] - 1645:11
**phase** [4] - 1722:20, 1722:22, 1722:24, 1723:1
**photograph** [6] - 1656:6, 1656:9, 1656:12, 1675:8, 1698:15, 1698:18
**photographed** [1] - 1675:10
**photographs** [1] -

1702:10
**photos** [1] - 1650:21
**phrase** [1] - 1689:3
**pick** [1] - 1680:19
**picking** [2] - 1648:22, 1679:8
**picks** [1] - 1722:1
**picture** [7] - 1655:9, 1655:10, 1688:6, 1695:9, 1695:12, 1695:15, 1703:15
**pictures** [3] - 1654:24, 1695:14, 1695:22
**piece** [3] - 1702:18, 1702:24, 1702:25
**pieces** [2] - 1671:17, 1720:2
**pink** [2] - 1658:16
**pioneering** [1] - 1714:6
**place** [6] - 1649:6, 1684:17, 1696:10, 1700:19, 1706:25, 1728:9
**plaintiff** [6] - 1654:5, 1654:6, 1701:9, 1701:15, 1705:19, 1724:22
**plaintiff's** [1] - 1701:13
**Plaintiff's** [1] - 1688:3
**PLAINTIFFS** [3] - 1643:11, 1643:14, 1643:23
**plaintiffs** [13] - 1648:9, 1652:19, 1692:10, 1697:7, 1700:15, 1701:4, 1702:5, 1702:14, 1705:3, 1706:11, 1706:23, 1707:11, 1707:23
**plaintiffs'** [1] - 1648:9
**played** [2] - 1667:6, 1676:7
**plus** [2] - 1653:15, 1653:16
**podium** [1] - 1695:3
**Point** [6] - 1664:8, 1671:11, 1672:15, 1675:9, 1678:19, 1681:25
**point** [40] - 1648:3, 1649:11, 1650:22, 1652:14, 1655:6, 1663:12, 1663:17, 1663:18, 1667:5, 1667:10, 1667:12, 1668:1, 1668:2, 1670:6, 1671:7, 1672:5, 1674:2,

1675:2, 1675:7, 1676:6, 1676:16, 1678:8, 1681:17, 1681:22, 1685:25, 1686:1, 1686:2, 1688:24, 1692:17, 1697:15, 1698:9, 1698:13, 1698:20, 1698:21, 1698:22, 1700:10, 1702:12, 1707:4, 1712:12, 1729:3
**pointed** [2] - 1697:21, 1704:21
**points** [13] - 1648:22, 1649:24, 1663:23, 1666:1, 1666:20, 1667:22, 1671:23, 1674:4, 1674:8, 1692:4, 1698:5
**polarization** [2] - 1714:25, 1715:1
**Polder** [2] - 1689:22, 1691:5
**pole** [1] - 1701:4
**POLLARD** [1] - 1644:6
**porch** [1] - 1650:20
**portend** [1] - 1705:13
**portion** [6] - 1657:21, 1667:5, 1667:13, 1676:6, 1676:17, 1695:24
**portions** [1] - 1662:18
**portray** [1] - 1655:11
**portraying** [1] - 1671:14
**position** [3] - 1707:4, 1723:23
**possibility** [1] - 1704:5
**possible** [4] - 1667:2, 1697:24, 1701:7, 1704:19
**post** [1] - 1701:1
**potential** [1] - 1727:25
**power** [9] - 1721:12, 1722:7, 1722:8, 1722:23, 1723:1, 1723:2, 1723:21, 1723:22
**PowerPoint** [2] - 1724:20, 1724:22
**POYDRAS** [3] - 1644:24, 1645:9, 1645:15
**practical** [1] - 1653:24
**precipitation** [1] - 1722:9
**precise** [2] - 1664:25, 1668:21

**precisely** [1] - 1726:18
**predict** [4] - 1672:12, 1675:12, 1678:6, 1682:17
**predictability** [1] - 1673:10
**predicted** [4] - 1672:20, 1673:5, 1675:1, 1685:23
**predicting** [4] - 1678:5, 1680:4, 1680:5, 1680:6
**predicts** [2] - 1675:20, 1681:2
**premised** [3] - 1704:23, 1706:9, 1706:18
**prepared** [2] - 1700:15, 1704:9
**prerogative** [1] - 1704:14
**presence** [1] - 1655:5
**presentation** [2] - 1724:21, 1724:22
**presented** [4] - 1668:11, 1701:21, 1705:25, 1715:18
**presents** [1] - 1707:8
**presumption** [2] - 1706:20, 1706:21
**pretty** [3] - 1655:10, 1655:17, 1655:22
**prevalent** [1] - 1672:9
**preview** [1] - 1707:18
**primarily** [3] - 1649:19, 1718:4, 1724:1
**printouts** [1] - 1662:19
**private** [1] - 1714:16
**probability** [1] - 1687:14
**problems** [1] - 1708:14
**procedure** [1] - 1665:8
**proceed** [2] - 1657:2, 1709:19
**proceedings** [9] - 1667:5, 1667:12, 1676:6, 1676:16, 1692:17, 1697:15, 1700:10, 1729:3, 1729:17
**PROCEEDINGS** [3] - 1643:19, 1645:17, 1647:1
**process** [4] - 1665:8, 1669:23, 1680:20, 1695:19
**processed** [1] -

1721:13
processor [1] - 1721:11
PROCTER [1] - 1645:3
produced [1] - 1661:10
PRODUCED [1] - 1645:18
producing [3] - 1671:25, 1672:1, 1691:17
product [1] - 1725:4
products [1] - 1716:23
Professional [1] - 1729:12
professional [1] - 1662:4
program [1] - 1717:4
progressed [1] - 1659:15
projects [1] - 1721:24
promise [1] - 1705:14
proof [1] - 1703:20
propagation [3] - 1675:25, 1676:1, 1728:12
propagational [1] - 1676:3
properly [1] - 1676:8
properties [1] - 1654:6
property [2] - 1650:9, 1654:7
proportional [1] - 1723:25
proposition [1] - 1706:9
prototype [1] - 1712:25
proven [1] - 1706:9
provided [13] - 1653:12, 1666:22, 1667:2, 1672:21, 1675:11, 1677:20, 1678:17, 1678:18, 1681:9, 1700:19, 1702:4, 1724:21
provides [2] - 1662:11, 1683:23
providing [2] - 1673:11, 1685:18
proving [1] - 1706:23
public [1] - 1716:25
publications [4] - 1711:14, 1715:4, 1715:6
published [1] - 1716:1
publishing [1] - 1711:9
pull [2] - 1662:12, 1670:4

pulse [4] - 1712:24, 1722:6, 1723:6, 1726:11
pulses [3] - 1721:8, 1726:8
pump [1] - 1687:2, 1688:12, 1688:25
Pump [1] - 1688:2
pumphouse [1] - 1688:2, 1688:6, 1689:6
pumps [1] - 1687:1
purple [1] - 1658:17
purpose [4] - 1661:12, 1669:6, 1670:17, 1675:19
purposes [1] - 1650:24
pursue [2] - 1710:21, 1711:24
pursued [1] - 1710:24
put [19] - 1648:10, 1654:23, 1680:20, 1681:3, 1686:17, 1688:5, 1690:11, 1690:15, 1694:1, 1698:6, 1704:9, 1704:10, 1707:10, 1707:19, 1707:25, 1708:7, 1708:21, 1709:2, 1719:7
puts [1] - 1687:5
putting [1] - 1703:15

## Q

quadrant [3] - 1728:14, 1728:16, 1728:19
quality [2] - 1714:23, 1715:1
quantified [1] - 1653:9
quantify [2] - 1678:4, 1680:24
questioning [1] - 1676:23
questions [6] - 1650:24, 1697:19, 1698:5, 1700:1, 1714:20, 1717:14
quite [3] - 1670:22, 1674:6, 1677:1

## R

radar [58] - 1707:22, 1711:10, 1711:11, 1712:14, 1712:17, 1712:18, 1712:19,

1712:20, 1712:23, 1712:24, 1713:2, 1713:4, 1713:9, 1713:14, 1713:25, 1714:4, 1714:5, 1714:7, 1714:14, 1714:22, 1714:23, 1714:24, 1715:2, 1715:4, 1715:8, 1715:11, 1716:2, 1716:4, 1716:8, 1716:11, 1716:23, 1717:11, 1718:12, 1718:20, 1719:11, 1720:23, 1721:2, 1721:3, 1721:23, 1721:24, 1722:4, 1723:3, 1723:7, 1723:14, 1723:16, 1724:15, 1725:15, 1725:21, 1726:9, 1726:12, 1726:23, 1727:8, 1727:9
radial [7] - 1721:18, 1722:17, 1723:4, 1723:6, 1723:10, 1723:24, 1727:4
RAFFMAN [9] - 1645:4, 1709:6, 1709:22, 1718:10, 1718:17, 1718:19, 1725:2, 1726:22, 1729:1
Raffman [1] - 1677:1
RAFFMAN................ [1] - 1646:10
RAFFMAN................ [1] - 1646:9
railroad [9] - 1656:3, 1684:11, 1684:12, 1684:17, 1685:21, 1685:22, 1689:17, 1689:22
rain [6] - 1683:15, 1683:16, 1722:1, 1722:14, 1722:15, 1728:17
rainfall [1] - 1659:2
raise [1] - 1709:8
raised [5] - 1688:16, 1688:17, 1704:18, 1706:12, 1722:7
raising [1] - 1722:19
ran [4] - 1654:20, 1661:9, 1670:13, 1670:15
random [7] - 1692:23, 1693:3, 1693:7, 1693:10, 1693:12, 1693:13, 1693:23

range [5] - 1650:15, 1692:22, 1693:18, 1726:11, 1726:14
rank [1] - 1684:18
Rankin [2] - 1727:22
ranking [4] - 1663:11, 1670:6, 1670:7, 1671:9
rapid [1] - 1681:20
rare [1] - 1725:13
rate [2] - 1653:9, 1715:24
rates [1] - 1660:9
rather [2] - 1671:8, 1705:7
rating [24] - 1662:2, 1672:17, 1673:4, 1673:7, 1673:9, 1674:11, 1674:15, 1674:20, 1675:2, 1675:4, 1675:19, 1675:22, 1677:12, 1677:17, 1678:21, 1679:1, 1679:17, 1680:8, 1680:9, 1681:3, 1683:20, 1684:3, 1684:4, 1684:7
ratio [1] - 1662:10
RE [1] - 1643:4
reach [3] - 1678:16, 1678:18, 1689:24
reached [9] - 1675:25, 1678:3, 1680:16, 1682:18, 1683:9, 1683:10, 1683:13, 1684:19, 1719:17
reaches [1] - 1684:16
reaching [3] - 1654:14, 1674:18, 1679:13
read [1] - 1700:16
reading [1] - 1691:2
ready [7] - 1656:25, 1657:2, 1704:9, 1707:10, 1707:15, 1708:21
real [4] - 1658:13, 1672:6, 1691:12, 1713:7
really [16] - 1661:13, 1661:18, 1678:7, 1679:3, 1679:6, 1680:9, 1690:1, 1691:15, 1691:16, 1694:13, 1703:6, 1705:10, 1708:2, 1711:1, 1711:10, 1722:21
Realtime [1] - 1729:11

rear [2] - 1715:22, 1727:17
reason [4] - 1647:21, 1682:14, 1686:3, 1701:5
reasonably [1] - 1698:21
reasons [1] - 1689:10
rebuttal [2] - 1701:15, 1701:17
receive [3] - 1713:22, 1713:25, 1714:9
received [7] - 1711:4, 1711:15, 1713:10, 1713:11, 1713:15, 1713:18, 1723:1
receiver [2] - 1721:10, 1722:1
recently [1] - 1717:12
recess [3] - 1700:5, 1700:11, 1729:4
recognize [2] - 1658:5, 1679:11
recognized [2] - 1677:6, 1713:3
recognizes [1] - 1708:8
recollection [1] - 1650:21
recommendation [1] - 1716:4
recommending [1] - 1716:1
reconcile [2] - 1698:17, 1698:20
reconciliation [1] - 1701:12
record [12] - 1656:14, 1669:25, 1689:4, 1700:22, 1703:18, 1705:11, 1709:17, 1709:23, 1710:12, 1713:16, 1724:23, 1729:17
RECORDED [1] - 1645:17
recross [1] - 1699:2
red [6] - 1658:23, 1658:25, 1659:21, 1723:11, 1727:3, 1727:7
REDIRECT [2] - 1646:7, 1686:13
reds [2] - 1727:5, 1727:6
Reed [2] - 1678:24, 1680:11
Reed's [2] - 1657:14, 1657:15
refer [3] - 1649:3,

1659:9, 1715:17
**reference** [1] - 1667:9
**references** [1] - 1694:21
**referred** [2] - 1689:7, 1698:2
**referring** [3] - 1659:1, 1668:3, 1706:8
**refers** [1] - 1696:22
**reflect** [2] - 1656:11, 1667:19
**reflected** [3] - 1653:17, 1667:21, 1674:7
**reflecting** [1] - 1721:25
**reflectivity** [6] - 1721:15, 1721:18, 1722:5, 1722:7, 1722:10, 1722:15
**regarding** [2] - 1700:24, 1719:1
**region** [1] - 1647:23
**Registered** [2] - 1729:11, 1729:12
**regulations** [2] - 1706:19, 1706:22
**relate** [4] - 1673:22, 1703:6, 1703:7, 1725:23
**related** [3] - 1654:15, 1684:25, 1695:18
**relates** [2] - 1716:8, 1718:2
**relative** [10] - 1661:19, 1662:1, 1662:6, 1664:4, 1668:23, 1668:24, 1723:2, 1725:22, 1727:9
**relatively** [1] - 1687:23
**release** [1] - 1699:3
**released** [1] - 1700:4
**releasing** [1] - 1699:3
**relied** [2] - 1671:18, 1691:5
**relying** [1] - 1667:1
**remain** [1] - 1728:8
**remains** [2] - 1677:21, 1715:25
**remarks** [1] - 1680:24
**remember** [2] - 1650:22, 1684:10
**reminder** [1] - 1661:20
**remote** [1] - 1721:3
**remote-sensing** [1] - 1721:3
**removed** [1] - 1702:25
**render** [1] - 1705:2
**renew** [1] - 1704:6
**repeat** [1] - 1660:15

**repetitive** [1] - 1659:3
**report** [24] - 1648:10, 1649:7, 1650:1, 1650:9, 1652:3, 1652:6, 1652:17, 1653:12, 1654:2, 1655:2, 1657:9, 1658:5, 1658:6, 1659:23, 1662:12, 1662:13, 1664:1, 1667:24, 1671:17, 1677:15, 1677:20, 1683:19, 1720:19, 1724:24
**reported** [3] - 1662:8, 1664:19, 1687:16
**Reporter** [6] - 1729:11, 1729:12, 1729:13, 1729:23
**REPORTER** [1] - 1645:15
**REPORTER'S** [1] - 1729:9
**reporting** [2] - 1663:20, 1669:9
**reports** [3] - 1663:3, 1663:8, 1705:23
**represent** [9] - 1655:5, 1668:8, 1676:2, 1692:24, 1725:5, 1725:20, 1726:24, 1726:25, 1727:4
**representation** [1] - 1652:13
**represented** [1] - 1668:25
**represents** [6] - 1655:7, 1658:17, 1671:24, 1672:4, 1674:10, 1725:9
**request** [4] - 1690:11, 1690:22, 1694:7, 1694:25
**require** [1] - 1709:1
**required** [1] - 1717:3
**research** [4] - 1712:10, 1714:13, 1715:4, 1715:12
**Research** [1] - 1713:21
**researcher** [1] - 1716:9
**researchers** [1] - 1665:6
**reserve** [2] - 1704:11, 1718:14
**residence** [1] - 1694:15
**residential** [2] - 1695:16, 1696:7

**resigned** [1] - 1712:9
**respond** [1] - 1706:2
**response** [2] - 1678:5, 1688:14
**rest** [5] - 1700:6, 1700:16, 1701:16, 1702:5, 1703:24
**rested** [1] - 1704:22
**result** [1] - 1674:16
**resulting** [1] - 1688:24
**results** [18] - 1648:8, 1653:10, 1655:1, 1661:10, 1662:15, 1663:3, 1663:7, 1668:14, 1668:15, 1669:20, 1670:22, 1671:15, 1672:11, 1677:19, 1681:15, 1681:16, 1691:11
**resume** [1] - 1728:24
**retained** [1] - 1717:16
**return** [4] - 1721:10, 1721:11, 1721:12, 1723:23
**returned** [4] - 1721:24, 1722:8, 1722:20, 1723:21
**reversal** [1] - 1673:23
**reviewed** [4] - 1654:14, 1715:7, 1715:15, 1718:20
**RICHARD** [2] - 1644:19, 1644:19
**RICHARDSON** [1] - 1643:11
**Richardson** [10] - 1650:9, 1650:13, 1650:20, 1651:2, 1651:6, 1651:12, 1651:21, 1651:24, 1652:3, 1652:6
**Richardson's** [1] - 1699:7
**Richardsons** [2] - 1650:11, 1652:4
**RIDGELAKE** [1] - 1644:16
**right-hand** [1] - 1656:2
**rightly** [1] - 1691:2
**rise** [3] - 1647:7, 1700:9, 1700:12
**Rita** [1] - 1701:1
**river** [1] - 1695:17
**River** [3] - 1690:9, 1699:9, 1699:23
**RMR** [2] - 1645:15, 1729:22
**Road** [9] - 1657:14, 1657:25, 1690:7,

1690:8, 1690:14, 1690:15, 1691:2, 1691:20, 1691:24
**ROBBINS** [1] - 1645:5
**roof** [1] - 1685:17
**ROOM** [1] - 1645:15
**room** [3] - 1699:8, 1711:10, 1711:11
**rotating** [2] - 1726:17, 1727:15
**roughness** [2] - 1661:22, 1693:25
**Rule** [6] - 1704:1, 1704:3, 1704:7, 1704:14, 1706:4, 1706:6
**rule** [1] - 1706:20
**ruling** [1] - 1705:14
**run** [2] - 1658:13, 1661:1
**rush** [1] - 1651:16

# S

**s/Cathy** [1] - 1729:21
**S15** [3] - 1684:1, 1684:2
**S23** [1] - 1679:18
**S33** [1] - 1675:9
**S34** [1] - 1675:9
**S5** [3] - 1681:25, 1682:2
**S7** [2] - 1680:7
**S8** [3] - 1678:19, 1678:20
**safety** [2] - 1706:19, 1706:22
**Sally** [1] - 1682:14
**SANDERS** [1] - 1644:15
**save** [2] - 1692:9, 1701:8
**saw** [9] - 1647:16, 1648:11, 1664:8, 1666:8, 1667:24, 1668:18, 1702:17, 1703:19, 1711:12
**scale** [1] - 1652:13
**scenario** [3] - 1661:3, 1669:11, 1671:11
**scenarios** [2] - 1661:8, 1661:9
**scheduled** [1] - 1700:19
**schematic** [1] - 1725:4
**school** [3] - 1711:18, 1711:19
**science** [1] - 1686:7
**scope** [4] - 1655:10,

1655:17, 1688:11, 1688:13
**score** [2] - 1675:1, 1682:13
**scored** [1] - 1674:23
**scores** [1] - 1684:23
**Scrap** [1] - 1702:24
**Scrap's** [1] - 1702:20
**screen** [6] - 1655:2, 1688:5, 1690:11, 1698:7, 1698:8, 1719:7
**sea** [2] - 1650:13, 1665:19
**seated** [3] - 1647:8, 1700:13, 1709:16
**second** [4] - 1696:9, 1719:16, 1722:16
**section** [1] - 1702:22
**SECTION** [1] - 1643:7
**sector** [1] - 1714:16
**SECURITY** [1] - 1700:9
**see** [33] - 1650:17, 1652:9, 1652:24, 1655:2, 1656:2, 1662:14, 1662:18, 1667:3, 1670:19, 1672:12, 1673:12, 1675:19, 1676:4, 1677:2, 1678:15, 1678:20, 1682:9, 1683:8, 1685:14, 1689:21, 1694:8, 1695:11, 1696:3, 1696:20, 1696:23, 1698:8, 1703:12, 1722:11, 1724:5, 1725:7, 1725:19, 1726:24, 1728:14
**seeing** [2] - 1685:15, 1713:5
**seeks** [1] - 1674:15
**sees** [1] - 1675:20
**selecting** [1] - 1696:13
**seminal** [1] - 1715:15
**seminar** [5] - 1716:10, 1716:13, 1716:14, 1716:16
**seminars** [1] - 1716:10
**sense** [2] - 1693:7, 1708:2
**sensing** [1] - 1721:3
**sensitivity** [18] - 1661:6, 1661:7, 1661:12, 1661:21, 1662:1, 1662:15, 1663:2, 1663:7,

1668:13, 1668:15, 1668:20, 1669:5, 1669:10, 1669:13, 1670:2, 1674:5, 1691:10, 1691:13

**separate** [4] - 1659:16, 1674:11, 1706:13, 1726:10

**separately** [1] - 1704:20

**separating** [1] - 1654:10

**series** [1] - 1676:23

**serious** [1] - 1720:20

**served** [1] - 1712:2

**serves** [1] - 1685:25

**service** [10] - 1711:22, 1711:23, 1711:25, 1712:6, 1712:7, 1712:18, 1714:2, 1716:5, 1716:21

**Service** [7] - 1710:10, 1714:17, 1716:12, 1716:17, 1717:2, 1717:3, 1718:1

**Services** [1] - 1717:21

**session** [2] - 1647:7, 1700:12

**SESSION** [1] - 1643:18

**set** [5] - 1693:9, 1695:10, 1717:21, 1720:5, 1720:24

**seven** [4] - 1671:12, 1671:25, 1672:12, 1672:13

**several** [7] - 1679:8, 1681:19, 1687:13, 1689:13, 1702:10, 1711:14, 1713:12

**Severe** [5] - 1711:2, 1712:3, 1712:9, 1717:7, 1717:20

**severe** [10] - 1710:16, 1711:8, 1713:5, 1714:14, 1715:9, 1715:10, 1716:9, 1716:24, 1716:25, 1717:11

**SEYMOUR** [30] - 1644:19, 1644:19, 1681:12, 1682:4, 1686:14, 1687:21, 1688:15, 1688:21, 1690:18, 1690:21, 1690:24, 1692:10, 1692:13, 1692:15, 1692:20, 1694:7, 1694:16, 1694:23, 1695:4, 1695:8,

1697:7, 1697:12, 1697:14, 1697:18, 1698:24, 1699:5, 1699:13, 1699:17, 1699:21, 1700:1

**SEYMOUR................ ..** [1] - 1646:7

**SHAWN** [1] - 1644:6

**shear** [2] - 1723:25, 1724:1

**Sheena** [1] - 1657:1

**shell** [1] - 1675:15

**ship** [1] - 1712:2

**short** [4] - 1688:10, 1688:24, 1709:1, 1714:20

**short-circuiting** [1] - 1688:10

**shorter** [1] - 1704:3

**shortly** [1] - 1664:20

**show** [5] - 1663:17, 1656:10, 1669:6, 1691:1, 1692:5, 1692:6, 1699:16, 1702:12, 1719:1

**showed** [2] - 1677:22, 1686:21

**showing** [8] - 1671:9, 1674:8, 1674:9, 1680:2, 1685:23, 1698:15, 1698:18, 1723:11

**shown** [6] - 1690:19, 1694:4, 1694:5, 1695:9, 1695:12, 1695:24

**shows** [6] - 1649:14, 1652:21, 1656:6, 1659:16, 1659:21, 1688:6

**shut** [1] - 1726:12

**shuts** [1] - 1721:9

**side** [10] - 1657:20, 1687:12, 1691:22, 1698:6, 1698:8, 1702:19, 1703:1, 1703:2, 1719:19, 1719:20

**sides** [1] - 1704:21

**signal** [7] - 1721:10, 1721:11, 1721:12, 1721:13, 1722:20, 1723:3

**signals** [2] - 1721:4, 1721:24

**signature** [2] - 1713:10, 1713:11

**signatures** [2] - 1713:18, 1715:8, 1716:24

**significance** [1] - 1648:6

**similar** [12] - 1655:10, 1655:17, 1655:22, 1657:7, 1657:11, 1665:7, 1679:13, 1694:18, 1694:20, 1721:5, 1727:6, 1728:1

**similarities** [2] - 1655:15, 1694:22

**Simmons** [1] - 1679:23

**simplified** [1] - 1722:12

**simply** [3] - 1693:10, 1697:24, 1703:10

**simulate** [1] - 1672:23

**simulated** [11] - 1662:11, 1674:3, 1674:6, 1676:9, 1680:8, 1682:8, 1684:2, 1684:3, 1684:22, 1684:23, 1685:6

**simulates** [1] - 1671:13

**simulation** [5] - 1661:1, 1672:6, 1672:9, 1678:21, 1682:2

**simulations** [1] - 1689:21

**single** [2] - 1667:8, 1671:7

**sit** [1] - 1667:7

**Site** [5] - 1671:17, 1671:19, 1671:25, 1675:9, 1698:10

**situation** [1] - 1679:18

**six** [2] - 1663:1, 1668:25, 1669:3, 1669:15, 1669:16, 1669:19, 1679:21, 1687:2, 1687:3

**six-foot** [1] - 1679:21

**sixth** [1] - 1722:7

**size** [1] - 1726:5

**skewed** [1] - 1693:13

**skewing** [1] - 1693:21

**slab** [2] - 1666:13, 1666:15

**slice** [1] - 1707:22

**Slide** [4] - 1686:17, 1689:9, 1699:15, 1699:17

**slide** [3] - 1654:23, 1657:6, 1720:22

**slides** [1] - 1655:16

**small** [5] - 1683:3,

1718:6, 1721:12, 1722:21, 1728:11

**smaller** [1] - 1728:2

**snow** [1] - 1722:1

**Snyder** [1] - 1686:16

**Sobek** [2] - 1654:18, 1661:1

**Society** [3] - 1714:1, 1714:6, 1714:10

**solely** [1] - 1650:6

**solemnly** [1] - 1709:9

**solid** [1] - 1727:24

**solid-body** [1] - 1727:24

**someone** [2] - 1660:16, 1660:18

**sometime** [2] - 1687:11, 1689:18

**sometimes** [1] - 1670:22

**somewhat** [1] - 1662:19

**somewhere** [1] - 1650:15

**song** [1] - 1705:20

**sooner** [2] - 1681:23, 1726:15

**sorry** [5] - 1660:8, 1660:15, 1670:25, 1671:20, 1700:21

**south** [43] - 1649:15, 1649:23, 1650:3, 1650:11, 1652:7, 1652:8, 1653:20, 1654:8, 1656:20, 1658:1, 1658:20, 1659:6, 1659:17, 1659:21, 1659:25, 1660:8, 1660:19, 1660:22, 1661:2, 1661:8, 1670:14, 1670:15, 1670:18, 1670:20, 1671:21, 1679:13, 1680:4, 1682:15, 1684:16, 1686:4, 1687:4, 1687:23, 1689:11, 1689:14, 1689:17, 1689:20, 1689:24, 1690:1, 1690:5, 1691:3, 1691:14, 1697:22, 1705:5

**Southern** [2] - 1702:20, 1702:24

**southwest** [1] - 1719:12

**southwestern** [1] - 1702:12

**span** [1] - 1703:2

**spatial** [1] - 1655:14

**speaking** [1] - 1696:14

**specific** [2] - 1648:1, 1665:20

**specifically** [2] - 1654:4, 1699:6

**spectrum** [13] - 1721:14, 1721:20, 1723:17, 1723:18, 1723:23, 1723:25, 1724:5, 1724:7, 1724:9, 1724:14, 1724:16, 1724:17, 1726:24

**speed** [3] - 1726:3, 1726:12, 1726:14

**spell** [1] - 1709:17

**spend** [1] - 1710:3

**SPINKS** [1] - 1646:5

**Spinks** [20] - 1647:11, 1648:10, 1656:13, 1657:9, 1659:19, 1661:6, 1664:24, 1667:6, 1667:13, 1669:6, 1673:17, 1674:2, 1676:7, 1676:17, 1686:15, 1686:18, 1692:3, 1692:21, 1700:2, 1705:9

**Spinks's** [4] - 1652:16, 1667:3, 1690:12, 1690:16

**splashing** [1] - 1687:15

**split** [2] - 1660:10, 1715:10

**spoken** [1] - 1702:23

**spread** [1] - 1687:24

**square** [2] - 1668:1, 1702:13

**ST** [2] - 1643:24, 1644:4

**St** [2] - 1691:1, 1697:20

**stability** [2] - 1691:8, 1727:19

**stability-type** [1] - 1691:8

**stabilizes** [1] - 1651:13

**staff** [2] - 1681:8, 1713:12

**stamped** [6] - 1656:5, 1656:9, 1656:12, 1675:7, 1698:14, 1698:18

**Stan** [2] - 1700:21, 1701:3

**stand** [3] - 1677:20,

1681:16, 1715:15
**standing** [1] - 1666:8
**standpoint** [3] - 1653:24, 1660:5, 1669:1
**stands** [1] - 1710:13
**STANWOOD** [1] - 1643:19
**start** [4] - 1647:15, 1652:10, 1684:15, 1686:4
**started** [8] - 1676:25, 1677:3, 1677:5, 1689:15, 1710:22, 1711:11, 1711:13, 1712:16
**starts** [2] - 1649:5, 1651:6
**state** [2] - 1704:9, 1709:16
**State** [1] - 1729:13
**statement** [3] - 1647:25, 1678:24, 1686:20
**STATES** [2] - 1643:1, 1643:20
**States** [2] - 1729:14, 1729:24
**station** [2] - 1687:2, 1688:12
**Station** [1] - 1688:2
**statistical** [2] - 1662:3, 1669:20
**steering** [1] - 1728:11
**STENOGRAPHY** [1] - 1645:17
**step** [1] - 1700:3
**steps** [4] - 1650:19, 1650:23, 1650:25, 1651:21
**still** [12] - 1648:24, 1658:21, 1677:19, 1680:7, 1681:16, 1683:6, 1683:13, 1684:24, 1688:25, 1689:23, 1702:21, 1706:15
**stipulated** [1] - 1701:20
**stipulation** [2] - 1701:6, 1703:18
**stop** [1] - 1728:23
**stopped** [8] - 1664:6, 1671:2, 1671:4, 1686:23, 1687:1, 1687:7, 1687:12, 1690:3
**storm** [7] - 1665:5, 1711:12, 1715:20, 1727:15, 1727:16,

1727:18, 1727:19
**Storms** [5] - 1711:2, 1712:3, 1712:9, 1717:7, 1717:20
**storms** [9] - 1710:16, 1711:8, 1713:5, 1714:14, 1715:9, 1715:10, 1716:9, 1716:25, 1717:11
**street** [2] - 1680:12, 1685:14
**Street** [1] - 1699:7
**STREET** [5] - 1644:7, 1644:13, 1644:24, 1645:9, 1645:15
**strictly** [1] - 1691:8
**stronger** [1] - 1671:6
**structure** [4] - 1660:25, 1727:22, 1728:1, 1728:2
**studied** [1] - 1713:9
**studies** [2] - 1671:1, 1689:8
**Studies** [1] - 1710:8
**study** [13] - 1654:13, 1654:14, 1654:25, 1657:8, 1671:18, 1674:14, 1689:22, 1691:5, 1691:14, 1692:6, 1710:16, 1715:10, 1715:12
**studying** [1] - 1710:23
**stylus** [2] - 1656:16, 1657:16
**subject** [7] - 1700:16, 1701:16, 1702:1, 1702:5, 1702:20, 1703:23, 1705:19
**submit** [2] - 1677:15, 1704:24
**subset** [1] - 1696:3
**substantially** [2] - 1655:20, 1660:24
**sudden** [1] - 1651:15
**sufficient** [1] - 1690:3
**suggest** [1] - 1705:7
**SUITE** [3] - 1644:17, 1644:20, 1645:9
**summarize** [2] - 1686:18, 1689:10
**summary** [2] - 1675:4, 1704:7
**summation** [1] - 1722:6
**supercell** [4] - 1715:19, 1715:20, 1715:25, 1727:18
**superior** [1] - 1669:21
**supplement** [1] - 1677:15

**support** [1] - 1690:4
**supports** [1] - 1686:25
**suppose** [1] - 1712:7
**surface** [2] - 1691:17, 1695:20
**surplus** [1] - 1712:19
**SUTTERFIELD** [1] - 1645:8
**swear** [1] - 1709:9
**swirl** [3] - 1725:7, 1725:8
**sworn** [1] - 1709:14
**symbolizing** [1] - 1651:16
**symposium** [1] - 1727:12
**system** [14] - 1649:18, 1662:2, 1674:21, 1675:4, 1675:19, 1675:23, 1676:21, 1677:12, 1677:13, 1677:17, 1679:1, 1679:4, 1685:7, 1712:15
**systematic** [6] - 1692:23, 1693:3, 1693:4, 1693:13, 1693:15, 1693:19
**systems** [1] - 1678:20

---

# T

**table** [9] - 1653:19, 1662:13, 1663:24, 1666:21, 1668:14, 1677:1, 1677:5, 1680:3, 1695:24
**Table** [3] - 1662:12, 1668:13, 1698:6
**talks** [1] - 1696:18
**target** [3] - 1722:5, 1723:2, 1726:19
**targets** [1] - 1726:15
**taxicabs** [1] - 1708:10
**teach** [3] - 1716:23, 1718:4
**teachers'** [1] - 1708:10
**teaching** [1] - 1716:7
**team** [1] - 1655:21
**Team** [2] - 1663:17, 1691:5
**technology** [1] - 1712:14
**Technology** [1] - 1654:16
**ten** [3] - 1703:14, 1710:20, 1717:10
**tend** [2] - 1693:23, 1724:14

**tender** [2] - 1698:24, 1718:10
**tendered** [1] - 1718:16
**tenth** [4] - 1663:22, 1664:1, 1664:7, 1668:21
**term** [2] - 1677:25, 1721:25
**terms** [20] - 1653:11, 1655:8, 1655:10, 1655:19, 1657:11, 1664:5, 1668:19, 1669:4, 1671:6, 1672:6, 1674:18, 1684:9, 1684:18, 1689:25, 1706:23, 1711:16, 1721:16, 1721:17, 1721:20, 1721:22
**Terry** [2] - 1664:8, 1664:15
**tested** [1] - 1663:2
**testified** [4] - 1688:23, 1690:6, 1709:15, 1718:8
**testify** [2] - 1700:24, 1719:22
**testimonies** [1] - 1706:14
**testimony** [17] - 1665:16, 1675:3, 1677:22, 1696:25, 1700:18, 1700:21, 1700:23, 1701:1, 1701:3, 1701:9, 1701:20, 1701:23, 1704:22, 1705:2, 1709:9, 1720:25, 1723:10
**THE** [96] - 1643:19, 1643:23, 1644:23, 1647:7, 1647:9, 1647:12, 1656:13, 1656:15, 1656:16, 1656:17, 1656:18, 1656:20, 1656:22, 1657:1, 1657:16, 1657:18, 1657:21, 1657:23, 1662:21, 1664:19, 1665:18, 1665:21, 1666:4, 1672:16, 1672:18, 1673:1, 1673:20, 1675:14, 1675:16, 1681:14, 1681:15, 1682:19, 1682:24, 1683:2, 1683:6, 1683:15, 1683:16, 1686:12, 1687:17, 1687:19, 1688:13,

1688:19, 1690:16, 1690:19, 1692:12, 1692:14, 1692:16, 1694:11, 1694:12, 1695:2, 1695:6, 1697:9, 1697:11, 1697:13, 1699:2, 1699:10, 1699:16, 1699:18, 1700:2, 1700:7, 1700:9, 1700:12, 1700:14, 1700:22, 1701:16, 1701:22, 1701:24, 1702:7, 1703:5, 1703:11, 1703:21, 1703:23, 1704:1, 1704:13, 1705:12, 1706:1, 1706:3, 1706:6, 1707:1, 1708:3, 1708:17, 1709:3, 1709:8, 1709:12, 1709:16, 1709:18, 1709:19, 1718:13, 1718:16, 1724:25, 1725:23, 1726:3, 1726:4, 1726:7, 1726:20, 1728:23
**themselves** [1] - 1715:10
**theories** [3] - 1704:25, 1705:1, 1705:2
**theory** [1] - 1704:5
**therefore** [3] - 1669:16, 1684:18, 1707:20
**they've** [1] - 1704:22
**thinking** [1] - 1677:4
**third** [2] - 1720:2, 1723:17
**thoroughly** [1] - 1718:24
**three** [12] - 1650:25, 1651:22, 1651:23, 1666:16, 1690:19, 1696:19, 1698:19, 1717:18, 1720:2, 1721:16, 1721:17, 1721:20
**throughout** [3] - 1653:13, 1719:11, 1719:13
**thunderstorm** [1] - 1715:19
**THURSDAY** [2] - 1643:8, 1647:2
**time-stamped** [5] - 1656:5, 1656:9, 1656:12, 1675:7, 1698:14

**timing** [3] - 1688:17, 1691:17, 1704:25
**TO** [4] - 1643:9, 1643:11, 1643:14, 1647:4
**today** [6] - 1667:7, 1674:20, 1676:22, 1678:10, 1707:19, 1715:25
**together** [5] - 1649:3, 1655:12, 1660:2, 1681:3, 1720:3
**tomorrow** [1] - 1708:13
**Tompkins** [1] - 1707:12
**took** [1] - 1707:23
**tool** [3] - 1716:2, 1716:5, 1721:3
**toothed** [1] - 1707:6
**top** [2] - 1670:12, 1695:9
**tornadic** [3] - 1713:10, 1713:11, 1713:17
**tornado** [3] - 1710:18, 1715:21, 1715:24
**tornadoes** [1] - 1713:14
**total** [1] - 1714:13
**toward** [10] - 1658:10, 1719:12, 1719:14, 1719:19, 1723:7, 1723:11, 1723:14, 1723:16, 1725:21, 1726:23
**town** [2] - 1708:11, 1708:24
**track** [1] - 1710:18
**tracks** [6] - 1684:11, 1684:12, 1685:21, 1685:22, 1689:17
**train** [1] - 1716:20
**trained** [3] - 1717:2, 1717:10
**Training** [4] - 1710:9, 1716:16, 1716:19, 1717:4
**training** [4] - 1716:12, 1717:3, 1717:9, 1717:12
**TRANSCRIPT** [2] - 1643:19, 1645:17
**transcript** [1] - 1729:16
**translate** [1] - 1726:16
**translated** [1] - 1668:19
**translating** [1] - 1715:12
**transmission** [2] -

1726:10, 1726:13
**transmit** [2] - 1721:6, 1726:7
**transmits** [1] - 1721:4
**transmitted** [3] - 1721:8, 1721:13, 1722:25
**transmitter** [1] - 1721:9
**transport** [1] - 1705:1
**travel** [1] - 1686:5
**traveling** [1] - 1697:2
**traversed** [1] - 1702:11
**TRAYLOR** [1] - 1643:23
**trend** [1] - 1651:7
**trial** [3] - 1701:14, 1701:19, 1708:20
**TRIAL** [1] - 1643:19
**triangle** [1] - 1694:9
**tried** [2] - 1704:20, 1705:22
**trouble** [2] - 1708:1, 1708:23
**true** [8] - 1649:8, 1660:14, 1667:20, 1669:13, 1674:17, 1679:15, 1717:9, 1729:15
**truth** [3] - 1709:10, 1709:11
**try** [6] - 1664:4, 1668:7, 1674:12, 1677:8, 1678:4, 1707:15
**trying** [10] - 1659:17, 1663:12, 1664:17, 1676:1, 1680:24, 1681:16, 1686:9, 1688:15, 1701:6, 1701:7
**Tuesday** [1] - 1701:11
**turbulence** [1] - 1724:1
**turn** [3] - 1695:10, 1696:9, 1701:10
**turned** [1] - 1721:10
**turns** [1] - 1715:23
**TV** [1] - 1722:11
**two** [34] - 1649:24, 1650:15, 1651:23, 1654:10, 1654:23, 1655:12, 1655:16, 1655:24, 1656:7, 1657:10, 1661:25, 1662:3, 1664:10, 1664:11, 1666:13, 1666:15, 1666:25, 1679:2, 1680:6,

1689:6, 1690:16, 1690:19, 1690:25, 1692:15, 1696:19, 1704:3, 1704:21, 1711:1, 1712:21, 1714:15, 1716:3, 1719:14, 1726:10
**tying** [1] - 1655:12
**type** [3] - 1672:6, 1691:8, 1696:18
**types** [4] - 1647:23, 1671:1, 1695:18, 1695:19
**typically** [4] - 1728:5, 1728:13, 1728:16, 1728:20

**U**

**ultimate** [3] - 1651:19, 1660:24, 1682:22
**ultimately** [1] - 1704:14
**uncertain** [1] - 1692:22
**uncertainties** [1] - 1669:7
**uncertainty** [4] - 1667:19, 1668:9, 1668:11, 1693:1
**unclear** [1] - 1681:6
**uncommon** [1] - 1671:3
**under** [7] - 1661:3, 1678:25, 1679:1, 1683:25, 1701:2, 1704:14, 1710:11
**underneath** [1] - 1688:8
**understandably** [1] - 1704:11
**understood** [4] - 1664:18, 1665:14, 1674:20, 1676:8
**undertake** [1] - 1711:8
**underway** [1] - 1702:21
**undisputed** [1] - 1705:9
**unflooded** [1] - 1678:9
**uniform** [1] - 1720:14
**uniformed** [1] - 1711:22
**uniforms** [1] - 1711:22
**United** [2] - 1729:14, 1729:24
**UNITED** [1] - 1643:1, 1643:20
**University** [10] -

1654:15, 1689:23, 1691:9, 1710:7, 1710:25, 1711:1, 1711:2, 1711:5, 1717:8, 1717:25
**university** [1] - 1710:9
**unless** [1] - 1711:20
**unlikely** [1] - 1672:13
**unnecessary** [1] - 1706:5
**unpack** [1] - 1720:18
**unsubstantiated** [1] - 1720:21
**untenable** [1] - 1705:3
**unusual** [1] - 1671:1
**up** [38] - 1648:10, 1649:5, 1650:23, 1650:25, 1651:8, 1651:17, 1651:18, 1653:1, 1654:23, 1656:3, 1662:12, 1666:8, 1679:16, 1679:24, 1679:25, 1680:11, 1685:17, 1686:17, 1687:5, 1687:12, 1687:24, 1688:5, 1688:18, 1688:24, 1690:11, 1690:15, 1694:10, 1698:6, 1698:7, 1702:19, 1708:11, 1710:17, 1717:21, 1720:2, 1720:25, 1722:1
**updated** [1] - 1716:13
**updates** [1] - 1714:21
**updraft** [2] - 1727:16, 1728:13
**upper** [1] - 1693:16
**uptown** [1] - 1708:18
**urge** [1] - 1705:24
**uses** [1] - 1721:3

**V**

**VA** [1] - 1645:12
**valid** [2] - 1687:13
**value** [16] - 1663:11, 1668:17, 1669:4, 1669:17, 1672:21, 1672:24, 1673:10, 1675:5, 1675:13, 1676:11, 1677:4, 1677:6, 1680:17, 1680:25, 1696:13, 1697:6
**values** [10] - 1669:20, 1671:6, 1681:7, 1681:8, 1681:10,

1681:11, 1682:20, 1695:17, 1695:18, 1696:6
**variability** [1] - 1669:1
**variations** [1] - 1652:11
**varied** [1] - 1661:20
**various** [4] - 1682:20, 1695:19, 1705:14, 1714:18
**vary** [3] - 1661:21, 1661:22, 1670:17
**varying** [1] - 1706:13
**vectors** [1] - 1725:6
**veered** [1] - 1719:14
**vegetation** [4] - 1696:16, 1696:18, 1696:19, 1696:23
**velocities** [2] - 1660:22, 1727:2
**velocity** [17] - 1721:14, 1721:18, 1722:16, 1722:17, 1723:4, 1723:10, 1723:15, 1723:24, 1725:4, 1725:10, 1725:20, 1725:21, 1727:1, 1727:4, 1727:7
**Ven** [3] - 1694:19, 1695:17
**verify** [1] - 1673:14
**version** [2] - 1662:19, 1694:9
**versus** [5] - 1654:8, 1659:18, 1662:8, 1670:20, 1691:16
**vertical** [1] - 1668:7
**vicinity** [1] - 1710:19
**video** [1] - 1679:12
**videotape** [3] - 1667:6, 1667:13, 1676:17
**videotaped** [1] - 1676:7
**Vietnam** [1] - 1711:20
**viewpoint** [1] - 1655:23
**Villavasso** [7] - 1686:24, 1688:4, 1688:7, 1688:9, 1688:23, 1702:17, 1703:19
**violation** [1] - 1706:19
**visual** [1] - 1725:24
**visualization** [1] - 1647:16
**VOICES** [1] - 1647:10
**voir** [1] - 1718:14
**VOIR** [2] - 1646:9,

1709:21

**volume** [3] - 1687:15, 1722:6, 1723:6

**vortex** [7] - 1713:10, 1713:11, 1713:17, 1727:22, 1727:23, 1727:25

# W

**wait** [1] - 1726:13

**waits** [2] - 1721:9, 1721:10

**WALKER** [3] - 1644:23, 1673:16, 1673:24

**wall** [3] - 1658:24, 1691:8, 1705:4

**Ward** [2] - 1659:13, 1697:20

**warn** [1] - 1715:9

**Warning** [4] - 1710:9, 1716:16, 1716:19, 1717:4

**warning** [4] - 1716:2, 1716:4, 1716:5, 1716:24

**WAS** [2] - 1646:16, 1646:17

**WASHINGTON** [2] - 1644:21, 1645:6

**watch** [1] - 1693:9

**Water** [1] - 1685:14

**water** [159] - 1648:17, 1648:20, 1648:24, 1649:4, 1649:5, 1649:10, 1649:14, 1649:20, 1649:22, 1649:24, 1650:1, 1650:3, 1650:5, 1651:3, 1651:7, 1651:8, 1651:10, 1651:12, 1651:16, 1651:17, 1651:23, 1651:25, 1652:6, 1652:22, 1653:1, 1653:14, 1653:16, 1653:21, 1653:25, 1654:7, 1655:5, 1655:7, 1655:14, 1658:8, 1658:18, 1658:23, 1659:4, 1659:10, 1659:12, 1659:22, 1659:24, 1659:25, 1660:23, 1661:3, 1662:7, 1662:9, 1663:14, 1663:19, 1663:22, 1664:9, 1664:11, 1665:9, 1665:10,

1665:12, 1665:15, 1666:3, 1666:8, 1666:10, 1666:17, 1667:20, 1668:7, 1668:19, 1670:23, 1671:22, 1671:25, 1672:1, 1672:13, 1672:19, 1672:22, 1673:5, 1673:7, 1673:11, 1674:3, 1674:5, 1674:6, 1675:6, 1675:10, 1675:12, 1675:13, 1675:14, 1675:20, 1676:1, 1676:9, 1677:23, 1678:10, 1678:14, 1678:25, 1679:10, 1679:16, 1679:19, 1679:24, 1680:7, 1680:8, 1680:10, 1680:11, 1680:23, 1681:20, 1682:1, 1682:8, 1682:11, 1682:16, 1684:2, 1684:3, 1684:6, 1684:7, 1684:8, 1684:12, 1684:16, 1684:19, 1684:22, 1684:23, 1685:1, 1685:2, 1685:6, 1685:8, 1685:9, 1685:10, 1685:11, 1685:14, 1685:15, 1685:16, 1685:17, 1686:5, 1687:2, 1687:3, 1687:15, 1687:22, 1688:24, 1689:21, 1689:25, 1690:2, 1690:7, 1691:15, 1691:17, 1695:22, 1697:1, 1697:2, 1697:21, 1697:22, 1697:25, 1698:10, 1698:11, 1698:15, 1698:18, 1698:22, 1699:8, 1699:9, 1699:22, 1699:23, 1705:10, 1705:18

**watermark** [2] - 1653:11, 1653:12

**waters** [19] - 1648:17, 1649:1, 1649:2, 1649:23, 1652:9, 1652:25, 1653:8, 1657:13, 1657:25, 1659:24, 1659:25, 1660:3, 1660:13, 1660:18, 1678:16, 1679:13, 1691:19, 1698:1

**wave** [22] - 1672:20, 1672:23, 1674:18, 1675:24, 1678:1, 1678:3, 1678:6, 1678:13, 1678:16, 1678:23, 1679:5, 1680:15, 1681:1, 1681:2, 1682:17, 1682:25, 1683:9, 1683:10, 1683:12, 1683:13, 1685:21, 1687:14

**weather** [6] - 1712:17, 1714:7, 1716:5, 1716:21, 1716:24, 1721:2

**Weather** [7] - 1710:10, 1714:17, 1716:11, 1716:17, 1717:2, 1717:3, 1718:1

**WEBB** [2] - 1645:8, 1645:8

**Wednesday** [1] - 1700:20

**west** [5] - 1656:3, 1690:14, 1691:24, 1719:19, 1719:20

**wet** [1] - 1666:15

**whatsoever** [1] - 1720:15

**whereas** [1] - 1656:10

**WHEREUPON** [8] - 1667:5, 1667:12, 1676:6, 1676:16, 1692:17, 1697:15, 1700:10, 1729:3

**whirl** [1] - 1727:15

**white** [3] - 1725:7, 1725:8, 1725:10

**whole** [6] - 1661:12, 1670:4, 1678:13, 1679:15, 1680:14, 1709:10

**width** [14] - 1721:14, 1721:20, 1723:18, 1723:19, 1723:24, 1723:25, 1724:1, 1724:5, 1724:8, 1724:9, 1724:16, 1724:17, 1726:2

**WIEDEMANN** [4] - 1644:12, 1644:12, 1644:13

**WILSON** [2] - 1644:9, 1644:9

**wind** [9] - 1719:11, 1719:13, 1720:8, 1722:1, 1723:11, 1725:12, 1725:16, 1727:16, 1728:13

**winds** [13] - 1719:18, 1719:23, 1719:25, 1720:8, 1720:13, 1720:14, 1724:9, 1724:11, 1724:16, 1725:15, 1725:16, 1728:7, 1728:11

**withdraw** [1] - 1686:15

**Witness** [1] - 1691:23

**witness** [24] - 1667:10, 1669:7, 1675:13, 1678:24, 1683:4, 1684:25, 1685:1, 1685:8, 1685:10, 1688:15, 1691:21, 1692:4, 1693:2, 1694:8, 1694:25, 1695:5, 1698:25, 1699:11, 1700:4, 1707:14, 1708:25, 1709:14, 1718:8, 1718:10

**WITNESS** [19] - 1647:12, 1656:15, 1656:17, 1656:20, 1657:18, 1657:23, 1665:21, 1672:18, 1675:16, 1681:15, 1682:24, 1683:6, 1683:16, 1687:19, 1694:12, 1709:12, 1709:18, 1726:3, 1726:7

**witnesses** [6] - 1663:25, 1693:9, 1701:15, 1701:25, 1706:13, 1707:10

**witnesses'** [1] - 1667:2

**won** [3] - 1706:6, 1713:3, 1714:3

**wondering** [2] - 1705:16, 1708:13

**words** [4] - 1683:2, 1703:7, 1705:12, 1723:13

**works** [2] - 1715:15, 1717:2

**world** [1] - 1691:12

**WORLDGATE** [1] - 1645:12

**worldwide** [1] - 1716:14

**worried** [2] - 1688:9, 1688:23

**written** [2] - 1704:14, 1715:14

**wrote** [1] - 1713:13

**WSR-88D** [8] -

1712:14, 1713:1, 1713:2, 1713:25, 1714:8, 1714:22, 1716:22, 1718:20

# Y

**y'all** [1] - 1673:13

**Year** [1] - 1713:13

**year** [4] - 1677:20, 1710:25, 1713:22, 1714:9

**years** [5] - 1710:17, 1711:1, 1714:13, 1714:15, 1717:10

**yesterday** [8] - 1647:16, 1657:13, 1660:4, 1688:16, 1693:25, 1695:12, 1696:25, 1698:2

**YORK** [2] - 1644:10, 1645:6

# Z

**zero** [4] - 1650:15, 1672:17, 1725:10, 1725:12