1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  KATRINA DREDGING        *    Civil Action
     LIMITATION ACTION               *
6    CONSOLIDATED LITIGATION         *    No. 05-4182
                                     *
7                                    *    Section K(2)
     PERTAINS TO:                    *
8    BARGE                           *    New Orleans, Louisiana
                                     *
9    MUMFORD, C.A. NO. 05-5724, AS   *    July 1, 2010
     TO PLAINTIFFS JOSEPHINE         *
10   RICHARDSON AND HOLLIDAY         *    Afternoon Session
     JEWELERS, INC., ONLY            *
11   AND                             *
     BENOIT, C.A. NO. 06-7516, AS    *
12   TO PLAINTIFFS JOHN ALFORD AND   *
     JERRY ALFORD ONLY               *
13   * * * * * * * * * * * * * * *   *

14                         DAY EIGHT
                    BENCH TRIAL BEFORE THE
15             HONORABLE STANWOOD R. DUVAL, JR.
                  UNITED STATES DISTRICT JUDGE
16

17   APPEARANCES:

18   For the Plaintiffs:         Best Koeppel
                                 BY:  LAURENCE E. BEST, ESQ.
19                               BY:  PETER S. KOEPPEL, ESQ.
                                 2030 St. Charles Avenue
20                               New Orleans, Louisiana 70130

21

22   For the Plaintiffs:         Law Offices of Brian A. Gilbert
                                 BY:  BRIAN A. GILBERT, ESQ.
23                               2030 St. Charles Avenue
                                 New Orleans, Louisiana  70130
24

25

1   <u>APPEARANCES</u>:

2

3   For the Plaintiffs:          Wiedemann & Wiedemann
                                 BY:  KARL WIEDEMANN, ESQ.
                                 BY:  LAWRENCE WIEDEMANN, ESQ.
4                                821 Baronne Street
                                 New Orleans, Louisiana  70113
5

6
    For the Plaintiffs:          Patrick J. Sanders, LLC
7                                BY:  PATRICK J. SANDERS, ESQ.
                                 3316 Ridgelake Drive
8                                Suite 100
                                 Metairie, Louisiana  70002
9

10
    For the Plaintiffs:          Law Office of Richard T. Seymour,
11                                 P.L.L.C.
                                 BY:  RICHARD T. SEYMOUR, ESQ.
12                               1150 Connecticut Avenue N.W.
                                 Suite 900
13                               Washington, D.C.  20036-4129

14

15  For the Plaintiffs:          Khorrami, Pollard & Abir, LLP
                                 BY:  SHAWN KHORRAMI, ESQ.
16                               444 S. Flower Street
                                 33rd Floor
17                               Los Angeles, California  90071

18

19  For the Plaintiffs:          Wilson, Grochow, Druker & Nolet
                                 BY:  LAWRENCE A. WILSON, ESQ.
20                               233 Broadway
                                 5th Floor
21                               New York, New York  10279

22

23  For the Defendant:           Chaffe, McCall, L.L.P.
                                 BY:  DEREK A. WALKER, ESQ.
24                               BY:  CHARLES P. BLANCHARD, ESQ.
                                 1100 Poydras Street, Suite 2300
25                               New Orleans, Louisiana 70163


            JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

1    APPEARANCES:

2
     For the Defendant:              Goodwin Procter, L.L.P.
3                                    BY:   JOHN ALDOCK, ESQ.
                                     BY:   MARK RAFFMAN, ESQ.
4                                    BY:   ADAM CHUD, ESQ.
                                     BY:   KIRSTEN ROBBINS, ESQ.
5                                    BY:   ERIC I. GOLDBERG, ESQ.
                                     901 New York Avenue, NW
6                                    Washington, D.C. 20001

7
8    For the Defendant:              Sutterfield & Webb
                                     BY:  DANIEL A. WEBB, ESQ.
9                                    650 Poydras Street, Suite 2715
                                     New Orleans, Louisiana 70130
10

11   For the Defendant:              Lafarge North America, Inc.
                                     BY:  PETER KEELEY, ESQ.
12                                   12950 Worldgate Drive
                                     Herndon, Virginia  20170
13

14
     Official Court Reporter:        Jodi Simcox, RMR, FCRR
15                                   500 Poydras Street
                                     Room HB-406
16                                   New Orleans, Louisiana 70130
                                     (504) 589-7780
17

18

19   Proceedings recorded by mechanical stenography, transcript

20   produced by computer.

21

22

23

24

25

1733

1      **I N D E X**

2                                                        Page

3

LESLIE R. LEMON
4      Direct Examination                          1734
       Cross-Examination                           1789
5      Redirect Examination                        1822

6  AUSTIN L. DOOLEY
       Direct Examination                          1830

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 12:57:11 | 1 | **AFTERNOON SESSION** |
| 12:57:11 | 2 | **(July 1, 2010)** |
| 12:57:07 | 3 | * * * * * |
| 13:09:55 | 4 | **THE DEPUTY CLERK:** All rise. Court's in session. |
| 13:10:05 | 5 | Please be seated. |
| 13:10:08 | 6 | **MR. RAFFMAN:** Good afternoon, Your Honor. |
| 13:10:14 | 7 | (WHEREUPON, **Leslie R. Lemon**, having been previously |
| 13:10:14 | 8 | duly sworn, testified as follows.) |
| 13:10:15 | 9 | **DIRECT EXAMINATION** |
| 13:10:16 | 10 | BY MR. RAFFMAN: |
| 13:10:16 | 11 | Q.   Mr. Lemon, we're going to pick up where we left off.  I've |
| 13:10:21 | 12 | put up on the screen Figure 6 from your report, which is |
| 13:10:24 | 13 | DX-311. |
| 13:10:27 | 14 | You were talking about mesocyclones.  And I'm going |
| 13:10:31 | 15 | to say "meeso" (phonetic); you can say "meso." |
| 13:10:36 | 16 | **THE COURT:** That reminds me of something. |
| 13:10:41 | 17 | **THE WITNESS:** It's "meso." |
| 13:10:45 | 18 | BY MR. RAFFMAN: |
| 13:10:46 | 19 | Q.   All right.  Figures 5 and Figure 6 -- and I'm going to |
| 13:10:49 | 20 | mispronounce it, but thank you for -- |
| 13:10:52 | 21 | **THE COURT:** It is one of the pronunciations that the |
| 13:10:54 | 22 | dictionary allows. |
| 13:10:56 | 23 | **MR. RAFFMAN:** Thank you, Your Honor.  If the |
| 13:10:57 | 24 | dictionary allows it and Your Honor allows it -- |
| 13:11:00 | 25 | **THE COURT:** I will. |

13:11:01   1   BY MR. RAFFMAN:

13:11:01   2   Q.    Figures 5 and 6.  And I want you to describe for the Court

13:11:04   3   which of these figures represents a figure of mesocyclonic or

13:11:13   4   cyclonic rotation.  Explain that to the Court.

13:11:15   5   A.    One of the first things I want to mention about these

13:11:17   6   figures is these are some of the figures that we train

13:11:20   7   operational meteorologists to recognize.  They look for these

13:11:23   8   signatures in the data so they can identify threats.

13:11:29   9          As far as the mesocyclone is concerned, it's the

13:11:32   10  lower left-hand panel, and that is we have two maxima, as

13:11:39   11  mutually adjacent maxima.  So if the radar is at the bottom, we

13:11:47   12  can see to the right we have a maximum outbound velocity at the

13:11:51   13  radius of maximum winds at the core diameter.  Then on the

13:11:56   14  left, we have the maximum radar relative -- well, radar

13:12:00   15  relative outbound -- or I'm sorry, from where the radar is,

13:12:06   16  inbound.

13:12:06   17         And so you have these adjacent maximum in velocities

13:12:11   18  that identify the core diameter of the circulation.  That is a

13:12:15   19  pure cyclonic circulation, no convergence or divergence added

13:12:20   20  to it.

13:12:21   21  Q.    All right.  We're going to talk about divergence and

13:12:23   22  convergence in a minute.  But when you read the base data, the

13:12:28   23  base radar data, a trained meteorologist can identify patterns

13:12:33   24  like that in the base data?

13:12:35   25  A.    We teach them the signature so they can see -- remember,

1736

13:12:39  1  them cognitively, and when they see that the data matches these

13:12:45  2  models, mental models, then they can issue a warning.

13:12:49  3  Q.   Now, having examined the data for the Inner Harbor

13:12:52  4  Navigation Canal that you described on the morning of August --

13:12:58  5  on August 28th and August 29th, 2005, did you see any

13:13:04  6  signatures of mesocyclones at the location of the Inner Harbor

13:13:08  7  Navigation Canal?

13:13:10  8  A.   No, I did not.

13:13:11  9  Q.   All right.  Now, the upper signatures for pure convergence

13:13:17  10  and pure divergence, I'd like you to explain for the Court what

13:13:21  11  those represent and whether either of them represents what's

13:13:24  12  been referred to as a microburst.

13:13:27  13  A.   The upper left is pure convergence, and I show that

13:13:31  14  because, when the storm updraft passes close enough to the

13:13:34  15  radar, we can actually see the inflow signature.  The structure

13:13:38  16  of the thunderstorm is, basically, to draw the low-level air

13:13:43  17  into it, rises through what can be described as almost a

13:13:46  18  chimney, and then it exits aloft.  And the atmosphere is trying

13:13:54  19  to return stability by -- through these convective currents.

13:13:59  20       That's what the upper left is, is convergence.  We

13:14:01  21  will see that at the base of the storm and at the top of the

13:14:04  22  storm where it diverges.

13:14:06  23       In the upper right, that is a signature of a

13:14:09  24  microburst.  So it's -- it's -- the fluid is directed downward

13:14:13  25  to the ground and hits the ground and spreads out in all

13:14:17   1   directions.  It's like a starburst.

13:14:20   2           In both of these circulations, convergence and

13:14:23   3   rotation don't depend on viewing angle, and so that's why

13:14:29   4   Doppler Radar works.  We can see these, recognize these

13:14:33   5   signatures, from any viewing angle.  And that in the upper

13:14:37   6   right is exactly what we look for in the case of a microburst.

13:14:41   7   Q.   So your testimony, to be clear, is that radar can identify

13:14:47   8   a microburst; is that right?

13:14:50   9   A.   Very definitely, yes.

13:14:53   10  Q.   When you examined the radar images for August 29th, 2005,

13:14:59   11  and for Katrina, for the Inner Harbor Navigation Canal, did you

13:15:05   12  see any microburst signatures?

13:15:08   13  A.   I saw no microburst signatures near the canal, nor did I

13:15:15   14  see any microburst signatures throughout that data set.

13:15:21   15  Q.   I want to turn your attention to the next slide, then,

13:15:23   16  which is from Defendant's Exhibit 312, the Mitchell report,

13:15:32   17  page 16, and I want to ask you some questions about mesocyclone

13:15:38   18  algorithms.

13:15:39   19          You heard Dr. Mitchell testify that --

13:15:42   20          MR. RAFFMAN:  If we could zoom in on the left-hand

13:15:46   21  image, please.

13:15:48   22  BY MR. RAFFMAN:

13:15:48   23  Q.   You heard Dr. Mitchell testify that each of the dots on

13:15:54   24  that image represented a mesocyclone that was identified by the

13:15:57   25  level III mesocyclone algorithm; right?

13:15:59    1    **A.**    Yes.

13:16:00    2    **Q.**    Now, have you had anything to do with developing the

13:16:06    3    mesocyclone algorithms that are used by the National Weather

13:16:09    4    Service?

13:16:09    5    **A.**    I did some of the development work before I joined the

13:16:13    6    private sector, and then in the private sector, I had to

13:16:20    7    implement -- help our software division implement and test

13:16:22    8    those algorithms.  So yes.

13:16:24    9    **Q.**    How does a mesocyclone algorithm work?  Tell the Court a

13:16:27   10    little bit about how it works.

13:16:29   11    **A.**    There are a number of algorithms in the system.  The way

13:16:31   12    the algorithms work is they're supposed to lift some of the

13:16:35   13    burden of radar signature identification off the meteorologist.

13:16:40   14    It looks for patterns in the data.  It's a pattern recognition

13:16:45   15    algorithm.

13:16:46   16    **Q.**    All right.  So if the algorithm identifies a pattern in

13:16:48   17    the data, does that mean that you have definitely got a

13:16:51   18    mesocyclone at the place where the pattern is identified?

13:16:57   19    **A.**    Would if that was correct, but, unfortunately, it's not.

13:17:00   20            The algorithms, especially the mesocyclone and TVSR

13:17:07   21    rhythms, have a very high false-alarm rate; that is, they

13:17:10   22    detect a lot of false positives that are simply not there.

13:17:15   23            The algorithms in the warning program in the weather

13:17:18   24    service are not relied upon.  We -- they -- they virtually

13:17:23   25    never look at them, in fact.  They rely on base-data analysis.

```
13:17:28    1   Q.    So before I move on, the TVS algorithm, is that the
13:17:32    2   same -- has the same feature as a lot of false positives or
13:17:37    3   false alarms?
13:17:38    4   A.    It does, yes.
13:17:39    5   Q.    All right.  So let's go to the next slide.  Actually, I'm
13:17:44    6   sorry.  Let's stay there.
13:17:46    7         When you examined the base data for 3:42 a.m. to see
13:17:57    8   whether there were mesocyclones at each of the places where the
13:17:59    9   dots identified one in this graphic, did you see mesocyclones
13:18:06   10   at those dots; and if so, where?
13:18:09   11   A.    As I sit, I relied on base-data analysis, and, no, I can't
13:18:14   12   say there was a mesocyclone at 3:42.  In fact, there may have
13:18:18   13   been two.  But the majority of these dots that you see on here
13:18:21   14   are false positives.  They're not reliable at all.
13:18:24   15   Q.    All right.  I want you to show the Court with your laser
13:18:27   16   pointer the location of the mesocyclone at 3:42 a.m. that you
13:18:32   17   identify from the base data, if you know.
13:18:35   18   A.    I really don't recall.
13:18:37   19   Q.    All right.  Was it one of these four near the Inner Harbor
13:18:40   20   Navigation Canal?
13:18:42   21   A.    I -- there was one over the lake, perhaps.  But 3:42, I
13:18:49   22   think there may have been one over the lake.
13:18:51   23         But the majority have been out over this region and
13:18:55   24   have been in Mississippi.
13:18:56   25         THE COURT:  Let me ask you a question.  When you say
```

| | | |
|---|---|---|
| 13:19:00 | 1 | you reviewed the base data, and I know you may have been over |
| 13:19:04 | 2 | this, but precisely what is the base data? |
| 13:19:08 | 3 | THE WITNESS:  That's a good question.  The base data |
| 13:19:10 | 4 | is a digital output of the signal processer, and it is for each |
| 13:19:17 | 5 | elevation angle for each pulse volume and each elevation angle |
| 13:19:21 | 6 | in the pulse volume. |
| 13:19:23 | 7 | So I not only look at the lowest elevation angle |
| 13:19:26 | 8 | at 1/2 degree, but I look at 1 1/2 degrees, 2 1/2 degrees, 3.5 |
| 13:19:31 | 9 | and 6.6, 9.9, and up to 14 and then 19 degrees.  So I look at |
| 13:19:38 | 10 | all the digital base data throughout the volume scan. |
| 13:19:44 | 11 | THE COURT:  Okay.  When you mention degrees, degrees |
| 13:19:47 | 12 | based on what scale? |
| 13:19:48 | 13 | THE WITNESS:  The antenna elevation.  So the antenna |
| 13:19:53 | 14 | begins at a half-degree elevation to get above ground clutter, |
| 13:19:56 | 15 | and then it steps upward as it rotates.  So it makes -- there |
| 13:20:00 | 16 | are higher and higher slices in the atmosphere. |
| 13:20:03 | 17 | THE COURT:  And what's the ultimate degree? |
| 13:20:06 | 18 | THE WITNESS:  We go up to 19 1/2 degrees.  We don't |
| 13:20:08 | 19 | want to exceed 19 1/2 because then the horizontal velocities |
| 13:20:14 | 20 | will be contaminated with vertical velocities, and that makes |
| 13:20:18 | 21 | interpretation almost impossible. |
| 13:20:20 | 22 | THE COURT:  And what's the purpose of the algorithms? |
| 13:20:28 | 23 | THE WITNESS:  The algorithms were meant to relieve |
| 13:20:31 | 24 | the burden, take the burden off of the forecasters, so -- the |
| 13:20:37 | 25 | warning forecasters.  So he may be dealing with one storm; |

13:20:42  1   whereas, while another one is developing.

13:20:45  2              But, unfortunately, the algorithms, certainly in

13:20:47  3   2005, were very immature.  They had high failure rates.  So

13:20:51  4   they simply are not relied upon.

13:20:53  5        THE COURT:  And, therefore, it's your opinion that

13:20:59  6   it's more precise to look at the base data, and you can make a

13:21:03  7   better diagnosis as to the precise weather phenomenon that's

13:21:11  8   occurring rather than to look at the data with the algorithms?

13:21:14  9        THE WITNESS:  Well, actually, there have been tests

13:21:17  10  after this time of matching the man and the algorithm and

13:21:22  11  trying to compare how each perform.  And the man in base-data

13:21:27  12  analysis way outperforms the algorithm in both identifying the

13:21:31  13  signatures earlier and identifying the intensity of the

13:21:36  14  signatures and identifying the longevity of the signatures.

13:21:41  15  The base data is a far better use.

13:21:46  16              Now, at the weather service, we teach that, if,

13:21:49  17  in fact, you use the algorithms and you get a positive

13:21:52  18  indication with the algorithm, you've got to go back to the

13:21:54  19  base data and verify it.

13:21:56  20        THE COURT:  Now, the base data, would you agree that,

13:22:00  21  even if one looks at the base data meticulously, that it still

13:22:06  22  requires an interpretation, and there is no -- it's not like a

13:22:09  23  broken bone where you see the bone broken on an x-ray; it still

13:22:15  24  requires some subjective interpretation.  Is that -- would that

13:22:18  25  be correct?  Are you 100 percent certain when you do the base

```
13:22:23  1   data?
13:22:25  2           THE WITNESS:  100 percent certain, no, I wouldn't say
13:22:27  3   100 percent certain.  I would say that the algorithm, when it
13:22:32  4   does so correctly, it identifies very obvious signatures.  The
13:22:37  5   much -- the subtle signatures are far more likely to be
13:22:43  6   identified by a man than by the algorithm.
13:22:46  7           THE COURT:  Okay.  But to answer my question,
13:22:49  8   certainly, the algorithm is subjective, and you're saying
13:22:54  9   the -- and I don't want to be putting words in your mouth, but
13:22:57 10   the skilled person looking at the base data would be -- it
13:23:05 11   would be a less subjective methodology than the algorithm, or
13:23:09 12   more accurate?
13:23:10 13           THE WITNESS:  Well, the algorithm is an objective
13:23:13 14   method.  The user is -- he exercises subjectivity.  There's no
13:23:18 15   question about that.  However, in the last probably five years
13:23:23 16   or a little more, there, we've developed the algorithm so they
13:23:28 17   give us far more quantitive information than they did before.
13:23:34 18           THE COURT:  So it's an objective in the sense that
13:23:37 19   it's a finite group of compilations, but -- or data, but the
13:23:41 20   data could be so unrefined it's objective and wrong?
13:23:46 21           THE WITNESS:  The problem is that there are errors in
13:23:47 22   the data.  There are dealiasing failures.  There are noise
13:23:52 23   values in the data.  There are locations where there's
13:23:55 24   insufficient tracers.
13:23:57 25           Generally speaking, the shear signatures within
```

13:24:04   1   the data that cause false alarms are transient, and you could

13:24:09   2   recognize them as being transient.  They don't have the

13:24:15   3   two-dimensional or the three-dimensional extent.  You would

13:24:19   4   have to correlate three dimensions as well as in the horizontal

13:24:22   5   and the vertical, both, and there has to be more than one

13:24:26   6   elevation to identify them.

13:24:27   7            So there's several ways to do it.  But when you

13:24:28   8   get failures, when you get shear zones, they're not

13:24:31   9   mesocyclones at all.  They're velocity differences.  They

13:24:34  10   sometimes will trick the algorithm.  There are a number of ways

13:24:39  11   that it arrives at false positives.

13:24:41  12            THE COURT:  Okay.  Thank you.

13:24:41  13   BY MR. RAFFMAN:

13:24:41  14   Q.   And just to put a cap on this notion of false positives

13:24:45  15   and -- the mesocyclone algorithm and false positives, I'd like

13:24:49  16   to display for the Court this slide here, which has italicized

13:24:58  17   text from your report.

13:24:59  18            Mr. Lemon, tell the Court what the italicized text

13:25:04  19   represents.

13:25:04  20   A.   I pulled these directly out of our student guide, out of

13:25:07  21   one of the training manuals that we use for the students.

13:25:10  22   Q.   And so in your training guides that you use for students

13:25:13  23   outside the context of this case, in those training guides,

13:25:17  24   what do you train your students about the mesocyclone and the

13:25:21  25   TVS algorithms?

| | | |
|---|---|---|
| 13:25:22 | 1 | A.    Well, if we take a look up here, in italicized text, I've |
| 13:25:28 | 2 | placed what I pulled directly out of our training manual:  "It |
| 13:25:32 | 3 | results in" -- this is relative to the mesocyclone algorithm -- |
| 13:25:36 | 4 | "it results in numerous false detections, and it finds weak, |
| 13:25:40 | 5 | shallow, insignificant circulations." |
| 13:25:43 | 6 | We also -- okay.  That -- that is directly out of the |
| 13:25:48 | 7 | text.  And so we discourage, strongly discourage, use of the |
| 13:25:54 | 8 | algorithms. |
| 13:25:56 | 9 | Q.    All right. |
| 13:25:57 | 10 | THE COURT:  One other question, and I'm going to let |
| 13:25:59 | 11 | you go after that:  Did the National Weather Service, or |
| 13:26:03 | 12 | whoever, do a hindcast to determine if any of these |
| 13:26:07 | 13 | mesocyclones that they show on the data -- or whoever that was. |
| 13:26:12 | 14 | I think it was the National Weather Service, but whoever it |
| 13:26:14 | 15 | was -- to show that they weren't, in fact, mesocyclones? |
| 13:26:19 | 16 | THE WITNESS:  In the Katrina case, no. |
| 13:26:21 | 17 | THE COURT:  Thank you. |
| 13:26:23 | 18 | BY MR. RAFFMAN: |
| 13:26:23 | 19 | Q.    All right.  So we're going to go to the base data, and |
| 13:26:28 | 20 | we're going to -- I'm going to ask you to show the Court how |
| 13:26:33 | 21 | you interpret base data, what the base data images represent, |
| 13:26:37 | 22 | and then we're going to go back and look at some of these |
| 13:26:40 | 23 | images, including 3:42 a.m., which you discussed. |
| 13:26:44 | 24 | Let me go to the next slide, please.  It's going to |
| 13:26:50 | 25 | be Lemon slide 10. |

1745

```
13:26:52   1   A.   I would like to mention while we've got that up there that
13:26:56   2   we also talk about the TVS algorithm.  You'll note that, in our
13:27:00   3   text, in our student guide, we even point out that:  "High
13:27:06   4   false alarms are noted in squall lines and tropical storms."
13:27:10   5   Q.   Thank you.  I -- thank you.  I appreciate your
13:27:14   6   clarification.
13:27:15   7            So this is Figure 9 from your report.  This is four
13:27:24   8   images that you've included.  Am I right that this represents
13:27:27   9   base data?
13:27:29  10   A.   Yes.
13:27:29  11   Q.   All right.  Tell the Court what the data is on the upper
13:27:33  12   left.
13:27:34  13   A.   The upper left is a base-reflectivity product at -- from
13:27:38  14   0.5 degrees.  That's the lowest elevation base-reflectivity
13:27:43  15   product.
13:27:44  16   Q.   And just to bring back to my -- "reflectivity" means?
13:27:48  17   A.   Power of return, intensity of precipitation.
13:27:53  18   Q.   Rain?
13:27:53  19   A.   Rain.
13:27:54  20   Q.   And using your laser pointer, show the Court where the
13:27:57  21   Inner Harbor Navigation Canal location is.
13:28:04  22   A.   Well, in the reflectivity, it's right there.
13:28:07  23   Q.   And show the Court where the radar station is.
13:28:10  24   A.   It's up here at Slidell, Mississippi, looking to the
13:28:12  25   southwest.
```

```
13:28:13   1              THE COURT:  Slidell, Louisiana.  We know it's
13:28:15   2      Slidell, Louisiana.
13:28:17   3              THE WITNESS:  I'm sorry.
13:28:18   4              THE COURT:  Right.
13:28:18   5      BY MR. RAFFMAN:
13:28:19   6      Q.   Okay.  Slidell, Louisiana.  We're going to give Slidell
13:28:23   7      away to --
13:28:24   8              THE COURT:  We know it's in a generally northern
13:28:26   9      direction.
13:28:26   10             THE WITNESS:  The dot where the Inner Harbor
13:28:27   11     Navigation Canal and the barge is is about 206 degrees at 23
13:28:33   12     nautical miles from the radar.
13:28:35   13     BY MR. RAFFMAN:
13:28:35   14     Q.   All right.  And so in this image, tell the Court what you
13:28:41   15     can --
13:28:42   16             THE COURT:  So it would be somewhat south-southwest?
13:28:46   17             THE WITNESS:  It's south -- south-southwest of the
13:28:49   18     radar, yes.
13:28:49   19     BY MR. RAFFMAN:
13:28:50   20     Q.   So in this reflectivity you mentioned, at 3:42, is it
13:28:55   21     raining hard at the canal, or what's it doing?
13:28:58   22     A.   Well, actually, you see these red areas.  The red areas
13:29:01   23     are very heavy rain, and probably visibility is near zero in
13:29:05   24     those locations.  You notice this is in a rather light
13:29:09   25     yellow -- now, if we -- the scale is on velocity.  We can't use
```

13:29:12   1    that.

13:29:13   2              That bright yellow is on the order of about 30, 35

13:29:19   3    DBZ.  That's probably moderately -- moderate to heavy rain.

13:29:25   4    Q.   All right.  Now, let's go to the velocity data.

13:29:27   5    A.   Yes.

13:29:28   6    Q.   And tell the Court which of these images represents the

13:29:33   7    velocity of the wind relative to the ground.

13:29:39   8    A.   The upper right is the ground-relative wind, which, of

13:29:43   9    course, is fundamental to warning.  People live on the ground,

13:29:46   10   people live in a ground-relative framework, so they experience

13:29:51   11   ground-relative winds.  And if you're going to warn the public

13:29:53   12   on winds, you use the ground-relative winds.

13:30:00   13   Q.   Now, you've got an image on the lower left.  Tell the

13:30:03   14   Court what that represents.

13:30:04   15   A.   That is storm-relative velocity.

13:30:07   16   Q.   What's the difference between storm-relative velocity and

13:30:12   17   ground-relative velocity?

13:30:16   18   A.   We teach the use of storm-relative because, in a

13:30:19   19   storm-relative framework, you can see the circulations far more

13:30:23   20   clearly than you can, you know, in ground-relative.

13:30:25   21             Storm-relative is essentially subtracting out the

13:30:30   22   translational velocity of the storm.  It's subtracting out the

13:30:34   23   winds that bear the storm; that is, the hurricane winds are

13:30:39   24   removed.  You're only seeing the circulation relative to the

13:30:43   25   storm.  It's as though you're standing in the middle of that

13:30:47  1    convective storm and moving with it.  So you see the

13:30:50  2    circulation in the storm itself, the convective storm.

13:30:54  3    Q.   So, in other words, the storm-relative velocity,

13:30:58  4    basically, takes away the hurricane, and what's left is

13:31:01  5    whatever circulations are happening?

13:31:03  6    A.   That's exactly right.  And that's the framework in which

13:31:06  7    the mesocyclone shows that most clearly.

13:31:09  8              THE COURT:  Is that -- and you haven't used this

13:31:12  9    word, but, in essence, the synoptic event is eliminated or --

13:31:19  10             THE WITNESS:  The synoptic, it's -- it's the motion

13:31:22  11   of the storm.  The storm is typically moving with the cloud

13:31:26  12   bearing layer winds and slightly sometimes one way or the

13:31:31  13   other.  But usually with the cloud bearing layer winds, and

13:31:34  14   that -- those winds are the hurricane winds.  So it removes

13:31:36  15   that, the influence of those winds, so we can see the

13:31:39  16   circulation.

13:31:41  17             THE COURT:  Okay.

13:31:41  18   BY MR. RAFFMAN:

13:31:41  19   Q.   So in this image, Mr. Lemon, can you see a mesocyclone in

13:31:47  20   these velocity images?

13:31:49  21   A.   Yes.  Where the arrow is.

13:31:54  22   Q.   All right.  Now, where is the location of the Inner Harbor

13:31:58  23   Navigation Canal?

13:32:01  24   A.   You can see it right here and right here.

13:32:07  25             THE COURT:  And if you do want -- and it's your

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

13:32:09    1    record, and I'm going to quit interfering, but if you do want

13:32:13    2    the Fifth Circuit to see this -- you make that determination.

13:32:16    3                MR. RAFFMAN:  I understand, Your Honor.

13:32:19    4    BY MR. RAFFMAN:

13:32:19    5    Q.   So, for the record, you've indicated the small yellow dot

13:32:23    6    just to the right of the triangle of red lines; right?

13:32:27    7    A.   Yes.

13:32:27    8    Q.   Okay.  Mr. Lemon, with respect to the direction of the

13:32:40    9    winds that are acting on an object at the ground, which of

13:32:45   10    these two images represents a better --

13:32:49   11                THE COURT:  Which two images, just to --

13:32:53   12                MR. RAFFMAN:  Thank you, Your Honor.

13:32:53   13                THE COURT:  I'm sorry.

13:32:56   14    BY MR. RAFFMAN:

13:32:56   15    Q.   With respect to the direction of wind acting on an object

13:32:59   16    on the ground, which of the two images, the ground-relative

13:33:03   17    velocity in the upper right or the storm-relative velocity in

13:33:06   18    the lower left --

13:33:08   19    A.   Ground --

13:33:09   20    Q.   -- which of those two images better represents the actual

13:33:12   21    direction of the wind on the ground?

13:33:15   22    A.   Ground-relative, upper right.

13:33:18   23    Q.   All right.  Now, the mesocyclone we just talked about, can

13:33:22   24    you identify the mesocyclone in the ground-relative velocity

13:33:27   25    image on the upper right?

13:33:29   1   A.   Certainly.  To identify in storm-relative, we don't -- we

13:33:33   2   don't remove any data or add any data.  We shift the data from

13:33:39   3   the circulation.  In the upper right, the mesocyclone is still

13:33:43   4   there, but it's in -- it's certainly almost masked by the

13:33:47   5   extremely strong hurricane winds.

13:33:52   6           But you see right here on this side of the

13:33:54   7   mesocyclone, that's where you add the circulation, the rotating

13:34:00   8   wind field, to the translational wind field.  So in this case,

13:34:07   9   on our left side of the circulation, that's where we added

13:34:13   10  transation -- translation and rotation.

13:34:16   11          Rotation's on the order of about 45 knots.

13:34:19   12  Q.   All right.  So we have bright red image on the left-hand

13:34:28   13  side of the mesocyclone representing wind speed and direction

13:34:32   14  that is -- is what?

13:34:35   15  A.   The direction remains the came.  We simply add stronger

13:34:39   16  velocity.

13:34:40   17  Q.   Okay.  And on the right side here where it's a darker red

13:34:46   18  color, it represents what wind speed and what wind direction?

13:34:49   19  A.   That's the other side of the circulation.  That's the

13:34:51   20  maximum.  And even though in a storm relative, it has a -- it

13:34:55   21  looks like it's flowing toward the radar.  Up in here, it's

13:35:01   22  overcome by the hurricane winds.  So it's a low value away from

13:35:05   23  the radar.

13:35:06   24          It remains away from the radar on either side of the

13:35:09   25  circulation.  The circulation doesn't change the direction of

```
13:35:13   1    the wind.
13:35:14   2              THE COURT:  A question.  On the lower left panel --
13:35:19   3              THE WITNESS:  Yes.
13:35:19   4              THE COURT:  -- this is green and red shown.  What is
13:35:22   5    your explanation for the green?
13:35:24   6              THE WITNESS:  The green is, in a storm-relative
13:35:27   7    fashion, it's rotation or it's motion toward the radar.  It's
13:35:32   8    away from the radar here.  Remember, I said that the signature
13:35:36   9    for a mesocyclone are -- are maximum velocity maxima of -- in
13:35:47  10    an adjacent axis in about the same range.
13:35:50  11              One of the maxima is toward the radar; the other
13:35:52  12    is away from the radar.
13:35:53  13              THE COURT:  All right.  So is the green, then, moving
13:35:55  14    away from the radar?
13:35:57  15              THE WITNESS:  In a storm-relative fashion.  But in a
13:36:00  16    ground-relative fashion, because of the strength of the
13:36:03  17    hurricane winds, the flow is still away from the radar.
13:36:09  18              I can illustrate that by saying that if the wind
13:36:13  19    flow is 60 knots and that mesocyclone is moving at 60 knots, it
13:36:17  20    has a rotational velocity of 40 knots, that means that, on the
13:36:22  21    right-hand side of the circulation, the winds will be 100 knots
13:36:27  22    because you're adding rotation and the translation.
13:36:31  23              On the left side -- or in our view here on the
13:36:34  24    right-hand side of the circulation, you're subtracting the
13:36:39  25    rotational velocity from translational.  But rotational
```

13:36:42  1    velocity is only 40 knots; whereas, the storm is moving at 60

13:36:47  2    knots.  So the people on the ground on that side of the

13:36:50  3    circulation experience the same direction of wind except now

13:36:54  4    it's 20 knots, not like it is on the other side of the

13:36:58  5    circulation where it's 100 knots.

13:37:01  6              THE COURT:  So if I were -- if what -- is there any

13:37:05  7    way to determine the altitude of the green that shows in the

13:37:09  8    panel to the left?

13:37:11  9              THE WITNESS:  The altitude of that feature?

13:37:14  10             THE COURT:  Yes.

13:37:15  11             THE WITNESS:  That's about 1,100 -- no, that's a

13:37:17  12   little less than that.  That's about 1,000 feet off the ground.

13:37:20  13   BY MR. RAFFMAN:

13:37:20  14   Q.   So the record is clear, this green only appears as green

13:37:25  15   because you've taken away the 60-knot --

13:37:28  16   A.   Yes.

13:37:28  17   Q.   -- hurricane wind?

13:37:29  18   A.   Correct.

13:37:33  19             Now, and I can illustrate that.  In Oklahoma, I was

13:37:36  20   working in the forecast office just two months ago.  We had a

13:37:39  21   squall line moving at about 60 knots.  We had a mesocyclone

13:37:44  22   superimposed on that at about 40, the example I just gave.  On

13:37:49  23   the left-hand side of the circulation, 100 knot winds were

13:37:53  24   experienced on the ground, doing considerable damage.  On the

13:37:56  25   right side, winds were calm, essentially calm.

13:37:59   1          **THE COURT:**  It's important that I understand this,
13:38:00   2   and please forgive me for being a little tedious, but green,
13:38:05   3   it's my understanding as a general principle, reflects an image
13:38:09   4   that is moving away from the radar; is that correct?
13:38:12   5          **THE WITNESS:**  That's correct.
13:38:14   6          **MR. RAFFMAN:**  Away from --
13:38:15   7          **THE WITNESS:**  I'm sorry.  Moving toward the radar.
13:38:18   8   Green is toward.
13:38:19   9          **THE COURT:**  Green is toward the radar.  Yes, I've
13:38:23  10   been dyslexic.  I apologize.
13:38:26  11              So the green, if we just use general directions,
13:38:29  12   appears to be moving generally from south to north.  But in
13:38:37  13   actuality, then, are you telling me, is that wind actually not
13:38:43  14   moving towards the radar?  Or whatever -- whatever is being
13:38:47  15   shown there.
13:38:48  16          **THE WITNESS:**  Exactly.  Because in the lower left,
13:38:50  17   it's storm-relative, where we are standing inside the storm,
13:38:55  18   moving with the storm, and we see the circulation within the
13:39:00  19   storm.
13:39:01  20              Now, in the upper right, that's ground-relative.
13:39:05  21   Now we've added in the larger-scale wind field, and the storm
13:39:10  22   is traveling with that wind field.  Because it's traveling so
13:39:16  23   fast, even though within the storm the flow is toward the
13:39:19  24   radar, at the ground level, the flow is actually away from the
13:39:24  25   radar because of the speed, the translational speed, of that

13:39:28   1   storm.

13:39:30   2            THE COURT:  I'm done.

13:39:32   3   BY MR. RAFFMAN:

13:39:32   4   Q.   All right.  So you've explained to the Court the

13:39:35   5   difference between storm-relative velocity, which factors out

13:39:41   6   the hurricane wind, and ground-relative velocity, which

13:39:46   7   includes both the hurricane wind and the -- whatever mesoscale

13:39:54   8   rotation you have.

13:39:55   9            So it's clear, when you include both the hurricane

13:39:57   10  wind and the mesoscale wind, in what direction is the wind

13:40:05   11  blowing on the ground at the location of the mesocyclone?

13:40:10   12  A.   Away from the radar.  It's a northeasterly flow.

13:40:14   13  Q.   Now, is this mesocyclone here affecting the winds at the

13:40:19   14  Inner Harbor Navigation Canal?  And when I say "this

13:40:21   15  mesocyclone," I'm referring to the one in the upper right.

13:40:25   16  A.   It is not.

13:40:36   17  Q.   All right.  We're going to move to another concept, which,

13:40:39   18  for the patience of the Court as we move through it, we're

13:40:43   19  going to talk about dealiasing and folded data.  So I'm going

13:40:53   20  to ask for the next slide.

13:40:56   21            Mr. Lemon, explain for the Court the scale that works

13:41:00   22  from the bright green at minus 64 to the bright red at 64, and

13:41:05   23  explain to the Court what happens when the radar detects a wind

13:41:09   24  that blows at a speed larger than 64.  Let's talk to the Court

13:41:13   25  about that.

13:41:14   1    **A.**   Okay.  Remember, I mentioned we're talking about a phase

13:41:18   2    change in velocity.

13:41:19   3          By the way, in talking about this, we're talking

13:41:21   4    about what's called "the Doppler dilemma."  It's very well

13:41:25   5    known.  It was the major impediment that kept us from

13:41:30   6    implementing Doppler Radar as a warning tool for so long.  We

13:41:34   7    had to overcome the Doppler dilemma.  The Doppler dilemma

13:41:38   8    results in range-overlay data which you have to unfold; and

13:41:42   9    velocity, alias data.

13:41:44   10         I talked about the fact that we use -- we followed

13:41:46   11   the phase change of the signal.  If the phase change of the

13:41:50   12   signal, the phaser, moves at less than 180 degrees, then it's

13:41:54   13   easily correctly assigned -- velocity is correctly assigned.

13:41:59   14   If it exceeds 180, it's not; it becomes ambiguous.

13:42:04   15         So this is the velocity spectrum.  We see the

13:42:06   16   positive values here, the negative values here.  We go up to 64

13:42:10   17   knots.  In the waveform 8, the maximum unambiguous velocity is

13:42:17   18   about 64 knots, which means that if the velocity progresses up

13:42:22   19   here to 30 or 40, they're still well within the Nyquist --

13:42:26   20   what's call the Nyquist co-interval.

13:42:30   21         When they reach 64, they're still there.  But if that

13:42:34   22   flow toward the radar reaches 65, it folds, it flips back in on

13:42:38   23   this side of the spectrum and becomes a negative 64.  And then

13:42:42   24   as the velocity continues, the inbound velocity continues to

13:42:47   25   increase, it actually comes out a lower and lower negative

13:42:53   1   value.

13:42:54   2   **Q.**   So let's hypothetically assume that you've got a wind of

13:42:58   3   65 miles an hour.  It's going to show up on the radar as what

13:43:04   4   color?

13:43:05   5   **A.**   65.

13:43:06   6   **Q.**   65.  What color is 65 -- 65 away from the radar, which it

13:43:12   7   should be red, but what color is it going to be on the display?

13:43:16   8   **A.**   It will be green.  65 will be green.  Because it will fold

13:43:20   9   in, so you'll go from -- the real key here is that you flip.

13:43:25   10  So you go from a very high red value to a very high green

13:43:30   11  value.  You don't pass -- you don't pass zero.

13:43:33   12  **Q.**   Okay.

13:43:33   13  **A.**   There's no zero crossing in there.  It flips from one end

13:43:37   14  of the scale to the opposite.

13:43:38   15  **Q.**   All right.  And so 65 is bright green.

13:43:41   16         Now, the speed of the wind goes up more.  Now we've

13:43:44   17  got a 75-mile-an-hour wind.  What color is that going to be on

13:43:47   18  the radar?

13:43:49   19  **A.**   Well, it's going to be about -- in the 50-knot range.

13:43:57   20  **Q.**   It's going to be darker green?

13:44:01   21  **A.**   Yes.

13:44:02   22  **Q.**   Okay.

13:44:02   23  **A.**   Not the bright.

13:44:03   24  **Q.**   Okay.  And so if you have these winds blowing at 65 or 66

13:44:16   25  or 70 or whatever, and it's showing up on the radar, even

| 13:44:17 | 1 | though it's away from the radar, the wind -- even though the |
|---|---|---|

13:44:17   1   though it's away from the radar, the wind -- even though the

13:44:18   2   real wind is away from the radar, your data is showing up with

13:44:22   3   these bright green values that suggests high values toward the

13:44:27   4   radar, what do you have to do to make that data usable?

13:44:31   5   A.   You have to dealias the date.  You have to put it in what

13:44:35   6   we call the correct Nyquist co-interval.  That's the challenge,

13:44:42   7   is that we have to develop an algorithm that does that.

13:44:45   8         And the algorithm has gotten to be more and more

13:44:49   9   complex with time because we find individual places where, oh,

13:44:53   10   you know, that gets us -- we didn't properly unfold it there,

13:44:56   11   and we have to add to that.  So we have to come up computer

13:45:00   12   programs to process the data to make sure that the velocities

13:45:05   13   are correctly unfolded.

13:45:06   14   Q.   And you've participated in the development of algorithms

13:45:10   15   to dealias the radar data; is that right?

13:45:12   16   A.   I did.  That's one of the -- one of the first things I did

13:45:16   17   when we moved to Bloomfield, Connecticut, and had the first

13:45:20   18   article, one of the first things I had to do was work on that

13:45:23   19   dealiasing algorithm.

13:45:25   20   Q.   All right.  Now, did you see a problem with folded or

13:45:28   21   alias data in your review of Dr. Mitchell's report?

13:45:32   22         MR. RAFFMAN:  Let's go to the next slide, please.

13:45:33   23   BY MR. RAFFMAN:

13:45:33   24   Q.   Before you answer the question, the next slide is

13:45:36   25   Defendant's Exhibit 311, Lemon report Figures A-8 and A-9.

1758

13:45:41   1    A.   Yes.   This clearly shows a case of folded velocities; that

13:45:47   2    is, if we go from the red here, the red ink steadily increases

13:45:53   3    until, right around here, it's about plus-64.   And then

13:45:58   4    suddenly we encounter minus 64 or minus 63, minus 62 winds.   So

13:46:05   5    we go from very strongly away to very strongly toward.

13:46:11   6            Well, that's the first order of discontinuity.

13:46:13   7    That's not the character of discontinuities in the atmosphere.

13:46:18   8    In the atmosphere, we see a decrease in wind to -- up to a

13:46:22   9    boundary and then a rapid increase behind it.   So there's a

13:46:26   10   zero crossing.

13:46:26   11           In this case, there is no zero crossing.   It has the

13:46:30   12   fingerprint of flipped velocities.   Well, that's why we call

13:46:34   13   them "folded."   It's folded back in on the other side of the

13:46:37   14   spectrum.

13:46:38   15   Q.   All right.   So on the left-hand side of this image, the

13:46:41   16   data is --

13:46:43   17   A.   Alias.

13:46:44   18   Q.   It's alias.   It's folded.   It hasn't been corrected yet.

13:46:47   19   A.   That's right.

13:46:47   20   Q.   And when you correct it -- and so to be clear, before it's

13:46:51   21   been corrected, you can have these bright green patterns which

13:46:56   22   somebody might -- who's not trained in radar, might infer

13:47:01   23   represent some sort of a dramatic flowing toward the radar

13:47:05   24   station; right?

13:47:06   25   A.   Yes.

1759

13:47:06   1    Q.   But, in fact, when you correct it and you dealias it, what

13:47:11   2    do you see?

13:47:13   3    A.   Well, you see in the right -- the right-hand frame is

13:47:17   4    where the velocities have been unfolded, and you see now that

13:47:21   5    these values in green have become red, and they've become

13:47:27   6    higher velocities.  They're higher than the Nyquist

13:47:29   7    co-interval.  They're higher than 64 knots.  So they're folded

13:47:35   8    in on -- they're back on the positive side where they belong,

13:47:38   9    but they're higher speeds, higher velocities.

13:47:40   10            THE COURT:  And the dealiasing, among other things,

13:47:43   11   is accomplished by a computer program based on certain

13:47:46   12   algorithms?

13:47:48   13            THE WITNESS:  Yes.  And that is applied -- that

13:47:50   14   algorithm is applied in what we call the RPG, the Radar Product

13:47:55   15   Generator.  To do the range dealiasing, that can be done in a

13:48:00   16   signal processor.

13:48:01   17            So it's done right there in the signal

13:48:03   18   processor, but the output from the signal processor is alias

13:48:08   19   data.  It goes to the RPG, where that algorithm is applied and

13:48:12   20   its unfolded.

13:48:15   21            THE COURT:  Are the algorithms -- not to get too

13:48:18   22   esoteric far beyond the Court's comprehension, are the

13:48:24   23   algorithms primarily mathematical-based or physics-based?

13:48:29   24            THE WITNESS:  Math, mathematical-based.

13:48:31   25            THE COURT:  All right.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

13:48:31  1          THE WITNESS:  We understand very clearly

13:48:32  2   electronically what's happening.  We assign algorithms to

13:48:36  3   unfold it that have several different steps.  And I could go

13:48:40  4   into detail, but I won't, about it.

13:48:43  5          THE COURT:  All right.

13:48:44  6          THE WITNESS:  Okay.

13:48:45  7          MR. RAFFMAN:  So let's go to the next slide, please.

13:48:47  8   BY MR. RAFFMAN:

13:48:47  9   Q.   This is from Dr. Mitchell's PowerPoint.  Defendant's 436,

13:48:53  10  Mitchell demonstrative, page 44.

13:48:55  11         You were here.  You saw Dr. Mitchell testify.  You

13:49:01  12  heard Dr. Mitchell say that this rounded feature here I'm

13:49:05  13  pointing to with my laser printer [sic], it's a round green

13:49:11  14  feature at the bottom of a larger green feature.

13:49:14  15         You heard him say that this green feature here

13:49:17  16  represents a part of the mesocyclone blowing toward the radar.

13:49:19  17  Do you agree with Dr. Mitchell's interpretation of that part of

13:49:23  18  the image?

13:49:23  19  A.   With that part of the image, yes.

13:49:25  20  Q.   Well --

13:49:25  21  A.   With -- with guarded -- guardedly.  There's a problem with

13:49:29  22  this; and that is, as I mentioned, a mesocyclone core has

13:49:34  23  maximum rotational velocities.  If you see in the middle of

13:49:38  24  that, you see a minimum of velocities, not a maximum, where you

13:49:43  25  expect to see --

13:49:45   1    **Q.**    I think you may have misheard my question.

13:49:47   2    **A.**    Okay.

13:49:47   3    **Q.**    Dr. Mitchell is telling the Court that this green area

13:49:50   4    right here is blowing -- in reality, this is blowing toward the

13:49:55   5    radar.

13:49:57   6    **A.**    It's not.  It's folded.

13:49:59   7    **Q.**    Okay.  So now the record's clear.

13:50:07   8              **THE COURT:**  Why is it folded?

13:50:12   9              **THE WITNESS:**  It's folded because the velocities on

13:50:14   10   that side of the circulation -- that circulation is moving with

13:50:17   11   the hurricane-force winds, and you're adding the rotational

13:50:20   12   velocity to translational velocity, and it's exceeded the

13:50:25   13   unambiguous velocity limit.  It's folded back in on the

13:50:30   14   negative side.  So we've gone from here back into the negative.

13:50:33   15   It's been folded.

13:50:35   16             **THE COURT:**  How can you then determine if -- well,

13:50:36   17   let me ask you a general premise question:  Does a mesocyclone

13:50:40   18   ever, ever create wind without a microburst?  Ever create wind

13:50:46   19   that is, shall we say in this instance, that would be flowing

13:50:52   20   towards the radar?  Does it ever do it?

13:50:57   21             **THE WITNESS:**  I think what you're asking -- and

13:50:58   22   correct me if I misinterpret it, I think you're asking me is

13:51:02   23   the circulation ever opposite?  Is it ever clockwise or

13:51:06   24   counterclockwise?

13:51:07   25             **THE COURT:**  No.  I mean, can a mesocyclone ever

13:51:12  1   produce wind blowing towards the radar here that would be green

13:51:17  2   and not folded?

13:51:18  3           THE WITNESS:  Oh, yes.

13:51:19  4           THE COURT:  That's my question.

13:51:20  5           THE WITNESS:  Oh, yes.

13:51:20  6           THE COURT:  And how does one determine that, when

13:51:22  7   it's folded and not folded?

13:51:25  8           THE WITNESS:  Because you can -- well, first of all,

13:51:27  9   you apply a dealiasing algorithm to the data automatically, all

13:51:32  10  the data.  That's applied to the data.  Frequently, if you have

13:51:35  11  a rapidly moving mesocyclone like this, if it's moving at right

13:51:40  12  angles to the radar sampling, then that -- you've automatically

13:51:47  13  subtracted the translational motion.

13:51:51  14          For instance, if that circulation is moving from

13:51:53  15  left to right, and the radar is sampling it from south to

13:51:59  16  north, it sees none of the translational velocity.  So it sees

13:52:03  17  the actual rotational velocity.  But when that is moving with

13:52:10  18  the winds, then that complicates it.  It contaminates the flow

13:52:14  19  of the circulation.

13:52:16  20  BY MR. RAFFMAN:

13:52:16  21  Q.   And if I could, you just told the Court that when the wind

13:52:22  22  away from the radar gets up above 60, the radar reports it as

13:52:28  23  bright green, and as it gets higher than that, the radar moves

13:52:33  24  back toward the -- toward the middle.

13:52:37  25  A.   That's correct.

| | | |
|---|---|---|
| 13:52:37 | 1 | **Q.**   In this area, Mr. Lemon, what's the significance of the |
| 13:52:42 | 2 | fact that you have a darker green in that -- in that part in |
| 13:52:46 | 3 | this image? |
| 13:52:47 | 4 | **A.**   Physically, that's what you would not expect.  Normally, |
| 13:52:51 | 5 | when you see a region, you would see the outer edges of that |
| 13:52:59 | 6 | region having lower velocities than the core of the region, |
| 13:53:02 | 7 | where, typically, higher velocities would be. |
| 13:53:04 | 8 | In this case, that's exactly reversed.  You have a |
| 13:53:06 | 9 | maximum velocity as a ring around it and a minimum velocity in |
| 13:53:09 | 10 | the middle of it. |
| 13:53:11 | 11 | **Q.**   So the fact that that is -- that image that you're looking |
| 13:53:13 | 12 | at is counter to what you would expect, you infer that that is |
| 13:53:18 | 13 | alias data that requires dealiasing? |
| 13:53:21 | 14 | **A.**   Yes, exactly. |
| 13:53:22 | 15 | **Q.**   And so when you dealias the data -- |
| 13:53:24 | 16 | **MR. RAFFMAN:**  Let's go to the next slide. |
| 13:53:26 | 17 | **BY MR. RAFFMAN:** |
| 13:53:27 | 18 | **Q.**   Now you're looking at a dealias -- am I right that DX-311 |
| 13:53:29 | 19 | under Figure 9 represents a dealias view of the same |
| 13:53:34 | 20 | mesocyclone? |
| 13:53:35 | 21 | **A.**   That's correct.  Now we're looking at ground-relative wind |
| 13:53:38 | 22 | that has been dealiased.  It's unfolded. |
| 13:53:40 | 23 | **Q.**   So when it's dealiased, that part that had previously |
| 13:53:44 | 24 | shown as a darker green in the alias now shows up as what |
| 13:53:48 | 25 | color? |

13:53:48   1   A.   Bright red.  Very strong outbound velocities.

13:53:52   2         THE COURT:  I guess any question can be made simple.

13:53:53   3   Do you ever dealias it and it's still green?

13:53:58   4         THE WITNESS:  Yes.  You will see that shortly.

13:53:59   5         THE COURT:  Ah, good.  I look forward to it.

13:54:04   6         MR. RAFFMAN:  Well, why don't we go there now.

13:54:07   7         THE COURT:  It's up to you, counsel.

13:54:11   8         MR. RAFFMAN:  Actually, I'm not sure from this that

13:54:14   9   I've got it.  But we'll get there.  We'll get there.  I'm going

13:54:17   10  to try to move it along, Judge.  I know this is hard, but I'm

13:54:21   11  going to try to move it along.

13:54:23   12  BY MR. RAFFMAN:

13:54:23   13  Q.   So let's go back -- I'm going to move it along by going

13:54:26   14  back.  I'm sorry.  Before we depart from Dr. Mitchell's slide,

13:54:30   15  this area up in here, you heard Dr. Mitchell say that there's

13:54:35   16  something about that area that's -- that's not real or

13:54:38   17  that's --

13:54:39   18  A.   Yes.  He said -- he said some of the base up in here might

13:54:45   19  be bad, but he said this was good.  So he kind of arbitrarily

13:54:49   20  said, oh, well this may be bad and this may be good.

13:54:53   21  Q.   In your opinion, what is this area here that he said might

13:54:56   22  be bad?  What does that represent?

13:54:59   23  A.   Those are all folded velocities.  Note again that the

13:55:01   24  highest values are in the outside ring, and then you go to --

13:55:04   25  the minimum values are in the middle.

| | | |
|---|---|---|
| 13:55:07 | 1 | **Q.**   All right.  Now, let's move along. |
| 13:55:22 | 2 | **MR. RAFFMAN:**  Next slide, please.  No, I want to go |
| 13:55:22 | 3 | to LL-47. |
| 13:55:22 | 4 | **BY MR. RAFFMAN:** |
| 13:55:22 | 5 | **Q.**   I just have one question. Dr. Lemon, did your -- |
| 13:55:23 | 6 | **A.**   Mister. |
| 13:55:24 | 7 | **Q.**   Mr. Lemon.  All right.  That's once. |
| 13:55:27 | 8 | Mr. Lemon, could your dealiasing program mask that |
| 13:55:32 | 9 | mesocyclone? |
| 13:55:34 | 10 | **A.**   Say that again. |
| 13:55:35 | 11 | **Q.**   Did it mask, did it obscure -- |
| 13:55:38 | 12 | **A.**   No. |
| 13:55:38 | 13 | **Q.**   -- did it hide the mesocyclone? |
| 13:55:39 | 14 | **A.**   Oh, no.  There's no masking done at all because, |
| 13:55:41 | 15 | certainly, if it was masked, what would the weather service do? |
| 13:55:45 | 16 | They couldn't use that data to issue warnings. |
| 13:55:49 | 17 | But, no, there's no masking here at all. |
| 13:55:51 | 18 | **Q.**   What the dealiasing program did was to represent the |
| 13:55:55 | 19 | actual direction and values of the wind; is that -- |
| 13:55:59 | 20 | **A.**   Precisely. |
| 13:56:00 | 21 | **Q.**   Now, we have a short animation that will show some radar |
| 13:56:05 | 22 | data that represents the time period from about 3:00 till |
| 13:56:10 | 23 | 5:00 in the morning, and so we're going to queue that up. |
| 13:56:22 | 24 | **MR. KHORRAMI:**  I'm not aware of the animation, Your |
| 13:56:23 | 25 | Honor. |

13:56:23  1          **THE COURT:**  Do you-all want to just take -- do you

13:56:26  2    want to discuss it briefly or --

13:56:29  3          **MR. KHORRAMI:**  We can discuss it.

13:56:30  4          **MR. RAFFMAN:**  I provided Mr. Khorrami with the

13:56:34  5    PowerPoint and informed him at the same time that we were going

13:56:37  6    to run a sequence of the GR2Analyst images from Katrina, using

13:56:45  7    the Katrina base data.  The GR2Analyst program was identified

13:56:51  8    to counsel weeks ago.  The base data, of course, is the same

13:56:54  9    data that Dr. Mitchell relied on.

13:56:57  10          We offered to provide snapshots or grabs at

13:57:02  11    any -- any of these materials when we transmitted our

13:57:04  12    PowerPoints to counsel, I would say, within the last 48 hours.

13:57:10  13    Certainly within the last 24.

13:57:13  14          **MR. KHORRAMI:**  As I recall, Your Honor, animation was

13:57:16  15    to be exchanged 30 days prior to trial.  Secondly, snapshots

13:57:21  16    don't paint the picture of what the animation shows, nor has

13:57:26  17    Mr. Lemon actually testified about anything -- any motion going

13:57:30  18    on within the storm system.  He has given snapshots inside of

13:57:36  19    his report.  He has given snapshots inside of his PowerPoint.

13:57:40  20    We've never -- we've never seen anything of animation.

13:57:44  21          **THE COURT:**  The bottom line is this is an animation

13:57:46  22    that you have not seen or discussed?

13:57:48  23          **MR. RAFFMAN:**  Your Honor, it's really -- when I say

13:57:50  24    it's an animation, what it is, it's the data, the base II data,

13:57:56  25    in the GR2Analyst program.  All it is is the meteorological

13:58:03   1  data.  Nobody has animated anything.

13:58:05   2              THE WITNESS:  It's in time-lapse mode.

13:58:08   3          MR. RAFFMAN:  It's a time-lapse sequence of the

13:58:11   4  actual meteorological data in the actual program.

13:58:13   5          MR. KHORRAMI:  Which actually makes it a bigger issue

13:58:16   6  with me, Your Honor, because if it was simply an animation to

13:58:19   7  make a point with the Court that this is how weather moves

13:58:21   8  around, that's fine.

13:58:22   9              When you're using the actual data and coming up

13:58:25  10  with what the weather did, that's producing evidence and actual

13:58:30  11  calculations that are going on with that evidence.  That's

13:58:32  12  something that we were entitled to long ago.  Certainly, to the

13:58:36  13  extent it moves, it's called animation, and we were entitled to

13:58:38  14  it 30 days prior to trial.

13:58:42  15          MR. RAFFMAN:  If I remember right, 30 days prior to

13:58:45  16  trial was the day on which we first produced Mr. Lemon's

13:58:49  17  report.  If I remember right, we stipulated to permit

13:58:52  18  Dr. Mitchell to be designated out of time on the understanding

13:58:57  19  that we would will be permitted to introduce testimony and

13:59:00  20  evidence in response to Dr. Mitchell's report.

13:59:03  21              In fact, this sequence is in direct response to

13:59:07  22  a graphic that Dr. Mitchell supplied to us -- if you'll go

13:59:14  23  back, it's page 44 of the Mitchell demonstrative -- which was

13:59:19  24  supplied to us not until days before he testified, certainly,

13:59:24  25  and after the trial had already begun.

| | | |
|---|---|---|
| 13:59:27 | 1 | So it was our understanding that we would be |
| 13:59:30 | 2 | permitted to offer responsive testimony.  As, Your Honor, will |
| 13:59:36 | 3 | see at the close of the sequence, this is all directly |
| 13:59:40 | 4 | responsive to this Mitchell slide 44, and it's going to end at |
| 13:59:45 | 5 | precisely the moment of Mitchell slide 44. |
| 13:59:49 | 6 | THE COURT:  Based on the accommodation and the late |
| 13:59:55 | 7 | nature of some of this, including Dr. Mitchell, I'm going to |
| 13:59:59 | 8 | allow it. |
| 14:00:02 | 9 | MR. KHORRAMI:  Sure. |
| 14:00:02 | 10 | MR. RAFFMAN:  Thank you, Your Honor. |
| 14:00:05 | 11 | BY MR. RAFFMAN: |
| 14:00:05 | 12 | Q.   So let's start with the -- set the scene for us, |
| 14:00:11 | 13 | Mr. Lemon.  What is the Court looking at here? |
| 14:00:14 | 14 | A.   Well, this is -- what we've done is turned off the |
| 14:00:17 | 15 | reflectivity data.  This, by the way, on the left is the |
| 14:00:21 | 16 | reflectivity scale.  There have been comments about the blues, |
| 14:00:25 | 17 | that it was bad data.  It's not.  It's light precipitation.  So |
| 14:00:30 | 18 | the echo's been turned off. |
| 14:00:32 | 19 | Here's the radar.  The canal is right down in here, |
| 14:00:34 | 20 | to orient you before we put the data on. |
| 14:00:42 | 21 | Q.   All right. |
| 14:00:42 | 22 | A.   Now, if we put the reflectivity data on... |
| 14:00:48 | 23 | Q.   What are we seeing here, Mr. Lemon? |
| 14:00:51 | 24 | A.   Well, this is a still image, obviously, of reflectivity. |
| 14:00:55 | 25 | This is the rainfall occurring around the hurricane. |

1769

14:01:00  1   **Q.**   All right.  And what time is depicted in this image?

14:01:08  2   **A.**   It's in the upper left, what, 0758.  That's GMT.  So

14:01:11  3   that's 0258 CDT.

14:01:15  4   **Q.**   We're starting at about 3:00 in the morning Central

14:01:18  5   Daylight Time?

14:01:19  6   **A.**   Yes.

14:01:20  7   **Q.**   All right.  So take the Court through what the storm does

14:01:23  8   in terms of the reflectivity, the circulation.

14:01:25  9   **A.**   Yes.  Could we do the time lapse?

14:01:28  10  **Q.**   What's happening here?

14:01:29  11  **A.**   Okay.  The point here is you can see very clearly the

14:01:36  12  cyclonic circulation, counterclockwise circulation around the

14:01:44  13  eye.  So you can see that all this precipitation is being swept

14:01:48  14  around that circulation.  It's all moving in a counterclockwise

14:01:52  15  fashion, with a hurricane eye being here.

14:01:56  16  **Q.**   And as reflected in the counterclockwise circulation, in

14:01:59  17  what direction would you expect to see the wind blowing at the

14:02:03  18  Inner Harbor Navigation Canal?  Which, for the record, is in

14:02:06  19  the small triangle or near the small triangle where my laser

14:02:11  20  pointer is pointing.

14:02:12  21  **A.**   Yes.  And it's northeasterly at that location.  Now,

14:02:16  22  notice, by the way --

14:02:17  23  **Q.**   "Northeasterly" meaning from what direction?  From?

14:02:21  24  **A.**   From the northeast toward the southwest.

14:02:26  25  **Q.**   All right.

14:02:26   1   **A.**   An important point is you can see right in this region,

14:02:28   2   you can see that the precipitation is circulating from the

14:02:33   3   southeast toward the northwest, toward the radar.

14:02:36   4          Over in here, it's away from the radar, from the

14:02:39   5   northeast toward the southwest.

14:02:43   6   **Q.**   All right.

14:02:43   7   **A.**   And further ranges were closer to the eye.

14:02:46   8   **Q.**   All right.  Now, let's turn it to -- all right.  Let's

14:02:56   9   flip the -- go to the next sequence, Mr. Lemon.

14:03:01   10   **A.**   I think what we want to do here is turn on reflectivity --

14:03:07   11   I'm sorry, velocity.  Thank you.  And magnify up here.  Too

14:03:15   12   much.  Okay.

14:03:17   13   **Q.**   Tell the Court what we're looking at here.

14:03:20   14   **A.**   These are dealias velocities.  The velocities have all

14:03:25   15   been dealiased.  So we have very strong winds inflow; that is,

14:03:29   16   the greens are inflow toward the radar from the southeast here,

14:03:34   17   very strong outflow away from the radar here.

14:03:38   18          So what we -- what we would see is a wind field like

14:03:44   19   this around the eye.  That is inconsistent -- that's

14:03:50   20   consistent, in harmony, with what we just saw in reflectivity.

14:03:54   21   **Q.**   And so what direction would you expect to have the wind

14:03:57   22   blowing at the Inner Harbor Navigation Canal according to this

14:04:01   23   velocity data?

14:04:02   24   **A.**   Strongly from -- northeasterly wind, strongly from the

14:04:07   25   northeast toward the southwest.

14:04:09  1   **Q.**   All right.  Now, let's see when you turn the dealiasing

14:04:14  2   function off.

14:04:15  3   **A.**   Yes.  Let's go up here to "View."  Go down here.  Notice,

14:04:19  4   the dealiasing velocity is checked.  That means it's turned on.

14:04:24  5   Turn it off.

14:04:25  6          Now, we see -- this area here, which now appears to

14:04:31  7   be away from the radar -- in fact, let's move the cursor down

14:04:35  8   here.  We look down here and this says it's plus-21 knots

14:04:40  9   toward the radar -- I'm sorry, away from the radar.

14:04:45  10         Now, if you remember what we've seen in the

14:04:48  11  reflectivity field, that's opposite of what the reflectivity

14:04:51  12  motion was telling us.  So this looks strange.  It doesn't

14:04:56  13  match.

14:04:57  14         Now, this is where we can see all the precipitation

14:05:00  15  moving toward the southwest, but all these velocities have

14:05:04  16  become inbound, radar-relative inbound velocities.  This

14:05:09  17  doesn't make sense.  This is incoherent when compared to the

14:05:13  18  reflectivity field.  It makes no sense.

14:05:17  19         That is, the level II data as displayed here has not

14:05:22  20  been dealiased.  And that is the case with the level II data in

14:05:26  21  the radar network.

14:05:28  22  **Q.**   We're going to look at one more image of the alias data at

14:05:32  23  3:32 or 3:31 a.m., and we're going to now -- well, what do you

14:05:42  24  see in the alias or the folded data?  Do you see any features

14:05:49  25  that look like images we've seen before?

14:05:51  1    A.    We were just talking about this mesocyclone.  We were just
14:05:53  2    talking about this field.  It wasn't -- it was magnified then.
14:05:57  3    It's not magnified now.  Now we see the entire flow field.  And
14:06:01  4    we can clearly see we got a problem here; we've certainly got a
14:06:06  5    problem here; as we showed earlier, we've got a problem here.
14:06:09  6                 Now if we can turn that back on -- we can do it right
14:06:13  7    here -- we dealias velocities.  Now, all these velocities are
14:06:20  8    properly unfolded.  They're all ground-relative and they're in
14:06:25  9    harmony.  They're very consistent with what we saw in the
14:06:28  10   time-lapse loop with the reflectivity field.  The data has been
14:06:33  11   unfolded, dealiased.
14:06:37  12                THE COURT:  Just out of curiosity, what is the color
14:06:42  13   that's not green or red, but --
14:06:44  14                MR. RAFFMAN:  The purples.
14:06:44  15                THE WITNESS:  Okay.  That's a good question.
14:06:45  16                THE COURT:  The Rorschach figures that appear on
14:06:51  17   there.
14:06:51  18                THE WITNESS:  The purple --
14:06:51  19                THE COURT:  Purple --
14:06:51  20                MR. RAFFMAN:  Purple.
14:06:51  21                THE COURT:  -- okay.
14:06:51  22                THE WITNESS:  You see a lot of purple.  That purple
14:06:53  23   is affectionately called in the weather service "purple haze,"
14:06:59  24   and it -- what it means is range overlay data.  That is there
14:07:01  25   are two -- well, we've been unable to unfold the data.  So we

| | | |
|---|---|---|
| 14:07:08 | 1 | know the velocities at those areas indicated as purple are |
| 14:07:13 | 2 | coming from more than one range interval, more than one -- more |
| 14:07:21 | 3 | than one range interval. |
| 14:07:26 | 4 | So we have data from one location folded back |
| 14:07:29 | 5 | onto another -- onto the same location from another.  So we |
| 14:07:31 | 6 | don't know where the velocities came from, so we have to |
| 14:07:34 | 7 | color-code it purple.  We can't use the velocities. |
| 14:07:37 | 8 | THE COURT:  Okay. |
| 14:07:37 | 9 | BY MR. RAFFMAN: |
| 14:07:38 | 10 | Q.   So let's move to the next set of images here.  LL-17 -- |
| 14:07:56 | 11 | this is Defendant's Exhibit 311, the Lemon report, Figure 8. |
| 14:08:03 | 12 | To orient the Court, what geographic area is shown in |
| 14:08:07 | 13 | this figure? |
| 14:08:08 | 14 | A.   This is northeast of the Inner Harbor Navigation Canal by |
| 14:08:11 | 15 | about 40 miles, maybe a little more.  You can see Bay of |
| 14:08:15 | 16 | St. Louis right up in here. |
| 14:08:21 | 17 | Q.   And what meteorological feature is shown in these four -- |
| 14:08:24 | 18 | before we do that, these four are all what product? |
| 14:08:31 | 19 | A.   Storm-relative velocity. |
| 14:08:32 | 20 | Q.   Storm-relative velocity. |
| 14:08:32 | 21 | And that means that the effect of the hurricane is |
| 14:08:36 | 22 | excluded? |
| 14:08:37 | 23 | A.   Yes.  And by the way, storm-relative velocity has exactly |
| 14:08:40 | 24 | the same resolution as base velocity.  This is equally as fine |
| 14:08:45 | 25 | as base velocity. |

| | | |
|---|---|---|
| 14:08:47 | 1 | **Q.**   So what does the meteorological data show in this image? |
| 14:08:50 | 2 | **A.**   We show a strong convergent mesocyclone here.  This is |
| 14:08:55 | 3 | about 2,000 feet above the surface. |
| 14:08:58 | 4 | **Q.**   Pointing to the upper left-hand image to the feature in |
| 14:09:02 | 5 | the middle where there's a white arrow? |
| 14:09:06 | 6 | **A.**   Right.  This is at a higher elevation.  This is about -- I |
| 14:09:10 | 7 | think it's 5,500 feet. |
| 14:09:11 | 8 | **Q.**   And for the record, you're pointing now to the same |
| 14:09:14 | 9 | feature in the upper right image? |
| 14:09:16 | 10 | **A.**   Right.  And I'm illustrating the vertical continuity with |
| 14:09:17 | 11 | the circulation.  With this one is up at about, I believe, |
| 14:09:22 | 12 | 8,500 feet.  And this is at 18,000 feet. |
| 14:09:27 | 13 |         What we see is that's the depth of the circulation. |
| 14:09:31 | 14 | We have a convergent circulation here.  We have almost pure |
| 14:09:36 | 15 | rotation here and here.  We have divergence here and -- |
| 14:09:39 | 16 | **Q.**   And divergence is in the lower right; right? |
| 14:09:43 | 17 | **A.**   In the lower right.  18,000 feet.  It's gone to |
| 14:09:46 | 18 | divergence. |
| 14:09:47 | 19 | **Q.**   Okay.  So is there a mesocyclone in this image? |
| 14:09:50 | 20 | **A.**   I've just described the mesocyclone. |
| 14:09:52 | 21 |         One other thing I want to point out is right here is |
| 14:09:55 | 22 | the TVS. |
| 14:09:56 | 23 | **Q.**   All right.  When you say "right here," it's the upper |
| 14:09:59 | 24 | left-hand image and the feature in the middle; right? |
| 14:10:03 | 25 | **A.**   Yes. |

1775

14:10:04  1   Q.   All right.  And so when there's a real true mesocyclone in
14:10:07  2   the radar data, as opposed to a dot identified by a level III
14:10:12  3   algorithm, you can pick it out looking at the base data; right?
14:10:19  4   A.   Absolutely.
14:10:19  5   Q.   And you've done that here with this image; right?
14:10:21  6   A.   Yes.  And we teach these circulations because, 90 percent
14:10:25  7   of the time, mesocyclones are severe in some fashion.  That's
14:10:30  8   why, in this case, the weather service issued a tornado warning
14:10:36  9   for the Bay of St. Louis and beyond.
14:10:39 10   Q.   That mesocyclone that's now been identified in this set of
14:10:43 11   images, is that affecting the Inner Harbor Navigation Canal?
14:10:45 12   A.   In no way.
14:10:46 13   Q.   Did you see any features like this mesocyclone in any of
14:10:49 14   the images you looked at respecting the Inner Harbor Navigation
14:10:52 15   Canal?
14:10:53 16   A.   Did not.  No feature like this moved over the canal, no.
14:10:59 17   Q.   All right.  Let's go to Figure 10 from your report, DX --
14:11:05 18   this is at 3:37 a.m.  Let's do a couple more of these images,
14:11:10 19   and then we'll move along.
14:11:11 20        What do you see in this report as respects
14:11:12 21   reflectivity?
14:11:13 22   A.   We see that the reflectivity is right -- or the Inner
14:11:16 23   Harbor Navigational Canal is right there.  The rainfall has
14:11:21 24   just gone from extremely heavy, probably near zero
14:11:25 25   visibilities, to still heavy rainfall, but somewhat lighter.

14:11:30   1   Q.   All right.  Let's go to the velocity, the ground-relative
14:11:37   2   velocity and storm-relative velocity images.  What do you see
14:11:39   3   in these two images?
14:11:41   4   A.   Well, let's look first at the storm-relative because we
14:11:44   5   can see it more clearly.  In the storm-relative fashion, we see
14:11:47   6   radar inbound velocities here and we see radar outbound
14:11:52   7   velocities here.  That's a convergence zone.  That's flow into
14:11:57   8   the base of the updraft.  That's low-level flow, about 1,000
14:12:00   9   feet off the ground, flowing into the updraft.
14:12:05  10        And we see it by these -- what we've done is taken --
14:12:08  11   if you remember the mesocyclone schematic, we've rotated it
14:12:15  12   90 degrees.  So, now, rather than being as mutually adjacent,
14:12:20  13   they're now at different ranges but on the same axis.  So we've
14:12:24  14   rotated it.
14:12:25  15   Q.   So what we have here, not to put too fine a point on it,
14:12:30  16   is one of these updraft situations that you described earlier?
14:12:33  17   A.   Exactly.  And there's another important point here -- and
14:12:35  18   I'm sorry.  I interrupted.
14:12:36  19   Q.   No, no.  Go ahead.
14:12:38  20   A.   Another important point here that I want to point out is a
14:12:41  21   downburst microburst signature is -- looks exactly like this,
14:12:46  22   and the flow is reversed.
14:12:48  23   Q.   Except -- except -- it looks like that except what?
14:12:51  24   A.   Except the green is now where the red is, the red is now
14:12:54  25   where the green is, and this becomes a strong point divergence

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1777

14:12:59   1   signature.  That is what a microburst looks like in the base

14:13:02   2   data.

14:13:02   3   Q.   So to be clear for the Court, the image you have here at

14:13:08   4   storm-relative velocity is green and red, positioned in such a

14:13:13   5   way that you have wind blowing from the ground up into the

14:13:18   6   storm; right?

14:13:19   7   A.   Correct.

14:13:20   8   Q.   If you were to find a signature in which the green were on

14:13:25   9   top and the red were on the bottom, then you would have a

14:13:28   10  situation in which the wind is blowing -- or the wind -- the

14:13:31   11  wind is coming downward and diverging; is that right?

14:13:36   12  A.   That's exactly right.  That's the signature of a

14:13:38   13  microburst.

14:13:39   14  Q.   Did you see any of those microburst signatures in your

14:13:42   15  review of the data for the Hurricane Katrina data at the Inner

14:13:47   16  Harbor Navigation Canal?

14:13:49   17  A.   There were absolutely no microbursts over the canal.  In

14:13:52   18  fact, there were no microbursts detected through that time

14:14:00   19  period.

14:14:01   20  Q.   Now, spectrum width, that's the bottom right corner;

14:14:04   21  right?

14:14:05   22  A.   Yes.

14:14:05   23  Q.   What does the bottom right corner image tell you about

14:14:08   24  spectrum width at the area of the Inner Harbor Navigation

14:14:10   25  Canal, which I've pointed to --

1778

| | | |
|---|---|---|
| 14:14:12 | 1 | **A.**   It's right up there. |
| 14:14:13 | 2 | **Q.**   Okay. |
| 14:14:13 | 3 | **A.**   The spectrum winds are very, very narrow, and that means |
| 14:14:18 | 4 | that there is not a lot of dispersion over the pulse volume. |
| 14:14:23 | 5 | It's remarkably uniform, a remarkably uniform wind. |
| 14:14:35 | 6 | **Q.**   All right.  Let's continue.  I think we're going to -- I |
| 14:14:41 | 7 | need to shorten this examination up a little bit here. |
| 14:14:44 | 8 | These are your two -- your first two conclusions are |
| 14:14:47 | 9 | that the wind on the barge was acting in the direction of the |
| 14:14:50 | 10 | west side of the canal and that, to the extent winds are acting |
| 14:14:54 | 11 | on the barge, they would tend to move it toward the west side. |
| 14:14:58 | 12 | That's your first two conclusions; right? |
| 14:15:00 | 13 | **A.**   Yes.  The data indicates a strong northeast wind, that is, |
| 14:15:02 | 14 | northeast to southwest. |
| 14:15:04 | 15 | **MR. KHORRAMI:**  I'm going to object to that, Your |
| 14:15:06 | 16 | Honor.  The witness specifically said -- |
| 14:15:07 | 17 | **THE COURT:**  I can't hear you, sir. |
| 14:15:09 | 18 | **MR. KHORRAMI:**  The witness specifically stated that |
| 14:15:10 | 19 | he would not be talking about how the winds would affect the |
| 14:15:13 | 20 | barge in particular or where they would keep the barge at all. |
| 14:15:16 | 21 | So that's outside -- |
| 14:15:18 | 22 | **THE COURT:**  It was mainly the movement of the barge. |
| 14:15:21 | 23 | I think this is -- I think this is in his report. |
| 14:15:24 | 24 | **MR. RAFFMAN:**  I believe so, and I don't want -- but I |
| 14:15:26 | 25 | don't want to imply to the Court or to counsel that this |

| 14:15:29 | 1 | witness is testifying about where the barge moved or -- |
| 14:15:33 | 2 | THE COURT:  Where it was beforehand. |
| 14:15:34 | 3 | MR. RAFFMAN:  -- how the barge moves under wind.  I |
| 14:15:36 | 4 | want to be fair to counsel and to the Court. |
| 14:15:40 | 5 | THE COURT:  Okay.  I understand.  The bottom line is, |
| 14:15:42 | 6 | if the wind is blowing from the northeast, the Court can kind |
| 14:15:51 | 7 | of the figure out where an object would go unless there are |
| 14:15:55 | 8 | countervailing forces that would somehow overcome the wind. |
| 14:16:00 | 9 | MR. RAFFMAN:  All right.  Thank you, Your Honor. |
| 14:16:02 | 10 | Let me go to the next slide, please. |
| 14:16:04 | 11 | BY MR. RAFFMAN: |
| 14:16:06 | 12 | Q.   Have you reviewed the radar images that are available from |
| 14:16:13 | 13 | 7:00 in the evening on the 28th until 8:54 a.m. on the morning |
| 14:16:18 | 14 | of the 29th? |
| 14:16:20 | 15 | A.   I have. |
| 14:16:20 | 16 | Q.   And here you see three of those images, Mr. Lemon? |
| 14:16:24 | 17 | A.   Yes. |
| 14:16:24 | 18 | Q.   And the images show red, which suggests the wind is |
| 14:16:28 | 19 | blowing from the radar, outbound from the northeast to the |
| 14:16:32 | 20 | southwest? |
| 14:16:33 | 21 | A.   Yes. |
| 14:16:33 | 22 | Q.   And the images you reviewed, did all of them have similar |
| 14:16:41 | 23 | red colors? |
| 14:16:44 | 24 | A.   This is exemplary of what we saw over the entire period, |
| 14:16:48 | 25 | yes. |

| | | |
|---|---|---|
| 14:16:50 | 1 | **Q.**   Let's go to the next conclusion, No. 3:  "No mesocyclones |
| 14:16:54 | 2 | passed over the IHNC during the early morning hours of the |
| 14:16:58 | 3 | 29th; the barge did not experience microburst winds or wind |
| 14:17:02 | 4 | gusts associated with mesocyclones; and that mesocyclones did |
| 14:17:04 | 5 | not affect the barge." |
| 14:17:05 | 6 | Did you review all the available radar images for the |
| 14:17:08 | 7 | Inner Harbor Navigation Canal from 7:00 Central Daylight Time |
| 14:17:12 | 8 | p.m. on August 28th until 8:54 a.m. on August 29th? |
| 14:17:18 | 9 | **A.**   I did. |
| 14:17:20 | 10 | **Q.**   Did any of those radar images show mesocyclone at the |
| 14:17:24 | 11 | Inner Harbor Navigation Canal? |
| 14:17:25 | 12 | **A.**   Absolutely not, at no time. |
| 14:17:30 | 13 | **Q.**   Next conclusion:  "There were no winds with |
| 14:17:31 | 14 | multidirectional components at the Inner Harbor Navigation |
| 14:17:36 | 15 | Canal and that measured wind data showed winds were uniform |
| 14:17:39 | 16 | with no multidirectional components." |
| 14:17:43 | 17 | Did you review all the images -- all the radar images |
| 14:17:48 | 18 | from 7:00 p.m. Central Daylight Time on the 28th of August |
| 14:17:53 | 19 | through 8:54 in the morning on August 29th? |
| 14:17:56 | 20 | **A.**   I did. |
| 14:17:56 | 21 | **Q.**   Did any of these radar images show the presence of |
| 14:17:59 | 22 | multidirectional winds at the Inner Harbor Navigation Canal and |
| 14:18:01 | 23 | the barge? |
| 14:18:02 | 24 | **A.**   Absolutely not.  The spectrum winds were remarkably smooth |
| 14:18:07 | 25 | throughout that period. |

14:18:11  1    **Q.**   All right.  Let's turn to your last conclusion:

14:18:18  2    "Dr. Mitchell's report contains errors of analysis and

14:18:21  3    interpretation that lead to erroneous and unsubstantiated

14:18:25  4    conclusions."

14:18:27  5           I'm going to ask just some -- we'll shorten it up a

14:18:28  6    bit.  Dr. Mitchell identified mesocyclones at the location of

14:18:32  7    the Inner Harbor Navigation Canal.  You heard him say that;

14:18:34  8    right?

14:18:35  9    **A.**   Yes.

14:18:35  10   **Q.**   And do you agree that there were mesocyclones present

14:18:39  11   there?

14:18:39  12   **A.**   No, I don't.

14:18:41  13   **Q.**   Let's look at one or two, and we'll explain.

14:18:45  14           **MR. RAFFMAN:**  Next image please.

14:18:47  15   **BY MR. RAFFMAN:**

14:18:48  16   **Q.**   I'm showing Defendant's Exhibit 312, page 8 of

14:18:52  17   Dr. Mitchell's report, where he identified a cell G-O located

14:18:55  18   near the Inner Harbor Navigation Canal at 2:15 in the morning.

14:19:00  19           Did you look at the radar images for 2:15 in the

14:19:03  20   morning?

14:19:04  21   **A.**   I did.

14:19:04  22   **Q.**   And did they show a mesocyclone there?

14:19:07  23   **A.**   They did not.

14:19:08  24   **Q.**   Let's look at the next figure, 13.  What do the radar

14:19:14  25   images show about the presence of mesocyclones or other

14:19:19  1  activity at the area of the Inner Harbor Navigation Canal?

14:19:22  2  A.   Well, they show very nicely in the storm-relative where

14:19:27  3  you can see the circulations --

14:19:28  4  Q.   Wait a minute.  I'm asking about the Inner Harbor

14:19:29  5  Navigation Canal?

14:19:29  6  A.   Oh, I'm sorry.  At the canal itself, no, there's nothing

14:19:33  7  there.  No mesocyclones.

14:19:35  8  Q.   What you see in the ground reflectivity is bright red,

14:19:38  9  indicating strong flow away from the radar?

14:19:41  10  A.   Yes.

14:19:42  11  Q.   With no mesocyclonic activity?

14:19:44  12  A.   None at all.

14:19:45  13  Q.   And what you see in the storm-relative velocity is pretty

14:19:48  14  uniform pink activity, suggesting that, even when the factor of

14:19:51  15  the hurricane is taken out, the direction of the wind is mildly

14:19:56  16  away from the radar and toward the canal; right?

14:19:59  17  A.   That's correct.

14:19:59  18  Q.   Now -- now, I'm going to ask you:  Do you see any

14:20:03  19  mesocyclones anywhere else?

14:20:05  20  A.   Yes.

14:20:06  21  Q.   Where do you see mesocyclones in the base data?

14:20:09  22  A.   They're indicated here.  There's one here, one here, and

14:20:13  23  one here.

14:20:14  24  Q.   And when you say "here," you're referring to the places

14:20:18  25  where the white arrows are in Figure 13 of your report?

14:20:24   1    **A.**   That's correct.

14:20:24   2    **Q.**   And those are out in the Gulf of Mexico?

14:20:27   3    **A.**   They are.

14:20:27   4    **Q.**   Now, the judge asked you a question earlier, and I wanted

14:20:29   5    to try to come back to that.

14:20:32   6             Those mesocyclones, when you look at them in

14:20:37   7    storm-relative velocity, are all the winds going in the

14:20:44   8    direction of the radar or away from the radar?

14:20:46   9             Your Honor asked a -- I'm trying to capture Your

14:20:47  10    Honor's question.  I'm sorry.

14:20:48  11    **A.**   Yes.  All the circulations are cyclonic.  They're all

14:20:52  12    rotating in the same sense.

14:20:54  13    **Q.**   All right.  But when you look in the ground-relative in

14:20:56  14    this particular instance, all the direction of all the wind

14:20:59  15    flow is green and, therefore --

14:21:05  16    **A.**   Inbound.

14:21:05  17    **Q.**   -- inbound?

14:21:07  18    **A.**   Toward the radar.

14:21:08  19    **Q.**   And that's a similar concept to the one you showed earlier

14:21:10  20    with the red outbound for that mesocyclone we spent time

14:21:14  21    talking about at 3:31; right?

14:21:17  22    **A.**   To answer directly, you can see that this dealiasing

14:21:22  23    algorithm preserves the actual velocity of the wind.  It does

14:21:25  24    not filter -- there's no filtering.  There's no removal of data

14:21:32  25    whatsoever.  It simply unfolds the velocity.

14:21:34  1           **THE COURT:**  I understand that the mesocyclones
14:21:36  2   rotate, obviously, in this hemisphere the same way that a
14:21:42  3   hurricane does, but that a mesocyclone, it's my understanding
14:21:46  4   and correct me, can on some occasions perturb the wind movement
14:21:52  5   so that it's not all moving in the same direction.  Is that
14:21:57  6   true?  Can that happen?
14:21:59  7           **THE WITNESS:**  Well, it's a rotating wind field.
14:22:03  8           **THE COURT:**  Okay.  I guess is my question answerable:
14:22:05  9   Can it happen that the wind is perturbed by a mesocyclone so
14:22:08 10   that all -- so the wind is not uniform in a specific area?
14:22:16 11           **THE WITNESS:**  Oh, absolutely.
14:22:17 12           **THE COURT:**  That was my question.  So do any of these
14:22:22 13   show perturbation of wind?
14:22:24 14           **THE WITNESS:**  They clearly do in -- not at the
14:22:26 15   harbor, but out in here where these --
14:22:28 16           **THE COURT:**  Yeah.  See, that's what I thought you
14:22:29 17   were saying.  I just wanted to get it clear.  That's what I
14:22:32 18   thought you said.
14:22:33 19           **THE WITNESS:**  Okay.
14:22:33 20           **THE COURT:**  I got a little confused --
14:22:35 21           **THE WITNESS:**  These are signatures of rapidly
14:22:36 22   rotating wind fields.
14:22:37 23           **THE COURT:**  Gotcha.  I understand.
14:22:37 24           **MR. RAFFMAN:**  I didn't want the examination to --
14:22:37 25           **THE COURT:**  These are the ones that I was asking

                  JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

14:22:43   1   about do they exist, and he's showing me they do.  That's my
14:22:47   2   understanding.
14:22:47   3            MR. RAFFMAN:  Thank you, Your Honor.
14:22:48   4            THE WITNESS:  They're very important to warning
14:22:49   5   programs.  When we see them, we know a warning is needed.
14:22:55   6            THE COURT:  But you have to see them looking at
14:22:56   7   the -- apparently, you can't do it by looking at the
14:22:59   8   algorithms.  You have to -- somebody has to be looking at the
14:23:01   9   base data; correct?
14:23:03  10            THE WITNESS:  That's exactly right, yes.
14:23:05  11            THE COURT:  So who's doing that?  When we get our
14:23:07  12   warnings, where do we get them from?
14:23:09  13            THE WITNESS:  The warning forecasters are dedicated
14:23:12  14   to AWIPS work stations, and that's exactly what they do.  They
14:23:15  15   look all the time at base data.
14:23:18  16            THE COURT:  So they are not -- then when are the
14:23:21  17   algorithms used?
14:23:23  18            THE WITNESS:  Just about never.  They're very rarely
14:23:25  19   used.
14:23:26  20            THE COURT:  But why would we get those images that we
14:23:28  21   saw in Dr. Mitchell's presentation of all the little white dots
14:23:32  22   that say "mesocyclone"?
14:23:33  23            THE WITNESS:  That's a good question.  In the design
14:23:36  24   of this machine when it was -- before we had even released it
14:23:40  25   to the field, we designed, at the government's request, what we

1786

14:23:50   1   called a product request list, and it's made for level III

14:23:53   2   products.  On that level III product request list are the TVS

14:23:59   3   and mesocyclone algorithms.  So they're automatically, all the

14:24:03   4   time, generated, even though they're not used by the warning

14:24:06   5   forecaster.

14:24:07   6            **THE COURT:**  Thank you.

14:24:09   7            **MR. RAFFMAN:**  Thank you, Your Honor.

14:24:09   8   BY MR. RAFFMAN:

14:24:09   9   Q.   So let's -- again, I want to look at the image for

14:24:14   10   3:42 a.m. because there was discussion about that.

14:24:16   11            **MR. RAFFMAN:**  Let's go to the next slide, please.

14:24:18   12   BY MR. RAFFMAN:

14:24:23   13   Q.   In Dr. Mitchell's report, he had a statement that:

14:24:25   14   "There's an indication of thunderstorm cells A-4 and Y-4 having

14:24:31   15   wind shear and a mesocyclone at the time of the radar image

14:24:34   16   3:42 a.m. over the canal."

14:24:37   17            Do you agree with that statement by Dr. Mitchell?

14:24:42   18            At the canal location, so that the wind gusts at the

14:24:44   19   canal have got multidirectional wind components.  Do you agree

14:24:49   20   with that?

14:24:50   21   A.   No, I don't.

14:24:51   22   Q.   All right.  Let's go to the 3:42 image.  Mr. Lemon,

14:24:55   23   explain to the Court what the radar image for 3:42 a.m. shows

14:25:00   24   about wind conditions at the canal.

14:25:03   25   A.   Again, the canal is about right here.  We can see that the

1787

14:25:07   1   winds are --

14:25:09   2   Q.   For the record, you're pointing to the yellow dot in the

14:25:12   3   upper right-hand quadrant, in about the middle.  Okay?

14:25:17   4   A.   The winds are consistently from the northeast, as they

14:25:20   5   have been throughout the period, but you'll notice there's some

14:25:23   6   slight decrease in wind speed.  I think -- or velocity.  I

14:25:26   7   think that's due to a more easterly flow of the wind that is

14:25:29   8   more from the east towards the west here.  It's slackened

14:25:33   9   somewhat in response to the convergence into the base of the

14:25:36   10  updraft here.

14:25:37   11       There's not rotation.  There's not a mesocyclone.

14:25:41   12  There's convergence up in here in -- over the lake water, to

14:25:45   13  the north, about -- I think it's about 4 miles north of the

14:25:49   14  harbor, but it's not affecting the winds at the harbor at all.

14:25:53   15  Q.   In terms of multidirectional flow, what does the spectrum

14:26:01   16  width image disclose --

14:26:03   17  A.   You can see --

14:26:04   18  Q.   Let me finish my question.

14:26:05   19       What does the spectrum width image on the right show

14:26:08   20  about multidirectional winds at 3:42 a.m.?

14:26:12   21  A.   It shows none.

14:26:14   22  Q.   No multidirectional winds?

14:26:15   23  A.   No.

14:26:16   24  Q.   And that's because the color of the dot is very dark,

14:26:18   25  indicating very -- indicating what?

14:26:21   1    **A.**    Indicating very low-spectrum winds.

14:26:25   2            And you can see up here where the convergent zone it

14:26:29   3    is itself, there is a more turbulent character to the flow

14:26:32   4    there.  But it's not at the harbor at all.

14:26:36   5    **Q.**    All right.  Let's go to the last -- I'm going to skip this

14:26:40   6    part.  The NEXRAD radar indicates -- this is Mitchell report,

14:26:50   7    page 34 and 35, where he looked at the images and found that:

14:26:54   8    "Green next to red on the base radial velocity indicated wind

14:26:58   9    shear and cyclonic rotation."

14:27:00   10           You've seen that in his report?

14:27:01   11   **A.**    I saw that in his report, yes.

14:27:03   12   **Q.**    And do you agree that the images he showed indicate wind

14:27:06   13   shear and cyclonic rotation?

14:27:08   14   **A.**    Not at all.  He's misinterpreting folded data.

14:27:13   15   **Q.**    And if you unfold the data, what does it show?

14:27:16   16   **A.**    Uniform northeasterly flow without these indications that

14:27:20   17   he's talking about.

14:27:22   18           **MR. RAFFMAN:**  All right.  Thank you, Your Honor.  I

14:27:23   19   tender the witness.

14:27:25   20           **THE COURT:**  Thank you.  I'm going to give you --

14:27:26   21   we're going to take a little earlier break, just to give you

14:27:29   22   about 10 minutes.  Then we'll try to get through your entire

14:27:36   23   cross without taking a break.

14:27:38   24           **MR. KHORRAMI:**  Okay.

14:27:39   25           **THE COURT:**  Okay.

                        JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                                   UNITED STATES DISTRICT COURT
                                   EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 14:27:40 | 1 | **THE DEPUTY CLERK:**  All rise. |
| 14:27:41 | 2 | (WHEREUPON, the Court took a recess.) |
| 14:44:13 | 3 | **THE DEPUTY CLERK:**  All rise, please.  Court's in |
| 14:44:24 | 4 | session.  Please be seated. |
| 14:44:38 | 5 | **THE COURT:**  Yes, sir. |
| 14:44:42 | 6 | **BY MR. KHORRAMI:** |
| 14:44:42 | 7 | **Q.**   Good afternoon, Mr. Lemon.  I want just wanted to make |
| 14:44:46 | 8 | sure that you're feeling okay.  If at any time you have a |
| 14:44:48 | 9 | feeling like you're needing a little break, you let me know. |
| 14:44:52 | 10 | Okay? |
| 14:44:52 | 11 | **A.**   I'm glad you asked.  Thank you.  I feel fine. |
| 14:44:54 | 12 | **Q.**   Okay.  Great. |
| 14:44:55 | 13 | What I wanted to start with one of the last slides |
| 14:45:02 | 14 | that you looked at.  I believe it's Figure 13 to your report. |
| 14:45:07 | 15 | You testified about this.  The Court had asked you whether |
| 14:45:11 | 16 | there's any time when, at the ground level, you have velocities |
| 14:45:17 | 17 | that are going -- on the right side, for example, going against |
| 14:45:23 | 18 | the direction -- away from the radar or, on the left side, |
| 14:45:29 | 19 | coming towards the radar? |
| 14:45:30 | 20 | This is the base velocity quadrant; right? |
| 14:45:35 | 21 | **A.**   Yes. |
| 14:45:35 | 22 | **Q.**   And that's what we're feeling at the ground level; right? |
| 14:45:37 | 23 | **A.**   Yes. |
| 14:45:38 | 24 | **Q.**   That's what would be at the barge's level; right? |
| 14:45:41 | 25 | **A.**   Yes. |

| | | |
|---|---|---|
| 14:45:42 | 1 | **Q.**   And something that came up was whether, ever, we would |
| 14:45:46 | 2 | have a situation where this area that's all green, even though |
| 14:45:50 | 3 | there are mesocyclones in it -- because you pointed them out |
| 14:45:52 | 4 | right here -- we had a situation where, on the ground, we'd |
| 14:45:56 | 5 | have winds coming and something that's different from the |
| 14:46:00 | 6 | synoptic winds that are there. |
| 14:46:02 | 7 | **A.**   Yes. |
| 14:46:03 | 8 | **Q.**   We would. |
| 14:46:03 | 9 |       In this situation, is that happening? |
| 14:46:07 | 10 | **A.**   No. |
| 14:46:07 | 11 | **Q.**   Okay.  In any of the slides that you've shown today on the |
| 14:46:11 | 12 | ground level, has that happened? |
| 14:46:13 | 13 | **A.**   No. |
| 14:46:23 | 14 |       **THE COURT:**  The question -- how do you measure on the |
| 14:46:26 | 15 | ground level?  Does the radar go from ground zero to... |
| 14:46:34 | 16 |       **THE WITNESS:**  That's a very good question.  It's |
| 14:46:36 | 17 | something that I didn't get into earlier, and that is that, as |
| 14:46:38 | 18 | a first approximation, the radar beam goes straight outward. |
| 14:46:44 | 19 | It does curve slightly downward due to the refractive index |
| 14:46:50 | 20 | change in the atmosphere. |
| 14:46:52 | 21 |       But the radar horizon is one of the problems |
| 14:46:55 | 22 | because, as the beam gets farther away from the radar, it's |
| 14:46:58 | 23 | farther and farther off the ground because the earth's |
| 14:47:03 | 24 | curvature drops out from under the beam.  So the beam is at |
| 14:47:06 | 25 | higher elevation angles the farther out it goes. |

| | | |
|---|---|---|
| 14:47:10 | 1 | **THE COURT:**  Okay. |
| 14:47:11 | 2 | BY MR. KHORRAMI: |
| 14:47:11 | 3 | **Q.**   Now, you mentioned that you received your bachelor's |
| 14:47:13 | 4 | degree; right? |
| 14:47:14 | 5 | **A.**   Yes. |
| 14:47:14 | 6 | **Q.**   And it was in meteorology? |
| 14:47:16 | 7 | **A.**   Yes. |
| 14:47:17 | 8 | **Q.**   You did not receive your master's; correct? |
| 14:47:19 | 9 | **A.**   That's true. |
| 14:47:20 | 10 | **Q.**   In fact, you had to leave school in your first semester; |
| 14:47:23 | 11 | correct? |
| 14:47:24 | 12 | **A.**   Yes. |
| 14:47:24 | 13 | **Q.**   And you've never returned to school? |
| 14:47:26 | 14 | **A.**   That's true. |
| 14:47:26 | 15 | **Q.**   Since that time, you've taken no courses in meteorology; |
| 14:47:29 | 16 | correct? |
| 14:47:33 | 17 | **A.**   Yes.  I think that's true. |
| 14:47:34 | 18 | **Q.**   Okay.  You've taken no courses in mathematics? |
| 14:47:38 | 19 | **A.**   No. |
| 14:47:39 | 20 | **Q.**   No courses in physics? |
| 14:47:41 | 21 | **A.**   No. |
| 14:47:42 | 22 | **Q.**   You've had no courses that train you on Doppler Radar; |
| 14:47:45 | 23 | correct? |
| 14:47:46 | 24 | **A.**   Well, one of the things that -- I've got to put a |
| 14:47:50 | 25 | stipulation in here: |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

14:47:51   1          One of the things is, first of all, my research is on
14:47:55   2   the cutting edge, and so I'm developing new techniques and new
14:47:59   3   algorithms, new ways of analyzing the data, number one;
14:48:03   4          Number two, I work in the National Weather Center,
14:48:08   5   where there's a large number of radar organizations.  As such,
14:48:13   6   we have about probably six or seven seminars each week, and all
14:48:18   7   these seminars are of the latest developments.  So I attend a
14:48:23   8   number of those seminars.
14:48:26   9          Individually, I attend professional conferences where
14:48:30  10   new data and new techniques are presented.  And I certainly
14:48:34  11   read as well.  So I'm continuously educating myself.
14:48:39  12   Q.   I understand that.  But you've had no formal courses on
14:48:42  13   Doppler Radar?  That's all I'm asking.
14:48:45  14   A.   I teach them.
14:48:46  15   Q.   I understand that.  But you've never been a student
14:48:49  16   yourself?
14:48:49  17   A.   No.
14:48:49  18   Q.   That's all I'm asking.  Thank you.
14:48:52  19          THE COURT:  Let me pursue my question.
14:49:00  20          Can radar technology, including Doppler
14:49:03  21   technology, actually measure wind velocity at ground level?
14:49:08  22          THE WITNESS:  Close to the radar, yes.
14:49:11  23          THE COURT:  And as you were explaining, the more
14:49:16  24   distance from the radar, the more problematic that becomes.
14:49:19  25          And when you say "close," tell me in radar terms

14:49:22  1    what is "close."

14:49:23  2            THE WITNESS:  We generally say that the effective

14:49:27  3    range of the radar is, typically for the WSR-88D, it's about

14:49:33  4    100 miles, out to about 100 miles.  What we do struggle with at

14:49:43  5    times is a certain feature that we see a lot extended downward

14:49:49  6    to the ground, and that's a question that we ask ourselves.

14:49:56  7            So one of the things that we've done is, in

14:49:59  8    examining these cases -- a large number of cases -- and doing

14:50:02  9    research, we have found that, for example, these circulations

14:50:04  10   have the tendency, will go down to the ground, when the

14:50:07  11   low-level shear is high, is strong.  We find that, if the

14:50:10  12   low-level shear is weak, there's often insulation, and these

14:50:14  13   circulations will stay aloft.  But with strong boundary layer

14:50:20  14   shear, there's a much higher probability of them extending to

14:50:24  15   the ground.

14:50:25  16           The number one warning tool in the National

14:50:28  17   Weather Service is radar, and it's that for a purpose.  It's

14:50:34  18   because it does perform well, and we do have a good record of

14:50:37  19   warning relative to people who live at ground level.

14:50:42  20           THE COURT:  Probably the best way to measure wind at

14:50:44  21   ground level is a gauge, a wind gauge, at that level.

14:50:51  22           THE WITNESS:  Precisely.  Because it's like -- I

14:50:54  23   talked about microburst detection.  The Federal Aviation

14:50:58  24   Administration has a network of anemometers around every large

14:51:05  25   airport designed specifically for detection of microbursts.

| | | |
|---|---|---|
| 14:51:09 | 1 | The second thing they have is a microburst |
| 14:51:11 | 2 | detection radar, it's Terminal Doppler Weather Radar.  That's |
| 14:51:17 | 3 | dedicated to detection of microbursts. |
| 14:51:20 | 4 | THE COURT:  Thank you, sir.  Go ahead, counsel. |
| 14:51:25 | 5 | MR. KHORRAMI:  I'm sorry, Your Honor. |
| 14:51:26 | 6 | BY MR. KHORRAMI: |
| 14:51:27 | 7 | Q.   Now, you work at the Warning Decision Training Branch; is |
| 14:51:30 | 8 | that correct, sir? |
| 14:51:31 | 9 | A.   That's correct. |
| 14:51:31 | 10 | Q.   And there you teach other meteorologists; correct?  You |
| 14:51:37 | 11 | train them? |
| 14:51:37 | 12 | A.   That's correct. |
| 14:51:38 | 13 | Q.   And you train them how to give warnings; correct? |
| 14:51:41 | 14 | A.   That's true. |
| 14:51:41 | 15 | Q.   How to do forecasts; correct? |
| 14:51:44 | 16 | A.   Yes. |
| 14:51:44 | 17 | Q.   In your capacity there, you're not a manager over there; |
| 14:51:49 | 18 | is that correct? |
| 14:51:49 | 19 | A.   I am not, no. |
| 14:51:50 | 20 | Q.   You're an associate meteorologist; correct? |
| 14:51:53 | 21 | A.   That's true. |
| 14:51:54 | 22 | Q.   And you're part of a group of about 30? |
| 14:51:56 | 23 | A.   Yes. |
| 14:51:56 | 24 | Q.   And all of the people in that group, they all teach; |
| 14:51:59 | 25 | correct? |

14:51:59   1   **A.**   Yes, they do.

14:52:01   2   **Q.**   And what they teach is forecasting; correct?

14:52:04   3   **A.**   We teach -- the emphasis is different for different

14:52:09   4   people.  The expertise that they have is different.  We're not

14:52:14   5   all the same.  We're not monolith.  We have -- certainly,

14:52:20   6   there's a cross-section of different types of people in the

14:52:24   7   Warning Decision Training Branch.

14:52:28   8   **Q.**   But it involves forecasting and giving warnings; correct?

14:52:32   9   **A.**   That's correct.

14:52:32   10  **Q.**   That's why it's named the Warning Decision Training

14:52:35   11  Branch?

14:52:38   12  **A.**   That is right.

14:52:38   13  **Q.**   And for purposes of your opinions in this case, you're not

14:52:41   14  relying on Dr. Dooley or his reports; correct?

14:52:45   15  **A.**   No, not at all.

14:52:46   16  **Q.**   And you're not relying on Dr. Cushing at all; correct?

14:52:49   17  **A.**   I am not.

14:52:50   18  **Q.**   You're certainly not relying on Dr. Mitchell?

14:52:53   19  **A.**   No, I'm not.

14:52:53   20  **Q.**   You studied radar data; correct?

14:52:58   21  **A.**   Yes.

14:52:58   22  **Q.**   And specifically level II radar data; correct?

14:53:00   23  **A.**   Yes.

14:53:01   24  **Q.**   You did not put any weight on the level III radar data;

14:53:05   25  correct?

14:53:05  1   A.   No.  I looked primarily -- I looked exclusively, really,

14:53:08  2   at level II data.  That's the most reliable data.  That's where

14:53:13  3   it's located.

14:53:14  4   Q.   And you know Tim Crum?

14:53:18  5   A.   I do.

14:53:19  6   Q.   And who's Tim Crum?

14:53:21  7   A.   He is the deputy director of the radar operations center.

14:53:26  8   Q.   And you trust Tim Crum?

14:53:27  9   A.   I do.

14:53:28  10   Q.   Do you respect him?

14:53:29  11   A.   Yes.

14:53:29  12   Q.   You would rely on his words; correct?

14:53:33  13   A.   We have had some disagreements; but, yes, I would rely on

14:53:37  14   him.

14:53:37  15   Q.   And you find him to be an authority on Doppler Radar?

14:53:41  16   A.   On some aspects, yes.

14:53:54  17           MR. KHORRAMI:  Now, Your Honor, we're going to mark

14:53:56  18   this for identification as Plaintiff's Exhibit 451.  I believe

14:54:00  19   that's the next in order.

14:54:02  20   BY MR. KHORRAMI:

14:54:02  21   Q.   This is a document that was generated by Tim Crum, among

14:54:06  22   others; is that correct?

14:54:07  23   A.   Yes, I see.

14:54:07  24   Q.   That's the same Tim Crum; right?

14:54:10  25   A.   Yes.

| | | |
|---|---|---|
| 14:54:10 | 1 | **Q.**   And it talks about level II and level III data? |
| 14:54:13 | 2 | **A.**   Yes. |
| 14:54:14 | 3 | **Q.**   Have you seen this document before? |
| 14:54:17 | 4 | **A.**   I don't recall. |
| 14:54:18 | 5 | **Q.**   Well, let me show you a couple of excerpts from it. |
| 14:54:28 | 6 | **MR. RAFFMAN:**   May we have a copy of the document and |
| 14:54:30 | 7 | perhaps a citation for the record in terms of the date on which |
| 14:54:34 | 8 | it was published? |
| 14:54:35 | 9 | **MR. KHORRAMI:**   The date it was published was 1993, |
| 14:54:36 | 10 | Your Honor.  It's down at the bottom.  April 1993. |
| 14:54:41 | 11 | **THE COURT:**   Do you have a copy -- |
| 14:54:42 | 12 | **MR. KHORRAMI:**   I will have one printed right now for |
| 14:54:45 | 13 | counsel. |
| 14:54:45 | 14 | **THE COURT:**   All right. |
| 14:55:51 | 15 | **BY MR. KHORRAMI:** |
| 14:55:51 | 16 | **Q.**   Do you see the highlighted areas? |
| 14:55:53 | 17 | **A.**   Yes. |
| 14:55:54 | 18 | **Q.**   An advantage of using level III data versus level II is |
| 14:55:58 | 19 | that no base-data processing is required; correct? |
| 14:56:00 | 20 | **A.**   Yes. |
| 14:56:00 | 21 | **Q.**   Do you agree with that statement? |
| 14:56:01 | 22 | **A.**   Yes. |
| 14:56:02 | 23 | **Q.**   And meteorological -- one of the advantages is that |
| 14:56:05 | 24 | meteorological research and legal inquiries concerning the |
| 14:56:09 | 25 | atmospheric conditions present near the radar.  That's one of |

| | | |
|---|---|---|
| 14:56:12 | 1 | the advantages of using level III data; is that right? |
| 14:56:16 | 2 | A.   Yes, that's true. |
| 14:56:21 | 3 | Q.   And I think we have -- and level III data, again, is |
| 14:56:29 | 4 | appropriate for studies of important weather events; correct? |
| 14:56:32 | 5 | A.   Yes. |
| 14:56:32 | 6 | Q.   That includes forensically studying weather events; |
| 14:56:41 | 7 | correct? |
| 14:56:41 | 8 | A.   Yes, it does. |
| 14:56:56 | 9 | Q.   Again, level III data is appropriate for use in legal |
| 14:57:00 | 10 | matters and studies of important weather events; is that |
| 14:57:03 | 11 | correct? |
| 14:57:03 | 12 | A.   That's true. |
| 14:57:03 | 13 | Q.   And you agree with Mr. Crum; correct? |
| 14:57:05 | 14 | A.   I do. |
| 14:57:08 | 15 | Q.   But you didn't review any level III data and you didn't |
| 14:57:10 | 16 | rely on it; correct? |
| 14:57:12 | 17 | A.   I did not. |
| 14:57:15 | 18 | Q.   Now, you also didn't rely on Dr. Dooley's data again; |
| 14:57:21 | 19 | right? |
| 14:57:22 | 20 | A.   I did not. |
| 14:57:22 | 21 | Q.   And he specifically looked at different wind data that was |
| 14:57:28 | 22 | available at the surface; correct? |
| 14:57:30 | 23 | A.   I know that, yes. |
| 14:57:31 | 24 | Q.   You used the GR software; specifically the GR2Analyst, in |
| 14:57:36 | 25 | order to look at the level II data; correct? |

14:57:39   1    A.   Yes, correct.

14:57:40   2    Q.   That's a commercially available program; correct?

14:57:43   3    A.   It is.

14:57:44   4    Q.   But not everyone uses it for interpreting level II data;

14:57:49   5    is that correct?

14:57:50   6    A.   That's correct, yes.

14:57:51   7    Q.   They may use other software; right?

14:57:54   8    A.   Yes.

14:57:54   9    Q.   Or they may use no software at all; correct?

14:57:58   10   A.   Well, it depends on what day you're using without the

14:58:04   11   display software.

14:58:05   12   Q.   But it does happen; correct?

14:58:07   13   A.   Using -- in terms of using certain data products, yes,

14:58:11   14   that's true.

14:58:25   15   Q.   For purposes of your analysis, you used only the

14:58:27   16   GR2Analyst and Microsoft Word; correct?

14:58:31   17   A.   Yes.

14:58:31   18   Q.   Nothing else.

14:58:34   19        And when you used the GR2Analyst software, you always

14:58:41   20   leave the dealiasing function off; correct?

14:58:43   21   A.   No.  The dealiasing function is always left on because I'm

14:58:46   22   looking at base data.  The base-data stream from the signal

14:58:50   23   processor is not dealiased.  And I can order the base data from

14:58:54   24   a large number of radars, and so it's always on.

14:58:57   25   Q.   I think I -- maybe I didn't voice my question correctly.

14:59:02  1          But you always leave the dealiasing function on when
14:59:07  2  you're using that program; correct?
14:59:09  3  A.   Yes.
14:59:09  4  Q.   You never have it off; right?
14:59:11  5  A.   No, I wouldn't say I never have it off.  In certain cases
14:59:14  6  where I suspect I've got a data problem other than a dealiasing
14:59:21  7  failure, or if I do think it's a dealiasing failure, I will
14:59:25  8  sometimes turn it on and off.
14:59:28  9  Q.   Okay.  But very rarely does that happen; right?
14:59:35 10  A.   That's true.
14:59:36 11  Q.   And you're one of the developers of the GR2Analyst
14:59:40 12  software; correct?
14:59:42 13  A.   I wouldn't go that far.  What I would say is that I have
14:59:44 14  assisted him.  I've done some debugging of that software, and
14:59:48 15  I've also recommended to him some enhancements.
14:59:53 16  Q.   You've never referred to yourself as the developer of --
14:59:56 17  one of the developers of that software?
14:59:58 18  A.   No.
14:59:58 19          MR. KHORRAMI:  Bob, can you put up Mr. Lemon's
14:59:58 20  deposition, 157, line 6 through 8?
14:59:58 21  BY MR. KHORRAMI:
14:59:59 22  Q.   Okay.  That is your answer when gave your deposition.  Do
15:00:55 23  you remember giving your deposition a few days ago?
15:00:57 24  A.   I do.
15:00:58 25  Q.   And over there you say that you have worked with the

15:01:01  1  author of the software as a developer; is that correct?

15:01:05  2  A.   I -- well, it's there in the transcript.  I guess I said

15:01:08  3  it.  I would say that that's an overstatement.

15:01:11  4          As I said, I worked with him in making

15:01:15  5  recommendations.  I've noted some problems with it.  I've

15:01:19  6  talked to him about those problems, and I made recommendations

15:01:24  7  on how to enhance the -- the product.

15:01:27  8  Q.   Now, who is the author of the software?

15:01:30  9  A.   Mike Gibson.

15:01:32  10  Q.   Mike Gibson is not a meteorologist; correct?

15:01:35  11  A.   That's true.

15:01:36  12  Q.   He is a computer programmer; correct?

15:01:38  13  A.   He is, yes.

15:01:39  14  Q.   And now as to the GR3Analyst, that exists as well; right?

15:01:43  15  A.   Yes, it does.

15:01:44  16  Q.   And did you try using GR3Analyst for the purpose of your

15:01:49  17  report?

15:01:49  18  A.   Not in this case.  I've used it before, but not here.

15:01:52  19  Q.   Okay.  Well, I'm going to show you another document having

15:01:55  20  to do with the GR3Analyst.

15:02:36  21          Do you see over there, it says:  "GR3Analyst Radar

15:02:42  22  Tutorial"?  Do you want me to have that blown up for you?

15:02:47  23  A.   Say that again.  Repeat that, please.

15:02:49  24  Q.   Close to the top, it says:  "GR Level 3 Radar Tutorial"?

15:02:54  25  A.   Yes.

1802

| | | |
|---|---|---|
| 15:02:55 | 1 | **Q.**   That's the same program; right? |
| 15:02:56 | 2 | **A.**   It's the same one, yes.  It's -- well, it's the level 3. |
| 15:03:00 | 3 | **Q.**   The level 3; correct? |
| 15:03:02 | 4 | **A.**   Yes. |
| 15:03:03 | 5 | **Q.**   Now, let's look at what it says towards the bottom of |
| 15:03:06 | 6 | page 2 of the document. |
| 15:03:15 | 7 | "GR level 3 shows the new MDA, or mesocyclone |
| 15:03:19 | 8 | detection algorithm"; is that correct? |
| 15:03:20 | 9 | **A.**   Yes. |
| 15:03:21 | 10 | **Q.**   Is that what the program does, mesocyclones; it shows |
| 15:03:24 | 11 | them? |
| 15:03:24 | 12 | **A.**   It has.  It also has a mesocyclone detection algorithm |
| 15:03:28 | 13 | which is far superior to the 2005 ADAD algorithm.  It's based |
| 15:03:34 | 14 | on National Severe Storms Laboratory algorithm. |
| 15:03:38 | 15 | **Q.**   But you didn't use that software for the purposes of your |
| 15:03:41 | 16 | opinions here today; correct? |
| 15:03:43 | 17 | **A.**   No, I didn't. |
| 15:03:50 | 18 | **Q.**   Now, when the National Weather Service and NOAA put out |
| 15:03:53 | 19 | documents, particularly products, whether they're level III or |
| 15:03:58 | 20 | level II, they dealias them already; correct? |
| 15:04:04 | 21 | **A.**   Incorrect.  The level II data stream is -- comes directly |
| 15:04:09 | 22 | out of the signal processor, and it is not dealiased because |
| 15:04:14 | 23 | the dealiasing is done in the RPG.  The range -- it is range |
| 15:04:19 | 24 | overlay corrected. |
| 15:04:25 | 25 | **Q.**   Okay.  What I asked, I think, was a different question, |

1803

| | | |
|---|---|---|
| 15:04:27 | 1 | and perhaps I didn't word it correctly. |
| 15:04:29 | 2 | When the National Weather Service actually puts out |
| 15:04:32 | 3 | the product to the public, it's been dealiased; correct? |
| 15:04:38 | 4 | A.   Level II has not; level III has. |
| 15:04:41 | 5 | Q.   So when you say the base products of the National Weather |
| 15:04:46 | 6 | Service, that does not include level III -- level II, I'm |
| 15:04:54 | 7 | sorry? |
| 15:04:55 | 8 | A.   Okay.  Level II products -- level II data, as distributed |
| 15:04:59 | 9 | from each radar, is not dealiased. |
| 15:05:03 | 10 | Q.   Okay. |
| 15:05:03 | 11 | A.   Level III products are dealiased. |
| 15:05:06 | 12 | Q.   Okay.  Well, let's go to -- |
| 15:05:09 | 13 | MR. KHORRAMI:  Bob, can you put up Mr. Lemon's |
| 15:05:11 | 14 | deposition, page 149, lines 10 through 13, please. |
| 15:05:15 | 15 | BY MR. KHORRAMI: |
| 15:06:05 | 16 | Q.   "The National Weather Service" -- the question is from |
| 15:06:06 | 17 | your deposition on June 17th.  Again, a few days ago. |
| 15:06:10 | 18 | Now, the question was asked:  "The National Weather |
| 15:06:13 | 19 | Service provides its base products already dealiased, doesn't |
| 15:06:18 | 20 | it?"  And you said:  "It does." |
| 15:06:20 | 21 | A.   I was talking about level III base products. |
| 15:06:23 | 22 | Q.   Okay.  And as to Katrina, you reviewed some of those |
| 15:06:29 | 23 | level III products; right?  Which were in Dr. Mitchell's |
| 15:06:32 | 24 | report. |
| 15:06:33 | 25 | A.   Yes. |

1804

| | | |
|---|---|---|
| 15:06:34 | 1 | Q.   And when you reviewed the level II products, you felt that |
| 15:06:37 | 2 | there was a problem with the product; right? |
| 15:06:40 | 3 | A.   Not that there's a problem with level II base data, but |
| 15:06:45 | 4 | within his report, in his level II as part of his level III |
| 15:06:49 | 5 | data that he acquired, yes, I did. |
| 15:06:53 | 6 | Q.   In fact, you immediately noticed something was wrong when |
| 15:06:56 | 7 | you looked at the data, not Dr. Mitchell's, the level II data; |
| 15:07:00 | 8 | correct? |
| 15:07:00 | 9 | A.   No, not correct.  When I looked at the level II products |
| 15:07:04 | 10 | in Dr. Mitchell's report, I could see that there was a problem |
| 15:07:08 | 11 | there. |
| 15:07:10 | 12 | Q.   With what? |
| 15:07:11 | 13 | A.   When I looked at Dr. Mitchell's report, he has level II |
| 15:07:16 | 14 | products within that report that -- and when I looked at those |
| 15:07:22 | 15 | velocities, I could immediately see there was a problem, yes. |
| 15:07:25 | 16 | Q.   Okay.  And those were products that were put out by NOAA; |
| 15:07:29 | 17 | correct? |
| 15:07:30 | 18 | A.   That's correct. |
| 15:07:30 | 19 | Q.   That's what he was displaying; correct? |
| 15:07:33 | 20 | A.   That's correct. |
| 15:07:34 | 21 | Q.   And he hadn't altered them in any way; correct? |
| 15:07:36 | 22 | A.   That's correct. |
| 15:07:37 | 23 | Q.   So the level II data that was put out by NOAA, it's your |
| 15:07:41 | 24 | contention there was something wrong with it; correct? |
| 15:07:43 | 25 | A.   That's true, yes. |

15:07:44  1   **Q.**   That's the same level II data that you used; correct?

15:07:47  2   **A.**   No, incorrect.  That is level II data that came from the

15:07:50  3   RPG, so it's been processed in the RPG.  That's where the

15:07:57  4   velocity dealiasing occurs.

15:07:59  5              I didn't get -- the level II data that I got is

15:08:02  6   directly from the signal processor.  It's level II data.  It is

15:08:08  7   not level III data.  Is it has not gone through the RPG, where

15:08:12  8   the dealiasing algorithm runs.

15:08:14  9   **Q.**   So the level II data that NOAA put out was defective,

15:08:19  10  according to you?

15:08:19  11  **A.**   No, the level II data was fine.  It was the level III

15:08:23  12  dealiasing problem.  That's where the problem occurred.  In

15:08:25  13  level III, dealiasing of level II data.

15:08:28  14  **Q.**   So level -- the level III data was now defective -- the

15:08:32  15  level III data that NOAA put out, correct, has been defective?

15:08:36  16  Correct?

15:08:38  17  **A.**   Those products, yes.

15:08:39  18  **Q.**   That's your contention; correct?

15:08:40  19  **A.**   Yes.

15:08:40  20  **Q.**   And for the past five years, what NOAA has been putting

15:08:44  21  out has been defective; correct?

15:08:46  22  **A.**   No, wrong.

15:08:48  23  **Q.**   Okay.

15:08:48  24  **A.**   Wrong.

15:08:49  25  **Q.**   Has that level III data, sir, changed over the last five

1806

15:08:52   1   years?

15:08:52   2   **A.**   It has.

15:08:53   3            Let me explain something.  When I saw this problem, I

15:08:58   4   said, "We got a problem, Houston," because this data is being

15:09:04   5   distributed to people who are relying on it and using it.

15:09:07   6            So I called Tim Crum and I said, "Tim, we've got a

15:09:10   7   problem.  I've got some level III data here that is clearly

15:09:14   8   incorrectly -- or it hasn't been dealiased."

15:09:18   9            And I also talked to Dave Zittel, who's in the

15:09:22  10   applications branch and works for Tim Crum.

15:09:26  11            We looked at that, and we realized that, at that

15:09:29  12   time, a new velocity dealiasing algorithm had been applied.  It

15:09:33  13   had just started.  It was the MDA, the multiple PRF dealiasing

15:09:39  14   algorithm.  That algorithm uses three successive base-data

15:09:46  15   products that have not yet been dealiased.  And then as part of

15:09:54  16   the dealiasing routine, it looks at each one of those base

15:09:59  17   products.  Then, after the third product, that's when the

15:10:02  18   dealiasing occurs.

15:10:05  19            In 2005, we had just implemented that algorithm.

15:10:10  20   I -- this is what I think happened.  I can't promise you

15:10:14  21   what -- that I know specifically what happened, but I think

15:10:18  22   that multiple PRF dealiasing algorithm was employed.  I know it

15:10:24  23   was in Katrina, I know it was.  It was -- because they were

15:10:27  24   using VCP 121.

15:10:31  25            But the archival process at NCDC did not know that.

15:10:37  1  They took the first product, and it was waveform 8, dealiasing

15:10:46  2  product, assuming it had been unfolded.

15:10:50  3  **Q.**   And that's your way of explaining that the level III data

15:10:53  4  that's available from NOAA is defective; correct?

15:10:57  5  **A.**   No.  The level III -- these products for Katrina --

15:10:59  6  **Q.**   Then what's wrong with --

15:11:01  7          **THE COURT:**  Wait, let him finish.  Let him finish.

15:11:03  8          **THE WITNESS:**  These products for Katrina were, in

15:11:05  9  fact, problematic.  They had a problem.  But I don't mean to

15:11:10  10  say that that problem continued on throughout the years past

15:11:15  11  then.  I don't know how long the problem continued.  I haven't

15:11:20  12  looked that far into it.  There is a problem there, though.

15:11:23  13  **BY MR. KHORRAMI:**

15:11:23  14  **Q.**   I'm asking you if the level III data that's available from

15:11:26  15  NOAA is defective.  It's a simple question.

15:11:30  16  **A.**   No.

15:11:30  17  **Q.**   The level III data is currently good?

15:11:33  18  **A.**   Yes.  As far as I know.

15:11:34  19  **Q.**   Okay.  Now, in your deposition --

15:11:39  20          **MR. RAFFMAN:**  Judge, I don't mean to interrupt, but I

15:11:40  21  think maybe there's an ambiguity in the question.  I think

15:11:44  22  the -- if the question is the level III data for Katrina, it

15:11:47  23  might be a different meaning than if it's for --

15:11:50  24          **THE COURT:**  You can clear that up.  I don't know if

15:11:52  25  that's an objection.  It sounds like it's redirect.

15:11:57   1   BY MR. KHORRAMI:

15:12:02   2   Q.   So let's put up your deposition, page 150, lines 11

15:12:10   3   through 13.

15:12:31   4           THE COURT:  Counsel, if you want to have another mic,

15:12:33   5   you can always use that if you're having trouble communicating.

15:12:39   6           MR. KHORRAMI:  Yes, Your Honor.  Thank you.

15:12:41   7           THE COURT:  You can scream if you want, but I would

15:12:44   8   rather you not.

15:12:44   9   BY MR. KHORRAMI:

15:12:45  10   Q.   This is, again, your deposition just a few days ago where

15:12:47  11   you called the data that was available:  "I mean, this is bad

15:12:50  12   data.  So I immediately" -- that's when you immediately noticed

15:12:53  13   it -- "took a look at it and think what's wrong with this?  I

15:12:58  14   looked further at the character of the displayed velocities.

15:13:01  15   It became very obvious to me it hasn't been dealiased."

15:13:04  16           Isn't that the problem you contend exists with the

15:13:07  17   NOAA data?

15:13:10  18   A.   In this case, in those products, yes.

15:13:13  19   Q.   This is the largest national disaster in U.S. history.

15:13:19  20   For five years, all the scientists that have been studying it,

15:13:23  21   all the experts that have been looking at it, everybody that's

15:13:27  22   looked at anything having to do with it, hasn't noticed that

15:13:31  23   it's bad data, data that you immediately noticed is bad; right?

15:13:35  24   That's your contention?

15:13:38  25   A.   No.  What I'm saying is these particular products of those

15:13:45  1  that Dr. Mitchell used clearly had non-dealiased data, alias

15:13:53  2  data, within them.  They were defective.

15:13:56  3          Now, you asked another question.  You asked do I mean

15:13:59  4  that all the scientists who have looked at all this data have

15:14:03  5  been looking at bad data?  It depends on what data they're

15:14:07  6  looking at, what data they're using, whether they're relying on

15:14:10  7  these specific products or not.  I don't know what data all

15:14:14  8  these scientists have relied on.

15:14:17  9          THE COURT:  When you say "products," do you mean the

15:14:21  10  software or the actual specific image that we're talking about?

15:14:31  11          MR. BEST:  Products usually refer to image -- images.

15:14:34  12          THE COURT:  All right.  Just to get it clear.

15:14:35  13  BY MR. KHORRAMI:

15:14:41  14  Q.   And if I contact NOAA today, I would get the very same

15:14:45  15  data, the very same bad data; correct?

15:14:47  16  A.   I assume so.

15:14:49  17  Q.   Okay.  They've taken no steps to correct it since you've

15:14:53  18  contacted them; correct?

15:14:54  19  A.   I contacted Tim Crum of the ROC, that's not NCDC.  And I

15:14:59  20  talked to Tim Crum and Dave Zittel in the applications branch.

15:15:07  21  I also sent them examples from Dr. Mitchell's report, and we

15:15:11  22  have talked about it.  We've talked about what the problem is.

15:15:15  23  I have made recommendations to Tim Crum on how this problem

15:15:20  24  might be rectified and how we might prevent this from happening

15:15:25  25  in the future.  That's as far as this has gone, to my

1810

15:15:29   1    knowledge.

15:15:30   2             THE COURT:  It's my understanding on a base level

15:15:33   3    that the general proposition is that level III products are

15:15:42   4    dealiased.

15:15:42   5             THE WITNESS:  Yes.

15:15:44   6             THE COURT:  However, it is your opinion that this

15:15:46   7    particular level III product that we are talking about -- I'm

15:15:51   8    not sure exactly which one it is -- was, in fact, not

15:15:55   9    dealiased.

15:15:56   10            THE WITNESS:  That's correct.

15:15:56   11   BY MR. KHORRAMI:

15:15:58   12   Q.   And it is also true that it is very rare that data from

15:16:02   13   the National Weather Service and NOAA would be released

15:16:07   14   dealiased; correct?  This type of data?

15:16:10   15   A.   Very rare that it would be released dealiased?

15:16:14   16   Q.   Yes.  I'm sorry.  When it's not dealiased.  I apologize.

15:16:20   17   A.   Alias.

15:16:20   18   Q.   When it's alias; correct?

15:16:23   19   A.   Yes, I would say so.  In level III, yes.

15:16:27   20   Q.   Okay.  I'm just going to reask the question just to have a

15:16:30   21   clear record.  I didn't ask a very good question.

15:16:33   22            It is very rare for the National Weather Service and

15:16:34   23   NOAA to release this data aliased; correct?

15:16:43   24   A.   Level III base products, I would say yes.

15:16:47   25   Q.   Okay.  I'm going to use something that you used in your

                      JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                            UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF LOUISIANA

15:17:09   1   presentation today.  It's going to be one of your slides.  Do

15:17:24   2   you remember this particular slide?

15:17:25   3   A.   I do.

15:17:27   4   Q.   And this is the mesocyclone occurrence slide, and it's a

15:17:30   5   NOAA product; correct?

15:17:32   6   A.   It's the output from the mesocyclone algorithm at that --

15:17:36   7   at that time.

15:17:37   8   Q.   And it is a level III product; correct?

15:17:39   9   A.   That's correct.

15:17:42   10   Q.   And counsel showed you all of those white dots all over

15:17:48   11   that particular product?

15:17:50   12   A.   Yes.

15:17:51   13   Q.   You testified that the majority of those are false

15:17:54   14   positives for mesocyclones; correct?

15:17:57   15   A.   Yes.  I would have to get the 3:42 base data and compare

15:18:01   16   them side-by-side and look to see which ones were and weren't.

15:18:07   17   Q.   Okay.  And, again, this is the product that NOAA puts out,

15:18:12   18   our government puts out; is that correct?

15:18:14   19   A.   Yes, it is.

15:18:15   20   Q.   And this type of data, level III data, in general,

15:18:23   21   produces false positives in pointing out mesocyclones; correct?

15:18:28   22   A.   It does, yes.

15:18:29   23   Q.   It produces a great deal of false positives; correct?

15:18:34   24   A.   I would say that now with the MDA -- as you pointed out,

15:18:37   25   the MDA algorithm has been added since then -- I think with the

15:18:41  1   improvements that have been made, they're probably fewer, but
15:18:46  2   they remain sill unreliable.
15:18:48  3   Q.   It's a highly unreliable product; correct?
15:18:52  4   A.   Yes, it is.
15:18:53  5   Q.   And it's never used; correct?
15:18:54  6   A.   Almost.
15:18:55  7   Q.   It's never used by forecasters; correct?
15:18:58  8   A.   Almost never used.
15:18:59  9   Q.   It's --
15:19:00  10  A.   I won't -- I don't know what every forecaster does.  I
15:19:04  11  know that, best practices, it is not used.
15:19:06  12  Q.   It's never used by individuals to provide warnings to the
15:19:10  13  public; correct?
15:19:11  14  A.   Yes.
15:19:11  15  Q.   That doesn't mean that it's not used by forensic
15:19:15  16  meteorologists; correct?
15:19:18  17  A.   Correct.
15:19:18  18  Q.   Now, your product, the GR2Analyst, you placed many slides
15:19:25  19  in front of the Court from that.  Not one of them has been
15:19:28  20  defective, has it?
15:19:30  21  A.   Not that I know of.
15:19:31  22  Q.   Our entire government puts out a product, and it's largely
15:19:35  23  ineffective at pointing out mesocyclones; and a private
15:19:39  24  software, of which you're a developer, never makes a mistake.
15:19:44  25  Right?

15:19:50  1   A.   To err is human, and I certainly wouldn't say that Mike
15:19:55  2   Gibson has never made an error.
15:20:01  3   Q.   But it's more accurate than our government is; right?
15:20:05  4   A.   No, I wouldn't say that.  We use -- in the weather service
15:20:08  5   we used what's called AWIPS, Automated [sic] Weather
15:20:12  6   Information Processing System.  That uses the dealiasing
15:20:16  7   algorithms that are in the RPG, and it also uses improved
15:20:24  8   applications algorithms.  Those are two different things
15:20:27  9   improved since Katrina.
15:20:36  10        Mike Gibson also uses algorithms in his system for
15:20:39  11  the mesocyclone and TVS and hail.  Those three algorithms he
15:20:43  12  uses come from the National Severe Storms Laboratory, who are
15:20:47  13  in the process of developing improved algorithms.  Mike doesn't
15:20:51  14  have to wait for the weather service to go through all its
15:20:54  15  testing.  He can take the algorithms, implement them, and test
15:20:58  16  them himself.
15:20:59  17  Q.   My question is that the level III products that have been
15:21:04  18  displayed here, as a general rule, are highly unreliable; the
15:21:09  19  private software of which you're a developer is almost never
15:21:14  20  wrong?
15:21:14  21  A.   No, I wouldn't say almost --
15:21:17  22  Q.   You haven't shown any slides where it was wrong.
15:21:20  23  A.   I wouldn't say almost never wrong.  I would say, in my
15:21:24  24  experience, it is a very reliable tool.
15:21:26  25        I might also mention that about two-thirds of the

1814

15:21:33  1   National Weather Service offices are now using GRAnalyst

15:21:38  2   software.  They use it especially in severe weather-prone

15:21:41  3   areas.  It's used in the warning program even though it's a

15:21:45  4   product developed by a private individual.

15:21:50  5   **Q.**   So what I did is I actually went and got a copy of

15:21:56  6   GR2Analyst, and I have your raw data.  What I noticed in every

15:22:03  7   slide that goes up with the GR2Analyst, the way you've

15:22:09  8   manipulated it, they're basically -- there's one direction to

15:22:12  9   the winds of Katrina, end of story.

15:22:16  10           So what I wanted to go over with you was putting your

15:22:19  11  own data into your own software and showing how exactly it

15:22:25  12  works.  Is that fair enough?

15:22:28  13  **A.**   Yes.

15:22:31  14           **MR. RAFFMAN:**  Your Honor, I do believe that the local

15:22:33  15  rules for this court have a --

15:22:34  16           **THE COURT:**  They do.  To do calculations, certainly,

15:22:37  17  it requires a two- to three-day notice or something like that.

15:22:41  18           **MR. RAFFMAN:**  And I have some concern that what's

15:22:43  19  being asked of this witness, to interpret a program that he's

15:22:45  20  not looked at before, and it's represented by counsel as

15:22:49  21  something that could have been done ahead of time or it could

15:22:51  22  have been done through Dr. Mitchell rather than springing it on

15:22:56  23  him here.

15:22:58  24           **THE COURT:**  Well, we're not going to be doing

15:22:59  25  calculations.  And if it violates the tenor of the rule, you

| | | |
|---|---|---|
| 15:23:03 | 1 | put down your mark, and you may get up and object again. |
| 15:23:05 | 2 |        **MR. RAFFMAN:**  Thank you, Your Honor. |
| 15:23:06 | 3 |        **THE COURT:**  I don't know whether it is either. |
| 15:23:08 | 4 |        **MR. KHORRAMI:**  Give me a moment, Your Honor.  My |
| 15:23:10 | 5 | computer has a lot of things open, so... |
| 15:23:12 | 6 | **BY MR. KHORRAMI:** |
| 15:23:35 | 7 | **Q.**   So this is the GR2Analyst program; is that right? |
| 15:23:39 | 8 | **A.**   That's correct. |
| 15:23:40 | 9 | **Q.**   It's the same program you've been using; is that correct? |
| 15:23:42 | 10 | **A.**   That's correct. |
| 15:23:43 | 11 | **Q.**   And this is the dealiasing function; correct? |
| 15:23:45 | 12 | **A.**   That's true, yes. |
| 15:23:45 | 13 | **Q.**   And when I press this, the data looks -- the colors change |
| 15:23:49 | 14 | a little bit -- well, that's when I undo it; correct? |
| 15:23:52 | 15 | **A.**   I'm sorry.  Say that again. |
| 15:23:54 | 16 | **Q.**   When I undo the dealiasing function, the data turns into |
| 15:23:58 | 17 | this; correct? |
| 15:23:59 | 18 | **A.**   Yes. |
| 15:24:00 | 19 | **Q.**   And when I just press this button, everything becomes |
| 15:24:03 | 20 | even; correct? |
| 15:24:04 | 21 | **A.**   Yes. |
| 15:24:05 | 22 | **Q.**   And no mesocyclones are apparent in this; correct? |
| 15:24:10 | 23 | **A.**   No.  There is a mesocyclone apparent. |
| 15:24:14 | 24 | **Q.**   There is a mesocyclone apparent?  Why don't you show it |
| 15:24:17 | 25 | for the Court. |

| | | |
|---|---|---|
| 15:24:20 | 1 | **THE COURT:**  Even I can identify it now. |
| 15:24:23 | 2 | **THE WITNESS:**  Right there. |
| 15:24:23 | 3 | BY MR. KHORRAMI: |
| 15:24:25 | 4 | **Q.**   That's that 3:31 slide that we were looking at previously? |
| 15:24:29 | 5 | **A.**   Uh-huh. |
| 15:24:30 | 6 | **Q.**   And again, at the base level, at the ground level, it |
| 15:24:33 | 7 | shows winds that are consistent with synoptic winds; correct? |
| 15:24:36 | 8 | **A.**   Yes. |
| 15:24:37 | 9 | **Q.**   Meaning nowhere around this storm, no matter where there |
| 15:24:41 | 10 | are mesocyclones, the winds are still consistent with the |
| 15:24:44 | 11 | synoptic winds; correct? |
| 15:24:48 | 12 | **A.**   Say that again, please. |
| 15:24:51 | 13 | **Q.**   All winds -- all wind action on this radar scan shows that |
| 15:24:55 | 14 | all wind is consistent with the synoptic winds of Hurricane |
| 15:24:58 | 15 | Katrina; correct? |
| 15:25:00 | 16 | **THE COURT:**  In the area of the mesocyclone? |
| 15:25:04 | 17 | **MR. KHORRAMI:**  In the area of the mesocyclone or |
| 15:25:05 | 18 | anywhere else on the screen. |
| 15:25:07 | 19 | **THE COURT:**  Okay. |
| 15:25:08 | 20 | **THE WITNESS:**  I don't think I would say anywhere and |
| 15:25:11 | 21 | everywhere on the screen.  There are cases of velocity |
| 15:25:16 | 22 | dealiasing failure, which we also teach people -- operators to |
| 15:25:24 | 23 | recognize.  I would not guarantee there's not a dealiasing |
| 15:25:28 | 24 | failure anywhere on this display.  But in this data, this has |
| 15:25:32 | 25 | been correctly unfolded. |

| | | |
|---|---|---|
| 15:25:33 | 1 | **BY MR. KHORRAMI:** |
| 15:25:34 | 2 | **Q.**   Okay.  Let's move on to another scan, and I'll just |
| 15:25:36 | 3 | randomly pick from your own data.  This is another piece of |
| 15:25:42 | 4 | data. |
| 15:25:45 | 5 | **MR. RAFFMAN:**  Can we identify for the record the time |
| 15:25:47 | 6 | of the data? |
| 15:25:47 | 7 | **BY MR. KHORRAMI:** |
| 15:25:48 | 8 | **Q.**   It's at 043Z, which I understand to be 7:30 Central time. |
| 15:25:53 | 9 | Is that correct?  And that would be on August 28th. |
| 15:26:01 | 10 | **A.**   Yes. |
| 15:26:12 | 11 | **Q.**   Again, when I press the dealiasing function, it just evens |
| 15:26:15 | 12 | out the greens and the reds again; correct? |
| 15:26:23 | 13 | **A.**   Let's go -- would you go over to "View," please. |
| 15:26:25 | 14 | **Q.**   Where's "View"? |
| 15:26:26 | 15 | **A.**   Over to "View" here. |
| 15:26:28 | 16 | **THE COURT:**  At the top, to the left. |
| 15:26:29 | 17 | **THE WITNESS:**  Press that.  Okay.  Dealiasing is on, |
| 15:26:31 | 18 | yes. |
| 15:26:32 | 19 | **BY MR. KHORRAMI:** |
| 15:26:35 | 20 | **Q.**   Correct? |
| 15:26:35 | 21 | **A.**   Yes. |
| 15:26:36 | 22 | **Q.**   Okay.  Let's pick another random one.  Here's the picture |
| 15:26:47 | 23 | without dealiasing.  Basically, what it does is it makes every |
| 15:26:53 | 24 | place that should be green, green.  Just evens out the picture, |
| 15:26:58 | 25 | doesn't it? |

| | | |
|---|---|---|
| 15:27:00 | 1 | **A.**    In -- in this domain where you showed me, it looks to be |
| 15:27:05 | 2 | working properly, yes. |
| 15:27:06 | 3 | **Q.**    That's a domain that's important to us here because that's |
| 15:27:09 | 4 | what we feel on the ground and that's what the barge was |
| 15:27:12 | 5 | exposed to; correct? |
| 15:27:13 | 6 | **A.**    Yes. |
| 15:27:14 | 7 | **Q.**    Okay.  And this, again, is at 6:37 a.m.  That's the |
| 15:27:23 | 8 | universal time.  That makes it 1:37 a.m. Central Time on |
| 15:27:28 | 9 | August 29th; correct? |
| 15:27:30 | 10 | **A.**    Correct. |
| 15:27:31 | 11 | **Q.**    Let's go a little bit later.  This is about three hours |
| 15:27:38 | 12 | later.  This would be about 4:30 -- 4:27 in the morning, |
| 15:27:46 | 13 | Central Time; correct? |
| 15:27:49 | 14 | **A.**    Yes. |
| 15:27:50 | 15 | **Q.**    And all I have to do to fix up this data is press this |
| 15:27:53 | 16 | button, and it all smooths out.  And, again, we have everything |
| 15:27:58 | 17 | consistent with the synoptic winds; correct? |
| 15:28:00 | 18 | **A.**    That applies the dealiasing algorithm, and it appears to |
| 15:28:04 | 19 | be working correctly, yes. |
| 15:28:05 | 20 | **Q.**    Yeah, because it shows everything to be in the same |
| 15:28:08 | 21 | direction again; right? |
| 15:28:09 | 22 | **A.**    That's not why no. |
| 15:28:11 | 23 | **Q.**    That's the effect of it; right, sir?  That's been the |
| 15:28:14 | 24 | effect of it every single scan I randomly put up; correct? |
| 15:28:18 | 25 | **A.**    Every single scan that you put up, you've run the |

15:28:22  1  dealiasing algorithm.  It does appear to be correct.  It does

15:28:26  2  appear to be consistent.

15:28:27  3  Q.   Okay.  I'll move on, then.

15:28:48  4          So you solely relied on radar data for the purpose of

15:28:51  5  your report; correct?

15:28:52  6  A.   I did.

15:28:53  7  Q.   And in your report, you came to conclusions about the

15:28:56  8  direction of the winds; correct?

15:28:57  9  A.   I did.

15:28:58  10  Q.   And you came to conclusions about the speed of the wind;

15:29:02  11  correct?

15:29:03  12  A.   I came to conclusions about the Doppler velocities

15:29:07  13  measured, yes.

15:29:08  14  Q.   Okay.  And you only relied on level II data; correct?

15:29:13  15  A.   I won't say I only relied on level II data.  I know

15:29:17  16  hurricane flow fields and I know the characteristics of those

15:29:25  17  flow fields, and so I -- I didn't come to analysis of the data

15:29:29  18  without any knowledge of anything else.

15:29:31  19  Q.   And would you agree with me that it would be a major

15:29:36  20  mistake for you to rely on radar data to come up with the

15:29:44  21  conclusions you have?

15:29:49  22  A.   I stress and we stress in training:  Use all the data

15:29:54  23  available to you in making a decision.

15:29:57  24          In this case, I was asked specifically to analyze the

15:30:01  25  radar data, and I purposely did not want to bias myself by

| | |
|---|---|
| 15:30:08 | 1 |
| 15:30:13 | 2 |
| 15:30:20 | 3 |
| 15:30:25 | 4 |
| 15:30:26 | 5 |
| 15:30:30 | 6 |
| 15:30:30 | 7 |
| 15:30:37 | 8 |
| 15:30:38 | 9 |
| 15:30:39 | 10 |
| 15:30:40 | 11 |
| 15:30:44 | 12 |
| 15:30:48 | 13 |
| 15:30:51 | 14 |
| 15:30:55 | 15 |
| 15:30:57 | 16 |
| 15:31:01 | 17 |
| 15:31:06 | 18 |
| 15:31:07 | 19 |
| 15:31:12 | 20 |
| 15:31:17 | 21 |
| 15:31:25 | 22 |
| 15:31:26 | 23 |
| 15:31:32 | 24 |
| 15:31:38 | 25 |

using other data sources; but, yet, on the other hand, I can't come to the data without knowing what I know.  A priority.

Q.   So do you remember giving an interview to WeatherBrains?

A.   Yes.  Yes.

Q.   That was earlier this year, January 25th, 2010; correct?

A.   Yes.

Q.   And I'm going to play for you a portion of that interview?

A.   Okay.

(WHEREUPON, the following clip was played.)

"INTERVIEWER:  Let's, for people right now, operational meteorologists right now, using existing radar data, what is the greatest mistake that forecasters make when looking at current data and maybe issuing warnings that they don't need to issue or maybe missing a warning?

"MR. LEMON:  That's a very good question, and one of the basic things that a lot of people will forget is that you never sit down to use that radar until you know the environment in which you're in.

"That is, you have to -- to brief yourself on what the structure of the atmosphere is around the radar in the region and synoptically, synoptic and mesoscale both; where the boundaries are, what the motions of the boundaries are; know the soundings; do a detailed sounding interrogation; calculate shear, calculate the deep-layer shear, which is typically 0 to 6 kilometers, or 0 to 8 kilometers, calculate that shear, look

15:31:42  1   at the boundary-layer shear; look at the -- look at the

15:31:46  2   cloud-base heights, the LCL height, those kinds of things.

15:31:52  3           "And know the -- know the instability of the

15:31:56  4   atmosphere.  And know where what I call the focus flow is,

15:32:04  5   where you see their mesoscale convergence.

15:32:09  6           "But at any rate you have to sit -- before you sit

15:32:11  7   down at that radar, is know thoroughly that environment.  Then

15:32:16  8   you begin to use that radar.  And then you can much more

15:32:20  9   intelligently use and interrogate that radar, and you know

15:32:23  10  where to look even before storms are formed because you know

15:32:26  11  where the boundaries are, and you know what the mesoscale

15:32:30  12  convergence is.

15:32:31  13          "That -- that is, I think, a major mistake, is trying

15:32:34  14  to use the radar as a single individual stand-alone tool

15:32:38  15  without reference to -- to other data."

15:32:45  16  **BY MR. KHORRAMI:**

15:32:45  17  **Q.**   That was your voice; correct, Mr. Lemon?

15:32:52  18  **A.**   Yes, it was.

15:32:52  19  **Q.**   Now, have you performed hindcasts in the past?

15:32:56  20  **A.**   Hindcasts?

15:32:58  21  **Q.**   Yes.

15:32:59  22  **A.**   Well, when you do a case study, studying individual

15:33:02  23  thunderstorms, for example, you go back in time and you study

15:33:06  24  the environment before the storm, during the storm, et cetera.

15:33:09  25          So from that standpoint, I guess you would say, yes,

| | | |
|---|---|---|
| 15:33:13 | 1 | but I haven't formally done hindcasts, no. |
| 15:33:16 | 2 | Q.   So you haven't formally done any hindcasts.  This is your |
| 15:33:21 | 3 | first time; correct? |
| 15:33:23 | 4 | A.   That's correct. |
| 15:33:24 | 5 | MR. KHORRAMI:  I'll tender the witness, your Honor. |
| 15:33:28 | 6 | THE COURT:  Thank you. |
| 15:33:36 | 7 | REDIRECT EXAMINATION |
| 15:33:36 | 8 | BY MR. RAFFMAN: |
| 15:33:37 | 9 | Q.   I just have a few questions for the witness, who is going |
| 15:33:44 | 10 | to make this plain. |
| 15:33:46 | 11 | A.   Yes, I understand.  I know. |
| 15:33:50 | 12 | Q.   We just heard your voice on a radio interview that was |
| 15:33:54 | 13 | directed at what a forecaster who is going to issue a warning |
| 15:34:01 | 14 | should know before he sits down to look at the radar; is that |
| 15:34:05 | 15 | right? |
| 15:34:06 | 16 | A.   That's right. |
| 15:34:07 | 17 | Q.   In this case, you're not going to issue a warning to the |
| 15:34:09 | 18 | public or you're not doing anything like that; right? |
| 15:34:12 | 19 | A.   That's exactly right. |
| 15:34:13 | 20 | Q.   Is there anything that you felt you needed to know about |
| 15:34:17 | 21 | the environment of Louisiana or anywhere else that you felt you |
| 15:34:20 | 22 | needed to properly interpret the radar images?  You were able |
| 15:34:24 | 23 | to interpret the radar images? |
| 15:34:27 | 24 | A.   Without that, yes. |
| 15:34:30 | 25 | Q.   Now, working back in time, we just saw the demonstration |

1823

15:34:35  1   from counsel's program of GR2Analyst in which he picked scans

15:34:43  2   at random, and when he dealiased the data, it showed a uniform

15:34:47  3   wind field from the northeast.  Do you remember that?

15:34:49  4   A.   Yes, I do.

15:34:50  5   Q.   And the reason that there was a uniform wind field from

15:34:53  6   the northeast when the data are dealiased, is that that's the

15:34:58  7   way the winds blew in Katrina; right?

15:35:02  8   A.   That's correct.

15:35:02  9   Q.   And what the dealiasing did was to properly convert strong

15:35:10  10  winds blowing away from the radar in excess of 64 miles an

15:35:18  11  hour, which, on the non-dealiased view, turned up green, into

15:35:27  12  accurate representations of those strong winds away from the

15:35:31  13  radar showing as bright red?

15:35:33  14  A.   Yes.

15:35:34  15  Q.   And the reason that this happened every time is because

15:35:37  16  that's the way the winds were blowing every time; right?

15:35:40  17  A.   Yes.

15:35:45  18  Q.   Just for the record, when he put up a scan for 043Z time,

15:35:50  19  I think he said for the record it was 7:43 Central Daylight.

15:35:55  20  In fact, it's 5:43 Central Daylight.

15:35:58  21  A.   Okay.

15:35:59  22  Q.   Now, we talked about the concept of putting out defective

15:36:08  23  data.

15:36:09  24            THE COURT:   Wait a minute.  Go back over that again.

15:36:11  25            MR. RAFFMAN:   I'm sorry, Judge?

1824

```
15:36:12   1              THE COURT:  The 043 on August 29th.  Is there a
15:36:15   2   seven- or a five-hour difference?
15:36:17   3              THE WITNESS:  Five-hour.
15:36:19   4              MR. RAFFMAN:  Your Honor, I believe it's a five-hour
15:36:22   5   difference.  I believe the record, if I didn't correct it --
15:36:27   6              THE COURT:  I believe it's a five-hour difference.
15:36:28   7   So between 12:00 and 5:00 is 7.  I'm a little confused.  So you
15:36:34   8   might go over it again.
15:36:36   9              MR. RAFFMAN:  Your Honor, if it's 12:43 in London --
15:36:39  10              THE COURT:  Right.  I understand time zones.
15:36:41  11              MR. RAFFMAN:  Then it's 5:43 here in Central Daylight
15:36:44  12   Time.
15:36:46  13              THE COURT:  I understand.
15:36:46  14              MR. RAFFMAN:  And the testimony -- the question
15:36:47  15   counsel asked --
15:36:48  16              THE COURT:  If it's 12:43 -- wait a second.  Wait a
15:36:51  17   second.  Are you talking about in the morning?
15:36:53  18              MR. RAFFMAN:  In the morning.  This is simply
15:36:55  19   housekeeping.
15:36:56  20              THE COURT:  I'm just saying, from 5:00 -- you're
15:36:58  21   saying 5:00 in the afternoon to midnight is seven hours?
15:37:03  22              MR. WIEDEMANN:  No, Your Honor.  I'm going in the
15:37:04  23   other direction.
15:37:05  24              THE COURT:  Oh.
15:37:08  25              MR. RAFFMAN:  I'm at 12:43 -- I'm at 043 London time.
```

| | | |
|---|---|---|
| 15:37:13 | 1 | **THE COURT:**  So we add five hours to get 5:43 a.m.? |
| 15:37:18 | 2 | **MR. RAFFMAN:**  That's correct, Your Honor.  When |
| 15:37:20 | 3 | counsel said 7:43, I immediately recognized that as erroneous, |
| 15:37:24 | 4 | and the witness agreed with it. |
| 15:37:33 | 5 | **THE COURT:**  Oh, I misunderstood your question.  Got |
| 15:37:33 | 6 | you. |
| 15:37:33 | 7 | **MR. RAFFMAN:**  I'm going the wrong way?  It was p.m. |
| 15:37:35 | 8 | Then I apologize to counsel and I apologize to the witness, and |
| 15:37:36 | 9 | I apologize -- |
| 15:37:37 | 10 | **THE COURT:**  I thought so.  I must blow with the wind |
| 15:37:41 | 11 | pretty easily.  I was -- |
| 15:37:44 | 12 | **THE WITNESS:**  The radar has a very accurate clock, by |
| 15:37:48 | 13 | the way. |
| 15:37:51 | 14 | **MR. RAFFMAN:**  I apologize to everyone whose time I |
| 15:37:53 | 15 | have wasted in that line of questioning, and I'll continue. |
| 15:37:56 | 16 | BY MR. RAFFMAN: |
| 15:37:56 | 17 | Q.   Mr. Lemon, you're on the data quality committee of the |
| 15:38:00 | 18 | National Weather Service; right? |
| 15:38:01 | 19 | A.   Yes. |
| 15:38:01 | 20 | Q.   You care about whether the date is useful, accurate, and |
| 15:38:11 | 21 | correct in whatever respect; right? |
| 15:38:13 | 22 | A.   Very much so. |
| 15:38:15 | 23 | Q.   So when you looked at Dr. Mitchell's report and you saw |
| 15:38:19 | 24 | that Dr. Mitchell was relying on data that had not been |
| 15:38:23 | 25 | dealiased, you actually went and talked to people that you work |

15:38:27   1   with about it; right?

15:38:28   2   **A.**   That's right.

15:38:29   3   **Q.**   And they agreed with you that the data had not been

15:38:32   4   dealiased, didn't they?

15:38:33   5   **A.**   They did.   We discussed the reasons why; but, yes, it was

15:38:37   6   not dealiased.

15:38:38   7             **MR. KHORRAMI:**   That's hearsay, Your Honor.   Whether

15:38:41   8   they agreed or not.

15:38:42   9             **THE COURT:**   I'm going to allow it just to show his

15:38:45   10   state of mind.   Go ahead.

15:38:46   11   **BY MR. RAFFMAN:**

15:38:50   12   **Q.**   And you saw Dr. Mitchell testified in this court when we

15:38:53   13   put up --

15:39:01   14             **MR. RAFFMAN:**   Let me have slide 15, LL-15.

15:39:05   15   **BY MR. RAFFMAN:**

15:39:05   16   **Q.**   When this image was shown to Dr. Mitchell, Dr. Mitchell

15:39:10   17   agreed that significant portions of that were not real, were

15:39:16   18   bad.   You heard him say it; right?

15:39:19   19   **A.**   Yes.

15:39:21   20   **Q.**   So the issue is not whether it was dealiased, the issue --

15:39:24   21   it was not dealiased; right?

15:39:26   22   **A.**   That's true.

15:39:27   23   **Q.**   The question that's been asked here is really why, which

15:39:30   24   is something you're concerned about as a researcher at the

15:39:35   25   National Weather Service; right?

15:39:36  1  A.   I'm concerned about it as a meteorologist, yes.

15:39:38  2  Q.   As a meteorologist.  But in terms of this proceeding, the

15:39:41  3  question why may be academic, so I'll move on.

15:39:46  4         We looked at an article from Tim Crum.  That article

15:39:50  5  was dated 1993; right?

15:39:53  6  A.   I wondered what the date was.  I was unable to see that.

15:39:58  7  Q.   All right.  Well, I'll represent that it was 1993.

15:40:02  8         Am I right that there have been significant advances

15:40:05  9  in radar technology since 1993?

15:40:08  10 A.   Yes.

15:40:09  11 Q.   Am I also right that you looked at level III data that

15:40:12  12 Dr. Mitchell reported in his report; right?

15:40:14  13 A.   Yes.

15:40:16  14 Q.   So to imply that you didn't look at it, you ignored level

15:40:20  15 III data, that would be an incorrect implication; right?

15:40:24  16 A.   That's true.

15:40:25  17 Q.   And level III data may be useful as an initial step to

15:40:28  18 identify places where there might be mesocyclones so that,

15:40:32  19 then, a researcher can go back and look at the base data to

15:40:36  20 determine what the data really shows; is that fair?

15:40:39  21 A.   That's true, yes.

15:40:41  22 Q.   The GR2Analyst program is used by two-thirds of the

15:40:45  23 National Weather Service offices today?

15:40:47  24 A.   That's a rough estimate, yes.

15:40:49  25 Q.   Rough estimate.

| | | |
|---|---|---|
| 15:40:50 | 1 | **A.**    Uh-huh. |
| 15:40:53 | 2 | **MR. RAFFMAN:**  That's all the questions I have. |
| 15:40:55 | 3 | **THE COURT:**  And I know you have a plane to catch, and |
| 15:40:57 | 4 | the question I ask is not a momentous question about this case. |
| 15:41:01 | 5 | Just out of curiosity, why is it 64 -- is it 64 miles per hour? |
| 15:41:04 | 6 | Not 64 knots, but 64 -- |
| 15:41:07 | 7 | **THE WITNESS:**  Knots. |
| 15:41:08 | 8 | **THE COURT:**  Okay.  64 knots, which is 1.15; correct? |
| 15:41:11 | 9 | **THE WITNESS:**  Yes, correct. |
| 15:41:12 | 10 | **THE COURT:**  All right.  So why is it that it inverts |
| 15:41:17 | 11 | or that we have to unfold it after 64 miles per hour?  Is that |
| 15:41:22 | 12 | just a function of the limitations of the radar, or what is |
| 15:41:26 | 13 | the -- what are the physics there? |
| 15:41:27 | 14 | **THE WITNESS:**  It's a function of the pulse repetition |
| 15:41:32 | 15 | frequency of the radar, how many pulses it transmits in a given |
| 15:41:36 | 16 | length of time.  It's a function of the wavelength of the |
| 15:41:38 | 17 | radar, and it's a function of the frequency used by the radar. |
| 15:41:45 | 18 | Primarily the wavelength, pulse repetition frequency, and the |
| 15:41:49 | 19 | speed of light. |
| 15:41:50 | 20 | It ends up that the product of the unambiguous |
| 15:41:54 | 21 | range and unambiguous velocity are equal to a constant.  So as |
| 15:42:02 | 22 | the unambiguous velocity goes up, the effective range goes |
| 15:42:06 | 23 | down.  So this is a problem that we've been struggling with |
| 15:42:09 | 24 | forever, is trying to come up with the best possible algorithm |
| 15:42:12 | 25 | to unfold ranges and get the longest range we can while still |

15:42:17  1    getting the best velocity interval before it becomes ambiguous.

15:42:22  2            THE COURT:  Has radar advanced so that 64 knots --

15:42:26  3    it's increased to 64 knots?  Is it always --

15:42:30  4            THE WITNESS:  The 64 knots is about waveform 8.  We

15:42:33  5    use eight waveforms.  The lowest three have very long ranges

15:42:39  6    that they're unambiguous over.  We use those to map the

15:42:43  7    reflectivity.  So the reflectivity is not ambiguous.  It's only

15:42:46  8    the velocity data.

15:42:47  9            THE COURT:  Okay.  Gotcha.  Thank you.  Just

15:42:54  10   satisfied some of the Court's curiosity.  Thank you.

15:42:59  11           THE WITNESS:  Are we finished?

15:43:01  12           THE COURT:  Yes.  You may step down.

15:43:02  13                   (OFF THE RECORD)

15:44:17  14           MR. ALDOCK:  Your Honor, our next witness is

15:44:18  15   Dr. Austin Dooley.

15:44:56  16           For everyone's convenience, Dr. Dooley's report

15:44:58  17   is DX-198.  And you all have the slides there.  There's one

15:45:05  18   slide from his report that is new, but it's from his report,

15:45:08  19   and I'll flag it when we get to it.

15:45:11  20           THE COURT:  Thank you.

15:44:20  21           (WHEREUPON, **Austin L. Dooley**, having been duly sworn,

15:44:20  22   testified as follows.)

15:44:53  23           THE DEPUTY CLERK:  Please state your full name and

15:44:53  24   correct spelling for the record.

15:45:16  25           THE WITNESS:  Austin L. Dooley, A-U-S-T-I-N, last

| | | |
|---|---|---|
| 15:45:24 | 1 | name Dooley D-O-O-L-E-Y. |
| 15:45:32 | 2 | **DIRECT EXAMINATION** |
| 15:45:32 | 3 | **BY MR. ALDOCK:** |
| 15:45:33 | 4 | **Q.**   What is your occupation, sir? |
| 15:45:34 | 5 | **A.**   I am a meteorologist, oceanographer. |
| 15:45:37 | 6 | **Q.**   Describe how your occupation in meteorology and |
| 15:45:45 | 7 | oceanography pertains to the work that you've done. |
| 15:45:48 | 8 | **A.**   Yes.  The work that I do is to research events dealing |
| 15:45:55 | 9 | with those two sciences, either atmospheric or oceanographic |
| 15:46:03 | 10 | events. |
| 15:46:04 | 11 | **Q**   Who is your employer now? |
| 15:46:05 | 12 | **A.**   My employer is Dooley SeaWeather Analysis Inc. |
| 15:46:10 | 13 | **Q.**   Is this the first case in which you've analyzed a |
| 15:46:13 | 14 | meteorological event in inland waters? |
| 15:46:16 | 15 | **A.**   No, it's not.  I've done several different studies of |
| 15:46:19 | 16 | inland water events.  I've looked at groundings at Long Island |
| 15:46:25 | 17 | Sound; events in the New York Harbor; events in inlets in |
| 15:46:32 | 18 | Florida, Lake Worth inlet; events here on the Gulf Coast, in |
| 15:46:39 | 19 | Lake Charles; coastal events up in -- on the West Coast; an |
| 15:46:44 | 20 | event in Cape Town, South Africa. |
| 15:46:47 | 21 |          So I've done numerous inland studies. |
| 15:46:50 | 22 | **Q.**   Describe your educational background. |
| 15:46:52 | 23 | **A.**   I have a bachelor of science degree from the State |
| 15:46:55 | 24 | University of New York, Marathon College.  I have a master of |
| 15:47:00 | 25 | science degree from the New York University and a Ph.D. from |

15:47:03  1    New York University.

15:47:05  2    **Q.**   Can you describe your teaching of courses related to

15:47:08  3    meteorology?

15:47:11  4    **A.**   Yes, I can.  I started teaching meteorology and

15:47:15  5    oceanography in 1973 after I got my master's degree from NYU.

15:47:21  6    I taught everything from introductory to meteorology, to

15:47:29  7    weather observations, to theoretical meteorology,

15:47:33  8    thermodynamics, a little calculus, a little physics.

15:47:40  9         I also taught -- at the time that I was teaching at

15:47:40  10   the maritime college, so I would also go on the training ship

15:47:43  11   through the summer and teach at-sea weather observations and

15:47:47  12   also do oceanographic instruction at sea.

15:47:53  13        I left the maritime college and went to the work in

15:47:56  14   the commercial weather service.  In the late '80s, I went back

15:48:04  15   to the maritime college as an adjunct professor in meteorology,

15:48:09  16   and in 1997 I started teaching meteorology and oceanography at

15:48:14  17   Purchase College and in 1999 at the United States Merchant

15:48:19  18   Marine Academy, where I presently teach the midshipmen marine

15:48:24  19   meteorology.

15:48:25  20        I also work with the federal government in teaching

15:48:28  21   the NOAA Commission Corps officers basic meteorology, and also

15:48:35  22   helped develop a -- the academics behind a visual teaching --

15:48:42  23   computer-aided teaching device for the U.S. Navy.

15:48:47  24   **Q.**   Are you a member of any scientific associations?

15:48:49  25   **A.**   Yes, I am.

1832

| | | |
|---|---|---|
| 15:48:50 | 1 | **Q.**   Which? |
| 15:48:52 | 2 | **A.**   I'm a member of the American Meteorological Society, have |
| 15:48:56 | 3 | been so since graduate school.  I'm also a member of the Marine |
| 15:49:01 | 4 | Society of New York City and a member of the Society of |
| 15:49:05 | 5 | Maritime Arbitrators in New York City. |
| 15:49:08 | 6 | **Q.**   Do you have any seagoing experience? |
| 15:49:11 | 7 | **A.**   Yes, I do.  As a cadet at the maritime college, we went to |
| 15:49:15 | 8 | sea every year for 90 days.  Upon graduation, I sailed on my |
| 15:49:22 | 9 | United States Coast Guard license as a second and third mate |
| 15:49:27 | 10 | onboard tankers and containerships, research ship, and the |
| 15:49:30 | 11 | college training ship and -- that was on my license. |
| 15:49:36 | 12 | Most recently, I made a cruise on a passenger liner, |
| 15:49:39 | 13 | where I worked with the bridge watch officers and taught them |
| 15:49:44 | 14 | meteorology while I was on that ship. |
| 15:49:47 | 15 | **Q.**   Did you have any other teaching experience on a ship? |
| 15:49:52 | 16 | **A.**   Yes.  On the college training ship, I would teach |
| 15:49:55 | 17 | meteorology and oceanography to the cadets onboard the ship. |
| 15:50:00 | 18 | We would conduct -- launch weather balloons and make shipboard |
| 15:50:03 | 19 | weather observations and drop Nansen bottles and make XBTs and |
| 15:50:09 | 20 | things like that while the ship was at sea. |
| 15:50:12 | 21 | **Q.**   Do you have any maritime licenses? |
| 15:50:14 | 22 | **A.**   Yes -- well, I had a license as a chief mate unlimited |
| 15:50:20 | 23 | tonnage and master 1600 gross tons or less.  Up until August of |
| 15:50:24 | 24 | last year, I held those licenses in one form or another.  Or my |
| 15:50:31 | 25 | merchant marine license since graduating from the college in |

15:50:36  1   1968.  And I realized I was no longer going to go to sea, so I

15:50:41  2   decided not to renew those licenses.  But I don't have the

15:50:44  3   licenses anymore.

15:50:46  4   **Q.**   Have you done any study of hurricanes and tropical storms

15:50:49  5   prior to this case?

15:50:50  6   **A.**   Yes, I have.  I've looked at Hugo.  I've looked at Floyd.

15:50:55  7   I've looked at Gustav.  I'm looked at Rita.  I've looked at

15:51:00  8   Ike.  So several different hurricanes.

15:51:04  9        Also, some tropical storms, Tropical Storm Isabelle.

15:51:06  10  And there was another one in Florida, but I can't remember the

15:51:11  11  name of that system.

15:51:12  12  **Q.**   Any cases involving barges?

15:51:14  13  **A.**   Yes.  I did a study on Hurricane Rita in Lake Charles,

15:51:19  14  Louisiana.

15:51:24  15        **MR. ALDOCK:**  Your Honor, I tender the witness as an

15:51:25  16  expert in meteorology, oceanography, and meteorology in

15:51:31  17  tropical storms and hurricanes.

15:51:34  18        **MR. KHORRAMI:**  Your Honor, we'll reserve voir dire

15:51:36  19  for after his examination.

15:51:38  20        **THE COURT:**  The Court accepts Dr. Dooley as tendered.

15:51:41  21        I just want to say before that this image that

15:51:45  22  I'm looking at -- this has nothing to do with the case, but

15:51:49  23  it's just so striking -- if lightning strikes twice, this would

15:51:53  24  go right over the Deepwater Horizon.  It was a Category 3 or 4

15:51:58  25  or 5, or whatever it was at that time.  So, anyway, just a

1834

15:52:01  1   frightening thought.  Go ahead.

15:52:03  2   BY MR. ALDOCK:

15:52:04  3   Q.   What is meteorology?

15:52:05  4   A.   Meteorology is the study of the atmosphere and the

15:52:09  5   phenomena within the atmosphere.  There's several different

15:52:14  6   branches of it:  Air pollution, radiator processes, air

15:52:19  7   chemistry.  So we study the atmosphere and things that happen

15:52:24  8   in the atmosphere.

15:52:26  9   Q.   Can a meteorologist determine what weather conditions were

15:52:29  10  like in a specific place even if there were no measuring

15:52:32  11  instruments at that specific place?

15:52:35  12  A.   Yes, it -- yes, we can.  I prepared a slide, if I can show

15:52:39  13  that slide.

15:52:40  14       This, for example, is an example of that question.

15:52:48  15  Here you see a map from the National Weather Service.  This is

15:52:51  16  for -- the date is down here at the bottom -- the -- I think

15:52:57  17  that's a 28 -- oh, yes.  28 at 0600 UTC, which is the same as

15:53:07  18  Greenwich time.  Then, of course, to go from Greenwich to local

15:53:11  19  time, you subtract five hours.  So this is 0100 on the 29th.

15:53:17  20       Here you see the universal symbol for a hurricane

15:53:20  21  right here, with the filled-in circle.  If it was a tropical

15:53:24  22  storm, the center of that symbol would be a blank.  That's how

15:53:29  23  we tell the difference between them.

15:53:31  24       On this map, you see several different blobs of

15:53:35  25  numbers.  Those are what we call station plots.  Here, I'm

15:53:39   1   circling here a station plot.  And on that station plot, you

15:53:43   2   see various different numbers.  If you can compare one station

15:53:48   3   plot to another, you see that numbers tend to be systemic

15:53:50   4   because each number represents a value or what we call a

15:53:55   5   weather element.

15:53:56   6          A weather element is wind, direction, wind speed,

15:54:01   7   temperature, dewpoint, sky cover, cloud pipes.  So what we have

15:54:11   8   here are reports from observing stations scattered throughout

15:54:14   9   the southeast United States and over the Gulf of Mexico.

15:54:19   10          Some of these stations are ships.  You can tell if

15:54:21   11   you look and you see a four-letter --

15:54:25   12          THE COURT:  You might just move your mic down a

15:54:28   13   little bit, and it might not reverberate so much.  You might

15:54:33   14   try that because you have a nice resonate voice.  We ought to

15:54:36   15   be able to hear you.

15:54:36   16          THE WITNESS:  Is this better?

15:54:37   17          THE COURT:  Yes, I think so.

15:54:39   18          THE WITNESS:  Sorry.

15:54:41   19          So what we see here is -- around, for example,

15:54:45   20   this station, you can see what looks like an arrow, with

15:54:49   21   feathers at the end of it, and with a round, rather than a

15:54:54   22   pointy --

15:54:54   23          THE COURT:  Excuse me just a moment.  I don't

15:54:56   24   think -- I'm just hearing a noise that's very distracting.  I

15:55:00   25   don't know if anyone else is hearing it.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 15:55:03 | 1 | MR. ALDOCK:  Maybe push it away from you. |
| 15:55:05 | 2 | THE COURT:  I don't know if it's -- it shouldn't be |
| 15:55:07 | 3 | doing that.  I don't know. |
| 15:55:13 | 4 | MR. BEST:  I think he was touching the base of the |
| 15:55:15 | 5 | mic. |
| 15:55:16 | 6 | THE COURT:  Oh, yeah.  It might be hitting something |
| 15:55:18 | 7 | or -- |
| 15:55:19 | 8 | THE WITNESS:  Oh, I see.  How's this?  There.  I'm |
| 15:55:21 | 9 | right-handed.  Then I won't -- Sorry, Your Honor. |
| 15:55:21 | 10 | THE COURT:  Go ahead.  Sorry to interrupt you, sir. |
| 15:55:21 | 11 | THE WITNESS:  No.  I want to make sure I've got |
| 15:55:21 | 12 | everything right here. |
| 15:55:35 | 13 | So what you can see here is the station plot and |
| 15:55:37 | 14 | what looks to be an arrow.  That's a representation of the wind |
| 15:55:40 | 15 | condition at that location as reported by that station. |
| 15:55:43 | 16 | So in between stations, you see that there's no |
| 15:55:46 | 17 | data.  So what a meteorologist can do is look at a map like |
| 15:55:51 | 18 | this, and basis the analysis and the pressure field, these |
| 15:55:55 | 19 | lines are our isobars, lines of constant pressure, by analyzing |
| 15:55:59 | 20 | the station reports, determine the pressure at various |
| 15:56:03 | 21 | different places where there are no station reports, basis the |
| 15:56:08 | 22 | orientation of the isobars, we can then go back in and analyze |
| 15:56:12 | 23 | and determine wind direction; and basis the spread of the |
| 15:56:16 | 24 | isobars perpendicular to them, we can then determine a value |
| 15:56:20 | 25 | for wind speed as well. |

15:56:22   1          If we contoured the temperature patterns, we
15:56:27   2     would, at the same time, be able to give an idea of what the
15:56:30   3     temperature conditions were across this map.
15:56:32   4          These are the type of products that you would
15:56:34   5     see on TV.  So without having a station there, one can get a
15:56:40   6     good idea of what the -- what the wind direction and speed and
15:56:45   7     temperature and humidity are like in that particular location.
15:56:49   8     BY MR. ALDOCK:
15:56:51   9     Q.   How do you do this for past events?
15:56:55  10     A.   For past events, what one would do is collect all of these
15:56:58  11     maps that cover the time period of interest.  This is just one
15:57:01  12     which I've put together as an example, but you would go back
15:57:04  13     and collect the maps that showed Katrina's movement through the
15:57:07  14     Gulf of Mexico and examine them in detail for the particular
15:57:13  15     location of interest and, from each map, deduce that
15:57:17  16     information.  That's called a hindcast.
15:57:25  17     Q.   What does meteorology have to contribute in a case in
15:57:27  18     which the question of whether a barge, like the one in the
15:57:31  19     picture, caused a breach in a floodwall during a hurricane?  In
15:57:36  20     general.
15:57:36  21     A.   Well, in general, if this is the barge, you can see it has
15:57:39  22     about a -- from the top of the cover all the way down to the
15:57:44  23     flat bottom, it's about a 21-foot freeboard here, with about a
15:57:51  24     foot and a half of draft, so you have about a 19 1/2-foot
15:57:55  25     windage, where the wind could then blow on that barge and

15:57:58   1   propel it one way or the other.  Very simple.  Very similar to

15:58:02   2   what one can expect to see on a sailboat:  Windage.

15:58:07   3   Q.   Are we going to be able to, Dr. Dooley, to tell what the

15:58:11   4   wind conditions were in the IHNC during Katrina by a hindcast

15:58:16   5   technique?

15:58:18   6   A.   I believe so, yes.

15:58:21   7   Q.   Have you arrived at conclusions about wind conditions

15:58:24   8   during Katrina as they pertain to the IHNC?

15:58:27   9   A.   Yes, I have.

15:58:29   10   Q.   What is this graphic and what are the conclusions that

15:58:33   11   you've reached about Katrina?

15:58:35   12   A.   Well, this graphic here, of course, is a satellite

15:58:37   13   image -- it's not a photograph.  It's an image -- of Katrina on

15:58:42   14   the 28th of August.  You can see the date here, and this, too,

15:58:48   15   is Greenwich Mean Time.  So you can see the image of Katrina in

15:58:52   16   the Gulf of Mexico.  One can see the eye quite clearly, and you

15:58:56   17   can see the cloud shield, as it's called, covering the storm.

15:59:03   18        If you also look, you can discern in here the spiral

15:59:08   19   bands as they circle into the center of the system.  So here we

15:59:13   20   have an excellent representation of what Katrina looked like on

15:59:17   21   the 28th before it advanced into the New Orleans area.

15:59:26   22   Q.   Prior to the storm's passage, where were the winds?

15:59:36   23   A.   Well, I think if we go to the -- if we look at this

15:59:37   24   diagram, what we can see since Katrina is now well to the south

15:59:42   25   of New Orleans, basis several of the factors that I took into

1839

| | |
|---|---|
| 15:59:49 | 1 | consideration in doing my report, things like basic principles |
| 15:59:53 | 2 | of meteorology, as I described before by looking at that map, |
| 15:59:57 | 3 | pressure gradient force, the equations of motion. |
| 16:00:02 | 4 | Here you could apply a principle like the Buys |
| 16:00:04 | 5 | Ballot's law to discern the approximate direction in the Inner |
| 16:00:11 | 6 | Harbor Navigation Canal or New Orleans area.  And if you did |
| 16:00:17 | 7 | that on this particular graphic, what you could see, with the |
| 16:00:20 | 8 | center of Katrina here well to the south, that New Orleans here |
| 16:00:23 | 9 | would have to be experiencing east to northeasterly type flow. |
| 16:00:32 | 10 | Q.   When you say blowing from the northeast, can you show us |
| 16:00:35 | 11 | on this graphic? |
| 16:00:36 | 12 | A.   Yes, I can.  Here you see the IHNC, which has a heading of |
| 16:00:40 | 13 | approximately 015, which means about 15 degrees to the right of |
| 16:00:46 | 14 | north.  So this would be 015 here. |
| 16:00:50 | 15 | So a northeasterly direction, then, would be about 30 |
| 16:00:54 | 16 | degrees across that, blowing from the northeast towards the |
| 16:00:58 | 17 | southwest, much like I am moving the laser pointer at this |
| 16:01:03 | 18 | particular time. |
| 16:01:04 | 19 | Or more -- a little bit perhaps, if you go back to |
| 16:01:07 | 20 | that previous graphic, this early in the event, in fact, the |
| 16:01:14 | 21 | wind was probably a little bit more easterly than |
| 16:01:18 | 22 | northeasterly. |
| 16:01:19 | 23 | Q.   So how do we know the winds were blowing away from the |
| 16:01:22 | 24 | east floodwall of the IHNC toward the canal prior to 7:45? |
| 16:01:27 | 25 | A.   By following the way -- what I did is I looked at three |

1840

16:01:32  1    different factors.  I think if you go to the next graphic --

16:01:37  2    what I did is I looked at three different factors.

16:01:41  3          I looked at the meteorological principles and the

16:01:45  4    track of the system.  By "meteorological principles," I mean

16:01:46  5    the equations of motion, the applications of Buys Ballot's law

16:01:50  6    as applied to the movement of the system over the surface of

16:01:55  7    the Earth.

16:01:56  8          I also looked at a numerical hindcast produced by

16:02:00  9    Ocean Weather for the MMS, or Mineral Management Service.

16:02:04  10         Then I also looked at the local data at the airport,

16:02:06  11   at Lakefront airport.

16:02:11  12         From looking at this, I drew these three factors.  I

16:02:15  13   drew my conclusions regarding the weather conditions on the

16:02:17  14   morning of the 29th.

16:02:21  15   Q.   So what principles are we applying here?

16:02:24  16   A.   The meteorological principles that I looked at, of course,

16:02:27  17   are the fact that, in the Northern Hemisphere, winds about a

16:02:32  18   tropical system or a cyclone blow counterclockwise and inwards

16:02:39  19   towards the low-pressure center.

16:02:47  20         At the same time, you can reduce that to a simple

16:02:50  21   rule called the Buys Ballot's law that basically says, if you

16:02:54  22   put your back in the wind in the Northern Hemisphere, the

16:02:56  23   center of the low will be to your right.

16:03:02  24         For example, here's the center of Katrina.  This is

16:03:05  25   a -- before I go on, let me explain this diagram.  This is very

16:03:08  1    similar to one of the diagrams that Dr. Mitchell showed the
16:03:11  2    other day.  This is produced by the Hurricane Research
16:03:14  3    Division, which is part of the Atlantic Ocean Marine Lab in
16:03:19  4    Miami, Florida, and it depicts at a specific time -- you can
16:03:23  5    see the time up here -- it depicts the wind conditions about
16:03:27  6    the center of Katrina.
16:03:28  7              Here, different colors represent different speeds.
16:03:31  8    The solid lines represent the wind speed.  This is in knots, so
16:03:36  9    this represents the 100-knot contour, and then it decreases
16:03:43  10   outward from there.
16:03:45  11             We also heard some talk about "right front quadrant
16:03:49  12   of the storm," and I just want to take the opportunity to point
16:03:52  13   that out.  This is a north/south line and this is an east/west
16:03:56  14   line.  And at this particular time, as I'll show in a few
16:03:59  15   seconds, Katrina was moving generally northward, to the east of
16:04:04  16   New Orleans.  So the right front quadrant would be this center
16:04:09  17   of this part of the system here.  This is the right front
16:04:12  18   quadrant.
16:04:14  19   Q.   Where's the IHNC on this?
16:04:15  20   A.   On this particular diagram, the IHNC is -- oh, here's Lake
16:04:21  21   Borgne, so the IHNC would be approximately here.
16:04:24  22   Q.   Is there any dispute or debate in the meteorological
16:04:29  23   community about the validity of Buys Ballot's law?
16:04:36  24   A.   No, not at all.
16:04:36  25             So, again, if you stand here, for example, if you

1842

16:04:39  1    take that white arrow, these are arrows put on here by HRD, the

16:04:43  2    Hurricane Research Division, and if you put your back to that

16:04:47  3    arrow, you can see that the low-pressure center is going to be

16:04:50  4    to your left.

16:04:53  5              Likewise, over here, it's a little bit forward of

16:04:55  6    your left side, and that, of course, is due to the frictional

16:04:58  7    effects of the land.  On everywhere on these arrows, you can

16:05:01  8    see the fact that the center of the low is to the left.

16:05:04  9              And Buys Ballot's law was developed in the 1800s to

16:05:09  10   perhaps the late 1700s.  Buys Ballot's was a meteorologist in

16:05:14  11   northern Europe, and he sat down and thought about these

16:05:17  12   principles, and it's been taught and used since then.  And I

16:05:22  13   discuss it in my class with the midshipmen and with the NOAA --

16:05:28  14   NOAA people that I teach.

16:05:30  15   Q.   Does the Buys Ballot's law and the counterclockwise flow

16:05:33  16   of hurricanes in the Northern Hemisphere apply to wind at

16:05:37  17   ground level?

16:05:38  18   A.   Yes, it does.  Any type of circulation around a

16:05:41  19   low-pressure center in the Northern Hemisphere is going to be

16:05:47  20   counterclockwise.

16:05:49  21   Q.   Can you identify this exhibit?

16:05:50  22   A.   Yes, I can.  This is a representation put together by

16:05:54  23   NASA, the JPL, and Brigham Young University.  And what this is

16:06:00  24   is a QuikSCAT, Q-U-I-K-S-C-A-T --

16:06:12  25   Q.   So we've misspelled it?

| | | |
|---|---|---|
| 16:06:14 | 1 | A.    Yes, sir. |
| 16:06:15 | 2 | -- QuikSCAT satellite, which is a polar orbiting |
| 16:06:18 | 3 | satellite, and it has on board a scatterometer, which is a |
| 16:06:21 | 4 | microwave transmitter that sends a beam down to the Earth's |
| 16:06:26 | 5 | surface, and it works over the ocean.  What it does, from the |
| 16:06:30 | 6 | return signal to the satellite, it then, passing those signals |
| 16:06:33 | 7 | through an algorithm, then determines wind speed and direction |
| 16:06:38 | 8 | at the surface of the earth. |
| 16:06:41 | 9 | QuikSCAT was operational up until November of 2009, |
| 16:06:45 | 10 | and it was a primary tool used by both the Ocean Prediction |
| 16:06:52 | 11 | Center, which is a forecasting branch for the ocean in the |
| 16:06:58 | 12 | Atlantic and the Pacific; and the National Hurricane Center, |
| 16:07:00 | 13 | for analyzing wind speeds about -- about -- around the tropical |
| 16:07:07 | 14 | systems. |
| 16:07:09 | 15 | And what I put on here, you can see -- I'm sorry. |
| 16:07:11 | 16 | You can see on here the left, you can see the color code that |
| 16:07:15 | 17 | indicates the speeds.  So the light colors and the blues are |
| 16:07:18 | 18 | low wind speed.  These are in knots.  You can see the knots |
| 16:07:21 | 19 | here.  And the resolution goes up to about 50 knots and plus. |
| 16:07:29 | 20 | And you can see the different colors.  Red is more |
| 16:07:32 | 21 | what we would consider to be a gale-force wind.  Here would be |
| 16:07:37 | 22 | a storm-force -- mid-latitude storm or a tropical storm would |
| 16:07:41 | 23 | be all the way up, and the hurricane would be up into this |
| 16:07:43 | 24 | area. |
| 16:07:43 | 25 | So this diagram basically shows Katrina on the |

| | | |
|---|---|---|
| 16:07:46 | 1 | afternoon of the 28th.  I've also indicated on the other map |
| 16:07:51 | 2 | and this one here -- this is a blowup of the same image, and |
| 16:07:56 | 3 | what you see here is the approximate location of the IHNC and |
| 16:07:59 | 4 | the different color codes indicating the speeds. |
| 16:08:03 | 5 | Each of these flags, these are the same type of flags |
| 16:08:06 | 6 | that we saw on the station plot before when we looked at the |
| 16:08:10 | 7 | National Weather Service map.  Each flag represents each of |
| 16:08:18 | 8 | the -- let's put it this way:  Each of the feathers on the |
| 16:08:22 | 9 | flag -- on the bar -- on the arrows represents a speed of 10 |
| 16:08:25 | 10 | knots.  So if you have two feathers, you have 20 knots.  If you |
| 16:08:29 | 11 | have two and a half feathers, you have 25 knots.  If you have a |
| 16:08:34 | 12 | flag, you have 50 knots.  And if you have a flag and a feather, |
| 16:08:38 | 13 | you have 60 knots. |
| 16:08:40 | 14 | So on this particular diagram, you can see the wind |
| 16:08:43 | 15 | speeds surrounding Katrina on August 28th while she was still |
| 16:08:49 | 16 | out over the Gulf of Mexico. |
| 16:08:52 | 17 | Brighter colors, the higher wind speeds.  So you can |
| 16:08:55 | 18 | see the high wind speeds towards the center of the system and |
| 16:08:58 | 19 | then, of course, the eye of the system here. |
| 16:09:01 | 20 | If you follow through on the wind barbs, the arrows, |
| 16:09:05 | 21 | again, now, they fly with the wind, so that the feathers are |
| 16:09:10 | 22 | with the wind, so the arrows are -- just think of those arrows |
| 16:09:15 | 23 | flying downwind, basically.  You can see the counterclockwise |
| 16:09:20 | 24 | circulation around the hurricane. |
| 16:09:24 | 25 | It's a satellite derived image.  Each barb represents |

| | | |
|---|---|---|
| 16:09:28 | 1 | an area of -- I think you see it down here in the bottom -- of |
| 16:09:32 | 2 | around 2 1/2 square kilometers, so that's roughly a mile and a |
| 16:09:39 | 3 | half or so north and south and east and west.  So this is a |
| 16:09:42 | 4 | very high -- it's called a UHR, ultrahigh resolution image, of |
| 16:09:47 | 5 | winds surrounding Katrina. |
| 16:09:52 | 6 | QuikSCAT works well.  It's a tremendous loss to the |
| 16:09:56 | 7 | community and its data.  The next satellite will be launched in |
| 16:10:02 | 8 | about five years.  There's a European satellite that's now |
| 16:10:06 | 9 | being used.  But QuikSCAT was a very valuable tool.  And from |
| 16:10:11 | 10 | here, you can get an idea of what the wind directions are at |
| 16:10:14 | 11 | each location. |
| 16:10:15 | 12 | Q.   Can you show us on this exhibit what Buys Ballot's law |
| 16:10:19 | 13 | would show us about Katrina? |
| 16:10:21 | 14 | A.   Sure.  Here is the center.  If you position yourself here, |
| 16:10:25 | 15 | let's say at this latitude -- these are latitude and longitude |
| 16:10:29 | 16 | lines -- and if you put your back to the wind, you can see that |
| 16:10:33 | 17 | the low will be to your left.  Likewise, if you go over here to |
| 16:10:37 | 18 | the west of the system and put your back to the wind, the low |
| 16:10:40 | 19 | will still be to your left.  And down here do the same. |
| 16:10:43 | 20 | So Buys Ballot's law will show quite well the |
| 16:10:46 | 21 | location of the low. |
| 16:10:48 | 22 | Q.   So on this slide, what direction is the wind blowing in |
| 16:10:50 | 23 | New Orleans? |
| 16:10:51 | 24 | A.   Well, if you look up here towards the location of the |
| 16:10:53 | 25 | IHNC, you can see that these QuikSCAT winds, as they passed |

1846

16:10:59  1   over the water bodies surrounding the Mississippi River Delta

16:11:02  2   and the peninsula-like structure, you can see that they

16:11:06  3   continued to flow counterclockwise.  So we would get at this

16:11:10  4   date on the 28th mostly easterly-type conditions.

16:11:15  5   Q.   Now, if we know where the center of the storm is, what can

16:11:17  6   Buys Ballot's law tell us about the storm?

16:11:21  7   A.   Well --

16:11:22  8   Q.   Where it's going to go?

16:11:23  9   A.   If we know where the center of the storm is, we can use

16:11:29  10  Buys Ballot's law to deduce what the wind speed will be at our

16:11:34  11  location.  Likewise, if we know where our location is, we know

16:11:36  12  what the wind conditions are, we can deduce where the center of

16:11:38  13  the storm -- what direction the center of the storm would be

16:11:41  14  like.

16:11:44  15  Q.   What's this exhibit?

16:11:46  16  A.   This is a composite of various different satellite imagery

16:11:54  17  put together by NOAA, and you can see the date and times of

16:11:58  18  each of the image.

16:11:59  19         This basically picks up Katrina as it formed out here

16:12:02  20  in the Bahamas on the 23rd and 24th, tracked across the straits

16:12:10  21  of Florida, across southern Florida, took a turn to the

16:12:14  22  southwest, went out over the loop current where it gained

16:12:20  23  energy and reached Category 5, and then turned later on, on the

16:12:24  24  28th and on the 29th, and moved -- 28th and 29th, then moved

16:12:29  25  northward into New Orleans.

1847

| | | |
|---|---|---|
| 16:12:32 | 1 | **Q.**    What's this exhibit, Dr. Dooley? |
| 16:12:34 | 2 | **A.**    This is similar to that, but, of course, without the |
| 16:12:36 | 3 | satellite imagery.  This is a representation of the track of |
| 16:12:40 | 4 | Katrina that I put together using what's called the best track |
| 16:12:44 | 5 | information. |
| 16:12:45 | 6 |         The National Hurricane Center for every hurricane |
| 16:12:49 | 7 | puts together a report, and within it they deduce the time and |
| 16:12:55 | 8 | location of the center of a system, the pressures and the |
| 16:12:58 | 9 | winds.  An example of the best track is contained in my report. |
| 16:13:03 | 10 | But you can see the location of Katrina in various different |
| 16:13:08 | 11 | time periods. |
| 16:13:09 | 12 |         If I can explain the date and time nomenclature that |
| 16:13:13 | 13 | I used.  This is the 28th at 1300 Central Daylight Time.  So |
| 16:13:18 | 14 | that's the date and hour, CDT.  So the 29th at 1300 and so on |
| 16:13:24 | 15 | and so forth. |
| 16:13:25 | 16 |         So we start on the 24th, hit Florida, come back out; |
| 16:13:28 | 17 | 27th at 1300, the 28th at 1300.  And here's the 29th at 0700. |
| 16:13:35 | 18 | Here's the 29th at 1300. |
| 16:13:39 | 19 | **Q.**    What is this exhibit? |
| 16:13:40 | 20 | **A.**    This is a blowup of that same image but focused in on the |
| 16:13:46 | 21 | New Orleans area.  Different time periods here.  And, of |
| 16:13:51 | 22 | course, I've put down the approximate location of the IHNC at |
| 16:13:56 | 23 | 30 and 90. |
| 16:13:57 | 24 |         Here you see the 0610 Central Daylight Time, which |
| 16:14:03 | 25 | was the analyzed time of landfall in Buras.  Here is the |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1848

| | | |
|---|---|---|
| 16:14:08 | 1 | 0700 -- best-track position.  Of course, in Greenwich Mean |
| 16:14:16 | 2 | Time, that would be 1300 Greenwich Mean Time, but 0700 Central |
| 16:14:21 | 3 | Daylight Time. |
| 16:14:23 | 4 | And this is the 0945 position.  It's the second |
| 16:14:24 | 5 | landfall up there on the border of Louisiana and Mississippi. |
| 16:14:31 | 6 | Q.   At 7:00 what does Buys Ballot's law tell us about the wind |
| 16:14:36 | 7 | direction in the IHNC? |
| 16:14:38 | 8 | A.   Well, we can -- we can do this two ways:  We can put |
| 16:14:42 | 9 | ourselves at the center of Katrina, or we can put ourselves up |
| 16:14:45 | 10 | here in the IHNC knowing where the center of Katrina was. |
| 16:14:48 | 11 | But if I look at the center of -- if I put myself at |
| 16:14:55 | 12 | the IHNC knowing that the center of Katrina is here at 0700, |
| 16:15:01 | 13 | that will tell me that I should be experiencing northeasterly |
| 16:15:06 | 14 | type winds; in other words, winds out of the northeast towards |
| 16:15:08 | 15 | the southwest. |
| 16:15:09 | 16 | Q.   When does the center of Katrina pass New Orleans? |
| 16:15:13 | 17 | A.   What I did is I made a quick calculation between here and |
| 16:15:15 | 18 | here, taking that latitude, and I think I had it pass by there |
| 16:15:22 | 19 | sometime between 0845 and 0900 that morning. |
| 16:15:25 | 20 | Q.   Before 8:45, what does Buys Ballot's law tell us about the |
| 16:15:30 | 21 | wind direction in the IHNC? |
| 16:15:31 | 22 | A.   Well, what's happening here now is that Katrina is moving |
| 16:15:36 | 23 | north, and as it moves north, we are on the left semicircle of |
| 16:15:43 | 24 | the system.  The right-hand side, where all of the -- what in |
| 16:15:50 | 25 | marine meteorology we would refer to as the most dangerous |

16:15:54  1    semicircle -- and, of course, this side would be called the
16:15:57  2    less dangerous semicircle.
16:16:00  3         But the dangerous semicircle over here, what would
16:16:04  4    happen in a situation like that is, as the system moves north
16:16:06  5    of you, the winds would gradually turn more and more southerly.
16:16:11  6    But because Katrina lied to the east of New Orleans, what we
16:16:15  7    saw was the winds turning more and more northerly.
16:16:18  8         So between 7:00 and 9:45, what we would expect to see
16:16:24  9    if we start here at 7:00, more northeasterly winds.  As the
16:16:28  10   system got closer to us, those winds would turn more and more
16:16:32  11   northerly.  And then as the system got beyond us, we'd begin to
16:16:36  12   see more and more northwesterly winds and then gradually coming
16:16:41  13   more and more out of the west as Katrina moves farther away.
16:16:44  14        That tendency to turn from east to northeast to north
16:16:50  15   to northwest to west is called "backing."  So when the wind
16:16:53  16   changes in a counterclockwise direction, you'd expect the wind
16:16:58  17   to back.  So in a situation like this, when a hurricane is to
16:17:02  18   your east, you would expect backing wind conditions.  If the
16:17:06  19   hurricane is to your west, you'd expect the wind to go
16:17:09  20   northeast to east to southeast to south, which are varying
16:17:14  21   conditions.
16:17:18  22        So these are well accepted applications of
16:17:20  23   understanding the synoptic scale wind conditions around a
16:17:25  24   hurricane.  There's no dispute over these facts.
16:17:29  25             MR. ALDOCK:  Now, this is a new slide not in the dec,

1850

| | | |
|---|---|---|
| 16:17:32 | 1 | Your Honor.  It is 1-A from Mr. Dooley's report, DX-198.  It's |
| 16:17:39 | 2 | also used by Dr. Mitchell. |
| 16:17:42 | 3 | **THE COURT:**  Yes, Sir. |
| 16:17:42 | 4 | BY MR. ALDOCK: |
| 16:17:43 | 5 | Q.   What is this? |
| 16:17:44 | 6 | A.   This is another HRD product.  This is a blowup of the |
| 16:17:50 | 7 | product that Dr. Mitchell used, and I also have the same |
| 16:17:53 | 8 | product in my graphic in my report. |
| 16:17:57 | 9 | But I blew it up just so that we can -- and injected |
| 16:18:01 | 10 | it here so we could see the fact that here is the path of |
| 16:18:05 | 11 | Katrina, the solid black line, and so that we can get an |
| 16:18:09 | 12 | understanding of that right danger semicircle.  Because you can |
| 16:18:12 | 13 | see that to the right of it is where all the maximum winds are |
| 16:18:17 | 14 | found in Katrina, on that right semicircle. |
| 16:18:20 | 15 | And here, of course, you see the area of Louisiana. |
| 16:18:26 | 16 | I've also put a little indicator there for the approximate |
| 16:18:29 | 17 | location of the IHNC.  And these lines, as Dr. Mitchell pointed |
| 16:18:34 | 18 | out, these are our contours of wind speed as deduced by the |
| 16:18:40 | 19 | Hurricane Research Division, and basically what they show here |
| 16:18:44 | 20 | is that, in the IHNC, as Katrina went by, the maximum |
| 16:18:50 | 21 | one-minute sustained wind speed was between around 70 and 80 |
| 16:18:55 | 22 | knots. |
| 16:18:57 | 23 | The wind speeds are knots.  So you can just follow |
| 16:19:00 | 24 | the color contours around, and you can see the effects of the |
| 16:19:03 | 25 | storm. |

| | | |
|---|---|---|
| 16:19:04 | 1 | **Q.**   Dr. Dooley, your second conclusion had to do with the |
| 16:19:07 | 2 | hindcast as another source of information.  Tell us what that |
| 16:19:11 | 3 | is here. |
| 16:19:12 | 4 | **A.**   Yes.  Part of the data that I used in my report was a |
| 16:19:16 | 5 | hindcast that was produced by the company called Ocean Weather |
| 16:19:19 | 6 | Incorporated.  This was a hindcast that was done for the |
| 16:19:25 | 7 | Mineral Management Service, and it involved a detailed study of |
| 16:19:36 | 8 | Hurricane Katrina and an examination of all of the reporting |
| 16:19:39 | 9 | stations and data in the Gulf of Mexico region over the days |
| 16:19:43 | 10 | leading up to Katrina's formation and as Katrina moved up over |
| 16:19:48 | 11 | land. |
| 16:19:49 | 12 | Data is collected and analyzed.  The hindcast looks |
| 16:19:53 | 13 | at all the horizontal pressure pattern of the storm and the |
| 16:19:58 | 14 | vertical pressure pattern of the storm, and all of these |
| 16:20:01 | 15 | factors are taken into consideration in reconstructing the wind |
| 16:20:08 | 16 | field of the storm. |
| 16:20:09 | 17 | And I felt that Ocean Weather has an excellent |
| 16:20:13 | 18 | reputation as -- well, my opinion -- the leading hurricane |
| 16:20:16 | 19 | hindcasting company, and this data, I felt, would give us an |
| 16:20:21 | 20 | excellent understanding of the synoptic scale winds surrounding |
| 16:20:26 | 21 | Katrina. |
| 16:20:27 | 22 | **Q.**   Have any of the other investigations of Katrina failures |
| 16:20:31 | 23 | used this same OWI weather data? |
| 16:20:35 | 24 | **A.**   I believe that they were also used in IPET. |
| 16:20:38 | 25 | **Q.**   And anywhere else? |

| 16:20:40 | 1 | A.   I think that some of the ADCIRC, which are the storm-surge |
| 16:20:46 | 2 | models, also used some of the OWI data. |
| 16:20:49 | 3 | Q.   So how did you apply the hindcast at the IHNC? |
| 16:20:53 | 4 | A   Well, the OWI hindcast covers the entire Gulf of Mexico |
| 16:20:59 | 5 | area.  We didn't need that.  What I did is I obtained |
| 16:21:05 | 6 | grid-point data.  Because that's how the data is put together. |
| 16:21:08 | 7 | Each X and Y coordinate has their whole time history of data at |
| 16:21:14 | 8 | that location. |
| 16:21:15 | 9 |         Here you see the grid points that I obtained, and I |
| 16:21:20 | 10 | labeled them A, B, C, and D.  It was about 3 miles this way and |
| 16:21:25 | 11 | about 2.6, 2.7 miles that way. |
| 16:21:31 | 12 |         So what I did is I got the wind directions and speeds |
| 16:21:34 | 13 | at each of A, B, C, and D, and then simply interpolated them to |
| 16:21:41 | 14 | a value in the IHNC at the desired time periods. |
| 16:21:47 | 15 |         So the data came out every 15 minutes, and the data |
| 16:21:50 | 16 | represents a 30-minute average wind at those grid points. |
| 16:21:54 | 17 | Q   And point E is the IHNC? |
| 16:21:56 | 18 | A   Yes, sir. |
| 16:22:01 | 19 | Q.   Now, this is a table from your report, Dr. Dooley.  We're |
| 16:22:06 | 20 | going to examine it in great detail.  But to start, just |
| 16:22:09 | 21 | generally what is it? |
| 16:22:11 | 22 | A.   In general, this is Table 6-A, and this shows the values |
| 16:22:16 | 23 | at A, B, C, and D, and the interpolated values. |
| 16:22:21 | 24 |         And corresponding here, you see a compass rose just |
| 16:22:25 | 25 | so that we have a frame of reference of direction, both |

| | | |
|---|---|---|
| 16:22:28 | 1 | numerical direction and compass points. |
| 16:22:34 | 2 | **Q**    And that's compass rose, R-O-S-E; is that right? |
| 16:22:41 | 3 | **A.**   R-O-S-E. |
| 16:22:42 | 4 | **Q.**   So what -- what is this? |
| 16:22:47 | 5 | **A.**   This is a zoom-in on the time of 04:30 in the morning. |
| 16:22:51 | 6 | And if -- if, for example, we wanted to find a wind direction |
| 16:23:00 | 7 | at 4:30 in the morning, we could go here to 4:30, look to see |
| 16:23:05 | 8 | that at A, B, C, and D the values were between around 44 and -- |
| 16:23:12 | 9 | 43.75 -- I round these off -- 44 to around 48 degrees, so that |
| 16:23:21 | 10 | we know, inside the box, it has to be somewhere within that. |
| 16:23:24 | 11 | And by interpolation, I found 46, call that 47 degrees, over |
| 16:23:30 | 12 | here. |
| 16:23:30 | 13 | So at 4:30 in the morning, the wind at the IHNC was |
| 16:23:41 | 14 | basically, as Buys Ballot's law, would dictate a northeasterly |
| 16:23:46 | 15 | type wind. |
| 16:23:48 | 16 | **Q.**   And how does that translate here? |
| 16:23:51 | 17 | **A.**   Here is the IHNC northeast.  You can just walk that over. |
| 16:23:55 | 18 | And northeasterly wind from here, from the north breach area, |
| 16:24:02 | 19 | would be pointing towards the southwest corner here of the |
| 16:24:08 | 20 | Lafarge cut-in, and moving away from the eastern floodwall |
| 16:24:13 | 21 | towards the western side of the IHNC. |
| 16:24:17 | 22 | **Q.**   Let's look at 7:00. |
| 16:24:19 | 23 | **A.**   At 7:00, you can see the grid-point values range between |
| 16:24:24 | 24 | around 24 and 31 degrees.  So our value would have to be |
| 16:24:29 | 25 | somewhere in the middle of that, and I found 29 1/2. |

1854

| | |
|---|---|
| 16:24:34 | 1 |
| 16:24:40 | 2 |
| 16:24:43 | 3 |
| 16:24:44 | 4 |
| 16:24:45 | 5 |
| 16:24:49 | 6 |
| 16:24:56 | 7 |
| 16:25:01 | 8 |
| 16:25:05 | 9 |
| 16:25:07 | 10 |
| 16:25:09 | 11 |
| 16:25:11 | 12 |
| 16:25:14 | 13 |
| 16:25:19 | 14 |
| 16:25:21 | 15 |
| 16:25:24 | 16 |
| 16:25:28 | 17 |
| 16:25:36 | 18 |
| 16:25:37 | 19 |
| 16:25:40 | 20 |
| 16:25:42 | 21 |
| 16:25:45 | 22 |
| 16:25:49 | 23 |
| 16:25:52 | 24 |
| 16:25:56 | 25 |

And if you look at 29 1/2, it moves to here, which, again, is from the northeast and generally towards the south-southwest.

Q.   So how does that translate?

A.   Again the same.  Remember, this is 015 north and south. So this is 30.  Let's round that off to 30.  So if this is 015, about 15 degrees across that.  And it would be blowing in this direction as I move the cursor from the northeast side to the southwest side, or away from the eastern floodwall towards the western side of the IHNC.

Q.   Let's look at 7:30.

A.   At 7:30, remember, now, Katrina is moving a little closer to New Orleans.  So the wind's continuing to back.  Remember I defined "backing" before, where I said you go from an easterly towards a northerly direction.

So the wind is doing exactly what Buys Ballot's law and understanding of the principles of cyclonic flow would -- a system passing to the east of you will dictate.  So the direction here is around 20 degrees.

Q.   How does that translate?

A.   Again, the orientation is 15 north and south.  So it's about 5 degrees across from the eastern side towards the western side, or away from the eastern floodwall towards the western side of the canal.

Q.   So let's look at 7:00, which is where the plaintiffs

| | | |
|---|---|---|
| 16:26:00 | 1 | allege the time of the south breach. |
| 16:26:04 | 2 | A.   If we look at 7:00, I think we looked at one of those -- |
| 16:26:10 | 3 | Q.   No, earlier.  Earlier than 7:00. |
| 16:26:12 | 4 | A.   Oh. |
| 16:26:13 | 5 | Q.   5:45 to 6:45, the whole area. |
| 16:26:16 | 6 | A.   If we look at that time period between 5:45 and 6:45, we |
| 16:26:21 | 7 | can see here, just kind of bracket that out, you can see the |
| 16:26:25 | 8 | range of values as computed by the model.  If we apply those, |
| 16:26:28 | 9 | we can get an upper and lower limit, which is what I then put |
| 16:26:32 | 10 | on here.  So between around 32 degrees and around 43 degrees |
| 16:26:36 | 11 | over here.  So you can see the swath area from which the wind |
| 16:26:41 | 12 | would be coming. |
| 16:26:42 | 13 | And that fits in perfectly with Katrina being east of |
| 16:26:44 | 14 | the city, the wind backing, and turning more northerly as time |
| 16:26:52 | 15 | goes on, as Katrina moves closer and then north of New Orleans. |
| 16:26:56 | 16 | Q.   So how does that bracketed area apply? |
| 16:27:00 | 17 | A.   Again, you can see it's always to the right of the -- of |
| 16:27:05 | 18 | the axes of the IHNC, blowing from the eastern side towards the |
| 16:27:09 | 19 | western side, or away from the floodwall.  Here you see the |
| 16:27:14 | 20 | path of Katrina during the time period.  So between around 5:40 |
| 16:27:19 | 21 | and 7:00 or so, Katrina was here. |
| 16:27:21 | 22 | So exactly as Buys Ballot's law would dictate, you |
| 16:27:26 | 23 | have to have, if it's a hurricane -- and I believe everybody |
| 16:27:29 | 24 | agrees Katrina was a hurricane -- you have to have this type of |
| 16:27:34 | 25 | wind pattern.  There's no denying that. |

16:27:36  1    **Q.**   So what was the first time at which the prevailing wind

16:27:38  2    had a component blowing from the west shore to the east shore

16:27:42  3    of the IHNC?

16:27:43  4    **A.**   If you just quickly scan down the data, what you discover

16:27:47  5    is that sometime between around 7:30 and 7:45 -- sorry -- the

16:27:53  6    wind passed from the eastern side of 015 to the western side of

16:27:58  7    015.

16:28:01  8             So what we have here, then, is the first time that

16:28:05  9    the wind would have blown with some type of component across

16:28:10  10   the IHNC was sometime between 7:30 and 7:45.

16:28:20  11   **Q.**   Dr. Dooley, can you summarize your findings regarding the

16:28:22  12   progression of wind in the IHNC based on the hindcast?

16:28:26  13   **A.**   Yes, I can.  And I believe this graphic here does that.

16:28:31  14             If you look at the 4:00 value and if you look at the

16:28:35  15   7:45 value, what you can see is the swath of northeasterly,

16:28:40  16   turning more northerly, the backing conditions, exactly as a

16:28:45  17   hurricane passing to the east of us would dictate.  You can see

16:28:48  18   the swath of the wind pattern there.

16:28:51  19             So between 4:00 and 7:45, what we have are winds

16:28:55  20   blowing from the eastern side to the western side or away from

16:28:58  21   the northern wall towards the southwestern side.

16:29:03  22   **Q.**   Do any of your conclusions, Dr. Dooley, depend on where

16:29:05  23   the barge was at any given point in time?

16:29:08  24   **A.**   No.

16:29:10  25   **Q.**   So when you say the wind is acting on the barge, if the

| | | |
|---|---|---|
| 16:29:13 | 1 | barge is somewhere else in the canal, does that affect your |
| 16:29:16 | 2 | conclusions? |
| 16:29:18 | 3 | A.   Not with regards to the synoptic scale wind patterns of |
| 16:29:20 | 4 | this system, no, sir. |
| 16:29:25 | 5 | Q.   So let's go to your third source of wind direction, local |
| 16:29:28 | 6 | weather data.  There's been a lot of discussion about ground |
| 16:29:32 | 7 | level and local weather, and we should spend some time, a |
| 16:29:36 | 8 | little time, on this. |
| 16:29:38 | 9 | Did you review any local meteorological data? |
| 16:29:41 | 10 | A.   Yes, I did. |
| 16:29:41 | 11 | Q.   Where was that taken from? |
| 16:29:44 | 12 | A.   From Lakefront airport. |
| 16:29:47 | 13 | Q.   What does this map show? |
| 16:29:48 | 14 | A.   This shows the location of Lakefront.  You can see here, |
| 16:29:52 | 15 | and here you can see the IHNC.  The distance between the |
| 16:29:57 | 16 | approximate position of the -- of the anemometer and the |
| 16:30:02 | 17 | airport was about -- and the IHNC was about 4.1, 4.2 miles. |
| 16:30:11 | 18 | Q.   What does the data show at Lakefront airport? |
| 16:30:13 | 19 | A.   Well, this is a table from our report, and this shows the |
| 16:30:20 | 20 | data starting at 3:00, going to 7:53, which was the end of the |
| 16:30:27 | 21 | data that I had from Lakefront.  The airport actually ceased |
| 16:30:31 | 22 | reporting at 6:53 Central Daylight Time. |
| 16:30:35 | 23 | And what we see in the columns here are the GMT time |
| 16:30:39 | 24 | corrected here at the next column for these -- for Central |
| 16:30:44 | 25 | Daylight Time; and then the wind direction in 10s of degrees, |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

16:30:51  1   30 through 30 and 50, 90, 40; and then the wind speed reported
16:30:57  2   in miles per hour; and then the wind gusts in miles per hour.
16:31:06  3           The next column over is the height of the clouds in
16:31:08  4   hundreds of feet.  So "9" would correspond to 900 feet.
16:31:13  5           And then you have the visibility and statute miles.
16:31:17  6   And then you have the report from the station of the type of
16:31:22  7   weather being observed at that particular time.
16:31:25  8           THE COURT:  Doctor, just a question.  I'm sure
16:31:28  9   Mr. Aldock may ask it.  But just looking at -- and I'd seen
16:31:32  10  this.  Looking at the wind direction at 3:36, that wind
16:31:39  11  direction is due east; correct?
16:31:42  12          THE WITNESS:  That's correct, sir.  From the east
16:31:43  13  towards the west.
16:31:44  14          THE COURT:  Right.  And the wind direction at 3:43 is
16:31:50  15  30 degrees, which is much more northerly.  That's fairly
16:31:55  16  dramatic, is it not, in that time period?  Seven minutes?
16:31:59  17          THE WITNESS:  Yes, it is, sir.
16:32:02  18          THE COURT:  Do you have any explanation for that?
16:32:05  19  I'm just curious.
16:32:07  20          THE WITNESS:  I think --
16:32:07  21          THE COURT:  When I said "7 minutes," 8 minutes,
16:32:11  22  excuse me.
16:32:11  23          THE WITNESS:  Each of those observations is about 6
16:32:13  24  to 10 minutes apart if you look down at the time scale.  I
16:32:16  25  believe there is a explanation --

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1859

| | | |
|---|---|---|
| 16:32:18 | 1 | **THE COURT:**  3:28 to 3:36 converted. |
| 16:32:22 | 2 | **THE WITNESS:**  Yeah.  The first two are, like, 6 |
| 16:32:23 | 3 | minutes apart, and then it's 7, and then it's 5. |
| 16:32:27 | 4 | **THE COURT:**  Yeah. |
| 16:32:27 | 5 | **THE WITNESS:**  So these are all what's called special |
| 16:32:29 | 6 | reports that are sent in by the -- by the automatic reporting |
| 16:32:33 | 7 | station that was at Lakefront.  But I believe there is an |
| 16:32:36 | 8 | explanation for the 090. |
| 16:32:38 | 9 | **THE COURT:**  Okay. |
| 16:32:39 | 10 | **BY MR. ALDOCK:** |
| 16:32:39 | 11 | **Q.**   Why don't you give it right now. |
| 16:32:41 | 12 | **A.**   Right now?  I think if you go back and we recall what |
| 16:32:46 | 13 | Mr. Lemon showed earlier this afternoon when he looked at some |
| 16:32:53 | 14 | of the radar image, I believe one of the time periods that he |
| 16:32:55 | 15 | talked about was approximately 3:36, and one of the comments |
| 16:33:00 | 16 | that he made regarding that was that he felt that part of that |
| 16:33:07 | 17 | velocity and directional indicator was that there was a more |
| 16:33:13 | 18 | easterly component to the winds up there where that upper-level |
| 16:33:19 | 19 | region of convergence was occurring. |
| 16:33:22 | 20 | That upper-level region of convergence, but I think |
| 16:33:25 | 21 | if you look at it carefully, you'll see that it was over Lake |
| 16:33:29 | 22 | Pontchartrain, which would be to the north of Lakefront |
| 16:33:31 | 23 | airport.  So I think what we're seeing here is some |
| 16:33:35 | 24 | contribution of that region of convergence which relaxed the |
| 16:33:40 | 25 | wind to 90. |

16:33:41   1            And you'll also see that the wind speeds slow down,

16:33:43   2    so that it went from around 44, 47, down to 34 miles per hour;

16:33:50   3    and that the gust speed likewise decreased.  So I believe this

16:33:55   4    is reflecting the -- what we saw in that data from the Doppler

16:34:03   5    Radar.

16:34:03   6            THE COURT:  This comes from an anemometer?

16:34:06   7            THE WITNESS:  Anemometer, yes, sir.

16:34:08   8            THE COURT:  Anemometer.  And the 90 degrees would not

16:34:11   9    necessarily conform to Buys Ballot's law; correct?  Or would

16:34:18  10    it.

16:34:19  11            THE WITNESS:  Well, to some degree, it does.  I mean,

16:34:22  12    it's a variation in direction induced by the local wind

16:34:30  13    effects.  The local variations are caused by what's happening

16:34:38  14    in the atmosphere at the time.  As we saw, there was some type

16:34:43  15    of a convergence which relaxed the wind and gave us these

16:34:49  16    easterlies.

16:34:50  17            THE COURT:  All right.  Thank you, sir.

16:34:52  18            MR. ALDOCK:  We're going to come back to it in

16:34:54  19    detail, Your Honor.

16:34:55  20            THE COURT:  Okay.

16:34:55  21    BY MR. ALDOCK:

16:34:55  22    Q.   These are automatic reporting; isn't that right?

16:34:58  23    A.   That's true.

16:35:01  24    Q.   What is this slide?

16:35:02  25    A.   This is the data from Lakefront that starts at midnight

| | | |
|---|---|---|
| 16:35:07 | 1 | on -- at 1200, or 0000, on the 29th and then goes up to the |
| 16:35:13 | 2 | observation just before 0300. |
| 16:35:16 | 3 | And you can see the northeasterly winds here -- 40, |
| 16:35:20 | 4 | 40, 40, all the way -- 30, all the way to 50.  So here's our |
| 16:35:26 | 5 | northeasterly winds.  So we do have this Buys Ballot's law |
| 16:35:30 | 6 | clearly demonstrated here. |
| 16:35:36 | 7 | Q.   Any of the other studies use the Lakefront airport data? |
| 16:35:39 | 8 | A   Oh, yes.  As I said, it comes from an ASOS station, |
| 16:35:44 | 9 | Automatic Service Observation Systems station.  That data is |
| 16:35:48 | 10 | put out on the National Weather Service data circuits.  HRD |
| 16:35:51 | 11 | would have used it.  Ocean Weather would have used it.  Anybody |
| 16:35:56 | 12 | who was serious about analyzing wind conditions near New |
| 16:35:59 | 13 | Orleans at the time would have used that data. |
| 16:36:02 | 14 | Q.   IPET used it? |
| 16:36:04 | 15 | A   I believe they did. |
| 16:36:05 | 16 | Q.   It was in Dr. Marino's report? |
| 16:36:07 | 17 | A.   Dr. Marino did have columns of data from Lakefront airport |
| 16:36:19 | 18 | in his report, yes, he did. |
| 16:36:21 | 19 | Q.   Can you describe the direction of the wind at Lakefront |
| 16:36:23 | 20 | airport throughout the morning of August 29th? |
| 16:36:25 | 21 | A.   Yes.  Starting at 0300, you can see the data here goes 30, |
| 16:36:30 | 22 | 30, 90, 30, 50, 30, 30, 20, 30, all the way until, finally, at |
| 16:36:34 | 23 | 6:35 where was the last report, which was from 040. |
| 16:36:40 | 24 | The anemometer, what it does when it makes its |
| 16:36:45 | 25 | report, it calculates the wind every five seconds by an |

| | | |
|---|---|---|
| 16:36:53 | 1 | electronic process, and it stores that in memory, and then it |
| 16:36:58 | 2 | averages those values over a two-minute period.  So looks, |
| 16:37:02 | 3 | actually, at 24 separate wind observations of speed and |
| 16:37:06 | 4 | direction and then reports the average of those 24.  So |
| 16:37:11 | 5 | that's -- that's where these numbers come from. |
| 16:37:14 | 6 | THE COURT:  Is there -- excuse me for interrupting |
| 16:37:18 | 7 | you, but I'm looking at the time intervals.  It seems a bit |
| 16:37:23 | 8 | random.  You have 6 minutes in the beginning and then 7 and |
| 16:37:31 | 9 | then 5.  Then you have 4:00 to 4:29.  There's a 29-minute gap |
| 16:37:39 | 10 | there as an example.  Any explanation for that? |
| 16:37:42 | 11 | THE WITNESS:  As I said, these are what are called |
| 16:37:47 | 12 | spec reports, special reports.  Most of these -- some of the -- |
| 16:37:49 | 13 | the 4:00 one would have been a regular METAR report, which is a |
| 16:37:53 | 14 | report from an airport.  Why there's a gap between 4:00 and |
| 16:37:58 | 15 | 4:30, I cannot explain at this time, sir. |
| 16:38:03 | 16 | THE COURT:  Okay. |
| 16:38:04 | 17 | BY MR. ALDOCK: |
| 16:38:05 | 18 | Q.   Did Lakefront airport record any west-to-east winds while |
| 16:38:10 | 19 | it was operating at any time between 3:03 and 6:53? |
| 16:38:21 | 20 | A.   No, no. |
| 16:38:21 | 21 | If I can just -- one second, just -- just explain |
| 16:38:23 | 22 | these directions, why they're all whole 10 degrees.  So what it |
| 16:38:25 | 23 | basically does is then it takes the averages that I just talked |
| 16:38:31 | 24 | about and averages them out and reports it to the nearest 10 |
| 16:38:36 | 25 | degrees.  So, for example, a wind direction of 23 would be |

16:38:42  1   reported as 020.  A wind direction of 39 would be reported as

16:38:47  2   040.

16:38:50  3         So there was nothing from the west.  Everything was

16:38:53  4   from the east.

16:38:53  5   Q.   So let's look at some of these Lakefront reports.  What

16:38:56  6   does it show at 303?

16:39:00  7   A.   It shows the direction of 30 and a speed in miles per hour

16:39:02  8   of 43 miles per hour and a gust speed of 64 miles per hour.

16:39:10  9   And there's the graphic so indicating.

16:39:16  10  Q.   So what does that mean here?

16:39:18  11  A.   So if we again come back to the IHNC, again, we're coming

16:39:22  12  from the eastern side towards the western side at 3:00 in the

16:39:27  13  morning.

16:39:28  14  Q.   Okay.  There's been some suggestion by the plaintiffs that

16:39:31  15  the northern breach happened at 4:30.  What was the wind speed

16:39:36  16  and direction measured at Lakefront at that time?

16:39:39  17  A.   The observations, both show 30 degrees, and the wind

16:39:43  18  speeds of about 48 to 53 miles an hour with gusts in the 60s.

16:39:48  19  So you can see 30 here.  So over that time period, basically,

16:39:52  20  we're looking at 30 degrees of wind direction.

16:39:56  21  Q.   How does that translate?

16:39:58  22  A    Again, just as before, from the eastern side to the

16:40:02  23  western side, away from the eastern floodwall and towards the

16:40:03  24  western side.

16:40:07  25  Q.   What does the data show from 6:53 a.m. near the time when

16:40:11   1   the southern breach happened?

16:40:13   2   A.   This is the last wind report from the station before the

16:40:16   3   signal -- before it stopped reporting.   What we see, direction

16:40:21   4   of 040, a speed of around 69 knots, gust speed -- I'm sorry,

16:40:27   5   miles per hour, and gust speed of around 86 miles an hour.   And

16:40:31   6   you can see the direction here.

16:40:34   7   Q.   How does that translate?

16:40:35   8   A.   That translates across -- across, away from the eastern

16:40:39   9   floodwall towards the western side.

16:40:43  10   Q.   While we're here with the Lakefront data, Dr. Dooley, what

16:40:48  11   does this data provide with regard to visibility?

16:40:52  12   A.   The station is fitted with a visibility sensor.   Light is

16:40:58  13   emitted by a source, and then a receiver captures the scatter

16:41:01  14   from that light.   From that, they deduce a range of visibility.

16:41:08  15            And these are in statute miles.   So this is the

16:41:13  16   report throughout the morning of the 30th.   So you can see

16:41:17  17   that, earlier on, it was about 2 1/2 miles, decreased

16:41:22  18   somewhat -- opened up again, and then decreased generally to

16:41:29  19   about .3 miles before opening up just before it went down.

16:41:35  20   Q.   So what does it show about visibility between 5:00 and

16:41:38  21   6:00 a.m.?

16:41:38  22   A.   Between 5:00 and 6:00, you can see that it shows about .3

16:41:42  23   to .3, .3, and then about 6:00 opening up to .5.

16:41:47  24   Q.   So what does .3 mean in laymen's terms?

16:41:50  25   A.   Three-tenths of a mile.   So a mile -- these are statute

| | | |
|---|---|---|
| 16:41:53 | 1 | miles.  That's 5,280 feet.  So that's roughly, what, 1,560 |
| 16:41:59 | 2 | feet -- or 1,640 feet. |
| 16:42:07 | 3 | Q.   So what -- how does Lakefront data fit generally with Buys |
| 16:42:11 | 4 | Ballot's law here. |
| 16:42:13 | 5 | A    To answer that question, what I did is I compared the wind |
| 16:42:16 | 6 | barbs from Lakefront to the wind barbs from the hindcast.  But, |
| 16:42:23 | 7 | in general, what we see continuously are easterly type winds at |
| 16:42:28 | 8 | Lakefront. |
| 16:42:29 | 9 | Q.   So, Dr. Dooley, when you looked at the hindcast, you |
| 16:42:33 | 10 | showed us a very organized progression of wind directions.  But |
| 16:42:38 | 11 | here at Lakefront, we see more oscillation in the observed wind |
| 16:42:43 | 12 | directions.  Why is that? |
| 16:42:45 | 13 | A.   For the simple reason that, as I mentioned, the hindcast |
| 16:42:49 | 14 | winds represent 30-minute averages, okay, 30-minute averages |
| 16:42:54 | 15 | expressed every 15 minutes.  So that is an average of the wind |
| 16:43:00 | 16 | speed and an average of the wind direction.  So when you see |
| 16:43:04 | 17 | that, you're going to see a very systematic turn of the winds |
| 16:43:10 | 18 | with the movement of the hurricane. |
| 16:43:12 | 19 | What Lakefront is showing us is a measure of the |
| 16:43:16 | 20 | ambient wind conditions in the immediate area, only 4 miles |
| 16:43:21 | 21 | away, 4.1, 4.2 miles away, from the IHNC.  So here we are going |
| 16:43:27 | 22 | to see the variations in the wind induced by various |
| 16:43:31 | 23 | short-period phenomenas. |
| 16:43:34 | 24 | As we've seen, there's one where the wind veers. |
| 16:43:39 | 25 | Now, remember veering is a turn to the right.  The wind veers |

| | | |
|---|---|---|
| 16:43:42 | 1 | and becomes more easterly and then backs back to its original |
| 16:43:47 | 2 | northeasterly type direction. |
| 16:43:49 | 3 | So what we're looking at at Lakefront is a |
| 16:43:53 | 4 | measurement of the ambient wind conditions, the short period. |
| 16:43:57 | 5 | These are every 6 minutes, 6 to 10 minutes, except for that |
| 16:44:03 | 6 | long exposure here.  But these are, basically, short-period |
| 16:44:10 | 7 | averages.  Again, they're based upon a two-minute sample of the |
| 16:44:15 | 8 | wind with 24 separate calculations. |
| 16:44:18 | 9 | Q.   So what does this data tell you about the effect of |
| 16:44:21 | 10 | perturbations, though, on wind directions? |
| 16:44:24 | 11 | A.   That there are perturbations in any system, in any type of |
| 16:44:30 | 12 | field.  But you're going to see these perturbations in your |
| 16:44:34 | 13 | measurements of the ambient field. |
| 16:44:37 | 14 | Q.   Dr. Dooley, have you seen Dr. Mitchell's report, and were |
| 16:44:42 | 15 | you here to listen to his testimony? |
| 16:44:43 | 16 | A.   Yes, I was.  And I have seen his report. |
| 16:44:47 | 17 | Q.   Is there anything in Dr. Mitchell's report or his |
| 16:44:49 | 18 | testimony that affects the validity of your conclusions? |
| 16:44:52 | 19 | A.   Well, I heard Dr. Mitchell say that, basically, there is |
| 16:44:58 | 20 | this synoptic field, and he did not disagree with my analysis |
| 16:45:01 | 21 | of the synoptic field.  I didn't hear that or see it in his |
| 16:45:06 | 22 | report.  The only thing he said was that there are these |
| 16:45:11 | 23 | microbursts which would produce an omnidirectional type wind. |
| 16:45:21 | 24 | That -- I don't see that in the data. |
| 16:45:24 | 25 | Q.   Did you find anything relevant in your analysis in |

16:45:30  1   Dr. Mitchell's report or testimony?  Was there anything that
16:45:34  2   even crossed you?
16:45:37  3   A.   Well, he agreed with my synoptic scale winds, the winds
16:45:41  4   deduced by the hindcast.  There was no doubt about that.
16:45:45  5        And the only thing he pointed out was that, if there
16:45:50  6   were things like thunderstorms, which is what the mesocyclone
16:45:55  7   is, if there were such things, they would have the possibility
16:46:01  8   of producing short-period omnidirectional winds, but the data
16:46:06  9   didn't support that at all.
16:46:08  10  Q.   Did you hear anything in Dr. Mitchell's testimony that
16:46:10  11  winds existed of sufficient strength and duration to change the
16:46:14  12  direction and speed of the prevailing wind as it would have
16:46:17  13  impacted the IHNC?
16:46:22  14  A.   I didn't hear him give any numbers.  I didn't hear him
16:46:25  15  give any directions.  I didn't hear him say that anything like
16:46:29  16  that definitely existed.  I think he basically said that -- as
16:46:34  17  I understood it, is that this is a possibility, but he couldn't
16:46:38  18  say for sure that it actually happened.
16:46:41  19  Q.   What's your reaction to Dr. Mitchell's opinions regarding
16:46:46  20  mesoscale activity, wind shear, and multidirectional winds?
16:46:51  21  A.   Well, there's no doubt that we have thunderstorms in
16:46:54  22  hurricanes.  I mean, that's the energy source of a hurricane.
16:47:00  23       As the hurricane is a marine event -- it happens over
16:47:04  24  the ocean -- it gets its energy from the hot ocean.  That hot
16:47:09  25  energy is water that evaporates, rises within the clouds,

1868

```
16:47:13   1   releases latent heat.  That warms the center of the hurricane,
16:47:17   2   and that reduces the central pressure and that drives the
16:47:20   3   hurricane.
16:47:21   4            If you want to kill off a hurricane, run it over cold
16:47:24   5   water, and that takes away the heatage.  Or run it over land,
16:47:27   6   and that will take away the water source.
16:47:30   7            So the whole essence of a hurricane is that you do
16:47:35   8   have thunderstorms.  There's no doubt about that.  Inside of a
16:47:38   9   thunderstorm, you will have updrafts.  These updrafts, as they
16:47:42  10   leave the surface and flow into the thunderstorm, that's a zone
16:47:46  11   of convergence.  As the wind enters and rises, that's your zone
16:47:51  12   of convergence.
16:47:54  13            As rain begins to fall out of the thunderstorm, that
16:47:57  14   rain falls, it entrains here from outside of the thunderstorm
16:48:01  15   into that.  It falls and hits the surface as the downdraft.  So
16:48:07  16   if you have thunderstorms, you have convergence at the surface
16:48:10  17   and you have divergence at the surface.  There's no doubt about
16:48:14  18   that.
16:48:14  19            Those updrafts and downdrafts are occurring in the
16:48:23  20   ambient wind stream, the synoptic scale flow.  So as you look
16:48:29  21   at the low-pressure center, we have agreement on the synoptic
16:48:35  22   scale flow.  We have many different sources of it.  We saw the
16:48:40  23   QuikSCAT imagery.
16:48:42  24            Those updrafts and downdrafts are occurring within
16:48:45  25   the ambient flow.  In some places, they will produce a lull.  I
```

| | | |
|---|---|---|
| 16:48:50 | 1 | believe that's what happened here at 3:36.  If the downdraft |
| 16:48:53 | 2 | occurs and enters the ambient flow, it's going to be combined |
| 16:49:00 | 3 | vectorially with the wind stream and the ambient wind |
| 16:49:05 | 4 | conditions and wind at the boundary layer. |
| 16:49:07 | 5 | It's like taking your garden hose and pointing the |
| 16:49:10 | 6 | water spray into a fast-moving body of water.  The water's not |
| 16:49:14 | 7 | going to go -- if you do it from the side, the garden-hose |
| 16:49:17 | 8 | water is going to flow with the fast-moving body of water. |
| 16:49:22 | 9 | This is the same thing but turned in the vertical. |
| 16:49:24 | 10 | So what I think you're going to see here is you're |
| 16:49:27 | 11 | going to see some lulls in wind speed induced by the |
| 16:49:31 | 12 | convergence, and you're also going to see some peaks in the |
| 16:49:35 | 13 | wind speed.  Those peaks manifest themselves as gusts.  And in |
| 16:49:40 | 14 | my report, I have made calculations of the gust speeds in this |
| 16:49:45 | 15 | large-scale synoptic flow. |
| 16:49:47 | 16 | We used a certain gust factor.  I think most of the |
| 16:49:51 | 17 | literature will show that the number for hurricanes is about |
| 16:49:54 | 18 | 1.25.  Some literature shows higher values.  But I think, in my |
| 16:50:01 | 19 | report, I mention that number.  So the gusts actually |
| 16:50:04 | 20 | represents the contributions from these type of injections of |
| 16:50:10 | 21 | energy from higher levels into the surface boundary layer |
| 16:50:14 | 22 | ambient flow. |
| 16:50:16 | 23 | Q.  So take it without some of the meteorological terms.  If |
| 16:50:20 | 24 | you had a gust and it had an easterly component, what would |
| 16:50:24 | 25 | happen? |

1870

| | | |
|---|---|---|
| 16:50:26 | 1 | **A.**   By -- by "easterly," you mean coming from the east, |
| 16:50:30 | 2 | flowing towards the west? |
| 16:50:31 | 3 | **Q.**   Yes. |
| 16:50:32 | 4 | **A.**   If that gust from above entered the preexisting high wind |
| 16:50:36 | 5 | speed, the synoptic scale flow in a hurricane, which, again, |
| 16:50:40 | 6 | now is 50 to 60 knots, as we see here, what it's going to do, |
| 16:50:45 | 7 | it's going to produce your gusts.  It's going to produce higher |
| 16:50:49 | 8 | gusts.  But the direction of the flow is still going to be in |
| 16:50:52 | 9 | the direction of the easterly flow and the boundary layer. |
| 16:50:55 | 10 | **Q.**   All right.  So take it hypothetically and say you had a |
| 16:50:57 | 11 | gust with a westerly component.  What happens? |
| 16:51:00 | 12 | **A.**   If you had a westerly component, it's going to enter into |
| 16:51:04 | 13 | the easterly wind, and that result will be a lull. |
| 16:51:08 | 14 | **Q.**   But not a change in direction? |
| 16:51:09 | 15 | **A.**   But not a change in direction because the preexisting |
| 16:51:12 | 16 | ambient boundary layer wind is going to dominate. |
| 16:51:16 | 17 | It's simple football.  The guy with the ball runs |
| 16:51:19 | 18 | into the larger force, you know what happens.  The same thing |
| 16:51:22 | 19 | happens here.  As the gust enters those strong hurricane-force |
| 16:51:27 | 20 | winds, it just carries it along, and we see either a peak or a |
| 16:51:31 | 21 | lull in the wind speed.  That manifests itself as variations |
| 16:51:36 | 22 | that we see in the wind speed column here. |
| 16:51:38 | 23 | **Q.**   So the mesoscale activity that Dr. Mitchell talks about is |
| 16:51:42 | 24 | actually what we just looked at in Lakefront airport?  We know |
| 16:51:47 | 25 | what it is? |

1871

16:51:48  1    A.    That's correct.

16:51:48  2    Q.    And it doesn't change the prevailing wind?

16:51:51  3    A.    Doesn't change the prevailing wind.

16:51:53  4    Q.    Does it manifest itself in weather reports?

16:51:58  5    A.    If there was a gust that changed the weather conditions

16:52:02  6    and produced the westerly wind, and if it happened before the

16:52:06  7    station went off the air at 6:53, it would show up in this

16:52:11  8    column, and it's not there.

16:52:12  9    Q.    Yeah.  So if -- what we were looking at -- the Court was

16:52:15  10   looking at, it probably had a -- probably had something there,

16:52:20  11   that was --

16:52:22  12   A.    Well, what you had here was a lull.

16:52:24  13   Q.    Right.

16:52:25  14   A.    A lull is a decrease in wind speed.  Lulls are usually not

16:52:28  15   too important.  Nobody pays too much attention to them.

16:52:32  16   Everybody is interested in the peak.  But it manifested itself

16:52:37  17   in that report because there was this major change in wind

16:52:40  18   direction induced by that zone of convergence, I believe, as

16:52:42  19   Mr. Lemon showed.

16:52:44  20   Q.    What does that slide show?

16:52:46  21   A.    This, I believe, is from Dr. Mitchell's report, and it is

16:52:50  22   that -- I think, what, the level III data.  And it shows a

16:52:53  23   series of mesocyclones or thunderstorm identified by the system

16:53:01  24   and one of the TVSs.

16:53:03  25   Q.    And does a TVS symbol mean there was a tornado?

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1872

16:53:08    1    A.    No, it does not.

16:53:09    2    Q.    What does the Lakefront airport data tell you happens when

16:53:14    3    a mesocyclone identified by Dr. Mitchell passes?

16:53:17    4    A.    Well, here are a couple of mesocyclones.  Here's the --

16:53:20    5    what is that?  That's the T-4 one at 2:15.  That one's right

16:53:26    6    there adjacent to Lakefront airport.

16:53:29    7              The observing station, I think, is right about where

16:53:32    8    I have the cursor -- rather, the laser pointer.  So if that

16:53:39    9    mesocyclone was there, if it was there, and this happened at

16:53:46   10    2:15 a.m., I'd expect to see some type of response, if that

16:53:54   11    mesocyclone was there, in the surface wind report from the

16:53:57   12    airport.

16:54:02   13              I think the next slide here, we have 2:15 observation

16:54:05   14    from Lakefront.  And you see that the wind direction is

16:54:09   15    consistent, and you see that the wind speed is consistent, and

16:54:12   16    you see that the gust speed is consistent.

16:54:15   17              So whatever that item was that was identified as T-4,

16:54:20   18    it had absolutely no impact on the surface winds at Lakefront

16:54:26   19    to 2:15.

16:54:29   20    Q.    Based on your review of Lakefront airport data in

16:54:33   21    Dr. Mitchell's report, did the mesocyclonic activity affect the

16:54:37   22    prevailing wind directions at the IHNC during Katrina?

16:54:41   23    A.    Based on everything that I looked at, there was no effect

16:54:46   24    of any mesocyclones on the dominant or prevailing wind

16:54:53   25    direction in the area.

| | | |
|---|---|---|
| 16:54:55 | 1 | **MR. KHORRAMI:** Objection, Your Honor. The witness |
| 16:54:56 | 2 | hasn't done any research regarding mesocyclones -- |
| 16:54:59 | 3 | **THE COURT:** Well, he's been testifying about it now |
| 16:55:01 | 4 | for five minutes. |
| 16:55:02 | 5 | **MR. KHORRAMI:** I understand that. |
| 16:55:04 | 6 | **THE COURT:** You know, he's saying it's beyond the |
| 16:55:08 | 7 | scope of the report. |
| 16:55:09 | 8 | **MR. ALDOCK:** I think, Your Honor, that he is looking |
| 16:55:12 | 9 | in the data, the local weather data, to see if what was |
| 16:55:17 | 10 | observed shows. I think he's entitled to look at the local |
| 16:55:21 | 11 | weather data to see that it wasn't there. |
| 16:55:26 | 12 | **THE COURT:** Well, when you say it wasn't there, he's |
| 16:55:27 | 13 | -- he was not -- I've looked at his report, and there may have |
| 16:55:33 | 14 | been a supplement, but he's already testified that I think |
| 16:55:39 | 15 | something he attributes perhaps to something like a mesocyclone |
| 16:55:45 | 16 | occurred at -- and causing the 60-degree change in direction, |
| 16:55:49 | 17 | but it did not change the prevailing direction in that it was |
| 16:55:53 | 18 | simply due east rather than northeast; it wasn't from the west. |
| 16:56:05 | 19 | I understand that. So we're now at the IHNC, and I'm trying to |
| 16:56:11 | 20 | figure out what you're -- |
| 16:56:14 | 21 | **MR. ALDOCK:** Well, I'm not going -- I'm not doing |
| 16:56:15 | 22 | much more with it, but I should say, Your Honor -- |
| 16:56:17 | 23 | **THE COURT:** And he said none of this data -- this |
| 16:56:20 | 24 | data would also perhaps apply to something to 4.1 miles away, |
| 16:56:27 | 25 | such as the IHNC. |

1874

| | | |
|---|---|---|
| 16:56:28 | 1 | **MR. ALDOCK:**  He's saying the applicability of this |
| 16:56:30 | 2 | data and 4 miles. |
| 16:56:32 | 3 | **THE COURT:**  That's correct. |
| 16:56:33 | 4 | **MR. ALDOCK:**  But we should also point out that, |
| 16:56:35 | 5 | because Dr. Mitchell came in so late, we had a stipulation of |
| 16:56:39 | 6 | the parties that said Dr. Dooley specifically, and Mr. Lemon, |
| 16:56:42 | 7 | would be able to comment on their reports. |
| 16:56:46 | 8 | **THE COURT:**  But if that's the stipulation, that's the |
| 16:56:48 | 9 | stipulation. |
| 16:56:49 | 10 | **MR. KHORRAMI:**  Well, Your Honor, my only issue is -- |
| 16:56:52 | 11 | I was fine with the witness, you know, peripherally going into |
| 16:56:57 | 12 | that area, but they went and got a radar guy, Mr. Lemon, who |
| 16:57:02 | 13 | responded to Dr. Mitchell.  Dr. Dooley did not even consider |
| 16:57:06 | 14 | any of the data that would be relevant to deciding whether |
| 16:57:10 | 15 | there's a mesocyclone. |
| 16:57:11 | 16 | **THE COURT:**  You can bring that out on |
| 16:57:13 | 17 | cross-examination. |
| 16:57:14 | 18 | I'm not sure what your question was before the |
| 16:57:18 | 19 | objection. |
| 16:57:18 | 20 | **MR. ALDOCK:**  It was just a pretty simple one, Your |
| 16:57:20 | 21 | Honor.  It just said are the observations at Lakefront |
| 16:57:23 | 22 | applicable at the IHNC. |
| 16:57:25 | 23 | **THE COURT:**  I thought he already answered that, and |
| 16:57:27 | 24 | he said yes. |
| | 25 | |

1875

16:57:28   1   BY MR. ALDOCK:

16:57:29   2   **Q.**   Is there any reason not to apply the Lakefront airport

16:57:31   3   data to the IHNC 4 miles away?  Any whatsoever?

16:57:36   4   **A.**   Not in my mind.  They're very close.  They're in this

16:57:40   5   large-scale hurricane.  The wind-flow patterns, the synoptic

16:57:45   6   scale winds, are consistent.  And the Lakefront data fits in

16:57:51   7   well with the equations of motion and the Buys Ballot's law.

16:57:56   8   So I think that the Lakefront data is solely representative of

16:58:02   9   the type of directions and speeds that one would see at IHNC.

16:58:09   10           THE COURT:  Let me ask you a question.

16:58:10   11           THE WITNESS:  Yes, sir.

16:58:11   12           THE COURT:  When wind was blowing at 90 degrees,

16:58:18   13   according to this anemometer, at 3:36, would that -- based on

16:58:27   14   all you've heard, would that show up as red on the Slidell

16:58:39   15   radar normally?  Assuming it was dealiased, and we're looking

16:58:46   16   at the -- at the data as it should be.

16:58:50   17           THE WITNESS:  I believe it would show up as red, and

16:58:52   18   I think Mr. Lemon actually showed it as a darker-color red when

16:58:56   19   he said that the wind had relaxed a bit and veered to 090.  I

16:59:01   20   think that's -- this is what he was talking about.

16:59:04   21           THE COURT:  So if something is coming perpendicular

16:59:07   22   to the radar, it will still show red.  At what point does it

16:59:13   23   show green, to your knowledge?

16:59:15   24           THE WITNESS:  I'm not the radar guy, sir.

16:59:17   25           THE COURT:  All right.

16:59:17   1   BY MR. ALDOCK:

16:59:18   2   Q.   Does the fact, Dr. Dooley, that the IHNC is water, which

16:59:22   3   we know, and the Lakefront airport is land, does that make any

16:59:27   4   difference?

16:59:27   5   A.   Well, if you recall the location of the Lakefront, it's

16:59:35   6   right there at the border boundary of Lake Pontchartrain.  So

16:59:39   7   it has a marine exposure -- largely a marine exposure.  The

16:59:46   8   IHNC down there towards Lafarge, I think Dr. Mitchell said that

16:59:51   9   it too would have -- be free of constrictions there where the

16:59:59  10   cutout was.  So winds are -- the directions are fully

17:00:05  11   representative, I believe, of what you would see at the IHNC.

17:00:10  12   Q.   What are we looking at here?

17:00:12  13   A.   What I've done is compared the wind speeds up at -- up at

17:00:17  14   Lakefront.  These are the red arrows, with the arrows at the

17:00:23  15   IHNC.  Remember before I mentioned these are arrows that fly

17:00:31  16   with the wind.  So this represents a wind generally from the

17:00:34  17   northeast, and here is 10-, 20-, 30-, 40-knot winds.  You can

17:00:40  18   see a little half-a-knot wind right there.  So that's 10-, 20-,

17:00:44  19   35-knot winds there.  And over here you see a flag that's 50

17:00:49  20   and 55.

17:00:51  21        So the IHNC hindcast values are about 55 knots.  And

17:00:56  22   this covers the time period between 2:00 and 3:00.  There's

17:01:00  23   actually a series of wind barbs here.  It's just that they're

17:01:05  24   so close together.  And remember, they're 30-minute averages.

17:01:10  25   They're basically right on top.

17:01:11  1            But, visually, you can see that the IHNC values

17:01:14  2   compare very nicely with the Lakefront values.  We both have

17:01:19  3   northeasterly winds.

17:01:24  4   **Q.**   As between the 30-minute average winds, Dr. Dooley, such

17:01:28  5   as those on the hindcast, and an instantaneous record

17:01:35  6   observation such as those from Lakefront, which is more

17:01:38  7   important to the question of what would have happened in the

17:01:40  8   IHNC?

17:01:41  9   **A.**   Well, I think you have to look at them both and take

17:01:45  10  Lakefront data into mind when you look at the hindcast values.

17:01:52  11           But, remember, I think this graphic here is a good

17:01:55  12  illustration of the point:  The hurricane is a well-organized

17:02:01  13  system.  It's not a random phenomena.  It has this circular

17:02:07  14  isobars that we looked at in the very second slide of my

17:02:12  15  presentation -- of my testimony.  It has circular isobars.

17:02:18  16  Those isobars tell us what the wind pattern is going to be

17:02:20  17  like.

17:02:21  18           When you look at it from the synoptic scale all the

17:02:24  19  way down here to the -- what is generally, I would consider to

17:02:27  20  be, a -- a -- not even a mesoscale, but a smaller scale, a

17:02:35  21  microscale, a 2 1/2-kilometer size grid, you can see that, even

17:02:42  22  in that size of a representation, you have a systematic

17:02:46  23  representation of the wind pattern.

17:02:49  24           There are perturbations.  We just saw them in the

17:02:52  25  Lakefront data, granted.  But in the large-scale flow, you're

1878

| | | |
|---|---|---|
| 17:02:58 | 1 | going to have a systematic flow around the hurricanes.  Not |
| 17:03:01 | 2 | just systematic in -- at the sea surface; it is also with |
| 17:03:06 | 3 | height.  We have the same counterclockwise circulation around |
| 17:03:11 | 4 | there. |
| 17:03:11 | 5 | **Q.**   If the winds were totally chaotic, as Mr. Pazos would say, |
| 17:03:16 | 6 | or had suggested some chaos as Dr. Mitchell might have implied, |
| 17:03:22 | 7 | would they be reflected in the Lakefront airport data? |
| 17:03:26 | 8 | **A.**   I believe they would be.  Dr. Mitchell said that the |
| 17:03:28 | 9 | process is random.  He said that it happens like popcorn going |
| 17:03:32 | 10 | off.  Well, excuse me, but Lakefront is a location within the |
| 17:03:40 | 11 | wind field.  So if it's going to be a random phenomena that's |
| 17:03:45 | 12 | going to occur at the IHNC, there's absolutely no reason why, |
| 17:03:48 | 13 | in my mind, why it wouldn't also be a random phenomena at the |
| 17:03:52 | 14 | Lakefront airport. |
| 17:03:53 | 15 |         So when we look at the data, we don't see it |
| 17:03:55 | 16 | happening.  What we see are variations in the wind speed, wind |
| 17:03:59 | 17 | direction, either side of this synoptic scale flow, but we |
| 17:04:04 | 18 | don't see an omnidirectional pattern.  What we see are |
| 17:04:06 | 19 | updrafts; zones of convergence, which is what I believe caused |
| 17:04:10 | 20 | that 90-degree direction that His Honor talked about before, |
| 17:04:14 | 21 | that zone of convergence. |
| 17:04:17 | 22 |         I see gust speeds at the Lakefront data, which could |
| 17:04:21 | 23 | be downdrafts from a thunderstorm as it enters and adds energy |
| 17:04:26 | 24 | to the boundary layer of wind; but I don't see any reversals of |
| 17:04:31 | 25 | wind direction from west to east until the wind backs around |

17:04:35  1   later in the morning and comes out of the west.

17:04:39  2   Q.   What does it show at Lakefront airport compared to the OWI

17:04:44  3   hindcast?

17:04:45  4   A.   This shows the comparison between the time period of 03

17:04:48  5   and 0400, and there's the easterly wind that we talked about

17:04:52  6   before.  You can see that it's a lull; in other words, a

17:04:57  7   decrease in speed.

17:04:58  8        Remember, Lake Pontchartrain is here, and here is

17:05:02  9   our -- our data from the hindcast.  So you can see there's good

17:05:09  10  agreement this is still easterly, and that's probably induced

17:05:12  11  by some type of vertical motion in the atmosphere.

17:05:17  12  Q.   What do we see at 5:30?

17:05:20  13  A.   This is between 4:35 and 5:30.  The reason I varied the

17:05:24  14  time interval here is to show some diversity in direction here

17:05:27  15  at Lakefront.  And you can see that now, as we get closer to

17:05:32  16  5:30, the wind speeds are picking up here.

17:05:35  17       Now we have 65 knots and here we have 50 -- that's

17:05:40  18  not an 85-knot wind.  It may look like 85 knots.  That's a

17:05:45  19  couple of observations, one laid over the top.  So there's like

17:05:49  20  a -- that's what that is.  Okay.

17:05:52  21       But you can see the fit of the data.  As I said

17:05:54  22  before, Lakefront is fully representative of the type of

17:05:57  23  conditions that I would expect at the IHNC at this time due to

17:06:07  24  Hurricane Katrina.

17:06:07  25  Q.   So what happens between 5:30 and 6:15?

1880

| | | |
|---|---|---|
| 17:06:10 | 1 | **A.**   Same thing.  You see the winds.  You see the winds in both |
| 17:06:12 | 2 | locations.  The wind speeds have picked up here at IHNC -- at |
| 17:06:20 | 3 | the Lakefront and, likewise, in the hindcast. |
| 17:06:23 | 4 | **Q.**   What happens here? |
| 17:06:25 | 5 | **A.**   Here, this is between 5:30 and 6:00.  You see 55 knots; |
| 17:06:31 | 6 | here you see around 70 knots. |
| 17:06:34 | 7 | **Q.**   And here? |
| 17:06:36 | 8 | **A.**   Same.  Good fit between the two sources of data between |
| 17:06:40 | 9 | 6:00 and 7:00. |
| 17:06:41 | 10 | **Q.**   Here? |
| 17:06:42 | 11 | **A.**   7:00 to 8:00, again, Lakefront stopped transmitting at |
| 17:06:46 | 12 | 6:53, and as it stopped transmitting, there's no more data.  So |
| 17:06:54 | 13 | what I did here was add the date and time to each of these wind |
| 17:06:57 | 14 | barbs.  So you can see this is at 7:00, 7:30, and 8:00.  So you |
| 17:07:02 | 15 | can see that, between around 7:30 and 8:00, that's when it |
| 17:07:06 | 16 | passed from the eastern side to the western side of the IHNC. |
| 17:07:09 | 17 |           Actually, it was a little earlier than 8:00.  I found |
| 17:07:13 | 18 | between 7:30 and 7:45. |
| 17:07:15 | 19 | **Q.**   So for completeness, what is it? |
| 17:07:18 | 20 | **A.**   Between 8:00 and 9:00, you can see it backing around.  It |
| 17:07:23 | 21 | just as Buys Ballot's law would dictate. |
| 17:07:27 | 22 | **Q.**   And here? |
| 17:07:27 | 23 | **A.**   Between 9:00 and 10:00, where it became almost broadside |
| 17:07:32 | 24 | to the IHNC but from the west. |
| 17:07:37 | 25 | **Q.**   And what is that? |

17:07:39   1    A.    This is a composite of all the observations, everywhere
17:07:42   2    from 00 all the way to 0700, so you can see the composite of
17:07:47   3    directions, and you can see the excellent fit.  You can see
17:07:51   4    this type of anomaly, so that if there was some type of anomaly
17:07:55   5    that had occurred that may have turned a wind from the west to
17:07:58   6    the east, it would have popped up at Lakefront.
17:08:03   7            The examination tells us that that didn't happen.
17:08:05   8    And again, since it's a random phenomena, if it didn't happen
17:08:13   9    here, I don't see any reason why it would -- I don't see any
17:08:14   10   reason why it wouldn't happen here and not happen here.  So I
17:08:17   11   think Lakefront is fully representative of the wind field in
17:08:20   12   the area for the morning of the 29th.
17:08:24   13   Q.    Have you seen any information, Dr. Dooley, to indicate
17:08:28   14   that the winds in the IHNC could have been blowing in any other
17:08:31   15   direction from what you've described?
17:08:34   16   A.    No, I haven't.  All of my review of various different
17:08:39   17   reports on scientific studies of the synoptic scale wind
17:08:46   18   pattern, Dr. Mitchell did not disagree with my analysis of the
17:08:51   19   synoptic scale winds.
17:08:55   20           What's in the literature does not disagree.  Whatever
17:09:00   21   I've reviewed, I think the track of Katrina, the theory, the
17:09:07   22   understanding of cyclonic wind fields, you have northeasterly
17:09:15   23   winds until they pass west of 015, and that happened at
17:09:23   24   sometime between 7:30 and 7:45 that morning.
17:09:28   25   Q.    Did you consider the reports of people who purport to be

| | | |
|---|---|---|
| 17:09:32 | 1 | eyewitnesses to form your opinion? |
| 17:09:35 | 2 | **A.**   That, of course, is important to do; but when I did my |
| 17:09:38 | 3 | initial report, I did not.  I relied on the first-level data. |
| 17:09:43 | 4 | By "first-level data," I mean scientific data that |
| 17:09:46 | 5 | was verifiable, like the Lakefront data, like the hindcast |
| 17:09:51 | 6 | data, and like the principles of science that I explained |
| 17:09:55 | 7 | earlier. |
| 17:09:55 | 8 | **Q.**   Have you since become familiar with the accounts that the |
| 17:10:00 | 9 | plaintiffs rely on of laymen for weather? |
| 17:10:03 | 10 | **A.**   I have read some of the depositions, yes. |
| 17:10:12 | 11 | **Q.**   Did you -- any of them change any of your views?  Any of |
| 17:10:17 | 12 | the witness accounts change any of your views? |
| 17:10:20 | 13 | **A.**   No. |
| 17:10:20 | 14 | **Q.**   What about the reports of witnesses who say -- |
| 17:10:22 | 15 | **THE COURT:**  Wait, wait. |
| 17:10:24 | 16 | **MR. KHORRAMI:**  I'm not going to object, but this is |
| 17:10:25 | 17 | beyond the scope of his report.  He specifically testified that |
| 17:10:28 | 18 | he didn't consider witness accounts in coming up with his |
| 17:10:32 | 19 | conclusions, and now we're going beyond -- beyond what he |
| 17:10:37 | 20 | considered in coming up with his -- |
| 17:10:39 | 21 | **THE COURT:**  I realize the conclusions he has thus far |
| 17:10:42 | 22 | rendered have not been based on any eyewitness accounts. |
| 17:10:46 | 23 | **MR. ALDOCK:**  Right.  I'm just establishing, Your |
| 17:10:48 | 24 | Honor, that it doesn't change his opinion.  That's the point of |
| 17:10:50 | 25 | it, nothing more. |

17:10:51   1          **THE COURT:**  Okay.

17:10:54   2   **BY MR. ALDOCK:**

17:10:54   3   **Q.**   What about if there were, hypothetically, eyewitnesses who

17:10:59   4   said the water was splashing over the IHNC water around

17:11:03   5   6:00 a.m., would that change anything?

17:11:05   6   **A.**   It wouldn't change my calculations of winds.

17:11:08   7   **Q.**   And what about water splash?

17:11:11   8   **A.**   Well, water splashing can happen because of waves hitting

17:11:16   9   the surface and the crest of the wave projecting upwards and

17:11:20  10   depending upon the water level and how high that foam, that

17:11:26  11   spray, may have gone.

17:11:27  12   **Q.**   What about the fact that the events here at issue were

17:11:30  13   taking place at ground level?  Does the data analysis that

17:11:33  14   you've relied on reflect winds at ground level?

17:11:37  15   **A.**   The data that I looked at is the standard meteorological

17:11:41  16   reference height of 10 meters, or 32 feet.  So, in that sense,

17:11:46  17   as you move closer to the surface, wind speeds decrease,

17:11:50  18   naturally, because of the effect of -- increased effect of

17:11:54  19   friction.

17:11:55  20          But I think one way to consider the hindcast values

17:11:57  21   that we've looked at as very conservative values.  By that, I

17:12:03  22   mean upper limits.  And I think if you compare the values at

17:12:10  23   Lakefront, you see most of the numbers are less than the

17:12:13  24   hindcast values because that anemometer is a little bit lower.

17:12:19  25   It's actually at around 27 feet, or it was at the time.  So you

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

17:12:24   1    see that little bit of a difference.

17:12:25   2             But the data that I think is in my report is fully

17:12:29   3    representative of what you're going to find as the maximum

17:12:31   4    conditions in that area at the time.

17:12:34   5    Q.   Isn't there some kind of variability from the prevailing

17:12:37   6    wind and the direction of the wind?

17:12:41   7    A.   I'm sorry.  I don't --

17:12:43   8    Q.   Well, what about variability?  What -- what duration does

17:12:46   9    it have?  What does it mean in the Lakefront data?

17:12:50   10   A.   In the Lakefront data, it's represented, as we saw before,

17:12:57   11   generally every 6 to 10 minutes, with that occasional gap of

17:13:01   12   around 29 minutes.  So what we see is that there are variations

17:13:05   13   in the instantaneous wind value which do not show up in the MMS

17:13:09   14   data because the MMS is a long-term average.

17:13:14   15            But when you compare the instantaneous values to the

17:13:17   16   long-term average, you can discern variability of the wind,

17:13:22   17   which, in this case, was always generally northeasterly, with

17:13:26   18   some turn either slightly to the left or to the right of that

17:13:30   19   northeast direction.

17:13:31   20   Q.   But we have some structures around the canal, like the

17:13:32   21   pump station and the bridges.  What effect do those

17:13:36   22   structures -- what effect will turbulence passing over these

17:13:41   23   features have at all?

17:13:43   24   A.   Well, in my opinion, they would have some effect in the

17:13:46   25   immediate area of the building.  But once the winds flow, once

| | |
|---|---|
| 17:13:48 | 1 |
| 17:13:51 | 2 |
| 17:13:56 | 3 |
| 17:14:02 | 4 |
| 17:14:05 | 5 |
| 17:14:09 | 6 |
| 17:14:10 | 7 |
| 17:14:12 | 8 |
| 17:14:15 | 9 |
| 17:14:16 | 10 |
| 17:14:18 | 11 |
| 17:14:21 | 12 |
| 17:14:24 | 13 |
| 17:14:25 | 14 |
| 17:14:26 | 15 |
| 17:14:27 | 16 |
| 17:14:31 | 17 |
| 17:14:34 | 18 |
| 17:14:37 | 19 |
| 17:14:43 | 20 |
| 17:14:48 | 21 |
| 17:14:52 | 22 |
| 17:14:57 | 23 |
| 17:15:00 | 24 |
| 17:15:05 | 25 |

the streamlines pass downwind of those surfaces, for example, here in this diagram, and the water and the wind got out here to this open water part of the IHNC, I think your streamlines, in other words, the flow patterns, would be back into a systematic method.  And I believe I heard Dr. Mitchell say the same thing.

Q.   Have you considered the possibility that there might have been a tornado in the IHNC?

A.   Yes.

        THE COURT:  I don't think anybody's contending there was a tornado.  Is that an undisputed fact?  Is anybody claiming there was a tornado?

        MR. KHORRAMI:  Nobody's contending there was a tornado.

BY MR. ALDOCK:

Q.   What about eddies or microbursts or mesocyclonic activity, have you given consideration to that?

A.   Well, I did look at Dr. Mitchell's report, and I sat through his testimony.  As I looked at the Lakefront data, these types of updrafts, which is a zone of convergence and downdrafts in these thunderstorms, which are what Dr. Mitchell's referring to as the microbursts, these types of downdrafts and updrafts, as I said, they will either produce a lull or a gust, a peak.  And we see events like that in the ambient flow, instantaneous flow, measured by Lakefront.

17:15:09  1          But it doesn't reverse the directions, and it doesn't

17:15:11  2  change my analysis of the synoptic scale, large-scale flow,

17:15:15  3  across the IHNC.  You had northeasterlies blowing to the

17:15:19  4  southwest.

17:15:20  5  Q.   Have you looked at the opinions of Mr. Pazos, and what do

17:15:22  6  you make of them?

17:15:23  7  A.   Yes, I did.

17:15:26  8  Q.   What wind speed is he using?

17:15:27  9  A.   Well, this is a diagram that I include in my report from

17:15:32  10  his report.  Here at the bottom, you can see a couple of

17:15:38  11  vectors that are drawn in here.  One is labeled "Wind Force."

17:15:42  12  And if this is the eastern floodwall, this would be a westerly

17:15:48  13  wind -- wind force.  And if this is the eastern floodwall, this

17:15:52  14  would be a northerly wave.  And I believe he's depicted that

17:15:56  15  northerly wave here traveling away from the northern side

17:16:00  16  towards the southern side of the IHNC.

17:16:05  17          I believe this is supposed to represent an event

17:16:08  18  happening early in the morning.  As my analysis showed, no such

17:16:15  19  wind pattern existed at that time.  And even if the wind had

17:16:21  20  existed at the time, these types of waves would have produced

17:16:25  21  motion on that barge to the south, not to the north.

17:16:29  22  Q.   Do you recall Dr. Pazos relied on an IPET hypothetical in

17:16:33  23  Appendix 17 of his report?  Have you studied that?

17:16:37  24  A.   I have looked at those calculations, yes, sir.

17:16:40  25  Q.   And what do they show?

17:16:40  1   **A**    As I recall, the IPET study said, "Well, for example," in
17:16:47  2   so many words, not exactly their words, but, basically, what
17:16:50  3   they were trying to do was to demonstrate how a theoretical
17:16:54  4   barge would move if subject to 100-mile-an-hour wind broadside
17:17:00  5   to it.  My analysis showed there was no such wind coming from
17:17:05  6   the broadside to a barge tied up on the western side of the
17:17:10  7   IHNC.
17:17:11  8          That means the broadside would need a wind coming
17:17:15  9   from the direction of 285, and a 100-mile-an-hour wind did not
17:17:21  10  exist from the direction of the 285.  In fact, the
17:17:26  11  100-mile-an-hour wind may have existed in gusts.  That was in a
17:17:33  12  3- to 5-second gust, but no long-term sustained wind existed
17:17:39  13  from 285.  It didn't happen.
17:17:42  14  **Q.**   This is Dr. Marino's diagram from his report.  Did he make
17:17:44  15  the same mistake?
17:17:45  16  **A.**   Here, this is a table from his report.  He also referred
17:17:48  17  to 100-mile-an-hour wind impacting it broadside.  Again, that
17:17:57  18  wind did not exist.
17:18:05  19  **Q.**   Dr. Dooley, you told us that, after 7:45 a.m., the winds
17:18:08  20  would have passed from the eastern side to the western side of
17:18:11  21  the IHNC.  Were they dominantly westerly at that time?
17:18:16  22  **A.**   No.  You have to remember what happens.  After 7:45 in the
17:18:20  23  morning, the winds are now coming this way, as I point with the
17:18:24  24  pointer, from the north straight to the south.
17:18:26  25          So they still -- after 7:45, they still have a

17:18:31  1  largely northerly-to-south component.  So they're moving it

17:18:37  2  away from the northern breach up here and moving the --

17:18:39  3  whatever is there would have to be blowing down towards the

17:18:43  4  south end of the IHNC.

17:18:45  5          It's not until about after 9:00 that that northerly

17:18:50  6  component then passes by a direction of around 3:30 or so, and

17:18:56  7  you begin to get a -- a more westerly than northerly component

17:19:02  8  to the wind.  So it's not until -- I think that happened at

17:19:06  9  around -- sometime around 9:30 to 10:00 or so.

17:19:10  10  **Q.**   My concluding question, Dr. Dooley:  Have you seen

17:19:14  11  anything or heard anything in this courtroom or in any of the

17:19:17  12  reports that you've read to suggest that the wind directions of

17:19:20  13  the IHNC were other than as you have testified today?

17:19:23  14  **A.**   No, I have not.

17:19:25  15          **MR. ALDOCK:**  I tender the witness, Your Honor.

17:19:27  16          **THE COURT:**  Thank you, counsel.  Based on the time of

17:19:29  17  the day, I think we should -- unless there's greatly exigent

17:19:34  18  circumstances, commence cross at 9:00 a.m.

17:19:38  19          **MR. ALDOCK:**  Your Honor, could we move in the Lemon

17:19:40  20  PowerPoints that were used here?

17:19:42  21          **THE COURT:**  Yes.  And the exhibit number?

17:19:44  22          **MR. ALDOCK:**  The PowerPoints are -- the exhibit

17:19:45  23  numbers or the PowerPoint numbers?

17:19:54  24          **THE COURT:**  If we're moving them in, you have to

17:19:57  25  label them as something.

17:20:11   1              MR. ALDOCK:  346 for Mr. Lemon's and 347 for

17:20:14   2   Dr. Dooley's.

17:20:16   3              THE COURT:  Thank you, sir.  Let them be admitted.

17:20:18   4              MR. KHORRAMI:  And they'll be admitted as

17:20:20   5   demonstratives, not as evidence?

17:20:23   6              THE COURT:  Yes.

17:20:24   7              Sir, you may step down, and we are in recess

17:20:27   8   until tomorrow.

17:20:29   9              I do want to take this opportunity to

17:20:31   10  congratulate all of you on your professional demeanor

17:20:34   11  throughout this trial.  It makes it -- this is difficult for

17:20:38   12  all of us.  It makes it a lot easier on the Court, and I

17:20:42   13  appreciate it very much.  It's not always this way.

17:20:43   14             MR. ALDOCK:  Thank you, Your Honor.

17:20:43   15             MR. GILBERT:  Thank you, Your Honor.

17:20:46   16             THE DEPUTY CLERK:  All rise.

17:20:47   17             (WHEREUPON, the proceedings were concluded.)

           18                            *****

           19                        __CERTIFICATE__

           20         I, Jodi Simcox, RMR, FCRR, Official Court Reporter
              for the United States District Court, Eastern District of
           21 Louisiana, do hereby certify that the foregoing is a true and
              correct transcript, to the best of my ability and
           22 understanding, from the record of the proceedings in the
              above-entitled and numbered matter.

           23

           24
                                    _____
           25                         S/ Jodi Simcox, RMR, FCRR
                                        Jodi Simcox, RMR, FCRR
                                        Official Court Reporter