1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
    ****************************************************************
4
    IN RE:  KATRINA CANAL
5   BREACHES CONSOLIDATED
    LITIGATION
6
                                CIVIL ACTION NO. 05-4182
7                               SECTION "K" (2)
                                NEW ORLEANS, LOUISIANA
8                               TUESDAY, JULY 6, 2010, 9:00 A.M.

9   PERTAINS TO BARGE

10
    *MUMFORD*   C.A. NO. 05-5724
11  AS TO CLAIMS OF PLAINTIFFS
    JOSEPHINE RICHARDSON AND
12  HOLIDAY JEWELERS, INC.,
    ONLY
13

14  *BENOIT*   C.A. NO. 06-7516
    AS TO CLAIMS OF PLAINTIFFS
15  JOHN ALFORD AND JERRY
    ALFORD ONLY
16

17  ****************************************************************

18
                      **DAY 10, MORNING SESSION**
19            TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
          HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
20                 UNITED STATES DISTRICT JUDGE

21

22  APPEARANCES:

23
    FOR THE PLAINTIFFS:    BEST KOEPPEL TRAYLOR
24                         BY:  LAURENCE E. BEST, ESQUIRE
                           2030 ST. CHARLES AVENUE
25                         NEW ORLEANS LA  70130

```
1   APPEARANCES CONTINUED:

2

3                        LAW OFFICES OF BRIAN A. GILBERT
                         BY:  BRIAN A. GILBERT, ESQUIRE
4                        2030 ST. CHARLES AVENUE
                         NEW ORLEANS LA  70130
5

6                        KHORRAMI POLLARD ABIR
                         BY:  SHAWN KHORRAMI, ESQUIRE
7                        44 FLOWER STREET, 33RD FLOOR
                         LOS ANGELES CA  90071
8

9                        WILSON GROCHOW DRUKER & NOLET
                         BY:  LAWRENCE A. WILSON, ESQUIRE
10                       223 BROADWAY, 5TH FLOOR
                         NEW YORK NY  10279
11

12                       WIEDEMANN & WIEDEMANN
                         BY:  LAWRENCE D. WIEDEMANN, ESQUIRE
13                            KARL WIEDEMANN, ESQUIRE
                         821 BARONNE STREET
14                       NEW ORLEANS LA  70113

15
                         PATRICK J. SANDERS
16                       ATTORNEY AT LAW
                         3316 RIDGELAKE DRIVE
17                       SUITE 100
                         METAIRIE LA  70002
18

19                       LAW OFFICE OF RICHARD T. SEYMOUR
                         BY:  RICHARD T. SEYMOUR, ESQUIRE
20                       1150 CONNECTICUT AVENUE N.W.
                         SUITE 900
21                       WASHINGTON DC  20036

22

23  FOR THE DEFENDANT:   CHAFFE McCALL
                         BY:  DEREK A. WALKER, ESQUIRE
24                       2300 ENERGY CENTRE
                         1100 POYDRAS STREET
25                       NEW ORLEANS LA  70163
```

1 | APPEARANCES CONTINUED:

2

3
                              GOODWIN PROCTER
                              BY:   JOHN D. ALDOCK, ESQUIRE
4                                   MARK S. RAFFMAN, ESQUIRE
                                    ADAM M. CHUD, ESQUIRE
5                                   KIRSTEN V. K. ROBBINS, ESQUIRE
                                    ERIC I. GOLDBERG, ESQUIRE
6                             901 NEW YORK AVENUE N. W.
                              WASHINGTON DC   20001
7

8                             SUTTERFIELD & WEBB
                              BY:   DANIEL A. WEBB, ESQUIRE
9                             650 POYDRAS STREET, SUITE 2715
                              NEW ORLEANS LA   70130
10

11                            LAFARGE NORTH AMERICA, INC.
                              BY:   PETER KEELEY, ESQUIRE
12                            12950 WORLDGATE DRIVE
                              HERNDON VA   20170
13

14

15 | OFFICIAL COURT REPORTER:      CATHY PEPPER, CCR, RMR, CRR
                                   500 POYDRAS STREET, ROOM B406
16                                 NEW ORLEANS, LOUISIANA 70130
                                   (504) 589-7779
17

18 | PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
PRODUCED BY COMPUTER.

19

20

21

22

23

24

25

1                              **I N D E X**

2

3    EXAMINATIONS                                          PAGE

4

5    **DR. CHARLES R. CUSHING**................................2092

6    DIRECT EXAMINATION BY MR. ALDOCK (CONTINUED)...........2092

7    CROSS-EXAMINATION BY MR. KHORRAMI......................2139

8

9

10

11                          E X H I B I T S

12   DESCRIPTION                                           PAGE

13

14   EXHIBIT 349 WAS ENTERED INTO EVIDENCE..................2138

15   EXHIBIT 454 WAS ENTERED INTO EVIDENCE..................2165

16

17

18

19

20

21

22

23

24

25

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                   TUESDAY, JULY 6, 2010

3              M O R N I N G   S E S S I O N

4                  (COURT CALLED TO ORDER)

5

09:06AM  6

09:06AM  7           THE DEPUTY CLERK:  All rise.  Please.

09:06AM  8           THE COURT:  Good morning.

09:06AM  9           VOICES:  Good morning, Your Honor.

09:06AM 10           THE DEPUTY CLERK:  Court is in session.  Please be

09:06AM 11  seated.

09:06AM 12           THE COURT:  Yes, sir, Mr. Aldock.

09:06AM 13           MR. ALDOCK:  Thank you, Your Honor.

09:06AM 14                   DIRECT EXAMINATION

09:06AM 15  BY MR. ALDOCK:

09:06AM 16  Q.   Dr. Cushing, on Friday we looked at a diagram from

09:06AM 17  Dr. Marino and saw that if you portray the barge and the wall top

09:06AM 18  accurately, the barge would hit the cap, not the lower part of

09:06AM 19  the wall under his scenario; is that right?

09:06AM 20  A.   Yes, sir.

09:06AM 21  Q.   And his scenario was 6:30 a.m.?

09:06AM 22  A.   Yes, sir.

09:06AM 23  Q.   But we also saw that the wind would not have permitted the

09:06AM 24  barge to be at the wall at 6:30 a.m. because it was blowing from

09:07AM 25  the northeast; is that correct?

09:07AM 1    A.    That's correct.

09:07AM 2    Q.    Was there another time other than 6:30 a.m. that morning

09:07AM 3    when the wind was blowing from the northwest and the water level

09:07AM 4    was such that the bottom of the barge would be at the level of

09:07AM 5    the cap in the area of the construction joint where Mr. Bartlett

09:07AM 6    says it hit, and where you say it hit; was there another time?

09:07AM 7    A.    Yes, sir, there was.  After 9 o'clock, as we can see on the

09:07AM 8    curve, the waters began to recede, and by 10 o'clock, the waters

09:07AM 9    were at about 12 feet.

09:07AM 10   Q.    This is from IPET volume five, figure 51 in the IPET

09:07AM 11   exhibit.

09:07AM 12          So marrying the Bartlett testimony about impact with

09:08AM 13   the cap at the construction joint with your knowledge of the

09:08AM 14   prevailing winds, what do you conclude?

09:08AM 15   A.    Well, I conclude that the barge could have struck the cap at

09:08AM 16   some time around 10 o'clock at the 12-foot level.

09:08AM 17   Q.    And this is a scenario that fits with all of the objective

09:08AM 18   data?

09:08AM 19   A.    Yes, sir.

09:08AM 20   Q.    And it means what with respect to the flooding from the

09:08AM 21   south breach, the flooding from the south breach having occurred

09:08AM 22   earlier?

09:08AM 23   A.    Well, it means that the wall had already fallen and the

09:08AM 24   Lower Ninth Ward was already flooded when the barge would have

09:08AM 25   struck the cap at the already fallen floodwall at the south end

09:08AM 1  of the south breach, and the barge wouldn't have caused the

09:09AM 2  flooding of the Ninth Ward.

09:09AM 3  Q.   Okay.  Well, let's now move, Dr. Cushing, to your third

09:09AM 4  major conclusion.  I would like to go through the specifics now

09:09AM 5  of that conclusion which was that the physical evidence shows

09:09AM 6  that the barge could not have been present at or caused the

09:09AM 7  floodwall breaches.

09:09AM 8       So let's start with the -- let's start with the north

09:09AM 9  breach.  Dr. Cushing, I'm showing you a photograph on the screen

09:09AM 10 of the north breach.  Can you orient the Court as to what we see

09:09AM 11 here?

09:09AM 12 A.   Yes, sir.  The top of the picture is -- shows the canal

09:09AM 13 side.  The lower portion of the picture is the Lower Ninth Ward.

09:09AM 14 On the right-hand of the picture is the pump house.  And we see

09:09AM 15 the north breach in the photograph at the upper right portion of

09:09AM 16 the photo.  We also -- well, I was going to say we also see the

09:10AM 17 devastation inshore.

09:10AM 18 Q.   Using your laser pointer on this picture, Dr. Cushing, can

09:10AM 19 you describe to the Court what you observed happened to the sheet

09:10AM 20 pile at the edge of the breach on the north side of the breach in

09:10AM 21 the area I've highlighted?

09:10AM 22 A.   Yes, sir.  This photograph is the north end of the north

09:10AM 23 breach, and it shows the portion of the floodwall that was built

09:10AM 24 in the 1980s on the left side of the photo, and it shows the

09:10AM 25 sheet pile that's been separated or ripped apart.

09:10AM 1    Q.   Can you orient the Court as to what we see here in relation

09:11AM 2    to the north breach?

09:11AM 3    A.   Yes, sir.  This shows a little better the portion of the

09:11AM 4    floodwall that was constructed after Hurricane Betsy around 1969.

09:11AM 5    And it shows the upper portion of the floodwall, the concrete

09:11AM 6    slab and cap, that extend 8 feet upward.  It shows then 15 feet

09:11AM 7    of sheet piling extending below the concrete.

09:11AM 8         At the right-hand side of the picture is 10 feet of

09:11AM 9    concrete consisting of the cap and the slab and their

09:11AM 10   construction joint, and it shows that the sheet piling extends

09:11AM 11   some 31 feet down.  This was the portion of the floodwall that

09:11AM 12   was built in the 1980s.

09:11AM 13        And then we see the connection between the older

09:11AM 14   portion and the newer portion where the sheet piling has been

09:12AM 15   welded together, the two portions.  This is the weaker link, and

09:12AM 16   it's an abrupt change in strength.

09:12AM 17   Q.   In this slide, Dr. Cushing, what caused the sheet pile to

09:12AM 18   rotate 270 degrees in the fashion shown in the picture?

09:12AM 19   A.   Once the floodwall failed, the deluge, the tremendous inrush

09:12AM 20   of water took the torn sheet pile and caused it to resolve or

09:12AM 21   rotate some 270 degrees as it tumbled into Jourdan Avenue.

09:12AM 22   Q.   In your experience as a naval architect and marine engineer,

09:12AM 23   what would have happened to the barge if it had been present when

09:12AM 24   the north breach initiated?

09:12AM 25   A.   With this failure, if the barge had been here, and I don't

09:13AM 1   believe it was, but if it had been here, it surely would have

09:13AM 2   been drawn into the Lower Ninth Ward.

09:13AM 3   Q.   Dr. Cushing, I'm showing you another photograph of the north

09:13AM 4   breach.  Can you tell the Court what you see in this photograph?

09:13AM 5   A.   Yes.  This is an aerial view from the canal side looking

09:13AM 6   into the already flooded Lower Ninth Ward.  We see the pump house

09:13AM 7   in the upper left-hand corner of the photograph.  And we see the

09:13AM 8   north breach.  To the left is the north end of the north breach.

09:13AM 9   And we see trees.  We see the portion of the tumbled floodwall in

09:13AM 10  way of the breach.

09:13AM 11  Q.   What else do you see?

09:13AM 12  A.   Well, I see poles, I see structures, but I also see a pole,

09:14AM 13  a utility pole, in way of the north breach.

09:14AM 14  Q.   Dr. Cushing, this is another photograph of the north breach.

09:14AM 15  Can you orient the Court in this photograph?

09:14AM 16  A.   Yes.  This is a view from the -- with the Lower Ninth Ward

09:14AM 17  to your back and looking northwest with the Florida Avenue bridge

09:14AM 18  in the background.  And we see in the northwesterly direction

09:14AM 19  from the breach this utility pole.

09:14AM 20  Q.   Dr. Cushing, you're familiar with the report and declaration

09:14AM 21  of Mr. Pazos --

09:14AM 22  A.   Yes, sir.

09:14AM 23  Q.   -- that the barge was blown to the north breach by a

09:14AM 24  northwesterly wind; are you familiar with that?

09:14AM 25  A.   Yes, sir.  Both his testimony and his diagram show that the

09:14AM 1   barge would have been coming from this direction right to the

09:14AM 2   floodwall.  It would have gone -- it would have had to have

09:14AM 3   knocked down this utility pole.

09:15AM 4         MR. KHORRAMI:  Your Honor, I object.  This witness has

09:15AM 5   never testified about this utility pole.  It's never been part of

09:15AM 6   his conclusions as to the breaches at all.  So this is completely

09:15AM 7   new information that he's bringing before the Court.

09:15AM 8         MR. ALDOCK:  It's all based on the facts that came out

09:15AM 9   in Dr. Marino's testimony.  This picture has been -- and others

09:15AM 10  like it have been in Dr. Marino's report.  And the pole has

09:15AM 11  obviously taken a little bit more prominence than it did six

09:15AM 12  months ago because of the testimony of their witnesses, Marino

09:15AM 13  and Pazos.

09:15AM 14        MR. KHORRAMI:  The fact that it came out in Dr. Marino's

09:15AM 15  testimony --

09:15AM 16        THE COURT:  It needs to be in an expert report somewhere

09:15AM 17  or the declaration argument, that it came out in a declaration,

09:15AM 18  and therefore I have more liberality in allowing him to go beyond

09:15AM 19  the expert report.

09:15AM 20              So I agree with you, Mr. Khorrami, unless --

09:15AM 21  because we can -- the pole has been evident and -- but if it was

09:16AM 22  mentioned in the declaration, then we have a different protocol

09:16AM 23  than in an expert report because I allowed the declarations but

09:16AM 24  did state that I would allow the defense a little leeway there.

09:16AM 25              So, I guess my question is, did this come out in a

09:16AM   1    declaration?

09:16AM   2         MR. ALDOCK:  It did not, Your Honor.  It came out on the

09:16AM   3    stand from Marino and Pazos, but not in the declaration.

09:16AM   4         MR. KHORRAMI:  It came out on cross, Your Honor.  They

09:16AM   5    were asked by the defense, and then now they are introducing

09:16AM   6    evidence of their own witnesses.

09:16AM   7         THE COURT:  Well, I'm going to note your objection, but

09:16AM   8    just go into this briefly because nobody has done any real -- I'm

09:16AM   9    not sure he did a calculation over the weekend as to -- I

09:16AM  10    understand the question about the northwest, et cetera, and the

09:16AM  11    position of the vessel as shown by Mr. Pazos -- it may be

09:17AM  12    Dr. Pazos, I don't know -- in his diagram.  I understand that.

09:17AM  13    I'm going to allow -- it won't be a surprise to me.  Let me put

09:17AM  14    it that way.

09:17AM  15         MR. KHORRAMI:  Thank you, Your Honor.

09:17AM  16                              EXAMINATION

09:17AM  17    BY MR. ALDOCK:

09:17AM  18    Q.   Dr. Cushing, did you hear Dr. Marino on redirect say that

09:17AM  19    the barge could fit around the pole at the north breach because

09:17AM  20    the space was 80 feet and the barge was only 30 feet wide?  Did

09:17AM  21    you hear that?

09:17AM  22    A.   Yes, sir, I did.

09:17AM  23    Q.   Assume hypothetically that the barge somehow got to the

09:17AM  24    north breach, despite your conclusion and despite the evidence it

09:17AM  25    got there the only way it could, by virtue of the wind and

09:17AM 1   wind-directed waves, could the barge be traveling perpendicular

09:17AM 2   to the floodwall, as Dr. Marino opined?

09:17AM 3   A.   No, sir.

09:17AM 4   Q.   Why not?

09:17AM 5   A.   Well, if it was traveling perpendicular to the floodwall it

09:17AM 6   would have had to have been coming from this direction

09:18AM 7   (indicating), and the pole would have blocked it.  The 80-foot

09:18AM 8   dimension they're talking about is the distance from the pole

09:18AM 9   from the wall, but there is also a gap from the pole to the

09:18AM 10  floodwall in this direction, which is some 150 feet.

09:18AM 11          The barge, if it had been moving with the wind, then it

09:18AM 12  would have been moving with its long dimension perpendicular to

09:18AM 13  the wind.  In other words, it would have been coming sideways,

09:18AM 14  and the barge is 200 feet long.

09:18AM 15          So there are two reasons why this doesn't make sense:

09:18AM 16  One is 200 feet long doesn't fit through 150-foot gap; but,

09:18AM 17  secondly, if it approached from this direction, the barge would

09:18AM 18  have struck the wall at the south end of the north breach, not

09:18AM 19  the north end of the north breach where Mr. Pazos and Dr. Marino

09:19AM 20  testified to.

09:19AM 21  Q.   Dr. Cushing, you're familiar with the testimony of

09:19AM 22  Mr. Villavasso; are you not?

09:19AM 23  A.   Yes, sir.

09:19AM 24  Q.   Have you reached an opinion as to whether what

09:19AM 25  Mr. Villavasso says he saw at the north breach could have been

09:19AM 1   the Barge ING 4727?

09:19AM 2   A.   Yes, sir.

09:19AM 3   Q.   And what's your opinion?

09:19AM 4   A.   My understanding is that he said he saw a metallic object or

09:19AM 5   something sticking through the floodwall some two feet, one to

09:19AM 6   two feet, or two feet at the most, is what he saw.

09:19AM 7       If he saw Barge 4727, which I don't believe he did, it

09:19AM 8   wouldn't have -- the barge wouldn't have been able to get to the

09:19AM 9   floodwall.  In fact, it would have been quite a distance more

09:19AM 10  than 30 feet away.

09:19AM 11      On the other hand, if the barge had arrived at the

09:19AM 12  floodwall and he saw the barge, he would have seen 14 feet of the

09:20AM 13  barge sticking above the floodwall, so I don't believe he saw

09:20AM 14  Barge 4727.

09:20AM 15  Q.   Dr. Cushing, the diagram we're looking at shows the barge

09:20AM 16  relatively snug against the floodwall.  Does your opinion

09:20AM 17  regarding what Mr. Villavasso saw depend on whether the barge is

09:20AM 18  oblique to the floodwall or snug against the floodwall?

09:20AM 19  A.   No, sir, because if it was at an angle to the floodwall, he

09:20AM 20  still would have been seeing this portion of the corner of the

09:20AM 21  barge, that is, the upper -- the upper picture in the left-hand

09:20AM 22  corner of the upper picture.

09:20AM 23  Q.   Let's now move to the south breach and talk about your

09:20AM 24  investigation there.  I'm showing you an overhead of the south

09:20AM 25  breach.  Could you orient the Court?

09:20AM 1   A.   Yes, sir.  The upper portion of the picture is the canal
09:21AM 2   side, and the lower portion of the picture is the
09:21AM 3   Lower Ninth Ward.  We see the southern end of the floodwall south
09:21AM 4   of the south breach in the left-hand side of the picture, and the
09:21AM 5   right-hand side of the picture has the northern portion just
09:21AM 6   north of the southern breach.

09:21AM 7           And we see the south end of the south breach and the
09:21AM 8   north end of the south breach at either ends of that picture;
09:21AM 9   but, we see, also, the floodwall and the sheet piling in an
09:21AM 10  almost continuous strip extending from the sound end of the south
09:21AM 11  breach along and then a very significant bow in the floodwall
09:21AM 12  near North Johnson Street, where the sheet piling has been blown
09:22AM 13  inward some 180 feet across Jourdan Avenue.
09:22AM 14  Q.   What's the bow signify?  I've highlighted it here.
09:22AM 15  A.   Well, the bow is where, like, in my opinion, the initiation
09:22AM 16  of the breach occurred in the southern breach.
09:22AM 17  Q.   Why do you reach that conclusion?
09:22AM 18  A.   Well, first of all, because of the tremendous inrush of
09:22AM 19  water that took the sheet piling so far inland; but, also,
09:22AM 20  because of the destruction in the Lower Ninth Ward which was more
09:22AM 21  significant directly in line with the point of initiation than it
09:22AM 22  was in other portions of the Lower Ninth Ward.
09:22AM 23  Q.   Dr. Cushing, did you perform a damage survey of this area?
09:22AM 24  A.   Yes, sir, we did.
09:22AM 25  Q.   What did it show?

09:22AM 1    A.   Well, we did several things.  We looked at the movement of

09:23AM 2    houses.  We looked at the destruction of fences, trees, poles and

09:23AM 3    other structures, the way things moved, so that we were able to

09:23AM 4    determine what the flow was in the Lower Ninth Ward.

09:23AM 5         And decidedly, the inrush of water was greatest in a

09:23AM 6    straight line with the point of initiation, and then the flow

09:23AM 7    actually fanned out in other directions, as the picture shows, as

09:23AM 8    the water came in over the other portions of the fallen

09:23AM 9    floodwall.

09:23AM 10   Q.   Dr. Cushing, is there any evidence that the barge did not

09:23AM 11   move from the inception point at the bow to the final resting

09:23AM 12   place where we see it?

09:23AM 13   A.   Yes, sir.  If the barge had caused this failure of the wall

09:24AM 14   in -- at the point of inception, it would have been blown right

09:24AM 15   into the Lower Ninth Ward.  It would have moved directly inland,

09:24AM 16   and it would have been in the picture, in the lower right-hand

09:24AM 17   corner of the picture.

09:24AM 18        In order for it to eventually arrive at its final

09:24AM 19   resting point on the left-hand side of the picture, it would have

09:24AM 20   had to do one of two things:  It would have had to move through

09:24AM 21   an area where there are trees and the trees were not knocked

09:24AM 22   down, or it would have had to back out of the Lower Ninth Ward,

09:24AM 23   reenter the canal and then move south and then reenter the

09:24AM 24   Lower Ninth Ward, and I think both of these are unlikely in the

09:24AM 25   extreme.

09:24AM 1  Q.   Dr. Cushing, when you examined the floodwall, did you see

09:24AM 2  any evidence on the floodwall that the barge had been present in

09:24AM 3  the vicinity of the point of initiation at the bow?

09:25AM 4  A.   Not at the point of initiation.

09:25AM 5  Q.   Dr. Cushing, you have seen speculation by Mr. Pazos in his

09:25AM 6  report that this cement rubble shown in this inset photograph is

09:25AM 7  evidence of a barge impact.  Do you agree with Mr. Pazos?

09:25AM 8  A.   No, sir.  I don't.

09:25AM 9  Q.   Can you explain what caused the concrete damage in the main

09:25AM 10 bow of the failure if it was not the barge?

09:25AM 11 A.   Yes, sir.  We can see in this photograph that the sheet

09:25AM 12 piling in moving inland had to expand in an accordion fashion,

09:25AM 13 and in doing so the expanding sheet piling had to have left some

09:25AM 14 of the concrete, detached some of the concrete because the

09:25AM 15 concrete can't expand.

09:25AM 16        So we see broken concrete from the slab falling off the

09:25AM 17 sheet piling because the sheet piling is expanding and the

09:26AM 18 concrete is not.

09:26AM 19 Q.   So can you tell the Court, Dr. Cushing, whether this damage

09:26AM 20 had anything to do with the barge impact?

09:26AM 21 A.   I don't believe that the concrete that came loose from the

09:26AM 22 sheet piling had anything to do with the barge -- with the barge.

09:26AM 23 Q.   Dr. Cushing, are you familiar with Mr. Pazos' theory

09:26AM 24 expressed in his report that the barge caused vertical cracks

09:26AM 25 when it contacted the floodwall?

2104

09:26AM 1    A.    Yes, sir, I am.

09:26AM 2    Q.    Can you identify the -- what might be termed "vertical

09:26AM 3    cracks" at the south end of the north breach in this picture?

09:26AM 4    A.    Yes.  This picture is looking south from the north breach,

09:26AM 5    and we see a portion of the partially fallen floodwall, and we

09:26AM 6    see cracks.  This dark area is a separation of a panel, but we

09:27AM 7    see cracks, and particularly in way of the sheet piling where the

09:27AM 8    sheet piling is expanding and the cracks are forming.

09:27AM 9    Q.    Do you agree with Mr. Pazos' conclusion that the vertical

09:27AM 10   cracks were caused by the barge?

09:27AM 11   A.    No, sir, I don't.

09:27AM 12   Q.    Why not?

09:27AM 13   A.    Because I think that that photograph and this photograph is

09:27AM 14   another typical picture of a fallen floodwall --

09:27AM 15   Q.    Where is this one?

09:27AM 16   A.    This one is -- this photograph is taken on the west side of

09:27AM 17   the Inner Harbor Navigation Canal, and we see vertical cracks,

09:27AM 18   again, in the floodwall.  And there was no part --

09:27AM 19          THE COURT:  Would that -- excuse me.  Sorry.  Finish

09:27AM 20   your answer.  I'm sorry, I apologize.  Go ahead.

09:27AM 21          THE WITNESS:  And there is no evidence that a barge

09:27AM 22   caused this crack.

09:27AM 23          THE COURT:  Dr. Cushing, in line with that, did you see

09:27AM 24   any other floodwall, and I'm not sure which ones you've looked

09:27AM 25   at, other than the two at issue here where there was an

09:28AM 1    exhumation of the sheet pile as in these?

09:28AM 2          THE WITNESS:  No, sir, I didn't.  I didn't -- well,

09:28AM 3    actually, I didn't examine any of the other floodwalls carefully,

09:28AM 4    closely, just the Inner Harbor east wall.

09:28AM 5          THE COURT:  Thank you, sir.

09:28AM 6                              EXAMINATION

09:28AM 7    BY MR. ALDOCK:

09:28AM 8    Q.   So what conclusion do you draw to the eastern canal

09:28AM 9    floodwall about these cracks?

09:28AM 10   A.   That these cracks are evidence of the floodwall failing, not

09:28AM 11   of a barge striking.

09:28AM 12   Q.   Dr. Cushing, did you hear Mr. Pazos' testimony that the

09:28AM 13   barge caused scratch marks on the wall?

09:28AM 14   A.   Yes, sir, I did.

09:28AM 15   Q.   What's this?

09:28AM 16   A.   This is the north end of the south breach.  And you can see

09:28AM 17   in the photograph a portion of the wall that's still standing,

09:28AM 18   and we see extensive numbers of scratch marks along the side of

09:28AM 19   the wall.

09:28AM 20   Q.   This is just the scratch marks enhanced?

09:29AM 21   A.   Yes.  It's easier to see with the red on it.

09:29AM 22   Q.   In his report, Mr. Pazos talked about scratches in other

09:29AM 23   places in the north breach, didn't he?

09:29AM 24   A.   He did.

09:29AM 25   Q.   This is a photograph we've just looked at.  Can you identify

09:29AM 1   the scratch marks Mr. Pazos says were caused by the barge in this

09:29AM 2   photograph at the north breach?

09:29AM 3   A.   Yes, sir.  Without enhancing them, I can point out that the

09:29AM 4   scratch marks are in this area, and then also extensive number of

09:29AM 5   scratch marks are low, just where the wall would have been

09:29AM 6   embedded in the berm.

09:29AM 7   Q.   What does the location of the scratch marks on the wall tell

09:29AM 8   you about whether the scratch marks were made by a barge?

09:29AM 9   A.   These scratch marks are too low to have been made by the

09:29AM 10  barge.

09:29AM 11  Q.   That's just the enhancement?  Right.

09:29AM 12  A.   Yes, sir.  You can see them.

09:29AM 13  Q.   Do you have an opinion as to whether the scratch marks were

09:30AM 14  made by a barge?

09:30AM 15  A.   I have the opinion that they weren't made by the barge.

09:30AM 16  Q.   Here is one more.  Where is this?

09:30AM 17  A.   This is the east floodwall; but, this photograph was taken

09:30AM 18  before Hurricane Katrina, and we see scratch marks in different

09:30AM 19  places on the wall right along where the grass is.

09:30AM 20  Q.   That's just the enhancement?

09:30AM 21  A.   Yes, sir.  And you can see the scratch marks are right at

09:30AM 22  the grass line.

09:30AM 23  Q.   Dr. Cushing, are you familiar with Mr. Pazos' theory that

09:30AM 24  the sheet pile interlocks at the south breach snapped like a

09:30AM 25  rubber band and that that's what caused the sheet pile to

09:30AM 1    displace?

09:30AM 2    A.   Yes, sir, I'm familiar with that.

09:30AM 3    Q.   Is that theory plausible?

09:30AM 4    A.   No, sir, I don't believe that is.  This photograph here is

09:30AM 5    an enlargement of the south end of the south breach, and it shows

09:31AM 6    the sheet pile was not detached from the portion of the sheet

09:31AM 7    pile south of the south breach, and, in fact, the sheet pile was

09:31AM 8    a continuous ribbon of sheet piling all the way to the north end

09:31AM 9    of the south breach.

09:31AM 10   Q.   Is there any evidence whatsoever that the south breach was

09:31AM 11   initiated at the very south end?

09:31AM 12   A.   No, sir.

09:31AM 13   Q.   Dr. Cushing, how many marine casualties have you

09:31AM 14   investigated in your career?

09:31AM 15   A.   Many, I would say, on the order of a hundred.

09:31AM 16   Q.   How many times have you examined in those situations the

09:31AM 17   vessels and seen evidence of damage from a casualty on a vessel?

09:31AM 18   A.   There is always damage on a vessel when there is an allision

09:31AM 19   or a collision.

09:31AM 20   Q.   What did you do to examine the barge in this case?

09:31AM 21   A.   I examined the barge very carefully in place, but this was

09:32AM 22   after Hurricane Katrina.  Then it was lifted on air bags, and I

09:32AM 23   was able to crawl underneath the barge.  And I found the

09:32AM 24   scratches under the barge.  And then I examined the barge very

09:32AM 25   carefully around its sides and ends.

09:32AM 1    Q.    Based on your examination have you drawn any conclusions

09:32AM 2    whether the barge was involved in the inception of the failure at

09:32AM 3    the south breach?

09:32AM 4    A.    Not the inception, no, sir.

09:32AM 5    Q.    Dr. Cushing, what does this photograph show?

09:32AM 6    A.    After the barge was cut apart and salvaged, at least the

09:32AM 7    lower portion was salvaged, the lower four feet of the barge was

09:32AM 8    saved and it was cut into 19 sections, and those sections were

09:32AM 9    transported to a warehouse on the west side of the canal and then

09:32AM 10   inverted.

09:32AM 11          So what we're looking at here is a piece of the barge,

09:33AM 12   one corner of the barge upside down.  This portion in the upper

09:33AM 13   right-hand corner of the photograph is the bottom of the barge.

09:33AM 14   And what we're looking at here is one corner of the barge.

09:33AM 15   Q.    And did you examine all four corners?

09:33AM 16   A.    And I looked at all four corners and there was no evidence

09:33AM 17   that it had struck the -- a floodwall.

09:33AM 18   Q.    Turning back to the floodwall, did you see evidence of why

09:33AM 19   the wall failed?

09:33AM 20   A.    Well, yes.  There was a deep scour trench extending along

09:33AM 21   the floodwall, extending south from the south breach, and the

09:33AM 22   scour trench also extended north from the north end of the south

09:33AM 23   breach.  And in way of the breach itself were deep -- was a deep

09:34AM 24   scour trench, also.

09:34AM 25   Q.    How are these scour trenches created?

09:34AM 1   A.   By overtopping of the floodwall.  And the inner side of the

09:34AM 2   floodwall was not armored.  By that I mean there was no hard

09:34AM 3   surface such as concrete or paving; but, rather, it was just

09:34AM 4   grassy, grassy soil.  And so when the overtopping occurs, the

09:34AM 5   soil erodes very quickly.

09:34AM 6   Q.   What effect does it have on the stability of the floodwall?

09:34AM 7   A.   Well, as it gets deeper -- the floodwall depends upon the

09:34AM 8   support of the soil to hold it up.  And as the scour trench gets

09:34AM 9   deeper, the wall loses stability, the hydrostatic load on the

09:34AM 10  canal side is pushing on the wall and it loses its support on the

09:34AM 11  protected side.

09:34AM 12  Q.   Was the depth of the scour trench consistent?

09:35AM 13  A.   No, sir, it wasn't.  It was significant to the south and to

09:35AM 14  the north of the south breach, but it became deeper as we -- as

09:35AM 15  you move along the floodwall, and it became deepest in way of the

09:35AM 16  bow or the North Johnson Street portion of the floodwall.

09:35AM 17  Q.   Why do you think the trench varied in depth across the

09:35AM 18  breach?

09:35AM 19  A.   Well, the wall would have been overtopped at the lowest

09:35AM 20  portion.  As we all know, the wall, like everything else in

09:35AM 21  New Orleans, subsides, and it subsided most in way of where the

09:35AM 22  trench was the deepest.  In other words, the water was pouring

09:35AM 23  over there first, and then, as the waters rose, the overtopping

09:36AM 24  occurred all along the entire floodwall.

09:36AM 25  Q.   Have you seen evidence regarding the subsidence --

09:36AM 1      THE COURT:  Let me ask one question.  Dr. Cushing, you

09:36AM 2  may have said this on Friday, and I've forgotten.  When did you

09:36AM 3  estimate was the basic time of failure of the south breach?

09:36AM 4      THE WITNESS:  Sometime before 9 o'clock -- sorry,

09:36AM 5  sometime -- yes, sir -- no, sir.  Let me get it straight.

09:36AM 6  Sometime before 7:30.

09:36AM 7      THE COURT:  Thank you.

09:36AM 8          Go ahead, Counsel.

09:36AM 9              EXAMINATION

09:36AM 10 BY MR. ALDOCK:

09:36AM 11 Q.   It also could have been at 10 o'clock, as you testified

09:36AM 12 earlier, too?

09:36AM 13 A.   Not the failure.

09:36AM 14 Q.   Oh, the failure.  The failure, no.

09:36AM 15 A.   Yes.  His Honor's question --

09:36AM 16 Q.   His Honor's question was the failure.  You had it right; I

09:36AM 17 had it wrong.

09:36AM 18          Have you seen evidence regarding the subsidence of the

09:36AM 19 floodwall?

09:36AM 20 A.   Yes, sir.

09:36AM 21 Q.   Tell the Court about what you've seen there.

09:37AM 22 A.   Well, you can visually -- and I visually looked along the

09:37AM 23 portions of the standing floodwall, and you could see it having

09:37AM 24 subsided.

09:37AM 25          The floodwall has been rebuilt to the 15-foot height;

09:37AM  1    but, this past weakened I went out there and I looked at the very

09:37AM  2    north -- sorry, the very south end of the south floodwall where

09:37AM  3    it takes a turn is the existing floodwall significantly lower

09:37AM  4    than the newly built floodwall.  Furthermore, the --

09:37AM  5            THE COURT:  Counsel, do you have an objection?

09:37AM  6            MR. KHORRAMI:  Yes, Your Honor.  The witness is

09:37AM  7    testifying, again, as to completely new evidence that he has

09:37AM  8    apparently obtained this weekend visiting the wall.  So I object

09:37AM  9    to that testimony.

09:37AM 10            MR. ALDOCK:  We don't need it.

09:37AM 11            THE COURT:  Thank you.

09:37AM 12            THE WITNESS:  But, furthermore, and importantly, we had

09:38AM 13    surveys done, both land surveys and photogrammetric surveys done

09:38AM 14    immediately after the Hurricane Rita, and the aerial surveys

09:38AM 15    showed a very uneven level to the top of the existing floodwalls

09:38AM 16    showing very uneven subsidence to the floodwall, and they're

09:38AM 17    shown in my report.

09:38AM 18                          EXAMINATION

09:38AM 19    BY MR. ALDOCK:

09:38AM 20    Q.   Did IPET, ILIT, Team Louisiana and others observe subsidence

09:38AM 21    of the floodwalls?

09:38AM 22    A.   They also opined as to the height of the floodwall in way of

09:38AM 23    the breach.  Of course, we couldn't measure the height in way of

09:38AM 24    the breach; but, on either side there were -- we were able, and

09:38AM 25    they were able, and there is consistency in the estimates.  I

09:38AM 1   believe IPET actually felt that the wall had subsided some three

09:39AM 2   feet.

09:39AM 3           THE COURT:  Did anyone do any studies, if it was

09:39AM 4   possible, to the existing floodwall, the floodwall that didn't

09:39AM 5   fail, and look at the scouring, that it was a variation in the

09:39AM 6   scouring based on height?  Did anyone -- do you know of any study

09:39AM 7   that did that?

09:39AM 8           THE WITNESS:  No study other than our own.  I'm not

09:39AM 9   aware.  They all identified scouring as a significant -- as a

09:39AM 10  significant factor and contribution.

09:39AM 11          THE COURT:  I just was wondering had there been a

09:39AM 12  correlation on height of floodwall vis-à-vis depth of scouring in

09:39AM 13  this area, other than yours?

09:39AM 14          THE WITNESS:  No, sir.  Not that I'm aware.

09:39AM 15          THE COURT:  Thank you.

09:39AM 16                          EXAMINATION

09:39AM 17  BY MR. ALDOCK:

09:39AM 18  Q.  Well, let's go to yours and see if we can -- if the pictures

09:39AM 19  will partly answer His Honor's question.

09:39AM 20          I'm going to show you three photos of scour trench.

09:39AM 21  What does this one show?  Where was it taken, and what does it

09:39AM 22  show?

09:39AM 23  A.  Here, we see an enlargement of the floodwall, the

09:40AM 24  standing floodwall --

09:40AM 25          THE COURT:  This is DX 12, just to label it for the

09:40AM 1    record.

09:40AM 2           MR. ALDOCK:  This is DX 12, LNA 758.  And it's an inset.

09:40AM 3           THE COURT:  Thank you.

09:40AM 4           THE WITNESS:  Yes, sir.  And this photograph shows the

09:40AM 5    south end of the floodwall, the standing floodwall south of the

09:40AM 6    south breach.  And here, we're looking in a southerly direction.

09:40AM 7    You can see a portion of the North Claiborne Avenue bridge in the

09:40AM 8    distance.  And here we see a scour trench that runs along the

09:40AM 9    wall.

09:40AM 10                          EXAMINATION

09:40AM 11   BY MR. ALDOCK:

09:40AM 12   Q.   Where was this taken?

09:40AM 13   A.   This is at the other end of the breach, and this is looking

09:40AM 14   northward from the north end of the south breach.  And here, we

09:40AM 15   see a scour trench running the length of the wall as far as one

09:40AM 16   can see here.

09:40AM 17   Q.   Now, where was this photograph taken, and how does this

09:41AM 18   trench compare with the other photos?

09:41AM 19   A.   This photograph is taken at the south end of the south

09:41AM 20   breach.  And we can see here the depth of this scour trench is

09:41AM 21   significantly deeper than the other two photographs that we saw

09:41AM 22   extending to the north and to the south.

09:41AM 23   Q.   Dr. Cushing, did you -- in looking at this photograph, did

09:41AM 24   you find anything else that affected the depth of the scour

09:41AM 25   trenches?

09:41AM 1  A.   Yes, sir.  This photograph shows a portion of the standing

09:41AM 2  floodwall to the south of the south breach.  And what it shows

09:41AM 3  is -- in the photograph is a chain-link fence.  This chain-link

09:41AM 4  fence ran the length of the floodwall, and the chain-link fence

09:42AM 5  was supported with steel posts.  The steel posts were embedded in

09:42AM 6  anchors that were concrete anchors sunk into the berm.

09:42AM 7        When this chain-link fence was standing, the

09:42AM 8  overtopping and any debris that came with it would have

09:42AM 9  restricted the flow over and down the berm and helped channel it

09:42AM 10 along the floodwall to the deeper portions of the floodwall, so

09:42AM 11 you had not only overtopping and scouring, but you had water

09:42AM 12 flowing along the floodwall to the deepest portion of the

09:42AM 13 floodwall.

09:42AM 14 Q.   So what did you, in general, conclude about the trench

09:42AM 15 within the limits of the breach?

09:42AM 16 A.   The conclusion I have is that this scour trench contributed

09:42AM 17 greatly to the weakness of the floodwall.

09:42AM 18 Q.   Dr. Cushing, did you see any evidence of where the barge

09:43AM 19 traversed the floodwall after the floodwall had already failed?

09:43AM 20 A.   Yes, sir.  The south end of the south breach showed evidence

09:43AM 21 that the barge had entered the Lower Ninth Ward at the south end

09:43AM 22 of the south breach.

09:43AM 23 Q.   Looking at this photograph, Dr. Cushing, what evidence shows

09:43AM 24 that the barge traversed the floodwall after the floodwall had

09:43AM 25 fallen and after the flood waters in the Lower Ninth Ward had

09:43AM 1  risen?

09:43AM 2  A.   Well, there are two panels of slab from the floodwall in

09:43AM 3  this photograph.  In the foreground is a panel that's lying at a

09:43AM 4  lower level, and it's important to note that on the top of the

09:44AM 5  foreground fallen panel is a portion of the cap broken off, and

09:44AM 6  the rebar extending from the slab up through the cap is straight.

09:44AM 7       In the background is also a panel that has fallen over,

09:44AM 8  but in the background panel there is rebar that has been bent

09:44AM 9  over to a horizontal angle, and the cap is missing from the panel

09:44AM 10 in the background.

09:44AM 11 Q.   This is DX 196, Cushing report figure 60 with an inset.

09:44AM 12 A.   Let me also add that -- and that this is important, that

09:44AM 13 portions of the cap have already -- had fallen into the gap

09:44AM 14 between the two, the two panels.

09:44AM 15 Q.   So how does this evidence tell you that the barge traversed

09:45AM 16 the floodwall after it had failed?

09:45AM 17 A.   Well, the -- it's clear that the barge did not strike this

09:45AM 18 portion, the foreground panel, in the same way that it struck the

09:45AM 19 one in the background.  This foreground panel was already leaning

09:45AM 20 at an angle, and the panel in the background was leaning but was

09:45AM 21 more erect, so that the barge only hit a portion of this panel,

09:45AM 22 already fallen panel, the top six inches, say, and when it hit

09:45AM 23 the higher panel, it knocked off the entire cap and bent the

09:45AM 24 bars.  So these bars are straight, which means that this was at a

09:45AM 25 lower angle than this was when the barge contacted it.

09:46AM 1    Q.   Have you prepared some figures that demonstrate your opinion

09:46AM 2    of how the floodwall fell based on the physical evidence that

09:46AM 3    you've described that you found at the south end of the south

09:46AM 4    breach?

09:46AM 5    A.   Yes, sir.

09:46AM 6    Q.   So let's go through it.  What's this?

09:46AM 7    A.   This is a graphic that shows the barge striking the cap of

09:46AM 8    what was the foreground panel.  The barge -- the wall is already

09:46AM 9    leaning when the barge strikes it.

09:46AM 10          Next photo.  It shows that a portion of the cap has

09:46AM 11   been knocked off, but the rebar hasn't been bent over at

09:46AM 12   90 degrees.  But then the barge, as it moves obliquely across the

09:46AM 13   floodwall, moving south and inward, strikes the background panel

09:46AM 14   hitting the cap, and then -- next panel -- shows the cap being

09:46AM 15   knocked off and the rebar being bent horizontally.

09:47AM 16          Next.  And here, the barge then moves across the rebar

09:47AM 17   flattening the rebar from the background panel.

09:47AM 18          And here, we have an actual picture of the foreground

09:47AM 19   and the background panels.

09:47AM 20   Q.   So this is the picture that you depicted in the diagrams we

09:47AM 21   just looked at?

09:47AM 22   A.   Yes, sir.

09:47AM 23   Q.   Does the damage at the south breach, the south end of the

09:47AM 24   south breach, correspond to the damage you found on the barge?

09:47AM 25   A.   Yes, sir.

09:47AM 1    Q.   Describe that relationship.

09:47AM 2    A.   This is a picture of the salvaged portion of the barge cut

09:47AM 3    into the 19 sections, and here we're looking at the bottom of the

09:47AM 4    barge.

09:48AM 5          And we're looking at striations in the bottom of the

09:48AM 6    barge.  The striations match the as-built dimensions of the

09:48AM 7    spacing of the rebar, which was approximately nine inches, and so

09:48AM 8    I would say it certainly matches the rebar that was in the

09:48AM 9    floodwall.

09:48AM 10         THE COURT:  Mr. Aldock, to go back to -- just for the

09:48AM 11   record, to go back to the confusion that we had earlier.

09:48AM 12         And take your time if you don't remember.  What is

09:48AM 13   your best estimate -- and I understand these are all estimates,

09:48AM 14   of course -- when the barge did, in fact, come across the

09:48AM 15   floodwall and go into the neighborhood?

09:48AM 16         THE WITNESS:  My best estimate would be certainly after

09:48AM 17   9 o'clock for reasons of wind, but probably closer to 10 o'clock

09:48AM 18   for reasons of water levels.

09:49AM 19         THE COURT:  Thank you, sir.

09:49AM 20         Sorry to interrupt.  Go ahead.

09:49AM 21         MR. ALDOCK:  Thank you, Your Honor.

09:49AM 22                         EXAMINATION

09:49AM 23   BY MR. ALDOCK:

09:49AM 24   Q.   What do these striations tell you about the events of

09:49AM 25   August 29th?

09:49AM 1   A.   Well, they tell us that the barge -- it tells us how the

09:49AM 2   barge, in fact, entered the Lower Ninth Ward.

09:49AM 3   Q.   And what -- from this -- what is this we're looking at?

09:49AM 4   A.   This -- this is a graphic that shows the scratches that I

09:49AM 5   measured.  And what we're looking at is from underneath the barge

09:49AM 6   looking up.  The bow -- and we've arbitrarily named this end the

09:49AM 7   "bow" because the barge is symmetrical and doesn't really have a

09:49AM 8   bow and stern.  The stern at the other end.

09:49AM 9        And, therefore, the port side doesn't look as normal.

09:50AM 10  Normally, the port side is on the left side of a vessel, but

09:50AM 11  you're looking from underneath so therefore the port side is at

09:50AM 12  the top of the picture and the starboard side is at the bottom of

09:50AM 13  the picture.

09:50AM 14       And what this picture shows is that the stern -- the

09:50AM 15  barge entered the Lower Ninth Ward obliquely, diagonally across

09:50AM 16  the floodwall, with the stern entering first and the trailing

09:50AM 17  edge, the bow, the portion that contacted the wall and then

09:50AM 18  grounded on the cap and received most of the striations.

09:50AM 19       In other words, one-third of the bottom of the barge

09:50AM 20  was scratched almost over its entire width, not quite, but almost

09:50AM 21  the entire width, and the forward end doesn't have, that is, the

09:50AM 22  leading edge going into the Lower Ninth Ward, doesn't have these

09:50AM 23  scratches on it.

09:50AM 24       So this portion must have entered the Lower Ninth Ward

09:51AM 25  crossing over the already fallen floodwall, and then the trailing

09:51AM 1    edge of the barge contacted the south end of the south breach,

09:51AM 2    those two panels we looked at, and the scratches were caused by

09:51AM 3    the last panel, the panel in the background.

09:51AM 4    Q.   We'll do a little bit more of this in a few minutes, but

09:51AM 5    what do we see in this photograph?

09:51AM 6    A.   Well, this is the fallen floodwall at the south end of the

09:51AM 7    south breach.  And here, we see the portion of the background

09:51AM 8    panel where the rebar has been flattened and the barge crossed

09:51AM 9    over and the cap has been destroyed.  But portions of the cap

09:51AM 10   have fallen into a gap between the foreground panel that had

09:51AM 11   already fallen.

09:51AM 12   Q.   And how does this compare with the width of the barge?

09:51AM 13   A.   Well, this panel is 30 feet wide.  The barge is 35 feet

09:52AM 14   wide.  So the scratches cover a large portion of the bottom but

09:52AM 15   not the entire bottom.

09:52AM 16   Q.   Dr. Cushing, I'm showing you some figures you prepared about

09:52AM 17   how the barge entered the Lower Ninth Ward.  From what

09:52AM 18   perspective is this taken?

09:52AM 19   A.   This is an aerial picture.

09:52AM 20   Q.   And what are we looking at?

09:52AM 21   A.   Well, we're looking at the canal side at the top of the

09:52AM 22   picture.  The barge would have been oriented in an up and down or

09:52AM 23   an attitude moving perpendicular to the wind.  Actually, the wind

09:52AM 24   was coming from the more westerly direction, which means the

09:52AM 25   barge would have been at an angle with the picture, and it would

09:53AM 1  have been moving in with the wind from the westerly direction.

09:53AM 2       The barge would have crossed -- the leading edge of the

09:53AM 3  barge would have crossed the already fallen floodwall without

09:53AM 4  touching it; but, when it finally contacted the south end of the

09:53AM 5  south breach, then it couldn't move any further south, and it

09:53AM 6  would have moved directly inward, or in an easterly direction,

09:53AM 7  into the Lower Ninth Ward grounding on the fallen floodwall.

09:53AM 8  And, therefore, the striations were formed as it crossed into the

09:53AM 9  Lower Ninth Ward.

09:53AM 10      When the barge had fully entered the Lower Ninth Ward,

09:53AM 11 then the floodwall -- the floodwaters, which were at that point

09:53AM 12 nearly the level of the water on the -- on the canal, would have

09:54AM 13 been flowing more -- and I don't want to use the word gently, but

09:54AM 14 at a lesser velocity carrying the barge to a point where it

09:54AM 15 stopped.

09:54AM 16      And the waters were fanning out at this point as they

09:54AM 17 were entering the Lower Ninth Ward.  The barge would have pivoted

09:54AM 18 around the leading edge, so it would have pivoted into this

09:54AM 19 position and then moved slightly southward to its final resting

09:54AM 20 point.

09:54AM 21      THE COURT:  For the record, is this post-Katrina,

09:54AM 22 pre-Rita?

09:54AM 23      THE WITNESS:  Yes, sir.  You can tell this, obviously,

09:54AM 24 because on Jourdan Avenue, you have this famous school bus that

09:54AM 25 sits across Jourdan Avenue.  And the barge went -- the

09:54AM 1  Lower Ninth Ward reflooded after Rita, then the barge slid

09:54AM 2  sideways to come into contact with yellow school bus.

09:54AM 3          THE COURT:  Thank you, sir.

09:54AM 4                        EXAMINATION

09:54AM 5  BY MR. ALDOCK:

09:54AM 6  Q.   Could the barge, Dr. Cushing, have entered the

09:54AM 7  Lower Ninth Ward, in this manner that we've just seen, if the

09:55AM 8  floodwall had not already failed?

09:55AM 9  A.   No, sir.

09:55AM 10 Q.   Why not?

09:55AM 11 A.   Well, if the floodwall had not failed, you would have had

09:55AM 12 markings on the entire barge, number one; number two, the

09:55AM 13 inrushing water, if it had caused this failure, would have driven

09:55AM 14 the barge deeper into the Lower Ninth Ward.

09:55AM 15 Q.   Dr. Cushing, you were here for the testimony of

09:55AM 16 Mr. Bartlett; were you not?

09:55AM 17 A.   Yes, I was.

09:55AM 18 Q.   So you're familiar with Mr. Bartlett's conclusion that the

09:55AM 19 barge must have impacted the floodwall while it was still

09:55AM 20 standing, right?

09:55AM 21 A.   Yes, sir.

09:55AM 22 Q.   Do you agree with that?

09:55AM 23 A.   No, sir, I don't.

09:55AM 24 Q.   Using this diagram, tell us -- what is this diagram, first?

09:55AM 25 A.   Well, this -- this diagram is a diagram showing the last

09:56AM 1    background panel, the panel that was in the background that has

09:56AM 2    the bent rebar.

09:56AM 3          And my understanding of Mr. Bartlett's testimony was

09:56AM 4    that he believes that the barge actually struck the cap, but he

09:56AM 5    says that the wall had not been knocked over when he believes the

09:56AM 6    barge struck the cap.  And he concludes this because these bends

09:56AM 7    are all perpendicular to the line of the panel.  And therefore,

09:56AM 8    the panel and the wall would have been parallel to the entire

09:56AM 9    floodwall, and therefore, the barge moved straight in.

09:56AM 10   Q.   What's wrong with that?

09:56AM 11   A.   What's wrong with that is that in knocking off a cap,

09:57AM 12   regardless of whether this portion of the floodwall is parallel

09:57AM 13   to the freestanding floodwall or has been bent inward or knocked

09:57AM 14   inward slightly, the cap, when it breaks off, is going to bend

09:57AM 15   all of these rebars in a manner perpendicular to the floodwall

09:57AM 16   regardless of the floodwall's attitude.  That's because the cap

09:57AM 17   can't break off diagonally, like that (indicating), but, rather,

09:57AM 18   it has to break off perpendicular to the rebar.

09:57AM 19   Q.   So is Mr. Bartlett's observation equally consistent with the

09:57AM 20   barge hitting the wall that had already fallen?

09:57AM 21   A.   I'm sorry.  Repeat the question, please.

09:57AM 22   Q.   Therefore, is Mr. Bartlett's observations, are they equally

09:57AM 23   consistent with your theory that the barge hit the floodwall

09:57AM 24   after it had fallen?

09:57AM 25   A.   Yes.  I believe that Mr. Bartlett says that he believes that

09:57AM 1    the barge hit the cap and knocked the cap off.  I'm in agreement

09:58AM 2    with that.  He says that in his testimony, that this was the

09:58AM 3    weakest portion and that the floodwall -- or rather, the cap

09:58AM 4    would fail but the floodwall would not fail.

09:58AM 5    Q.   Dr. Cushing, are you familiar with Mr. Pazos's conclusion

09:58AM 6    that the barge entered the Lower Ninth Ward before the

09:58AM 7    Lower Ninth Ward was flooded?

09:58AM 8    A.   Yes, sir.

09:58AM 9    Q.   Do you agree with that conclusion?

09:58AM 10   A.   No, sir.

09:58AM 11   Q.   Have you prepared any figures based on Mr. Pazos's theory to

09:58AM 12   describe why you disagree with Mr. Pazos?

09:58AM 13   A.   Yes, sir.

09:58AM 14   Q.   Is this the first of a series of slides that you're

09:58AM 15   referring to?

09:58AM 16   A.   Yes, sir.  This is a graphic.  The first, Mr. Pazos believes

09:58AM 17   that the barge landed on top of the floodwall because of the

09:58AM 18   waves in the canal.  And I certainly don't believe that the waves

09:58AM 19   were sufficient to lift the barge and place it on top of the

09:58AM 20   floodwall.

09:59AM 21        Secondly, he believes that the waves were significant

09:59AM 22   and that the barge destroyed the floodwall, and therefore, if the

09:59AM 23   barge had destroyed the floodwall, it would have been carried

09:59AM 24   into the Lower Ninth Ward with the inrushing water.

09:59AM 25        As it would be moving in, it would have, obviously,

09:59AM  1    caused damage to the entire length of the bottom as it moved in,

09:59AM  2    but more significantly, we can look at the next slide, the barge

09:59AM  3    would have pivoted on the floodwall.  There would have been

09:59AM  4    extensive damage on the bottom of the barge with the full weight

09:59AM  5    of the barge on one point.  There is no such damage evident.

09:59AM  6            And the other thing is the barge would then have

09:59AM  7    grounded in the Lower Ninth Ward with severe grounding damage at

10:00AM  8    the forward end because the Lower Ninth Ward would not yet have

10:00AM  9    been flooded.  And there is no evidence to show that this was

10:00AM 10    possible.

10:00AM 11    Q.    Did you see any evidence of the barge grounding on the barge

10:00AM 12    or on the land side of the canal?

10:00AM 13    A.    There was no evidence.  Furthermore, if it had entered the

10:00AM 14    Lower Ninth Ward in this manner, the rebar that we see at the

10:00AM 15    south end of the south breach would have been angled downward

10:00AM 16    instead of horizontal.

10:00AM 17    Q.    What are we looking at in this demonstrative figure?

10:00AM 18    A.    This is a graphic showing the barge moving over the panel

10:00AM 19    and the background causing the rebar to bend a horizontal manner,

10:01AM 20    that is, horizontal to the water level.

10:01AM 21    Q.    What are those little stubs of rebar in the foreground?

10:01AM 22    What is that?

10:01AM 23    A.    This is a portion of the already fallen floodwall where only

10:01AM 24    a portion of the cap was knocked off.

10:01AM 25    Q.    And what does the rebar show us?

10:01AM 1   A.   Well, it's not bent.  Obviously, it's perpendicular to the

10:01AM 2   panel.

10:01AM 3   Q.   Dr. Cushing, other than the southern section of the southern

10:01AM 4   breach, did you find any evidence of the barge impacting the

10:01AM 5   floodwall?

10:01AM 6   A.   No, sir.

10:01AM 7   Q.   Dr. Cushing, have other investigations found that the barge

10:01AM 8   entered the Lower Ninth Ward after the floodwall had already

10:01AM 9   failed?

10:01AM 10  A.   Yes, sir.  Team Louisiana, for example, said that we found

10:01AM 11  that while the barge had indeed struck the I-wall at the south

10:01AM 12  end of the breach, the angle of the steel reinforcing bars on the

10:02AM 13  concrete cap exposed by the collision suggested that a section of

10:02AM 14  the wall struck was already leaning, having failed earlier.  The

10:02AM 15  barge clipped the end of the already formed breach as it was

10:02AM 16  sucked through.

10:02AM 17  Q.   Dr. Cushing, are you familiar with Mr. Pazos's theory that

10:02AM 18  steep, choppy waves in the canal caused the barge to pitch and

10:02AM 19  heave, which in turn caused the barge to rest on top of the

10:02AM 20  floodwall?

10:02AM 21  A.   Yes, sir.

10:02AM 22  Q.   Do you have an opinion as to whether this theory is

10:02AM 23  scientifically possible?

10:02AM 24  A.   It's scientifically impossible.

10:02AM 25  Q.   Why?

10:02AM 1   A.   Because we calculated what the waves would be in the canal,

10:02AM 2   and those waves were on the order of 1 to 3 feet.  And in order

10:02AM 3   for you to have any significant pitching of a vessel, you need

10:02AM 4   waves that are least half the length of the barge, in other

10:02AM 5   words, 100-foot long wave lengths, and these 1-to-3-foot high

10:02AM 6   waves wouldn't cause pitching more than 2 or 3 inches at the

10:03AM 7   most.

10:03AM 8   Q.   And you calculated that 2-to-3-inch pitching?

10:03AM 9   A.   That was our calculation, yes, sir.

10:03AM 10  Q.   Dr. Cushing, I would like you to focus on the barge's

10:03AM 11  location in this picture.  Do you know when this was taken?

10:03AM 12  A.   Yes, sir.  This was before Rita but after Katrina, as

10:03AM 13  His Honor just asked.

10:03AM 14  Q.   What does it tell you?  What's the position?

10:03AM 15  A.   Well, the position is in a north-south position.  It lies

10:03AM 16  against three houses on Jourdan Avenue.  But it shows that the

10:03AM 17  barge, when it entered, wasn't moving at a great velocity.

10:03AM 18  Q.   And does it further show that it couldn't have come from the

10:04AM 19  bow, as you testified earlier, but had -- and it couldn't get

10:04AM 20  through all of those trees, whatever?

10:04AM 21  A.   Yes, sir.  It shows that the only path would have been over

10:04AM 22  the fallen wall and rebar.

10:04AM 23  Q.   Did you find any evidence in your forensic examination

10:04AM 24  indicating when the barge entered the Lower Ninth Ward?  What's

10:04AM 25  this?

10:04AM 1   A.   This is a picture of what we're calling the "bow" of the

10:04AM 2   barge, looking as the bow is facing southward and the picture is

10:04AM 3   looking northward, and we see that the barge has entered the

10:04AM 4   Lower Ninth Ward and ridden across telephone lines, and then, as

10:04AM 5   the water drained, settled on top of the telephone lines as it

10:04AM 6   moved a northerly direction.

10:04AM 7   Q.   What does that tell you?

10:04AM 8   A.   It shows that the barge was not moving at great speed, and

10:05AM 9   it shows that the barge entered the Lower Ninth Ward when the

10:05AM 10  water was already very high and the Lower Ninth Ward was already

10:05AM 11  flooded.

10:05AM 12  Q.   What are we looking at here?

10:05AM 13  A.   This is the barge as it came to rest against one of the

10:05AM 14  houses on Jourdan Avenue.

10:05AM 15  Q.   What does this tell you about your conclusion about the

10:05AM 16  water level when the barge entered the Lower Ninth Ward?

10:05AM 17  A.   Well, this shows that the barge, at this point, didn't have

10:05AM 18  enough energy to knock the house over or it came to its stop

10:05AM 19  against the house.

10:05AM 20  Q.   And about the levels?

10:05AM 21  A.   And the water would have been high in the Lower Ninth Ward,

10:05AM 22  and the flow rate of the water would have been much lower than

10:05AM 23  what occurred when the barge -- when the floodwall initially

10:06AM 24  fails.

10:06AM 25  Q.   So what does the high-water conclusion in the

10:06AM 1   Lower Ninth Ward tell you about the timing?

10:06AM 2   A.   That the barge entered the Lower Ninth Ward when the

10:06AM 3   Lower Ninth Ward was already flooded.

10:06AM 4   Q.   Dr. Cushing, I'm putting on your diagram the wind directions

10:06AM 5   we've seen before in the canal.  What conclusions do you draw

10:06AM 6   with respect to the timing of the barge entering the canal?

10:06AM 7   A.   Well, the barge could not have left the pocket until some

10:06AM 8   time after 9 o'clock.

10:06AM 9   Q.   And that's because of the wind directions?

10:06AM 10  A.   Yes.  The wind direction, up until 7:00, would have had a

10:06AM 11  westerly component, still blowing from the east, holding the

10:06AM 12  barge -- sorry, an easterly component, still blowing the barge to

10:07AM 13  the west against the west side of the canal.

10:07AM 14          By 7:30, the wind would have been blowing more parallel

10:07AM 15  to the canal, and it isn't until after 8 o'clock that it starts

10:07AM 16  to take a more westerly component.  But if the barge had been

10:07AM 17  loose at any of these times, that is, in the morning up until,

10:07AM 18  say, 8 o'clock or 9 o'clock, the barge would have been blown also

10:07AM 19  in a southerly direction and ended up in the area at the south

10:07AM 20  end of the pocket by the Namasco terminal.

10:07AM 21  Q.   All right.  Let's talk about the Namasco terminal.  What are

10:07AM 22  we looking at here?

10:07AM 23  A.   This is the gantry, that is a gantry crane that extends in a

10:08AM 24  northerly direction from the wharf at the Namasco terminal.  The

10:08AM 25  gantry crane was enclosed by a corrugated sheet-metal housing.

10:08AM 1   The whole area is pretty derelict.  But I was able to examine the

10:08AM 2   that Namasco gantry housing, which is shown in the normal

10:08AM 3   condition on the left, after the Hurricane Katrina and Rita.

10:08AM 4       We see on the right-hand picture a graphic superimposed

10:08AM 5   on the terminal, gantry housing, showing the barge at 6 o'clock

10:08AM 6   in the morning, and therefore, the water would have been rising

10:08AM 7   six, seven, eight, nine, the barge would have been higher than

10:08AM 8   this, but at 6 o'clock in the morning, when I don't believe the

10:09AM 9   barge could have left this area, the barge, if it had been in

10:09AM 10  this area, would have struck this corrugated housing.  I examined

10:09AM 11  this carefully and there was no damage indicating that the barge

10:09AM 12  had struck the gantry housing.

10:09AM 13  Q.   Just go back a minute.  Show us the gantry on this diagram.

10:09AM 14  What were we just looking at?

10:09AM 15  A.   The gantry, there is an east-west wharf face in the pocket,

10:09AM 16  and there is a projection that shows the gantry projecting out

10:09AM 17  into the pocket.

10:09AM 18      THE COURT:  Why wouldn't there have been damage to the

10:09AM 19  gantry subsequent to that, in other words, if the barge left at

10:09AM 20  8:00?

10:09AM 21      THE WITNESS:  If the barge had left at 8 o'clock, the

10:09AM 22  barge would have been blown into this position (indicating).  To

10:09AM 23  get into the canal, it would have had to have hit the gantry.

10:10AM 24      THE COURT:  So what time -- then at 10:00, it wouldn't

10:10AM 25  have hit the gan- -- or at 9:30 it wouldn't have --

10:10AM 1          THE WITNESS:  Even anytime, I believe, after 9 o'clock,

10:10AM 2    it could have been then blown clear.  9 o'clock is the first time

10:10AM 3    that it would have cleared the corner here.

10:10AM 4          THE COURT:  All right.

10:10AM 5          THE WITNESS:  At 10 o'clock it certainly would have

10:10AM 6    cleared.

10:10AM 7                          EXAMINATION

10:10AM 8    BY MR. ALDOCK:

10:10AM 9    Q.   What are we looking at here, Dr. Cushing?

10:10AM 10   A.   This is a picture of the fiberglass portable covers that are

10:10AM 11   on top of the barge.  And I had climbed on the barge and examined

10:10AM 12   all of these covers carefully and I couldn't find any damage that

10:10AM 13   would indicate that the covers had struck that gantry either, so

10:10AM 14   there was no damage either on the gantry housing or the covers

10:10AM 15   indicating that it had been in that pocket and hit those covers.

10:11AM 16   Q.   Dr. Cushing, to be complete here, is your opinion that the

10:11AM 17   barge did not cause the breaches depend in any way on the time

10:11AM 18   the barge broke away from the terminal?

10:11AM 19   A.   No, sir.

10:11AM 20   Q.   If the barge had broken away somehow on Sunday, August 28th,

10:11AM 21   for any reason, would that change your opinion that the barge did

10:11AM 22   not cause the breaches?

10:11AM 23   A.   No, sir.

10:11AM 24   Q.   Does the timing of the barge breakaway matter with regards

10:11AM 25   to your opinion that the barge was not present at the north

10:11AM 1   breach?

10:11AM 2   A.   No, sir.

10:11AM 3   Q.   Does the timing of the breakaway matter with regards to your

10:11AM 4   opinion that the barge was not present at the south breach before

10:11AM 5   it occurred?

10:11AM 6   A.   No, sir.

10:11AM 7   Q.   You've told the Court that the barge impacts the wall.  If

10:11AM 8   it does, it cracks the cap and does not fail the floodwall.  Does

10:11AM 9   the timing of the barge breakaway affect that conclusion in any

10:11AM 10  way?

10:11AM 11  A.   No, sir.

10:12AM 12       MR. ALDOCK:  Your Honor, at this time, Dr. Cushing has

10:12AM 13  prepared an animation that shows -- I think it summarizes in a

10:12AM 14  very interesting and, I think, useful way for the Court the

10:12AM 15  sequence of events on the morning of August 29th.  It does not

10:12AM 16  depict the geotechnical testimony that you'll hear in great

10:12AM 17  detail from Drs. Bea and Bakeer, but I think with regard to the

10:12AM 18  barge transit, I think it's very useful.

10:12AM 19       It's about ten minutes, and I would need to give

10:12AM 20  Dr. Cushing the controls so he could stop it, if I might.

10:12AM 21       THE COURT:  Okay.

10:13AM 22       THE WITNESS:  On August 25, 2005, one of the most

10:13AM 23  powerful hurricanes ever to strike America formed out in the

10:13AM 24  Atlantic.  The hurricane moved westward, crossing Florida, and

10:13AM 25  when it reentered the Gulf of Mexico it intensified, drawing

10:13AM 1  strength from the warm waters in the Gulf of Mexico.

10:13AM 2          By August 27th and early on the 28th, the hurricane

10:13AM 3  moved to the northwest and then took a northerly course moving

10:13AM 4  directly at the City of New Orleans.  We see in the picture the

10:13AM 5  characteristic counterclockwise winds of the hurricane.

10:14AM 6          As the hurricane moved north, it passed to the east

10:14AM 7  of New Orleans, and in doing so, its characteristic winds changed

10:14AM 8  direction from a northeasterly to a northerly and eventually to a

10:14AM 9  northwesterly direction.

10:14AM 10          Here we see the Industrial Canal in the

10:14AM 11  Lower Ninth Ward.  And we see up at the upper right-hand corner

10:14AM 12  of the picture the Lafarge North America terminal.  Here the

10:15AM 13  canal would be looking northward from the North Claiborne Avenue

10:15AM 14  bridge.

10:15AM 15          Here we have a better picture of the Namasco

10:15AM 16  terminal and gantry.  We see the five loaded barges and the two

10:15AM 17  loaded and empty barges to the south of them at the Namasco

10:15AM 18  terminal.

10:15AM 19          At 4 o'clock in the morning on the 29th, the winds

10:15AM 20  were blowing from a northeasterly direction to the southwest, and

10:15AM 21  away from the Lower Ninth Ward.

10:15AM 22          This is a view of the northern end of the

10:15AM 23  floodwall, and we see a cutaway through the floodwall with the

10:15AM 24  1980's-built portion of the floodwall and the 1960's portion of

10:16AM 25  the floodwall to the south of it.

10:16AM 1          The newer floodwall, built in connection with the

10:16AM 2  reconstruction of the Florida Avenue bridge, has 10 feet of

10:16AM 3  concrete at the top, built to a higher level, and 31 feet of

10:16AM 4  sheet piling below.  On the southern portion, we see 8 feet of

10:16AM 5  concrete attached to and having embedded into it the sheet piling

10:16AM 6  extending some 15 feet below the concrete portion.

10:16AM 7          Here we see the rebar in the cap and the connection

10:16AM 8  to the -- between the two floodwalls.

10:16AM 9          Here we see the concrete fence protecting the

10:17AM 10  floodwall.  And a section through the floodwall showing the

10:17AM 11  difference in construction of the two floodwalls.

10:17AM 12          This is a section through the floodwall showing the

10:17AM 13  water and the hydrostatic load on the floodwall, and the

10:17AM 14  floodwall actually forming a gap that permits the pressure from

10:17AM 15  the water to exert its force all the way down the floodwall.

10:17AM 16          In the morning, that floodwall collapsed at the

10:17AM 17  north breach with the sheet pile tumbling over 270 degrees, and

10:17AM 18  then the water rushed in to the Lower Ninth Ward.

10:18AM 19          By 5 o'clock, with the hurricane having passed

10:18AM 20  New Orleans, the wind started to back around to more from the

10:18AM 21  north.

10:18AM 22          By 5:30 it still was blowing from the northeast,

10:18AM 23  holding the barges in the pocket.  The wind continued to back

10:18AM 24  around more from the north as the hurricane, which had made

10:18AM 25  landfall at 6 o'clock, moved northward.

10:18AM 1          At this point the hurricane was passing New Orleans

10:18AM 2     to the east and the wind assumed a direction parallel by 7:30

10:18AM 3     with the canal.

10:18AM 4          Here we see the southern breach and the

10:18AM 5     construction at the southern breach.  And again, we see the

10:19AM 6     section through the floodwall with overtopping occurring and in

10:19AM 7     the process scouring on the inshore side of the floodwall.

10:19AM 8          As the water was rising in the canal, water would

10:19AM 9     not only have been overtopping but moving between construction

10:19AM 10    joints forming this trench that we've seen pictures of.

10:19AM 11         When the trench caused a loss of support on the

10:19AM 12    inshore side and the other forces on the floodwall caused the

10:19AM 13    floodwall to lean and more water to flow over the angled

10:19AM 14    floodwall, then considerable scouring would have been taking

10:19AM 15    place at this.  At this point the loss of stability or the loss

10:20AM 16    of support for the floodwall would have greatly contributed to

10:20AM 17    the floodwall's failure.

10:20AM 18         The overtopping was occurring at the lowest portion

10:20AM 19    first, but it, obviously, spread along the floodwall area.  The

10:20AM 20    wind was blowing at this time in a parallel direction, but where

10:20AM 21    the wall failed first in the lower breach was near North

10:20AM 22    Johnson Street, causing a big bow in the already fallen -- in the

10:20AM 23    fallen floodwall.

10:20AM 24         And here we see the photograph of the actual

10:20AM 25    floodwall.

10:20AM 1          Let us look at the south end of the south breach.

10:20AM 2     Here we see the overtopping occurring and the scouring occurring

10:21AM 3     and the loss of support.  When the floodwall failed at the

10:21AM 4     initiation point, it would have dragged down the floodwall all

10:21AM 5     the way to the south end of the south breach.

10:21AM 6          Here we see the fallen panels as we have discussed

10:21AM 7     earlier, the foreground panel and the background panel.

10:21AM 8          By 7 o'clock, the winds had backed around to a

10:21AM 9     point where they were still having a slightly easterly component,

10:21AM 10    but by 7:30, it would have been blowing parallel to the

10:21AM 11    floodwall.

10:22AM 12         By 8 o'clock, the winds had now assumed a portion

10:22AM 13    of the westerly wind to it, still blowing from the north.

10:22AM 14         And by 8:30, it was blowing in the direction shown.

10:22AM 15    If the barge had been loose, it would have been in this area.

10:22AM 16         By 9 o'clock, the winds had backed around to the

10:22AM 17    west, to a northwesterly direction such that the wind would have

10:22AM 18    been acting on the light barge, and if it had broken free at this

10:22AM 19    time, it would have then been blowing with the wind in a manner

10:22AM 20    that would have permitted it to escape from this pocket area.

10:22AM 21         Some sometime after 9 o'clock, with the winds

10:22AM 22    blowing from the northwest, the barge could have then entered the

10:23AM 23    Lower Ninth -- I'm sorry, entered the canal.

10:23AM 24         The barge, being symmetrical fore and aft, assumes

10:23AM 25    a natural angle of repose perpendicular to the wind and will

10:23AM 1    travel with the wind in a perpendicular fashion.  In doing so, as

10:23AM 2    we see in this picture after 9 o'clock, it would have been

10:23AM 3    possible for the barge to get out into the canal and still clear

10:23AM 4    the gantry and the corner of the wharf at the Namasco terminal.

10:23AM 5         And here we see the barge moving across the canal.

10:23AM 6    We calculated the speed of the barge earlier for purposes of

10:23AM 7    determining the strength of the floodwall and whether the barge

10:23AM 8    could break the cap.  We did that in a hypothetical at very high

10:24AM 9    wind, but by 9 o'clock in the afternoon, the winds --

10:24AM 10         THE COURT:  Morning.

10:24AM 11         THE WITNESS:  Sorry, morning.  At 9 o'clock in the

10:24AM 12   morning, the winds had lessened, they were still strong, but they

10:24AM 13   had lessened, so the barge would have been moving at a speed

10:24AM 14   of -- slower than 5.27 miles an hour.  It would have been moving

10:24AM 15   at a speed more on the order of a slow walk across the 3,000 feet

10:24AM 16   to the south breach.

10:24AM 17         The animation has the barge moving a little faster

10:24AM 18   than it would have been moving, but it gives you an idea of the

10:24AM 19   fact that the barge is moving in a diagonal manner across the

10:24AM 20   canal.  And that's important, because as it approaches the

10:24AM 21   already-fallen floodwall in the south breach, the leading edge of

10:25AM 22   the barge crosses the floodwall without touching the floodwall

10:25AM 23   and continues to move in a southwesterly direction until it

10:25AM 24   contacts the very south end of the south breach.

10:25AM 25         And here we're looking underneath the barge as the

10:25AM 1  barge approaches sideways the already-fallen floodwall and then

10:25AM 2  the last panel, as it knocks the last two panels over, it comes

10:25AM 3  into contact with the remaining panel, and in doing so -- and we

10:25AM 4  don't show in this animation -- but the scratches would have been

10:25AM 5  along the entire length of the panel, scratching the bottom of

10:25AM 6  the panel on the trailing edge.

10:26AM 7          This shows the barge having moved into the

10:26AM 8  Lower Ninth Ward and coming to a stop as it crossed

10:26AM 9  Jourdan Avenue.  The flooding waters, having spread out into the

10:26AM 10 Lower Ninth Ward, would have taken the trailing edge of the

10:26AM 11 barge, trailing end of the barge in a southerly direction.  The

10:26AM 12 barge would have pivoted around a house on Jourdan Avenue, and

10:26AM 13 would have assumed a more north-south attitude with the bow of

10:26AM 14 the barge in a more southerly direction.

10:26AM 15         The water would have been high in the canal at this

10:26AM 16 point.  We see the telephone pole that has appeared in some of

10:26AM 17 the pictures, with the barge assuming the north-south attitude as

10:27AM 18 it came into contact with two of the houses on Jourdan Avenue.

10:27AM 19         The barge would have then slid forward and slid up

10:27AM 20 on those telephone lines that we saw earlier in the photograph.

10:27AM 21 And this would have been the final resting point after

10:27AM 22 Hurricane Katrina.

10:27AM 23         Then later the waters drained from the

10:27AM 24 Lower Ninth Ward and, in doing so, brought the barge to its

10:27AM 25 grounded position as we see it here.

10:28AM  1            THE COURT:  What's the number of the animation?

10:28AM  2            MR. ALDOCK:  I think we would put in all of the deck,

10:28AM  3    the visuals for demonstrative purposes with the number that would

10:28AM  4    be the next number.

10:28AM  5            THE COURT:  What's the next number?

10:28AM  6            THE DEPUTY CLERK:  349.

10:28AM  7            MR. ALDOCK:  349 would be the entire deck and the

10:28AM  8    animation.

10:28AM  9            THE COURT:  Okay.  Thank you.

10:28AM 10            (WHEREUPON, at this point in the proceedings,

10:28AM 11    Exhibit 349 was entered into evidence.)

10:28AM 12            MR. ALDOCK:  At this point, Your Honor, I tender the

10:28AM 13    witness.

10:28AM 14            THE COURT:  Counsel, probably we'll take a 10-minute

10:28AM 15    recess before you start cross?

10:28AM 16            MR. KHORRAMI:  Absolutely, Your Honor.

10:28AM 17            THE COURT:  All right.

10:35AM 18            (WHEREUPON, at this point in the proceedings, a brief

10:50AM 19    recess was taken.)

10:50AM 20            THE DEPUTY CLERK:  All rise.

10:50AM 21               Court is in session.  Please be seated.

10:50AM 22            THE COURT:  Yes, sir.

10:50AM 23            MR. KHORRAMI:  Yes, Your Honor.  Thank you.  May I

10:50AM 24    proceed?

10:50AM 25            THE COURT:  You may proceed.

10:50AM 1                          CROSS-EXAMINATION

10:50AM 2     BY MR. KHORRAMI:

10:50AM 3     Q.   Good morning, Dr. Cushing.

10:50AM 4     A.   Good morning, Mr. Khorrami.

10:50AM 5     Q.   Now, let's talk about your qualifications a little bit.  You

10:51AM 6     are not a geologist, correct?

10:51AM 7     A.   That's correct.

10:51AM 8     Q.   You're not a geotechnical expert, correct?

10:51AM 9     A.   That's correct.

10:51AM 10    Q.   You're not a surveyor?

10:51AM 11    A.   No, sir -- yes, I'm a marine surveyor, but I'm not a land

10:51AM 12    surveyor.

10:51AM 13    Q.   And for the purpose of the floodwalls, the survey that was

10:51AM 14    done in this case, you're not a surveyor for that purpose,

10:51AM 15    correct?

10:51AM 16    A.   That's correct.

10:51AM 17    Q.   You're not a meteorologist?

10:51AM 18    A.   No, sir.  I have training in meteorology, but I'm not a

10:51AM 19    meteorologist.

10:51AM 20    Q.   And you're not testifying in this case as a meteorologist,

10:51AM 21    correct?

10:51AM 22    A.   There are meteorological aspects to my testimony.

10:51AM 23    Q.   You're not a hydrologist, correct?

10:51AM 24    A.   That's correct.

10:51AM 25    Q.   Now, you've mentioned some of the work you've done in terms

2140

10:51AM  1    of an expert witness.  The vast majority of your work has been in

10:51AM  2    asbestos cases, correct?

10:51AM  3    A.    I've done a considerable number of asbestos cases, but I

10:51AM  4    wouldn't say the "majority."  There are a large number of

10:52AM  5    asbestos cases recently.

10:52AM  6    Q.    And in each one of those cases your involvement has been

10:52AM  7    with respect to a vessel; is that correct?

10:52AM  8    A.    Not completely, no.

10:52AM  9    Q.    The asbestos cases that you've been involved with?

10:52AM  10   A.    Have been involved with shipyards, with warehouses and those

10:52AM  11   kinds of structures.

10:52AM  12   Q.    And also vessels?

10:52AM  13   A.    And vessels.

10:52AM  14   Q.    And in those cases, your testimony had to do with whether a

10:52AM  15   shipyard or a vessel complied with certain requirements; is that

10:52AM  16   right?

10:52AM  17   A.    No.  Not completely.

10:52AM  18   Q.    Okay.  Whether there were certain materials present, right?

10:52AM  19   A.    No.  It's the history of the use of asbestos, what the

10:52AM  20   government regulations relating to them are, and that kind of

10:52AM  21   thing.

10:52AM  22   Q.    And in each one of those cases, you testified for the

10:52AM  23   defense; is that right?

10:52AM  24   A.    That's correct.

10:52AM  25   Q.    And your work on asbestos goes back to 1991, right?  In the

10:53AM 1    early 1990s?

10:53AM 2    A.    The 1990s.

10:53AM 3    Q.    Okay.

10:53AM 4    A.    Where we did studies aboard ships but not testifying.

10:53AM 5    Q.    And with Exxon VALDEZ, you were hired by Exxon?

10:53AM 6    A.    That's correct.

10:53AM 7    Q.    To support its causation theory on how the incident

10:53AM 8    occurred, right, in part?

10:53AM 9    A.    In part.  It was research into the track of the vessel, the

10:53AM 10   influence of the bottom conditions and how the vessel moved

10:53AM 11   across the reefs, but also, an examination of the scratches and

10:53AM 12   damage to the bottom in determining the attitude of the vessel as

10:53AM 13   it -- as it grounded.

10:53AM 14   Q.    In terms of the work that you've done in this case, you

10:53AM 15   haven't examined levee breaches in the past, correct?

10:53AM 16   A.    Not in the past.

10:53AM 17   Q.    You haven't examined floodwall breaches in the past,

10:53AM 18   correct?

10:54AM 19   A.    No, sir.

10:54AM 20   Q.    In fact, the only work that you've testified to that you've

10:54AM 21   done that would be comparable to this type of work is the work

10:54AM 22   you did with the James River, right, the James project?  Correct?

10:54AM 23   A.    Well, not completely.  When you say "the only work" I've

10:54AM 24   done, I've done extensive work relating to wharves, to

10:54AM 25   concrete -- concrete walls in marine facilities, in sheet piling,

10:54AM 1   and that type of work, too.

10:54AM 2   Q.   You gave your deposition testimony, right?

10:54AM 3   A.   Yes, sir.

10:54AM 4   Q.   And inside your deposition testimony you mentioned the James

10:54AM 5   project as the -- that's the only project you mentioned by name

10:54AM 6   that was similar to the project you've done for this canal?

10:54AM 7   A.   No, I believe that the questions -- and I don't have it in

10:54AM 8   my memory -- but the question was, have I been involved in cases

10:55AM 9   involving the collisions of vessels with land structures?  And

10:55AM 10  that was the one that came to mind.  Although there have been

10:55AM 11  others, with Mobil Oil, the collision of a tanker in Singapore

10:55AM 12  with concrete wharves, and other projects, too.

10:55AM 13  Q.   We'll get to that in a little bit.

10:55AM 14       Now, your testimony here is that the barge broke the

10:55AM 15  concrete cap at the south portion of the south breach; is that

10:55AM 16  correct?

10:55AM 17  A.   My testimony here is that the barge broke the cap off of the

10:55AM 18  last panel of the already-fallen floodwall.

10:55AM 19  Q.   At the south end of the south breach, correct?

10:55AM 20  A.   At the south end of the south breach, yes, sir.

10:55AM 21  Q.   So I'm correct, right?

10:55AM 22  A.   Well, that wasn't the way you said it the last time.

10:55AM 23       THE COURT:  Okay, I've got it.

10:55AM 24                           EXAMINATION

10:55AM 25  BY MR. KHORRAMI:

10:55AM 1    Q.   At the time that this occurred, the water height -- this is

10:56AM 2    your contention.  The water height on the canal side was equal to

10:56AM 3    the water height on the protected side; is that correct?

10:56AM 4    A.   It wouldn't have been equal because there would have been no

10:56AM 5    flow into the Lower Ninth Ward.  It would have been nearly equal.

10:56AM 6    Q.   What do you mean by "nearly equal"?

10:56AM 7    A.   It wouldn't have been a great difference in height.

10:56AM 8    Q.   I'm going to ask you to quantify that.  Is it a foot

10:56AM 9    difference?

10:56AM 10   A.   I can't quantify it.

10:56AM 11   Q.   You can't quantify before this Court what the difference in

10:56AM 12   height was between the canal and the protected side, correct?

10:56AM 13   A.   I can't, because I don't know the height of the water in the

10:56AM 14   Lower Ninth Ward at the time that the barge entered the

10:56AM 15   Lower Ninth Ward.

10:56AM 16   Q.   So --

10:56AM 17   A.   I think there is a very good record of the height of the

10:56AM 18   water in the canal, a recently good record of it at any given

10:56AM 19   time, but there is not a record of the height of the water in the

10:57AM 20   Lower Ninth Ward at about the time that the barge would have

10:57AM 21   entered.

10:57AM 22   Q.   And the reason for your contention that the water was

10:57AM 23   relatively equal on both sides of this wall, on both the flood

10:57AM 24   side and the protected side, is that the rebar on the wall was

10:57AM 25   horizontal, correct?

10:57AM 1   A.   That's correct.

10:57AM 2   Q.   That if the barge -- if there had been an appreciable

10:57AM 3   difference in water height, the rebar that the barge went over

10:57AM 4   would have actually pointed down sharply, correct?

10:57AM 5   A.   It would have, yes, if it had been significantly different.

10:57AM 6   Q.   Yet, as you sit here today, you can't define for this Court

10:57AM 7   what "significantly different" or what "relatively equal" means,

10:57AM 8   correct?

10:57AM 9   A.   I can't quantify it precisely because there are missing --

10:57AM 10  there is missing information.

10:57AM 11  Q.   And you can't give a range, correct?

10:57AM 12  A.   I can qualitatively tell you that it was nearly equal or

10:57AM 13  close to the same levels.  The water was flowing in so the level

10:58AM 14  in the Lower Ninth Ward would have been lower than the water in

10:58AM 15  the canal.  But in terms of inches, I can't tell you.

10:58AM 16  Q.   In terms of feet you can't tell me?  You just -- I just

10:58AM 17  asked you in terms of feet.  You can't tell me, correct?

10:58AM 18  A.   It would only be a very rough estimate.

10:58AM 19  Q.   Now, you also considered wind data in this case, correct?

10:58AM 20  A.   Yes, sir.

10:58AM 21  Q.   Wind data is a very important element in your conclusion

10:58AM 22  that the barge did not and could not have caused the levee

10:58AM 23  breaches, correct?

10:58AM 24  A.   That's correct.

10:58AM 25  Q.   Wind data during Katrina is a critical source of information

10:58AM 1    for your determination that the timing and direction of movements

10:58AM 2    of the barge -- about the timing and the direction of movements

10:58AM 3    of the barge, correct?

10:58AM 4    A.   That's correct.

10:58AM 5    Q.   Now, for the purpose of determining wind direction and wind

10:58AM 6    speed, Dr. Dooley was commissioned, correct?

10:59AM 7    A.   That's correct.

10:59AM 8    Q.   Dr. Dooley relied on a hindcast from Oceanweather Inc.,

10:59AM 9    correct?

10:59AM 10   A.   That's correct.

10:59AM 11   Q.   OWI, right?

10:59AM 12   A.   That's correct.  But I understand he also referred to other

10:59AM 13   sources --

10:59AM 14   Q.   And we'll get to that.

10:59AM 15   A.   -- to confirm -- to confirm his reliance on OWI's hindcast.

10:59AM 16   Q.   We'll get to that.

10:59AM 17          And then you presented a summary of Dr. Dooley's

10:59AM 18   results in your report, correct?

10:59AM 19   A.   Yes, sir.

10:59AM 20   Q.   You didn't do any of the calculations that Dr. Dooley did,

10:59AM 21   correct?

10:59AM 22   A.   That's correct.

10:59AM 23   Q.   You relied on Dr. Dooley's information, correct?

10:59AM 24   A.   That's correct.

10:59AM 25   Q.   You relied on Dr. Dooley in terms of wind direction,

10:59AM 1    correct?

10:59AM 2    A.    Yes, sir.

10:59AM 3    Q.    You relied on Dr. Dooley in terms of wind speed, correct?

10:59AM 4    A.    Yes, sir.

10:59AM 5    Q.    And so did Dr. Daggett; correct?

10:59AM 6    A.    Yes, sir.

10:59AM 7    Q.    And you're aware that Dr. Dooley did not consider any radar

10:59AM 8    data, correct?

11:00AM 9    A.    I heard him so testify.  I believe that I heard him so

11:00AM 10   testify.

11:00AM 11   Q.    That he did not, correct?

11:00AM 12   A.    That's my recollection.  That he said he wasn't a radar

11:00AM 13   expert.  I recall him saying he wasn't a radar expert, and

11:00AM 14   therefore -- therefore, I don't believe he relied on it.

11:00AM 15   Q.    Well, sir, you reviewed his report, right?

11:00AM 16   A.    Yes, sir.

11:00AM 17   Q.    You relied on his report, right?

11:00AM 18   A.    Yes, sir.

11:00AM 19   Q.    And you know his report, right?

11:00AM 20   A.    Yes, sir.

11:00AM 21   Q.    So inside of his report there is no reference to radar data,

11:00AM 22   correct?

11:00AM 23   A.    That's correct.

11:00AM 24   Q.    Therefore, he didn't consider radar data, correct?

11:00AM 25           MR. ALDOCK:  Objection, Your Honor.  I think whatever

11:00AM 1  Dr. Dooley did Your Honor has heard it, so badgering this witness

11:00AM 2  for what he remembers is not very useful.

11:00AM 3           MR. KHORRAMI:  I'll move on, Your Honor.

11:00AM 4           THE COURT:  Thank you, Counsel.

11:00AM 5                          EXAMINATION

11:00AM 6  BY MR. KHORRAMI:

11:00AM 7  Q.   And you did not rely on Mr. Lemon for your conclusions,

11:00AM 8  correct?

11:00AM 9  A.   That's correct.

11:00AM 10  Q.   You didn't investigate the existence of mesocyclones,

11:01AM 11  correct?

11:01AM 12  A.   That's not correct.

11:01AM 13  Q.   Okay.  You investigated the existence of mesocyclones?

11:01AM 14  A.   Well, I would say that I investigated mesocyclones, but the

11:01AM 15  existence of mesocyclones within Hurricane Katrina, I wouldn't

11:01AM 16  say there was an investigation, no, sir.

11:01AM 17  Q.   You didn't investigate the existence of microbursts within

11:01AM 18  Hurricane Katrina at all, correct?

11:01AM 19  A.   That's correct.

11:01AM 20  Q.   And you didn't investigate the existence of downdrafts

11:01AM 21  within Hurricane Katrina, correct?

11:01AM 22  A.   That's correct.

11:01AM 23  Q.   You didn't investigate the existence of downbursts within

11:01AM 24  Hurricane Katrina, correct?

11:01AM 25  A.   That's correct.

11:01AM 1  Q.   And you didn't investigate the existence of thunderstorms

11:01AM 2  with respect to Hurricane Katrina, correct?

11:01AM 3  A.   That's correct.

11:01AM 4  Q.   And as to all of those things that I mentioned, you

11:01AM 5  specifically did not investigate their existence within the

11:01AM 6  Industrial Canal during Hurricane Katrina, correct?

11:02AM 7  A.   I didn't carry out an investigation of those, no, sir.

11:02AM 8  Q.   So you solely relied on Dr. Dooley for that data, correct?

11:02AM 9  A.   Yes, sir.  And, of course, what I've heard in testimony,

11:02AM 10 too.

11:02AM 11 Q.   Now, you agree with me that surface winds on land can be

11:02AM 12 more turbulent than on water, correct?

11:02AM 13 A.   Yes.  But if you qualify what you mean by "turbulent," I

11:02AM 14 think I've testified in my deposition that wind moving across

11:02AM 15 land has more friction than wind moving along water or over

11:02AM 16 water, so you have more friction, and therefore, you will have,

11:02AM 17 at the surface, more turbulence, if you will.  And I also

11:03AM 18 testified in deposition that winds moving across and around

11:03AM 19 buildings will have turbulence, local turbulence.

11:03AM 20 Q.   And you also testified that there can be eddies in those

11:03AM 21 situations, correct?

11:03AM 22 A.   As wind moves around structures?

11:03AM 23 Q.   Correct.

11:03AM 24 A.   On the downstream side within the shadow of the buildings,

11:03AM 25 you can have eddies and vortices.

11:03AM 1   Q.   Now, you agree with me also that averaging wind directions

11:03AM 2   smooths out a lot of the moment-by-moment changes in wind

11:03AM 3   direction, correct?

11:03AM 4   A.   It does.

11:03AM 5   Q.   You agree with me that averaging out wind speed smooths out

11:03AM 6   a lot of moment-by-moment changes in wind speed, correct?

11:03AM 7   A.   Yes, sir.

11:03AM 8   Q.   Now, what distance did the barge have to travel from the

11:03AM 9   Lafarge terminal to its -- to the place where it struck the south

11:04AM 10  breach, according to you?

11:04AM 11  A.   Approximately 2900 feet.

11:04AM 12  Q.   Now, let's talk about currents and water flow.  You

11:04AM 13  commissioned Dr. Daggett for that purpose, correct?

11:04AM 14  A.   I did, yes.

11:04AM 15  Q.   He's with Waterway Simulation Technology, correct?

11:04AM 16  A.   That's correct.

11:04AM 17  Q.   You commissioned him to determine whether there were any

11:04AM 18  currents in the vicinity of the Lafarge terminal that would

11:04AM 19  actually carry the barge over into the main channel of the canal,

11:04AM 20  correct?

11:04AM 21  A.   No, sir.

11:04AM 22  Q.   You did not rely on him for current -- to determine whether

11:04AM 23  the currents -- there were any currents present to carry the

11:04AM 24  barge to the main channel of the canal?

11:04AM 25  A.   No, that was not your previous question.

11:04AM 1        The reason I said no is because we did commission him

11:04AM 2 to examine the currents, not just in the vicinity of the Lafarge

11:05AM 3 terminal, but over the entire canal between the Florida Avenue

11:05AM 4 bridge and the North Claiborne Avenue bridge.

11:05AM 5        And the second part of my answer to that question

11:05AM 6 was -- or your subsequent question was that we also carried out

11:05AM 7 our own calculations so that we didn't have to rely on

11:05AM 8 Dr. Daggett, and we found our own calculations to be the

11:05AM 9 same -- pretty much the same as Dr. Daggett's.

11:05AM 10 Q.   You carried out your own calculations as to the currents?

11:05AM 11 A.   Yes, sir.

11:05AM 12 Q.   And you put that inside of your report?

11:05AM 13 A.   No, sir.

11:05AM 14 Q.   You did not?

11:05AM 15 A.   I didn't.

11:05AM 16 Q.   It's absent from your report, right?

11:05AM 17 A.   It's not in the report.

11:05AM 18 Q.   Therefore, you relied on Dr. Daggett's information, correct?

11:05AM 19 A.   And I confirmed it by doing my own calculations.

11:05AM 20 Q.   You commissioned Dr. Daggett to also provide you with

11:05AM 21 whether there were any currents to actually -- whether the

11:06AM 22 currents would be able to move the barge up to the floodwall,

11:06AM 23 correct?

11:06AM 24 A.   Well, not exactly.  We commissioned Dr. Daggett to determine

11:06AM 25 what the currents were and we combined those currents with the

11:06AM 1  wind to determine which way the barge would move and what

11:06AM 2  influence those currents would have on a barge.

11:06AM 3  Q.    Indeed, Dr. Daggett actually reached conclusions as to those

11:06AM 4  items, correct?

11:06AM 5  A.    He reached conclusions as to the magnitude of the current.

11:06AM 6  Q.    And he determined -- that's his determination, that there

11:06AM 7  weren't sufficient enough currents to carry the barge, number

11:06AM 8  one, outside of the turning basin, correct?

11:06AM 9  A.    Given the wind conditions, yes.

11:06AM 10  Q.    He came to a conclusion that the currents weren't

11:06AM 11  enough -- there weren't any currents enough to carry the barge

11:06AM 12  into the main channel of the canal, correct?

11:06AM 13  A.    His conclusion was coupled with the fact that there was wind

11:07AM 14  blowing and he opined as to the strength of the currents as well

11:07AM 15  as the strength of the wind.

11:07AM 16  Q.    So the strength of the currents wasn't enough to move the

11:07AM 17  barge out into the canal?

11:07AM 18  A.    Given the wind, yes.  The answer is, yes, his conclusion

11:07AM 19  was --

11:07AM 20        THE COURT:  It would help the Court, this means nothing

11:07AM 21  unless we get temporal, what I mean is until we get time marks as

11:07AM 22  to when these calculations stopped because clearly the barge did

11:07AM 23  leave the terminal.  We all know that.

11:07AM 24                          EXAMINATION

11:07AM 25  BY MR. KHORRAMI:

11:07AM 1   Q.   At any time from 3:00 the morning on August 29, 2005, till

11:07AM 2   10:00 in the morning on August 29, 2005, it was Dr. Daggett's

11:07AM 3   conclusion that the currents would not be enough to carry the

11:07AM 4   barge on their own into the main channel of the canal, correct?

11:08AM 5   A.   No, when you qualify it by saying "on their own," I don't

11:08AM 6   think that was his conclusion.  He concluded that the currents

11:08AM 7   were very, very weak and that the wind forces were so

11:08AM 8   overwhelming that they tended to be insignificant.

11:08AM 9   Q.   That the currents ended up being insignificant during that

11:08AM 10  time period as compared to the force of the wind, correct?

11:08AM 11  A.   That's correct.

11:08AM 12  Q.   And the force of the wind would predominate, correct?

11:08AM 13  A.   That's correct.

11:08AM 14  Q.   And the force of the wind would predominate in terms of

11:08AM 15  getting the barge into the main channel of the canal, correct?

11:08AM 16  A.   That's correct.

11:08AM 17  Q.   And the force of the wind is what would predominate in terms

11:08AM 18  of getting the barge to the floodwall, to the eastern floodwall,

11:08AM 19  correct?

11:08AM 20  A.   That's correct.

11:08AM 21  Q.   And you relied on Dr. Daggett's conclusions in your report,

11:08AM 22  correct?

11:08AM 23       THE COURT:  We have already been over that.  Let's not

11:08AM 24  get into "Well, I did my own calculations."  Please.  Once you

11:08AM 25  got something, keep it.

11:09AM 1          MR. KHORRAMI:  Yes, Your Honor.

11:09AM 2                          EXAMINATION

11:09AM 3     BY MR. KHORRAMI:

11:09AM 4     Q.   And you also commissioned Dr. Daggett to conduct a survey of

11:09AM 5     the floodwall, correct?

11:09AM 6     A.   That's correct.

11:09AM 7     Q.   And you went through the entire floodwall between the two

11:09AM 8     bridges, the North Claiborne Bridge to the Florida Bridge,

11:09AM 9     correct?

11:09AM 10    A.   That's correct.

11:09AM 11    Q.   And you surveyed that wall?

11:09AM 12    A.   Yes, sir.

11:09AM 13    Q.   And you did it with a level, right?

11:09AM 14    A.   Yes, sir.

11:09AM 15    Q.   And you did it by GPS, correct?

11:09AM 16    A.   No, sir.  The GPS was done by Aero-Data Corporation to

11:09AM 17    establish a benchmark for their photogrammetric survey.

11:09AM 18    Q.   Now, you relied in your report on Dr. Daggett's survey,

11:09AM 19    correct?

11:09AM 20    A.   As well as Aero-Data.

11:09AM 21    Q.   The chart that you list in your report is that which

11:09AM 22    Dr. Daggett provided to you, correct?

11:09AM 23    A.   That's correct.

11:09AM 24    Q.   And Dr. Daggett also did calculations to create a model for

11:10AM 25    how the barge would move through the canal and ultimately end up

11:10AM 1   at its resting place inside the Lower Ninth Ward, correct?

11:10AM 2   A.   That's correct.

11:10AM 3   Q.   And you relied on that model, correct?

11:10AM 4   A.   No.  I relied on my own calculations for that.  He provided

11:10AM 5   it in his report, but I didn't have to rely on him.  I did my own

11:10AM 6   calculations.

11:10AM 7   Q.   And your own calculations are listed in your report?

11:10AM 8   A.   Yes, sir.

11:10AM 9   Q.   As to the flow of the barge through -- from the Lafarge

11:10AM 10  terminal down into the south breach, correct?

11:10AM 11  A.   Yes, sir.

11:10AM 12  Q.   We're going to go over Dr. Daggett's report, then.

11:10AM 13          The model that Dr. Daggett came up with, is that any

11:10AM 14  different than the model that you claim that you used?

11:11AM 15  A.   I'm not sure which model you're talking about.

11:11AM 16  Q.   Then we're going to put it up for you.

11:12AM 17          MR. KHORRAMI:  I apologize, Your Honor.  I wasn't

11:12AM 18  expecting to have to go through this much.

11:12AM 19              I'm going to look at Dr. Daggett's report and we're

11:12AM 20  going to come to specific pages.

11:12AM 21              Let's go to B-34, Bob.

11:12AM 22                          EXAMINATION

11:12AM 23  BY MR. KHORRAMI:

11:12AM 24  Q.   Now, so WST, that's the outfit that Dr. Daggett is part of,

11:13AM 25  correct?

11:13AM 1    A.    That's correct.

11:13AM 2    Q.    And WST modelled possible barge movement scenarios to

11:13AM 3    determine the most likely course the barge traveled from the

11:13AM 4    turning basin into the Lower Ninth Ward, correct?

11:13AM 5    A.    That's correct.

11:13AM 6    Q.    And you relied on that model, correct?

11:13AM 7    A.    No, I believe I said we did our own calculations to

11:13AM 8    calculate the track of the vessel.

11:13AM 9    Q.    And I believe that I then asked you is your model any

11:13AM 10   different than that which was built by WST?

11:13AM 11   A.    So he confirmed what we had determined.

11:13AM 12   Q.    Okay.  Isn't it true that you used Dr. Daggett's report in

11:14AM 13   many, many portions of your report to help you come to a

11:14AM 14   conclusion, correct?  That's correct, right?

11:14AM 15   A.    No, sir.

11:14AM 16   Q.    That's not correct?

11:14AM 17   A.    No, sir.

11:14AM 18   Q.    Okay.  Let's put up your deposition.  Page 67, please, Lines

11:14AM 19   10 through 15.

11:14AM 20           This is your testimony, Line 10:  "And so in many, many

11:14AM 21   portions of this report, we have used Dr. Daggett's determination

11:14AM 22   of the water currents to help us come to a conclusion as to when

11:14AM 23   the barge could have crossed and why the barge didn't cross the

11:14AM 24   canal until any time after the failure of the levees."

11:14AM 25           You agree with that statement, right?

11:14AM 1    A.    Yes.  And that was not your question to me a few minutes

11:15AM 2    ago.  Your question was we relied on many portions of the report.

11:15AM 3    Here, the answer I'm giving is saying that I relied on

11:15AM 4    Dr. Daggett in water currents to help us come to a conclusion,

11:15AM 5    and I also testified that we calculated the water currents

11:15AM 6    ourselves.

11:15AM 7          And the other areas where we relied on Dr. Daggett's

11:15AM 8    report was his work on the level surveying of the floodwall which

11:15AM 9    together with, independently, the Aero-Data data, helped me form

11:15AM 10   a conclusion as to the level of the wall.  Those are the areas

11:15AM 11   that I depended upon or relied upon Dr. Daggett.

11:15AM 12   Q.    And Dr. Daggett's report was very useful in you concluding

11:15AM 13   that the barge remained at the LNA, at the Lafarge terminal until

11:16AM 14   after the floodwall had breached, correct?

11:16AM 15   A.    That's correct.

11:16AM 16   Q.    You did not write or coauthor any of Dr. Daggett's report,

11:16AM 17   correct?

11:16AM 18   A.    No, sir.

11:16AM 19   Q.    In coming up with his conclusions inside of his report,

11:16AM 20   Dr. Daggett used computer programs for his calculations that you

11:16AM 21   do not have, correct?

11:16AM 22   A.    That's correct.

11:16AM 23   Q.    That you do not use, correct?

11:16AM 24   A.    That's correct.  Just as we have computer programs that he

11:16AM 25   doesn't have and that he doesn't use.

11:16AM 1    Q.   Dr. Daggett is a civil engineer, correct?

11:16AM 2    A.   That's my understanding, yes, sir.

11:16AM 3    Q.   His work on this case involves civil engineering, correct?

11:16AM 4    A.   That's correct.

11:16AM 5    Q.   You're not a civil engineer, correct?

11:16AM 6    A.   No, sir.

11:16AM 7    Q.   And you can't testify whether the work performed by

11:16AM 8    Dr. Daggett as a civil engineer meets the commonly-used standards

11:17AM 9    of civil engineering, correct?

11:17AM 10   A.   Since I'm not a civil engineer, I think it's inappropriate

11:17AM 11   for me to judge what's appropriate for a civil engineer.

11:17AM 12   Q.   And Dr. Daggett won't be here to testify in trial, correct?

11:17AM 13   A.   That's correct.

11:17AM 14   Q.   And he won't be here to defend his conclusions, correct?

11:17AM 15   A.   That's correct.

11:17AM 16   Q.   And he won't be here to defend his methodology, correct?

11:17AM 17   A.   That's my understanding.

11:17AM 18   Q.   Now, let's put up Page 86 of Dr. Cushing's report.

11:17AM 19        Bob, that will be Page 90 of the document, I believe.

11:17AM 20        You created this diagram, correct?

11:18AM 21   A.   Yes, sir.

11:18AM 22   Q.   And that's the path that you claim the barge took into the

11:18AM 23   south breach, correct?

11:18AM 24   A.   That's correct.

11:18AM 25   Q.   Now, as to Dr. Daggett's model which you relied on and which

11:18AM 1    you tested and found to be accurate, there are certain

11:18AM 2    limitations, correct?

11:18AM 3    A.    I'm not sure what limitations you're talking about.

11:18AM 4    Q.    Okay.  Well, may I have the ELMO, please.

11:18AM 5          The highlighted portion that I'm talking about says,

11:18AM 6    "This simulation model does not accurately compute any resisting

11:18AM 7    forces such as piers, docks, or fendering systems."

11:18AM 8          Do you see that?

11:18AM 9    A.    Yes, sir.

11:18AM 10   Q.    And that's a limitation of Dr. Daggett's model, correct?

11:19AM 11   A.    That's what it says.

11:19AM 12   Q.    "And therefore, during the tests, the barge was free to move

11:19AM 13   in all directions," correct?  That it was basically meant for

11:19AM 14   open water -- for the barge to be in open water with it being

11:19AM 15   unobstructed, correct?

11:19AM 16   A.    It was free to move.

11:19AM 17   Q.    "In reality, the barge could be pushed up against another

11:19AM 18   object," he says, "another barge or floodwall, and move along

11:19AM 19   that object.  However, such motion is not included in this work."

11:19AM 20         So that's a limitation of Dr. Daggett's model, correct?

11:19AM 21   A.    Yes.  What he's saying here is there was no contact with

11:19AM 22   anything else.  There was no contact with piers.  There was no

11:19AM 23   contact with other barges.  It was free to move.

11:19AM 24   Q.    As part of his model, correct?

11:19AM 25   A.    That's correct.

11:19AM 1   Q.   It means that his model doesn't cover the situation where a

11:19AM 2   barge is pressed up against a floodwall, correct?

11:19AM 3   A.   No, sir.  That's not what he's saying here.  He's saying the

11:20AM 4   barge does not come up against other objects such as piers and

11:20AM 5   walls and other barges.

11:20AM 6   Q.   He doesn't take those scenarios into account, correct?

11:20AM 7   A.   That's what his model is saying.

11:20AM 8   Q.   Okay.  Let's go back to the -- if you will blow that up

11:20AM 9   again.

11:20AM 10       So for example, if the barge was actually nestled up

11:20AM 11  here right by the Florida Avenue bridge, Dr. Daggett's model

11:20AM 12  would not take that into account, correct?

11:20AM 13  A.   Well, I don't believe that's what he's saying in his

11:20AM 14  diagram -- sorry, in his conclusions.  He's saying the movement

11:21AM 15  of the barge, if it was nestled.  He doesn't talk about it being

11:21AM 16  nestled.

11:21AM 17  Q.   His model wouldn't be able --

11:21AM 18  A.   In other words --

11:21AM 19       THE COURT:  Wait, wait.  Let's not talk over each other.

11:21AM 20  So we won't spend an eon on this, in the event one wanted to

11:21AM 21  input it into the simulation, is the model capable of determining

11:21AM 22  the resistive force of fixed objects such as piers, floodwalls,

11:21AM 23  et cetera?

11:21AM 24       THE WITNESS:  I don't believe so.

11:21AM 25       THE COURT:  Thank you.

11:21AM 1                          EXAMINATION

11:21AM 2    BY MR. KHORRAMI:

11:21AM 3    Q.   So in the situation where the barge would be up here nestled

11:21AM 4    by the Florida Avenue bridge, if that were the case, and I'm

11:21AM 5    going to ask you to assume that, then Dr. Daggett's model would

11:21AM 6    not be able to figure out where it would end up, correct?

11:21AM 7    A.   Well, his model is a model of a freely-floating barge.  If

11:21AM 8    it's nestled against a wall, it won't have friction against the

11:21AM 9    wall.  If it moves away from the wall, then it's not touching the

11:22AM 10   wall.

11:22AM 11   Q.   Therefore, it can't predict it, correct?

11:22AM 12   A.   No.  It says it's moving against the wall.  In other words,

11:22AM 13   if it has friction against the wall or a wharf or a pier or

11:22AM 14   another barge, it can predict what that friction force is and how

11:22AM 15   it retards the motion of the barge.  But if it's freely floating

11:22AM 16   away from other objects, then it predicts the track of the barge.

11:22AM 17   Q.   And if it's grounded, if it's nestled against an object, the

11:22AM 18   barge would act differently than if it was flowing over free

11:22AM 19   water, correct?

11:22AM 20   A.   That's what it says, according to his model.

11:22AM 21   Q.   Do you agree with that conclusion?

11:22AM 22   A.   Well, he's describing his own model.  I haven't used that

11:22AM 23   model.  We don't have that program.  But he describes the model

11:22AM 24   and I believe he's describing it honestly and correctly.

11:22AM 25   Q.   Your testimony before this Court is that you didn't use that

11:23AM 1    model, correct?

11:23AM 2    A.   That's correct.  We did our own calculations and we made our

11:23AM 3    own assumptions and we used our own data.

11:23AM 4    Q.   You claim that the barge could not have broken away at any

11:23AM 5    time earlier than 9 o'clock in the morning, correct?

11:23AM 6    A.   Right.  You used the words "broken away."  I don't believe

11:23AM 7    it could have escaped into the canal before 9 o'clock.

11:23AM 8    Q.   And it really couldn't have been much later than 9 o'clock

11:23AM 9    either, sir, correct?

11:23AM 10   A.   It would be sometime after 9 o'clock.

11:23AM 11   Q.   It would be very close to 9 o'clock, wouldn't it?

11:23AM 12   A.   Not necessarily.

11:23AM 13   Q.   Okay.  Well, let's look at your diagram on Page 80, please,

11:23AM 14   of his report, which is Page 84 of the document.

11:24AM 15        Now, that's a diagram you created, correct?

11:24AM 16   A.   Yes.  I'm sorry, you cut off the caption underneath it.

11:24AM 17   Could I see that caption, please.

11:24AM 18   Q.   Of course.

11:24AM 19   A.   The caption underneath the photograph.

11:24AM 20   Q.   Go down.

11:24AM 21   A.   Thank you.

11:24AM 22   Q.   This is part of your report, correct?

11:24AM 23   A.   That's correct.

11:24AM 24   Q.   And that's a diagram you created, correct?

11:24AM 25   A.   That's correct.

11:24AM 1  Q.   And those are wind vectors that are indicated on that

11:24AM 2  diagram, correct?

11:24AM 3  A.   That's correct.

11:24AM 4  Q.   Those wind vectors are wind vectors that you received from

11:24AM 5  Dr. Dooley?

11:24AM 6  A.   From data from Dr. Dooley.

11:24AM 7  Q.   From data from Dr. Dooley, correct?

11:24AM 8  A.   That's correct.

11:24AM 9  Q.   At 9 o'clock, there is a wind vector; is that correct?

11:25AM 10  A.   That's correct.

11:25AM 11  Q.   At 10 o'clock, there is a wind vector there, correct?

11:25AM 12  A.   Yes, sir.

11:25AM 13  Q.   And the wind gradually changed from 9 o'clock to 10 o'clock

11:25AM 14  from a generally northwesterly direction to a generally westerly

11:25AM 15  direction, correct?

11:25AM 16  A.   Generally, yes.

11:25AM 17  Q.   And it did that in a gradual manner, correct?

11:25AM 18  A.   In a gradual manner, yes, sir.

11:25AM 19  Q.   Fairly evenly as time went on, correct?

11:25AM 20  A.   I think the change was linear between those two times.

11:25AM 21  Q.   So you agree with me that the barge did not move away from

11:25AM 22  where it was originally moored at 10 o'clock, correct?  That

11:25AM 23  would be too late?

11:25AM 24  A.   I believe that would be.

11:25AM 25  Q.   And 9:30 would be too late, wouldn't it?

11:25AM 1    A.    Not necessarily.

11:25AM 2    Q.    Okay.  Let's put up some vectors on there.

11:26AM 3          So would you agree with me that that's about where the

11:26AM 4    wind would be at about 9:30?  In fact, I'm probably being

11:26AM 5    conservative in that example, correct?

11:26AM 6    A.    Approximately.

11:26AM 7    Q.    Okay.  In fact, if you go by Dr. Dooley's information, the

11:27AM 8    wind was even more westerly at 9:30, right?

11:27AM 9    A.    Only slightly.  It would have been approximately 310 degrees

11:27AM 10   rather than 330.

11:27AM 11   Q.    Right.  What I'm saying is, I've placed the mark on there at

11:27AM 12   where I say 9:30 the wind would have been.

11:27AM 13   A.    Approximately, yes.

11:27AM 14   Q.    And in fact, when you look at Dr. Dooley's information, it

11:27AM 15   is actually -- it was actually more westerly than what I have it

11:27AM 16   here, correct?

11:27AM 17   A.    Slightly.

11:27AM 18   Q.    Now, if the barge had broken away at 9:30, it would have

11:27AM 19   ended up somewhere on the eastern wall well north of the south

11:27AM 20   breach, correct?

11:27AM 21   A.    I wouldn't say well south, no.

11:27AM 22   Q.    I said well north.

11:27AM 23   A.    Well north, rather.

11:27AM 24   Q.    It would have been north of the south breach, correct?

11:28AM 25   A.    That's correct.

11:28AM 1   Q.   You agree with me?

11:28AM 2   A.   No, sorry.  It would have been south of the north end of the

11:28AM 3   south breach.

11:28AM 4   Q.   It would have ended up south of the north end of the south

11:28AM 5   breach?

11:28AM 6   A.   At what time?

11:28AM 7   Q.   At 9:30.  I've drawn a vector on there.

11:28AM 8           THE COURT:  This is like Abbott and Costello.

11:28AM 9           MR. KHORRAMI:  I agree, Your Honor.

11:28AM 10          THE COURT:  "Who's on First"?  I'm not commenting on

11:28AM 11  either the interrogator or the answer.  It's just when we get

11:28AM 12  into this many directions, it gets a little confounding.

11:28AM 13              I think you've asked the witness, isn't it true

11:28AM 14  that if he assumes a wind direction as you have there, which I

11:28AM 15  think is 310 degrees, that the barge, based on his opinion, would

11:29AM 16  not be at any part of the south breach but yet would be somewhat

11:29AM 17  north of the south breach at 9:30.  I think that's the question.

11:29AM 18          MR. KHORRAMI:  That's fair enough, Your Honor.  Thank

11:29AM 19  you.

11:29AM 20          THE COURT:  And whatever your answer is, it is.

11:29AM 21          THE WITNESS:  Yes.  My answer is that at 9:30, I don't

11:29AM 22  believe that the barge would have been north of the north end of

11:29AM 23  the south breach.

11:29AM 24          THE COURT:  Even with that, he's using that as a

11:29AM 25  hypothetical.

11:29AM 1            THE WITNESS:  Yes, sir.

11:29AM 2            THE COURT:  Considering the hypothet --

11:29AM 3            THE WITNESS:  Even so.

11:29AM 4            THE COURT:  Even so.  Got you.

11:29AM 5                          EXAMINATION

11:29AM 6   BY MR. KHORRAMI:

11:29AM 7   Q.   And then at 9:15, you would agree with me that it would be

11:30AM 8   right at the north end of the south breach, correct?

11:30AM 9   A.   No, sir.  If my opinion, as I just said, that at 9:30 it

11:30AM 10  still would have been south of the north end of the south breach,

11:30AM 11  at 9:15 with the wind blowing more from the north, it would have

11:30AM 12  been even further south of the north end of the south breach.

11:30AM 13  Q.   I'm going to put up a vector for you and I'm going to --

11:30AM 14  Your Honor, we're marking this one as Plaintiff's Exhibit 455.

11:30AM 15  And the next one that's going to have two vectors on it, we're

11:30AM 16  going to mark as 456.

11:30AM 17           THE DEPUTY CLERK:  You skipped Number 454.

11:30AM 18           MR. KHORRAMI:  I thought we marked that with the

11:31AM 19  recording that I submitted.  It was an interview by Mr. Lemon.

11:31AM 20           THE DEPUTY CLERK:  It was 453.

11:31AM 21           MR. KHORRAMI:  We'll mark 454 in a second because I have

11:31AM 22  a few on this one that I have in order.  I can put this as 454.

11:31AM 23  That's fine.  Is that better?  So we'll consider this one 454.

11:31AM 24           (WHEREUPON, at this point in the proceeding, Exhibit 454

11:31AM 25  was entered into evidence.)

11:31AM 1                           EXAMINATION

11:31AM 2   BY MR. KHORRAMI:

11:31AM 3   Q.   So you would agree with me in terms of where the location of

11:31AM 4   the wind was at 9:15 as the second line now I've placed on that

11:31AM 5   diagram, correct?

11:31AM 6             MR. ALDOCK:  I object, Your Honor.  I think he's got to

11:31AM 7   do this as a hypothetical.  If he's going to draw a perfectly

11:31AM 8   straight line as if the wind is perfectly straight, it's a

11:31AM 9   hypothetical and there is no --

11:31AM 10            MR. KHORRAMI:  Up to now, it's been completely constant,

11:31AM 11  Your Honor.  I'm surprised that the defense now is saying that

11:31AM 12  the winds don't have curves, but we'll go with that.

11:31AM 13            THE COURT:  I'm assuming these are -- because we're

11:32AM 14  assuming times where we don't have -- it's your vector, so I'm

11:32AM 15  considering it in light of all the information given, and if you

11:32AM 16  object to it being hypothetical, we can debate it or you can pose

11:32AM 17  it as a hypothetical and the Court can ascertain how realistic it

11:32AM 18  really is at the appropriate time.  But your questioning, we're

11:32AM 19  now at 9:15, correct?

11:32AM 20            MR. KHORRAMI:  Right.

11:32AM 21            THE COURT:  And we're assuming a vector of?

11:32AM 22            MR. KHORRAMI:  I'm just placing it on the actual

11:32AM 23  diagram.

11:32AM 24                           EXAMINATION

11:32AM 25  BY MR. KHORRAMI:

11:32AM 1    Q.   Would you agree with me as to the location where I've placed

11:32AM 2    the wind -- where the wind is coming from, essentially?  Is that

11:32AM 3    fair?

11:32AM 4    A.   I agree that if you draw a vector through the barge from the

11:32AM 5    northwest through the barge, that it strikes the east side of the

11:32AM 6    canal at the north end of the south breach.

11:32AM 7    Q.   Now, my question was whether that's correct in terms of the

11:33AM 8    direction of the wind, not the direction of the barge.  The

11:33AM 9    direction of the wind.

11:33AM 10            THE COURT:  Which way are we talking about?

11:33AM 11            MR. KHORRAMI:  The second line we've added.  There is a

11:33AM 12   red line down below.  That's the one we said would be the 9:30

11:33AM 13   wind and that would be the 9:15 wind direction.  Fair enough?

11:33AM 14   A.   That's the direction of the wind, yes.

11:33AM 15   Q.   Okay.  And in that situation, where do you believe the barge

11:33AM 16   would end up at 9:15 if it took off?

11:33AM 17   A.   Further south of the south breach.

11:33AM 18   Q.   Place it right there in the south breach where you think it

11:33AM 19   would end up.

11:33AM 20   A.   I can't say precisely because I'm not doing calculations

11:33AM 21   here.

11:33AM 22   Q.   Well, we'll get to that.

11:33AM 23   A.   But it would have been further down here.

11:33AM 24   Q.   It would have been at the south point of the south breach is

11:33AM 25   your contention?

| | | |
|---|---|---|
| 11:33AM | 1 | A.   No.   I'm saying, it would have been somewhere in the |
| 11:33AM | 2 | vicinity towards the south end of the south breach. |
| 11:34AM | 3 | Q.   Okay. |
| 11:34AM | 4 | A.   In the general vicinity. |
| 11:34AM | 5 | Q.   Okay.  Now, at those times, 9:15 and 9 o'clock, you know |
| 11:34AM | 6 | what the wind speed was, correct? |
| 11:34AM | 7 | A.   I don't have it in front of me here. |
| 11:34AM | 8 | Q.   Dr. Dooley's data would contain it, correct? |
| 11:34AM | 9 | A.   Yes, sir. |
| 11:34AM | 10 | Q.   And if we consult Dr. Dooley's data, and I'll represent to |
| 11:34AM | 11 | you at 9 o'clock it was 56.48 knots, do you have any reason to |
| 11:34AM | 12 | dispute that?  If you want to look at Dr. Dooley's report, that's |
| 11:34AM | 13 | fine we me. |
| 11:36AM | 14 | A.   I don't have Dr. Dooley's report.  If you want to show me |
| 11:36AM | 15 | his table. |
| 11:36AM | 16 |         This is not the table that I'm familiar with.  It |
| 11:36AM | 17 | doesn't have headings.  I believe Dr. Dooley's wind table has |
| 11:36AM | 18 | headings for the A, B, C, D and E locations at the grids. |
| 11:36AM | 19 | Q.   Is that fair enough?  That's Page 30 of Dr. Dooley's report, |
| 11:36AM | 20 | correct? |
| 11:36AM | 21 | A.   I don't remember the page number, no. |
| 11:36AM | 22 |         THE COURT:  It says Page 30 on the bottom, and the Court |
| 11:36AM | 23 | is looking at it.  It's Dr. Dooley's report on wind direction. |
| 11:36AM | 24 | Let's not waste too much time on this.  Let's get to it. |
| 11:37AM | 25 |                         EXAMINATION |

11:37AM 1    BY MR. KHORRAMI:

11:37AM 2    Q.   Those are the headings, correct?  And the second column says

11:37AM 3    that's the interpolated hindcast 30-minute marine wind at the

11:37AM 4    IHNC, fair enough?

11:37AM 5    A.   That's what it says.

11:37AM 6    Q.   I'm going to take you to the next page.

11:37AM 7          And looking at the second column, at 9 o'clock it's

11:37AM 8    56.48 knots, correct?

11:37AM 9    A.   Right.  Could you go back one page, please.

11:37AM 10   Q.   Of course.

11:37AM 11   A.   Okay.  Next page.  At 10:15, is that what you're asking?

11:37AM 12   Q.   At 9 o'clock.

11:37AM 13   A.   9 o'clock, it says 64 miles an hour.

11:37AM 14   Q.   64 miles an hour.  It says 56.48 knots, correct?

11:37AM 15   A.   That's what it says, yes.

11:37AM 16   Q.   And at 9:15, it says 55.80 knots, correct?

11:38AM 17   A.   Yes, 64.17 miles an hour.

11:38AM 18   Q.   I asked you in knots, sir.  It says 55.80 knots, correct?

11:38AM 19   A.   That's what the table says, yes, sir.

11:38AM 20   Q.   And that's what you believe the wind speed was at that time,

11:38AM 21   correct?

11:38AM 22   A.   I think that's a reasonable representation of the wind

11:38AM 23   speed, yes.

11:38AM 24   Q.   And the wind was the predominant force acting on the barge,

11:38AM 25   correct?

11:38AM  1   A.   Yes, sir.

11:38AM  2   Q.   And the wind is what gave it direction, correct?

11:38AM  3   A.   That's correct.  But I would say also that at 9 o'clock,

11:38AM  4   9:15 and 9:30, as you said, the north and south breaches had

11:38AM  5   already formed.  And in doing so, they were then a contributing

11:38AM  6   current to the currents of the canal, which prior to the breaches

11:39AM  7   were insignificant, but once the breaches had formed, they were

11:39AM  8   then adding to the track of the vessel.

11:39AM  9   Q.   And at the south breach, itself, right at the south breach,

11:39AM 10   the currents were west to east, correct?

11:39AM 11   A.   That's correct.  Well, at the floodwall, itself, yes.

11:39AM 12   Q.   At the breach, there were west speeds, correct?

11:39AM 13   A.   Yes.  But in the canal, it would have been more north to

11:39AM 14   south.

11:39AM 15   Q.   Not the question I asked.  I asked about the breach, itself.

11:39AM 16   A.   Yes.  At the breach.

11:39AM 17   Q.   At the breach it's west to east?

11:39AM 18   A.   At the floodwall.  Fallen floodwall, yes.

11:39AM 19   Q.   Now, you also claimed that the draft of the barge was one

11:40AM 20   foot, four-and-a-half inches, correct?

11:40AM 21   A.   That's correct.

11:40AM 22   Q.   For that, you rely on the data from the Ingram Barge

11:40AM 23   register, correct?

11:40AM 24   A.   That's correct.

11:40AM 25   Q.   You didn't actually --

11:40AM 1   A.   It could have been about 3.9 inches deeper if one of the

11:40AM 2   compartments had been flooded.

11:40AM 3   Q.   You didn't actually look inside the barge for any fluids,

11:40AM 4   correct?

11:40AM 5   A.   No, I took manhole covers off and looked down, but they

11:40AM 6   weren't gasfree, the tanks, and it's not safe to go into a

11:40AM 7   nongasfree tank.

11:40AM 8   Q.   You didn't take measurements on the corrosion marks on the

11:40AM 9   barge, correct?

11:40AM 10  A.   I observed the corrosion marks.

11:40AM 11  Q.   But you didn't take measurements?

11:40AM 12  A.   Yeah, it was not necessary to.

11:40AM 13  Q.   So as to this barge, at the time of the breach, you did not

11:40AM 14  investigate specifically whether it was carrying water?

11:41AM 15  A.   No, I didn't.  I just told you that I took the manhole

11:41AM 16  covers off, and from the deck, using a flashlight, observed

11:41AM 17  whether the tanks were dry or had water.

11:41AM 18  Q.   And do you know of Mr. Murph's testimony where he testified

11:41AM 19  that he looked in there and there was gray matter in there?

11:41AM 20  A.   I'm sorry.  Who?

11:41AM 21  Q.   Mr. Murph's testimony.

11:41AM 22  A.   I don't recall that.

11:41AM 23  Q.   Regardless for what you contend the barge's draft was, you

11:41AM 24  took what was from the register.  That's what you reported,

11:41AM 25  correct?

11:41AM 1    A.   The light ship draft of the barge from the construction

11:41AM 2    information was that it was one foot, four-and-a-half inches, and

11:42AM 3    I'm telling you that one of the compartments may have been

11:42AM 4    flooded to the level of the waterline, and if it had been, it

11:42AM 5    would have added 3.9 more inches to the draft.

11:42AM 6    Q.   And the residual product in the barge would have added more

11:42AM 7    of the draft, correct?

11:42AM 8    A.   You mean, if there was cement still in the barge?

11:42AM 9    Q.   If there was residual anything.

11:42AM 10   A.   I saw no evidence that there was cement in the barge.

11:42AM 11   Q.   I asked you if there had been, that would have added more of

11:42AM 12   a draft, correct?

11:42AM 13   A.   To the extent that there was more product down there, yes.

11:42AM 14   Q.   Now, when the barge arrived, according to you, at the south

11:43AM 15   breach, the wind was pushing it in a north -- in a southeasterly

11:43AM 16   direction, correct?

11:43AM 17   A.   Generally, yes.

11:43AM 18   Q.   And two-thirds of it went into the protected side, correct?

11:43AM 19   A.   Yes, sir.

11:43AM 20   Q.   And it moved broadside with the bow pointing a bit north

11:43AM 21   right over the breach, correct?

11:43AM 22   A.   Well, that was actually what we call the "stern," but it was

11:43AM 23   the leading edge going into the Lower Ninth Ward was pointed

11:43AM 24   again (indicating).

11:43AM 25   Q.   And it shaved off six inches of one panel, correct?

11:43AM  1    A.    Yes, sir.

11:43AM  2    Q.    And it caused that panel to be pushed back more, correct?

11:43AM  3    A.    The panel was already leaning, and it just shaved off the

11:43AM  4    top of the cap.

11:43AM  5    Q.    And it caused it to be more inclined, correct?

11:44AM  6    A.    Possibly, yes.

11:44AM  7    Q.    And then it went into another panel and shattered the cap,

11:44AM  8    correct?

11:44AM  9    A.    Yes, sir.

11:44AM 10    Q.    I'm going to put up your own picture on this.

11:44AM 11            Bob, if you could pull out Page 116 of Dr. Cushing's

11:44AM 12    report.

11:45AM 13            Now, that's the orientation, this is from your report.

11:45AM 14            THE CLERK:  What page?

11:45AM 15            THE COURT:  What's the page number on that?  For the

11:46AM 16    record, Figures 62 and 63 of Dr. Cushing's report.

11:46AM 17            MR. KHORRAMI:  And it's Page 94 of Dr. Cushing's report.

11:46AM 18                            EXAMINATION

11:46AM 19    BY MR. KHORRAMI:

11:46AM 20    Q.    Those are the two figures that you've provided for the

11:46AM 21    Court.  Is that fair?

11:46AM 22    A.    Yes, sir.

11:46AM 23    Q.    And that shows how the barge went broadside against the

11:46AM 24    south part of the south breach, correct?

11:46AM 25    A.    Yes, sir.

11:46AM  1   Q.   Okay.  Now, yet all of the scratches on the barge were

11:46AM  2   longitudinal, correct?

11:46AM  3   A.   That's correct.

11:46AM  4   Q.   There were no lateral scratches at all, right?

11:46AM  5   A.   No, sir.

11:46AM  6   Q.   So when the barge went over the rebar as it was coming

11:46AM  7   broadside over the rebar, there were no lateral scratches that

11:46AM  8   the rebar made on the barge, correct?

11:46AM  9   A.   That's correct.

11:46AM 10   Q.   And there were no lateral scratches that the concrete that

11:46AM 11   was breaking made on the barge, correct?

11:46AM 12   A.   There was no evidence of that, no.

11:46AM 13   Q.   Now, also, you claim that overtopping was a factor in this

11:47AM 14   particular breach, correct?

11:47AM 15   A.   Yes, sir.

11:47AM 16   Q.   And overtopping started at some point before the breach,

11:47AM 17   correct?

11:47AM 18   A.   Yes, sir.

11:47AM 19   Q.   As the level of the storm surge arose, there was

11:47AM 20   overtopping, correct?

11:47AM 21   A.   That's correct.

11:47AM 22   Q.   At the north breach, at the time of the north breach, there

11:47AM 23   was no overtopping, correct?

11:47AM 24   A.   There was testimony that there was splashing of waves over

11:47AM 25   the top, not overtopping.

11:47AM 1   Q.   No overtopping.  And overtopping is different from splashing

11:47AM 2   of the waves over the top, correct?

11:47AM 3   A.   Yes, sir.

11:47AM 4   Q.   And you would agree with me that your estimate of when the

11:47AM 5   north breach occurred is sometime between 4:00 in the morning and

11:47AM 6   6:00 in the morning, correct?

11:47AM 7   A.   No, sir.  That's not my estimate.  I think I testified that

11:47AM 8   I've read that the opinions of others extend from 4:30 till 6:00.

11:47AM 9   Q.   And you have no dispute with it being at 6:00 a.m., do you?

11:48AM 10  A.   I don't know the exact time.

11:48AM 11  Q.   So if it were at 6:00 a.m., that wouldn't be something that

11:48AM 12  you would disagree with?

11:48AM 13  A.   It would be the opinions of others that I've seen, but I

11:48AM 14  haven't seen --

11:48AM 15  Q.   But you'd have no reason to disagree with that?

11:48AM 16       MR. ALDOCK:  Your Honor, he's talking over the witness.

11:48AM 17       THE COURT:  He is.  In other words, have you formed an

11:48AM 18  opinion as to when the south breach occurred?

11:48AM 19       MR. GILBERT:  North breach, Your Honor.

11:48AM 20       THE COURT:  North breach, I apologize.  The north

11:48AM 21  breach.

11:48AM 22       THE WITNESS:  Only to the extent that other people have

11:48AM 23  testified that it was between 4:30 and 6:00.  And it seems to be

11:48AM 24  a reasonable range.

11:48AM 25                          EXAMINATION

11:48AM 1   BY MR. KHORRAMI:

11:48AM 2   Q.   So overtopping occurred sometime after the north breach?

11:48AM 3   A.   Yes, sir.  I believe so.

11:48AM 4   Q.   And IPET and ILIT agreed that the south breach occurred

11:48AM 5   sometime around 7:30, correct?

11:48AM 6   A.   That's my recollection.

11:48AM 7   Q.   Your opinion as to when the south breach occurred is at 7:30

11:49AM 8   or before 7:30, correct?

11:49AM 9   A.   Yes, sir.

11:49AM 10  Q.   Now, let's go over --

11:49AM 11       THE COURT:  At what point did you determine that

11:49AM 12  overtopping commenced at the south breach, in the location of the

11:49AM 13  south breach?  What time?

11:49AM 14       THE WITNESS:  Before 7:30, but I didn't form an opinion

11:49AM 15  as to the precise time.

11:49AM 16                      EXAMINATION

11:49AM 17  BY MR. KHORRAMI:

11:49AM 18  Q.   You have a hydrograph that you referred to inside of your

11:49AM 19  report, correct?

11:49AM 20  A.   Yes, sir.

11:49AM 21  Q.   And that's a hydrograph that was prepared by Dr. Daggett?

11:49AM 22  A.   Yes, sir.

11:49AM 23  Q.   And you rely on that hydrograph as the level of the water?

11:50AM 24       MR. ALDOCK:  Could we have a page or exhibit number?

11:50AM 25       THE COURT:  Yes, please.

11:50AM  1              MR. KHORRAMI:  It's within his report.  I believe it's

11:50AM  2     Page 47 of his report.

11:50AM  3                              EXAMINATION

11:50AM  4     BY MR. KHORRAMI:

11:50AM  5     Q.    That's inside of your report, correct?

11:50AM  6     A.    That's correct.

11:50AM  7     Q.    If you could blow up the hydrograph, please.

11:50AM  8              At 6 o'clock, you would agree with me that the level of

11:50AM  9     the water was just over 11 feet inside the canal, correct,

11:50AM 10     NAVD88?

11:51AM 11     A.    Over 11 feet.  Yes.

11:51AM 12     Q.    Just over, correct?

11:51AM 13     A.    Just over.

11:51AM 14     Q.    And at 7 o'clock, you would agree with me that the water

11:51AM 15     level was just over 12 feet NAVD88, correct?

11:51AM 16     A.    At 7 o'clock, it would be over 11 feet.  Sorry, it would be

11:51AM 17     over 12 feet.

11:51AM 18     Q.    Just over 12 feet?

11:51AM 19     A.    Yes, sir.

11:51AM 20     Q.    Would you agree with me that it would be about 12.2 feet?

11:51AM 21     A.    That's an approximate number.

11:52AM 22     Q.    And as of 6 o'clock, would you agree with me that it would

11:52AM 23     be 11.2 feet?

11:52AM 24     A.    Approximately.  And these would be the heights of the water

11:52AM 25     at the lockmaster's canal gauge.

2178

11:52AM  1    Q.    And would you agree with me that at 9 o'clock is where the

11:52AM  2    storm surge reached its maximum?

11:52AM  3    A.    At the lock gauge, it shows a maximum at 10 o'clock.

11:52AM  4    Q.    Would you agree with me that that's when the storm surge was

11:52AM  5    at its maximum?

11:52AM  6    A.    At the lock gauge, yes.

11:52AM  7    Q.    And then at 7:30 a.m., would you agree with me that the

11:53AM  8    water height was at 12.6 NAVD88?  I can put a diagram in front of

11:53AM  9    you where I have vectors, but I don't know if you want to look at

11:53AM 10    those.

11:53AM 11    A.    You're asking me at 7:30?

11:53AM 12    Q.    At 7:30.

11:53AM 13    A.    The question is?

11:53AM 14    Q.    Would you agree with me that the water level in the canal

11:53AM 15    was 12.6 feet.

11:54AM 16    A.    And the time again?  7:30?

11:54AM 17    Q.    7:30.

11:54AM 18    A.    Approximately -- no.  I'm having trouble following the lines

11:54AM 19    without touching the screen.

11:54AM 20    Q.    If you want, I have one that I've prepared that has lines

11:54AM 21    drawn in it at those times.  If it would be helpful to you, I

11:54AM 22    would be happy to put that up.

11:54AM 23    A.    The question again, please.

11:54AM 24    Q.    Would you agree with me that at 7:30, the height of the

11:54AM 25    water in the canal was 12.6 NAVD88?

11:55AM  1   A.    It appears to be higher in this.   It appears to be higher.

11:55AM  2   Q.    What does it appear to be?

11:55AM  3   A.    It appears to be --

11:55AM  4   Q.    It's definitely not 13, correct?

11:55AM  5   A.    7:30 appears to be 13.

11:55AM  6   Q.    You see 7:30 being at 13?

11:55AM  7   A.    I see 7:30 being --

11:55AM  8            THE COURT:  It's not that easy to read.

11:55AM  9            MR. KHORRAMI:  It's not, Your Honor.

11:55AM 10            THE WITNESS:  -- there, and if you go up halfway between

11:55AM 11   those two lines, you come to there, which is 13 feet.

11:55AM 12                          EXAMINATION

11:55AM 13   BY MR. KHORRAMI:

11:55AM 14   Q.    Okay.  But at 7 o'clock, you agree with me it was 12.2.

11:55AM 15   Fair?

11:56AM 16   A.    I thought the question was 7:30.

11:56AM 17   Q.    I understand.  7 o'clock?

11:56AM 18   A.    At 7 o'clock?

11:56AM 19   Q.    Yeah.

11:56AM 20   A.    There, it would be 12.2, I think was what you asked me

11:56AM 21   before.

11:56AM 22   Q.    Right.  Exactly.  That was exactly what you agreed.

11:56AM 23   A.    Yes.

11:56AM 24   Q.    Fair.  Can we put up the survey?  Can you blow up the

11:56AM 25   survey, please.  It's Page B-18 of your report, which is

11:56AM  1    Appendix B, Dr. Daggett's report.

11:56AM  2           Those are the results of the survey of the wall height,

11:56AM  3    correct?

11:56AM  4    A.   Yes, sir.

11:56AM  5           THE COURT:  This would be B-18, correct?

11:56AM  6           MR. KHORRAMI:  Yes, Your Honor.

11:56AM  7           THE COURT:  We've got it.

11:56AM  8                         EXAMINATION

11:56AM  9    BY MR. KHORRAMI:

11:56AM 10    Q.   And the blue lines on this are what Dr. Daggett did in terms

11:56AM 11    of his survey, correct?

11:56AM 12    A.   That's correct.

11:56AM 13    Q.   And the lowest wall height you see on this survey is about a

11:57AM 14    little bit over 12.8 feet, correct?

11:57AM 15    A.   That's correct.

11:57AM 16    Q.   And the water at 7 o'clock was below that height, correct?

11:57AM 17    A.   The water at 7 o'clock, according to the lockmaster at that

11:57AM 18    end of the canal would have been, I think we said 12.2.

11:57AM 19    Q.   Correct.  So there wouldn't have been any overtopping at

11:57AM 20    that time?

11:57AM 21    A.   No, sir.  You see, there is 800 feet of missing data here,

11:57AM 22    and I think I testified that the wall would have overtopped at

11:57AM 23    the lowest point, so the lowest point, the most subsided point

11:57AM 24    would have been in way of the breach, not -- I think my pointer

11:58AM 25    has run out of juice here -- would have been at the most subsided

11:58AM 1  point.  So it could have and is likely to have been lower than

11:58AM 2  these values here in way of the breach, and in fact, it's IPET's

11:58AM 3  opinion that it was some 11 -- approximately 11 feet high.

11:58AM 4  Q.   As to the rest of the walls that are in the survey versus

11:58AM 5  the portion that's not in the survey, okay, as the walls that are

11:58AM 6  standing, there wouldn't have been any overtopping until after

11:58AM 7  7 o'clock, correct?

11:58AM 8  A.   It depends upon the wave conditions in the canal.

11:58AM 9  Q.   No, sir, you testified that the wave conditions would not

11:58AM 10 equate to overtopping.

11:58AM 11 A.   No, sir, that's not what I said.  I said splashing wouldn't.

11:59AM 12 But if the waves were one to three feet high, then the water

11:59AM 13 levels would have been flowing over at the peak of the waves.  It

11:59AM 14 wouldn't just have been splashing.  It would have been

11:59AM 15 significant amounts of water.

11:59AM 16 Q.   So your testimony now is that the splashing from those waves

11:59AM 17 would have been -- is different from the splashing that you

11:59AM 18 referenced before.  Fair enough?

11:59AM 19 A.   No.  You keep characterizing my testimony as "splashing" in

11:59AM 20 this litigation and it's not splashing.

11:59AM 21 Q.   And you're not a hydrologist, correct?

11:59AM 22 A.   I'm a --

11:59AM 23 Q.   And if a hydrologist testified --

11:59AM 24      THE COURT:  Wait, wait.  Don't step on each other.  Let

11:59AM 25 him finish his answer.

11:59AM 1                Now, what was your answer?

11:59AM 2         THE WITNESS:  Your Honor, I was saying, I'm a

11:59AM 3 hydrodynamicist and waves are a fundamental part of my education,

11:59AM 4 training and experience.

11:59AM 5                    EXAMINATION

11:59AM 6 BY MR. KHORRAMI:

11:59AM 7 Q.   If a hydrologist testified that the wave splashing would not

11:59AM 8 cause scouring, then you would not be able to dispute that,

11:59AM 9 correct?

12:00PM 10 A.   No, sir.  I could -- well, I could dispute it.

12:00PM 11 Q.   Okay.  I'm sure you will, whatever it is.

12:00PM 12        Now, you would also agree with me that as to the

12:00PM 13 overtopping that we're talking about, and that's the portion of

12:00PM 14 the wall that is standing, that the overtopping took place until

12:00PM 15 at least 9 o'clock a.m.  Fair enough?

12:00PM 16 A.   No, sir.  We don't know how high the wall was in the failed

12:00PM 17 portion, and it's likely that the wall would have been lower,

12:00PM 18 much lower at the location where the wall actually failed.

12:00PM 19 That's where the overtopping would have occurred first, but we

12:00PM 20 don't know how high the wall was when it was, in my opinion,

12:00PM 21 lower than the other readings you have along the wall.

12:00PM 22 Q.   Sir, I was asking you about the overtopping, when it would

12:01PM 23 actually stop overtopping.  It would be sometime after 9:00 a.m.

12:01PM 24 It would be sometime after the storm surge went down?

12:01PM 25        THE COURT:  Assuming there is a wall there, I assume.

12:01PM 1        MR. KHORRAMI:  I'm talking about the portions that are

12:01PM 2  standing.

12:01PM 3        THE COURT:  Assuming an extant wall at -- I don't know,

12:01PM 4  I'm not sure precisely if you're talking about the average height

12:01PM 5  or --

12:01PM 6        MR. KHORRAMI:  I'm sorry, Your Honor.  I apologize.

12:01PM 7        THE COURT:  I'm not sure how fine your question has to

12:01PM 8  be, but assuming the wall to be 12 feet or 13 feet or whatever,

12:01PM 9  when would the overtopping stop?

12:01PM 10        THE WITNESS:  The overtopping would stop when the water

12:01PM 11  level in the canal was lower -- below the height of the wall.

12:01PM 12  And the water level in the canal rose to a level of 14 feet.

12:02PM 13                          EXAMINATION

12:02PM 14  BY MR. KHORRAMI:

12:02PM 15  Q.   Correct.  And that happened at 9 o'clock, correct?

12:02PM 16  A.   That's correct.

12:02PM 17  Q.   And so at least until 9 o'clock, there is overtopping,

12:02PM 18  correct?

12:02PM 19  A.   There is overtopping.  I believe there would be.

12:02PM 20  Q.   At least until 9 o'clock, correct?

12:02PM 21  A.   Yes, sir.

12:02PM 22  Q.   And as of 7 o'clock at most, there is waves splashing over

12:02PM 23  the wall, correct?

12:02PM 24  A.   That's correct.

12:02PM 25  Q.   So the majority of overtopping occurs sometime after

12:02PM 1   7 o'clock, correct?

12:02PM 2   A.   And if you could remind me again what time -- the height of

12:02PM 3   the water, if I could refer to the hydrograph at 7 o'clock.

12:02PM 4   Q.   Sure.  It's Page 47 of your report.

12:03PM 5   A.   The question again, sir?

12:03PM 6   Q.   The majority of the overtopping occurred after 7 o'clock in

12:03PM 7   the a.m., correct?

12:03PM 8   A.   Yes, sir.

12:03PM 9   Q.   Now, you put up a picture of the south breach and you

12:03PM 10  mentioned scour trenches at the actual breach site, which would

12:03PM 11  be in this diagram right over here in this 800-foot portion,

12:03PM 12  correct?

12:03PM 13  A.   Yes, sir.

12:03PM 14  Q.   Okay.  Bob, can you put up that photo?

12:03PM 15       And this is a picture depicting the south breach

12:03PM 16  looking north from the very south end of it, correct?

12:04PM 17  A.   Yes, sir.

12:04PM 18  Q.   And the scour trench that you pointed to is right here that

12:04PM 19  I'm pointing at.  It's this puddle of water in here, correct?

12:04PM 20  A.   It would have been in line with the floodwall, the in-shore

12:04PM 21  side of the floodwall.

12:04PM 22  Q.   But you're claiming that this is the scour trench.  I'm

12:04PM 23  pointing to a puddle of water here.

12:04PM 24  A.   I'm saying it's more over here.

12:04PM 25  Q.   Okay.  And then so this portion of the trench is not a scour

12:04PM  1  trench, correct?

12:04PM  2  A.   No.   It wouldn't be because at this point, there was massive

12:04PM  3  flooding in the area, number one; and number two, this was also

12:04PM  4  after Hurricane Katrina -- sorry, after Hurricane Rita had

12:04PM  5  flooded in and also the sheet piling would have been uprooted

12:04PM  6  from this area along here.  So all of those and other conditions

12:05PM  7  would have contributed to the erosion of the holes.

12:05PM  8  Q.   Isn't it actually correct that when the wall gets displaced

12:05PM  9  from this location, it would cause a trench, correct?

12:05PM 10  A.   It wouldn't cause a trench; it would cause a deep pit behind

12:05PM 11  here.

12:05PM 12  Q.   It would cause a deep pit right here?

12:05PM 13  A.   On the offshore side if the wall were to move, then it would

12:05PM 14  create these gaps which would lead to erosion and big holes on

12:05PM 15  this side.

12:05PM 16  Q.   Well, I'm going to put on the side of this a picture that's

12:05PM 17  from Dr. Marino's report, the figure 4.59.  Can we put that side

12:05PM 18  by side.

12:05PM 19          In this situation, the wall didn't actually fall,

12:05PM 20  correct?

12:05PM 21  A.   That's correct.

12:05PM 22  Q.   And in front of -- on the flood side of the wall, there's a

12:05PM 23  big trench, correct?

12:05PM 24  A.   Yes, that's what I'm talking about.  These big areas are

12:05PM 25  caused by the displacement of the sheet piling.

12:06PM 1   Q.   So the wall is actually moved back and there's a trench

12:06PM 2   created from the displacement, correct?

12:06PM 3   A.   In this photograph here, yes, and also --

12:06PM 4   Q.   When the wall was displaced, sir, there's a trench created

12:06PM 5   on the flood side of the wall, correct?

12:06PM 6   A.   Yes, depending on whether it slid or whether it rolled over.

12:06PM 7   There would be a gap on the canal side.

12:06PM 8   Q.   And you're not a geotechnical expert, so you don't have the

12:06PM 9   expertise to talk about what exactly would happen with the soil

12:06PM 10  as the wall is displaced, fair?

12:06PM 11  A.   I'm just attempting to answer your questions.

12:06PM 12  Q.   And in this situation, this entire trench, you would agree

12:06PM 13  with me is caused by displacement.  Fair?

12:06PM 14  A.   It appears to be, yes.

12:06PM 15  Q.   And do you notice how part of the trench is actually behind

12:06PM 16  the line of the -- where the wall was originally standing,

12:06PM 17  correct?

12:06PM 18  A.   I can't tell from the photo where the wall was originally

12:06PM 19  standing, but it does appear to be large gaps --

12:07PM 20  Q.   So portions of the displacement trench is actually behind on

12:07PM 21  the protected side, essentially.  Fair enough?  Behind where the

12:07PM 22  wall used to be.  Fair enough?

12:07PM 23  A.   Are you talking about these areas over here?

12:07PM 24  Q.   I'm talking about this area right here.  The wall used to be

12:07PM 25  here.  It got displaced.  And now there is a trench --

12:07PM 1   A.   And I'm trying to understand where you're saying "a trench."

12:07PM 2   On which side?

12:07PM 3   Q.   I'm talking about the trench on the flood side.

12:07PM 4   A.   That appears to be where the wall was.

12:07PM 5   Q.   And a little bit behind where the wall was, correct, because

12:07PM 6   the wall has been moved back, it's been displaced?

12:07PM 7   A.   Yes, sir.  Yes, sir.

12:07PM 8   Q.   And the same phenomenon would happen over here where the

12:07PM 9   wall was displaced, correct?

12:07PM 10   A.   That's correct.

12:07PM 11   Q.   So the displacement trench would move back behind where the

12:08PM 12   wall was originally, correct?

12:08PM 13   A.   I don't understand the question.

12:08PM 14   Q.   Okay.  The displacement trench would extend to where -- to

12:08PM 15   the portion of the protected side, where the protected side used

12:08PM 16   to be.  Fair enough?

12:08PM 17   A.   Yes, sir.

12:08PM 18   Q.   So we don't know what portion of this is a scour trench, if

12:08PM 19   at all?

12:08PM 20   A.   Not in this portion of the collapsed floodwall, no.

12:08PM 21         THE COURT:  How much more do you have, Mr. Khorrami?

12:08PM 22   I'm not rushing you.

12:08PM 23         MR. KHORRAMI:  We could take a lunch break.  I have a

12:08PM 24   bit to go.  I apologize.

12:08PM 25         THE COURT:  We will take a lunch break until 1:15.

12:08PM  1            THE DEPUTY CLERK:  All rise.

12:09PM  2            (WHEREUPON, at this point in the proceedings, the Court

12:09PM  3    was in luncheon recess.)

4                              *    *    *

5

6

7                        REPORTER'S CERTIFICATE

8

9        I, Cathy Pepper, Certified Realtime Reporter, Registered

10    Merit Reporter, Registered Professional Reporter, Certified Court

11    Reporter of the State of Louisiana, Official Court Reporter for

12    the United States District Court, Eastern District of Louisiana,

13    do hereby certify that the foregoing is a true and correct

14    transcript, to the best of my ability and understanding, from the

15    record of the proceedings in the above-entitled and numbered

16    matter.

17

18

19                              _s/Cathy Pepper_____

20                              Cathy Pepper, CRR, RMR, CCR

21                              Official Court Reporter

22                              United States District Court

10:28AM 23

24

25

## 0

**05-4182** [1] - 1:6
**05-5724** [1] - 1:10
**06-7516** [1] - 1:14

## 1

**1** [1] - 2126:2
**1-to-3-foot** [1] - 2126:5
**10** [14] - 1:18, 2093:8, 2093:16, 2095:8, 2110:11, 2117:17, 2130:5, 2133:2, 2155:19, 2155:20, 2162:11, 2162:13, 2162:22, 2178:3
**10-minute** [1] - 2138:14
**100** [1] - 2:17
**100-foot** [1] - 2126:5
**10279** [1] - 2:10
**10:00** [2] - 2129:24, 2152:2
**10:15** [1] - 2169:11
**11** [5] - 2177:9, 2177:11, 2177:16, 2181:3
**11.2** [1] - 2177:23
**1100** [1] - 2:24
**1150** [1] - 2:20
**116** [1] - 2173:11
**12** [7] - 2093:9, 2112:25, 2113:2, 2177:15, 2177:17, 2177:18, 2183:8
**12-foot** [1] - 2093:16
**12.2** [4] - 2177:20, 2179:14, 2179:20, 2180:18
**12.6** [3] - 2178:8, 2178:15, 2178:25
**12.8** [1] - 2180:14
**12950** [1] - 3:12
**13** [5] - 2179:4, 2179:5, 2179:6, 2179:11, 2183:8
**14** [2] - 2100:12, 2183:12
**15** [3] - 2095:6, 2133:6, 2155:19
**15-foot** [1] - 2110:25
**150** [1] - 2099:10
**150-foot** [1] - 2099:16
**180** [1] - 2101:13
**19** [2] - 2108:8, 2117:3
**196** [1] - 2115:11

## 2

**1960's** [1] - 2132:24
**1969** [1] - 2095:4
**1980's** [1] - 2132:24
**1980's-built** [1] - 2132:24
**1980s** [2] - 2094:24, 2095:12
**1990s** [2] - 2141:1, 2141:2
**1991** [1] - 2140:25
**1:15** [1] - 2187:25

## 2

**2** [2] - 1:7, 2126:6
**2-to-3-inch** [1] - 2126:8
**200** [2] - 2099:14, 2099:16
**20001** [1] - 3:6
**20036** [1] - 2:21
**2005** [3] - 2131:22, 2152:1, 2152:2
**2010** [2] - 1:8, 2092:2
**20170** [1] - 3:12
**2030** [2] - 1:24, 2:4
**2092** [2] - 4:5, 4:6
**2138** [1] - 4:14
**2139** [1] - 4:7
**2165** [1] - 4:15
**223** [1] - 2:10
**2300** [1] - 2:24
**25** [1] - 2131:22
**270** [3] - 2095:18, 2095:21, 2133:17
**2715** [1] - 3:9
**27th** [1] - 2132:2
**28th** [2] - 2130:20, 2132:2
**29** [2] - 2152:1, 2152:2
**2900** [1] - 2149:11
**29th** [3] - 2117:25, 2131:15, 2132:19

## 3

**3** [2] - 2126:2, 2126:6
**3,000** [1] - 2136:15
**3.9** [2] - 2171:1, 2172:5
**30** [5] - 2098:20, 2100:10, 2119:13, 2168:19, 2168:22
**30-minute** [1] - 2169:3
**31** [2] - 2095:11, 2133:3
**310** [2] - 2163:9, 2164:15

**330** [1] - 2163:10
**3316** [1] - 2:16
**33RD** [1] - 2:7
**349** [4] - 4:14, 2138:6, 2138:7, 2138:11
**35** [1] - 2119:13
**3:00** [1] - 2152:1

## 4

**4** [1] - 2132:19
**4.59** [1] - 2185:17
**44** [1] - 2:7
**453** [1] - 2165:20
**454** [6] - 4:15, 2165:17, 2165:21, 2165:22, 2165:23, 2165:24
**455** [1] - 2165:14
**456** [1] - 2165:16
**47** [2] - 2177:2, 2184:4
**4727** [3] - 2100:1, 2100:7, 2100:14
**4:00** [1] - 2175:5
**4:30** [2] - 2175:8, 2175:23

## 5

**5** [1] - 2133:19
**5.27** [1] - 2136:14
**500** [1] - 3:15
**504** [1] - 3:16
**51** [1] - 2093:10
**55.80** [2] - 2169:16, 2169:18
**56.48** [3] - 2168:11, 2169:8, 2169:14
**589-7779** [1] - 3:16
**5:30** [1] - 2133:22
**5TH** [1] - 2:10

## 6

**6** [7] - 1:8, 2092:2, 2129:5, 2129:8, 2133:25, 2177:8, 2177:22
**60** [1] - 2115:11
**62** [1] - 2173:16
**63** [1] - 2173:16
**64** [2] - 2169:13, 2169:14
**64.17** [1] - 2169:17
**650** [1] - 3:9
**67** [1] - 2155:18
**6:00** [5] - 2175:6, 2175:8, 2175:9,

**2175:11, 2175:23**
**6:30** [3] - 2092:21, 2092:24, 2093:2

## 7

**7** [13] - 2135:8, 2177:14, 2177:16, 2179:14, 2179:17, 2179:18, 2180:16, 2180:17, 2181:7, 2183:22, 2184:1, 2184:3, 2184:6
**70002** [1] - 2:17
**70113** [1] - 2:14
**70130** [4] - 1:25, 2:4, 3:9, 3:16
**70163** [1] - 2:25
**758** [1] - 2113:2
**7:00** [1] - 2128:10
**7:30** [18] - 2110:6, 2128:14, 2134:2, 2135:10, 2176:5, 2176:7, 2176:8, 2176:14, 2178:7, 2178:11, 2178:12, 2178:16, 2178:17, 2178:24, 2179:5, 2179:6, 2179:7, 2179:16

## 8

**8** [6] - 2095:6, 2128:15, 2128:18, 2129:21, 2133:4, 2135:12
**80** [2] - 2098:20, 2161:13
**80-foot** [1] - 2099:7
**800** [1] - 2180:21
**800-foot** [1] - 2184:11
**821** [1] - 2:13
**84** [1] - 2161:14
**86** [1] - 2157:18
**8:00** [1] - 2129:20
**8:30** [1] - 2135:14

## 9

**9** [30] - 2093:7, 2110:4, 2117:17, 2128:8, 2128:18, 2130:1, 2130:2, 2135:16, 2135:21, 2136:2, 2136:9, 2136:11, 2161:5, 2161:7, 2161:8, 2161:10,

2161:11, 2162:9, 2162:13, 2168:5, 2168:11, 2169:7, 2169:12, 2169:13, 2170:3, 2178:1, 2182:15, 2183:15, 2183:17, 2183:20
**90** [2] - 2116:12, 2157:19
**900** [1] - 2:20
**90071** [1] - 2:7
**901** [1] - 3:6
**94** [1] - 2173:17
**9:00** [2] - 1:8, 2182:23
**9:15** [9] - 2165:7, 2165:11, 2166:4, 2166:19, 2167:13, 2167:16, 2168:5, 2169:16, 2170:4
**9:30** [12] - 2129:25, 2162:25, 2163:4, 2163:8, 2163:12, 2163:18, 2164:7, 2164:17, 2164:21, 2165:9, 2167:12, 2170:4

## A

**A.M** [1] - 1:8
**a.m** [9] - 2092:21, 2092:24, 2093:2, 2175:9, 2175:11, 2178:7, 2182:15, 2182:23, 2184:7
**Abbott** [1] - 2164:8
**ability** [1] - 2188:14
**ABIR** [1] - 2:6
**able** [10] - 2100:8, 2102:3, 2107:23, 2111:24, 2111:25, 2129:1, 2150:22, 2159:17, 2160:6, 2182:8
**aboard** [1] - 2141:4
**above-entitled** [1] - 2188:15
**abrupt** [1] - 2095:16
**absent** [1] - 2150:16
**absolutely** [1] - 2138:16
**according** [4] - 2149:10, 2160:20, 2172:14, 2180:17
**accordion** [1] - 2103:12
**account** [2] - 2159:6, 2159:12
**accurate** [1] - 2158:1

accurately [2] - 2092:18, 2158:6
act [1] - 2160:18
acting [2] - 2135:18, 2169:24
ACTION [1] - 1:6
actual [4] - 2116:18, 2134:24, 2166:22, 2184:10
ADAM [1] - 3:4
add [1] - 2115:12
added [4] - 2167:11, 2172:5, 2172:6, 2172:11
adding [1] - 2170:8
aerial [3] - 2096:5, 2111:14, 2119:19
Aero [3] - 2153:16, 2153:20, 2156:9
Aero-Data [3] - 2153:16, 2153:20, 2156:9
affect [1] - 2131:9
affected [1] - 2113:24
aft [1] - 2135:24
afternoon [1] - 2136:9
ago [2] - 2097:12, 2156:2
agree [31] - 2097:20, 2103:7, 2104:9, 2121:22, 2123:9, 2148:11, 2149:1, 2149:5, 2155:25, 2160:21, 2162:21, 2163:3, 2164:1, 2164:9, 2165:7, 2166:3, 2167:1, 2167:4, 2175:4, 2177:8, 2177:14, 2177:20, 2177:22, 2178:1, 2178:4, 2178:7, 2178:14, 2178:24, 2179:14, 2182:12, 2186:12
agreed [2] - 2176:4, 2179:22
agreement [1] - 2123:1
ahead [3] - 2104:20, 2110:8, 2117:20
air [1] - 2107:22
ALDOCK [26] - 3:3, 4:6, 2092:13, 2092:15, 2097:8, 2098:2, 2098:17, 2105:7, 2110:10, 2111:10, 2111:19, 2112:17, 2113:2, 2113:11, 2117:21, 2117:23, 2121:5,

2130:8, 2131:12, 2138:2, 2138:7, 2138:12, 2146:25, 2166:6, 2175:16, 2176:24
Aldock [2] - 2092:12, 2117:10
ALFORD [2] - 1:15, 1:15
allision [1] - 2107:18
allow [2] - 2097:24, 2098:13
allowed [1] - 2181:15
allowing [1] - 2097:23
almost [3] - 2101:10, 2118:20
already-fallen [3] - 2136:21, 2137:1, 2142:18
America [2] - 2131:23, 2132:12
AMERICA [1] - 3:11
amounts [2] - 2181:15
anchors [2] - 2114:6
AND [2] - 1:11, 1:15
ANGELES [1] - 2:7
angle [7] - 2100:19, 2115:9, 2115:20, 2115:25, 2119:25, 2125:12, 2135:25
angled [2] - 2124:15, 2134:13
animation [5] - 2131:13, 2136:17, 2137:4, 2138:1, 2138:8
answer [11] - 2104:20, 2112:19, 2150:5, 2151:18, 2156:3, 2164:11, 2164:20, 2164:21, 2181:25, 2182:1, 2186:11
anytime [1] - 2130:1
apart [2] - 2094:25, 2108:6
apologize [5] - 2104:20, 2154:17, 2175:20, 2183:6, 2187:24
appear [2] - 2179:2, 2186:19
APPEARANCES [3] - 1:22, 2:1, 3:1
appeared [1] - 2137:16
Appendix [1] - 2180:1
appreciable [1] - 2144:2
approached [1] - 2099:17

approaches [2] - 2136:20, 2137:1
appropriate [2] - 2157:11, 2166:18
approximate [1] - 2177:21
arbitrarily [1] - 2118:6
architect [1] - 2095:22
area [17] - 2093:5, 2094:21, 2101:23, 2102:21, 2104:6, 2106:4, 2112:13, 2128:19, 2129:1, 2129:9, 2129:10, 2134:19, 2135:15, 2135:20, 2185:3, 2185:6, 2186:24
areas [4] - 2156:7, 2156:10, 2185:24, 2186:23
argument [1] - 2097:17
armored [1] - 2109:2
arose [1] - 2174:19
arrive [1] - 2102:18
arrived [2] - 2100:11, 2172:14
AS [2] - 1:11, 1:14
as-built [2] - 2117:6
asbestos [6] - 2140:2, 2140:3, 2140:5, 2140:9, 2140:19, 2140:25
ascertain [1] - 2166:17
aspects [1] - 2139:22
assume [3] - 2098:23, 2160:5, 2182:25
assumed [3] - 2134:2, 2135:12, 2137:13
assumes [2] - 2135:24, 2164:14
assuming [7] - 2137:17, 2166:13, 2166:14, 2166:21, 2182:25, 2183:3, 2183:8
assumptions [1] - 2161:3
AT [1] - 2:16
Atlantic [1] - 2131:24
attached [1] - 2133:5
attempting [1] - 2186:11
attitude [5] - 2119:23, 2122:16, 2137:13, 2137:17, 2141:12
ATTORNEY [1] - 2:16
August [7] - 2117:25, 2130:20, 2131:15,

2131:22, 2132:2, 2152:1, 2152:2
Avenue [17] - 2095:21, 2096:17, 2101:13, 2113:7, 2120:24, 2120:25, 2126:16, 2127:14, 2132:13, 2133:2, 2137:9, 2137:12, 2137:18, 2150:3, 2150:4, 2159:11, 2160:4
AVENUE [4] - 1:24, 2:4, 2:20, 3:6
average [1] - 2183:4
averaging [2] - 2149:1, 2149:5
aware [3] - 2112:9, 2112:14, 2146:7

B

B-18 [2] - 2179:25, 2180:5
B-34 [1] - 2154:21
B406 [1] - 3:15
backed [2] - 2135:8, 2135:16
background [15] - 2096:18, 2115:7, 2115:8, 2115:10, 2115:19, 2115:20, 2116:13, 2116:17, 2116:19, 2119:3, 2119:7, 2122:1, 2124:19, 2135:7
badgering [1] - 2147:1
bags [1] - 2107:22
Bakeer [1] - 2131:17
band [1] - 2106:25
Barge [4] - 2100:1, 2100:7, 2100:14, 2170:22
BARGE [1] - 1:9
barge [249] - 2092:17, 2092:18, 2092:24, 2093:4, 2093:15, 2093:24, 2094:1, 2094:6, 2095:23, 2095:25, 2096:23, 2097:1, 2098:19, 2098:20, 2098:23, 2099:1, 2099:11, 2099:14, 2099:17, 2100:8, 2100:11, 2100:12, 2100:13, 2100:15, 2100:17, 2100:21, 2102:10, 2102:13, 2103:2, 2103:7, 2103:10,

2103:20, 2103:22, 2103:24, 2104:10, 2104:21, 2105:11, 2105:13, 2106:1, 2106:8, 2106:10, 2106:14, 2106:15, 2107:20, 2107:21, 2107:23, 2107:24, 2108:2, 2108:6, 2108:7, 2108:11, 2108:12, 2108:13, 2108:14, 2114:18, 2114:21, 2114:24, 2115:15, 2115:17, 2115:21, 2115:25, 2116:7, 2116:8, 2116:9, 2116:12, 2116:16, 2116:24, 2117:2, 2117:4, 2117:6, 2117:14, 2118:1, 2118:2, 2118:5, 2118:7, 2118:15, 2118:19, 2119:1, 2119:8, 2119:12, 2119:13, 2119:17, 2119:22, 2119:25, 2120:2, 2120:3, 2120:10, 2120:14, 2120:17, 2120:25, 2121:1, 2121:6, 2121:12, 2121:14, 2121:19, 2122:4, 2122:6, 2122:9, 2122:20, 2122:23, 2123:1, 2123:6, 2123:17, 2123:19, 2123:22, 2123:23, 2124:2, 2124:4, 2124:5, 2124:6, 2124:11, 2124:18, 2125:4, 2125:7, 2125:11, 2125:15, 2125:18, 2125:19, 2126:4, 2126:17, 2126:24, 2127:2, 2127:3, 2127:8, 2127:9, 2127:13, 2127:16, 2127:17, 2127:23, 2128:2, 2128:6, 2128:7, 2128:12, 2128:16, 2128:18, 2129:5, 2129:7, 2129:9, 2129:11, 2129:19, 2129:21, 2129:22, 2130:11, 2130:17, 2130:18, 2130:20, 2130:21, 2130:24, 2130:25, 2131:4, 2131:7, 2131:9, 2131:18,

2135:15, 2135:18, 2135:22, 2135:24, 2136:3, 2136:5, 2136:6, 2136:7, 2136:13, 2136:17, 2136:19, 2136:22, 2136:25, 2137:1, 2137:7, 2137:11, 2137:12, 2137:14, 2137:17, 2137:19, 2137:24, 2142:14, 2142:17, 2143:14, 2143:20, 2144:2, 2144:3, 2144:22, 2145:2, 2145:3, 2149:8, 2149:19, 2149:24, 2150:22, 2151:1, 2151:2, 2151:7, 2151:11, 2151:17, 2151:22, 2152:4, 2152:15, 2152:18, 2153:25, 2154:9, 2155:2, 2155:3, 2155:23, 2156:13, 2157:22, 2158:12, 2158:14, 2158:17, 2158:18, 2159:2, 2159:4, 2159:10, 2159:15, 2160:3, 2160:7, 2160:14, 2160:15, 2160:16, 2160:18, 2161:4, 2162:21, 2163:18, 2164:15, 2164:22, 2167:4, 2167:5, 2167:8, 2167:15, 2169:24, 2170:19, 2171:3, 2171:9, 2171:13, 2172:1, 2172:6, 2172:8, 2172:10, 2172:14, 2173:23, 2174:1, 2174:6, 2174:8, 2174:11

**barge's** [2] - 2126:10, 2171:23

**barges** [5] - 2132:16, 2132:17, 2133:23, 2158:23, 2159:5

**BARONNE** [1] - 2:13

**bars** [3] - 2115:24, 2125:12

**Bartlett** [4] - 2093:5, 2093:12, 2121:16, 2122:25

**Bartlett's** [4] - 2121:18, 2122:3, 2122:19, 2122:22

**based** [6] - 2097:8, 2108:1, 2112:6,

2116:2, 2123:11, 2164:15

**basic** [1] - 2110:3

**basin** [2] - 2151:8, 2155:4

**Bea** [1] - 2131:17

**became** [2] - 2109:14, 2109:15

**BEFORE** [1] - 1:19

**began** [1] - 2093:8

**behind** [6] - 2185:10, 2186:15, 2186:20, 2186:21, 2187:5, 2187:11

**believes** [5] - 2122:4, 2122:5, 2122:25, 2123:16, 2123:21

**below** [6] - 2095:7, 2133:4, 2133:6, 2167:12, 2180:16, 2183:11

**benchmark** [1] - 2153:17

**bend** [2] - 2122:14, 2124:19

**bends** [1] - 2122:6

**BENOIT** [1] - 1:14

**bent** [7] - 2115:8, 2115:23, 2116:11, 2116:15, 2122:2, 2122:13, 2125:1

**berm** [3] - 2106:6, 2114:6, 2114:9

**best** [3] - 2117:13, 2117:16, 2188:14

**BEST** [2] - 1:23, 1:24

**Betsy** [1] - 2095:4

**better** [3] - 2095:3, 2132:15, 2165:23

**between** [12] - 2095:13, 2115:14, 2119:10, 2133:8, 2134:9, 2143:12, 2150:3, 2153:7, 2162:20, 2175:5, 2175:23, 2179:10

**beyond** [1] - 2097:18

**big** [4] - 2134:22, 2185:14, 2185:23, 2185:24

**bit** [8] - 2097:11, 2119:4, 2139:5, 2142:13, 2172:20, 2180:14, 2187:5, 2187:24

**blocked** [1] - 2099:7

**blow** [3] - 2159:8, 2177:7, 2179:24

**blowing** [15] - 2092:24, 2093:3,

2128:11, 2128:12, 2128:14, 2132:20, 2133:22, 2134:20, 2135:10, 2135:13, 2135:14, 2135:19, 2135:22, 2151:14, 2165:11

**blown** [6] - 2096:23, 2101:12, 2102:14, 2128:18, 2129:22, 2130:2

**blue** [1] - 2180:10

**Bob** [4] - 2154:21, 2157:19, 2173:11, 2184:14

**bottom** [14] - 2093:4, 2108:13, 2117:3, 2117:5, 2118:12, 2118:19, 2119:14, 2119:15, 2124:1, 2124:4, 2137:5, 2141:10, 2141:12, 2168:22

**bow** [17] - 2101:11, 2101:14, 2101:15, 2102:11, 2103:3, 2103:10, 2109:16, 2118:6, 2118:7, 2118:8, 2118:17, 2126:19, 2127:1, 2127:2, 2134:22, 2137:13, 2172:20

**breach** [131] - 2093:21, 2094:1, 2094:9, 2094:10, 2094:15, 2094:20, 2094:23, 2095:2, 2095:24, 2096:4, 2096:8, 2096:10, 2096:13, 2096:14, 2096:19, 2096:23, 2099:18, 2099:19, 2099:25, 2100:23, 2100:25, 2101:4, 2101:6, 2101:7, 2101:8, 2101:11, 2101:16, 2104:3, 2104:4, 2105:16, 2105:23, 2106:2, 2106:24, 2107:5, 2107:7, 2107:9, 2107:10, 2108:3, 2108:21, 2108:23, 2109:14, 2109:18, 2110:3, 2111:23, 2111:24, 2113:6, 2113:13, 2113:14, 2113:20, 2114:2, 2114:15, 2114:20,

2114:22, 2116:4, 2116:23, 2116:24, 2119:1, 2119:7, 2120:5, 2124:15, 2125:4, 2125:12, 2125:15, 2131:1, 2131:4, 2133:17, 2134:4, 2134:5, 2134:21, 2135:1, 2135:5, 2136:16, 2136:21, 2136:24, 2142:15, 2142:19, 2142:20, 2149:10, 2154:10, 2157:23, 2163:20, 2163:24, 2164:3, 2164:5, 2164:16, 2164:17, 2164:23, 2165:8, 2165:10, 2165:12, 2167:6, 2167:17, 2167:18, 2167:24, 2168:2, 2170:9, 2170:12, 2170:15, 2170:16, 2170:17, 2171:13, 2172:15, 2172:21, 2173:24, 2174:14, 2174:16, 2174:22, 2175:5, 2175:18, 2175:19, 2175:20, 2175:21, 2176:2, 2176:4, 2176:7, 2176:12, 2176:13, 2180:24, 2181:2, 2184:9, 2184:10, 2184:15

**breached** [1] - 2156:14

**BREACHES** [1] - 1:5

**breaches** [10] - 2094:7, 2097:6, 2130:17, 2130:22, 2141:15, 2141:17, 2144:23, 2170:4, 2170:6, 2170:7

**break** [5] - 2122:17, 2122:18, 2136:8, 2187:23, 2187:25

**breakaway** [3] - 2130:24, 2131:3, 2131:9

**breaking** [1] - 2174:11

**breaks** [1] - 2122:14

**BRIAN** [2] - 2:3, 2:3

**Bridge** [2] - 2153:8

**bridge** [8] - 2096:17, 2113:7, 2132:14, 2133:2, 2150:4, 2159:11, 2160:4

**bridges** [1] - 2153:8

**brief** [1] - 2138:18

**briefly** [1] - 2098:8

**bringing** [1] - 2097:7

**broadside** [3] - 2172:20, 2173:23, 2174:7

**BROADWAY** [1] - 2:10

**broke** [3] - 2130:18, 2142:14, 2142:17

**broken** [7] - 2103:16, 2115:5, 2130:20, 2135:18, 2161:4, 2161:6, 2163:18

**brought** [1] - 2137:24

**buildings** [2] - 2148:19, 2148:24

**built** [8] - 2094:23, 2095:12, 2111:4, 2117:6, 2132:24, 2133:1, 2133:3, 2155:10

**bus** [2] - 2120:24, 2121:2

**BY** [43] - 1:24, 2:3, 2:6, 2:9, 2:12, 2:19, 2:23, 3:3, 3:8, 3:11, 3:17, 3:18, 4:6, 4:7, 2092:15, 2098:17, 2105:7, 2110:10, 2111:19, 2112:17, 2113:11, 2117:23, 2121:5, 2130:8, 2139:2, 2142:25, 2147:6, 2151:25, 2153:3, 2154:23, 2160:2, 2165:6, 2166:2, 2166:25, 2169:1, 2173:19, 2176:1, 2176:17, 2177:4, 2179:13, 2180:9, 2182:6, 2183:14

---

**C**

**C.A** [2] - 1:10, 1:14

**CA** [1] - 2:7

**calculate** [1] - 2155:8

**calculated** [4] - 2126:1, 2126:8, 2136:6, 2156:5

**calculation** [2] - 2098:9, 2126:9

**calculations** [15] - 2145:20, 2150:7, 2150:8, 2150:10, 2150:19, 2151:22, 2152:24, 2153:24, 2154:4, 2154:6, 2154:7, 2155:7,

2156:20, 2161:2, 2167:20
**CALLED** [1] - 2092:4
**Canal** [3] - 2104:17, 2132:10, 2148:6
**CANAL** [1] - 1:4
**canal** [53] - 2094:12, 2096:5, 2101:1, 2102:23, 2105:8, 2108:9, 2109:10, 2119:21, 2120:12, 2123:18, 2124:12, 2125:18, 2126:1, 2128:5, 2128:6, 2128:13, 2128:15, 2129:23, 2132:13, 2134:3, 2134:8, 2135:23, 2136:3, 2136:5, 2136:20, 2137:15, 2142:6, 2143:2, 2143:12, 2143:18, 2144:15, 2149:19, 2149:24, 2150:3, 2151:12, 2151:17, 2152:4, 2152:15, 2153:25, 2155:24, 2161:7, 2167:6, 2170:6, 2170:13, 2177:9, 2177:25, 2178:14, 2178:25, 2180:18, 2181:8, 2183:11, 2183:12, 2186:7
**cap** [36] - 2092:18, 2093:5, 2093:13, 2093:15, 2093:25, 2095:6, 2095:9, 2115:5, 2115:6, 2115:9, 2115:13, 2115:23, 2116:7, 2116:10, 2116:14, 2118:18, 2119:9, 2122:4, 2122:6, 2122:11, 2122:14, 2122:16, 2123:1, 2123:3, 2124:24, 2125:13, 2131:8, 2133:7, 2136:8, 2142:15, 2142:17, 2173:4, 2173:7
**capable** [1] - 2159:21
**caption** [3] - 2161:16, 2161:17, 2161:19
**career** [1] - 2107:14
**carefully** [5] - 2105:3, 2107:21, 2107:25, 2129:11, 2130:12
**carried** [3] - 2123:23, 2150:6, 2150:10
**carry** [6] - 2148:7,

2149:19, 2149:23, 2151:7, 2151:11, 2152:3
**carrying** [2] - 2120:14, 2171:14
**case** [7] - 2107:20, 2139:14, 2139:20, 2141:14, 2144:19, 2157:3, 2160:4
**cases** [8] - 2140:2, 2140:3, 2140:5, 2140:6, 2140:9, 2140:14, 2140:22, 2142:8
**casualties** [1] - 2107:13
**casualty** [1] - 2107:17
**CATHY** [1] - 3:15
**Cathy** [2] - 2188:9, 2188:20
**causation** [1] - 2141:7
**caused** [24] - 2094:1, 2094:6, 2095:17, 2095:20, 2102:13, 2103:9, 2103:24, 2104:10, 2104:22, 2105:13, 2106:1, 2106:25, 2119:2, 2121:13, 2124:1, 2125:18, 2125:19, 2134:11, 2134:12, 2144:22, 2173:2, 2173:5, 2185:25, 2186:13
**causing** [2] - 2124:19, 2134:22
**CCR** [2] - 3:15, 2188:20
**cement** [3] - 2103:6, 2172:8, 2172:10
**CENTRE** [1] - 2:24
**certain** [3] - 2140:15, 2140:18, 2158:1
**certainly** [4] - 2117:8, 2117:16, 2123:18, 2130:5
**CERTIFICATE** [1] - 2188:7
**Certified** [2] - 2188:9, 2188:10
**certify** [1] - 2188:13
**cetera** [2] - 2098:10, 2159:23
**CHAFFE** [1] - 2:23
**chain** [4] - 2114:3, 2114:4, 2114:7
**chain-link** [4] - 2114:3, 2114:4, 2114:7
**change** [3] - 2095:16,

2130:21, 2162:20
**changed** [2] - 2132:7, 2162:13
**changes** [2] - 2149:2, 2149:6
**channel** [6] - 2114:9, 2149:19, 2149:24, 2151:12, 2152:4, 2152:15
**characteristic** [2] - 2132:5, 2132:7
**characterizing** [1] - 2181:19
**CHARLES** [3] - 1:24, 2:4, 4:5
**chart** [1] - 2153:21
**choppy** [1] - 2125:18
**CHUD** [1] - 3:4
**City** [1] - 2132:4
**CIVIL** [1] - 1:6
**civil** [7] - 2157:1, 2157:3, 2157:5, 2157:8, 2157:9, 2157:10, 2157:11
**Claiborne** [4] - 2113:7, 2132:13, 2150:4, 2153:8
**claim** [4] - 2154:14, 2157:22, 2161:4, 2174:13
**claimed** [1] - 2170:19
**claiming** [1] - 2184:22
**CLAIMS** [2] - 1:11, 1:14
**clear** [3] - 2115:17, 2130:2, 2136:3
**cleared** [2] - 2130:3, 2130:6
**clearly** [1] - 2151:22
**CLERK** [8] - 2092:7, 2092:10, 2138:6, 2138:20, 2165:17, 2165:20, 2173:14, 2188:1
**climbed** [1] - 2130:11
**clipped** [1] - 2125:15
**close** [2] - 2144:13, 2161:11
**closely** [1] - 2105:4
**closer** [1] - 2117:17
**coauthor** [1] - 2156:16
**collapsed** [2] - 2133:16, 2187:20
**collision** [3] - 2107:19, 2125:13, 2142:11
**collisions** [1] - 2142:9
**column** [2] - 2169:2, 2169:7
**combined** [1] -

2150:25
**coming** [8] - 2097:1, 2099:6, 2099:13, 2119:24, 2137:8, 2156:19, 2167:2, 2174:6
**commenced** [1] - 2176:12
**commenting** [1] - 2164:10
**commission** [1] - 2150:1
**commissioned** [6] - 2145:6, 2149:13, 2149:17, 2150:20, 2150:24, 2153:4
**commonly** [1] - 2157:8
**commonly-used** [1] - 2157:8
**comparable** [1] - 2141:21
**compare** [2] - 2113:18, 2119:12
**compared** [1] - 2152:10
**compartments** [2] - 2171:2, 2172:3
**complete** [1] - 2130:16
**completely** [6] - 2097:6, 2111:7, 2140:8, 2140:17, 2141:23, 2166:10
**complied** [1] - 2140:15
**component** [4] - 2128:11, 2128:12, 2128:16, 2135:9
**compute** [1] - 2158:6
**COMPUTER** [1] - 3:18
**computer** [2] - 2156:20, 2156:24
**conclude** [3] - 2093:14, 2093:15, 2114:14
**concluded** [1] - 2152:6
**concludes** [1] - 2122:6
**concluding** [1] - 2156:12
**conclusion** [24] - 2094:4, 2094:5, 2098:24, 2101:17, 2104:9, 2105:8, 2114:16, 2121:18, 2123:5, 2123:9, 2127:15, 2127:25, 2131:9, 2144:21,

2151:10, 2151:13, 2151:18, 2152:3, 2152:6, 2155:14, 2155:22, 2156:4, 2156:10, 2160:21
**conclusions** [10] - 2097:6, 2108:1, 2128:5, 2147:7, 2151:3, 2151:5, 2152:21, 2156:19, 2157:14, 2159:14
**concrete** [22] - 2095:5, 2095:7, 2095:9, 2103:9, 2103:14, 2103:15, 2103:16, 2103:18, 2103:21, 2109:3, 2114:6, 2125:13, 2133:3, 2133:5, 2133:6, 2133:9, 2141:25, 2142:12, 2142:15, 2174:10
**condition** [1] - 2129:3
**conditions** [5] - 2141:10, 2151:9, 2181:8, 2181:9, 2185:6
**conduct** [1] - 2153:4
**confirm** [2] - 2145:15
**confirmed** [2] - 2150:19, 2155:11
**confounding** [1] - 2164:12
**confusion** [1] - 2117:11
**CONNECTICUT** [1] - 2:20
**connection** [3] - 2095:13, 2133:1, 2133:7
**conservative** [1] - 2163:5
**consider** [3] - 2146:7, 2146:24, 2165:23
**considerable** [2] - 2134:14, 2140:3
**considered** [1] - 2144:19
**considering** [2] - 2165:2, 2166:15
**consistency** [1] - 2111:25
**consistent** [3] - 2109:12, 2122:19, 2122:23
**consisting** [1] - 2095:9
**CONSOLIDATED** [1] - 1:5
**constant** [1] - 2166:10

constructed [1] -
2095:4
construction [7] -
2093:5, 2093:13,
2095:10, 2133:11,
2134:5, 2134:9,
2172:1
consult [1] - 2168:10
contact [6] - 2121:2,
2137:3, 2137:18,
2158:21, 2158:22,
2158:23
contacted [5] -
2103:25, 2115:25,
2118:17, 2119:1,
2120:4
contacts [1] - 2136:24
contain [1] - 2168:8
contend [1] - 2171:23
contention [3] -
2143:2, 2143:22,
2167:25
continued [1] -
2133:23
CONTINUED [2] - 2:1,
3:1
CONTINUED)..........
[1] - 4:6
continues [1] -
2136:23
continuous [2] -
2101:10, 2107:8
contributed [3] -
2114:16, 2134:16,
2185:7
contributing [1] -
2170:5
contribution [1] -
2112:10
controls [1] - 2131:20
corner [10] - 2096:7,
2100:20, 2100:22,
2102:17, 2108:12,
2108:13, 2108:14,
2130:3, 2132:11,
2136:4
corners [2] - 2108:15,
2108:16
Corporation [1] -
2153:16
correct [262] -
2092:25, 2093:1,
2139:6, 2139:7,
2139:8, 2139:9,
2139:15, 2139:16,
2139:21, 2139:23,
2139:24, 2140:2,
2140:7, 2140:24,
2141:6, 2141:15,
2141:18, 2141:22,

2142:16, 2142:19,
2142:21, 2143:3,
2143:12, 2143:25,
2144:1, 2144:4,
2144:8, 2144:11,
2144:17, 2144:19,
2144:23, 2144:24,
2145:3, 2145:4,
2145:6, 2145:7,
2145:9, 2145:10,
2145:12, 2145:18,
2145:21, 2145:22,
2145:23, 2145:24,
2146:1, 2146:3,
2146:5, 2146:8,
2146:11, 2146:22,
2146:23, 2146:24,
2147:8, 2147:9,
2147:11, 2147:12,
2147:18, 2147:19,
2147:21, 2147:22,
2147:24, 2147:25,
2148:2, 2148:3,
2148:6, 2148:8,
2148:12, 2148:21,
2148:23, 2149:3,
2149:6, 2149:13,
2149:15, 2149:16,
2149:20, 2150:18,
2150:23, 2151:4,
2151:8, 2151:12,
2152:4, 2152:10,
2152:11, 2152:12,
2152:13, 2152:15,
2152:16, 2152:19,
2152:20, 2152:22,
2153:5, 2153:6,
2153:9, 2153:10,
2153:15, 2153:19,
2153:22, 2153:23,
2154:1, 2154:2,
2154:3, 2154:10,
2154:25, 2155:1,
2155:4, 2155:5,
2155:6, 2155:14,
2155:16, 2156:14,
2156:15, 2156:17,
2156:21, 2156:22,
2156:23, 2156:24,
2157:1, 2157:3,
2157:4, 2157:5,
2157:9, 2157:12,
2157:13, 2157:14,
2157:15, 2157:16,
2157:20, 2157:23,
2157:24, 2158:2,
2158:10, 2158:13,
2158:15, 2158:20,
2158:24, 2158:25,
2159:2, 2159:6,
2159:12, 2160:6,

2160:11, 2160:19,
2161:1, 2161:2,
2161:5, 2161:9,
2161:15, 2161:22,
2161:23, 2161:24,
2161:25, 2162:2,
2162:3, 2162:7,
2162:8, 2162:9,
2162:10, 2162:11,
2162:15, 2162:17,
2162:19, 2162:22,
2163:5, 2163:16,
2163:20, 2163:24,
2163:25, 2165:8,
2166:5, 2166:19,
2167:7, 2168:6,
2168:8, 2168:20,
2169:2, 2169:8,
2169:14, 2169:16,
2169:18, 2169:21,
2169:25, 2170:2,
2170:3, 2170:10,
2170:11, 2170:12,
2170:20, 2170:21,
2170:23, 2170:24,
2171:4, 2171:9,
2171:25, 2172:7,
2172:12, 2172:16,
2172:18, 2172:21,
2172:25, 2173:2,
2173:5, 2173:8,
2173:24, 2174:2,
2174:3, 2174:8,
2174:9, 2174:11,
2174:14, 2174:17,
2174:20, 2174:21,
2174:23, 2175:2,
2175:6, 2176:5,
2176:8, 2176:19,
2177:5, 2177:6,
2177:9, 2177:12,
2177:15, 2179:4,
2180:3, 2180:5,
2180:11, 2180:12,
2180:14, 2180:15,
2180:16, 2180:19,
2181:7, 2181:21,
2182:9, 2183:15,
2183:16, 2183:18,
2183:20, 2183:23,
2183:24, 2184:1,
2184:7, 2184:12,
2184:16, 2184:19,
2185:1, 2185:8,
2185:9, 2185:20,
2185:21, 2185:23,
2186:2, 2186:5,
2186:17, 2187:5,
2187:9, 2187:10,
2187:12, 2188:13
correctly [1] - 2160:24

correlation [1] -
2112:12
correspond [1] -
2116:24
corrosion [2] -
2171:8, 2171:10
corrugated [2] -
2128:25, 2129:10
Costello [1] - 2164:8
Counsel [2] - 2110:8,
2147:4
counsel [2] - 2111:5,
2138:14
counterclockwise [1]
- 2132:5
coupled [2] - 2151:13
course [7] - 2111:23,
2117:14, 2132:3,
2148:9, 2155:3,
2161:18, 2169:10
COURT [65] - 1:1,
3:15, 2092:4,
2092:8, 2092:12,
2097:16, 2098:7,
2104:19, 2104:23,
2105:5, 2110:1,
2110:7, 2111:5,
2111:11, 2112:3,
2112:11, 2112:15,
2112:25, 2113:3,
2117:10, 2117:19,
2120:21, 2121:3,
2129:18, 2129:24,
2130:4, 2131:21,
2136:10, 2138:1,
2138:5, 2138:9,
2138:14, 2138:17,
2138:22, 2138:25,
2142:23, 2147:4,
2151:20, 2152:23,
2159:19, 2159:25,
2164:8, 2164:10,
2164:20, 2164:24,
2165:2, 2165:4,
2166:13, 2166:21,
2167:10, 2168:22,
2173:15, 2175:17,
2175:20, 2176:11,
2176:25, 2179:8,
2180:5, 2180:7,
2181:24, 2182:25,
2183:3, 2183:7,
2187:21, 2187:25
Court [24] - 2094:10,
2094:19, 2095:1,
2096:4, 2096:15,
2097:7, 2100:25,
2103:19, 2110:21,
2131:7, 2131:14,
2143:11, 2144:6,

2151:20, 2160:25,
2166:17, 2168:22,
2173:21, 2188:2,
2188:10, 2188:11,
2188:12, 2188:21,
2188:22
court [2] - 2092:10,
2138:21
cover [2] - 2119:14,
2159:1
covers [7] - 2130:10,
2130:12, 2130:13,
2130:14, 2130:15,
2171:5, 2171:16
crack [1] - 2104:22
cracks [10] - 2103:24,
2104:3, 2104:6,
2104:7, 2104:8,
2104:10, 2104:17,
2105:9, 2105:10,
2131:8
crane [2] - 2128:23,
2128:25
crawl [1] - 2107:23
create [2] - 2153:24,
2185:14
created [6] - 2108:25,
2157:20, 2161:15,
2161:24, 2186:2,
2186:4
critical [1] - 2144:25
cross [3] - 2098:4,
2138:15, 2155:23
CROSS [2] - 4:7,
2139:1
CROSS-
EXAMINATION [2] -
4:7, 2139:1
crossed [6] - 2119:8,
2120:2, 2120:3,
2120:8, 2137:8,
2155:23
crosses [1] - 2136:22
crossing [2] -
2118:25, 2131:24
CRR [2] - 3:15,
2188:20
current [3] - 2149:22,
2151:5, 2170:6
currents [24] -
2149:12, 2149:18,
2149:23, 2150:2,
2150:10, 2150:21,
2150:22, 2150:25,
2151:2, 2151:7,
2151:10, 2151:11,
2151:14, 2151:16,
2152:3, 2152:6,
2152:9, 2155:22,
2156:4, 2156:5,

2170:6, 2170:10
**curve** [1] - 2093:8
**curves** [1] - 2166:12
**Cushing** [40] -
2092:16, 2094:3,
2094:9, 2094:18,
2095:17, 2096:3,
2096:14, 2096:20,
2098:18, 2099:21,
2100:15, 2101:23,
2102:10, 2103:1,
2103:5, 2103:19,
2103:23, 2104:23,
2105:12, 2106:23,
2107:13, 2108:5,
2110:1, 2113:23,
2114:18, 2114:23,
2115:11, 2119:16,
2121:6, 2121:15,
2123:5, 2125:3,
2125:7, 2125:17,
2126:10, 2128:4,
2130:9, 2130:16,
2131:12, 2131:20
**cushing** [1] - 2139:3
**Cushing's** [4] -
2157:18, 2173:11,
2173:16, 2173:17
**CUSHING**..................
...............[1] - 4:5
**cut** [4] - 2108:6,
2108:8, 2117:2,
2161:16
**cutaway** [1] - 2132:23

# D

**Daggett** [19] - 2146:5,
2149:13, 2150:8,
2150:20, 2150:24,
2151:3, 2153:4,
2153:22, 2153:24,
2154:13, 2154:24,
2156:4, 2156:11,
2156:20, 2157:1,
2157:8, 2157:12,
2176:21, 2180:10
**Daggett's** [18] -
2150:9, 2150:18,
2152:2, 2152:21,
2153:18, 2154:12,
2154:19, 2155:12,
2155:21, 2156:7,
2156:12, 2156:16,
2157:25, 2158:10,
2158:20, 2159:11,
2160:5, 2180:1
**damage** [16] -
2101:23, 2103:9,
2103:19, 2107:17,

2107:18, 2116:23,
2116:24, 2124:1,
2124:4, 2124:5,
2124:7, 2129:11,
2129:18, 2130:12,
2130:14, 2141:12
**DANIEL** [1] - 3:8
**dark** [1] - 2104:6
**data** [16] - 2093:18,
2144:19, 2144:21,
2144:25, 2146:8,
2146:21, 2146:24,
2148:8, 2156:9,
2161:3, 2162:6,
2162:7, 2168:8,
2168:10, 2170:22,
2180:21
**Data** [3] - 2153:16,
2153:20, 2156:9
**DAY** [1] - 1:18
**DC** [2] - 2:21, 3:6
**debate** [1] - 2166:16
**debris** [1] - 2114:8
**decidedly** [1] - 2102:5
**deck** [3] - 2138:2,
2138:7, 2171:16
**declaration** [6] -
2096:20, 2097:17,
2097:22, 2098:1,
2098:3
**declarations** [1] -
2097:23
**deep** [5] - 2108:20,
2108:23, 2185:10,
2185:12
**deeper** [7] - 2109:7,
2109:9, 2109:14,
2113:21, 2114:10,
2121:14, 2171:1
**deepest** [3] - 2109:15,
2109:22, 2114:12
**defend** [2] - 2157:14,
2157:16
**DEFENDANT** [1] -
2:23
**defense** [4] - 2097:24,
2098:5, 2140:23,
2166:11
**define** [1] - 2144:6
**definitely** [1] - 2179:4
**degrees** [6] - 2095:18,
2095:21, 2116:12,
2133:17, 2163:9,
2164:15
**deluge** [1] - 2095:19
**demonstrate** [1] -
2116:1
**demonstrative** [2] -
2124:17, 2138:3
**depended** [1] -

2156:11
**depict** [1] - 2131:16
**depicted** [1] - 2116:20
**depicting** [1] -
2184:15
**deposition** [5] -
2142:2, 2142:4,
2148:14, 2148:18,
2155:18
**depth** [5] - 2109:12,
2109:17, 2112:12,
2113:20, 2113:24
**DEPUTY** [7] - 2092:7,
2092:10, 2138:6,
2138:20, 2165:17,
2165:20, 2188:1
**DEREK** [1] - 2:23
**derelict** [1] - 2129:1
**describe** [3] -
2094:19, 2117:1,
2123:12
**described** [1] - 2116:3
**describes** [1] -
2160:23
**describing** [2] -
2160:22, 2160:24
**DESCRIPTION** [1] -
4:12
**despite** [2] - 2098:24
**destroyed** [3] -
2119:9, 2123:22,
2123:23
**destruction** [2] -
2101:20, 2102:2
**detached** [2] -
2103:14, 2107:6
**detail** [1] - 2131:17
**determination** [3] -
2145:1, 2151:6,
2155:21
**determine** [7] -
2102:4, 2149:17,
2149:22, 2150:24,
2151:1, 2155:3,
2176:11
**determined** [2] -
2151:6, 2155:11
**determining** [4] -
2136:7, 2141:12,
2145:5, 2159:21
**devastation** [1] -
2094:17
**diagonal** [1] - 2136:19
**diagonally** [2] -
2118:15, 2122:17
**diagram** [20] -
2092:16, 2096:25,
2098:12, 2100:15,
2121:24, 2121:25,
2128:4, 2129:13,

2157:20, 2159:14,
2161:13, 2161:15,
2161:24, 2162:2,
2166:5, 2166:23,
2178:8, 2184:11
**diagrams** [1] -
2116:20
**difference** [5] -
2133:11, 2143:7,
2143:9, 2143:11,
2144:3
**different** [8] - 2097:22,
2106:18, 2144:5,
2144:7, 2154:14,
2155:10, 2175:1,
2181:17
**differently** [1] -
2160:18
**dimension** [2] -
2099:8, 2099:12
**dimensions** [1] -
2117:6
**DIRECT** [2] - 4:6,
2092:14
**directed** [1] - 2099:1
**direction** [39] -
2096:18, 2097:1,
2099:6, 2099:10,
2099:17, 2113:6,
2119:24, 2120:1,
2120:6, 2127:6,
2128:10, 2128:19,
2128:24, 2132:8,
2132:9, 2132:20,
2134:2, 2134:20,
2135:14, 2135:17,
2136:23, 2137:11,
2137:14, 2145:1,
2145:2, 2145:5,
2145:25, 2149:3,
2162:14, 2162:15,
2164:14, 2167:8,
2167:9, 2167:13,
2167:14, 2168:23,
2170:2, 2172:16
**directions** [6] -
2102:7, 2128:4,
2128:9, 2149:1,
2158:13, 2164:12
**directly** [4] - 2101:21,
2102:15, 2120:6,
2132:4
**disagree** [3] -
2123:12, 2175:12,
2175:15
**discussed** [1] -
2135:6
**displace** [1] - 2107:1
**displaced** [6] -
2185:8, 2186:4,

2186:10, 2186:25,
2187:6, 2187:9
**displacement** [6] -
2185:25, 2186:2,
2186:13, 2186:20,
2187:11, 2187:14
**dispute** [4] - 2168:12,
2175:9, 2182:8,
2182:10
**distance** [4] - 2099:8,
2100:9, 2113:8,
2149:8
**DISTRICT** [3] - 1:1,
1:2, 1:20
**District** [3] - 2188:12,
2188:22
**docks** [1] - 2158:7
**document** [2] -
2157:19, 2161:14
**done** [12] - 2098:8,
2111:13, 2139:14,
2139:25, 2140:3,
2141:14, 2141:21,
2141:24, 2142:6,
2153:16
**Dooley** [11] - 2145:6,
2145:8, 2145:20,
2145:25, 2146:3,
2146:7, 2147:1,
2148:8, 2162:5,
2162:6, 2162:7
**Dooley's** [11] -
2145:17, 2145:23,
2163:7, 2163:14,
2168:8, 2168:10,
2168:12, 2168:14,
2168:17, 2168:19,
2168:23
**down** [16] - 2095:11,
2097:3, 2102:22,
2108:12, 2114:9,
2119:22, 2133:15,
2135:4, 2144:4,
2154:10, 2161:20,
2167:12, 2167:23,
2171:5, 2172:13,
2182:24
**downbursts** [1] -
2147:23
**downdrafts** [1] -
2147:20
**downstream** [1] -
2148:24
**downward** [1] -
2148:8
**dr** [1] - 2096:3
**DR** [1] - 4:5
**Dr** [111] - 2092:16,
2092:17, 2094:3,
2094:9, 2094:18,

2095:17, 2096:14, 2096:20, 2097:9, 2097:10, 2097:14, 2098:12, 2098:18, 2099:2, 2099:19, 2099:21, 2100:15, 2101:23, 2102:10, 2103:1, 2103:5, 2103:19, 2103:23, 2104:23, 2105:12, 2106:23, 2107:13, 2108:5, 2110:1, 2113:23, 2114:18, 2114:23, 2119:16, 2121:6, 2121:15, 2123:5, 2125:3, 2125:7, 2125:17, 2126:10, 2128:4, 2130:9, 2130:16, 2131:12, 2131:20, 2139:3, 2145:6, 2145:8, 2145:17, 2145:20, 2145:23, 2145:25, 2146:3, 2146:5, 2146:7, 2147:1, 2148:8, 2149:13, 2150:8, 2150:9, 2150:18, 2150:20, 2150:24, 2151:3, 2152:2, 2152:21, 2153:4, 2153:18, 2153:22, 2153:24, 2154:12, 2154:13, 2154:19, 2154:24, 2155:12, 2155:21, 2156:4, 2156:7, 2156:11, 2156:12, 2156:16, 2156:20, 2157:1, 2157:8, 2157:12, 2157:18, 2157:25, 2158:10, 2158:20, 2159:11, 2160:5, 2162:5, 2162:6, 2162:7, 2163:7, 2163:14, 2168:8, 2168:10, 2168:12, 2168:14, 2168:17, 2168:19, 2168:23, 2173:11, 2173:16, 2173:17, 2176:21, 2180:1, 2180:10, 2185:17
**draft** [6] - 2170:19, 2171:23, 2172:1, 2172:5, 2172:7, 2172:12
**dragged** [1] - 2135:4
**drained** [2] - 2127:5, 2137:23
**draw** [4] - 2105:8,

2128:5, 2166:7, 2167:4
**drawing** [1] - 2131:25
**drawn** [4] - 2096:2, 2108:1, 2164:7, 2178:21
**DRIVE** [2] - 2:16, 3:12
**driven** [1] - 2121:13
**Drs** [1] - 2131:17
**DRUKER** [1] - 2:9
**dry** [1] - 2171:17
**during** [4] - 2144:25, 2148:6, 2152:9, 2158:12
**DUVAL** [1] - 1:19
**DX** [3] - 2112:25, 2113:2, 2115:11

**E**

**early** [2] - 2132:2, 2141:1
**easier** [1] - 2105:21
**east** [9] - 2105:4, 2106:17, 2128:11, 2129:15, 2132:6, 2134:2, 2167:5, 2170:10, 2170:17
**east-west** [1] - 2129:15
**easterly** [3] - 2120:6, 2128:12, 2135:9
**Eastern** [1] - 2188:12
**eastern** [3] - 2105:8, 2152:18, 2163:19
**EASTERN** [1] - 1:2
**easy** [1] - 2179:8
**eddies** [2] - 2148:20, 2148:25
**edge** [10] - 2094:20, 2118:17, 2118:22, 2119:1, 2120:2, 2120:18, 2136:21, 2137:6, 2137:10, 2172:23
**education** [1] - 2182:3
**effect** [1] - 2171:17
**eight** [1] - 2129:7
**either** [6] - 2101:8, 2111:24, 2130:13, 2130:14, 2161:9, 2164:11
**element** [1] - 2144:21
**ELMO** [1] - 2158:4
**embedded** [3] - 2106:6, 2114:5, 2133:5
**empty** [1] - 2132:17
**enclosed** [1] -

2128:25
**end** [56] - 2093:25, 2094:22, 2096:8, 2099:18, 2099:19, 2101:3, 2101:7, 2101:8, 2101:10, 2104:3, 2105:16, 2107:5, 2107:8, 2107:11, 2108:22, 2111:2, 2113:5, 2113:13, 2113:14, 2113:19, 2114:20, 2114:21, 2116:3, 2116:23, 2118:6, 2118:8, 2118:21, 2119:1, 2119:6, 2120:4, 2124:8, 2124:15, 2125:12, 2125:15, 2128:20, 2132:22, 2135:1, 2135:5, 2136:24, 2137:11, 2142:19, 2142:20, 2153:25, 2160:6, 2164:2, 2164:4, 2164:22, 2165:8, 2165:10, 2165:12, 2167:6, 2167:16, 2167:19, 2168:2, 2180:18, 2184:16
**ended** [4] - 2128:19, 2152:9, 2163:19, 2164:4
**ends** [2] - 2101:8, 2107:25
**ENERGY** [1] - 2:24
**energy** [1] - 2127:18
**engineer** [6] - 2095:22, 2157:1, 2157:5, 2157:8, 2157:10, 2157:11
**engineering** [2] - 2157:3, 2157:9
**enhanced** [1] - 2105:20
**enhancement** [2] - 2106:11, 2106:20
**enhancing** [1] - 2106:3
**enlargement** [2] - 2107:5, 2112:23
**ENTERED** [2] - 4:14, 4:15
**entered** [22] - 2114:21, 2118:2, 2118:15, 2118:24, 2119:17, 2120:10, 2121:6, 2123:6, 2124:13, 2125:8, 2126:17, 2126:24, 2127:3,

2127:9, 2127:16, 2128:2, 2135:22, 2135:23, 2138:11, 2143:14, 2143:21, 2165:25
**entering** [3] - 2118:16, 2120:17, 2128:6
**entire** [13] - 2109:24, 2115:23, 2118:20, 2118:21, 2119:15, 2121:12, 2122:8, 2124:1, 2137:5, 2138:7, 2150:3, 2153:7, 2186:12
**entitled** [1] - 2188:15
**eon** [1] - 2159:20
**equal** [7] - 2143:2, 2143:4, 2143:5, 2143:6, 2143:23, 2144:7, 2144:12
**equally** [2] - 2122:19, 2122:22
**equate** [1] - 2139:4
**erect** [1] - 2115:21
**ERIC** [1] - 3:5
**erodes** [1] - 2109:5
**erosion** [2] - 2185:7, 2185:14
**escape** [1] - 2135:20
**escaped** [1] - 2161:7
**ESQUIRE** [15] - 1:24, 2:3, 2:6, 2:9, 2:12, 2:13, 2:19, 2:23, 3:3, 3:4, 3:4, 3:5, 3:5, 3:8, 3:11
**essentially** [2] - 2167:2, 2186:21
**establish** [1] - 2153:17
**estimate** [6] - 2110:3, 2117:13, 2117:16, 2144:18, 2175:4, 2175:7
**estimates** [2] - 2111:25, 2117:13
**et** [2] - 2098:10, 2159:23
**evenly** [1] - 2162:19
**event** [1] - 2159:20
**events** [2] - 2117:24, 2131:15
**eventually** [2] - 2102:18, 2132:8
**evidence** [29] - 2094:5, 2098:6, 2098:24, 2102:10, 2103:2, 2103:7, 2104:21, 2105:10, 2107:10, 2107:17, 2108:16, 2108:18,

2109:25, 2110:18, 2111:7, 2114:18, 2114:20, 2114:23, 2115:15, 2116:2, 2124:9, 2124:11, 2124:13, 2125:4, 2126:23, 2138:11, 2165:25, 2172:10, 2174:12
**EVIDENCE**................ . [2] - 4:14, 4:15
**evident** [2] - 2097:21, 2124:5
**exact** [1] - 2175:10
**exactly** [4] - 2150:24, 2179:22, 2186:9
**EXAMINATION** [31] - 4:6, 4:7, 2092:14, 2098:16, 2105:6, 2110:9, 2111:18, 2112:16, 2113:10, 2117:22, 2121:4, 2130:7, 2139:1, 2142:24, 2147:5, 2151:24, 2153:2, 2154:22, 2160:1, 2165:5, 2166:1, 2166:24, 2168:25, 2173:18, 2175:25, 2176:16, 2177:3, 2179:12, 2180:8, 2182:5, 2183:13
**examination** [3] - 2108:1, 2126:23, 2141:11
**EXAMINATIONS** [1] - 4:3
**examine** [5] - 2105:3, 2107:20, 2108:15, 2129:1, 2150:2
**examined** [8] - 2103:1, 2107:16, 2107:21, 2107:24, 2129:10, 2130:11, 2141:15, 2141:17
**example** [3] - 2125:10, 2159:10, 2163:5
**excuse** [1] - 2104:19
**exert** [1] - 2133:15
**Exhibit** [3] - 2138:11, 2165:14, 2165:24
**EXHIBIT** [2] - 4:14, 4:15
**exhibit** [2] - 2093:11, 2176:24
**exhumation** [1] - 2105:1
**existence** [8] - 2147:10, 2147:13, 2147:15, 2147:17,

2147:20, 2147:23, 2148:1, 2148:5
**existing** [3] - 2111:3, 2111:15, 2112:4
**expand** [2] - 2103:12, 2103:15
**expanding** [3] - 2103:13, 2103:17, 2104:8
**expecting** [1] - 2154:18
**experience** [2] - 2095:22, 2182:4
**expert** [8] - 2097:16, 2097:19, 2097:23, 2139:8, 2140:1, 2146:13, 2186:8
**expertise** [1] - 2186:9
**explain** [1] - 2103:9
**exposed** [1] - 2125:13
**expressed** [1] - 2103:24
**extant** [1] - 2183:3
**extend** [3] - 2095:6, 2175:8, 2187:14
**extended** [1] - 2108:22
**extending** [7] - 2095:7, 2101:10, 2108:20, 2108:21, 2113:22, 2115:6, 2133:6
**extends** [2] - 2095:10, 2128:23
**extensive** [4] - 2105:18, 2106:4, 2124:4, 2141:24
**extent** [2] - 2172:13, 2175:22
**extreme** [1] - 2102:25
**Exxon** [2] - 2141:5

**F**

**face** [1] - 2129:15
**facilities** [1] - 2141:25
**facing** [1] - 2127:2
**fact** [12] - 2097:14, 2100:9, 2107:7, 2117:14, 2118:2, 2136:19, 2141:20, 2151:13, 2163:4, 2163:7, 2163:14, 2181:2
**factor** [2] - 2112:10, 2174:13
**facts** [1] - 2097:8
**fail** [4] - 2112:5, 2123:4, 2131:8

**failed** [12] - 2095:19, 2108:19, 2114:19, 2115:16, 2121:8, 2121:11, 2125:9, 2125:14, 2134:21, 2135:3, 2182:16, 2182:18
**failing** [1] - 2105:10
**fails** [1] - 2127:24
**failure** [12] - 2095:25, 2102:13, 2103:10, 2108:2, 2110:3, 2110:13, 2110:14, 2110:16, 2121:13, 2134:17, 2155:24
**fair** [13] - 2164:18, 2167:3, 2167:13, 2168:19, 2169:4, 2173:21, 2179:24, 2181:18, 2186:10, 2186:13, 2186:21, 2186:22, 2187:16
**Fair** [2] - 2179:15, 2182:15
**fairly** [1] - 2162:19
**fall** [1] - 2185:19
**fallen** [27] - 2093:23, 2093:25, 2102:8, 2104:5, 2104:14, 2114:25, 2115:5, 2115:7, 2115:13, 2115:22, 2118:25, 2119:6, 2119:10, 2119:11, 2120:3, 2120:7, 2122:20, 2122:24, 2124:23, 2126:22, 2134:22, 2134:23, 2135:6, 2136:21, 2137:1, 2142:18, 2170:18
**falling** [1] - 2103:16
**familiar** [10] - 2096:20, 2096:24, 2099:21, 2103:23, 2106:23, 2107:2, 2121:18, 2123:5, 2125:17, 2168:16
**famous** [1] - 2120:24
**fanned** [1] - 2102:7
**fanning** [1] - 2120:16
**far** [2] - 2101:19, 2113:15
**fashion** [3] - 2095:18, 2103:12, 2136:1
**faster** [1] - 2136:17
**feet** [46] - 2093:9, 2095:6, 2095:8, 2095:11, 2098:20, 2099:10, 2099:14, 2099:16, 2100:5,

2100:6, 2100:10, 2100:12, 2101:13, 2108:7, 2112:2, 2119:13, 2126:2, 2133:2, 2133:3, 2133:4, 2133:6, 2136:15, 2144:16, 2144:17, 2149:11, 2177:9, 2177:11, 2177:15, 2177:16, 2177:17, 2177:18, 2177:20, 2177:23, 2178:15, 2179:11, 2180:14, 2180:21, 2181:3, 2181:12, 2183:8, 2183:12
**fell** [1] - 2116:2
**felt** [1] - 2112:1
**fence** [5] - 2114:3, 2114:4, 2114:7, 2133:9
**fences** [1] - 2102:2
**fendering** [2] - 2158:7
**few** [3] - 2119:4, 2156:1, 2165:22
**fiberglass** [1] - 2130:10
**figure** [5] - 2093:10, 2115:11, 2124:17, 2160:6, 2185:17
**figures** [4] - 2116:1, 2119:16, 2123:11, 2173:20
**Figures** [1] - 2173:16
**final** [4] - 2102:11, 2102:18, 2120:19, 2137:21
**finally** [1] - 2120:4
**fine** [3] - 2165:23, 2168:13, 2183:7
**finish** [2] - 2104:19, 2181:25
**first** [10] - 2101:18, 2109:23, 2118:16, 2121:24, 2123:14, 2123:16, 2130:2, 2134:19, 2134:21, 2182:19
**First** [1] - 2164:10
**fit** [2] - 2098:19, 2099:16
**fits** [1] - 2093:17
**five** [2] - 2093:10, 2132:16
**fixed** [1] - 2159:22
**flashlight** [1] - 2171:16
**flattened** [1] - 2119:8
**flattening** [1] - 2116:17

**floating** [2] - 2160:7, 2160:15
**flood** [5] - 2114:25, 2143:23, 2185:22, 2186:5, 2187:3
**flooded** [9] - 2093:24, 2096:6, 2123:7, 2124:9, 2127:11, 2128:3, 2171:2, 2172:4, 2185:5
**flooding** [5] - 2093:20, 2093:21, 2094:2, 2137:9, 2185:3
**floodwall** [149] - 2093:25, 2094:7, 2094:23, 2095:4, 2095:5, 2095:11, 2095:19, 2096:9, 2097:2, 2099:2, 2099:5, 2099:10, 2100:5, 2100:9, 2100:12, 2100:13, 2100:16, 2100:18, 2100:19, 2101:3, 2101:9, 2101:11, 2102:9, 2103:1, 2103:2, 2103:25, 2104:5, 2104:14, 2104:18, 2104:24, 2105:9, 2105:10, 2106:17, 2108:17, 2108:18, 2108:21, 2109:1, 2109:2, 2109:6, 2109:7, 2109:15, 2109:16, 2109:24, 2110:19, 2110:23, 2110:25, 2111:2, 2111:3, 2111:4, 2111:16, 2111:22, 2112:4, 2112:12, 2112:23, 2112:24, 2113:5, 2114:2, 2114:4, 2114:10, 2114:12, 2114:13, 2114:17, 2114:19, 2114:24, 2115:2, 2115:16, 2116:2, 2116:13, 2117:9, 2117:15, 2118:16, 2118:25, 2119:6, 2120:3, 2120:7, 2120:11, 2121:8, 2121:11, 2121:19, 2122:9, 2122:12, 2122:13, 2122:15, 2122:23, 2123:3, 2123:4, 2123:17, 2123:20, 2123:22, 2123:23, 2124:3, 2124:23,

2125:5, 2125:8, 2125:20, 2127:23, 2131:8, 2132:23, 2132:24, 2132:25, 2133:1, 2133:10, 2133:12, 2133:13, 2133:14, 2133:15, 2133:16, 2134:6, 2134:7, 2134:12, 2134:13, 2134:14, 2134:16, 2134:19, 2134:23, 2134:25, 2135:3, 2135:4, 2135:11, 2136:7, 2136:21, 2136:22, 2137:1, 2141:17, 2142:18, 2150:22, 2152:18, 2153:5, 2153:7, 2156:8, 2156:14, 2158:18, 2159:2, 2170:11, 2170:18, 2184:20, 2184:21, 2187:20
**floodwall's** [2] - 2122:16, 2134:17
**floodwalls** [7] - 2105:3, 2111:15, 2111:21, 2133:8, 2133:11, 2139:13, 2159:22
**floodwaters** [1] - 2120:11
**FLOOR** [2] - 2:7, 2:10
**Florida** [7] - 2096:17, 2131:24, 2133:2, 2150:3, 2153:8, 2159:11, 2160:4
**flow** [8] - 2102:4, 2102:6, 2114:9, 2127:22, 2134:13, 2143:5, 2149:12, 2154:9
**FLOWER** [1] - 2:7
**flowing** [5] - 2114:12, 2120:13, 2144:13, 2160:18, 2181:13
**fluids** [1] - 2171:3
**focus** [1] - 2126:10
**following** [1] - 2178:18
**foot** [3] - 2143:8, 2170:20, 2172:2
**FOR** [2] - 1:23, 2:23
**force** [8] - 2133:15, 2152:10, 2152:12, 2152:14, 2152:17, 2159:22, 2160:14, 2169:24
**forces** [3] - 2134:12, 2152:7, 2158:7

fore [1] - 2135:24
foregoing [1] - 2188:13
foreground [9] - 2115:3, 2115:5, 2115:18, 2115:19, 2116:8, 2116:18, 2119:10, 2124:21, 2135:7
forensic [1] - 2126:23
forgotten [1] - 2110:2
form [2] - 2156:9, 2176:14
formed [6] - 2120:8, 2125:15, 2131:23, 2170:5, 2170:7, 2175:17
forming [3] - 2104:8, 2133:14, 2134:10
forward [3] - 2118:21, 2124:8, 2137:19
four [5] - 2108:7, 2108:15, 2168:16, 2170:20, 2172:2
four-and-a-half [2] - 2170:20, 2172:2
free [5] - 2135:18, 2158:12, 2158:16, 2158:23, 2160:18
freely [2] - 2160:7, 2160:15
freely-floating [1] - 2160:7
freestanding [1] - 2122:13
friction [5] - 2148:15, 2148:16, 2160:8, 2160:13, 2160:14
Friday [2] - 2092:16, 2110:2
front [3] - 2168:7, 2178:8, 2185:22
full [1] - 2124:4
fully [1] - 2120:10
fundamental [1] - 2182:3
furthermore [3] - 2111:4, 2111:12, 2124:13

## G

gan [1] - 2129:25
gantry [15] - 2128:23, 2128:25, 2129:2, 2129:5, 2129:12, 2129:13, 2129:15, 2129:16, 2129:19, 2129:23, 2130:13,

2130:14, 2132:16, 2136:4
gap [6] - 2099:9, 2099:16, 2115:13, 2119:10, 2133:14, 2186:7
gaps [2] - 2185:14, 2186:19
gasfree [1] - 2171:6
gauge [3] - 2177:25, 2178:3, 2178:6
general [2] - 2114:14, 2184:4
generally [4] - 2162:14, 2162:16, 2172:17
gently [1] - 2120:13
geologist [1] - 2139:6
geotechnical [3] - 2131:16, 2139:8, 2186:8
GILBERT [3] - 2:3, 2:3, 2175:19
given [4] - 2143:18, 2151:9, 2151:18, 2166:15
GOLDBERG [1] - 3:5
GOODWIN [1] - 3:3
government [1] - 2140:20
GPS [2] - 2153:15, 2153:16
gradual [2] - 2162:17, 2162:18
gradually [1] - 2162:13
graphic [5] - 2116:7, 2118:4, 2123:16, 2124:18, 2129:4
grass [2] - 2106:19, 2106:22
grassy [2] - 2109:4
gray [1] - 2171:19
great [4] - 2126:17, 2127:8, 2131:16, 2143:7
greatest [1] - 2102:5
greatly [2] - 2114:17, 2134:16
grids [1] - 2168:18
GROCHOW [1] - 2:9
grounded [5] - 2118:18, 2124:7, 2137:25, 2141:13, 2160:17
grounding [3] - 2120:7, 2124:7, 2124:11
guess [1] - 2097:25
Gulf [2] - 2131:25,

2132:1

## H

half [3] - 2126:4, 2170:20, 2172:2
halfway [1] - 2179:10
hand [12] - 2094:14, 2095:8, 2096:7, 2100:11, 2100:21, 2101:4, 2101:5, 2102:16, 2102:19, 2108:13, 2129:4, 2132:11
happy [1] - 2178:22
Harbor [2] - 2104:17, 2105:4
hard [1] - 2109:2
headings [3] - 2168:17, 2168:18, 2169:2
hear [4] - 2098:18, 2098:21, 2105:12, 2131:16
HEARD [1] - 1:19
heard [4] - 2146:9, 2147:1, 2148:9
heave [1] - 2125:19
height [22] - 2110:25, 2111:22, 2111:23, 2112:6, 2112:12, 2143:1, 2143:2, 2143:3, 2143:7, 2143:12, 2143:13, 2143:17, 2143:19, 2144:3, 2178:8, 2178:24, 2180:2, 2180:13, 2180:16, 2183:4, 2183:11, 2184:2
heights [1] - 2177:24
help [4] - 2151:20, 2155:13, 2155:22, 2156:4
helped [2] - 2114:9, 2156:9
helpful [1] - 2178:21
hereby [1] - 2188:13
HERNDON [1] - 3:12
high [10] - 2126:5, 2127:10, 2127:21, 2127:25, 2136:8, 2137:15, 2181:3, 2181:12, 2182:16, 2182:20
high-water [1] - 2127:25
higher [5] - 2115:23, 2129:7, 2133:3,

2179:1
highlighted [3] - 2094:21, 2101:14, 2158:5
hindcast [3] - 2145:8, 2145:15, 2169:3
hired [1] - 2141:5
history [1] - 2140:19
hit [10] - 2092:18, 2093:6, 2115:21, 2115:22, 2122:23, 2123:1, 2129:23, 2129:25, 2130:15
hitting [2] - 2116:14, 2122:20
hold [1] - 2109:8
holding [2] - 2128:11, 2133:23
holes [2] - 2185:7, 2185:14
HOLIDAY [1] - 1:12
honestly [1] - 2160:24
Honor [29] - 2092:9, 2092:13, 2097:4, 2098:2, 2098:4, 2098:15, 2111:6, 2117:21, 2126:13, 2131:12, 2138:12, 2138:16, 2138:23, 2146:25, 2147:1, 2147:3, 2153:1, 2154:17, 2164:9, 2164:18, 2165:14, 2166:6, 2166:11, 2175:16, 2175:19, 2179:9, 2180:6, 2182:2, 2183:6
Honor's [3] - 2110:15, 2110:16, 2112:19
HONORABLE [1] - 1:19
horizontal [5] - 2115:9, 2124:16, 2124:19, 2124:20, 2143:25
horizontally [1] - 2116:15
hour [4] - 2136:14, 2169:13, 2169:14, 2169:17
house [5] - 2094:14, 2096:6, 2127:18, 2127:19, 2137:12
houses [4] - 2102:2, 2126:16, 2127:14, 2137:18
housing [6] - 2128:25, 2129:2, 2129:5, 2129:10, 2129:12, 2130:14

hundred [1] - 2107:15
Hurricane [14] - 2095:4, 2106:18, 2107:22, 2111:14, 2129:3, 2137:22, 2147:15, 2147:18, 2147:21, 2147:24, 2148:2, 2148:6, 2185:4
hurricane [7] - 2131:24, 2132:2, 2132:5, 2132:6, 2133:19, 2133:24, 2134:1
hurricanes [1] - 2131:23
hydrodynamicist [1] - 2182:3
hydrograph [5] - 2176:18, 2176:21, 2176:23, 2177:7, 2184:3
hydrologist [4] - 2139:23, 2181:21, 2181:23, 2182:7
hydrostatic [2] - 2109:9, 2133:13
hypothet [1] - 2165:2
hypothetical [5] - 2136:8, 2164:25, 2166:7, 2166:9, 2166:16, 2166:17
hypothetically [1] - 2098:23

## I

I-wall [1] - 2125:11
idea [1] - 2136:18
identified [1] - 2112:9
identify [2] - 2104:2, 2105:25
IHNC [1] - 2169:4
ILIT [2] - 2111:20, 2176:4
immediately [1] - 2111:14
impact [3] - 2093:12, 2103:7, 2103:20
impacted [1] - 2121:19
impacting [1] - 2125:4
impacts [2] - 2131:7
important [4] - 2115:4, 2115:12, 2136:20, 2144:21
importantly [1] - 2111:12
impossible [1] -

2125:24

**IN** [1] - 1:4

**in-shore** [1] - 2184:20

**inappropriate** [1] - 2157:10

**INC** [2] - 1:12, 3:11

**Inc** [1] - 2145:8

**inception** [4] - 2102:11, 2102:14, 2108:2, 2108:4

**inches** [9] - 2115:22, 2117:7, 2126:6, 2144:15, 2170:20, 2171:1, 2172:2, 2172:5, 2172:25

**incident** [1] - 2141:7

**inclined** [1] - 2173:5

**included** [1] - 2158:19

**indeed** [2] - 2125:11, 2151:3

**independently** [1] - 2156:9

**indicate** [1] - 2130:13

**indicated** [1] - 2162:1

**indicating** [5] - 2099:7, 2122:17, 2126:24, 2129:11, 2130:15

**indicating)** [2] - 2129:22, 2172:24

**Industrial** [2] - 2132:10, 2148:6

**influence** [2] - 2141:10, 2151:2

**information** [9] - 2097:7, 2144:10, 2144:25, 2145:23, 2150:18, 2163:7, 2163:14, 2166:15, 2172:2

**ING** [1] - 2100:1

**Ingram** [1] - 2170:22

**initiated** [2] - 2095:24, 2107:11

**initiation** [6] - 2101:15, 2101:21, 2102:6, 2103:3, 2103:4, 2135:4

**inland** [3] - 2101:19, 2102:15, 2103:12

**Inner** [2] - 2104:17, 2105:4

**inner** [1] - 2109:1

**input** [1] - 2159:21

**inrush** [3] - 2095:19, 2101:18, 2102:5

**inrushing** [2] - 2121:13, 2123:24

**inset** [3] - 2103:6, 2113:2, 2115:11

---

**inshore** [3] - 2094:17, 2134:7, 2134:12

**inside** [9] - 2142:4, 2146:21, 2150:12, 2154:1, 2156:19, 2171:3, 2176:18, 2177:5, 2177:9

**insignificant** [3] - 2152:8, 2152:9, 2170:7

**instead** [1] - 2124:16

**intensified** [1] - 2131:25

**interesting** [1] - 2131:14

**interlocks** [1] - 2106:24

**interpolated** [1] - 2169:3

**interrogator** [1] - 2164:11

**interrupt** [1] - 2117:20

**interview** [1] - 2165:19

**INTO** [2] - 4:14, 4:15

**introducing** [1] - 2098:5

**inverted** [1] - 2108:10

**investigate** [7] - 2147:10, 2147:17, 2147:20, 2147:23, 2148:1, 2148:5, 2171:14

**investigated** [3] - 2107:14, 2147:13, 2147:14

**investigation** [3] - 2100:24, 2147:16, 2148:7

**investigations** [1] - 2125:7

**involved** [4] - 2108:2, 2140:9, 2140:10, 2142:8

**involvement** [1] - 2140:6

**involves** [1] - 2157:3

**involving** [1] - 2142:9

**inward** [5] - 2101:13, 2116:13, 2120:6, 2122:13, 2122:14

**IPET** [5] - 2093:10, 2111:20, 2112:1, 2176:4

**IPET's** [1] - 2181:2

**issue** [1] - 2104:25

**items** [1] - 2151:4

**itself** [4] - 2108:23, 2170:9, 2170:11, 2170:15

---

# J

**James** [3] - 2141:22, 2142:4

**JERRY** [1] - 1:15

**JEWELERS** [1] - 1:12

**JOHN** [2] - 1:15, 3:3

**Johnson** [3] - 2101:12, 2109:16, 2134:22

**joint** [3] - 2093:5, 2093:13, 2095:10

**joints** [1] - 2134:10

**JOSEPHINE** [1] - 1:11

**Jourdan** [9] - 2095:21, 2101:13, 2120:24, 2120:25, 2126:16, 2127:14, 2137:9, 2137:12, 2137:18

**JR** [1] - 1:19

**judge** [1] - 2157:11

**JUDGE** [1] - 1:20

**juice** [1] - 2180:25

**JULY** [2] - 1:8, 2092:2

---

# K

**KARL** [1] - 2:13

**Katrina** [14] - 2106:18, 2107:22, 2120:21, 2126:12, 2129:3, 2137:22, 2144:25, 2147:15, 2147:18, 2147:21, 2147:24, 2148:2, 2148:6, 2185:4

**KATRINA** [1] - 1:4

**KEELEY** [1] - 3:11

**keep** [2] - 2152:25, 2181:19

**Khorrami** [3] - 2097:20, 2139:4, 2187:21

**KHORRAMI** [46] - 2:6, 2:6, 2097:4, 2097:14, 2098:4, 2098:15, 2111:6, 2138:16, 2138:23, 2139:2, 2142:25, 2147:3, 2147:6, 2151:25, 2153:1, 2153:3, 2154:17, 2154:23, 2160:2, 2164:9, 2164:18, 2165:6, 2165:18, 2165:21, 2166:2, 2166:10, 2166:20, 2166:22, 2166:25, 2167:11, 2169:1,

---

2173:17, 2173:19, 2176:1, 2176:17, 2177:1, 2177:4, 2179:9, 2179:13, 2180:6, 2180:9, 2182:6, 2183:1, 2183:6, 2183:14, 2187:23

**KHORRAMI................... [1] - 4:7

**kind** [1] - 2140:20

**kinds** [1] - 2140:11

**KIRSTEN** [1] - 3:5

**knock** [1] - 2127:18

**knocked** [9] - 2097:3, 2102:21, 2115:23, 2116:11, 2116:15, 2122:5, 2122:13, 2123:1, 2124:24

**knocking** [1] - 2122:11

**knocks** [1] - 2137:2

**knots** [6] - 2168:11, 2169:8, 2169:14, 2169:16, 2169:18

**knowledge** [1] - 2093:13

**KOEPPEL** [1] - 1:23

---

# L

**LA** [6] - 1:25, 2:4, 2:14, 2:17, 2:25, 3:9

**label** [1] - 2112:25

**Lafarge** [6] - 2132:12, 2149:9, 2149:18, 2150:2, 2154:9, 2156:13

**LAFARGE** [1] - 3:11

**land** [6] - 2111:13, 2124:12, 2139:11, 2142:9, 2148:11, 2148:15

**landed** [1] - 2123:17

**landfall** [1] - 2133:25

**large** [3] - 2119:14, 2140:4, 2186:19

**laser** [1] - 2094:18

**last** [6] - 2119:3, 2121:25, 2137:2, 2142:18, 2142:22

**late** [2] - 2162:23, 2162:25

**lateral** [3] - 2174:4, 2174:7, 2174:10

**LAURENCE** [1] - 1:24

**LAW** [3] - 2:3, 2:16, 2:19

**LAWRENCE** [2] - 2:9,

---

2:12

**lead** [1] - 2185:14

**leading** [5] - 2118:22, 2120:2, 2120:18, 2136:21, 2172:23

**lean** [1] - 2134:13

**leaning** [5] - 2115:19, 2115:20, 2116:9, 2125:14, 2173:3

**least** [5] - 2108:6, 2126:4, 2182:15, 2183:17, 2183:20

**leave** [1] - 2151:23

**leeway** [1] - 2097:24

**left** [13] - 2094:24, 2096:7, 2096:8, 2100:21, 2101:4, 2102:19, 2103:13, 2118:10, 2128:7, 2129:3, 2129:9, 2129:19, 2129:21

**left-hand** [4] - 2096:7, 2100:21, 2101:4, 2102:19

**Lemon** [2] - 2147:7, 2165:19

**length** [5] - 2113:15, 2114:4, 2124:1, 2126:4, 2137:5

**lengths** [1] - 2126:5

**lessened** [2] - 2136:12, 2136:13

**lesser** [1] - 2120:14

**levee** [2] - 2141:15, 2144:22

**levees** [1] - 2155:24

**level** [22] - 2093:3, 2093:4, 2093:16, 2111:15, 2115:4, 2120:12, 2124:20, 2127:16, 2133:3, 2144:13, 2153:13, 2156:8, 2156:10, 2172:4, 2174:19, 2176:23, 2177:8, 2177:15, 2178:14, 2183:11, 2183:12

**levels** [4] - 2117:18, 2127:20, 2144:13, 2181:13

**liberality** [1] - 2097:18

**lies** [1] - 2126:15

**lift** [1] - 2123:19

**lifted** [1] - 2107:22

**light** [3] - 2135:18, 2166:15, 2172:1

**likely** [3] - 2155:3, 2181:1, 2182:17

**limitation** [2] - 2158:10, 2158:20

**limitations** [2] - 2158:2, 2158:3
**limits** [1] - 2114:15
**line** [11] - 2101:21, 2102:6, 2104:23, 2106:22, 2122:7, 2166:4, 2166:8, 2167:11, 2167:12, 2184:20, 2186:16
**Line** [1] - 2155:20
**linear** [1] - 2162:20
**lines** [7] - 2127:4, 2127:5, 2137:20, 2178:18, 2178:20, 2179:11, 2180:10
**Lines** [1] - 2155:18
**link** [5] - 2095:15, 2114:3, 2114:4, 2114:7
**list** [1] - 2153:21
**listed** [1] - 2154:7
**litigation** [1] - 2181:20
**LITIGATION** [1] - 1:5
**LNA** [2] - 2113:2, 2156:13
**load** [2] - 2109:9, 2133:13
**loaded** [2] - 2132:16, 2132:17
**local** [1] - 2148:19
**location** [7] - 2106:7, 2126:11, 2166:3, 2167:1, 2176:12, 2182:18, 2185:9
**locations** [1] - 2168:18
**lock** [2] - 2178:3, 2178:6
**lockmaster** [1] - 2180:17
**lockmaster's** [1] - 2177:25
**longitudinal** [1] - 2174:2
**look** [10] - 2112:5, 2118:9, 2124:2, 2135:1, 2154:19, 2161:13, 2163:14, 2168:12, 2171:3, 2178:9
**looked** [12] - 2092:16, 2102:1, 2102:2, 2104:24, 2105:25, 2108:16, 2110:22, 2111:1, 2116:21, 2119:2, 2171:5, 2171:19
**looking** [30] - 2096:5, 2096:17, 2100:15, 2104:4, 2108:11,

2108:14, 2113:6, 2113:13, 2113:23, 2114:23, 2117:3, 2117:5, 2118:3, 2118:5, 2118:6, 2118:11, 2119:20, 2119:21, 2124:17, 2127:2, 2127:3, 2127:12, 2128:22, 2129:14, 2130:9, 2132:13, 2136:25, 2168:23, 2169:7, 2184:16
**loose** [3] - 2103:21, 2128:17, 2135:15
**LOS** [1] - 2:7
**loses** [2] - 2109:9, 2109:10
**loss** [4] - 2134:11, 2134:15, 2135:3
**LOUISIANA** [3] - 1:2, 1:7, 3:16
**Louisiana** [4] - 2111:20, 2125:10, 2188:11, 2188:12
**low** [2] - 2106:5, 2106:9
**Lower** [57] - 2093:24, 2094:13, 2096:2, 2096:6, 2096:16, 2101:3, 2101:20, 2101:22, 2102:4, 2102:15, 2102:22, 2102:24, 2114:21, 2114:25, 2118:2, 2118:15, 2118:22, 2118:24, 2119:17, 2120:7, 2120:9, 2120:10, 2120:17, 2121:1, 2121:7, 2121:14, 2123:6, 2123:7, 2123:24, 2124:7, 2124:8, 2124:14, 2125:8, 2126:24, 2127:4, 2127:9, 2127:10, 2127:16, 2127:21, 2128:1, 2128:2, 2128:3, 2132:11, 2132:21, 2133:18, 2135:23, 2137:8, 2137:10, 2137:24, 2143:5, 2143:14, 2143:15, 2143:20, 2144:14, 2154:1, 2155:4, 2172:23
**lower** [17] - 2092:18, 2094:13, 2101:2, 2102:16, 2108:7, 2111:3, 2115:4,

2115:25, 2127:22, 2134:21, 2144:14, 2181:1, 2182:17, 2182:18, 2182:21, 2183:11
**lowest** [5] - 2109:19, 2134:18, 2180:13, 2180:23
**lunch** [2] - 2187:23, 2187:25
**luncheon** [1] - 2188:3
**lying** [1] - 2115:3

# M

**magnitude** [1] - 2151:5
**main** [6] - 2103:9, 2149:19, 2149:24, 2151:12, 2152:4, 2152:15
**major** [1] - 2094:4
**majority** [4] - 2140:1, 2140:4, 2183:25, 2184:6
**manhole** [2] - 2171:5, 2171:15
**manner** [8] - 2121:7, 2122:15, 2124:14, 2124:19, 2135:19, 2136:19, 2162:17, 2162:18
**marine** [5] - 2095:22, 2107:13, 2139:11, 2141:25, 2169:3
**Marino** [6] - 2092:17, 2097:12, 2098:3, 2098:18, 2099:2, 2099:19
**Marino's** [4] - 2097:9, 2097:10, 2097:14, 2185:17
**mark** [3] - 2163:11, 2165:16, 2165:21
**MARK** [1] - 3:4
**marked** [1] - 2165:18
**marking** [1] - 2165:14
**markings** [1] - 2121:12
**marks** [15] - 2105:13, 2105:18, 2105:20, 2106:1, 2106:4, 2106:5, 2106:7, 2106:8, 2106:9, 2106:13, 2106:18, 2106:21, 2105:21, 2171:8, 2171:10
**marrying** [1] - 2093:12
**massive** [1] - 2185:2

**match** [1] - 2117:6
**matches** [1] - 2117:8
**materials** [1] - 2140:18
**matter** [4] - 2130:24, 2131:3, 2171:19, 2188:16
**maximum** [3] - 2178:2, 2178:3, 2178:5
**McCALL** [1] - 2:23
**mean** [5] - 2109:2, 2143:6, 2148:13, 2151:21, 2172:8
**means** [7] - 2093:20, 2093:23, 2115:24, 2119:24, 2144:7, 2151:20, 2159:1
**meant** [1] - 2158:13
**measure** [1] - 2111:23
**measured** [1] - 2118:5
**measurements** [2] - 2171:8, 2171:11
**MECHANICAL** [1] - 3:17
**meets** [1] - 2157:8
**memory** [1] - 2142:8
**mentioned** [6] - 2097:22, 2139:25, 2142:4, 2142:5, 2148:4, 2184:10
**Merit** [1] - 2188:10
**mesocyclones** [4] - 2147:10, 2147:13, 2147:14, 2147:15
**METAIRIE** [1] - 2:17
**metal** [1] - 2128:25
**metallic** [1] - 2100:4
**meteorological** [1] - 2139:22
**meteorologist** [3] - 2139:17, 2139:19, 2139:20
**meteorology** [1] - 2139:18
**methodology** [1] - 2157:16
**Mexico** [2] - 2131:25, 2132:1
**microbursts** [1] - 2147:17
**might** [2] - 2104:2, 2131:20
**miles** [4] - 2136:14, 2169:13, 2169:14, 2169:17
**mind** [1] - 2142:10
**minute** [1] - 2129:13
**minutes** [3] - 2119:4, 2131:19, 2156:1

**missing** [4] - 2115:9, 2144:9, 2144:10, 2180:21
**Mobil** [1] - 2142:11
**model** [25] - 2153:24, 2154:3, 2154:13, 2154:14, 2154:15, 2155:6, 2155:9, 2157:25, 2158:6, 2158:10, 2158:20, 2158:24, 2159:1, 2159:7, 2159:11, 2159:17, 2159:21, 2160:5, 2160:7, 2160:20, 2160:22, 2160:23, 2161:1
**modelled** [1] - 2155:2
**moment** [4] - 2149:2, 2149:6
**moment-by-moment** [2] - 2149:2, 2149:6
**months** [1] - 2097:12
**moored** [1] - 2162:22
**morning** [19] - 2092:8, 2092:9, 2093:2, 2128:17, 2129:6, 2129:8, 2131:15, 2132:19, 2133:16, 2136:10, 2136:11, 2136:12, 2139:3, 2139:4, 2152:1, 2152:2, 2161:5, 2175:5, 2175:6
**MORNING** [1] - 1:18
**most** [9] - 2100:6, 2100:21, 2118:18, 2126:7, 2131:22, 2155:3, 2180:23, 2180:25, 2183:22
**motion** [2] - 2158:19, 2160:15
**move** [20] - 2094:3, 2100:23, 2102:11, 2102:20, 2102:23, 2109:15, 2120:5, 2136:23, 2147:3, 2150:22, 2151:1, 2151:16, 2153:25, 2158:12, 2158:16, 2158:18, 2158:23, 2162:21, 2185:13, 2187:11
**moved** [16] - 2102:3, 2102:15, 2120:6, 2120:19, 2122:9, 2124:1, 2127:6, 2131:24, 2132:3, 2132:6, 2133:25, 2137:7, 2141:10, 2172:20, 2186:1,

2187:6
**movement** [3] - 2102:1, 2155:2, 2159:14
**movements** [2] - 2145:1, 2145:2
**moves** [4] - 2116:12, 2116:16, 2148:22, 2160:9
**moving** [22] - 2099:11, 2099:12, 2103:12, 2116:13, 2119:23, 2120:1, 2123:25, 2124:18, 2126:17, 2127:8, 2132:3, 2134:9, 2136:5, 2136:13, 2136:14, 2136:17, 2136:18, 2136:19, 2148:14, 2148:15, 2148:18, 2160:12
**MR** [71] - 4:6, 4:7, 2092:13, 2092:15, 2097:4, 2097:8, 2097:14, 2098:2, 2098:4, 2098:15, 2098:17, 2105:7, 2110:10, 2111:6, 2111:10, 2111:19, 2112:17, 2113:2, 2113:11, 2117:21, 2117:23, 2121:5, 2130:8, 2131:12, 2138:2, 2138:7, 2138:12, 2138:16, 2138:23, 2139:2, 2142:25, 2146:25, 2147:3, 2147:6, 2151:25, 2153:1, 2153:3, 2154:17, 2154:23, 2160:2, 2164:9, 2164:18, 2165:6, 2165:18, 2165:21, 2166:2, 2166:6, 2166:10, 2166:20, 2166:22, 2166:25, 2167:11, 2169:1, 2173:17, 2173:19, 2175:16, 2175:19, 2176:1, 2176:17, 2176:24, 2177:1, 2177:4, 2179:9, 2179:13, 2180:6, 2180:9, 2182:6, 2183:1, 2183:6, 2183:14, 2187:23
**MUMFORD** [1] - 1:10
**Murph's** [2] - 2171:18, 2171:21

**must** [2] - 2118:24, 2121:19

# N

**N.W** [1] - 2:20
**Namasco** [7] - 2128:20, 2128:21, 2128:24, 2129:2, 2132:15, 2132:17, 2136:4
**name** [1] - 2142:5
**named** [1] - 2118:6
**natural** [1] - 2135:25
**naval** [1] - 2095:22
**NAVD88** [4] - 2177:10, 2177:15, 2178:8, 2178:25
**Navigation** [1] - 2104:17
**near** [2] - 2101:12, 2134:21
**nearly** [4] - 2120:12, 2143:5, 2143:6, 2144:12
**necessarily** [2] - 2161:12, 2163:1
**necessary** [1] - 2171:12
**need** [3] - 2111:10, 2126:3, 2131:19
**needs** [1] - 2097:16
**neighborhood** [1] - 2117:15
**nestled** [6] - 2159:10, 2159:15, 2159:16, 2160:3, 2160:8, 2160:17
**never** [2] - 2097:5
**NEW** [9] - 1:7, 1:25, 2:4, 2:10, 2:14, 2:25, 3:6, 3:9, 3:16
**New** [5] - 2109:21, 2132:4, 2132:7, 2133:20, 2134:1
**new** [2] - 2097:7, 2111:7
**newer** [2] - 2095:14, 2133:1
**newly** [1] - 2111:4
**next** [9] - 2116:10, 2116:14, 2116:16, 2124:2, 2138:4, 2138:5, 2165:15, 2169:6, 2169:11
**nine** [2] - 2117:7, 2129:7
**Ninth** [58] - 2093:24, 2094:2, 2094:13,

2096:2, 2096:6, 2096:16, 2101:3, 2101:20, 2101:22, 2102:4, 2102:15, 2102:22, 2102:24, 2114:21, 2114:25, 2118:2, 2118:15, 2118:22, 2118:24, 2119:17, 2120:7, 2120:9, 2120:10, 2120:17, 2121:1, 2121:7, 2121:14, 2123:6, 2123:7, 2123:24, 2124:7, 2124:8, 2124:14, 2125:8, 2126:24, 2127:4, 2127:9, 2127:10, 2127:16, 2127:21, 2128:1, 2128:2, 2128:3, 2132:11, 2132:21, 2133:18, 2135:23, 2137:8, 2137:10, 2137:24, 2143:5, 2143:14, 2143:15, 2143:20, 2144:14, 2154:1, 2155:4, 2172:23
**NO** [3] - 1:6, 1:10, 1:14
**nobody** [1] - 2098:8
**NOLET** [1] - 2:9
**nongasfree** [1] - 2071:7
**NONJURY** [1] - 1:19
**normal** [2] - 2118:9, 2129:2
**normally** [1] - 2118:10
**north** [70] - 2094:8, 2094:10, 2094:15, 2094:20, 2094:22, 2095:2, 2095:24, 2096:3, 2096:8, 2096:13, 2096:14, 2096:23, 2098:19, 2098:24, 2099:18, 2099:19, 2099:25, 2101:6, 2101:8, 2104:3, 2104:4, 2105:16, 2105:23, 2106:2, 2107:8, 2108:22, 2109:14, 2111:2, 2113:14, 2113:22, 2126:15, 2130:25, 2132:6, 2133:17, 2133:21, 2133:24, 2135:13, 2137:13, 2137:17, 2163:19, 2163:22, 2163:23, 2163:24, 2164:2, 2164:4,

2164:17, 2164:22, 2165:8, 2165:10, 2165:11, 2165:12, 2167:6, 2170:4, 2170:13, 2172:15, 2172:20, 2174:22, 2175:5, 2175:19, 2175:20, 2176:2, 2184:16
**NORTH** [1] - 3:11
**North** [8] - 2101:12, 2109:16, 2113:7, 2132:12, 2132:13, 2134:21, 2150:4, 2153:8
**north-south** [3] - 2126:15, 2137:13, 2137:17
**northeast** [2] - 2092:25, 2133:22
**northeasterly** [2] - 2132:8, 2132:20
**northerly** [4] - 2127:6, 2128:24, 2132:3, 2132:8
**northern** [2] - 2101:5, 2132:22
**northward** [4] - 2113:14, 2127:3, 2132:13, 2133:25
**northwest** [6] - 2093:3, 2096:17, 2098:10, 2132:3, 2135:22, 2167:5
**northwesterly** [5] - 2096:18, 2096:24, 2132:9, 2135:17, 2162:14
**note** [2] - 2098:7, 2115:4
**nothing** [1] - 2151:20
**notice** [1] - 2186:15
**Number** [1] - 2165:17
**number** [16] - 2106:4, 2121:12, 2138:1, 2138:3, 2138:4, 2138:5, 2140:3, 2140:4, 2151:7, 2168:21, 2173:15, 2176:24, 2177:21, 2185:3
**numbered** [1] - 2188:15
**numbers** [1] - 2105:18
**NY** [1] - 2:10

# O

**o'clock** [63] - 2093:7,

2093:8, 2093:16, 2110:4, 2110:11, 2117:17, 2128:8, 2128:15, 2128:18, 2129:5, 2129:8, 2129:21, 2130:1, 2130:2, 2130:5, 2132:19, 2133:19, 2133:25, 2135:8, 2135:12, 2135:16, 2135:21, 2136:2, 2136:9, 2136:11, 2161:5, 2161:7, 2161:8, 2161:10, 2161:11, 2162:9, 2162:11, 2162:13, 2162:22, 2168:5, 2168:11, 2169:7, 2169:12, 2169:13, 2170:3, 2177:8, 2177:14, 2177:16, 2177:22, 2178:1, 2178:3, 2179:14, 2179:17, 2179:18, 2180:16, 2180:17, 2181:7, 2182:15, 2183:15, 2183:17, 2183:20, 2183:22, 2184:1, 2184:3, 2184:6
**object** [8] - 2097:4, 2100:4, 2111:8, 2158:18, 2158:19, 2160:17, 2166:6, 2166:16
**objection** [3] - 2098:7, 2111:5, 2146:25
**objective** [1] - 2093:17
**objects** [3] - 2159:4, 2159:22, 2160:16
**oblique** [1] - 2100:18
**obliquely** [2] - 2116:12, 2118:15
**observation** [1] - 2122:19
**observations** [1] - 2122:22
**observe** [1] - 2111:20
**observed** [3] - 2094:19, 2171:10, 2171:16
**obtained** [1] - 2111:8
**obviously** [5] - 2097:11, 2120:23, 2123:25, 2125:1, 2134:19
**occurred** [14] - 2093:21, 2101:16, 2109:24, 2127:23, 2131:5, 2141:8,

2143:1, 2175:5, 2175:18, 2176:2, 2176:4, 2176:7, 2182:19, 2184:6
**occurring** [4] - 2134:6, 2134:18, 2135:2
**occurs** [2] - 2109:4, 2183:25
**Oceanweather** [1] - 2145:8
**OF** [6] - 1:2, 1:11, 1:14, 1:19, 2:3, 2:19
**OFFICE** [1] - 2:19
**OFFICES** [1] - 2:3
**Official** [2] - 2188:11, 2188:21
**OFFICIAL** [1] - 3:15
**offshore** [1] - 2185:13
**Oil** [1] - 2142:11
**older** [1] - 2095:13
**once** [3] - 2095:19, 2152:24, 2170:7
**one** [36] - 2099:16, 2100:5, 2102:20, 2104:15, 2104:16, 2106:16, 2108:12, 2108:14, 2110:1, 2112:21, 2113:15, 2115:19, 2118:19, 2121:12, 2124:5, 2127:13, 2131:22, 2140:6, 2140:22, 2142:10, 2151:8, 2159:20, 2165:14, 2165:15, 2165:22, 2165:23, 2167:12, 2169:9, 2170:19, 2171:1, 2172:2, 2172:3, 2172:25, 2178:20, 2181:12, 2185:3
**one-third** [1] - 2118:19
**ones** [1] - 2104:24
**ONLY** [2] - 1:12, 1:15
**open** [2] - 2158:14
**opined** [2] - 2099:2, 2111:22, 2151:14
**opinion** [19] - 2099:24, 2100:3, 2100:16, 2101:15, 2106:13, 2106:15, 2116:1, 2125:22, 2130:16, 2130:21, 2130:25, 2131:4, 2164:15, 2165:9, 2175:18, 2176:7, 2176:14, 2181:3, 2182:20

**opinions** [2] - 2175:8, 2175:13
**ORDER** [1] - 2092:4
**order** [6] - 2102:18, 2107:15, 2126:2, 2136:15, 2165:22
**orient** [4] - 2094:10, 2095:1, 2096:15, 2100:25
**orientation** [1] - 2173:13
**oriented** [1] - 2119:22
**originally** [4] - 2162:22, 2186:16, 2186:18, 2187:12
**Orleans** [5] - 2109:21, 2132:4, 2132:7, 2133:20, 2134:1
**ORLEANS** [7] - 1:7, 1:25, 2:4, 2:14, 2:25, 3:9, 3:16
**ourselves** [1] - 2156:6
**outfit** [1] - 2154:24
**outside** [1] - 2151:8
**overhead** [1] - 2100:24
**overtopped** [2] - 2109:19, 2180:22
**overtopping** [32] - 2109:1, 2109:4, 2109:23, 2114:8, 2114:11, 2134:6, 2134:9, 2134:18, 2135:2, 2174:13, 2174:16, 2174:20, 2174:23, 2174:25, 2175:1, 2176:2, 2176:12, 2180:19, 2181:6, 2181:10, 2182:13, 2182:14, 2182:19, 2182:22, 2182:23, 2183:9, 2183:10, 2183:17, 2183:19, 2183:25, 2184:6
**overwhelming** [1] - 2152:8
**OWI** [1] - 2145:11
**OWI's** [1] - 2145:15
**own** [18] - 2098:6, 2112:8, 2150:7, 2150:8, 2150:10, 2150:19, 2152:4, 2152:5, 2152:24, 2154:4, 2154:5, 2154:7, 2155:7, 2160:22, 2161:2, 2161:3, 2173:10

**P**

**Page** [11] - 2157:18, 2157:19, 2161:13, 2161:14, 2168:19, 2168:22, 2173:11, 2173:17, 2177:2, 2179:25, 2184:4
**page** [8] - 2155:18, 2168:21, 2169:6, 2169:9, 2169:11, 2173:14, 2173:15, 2176:24
**PAGE** [2] - 4:3, 4:12
**pages** [1] - 2154:20
**panel** [38] - 2104:6, 2115:3, 2115:5, 2115:7, 2115:8, 2115:9, 2115:18, 2115:19, 2115:20, 2115:21, 2115:22, 2115:23, 2116:8, 2116:13, 2116:14, 2116:17, 2119:3, 2119:8, 2119:10, 2119:13, 2122:1, 2122:7, 2122:8, 2124:18, 2125:2, 2135:7, 2137:2, 2137:3, 2137:5, 2137:6, 2142:18, 2172:25, 2173:2, 2173:3, 2173:7
**panels** [6] - 2115:2, 2115:14, 2116:19, 2119:2, 2135:6, 2137:2
**parallel** [6] - 2122:8, 2122:12, 2128:14, 2134:2, 2134:20, 2135:10
**part** [13] - 2092:18, 2097:5, 2104:18, 2141:8, 2141:9, 2150:5, 2154:24, 2158:24, 2161:22, 2164:16, 2173:24, 2182:3, 2186:15
**partially** [1] - 2104:5
**particular** [1] - 2174:14
**particularly** [1] - 2104:7
**partly** [1] - 2112:19
**passed** [2] - 2132:6, 2133:19
**passing** [1] - 2134:1
**past** [4] - 2111:1, 2141:15, 2141:16,

2141:17
**path** [2] - 2126:21, 2157:22
**PATRICK** [1] - 2:15
**paving** [1] - 2109:3
**Pazos** [12] - 2096:21, 2097:13, 2098:3, 2098:11, 2098:12, 2099:19, 2103:5, 2103:7, 2105:22, 2106:1, 2123:12, 2123:16
**Pazos'** [4] - 2103:23, 2104:9, 2105:12, 2106:23
**Pazos's** [3] - 2123:5, 2123:11, 2125:17
**peak** [1] - 2181:13
**people** [1] - 2175:22
**Pepper** [3] - 2188:9, 2188:19, 2188:22
**PEPPER** [1] - 3:15
**perfectly** [2] - 2166:7, 2166:8
**perform** [1] - 2101:23
**performed** [1] - 2157:7
**period** [1] - 2152:10
**permits** [1] - 2133:14
**permitted** [2] - 2092:23, 2135:20
**perpendicular** [10] - 2099:1, 2099:5, 2099:12, 2119:23, 2122:7, 2122:15, 2122:18, 2125:1, 2135:25, 2136:1
**perspective** [1] - 2119:18
**PERTAINS** [1] - 1:9
**PETER** [1] - 3:11
**phenomenon** [1] - 2187:8
**photo** [5] - 2094:16, 2094:24, 2116:10, 2184:14, 2186:18
**photogrammetric** [2] - 2111:13, 2153:17
**photograph** [33] - 2094:9, 2094:15, 2094:22, 2096:3, 2096:4, 2096:7, 2096:14, 2096:15, 2103:6, 2103:11, 2104:13, 2104:16, 2105:17, 2105:25, 2106:2, 2106:17, 2107:4, 2108:5, 2108:13, 2113:4, 2113:17, 2113:19,

2113:23, 2114:1, 2114:3, 2114:23, 2115:3, 2119:5, 2134:24, 2137:20, 2161:19, 2186:3
**photographs** [1] - 2113:21
**photos** [2] - 2112:20, 2113:18
**physical** [2] - 2094:5, 2116:2
**picture** [43] - 2094:12, 2094:13, 2094:14, 2094:18, 2095:8, 2095:18, 2097:9, 2100:21, 2100:22, 2101:1, 2101:2, 2101:4, 2101:5, 2101:8, 2102:7, 2102:16, 2102:17, 2102:19, 2104:3, 2104:4, 2104:14, 2116:18, 2116:20, 2117:2, 2118:12, 2118:13, 2118:14, 2119:19, 2119:22, 2119:25, 2126:11, 2127:1, 2127:2, 2129:4, 2130:10, 2132:4, 2132:12, 2132:15, 2136:2, 2173:10, 2184:9, 2184:15, 2185:16
**pictures** [3] - 2112:18, 2134:10, 2137:17
**piece** [1] - 2108:11
**pier** [1] - 2160:13
**piers** [4] - 2158:7, 2158:22, 2159:4, 2159:22
**pile** [11] - 2094:20, 2094:25, 2095:17, 2095:20, 2105:1, 2106:24, 2106:25, 2107:6, 2107:7, 2133:17
**piling** [19] - 2095:7, 2095:10, 2095:14, 2101:9, 2101:12, 2101:19, 2103:12, 2103:13, 2103:17, 2103:22, 2104:7, 2104:8, 2107:8, 2133:4, 2133:5, 2141:25, 2185:5, 2185:25
**pit** [2] - 2185:10, 2185:12
**pitch** [1] - 2125:18
**pitching** [3] - 2126:3,

2126:6, 2126:8
**pivoted** [4] - 2120:17, 2120:18, 2124:3, 2137:12
**place** [8] - 2102:12, 2107:21, 2123:19, 2134:15, 2149:9, 2154:1, 2167:18, 2182:14
**placed** [3] - 2163:11, 2166:4, 2167:1
**places** [2] - 2105:23, 2106:19
**placing** [1] - 2166:22
**Plaintiff's** [1] - 2165:14
**PLAINTIFFS** [3] - 1:11, 1:14, 1:23
**plausible** [1] - 2107:3
**pocket** [7] - 2128:7, 2128:20, 2129:16, 2129:17, 2130:15, 2133:23, 2135:20
**point** [33] - 2101:21, 2102:6, 2102:11, 2102:14, 2102:19, 2103:3, 2103:4, 2106:3, 2120:11, 2120:14, 2120:16, 2120:20, 2124:5, 2127:17, 2134:1, 2134:15, 2135:4, 2135:9, 2137:16, 2137:21, 2138:10, 2138:12, 2138:18, 2165:24, 2167:24, 2174:16, 2176:11, 2180:23, 2181:1, 2185:2, 2188:2
**pointed** [3] - 2144:4, 2172:23, 2184:18
**pointer** [2] - 2094:18, 2180:24
**pointing** [3] - 2172:20, 2184:19, 2184:23
**pole** [12] - 2096:12, 2096:13, 2096:19, 2097:3, 2097:5, 2097:10, 2097:21, 2098:19, 2099:7, 2099:8, 2099:9, 2137:16
**poles** [2] - 2096:12, 2102:2
**POLLARD** [1] - 2:6
**port** [3] - 2118:9, 2118:10, 2118:11
**portable** [1] - 2130:10
**portion** [52] - 2094:13, 2094:15, 2094:23,

2095:3, 2095:5, 2095:11, 2095:14, 2096:9, 2100:20, 2101:1, 2101:2, 2101:5, 2104:5, 2105:17, 2107:6, 2108:7, 2108:12, 2109:16, 2109:20, 2113:7, 2114:1, 2114:12, 2115:5, 2115:18, 2115:21, 2116:10, 2117:2, 2118:17, 2118:24, 2119:7, 2119:14, 2122:12, 2123:3, 2124:23, 2124:24, 2132:24, 2133:4, 2133:6, 2134:18, 2135:12, 2142:15, 2158:5, 2181:5, 2182:13, 2182:17, 2187:15, 2187:18, 2187:20
**portions** [12] - 2095:15, 2101:22, 2102:8, 2110:23, 2114:10, 2115:13, 2119:9, 2155:13, 2155:21, 2156:2, 2183:1, 2186:20
**portray** [1] - 2092:17
**pose** [1] - 2166:16
**position** [7] - 2098:11, 2120:19, 2126:14, 2126:15, 2129:22, 2137:25
**possible** [5] - 2112:4, 2124:10, 2125:23, 2136:3, 2155:2
**possibly** [1] - 2173:6
**post** [1] - 2120:21
**post-Katrina** [1] - 2120:21
**posts** [2] - 2114:5
**pouring** [1] - 2109:22
**powerful** [1] - 2131:23
**POYDRAS** [3] - 2:24, 3:9, 3:15
**pre** [1] - 2120:22
**pre-Rita** [1] - 2120:22
**precise** [1] - 2176:15
**precisely** [3] - 2144:9, 2167:20, 2183:4
**predict** [2] - 2160:11, 2160:14
**predicts** [1] - 2160:16
**predominant** [1] - 2169:24
**predominate** [3] -

2152:12, 2152:14, 2152:17
**prepared** [6] - 2116:1, 2119:16, 2123:11, 2131:13, 2176:21, 2178:20
**present** [7] - 2094:6, 2095:23, 2103:2, 2130:25, 2131:4, 2140:18, 2149:23
**presented** [1] - 2145:17
**pressed** [1] - 2159:2
**pressure** [1] - 2133:14
**pretty** [2] - 2129:1, 2150:9
**prevailing** [1] - 2093:14
**previous** [1] - 2149:25
**proceed** [2] - 2138:24, 2138:25
**proceeding** [1] - 2165:24
**PROCEEDINGS** [3] - 1:19, 3:17, 2092:1
**proceedings** [4] - 2138:10, 2138:18, 2188:2, 2188:15
**process** [1] - 2134:7
**PROCTER** [1] - 3:3
**PRODUCED** [1] - 3:18
**product** [2] - 2172:6, 2172:13
**Professional** [1] - 2188:10
**program** [1] - 2160:23
**programs** [2] - 2156:20, 2156:24
**project** [4] - 2141:22, 2142:5, 2142:6
**projecting** [1] - 2129:16
**projection** [1] - 2129:16
**projects** [1] - 2142:12
**prominence** [1] - 2097:11
**protected** [5] - 2109:11, 2143:3, 2143:12, 2143:24, 2172:18, 2186:21, 2187:15
**protecting** [1] - 2133:9
**protocol** [1] - 2097:22
**provide** [1] - 2150:20
**provided** [3] - 2153:22, 2154:4, 2173:20
**puddle** [2] - 2184:19,

2184:23
**pull** [1] - 2173:11
**pump** [2] - 2094:14, 2096:6
**purpose** [4] - 2139:13, 2139:14, 2145:5, 2149:13
**purposes** [2] - 2136:6, 2138:3
**pushed** [2] - 2158:17, 2173:2
**pushing** [2] - 2109:10, 2172:15
**put** [17] - 2098:13, 2138:2, 2150:12, 2154:16, 2155:18, 2157:18, 2163:2, 2165:13, 2165:22, 2173:10, 2178:8, 2178:22, 2179:24, 2184:9, 2184:14, 2185:16, 2185:17
**putting** [1] - 2128:4

## Q

**qualifications** [1] - 2139:5
**qualify** [2] - 2148:13, 2152:5
**qualitatively** [1] - 2144:12
**quantify** [4] - 2143:8, 2143:10, 2143:11, 2144:9
**questioning** [1] - 2166:18
**questions** [2] - 2142:7, 2186:11
**quickly** [1] - 2109:5
**quite** [2] - 2100:9, 2118:20

## R

**radar** [5] - 2146:7, 2146:12, 2146:13, 2146:21, 2146:24
**RAFFMAN** [1] - 3:4
**ran** [1] - 2114:4
**range** [2] - 2144:11, 2175:24
**rate** [1] - 2127:22
**rather** [5] - 2109:3, 2122:17, 2123:3, 2163:10, 2163:23
**RE** [1] - 1:4
**reach** [1] - 2101:17
**reached** [4] - 2099:24,

2151:3, 2151:5, 2178:2
**read** [2] - 2175:8, 2179:8
**readings** [1] - 2182:21
**real** [1] - 2098:8
**realistic** [1] - 2166:17
**reality** [1] - 2158:17
**really** [3] - 2118:7, 2161:8, 2166:18
**Realtime** [1] - 2188:9
**reason** [5] - 2130:21, 2143:22, 2150:1, 2168:11, 2175:15
**reasonable** [2] - 2169:22, 2175:24
**reasons** [3] - 2099:15, 2117:17, 2117:18
**rebar** [22] - 2115:6, 2115:8, 2116:11, 2116:15, 2116:16, 2116:17, 2117:7, 2117:8, 2119:8, 2122:2, 2122:18, 2124:14, 2124:19, 2124:21, 2124:25, 2126:22, 2133:7, 2143:24, 2144:3, 2174:6, 2174:7, 2174:8
**rebars** [1] - 2122:15
**rebuilt** [1] - 2110:25
**recede** [1] - 2093:8
**received** [2] - 2118:18, 2162:4
**recently** [2] - 2140:5, 2143:18
**recess** [3] - 2138:15, 2138:19, 2188:3
**recollection** [2] - 2146:12, 2176:6
**reconstruction** [1] - 2133:2
**record** [8] - 2113:1, 2117:11, 2120:21, 2143:17, 2143:18, 2143:19, 2173:16, 2188:15
**RECORDED** [1] - 3:17
**recording** [1] - 2165:19
**red** [2] - 2105:21, 2167:12
**redirect** [1] - 2098:18
**reefs** [1] - 2141:11
**reenter** [2] - 2102:23
**reentered** [1] - 2131:25
**refer** [1] - 2184:3
**reference** [1] -

2146:21
**referenced** [1] -
2181:18
**referred** [2] - 2145:12,
2176:18
**referring** [1] - 2123:15
**reflooded** [1] - 2121:1
**regard** [1] - 2131:17
**regarding** [3] -
2100:17, 2109:25,
2110:18
**regardless** [3] -
2122:12, 2122:16,
2171:23
**regards** [2] - 2130:24,
2131:3
**register** [2] - 2170:23,
2171:24
**Registered** [2] -
2188:9, 2188:10
**regulations** [1] -
2140:20
**reinforcing** [1] -
2125:12
**relating** [2] - 2140:20,
2141:24
**relation** [1] - 2095:1
**relationship** [1] -
2117:1
**relatively** [3] -
2100:16, 2143:23,
2144:7
**reliance** [1] - 2145:15
**relied** [18] - 2145:8,
2145:23, 2145:25,
2146:3, 2146:14,
2146:17, 2148:8,
2150:18, 2152:21,
2153:18, 2154:3,
2154:4, 2155:6,
2156:2, 2156:3,
2156:7, 2156:11,
2157:25
**rely** [6] - 2147:7,
2149:22, 2150:7,
2154:5, 2170:22,
2176:23
**remained** [1] -
2156:13
**remaining** [1] - 2137:3
**remember** [2] -
2117:12, 2168:21
**remembers** [1] -
2147:2
**remind** [1] - 2184:2
**repeat** [1] - 2122:21
**report** [52] - 2096:20,
2097:10, 2097:16,
2097:19, 2097:23,
2103:6, 2103:24,

2105:22, 2111:17,
2115:11, 2145:18,
2146:15, 2146:17,
2146:19, 2146:21,
2150:12, 2150:16,
2150:17, 2152:21,
2153:18, 2153:21,
2154:5, 2154:7,
2154:12, 2154:19,
2155:12, 2155:13,
2155:21, 2156:2,
2156:8, 2156:12,
2156:16, 2156:19,
2157:18, 2161:14,
2161:22, 2168:12,
2168:14, 2168:19,
2168:23, 2173:12,
2173:13, 2173:16,
2173:17, 2176:19,
2177:1, 2177:2,
2177:5, 2179:25,
2180:1, 2184:4,
2185:17
**reported** [1] - 2171:24
**REPORTER** [1] - 3:15
**Reporter** [6] - 2188:9,
2188:10, 2188:11,
2188:21
**REPORTER'S** [1] -
2188:7
**repose** [1] - 2135:25
**represent** [1] -
2168:10
**representation** [1] -
2169:22
**requirements** [1] -
2140:15
**research** [1] - 2141:9
**residual** [2] - 2172:6,
2172:9
**resisting** [1] - 2158:6
**resistive** [1] - 2159:22
**resolve** [1] - 2095:20
**respect** [4] - 2093:20,
2128:6, 2140:7,
2148:2
**rest** [3] - 2125:19,
2127:13, 2181:4
**resting** [5] - 2102:11,
2102:19, 2120:19,
2137:21, 2154:1
**restricted** [1] - 2114:9
**results** [2] - 2145:18,
2180:2
**retards** [1] - 2160:15
**reviewed** [1] - 2146:15
**ribbon** [1] - 2107:8
**RICHARD** [2] - 2:19,
2:19
**RICHARDSON** [1] -

1:11
**ridden** [1] - 2127:4
**RIDGELAKE** [1] - 2:16
**right-hand** [7] -
2094:14, 2095:8,
2101:5, 2102:16,
2108:13, 2129:4,
2132:11
**ripped** [1] - 2094:25
**rise** [3] - 2092:7,
2138:20, 2188:1
**risen** [1] - 2115:1
**rising** [2] - 2129:6,
2134:8
**Rita** [6] - 2111:14,
2120:22, 2121:1,
2126:12, 2129:3,
2185:4
**River** [1] - 2141:22
**RMR** [2] - 3:15,
2188:20
**ROBBINS** [1] - 3:5
**rolled** [1] - 2186:6
**ROOM** [1] - 3:15
**rose** [2] - 2109:23,
2183:12
**rotate** [2] - 2095:18,
2095:21
**rough** [1] - 2144:18
**rubber** [1] - 2106:25
**rubble** [1] - 2103:6
**run** [1] - 2180:25
**running** [1] - 2113:15
**runs** [1] - 2113:8
**rushed** [1] - 2133:18
**rushing** [1] - 2187:22

# S

**s/Cathy** [1] - 2188:19
**safe** [1] - 2171:6
**salvaged** [3] - 2108:6,
2108:7, 2117:2
**SANDERS** [1] - 2:15
**saved** [1] - 2108:8
**saw** [12] - 2092:17,
2092:23, 2099:25,
2100:4, 2100:6,
2100:7, 2100:12,
2100:13, 2100:17,
2113:21, 2137:20,
2172:10
**scenario** [3] -
2092:19, 2092:21,
2093:17
**scenarios** [2] -
2155:2, 2159:6
**school** [2] - 2120:24,
2121:2

**scientifically** [2] -
2125:23, 2125:24
**scour** [17] - 2108:20,
2108:22, 2108:24,
2108:25, 2109:8,
2109:12, 2112:20,
2113:8, 2113:15,
2113:20, 2113:24,
2114:16, 2184:10,
2184:18, 2184:22,
2184:25, 2187:18
**scouring** [9] - 2112:5,
2112:6, 2112:9,
2112:12, 2114:11,
2134:7, 2134:14,
2135:2, 2182:8
**scratch** [12] - 2105:13,
2105:18, 2105:20,
2106:1, 2106:4,
2106:5, 2106:7,
2106:8, 2106:9,
2106:13, 2106:18,
2106:21
**scratched** [1] -
2118:20
**scratches** [12] -
2105:22, 2107:24,
2118:4, 2118:23,
2119:2, 2119:14,
2137:4, 2141:11,
2174:1, 2174:4,
2174:7, 2174:10
**scratching** [1] -
2137:5
**screen** [2] - 2094:9,
2178:19
**seated** [2] - 2092:11,
2138:21
**second** [6] - 2150:5,
2165:21, 2166:4,
2167:11, 2169:2,
2169:7
**secondly** [2] -
2099:17, 2123:21
**section** [5] - 2125:3,
2125:13, 2133:10,
2133:12, 2134:6
**SECTION** [1] - 1:7
**sections** [3] - 2108:8,
2117:3
**see** [73] - 2093:7,
2094:10, 2094:14,
2094:16, 2095:1,
2095:13, 2096:4,
2096:6, 2096:7,
2096:9, 2096:11,
2096:12, 2096:18,
2101:3, 2101:7,
2101:9, 2102:12,
2103:1, 2103:11,

2103:16, 2104:5,
2104:6, 2104:7,
2104:17, 2104:23,
2105:16, 2105:18,
2105:21, 2106:12,
2106:18, 2106:21,
2108:18, 2110:23,
2112:18, 2112:23,
2113:7, 2113:8,
2113:15, 2113:16,
2113:20, 2114:18,
2119:5, 2119:7,
2124:11, 2124:14,
2127:3, 2129:4,
2132:4, 2132:10,
2132:11, 2132:16,
2132:23, 2133:4,
2133:7, 2133:9,
2134:4, 2134:5,
2134:24, 2135:2,
2135:6, 2136:2,
2136:5, 2137:16,
2137:25, 2158:8,
2161:17, 2179:6,
2179:7, 2180:13,
2180:21
**seeing** [1] - 2100:20
**sense** [1] - 2099:15
**separated** [1] -
2094:25
**separation** [1] -
2104:6
**sequence** [1] -
2131:15
**series** [1] - 2123:14
**session** [2] - 2092:10,
2138:21
**SESSION** [1] - 1:18
**settled** [1] - 2127:5
**seven** [1] - 2129:7
**several** [2] - 2102:1
**severe** [1] - 2124:7
**SEYMOUR** [2] - 2:19,
2:19
**shadow** [1] - 2148:24
**sharply** [1] - 2144:4
**shattered** [1] - 2173:7
**shaved** [2] - 2172:25,
2173:3
**SHAWN** [1] - 2:6
**sheet** [31] - 2094:19,
2094:25, 2095:7,
2095:10, 2095:14,
2095:17, 2095:20,
2101:9, 2101:12,
2101:19, 2103:11,
2103:13, 2103:17,
2103:22, 2104:7,
2104:8, 2105:1,
2106:24, 2106:25,

2107:6, 2107:7, 2107:8, 2128:25, 2133:4, 2133:5, 2133:17, 2141:25, 2185:5, 2185:25

**sheet-metal** [1] - 2128:25

**ship** [1] - 2172:1

**ships** - 2141:4

**shipyard** [1] - 2140:15

**shipyards** [1] - 2140:10

**shore** [1] - 2184:20

**show** [12] - 2096:25, 2101:25, 2108:5, 2112:20, 2112:21, 2112:22, 2124:9, 2124:25, 2126:18, 2129:13, 2137:4, 2168:14

**showed** [2] - 2111:15, 2114:20

**showing** [10] - 2094:9, 2096:3, 2100:24, 2111:16, 2119:16, 2121:25, 2124:18, 2129:5, 2133:10, 2133:12

**shown** [6] - 2095:14, 2098:11, 2103:6, 2111:17, 2129:2, 2135:14

**shows** [30] - 2094:5, 2094:12, 2094:23, 2094:24, 2095:3, 2095:5, 2095:6, 2095:10, 2100:15, 2102:7, 2107:5, 2113:4, 2114:1, 2114:2, 2114:23, 2116:7, 2116:10, 2116:14, 2118:4, 2118:14, 2126:16, 2126:21, 2127:8, 2127:9, 2127:17, 2129:16, 2131:13, 2137:7, 2173:23, 2178:3

**side** [48] - 2094:13, 2094:20, 2094:24, 2095:8, 2096:5, 2101:2, 2101:4, 2101:5, 2102:19, 2104:16, 2105:18, 2108:9, 2109:1, 2109:10, 2109:11, 2111:24, 2118:9, 2118:10, 2118:11, 2118:12, 2119:21, 2124:12, 2128:13,

---

2134:7, 2134:12, 2143:2, 2143:3, 2143:12, 2143:24, 2148:24, 2167:5, 2172:18, 2184:21, 2185:13, 2185:15, 2185:16, 2185:17, 2185:18, 2185:22, 2186:5, 2186:7, 2186:21, 2187:2, 2187:3, 2187:15

**sides** [2] - 2107:25, 2143:23

**sideways** [3] - 2099:13, 2121:2, 2137:1

**significant** [8] - 2101:11, 2101:21, 2109:13, 2112:9, 2112:10, 2123:21, 2126:3, 2181:15

**significantly** [5] - 2111:3, 2113:21, 2124:2, 2144:5, 2144:7

**signify** [1] - 2101:14

**similar** [1] - 2142:6

**simulation** [2] - 2158:6, 2159:21

**Simulation** [1] - 2149:15

**Singapore** [1] - 2142:11

**sit** [1] - 2144:6

**site** [1] - 2184:10

**sits** [1] - 2120:25

**situation** [5] - 2159:1, 2160:3, 2167:15, 2185:19, 2186:12

**situations** [2] - 2107:16, 2148:21

**six** [4] - 2097:11, 2115:22, 2129:7, 2172:25

**skipped** [1] - 2165:17

**slab** [5] - 2095:6, 2095:9, 2103:16, 2115:2, 2115:6

**slid** [4] - 2121:1, 2137:19, 2186:6

**slide** [2] - 2095:17, 2124:2

**slides** [1] - 2123:14

**slightly** [5] - 2120:19, 2122:14, 2135:9, 2163:9, 2163:17

**slow** [1] - 2136:15

**slower** [1] - 2136:14

**smooths** [2] - 2149:2, 2149:5

---

**snapped** [1] - 2106:24

**snug** [2] - 2100:16, 2100:18

**soil** [4] - 2109:4, 2109:5, 2109:8, 2186:9

**solely** [1] - 2148:8

**sometime** [11] - 2110:4, 2110:5, 2110:6, 2135:21, 2161:10, 2175:5, 2176:2, 2176:5, 2182:23, 2182:24, 2183:25

**somewhat** [1] - 2164:16

**somewhere** [3] - 2097:16, 2163:19, 2168:1

**sorry** [16] - 2104:19, 2104:20, 2110:4, 2111:2, 2117:20, 2122:21, 2128:12, 2135:23, 2136:11, 2159:14, 2161:16, 2164:2, 2171:20, 2177:16, 2183:6, 2185:4

**sound** [2] - 2101:10

**source** [1] - 2144:25

**sources** [1] - 2145:13

**south** [125] - 2093:21, 2093:25, 2094:1, 2099:18, 2100:23, 2100:24, 2101:3, 2101:4, 2101:7, 2101:8, 2101:10, 2102:23, 2104:3, 2104:4, 2105:16, 2106:24, 2107:5, 2107:7, 2107:9, 2107:10, 2107:11, 2108:3, 2108:21, 2108:22, 2109:13, 2109:14, 2110:3, 2111:2, 2113:5, 2113:6, 2113:14, 2113:19, 2113:22, 2114:2, 2114:20, 2114:21, 2114:22, 2116:3, 2116:13, 2116:23, 2116:24, 2119:1, 2119:6, 2119:7, 2120:4, 2120:5, 2124:15, 2125:11, 2126:15, 2128:19, 2131:4, 2132:17, 2132:25, 2135:1, 2135:5, 2136:16, 2136:21,

---

2136:24, 2137:13, 2137:17, 2142:15, 2142:19, 2142:20, 2149:9, 2154:10, 2157:23, 2163:19, 2163:21, 2163:24, 2164:2, 2164:3, 2164:4, 2164:16, 2164:17, 2164:23, 2165:8, 2165:10, 2165:12, 2167:6, 2167:17, 2167:18, 2167:24, 2168:2, 2170:4, 2170:9, 2170:14, 2172:14, 2173:24, 2175:18, 2176:4, 2176:7, 2176:12, 2176:13, 2184:9, 2184:15, 2184:16

**southeasterly** [1] - 2172:15

**southerly** [4] - 2113:6, 2128:19, 2137:11, 2137:14

**southern** [8] - 2101:3, 2101:6, 2101:16, 2125:3, 2133:4, 2134:4, 2134:5

**southward** [2] - 2120:19, 2127:2

**southwest** [1] - 2132:20

**southwesterly** [1] - 2136:23

**space** [1] - 2098:20

**spacing** [1] - 2117:7

**specific** [1] - 2154:20

**specifically** [2] - 2148:5, 2171:14

**specifics** [1] - 2094:4

**speculation** [1] - 2103:5

**speed** [11] - 2127:8, 2136:6, 2136:13, 2136:15, 2145:6, 2146:3, 2149:5, 2149:6, 2168:6, 2169:20, 2169:23

**speeds** [1] - 2170:12

**spend** [1] - 2159:20

**splashing** [10] - 2174:24, 2175:1, 2181:11, 2181:14, 2181:16, 2181:17, 2181:19, 2181:20, 2182:7, 2183:22

**spread** [2] - 2134:19, 2137:9

**ST** [2] - 1:24, 2:4

---

**stability** [3] - 2109:6, 2109:9, 2134:15

**stand** [1] - 2098:3

**standards** [1] - 2157:8

**standing** [12] - 2105:17, 2110:23, 2112:24, 2113:5, 2114:1, 2114:7, 2121:20, 2181:6, 2182:14, 2183:2, 2186:16, 2186:19

**STANWOOD** [1] - 1:19

**starboard** [1] - 2118:12

**start** [3] - 2094:8, 2138:15

**started** [2] - 2133:20, 2174:16

**starts** [1] - 2128:15

**State** [1] - 2188:11

**state** [1] - 2097:24

**statement** [1] - 2155:25

**STATES** [2] - 1:1, 1:20

**States** [2] - 2188:12, 2188:22

**steel** [3] - 2114:5, 2125:12

**steep** [1] - 2125:18

**STENOGRAPHY** [1] - 3:17

**step** [1] - 2181:24

**stern** [5] - 2118:8, 2118:14, 2118:16, 2172:22

**sticking** [2] - 2100:5, 2100:13

**still** [12] - 2100:20, 2105:17, 2121:19, 2128:11, 2128:12, 2133:22, 2135:9, 2135:13, 2136:3, 2136:12, 2165:10, 2172:8

**stop** [6] - 2127:18, 2131:20, 2137:8, 2182:23, 2183:9, 2183:10

**stopped** [2] - 2120:15, 2151:22

**storm** [4] - 2174:19, 2178:2, 2178:4, 2182:24

**straight** [7] - 2102:6, 2110:5, 2115:6, 2115:24, 2122:9, 2166:8

**Street** [3] - 2101:12, 2109:16, 2134:22

**STREET** [5] - 2:7,

2:13, 2:24, 3:9, 3:15

**strength** [6] - 2095:16, 2132:1, 2136:7, 2151:14, 2151:15, 2151:16

**striations** [5] - 2117:5, 2117:6, 2117:24, 2118:18, 2120:8

**strike** [2] - 2115:17, 2131:23

**strikes** [3] - 2116:9, 2116:13, 2167:5

**striking** [2] - 2105:11, 2116:7

**strip** [1] - 2101:10

**strong** [1] - 2136:12

**struck** [13] - 2093:15, 2093:25, 2099:18, 2108:17, 2115:18, 2122:4, 2122:6, 2125:11, 2125:14, 2129:10, 2129:12, 2130:13, 2149:9

**structures** [5] - 2096:12, 2102:3, 2140:11, 2142:9, 2148:22

**stubs** [1] - 2124:21

**studies** [2] - 2112:3, 2141:4

**study** [2] - 2112:6, 2112:8

**submitted** [1] - 2165:19

**subsequent** [2] - 2129:19, 2150:6

**subsided** [5] - 2109:21, 2110:24, 2112:1, 2180:23, 2180:25

**subsidence** [4] - 2109:25, 2110:18, 2111:16, 2111:20

**subsides** [1] - 2109:21

**sucked** [1] - 2125:16

**sufficient** [2] - 2123:19, 2151:7

**suggested** [1] - 2125:13

**SUITE** [3] - 2:17, 2:20, 3:9

**summarizes** [1] - 2131:13

**summary** [1] - 2145:17

**Sunday** [1] - 2130:20

**sunk** [1] - 2114:6

**superimposed** [1] - 2129:4

**support** [6] - 2109:8, 2109:10, 2134:11, 2134:16, 2135:3, 2141:7

**supported** [1] - 2114:5

**surely** [1] - 2096:1

**surface** [3] - 2109:3, 2148:11, 2148:17

**surge** [4] - 2174:19, 2178:2, 2178:4, 2182:24

**surprise** [1] - 2098:13

**surprised** [1] - 2166:11

**survey** [12] - 2101:23, 2139:13, 2153:4, 2153:17, 2153:18, 2179:24, 2179:25, 2180:2, 2180:11, 2180:13, 2181:4, 2181:5

**surveyed** [1] - 2153:11

**surveying** [1] - 2156:8

**surveyor** [4] - 2139:10, 2139:11, 2139:12, 2139:14

**surveys** [4] - 2111:13, 2111:14

**SUTTERFIELD** [1] - 3:8

**symmetrical** [2] - 2118:7, 2135:24

**systems** [1] - 2158:7

**T**

**table** [4] - 2168:15, 2168:16, 2168:17, 2169:19

**tank** [1] - 2171:7

**tanker** [1] - 2142:11

**tanks** [2] - 2171:6, 2171:17

**Team** [2] - 2111:20, 2125:10

**Technology** [1] - 2149:15

**telephone** [4] - 2127:4, 2127:5, 2137:16, 2137:20

**temporal** [1] - 2151:21

**ten** [1] - 2131:19

**tended** [1] - 2152:8

**tender** [1] - 2138:12

**termed** [1] - 2104:2

**terminal** [15] - 2128:20, 2128:21,

2128:24, 2129:5, 2130:18, 2132:12, 2132:16, 2132:18, 2136:4, 2149:9, 2149:18, 2150:3, 2151:23, 2154:10, 2156:13

**terms** [12] - 2139:25, 2141:14, 2144:15, 2144:16, 2144:17, 2145:25, 2146:3, 2152:14, 2152:17, 2166:3, 2167:7, 2180:10

**tested** [1] - 2158:1

**testified** [17] - 2097:5, 2099:20, 2110:11, 2126:19, 2140:22, 2141:20, 2148:14, 2148:18, 2148:20, 2156:5, 2171:18, 2175:7, 2175:23, 2180:22, 2181:9, 2181:23, 2182:7

**testify** [4] - 2146:9, 2146:10, 2157:7, 2157:12

**testifying** [3] - 2111:7, 2139:20, 2141:4

**testimony** [26] - 2093:12, 2096:25, 2097:9, 2097:12, 2097:15, 2099:21, 2105:12, 2111:9, 2121:15, 2122:3, 2123:2, 2131:16, 2139:22, 2140:14, 2142:2, 2142:4, 2142:14, 2142:17, 2148:9, 2155:20, 2160:25, 2171:18, 2171:21, 2174:24, 2181:16, 2181:19

**tests** [1] - 2158:12

**THE** [96] - 1:19, 1:23, 2:23, 2092:7, 2092:8, 2092:10, 2092:12, 2097:16, 2098:7, 2104:19, 2104:21, 2104:23, 2105:2, 2105:5, 2110:1, 2110:4, 2110:7, 2111:5, 2111:11, 2111:12, 2112:3, 2112:8, 2112:11, 2112:14, 2112:15, 2112:25, 2113:3, 2113:4, 2117:10, 2117:16, 2117:19, 2120:21,

2120:23, 2121:3, 2129:18, 2129:21, 2129:24, 2130:1, 2130:4, 2130:5, 2131:21, 2131:22, 2136:10, 2136:11, 2138:1, 2138:5, 2138:6, 2138:9, 2138:14, 2138:17, 2138:20, 2138:22, 2138:25, 2142:23, 2147:4, 2151:20, 2152:23, 2159:19, 2159:24, 2159:25, 2164:8, 2164:10, 2164:20, 2164:21, 2164:24, 2165:1, 2165:2, 2165:3, 2165:4, 2165:17, 2165:20, 2166:13, 2166:21, 2167:10, 2168:22, 2173:14, 2173:15, 2175:17, 2175:20, 2175:22, 2176:11, 2176:14, 2176:25, 2179:8, 2179:10, 2180:5, 2180:7, 2181:24, 2182:2, 2182:25, 2183:3, 2183:7, 2183:10, 2187:21, 2187:25, 2188:1

**theory** [8] - 2103:23, 2106:23, 2107:3, 2122:23, 2123:11, 2125:17, 2125:22, 2141:7

**therefore** [16] - 2097:18, 2118:9, 2118:11, 2120:8, 2122:7, 2122:9, 2122:22, 2123:22, 2129:6, 2146:14, 2146:24, 2148:16, 2150:18, 2158:12, 2160:11

**third** [2] - 2094:3, 2118:19

**thirds** [1] - 2172:18

**three** [4] - 2112:1, 2112:20, 2126:16, 2181:12

**thunderstorms** [1] - 2148:1

**timing** [7] - 2128:1, 2128:6, 2130:24, 2131:3, 2131:9, 2145:1, 2145:2

**TO** [4] - 1:9, 1:11, 1:14, 2092:4

**today** [1] - 2144:6

**together** [2] - 2095:15, 2156:9

**took** [9] - 2095:20, 2101:19, 2132:3, 2157:22, 2167:16, 2171:5, 2171:15, 2171:24, 2182:14

**top** [16] - 2092:17, 2094:12, 2111:15, 2115:4, 2115:22, 2118:12, 2119:21, 2123:17, 2123:19, 2125:19, 2127:5, 2130:11, 2133:3, 2173:4, 2174:25, 2175:2

**torn** [1] - 2095:20

**touching** [4] - 2120:4, 2136:22, 2160:9, 2178:19

**towards** [1] - 2168:2

**track** [4] - 2141:9, 2155:8, 2160:16, 2170:8

**trailing** [5] - 2118:16, 2118:25, 2137:6, 2137:10, 2137:11

**training** [2] - 2139:18, 2182:4

**TRANSCRIPT** [2] - 1:19, 3:17

**transcript** [1] - 2188:14

**transit** [1] - 2131:18

**transported** [1] - 2108:9

**travel** [2] - 2136:1, 2149:8

**traveled** [1] - 2155:3

**traveling** [2] - 2099:1, 2099:5

**traversed** [3] - 2114:19, 2114:24, 2115:15

**TRAYLOR** [1] - 1:23

**trees** [5] - 2096:9, 2102:2, 2102:21, 2126:20

**tremendous** [2] - 2095:19, 2101:18

**trench** [34] - 2108:20, 2108:22, 2108:24, 2109:8, 2109:12, 2109:17, 2109:22, 2112:20, 2113:8, 2113:15, 2113:18, 2113:20, 2114:14, 2114:16, 2134:10, 2134:11, 2184:18,

2184:22, 2184:25, 2185:1, 2185:9, 2185:10, 2185:23, 2186:1, 2186:4, 2186:12, 2186:15, 2186:20, 2186:25, 2187:1, 2187:3, 2187:11, 2187:14, 2187:18

**trenches** [3] - 2108:25, 2113:25, 2184:10

**trial** [1] - 2157:12

**TRIAL** [1] - 1:19

**trouble** [1] - 2178:18

**true** [3] - 2155:12, 2164:13, 2188:13

**trying** [1] - 2187:1

**TUESDAY** [2] - 1:8, 2092:2

**tumbled** [2] - 2095:21, 2096:9

**tumbling** [1] - 2133:17

**turbulence** [3] - 2148:17, 2148:19

**turbulent** [2] - 2148:12, 2148:13

**turn** [2] - 2111:3, 2125:19

**turning** [3] - 2108:18, 2151:8, 2155:4

**two** [25] - 2095:15, 2099:15, 2100:5, 2100:6, 2102:20, 2104:25, 2113:21, 2115:2, 2115:14, 2119:2, 2121:12, 2132:16, 2133:8, 2133:11, 2137:2, 2137:18, 2153:7, 2162:20, 2165:15, 2172:18, 2173:20, 2179:11, 2185:3

**two-thirds** [1] - 2172:18

**type** [2] - 2141:21, 2142:1

**typical** [1] - 2104:14

## U

**ultimately** [1] - 2153:25

**under** [2] - 2092:19, 2107:24

**underneath** [6] - 2107:23, 2118:5, 2118:11, 2136:25, 2161:16, 2161:19

**uneven** [2] - 2111:15, 2111:16

**United** [2] - 2188:12, 2188:22

**UNITED** [2] - 1:1, 1:20

**unless** [2] - 2097:20, 2151:21

**unlikely** [1] - 2102:24

**unobstructed** [1] - 2158:15

**up** [39] - 2109:8, 2115:6, 2118:6, 2119:22, 2128:10, 2128:17, 2128:19, 2132:11, 2137:19, 2150:22, 2152:9, 2153:25, 2154:13, 2154:16, 2155:18, 2156:19, 2157:18, 2158:17, 2159:2, 2159:4, 2159:8, 2159:10, 2160:3, 2160:6, 2163:2, 2163:19, 2164:4, 2165:13, 2166:10, 2167:16, 2167:19, 2173:10, 2177:7, 2178:22, 2179:10, 2179:24, 2184:9, 2184:14

**upper** [9] - 2094:15, 2095:5, 2096:7, 2100:21, 2100:22, 2101:1, 2108:12, 2132:11

**uprooted** [1] - 2185:5

**upside** [1] - 2108:12

**upward** [1] - 2095:6

**useful** [4] - 2131:14, 2131:18, 2147:2, 2156:12

**utility** [4] - 2096:13, 2096:19, 2097:3, 2097:5

## V

**VA** [1] - 3:12

**VALDEZ** [1] - 2141:5

**values** [1] - 2181:2

**variation** [1] - 2112:5

**varied** [2] - 2109:17

**vast** [1] - 2140:1

**vector** [9] - 2162:9, 2162:11, 2164:7, 2165:13, 2166:14, 2166:21, 2167:4

**vectors** [6] - 2162:1, 2162:4, 2163:2,

2165:15, 2178:9

**velocity** [2] - 2120:14, 2126:17

**versus** [1] - 2181:4

**vertical** [4] - 2103:24, 2104:2, 2104:9, 2104:17

**vessel** [12] - 2098:11, 2107:17, 2107:18, 2118:10, 2126:3, 2140:7, 2140:15, 2141:9, 2141:10, 2141:12, 2155:8, 2170:8

**vessels** [4] - 2107:17, 2140:12, 2140:13, 2142:9

**vicinity** [5] - 2103:3, 2149:18, 2150:2, 2168:2, 2168:4

**view** [3] - 2096:5, 2096:16, 2132:22

**Villavasso** [3] - 2099:22, 2099:25, 2100:17

**virtue** [1] - 2098:25

**vis-à-vis** [1] - 2112:12

**visiting** [1] - 2111:8

**visually** [2] - 2110:22

**visuals** [1] - 2138:3

**VOICES** [1] - 2092:9

**volume** [1] - 2093:10

**vortices** [1] - 2148:25

## W

**wait** [4] - 2159:19, 2181:24

**walk** [1] - 2136:15

**WALKER** [1] - 2:23

**wall** [75] - 2092:17, 2092:19, 2092:24, 2093:23, 2099:9, 2099:18, 2102:13, 2105:4, 2105:13, 2105:17, 2105:19, 2106:5, 2106:7, 2106:19, 2108:19, 2109:9, 2109:10, 2109:19, 2109:20, 2111:8, 2112:1, 2113:9, 2113:15, 2116:8, 2118:17, 2122:5, 2122:8, 2122:20, 2125:11, 2125:14, 2126:22, 2131:7, 2134:21, 2143:23, 2143:24, 2153:11, 2156:10,

2160:8, 2160:9, 2160:10, 2160:12, 2160:13, 2163:19, 2180:2, 2180:13, 2180:22, 2182:14, 2182:16, 2182:17, 2182:18, 2182:20, 2182:21, 2182:25, 2183:3, 2183:8, 2183:11, 2183:23, 2185:8, 2185:13, 2185:19, 2185:22, 2186:1, 2186:4, 2186:5, 2186:10, 2186:16, 2186:18, 2186:22, 2186:24, 2187:4, 2187:5, 2187:6, 2187:9, 2187:12

**walls** [4] - 2141:25, 2159:5, 2181:4, 2181:5

**Ward** [57] - 2093:24, 2094:2, 2094:13, 2096:2, 2096:6, 2096:16, 2101:3, 2101:20, 2101:22, 2102:4, 2102:15, 2102:22, 2102:24, 2114:21, 2114:25, 2118:2, 2118:15, 2118:22, 2118:24, 2119:17, 2120:7, 2120:9, 2120:10, 2120:17, 2121:1, 2121:7, 2121:14, 2123:6, 2123:7, 2123:24, 2124:7, 2124:8, 2124:14, 2125:8, 2126:24, 2127:4, 2127:9, 2127:10, 2127:16, 2127:21, 2128:1, 2128:2, 2128:3, 2132:11, 2132:21, 2133:18, 2137:8, 2137:10, 2137:24, 2143:5, 2143:14, 2143:15, 2143:20, 2144:14, 2154:1, 2155:4, 2172:23

**warehouse** [1] - 2108:9

**warehouses** [1] - 2140:10

**warm** [1] - 2132:1

**WAS** [2] - 4:14, 4:15

**WASHINGTON** [2] - 2:21, 3:6

**waste** [1] - 2168:24

**water** [64] - 2093:3, 2095:20, 2101:19, 2102:5, 2102:8, 2109:22, 2114:11, 2117:18, 2120:12, 2121:13, 2123:24, 2124:20, 2127:5, 2127:10, 2127:16, 2127:21, 2127:22, 2127:25, 2129:6, 2133:13, 2133:15, 2133:18, 2134:8, 2134:13, 2137:15, 2143:1, 2143:2, 2143:3, 2143:13, 2143:18, 2143:19, 2143:22, 2144:3, 2144:13, 2144:14, 2148:12, 2148:15, 2148:16, 2149:12, 2155:22, 2156:4, 2156:5, 2158:14, 2160:19, 2171:14, 2171:17, 2176:23, 2177:9, 2177:14, 2177:24, 2178:8, 2178:14, 2178:25, 2180:16, 2180:17, 2181:12, 2181:15, 2183:10, 2183:12, 2184:3, 2184:19, 2184:23

**waterline** [1] - 2172:4

**waters** [8] - 2093:8, 2109:23, 2114:25, 2120:16, 2132:1, 2137:9, 2137:23

**Waterway** [1] - 2149:15

**wave** [4] - 2126:5, 2181:8, 2181:9, 2182:7

**waves** [16] - 2099:1, 2123:18, 2123:21, 2125:18, 2126:1, 2126:2, 2126:4, 2126:6, 2174:24, 2175:2, 2181:12, 2181:13, 2181:16, 2182:3, 2183:22

**weak** [1] - 2152:7

**weakened** [1] - 2111:1

**weaker** [1] - 2095:15

**weakest** [1] - 2123:3

**weakness** [1] - 2114:17

**WEBB** [2] - 3:8, 3:8

**weekend** [2] - 2098:9, 2111:8

**weight** [1] - 2124:4

**welded** [1] - 2095:15
**west** [9] - 2104:16, 2108:9, 2128:13, 2129:15, 2135:17, 2170:10, 2170:12, 2170:17
**westerly** [8] - 2119:24, 2120:1, 2128:11, 2128:16, 2135:13, 2162:14, 2163:8, 2163:15
**westward** [1] - 2131:24
**wharf** [4] - 2128:24, 2129:15, 2136:4, 2160:13
**wharves** [2] - 2141:24, 2142:12
**whatsoever** [1] - 2107:10
**WHEREUPON** [4] - 2138:10, 2138:18, 2165:24, 2188:2
**whole** [1] - 2129:1
**wide** [3] - 2098:20, 2119:13, 2119:14
**width** [3] - 2118:20, 2118:21, 2119:12
**WIEDEMANN** [4] - 2:12, 2:12, 2:13
**WILSON** [2] - 2:9, 2:9
**wind** [78] - 2092:23, 2093:3, 2096:24, 2098:25, 2099:1, 2099:11, 2099:13, 2117:17, 2119:23, 2120:1, 2128:4, 2128:9, 2128:10, 2128:14, 2133:20, 2133:23, 2134:2, 2134:20, 2135:13, 2135:17, 2135:19, 2135:25, 2136:1, 2136:9, 2144:19, 2144:21, 2144:25, 2145:5, 2145:25, 2146:3, 2148:14, 2148:15, 2148:22, 2149:1, 2149:2, 2149:5, 2149:6, 2151:1, 2151:9, 2151:13, 2151:15, 2151:18, 2152:7, 2152:10, 2152:12, 2152:14, 2152:17, 2162:1, 2162:4, 2162:9, 2162:11, 2162:13, 2163:4, 2163:8, 2163:12, 2164:14, 2165:11,

2166:4, 2166:8, 2167:2, 2167:8, 2167:9, 2167:13, 2167:14, 2168:6, 2168:17, 2168:23, 2169:3, 2169:20, 2169:22, 2169:24, 2170:2, 2172:15
**wind-directed** [1] - 2099:1
**winds** [13] - 2093:14, 2132:5, 2132:7, 2132:19, 2135:8, 2135:12, 2135:16, 2135:21, 2136:9, 2136:12, 2148:11, 2148:18, 2166:12
**WITNESS** [23] - 2104:21, 2105:2, 2110:4, 2111:12, 2112:8, 2112:14, 2113:4, 2117:16, 2120:23, 2129:21, 2130:1, 2130:5, 2131:22, 2136:11, 2159:24, 2164:21, 2165:1, 2165:3, 2175:22, 2176:14, 2179:10, 2182:2, 2183:10
**witness** [7] - 2097:4, 2111:6, 2138:13, 2140:1, 2147:1, 2164:13, 2175:16
**witnesses** [2] - 2097:12, 2098:6
**wondering** [1] - 2112:11
**word** [1] - 2120:13
**words** [9] - 2099:13, 2109:22, 2118:19, 2126:5, 2129:19, 2159:18, 2160:12, 2161:6, 2175:17
**WORLDGATE** [1] - 3:12
**write** [1] - 2156:16
**WST** [3] - 2154:24, 2155:2, 2155:10

# Y

**yellow** [1] - 2121:2
**YORK** [2] - 2:10, 3:6