1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
     ****************************************************************
4
     IN RE:  KATRINA CANAL
5    BREACHES CONSOLIDATED
     LITIGATION
6
                               CIVIL ACTION NO. 05-4182
7                              SECTION "K" (2)
                               NEW ORLEANS, LOUISIANA
8                              THURSDAY, JULY 8, 2010, 9:00 A.M.

9    PERTAINS TO BARGE

10
     *MUMFORD*   C.A. NO. 05-5724
11   AS TO CLAIMS OF PLAINTIFFS
     JOSEPHINE RICHARDSON AND
12   HOLIDAY JEWELERS, INC.,
     ONLY
13

14   *BENOIT*   C.A. NO. 06-7516
     AS TO CLAIMS OF PLAINTIFFS
15   JOHN ALFORD AND JERRY
     ALFORD ONLY
16

17   ****************************************************************

18
                         **DAY 12, MORNING SESSION**
19            TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
20                   UNITED STATES DISTRICT JUDGE

21

22   APPEARANCES:

23
     FOR THE PLAINTIFFS:      BEST KOEPPEL TRAYLOR
24                            BY:  LAURENCE E. BEST, ESQUIRE
                              2030 ST. CHARLES AVENUE
25                            NEW ORLEANS LA  70130

1    APPEARANCES CONTINUED:

2

3                              LAW OFFICES OF BRIAN A. GILBERT
                               BY:  BRIAN A. GILBERT, ESQUIRE
4                              2030 ST. CHARLES AVENUE
                               NEW ORLEANS LA  70130
5

6                              KHORRAMI POLLARD ABIR
                               BY:  SHAWN KHORRAMI, ESQUIRE
7                              44 FLOWER STREET, 33RD FLOOR
                               LOS ANGELES CA  90071
8

9                              WILSON GROCHOW DRUKER & NOLET
                               BY:  LAWRENCE A. WILSON, ESQUIRE
10                             223 BROADWAY, 5TH FLOOR
                               NEW YORK NY  10279
11

12                             WIEDEMANN & WIEDEMANN
                               BY:  LAWRENCE D. WIEDEMANN, ESQUIRE
13                                  KARL WIEDEMANN, ESQUIRE
                               821 BARONNE STREET
14                             NEW ORLEANS LA  70113

15
                               PATRICK J. SANDERS
16                             ATTORNEY AT LAW
                               3316 RIDGELAKE DRIVE
17                             SUITE 100
                               METAIRIE LA  70002
18

19                             LAW OFFICE OF RICHARD T. SEYMOUR
                               BY:  RICHARD T. SEYMOUR, ESQUIRE
20                             1150 CONNECTICUT AVENUE N.W.
                               SUITE 900
21                             WASHINGTON DC  20036

22

23   FOR THE DEFENDANT:        CHAFFE McCALL
                               BY:  DEREK A. WALKER, ESQUIRE
24                             2300 ENERGY CENTRE
                               1100 POYDRAS STREET
25                             NEW ORLEANS LA  70163

1  APPEARANCES CONTINUED:

2

3                              GOODWIN PROCTER
                               BY:  JOHN D. ALDOCK, ESQUIRE
4                                   MARK S. RAFFMAN, ESQUIRE
                                    ADAM M. CHUD, ESQUIRE
5                                   KIRSTEN V. K. ROBBINS, ESQUIRE
                                    ERIC I. GOLDBERG, ESQUIRE
6                              901 NEW YORK AVENUE N. W.
                               WASHINGTON DC  20001
7

8                              SUTTERFIELD & WEBB
                               BY:  DANIEL A. WEBB, ESQUIRE
9                              650 POYDRAS STREET, SUITE 2715
                               NEW ORLEANS LA  70130
10

11                             LAFARGE NORTH AMERICA, INC.
                               BY:  PETER KEELEY, ESQUIRE
12                             12950 WORLDGATE DRIVE
                               HERNDON VA  20170
13

14

15  OFFICIAL COURT REPORTER:   CATHY PEPPER, CCR, RMR, CRR
                               500 POYDRAS STREET, ROOM B406
16                             NEW ORLEANS, LOUISIANA 70130
                               (504) 589-7779
17

18  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

19

20

21

22

23

24

25

# I N D E X

EXAMINATIONS                                              PAGE

**ROBERT G. BEA, PH.D., P.E.**............................2604

DIRECT EXAMINATION BY MR. RAFFMAN (CONTINUED)..........2604

P-R-O-C-E-E-D-I-N-G-S

THURSDAY, JULY 8, 2010

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

10:30AM   THE DEPUTY CLERK:  All rise, please.  Court is in
session.  Please be seated.

MR. RAFFMAN:  Good morning, Your Honor.  With
Your Honor's permission I'll resume the examination of Dr. Bea.

THE COURT:  Thank you, sir.  Please do.

DIRECT EXAMINATION (CONTINUED)

BY MR. RAFFMAN:

Q.   Dr. Bea, yesterday we described and you described the very
first phase of the ILIT investigation to which your team made
some conclusions and made a preliminary report in November of
2005.  If I might have the slide, please.

So now I would like you to focus on the second phase of the
ILIT investigation from the data of that preliminary report in
November 2005 until ILIT issued its report of May 2006.  What
kinds of activities did you and your team undertake during that
second phase?

A.   Repeated field trips gathered a great deal of background
information, documents, historic as-built drawings, performed by
repeated analyses of differing failure modes.  A very intense

09:09AM 1   effort spent in documentation of our work.  A lot of time spent

09:09AM 2   in public outreach.

09:09AM 3   Q.   All right.  Did your team undertake any soil testing during

09:09AM 4   this second phase?

09:09AM 5   A.   And we did.  In fact, it was in November, late November,

09:09AM 6   that we contracted Soil Testing Engineers of Louisiana, a

09:09AM 7   Dr. Gordon Boutwell, now deceased, a member of the ASCE team, a

09:10AM 8   supervisor that worked for STEE.  We performed soil borings

09:10AM 9   in situ tests at the key breaches, for example, 17th Street,

09:10AM 10  London Canal, both bridges at the Lower Ninth Ward.

09:10AM 11  Q.   All right.  And the soil testing included soil borings and

09:10AM 12  in situ testing I think you just said; right?

09:10AM 13  A.   That's correct.

09:10AM 14  Q.   Another word for in situ testing is the cone penetrometer

09:10AM 15  test?

09:10AM 16  A.   That's one type of in situ test.  There are many.

09:10AM 17  Q.   And those kinds of tests were performed on the east bank of

09:10AM 18  the Inner Harbor Navigation Canal where we had the two breaches;

09:10AM 19  right?

09:10AM 20  A.   Correct.

09:10AM 21  Q.   And did you personally participate in or monitor or be

09:10AM 22  present for the soil testing that was done on the east bank of

09:11AM 23  the Inner Harbor Navigation Canal?

09:11AM 24  A.   Yes.  I was present.  That's a hallmark of my career.  When

09:11AM 25  soil tests are being performed, I do, if at all possible, to be

09:11AM 1   there because there is so much that happens that it's potentially

09:11AM 2   important, and frequently those things don't end up documented in

09:11AM 3   the soil reports.

09:11AM 4   Q.   Now, you were in court when Dr. Marino testified.  Did you

09:11AM 5   hear him suggest that the cone penetrometer testing is unreliable

09:11AM 6   or not very useful?

09:11AM 7   A.   Yes, I did.

09:11AM 8   Q.   Did you agree with that testimony?

09:11AM 9   A.   Certainly not.  The cone penetrometer testing has been used

09:11AM 10  worldwide for at least 40 years.  It provides some extremely

09:12AM 11  important information on things like types of materials, layering

09:12AM 12  of materials, shear strength properties.

09:12AM 13  Q.   Do you think it was appropriate for Dr. Marino to have

09:12AM 14  excluded the CPT testing from the analysis in the way that he

09:12AM 15  did?

09:12AM 16  A.   I think that was a dramatic mistake.

09:12AM 17  Q.   May have I have the next slide, please.

09:12AM 18       The slide depicts, it's Defendant's Exhibit 141.  I guess

09:12AM 19  it's the final report of the independent levee investigation

09:12AM 20  team.  Is that the cover of your team's report?

09:12AM 21  A.   That's Volume I.  There is a Volume II as well.  Total

09:12AM 22  pages, approximately 5,000.

09:12AM 23  Q.   Now, as of the 2006 report -- let me ask you, do you

09:12AM 24  remember whether the ILIT report was actually issued to the

09:13AM 25  public sometime before July?

09:13AM 1    A.    That's correct.  May 14 at 10 a.m., Sheraton hotel here in

09:13AM 2    New Orleans, it was presented to the public, and we met with the

09:13AM 3    state legislature, Baton Rouge, Louisiana, at 10 p.m., and

09:13AM 4    presented the work to the assembled legislature.

09:13AM 5    Q.    Did the ILIT team consider it important to issue its report

09:13AM 6    in or around May of 2006; and if so, why?

09:13AM 7    A.    Well, we were doing all possible to bring forward what we

09:13AM 8    had learned so that, in particular, the United States Army Corps

09:13AM 9    of Engineers Interagency Performance Evaluation Task Force could

09:13AM 10   take advantage of our work and insights, as it were, continuing

09:14AM 11   their work and documenting their investigations.

09:14AM 12   Q.    All right.  And did you also consider it worthwhile to tell

09:14AM 13   the public about your findings before the next hurricane season

09:14AM 14   began?

09:14AM 15   A.    Yes, and that was another important thing because we were

09:14AM 16   rushing to get the flood defense system patched by the end of

09:14AM 17   hurricane season, so we were carefully monitoring that patching.

09:14AM 18   Q.    And in the summer of 2006 ILIT report, what did ILIT say was

09:14AM 19   the cause of the Inner Harbor Navigation Canal breaches?  And why

09:14AM 20   don't we start with the north breach.

09:14AM 21   A.    In the case of the north breach, it had breached very early

09:14AM 22   in the morning, approximately 4 to 5 a.m.  The two critical

09:15AM 23   breaching modes were under-base seepage by blowout at the toe of

09:15AM 24   the levee and at the interface of the floodwall with the levee.

09:15AM 25        The second critical failure mode was lateral in stability

09:15AM 1    accompanied by an hydraulic uplift.

09:15AM 2    Q.   What did the ILIT team in the summer of 2006 conclude was

09:15AM 3    the cause of the -- or were the causes of the south breach at the

09:15AM 4    Inner Harbor Navigation Canal?

09:15AM 5    A.   At the south breach, the critical mode performance was first

09:15AM 6    lateral instability, but the seepage effects were not as severe

09:15AM 7    due to the differences in the soil characteristics at the two

09:16AM 8    locations, but they were still significant.  Both seepage and

09:16AM 9    hydraulic uplift.

09:16AM 10      There was a third mode, which was a development of the

09:16AM 11   erosion trench on the back side of the floodwall and consequent

09:16AM 12   to reduction in the lateral stability for that mode of

09:16AM 13   performance.

09:16AM 14      So we had two closely-competing modes of failure, general

09:16AM 15   lateral instability, and I will call it "local lateral

09:16AM 16   instability" caused by the erosion trench on the back side of the

09:16AM 17   floodwall.

09:16AM 18   Q.   Now, the ILIT report, Defense Exhibit 141, also contains

09:16AM 19   some conclusions about the barge; right?

09:16AM 20   A.   That's correct.

09:16AM 21   Q.   And what did the ILIT report have to say about the barge?

09:16AM 22   A.   The barge played no substantial role in the causation of

09:17AM 23   either the north breach or the south breach.

09:17AM 24   Q.   So let's move on to Phase III.  Dr. Bea, after the ILIT team

09:17AM 25   published its report, and if we go back to the last slide

09:17AM 1   briefly, it says "final report" at the bottom.   Right?

09:17AM 2   A.   That's correct.

09:17AM 3   Q.   After the ILIT team published it's final report, did the

09:17AM 4   work of the scientists who comprised that team stop upon Katrina?

09:17AM 5   A.   No, it did not; in fact, it intensified.

09:17AM 6   Q.   So tell the Court about the work by those same scientists as

09:17AM 7   it intensified following the publication of that ILIT report.

09:17AM 8   A.   The principal things that happened during this time is other

09:17AM 9   groups who were studying, investigating the failure of the flood

09:18AM 10  protection system for the Greater New Orleans area brought

09:18AM 11  forward the findings from their studies.

09:18AM 12       We were then able to take the benefits from their studies,

09:18AM 13  re-examine our work, update our work, as we moved to

09:18AM 14  January 2010.  This is a point that was confused earlier in this

09:18AM 15  trial because people referred to the independent levee team

09:18AM 16  investigation work as though it was one body of work; instead, it

09:18AM 17  has been a progressive learning experience from the time we

09:18AM 18  started until the time I'm sitting here today.

09:18AM 19  Q.   So if someone were to cut off the consideration of the work

09:19AM 20  by the ILIT scientists as of May of 2006 or July of 2006, would

09:19AM 21  that be an accurate picture or an incomplete picture of the work

09:19AM 22  the scientists have done?

09:19AM 23  A.   It would give an inaccurate, incomplete picture because as

09:19AM 24  we proceeded to Stage III is where we examined a far wider range

09:19AM 25  of parameters:  shear strength, permeability, geometry,

09:19AM 1    oceanographic, hydrodynamic conditions.

09:19AM 2    Q.    Now, as of this third stage, were you and the other

09:19AM 3    scientists on the team being compensated for the continued

09:19AM 4    investigation?

09:19AM 5    A.    No, we were not.  My total time spent from Phase I through

09:19AM 6    Phase III, I've logged more than 10,000 *pro bono* hours.

09:20AM 7    Q.    Now, during Phase III, Dr. Bea, tell the Court, and

09:20AM 8    specifically with regard to the Inner Harbor Navigation Canal

09:20AM 9    analysis, how your thinking and that of others evolved from where

09:20AM 10   it had been in the summer of 2006.

09:20AM 11   A.    We developed much more insight into the causative failure

09:20AM 12   elements at the Lower Ninth Ward as well at the other locations.

09:20AM 13   And this work at the other locations had a dramatic influence on

09:20AM 14   our thinking at the Lower Ninth Ward.

09:20AM 15   Q.    Why don't you describe how that came about.

09:20AM 16   A.    Well, we, of course, were very intently focused on the

09:20AM 17   breaching characteristics at the 17th Street canal, at

09:20AM 18   London canal.  And as we came to understand how our performance

09:21AM 19   analytical models were comparing with things such as the video

09:21AM 20   that was produced by Captain Paul Helmers from the lakefront

09:21AM 21   apartments, that video combined with pump station records at the

09:21AM 22   head of the 17th Street canal gave us definitive time points as

09:21AM 23   to the evolution, development of the breach, and that included

09:21AM 24   water levels at which the breach had taken place.  So we were

09:21AM 25   able to validate our analytical model, not only at the breach,

09:21AM 1 because we had to at the same time explain the nonbreach over on

09:21AM 2 the Jefferson Parish side.  This is an extremely important part

09:22AM 3 of the corroborating these complex analytical models.

09:22AM 4 Q.    Now, as your thinking evolved about and validation included,

09:22AM 5 did your thinking come to include a study of the potential

09:22AM 6 hydraulic effect through the marsh layer, a saturated layer that

09:22AM 7 had a potential for immediate communication pressure?

09:22AM 8 A.    Yes.  This is a surprise in Phase III.  We were working on

09:22AM 9 the 17th Street canal in preparation for the canal litigation

09:22AM 10 work.  The senior doctoral graduate student working with me,

09:22AM 11 Diego Cobos-Roa, came to my office one day, and we were reviewing

09:23AM 12 his analyses.

09:23AM 13        He presented to me the results of the seepage analyses.

09:23AM 14 Then presented to me the result of the lateral instability

09:23AM 15 analyses, and I looked at the two and then turned to Diego and

09:23AM 16 said, "Did you combine the pressure effects that we developed

09:23AM 17 from the seepage analysis and in the lateral instability

09:23AM 18 analysis?"  He smiled at me and he said, "Well, generally, we

09:23AM 19 don't do that.  We don't combine the pressure effects from

09:23AM 20 seepage into the lateral instability."  And I thought, but, well,

09:23AM 21 that's probably true, but that's how I was taught soil mechanics

09:24AM 22 back in 1954.  I told Diego, "Nature doesn't separate those

09:24AM 23 failure modes.  So we need to combine them."

09:24AM 24        When we combined them, and it took him a couple of weeks to

09:24AM 25 do that work, but we predicted the timing of water level for the

09:24AM 1  17th Street canal breach spot-on.  It was the first time that

09:24AM 2  that had happened.  Once we developed that insight, took it to

09:24AM 3  other locations, but the validity of our analytical models were

09:24AM 4  dramatically improved.

09:24AM 5  Q.   So that combination of those two models is something you

09:24AM 6  developed during this Phase III and then applied to the

09:24AM 7  Inner Harbor Navigation Canal as well; is that right?

09:24AM 8  A.   And that's correct.  But this is, I think, a cautionary

09:25AM 9  element for all of the investigations.  It's easy to get trapped,

09:25AM 10 I'll call it, in how we think about failure modes, but we were

09:25AM 11 trapped, but in thinking, and it wasn't until we continued the

09:25AM 12 work into this third phase that we discovered the flaws in our

09:25AM 13 analyses and in the others that had been made to that point in

09:25AM 14 time.

09:25AM 15 Q.   I want to -- let's go to the next slide, please.

09:25AM 16      This slide has got titles of articles.  The first one in the

09:25AM 17 upper left is called "New Orleans and Hurricane Katrina,

09:25AM 18 Introduction, Overview and the East Flank."

09:25AM 19      I'll represent to the Court that Dr. Bea is the second

09:26AM 20 listed author on each of the four papers identified in the slide

09:26AM 21 and that all four papers were published in the *Journal of*

09:26AM 22 *Geotechnical and Geoenvironmental Engineering*.

09:26AM 23      Dr. Bea, did the work that you have just described result in

09:26AM 24 the publication of peer-reviewed journal articles regarding the

09:26AM 25 causes of the New Orleans protection -- New Orleans hurricane

09:26AM 1   protection system failures during Hurricane Katrina?

09:26AM 2   A.   That is correct.

09:26AM 3   Q.   And these publications -- let me get a couple more on the

09:26AM 4   screen here.  We have two more publications.  One is entitled

09:27AM 5   "Failure of the I-wall Flood Protection Structures at the

09:27AM 6   New Orleans Lower Ninth Ward During Hurricane Katrina."  And

09:27AM 7   you're a principal author of this publication, along with your

09:27AM 8   colleague, Diego Cobos-Roa; is that right?

09:27AM 9   A.   That's correct.

09:27AM 10  Q.   Published in the Electronic Journal of, of what?

09:27AM 11  A.   Geotechnical Engineering.

09:27AM 12  Q.   *Electronic Journal of Geotechnical Engineering.*

09:27AM 13       And we have a second article on the right side of the slide

09:27AM 14  entitled "Three-Dimensional Seepage Effects at Three New Orleans

09:27AM 15  Levee Breaches During Hurricane Katrina," on which Diego

09:27AM 16  Cobos-Roa is the principal author and you are a second-listed

09:27AM 17  author; is that right, Dr. Bea?

09:27AM 18  A.   Yes, that's correct.

09:27AM 19  Q.   And these are also peer-reviewed articles that you authored

09:27AM 20  or coauthored that set forth the findings of the research you've

09:27AM 21  just described about the causes of the Inner Harbor Navigation

09:28AM 22  Canal breaches and other breaches.

09:28AM 23  A.   Yes, that is correct.  In the second paper, I brought out

09:28AM 24  the factor that had been omitted in all of the study results to

09:28AM 25  this point in time, and that was, namely, we had used

09:28AM 1    two-dimensional seepage analysis models, cutting up a slice

09:28AM 2    through the earth.  Because of the nature of some of these

09:28AM 3    seepage features, for example, overturned oak tree root balls,

09:28AM 4    for example, some of the excavations backfilled with sand that we

09:28AM 5    had found at the Lower Ninth Ward by this time, we studied that

09:29AM 6    third dimension and thereby learned that there was an

09:29AM 7    acceleration in the intensity of the seepage and hydraulic uplift

09:29AM 8    effects.

09:29AM 9    Q.   During the third phase of your work with the other

09:29AM 10   scientists who were part of the ILIT team, did you have occasion

09:29AM 11   to take into consideration comments made by IPET and maybe others

09:29AM 12   regarding what those other people had perceived as flaws in your

09:29AM 13   analysis, for example, permeability coefficients that they

09:29AM 14   thought were too high?

09:29AM 15   A.   The answer is a strong yes.  Our colleagues, just because

09:30AM 16   they have different views than ours, we don't say they are wrong

09:30AM 17   but, rather, take into account why they think they are right,

09:30AM 18   study how they could arrive at their views, and if we see that

09:30AM 19   their views are the correct ones, we abandon the previous views

09:30AM 20   in favor of those additional insights.

09:30AM 21        But initially, the IPET team had strongly criticized the

09:30AM 22   very high permeabilities that we had used in our work at the

09:30AM 23   Lower Ninth Ward.  And we said, well, they could be high.  Let's

09:30AM 24   investigate the effects on our conclusions of examining a wider

09:30AM 25   range of soil permeability.

09:31AM 1          Soil permeability is an expression of water conductivity

09:31AM 2    through the soil is very much like heat transmission, and, in

09:31AM 3    fact, we use analytical processes that are very similar to heat

09:31AM 4    transmission to examine water transmission.  So we examined a

09:31AM 5    much wider range of permeabilities, found that for the plausible

09:31AM 6    ranges of those permeabilities that our basic conclusions did not

09:31AM 7    change.

09:31AM 8          So we came to, ultimately, an agreement with, I'll call it

09:31AM 9    "our critics".  And when you work with a team of engineers, you

09:31AM 10   have many critics within that team because we're continuing to

09:31AM 11   criticize how each of us thinks in an attempt to find our way

09:32AM 12   through, I'll call it the "fog of failures", to be able to see

09:32AM 13   where the truth lies.

09:32AM 14   Q.   Is one of the reasons why your analysis as it has evolved

09:32AM 15   has accommodated the criticisms initially made by the IPET team,

09:32AM 16   the development of the hydraulic uplift analysis in which you

09:32AM 17   have combined the seepage instability and recognized the

09:32AM 18   hydraulic uplift; is that a fair summary?

09:32AM 19   A.   Yes.

09:32AM 20   Q.   I want to touch briefly, then, on the forensic work you've

09:32AM 21   done in connection with the various legal matters you've been

09:33AM 22   involved with.

09:33AM 23         Professor Bea, when was the first time that you became

09:33AM 24   involved in a forensic investigation for a lawsuit?

09:33AM 25   A.   March 2007.

09:33AM 1   Q.   What's the name of the lawyer who contacted you and brought

09:33AM 2   you on board?

09:33AM 3   A.   Mr. Joseph Bruno.

09:33AM 4   Q.   And the Court is familiar with your work and testimony in

09:33AM 5   the various matters for the MRGO litigation so I won't dwell on

09:33AM 6   that here, but I guess, at what point did you become involved in

09:33AM 7   the barge matter with Lafarge?

09:33AM 8   A.   March 2009.

09:33AM 9   Q.   And is it fair to say, Professor Bea, that before you were

09:34AM 10  involved in the barge matter with Lafarge, you had already

09:34AM 11  carried out an independent study of the barge's involvement, or

09:34AM 12  potential involvement, in the floodwall failures?

09:34AM 13  A.   Yes.  I repeatedly examined the potential interactions of

09:34AM 14  the barge with the breaches at the Lower Ninth Ward.

09:34AM 15  Q.   All right.  And so those conclusions about the barge's

09:34AM 16  involvement or noninvolvement are, as you've stated in your

09:34AM 17  report and in your testimony earlier, that you had reached before

09:34AM 18  March of 2009; right?

09:34AM 19  A.   Please repeat your question.

09:34AM 20  Q.   Have you already told the Court what you had concluded

09:34AM 21  before March of 2009 about the barge's involvement?

09:35AM 22  A.   Yes, I have.

09:35AM 23  Q.   All right.  So as you sit here today, Professor Bea, do you

09:35AM 24  have an opinion about what caused the north breach at the

09:35AM 25  Inner Harbor Navigation Canal?

09:35AM 1          Let me have the next slide, please.

09:35AM 2    A.    Yes.

09:35AM 3    Q.    Tell the Court what is your opinion about the causes or --

09:35AM 4    the cause or causes of the north breach.

09:35AM 5    A.    The failure sequence was initiated with -- under levee

09:35AM 6    seepage and hydraulic uplift.  Those effects resulted in blowout

09:35AM 7    at the base of the floodwall and levee.  That was accompanied by

09:35AM 8    development of lateral instability of that breach feature.  And

09:36AM 9    it was a combination of those two things that resulted in the

09:36AM 10   north breach.

09:36AM 11   Q.    Do you have an opinion about the north breach, whether the

09:36AM 12   barge caused the north breach?

09:36AM 13   A.    Yes.

09:36AM 14   Q.    What is that opinion?

09:36AM 15   A.    That the barge did not cause the north breach.

09:36AM 16   Q.    As you sit here today, Professor Bea, do you have an opinion

09:36AM 17   about the causes of the south breach?

09:36AM 18   A.    Yes.

09:36AM 19   Q.    Tell the Court what is that opinion.

09:36AM 20   A.    The south breach developed primarily as a result of lateral

09:36AM 21   instability accompanied with hydraulic uplift.  It was associated

09:36AM 22   with seepage pressures and effects, but that was not a primary

09:36AM 23   causative mode.

09:37AM 24          The second key mode of failure was that associated with the

09:37AM 25   development of the erosional trench on the protected side of the

09:37AM  1   floodwall, the combination of lateral instability general to the

09:37AM  2   floodwall levee system, accompanied with the lateral instability

09:37AM  3   exacerbated by the overtopping erosion instability resulted in

09:37AM  4   the south breach.

09:37AM  5   Q.   Did the barge cause the south breach?

09:37AM  6   A.   No, it did not.

09:37AM  7   Q.   Can you take the Court through how your previous work has

09:37AM  8   led you to the conclusions you've just expressed?

09:37AM  9   A.   Would you repeat your question.

09:38AM 10        THE COURT:  Are we going to isolate the breaches or are

09:38AM 11   we talking about in general?

09:38AM 12        MR. RAFFMAN:  These breaches.

09:38AM 13        THE COURT:  You don't mean isolate the north and south

09:38AM 14   breach, or is it a general question as to both?

09:38AM 15        MR. RAFFMAN:  I'm sorry, Your Honor, it wasn't a very

09:38AM 16   good question.

09:38AM 17                          EXAMINATION

09:38AM 18   BY MR. RAFFMAN:

09:38AM 19   Q.   I guess what I would like, Professor Bea, is:  The

09:38AM 20   conclusions you've just expressed, do they derive from the many

09:38AM 21   thousands of hours that you've spent investigating these failures

09:38AM 22   and others?

09:38AM 23   A.   The answer is yes.  In addition, it stands on the shoulder

09:38AM 24   of many more thousands of hours of other investigators.  So I'm

09:38AM 25   able to reach these conclusions not only because of my work but

09:38AM 1   because of a mountain of work that's been done by many other

09:39AM 2   investigators.

09:39AM 3   Q.    With respect to the barge, what have you concluded happened

09:39AM 4   to the barge?  At what point did it enter the picture, as you've

09:39AM 5   drawn it?

09:39AM 6   A.    The barge enters the picture at the south breach.  We think

09:39AM 7   the large bow feature at the north sector of the south breach was

09:39AM 8   the first expression of lateral instability.  It was at that

09:39AM 9   point that water forcefully entered the Lower Ninth Ward,

09:39AM 10  resulting in the downstream damage that was so painfully evident

09:39AM 11  by following the floodwater removal from the area.

09:40AM 12       As the water flowed into the Lower Ninth Ward, the second

09:40AM 13  feature developed that linear feature that carries us to the

09:40AM 14  south end of the south breach.  At that point, with the water

09:40AM 15  level in the south breach, somewhere between plus 10 and plus

09:40AM 16  12 feet NAVD88, and that was a question the judge asked earlier

09:40AM 17  during this trial, a water level in the canal is approximately at

09:40AM 18  plus 12 feet, so we've got more water elevation in the canal than

09:40AM 19  we do in the area of the south breach.

09:40AM 20  Q.    Let me stop you there.  I'm sorry, let me stop you there.

09:40AM 21  All of that that you just described has developed without the

09:40AM 22  barge; is that correct?

09:40AM 23  A.    That's correct.

09:40AM 24  Q.    And so the barge enters the picture.

09:41AM 25  A.    Approximately at 10 a.m.  The breaching process at the south

09:41AM 1    breach initiates at approximately 8 a.m.  The barge enters at the
09:41AM 2    last stage.  Water is flowing into the Lower Ninth Ward at the
09:41AM 3    same time the barge is being driven by the northerly hurricane
09:41AM 4    winds.  And actually at this time turning to northwesterly,
09:41AM 5    driven into contact with the lower end of the south breach, clips
09:41AM 6    off the top of the floodwall and floats across to that first row
09:41AM 7    of houses, passing over the top of the school bus that has been a
09:42AM 8    prominent feature that we've paid attention to at this location.
09:42AM 9    Q.   All right.  Now, let's go back and walk through some
09:42AM 10   concepts that lead to the conclusions that you've just discussed.
09:42AM 11        May I have slide 17, please.
09:42AM 12        Professor Bea, slide 17 is a picture of a sheetpile wall; is
09:42AM 13   that right?
09:42AM 14   A.   That's correct.
09:42AM 15   Q.   And in order not to repeat testimony we've already heard, I
09:42AM 16   guess I would like to ask you just one or two questions about
09:42AM 17   sheetpile walls.
09:42AM 18        Dr. Bea, does the depth to which the sheetpile is sunk
09:42AM 19   affect the ability of a sheetpile wall to remain stable as waters
09:43AM 20   rise in the canal and/or to prevent seepage of water underneath
09:43AM 21   the bottom of the wall?
09:43AM 22   A.   That's two things are the critical elements that that
09:43AM 23   sheetpile wall is to provide in the way of resistance.  The
09:43AM 24   sheetpile have to be able to withstand, transmit the forces
09:43AM 25   coming from the hydrostatic pressures and the forces exerted on

09:43AM 1  the concrete.  The upper portion of that system, those forces are

09:43AM 2  transmitted to the soil, and it's here that we're focused on

09:43AM 3  lateral stability.

09:43AM 4     The second key feature and function of the sheetpiling is to

09:43AM 5  prevent water from intruding under the levee, thereby undermining

09:44AM 6  it and, at the same time, developing these important uplift

09:44AM 7  pressures.

09:44AM 8  Q.   Depth of sheetpile is important to both of those functions

09:44AM 9  you've just described; is that fair?

09:44AM 10  A.   That's -- well, that is correct.

09:44AM 11     One of the remarkable things at this location is the shallow

09:44AM 12  penetration of the sheetpiling.  This is one of the shallowest of

09:44AM 13  the major flood-protection structures that we investigated.

09:44AM 14  Q.   May I have slide 18.

09:44AM 15     So we're now looking at Defendant's Exhibit 145.  This is

09:44AM 16  IPET Volume V, Figure 11-9.  And we're turning now to the

09:44AM 17  question of soil characterization.

09:45AM 18     Professor Bea, would you describe what this slide shows?

09:45AM 19  A.   Well, I would start first by referring to the vertical

09:45AM 20  scale.  There are two vertical scales shown here referencing

09:45AM 21  elevation.  The one reference shown here to the right is NAVD88,

09:45AM 22  and these are shown in terms of feet by horizontally, but the

09:45AM 23  scale is distance in feet measured from arbitrary reference point

09:45AM 24  that I'm showing here with my pointer.

09:45AM 25     Shown to the top is the location of the wide south breach,

09:45AM 1   approximately 900 feet wide.  Shown to the right is the location

09:45AM 2   of the north breach, so this is a cross-section looking east-west

09:46AM 3   that goes through the entire length of the Lower Ninth Ward in

09:46AM 4   the vicinity of the south breach and north breach.

09:46AM 5        The vertical lines shown through here are the locations of

09:46AM 6   soil cores, soil borings, that have been performed here.  This is

09:46AM 7   not all of the soil borings.  It is a group of soil borings that

09:46AM 8   were primarily developed to design the flood protection

09:46AM 9   structures for the Lower Ninth Ward.  This diagram was drawn by

09:46AM 10  the Interagency Performance Evaluation Task Force.  I chose it

09:46AM 11  for this illustration because it's well done and it's colored.

09:47AM 12       The soils information is taken by a geologist to interpret

09:47AM 13  what the soil boring information is, bringing forward to the

09:47AM 14  thinking of the geotechnical and structural engineers.

09:47AM 15       We can start here at the bottom as you begin to look at the

09:47AM 16  cross-section.  This bottom represents the low-standing

09:47AM 17  Pleistocene sea level.  This interface was formed approximately

09:47AM 18  10,000 years ago, when sea level is much lower than it is today.

09:47AM 19       Sea level has been rising, actually, rather rapidly, and as

09:47AM 20  the sea level rises, sediments are deposited on top of the

09:48AM 21  Pleistocene interface, and these depositional features are

09:48AM 22  characteristic of the Mississippi River Delta that has inhabited

09:48AM 23  this area for the past 10,000 years.  We build up things like

09:48AM 24  sands and silts, so every layer in this layer cake represents

09:48AM 25  correctionally rising sea level.

09:48AM 1          We come up about 80 feet through the column that represents

09:48AM 2     about 8,000 years in time.  At this point, sea level slows down,

09:48AM 3     and we begin forming marsh layers because fresh water is now at

09:48AM 4     the point where we can grow marsh and swamp, so the red that is

09:48AM 5     shown in this illustration is the buried marsh swamp layers that

09:49AM 6     underlie the Lower Ninth Ward.

09:49AM 7     Q.   And I want to stop here to focus a little more on the buried

09:49AM 8     marsh and swamp layers.  Professor Bea, tell the Court what the

09:49AM 9     horizontal red line in this graphic represents.

09:49AM 10    A.   Well, the horizontal red line located at minus 10 feet

09:49AM 11    NAVD88 -- and to facilitate the record, I will refer to all

09:49AM 12    elevations as "NAVD88" so I don't have to continue repeating

09:49AM 13    that.

09:49AM 14    Q.   Thank you.

09:49AM 15    A.   But that horizontal red line at minus 10 feet represents the

09:49AM 16    bottom of the sheetpiling that defend the eastern sector of the

09:50AM 17    Lower Ninth Ward.

09:50AM 18    Q.   And is it relevant to you that the bottom of the sheetpile

09:50AM 19    is higher than the bottom of the marsh layer?

09:50AM 20    A.   Yes, because it, of course, leaves a window open for water

09:50AM 21    transmission and hydraulic conduction effects under the bottom of

09:50AM 22    the sheetpiling.  On top of the buried marsh layer is fill.  The

09:50AM 23    area is being filled in -- the history, starts with the

09:50AM 24    construction of the Inner Harbor Navigation Canal, IHNC, called

09:50AM 25    for short the "Industrial Canal".  We, as well, put in a levee

09:50AM 1    fill and put a sheetpiling through that a portion of the layer

09:51AM 2    cake, and at the top is the elevation, approximately 12.5 feet of

09:51AM 3    the concrete floodwall constructed after Hurricane Betsy.

09:51AM 4    Q.   Before we leave the soil characterization, did you, in

09:51AM 5    carrying out your own analysis of the soil, did you conclude that

09:51AM 6    the characterization by IPET was one on which you could rely or

09:51AM 7    close enough to the one that you did with ILIT, that the two of

09:51AM 8    them were --

09:51AM 9    A.   We -- actually, I left our two cross-sections independently,

09:51AM 10   so the IPET cross-section is very close to this cross-section,

09:51AM 11   but we couldn't afford coloring the cross-section, so I chose one

09:52AM 12   that was colored.

09:52AM 13       There is a very important point here because these

09:52AM 14   cross-sections are being drawn by teams of geologists and

09:52AM 15   geotechnical engineers.  The geologists are the historic

09:52AM 16   librarians of soils and how they get there.  The geotechnical

09:52AM 17   engineers are those who focus on the engineering property's

09:52AM 18   performance characteristics of structures.  So two very, very

09:52AM 19   similar cross-sections developed by these two independent teams.

09:52AM 20   Q.   May I have the next slide, please.

09:52AM 21       Professor Bea, we're looking now at Defendant's Exhibit 141,

09:52AM 22   ILIT Figure 6.24.  Would you describe what we have here in this

09:52AM 23   slide and how it relates to the analysis that you've conducted?

09:53AM 24   A.   This slide applies to the analyses we performed at the south

09:53AM 25   breach.  The vertical scale references elevation, and the

09:53AM 1    horizontal scale references a distance, both of which are in

09:53AM 2    feet.

09:53AM 3        The differing colors shown here at the legend are associated

09:53AM 4    with different types of soil that are found within the vicinity

09:53AM 5    of this cross-section.  So the layering are the differing kinds

09:53AM 6    of soils down to a depth of approximately 80 feet.

09:53AM 7        The location of the concrete upper portion of the floodwall,

09:53AM 8    I'm showing with my pointer.  The sheetpiling embedded within

09:53AM 9    that concrete monolith penetrate down to approximately minus

09:54AM 10   10 feet.

09:54AM 11       You can see the levee fill, the material that was brought

09:54AM 12   into this area since the construction of the Industrial Canal.

09:54AM 13   You can see the outline here of the in-filled Jourdan canal that

09:54AM 14   was in this area before we began inhabiting it in the '60s and

09:54AM 15   later time period.  The vertical lines are soil cores in situ

09:54AM 16   tests performed in this vicinity.  It's from these soil cores

09:54AM 17   that the geologists/geotechnical engineers then began to develop

09:54AM 18   detail characterizations of the soils.

09:54AM 19   Q.   Who performed --

09:54AM 20       THE COURT:  Dr. Bea, just briefly, not necessarily

09:54AM 21   relevant, but the Lower Ninth Ward, you said it began to be

09:55AM 22   inhabited at what period of time?

09:55AM 23       THE WITNESS:  Well, it's actually back when we were

09:55AM 24   starting to dig the Industrial Canal, construct locks.  At that

09:55AM 25   time the Lower Ninth Ward is, we'll call it "sparsely inhabited".

09:55AM 1   We bring progressively, over time, bring fill in, inhabit the

09:55AM 2   area in the -- Lower Ninth Ward is a result of that continuous

09:55AM 3   history.

09:55AM 4           THE COURT:  It's, in essence, reclaimed land or land

09:55AM 5   that was, was it, in essence, marshy prior to that time?

09:55AM 6           THE WITNESS:  Yes.

09:55AM 7           THE COURT:  Thank you.

09:55AM 8                          EXAMINATION

09:55AM 9   BY MR. RAFFMAN:

09:55AM 10  Q.   Before we leave this slide, these borings were done by whom?

09:55AM 11  A.   By a wide variety of agencies and groups.  For example,

09:55AM 12  Eustis Engineering, whom I used to work with when I worked here

09:56AM 13  in New Orleans, performed some of these soil borings for the

09:56AM 14  U.S. Army Corps of Engineers.

09:56AM 15      The group of three cores located here at my pointer were

09:56AM 16  performed by the ILIT team, Gordon Boutwell supervising.  Dr.

09:56AM 17  David Rogers, a world authority geologist, was the logger on the

09:56AM 18  hole.  Now, Dr. Diego Cobos-Roa was one of the workers on this

09:56AM 19  soil boring, and I was one of the observers.

09:56AM 20      So these things have been performed by a variety of

09:56AM 21  different organizations, agencies, to give us insight into this

09:57AM 22  very complex geological picture.

09:57AM 23  Q.   Do you believe, Dr. Bea, that the number of borings that

09:57AM 24  have been performed by ILIT and others related to the area of the

09:57AM 25  south breach was sufficient for the analysis that you and others

09:57AM 1   have conducted of the causes of the failures there?

09:57AM 2   A.   Yes, I do.

09:57AM 3   Q.   Let's go to the next slide.

09:57AM 4        We have here Defendants's Exhibit 206.  This is Bea report

09:57AM 5   Appendix C, Figure 38.  Would you describe for the Court what's

09:57AM 6   shown in this slide?

09:57AM 7   A.   A similar picture, unfortunately, not colored, so it tends

09:57AM 8   to be pretty boring, and I don't mean soil boring.

09:57AM 9        You can start at the ground surface, and we're now at the

09:57AM 10  location of the north breach, so where I am drawing this line

09:58AM 11  with my pointer is the east bank industrial area that occupied

09:58AM 12  the water side of the levee that is shown here, so the levee

09:58AM 13  surface goes down.

09:58AM 14       Again, we have the in-filled, now buried Jourdan canal, a

09:58AM 15  drainage canal that was on the protected side.  The vertical red

09:58AM 16  lines are the soil cores that are available to draw this

09:58AM 17  cross-section.  Shown here in the darker coloration area is an

09:58AM 18  in-fill excavation or excavations, and the soil cores have

09:58AM 19  penetrated but later becomes an excavation.

09:58AM 20       This is one of the reasons why you have to be very, very

09:58AM 21  careful as you characterize the soils because history of the area

09:59AM 22  has a great deal to do with the soils that are found at a

09:59AM 23  particular point, so we have to carefully understand when the

09:59AM 24  borings are performed relative to the development features, but

09:59AM 25  it's very similar to the south breach area.  We've got fill over

09:59AM 1    the marsh, and the marsh was indeed something that Jean Lafitte

09:59AM 2    saw here in the 1700s and in the course have laid delta -- delta

09:59AM 3    deposits all the way down to the Pleistocene interface

09:59AM 4    approximately at minus 100 feet.

09:59AM 5    Q.   All right.  And we're going to talk more about that box and

09:59AM 6    what was in it, the gray box, but to make clear, that box

09:59AM 7    represents areas that you concluded had been excavated and filled

10:00AM 8    in with sand or sandy material.

10:00AM 9    A.   Correct.

10:00AM 10   Q.   Now, did you believe that -- in forming your conclusions,

10:00AM 11   did you believe that the number of borings and the boring

10:00AM 12   information was sufficient to allow for a characterization of the

10:00AM 13   soils in the area of the north breach?

10:00AM 14   A.   Yes.

10:00AM 15   Q.   Let's go to the next slide.

10:00AM 16        The next slide is Defendant's Exhibit 207, Bea supplemental

10:00AM 17   report, Figure 5.  Would you describe for the Court what is shown

10:00AM 18   in this slide?

10:00AM 19   A.   This slide is a second cross-section that we analyzed at the

10:00AM 20   north breach.  The additional soils test that I am referencing

10:00AM 21   here that were brought forward by Dr. Marino in his work, he had

10:00AM 22   located and analyzed.  He had located soil borings and cores at

10:01AM 23   this location performed by Fugro Materials Management Group.

10:01AM 24        These cores were, as discussed earlier in this trial,

10:01AM 25   performed for the purpose of understanding the soils that were in

10:01AM 1    this area, and the primary concern was for the pollution elements

10:01AM 2    that were found on the east bank industrial area.  But the

10:01AM 3    information that Dr. Marino had located we had not included

10:01AM 4    previously in our work, so we took advantage of the additional

10:01AM 5    soils information, combined it with the other soils information

10:02AM 6    that we had, to enable us to draw the cross-section that is shown

10:02AM 7    here.

10:02AM 8    Q.   So referring now to the square on the left-hand side refers

10:02AM 9    to boring 81A; right?

10:02AM 10   A.   That is correct.

10:02AM 11   Q.   You've been present in court and the Court has heard plenty

10:02AM 12   about boring 81A, so let me try to move through quickly here.

10:02AM 13        The characterization you've drawn here with shell or -- what

10:02AM 14   does the ML or SM stand for?

10:02AM 15   A.   These are all shelly, sandy materials.

10:02AM 16   Q.   So shell and sandy materials, as you've drawn it, comes out

10:02AM 17   of the data showing it as boring 81A; is that fair?

10:02AM 18   A.   That's correct.  And, of course, also, as shown here to the

10:02AM 19   left, the other borings in that 81 series are shown.

10:02AM 20        THE COURT:  Yes, sir, Mr. Khorrami.

10:02AM 21        MR. KHORRAMI:  Your Honor, I'm going to object to this.

10:03AM 22   It was not part of the report of this witness, nor any

10:03AM 23   declaration or supplemental that the witness has done.

10:03AM 24        THE COURT:  Counsel, it's been argued that this is

10:03AM 25   beyond the scope of any report.

10:03AM 1          MR. RAFFMAN:  I believe this is from Bea supplemental

10:03AM 2   report Figure 5, the one that he did in the fall of --

10:03AM 3          THE COURT:  If we can confirm that.

10:03AM 4          MR. KHORRAMI:  The specifics of boring 81A and all of

10:03AM 5   the findings that were discussed are outside of the --

10:03AM 6          THE COURT:  If this, if this graphic is in the report,

10:03AM 7   I'm going to let him discuss the graphic.

10:03AM 8          THE WITNESS:  The graph does come from my supplemental

10:03AM 9   report.  So as such, it's not new.

10:03AM 10          THE COURT:  Why don't we let your counsel, just for the

10:03AM 11   record.

10:04AM 12          MR. RAFFMAN:  The boring log is included at page 3.

10:04AM 13          THE WITNESS:  It's Figure 5, page 6.

10:04AM 14          MR. KHORRAMI:  I'll withdraw the objection.

10:04AM 15          THE COURT:  Thank you, Mr. Khorrami.

10:04AM 16      All right.  Proceed.

10:04AM 17                          EXAMINATION

10:04AM 18   BY MR. RAFFMAN:

10:04AM 19   Q.   Would you briefly tell the Court why the existence of sand

10:04AM 20   or shell in the area near the floodwall --

10:04AM 21          THE COURT:  Let me ask Dr. Bea a question.  The area in

10:04AM 22   yellow that's semirectangular, somewhat rectangular, what is that

10:04AM 23   supposed to represent?  Other than -- is it supposed to represent

10:04AM 24   something specific?

10:04AM 25          THE WITNESS:  Yes.  In-filled area.

10:05AM 1          THE COURT:  That is the EBIA area?

10:05AM 2          THE WITNESS:  That's correct.

10:05AM 3          THE COURT:  Thank you.

10:05AM 4                          EXAMINATION

10:05AM 5  BY MR. RAFFMAN:

10:05AM 6  Q.   So one question that may duplicate other testimony --

10:05AM 7          THE COURT:  That's okay.  I can stand a little

10:05AM 8  repetition.  Go ahead.

10:05AM 9                          EXAMINATION

10:05AM 10 BY MR. RAFFMAN:

10:05AM 11 Q.   Why does it matter that we have shell and sand near the

10:05AM 12 floodwall?

10:05AM 13 A.   Well, as water rises over the surface of the east bank

10:05AM 14 industrial area, shown here to the left, water is able to

10:05AM 15 communicate readily through the shell, sandy material.  It then

10:05AM 16 connects directly to the underlying marsh swamp layer.  That

10:05AM 17 then, given that the sheetpile don't cut that off or some other

10:05AM 18 unusual feature, allows water to directly communicate under the

10:05AM 19 floodwall to the protected side.

10:06AM 20 Q.   All right.  Now, we heard from Dr. Marino -- may we have the

10:06AM 21 next slide, please.

10:06AM 22     We heard from Dr. Marino that he thought that the sample 81A

10:06AM 23 had been moved to a different location.  Do you agree that sample

10:06AM 24 81A was moved to a different location?

10:06AM 25 A.   No.  But when Dr. Marino brought forward that contention, we

10:06AM  1   were concerned with the appropriate proper location of that soil

10:06AM  2   core, but to corroborate that the latitude and longitude reported

10:06AM  3   here in seven and eight significant figures, I contacted a

10:06AM  4   colleague who had worked with me at the Ocean Services Division

10:06AM  5   of Woodward-Clyde Consultants in Houston, Texas.  My colleague

10:07AM  6   now worked for Fugro Gulf in Houston, Texas.

10:07AM  7        I called him and asked if the latitude and longitude

10:07AM  8   reported here was at the proposed location or the actual

10:07AM  9   location, but he said he would check and, after checking, told me

10:07AM 10   that the latitude and longitude reported here are the actual

10:07AM 11   latitude and longitude, not proposed latitude and longitude.

10:07AM 12   Q.   All right.  Let's go to the next slide, please.

10:07AM 13        The latitude and longitude of the boring, to be clear, is as

10:07AM 14   represented on this slide?

10:08AM 15   A.   That's correct --

10:08AM 16             THE COURT:  Mr. Khorrami is standing.

10:08AM 17             MR. KHORRAMI:  I apologize.  Your Honor, the basis for

10:08AM 18   this opinion is complete hearsay.

10:08AM 19             THE COURT:  Well, you know your objection is a little

10:08AM 20   late.

10:08AM 21             MR. KHORRAMI:  I understand.

10:08AM 22             THE COURT:  It is hearsay.  No question about it.  It's

10:08AM 23   absolute hearsay.

10:08AM 24             MR. RAFFMAN:  Your Honor, I believe experts are

10:08AM 25   permitted to rely on information on which an expert would

10:08AM  1    normally rely, so...

10:08AM  2         THE COURT:  Well, there is no documentation.  I'm not

10:08AM  3    sure experts normally rely on phone conversations, but that's --

10:08AM  4    it's in the record.  The Court will look at it with the

10:08AM  5    understanding that it, in the Court's mind, is certainly

10:08AM  6    attenuated.

10:08AM  7         MR. RAFFMAN:  It is what it is, Judge.

10:08AM  8         THE COURT:  There is no written record.  It's hearsay.

10:08AM  9    And I don't know if that's the kind of hearsay that experts

10:08AM 10    normally rely on.  We can debate about that for a long time.

10:08AM 11    Dr. Bea can say yes, but I'm not certain in this court if it's

10:08AM 12    the kind of information that I want to rely on.

10:08AM 13                          EXAMINATION

10:08AM 14    BY MR. RAFFMAN:

10:09AM 15    Q.    Maybe I'll just establish a record so that we have a record.

10:09AM 16         Dr. Bea, as an expert, when you want to find out whether

10:09AM 17    something happened, is a phone call to the person with the agency

10:09AM 18    who was involved something that you would ordinarily or normally

10:09AM 19    undertake?

10:09AM 20    A.    Of course.  And that's the basis for the location and the

10:09AM 21    soil profile documented in my supplemental report.  So we had to

10:09AM 22    come to grips with where 81A is.

10:09AM 23         But, yes, in a court definition, this might be hearsay or

10:09AM 24    testimony from someone that has not been in court, but this is in

10:09AM 25    general how engineers work.  If we're uncertain about something,

10:09AM 1   we'll call someone who has the knowledge we don't, in an attempt

10:10AM 2   to corroborate a particular piece of information.

10:10AM 3        THE COURT:  Just a note for the record, the Court

10:10AM 4   doesn't know where this gentleman got that information, where

10:10AM 5   that person got that information; and, therefore, it is, in the

10:10AM 6   court's mind, not the most collusive of evidence.

10:10AM 7        MR. RAFFMAN:  I understand, Your Honor.

10:10AM 8        THE COURT:  Go ahead, Counsel.  It could have gone

10:10AM 9   multiple.

10:10AM 10        MR. RAFFMAN:  We had testimony yesterday on this very

10:10AM 11   same point, and there is a little bit of --

10:10AM 12        THE COURT:  I understand.  I mean, I assume somebody

10:10AM 13   could get the GPS and actually tell us exactly where it is.

10:10AM 14        MR. RAFFMAN:  Well, have you done that?

10:10AM 15        THE WITNESS:  That's how that seven and eight

10:10AM 16   significant figures happened.  The people on the boring were --

10:10AM 17   used a differential GPS, which is much more accurate than GPS.

10:10AM 18   I'm an avid mariner, sailor, and, hence, use DGPS.  So I have a

10:11AM 19   hand-held one.  That's how those significant figures got there.

10:11AM 20                       EXAMINATION

10:11AM 21   BY MR. RAFFMAN:

10:11AM 22   Q.  But the GPS coordinates, to be clear, Dr. Bea, you've looked

10:11AM 23   at the GPS coordinates, and they, in fact, reflect that spot of

10:11AM 24   the yellow dot right outside of the north breach; right?

10:11AM 25   A.  That's correct.  We took all of this location information

10:11AM  1     that was turned over to our geographic information system,

10:11AM  2     obtained GIS, and then we geo reference all of this soils

10:11AM  3     information making sure we had correct alignment of the location

10:11AM  4     of the boring relative to other geographic features.

10:11AM  5             THE COURT:  The Court does realize that one of the

10:11AM  6     issues is whether it's a proposed or -- a proposed GPS or the GPS

10:11AM  7     ascertained after the hole was bored or during -- at the time the

10:11AM  8     hole was actually bored.  I understand.

10:11AM  9             MR. RAFFMAN:  And we had testimony yesterday --

10:12AM 10             THE COURT:  And that's the issue.

10:12AM 11             MR. RAFFMAN:  Conundrum is the word Your Honor has used.

10:12AM 12             THE COURT:  I have several.

10:12AM 13                             EXAMINATION

10:12AM 14     BY MR. RAFFMAN:

10:12AM 15     Q.   Let's take a look at the next slide, then, in sequence.

10:12AM 16          We heard testimony that drilling rigs have trouble when

10:12AM 17     there is an incline, and so, Professor Bea, in your experience as

10:12AM 18     a geotechnical scientist and someone who has participated in

10:12AM 19     borings, are rigs able to drill on an incline?

10:12AM 20     A.   Certainly.  Here is the Lower Ninth Ward.  You can tell it's

10:12AM 21     pretty early because water has ponded here.

10:12AM 22             THE COURT:  Mr. Khorrami, you're standing.  Are you just

10:12AM 23     being polite?  You can stand and object if you wish.  But when

10:12AM 24     you stand, I'm assuming it's an objection.

10:12AM 25             MR. KHORRAMI:  Yes, it's an objection, Your Honor.

10:12AM  1          THE COURT:  All right.

10:12AM  2          MR. KHORRAMI:  I know there has been testimony regarding

10:12AM  3  the slopes and what have you, but there is nothing to say that

10:13AM  4  the -- what slope this particular rig, if it is a rig, was placed

10:13AM  5  on, whether it's relevant to the slope that we discussed at 81A

10:13AM  6  where we had two inclines meeting each other, and, frankly, the

10:13AM  7  testimony wasn't even that it's impossible to do.  So --

10:13AM  8          THE COURT:  Well, the Court will take all of that into

10:13AM  9  consideration.  If you want to use that in your brief, you may.

10:13AM 10  Because I'm going to give you some page limits after we talk

10:13AM 11  about it all.

10:13AM 12          MR. KHORRAMI:  Thank you, Your Honor.

10:13AM 13          THE COURT:  I'll be more forgiving than Judge Feldman.

10:13AM 14  Go ahead.

10:13AM 15                          EXAMINATION

10:13AM 16  BY MR. RAFFMAN:

10:13AM 17  Q.    Can a drilling rig drill on an incline?

10:13AM 18  A.    Well, yes, and that's what's happening here.  This is a

10:13AM 19  slope of approximately 1.3, so it's a sloping surface of the

10:13AM 20  levee.  Jacks have been used to level the rig.  This is Dr. --

10:14AM 21  Professor Raymond Seed standing right next to Peter,

10:14AM 22  Dr. Peter Nicholson.  So this is in the slides that I furnished

10:14AM 23  as part of my reliance materials.

10:14AM 24        But yes, we can put rigs on inclines.  We use leveling

10:14AM 25  devices so that we don't poke inclined holes.

10:14AM 1   Q.   May I have the next slide, please.

10:14AM 2        The next slide is from your reliance materials,

10:14AM 3   Professor Bea.  Describe for the Court what's shown in the slide

10:14AM 4   on the right-hand side of the screen, please.

10:14AM 5   A.   Well, with your permission, I'll start on the left-hand

10:14AM 6   side.

10:14AM 7   Q.   All right.

10:14AM 8   A.   The Judge gave me some more homework, and he said that he

10:15AM 9   would like to get a picture of this pocket area, where

10:15AM 10  Surekote Road passes over the top of the levee.  So here is the

10:15AM 11  concrete wall.  Surekote Road coming and proceeding south toward

10:15AM 12  the Claiborne bridge.  Here is the concrete floodwall in the

10:15AM 13  location in this right photograph, so now inside the pocket, here

10:15AM 14  is the Pump Station Number 5.  Here is the gentle slope from the

10:15AM 15  Surekote Road down to the face of the floodwall, and, in fact,

10:15AM 16  you can see the intersection of the new floodwall with the old

10:15AM 17  floodwall at exactly this location.

10:15AM 18  Q.   Professor Bea, what I would like you to do is to take your

10:16AM 19  indicator and place a mark on the screen at the place where there

10:16AM 20  is the connection between the new floodwall and the old

10:16AM 21  floodwall.

10:16AM 22        THE COURT:  You want him to actually physically mark it

10:16AM 23  with a stylus?

10:16AM 24        MR. RAFFMAN:  A stylus would be -- yes, sir; yes,

10:16AM 25  Your Honor.

10:16AM  1         THE COURT:  Right at the very edge of the photograph.

10:16AM  2         MR. RAFFMAN:  The edge of the photograph.  And I would

10:16AM  3  ask the court reporter to capture that or I would ask the court

10:16AM  4  staff to --

10:16AM  5         THE COURT:  I want to thank all of the attorneys and the

10:16AM  6  experts in this matter for me proving Systems horrendously wrong

10:16AM  7  for not putting a color printer in my court.  So thank you.

10:16AM  8         MR. RAFFMAN:  I didn't prove it on purpose, Your Honor.

10:16AM  9         So I believe this is 357.  I hope that's right.

10:17AM 10  358.  All right.  I've missed one.  We'll mark that and move it

10:17AM 11  as 358 and move its admission as 358.

10:17AM 12                          EXAMINATION

10:17AM 13  BY MR. RAFFMAN:

10:17AM 14  Q.   And before I leave, just for the record, the photographs

10:17AM 15  that are reflected in Defendant's Exhibit 358 were taken before

10:17AM 16  Katrina; right?

10:17AM 17  A.   That is correct.

10:17AM 18  Q.   And is the incline that's shown in the right-hand picture of

10:17AM 19  Exhibit 358 too steep to perform soil borings?

10:17AM 20  A.   In fact, we could perform the soil boring right here on the

10:17AM 21  level shoulder adjacent to Surekote Road.

10:17AM 22  Q.   May I have the next slide, please.

10:17AM 23       Professor Bea, you saw the model that professor -- or

10:17AM 24  Dr. Marino showed in which he described a ravine as part of the

10:18AM 25  model.  Dr. Bea, do you believe that the model showing a ravine

10:18AM 1   in the location of 81A is accurate, given the photo you've just

10:18AM 2   looked at?

10:18AM 3   A.   No, I do not.  When I saw this graphic, I was shown it in

10:18AM 4   court, I was shocked, but this is the intersection of the, pardon

10:18AM 5   me, the old wall by going to the right at the new floodwall

10:18AM 6   section, and I could not remember having ever seen such a ravine,

10:18AM 7   and that's why I took to heart the Judge's request for a

10:18AM 8   photograph and went back through the several hundred photographs

10:18AM 9   to locate what we have just seen.  There is no ravine.

10:18AM 10  Q.   So let's move on to a different topic.  We're going to show

10:19AM 11  some photos that relate to the site-clearing activities and the

10:19AM 12  fill that was placed there.  So, Professor Bea, we're looking now

10:19AM 13  at Defendant's Exhibit 206.  Bea report Appendix C, Figure 36-C.

10:19AM 14  Would you describe for the Court what is shown in this slide.

10:19AM 15  A.   Well, I'll start with the aerial photograph shown here to

10:19AM 16  the right, the "Surekote Road overpass", I'll call it.  I'm

10:19AM 17  outlining with my pointer as it comes through the break at the

10:19AM 18  floodwall and declines down to this location.  These bright white

10:19AM 19  appearing things are trailers that were mobilized to the area by

10:19AM 20  the Washington Group International associated with their -- and

10:20AM 21  their subcontractors were to clear the location.

10:20AM 22       Here is that pocket area that we saw -- pardon me just a

10:20AM 23  second -- in the previous photograph.  I've outlined here in

10:20AM 24  yellow the location of the future north breach.  Pump Station

10:20AM 25  Number 5 is shown just off to the corner of the aerial

10:20AM 1    photograph.  A prominent and important oak tree shows up at this

10:20AM 2    point.  But moving to the west is the Industrial Canal.  The

10:20AM 3    Florida Avenue bridge is not in the frame captured here.

10:20AM 4         The red things are the locations of structures of both

10:20AM 5    surface and subsurface that were identified for removal.  They

10:21AM 6    were removing these things prior to expanding the navigation

10:21AM 7    logs, so the red outlines are structures that have been removed.

10:21AM 8    The light areas are identified, at least to the eye, as sandy

10:21AM 9    material that's at the surface.  We would expect cohesive

10:21AM 10   material to be of a darker color.  It's also been deposited

10:21AM 11   fairly recently because there is not any or very much vegetation

10:21AM 12   such as shown here in green and other parts of the photograph.

10:21AM 13        THE COURT:  Dr. Bea, the area in yellow that you have

10:21AM 14   shown in one of the previous diagrams with soil borings, could

10:21AM 15   you approximately tell me where that area would be?  When I asked

10:21AM 16   you was it part of the EBIA remediation effort, you said yes.

10:22AM 17   Could you tell me approximately where that would be?

10:22AM 18        THE WITNESS:  About right there.

10:22AM 19        THE COURT:  And that was a borrow pit?

10:22AM 20        THE WITNESS:  Yes, sir.

10:22AM 21        THE COURT:  Thank you.

10:22AM 22                              EXAMINATION

10:22AM 23   BY MR. RAFFMAN:

10:22AM 24   Q.  So let's look at some of the -- some pictures of some of the

10:22AM 25   material that was used to fill the excavations.

10:22AM 1   A.   Before you proceed, I didn't explain the inset here to the

10:22AM 2   left.

10:22AM 3   Q.   Would you explain the inset, then?

10:22AM 4   A.   This black and white photograph is taken from the final

10:22AM 5   report produced by Washington Group International to the

10:22AM 6   United States Army Corps of Engineers.  They identified by number

10:22AM 7   the surface structures that were removed.  These numbers allow

10:22AM 8   you to then connect with photographs and written information to

10:22AM 9   understand what was removed and how it was removed and what they

10:22AM 10  did subsequent to the removal.

10:23AM 11  Q.   All right.  And now, we'll move to the next slide.

10:23AM 12       Dr. Bea, this relates to the areas of excavation near the

10:23AM 13  south breach; am I right?

10:23AM 14  A.   That's correct.

10:23AM 15       Now, before we proceed further, that north breach area is

10:23AM 16  identified in general as the Boland Marine area.

10:23AM 17  Q.   And the south breach is associated --

10:23AM 18  A.   With Meyer Marine area.  M-E-Y-E-R.

10:23AM 19  Q.   I may have had it wrong.

10:23AM 20       And the south breach area, did you also identify areas of

10:23AM 21  excavations that had been performed and then backfilled with sand

10:23AM 22  or other similar material?

10:23AM 23  A.   Indeed.  As shown here to the right is a frame from that

10:23AM 24  same aerial photograph.  Shown along the belt line is the future

10:24AM 25  south breach.  We can see the buoys that have been mentioned

10:24AM 1    several times during this trial.  A barge is moored at this and

10:24AM 2    it has a tug in attendance right there, perhaps waiting to get

10:24AM 3    locked through the locks to proceed into the Mississippi River.

10:24AM 4        But you've got the white areas.  There are some very

10:24AM 5    interesting depression areas that show up at the north end of the

10:24AM 6    south breach.

10:24AM 7    Q.   What is interesting about those depression areas?

10:24AM 8    A.   They represent in-fill drainage areas.  In some cases,

10:24AM 9    pipelines and sewer lines were being abandoned, but other

10:24AM 10   material has been filled in here to fill in excavations.

10:25AM 11       There is a very interesting feature at the south end of the

10:25AM 12   south breach.  It's actually a drainage ditch that connects with

10:25AM 13   the north-south drainage ditch and then leads out to the

10:25AM 14   Industrial Canal.  So they are obviously having trouble with

10:25AM 15   surface waters, and to remove those surface waters they are

10:25AM 16   digging drainage ditches, and those are other features we see in

10:25AM 17   that portion of the illustration.

10:25AM 18       Shown here to the left in black and white is, again, the

10:25AM 19   identification of the specific features number that were removed

10:25AM 20   in the process of remediating this section of the east bank

10:26AM 21   industrial area.

10:26AM 22           THE COURT:  Just one minute.

10:26AM 23       Just a note to counsel, it's your case and your record, but

10:26AM 24   I do have empathy for my colleagues in the Fifth Circuit.  So if

10:26AM 25   there is something in particular that you want to emphasize, you

10:26AM 1   might have Dr. Bea actually make a circle or a point, et cetera,

10:27AM 2   because those words, when this gets to the level where people

10:27AM 3   read cold records, it's difficult to understand.  Just if there

10:27AM 4   is anything, and I say that to all sides, if there is anything

10:27AM 5   you want to particularly emphasize.

10:27AM 6           MR. RAFFMAN:  The very thought was passing through my

10:27AM 7   mind as to whether this is the kind of thing that rises to the

10:27AM 8   level of needing to be captured.

10:27AM 9           THE COURT:  And that's going to be your decision, only

10:27AM 10  your decision, unless I'm really interested in it particularly.

10:27AM 11          MR. RAFFMAN:  I understand, and I thank Your Honor.  I

10:27AM 12  think for this one it will be sufficient to note for the record

10:27AM 13  that we're looking at Defendant's Exhibit 206, Bea report

10:27AM 14  Appendix C, Figure 36-C.

10:27AM 15          THE COURT:  Thank you very much.

10:27AM 16                         EXAMINATION

10:27AM 17  BY MR. RAFFMAN:

10:27AM 18  Q.   Now, I want to turn to the next slide to look at some

10:27AM 19  pictures of some of the --

10:27AM 20          THE COURT:  Why don't we take a break now and give

10:28AM 21  Dr. Bea a little break and everybody a little break for about

10:28AM 22  ten minutes.

10:28AM 23          MR. RAFFMAN:  Thank you, Your Honor.

10:28AM 24          THE COURT:  We'll probably go until about 12:30 or

10:28AM 25  thereabouts and then take a break for lunch.

10:28AM  1          MR. RAFFMAN:  Thank you, Your Honor.

10:28AM  2          (WHEREUPON, at this point in the proceedings, a brief

10:44AM  3   recess was taken.)

10:44AM  4          THE DEPUTY CLERK:  All rise, please.  Court is in

10:44AM  5   session.  Please be seated.

10:45AM  6                          EXAMINATION

10:45AM  7   BY MR. RAFFMAN:

10:45AM  8   Q.   Professor Bea, you had been talking about excavations and

10:45AM  9   what was used to fill.  We are now looking at Defendant's

10:45AM  10  Exhibit 206, Appendix C, Figures 27 and 29.  Please describe for

10:45AM  11  the Court what's shown in these photos and how it relates to your

10:45AM  12  conclusions.

10:45AM  13  A.   Before I do that, I need to apologize to you, the judge and

10:45AM  14  the court.  It's not Meyer Marine.  It's Saucier Marine.

10:45AM  15  Q.   S-A-U-C-I-E-R.

10:45AM  16      All right.  Now, let's go to the question.

10:45AM  17  A.   The photographs are taken as part of the WGI site clearing

10:45AM  18  operations.  Starting here to the left, it shows the Lower Ninth

10:45AM  19  floodwall.  In the background a backhoe is excavating a depth of

10:46AM  20  approximately 10 or 12 feet into the underlying materials.  They

10:46AM  21  are concerned with polluted soil so they have to remove these

10:46AM  22  materials.

10:46AM  23      It's noteworthy you can see the standing water inside the

10:46AM  24  lower portion of that excavation.

10:46AM  25      Shown to the right is this overpass we discussed earlier

10:46AM 1  this morning.  The backhoe has changed position, but river sand,

10:46AM 2  silty sand, as previously discussed, is being used to fill in

10:46AM 3  this excavation.

10:46AM 4      This is the kind of photographic forensic engineering work

10:46AM 5  that we do to help us understand why in aerial photographs we saw

10:46AM 6  those light soils.

10:46AM 7  Q.   How do you know that the material that's shown in the

10:47AM 8  right-hand photograph is a sandy material?

10:47AM 9  A.   Well, you can tell by the natural angle of repose that the

10:47AM 10  material achieves, and that angle of repose is approximately the

10:47AM 11  value of internal friction for the sand.  That also helps explain

10:47AM 12  why the pyramids in Egypt have their slopes.

10:47AM 13  Q.   Let's proceed to the next slide.  On this slide we have now

10:47AM 14  added a photograph in the middle, which is Defendant's

10:47AM 15  Exhibit 206, Bea report, Appendix C, Figure 30.

10:47AM 16      Please describe for the Court what's shown in this slide and

10:47AM 17  how it relates to the soil materials that were in the east bank

10:48AM 18  of the Industrial Canal on the flood side of the wall.

10:48AM 19  A.   Well, the photograph is taken on the -- or juxtapositioned

10:48AM 20  on the east bank industrial area.  In the background you can see

10:48AM 21  the floodwall protecting the Lower Ninth Ward.  Excavation has

10:48AM 22  been performed almost to the Surekote Road.

10:48AM 23      In the foreground are cypress tree stumps.  As we discussed

10:48AM 24  earlier this morning, this used to be a freshwater cypress tree

10:48AM 25  swamp.  As you steady move from the riverfront toward the

10:48AM 1   lakefront, these areas are being cleaned.  The cypress vegetation

10:49AM 2   has been removed so that the cypress logs are being used, and

10:49AM 3   these were exposed as we were preparing this area for dredging.

10:49AM 4   Dredging doesn't like cypress tree stumps, so they have to be

10:49AM 5   identified and removed so that the dredging can proceed.

10:49AM 6       It's clear indication, by this buried swamp marsh

10:49AM 7   accumulation that we have, it underlies this entire area.

10:49AM 8   Q.   As it relates to your conclusions regarding the blowout

10:49AM 9   hydraulic connectivity and seepage, what is the relevance of

10:49AM 10  having these kinds of materials present?

10:49AM 11  A.   Well, they are very highly water conductive.  In the

10:49AM 12  California Delta that we have been studying at the same time that

10:50AM 13  we have been working here, we've had about two breaches per year

10:50AM 14  for the last hundred years.  More than 80 percent of those

10:50AM 15  breaches are associated with water intrusion propagation through

10:50AM 16  these buried marsh swamp deposits.

10:50AM 17  Q.   Let's look at one more picture of some sand.  Defendant's

10:50AM 18  Exhibit 206, Bea report, Appendix C, Figure 28.  Is this another

10:50AM 19  picture of sand-filled excavations on the east bank?

10:50AM 20  A.   Indeed.  And you can tell we're in the immediate vicinity of

10:50AM 21  the Boland Marine site, the Florida Avenue bridge.  Distinctive

10:50AM 22  blue towers are in the background.  The bulldozer is pushing

10:50AM 23  sand.  There is that angle of repose that we discussed, and you

10:51AM 24  can see the thickness of this sand, shell, silty fill that's

10:51AM 25  being placed.

10:51AM 1       Boring 81A that we discussed earlier contains materials that

10:51AM 2  are characteristic of these kinds of fills.

10:51AM 3  Q.   And as it relates to your opinions regarding blowout

10:51AM 4  hydrologic -- hydraulic connectivity and seepage, what is the

10:51AM 5  relevance of the presence of sandy materials?

10:51AM 6  A.   This allows water to communicate rapidly and efficiently

10:51AM 7  with these underlying marsh layers.

10:51AM 8       Now, there is two things that are important as we think

10:51AM 9  about this water soil interaction.  One we have been calling

10:52AM 10  seepage.  Seepage is water transmission through the soil like

10:52AM 11  heat transmission through metals, and it follows the velocity of

10:52AM 12  the flow.  If those seepage flows are great enough, you can

10:52AM 13  develop what's called "piping".  Soil is being removed.  That

10:52AM 14  piping, when it gets to the surface, expresses itself as sand

10:52AM 15  boils.  These are well known along the Mississippi River levees.

10:52AM 16       The second important effect is pressure.  And because the

10:52AM 17  materials are saturated as pressure at one point is developed,

10:52AM 18  it's rapidly instantaneously developed at a nearby point.

10:52AM 19       Two different effects.

10:52AM 20  Q.   Two different effects.  The first one being the piping

10:52AM 21  effect, the moving through, and the second one being the

10:52AM 22  immediate communication of pressure?

10:53AM 23  A.   Correct.

10:53AM 24  Q.   All right.  We're going to see some slides now on that

10:53AM 25  second effect, what you've called "hydraulic uplift".

10:53AM 1       May I have the next slide, please.  May I have the next

10:53AM 2  slide, please.  And let me have the third slide.

10:53AM 3       Dr. Bea, would you explain for the Court the concept of

10:53AM 4  transmission of hydraulic pressure.

10:53AM 5  A.   I chose this means to explain to my wife what hydraulic

10:53AM 6  uplift is.  And the analogy that I developed is a car lift in a

10:53AM 7  garage, and I'm showing the car and the lift here to the right,

10:53AM 8  and the analogy is to the protected side of the floodwall.  So

10:54AM 9  this could represent the levee, and on top of the levee would be

10:54AM 10 other things, for example, a road or a street or a structure.

10:54AM 11      Here to the left is representing a hydraulic cylinder.  This

10:54AM 12 would be an analogy to a sand backfilled excavation.

10:54AM 13      The red arrow is indicating a force but the analogy would be

10:54AM 14 pressure from the rising surge level on the east bank industrial

10:54AM 15 side.  A pressure pushes down at a small area, it is

10:54AM 16 instantaneously transferred through the fluid, the fluid being

10:54AM 17 water, and soil is virtually incompressible, hence, the pressure

10:55AM 18 transmission.  When it rises and is acting over a much larger

10:55AM 19 area, we can effectively counteract the downward force caused by

10:55AM 20 the weight of the levee, and that is a destabilizing effect on

10:55AM 21 the levee.

10:55AM 22 Q.   The reason that you have a destabilizing effect on the levee

10:55AM 23 is because the levee is relying on the weight of the soil on the

10:55AM 24 protected side to provide stability, right?

10:55AM 25 A.   That's correct.

10:55AM 1    Q.    And if you now have a force under that soil that is pressing

10:55AM 2    up on that soil and depriving it of that weight, you can impair

10:55AM 3    the ability of that soil to do its job of holding back the force

10:55AM 4    of the rising water; is that fair?

10:56AM 5    A.    That is correct.

10:56AM 6    Q.    Let's proceed to the next slide.

10:56AM 7          Dr. Bea, tell the Court what this slide represents in

10:56AM 8    connection with your analysis of the hydraulic uplift phenomena.

10:56AM 9          This is, for the record, Defendant's Exhibit 254 and then on

10:56AM 10   the right side Defendant's Exhibit -- Bea report -- 206, Appendix

10:56AM 11   C, Figure 72.

10:56AM 12   A.    Starting with the photograph here to left, we're positioned

10:56AM 13   on the Claiborne bridge looking toward the Florida Avenue bridge.

10:56AM 14   It's a photograph that was taken during Hurricane Ivan, the year

10:56AM 15   before Hurricane Katrina.  Again, this is part of the forensic

10:56AM 16   engineering work is tracing back through history things that have

10:56AM 17   influenced this area.

10:56AM 18         It's representative of the water pressure I referred to

10:57AM 19   earlier that communicates.  As shown here to the right, this is a

10:57AM 20   finite element, two-dimensional model of the levee floodwall

10:57AM 21   system at the Lower Ninth Ward.  Pressure is being communicated

10:57AM 22   through the marsh layer.  At the same time you can see the

10:57AM 23   floodwall has inclined.  A tension crack has been extensively

10:57AM 24   discussed in this Court has opened behind it.

10:57AM 25         This pressure comes to the protected side, acts in uplift,

10:57AM 1   counteracting the gravity forces from the soil on the protected

10:57AM 2   side and thereby substantially reducing the lateral stability.

10:57AM 3   Q.   The thrust of the Ivan photo is to show that it hadn't

10:58AM 4   happened earlier?

10:58AM 5   A.   That's correct.  And here again we're checking our models.

10:58AM 6   Q.   So the photo on the right is the depiction of the uplift

10:58AM 7   phenomenon as it relates to a levee?

10:58AM 8   A.   That's correct.

10:58AM 9   Q.   Let's take a look at another photo.  We're looking at, in

10:58AM 10  this graphic, the top of the graphic is Defendant's Exhibit 206,

10:58AM 11  Bea report, Appendix 6, Figure 86.

10:58AM 12      Dr. Bea, tell the Court what this photo shows and how it

10:58AM 13  relates to the hydraulic uplift phenomenon that you have been

10:58AM 14  discussing.

10:58AM 15  A.   This photo and experience is part of what triggered my

10:58AM 16  discussion with Diego Cobos-Roa, the student that was working

10:58AM 17  with us on the 17th Street canal.  After we finished our studies

10:59AM 18  of the failure of the flood protection system here in

10:59AM 19  New Orleans, we proceeded in 2008, in August of that year, to

10:59AM 20  study the failure of the flood protection system for Missouri,

10:59AM 21  Illinois, and Iowa.

10:59AM 22      The picture I'm showing here is in an Iowa cornfield located

10:59AM 23  immediately adjacent to the Mississippi River shown to the left

10:59AM 24  of the photograph.  The farmer drilled a water well into a sand

10:59AM 25  aquifer that underlies his field.  That water was used to water

10:59AM 1    the field and he also had cattle.

10:59AM 2        We had very high water in the Mississippi River, and this

11:00AM 3    photograph clearly showed the communication of that high water

11:00AM 4    pressure and the elevated water in the river communicating under

11:00AM 5    the field and causing a water geyser up under his windmill that

11:00AM 6    normally has to lift the water from that underlying sand aquifer.

11:00AM 7        So we've got a geyser that's exemplary of this pressure

11:00AM 8    acting to destabilize the soils on the protected side.

11:00AM 9    Q.   Let's see the next photo, please.  Now we're looking at a

11:00AM 10   picture of -- we've added Defendant's Exhibit 206, Bea report,

11:00AM 11   Appendix C, Figure 87.

11:00AM 12       Tell the Court what that picture shows.

11:00AM 13   A.   Well, that picture is taken in the same area, and I think

11:00AM 14   you can see, in a small element here, that windmill.  After this

11:01AM 15   feature was noted and reported to us by a farmer, the levee that

11:01AM 16   I was referring to that's keeping the Mississippi River out has

11:01AM 17   now breached, and water is flowing into the area.

11:01AM 18       This was particularly important to the U.S. Army Corps of

11:01AM 19   Engineers in the St. Louis district, because they mobilized their

11:01AM 20   geotechnical engineers to begin considering these hydraulic

11:01AM 21   uplift effects.

11:01AM 22       These uplift effects are now incorporated explicitly in the

11:01AM 23   new guidelines for the design of levees.

11:01AM 24   Q.   We have one more picture on hydraulic uplift phenomenon.

11:02AM 25   Defendant's Exhibit 256, Bates-stamped LNA 10464.

11:02AM 1       Dr. Bea, tell the Court what is in this picture and how it

11:02AM 2   relates to the hydraulic uplift phenomenon that you have been

11:02AM 3   discussing.

11:02AM 4   A.   Well, the photograph was provided by a colleague in the

11:02AM 5   Netherlands.   One of the things I like to do, and I described

11:02AM 6   this earlier, is talk to my colleagues and ask them if they have

11:02AM 7   experiences that pertain to things that I'm concerned with, and

11:02AM 8   they know they have the freedom to do the same with me.   So what

11:02AM 9   we call "the engineering coconut wireless" is one of our primary

11:02AM 10  means of communication.

11:02AM 11      So I called this friend in the Netherlands, who had worked

11:02AM 12  with me here in New Orleans on the Katrina failures, and said,

11:03AM 13  "Have you experienced such things?"   The response was, "Yes, Bob,

11:03AM 14  we just experienced one south of Amsterdam."

11:03AM 15      This is one of their canals.   This is a boat that was in the

11:03AM 16  canal at the time of high water.   This very dark soil is their

11:03AM 17  peaty, swampy materials, so like many parts of his are blessed by

11:03AM 18  deltas, and this peaty, swampy material is found in most parts of

11:03AM 19  this world.

11:03AM 20      The Dutch built a defensive levee.   They have high water

11:03AM 21  pressure in the canal.   There has been obviously a lateral

11:03AM 22  instability along a sector of this levee.   They too, now, have

11:03AM 23  come to recognize this hydraulic uplift effect.

11:03AM 24          THE COURT:  Just a minute.   Just a minute.   I'm sorry.

11:03AM 25  Mr. Khorrami is standing.

11:04AM 1        MR. KHORRAMI:  I apologize.  Again, I look for whether

11:04AM 2   there is going to be anything except hearsay, and sometimes I

11:04AM 3   wait a little bit too long, but this is all hearsay about phone

11:04AM 4   conversations.

11:04AM 5        THE COURT:  I understand, but I'm looking at the

11:04AM 6   picture.  He got the photograph.  The photograph demonstrates,

11:04AM 7   from Dr. Bea's own observation, hydraulic uplift.  So I assume

11:04AM 8   his testimony is coming from the visualization of the picture as

11:04AM 9   a demonstration of it.  To that extent, I'll allow it.

11:04AM 10       MR. KHORRAMI:  Thank you, Your Honor.

11:04AM 11       THE WITNESS:  Continuing, this photograph has been shown

11:04AM 12  in my previous work on the failures of the flood protection

11:04AM 13  system here in New Orleans.  It was part of the canal litigation

11:04AM 14  testimony documentation and MRGO documentation, and I've included

11:05AM 15  it in my work here.

11:05AM 16      The Dutch have now explicitly included these hydraulic

11:05AM 17  uplift destabilizing pressure effects, and it has allowed them

11:05AM 18  now to explain bilateral instability caused by water pressure

11:05AM 19  communication in these water pressure conductive marsh layers.

11:05AM 20                          EXAMINATION

11:05AM 21  BY MR. RAFFMAN:

11:05AM 22  Q.   All right.  Now we are going to move away from hydraulic

11:05AM 23  uplift, and we're going to actually watch the water rise in the

11:05AM 24  Industrial -- or the Inner Harbor Navigation Canal.  Let's go to

11:05AM 25  the next slide.

11:05AM 1      Very quickly, Dr. Bea, is this a picture of the hydrograph

11:05AM 2  that the lockmaster used to measure water levels during the

11:05AM 3  event?

11:05AM 4  A.   It's the gauge used by the lockmaster to determine the

11:05AM 5  average floodwater elevation as a function of time.   The

11:06AM 6  Claiborne Avenue bridge is in the background.

11:06AM 7  Q.   Let's go to the hydrograph.   Dr. Bea, we're looking now at

11:06AM 8  an inset, which is Defense Exhibit 141, the ILIT report,

11:06AM 9  Volume I, Figure 6.18.

11:06AM 10      Describe for the Court what's shown here.

11:06AM 11      I know the Court has seen it.   We'll try to be summary in

11:06AM 12  the testimony.

11:06AM 13  A.   I'll go as quickly as my brain and voice will let me.

11:06AM 14      The horizontal scale is time, central daylight time

11:06AM 15  referenced.

11:06AM 16      The vertical scale is water elevation, again, referenced to

11:06AM 17  NAVD88.   A series of recorded water elevations at each time point

11:06AM 18  are shown here.

11:06AM 19      Earlier in this court, the question was asked about this

11:07AM 20  drop in water level.   An explanation, I'll call it coherent,

11:07AM 21  couldn't be developed but is actually a gauge at the I-10

11:07AM 22  overpass adjacent to the CSX railway.   This is a point at which

11:07AM 23  the sandbags blew out of that temporarily defended railroad

11:07AM 24  crossing, and the subsequent rise in water level is accompanying

11:07AM 25  the flooding into the Orleans metropolitan area.

11:07AM  1    Water continues to rise until we reach at 9:00 a.m. a peak

11:07AM  2    surge elevation of 14.2 feet.

11:07AM  3    Q.   When you said "mean," do you mean an average?

11:08AM  4    A.   That was another enjoyable discussion for me to hear in this

11:08AM  5    court, but mean means average.  But it's the central -- a central

11:08AM  6    tendency measure for statistical distribution.  It is also

11:08AM  7    associated with an expected value, and there is a mode value and

11:08AM  8    a median value.  Three different ways to measure where the center

11:08AM  9    of this distribution is.

11:08AM  10    This is a mean or average water elevation.

11:08AM  11   Q.   Thank you.

11:08AM  12    And it's -- to be clear, it's the still water level without

11:08AM  13   accounting for waves; is that right?

11:08AM  14   A.   That's correct.

11:08AM  15   Q.   Let's go to the next slide.  We've taken an extract from the

11:08AM  16   data.

11:08AM  17    Dr. Bea, would you just take the Court through the -- what

11:09AM  18   the data shows with regard to levels when the breaches were

11:09AM  19   occurring in your opinion.

11:09AM  20   A.   What I've done in this illustration is to show the barge at

11:09AM  21   the various times, referenced 1:00 a.m. on August 29th, shown

11:09AM  22   here with a water elevation of 7 feet.  I color in red the water

11:09AM  23   elevations accompanying the hours at which my analyses indicate

11:09AM  24   the north and south breaches were occurring.  And that's between

11:09AM  25   4:00 a.m. that morning, water elevation of 9.2 feet, building up

11:09AM  1   to, at 8:00 a.m., 13.7 feet.

11:09AM  2       Outside of that red box, I showed the peak water elevation

11:10AM  3   of 14.2 feet at 10:00 a.m., the time we think the barge arrived

11:10AM  4   at this location.  The external mean water level is at 12.2 feet.

11:10AM  5       The judge asked what the interior water level would be at

11:10AM  6   that time.  The information available indicates that it's between

11:10AM  7   10 and 12 feet at that time, interior adjacent to the south

11:10AM  8   breach.

11:10AM  9   Q.   All right.  So now we're going to go through the sequence of

11:10AM 10   events as you've developed your opinions about it.  And let's

11:10AM 11   start with the next slide of the two breaches.

11:11AM 12   A.   Shown to the left is the north breach aerial photograph.

11:11AM 13   Here is that intersection that we have discussed previously.

11:11AM 14   It's approximately 180 feet in width.

11:11AM 15       To the right-hand side, aerial photograph of the south

11:11AM 16   breach, approximately 793 feet in width.

11:11AM 17   Q.   And you can see the barge at the very bottom of the picture

11:11AM 18   of the south breach on the right side?

11:11AM 19   A.   That's correct.  That's the barge sticking out at that point

11:11AM 20   toward the bottom of the photograph.

11:11AM 21   Q.   And there is a feature just immediately to the left of the

11:11AM 22   barge there.  What is that feature?

11:11AM 23   A.   That feature is a school bus.

11:11AM 24   Q.   All right.  Let's go to the next slide.  We're at the north

11:12AM 25   breach.  We're going to go through the sequence at the north

11:12AM 1   breach.  This is Defendant's Exhibit 106, and there is a note

11:12AM 2   here about shell bars.

11:12AM 3       Dr. Bea, what is the significance of shell bars at the north

11:12AM 4   breach?

11:12AM 5   A.   When I saw these shell bars, what I said, I think I have

11:12AM 6   seen these before, and indeed we had, because a breach developed

11:12AM 7   at Bayou Bienvenue's navigation structure on the south side of

11:12AM 8   that navigation structure.  It was characterized with shell bars,

11:12AM 9   both downstream of the breach and upstream of the breach.

11:12AM 10      We subsequently traced the shell to fill that had been

11:13AM 11  placed at that location, so that when it breached, the shell was

11:13AM 12  excavated by the inflowing floodwaters, and as the floodwaters

11:13AM 13  retreated or receded, the shells were also swept from that

11:13AM 14  feature.

11:13AM 15      When I saw the shell bars show up here, I said, I think

11:13AM 16  we've got the same issue.  Shell is frequently used under the

11:13AM 17  roads to lighten the fill, because heavy things in this part of

11:13AM 18  the world lead to subsidence and settlement.  So the engineers do

11:13AM 19  all possible to lighten that weight, and so my conclusion was

11:13AM 20  we've got some lightweight sand shell under Surekote Road.

11:13AM 21      You can see up to the top of the photograph, Pump Station

11:14AM 22  Number 5.  We've got some electrical power transmission lines

11:14AM 23  that provide an interesting set of barriers, I'll call them.  We

11:14AM 24  have that oak tree that I previously sighted.  We have Surekote

11:14AM 25  Road.  It's, of course, been partially removed by the breach.

11:14AM 1    We have that inset area that the Court was interested in,

11:14AM 2  the inset area without the V.  We've got a shell, gravel road

11:14AM 3  being developed by the Corps of Engineers in an attempt to get

11:14AM 4  material in here to temporarily seal that breach.

11:14AM 5    We've got the telephone pole that's been discussed too much.

11:14AM 6  We've got an excavation deep water section here.  That's one that

11:15AM 7  drew my attention quickly.

11:15AM 8    We have what we think is a remnant feature that was that

11:15AM 9  area we saw in photographs being backfilled with sand.  As water

11:15AM 10 is flowing over that sand, it can erode it and remove it,

11:15AM 11 transport it, both in and both out of the area.

11:15AM 12   We've got at this point the south end of the south breach.

11:15AM 13 The wall has been fallen over.  It has this strange reverse

11:15AM 14 twist.  And then we come to the north end of the north breach.

11:15AM 15   That summarizes the key observations associated with this

11:15AM 16 photograph.

11:15AM 17 Q.   All right.  Now we're going to go to the next slide then.

11:15AM 18   Dr. Bea, with respect to the two photographs that were shown

11:15AM 19 in Dr. Marino's testimony, Plaintiff's Exhibit 397, Marino report

11:16AM 20 Photo 4.7, and Plaintiff's Exhibit 397, Marino report Photo 4.8,

11:16AM 21 Dr. Bea, when you looked at these photos, did you see anything

11:16AM 22 that suggested to you the nature of the materials present in the

11:16AM 23 soil in the area of where the north breach formed?

11:16AM 24 A.   Yes, I did.

11:16AM 25 Q.   Would you tell the Court what you saw from these two photos.

11:16AM 1    A.    It's perhaps best referenced here to the right.  We've seen

11:16AM 2    this photograph previously.  We have Pump Station 5 in the back

11:16AM 3    and we've got the -- a door open on the back of the pump station

11:16AM 4    that Mr. Villavasso was, and others, making observations.

11:16AM 5        In the foreground, we've got the ruptured sheet piling at

11:16AM 6    the intersection of 19 -- post-1965 floodwall abutting to the

11:17AM 7    later 1980-period floodwall.  Shell are seen clearly against the

11:17AM 8    face of this floodwall.

11:17AM 9    Q.    What I would like you to do is I would like you to stop

11:17AM 10   there.

11:17AM 11       This is one I do want to capture.  And I would like you to

11:17AM 12   place a mark on your screen at the location where you see shell

11:17AM 13   at the location of the floodwall.

11:17AM 14   A.    (Witness complies.)

11:17AM 15           MR. RAFFMAN:  And I will ask that this be marked and

11:17AM 16   admitted as Exhibit 359.

11:17AM 17           THE COURT:  Thank you.

11:17AM 18                     EXAMINATION

11:17AM 19   BY MR. RAFFMAN:

11:18AM 20   Q.    Now, we'll go forward to a series of slides that will help

11:18AM 21   you present a -- somewhat of a time sequence.

11:18AM 22           THE COURT:  Before you leave the shell, let me just ask

11:18AM 23   Dr. Bea to explain the significance of the shell in that

11:18AM 24   location.

11:18AM 25           THE WITNESS:  The shell is very water permeable.  You

11:18AM 1    can fill a Styrofoam cup with that shell.  The bottom of the cup

11:18AM 2    is perforated.  You pour water in the top and it would instantly

11:18AM 3    come out at the bottom.

11:18AM 4         THE COURT:  And what is your opinion as to where the

11:18AM 5    shell was prior to the north breach, immediately prior to the

11:18AM 6    north breach?

11:18AM 7         THE WITNESS:  It looks like it was both adjacent to the

11:18AM 8    floodwall sheet piling and under Surekote Road.

11:19AM 9         THE COURT:  All right.  Thank you.

11:19AM 10                        EXAMINATION

11:19AM 11   BY MR. RAFFMAN:

11:19AM 12   Q.   So, Dr. Bea, we're back to the excavations, and I guess what

11:19AM 13   I would like you to do is tell the Court where your narrative

11:19AM 14   starts.  What's happening around midnight as we transition from

11:19AM 15   the 28th of August into the 29th of August?

11:19AM 16   A.   Well, by this time, the surge in this area is at an

11:19AM 17   elevation of plus 6 feet.  That's sufficient water to cover this

11:19AM 18   portion of the east bank industrial area.  Surge water is able to

11:19AM 19   enter these backfilled excavation and initiate the hydraulic

11:19AM 20   effects in the buried marsh layers.

11:19AM 21   Q.   So now we move to an hour later, 1 o'clock in the morning.

11:20AM 22   What's happening as we move to 1 o'clock in the morning?

11:20AM 23   A.   By 1 o'clock in the morning the surge elevation is at

11:20AM 24   7 feet.  That puts approximately 2 feet of water acting on the

11:20AM 25   exposed concrete portion of the floodwall shown here to the

11:20AM 1    right.

11:20AM 2        The floodwall at this time can open a tension crack that

11:20AM 3    propagates immediately to the tip and perhaps even below the tip

11:20AM 4    of the sheet piling.  The photographs show relic features after

11:20AM 5    the storm has passed.  Here to the left, grass has fallen into

11:20AM 6    the retention crack.

11:20AM 7        Here to the right, you can see where the wall, and some soil

11:20AM 8    attached to wall, has separated and the wall is inclined.  The

11:20AM 9    relic crack feature is still there.

11:21AM 10        MR. RAFFMAN:  For the record, Dr. Bea is indicating on

11:21AM 11    Defendant's Exhibit 145, IPET, Volume V, Figure 56.

11:21AM 12                        EXAMINATION

11:21AM 13    BY MR. RAFFMAN:

11:21AM 14    Q.   My next question is why is a tension crack significant with

11:21AM 15    respect to the stability or instability of the wall?

11:21AM 16    A.   Well, as was discussed yesterday in court, the original

11:21AM 17    design models have not accounted for a tension crack, and so the

11:21AM 18    hydrostatic pressures used by the engineer to design this system

11:21AM 19    only extended to the surface of the soil.

11:21AM 20        That was a dramatic mistake and also points out the

11:21AM 21    potential pitfall of, quote, believing analytical models.  The

11:21AM 22    other important thing that we were concerned with as we saw these

11:22AM 23    features were these scratch marks.

11:22AM 24    Q.   Let me stop you there.  I'm going to ask you about the

11:22AM 25    scratch marks, but I want to close the line on the tension crack.

11:22AM 1        When a tension crack forms, that adds pressure on the wall;

11:22AM 2   is that right?

11:22AM 3   A.   Substantially.

11:22AM 4   Q.   Because now instead of only acting on the wall, the portion

11:22AM 5   of the wall above the levee, now this rising water in the canal

11:22AM 6   is able to exert its pressure all the way down to the bottom?

11:22AM 7   A.   That's correct.

11:22AM 8   Q.   So this is a, in your opinion, a significant event with

11:22AM 9   respect to the stability of the wall?

11:22AM 10  A.   It will multiply the forces acting on the wall by a factor

11:22AM 11  of approximately 37 times.

11:23AM 12  Q.   Now, there has been testimony about whether a tension crack

11:23AM 13  will form or, if so, when.  You have a tension crack forming at

11:23AM 14  elevation of 7 feet, plus 7 feet, and I'd like you to tell the

11:23AM 15  Court why you've concluded that this is an elevation at which a

11:23AM 16  tension crack would form.

11:23AM 17  A.   We've observed these tension cracks in experiments that date

11:23AM 18  back to the 1980s.  We've observed them now in laboratory

11:23AM 19  modeling tests.  A wide variety of full-scale prototype

11:23AM 20  information leads to the understanding of the tension cracks.

11:23AM 21       Tension cracks are a very important thing that has to be

11:23AM 22  addressed by geotechnical engineers when they design things like

11:23AM 23  floodwalls, so that if the wall can incline, and all walls will

11:24AM 24  incline when they are loaded horizontally, these cracks open up,

11:24AM 25  water intrudes.  Those are substantially improved -- or increased

11:24AM 1   lateral forces and pressure forces that the engineer has to

11:24AM 2   accommodate.

11:24AM 3         THE COURT:  How do you accommodate a tension crack in

11:24AM 4   order to, shall we say, dramatically lower the opportunity for a

11:24AM 5   tension crack to develop?

11:24AM 6         THE WITNESS:  Well, in fact, the Corps of Engineers has

11:24AM 7   done that widely here in the New Orleans area.  They poured

11:24AM 8   concrete pads over the top, so even if the wall inclines, a crack

11:24AM 9   still can open up, but the concrete pad, one, prevents the

11:24AM 10  overtopping erosion and, also, it helps insulate you from water

11:24AM 11  penetrating into the crack.

11:24AM 12        We first got onto this at the New Orleans Lakefront Airport.

11:25AM 13  Those walls had been seriously overtopped, eroded, but a crack

11:25AM 14  obviously hadn't formed, and it was because a runway on the water

11:25AM 15  side abutted immediately to the wall, a tension crack couldn't

11:25AM 16  become effective.

11:25AM 17        The Corps of Engineers was with us on that trip and

11:25AM 18  observation.  That then led to the pouring of these pads on the

11:25AM 19  flood side, protected side of floodwalls.

11:25AM 20                          EXAMINATION

11:25AM 21  BY MR. RAFFMAN:

11:25AM 22  Q.   We're going to leave tension cracks.  And you had mentioned

11:25AM 23  scrapes, so we'll take a little detour on scrapes.

11:25AM 24        You see scrapes on the floodwall here, right, Dr. Bea?

11:25AM 25  A.   Yes.

11:25AM 1  Q.   And it has been suggested by least one of the plaintiffs'

11:25AM 2  experts, at least at some point during the proceedings, that the

11:25AM 3  scrapes represent marks left by the barge.  Do you agree with

11:25AM 4  that?

11:26AM 5  A.   That was what I heard.  We were also concerned --

11:26AM 6  Q.   Well, do you agree with it?

11:26AM 7  A.   Would you repeat your --

11:26AM 8  Q.   Do you believe that those scrapes are left by the barge?

11:26AM 9  A.   No, I do not believe those scrapes are left by the barge.

11:26AM 10  Q.   Let's see the next slide.

11:26AM 11       Tell the Court what we're seeing in this slide, which is

11:26AM 12  part of your reliance materials, and the Bates numbers are

11:26AM 13  WGI012802A and WGI010754A.  What are we looking at here?

11:26AM 14  A.   These two photographs are mowing machines who are mowing the

11:26AM 15  soil levee grass protection.  This is part of maintenance work.

11:26AM 16       As these mowing machines get close to the face of the wall,

11:26AM 17  and they want to get as close as they can to avoid having to use

11:27AM 18  weed whacking kind of material to get that grass down, so we can

11:27AM 19  see clearly the interaction of mowing equipment with the walls.

11:27AM 20       This was important to our team to understand even very early

11:27AM 21  because we were still deliberating and concerned with where the

11:27AM 22  barge had been, what it had done.  This is back in the

11:27AM 23  independent levee investigation team stages.  So explaining these

11:27AM 24  scratches has been an important part of the forensic engineering

11:27AM 25  studies.

11:27AM 1    Q.   And when you carried out your forensic engineering studies,

11:27AM 2    just so the record is clear, what did you conclude had caused

11:27AM 3    these scratches?

11:27AM 4    A.   A mowing machine and other machinery that had come close to

11:27AM 5    the face of the wall.

11:27AM 6    Q.   Let's, then, come back to tension gaps.  We have a model,

11:27AM 7    the model from IPET, Volume V, Appendix five, Figure 5.66B.

11:28AM 8         And I would like you to take the Court through this next

11:28AM 9    series of slides about what happens when water forms and creates

11:28AM 10   a tension crack.  Tell the Court what's in this slide, please.

11:28AM 11   A.   Well, we've got something I'll call an "aquarium model".

11:28AM 12   Soil has been placed in the aquarium.  This underlying soil that

11:28AM 13   is a light tan color is clay.  Markers have been placed in that

11:28AM 14   soil, and that's these black squares, so that as the experiment

11:28AM 15   is conducted, you are able to visually detect motions,

11:28AM 16   displacements in the soil.

11:28AM 17        The layer that is dark colored is representative of marsh

11:28AM 18   materials, so soils have been obtained from the marsh layer

11:29AM 19   reconstituted in this experiment.

11:29AM 20        The lighter materials is -- are clays.  These are kaolinite,

11:29AM 21   K-A-O-L-I-N-I-T-E, clays that the modeling experiment has

11:29AM 22   employed, again with the black squares being markers.

11:29AM 23        The vertical black element represents a concrete sheet pile

11:29AM 24   supported I-wall.  Water level has achieved a model scale, a

11:29AM 25   height of two feet on the wall.  At this point in time, the total

11:29AM  1   lateral hydrostatic force acting on the wall is 127 pounds per

11:29AM  2   foot of wall width.

11:29AM  3   Q.   Let's see what happens in the next slide.  Tell the Court

11:30AM  4   what's happening in this slide which is figure 5.66C from the

11:30AM  5   same IPET appendix.

11:30AM  6   A.   Well, at that point we're still at that same water level.

11:30AM  7   The crack has opened up.  Distortions are seen in the soil to the

11:30AM  8   tip.  Lateral forces are going to immediately get much larger.

11:30AM  9   Q.   Let's see what happens in the next slide, which is 5.66D.

11:30AM 10   A.   Well, at this point the wall has obviously entered a further

11:30AM 11   stage of failure.  The crack is getting wider and propagating

11:30AM 12   deeper.

11:30AM 13   Q.   And let's see the final slide in sequence here, 5.66E.  Tell

11:30AM 14   the Court what we have in 5.66E of IPET, Volume V, Appendix five.

11:30AM 15   A.   Well, at this point we no longer have two feet of water

11:31AM 16   acting on the exposed section of the I-wall.  It's now 12 feet.

11:31AM 17   And this is a model down to the tip of the sheet pile, 10 feet

11:31AM 18   below the top of the levee.

11:31AM 19        At this point in time, the force has increased to

11:31AM 20   4,572 pounds per foot of wall width.  Lateral force on the wall

11:31AM 21   has increased by a factor of 36.

11:31AM 22        My calculations, by the way, have included recognizing

11:31AM 23   salinity in the water.  Salinity in the water makes it heavier.

11:31AM 24   Some of the analyses I've seen performed continue to insist that

11:31AM 25   it's fresh water at 62.4 pounds per cubic foot, not 63.5 pounds

11:32AM 1   per cubic foot.

11:32AM 2   Q.   So that accounts for the difference between 36 and 37,

11:32AM 3   right, Doctor?

11:32AM 4   A.   Indeed.

11:32AM 5   Q.   And does the sequence of slides that we've just shown relate

11:32AM 6   in any way to your opinions about how the north and/or south

11:32AM 7   breach is formed at the Inner Harbor Navigation Canal?

11:32AM 8   A.   Yes, they do.

11:32AM 9   Q.   Explain to the Court that relationship.

11:32AM 10  A.   Well, it's a direct relationship.  The breaches north and

11:32AM 11  south in the Lower Ninth Ward are experiencing this phenomenon.

11:32AM 12  And it's not only those but many of the other breaches that

11:32AM 13  occurred here during Hurricane Katrina suffered from the same

11:32AM 14  phenomenon.  And as was noted yesterday, the phenomenon has now

11:32AM 15  been included in the revised guidelines for design of floodwalls.

11:33AM 16  Q.   Let's return, then, to our chronology.  We're now going to

11:33AM 17  be at 2 o'clock in the morning on August 29th, surge elevation at

11:33AM 18  plus 7.5 feet.

11:33AM 19       And, Professor Bea, tell the Court what is happening at that

11:33AM 20  time.

11:33AM 21  A.   Well, at that time, there are two differential motions

11:33AM 22  within the soil.  Waterstop joints are able to be opened between

11:33AM 23  the adjacent sections of the floodwall.  This is a photograph

11:33AM 24  taken after Hurricane Katrina that were at the south end of the

11:33AM 25  north breach.

11:33AM 1   Q.   All right.  For the record, it's Defendant's Exhibit 145,

11:33AM 2   IPET, Volume V, Figure 56.

11:34AM 3   A.   We're looking south toward the Claiborne bridge shown here

11:34AM 4   in the background.  These -- this wavy wall was not there before,

11:34AM 5   with the exception of the two kinks that were discussed

11:34AM 6   previously during this trial.

11:34AM 7        But the waviness in the wall is a clear signature that even

11:34AM 8   though the forces acting on the wall are the same, due to the

11:34AM 9   differences in local soil conditions, you can expect to see

11:34AM 10  differential movements.  Those differential movements can open up

11:34AM 11  these waterstops.  Water can be then coming through the wall

11:34AM 12  very, very early that morning.

11:34AM 13       Shown in the background is a soil boring truck.  This is a

11:34AM 14  soil boring that was being mobilized by the Army Corps of

11:34AM 15  Engineers following Hurricane Katrina.  And on the protected

11:34AM 16  side, there are remnants of a tension crack feature that hasn't

11:35AM 17  been varied by the road that's being put in here to put a

11:35AM 18  temporary seal on the bridge.

11:35AM 19  Q.   All right.  So now at 2 o'clock, the waterstop joints open.

11:35AM 20  And then we'll move until 3:00.  What is happening now at

11:35AM 21  3 o'clock in the morning in the area of the north breach?

11:35AM 22  A.   Surge elevation --

11:35AM 23  Q.   3 to 4 o'clock, I should say.  3 to 4 o'clock, what's

11:35AM 24  happening?

11:35AM 25  A.   3 to 4:00 a.m., surge elevation is now at plus eight to plus

11:35AM 1    nine feet.  The illustration is -- they have from a

11:35AM 2    two-dimensional finite element analysis of seepage.  And it's

11:35AM 3    showing flow vectors that are these black arrows showing how

11:35AM 4    water is flowing through the soils.

11:36AM 5        The contours represent pressure contours that accompany the

11:36AM 6    flow.  The light colored to red colored contours indicate very,

11:36AM 7    very high pressures that exist at the toe of the levee that I'm

11:36AM 8    indicating with my pointer and with the red arrows shown here to

11:36AM 9    the right.

11:36AM 10       To the left, there are similarly very, very high pressures

11:36AM 11   developed at that intersection of the levee material with the

11:36AM 12   floodwall.  The strong flow vectors that are shown with these

11:36AM 13   large arrows represent pressures in water flow that is

11:36AM 14   accompanying the development of the tension crack.

11:36AM 15           Flow here at the lower portion is through an underlying

11:36AM 16   marsh layer.  The area where no flow is happening is where we

11:37AM 17   have clay cohesive materials.  This is an overlying marsh and an

11:37AM 18   in-filled area of high permeability, so you see the flow going

11:37AM 19   under the fill material on top of it.

11:37AM 20       The box feature here to the left is one of the simulated

11:37AM 21   excavations used in the analysis.  But this two-dimensional flow

11:37AM 22   work shows clearly we have a blowout, meaning the upward

11:37AM 23   pressures at this point equal the downward pressures from the

11:37AM 24   soil, and we think we have a seepage blowout in the north breach

11:37AM 25   probably near the north end of it between 3:00 and 4:00 a.m.

11:37AM 1          MR. RAFFMAN:  For the record, Dr. Bea has been

11:37AM 2     describing Defendant's Exhibit 207, Bea supplemental report,

11:38AM 3     Figure 12.

11:38AM 4                          EXAMINATION

11:38AM 5     BY MR. RAFFMAN:

11:38AM 6     Q.   So let's to go the next slide.  The next slide is Figure 12

11:38AM 7     and it's superimposed with Defendant's Exhibit 258, which says

11:38AM 8     sand boil.

11:38AM 9          Tell the Court what is the significance of the sand boil.

11:38AM 10    First, for the benefit of the record, the sand boil that's

11:38AM 11    pictured here is from where?

11:38AM 12    A.   From the California Sacramento-San Joaquin River Delta.

11:38AM 13    Q.   Why have you used a picture from California to depict

11:38AM 14    something that's happening in the area of the north breach?

11:38AM 15    A.   Because we've been continuing our work since Katrina in our

11:38AM 16    Sacramento-San Joaquin Delta.  This photograph was taken during a

11:38AM 17    flood fight that was conducted two years ago during high water.

11:39AM 18    A sand boil is developed at the inboard toe of this levee.

11:39AM 19    Sandbags are piled up around the outside.

11:39AM 20         This is a typical flood fighting process, and the sandbags

11:39AM 21    allow water to rise to a high level at that point counteracting

11:39AM 22    the incoming flow, so it's a way to stop the sand boil from

11:39AM 23    leading to a breach.

11:39AM 24    Q.   And the thrust of my question, Dr. Bea, is did you find the

11:39AM 25    conditions in this California situation to be analogous to those

11:39AM 1    you would have expected at the location of the north breach had

11:39AM 2    the inrushing water not washed away all the evidence that might

11:39AM 3    otherwise have existed?

11:39AM 4    A.    Precisely.

11:39AM 5         THE COURT:  And just for the record, I don't know if

11:39AM 6    we've defined what a seepage blowout is precisely.

11:39AM 7                          EXAMINATION

11:39AM 8    BY MR. RAFFMAN:

11:39AM 9    Q.    Why don't you, for the benefit of the Court and for the

11:39AM 10   record, maybe for me, define what a seepage blowout is.

11:40AM 11   A.    A seepage blowout results from water pressure, water

11:40AM 12   transmission coming from the flood side to the protected side.

11:40AM 13        Essentially what happens is the water pressure is increased

11:40AM 14   to the point of where we begin transmitting soil, eroding soil,

11:40AM 15   from under the levee.  And much like lava coming out of a

11:40AM 16   volcano, soil now begins to be eroded and injected on the

11:40AM 17   protected side.

11:40AM 18        A canal, if you will, or a conduit, is being opened under

11:40AM 19   the levee that's called a "pipe" by the geotechnical engineer.

11:40AM 20   As that pipe expands, the levee virtually collapses into it.

11:40AM 21        We have time-sequenced photographs that show the development

11:41AM 22   of the blowout, of the evolution of the pipe and the consequent

11:41AM 23   collapse of the entire levee into the pipe.

11:41AM 24        THE COURT:  Does the blowout mean actually that water is

11:41AM 25   physically coming through the pipe --

11:41AM 1          THE WITNESS:  Yes.

11:41AM 2          THE COURT:  -- into the atmosphere, so to speak?

11:41AM 3          THE WITNESS:  That's right.  And as I heard Mr. Adams

11:41AM 4     testifying, and knowing where his home was located relative to

11:41AM 5     this breach, as I heard him talk about the levee at the north

11:41AM 6     breach and flowing water underneath it, I think he was seeing

11:41AM 7     what this is trying to tell us.

11:41AM 8                              EXAMINATION

11:41AM 9     BY MR. RAFFMAN:

11:41AM 10    Q.   So we move to the seepage blowout figure that's Defendant's

11:41AM 11    Exhibit 207, Bea supplemental report, Figure 11.

11:41AM 12         Would you tell the Court what this chart represents.

11:42AM 13    A.   The chart represents -- horizontal scale is time in hours.

11:42AM 14    The vertical scale is the vertical hydraulic gradient.  The

11:42AM 15    hydraulic gradient is reflecting the ratio of the upward pressure

11:42AM 16    effects to the downward pressure effects.

11:42AM 17         When you reach a vertical hydraulic gradient of 1.0, the

11:42AM 18    upward pressure equals exactly the downward pressure, and that

11:42AM 19    would be the identification of a blowout.

11:42AM 20         The blue line is where we started our analysis.  And this is

11:42AM 21    back on the 28th, so what we're going to do is track the

11:42AM 22    development of the hydraulic gradient at the inboard toe at the

11:43AM 23    north breach.  Pressure due to the water pressure rising in the

11:43AM 24    Industrial Canal is increasing the flow under the levee.  And at

11:43AM 25    5:00 a.m., there is a dramatic spike, and that's also about the

11:43AM 1    same time we fully open a tension crack in the system.

11:43AM 2        It escalates immediately to 1.0 and above, telling us

11:43AM 3    clearly we've got a blowout at the inboard toe at the north

11:43AM 4    breach.

11:43AM 5    Q.   One of the features of a blowout is that the weight of that

11:43AM 6    overburdened soil on the protected side has now been counteracted

11:43AM 7    by the pressure under the levee, and so that overburdened levee

11:43AM 8    material has lost its ability to hold back the floodwater; is

11:44AM 9    that right?

11:44AM 10   A.   That's one effect.  The second one is the flow gradients are

11:44AM 11   high enough to transport or erode the soils from under the levee.

11:44AM 12   Q.   Let's go to the next slide, please.

11:44AM 13       Now, we're looking at a slide that bears the caption

11:44AM 14   Defendant's Exhibit 141, ILIT, Volume I, Figure 8.116.  And it

11:44AM 15   references London Canal I-wall.

11:44AM 16       And I guess what I would like you to do is tell the Court

11:44AM 17   what's happening with respect to the removal of soils on the

11:44AM 18   protected side around 3:00 to 4:00 a.m., and then why you've

11:44AM 19   included a London Avenue slide here.

11:44AM 20   A.   Well, this London Avenue slide is taken from the side of the

11:44AM 21   London Avenue Canal that did not breach but was at the point of

11:44AM 22   incipient breaching.  The other side of the London Canal did

11:44AM 23   breach.  So this is the north breach, so-called "Mirabeau

11:44AM 24   breach".

11:45AM 25       When we got to this location, we found the soil sinkholes

11:45AM 1    they've outlined here in red.  The London Canal's application to

11:45AM 2    the Lower Ninth Ward, London does not have -- London Canal area

11:45AM 3    does not have a marsh layer under it.  It has a very high

11:45AM 4    permeability sands.  So, as water rose in the canal, the seepage

11:45AM 5    effects were developed under the protected side, and that's where

11:45AM 6    this picture is taken.

11:45AM 7        This is an access ladder so you can climb to the top of the

11:45AM 8    I-wall.  The crack here is one of these construction joints,

11:45AM 9    waterstop joints.

11:46AM 10        Water has been flowing under the levee.  A pipe has

11:46AM 11    developed under the levee.  The soil falls into that pipe, is

11:46AM 12    ejected out at the toe of the levee, so this soil is being moved

11:46AM 13    by the seepage coming under the levee.  It's a soil sinkhole, and

11:46AM 14    it's a clear indication of this piping blowout evolution at this

11:46AM 15    location.

11:46AM 16   Q.  And this is --

11:46AM 17        THE COURT:  To make sure I understand something,

11:46AM 18   Dr. Bea, the permeability of the soils at the London Avenue Canal

11:46AM 19   where it failed, how do they compare to the permeability of the

11:46AM 20   soils, let's say, at the north breach and/or the south breach?

11:46AM 21        THE WITNESS:  They are significantly more permeable.

11:46AM 22   This time we can fill our bottom perforated Styrofoam cup with

11:47AM 23   sand and I can pour water, it's going to come out at the bottom

11:47AM 24   quickly.  If I fill that cup with organic material, it will come

11:47AM 25   out less quickly.

11:47AM  1          THE COURT:  So the soils were more permeable at

11:47AM  2  London Avenue?

11:47AM  3          THE WITNESS:  Yes, sir.

11:47AM  4                          EXAMINATION

11:47AM  5  BY MR. RAFFMAN:

11:47AM  6  Q.   And so by including a London Avenue, do you believe this is

11:47AM  7  representative of what would have been observed at the north

11:47AM  8  breach, or do you think that London Avenue had more piping and

11:47AM  9  seepage?  For the Court's benefit, why did you include a

11:47AM 10  London Avenue slide to illustrate seepage at the north breach?

11:47AM 11  A.   Well, because I could capture these features

11:47AM 12  photographically.  Because the north breach at the

11:47AM 13  Lower Ninth Ward is breached, you can't photograph something that

11:47AM 14  has been eradicated by the breaching process, so I chose this

11:47AM 15  just for the illustration of the soil's performance that we infer

11:48AM 16  happened at the Lower Ninth Ward.

11:48AM 17  Q.   All right.  And, of course, the sand in the immediate

11:48AM 18  vicinity of the floodwall was quite permeable --

11:48AM 19  A.   That's correct.

11:48AM 20  Q.   -- at the north breach.

11:48AM 21      That's a different, different place.  We're talking now

11:48AM 22  about the levee toe.

11:48AM 23  A.   Correct.

11:48AM 24  Q.   All right.  Let's go to the next slide.  Now, we're between

11:48AM 25  4 o'clock and 5 o'clock, and you've got surge elevation at plus

11:48AM  1    nine to plus ten.

11:48AM  2         And tell the Court what you believe is happening in this

11:48AM  3    slide, specifically with reference to the north breach.

11:48AM  4    A.   The background figure is our two-dimensional analysis model

11:48AM  5    to determine lateral stability.  This is the second failure mode

11:48AM  6    that is dominant at the north breach location.

11:49AM  7         The vertical black line is indicating the initial position

11:49AM  8    of the floodwall.  The arrows that are shown there are indicative

11:49AM  9    of the hydrostatic pressures that propagate to the tip of the

11:49AM 10    floodwall that we have previously discussed.

11:49AM 11         The water level is shown in the plus nine to plus 10 foot

11:49AM 12    elevation, remembering the wall here is approximately 12.5 feet,

11:49AM 13    so this is before surge overtopping.

11:49AM 14         That light gray feature shown to the left of the slide is

11:49AM 15    one of the simulated excavations.  We have connected to the light

11:49AM 16    tan area that's indicative of the underlying marsh material.  The

11:49AM 17    gray material is deeper interdistributary clays.  The orangish

11:50AM 18    material is levee material.

11:50AM 19         The green feature shown to the right of the inclined

11:50AM 20    floodwall is the failure volume, if you will.  So here is a slip

11:50AM 21    surface, like the bottom of your shoe slipping in clay, and it's

11:50AM 22    being shoved to the right.

11:50AM 23         The analytical results are summarized on the graph here to

11:50AM 24    the right.

11:50AM 25    Q.   For the record, the graft to the right is Bea supplemental

11:50AM 1   report DX 207, Figure 15.  The graphic that you have been

11:50AM 2   describing up until now is DX 206, Bea report, Appendix C,

11:50AM 3   Figure 50, 5-0.

11:50AM 4        So back to the grade graphic, Dr. Bea.

11:50AM 5   A.   Thank you.

11:50AM 6        The grade graphic, the vertical scale is surge elevation.

11:50AM 7   So how we perform the analysis is we gradually or incrementally

11:51AM 8   raise the water level acting against the wall.

11:51AM 9        The horizontal scale is a factor of safety.  This factor of

11:51AM 10  safety needs to be very carefully defined.  It is the ratio of

11:51AM 11  the soil system resistance to the force that is imposed on that

11:51AM 12  system, so it is the capacity of the system divided by the demand

11:51AM 13  imposed on that system.

11:51AM 14       When a factor of safety of one, here indicated with the

11:51AM 15  dashed line, is achieved, that's telling us that the driving

11:51AM 16  forces are equaling the resisting forces.  But the common

11:52AM 17  assumption for that factor of safety of one is that you are safe.

11:52AM 18  That is an incorrect assumption because the probability of

11:52AM 19  failure for a factor of safety of one is 50 percent.  For a

11:52AM 20  factor of safety of 1.5 to two and a half and three, the

11:52AM 21  probabilities of failing are going lower, but they are not zero.

11:52AM 22       The dots shown on the graph are the variation in the factor

11:52AM 23  of safety.  As the water level is increasing in the model, it

11:52AM 24  achieves a 1.0 level sometime between nine and 10 feet.

11:52AM 25  Q.   All right.  So that's -- when the water level is at 10 feet,

11:53AM 1   your stability analysis goes with a factor of safety below 1.0?

11:53AM 2   A.   That's correct.

11:53AM 3   Q.   And that stability analysis is a different analysis from the

11:53AM 4   one that you've presented earlier where you were dealing with the

11:53AM 5   seepage below?

11:53AM 6   A.   That's correct.  And this analysis also now includes the

11:53AM 7   hydraulic uplift effects that we described earlier.

11:53AM 8   Q.   All right.  Now, let's go to the next slide then.  We're

11:53AM 9   still at 4:00 a.m. to 5:00 a.m.  Our surge elevation is plus nine

11:53AM 10  to plus ten.  Tell the Court what's happening in this slide and

11:53AM 11  in the sequence of events as you've constructed it.

11:53AM 12  A.   Well, the first, of course, important event was the blowout

11:53AM 13  seepage failure that we had first.  Second is lateral

11:53AM 14  instability, so the levee floodwall system is displacing toward

11:54AM 15  the protected side.

11:54AM 16      We think the next step in the evolutionary process is tear

11:54AM 17  away at this joint that is the intersection of the old 1968

11:54AM 18  vintage wall with the newer 1980 vintage wall.

11:54AM 19  Q.   Now, what significance does this tear away have with respect

11:54AM 20  to the appearance of the breach after the storm?

11:54AM 21  A.   Well, the analytical results -- and I'm not just referring

11:54AM 22  to the numerical analytical, but, as well, the observational

11:54AM 23  analytical -- indicates to us that this tear or rupture is a

11:54AM 24  symptom of the breach, not a cause of the breach.

11:54AM 25  Q.   My question, Dr. Bea, is what relationship does the tear

11:55AM 1   have to the appearance of the breach and the appearance of the

11:55AM 2   damaged floodwall after the storm?

11:55AM 3   A.   Well, it represents the north end terminal point of the

11:55AM 4   north breach.

11:55AM 5   Q.   Right.  And because you had a tear away, you had a situation

11:55AM 6   where the sheet pile could be moved out of the soil and flipped

11:55AM 7   in the manner it was observed; is that right?

11:55AM 8   A.   That's correct.

11:55AM 9   Q.   Let's take a look at the next slide.

11:55AM 10      You have 5:00 to 6:00 a.m., surge elevation is plus ten to

11:55AM 11  plus 11.  What is happening here in this sequence of events?

11:55AM 12  A.   Well, now water is rushing into the Lower Ninth Ward at the

11:55AM 13  north breach.  We have separated the floodwall from the adjacent

11:56AM 14  section, much like a ribbon in wind, where water can get under

11:56AM 15  one of the edges and flip it in this unique, twisted style.

11:56AM 16      And we think all of that happens as the surge elevation is

11:56AM 17  in the range of plus ten to plus 11 feet.  The time marked is

11:56AM 18  5:00 to 6:00 a.m.

11:56AM 19  Q.   Let's go to the next slide.  What do we have here in this

11:56AM 20  slide, which is ILIT, Defendant's Exhibit 141, Volume I,

11:56AM 21  Figure 46?

11:56AM 22  A.   Well, as outlined with the dotted section of the photograph,

11:56AM 23  that's our original position of the floodwall.  It's an aerial

11:56AM 24  photograph showing the flipped, twisted floodwall section, so it

11:57AM 25  has broken loose, swung backward, opening up this breach.

11:57AM  1        You can see the oak tree we previously described.  The

11:57AM  2   Surekote Road through-pass, overpass shown to the high side.

11:57AM  3   Trucks are constructing temporary repairs.

11:57AM  4        We've got a large low area eroded out and, in fact, low

11:57AM  5   before this breach happened.  We've got some telephone poles both

11:57AM  6   inboard and outboard of the breach area.

11:57AM  7   Q.   All right.  Let's go to the next slide.

11:57AM  8        This is the completed north breach.  Tell the Court what we

11:57AM  9   see in this slide that's relevant to your conclusions about what

11:57AM 10   caused the breach.

11:57AM 11   A.   Well, the camera is positioned at the south end of the north

11:58AM 12   breach.  We're looking toward Pump Station Number 5.  The exhumed

11:58AM 13   sheet piles are shown.  The intact cap of the floodwall is

11:58AM 14   indicated here to the right.  These cracks represent where the

11:58AM 15   sheet piling have opened up cracks into the sheet piling because

11:58AM 16   they are much more flexible than the very stiff concrete.

11:58AM 17        Two of my colleagues are busy inspecting the features.  We

11:58AM 18   were also able to access the top of the floodwall as shown with

11:58AM 19   my green pointer all the way over to its separated end.

11:58AM 20   Q.   Now --

11:58AM 21        THE COURT:  Just a minute, Counsel.  I'm not going to go

11:58AM 22   into a lot of detail on this because I'm sure it will be covered,

11:58AM 23   but as a person who has seen virtually every breach in the area

11:59AM 24   post-Katrina, did you -- other than -- leaving out the IHNC, did

11:59AM 25   you see any other breaches with this kind of effect on the sheet

11:59AM  1   pile where it was displayed thusly?

11:59AM  2          THE WITNESS:  There are components in this breach that

11:59AM  3   are similar to other breaches.  And I've been troubling this

11:59AM  4   question, too, and what I've come to understand is every one of

11:59AM  5   the 50 major breaches that I personally dealt with, each of those

11:59AM  6   breaches had its own unique signature.

11:59AM  7          THE COURT:  Okay, sir.  And I'll leave that for counsel

11:59AM  8   to explore.  Go ahead.

12:00PM  9          MR. RAFFMAN:  Sure.  Sure.  Let me try to follow up on

12:00PM 10   that, if I might, while we're on the subject.

12:00PM 11          THE COURT:  Sure.

12:00PM 12          MR. RAFFMAN:  Do we have the --

12:00PM 13          THE COURT:  By the way, if anybody needs a break during

12:00PM 14   this kind of marathon, let me know.  I'm not going to torture

12:00PM 15   you.  Anybody who's essential to the --

12:00PM 16                              EXAMINATION

12:00PM 17   BY MR. RAFFMAN:

12:00PM 18   Q.   So this is a photograph that had been shown earlier as an

12:00PM 19   example of a breach that looked different, quote, unquote.

12:00PM 20          My question, Dr. Bea, is that if you had a situation where

12:00PM 21   the soil in the location of this breach, and for the record it's

12:00PM 22   Marino report, photo 4.59, in Plaquemines Parish.

12:00PM 23          If you had the soil conditions equivalent to the

12:01PM 24   Inner Harbor Navigation Canal breach, and if you had a situation

12:01PM 25   where the level of the protected side were lower than the level

12:01PM 1  of the levee, would you expect this breach to have formed in a

12:01PM 2  similar exhumed way to what you saw at the Inner Harbor

12:01PM 3  Navigation Canal?

12:01PM 4  A.   Would you reform your question?

12:01PM 5  Q.   Sure.  I'm asking whether if you had similar soil

12:01PM 6  conditions, subsoil conditions at the floodwall, and if you had a

12:01PM 7  similar differential between the top of the levee and the land on

12:01PM 8  the protected side, might you then expect to see an exhumation of

12:01PM 9  sheet piles in a breach like this one?

12:01PM 10       THE COURT:  Yes, Mr. Khorrami.

12:01PM 11       MR. KHORRAMI:  Your Honor, I object because this type of

12:02PM 12  opinion was not part of the doctor's report.  He had the

12:02PM 13  opportunity to, I think, examine all of these breaches already as

12:02PM 14  his report has noted.

12:02PM 15       MR. RAFFMAN:  I was following up on Your Honor's

12:02PM 16  question.

12:02PM 17       THE COURT:  I understand.  Since I asked the question,

12:02PM 18  I've sort of opened the door, to some extent, because, let me say

12:02PM 19  this, I'm hoping I'm going to get some kind of explanation

12:02PM 20  eventually.

12:02PM 21       MR. RAFFMAN:  I will venture for Your Honor, the record

12:02PM 22  already contains an explanation, and it is at page 76 of

12:02PM 23  Dr. Mosher's deposition.  Dr. Mosher has explained the difference

12:02PM 24  between the Citrus Back levee and the appearance of that breach

12:02PM 25  and the Inner Harbor Navigation Canal breaches.  And I am content

12:02PM 1  to stand on Dr. Mosher's testimony.

12:02PM 2          THE COURT:  All right.  Let's leave it at that.

12:02PM 3          MR. KHORRAMI:  Thank you, Your Honor.

12:02PM 4                         EXAMINATION

12:02PM 5  BY MR. RAFFMAN:

12:02PM 6  Q.   All right.  I just have a couple more questions on this

12:03PM 7  sequence.

12:03PM 8          THE COURT:  Very good memory, Counsel, I must say.

12:03PM 9          MR. RAFFMAN:  That's what they pay me to do, Your Honor.

12:03PM 10 I hope it's right, but I think it is.

12:03PM 11                        EXAMINATION

12:03PM 12 BY MR. RAFFMAN:

12:03PM 13 Q.   You examined this -- the floodwall, the sheet pile in the

12:03PM 14 entire area of this north breach, right, Dr. Bea?

12:03PM 15 A.   That's correct.

12:03PM 16 Q.   Did you see any evidence that a barge had --

12:03PM 17 A.   I saw no evidence --

12:03PM 18 Q.   Let me finish my question.  Did you see any evidence that a

12:03PM 19 barge had come into contact with that floodwall?

12:03PM 20 A.   I did not see any evidence a barge had come in contact with

12:03PM 21 this floodwall.

12:03PM 22 Q.   All right.  Let's turn to the south breach.

12:03PM 23         MR. RAFFMAN:  And I'm hoping, Your Honor, that we can

12:03PM 24 complete our march through the south breach in the next

12:03PM 25 30 minutes before lunchtime.  I think we can, Dr. Bea.

12:03PM  1          THE COURT:  Go ahead, sir.

12:03PM  2                         EXAMINATION

12:03PM  3  BY MR. RAFFMAN:

12:03PM  4  Q.   The next slide.

12:03PM  5       So we have an overview of the south breach.  Let's give the

12:04PM  6  Court a sense of the length of the breach and what we see here

12:04PM  7  very, very quickly, and then we'll march through the sequence.

12:04PM  8  A.   Well, we're seeing in the background the Claiborne Avenue

12:04PM  9  bridge, the lock and the lockmaster up toward the top of the

12:04PM 10  photograph.  The photograph is being taken by looking toward the

12:04PM 11  south.

12:04PM 12       At this point, we have the north end of the south breach.

12:04PM 13  At this point, we have the south end of the south breach.

12:04PM 14       Here is the ING 4727 barge, and you can see the outline of

12:04PM 15  the remnants of the top of the soil levee on the east bank

12:04PM 16  industrial area side.

12:04PM 17       There an interesting deep water area here, another

12:04PM 18  interesting deep water outflow area here.  This is after the peak

12:05PM 19  of the surge, and we've got outflow happening in the

12:05PM 20  Lower Ninth Ward.

12:05PM 21  Q.   I'm going to ask to highlight the area near the barge.

12:05PM 22       Dr. Bea, I'm going to ask you, can you see the outline of

12:05PM 23  the submerged school bus in this photo?

12:05PM 24  A.   Oh, indeed I can.  That was a source of great joy.

12:05PM 25  Q.   Well, we'll get to the joy later.

12:05PM  1      For the moment, Professor Bea, what I would like you to do

12:05PM  2  is to place your finger on the screen at the location of the

12:05PM  3  submerged school bus.

12:05PM  4  A.    (Witness complies.)

12:05PM  5           THE COURT:  There you go, that's right on.

12:05PM  6           MR. RAFFMAN:  I would ask that we capture this as

12:05PM  7  Defendant's Exhibit 360.

12:05PM  8           THE COURT:  Thank you.  When it's captured, I'm sure it

12:06PM  9  will be introduced into evidence, and it has been and the Court

12:06PM 10  admits it.

12:06PM 11           MR. RAFFMAN:  Yes, Your Honor, I move its admission now,

12:06PM 12  if I -- or we'll move them all in later.  Just make sure we get

12:06PM 13  them all.

12:06PM 14                          EXAMINATION

12:06PM 15  BY MR. RAFFMAN:

12:06PM 16  Q.    All right.  And in your opinion, Dr. Bea, what's the

12:06PM 17  significance of the submerged school bus?

12:06PM 18  A.    Well, I was always concerned about how the barge could get

12:06PM 19  to its final resting position with that school bus in the way.

12:06PM 20  It indicated clearly to me that the water level inside the

12:06PM 21  Lower Ninth Ward was very deep, and that the barge had been able

12:06PM 22  to float over the top of that school bus, hence, explaining how

12:06PM 23  it could appear where it did relative to the barge after the

12:07PM 24  waters had receded.

12:07PM 25  Q.    Okay.  Now, let's through the chronology of the south

12:07PM 1    breach, and, again, with a target of 12:30.

12:07PM 2           THE COURT:  With the upshot of that being, then, that

12:07PM 3    buttresses your opinion as to why the barge came in at the time

12:07PM 4    you said it did.

12:07PM 5           THE WITNESS:  Yes.  That why it was a source of great

12:07PM 6    joy.

12:07PM 7           THE COURT:  Yes, go ahead.

12:07PM 8           MR. RAFFMAN:  Thank you, Your Honor.

12:07PM 9                            EXAMINATION

12:07PM 10   BY MR. RAFFMAN:

12:07PM 11   Q.   May I have slide 63.

12:07PM 12        So we're back to 12 o'clock midnight, and we've got the

12:07PM 13   surge elevation at plus six feet.  And, Dr. Bea, is the surge

12:07PM 14   elevation as it enters filling backfilled excavations that you've

12:07PM 15   described earlier?

12:07PM 16   A.   Yes, it's the same sequence.

12:07PM 17   Q.   Next slide, please.

12:07PM 18        At 12 o'clock a.m., these are more pictures of the

12:07PM 19   backfilled elevation/excavation view of the south breach; is that

12:07PM 20   right?

12:07PM 21   A.   That's correct.

12:07PM 22   Q.   And we're having the same hydraulic effects as we had at the

12:07PM 23   north breach with the water getting in?

12:08PM 24   A.   That's correct.

12:08PM 25   Q.   Let's to go the next slide.

12:08PM 1    So now we're up to 5 o'clock in the morning.  And tell the

12:08PM 2    Court what's happening at 5 o'clock in the morning in the area of

12:08PM 3    the south breach.

12:08PM 4    A.   Well, the surge elevation has reached plus 10 feet.  We've

12:08PM 5    developed high seepage gradients and hydraulic uplift pressures

12:08PM 6    on the protected side of the levee.

12:08PM 7         The graphic is our analytical results from our two

12:08PM 8    dimensional seepage analyses.  The vectors show, as we've

12:08PM 9    discussed before, flow taking place under the levee, exiting out

12:08PM 10   here near Jourdan Road, and high concentration of those flow

12:08PM 11   vectors and pressures on the protected side.

12:08PM 12   Q.   Now, so we have the same kind of uplift pressures at the

12:09PM 13   south breach that we have at the north?

12:09PM 14   A.   Yes.

12:09PM 15   Q.   But it's taking longer to develop?

12:09PM 16   A.   That's correct.

12:09PM 17   Q.   Why?

12:09PM 18   A.   Well, because the soils are less permeable.  So we're very

12:09PM 19   carefully, or as carefully as we can, tracking the permeability

12:09PM 20   characteristics as associated with the unique soil

12:09PM 21   characteristics at these two different locations.

12:09PM 22   Q.   Let's to go the next slide, please.

12:09PM 23        The next slide is Defendant's Exhibit 206, Bea report,

12:09PM 24   Appendix C, Figure 55.  Tell the Court what's happening as we get

12:09PM 25   to 5 o'clock in the morning with the surge elevation of plus ten.

12:09PM 1    A.   We are showing on this graph time is a function of the

12:09PM 2    vertical hydraulic gradients previously defined.  The differing

12:09PM 3    color points are different positions within the soil profile.

12:09PM 4         Here on the green one is one associated with the water flow

12:10PM 5    in reference to the clay layer.  By the time we reach 5:00 a.m.,

12:10PM 6    we don't have vertical hydraulic gradients that are unity but,

12:10PM 7    rather, in a range of .5 to .6.

12:10PM 8         So, just as you stated, there is not as much intense flow at

12:10PM 9    this location, and, hence, we don't see the potential for

12:10PM 10   blowout, piping and erosion, but the hydraulic pressures are

12:10PM 11   still there.

12:10PM 12   Q.   And the hydraulic pressures, although they don't give you

12:10PM 13   the blowout, they do reduce to some degree the effectiveness of

12:10PM 14   the soil overburden that would otherwise provide full stability

12:10PM 15   for the wall; is that right?

12:10PM 16   A.   Exactly.

12:10PM 17   Q.   Let's go to 6 o'clock in the morning and see what's

12:10PM 18   happening at 6 o'clock.

12:10PM 19        Here you have wave overtopping.  And you've created a

12:11PM 20   picture -- you've provided a picture from Hurricane Gustav, which

12:11PM 21   is Defendant's Exhibit 69.  Tell the Court why you've included

12:11PM 22   this photo and what you think it represents about wave

12:11PM 23   overtopping as it's occurring in this time frame.

12:11PM 24   A.   I found this photograph to be particularly interesting.

12:11PM 25   This is a floodwall on the western side of the Industrial Canal.

12:11PM 1   We have the Florida Avenue bridge tower shown in the background.

12:11PM 2       The picture is taken during the peak surge of

12:11PM 3   Hurricane Gustav, which was 11 feet.  That was determined as part

12:11PM 4   of the American Society of Civil Engineers' investigation of the

12:11PM 5   performance of the flood protection system during

12:12PM 6   Hurricane Gustav.

12:12PM 7       We have a floodwall that's at the same approximate elevation

12:12PM 8   as we had during Hurricane Katrina, approximately 12.5 feet, so

12:12PM 9   we have a perfect picture for me of the wave-associated splashing

12:12PM 10  that is taking place at this floodwall.

12:12PM 11      I was particularly struck by this debris, floating debris.

12:12PM 12  It was something poking through -- it looks like it's poking

12:12PM 13  through, but it's imbedded or impaled on the top of the

12:12PM 14  floodwall.  So I've seen something poking through the floodwall

12:12PM 15  that was remarkable when I looked at this picture.

12:12PM 16  Q.   And the thrust of your comment is that potentially a

12:12PM 17  different kind of floating debris may have been to account for

12:13PM 18  what Mr. Villavasso may have seen from his location in the early

12:13PM 19  morning hours of the 29th?

12:13PM 20  A.   Precisely.

12:13PM 21      Another thing that's important that has been confusing for

12:13PM 22  the Court is erosion can start at this condition, which means

12:13PM 23  well before the surge has reached the top of the wall, large

12:13PM 24  amounts of water are coming over the top of the wall that leads

12:13PM 25  to early development of erosion trenches on the protected side.

12:13PM 1          THE COURT:  And just for the record, sir, what would be

12:13PM 2     the height of the floodwall there and the height of the water?

12:13PM 3          THE WITNESS:  12 and a half feet for the floodwall,

12:13PM 4     11 feet for the water at the time the photograph's taken.

12:13PM 5          THE COURT:  And how many feet -- I'm sorry.

12:13PM 6          THE WITNESS:  12 and a half for the top of the floodwall

12:13PM 7     and the surge is 11.  So it's exactly what we're projecting for

12:14PM 8     Hurricane Katrina.

12:14PM 9          THE COURT:  And the point is that this looks very close

12:14PM 10    to overtopping?

12:14PM 11         THE WITNESS:  (Witness nods head affirmatively.)

12:14PM 12         THE COURT:  I understand.

12:14PM 13         MR. RAFFMAN:  You're nodding your head, so the record

12:14PM 14    could reflect it.

12:14PM 15         THE WITNESS:  I was nodding my head vertically, which

12:14PM 16    means yes.

12:14PM 17         MR. RAFFMAN:  Thank you.

12:14PM 18                         EXAMINATION

12:14PM 19    BY MR. RAFFMAN:

12:14PM 20    Q.   If the top of the floodwall in the area of the south breach

12:14PM 21    had been even lower than 12 and a half feet, and I know that's

12:14PM 22    not something you've opined on, but if it had been lower you

12:14PM 23    would have earlier experience of this phenomenon; isn't that

12:14PM 24    right?

12:14PM 25    A.   And that's correct.

12:14PM  1    Q.   All right.  Let's go to the next slide, please.

12:14PM  2         We're here looking at a marrying of two figures in your

12:14PM  3    report, Defendant's Exhibit 206, Bea report, Appendix C,

12:14PM  4    Figure 61, and Defendant's Exhibit 206, Bea report, Figure 18.

12:15PM  5    Would you please explain for the Court what's happening in the

12:15PM  6    area of the south breach in the neighborhood of 7 o'clock in the

12:15PM  7    morning on August 29th.

12:15PM  8    A.   Well, that answer can be focused on the diagram shown here

12:15PM  9    to the right.  We have the factor of safety previously described

12:15PM 10    as a function of water elevation for the conditions at the

12:15PM 11    northern section of the south breach.  We achieve a factor of

12:15PM 12    safety of one or less at a surge elevation of plus 12.  We

12:15PM 13    clearly have lateral instability.

12:15PM 14    Q.   So at 7 o'clock in the morning you have a failure condition

12:15PM 15    at the south breach?

12:15PM 16    A.   That's correct.

12:15PM 17    Q.   And so, if you had said earlier at 8 o'clock, if the words

12:15PM 18    8 o'clock in the morning had been used earlier, you're not

12:15PM 19    meaning to imply that -- it was later than 7 o'clock when you had

12:16PM 20    this failure condition?

12:16PM 21    A.   That's correct.  Breaches, as we've learned here, in many

12:16PM 22    cases take hours to develop.  It's not an instantaneous process.

12:16PM 23    But this clearly is the time frame in which we've got a high

12:16PM 24    likelihood, probability of failure of 50 percent or more,

12:16PM 25    indicating lateral instability.

12:16PM 1   Q.   All right.  Let's go to the next slide then.

12:16PM 2        We have 7 o'clock a.m., surge elevation plus 12, and you've

12:16PM 3   written "breach developed".  So tell the Court what you're trying

12:16PM 4   to convey with this slide as it relates to the failure of the

12:16PM 5   south breach in the 7 o'clock time frame.

12:16PM 6   A.   As you noted, the surge elevation is plus 12 feet.  The

12:17PM 7   photograph taken following Hurricane Katrina shows the exhumed

12:17PM 8   sheet piling, and exhumed because of the very low penetration of

12:17PM 9   these sheet piling.

12:17PM 10       We've got an expanded overtopping trench that I've outlined

12:17PM 11  here.  We have some abandoned pipelines located right at the

12:17PM 12  center big bow section of the northern portion of the south

12:17PM 13  breach.  We've got a capture because of low flow here, a

12:17PM 14  displaced levee section, indicating lateral instability.  So this

12:17PM 15  represents the first stage in the evolution development of the

12:17PM 16  south breach.

12:17PM 17  Q.   What is the significance of the yellow arrow that you've

12:18PM 18  drawn on the graph?  And this, for the record, is Defendant's

12:18PM 19  Exhibit 206, Bea report, Appendix C, Figure 64.

12:18PM 20  A.   This indicates the center of the beam, I'll call it, that

12:18PM 21  spans between these two extremes of this bow.  So this represents

12:18PM 22  likely the initiation point and most heavily loaded point for the

12:18PM 23  development of this portion of the breach.

12:18PM 24  Q.   What is the significance of the abandoned pipeline?  I'm not

12:18PM 25  sure we caught it.

12:18PM  1   A.   Well, we think that's, again, part of the detail features

12:18PM  2   that are associated with the causation of the breach.

12:18PM  3        Poorly backfilled pipelines intersecting with flood

12:18PM  4   protection structures is a very, I'll call it, sad but prevalent

12:18PM  5   condition we found not only here in the New Orleans area but in

12:19PM  6   the breaches we've investigated in 2008 and associated in the

12:19PM  7   same way with the breaches of levees in the California Delta.

12:19PM  8   Q.   Let's go to the next slide.

12:19PM  9        You have now overtopping erosion.  And tell the Court what's

12:19PM 10   being represented here, 7 o'clock, 8 o'clock.

12:19PM 11   A.   Well, at this time, we now had reached a surge elevation at

12:19PM 12   which we can get a steady flow plus those periodic wave flows

12:19PM 13   coming over the top of the concrete flood protection structure.

12:19PM 14        In this case, we don't have a splash pad on the back or

12:19PM 15   protected side of the levee.  The water can now impact the soil,

12:19PM 16   erode them.  It's exacerbated with the fence that we discussed

12:19PM 17   earlier this week.

12:20PM 18        The removal of the soil on the back side of this floodwall

12:20PM 19   is, again, acting to reduce the resistance of the floodwater.  We

12:20PM 20   think at about this time we have overtopping erosion lateral

12:20PM 21   instability, and that's -- that was preceded by a general

12:20PM 22   instability I addressed earlier.

12:20PM 23   Q.   And, again, if the wall top has been -- was lower in the

12:20PM 24   center of the breach, you would have this condition earlier than

12:20PM 25   depicted in your slide, right?

12:20PM 1    A.   Yes.   In fact, in my expert report, I detail three

12:20PM 2    techniques we used to connect the overtopping with the depth of

12:20PM 3    the erosion trench.

12:20PM 4    Q.   So let's go to the next slide.

12:20PM 5         You have a stage one and a stage two.   Would you explain to

12:20PM 6    the Court what you're conveying with stage one, stage two at

12:21PM 7    8 o'clock in the morning with a surge elevation nearing 14 feet?

12:21PM 8    A.   Well, we think it's at this time that we have fully opened

12:21PM 9    the breach.   So stage one was what I described previously.

12:21PM 10   During stage two, we found the erosion trench interacting.   We

12:21PM 11   jerk that section of the wall out, and here is the terminus at

12:21PM 12   the south end of the south breach.

12:21PM 13   Q.   Let's go forward, then, to the barge's arrival, as you've

12:21PM 14   reconstructed it.

12:21PM 15        THE COURT:   Just one quick question, I'm sorry, Counsel.

12:21PM 16        Did you observe that the overtopping trench in the vicinity

12:21PM 17   of the north breach was the same or different than the

12:21PM 18   overtopping trench near the vicinity of the south breach?

12:21PM 19        THE WITNESS:   It was shallower.   It was not as intense.

12:21PM 20        THE COURT:   And your attribution for the cause of that

12:21PM 21   would be?   Why were they different?

12:21PM 22        THE WITNESS:   Well, there are soil differences, there

12:22PM 23   are elevation differences, and there are water elevation

12:22PM 24   differences.

12:22PM 25        THE COURT:   All right.   Thank you, sir.

12:22PM 1                          EXAMINATION

12:22PM 2   BY MR. RAFFMAN:

12:22PM 3   Q.   All right.  Next slide.

12:22PM 4        Now, we're looking at DX 206, Bea report, Figure 22, PX 397,

12:22PM 5   Marino report, photo 4.36.

12:22PM 6        And you've included a slide that says 10 o'clock a.m., surge

12:22PM 7   elevation plus 12 feet, ING barge arrives, contact south end top

12:22PM 8   of collapsed floodwall.

12:22PM 9        So tell the Court what's happening at 10 o'clock in the

12:22PM 10  morning.

12:22PM 11  A.   Well, we think this is the time at which the ING 4727 barge

12:22PM 12  arrives at this location.  There has been ample testimony

12:22PM 13  provided to explain these reinforcing bars shown here to the left

12:22PM 14  and to the right.

12:23PM 15       I have opined as to the water depth inside being

12:23PM 16  approximately 10 to 12 feet, which explains how the barge with a

12:23PM 17  draft of approximately two feet could impact this location of the

12:23PM 18  wall, clipping it off and then flowed into the already flooded

12:23PM 19  Lower Ninth Ward.

12:23PM 20  Q.   Next slide.

12:23PM 21       So, again, with reference to the hydrograph, the hydrograph

12:23PM 22  helps you to conclude that the water level in the 10 o'clock time

12:23PM 23  frame was at a level that would allow the barge to come into

12:23PM 24  contact with the cap, then the rebar, and then float into the

12:23PM 25  Lower Ninth Ward; is that right?

12:23PM 1    A.    That's correct.  And float right over the top of the school

12:23PM 2    bus.

12:23PM 3    Q.    All right.  Let me have slide 78, please.  There is no 78.

12:24PM 4    79.

12:24PM 5          So to close out the line on the south breach, Dr. Bea, did

12:24PM 6    the barge have anything to do with creating the south breach?

12:24PM 7    A.    No, it did not.

12:24PM 8    Q.    And you've included here a note to -- an unusual deep scour

12:24PM 9    hole.  Would you tell the Court what you have indicated by that.

12:24PM 10   A.    Well, that's one of the features that we find at the north

12:24PM 11   end of the south breach and toward its center.  We think this is

12:24PM 12   one of those backfill excavation points.

12:24PM 13         It was a surprise to the contractors who were attempting to

12:25PM 14   provide emergency sealing of the breaches.  He had to wall off

12:25PM 15   the breach with sandbags to keep people from walking or equipment

12:25PM 16   from driving into that breach.

12:25PM 17         We think it and the associated pipelines that became exposed

12:25PM 18   are one of the causative elements for the breach occurring at

12:25PM 19   this location.

12:25PM 20              MR. RAFFMAN:  Thank you.

12:25PM 21         Your Honor, I've completed this line on the south breach.  I

12:25PM 22   have more to go through regarding validation, regarding some

12:25PM 23   discussion of comparing Dr. Bea and Dr. Marino's analysis.

12:25PM 24              THE COURT:  All right.  We will take a recess until

12:25PM 25   approximately 1:30.

12:25PM 1          MR. RAFFMAN:  Thank you, Your Honor.

12:26PM 2          (WHEREUPON, at this point in the proceedings, the Court

3    was in luncheon recess.)

4                              *    *    *

5

6

7

8

9                        REPORTER'S CERTIFICATE

10

11       I, Cathy Pepper, Certified Realtime Reporter, Registered

12   Merit Reporter, Registered Professional Reporter, Certified Court

13   Reporter of the State of Louisiana, Official Court Reporter for

14   the United States District Court, Eastern District of Louisiana,

15   do hereby certify that the foregoing is a true and correct

16   transcript, to the best of my ability and understanding, from the

17   record of the proceedings in the above-entitled and numbered

18   matter.

19

20

21                              *s/Cathy Pepper*

22                              Cathy Pepper, CRR, RMR, CCR

23                              Official Court Reporter

24                              United States District Court

25

**'**

**'60s** [1] - 2625:14

# 0

**05-4182** [1] - 2600:6
**05-5724** [1] - 2600:10
**06-7516** [1] - 2600:14

# 1

**1** [3] - 2660:21, 2660:22, 2660:23
**1.0** [4] - 2672:17, 2673:2, 2677:24, 2678:1
**1.3** [1] - 2636:19
**1.5** [1] - 2677:20
**10** [18] - 2607:1, 2607:3, 2619:15, 2619:25, 2623:10, 2623:15, 2625:10, 2644:20, 2656:7, 2666:17, 2676:11, 2677:24, 2677:25, 2687:4, 2695:6, 2695:9, 2695:16, 2695:22
**10,000** [3] - 2610:6, 2622:18, 2622:23
**100** [2] - 2601:17, 2628:4
**10279** [1] - 2601:10
**10464** [1] - 2651:25
**106** [1] - 2657:1
**10:00** [1] - 2656:3
**11** [6] - 2672:11, 2679:11, 2679:17, 2689:3, 2690:4, 2690:7
**11-9** [1] - 2621:16
**1100** [1] - 2601:24
**1150** [1] - 2601:20
**12** [18] - 2600:18, 2619:16, 2619:18, 2644:20, 2656:7, 2666:16, 2670:3, 2670:6, 2686:12, 2686:18, 2690:3, 2690:6, 2690:21, 2691:12, 2692:2, 2692:6, 2695:7, 2695:16
**12.2** [1] - 2656:4
**12.5** [3] - 2624:2, 2676:12, 2689:8
**127** [1] - 2666:1

# 2

**12950** [1] - 2602:12
**12:30** [2] - 2643:24, 2686:1
**13.7** [1] - 2656:1
**14** [2] - 2607:1, 2694:7
**14.2** [2] - 2655:2, 2656:3
**141** [6] - 2606:18, 2608:18, 2624:21, 2654:8, 2673:14, 2679:20
**145** [3] - 2621:15, 2661:11, 2668:1
**15** [1] - 2677:1
**17** [2] - 2620:11, 2620:12
**1700s** [1] - 2628:2
**17th** [6] - 2605:9, 2610:17, 2610:22, 2611:9, 2612:1, 2650:17
**18** [2] - 2621:14, 2691:4
**180** [1] - 2656:14
**19** [1] - 2659:6
**1954** [1] - 2611:22
**1968** [1] - 2678:17
**1980** [1] - 2678:18
**1980-period** [1] - 2659:7
**1980s** [1] - 2662:18
**1:00** [1] - 2655:21
**1:30** [1] - 2696:25

# 2

**2** [4] - 2600:7, 2660:24, 2667:17, 2668:19
**20001** [1] - 2602:6
**20036** [1] - 2601:21
**2005** [2] - 2604:17, 2604:20
**2006** [8] - 2604:20, 2606:23, 2607:6, 2607:18, 2608:2, 2609:20, 2610:10
**2007** [1] - 2615:25
**2008** [2] - 2650:19, 2693:6
**2009** [3] - 2616:8, 2616:18, 2616:21
**2010** [3] - 2600:8, 2604:2, 2609:14
**20170** [1] - 2602:12
**2030** [2] - 2600:24, 2601:4
**206** [15] - 2627:4, 2639:13, 2643:13,

2644:10, 2645:15, 2646:18, 2649:10, 2650:10, 2651:10, 2677:2, 2687:23, 2691:3, 2691:4, 2692:19, 2695:4
**207** [4] - 2628:16, 2670:2, 2672:11, 2677:1
**22** [1] - 2695:4
**223** [1] - 2601:10
**2300** [1] - 2601:24
**254** [1] - 2649:9
**256** [1] - 2651:25
**258** [1] - 2670:7
**2604** [2] - 2603:5, 2603:6
**27** [1] - 2644:10
**2715** [1] - 2602:9
**28** [1] - 2646:18
**28th** [2] - 2660:15, 2672:21
**29** [1] - 2644:10
**29th** [5] - 2655:21, 2660:15, 2667:17, 2689:19, 2691:7

# 3

**3** [5] - 2630:12, 2668:21, 2668:23, 2668:25
**30** [2] - 2645:15, 2683:25
**3316** [1] - 2601:16
**33RD** [1] - 2601:7
**357** [1] - 2638:9
**358** [5] - 2638:10, 2638:11, 2638:15, 2638:19
**359** [1] - 2659:16
**36** [2] - 2666:21, 2667:2
**36-C** [2] - 2639:13, 2643:14
**360** [1] - 2685:7
**37** [2] - 2662:11, 2667:2
**38** [1] - 2627:5
**397** [3] - 2658:19, 2658:20, 2695:4
**3:00** [3] - 2668:20, 2669:25, 2673:18

# 4

**4** [4] - 2607:22, 2668:23, 2675:25

**4,572** [1] - 2666:20
**4.36** [1] - 2695:5
**4.59** [1] - 2681:22
**4.7** [2] - 2658:20
**4.8** [1] - 2658:20
**40** [1] - 2606:10
**44** [1] - 2601:7
**46** [1] - 2679:21
**4727** [2] - 2684:14, 2695:11
**4:00** [5] - 2655:25, 2668:25, 2669:25, 2673:18, 2678:9

# 5

**5** [14] - 2607:22, 2628:17, 2630:2, 2630:13, 2637:14, 2639:25, 2657:22, 2659:2, 2675:25, 2680:12, 2687:1, 2687:2, 2687:25, 2688:7
**5,000** [1] - 2606:22
**5-0** [1] - 2677:3
**5.66B** [1] - 2665:7
**5.66C** [1] - 2666:4
**5.66D** [1] - 2666:9
**5.66E** [2] - 2666:13, 2666:14
**50** [4] - 2677:3, 2677:19, 2681:5, 2691:24
**500** [1] - 2602:15
**504** [1] - 2602:16
**55** [1] - 2687:24
**56** [2] - 2661:11, 2668:2
**589-7779** [1] - 2602:16
**5:00** [5] - 2672:25, 2678:9, 2679:10, 2679:18, 2688:5
**5TH** [1] - 2601:10

# 6

**6** [6] - 2630:13, 2650:11, 2660:17, 2688:7, 2688:17, 2688:18
**6.18** [1] - 2654:9
**6.24** [1] - 2624:22
**61** [1] - 2691:4
**62.4** [1] - 2666:25
**63** [1] - 2686:11
**63.5** [1] - 2666:25
**64** [1] - 2692:19

**650** [1] - 2602:9
**69** [1] - 2688:21
**6:00** [2] - 2679:10, 2679:18

# 7

**7** [10] - 2655:22, 2660:24, 2662:14, 2691:6, 2691:14, 2691:19, 2692:2, 2692:5, 2693:10
**7.5** [1] - 2667:18
**70002** [1] - 2601:17
**70113** [1] - 2601:14
**70130** [4] - 2600:25, 2601:4, 2602:9, 2602:16
**70163** [1] - 2601:25
**72** [1] - 2649:11
**76** [1] - 2682:22
**78** [2] - 2696:3
**79** [1] - 2696:4
**793** [1] - 2656:16

# 8

**8** [7] - 2600:8, 2604:2, 2620:1, 2691:17, 2691:18, 2693:10, 2694:7
**8,000** [1] - 2623:2
**8.116** [1] - 2673:14
**80** [3] - 2623:1, 2625:6, 2646:14
**81** [1] - 2629:19
**81A** [10] - 2629:9, 2629:12, 2629:17, 2630:4, 2631:22, 2631:24, 2633:22, 2636:5, 2639:1, 2647:1
**821** [1] - 2601:13
**86** [1] - 2650:11
**87** [1] - 2651:11
**8:00** [1] - 2656:1

# 9

**9.2** [1] - 2655:25
**900** [2] - 2601:20, 2622:1
**90071** [1] - 2601:7
**901** [1] - 2602:6
**9:00** [2] - 2600:8, 2655:1

# A

a.m [21] - 2607:1, 2607:22, 2619:25, 2620:1, 2655:1, 2655:21, 2655:25, 2656:1, 2656:3, 2668:25, 2669:25, 2672:25, 2673:18, 2678:9, 2679:10, 2679:18, 2686:18, 2688:5, 2692:2, 2695:6
A.M [1] - 2600:8
abandon [1] - 2614:19
abandoned [3] - 2642:9, 2692:11, 2692:24
ability [4] - 2620:19, 2649:3, 2673:8, 2697:16
ABIR [1] - 2601:6
able [13] - 2609:12, 2610:25, 2615:12, 2618:25, 2620:24, 2631:14, 2635:19, 2660:18, 2662:6, 2665:15, 2667:22, 2680:18, 2685:21
above-entitled [1] - 2697:17
absolute [1] - 2632:23
abutted [1] - 2663:15
abutting [1] - 2659:6
acceleration [1] - 2614:7
access [2] - 2674:7, 2680:18
accommodate [2] - 2663:2, 2663:3
accommodated [1] - 2615:15
accompanied [4] - 2608:1, 2617:7, 2617:21, 2618:2
accompany [1] - 2669:5
accompanying [3] - 2654:24, 2655:23, 2669:14
account [2] - 2614:17, 2689:17
accounted [1] - 2661:17
accounting [1] - 2655:13
accounts [1] - 2667:2
accumulation [1] - 2646:7

accurate [3] - 2609:21, 2634:17, 2639:1
achieve [1] - 2691:11
achieved [2] - 2665:24, 2677:15
achieves [2] - 2645:10, 2677:24
acting [10] - 2648:18, 2651:8, 2660:24, 2662:4, 2662:10, 2666:1, 2666:16, 2668:8, 2677:8, 2693:19
ACTION [1] - 2600:6
activities [2] - 2604:21, 2639:11
acts [1] - 2649:25
actual [2] - 2632:8, 2632:10
ADAM [1] - 2602:4
Adams [1] - 2672:3
added [2] - 2645:14, 2651:10
addition [1] - 2618:23
additional [3] - 2614:20, 2628:20, 2629:4
addressed [2] - 2662:22, 2693:22
adds [1] - 2662:1
adjacent [7] - 2638:21, 2650:23, 2654:22, 2656:7, 2660:7, 2667:23, 2679:13
admission [2] - 2638:11, 2685:11
admits [1] - 2685:10
admitted [1] - 2659:16
advantage [2] - 2607:10, 2629:4
aerial [7] - 2639:15, 2639:25, 2641:24, 2645:5, 2656:12, 2656:15, 2679:23
affect [1] - 2620:19
affirmatively [1] - 2690:11
afford [1] - 2624:11
agencies [2] - 2626:11, 2626:21
agency [1] - 2633:17
ago [2] - 2622:18, 2670:17
agree [4] - 2606:8, 2631:23, 2664:3, 2664:6
agreement [1] - 2615:8
ahead [6] - 2631:8,

2634:8, 2636:14, 2681:8, 2684:1, 2686:7
Airport [1] - 2663:12
ALDOCK [1] - 2602:3
ALFORD [2] - 2600:15, 2600:15
alignment [1] - 2635:3
allow [5] - 2628:12, 2641:7, 2653:9, 2670:21, 2695:23
allowed [1] - 2653:17
allows [2] - 2631:18, 2647:6
almost [1] - 2645:22
AMERICA [1] - 2602:11
American [1] - 2689:4
amounts [1] - 2689:24
ample [1] - 2695:12
Amsterdam [1] - 2652:14
analogous [1] - 2670:25
analogy [4] - 2648:6, 2648:8, 2648:12, 2648:13
analyses [9] - 2604:25, 2611:12, 2611:13, 2611:15, 2612:13, 2624:24, 2655:23, 2666:24, 2687:8
analysis [22] - 2606:14, 2610:9, 2611:17, 2611:18, 2614:1, 2614:13, 2615:14, 2615:16, 2624:5, 2624:23, 2626:25, 2649:8, 2669:2, 2669:21, 2672:20, 2676:4, 2677:7, 2678:1, 2678:3, 2678:6, 2696:23
analytical [11] - 2610:19, 2610:25, 2611:3, 2612:3, 2615:3, 2661:21, 2676:23, 2678:21, 2678:22, 2678:23, 2687:7
analyzed [2] - 2628:19, 2628:22
AND [2] - 2600:11, 2600:15
ANGELES [1] - 2601:7
angle [3] - 2645:9, 2645:10, 2646:23
answer [3] - 2614:15,

2618:23, 2691:8
apartments [1] - 2610:21
apologize [3] - 2632:17, 2644:13, 2653:1
appear [1] - 2685:23
appearance [4] - 2678:20, 2679:1, 2682:24
APPEARANCES [3] - 2600:22, 2601:1, 2602:1
appearing [1] - 2639:19
appendix [1] - 2666:5
Appendix [15] - 2627:5, 2639:13, 2643:14, 2644:10, 2645:15, 2646:18, 2649:10, 2650:11, 2651:11, 2665:7, 2666:14, 2677:2, 2687:24, 2691:3, 2692:19
application [1] - 2674:1
applied [1] - 2612:6
applies [1] - 2624:24
appropriate [2] - 2606:13, 2632:1
approximate [1] - 2689:7
aquarium [2] - 2665:11, 2665:12
aquifer [2] - 2650:25, 2651:6
arbitrary [1] - 2621:23
area [66] - 2609:10, 2619:11, 2619:19, 2622:23, 2623:23, 2625:12, 2625:14, 2626:2, 2626:24, 2627:11, 2627:17, 2627:21, 2627:25, 2628:13, 2629:1, 2629:2, 2630:20, 2630:21, 2630:25, 2631:1, 2631:14, 2637:9, 2639:19, 2639:22, 2640:13, 2640:15, 2641:15, 2641:16, 2641:18, 2641:20, 2642:21, 2645:20, 2646:3, 2646:7, 2648:15, 2648:19, 2649:17, 2651:13, 2651:17, 2654:25, 2658:1, 2658:2, 2658:9,

2658:11, 2658:23, 2660:16, 2660:18, 2663:7, 2668:21, 2669:16, 2669:18, 2670:14, 2674:2, 2676:16, 2680:4, 2680:6, 2680:23, 2683:14, 2684:16, 2684:17, 2684:18, 2684:21, 2687:2, 2690:20, 2691:6, 2693:5
areas [9] - 2628:7, 2640:8, 2641:12, 2641:20, 2642:4, 2642:5, 2642:7, 2642:8, 2646:1
argued [1] - 2629:24
Army [5] - 2607:8, 2626:14, 2641:6, 2651:18, 2668:14
arrival [1] - 2694:13
arrive [1] - 2614:18
arrived [1] - 2656:3
arrives [2] - 2695:7, 2695:12
arrow [2] - 2648:13, 2692:17
arrows [4] - 2669:3, 2669:8, 2669:13, 2676:8
article [1] - 2613:13
articles [3] - 2612:16, 2612:24, 2613:19
AS [2] - 2600:11, 2600:14
as-built [1] - 2604:24
ASCE [1] - 2605:7
ascertained [1] - 2635:7
assembled [1] - 2607:4
associated [14] - 2617:21, 2617:24, 2625:3, 2639:20, 2641:17, 2646:15, 2655:7, 2658:15, 2687:20, 2688:4, 2689:9, 2693:2, 2693:6, 2696:17
assume [2] - 2634:12, 2653:7
assuming [1] - 2635:24
assumption [2] - 2677:17, 2677:18
AT [1] - 2601:16
atmosphere [1] - 2672:2
attached [1] - 2661:8

**attempt** [3] - 2615:11, 2634:1, 2658:3
**attempting** [1] - 2696:13
**attendance** [1] - 2642:2
**attention** [2] - 2620:8, 2658:7
**attenuated** [1] - 2633:6
**ATTORNEY** [1] - 2601:16
**attorneys** [1] - 2638:5
**attribution** [1] - 2694:20
**August** [6] - 2650:19, 2655:21, 2660:15, 2667:17, 2691:7
**author** [4] - 2612:20, 2613:7, 2613:16, 2613:17
**authored** [1] - 2613:19
**authority** [1] - 2626:17
**available** [2] - 2627:16, 2656:6
**Avenue** [4] - 2640:3, 2646:21, 2649:13, 2654:6, 2673:19, 2673:20, 2673:21, 2674:18, 2675:2, 2675:6, 2675:8, 2675:10, 2684:8, 2689:1
**AVENUE** [4] - 2600:24, 2601:4, 2601:20, 2602:6
**average** [4] - 2654:5, 2655:3, 2655:5, 2655:10
**avid** [1] - 2634:18
**avoid** [1] - 2664:17

**B**

**B406** [1] - 2602:15
**backfill** [1] - 2696:12
**backfilled** [8] - 2614:4, 2641:21, 2648:12, 2658:9, 2660:19, 2686:14, 2686:19, 2693:3
**background** [10] - 2604:23, 2644:19, 2645:20, 2646:22, 2654:6, 2668:4, 2668:13, 2676:4, 2684:8, 2689:1
**backhoe** [2] - 2644:19, 2645:1

**backward** [1] - 2679:25
**balls** [1] - 2614:3
**bank** [12] - 2605:17, 2605:22, 2627:11, 2629:2, 2631:13, 2642:20, 2645:17, 2645:20, 2646:19, 2648:14, 2660:18, 2684:15
**barge** [40] - 2608:19, 2608:21, 2608:22, 2616:7, 2616:10, 2616:14, 2617:12, 2617:15, 2618:5, 2619:3, 2619:4, 2619:6, 2619:22, 2619:24, 2620:1, 2620:3, 2642:1, 2655:20, 2656:3, 2656:17, 2656:19, 2656:22, 2664:3, 2664:8, 2664:9, 2664:22, 2683:16, 2683:19, 2683:20, 2684:14, 2684:21, 2685:18, 2685:21, 2685:23, 2686:3, 2695:7, 2695:11, 2695:16, 2695:23, 2696:6
**BARGE** [1] - 2600:9
**barge's** [4] - 2616:11, 2616:15, 2616:21, 2694:13
**BARONNE** [1] - 2601:13
**barriers** [1] - 2657:23
**bars** [6] - 2657:2, 2657:3, 2657:5, 2657:8, 2657:15, 2695:13
**base** [2] - 2607:23, 2617:7
**basic** [1] - 2615:6
**basis** [2] - 2632:17, 2633:20
**Bates** [2] - 2651:25, 2664:12
**Bates-stamped** [1] - 2651:25
**Baton** [1] - 2607:3
**Bayou** [1] - 2657:7
**BEA** [1] - 2603:5
**Bea** [82] - 2604:10, 2604:14, 2608:24, 2610:7, 2612:19, 2612:23, 2613:17, 2615:23, 2616:9, 2616:23, 2617:16,

2618:19, 2620:12, 2620:18, 2621:18, 2623:8, 2624:21, 2625:20, 2626:23, 2627:4, 2628:16, 2630:1, 2630:21, 2633:11, 2633:16, 2634:22, 2635:17, 2637:3, 2637:18, 2638:23, 2638:25, 2639:12, 2639:13, 2640:13, 2641:12, 2643:1, 2643:13, 2643:21, 2644:8, 2645:15, 2646:18, 2648:3, 2649:7, 2649:10, 2650:11, 2650:12, 2651:10, 2652:1, 2654:1, 2654:7, 2655:17, 2657:3, 2658:18, 2658:21, 2659:23, 2660:12, 2661:10, 2663:24, 2667:19, 2670:1, 2670:2, 2670:24, 2672:11, 2674:18, 2676:25, 2677:2, 2677:4, 2678:25, 2681:20, 2683:14, 2683:25, 2684:22, 2685:1, 2685:16, 2686:13, 2687:23, 2691:3, 2691:4, 2692:19, 2695:4, 2696:5, 2696:23
**Bea's** [1] - 2653:7
**beam** [1] - 2692:20
**bears** [1] - 2673:13
**became** [2] - 2615:23, 2696:17
**become** [2] - 2616:6, 2663:16
**becomes** [1] - 2627:19
**BEFORE** [1] - 2600:19
**began** [4] - 2607:14, 2625:14, 2625:17, 2625:21
**begin** [4] - 2622:15, 2623:3, 2651:20, 2671:14
**begins** [1] - 2671:16
**behind** [1] - 2649:24
**below** [4] - 2661:3, 2666:18, 2678:1, 2678:5
**belt** [1] - 2641:24
**benefit** [3] - 2670:10, 2671:9, 2675:9
**benefits** [1] - 2609:12

**BENOIT** [1] - 2600:14
**BEST** [2] - 2600:23, 2600:24
**best** [2] - 2659:1, 2697:16
**Betsy** [1] - 2624:3
**between** [12] - 2619:15, 2637:20, 2655:24, 2656:6, 2667:2, 2667:22, 2669:25, 2675:24, 2677:24, 2682:7, 2682:24, 2692:21
**beyond** [1] - 2629:25
**Bienvenue's** [1] - 2657:7
**big** [1] - 2692:12
**bilateral** [1] - 2653:18
**bit** [2] - 2634:11, 2653:3
**black** [7] - 2641:4, 2642:18, 2665:14, 2665:22, 2665:23, 2669:3, 2676:7
**blessed** [1] - 2652:17
**blew** [1] - 2654:23
**blowout** [19] - 2607:23, 2617:6, 2646:8, 2647:3, 2669:22, 2669:24, 2671:6, 2671:10, 2671:11, 2671:22, 2671:24, 2672:10, 2672:19, 2673:3, 2673:5, 2674:14, 2678:12, 2688:10, 2688:13
**blue** [2] - 2646:22, 2672:20
**board** [1] - 2616:2
**boat** [1] - 2652:15
**Bob** [1] - 2652:13
**body** [1] - 2609:16
**boil** [5] - 2670:8, 2670:9, 2670:10, 2670:18, 2670:22
**boils** [1] - 2647:15
**Boland** [2] - 2641:16, 2646:21
**bono** [1] - 2610:6
**bored** [2] - 2635:7, 2635:8
**boring** [17] - 2622:13, 2626:19, 2627:8, 2628:11, 2629:9, 2629:12, 2629:17, 2630:4, 2630:12, 2632:13, 2634:16, 2635:4, 2638:20, 2647:1, 2668:13,

2668:14
**borings** [15] - 2605:8, 2605:11, 2622:6, 2622:7, 2626:10, 2626:13, 2626:23, 2627:24, 2628:11, 2628:22, 2629:19, 2635:19, 2638:19, 2640:14
**borrow** [1] - 2640:19
**bottom** [16] - 2609:1, 2620:21, 2622:15, 2622:16, 2623:16, 2623:18, 2623:19, 2623:21, 2656:17, 2656:20, 2660:1, 2660:3, 2662:6, 2674:22, 2674:23, 2676:21
**Boutwell** [2] - 2605:7, 2626:16
**bow** [3] - 2619:7, 2692:12, 2692:21
**box** [5] - 2628:5, 2628:6, 2656:2, 2669:20
**brain** [1] - 2654:13
**breach** [141] - 2607:20, 2607:21, 2608:3, 2608:5, 2608:23, 2610:23, 2610:24, 2610:25, 2612:1, 2616:24, 2617:4, 2617:8, 2617:10, 2617:11, 2617:12, 2617:15, 2617:17, 2617:20, 2618:4, 2618:5, 2618:14, 2619:6, 2619:7, 2619:14, 2619:15, 2619:19, 2620:1, 2620:5, 2621:25, 2622:2, 2622:4, 2624:25, 2626:25, 2627:10, 2627:25, 2628:13, 2628:20, 2634:24, 2639:24, 2641:13, 2641:15, 2641:17, 2641:20, 2641:25, 2642:6, 2642:12, 2656:8, 2656:12, 2656:16, 2656:18, 2656:25, 2657:1, 2657:4, 2657:6, 2657:9, 2657:25, 2658:4, 2658:12, 2658:14, 2658:23, 2660:5, 2660:6, 2667:7, 2667:25,

2668:21, 2669:24, 2670:14, 2670:23, 2671:1, 2672:5, 2672:6, 2672:23, 2673:4, 2673:21, 2673:23, 2674:20, 2675:8, 2675:10, 2675:12, 2675:20, 2676:3, 2676:6, 2678:20, 2678:24, 2679:1, 2679:4, 2679:13, 2679:25, 2680:5, 2680:6, 2680:8, 2680:10, 2680:12, 2680:23, 2681:2, 2681:19, 2681:21, 2681:24, 2682:1, 2682:9, 2682:24, 2683:14, 2683:22, 2683:24, 2684:5, 2684:6, 2684:12, 2684:13, 2686:1, 2686:19, 2686:23, 2687:3, 2687:13, 2690:20, 2691:6, 2691:11, 2691:15, 2692:3, 2692:5, 2692:13, 2692:16, 2692:23, 2693:2, 2693:24, 2694:9, 2694:12, 2694:17, 2694:18, 2696:5, 2696:6, 2696:11, 2696:15, 2696:16, 2696:18, 2696:21

**breach"** [1] - 2673:24
**breached** [4] - 2607:21, 2651:17, 2657:11, 2675:13
**Breaches** [1] - 2613:15
**breaches** [25] - 2605:9, 2605:18, 2607:19, 2613:22, 2616:14, 2618:10, 2618:12, 2646:13, 2646:15, 2655:18, 2655:24, 2656:11, 2667:10, 2667:12, 2680:25, 2681:3, 2681:5, 2681:6, 2682:13, 2682:25, 2691:21, 2693:6, 2693:7, 2696:14
**BREACHES** [1] - 2600:5
**breaching** [5] - 2607:23, 2610:17, 2619:25, 2673:22,

2675:14
**break** [6] - 2639:17, 2643:20, 2643:21, 2643:25, 2681:13
**BRIAN** [2] - 2601:3, 2601:3
**bridge** [10] - 2637:12, 2640:3, 2646:21, 2649:13, 2654:6, 2668:3, 2668:18, 2684:9, 2689:1
**bridges** [1] - 2605:10
**brief** [2] - 2636:9, 2644:2
**briefly** [4] - 2609:1, 2615:20, 2625:20, 2630:19
**bright** [1] - 2639:18
**bring** [3] - 2607:7, 2626:1
**bringing** [1] - 2622:13
**BROADWAY** [1] - 2601:10
**broken** [1] - 2679:25
**brought** [6] - 2609:10, 2613:23, 2616:1, 2625:11, 2628:21, 2631:25
**Bruno** [1] - 2616:3
**build** [1] - 2622:23
**building** [1] - 2655:25
**built** [2] - 2604:24, 2652:20
**bulldozer** [1] - 2646:22
**buoys** [1] - 2641:25
**buried** [7] - 2623:5, 2623:7, 2623:22, 2627:14, 2646:6, 2646:16, 2660:20
**bus** [2] - 2620:7, 2656:23, 2684:23, 2685:3, 2685:17, 2685:19, 2685:22, 2696:2
**busy** [1] - 2680:17
**buttresses** [1] - 2686:3
**BY** [44] - 2600:24, 2601:3, 2601:6, 2601:9, 2601:12, 2601:19, 2601:23, 2602:3, 2602:8, 2602:11, 2602:17, 2602:18, 2603:6, 2604:13, 2618:18, 2626:9, 2630:18, 2631:5, 2631:10, 2633:14, 2634:21, 2635:14, 2636:16,

2638:13, 2640:23, 2643:17, 2644:7, 2653:21, 2659:19, 2660:11, 2661:13, 2663:21, 2670:5, 2671:8, 2672:9, 2675:5, 2681:17, 2683:5, 2683:12, 2684:3, 2685:15, 2686:10, 2690:19, 2695:2

**C**

**C.A** [2] - 2600:10, 2600:14
**CA** [1] - 2601:7
**cake** [2] - 2622:24, 2624:2
**calculations** [1] - 2666:22
**California** [5] - 2646:12, 2670:12, 2670:13, 2670:25, 2693:7
**CALLED** [1] - 2604:4
**camera** [1] - 2680:11
**CANAL** [1] - 2600:4
**Canal** [27] - 2605:10, 2605:18, 2605:23, 2607:19, 2608:4, 2610:8, 2612:7, 2613:22, 2616:25, 2623:24, 2625:12, 2625:24, 2640:2, 2642:14, 2645:18, 2653:24, 2667:7, 2672:24, 2673:15, 2673:21, 2673:22, 2674:2, 2674:18, 2681:24, 2682:3, 2682:25, 2688:25
**canal** [19] - 2610:17, 2610:18, 2610:22, 2611:9, 2612:1, 2619:17, 2619:18, 2620:20, 2625:13, 2627:14, 2627:15, 2650:17, 2652:16, 2652:21, 2653:13, 2662:5, 2671:18, 2674:4
**Canal"** [1] - 2623:25
**Canal's** [1] - 2674:1
**canals** [1] - 2652:15
**cap** [2] - 2680:13, 2695:24
**capacity** [1] - 2677:12
**Captain** [1] - 2610:20

**caption** [1] - 2673:13
**capture** [5] - 2638:3, 2659:11, 2675:11, 2685:6, 2692:13
**captured** [3] - 2640:3, 2643:8, 2685:8
**car** [2] - 2648:6, 2648:7
**career** [1] - 2605:24
**careful** [1] - 2627:21
**carefully** [5] - 2607:17, 2627:23, 2677:10, 2687:19
**carried** [2] - 2616:11, 2665:1
**carries** [1] - 2619:13
**carrying** [1] - 2624:5
**case** [3] - 2607:21, 2642:23, 2693:14
**cases** [2] - 2642:8, 2691:22
**Cathy** [2] - 2697:11, 2697:22
**CATHY** [1] - 2602:15
**cattle** [1] - 2651:1
**caught** [1] - 2692:25
**causation** [2] - 2608:22, 2693:2
**causative** [3] - 2610:11, 2617:23, 2696:18
**caused** [7] - 2608:16, 2616:24, 2617:12, 2648:19, 2653:18, 2665:2, 2680:10
**causes** [7] - 2608:3, 2612:25, 2613:21, 2617:3, 2617:4, 2617:17, 2627:1
**causing** [1] - 2651:5
**cautionary** [1] - 2612:8
**CCR** [2] - 2602:15, 2697:22
**center** [5] - 2655:8, 2692:12, 2692:20, 2693:24, 2696:11
**central** [3] - 2654:14, 2655:5
**CENTRE** [1] - 2601:24
**certain** [1] - 2633:11
**certainly** [3] - 2606:9, 2633:5, 2635:20
**CERTIFICATE** [1] - 2697:9
**Certified** [2] - 2697:11, 2697:12
**certify** [1] - 2697:15
**cetera** [1] - 2643:1
**CHAFFE** [1] - 2601:23

**change** [1] - 2615:7
**changed** [1] - 2645:1
**characteristic** [2] - 2622:22, 2647:2
**characteristics** [5] - 2608:7, 2610:17, 2624:18, 2687:20, 2687:21
**characterization** [5] - 2621:17, 2624:4, 2624:6, 2628:12, 2629:13
**characterizations** [1] - 2625:18
**characterize** [1] - 2627:21
**characterized** [1] - 2657:8
**CHARLES** [2] - 2600:24, 2601:4
**chart** [2] - 2672:12, 2672:13
**check** [1] - 2632:9
**checking** [2] - 2632:9, 2650:5
**chose** [4] - 2622:10, 2624:11, 2648:5, 2675:14
**chronology** [2] - 2667:16, 2685:25
**CHUD** [1] - 2602:4
**circle** [1] - 2643:1
**Circuit** [1] - 2642:24
**Citrus** [1] - 2682:24
**Civil** [1] - 2689:4
**CIVIL** [1] - 2600:6
**Claiborne** [5] - 2637:12, 2649:13, 2654:6, 2668:3, 2684:8
**CLAIMS** [2] - 2600:11, 2600:14
**clay** [4] - 2665:13, 2669:17, 2676:21, 2688:5
**clays** [3] - 2665:20, 2665:21, 2676:17
**cleaned** [1] - 2646:1
**clear** [9] - 2628:6, 2632:13, 2634:22, 2639:21, 2646:6, 2655:12, 2665:2, 2668:7, 2674:14
**clearing** [2] - 2639:11, 2644:17
**clearly** [8] - 2651:3, 2659:7, 2664:19, 2669:22, 2673:3, 2685:20, 2691:13, 2691:23

**CLERK** [2] - 2604:7, 2644:4
**climb** [1] - 2674:7
**clipping** [1] - 2695:18
**clips** [1] - 2620:5
**close** [8] - 2624:7, 2624:10, 2661:25, 2664:16, 2664:17, 2665:4, 2690:9, 2696:5
**closely** [1] - 2608:14
**closely-competing** [1] - 2608:14
**Clyde** [1] - 2632:5
**coauthored** [1] - 2613:20
**Cobos** [5] - 2611:11, 2613:8, 2613:16, 2626:18, 2650:16
**Cobos-Roa** [5] - 2611:11, 2613:8, 2613:16, 2626:18, 2650:16
**coconut** [1] - 2652:9
**coefficients** [1] - 2614:13
**coherent** [1] - 2654:20
**cohesive** [2] - 2640:9, 2669:17
**cold** [1] - 2643:3
**collapse** [1] - 2671:23
**collapsed** [1] - 2695:8
**collapses** [1] - 2671:20
**colleague** [4] - 2613:8, 2632:4, 2632:5, 2652:4
**colleagues** [4] - 2614:15, 2642:24, 2652:6, 2680:17
**collusive** [1] - 2634:6
**color** [5] - 2638:7, 2640:10, 2655:22, 2665:13, 2688:3
**coloration** [1] - 2627:17
**colored** [6] - 2622:11, 2624:12, 2627:7, 2665:17, 2669:6
**coloring** [1] - 2624:11
**colors** [1] - 2625:3
**column** [1] - 2623:1
**combination** [3] - 2612:5, 2617:9, 2618:1
**combine** [3] - 2611:16, 2611:19, 2611:23
**combined** [4] - 2610:21, 2611:24,

2615:17, 2629:5
**coming** [10] - 2620:25, 2637:11, 2653:8, 2668:11, 2671:12, 2671:15, 2671:25, 2674:13, 2689:24, 2693:13
**comment** [1] - 2689:16
**comments** [1] - 2614:11
**common** [1] - 2677:16
**communicate** [3] - 2631:15, 2631:18, 2647:6
**communicated** [1] - 2649:21
**communicates** [1] - 2649:19
**communicating** [1] - 2651:4
**communication** [5] - 2611:7, 2647:22, 2651:3, 2652:10, 2653:19
**compare** [1] - 2674:19
**comparing** [2] - 2610:19, 2696:23
**compensated** [1] - 2610:3
**competing** [1] - 2608:14
**complete** [2] - 2632:18, 2683:24
**completed** [2] - 2680:8, 2696:21
**complex** [2] - 2611:3, 2626:22
**complies** [2] - 2659:14, 2685:4
**components** [1] - 2681:2
**comprised** [1] - 2609:4
**COMPUTER** [1] - 2602:18
**concentration** [1] - 2687:10
**concept** [1] - 2648:3
**concepts** [1] - 2620:10
**concern** [1] - 2629:1
**concerned** [7] - 2632:1, 2644:21, 2652:7, 2661:22, 2664:5, 2664:21, 2685:18
**conclude** [4] - 2608:2, 2624:5, 2665:2, 2695:22

**concluded** [4] - 2616:20, 2619:3, 2628:7, 2662:15
**conclusion** [1] - 2657:19
**conclusions** [13] - 2604:16, 2608:19, 2614:24, 2615:6, 2616:15, 2618:8, 2618:20, 2618:25, 2620:10, 2628:10, 2644:12, 2646:8, 2680:9
**concrete** [12] - 2621:1, 2624:3, 2625:7, 2625:9, 2637:11, 2637:12, 2660:25, 2663:8, 2663:9, 2665:23, 2680:16, 2693:13
**condition** [5] - 2689:22, 2691:14, 2691:20, 2693:5, 2693:24
**conditions** [7] - 2610:1, 2668:9, 2670:25, 2681:23, 2682:6, 2691:10
**conducted** [4] - 2624:23, 2627:1, 2665:15, 2670:17
**conduction** [1] - 2623:21
**conductive** [2] - 2646:11, 2653:19
**conductivity** [1] - 2615:1
**conduit** [1] - 2671:18
**cone** [3] - 2605:14, 2606:5, 2606:9
**confirm** [1] - 2630:3
**confused** [1] - 2609:14
**confusing** [1] - 2689:21
**connect** [2] - 2641:8, 2694:2
**connected** [1] - 2676:15
**CONNECTICUT** [1] - 2601:20
**connection** [3] - 2615:21, 2637:20, 2649:8
**connectivity** [2] - 2646:9, 2647:4
**connects** [2] - 2631:16, 2642:12
**consequent** [2] - 2608:11, 2671:22

**consider** [2] - 2607:5, 2607:12
**consideration** [3] - 2609:19, 2614:11, 2636:9
**considering** [1] - 2651:20
**CONSOLIDATED** [1] - 2600:5
**construct** [1] - 2625:24
**constructed** [2] - 2624:3, 2678:11
**constructing** [1] - 2680:3
**construction** [3] - 2623:24, 2625:12, 2674:8
**Consultants** [1] - 2632:5
**contact** [5] - 2620:5, 2683:19, 2683:20, 2695:7, 2695:24
**contacted** [2] - 2616:1, 2632:3
**contains** [3] - 2608:18, 2647:1, 2682:22
**content** [1] - 2682:25
**contention** [1] - 2631:25
**continue** [2] - 2623:12, 2666:24
**continued** [2] - 2610:3, 2612:11
**CONTINUED** [3] - 2601:1, 2602:1, 2604:12
**CONTINUED)** ......... [1] - 2603:6
**continues** [1] - 2655:1
**continuing** [4] - 2607:10, 2615:10, 2653:11, 2670:15
**continuous** [1] - 2626:2
**contours** [3] - 2669:5, 2669:6
**contracted** [1] - 2605:6
**contractors** [1] - 2696:13
**conundrum** [1] - 2635:11
**conversations** [2] - 2633:3, 2653:4
**convey** [1] - 2692:4
**conveying** [1] - 2694:6
**coordinates** [2] -

2634:22, 2634:23
**core** [1] - 2632:2
**cores** [8] - 2622:6, 2625:15, 2625:16, 2626:15, 2627:16, 2627:18, 2628:22, 2628:24
**corner** [1] - 2639:25
**cornfield** [1] - 2650:22
**Corps** [8] - 2607:8, 2626:14, 2641:6, 2651:18, 2658:3, 2663:6, 2663:17, 2668:14
**correct** [46] - 2605:13, 2605:20, 2607:1, 2608:20, 2609:2, 2612:8, 2613:2, 2613:9, 2613:18, 2613:23, 2614:19, 2619:22, 2619:23, 2620:14, 2621:10, 2628:9, 2629:10, 2629:18, 2631:2, 2632:15, 2634:25, 2635:3, 2638:17, 2641:14, 2647:23, 2648:25, 2649:5, 2650:5, 2650:8, 2655:14, 2656:19, 2662:7, 2675:19, 2675:23, 2678:2, 2678:6, 2679:8, 2683:15, 2686:21, 2686:24, 2687:16, 2690:25, 2691:16, 2691:21, 2696:1, 2697:15
**correctionally** [1] - 2622:25
**corroborate** [2] - 2632:2, 2634:2
**corroborating** [1] - 2611:3
**counsel** [4] - 2629:24, 2630:10, 2642:23, 2681:7
**Counsel** [4] - 2634:8, 2680:21, 2683:8, 2694:15
**counteract** [1] - 2648:19
**counteracted** [1] - 2673:6
**counteracting** [2] - 2650:1, 2670:21
**couple** [3] - 2611:24, 2613:3, 2683:6
**course** [8] - 2610:16, 2623:20, 2628:2,

2629:18, 2633:20, 2657:25, 2675:17, 2678:12

**COURT** [78] - 2600:1, 2602:15, 2604:4, 2604:11, 2618:10, 2618:13, 2625:20, 2626:4, 2626:7, 2629:20, 2629:24, 2630:3, 2630:6, 2630:10, 2630:15, 2630:21, 2631:1, 2631:3, 2631:7, 2632:16, 2632:19, 2632:22, 2633:2, 2633:8, 2634:3, 2634:8, 2634:12, 2635:5, 2635:10, 2635:12, 2635:22, 2636:1, 2636:8, 2636:13, 2637:22, 2638:1, 2638:5, 2640:13, 2640:19, 2640:21, 2642:22, 2643:9, 2643:15, 2643:20, 2643:24, 2652:24, 2653:5, 2659:17, 2659:22, 2660:4, 2660:9, 2663:3, 2671:5, 2671:24, 2672:2, 2674:17, 2675:1, 2680:21, 2681:7, 2681:11, 2681:13, 2682:10, 2682:17, 2683:2, 2683:8, 2684:1, 2685:5, 2685:8, 2686:2, 2686:7, 2690:1, 2690:5, 2690:9, 2690:12, 2694:15, 2694:20, 2694:25, 2696:24

**court** [15] - 2604:7, 2606:4, 2629:11, 2633:11, 2633:23, 2633:24, 2638:3, 2638:7, 2639:4, 2644:4, 2644:14, 2654:19, 2655:5, 2661:16

**Court** [66] - 2609:6, 2610:7, 2612:19, 2616:4, 2616:20, 2617:3, 2617:19, 2618:7, 2623:8, 2627:5, 2628:17, 2629:11, 2630:19, 2633:4, 2634:3, 2635:5, 2636:8, 2637:3, 2639:14,

2644:11, 2645:16, 2648:3, 2649:7, 2649:24, 2650:12, 2651:12, 2652:1, 2654:10, 2654:11, 2655:17, 2658:1, 2658:25, 2660:13, 2662:15, 2664:11, 2665:8, 2665:10, 2666:3, 2666:14, 2666:9, 2667:19, 2670:9, 2671:9, 2672:12, 2673:16, 2676:2, 2678:10, 2680:8, 2684:6, 2685:9, 2687:2, 2687:24, 2688:21, 2689:22, 2691:5, 2692:3, 2693:9, 2694:6, 2695:9, 2696:9, 2697:2, 2697:12, 2697:13, 2697:14, 2697:23, 2697:24

**Court's** [2] - 2633:5, 2675:9

**court's** [1] - 2634:6

**cover** [2] - 2606:20, 2660:17

**covered** [1] - 2680:22

**CPT** [1] - 2606:14

**crack** [24] - 2649:23, 2661:2, 2661:6, 2661:9, 2661:14, 2661:17, 2661:25, 2662:1, 2662:12, 2662:13, 2662:16, 2663:3, 2663:5, 2663:8, 2663:11, 2663:13, 2663:15, 2665:10, 2666:7, 2666:11, 2668:16, 2669:14, 2673:1, 2674:8

**cracks** [7] - 2662:17, 2662:20, 2662:21, 2662:24, 2663:22, 2680:14, 2680:15

**created** [1] - 2688:19

**creates** [1] - 2665:9

**creating** [1] - 2696:6

**critical** [4] - 2607:22, 2607:25, 2608:5, 2620:22

**criticisms** [1] - 2615:15

**criticize** [1] - 2615:11

**criticized** [1] - 2614:21

**critics** [1] - 2615:10

**critics"** [1] - 2615:9

**cross** [12] - 2622:2, 2622:16, 2624:9, 2624:10, 2624:11, 2624:14, 2624:19, 2625:5, 2627:17, 2628:19, 2629:6

**cross-section** [9] - 2622:2, 2622:16, 2624:10, 2624:11, 2625:5, 2627:17, 2628:19, 2629:6

**cross-sections** [3] - 2624:9, 2624:14, 2624:19

**crossing** [1] - 2654:24

**CRR** [2] - 2602:15, 2697:22

**CSX** [1] - 2654:22

**cubic** [2] - 2666:25, 2667:1

**cup** [4] - 2660:1, 2674:22, 2674:24

**cut** [2] - 2609:19, 2631:17

**cutting** [1] - 2614:1

**cylinder** [1] - 2648:11

**cypress** [5] - 2645:23, 2645:24, 2646:1, 2646:2, 2646:4

## D

**damage** [1] - 2619:10

**damaged** [1] - 2679:2

**DANIEL** [1] - 2602:8

**dark** [2] - 2652:16, 2665:17

**darker** [2] - 2627:17, 2640:10

**dashed** [1] - 2677:15

**data** [4] - 2604:19, 2629:17, 2655:16, 2655:18

**date** [1] - 2662:17

**David** [1] - 2626:17

**DAY** [1] - 2600:18

**daylight** [1] - 2654:14

**DC** [2] - 2601:21, 2602:6

**deal** [2] - 2604:23, 2627:22

**dealing** [1] - 2678:4

**dealt** [1] - 2681:5

**debate** [1] - 2633:10

**debris** [3] - 2689:11, 2689:17

**deceased** [1] - 2605:7

**decision** [2] - 2643:9,

2643:10

**declaration** [1] - 2629:23

**declines** [1] - 2639:18

**deep** [5] - 2658:6, 2684:17, 2684:18, 2685:21, 2696:8

**deeper** [2] - 2666:12, 2676:17

**defend** [1] - 2623:16

**DEFENDANT** [1] - 2601:23

**Defendant's** [29] - 2606:18, 2621:15, 2624:21, 2628:16, 2638:15, 2639:13, 2643:13, 2644:9, 2645:14, 2646:17, 2649:9, 2649:10, 2650:10, 2651:10, 2651:25, 2657:1, 2661:11, 2668:1, 2670:2, 2670:7, 2672:10, 2673:14, 2679:20, 2685:7, 2687:23, 2688:21, 2691:3, 2691:4, 2692:18

**Defendants's** [1] - 2627:4

**defended** [1] - 2654:23

**defense** [1] - 2607:16

**Defense** [2] - 2608:18, 2654:8

**defensive** [1] - 2652:20

**define** [1] - 2671:10

**defined** [3] - 2671:6, 2677:10, 2688:2

**definition** [1] - 2633:23

**definitive** [1] - 2610:22

**degree** [1] - 2688:13

**deliberating** [1] - 2664:21

**delta** [2] - 2628:2

**Delta** [5] - 2622:22, 2646:12, 2670:12, 2670:16, 2693:7

**deltas** [1] - 2652:18

**demand** [1] - 2677:12

**demonstrates** [1] - 2653:6

**demonstration** [1] - 2653:9

**depict** [1] - 2670:13

**depicted** [1] - 2693:25

**depiction** [1] - 2650:6

**depicts** [1] - 2606:18

**deposited** [2] - 2622:20, 2640:10

**deposition** [1] - 2682:23

**depositional** [1] - 2622:21

**deposits** [2] - 2628:3, 2646:16

**depression** [2] - 2642:5, 2642:7

**depriving** [1] - 2649:2

**depth** [8] - 2620:18, 2621:8, 2625:6, 2644:19, 2694:2, 2695:15

**DEPUTY** [2] - 2604:7, 2644:4

**DEREK** [1] - 2601:23

**derive** [1] - 2618:20

**describe** [10] - 2610:15, 2621:18, 2624:22, 2627:5, 2628:17, 2637:3, 2639:14, 2644:10, 2645:16, 2654:10

**described** [13] - 2604:14, 2612:23, 2613:21, 2621:9, 2638:24, 2652:5, 2678:7, 2680:1, 2686:15, 2691:9, 2694:9

**describing** [2] - 2670:2, 2677:2

**design** [6] - 2622:8, 2651:23, 2661:17, 2661:18, 2662:22, 2667:15

**destabilize** [1] - 2651:8

**destabilizing** [3] - 2648:20, 2648:22, 2653:17

**detail** [4] - 2625:18, 2680:22, 2693:1, 2694:1

**detect** [1] - 2665:15

**determine** [2] - 2654:4, 2676:5

**determined** [1] - 2689:3

**detour** [1] - 2663:23

**develop** [5] - 2625:17, 2647:13, 2663:5, 2687:15, 2691:22

**developed** [21] - 2610:11, 2611:16, 2612:2, 2612:6, 2617:20, 2619:13,

2619:21, 2622:8, 2624:19, 2647:17, 2647:18, 2648:6, 2654:21, 2656:10, 2657:6, 2658:3, 2669:11, 2670:18, 2674:5, 2674:11, 2687:5

**developed"** [1] - 2692:3

**developing** [1] - 2621:6

**development** [12] - 2608:10, 2610:23, 2615:16, 2617:8, 2617:25, 2627:24, 2669:14, 2671:21, 2672:22, 2689:25, 2692:15, 2692:23

**devices** [1] - 2636:25

**DGPS** [1] - 2634:18

**diagram** [2] - 2622:9, 2691:8

**diagrams** [1] - 2640:14

**Diego** [7] - 2611:11, 2611:15, 2611:22, 2613:8, 2613:15, 2626:18, 2650:16

**difference** [2] - 2667:2, 2682:23

**differences** [5] - 2608:7, 2668:9, 2694:22, 2694:23, 2694:24

**different** [18] - 2614:16, 2625:4, 2626:21, 2631:23, 2631:24, 2639:10, 2647:19, 2647:20, 2655:8, 2675:21, 2678:3, 2681:19, 2687:21, 2688:3, 2689:17, 2694:17, 2694:21

**differential** [5] - 2634:17, 2667:21, 2668:10, 2682:7

**differing** [4] - 2604:25, 2625:3, 2625:5, 2688:2

**difficult** [1] - 2643:3

**dig** [1] - 2625:24

**digging** [1] - 2642:16

**dimension** [1] - 2614:6

**Dimensional** [1] - 2613:14

**dimensional** [6] - 2614:1, 2649:20,

2669:2, 2669:21, 2676:4, 2687:8

**direct** [1] - 2667:10

**DIRECT** [2] - 2603:6, 2604:12

**directly** [2] - 2631:16, 2631:18

**discovered** [1] - 2612:12

**discuss** [1] - 2630:7

**discussed** [17] - 2620:10, 2628:24, 2630:5, 2636:5, 2644:25, 2645:2, 2645:23, 2646:23, 2647:1, 2649:24, 2656:13, 2658:5, 2661:16, 2668:5, 2676:10, 2687:9, 2693:16

**discussing** [2] - 2650:14, 2652:3

**discussion** [3] - 2650:16, 2655:4, 2696:23

**displaced** [1] - 2692:14

**displacements** [1] - 2665:16

**displacing** [1] - 2678:14

**displayed** [1] - 2681:1

**distance** [2] - 2621:23, 2625:1

**distinctive** [1] - 2646:21

**distortions** [1] - 2666:7

**distribution** [2] - 2655:6, 2655:9

**DISTRICT** [3] - 2600:1, 2600:2, 2600:20

**District** [2] - 2697:14, 2697:24

**district** [1] - 2651:19

**ditch** [2] - 2642:12, 2642:13

**ditches** [1] - 2642:16

**divided** [1] - 2677:12

**Division** [1] - 2632:4

**Doctor** [1] - 2667:3

**doctor's** [1] - 2682:12

**doctoral** [1] - 2611:10

**documentation** [4] - 2605:1, 2633:2, 2653:14

**documented** [2] - 2606:2, 2633:21

**documenting** [1] - 2607:11

**documents** [1] - 2604:24

**dominant** [1] - 2676:6

**done** [11] - 2605:22, 2609:22, 2615:21, 2619:1, 2622:11, 2626:10, 2629:23, 2634:14, 2655:20, 2663:7, 2664:22

**door** [2] - 2659:3, 2682:18

**dot** [1] - 2634:24

**dots** [1] - 2677:22

**dotted** [1] - 2679:22

**down** [11] - 2623:2, 2625:6, 2625:9, 2627:13, 2628:3, 2637:15, 2639:18, 2648:15, 2662:6, 2664:18, 2666:17

**downstream** [2] - 2619:10, 2657:9

**downward** [4] - 2648:19, 2669:23, 2672:16, 2672:18

**Dr** [62] - 2604:10, 2604:14, 2605:7, 2606:4, 2606:13, 2608:24, 2610:7, 2612:19, 2612:23, 2613:17, 2620:18, 2625:20, 2626:16, 2626:18, 2626:23, 2628:21, 2629:3, 2630:21, 2631:20, 2631:22, 2631:25, 2633:11, 2633:16, 2634:22, 2636:20, 2636:22, 2638:24, 2638:25, 2640:13, 2641:12, 2643:1, 2643:21, 2649:7, 2650:12, 2652:1, 2653:7, 2654:1, 2654:7, 2657:3, 2658:18, 2658:19, 2658:21, 2659:23, 2660:12, 2661:10, 2663:24, 2670:1, 2670:24, 2674:18, 2677:4, 2678:25, 2681:20, 2682:23, 2683:1, 2683:14, 2683:25, 2685:16, 2686:13, 2696:5, 2696:23

**dr** [3] - 2648:3, 2655:17, 2684:22

**draft** [1] - 2695:17

**drainage** [5] -

2627:15, 2642:8, 2642:12, 2642:13, 2642:16

**dramatic** [4] - 2606:16, 2610:13, 2661:20, 2672:25

**dramatically** [2] - 2612:4, 2663:4

**draw** [2] - 2627:16, 2629:6

**drawing** [1] - 2627:10

**drawings** [1] - 2604:24

**drawn** [6] - 2619:5, 2622:9, 2624:14, 2629:13, 2629:16, 2692:18

**dredging** [3] - 2646:3, 2646:4, 2646:5

**drew** [1] - 2658:7

**drill** [2] - 2635:19, 2636:17

**drilled** [1] - 2650:24

**drilling** [2] - 2635:16, 2636:17

**DRIVE** [2] - 2601:16, 2602:12

**driven** [2] - 2620:3, 2620:5

**driving** [2] - 2677:15, 2696:16

**drop** [1] - 2654:20

**DRUKER** [1] - 2601:9

**due** [3] - 2608:7, 2668:8, 2672:23

**duplicate** [1] - 2631:6

**During** [2] - 2613:6, 2613:15

**during** [22] - 2604:21, 2605:3, 2609:8, 2610:7, 2612:6, 2613:1, 2614:9, 2619:17, 2635:7, 2642:1, 2649:14, 2654:2, 2664:2, 2667:13, 2668:6, 2670:16, 2670:17, 2681:13, 2689:2, 2689:5, 2689:8, 2694:10

**Dutch** [2] - 2652:20, 2653:16

**DUVAL** [1] - 2600:19

**dwell** [1] - 2616:5

**DX** [3] - 2677:1, 2677:2, 2695:4

# E

**early** [6] - 2607:21, 2635:21, 2664:20, 2668:12, 2689:18, 2689:25

**earth** [1] - 2614:2

**East** [1] - 2612:18

**east** [13] - 2605:17, 2605:22, 2622:2, 2627:11, 2629:2, 2631:13, 2642:20, 2645:17, 2645:20, 2646:19, 2648:14, 2660:18, 2684:15

**east-west** [1] - 2622:2

**Eastern** [1] - 2697:14

**EASTERN** [1] - 2600:2

**eastern** [1] - 2623:16

**easy** [1] - 2612:9

**EBIA** [2] - 2631:1, 2640:16

**edge** [2] - 2638:1, 2638:2

**edges** [1] - 2679:15

**effect** [9] - 2611:6, 2647:16, 2647:21, 2647:25, 2648:20, 2648:22, 2652:23, 2673:10, 2680:25

**effective** [1] - 2663:16

**effectively** [1] - 2648:19

**effectiveness** [1] - 2688:13

**effects** [19] - 2608:6, 2611:16, 2611:19, 2614:8, 2614:24, 2617:6, 2617:22, 2623:21, 2647:19, 2647:20, 2651:21, 2651:22, 2653:17, 2660:20, 2672:16, 2674:5, 2678:7, 2686:22

**Effects** [1] - 2613:14

**efficiently** [1] - 2647:6

**effort** [2] - 2605:1, 2640:16

**Egypt** [1] - 2645:12

**eight** [3] - 2632:3, 2634:15, 2668:25

**either** [1] - 2608:23

**ejected** [1] - 2674:12

**electrical** [1] - 2657:22

**Electronic** [1] - 2613:10

**electronic** [1] - 2613:12

**element** [5] - 2612:9, 2649:20, 2651:14, 2665:23, 2669:2
**elements** [4] - 2610:12, 2620:22, 2629:1, 2696:18
**elevated** [1] - 2651:4
**elevation** [38] - 2619:18, 2621:21, 2624:2, 2624:25, 2654:5, 2654:16, 2655:2, 2655:10, 2655:22, 2655:23, 2656:2, 2660:17, 2660:23, 2662:14, 2662:15, 2667:17, 2668:22, 2668:25, 2675:25, 2676:12, 2677:6, 2678:9, 2679:10, 2679:16, 2686:13, 2686:14, 2687:4, 2687:25, 2689:7, 2691:10, 2691:12, 2692:2, 2692:6, 2693:11, 2694:7, 2694:23, 2695:7
**elevation/excavation** [1] - 2686:19
**elevations** [3] - 2623:12, 2654:17, 2655:23
**embedded** [1] - 2625:8
**emergency** [1] - 2696:14
**empathy** [1] - 2642:24
**emphasize** [2] - 2642:25, 2643:5
**employed** [1] - 2665:22
**enable** [1] - 2629:6
**end** [18] - 2606:2, 2607:16, 2619:14, 2620:5, 2642:5, 2642:11, 2658:12, 2658:14, 2667:24, 2669:25, 2679:3, 2680:11, 2680:19, 2684:12, 2684:13, 2694:12, 2695:7, 2696:11
**ENERGY** [1] - 2601:24
**engineer** [3] - 2661:18, 2663:1, 2671:19
**engineering** [6] - 2624:17, 2645:4, 2649:16, 2652:9, 2664:24, 2665:1

**Engineering** [4] - 2612:22, 2613:11, 2613:12, 2626:12
**engineers** [9] - 2615:9, 2622:14, 2624:15, 2624:17, 2625:17, 2633:25, 2651:20, 2657:18, 2662:22
**Engineers** [9] - 2605:6, 2607:9, 2626:14, 2641:6, 2651:19, 2658:3, 2663:6, 2663:17, 2668:15
**Engineers'** [1] - 2689:4
**enjoyable** [1] - 2655:4
**enter** [2] - 2619:4, 2660:19
**entered** [2] - 2619:9, 2666:10
**enters** [4] - 2619:6, 2619:24, 2620:1, 2686:14
**entire** [4] - 2622:3, 2646:7, 2671:23, 2683:14
**entitled** [3] - 2613:4, 2613:14, 2697:17
**equal** [1] - 2669:23
**equaling** [1] - 2677:16
**equals** [1] - 2672:18
**equipment** [2] - 2664:19, 2696:15
**equivalent** [1] - 2681:23
**eradicated** [1] - 2675:14
**ERIC** [1] - 2602:5
**erode** [3] - 2658:10, 2673:11, 2693:16
**eroded** [3] - 2663:13, 2671:16, 2680:4
**eroding** [1] - 2671:14
**erosion** [11] - 2608:11, 2608:16, 2618:3, 2663:10, 2688:10, 2689:22, 2689:25, 2693:9, 2693:20, 2694:3, 2694:10
**erosional** [1] - 2617:25
**escalates** [1] - 2673:2
**ESQUIRE** [15] - 2600:24, 2601:3, 2601:6, 2601:9, 2601:12, 2601:13, 2601:19, 2601:23, 2602:3, 2602:4,

2602:4, 2602:5, 2602:5, 2602:8, 2602:11
**essence** [2] - 2626:4, 2626:5
**essential** [1] - 2681:15
**essentially** [1] - 2671:13
**establish** [1] - 2633:15
**et** [1] - 2643:1
**Eustis** [1] - 2626:12
**Evaluation** [2] - 2607:9, 2622:10
**event** [3] - 2654:3, 2662:8, 2678:12
**events** [3] - 2656:10, 2678:11, 2679:11
**eventually** [1] - 2682:20
**evidence** [7] - 2634:6, 2671:2, 2683:16, 2683:17, 2683:18, 2683:20, 2685:9
**evident** [1] - 2619:10
**evolution** [4] - 2610:23, 2671:22, 2674:14, 2692:15
**evolutionary** [1] - 2678:16
**evolved** [3] - 2610:9, 2611:4, 2615:14
**exacerbated** [2] - 2618:3, 2693:16
**exactly** [5] - 2634:13, 2637:17, 2672:18, 2688:16, 2690:7
**EXAMINATION** [32] - 2603:6, 2604:12, 2618:17, 2626:8, 2630:17, 2631:4, 2631:9, 2633:13, 2634:20, 2635:13, 2636:15, 2638:12, 2640:22, 2643:16, 2644:6, 2653:20, 2659:18, 2660:10, 2661:12, 2663:20, 2670:4, 2671:7, 2672:8, 2675:4, 2681:16, 2683:4, 2683:11, 2684:2, 2685:14, 2686:9, 2690:18, 2695:1
**examination** [1] - 2604:10
**EXAMINATIONS** [1] - 2603:3
**examine** [3] - 2609:13, 2615:4, 2682:13

**examined** [4] - 2609:24, 2615:4, 2616:13, 2683:13
**examining** [1] - 2614:24
**example** [7] - 2605:9, 2614:3, 2614:4, 2614:13, 2626:11, 2648:10, 2681:19
**excavated** [2] - 2628:7, 2657:12
**excavating** [1] - 2644:19
**excavation** [10] - 2627:18, 2627:19, 2641:12, 2644:24, 2645:3, 2645:21, 2648:12, 2658:6, 2660:19, 2696:12
**excavations** [11] - 2614:4, 2627:18, 2640:25, 2641:21, 2642:10, 2644:8, 2646:19, 2660:12, 2669:21, 2676:15, 2686:14
**except** [1] - 2653:2
**exception** [1] - 2668:5
**excluded** [1] - 2606:14
**exemplary** [1] - 2651:7
**exert** [1] - 2662:6
**exerted** [1] - 2620:25
**Exhibit** [36] - 2606:18, 2608:18, 2621:15, 2624:21, 2627:4, 2628:16, 2638:15, 2638:19, 2639:13, 2643:13, 2644:10, 2645:15, 2646:18, 2649:9, 2649:10, 2650:10, 2651:10, 2651:25, 2654:8, 2657:1, 2658:19, 2658:20, 2659:16, 2661:11, 2668:1, 2670:2, 2670:7, 2672:11, 2673:14, 2679:20, 2685:7, 2687:23, 2688:21, 2691:3, 2691:4, 2692:19
**exhumation** [1] - 2682:8
**exhumed** [4] - 2680:12, 2682:2, 2692:7, 2692:8
**exist** [1] - 2669:7
**existed** [1] - 2671:3

**existence** [1] - 2630:19
**exiting** [1] - 2687:9
**expanded** [1] - 2692:10
**expanding** [1] - 2640:6
**expands** [1] - 2671:20
**expect** [4] - 2640:9, 2668:9, 2682:1, 2682:8
**expected** [2] - 2655:7, 2671:1
**experience** [4] - 2609:17, 2635:17, 2650:15, 2690:23
**experienced** [2] - 2652:13, 2652:14
**experiences** [1] - 2652:7
**experiencing** [1] - 2667:11
**experiment** [3] - 2665:14, 2665:19, 2665:21
**experiments** [1] - 2662:17
**expert** [3] - 2632:25, 2633:16, 2694:1
**experts** [5] - 2632:24, 2633:3, 2633:9, 2638:6, 2664:2
**explain** [12] - 2611:1, 2641:1, 2641:3, 2645:11, 2648:3, 2648:5, 2653:18, 2659:23, 2667:9, 2691:5, 2694:5, 2695:13
**explained** [1] - 2682:23
**explaining** [2] - 2664:23, 2685:22
**explains** [1] - 2695:16
**explanation** [3] - 2654:20, 2682:19, 2682:22
**explicitly** [2] - 2651:22, 2653:16
**explore** [1] - 2681:8
**exposed** [4] - 2646:3, 2660:25, 2666:16, 2696:17
**expressed** [2] - 2618:8, 2618:20
**expresses** [1] - 2647:14
**expression** [2] - 2615:1, 2619:8
**extended** [1] -

2661:19
**extensively** [1] -
2649:23
**extent** [2] - 2653:9,
2682:18
**external** [1] - 2656:4
**extract** [1] - 2655:15
**extremely** [2] -
2606:10, 2611:2
**extremes** [1] -
2692:21
**eye** [1] - 2640:8

# F

**face** [4] - 2637:15,
2659:8, 2664:16,
2665:5
**facilitate** [1] - 2623:11
**fact** [9] - 2605:5,
2609:5, 2615:3,
2634:23, 2637:15,
2638:20, 2663:6,
2680:4, 2694:1
**factor** [13] - 2613:24,
2662:10, 2666:21,
2677:9, 2677:14,
2677:17, 2677:19,
2677:20, 2677:22,
2678:1, 2691:9,
2691:11
**failed** [1] - 2674:19
**failing** [1] - 2677:21
**Failure** [1] - 2613:5
**failure** [20] - 2604:25,
2607:25, 2608:14,
2609:9, 2610:11,
2611:23, 2612:10,
2617:5, 2617:24,
2650:18, 2650:20,
2666:11, 2676:5,
2676:20, 2677:19,
2678:13, 2691:14,
2691:20, 2691:24,
2692:4
**failures** [7] - 2613:1,
2615:12, 2616:12,
2618:21, 2627:1,
2652:12, 2653:12
**fair** [5] - 2615:18,
2616:9, 2621:9,
2629:17, 2649:4
**fairly** [1] - 2640:11
**fall** [1] - 2630:2
**fallen** [2] - 2658:13,
2661:5
**falls** [1] - 2674:11
**familiar** [1] - 2616:4
**far** [1] - 2609:24

**farmer** [2] - 2650:24,
2651:15
**favor** [1] - 2614:20
**feature** [19] - 2617:8,
2619:7, 2619:13,
2620:8, 2621:4,
2631:18, 2642:11,
2651:15, 2656:21,
2656:22, 2656:23,
2657:14, 2658:8,
2661:9, 2668:16,
2669:20, 2676:14,
2676:19
**features** [13] - 2614:3,
2622:21, 2627:24,
2635:4, 2642:16,
2642:19, 2661:4,
2661:23, 2673:5,
2675:11, 2680:17,
2693:1, 2696:10
**feet** [51] - 2619:16,
2619:18, 2621:22,
2621:23, 2622:1,
2623:1, 2623:10,
2623:15, 2624:2,
2625:2, 2625:6,
2625:10, 2628:4,
2644:20, 2655:2,
2655:22, 2655:25,
2656:1, 2656:3,
2656:4, 2656:7,
2656:14, 2656:16,
2660:17, 2660:24,
2662:14, 2665:25,
2666:15, 2666:16,
2666:17, 2667:18,
2669:1, 2676:12,
2677:24, 2677:25,
2679:17, 2686:13,
2687:4, 2689:3,
2689:8, 2690:3,
2690:4, 2690:5,
2690:21, 2692:6,
2694:7, 2695:7,
2695:16, 2695:17
**Feldman** [1] - 2636:13
**fence** [1] - 2693:16
**field** [4] - 2604:23,
2650:25, 2651:1,
2651:5
**Fifth** [1] - 2642:24
**fight** [1] - 2670:17
**fighting** [1] - 2670:20
**figure** [3] - 2666:4,
2672:10, 2676:4
**Figure** [29] - 2621:16,
2624:22, 2627:5,
2628:17, 2630:2,
2630:13, 2639:13,
2643:14, 2645:15,

2646:18, 2649:11,
2650:11, 2651:11,
2654:9, 2661:11,
2665:7, 2668:2,
2670:3, 2670:6,
2672:11, 2673:14,
2677:1, 2677:3,
2679:21, 2687:24,
2691:4, 2692:19,
2695:4
**figures** [4] - 2632:3,
2634:16, 2634:19,
2691:2
**Figures** [1] - 2644:10
**fill** [19] - 2623:22,
2624:1, 2625:11,
2626:1, 2627:18,
2627:25, 2639:12,
2640:25, 2642:8,
2642:10, 2644:9,
2645:2, 2646:24,
2657:10, 2657:17,
2660:1, 2669:19,
2674:22, 2674:24
**filled** [8] - 2623:23,
2625:13, 2627:14,
2628:7, 2630:25,
2642:10, 2646:19,
2669:18
**filling** [1] - 2686:14
**fills** [1] - 2647:2
**final** [6] - 2606:19,
2609:1, 2609:3,
2641:4, 2666:13,
2685:19
**findings** [4] - 2607:13,
2609:11, 2613:20,
2630:5
**finger** [1] - 2685:2
**finish** [1] - 2683:18
**finished** [1] - 2650:17
**finite** [2] - 2649:20,
2669:2
**first** [14] - 2604:15,
2608:5, 2612:1,
2612:16, 2615:23,
2619:8, 2620:6,
2621:19, 2647:20,
2663:12, 2670:10,
2678:12, 2678:13,
2692:15
**five** [2] - 2665:7,
2666:14
**Flank** [1] - 2612:18
**flaws** [2] - 2612:12,
2614:12
**flexible** [1] - 2680:16
**flip** [1] - 2679:15
**flipped** [2] - 2679:6,
2679:24

**float** [3] - 2685:22,
2695:24, 2696:1
**floating** [2] - 2689:11,
2689:17
**floats** [1] - 2620:6
**flood** [15] - 2607:16,
2609:9, 2621:13,
2622:8, 2645:18,
2650:18, 2650:20,
2653:12, 2663:19,
2670:17, 2670:20,
2671:12, 2689:5,
2693:3, 2693:13
**Flood** [1] - 2613:5
**flood-protection** [1] -
2621:13
**flooded** [1] - 2695:18
**flooding** [1] - 2654:25
**floodwall** [62] -
2607:24, 2608:11,
2608:17, 2616:12,
2617:7, 2618:1,
2618:2, 2620:6,
2624:3, 2625:7,
2630:20, 2631:12,
2631:19, 2637:12,
2637:15, 2637:16,
2637:17, 2637:20,
2637:21, 2639:5,
2639:18, 2644:19,
2645:21, 2648:8,
2649:20, 2649:23,
2659:6, 2659:7,
2659:8, 2659:13,
2660:8, 2660:25,
2661:2, 2663:24,
2667:23, 2669:12,
2675:18, 2676:8,
2676:10, 2676:20,
2679:14, 2679:2,
2679:13, 2679:23,
2679:24, 2680:13,
2680:18, 2682:6,
2683:13, 2683:19,
2683:21, 2688:25,
2689:7, 2689:10,
2689:14, 2690:2,
2690:3, 2690:6,
2690:20, 2693:18,
2695:8
**floodwalls** [3] -
2662:23, 2663:19,
2667:15
**floodwater** [4] -
2619:11, 2654:5,
2673:8, 2693:19
**floodwaters** [2] -
2657:12
**FLOOR** [2] - 2601:7,
2601:10

**Florida** [4] - 2640:3,
2646:21, 2649:13,
2689:1
**flow** [18] - 2647:12,
2669:3, 2669:6,
2669:12, 2669:13,
2669:15, 2669:16,
2669:18, 2669:21,
2670:22, 2672:24,
2673:10, 2687:9,
2687:10, 2688:4,
2688:8, 2692:13,
2693:12
**flowed** [2] - 2619:12,
2695:18
**FLOWER** [1] - 2601:7
**flowing** [6] - 2620:2,
2651:17, 2658:10,
2669:4, 2672:6,
2674:10
**flows** [2] - 2647:12,
2693:12
**fluid** [2] - 2648:16
**focus** [3] - 2604:18,
2623:7, 2624:17
**focused** [3] - 2610:16,
2621:2, 2691:8
**fog** [1] - 2615:12
**follow** [1] - 2681:9
**following** [5] - 2609:7,
2619:11, 2668:15,
2682:15, 2692:7
**follows** [1] - 2647:11
**foot** [5] - 2666:2,
2666:20, 2666:25,
2667:1, 2676:11
**FOR** [2] - 2600:23,
2601:23
**force** [8] - 2648:13,
2648:19, 2649:1,
2649:3, 2666:1,
2666:19, 2666:20,
2677:11
**Force** [2] - 2607:9,
2622:10
**forcefully** [1] - 2619:9
**forces** [11] - 2620:24,
2620:25, 2621:1,
2650:1, 2662:10,
2663:1, 2666:8,
2668:8, 2677:16
**foregoing** [1] -
2697:15
**foreground** [2] -
2645:23, 2659:5
**forensic** [6] - 2615:20,
2615:24, 2645:4,
2649:15, 2664:24,
2665:1
**forgiving** [1] - 2636:13

form [2] - 2662:13, 2662:16
formed [5] - 2622:17, 2658:23, 2663:14, 2667:7, 2682:1
forming [3] - 2623:3, 2628:10, 2662:13
forms [2] - 2662:1, 2665:9
forth [1] - 2613:20
forward [7] - 2607:7, 2609:11, 2622:13, 2628:21, 2631:25, 2659:20, 2694:13
four [2] - 2612:20, 2612:21
frame [6] - 2640:3, 2641:23, 2688:23, 2691:23, 2692:5, 2695:23
frankly [1] - 2636:6
freedom [1] - 2652:8
frequently [2] - 2606:2, 2657:16
fresh [2] - 2623:3, 2666:25
freshwater [1] - 2645:24
friction [1] - 2645:11
friend [1] - 2652:11
Fugro [2] - 2628:23, 2632:6
full [2] - 2662:19, 2688:14
full-scale [1] - 2662:19
fully [2] - 2673:1, 2694:8
function [4] - 2621:4, 2654:5, 2688:1, 2691:10
functions [1] - 2621:8
furnished [1] - 2636:22
future [2] - 2639:24, 2641:24

## G

gaps [1] - 2665:6
garage [1] - 2648:7
gathered [1] - 2604:23
gauge [2] - 2654:4, 2654:21
general [7] - 2608:14, 2618:1, 2618:11, 2618:14, 2633:25, 2641:16, 2693:21
generally [1] -

2611:18
gentle [1] - 2637:14
gentleman [1] - 2634:4
geo [1] - 2635:2
Geoenvironmental [1] - 2612:22
geographic [2] - 2635:1, 2635:4
geological [1] - 2626:22
geologist [2] - 2622:12, 2626:17
geologists [2] - 2624:14, 2624:15
geologists/ geotechnical [1] - 2625:17
geometry [1] - 2609:25
Geotechnical [2] - 2612:22, 2613:12
geotechnical [8] - 2613:11, 2622:14, 2624:15, 2624:16, 2635:18, 2651:20, 2662:22, 2671:19
geyser [2] - 2651:5, 2651:7
GILBERT [2] - 2601:3, 2601:3
GIS [1] - 2635:2
given [2] - 2631:17, 2639:1
GOLDBERG [1] - 2602:5
GOODWIN [1] - 2602:3
Gordon [2] - 2605:7, 2626:16
GPS [7] - 2634:13, 2634:17, 2634:22, 2634:23, 2635:6
grade [2] - 2677:4, 2677:6
gradient [4] - 2672:14, 2672:15, 2672:17, 2672:22
gradients [4] - 2673:10, 2687:5, 2688:2, 2688:6
gradually [1] - 2677:7
graduate [1] - 2611:10
graft [1] - 2676:25
graph [5] - 2630:8, 2676:23, 2677:22, 2688:1, 2692:18
graphic [10] - 2623:9, 2630:6, 2630:7, 2639:3, 2650:10,

2677:1, 2677:4, 2677:6, 2687:7
grass [3] - 2661:5, 2664:15, 2664:18
gravel [1] - 2658:2
gravity [1] - 2650:1
gray [3] - 2628:6, 2676:14, 2676:17
great [5] - 2604:23, 2627:22, 2647:12, 2684:24, 2686:5
Greater [1] - 2609:10
green [4] - 2640:12, 2676:19, 2680:19, 2688:4
grips [1] - 2633:22
GROCHOW [1] - 2601:9
ground [2] - 2627:9
group [2] - 2622:7, 2626:15
Group [3] - 2628:23, 2639:20, 2641:5
groups [2] - 2609:9, 2626:11
grow [1] - 2623:4
guess [6] - 2606:18, 2616:6, 2618:19, 2620:16, 2660:12, 2673:16
guidelines [2] - 2651:23, 2667:15
Gulf [1] - 2632:6
Gustav [3] - 2688:20, 2689:3, 2689:6

## H

half [4] - 2677:20, 2690:3, 2690:6, 2690:21
hallmark [1] - 2605:24
hand [7] - 2629:8, 2634:19, 2637:4, 2637:5, 2638:18, 2645:8, 2656:15
hand-held [1] - 2634:19
Harbor [14] - 2605:18, 2605:23, 2607:19, 2608:4, 2610:8, 2612:7, 2613:21, 2616:25, 2623:24, 2653:24, 2667:7, 2681:24, 2682:2, 2682:25
head [4] - 2610:22, 2690:11, 2690:13, 2690:15

hear [2] - 2606:5, 2655:4
HEARD [1] - 2600:19
heard [8] - 2620:15, 2629:11, 2631:20, 2631:22, 2635:16, 2664:5, 2672:3, 2672:5
hearsay [8] - 2632:18, 2632:22, 2632:23, 2633:8, 2633:9, 2633:23, 2653:2, 2653:3
heart [1] - 2639:7
heat [3] - 2615:2, 2615:3, 2647:11
heavier [1] - 2666:23
heavily [1] - 2692:22
heavy [1] - 2657:17
height [3] - 2665:25, 2690:2
held [2] - 2634:19
Helmers [1] - 2610:20
help [2] - 2645:5, 2659:20
helps [3] - 2645:11, 2663:10, 2695:22
hence [4] - 2634:18, 2648:17, 2685:22, 2688:9
hereby [1] - 2697:15
HERNDON [1] - 2602:12
high [18] - 2614:14, 2614:22, 2614:23, 2651:2, 2651:3, 2652:16, 2652:20, 2669:7, 2669:10, 2669:18, 2670:17, 2670:21, 2673:11, 2674:3, 2680:2, 2687:5, 2687:10, 2691:23
higher [2] - 2623:19
highlight [1] - 2684:21
highly [1] - 2646:11
historic [2] - 2604:24, 2624:15
history [4] - 2623:23, 2626:3, 2627:21, 2649:16
hold [1] - 2673:8
holding [1] - 2649:3
hole [4] - 2626:18, 2635:7, 2635:8, 2696:9
holes [1] - 2636:25
HOLIDAY [1] - 2600:12
home [1] - 2672:4

homework [1] - 2637:8
Honor [24] - 2604:9, 2618:15, 2629:21, 2632:17, 2632:24, 2634:7, 2635:11, 2635:25, 2636:12, 2637:25, 2638:8, 2643:11, 2643:23, 2644:1, 2653:10, 2682:11, 2682:21, 2683:3, 2683:9, 2683:23, 2685:11, 2686:8, 2696:21, 2697:1
Honor's [2] - 2604:10, 2682:15
HONORABLE [1] - 2600:19
hope [2] - 2638:9, 2683:10
hoping [2] - 2682:19, 2683:23
horizontal [7] - 2623:9, 2623:10, 2623:15, 2625:1, 2654:14, 2672:13, 2677:9
horizontally [2] - 2621:22, 2662:24
horrendously [1] - 2638:6
hotel [1] - 2607:1
hour [1] - 2660:21
hours [7] - 2610:6, 2618:21, 2618:24, 2655:23, 2672:13, 2689:19, 2691:22
houses [1] - 2620:7
Houston [2] - 2632:5, 2632:6
hundred [2] - 2639:8, 2646:14
Hurricane [16] - 2612:17, 2613:1, 2613:6, 2613:15, 2624:3, 2649:14, 2649:15, 2667:13, 2667:24, 2668:15, 2688:20, 2689:3, 2689:6, 2689:8, 2690:8, 2692:7
hurricane [4] - 2607:13, 2607:17, 2612:25, 2620:3
hydraulic [36] - 2608:1, 2608:9, 2611:6, 2614:7, 2615:16, 2615:18, 2617:6, 2617:21,

2623:21, 2646:9, 2647:4, 2647:25, 2648:4, 2648:5, 2648:11, 2649:8, 2650:13, 2651:20, 2651:24, 2652:2, 2652:23, 2653:7, 2653:16, 2653:22, 2660:19, 2672:14, 2672:15, 2672:17, 2672:22, 2678:7, 2686:22, 2687:5, 2688:2, 2688:6, 2688:10, 2688:12

**hydrodynamic** [1] - 2610:1

**hydrograph** [4] - 2654:1, 2654:7, 2695:21

**hydrologic** [1] - 2647:4

**hydrostatic** [4] - 2620:25, 2661:18, 2666:1, 2676:9

**I**

**I-10** [1] - 2654:21

**I-wall** [5] - 2613:5, 2665:24, 2666:16, 2673:15, 2674:8

**identification** [2] - 2642:19, 2672:19

**identified** [6] - 2612:20, 2640:5, 2640:8, 2641:6, 2641:16, 2646:5

**identify** [1] - 2641:20

**IHNC** [2] - 2623:24, 2680:24

**II** [1] - 2606:21

**III** [6] - 2608:24, 2609:24, 2610:6, 2610:7, 2611:8, 2612:6

**ILIT** [22] - 2604:15, 2604:19, 2604:20, 2606:24, 2607:5, 2607:18, 2608:2, 2608:18, 2608:21, 2608:24, 2609:3, 2609:7, 2609:20, 2614:10, 2624:7, 2624:22, 2626:16, 2626:24, 2654:8, 2673:14, 2679:20

**Illinois** [1] - 2650:21

**illustrate** [1] - 2675:10

**illustration** [6] - 2622:11, 2623:5,

2642:17, 2655:20, 2669:1, 2675:15

**imbedded** [1] - 2689:13

**immediate** [4] - 2611:7, 2646:20, 2647:22, 2675:17

**immediately** [7] - 2650:23, 2656:21, 2660:5, 2661:3, 2663:15, 2666:8, 2673:2

**impact** [2] - 2693:15, 2695:17

**impair** [1] - 2649:2

**impaled** [1] - 2689:13

**imply** [1] - 2691:19

**important** [18] - 2606:2, 2606:11, 2607:5, 2607:15, 2611:2, 2621:6, 2621:8, 2624:13, 2640:1, 2647:8, 2647:16, 2651:18, 2661:22, 2662:21, 2664:20, 2664:24, 2678:12, 2689:21

**imposed** [2] - 2677:11, 2677:13

**impossible** [1] - 2636:7

**improved** [2] - 2612:4, 2662:25

**IN** [1] - 2600:4

**in-fill** [2] - 2627:18, 2642:8

**in-filled** [4] - 2625:13, 2627:14, 2630:25, 2669:18

**inaccurate** [1] - 2609:23

**inboard** [4] - 2670:18, 2672:22, 2673:3, 2680:6

**INC** [2] - 2600:12, 2602:11

**incipient** [1] - 2673:22

**incline** [6] - 2635:17, 2635:19, 2636:17, 2638:18, 2662:23, 2662:24

**inclined** [4] - 2636:25, 2649:23, 2661:8, 2676:19

**inclines** [3] - 2636:6, 2636:24, 2663:8

**include** [2] - 2611:5, 2675:9

**included** [13] - 2605:11, 2610:23,

2611:4, 2629:3, 2630:12, 2653:14, 2653:16, 2666:22, 2667:15, 2673:19, 2688:21, 2695:6, 2696:8

**includes** [1] - 2678:6

**including** [1] - 2675:6

**incoming** [1] - 2670:22

**incomplete** [2] - 2609:21, 2609:23

**incompressible** [1] - 2648:17

**incorporated** [1] - 2651:22

**incorrect** [1] - 2677:18

**increased** [4] - 2662:25, 2666:19, 2666:21, 2671:13

**increasing** [2] - 2672:24, 2677:23

**incrementally** [1] - 2677:7

**indeed** [6] - 2628:1, 2641:23, 2646:20, 2657:6, 2667:4, 2684:24

**independent** [5] - 2606:19, 2609:15, 2616:11, 2624:19, 2664:23

**independently** [1] - 2624:9

**indicate** [2] - 2655:23, 2669:6

**indicated** [4] - 2677:14, 2680:14, 2685:20, 2696:9

**indicates** [3] - 2656:6, 2678:23, 2692:20

**indicating** [6] - 2648:13, 2661:10, 2669:8, 2676:7, 2691:25, 2692:14

**indication** [2] - 2646:6, 2674:14

**indicative** [2] - 2676:8, 2676:16

**indicator** [1] - 2637:19

**industrial** [8] - 2627:11, 2629:2, 2631:14, 2642:21, 2645:20, 2648:14, 2660:18, 2684:16

**Industrial** [9] - 2623:25, 2625:12, 2625:24, 2640:2, 2642:14, 2645:18, 2653:24, 2672:24,

2688:25

**infer** [1] - 2675:15

**inflowing** [1] - 2657:12

**influence** [1] - 2610:13

**influenced** [1] - 2649:17

**information** [19] - 2604:24, 2606:11, 2622:12, 2622:13, 2628:12, 2629:3, 2629:5, 2632:25, 2633:12, 2634:2, 2634:4, 2634:5, 2634:25, 2635:1, 2635:3, 2641:8, 2656:6, 2662:20

**ING** [3] - 2684:14, 2695:7, 2695:11

**inhabit** [1] - 2626:1

**inhabited** [2] - 2622:22, 2625:22

**inhabited"** [1] - 2625:25

**inhabiting** [1] - 2625:14

**initial** [1] - 2676:7

**initiate** [1] - 2660:19

**initiated** [1] - 2617:5

**initiates** [1] - 2620:1

**initiation** [1] - 2692:22

**injected** [1] - 2671:16

**Inner** [14] - 2605:18, 2605:23, 2607:19, 2608:4, 2610:8, 2612:7, 2613:21, 2616:25, 2623:24, 2653:24, 2667:7, 2681:24, 2682:2, 2682:25

**inrushing** [1] - 2671:2

**inset** [5] - 2641:1, 2641:3, 2654:8, 2658:1, 2658:2

**inside** [4] - 2637:13, 2644:23, 2685:20, 2695:15

**insight** [3] - 2610:11, 2612:2, 2626:21

**insights** [2] - 2607:10, 2614:20

**insist** [1] - 2666:24

**inspecting** [1] - 2680:17

**instability** [22] - 2608:6, 2608:15, 2608:16, 2611:14, 2611:17, 2611:20, 2615:17, 2617:8,

2617:21, 2618:1, 2618:2, 2618:3, 2619:8, 2652:22, 2653:18, 2661:15, 2678:14, 2691:13, 2691:25, 2692:14, 2693:21, 2693:22

**instantaneous** [1] - 2691:22

**instantaneously** [2] - 2647:18, 2648:16

**instantly** [1] - 2660:2

**instead** [1] - 2609:16, 2662:4

**insulate** [1] - 2663:10

**intact** [1] - 2680:13

**intense** [3] - 2604:25, 2688:8, 2694:19

**intensified** [2] - 2609:5, 2609:7

**intensity** [1] - 2614:7

**intently** [1] - 2610:16

**interacting** [1] - 2694:10

**interaction** [2] - 2647:9, 2664:19

**interactions** [1] - 2616:13

**Interagency** [2] - 2607:9, 2622:10

**interdistributary** [1] - 2676:17

**interested** [2] - 2643:10, 2658:1

**interesting** [7] - 2642:5, 2642:7, 2642:11, 2657:23, 2684:17, 2684:18, 2688:24

**interface** [4] - 2607:24, 2622:17, 2622:21, 2628:3

**interior** [2] - 2656:5, 2656:7

**internal** [1] - 2645:11

**International** [2] - 2639:20, 2641:5

**interpret** [1] - 2622:12

**intersecting** [1] - 2693:3

**intersection** [6] - 2637:16, 2639:4, 2656:13, 2659:6, 2669:11, 2678:17

**introduced** [1] - 2685:9

**Introduction** [1] - 2612:18

**intrudes** [1] - 2662:25

**intruding** [1] - 2621:5

intrusion [1] - 2646:15
investigate [1] - 2614:24
investigated [2] - 2621:13, 2693:6
investigating [2] - 2609:9, 2618:21
investigation [8] - 2604:15, 2604:19, 2606:19, 2609:16, 2610:4, 2615:24, 2664:23, 2689:4
investigations [2] - 2607:11, 2612:9
investigators [2] - 2618:24, 2619:2
involved [5] - 2615:22, 2615:24, 2616:6, 2616:10, 2633:18
involvement [4] - 2616:11, 2616:12, 2616:16, 2616:21
Iowa [2] - 2650:21, 2650:22
IPET [11] - 2614:11, 2614:21, 2615:15, 2621:16, 2624:6, 2624:10, 2661:11, 2665:7, 2666:5, 2666:14, 2668:2
isolate [2] - 2618:10, 2618:13
issue [3] - 2607:5, 2635:10, 2657:16
issued [2] - 2604:20, 2606:24
issues [1] - 2635:6
itself [1] - 2647:14
Ivan [2] - 2649:14, 2650:3

**J**

jacks [1] - 2636:20
January [1] - 2609:14
Jean [1] - 2628:1
Jefferson [1] - 2611:2
jerk [1] - 2694:11
JERRY [1] - 2600:15
JEWELERS [1] - 2600:12
Joaquin [2] - 2670:12, 2670:16
job [1] - 2649:3
JOHN [2] - 2600:15, 2602:3
joint [1] - 2678:17
joints [4] - 2667:22, 2668:19, 2674:8,

2674:9
Joseph [1] - 2616:3
JOSEPHINE [1] - 2600:11
Jourdan [3] - 2625:13, 2627:14, 2687:10
Journal [3] - 2612:21, 2613:10, 2613:12
journal [1] - 2612:24
joy [3] - 2684:24, 2684:25, 2686:6
JR [1] - 2600:19
JUDGE [1] - 2600:20
judge [3] - 2619:16, 2644:13, 2656:5
Judge [3] - 2633:7, 2636:13, 2637:8
Judge's [1] - 2639:7
JULY [2] - 2600:8, 2604:2
July [3] - 2606:25, 2609:20
juxtapositioned [1] - 2645:19

**K**

kaolinite [1] - 2665:20
KAOLINITE [1] - 2665:21
KARL [1] - 2601:13
KATRINA [1] - 2600:4
Katrina [16] - 2609:4, 2612:17, 2613:1, 2613:6, 2613:15, 2638:16, 2649:15, 2652:12, 2667:13, 2667:24, 2668:15, 2670:15, 2680:24, 2689:8, 2690:8, 2692:7
KEELEY [1] - 2602:11
keep [1] - 2696:15
keeping [1] - 2651:16
key [4] - 2605:9, 2617:24, 2621:4, 2658:15
Khorrami [6] - 2629:20, 2630:15, 2632:16, 2635:22, 2652:25, 2682:10
KHORRAMI [14] - 2601:6, 2601:6, 2629:21, 2630:4, 2630:14, 2632:17, 2632:21, 2635:25, 2636:2, 2636:12, 2653:1, 2653:10, 2682:11, 2683:3

kind [10] - 2633:9, 2633:12, 2643:7, 2645:4, 2664:18, 2680:25, 2681:14, 2682:19, 2687:12, 2689:17
kinds [5] - 2604:21, 2605:17, 2625:5, 2646:10, 2647:2
kinks [1] - 2668:5
KIRSTEN [1] - 2602:5
knowing [1] - 2672:4
knowledge [1] - 2634:1
known [2] - 2647:15
KOEPPEL [1] - 2600:23

**L**

LA [6] - 2600:25, 2601:4, 2601:14, 2601:17, 2601:25, 2602:9
laboratory [1] - 2662:18
ladder [1] - 2674:7
LAFARGE [1] - 2602:11
Lafarge [2] - 2616:7, 2616:10
Lafitte [1] - 2628:1
laid [1] - 2628:2
Lakefront [1] - 2663:12
lakefront [2] - 2610:20, 2646:1
land [3] - 2626:4, 2682:7
large [4] - 2619:7, 2669:13, 2680:4, 2689:23
larger [2] - 2648:18, 2666:8
last [3] - 2608:25, 2620:2, 2646:14
late [2] - 2605:5, 2632:20
lateral [26] - 2607:25, 2608:6, 2608:12, 2608:15, 2611:14, 2611:17, 2611:20, 2617:8, 2617:20, 2618:1, 2618:2, 2619:8, 2621:3, 2650:2, 2652:21, 2663:1, 2666:1, 2666:8, 2666:20, 2676:5, 2678:13,

2691:13, 2691:25, 2692:14, 2693:20
latitude [6] - 2632:2, 2632:7, 2632:10, 2632:11, 2632:13
LAURENCE [1] - 2600:24
lava [1] - 2671:15
LAW [3] - 2601:3, 2601:16, 2601:19
LAWRENCE [2] - 2601:9, 2601:12
lawsuit [1] - 2615:24
lawyer [1] - 2616:1
layer [14] - 2611:6, 2622:24, 2623:19, 2623:22, 2624:1, 2631:16, 2649:22, 2665:17, 2665:18, 2669:16, 2674:3, 2688:5
layering [1] - 2606:11, 2625:5
layers [6] - 2623:3, 2623:5, 2623:8, 2647:7, 2653:19, 2660:20
lead [2] - 2620:10, 2657:18
leading [1] - 2670:23
leads [3] - 2642:13, 2662:20, 2689:24
learned [3] - 2607:8, 2614:6, 2691:21
learning [1] - 2609:17
least [4] - 2606:10, 2640:8, 2664:1, 2664:2
leave [7] - 2624:4, 2626:10, 2638:14, 2659:22, 2663:22, 2681:7, 2683:2
leaves [1] - 2623:20
leaving [1] - 2680:24
led [2] - 2618:8, 2663:18
left [22] - 2612:17, 2624:9, 2629:8, 2629:19, 2631:14, 2637:5, 2641:2, 2642:18, 2644:18, 2648:11, 2649:12, 2650:23, 2656:12, 2656:21, 2661:5, 2664:3, 2664:8, 2664:9, 2669:10, 2669:20, 2676:14, 2695:13
left-hand [2] - 2629:8, 2637:5

legal [1] - 2615:21
legend [1] - 2625:3
legislature [2] - 2607:3, 2607:4
length [2] - 2622:3, 2684:6
less [3] - 2674:25, 2687:18, 2691:12
Levee [1] - 2613:15
levee [56] - 2606:19, 2607:24, 2609:15, 2617:5, 2617:7, 2618:2, 2621:5, 2623:25, 2625:11, 2627:12, 2636:20, 2637:10, 2648:9, 2648:20, 2648:21, 2648:22, 2648:23, 2649:20, 2650:7, 2651:15, 2652:20, 2652:22, 2662:5, 2664:15, 2664:23, 2666:18, 2669:7, 2669:11, 2670:18, 2671:15, 2671:19, 2671:20, 2671:23, 2672:5, 2672:24, 2673:7, 2673:11, 2674:10, 2674:11, 2674:12, 2674:13, 2675:22, 2676:18, 2678:14, 2682:1, 2682:7, 2682:24, 2684:15, 2687:6, 2687:9, 2692:14, 2693:15
levees [3] - 2647:15, 2651:23, 2693:7
level [32] - 2611:25, 2619:15, 2619:17, 2622:17, 2622:18, 2622:19, 2622:20, 2622:25, 2623:2, 2636:20, 2638:21, 2643:2, 2643:8, 2648:14, 2654:20, 2654:24, 2655:12, 2656:4, 2656:5, 2665:24, 2666:6, 2670:21, 2676:11, 2677:8, 2677:23, 2677:24, 2677:25, 2681:25, 2685:20, 2695:22, 2695:23
leveling [1] - 2636:24
levels [3] - 2610:24, 2654:2, 2655:18
librarians [1] - 2624:16
lies [1] - 2615:13

**lift** [3] - 2648:6, 2648:7, 2651:6
**light** [6] - 2640:8, 2645:6, 2665:13, 2669:6, 2676:14, 2676:15
**lighten** [2] - 2657:17, 2657:19
**lighter** [1] - 2665:20
**lightweight** [1] - 2657:20
**likelihood** [1] - 2691:24
**likely** [1] - 2692:22
**limits** [1] - 2636:10
**line** [11] - 2623:9, 2623:10, 2623:15, 2627:10, 2641:24, 2661:25, 2672:20, 2676:7, 2677:15, 2696:5, 2696:21
**linear** [1] - 2619:13
**lines** [5] - 2622:5, 2625:15, 2627:16, 2642:9, 2657:22
**listed** [2] - 2612:20, 2613:16
**litigation** [3] - 2611:9, 2616:5, 2653:13
**LITIGATION** [1] - 2600:5
**LNA** [1] - 2651:25
**loaded** [2] - 2662:24, 2692:22
**local** [2] - 2608:15, 2668:9
**locate** [1] - 2639:9
**located** [8] - 2623:10, 2626:15, 2628:22, 2629:3, 2650:22, 2672:4, 2692:11
**location** [37] - 2620:8, 2621:11, 2621:25, 2622:1, 2625:7, 2627:10, 2628:23, 2631:23, 2631:24, 2632:1, 2632:8, 2632:9, 2633:20, 2634:25, 2635:3, 2637:13, 2637:17, 2639:1, 2639:18, 2639:21, 2639:24, 2656:4, 2657:11, 2659:12, 2659:13, 2659:24, 2671:1, 2673:25, 2674:15, 2676:6, 2681:21, 2685:2, 2688:9, 2689:18, 2695:12, 2695:17, 2696:19

**locations** [7] - 2608:8, 2610:12, 2610:13, 2612:3, 2622:5, 2640:4, 2687:21
**lock** [1] - 2684:9
**locked** [1] - 2642:3
**lockmaster** [3] - 2654:2, 2654:4, 2684:9
**locks** [2] - 2625:24, 2642:3
**log** [1] - 2630:12
**logged** [1] - 2610:6
**logger** [1] - 2626:17
**logs** [2] - 2640:7, 2646:2
**London** [15] - 2605:10, 2610:18, 2673:15, 2673:19, 2673:20, 2673:21, 2673:22, 2674:1, 2674:2, 2674:18, 2675:2, 2675:6, 2675:8, 2675:10
**longitude** [6] - 2632:2, 2632:7, 2632:10, 2632:11, 2632:13
**look** [9] - 2622:15, 2633:4, 2635:15, 2640:24, 2643:18, 2646:17, 2650:9, 2653:1, 2679:9
**looked** [6] - 2611:15, 2634:22, 2639:2, 2658:21, 2681:19, 2695:25
**looking** [18] - 2621:15, 2622:2, 2624:21, 2639:12, 2643:13, 2644:9, 2649:13, 2650:9, 2651:9, 2653:5, 2654:7, 2664:13, 2668:3, 2673:13, 2680:12, 2684:10, 2691:2, 2695:4
**looks** [3] - 2660:7, 2689:12, 2690:9
**loose** [1] - 2679:25
**LOS** [1] - 2601:7
**lost** [1] - 2673:8
**Louis** [1] - 2651:19
**Louisiana** [4] - 2605:6, 2607:3, 2697:13, 2697:14
**LOUISIANA** [3] - 2600:2, 2600:7, 2602:16
**low** [5] - 2622:16, 2680:4, 2692:8,

2692:13
**low-standing** [1] - 2622:16
**lower** [10] - 2620:5, 2622:18, 2644:24, 2663:4, 2669:15, 2677:21, 2681:25, 2690:21, 2690:22, 2693:23
**Lower** [30] - 2605:10, 2610:12, 2610:14, 2613:6, 2614:5, 2614:23, 2616:14, 2619:9, 2619:12, 2620:2, 2622:3, 2622:9, 2623:6, 2623:17, 2625:21, 2625:25, 2626:2, 2635:20, 2644:18, 2645:21, 2649:21, 2667:11, 2674:2, 2675:13, 2675:16, 2679:12, 2684:20, 2685:21, 2695:19, 2695:25
**lunch** [1] - 2643:25
**luncheon** [1] - 2697:3
**lunchtime** [1] - 2683:25

# M

**M-E-Y-E-R** [1] - 2641:18
**machine** [1] - 2665:4
**machinery** [1] - 2665:4
**machines** [2] - 2664:14, 2664:16
**maintenance** [1] - 2664:15
**major** [2] - 2621:13, 2681:5
**Management** [1] - 2628:23
**manner** [1] - 2679:7
**marathon** [1] - 2681:14
**March** [4] - 2615:25, 2616:8, 2616:18, 2616:21
**march** [2] - 2683:24, 2684:7
**Marine** [5] - 2641:16, 2641:18, 2644:14, 2646:21
**mariner** [1] - 2634:18
**Marino** [12] - 2606:4, 2606:13, 2628:21,

2629:3, 2631:20, 2631:22, 2631:25, 2638:24, 2658:19, 2658:20, 2681:22, 2695:5
**Marino's** [2] - 2658:19, 2696:23
**mark** [4] - 2637:19, 2637:22, 2638:10, 2659:12
**MARK** [1] - 2602:4
**marked** [2] - 2659:15, 2679:17
**markers** [2] - 2665:13, 2665:22
**marks** [3] - 2661:23, 2661:25, 2664:3
**marrying** [1] - 2691:2
**marsh** [22] - 2611:6, 2623:3, 2623:4, 2623:5, 2623:8, 2623:19, 2623:22, 2628:1, 2631:16, 2646:6, 2646:16, 2647:7, 2649:22, 2653:19, 2660:20, 2665:17, 2665:18, 2669:16, 2669:17, 2674:3, 2676:16
**marshy** [1] - 2626:5
**material** [22] - 2625:11, 2628:8, 2631:15, 2640:9, 2640:10, 2640:25, 2641:22, 2642:10, 2645:7, 2645:8, 2645:10, 2652:18, 2658:4, 2664:18, 2669:11, 2669:19, 2673:8, 2674:24, 2676:16, 2676:17, 2676:18
**Materials** [1] - 2628:23
**materials** [19] - 2606:11, 2606:12, 2629:15, 2629:16, 2636:23, 2637:2, 2644:20, 2644:22, 2645:17, 2646:10, 2647:1, 2647:5, 2647:17, 2652:17, 2658:22, 2664:12, 2665:18, 2665:20, 2669:17
**matter** [5] - 2616:7, 2616:10, 2631:11, 2638:6, 2697:18
**matters** [2] - 2615:21, 2616:5
**McCALL** [1] - 2601:23

**mean** [9] - 2618:13, 2627:8, 2634:12, 2655:3, 2655:5, 2655:10, 2656:4, 2671:24
**meaning** [2] - 2669:22, 2691:19
**means** [5] - 2648:5, 2652:10, 2655:5, 2689:22, 2690:16
**measure** [3] - 2654:2, 2655:6, 2655:8
**measured** [1] - 2621:23
**MECHANICAL** [1] - 2602:17
**mechanics** [1] - 2611:21
**median** [1] - 2655:8
**meeting** [1] - 2636:6
**member** [1] - 2605:7
**memory** [1] - 2683:8
**mentioned** [2] - 2641:25, 2663:22
**Merit** [1] - 2697:12
**met** [1] - 2607:2
**METAIRIE** [1] - 2601:17
**metals** [1] - 2647:11
**metropolitan** [1] - 2654:25
**Meyer** [2] - 2641:18, 2644:14
**middle** [1] - 2645:14
**midnight** [2] - 2660:14, 2686:12
**might** [6] - 2604:17, 2633:23, 2643:1, 2671:2, 2681:10, 2682:8
**mind** [3] - 2633:5, 2634:6, 2643:7
**minus** [4] - 2623:10, 2623:15, 2625:9, 2628:4
**minute** [4] - 2642:22, 2652:24, 2680:21
**minutes** [2] - 2643:22, 2683:25
**Mirabeau** [1] - 2673:23
**missed** [1] - 2638:10
**Mississippi** [6] - 2622:22, 2642:3, 2647:15, 2650:23, 2651:2, 2651:16
**Missouri** [1] - 2650:20
**mistake** [2] - 2606:16, 2661:20
**ML** [1] - 2629:14

**mobilized** [3] - 2639:19, 2651:19, 2668:14

**mode** [8] - 2607:25, 2608:5, 2608:10, 2608:12, 2617:23, 2617:24, 2655:7, 2676:5

**model** [11] - 2610:25, 2638:23, 2638:25, 2649:20, 2665:6, 2665:7, 2665:24, 2666:17, 2676:4, 2677:23

**model"** [1] - 2665:11

**modeling** [2] - 2662:19, 2665:21

**models** [8] - 2610:19, 2611:3, 2612:3, 2612:5, 2614:1, 2650:5, 2661:17, 2661:21

**modes** [5] - 2604:25, 2607:23, 2608:14, 2611:23, 2612:10

**moment** [1] - 2685:1

**monitor** [1] - 2605:21

**monitoring** [1] - 2607:17

**monolith** [1] - 2625:9

**moored** [1] - 2642:1

**morning** [21] - 2604:9, 2607:22, 2645:1, 2645:24, 2655:25, 2660:21, 2660:22, 2660:23, 2667:17, 2668:12, 2668:21, 2687:1, 2687:2, 2687:25, 2688:17, 2689:19, 2691:7, 2691:14, 2691:18, 2694:7, 2695:10

**MORNING** [1] - 2600:18

**Mosher** [1] - 2682:23

**Mosher's** [2] - 2682:23, 2683:1

**most** [3] - 2634:6, 2652:18, 2692:22

**motions** [2] - 2665:15, 2667:21

**mountain** [1] - 2619:1

**move** [14] - 2608:24, 2629:12, 2638:10, 2638:11, 2639:10, 2641:11, 2645:25, 2653:22, 2660:21, 2660:22, 2668:20, 2672:10, 2685:11, 2685:12

**moved** [5] - 2609:13, 2631:23, 2631:24, 2674:12, 2679:6

**movements** [2] - 2668:10

**moving** [2] - 2640:2, 2647:21

**mowing** [5] - 2664:14, 2664:16, 2664:19, 2665:4

**MR** [79] - 2603:6, 2604:9, 2604:13, 2618:12, 2618:15, 2618:18, 2626:9, 2629:21, 2630:1, 2630:4, 2630:12, 2630:14, 2630:18, 2631:5, 2631:10, 2632:17, 2632:21, 2632:24, 2633:7, 2633:14, 2634:7, 2634:10, 2634:14, 2634:21, 2635:9, 2635:11, 2635:14, 2635:25, 2636:2, 2636:12, 2636:16, 2637:24, 2638:2, 2638:8, 2638:13, 2640:23, 2643:6, 2643:11, 2643:17, 2643:23, 2644:1, 2644:7, 2653:1, 2653:10, 2653:21, 2659:15, 2659:19, 2660:11, 2660:10, 2661:13, 2663:21, 2670:1, 2670:5, 2671:8, 2672:9, 2675:5, 2681:9, 2681:12, 2681:17, 2682:11, 2682:15, 2682:21, 2683:3, 2683:5, 2683:9, 2683:12, 2683:23, 2684:3, 2685:6, 2685:11, 2685:15, 2686:8, 2686:10, 2690:13, 2690:17, 2690:19, 2695:2, 2696:20, 2697:1

**MRGO** [2] - 2616:5, 2653:14

**multiple** [1] - 2634:9

**multiply** [1] - 2662:10

**MUMFORD** [1] - 2600:10

**must** [1] - 2683:8

# N

**N.W** [1] - 2601:20

**name** [1] - 2616:1

**namely** [1] - 2613:25

**narrative** [1] - 2660:13

**natural** [1] - 2645:9

**Nature** [1] - 2611:22

**nature** [2] - 2614:2, 2658:22

**NAVD88** [5] - 2619:16, 2621:21, 2623:11, 2623:12, 2654:17

**Navigation** [14] - 2605:18, 2605:23, 2607:19, 2608:4, 2610:8, 2612:7, 2613:21, 2616:25, 2623:24, 2653:24, 2667:7, 2681:24, 2682:3, 2682:25

**navigation** [3] - 2640:6, 2657:7, 2657:8

**near** [7] - 2630:20, 2631:11, 2641:12, 2669:25, 2684:21, 2687:10, 2694:18

**nearby** [1] - 2694:18

**nearing** [1] - 2694:7

**necessarily** [1] - 2625:20

**need** [2] - 2611:23, 2644:13

**needing** [1] - 2643:8

**needs** [2] - 2677:10, 2681:13

**neighborhood** [1] - 2691:6

**Netherlands** [2] - 2652:5, 2652:11

**new** [5] - 2630:9, 2637:16, 2637:20, 2639:5, 2651:23

**NEW** [9] - 2600:7, 2600:25, 2601:4, 2601:10, 2601:14, 2601:25, 2602:6, 2602:9, 2602:16

**New** [14] - 2607:2, 2609:10, 2612:17, 2612:25, 2613:6, 2613:14, 2626:13, 2650:19, 2652:12, 2653:13, 2663:7, 2663:12, 2693:5

**newer** [1] - 2678:18

**next** [53] - 2606:17, 2607:13, 2612:15,

2617:1, 2624:20, 2627:3, 2628:15, 2628:16, 2631:21, 2632:12, 2635:15, 2636:21, 2637:1, 2637:2, 2638:22, 2641:11, 2643:18, 2645:13, 2648:1, 2649:6, 2651:9, 2653:25, 2655:15, 2656:11, 2656:24, 2658:17, 2661:14, 2664:10, 2665:8, 2666:3, 2666:9, 2670:6, 2673:12, 2675:24, 2678:8, 2678:16, 2679:9, 2679:19, 2680:7, 2683:24, 2684:4, 2686:17, 2686:25, 2687:22, 2687:23, 2691:1, 2692:1, 2693:8, 2694:4, 2695:3, 2695:20

**Nicholson** [1] - 2636:22

**nine** [5] - 2669:1, 2676:1, 2676:11, 2677:24, 2678:9

**Ninth** [30] - 2605:10, 2610:12, 2610:14, 2613:6, 2614:5, 2614:23, 2616:14, 2619:9, 2619:12, 2620:2, 2622:3, 2622:9, 2623:6, 2623:17, 2625:21, 2625:25, 2626:2, 2635:20, 2644:18, 2645:21, 2649:21, 2667:11, 2674:2, 2675:13, 2675:16, 2679:12, 2684:20, 2685:21, 2695:19, 2695:25

**NO** [3] - 2600:6, 2600:10, 2600:14

**NOLET** [1] - 2601:9

**nonbreach** [1] - 2611:1

**noninvolvement** [1] - 2616:16

**NONJURY** [1] - 2600:19

**normally** [5] - 2633:1, 2633:3, 2633:10, 2633:18, 2651:6

**north** [61] - 2607:20, 2607:21, 2608:23, 2616:24, 2617:4,

2617:10, 2617:11, 2617:12, 2617:15, 2618:13, 2619:7, 2622:2, 2622:4, 2627:10, 2628:13, 2628:20, 2634:24, 2639:24, 2641:15, 2642:5, 2642:13, 2655:24, 2656:12, 2656:24, 2656:25, 2657:3, 2658:14, 2658:23, 2660:5, 2660:6, 2667:6, 2667:10, 2667:25, 2668:21, 2669:24, 2669:25, 2670:14, 2671:1, 2672:5, 2672:23, 2673:3, 2673:23, 2674:20, 2675:7, 2675:10, 2675:12, 2675:20, 2676:3, 2676:6, 2679:3, 2679:4, 2679:13, 2680:8, 2680:11, 2683:14, 2684:12, 2686:23, 2687:13, 2694:17, 2696:10

**NORTH** [1] - 2602:11

**north-south** [1] - 2642:13

**northerly** [1] - 2620:3

**northern** [2] - 2691:11, 2692:12

**northwesterly** [1] - 2620:4

**note** [5] - 2634:3, 2642:23, 2643:12, 2657:1, 2696:8

**noted** [4] - 2651:15, 2667:14, 2682:14, 2692:6

**noteworthy** [1] - 2644:23

**nothing** [1] - 2636:3

**November** [4] - 2604:16, 2604:20, 2605:5

**Number** [4] - 2637:14, 2639:25, 2657:22, 2680:12

**number** [4] - 2626:23, 2628:11, 2641:6, 2642:19

**numbered** [1] - 2697:17

**numbers** [2] - 2641:7, 2664:12

**numerical** [1] - 2678:22

**NY** [1] - 2601:10

# O

**o'clock** [30] - 2660:21, 2660:22, 2660:23, 2667:17, 2668:19, 2668:21, 2668:23, 2675:25, 2686:12, 2686:18, 2687:1, 2687:2, 2687:25, 2688:17, 2688:18, 2691:6, 2691:14, 2691:17, 2691:18, 2691:19, 2692:2, 2692:5, 2693:10, 2694:7, 2695:6, 2695:9, 2695:22
**oak** [4] - 2614:3, 2640:1, 2657:24, 2680:1
**object** [3] - 2629:21, 2635:23, 2682:11
**objection** [4] - 2630:14, 2632:19, 2635:24, 2635:25
**observation** [2] - 2653:7, 2663:18
**observational** [1] - 2678:22
**observations** [2] - 2658:15, 2659:4
**observe** [1] - 2694:16
**observed** [4] - 2662:17, 2662:18, 2675:7, 2679:7
**observers** [1] - 2626:19
**obtained** [2] - 2635:2, 2665:18
**obviously** [4] - 2642:14, 2652:21, 2663:14, 2666:10
**occasion** [1] - 2614:10
**occupied** [1] - 2627:11
**occurred** [1] - 2667:13
**occurring** [4] - 2655:19, 2655:24, 2688:23, 2696:18
**Ocean** [1] - 2632:4
**oceanographic** [1] - 2610:1
**OF** [6] - 2600:2, 2600:11, 2600:14, 2600:19, 2601:3, 2601:19
**office** [1] - 2611:11

**OFFICE** [1] - 2601:19
**OFFICES** [1] - 2601:3
**OFFICIAL** [1] - 2602:15
**Official** [2] - 2697:13, 2697:23
**old** [4] - 2637:16, 2637:20, 2639:5, 2678:17
**omitted** [1] - 2613:24
**once** [1] - 2612:2
**one** [61] - 2605:16, 2609:16, 2611:11, 2612:16, 2613:4, 2615:14, 2620:16, 2621:11, 2621:12, 2621:21, 2624:6, 2624:7, 2624:11, 2626:18, 2626:19, 2627:20, 2630:2, 2631:6, 2634:19, 2635:5, 2638:10, 2640:14, 2642:22, 2643:12, 2646:17, 2647:9, 2647:17, 2647:20, 2647:21, 2651:24, 2652:5, 2652:9, 2652:14, 2652:15, 2658:6, 2659:11, 2663:9, 2664:1, 2669:20, 2673:5, 2673:10, 2674:8, 2676:15, 2677:14, 2677:17, 2677:19, 2678:4, 2679:15, 2681:4, 2682:9, 2688:4, 2691:12, 2694:5, 2694:6, 2694:9, 2694:15, 2696:10, 2696:12, 2696:18
**ones** [1] - 2614:19
**ONLY** [2] - 2600:12, 2600:15
**open** [8] - 2623:20, 2659:3, 2661:2, 2662:24, 2663:9, 2668:10, 2668:19, 2673:1
**opened** [7] - 2649:24, 2666:7, 2667:22, 2671:18, 2680:15, 2682:18, 2694:8
**opening** [1] - 2679:25
**operations** [1] - 2644:18
**opined** [2] - 2690:22, 2695:15
**opinion** [13] - 2616:24, 2617:3,

2617:11, 2617:14, 2617:16, 2617:19, 2632:18, 2655:19, 2660:4, 2662:8, 2682:12, 2685:16, 2686:3
**opinions** [3] - 2647:3, 2656:10, 2667:6
**opportunity** [2] - 2663:4, 2682:13
**orangish** [1] - 2676:17
**order** [2] - 2620:15, 2663:4
**ORDER** [1] - 2604:4
**ordinarily** [1] - 2633:18
**organic** [1] - 2674:24
**organizations** [1] - 2626:21
**original** [2] - 2661:16, 2679:23
**Orleans** [15] - 2607:2, 2609:10, 2612:17, 2612:25, 2613:6, 2613:14, 2626:13, 2650:19, 2652:12, 2653:13, 2654:25, 2663:7, 2663:12, 2693:5
**ORLEANS** [7] - 2600:7, 2600:25, 2601:4, 2601:14, 2601:25, 2602:9, 2602:16
**otherwise** [2] - 2671:3, 2688:14
**outboard** [1] - 2680:6
**outflow** [2] - 2684:18, 2684:19
**outline** [3] - 2625:13, 2684:14, 2684:22
**outlined** [4] - 2639:23, 2674:1, 2679:22, 2692:10
**outlines** [1] - 2640:7
**outlining** [1] - 2639:17
**outreach** [1] - 2605:2
**outside** [4] - 2630:5, 2634:24, 2656:2, 2670:19
**overburden** [1] - 2688:14
**overburdened** [2] - 2673:6, 2673:7
**overlying** [1] - 2669:17
**overpass** [4] - 2639:16, 2644:25, 2654:22, 2680:2
**overtopped** [1] -

2663:13
**overtopping** [12] - 2618:3, 2663:10, 2676:13, 2688:19, 2688:23, 2690:10, 2692:10, 2693:9, 2693:20, 2694:2, 2694:16, 2694:18
**overturned** [1] - 2614:3
**Overview** [1] - 2612:18
**overview** [1] - 2684:5
**own** [3] - 2624:5, 2653:7, 2681:6

# P

**P.E............................** - 2603:5
**p.m** [1] - 2607:3
**pad** [2] - 2663:9, 2693:14
**pads** [2] - 2663:8, 2663:18
**page** [4] - 2630:12, 2630:13, 2636:10, 2682:22
**PAGE** [1] - 2603:3
**pages** [1] - 2606:22
**paid** [1] - 2620:8
**painfully** [1] - 2619:10
**paper** [1] - 2613:23
**papers** [2] - 2612:20, 2612:21
**parameters** [1] - 2609:25
**pardon** [2] - 2639:4, 2639:22
**Parish** [2] - 2611:2, 2681:22
**part** [17] - 2611:2, 2614:10, 2629:22, 2636:23, 2638:24, 2640:16, 2644:17, 2649:15, 2650:15, 2653:13, 2657:17, 2664:12, 2664:15, 2664:24, 2682:12, 2689:3, 2693:1
**partially** [1] - 2657:25
**participate** [1] - 2605:21
**participated** [1] - 2635:18
**particular** [5] - 2607:8, 2627:23, 2634:2, 2636:4, 2642:25
**particularly** [5] -

2663:13
**overtopping** [12] - 2618:3, 2663:10, 2676:13, 2688:19, 2688:23, 2690:10, 2692:10, 2693:9, 2693:20, 2694:2, 2694:16, 2694:18
2643:5, 2643:10, 2651:18, 2688:24, 2689:11
**parts** [3] - 2640:12, 2652:17, 2652:18
**pass** [1] - 2680:2
**passed** [1] - 2661:5
**passes** [1] - 2637:10
**passing** [2] - 2620:7, 2643:6
**past** [1] - 2622:23
**patched** [1] - 2607:16
**patching** [1] - 2607:17
**PATRICK** [1] - 2601:15
**Paul** [1] - 2610:20
**pay** [1] - 2683:9
**peak** [4] - 2655:1, 2656:2, 2684:18, 2689:2
**peaty** [2] - 2652:17, 2652:18
**peer** [2] - 2612:24, 2613:19
**peer-reviewed** [2] - 2612:24, 2613:19
**penetrate** [1] - 2625:9
**penetrated** [1] - 2627:19
**penetrating** [1] - 2663:11
**penetration** [2] - 2621:12, 2692:8
**penetrometer** [3] - 2605:14, 2606:5, 2606:9
**people** [5] - 2609:15, 2614:12, 2634:16, 2643:2, 2696:15
**PEPPER** [1] - 2602:15
**Pepper** [3] - 2697:11, 2697:21, 2697:22
**per** [5] - 2646:13, 2666:1, 2666:20, 2666:25, 2667:1
**perceived** [1] - 2614:12
**percent** [3] - 2646:14, 2677:19, 2691:24
**perfect** [1] - 2689:9
**perforated** [2] - 2660:2, 2674:22
**perform** [3] - 2638:19, 2638:20, 2677:7
**Performance** [2] - 2607:9, 2622:10
**performance** [6] - 2608:5, 2608:13, 2610:18, 2624:18, 2675:15, 2689:5

performed [18] - 2604:24, 2605:8, 2605:17, 2605:25, 2622:6, 2624:24, 2625:16, 2625:19, 2626:13, 2626:16, 2626:20, 2626:24, 2627:24, 2628:23, 2628:25, 2641:21, 2645:22, 2666:24

perhaps [3] - 2642:2, 2659:1, 2661:3

period [2] - 2625:15, 2625:22

periodic [1] - 2693:12

permeabilities [3] - 2614:22, 2615:5, 2615:6

permeability [9] - 2609:25, 2614:13, 2614:25, 2615:1, 2669:18, 2674:4, 2674:18, 2674:19, 2687:19

permeable [5] - 2659:25, 2674:21, 2675:1, 2675:18, 2687:18

permission [2] - 2604:10, 2637:5

permitted [1] - 2632:25

person [3] - 2633:17, 2634:5, 2680:23

personally [2] - 2605:21, 2681:5

pertain [1] - 2652:7

PERTAINS [1] - 2600:9

PETER [1] - 2602:11

Peter [2] - 2636:21, 2636:22

PH.D [1] - 2603:5

Phase [6] - 2608:24, 2610:5, 2610:6, 2610:7, 2611:8, 2612:6

phase [6] - 2604:15, 2604:18, 2604:22, 2605:4, 2612:12, 2614:9

phenomena [1] - 2649:8

phenomenon [8] - 2650:7, 2650:13, 2651:24, 2652:2, 2667:11, 2667:14, 2690:23

phone [3] - 2633:3, 2633:17, 2653:3

Photo [2] - 2658:20

photo [11] - 2639:1, 2650:3, 2650:6, 2650:9, 2650:12, 2650:15, 2651:9, 2681:22, 2684:23, 2688:22, 2695:5

photograph [37] - 2637:13, 2638:1, 2638:2, 2639:8, 2639:15, 2639:23, 2640:1, 2640:12, 2641:4, 2641:24, 2645:8, 2645:14, 2645:19, 2649:12, 2649:14, 2650:24, 2651:3, 2652:4, 2653:6, 2653:11, 2656:12, 2656:15, 2656:20, 2657:21, 2659:16, 2659:2, 2667:23, 2670:16, 2675:13, 2679:22, 2679:24, 2681:18, 2684:10, 2688:24, 2692:7

photograph's [1] - 2690:4

photographic [1] - 2645:4

photographically [1] - 2675:12

photographs [10] - 2638:14, 2639:8, 2641:8, 2644:17, 2645:5, 2658:9, 2658:18, 2661:4, 2664:14, 2671:21

photos [4] - 2639:11, 2644:11, 2658:21, 2658:25

physically [2] - 2637:22, 2671:25

picture [30] - 2609:21, 2609:23, 2619:4, 2619:6, 2619:24, 2620:12, 2626:22, 2627:7, 2637:9, 2638:18, 2646:17, 2646:19, 2650:22, 2651:10, 2651:12, 2651:13, 2651:24, 2652:1, 2653:6, 2653:8, 2654:1, 2656:17, 2670:13, 2674:6, 2688:20, 2689:2, 2689:9, 2689:15

pictured [1] - 2670:11

pictures [3] - 2640:24,

2643:19, 2686:18

piece [1] - 2634:2

pile [5] - 2665:23, 2666:17, 2679:6, 2681:1, 2683:13

piled [1] - 2670:19

piles [2] - 2680:13, 2682:9

piling [7] - 2659:5, 2660:8, 2661:4, 2680:15, 2692:8, 2692:9

pipe [7] - 2671:19, 2671:20, 2671:22, 2671:23, 2671:25, 2674:10, 2674:11

pipeline [1] - 2692:24

pipelines [4] - 2642:9, 2692:11, 2693:3, 2696:17

piping [5] - 2647:14, 2647:20, 2674:14, 2675:8, 2688:10

piping" [1] - 2647:13

pit [1] - 2640:19

pitfall [1] - 2661:21

place [8] - 2610:24, 2637:19, 2659:12, 2675:21, 2685:2, 2687:9, 2689:10

placed [6] - 2636:4, 2639:12, 2646:25, 2657:11, 2665:12, 2665:13

Plaintiff's [2] - 2658:19, 2658:20

PLAINTIFFS [3] - 2600:11, 2600:14, 2600:23

plaintiffs' [1] - 2664:1

Plaquemines [1] - 2681:22

plausible [1] - 2615:5

played [1] - 2608:22

Pleistocene [3] - 2622:17, 2622:21, 2628:3

plenty [1] - 2629:11

plus [26] - 2619:15, 2619:18, 2660:17, 2662:14, 2667:18, 2668:25, 2675:25, 2676:1, 2676:11, 2678:9, 2678:10, 2679:10, 2679:11, 2679:17, 2686:13, 2687:4, 2687:25, 2691:12, 2692:2, 2692:6, 2693:12, 2695:7

pocket [3] - 2637:9, 2637:13, 2639:22

point [39] - 2609:14, 2612:13, 2613:25, 2616:6, 2619:4, 2619:9, 2619:14, 2621:23, 2623:2, 2623:4, 2624:13, 2627:23, 2634:11, 2640:2, 2643:1, 2644:2, 2647:17, 2647:18, 2654:17, 2654:22, 2656:19, 2658:12, 2664:2, 2665:25, 2666:6, 2666:10, 2666:15, 2666:19, 2669:23, 2670:21, 2671:14, 2673:21, 2679:3, 2684:12, 2684:13, 2690:9, 2692:22, 2697:2

pointer [7] - 2621:24, 2625:8, 2626:15, 2627:11, 2639:17, 2669:8, 2680:19

points [4] - 2610:22, 2661:20, 2688:3, 2696:12

poke [1] - 2636:25

poking [3] - 2689:12, 2689:14

pole [1] - 2658:5

poles [1] - 2680:5

polite [1] - 2635:23

POLLARD [1] - 2601:6

polluted [1] - 2644:21

pollution [1] - 2629:17

ponded [1] - 2635:21

poorly [1] - 2693:3

portion [11] - 2621:1, 2624:1, 2625:7, 2642:17, 2644:24, 2660:18, 2660:25, 2662:4, 2669:15, 2692:12, 2692:23

position [4] - 2645:1, 2676:7, 2679:23, 2685:19

positioned [2] - 2649:12, 2680:11

positions [1] - 2688:3

possible [3] - 2605:25, 2607:7, 2657:19

post [1] - 2680:24

post-1965 [1] - 2659:6

post-Katrina [1] - 2680:24

potential [6] - 2611:5,

2611:7, 2616:12, 2616:13, 2661:21, 2688:9

potentially [2] - 2606:1, 2689:16

pounds [4] - 2666:1, 2666:20, 2666:25

pour [2] - 2660:2, 2674:23

poured [1] - 2663:7

pouring [1] - 2663:18

power [1] - 2657:22

POYDRAS [3] - 2601:24, 2602:9, 2602:15

preceded [1] - 2693:21

precisely [3] - 2671:4, 2671:6, 2689:20

predicted [1] - 2611:25

preliminary [2] - 2604:16, 2604:19

preparation [1] - 2611:9

preparing [1] - 2646:3

presence [1] - 2647:5

present [5] - 2605:22, 2605:24, 2629:11, 2646:10, 2658:22, 2659:21

presented [5] - 2607:2, 2607:4, 2611:13, 2611:14, 2678:4

pressing [1] - 2649:1

pressure [32] - 2611:7, 2611:16, 2611:19, 2647:16, 2647:17, 2647:22, 2648:4, 2648:14, 2648:15, 2648:17, 2649:18, 2649:21, 2649:25, 2651:4, 2651:7, 2652:21, 2653:17, 2653:18, 2653:19, 2662:1, 2662:6, 2663:1, 2669:5, 2671:11, 2671:13, 2672:15, 2672:16, 2672:18, 2672:23, 2673:7

pressures [15] - 2617:22, 2620:25, 2621:7, 2661:18, 2669:7, 2669:10, 2669:13, 2669:23, 2676:9, 2687:5, 2687:11, 2687:12, 2688:10, 2688:12

**pretty** [2] - 2627:8, 2635:21
**prevalent** [1] - 2693:4
**prevent** [2] - 2620:20, 2621:5
**prevents** [1] - 2663:9
**previous** [5] - 2614:19, 2618:7, 2639:23, 2640:14, 2653:12
**previously** [11] - 2629:4, 2645:2, 2656:13, 2657:24, 2659:2, 2668:6, 2676:10, 2680:1, 2688:2, 2691:9, 2694:9
**primarily** [2] - 2617:20, 2622:8
**primary** [3] - 2617:22, 2629:1, 2652:9
**principal** [3] - 2609:8, 2613:7, 2613:16
**printer** [1] - 2638:7
**pro** [1] - 2610:6
**probabilities** [1] - 2677:21
**probability** [2] - 2677:18, 2691:24
**proceed** [7] - 2630:16, 2641:1, 2641:15, 2642:3, 2645:13, 2646:5, 2649:6
**proceeded** [2] - 2609:24, 2650:19
**proceeding** [1] - 2637:11
**proceedings** [4] - 2644:2, 2664:2, 2697:2, 2697:17
**PROCEEDINGS** [3] - 2600:19, 2602:17, 2604:1
**process** [6] - 2619:25, 2642:20, 2670:20, 2675:14, 2678:16, 2691:22
**processes** [1] - 2615:3
**PROCTER** [1] - 2602:3
**produced** [2] - 2610:20, 2641:5
**PRODUCED** [1] - 2602:18
**Professional** [1] - 2697:12
**Professor** [18] - 2615:23, 2616:9, 2616:23, 2617:16, 2618:19, 2620:12,

2621:18, 2623:8, 2624:21, 2635:17, 2636:21, 2637:3, 2637:18, 2638:23, 2639:12, 2644:8, 2667:19, 2685:1
**professor** [1] - 2638:23
**profile** [2] - 2633:21, 2688:3
**progressive** [1] - 2609:17
**progressively** [1] - 2626:1
**projecting** [1] - 2690:7
**prominent** [2] - 2620:8, 2640:1
**propagate** [1] - 2676:9
**propagates** [1] - 2661:3
**propagating** [1] - 2666:11
**propagation** [1] - 2646:15
**proper** [1] - 2632:1
**properties** [1] - 2606:12
**property's** [1] - 2624:17
**proposed** [4] - 2632:8, 2632:11, 2635:6
**protected** [22] - 2617:25, 2627:15, 2631:19, 2648:8, 2648:24, 2649:25, 2650:1, 2651:8, 2663:19, 2668:15, 2671:12, 2671:17, 2673:6, 2673:18, 2674:5, 2678:15, 2681:25, 2682:8, 2687:6, 2687:11, 2689:25, 2693:15
**protecting** [1] - 2645:21
**Protection** [1] - 2613:5
**protection** [12] - 2609:10, 2612:25, 2613:1, 2621:13, 2622:8, 2650:18, 2650:20, 2653:12, 2664:15, 2689:5, 2693:4, 2693:13
**prototype** [1] - 2662:19
**prove** [1] - 2638:8
**provide** [5] - 2620:23, 2648:24, 2657:23, 2688:14, 2696:14

**provided** [3] - 2652:4, 2688:20, 2695:13
**provides** [1] - 2606:10
**proving** [1] - 2638:6
**public** [4] - 2605:2, 2606:25, 2607:2, 2607:13
**publication** [3] - 2609:7, 2612:24, 2613:7
**publications** [2] - 2613:3, 2613:4
**published** [4] - 2608:25, 2609:3, 2612:21, 2613:10
**pump** [2] - 2610:21, 2659:3
**Pump** [5] - 2637:14, 2639:24, 2657:21, 2659:2, 2680:12
**purpose** [2] - 2628:25, 2638:8
**pushes** [1] - 2648:15
**pushing** [1] - 2646:22
**put** [5] - 2623:25, 2624:1, 2636:24, 2668:17
**puts** [1] - 2660:24
**putting** [1] - 2638:7
**PX** [1] - 2695:4
**pyramids** [1] - 2645:12

**Q**

**questions** [2] - 2620:16, 2683:6
**quick** [1] - 2694:15
**quickly** [7] - 2629:12, 2654:1, 2654:13, 2658:7, 2674:24, 2674:25, 2684:7
**quite** [1] - 2675:18
**quote** [2] - 2661:21, 2681:19

**R**

**RAFFMAN** [68] - 2602:4, 2603:6, 2604:9, 2604:13, 2618:12, 2618:15, 2618:18, 2626:9, 2630:1, 2630:12, 2630:18, 2631:5, 2631:10, 2632:24, 2633:7, 2633:14, 2634:7, 2634:10, 2634:14, 2634:21,

2635:9, 2635:11, 2635:14, 2636:16, 2637:24, 2638:2, 2638:8, 2638:13, 2640:23, 2643:6, 2643:11, 2643:17, 2643:23, 2644:1, 2644:7, 2653:21, 2659:15, 2659:19, 2660:11, 2661:10, 2661:13, 2663:21, 2670:1, 2670:5, 2671:8, 2672:9, 2675:5, 2681:9, 2681:12, 2681:17, 2682:15, 2682:21, 2683:5, 2683:9, 2683:12, 2683:23, 2684:3, 2685:6, 2685:11, 2685:15, 2686:8, 2686:10, 2690:13, 2690:17, 2690:19, 2695:2, 2696:20, 2697:1
**railroad** [1] - 2654:23
**railway** [1] - 2654:22
**raise** [1] - 2677:8
**range** [5] - 2609:24, 2614:25, 2615:5, 2679:17, 2688:7
**ranges** [1] - 2615:6
**rapidly** [3] - 2622:19, 2647:6, 2647:18
**rather** [3] - 2614:17, 2622:19, 2688:7
**ratio** [2] - 2672:15, 2677:10
**ravine** [4] - 2638:24, 2638:25, 2639:6, 2639:9
**Raymond** [1] - 2636:21
**re** [1] - 2609:13
**RE** [1] - 2600:4
**re-examine** [1] - 2609:13
**reach** [4] - 2618:25, 2655:1, 2672:17, 2688:5
**reached** [4] - 2616:17, 2687:4, 2689:23, 2693:11
**read** [1] - 2643:3
**readily** [1] - 2631:15
**realize** [1] - 2635:5
**really** [1] - 2643:10
**Realtime** [1] - 2697:11
**reason** [1] - 2648:22
**reasons** [2] - 2615:14, 2627:20

**rebar** [1] - 2695:24
**receded** [2] - 2657:13, 2685:24
**recently** [1] - 2640:11
**recess** [3] - 2644:3, 2696:24, 2697:3
**reclaimed** [1] - 2626:4
**recognize** [1] - 2652:23
**recognized** [1] - 2615:17
**recognizing** [1] - 2666:22
**reconstituted** [1] - 2665:19
**reconstructed** [1] - 2694:14
**record** [25] - 2623:11, 2630:11, 2633:4, 2633:8, 2633:15, 2634:3, 2638:14, 2642:23, 2643:12, 2649:9, 2661:10, 2665:2, 2668:1, 2670:1, 2670:10, 2671:5, 2671:10, 2676:25, 2681:21, 2682:21, 2690:1, 2690:13, 2692:18, 2697:17
**recorded** [1] - 2654:17
**RECORDED** [1] - 2602:17
**records** [2] - 2610:21, 2643:3
**rectangular** [1] - 2630:22
**red** [13] - 2623:4, 2623:9, 2623:10, 2623:15, 2627:15, 2640:4, 2640:7, 2648:13, 2655:22, 2656:2, 2669:6, 2669:8, 2674:1
**reduce** [2] - 2688:13, 2693:19
**reducing** [1] - 2650:2
**reduction** [1] - 2608:12
**refer** [1] - 2623:11
**reference** [6] - 2621:21, 2621:23, 2635:2, 2676:3, 2688:5, 2695:21
**referenced** [4] - 2654:15, 2654:16, 2655:21, 2659:1
**references** [3] - 2624:25, 2625:1, 2673:15

**referencing** [2] - 2621:20, 2628:20
**referred** [2] - 2609:15, 2649:18
**referring** [4] - 2621:19, 2629:8, 2651:16, 2678:21
**refers** [1] - 2629:8
**reflect** [2] - 2634:23, 2690:14
**reflected** [1] - 2638:15
**reflecting** [1] - 2672:15
**reform** [1] - 2682:4
**regard** [2] - 2610:8, 2655:18
**regarding** [7] - 2612:24, 2614:12, 2636:2, 2646:8, 2647:3, 2696:22
**Registered** [2] - 2697:11, 2697:12
**reinforcing** [1] - 2695:13
**relate** [2] - 2639:11, 2667:5
**related** [1] - 2626:24
**relates** [10] - 2624:23, 2641:12, 2644:11, 2645:17, 2646:8, 2647:3, 2650:7, 2650:13, 2652:2, 2692:4
**relationship** [3] - 2667:9, 2667:10, 2678:25
**relative** [4] - 2627:24, 2635:4, 2672:4, 2685:23
**relevance** [2] - 2646:9, 2647:5
**relevant** [4] - 2623:18, 2625:21, 2636:5, 2680:9
**reliance** [3] - 2636:23, 2637:2, 2664:12
**relic** [2] - 2661:4, 2661:9
**rely** [6] - 2624:6, 2632:25, 2633:1, 2633:3, 2633:10, 2633:12
**relying** [1] - 2648:23
**remain** [1] - 2620:19
**remarkable** [2] - 2621:11, 2689:15
**remediating** [1] - 2642:20
**remediation** [1] - 2640:16

**remember** [2] - 2606:24, 2639:6
**remembering** [1] - 2676:12
**remnant** [1] - 2658:8
**remnants** [2] - 2668:16, 2684:15
**removal** [5] - 2619:11, 2640:5, 2641:10, 2673:17, 2693:18
**remove** [3] - 2642:15, 2644:21, 2658:10
**removed** [9] - 2640:7, 2641:7, 2641:9, 2642:19, 2646:2, 2646:5, 2647:13, 2657:25
**removing** [1] - 2640:6
**repairs** [1] - 2680:3
**repeat** [4] - 2616:19, 2618:9, 2620:15, 2664:7
**repeated** [2] - 2604:23, 2604:25
**repeatedly** [1] - 2616:13
**repeating** [1] - 2623:12
**repetition** [1] - 2631:8
**report** [50] - 2604:16, 2604:19, 2604:20, 2606:19, 2606:20, 2606:23, 2606:24, 2607:5, 2607:18, 2608:18, 2608:21, 2608:25, 2609:1, 2609:3, 2609:7, 2616:17, 2627:4, 2628:17, 2629:22, 2629:25, 2630:2, 2630:6, 2630:9, 2633:21, 2639:13, 2641:5, 2643:13, 2645:15, 2646:18, 2649:10, 2650:11, 2651:10, 2654:8, 2658:19, 2658:20, 2670:2, 2672:11, 2677:1, 2677:2, 2681:22, 2682:12, 2682:14, 2687:23, 2691:3, 2691:4, 2692:19, 2694:1, 2695:4, 2695:5
**reported** [4] - 2632:2, 2632:8, 2632:10, 2651:15
**reporter** [1] - 2638:3
**REPORTER** [1] - 2602:15

**Reporter** [6] - 2697:11, 2697:12, 2697:13, 2697:23
**REPORTER'S** [1] - 2697:9
**reports** [1] - 2606:3
**repose** [3] - 2645:9, 2645:10, 2646:23
**represent** [9] - 2612:19, 2630:23, 2642:8, 2648:9, 2664:3, 2669:5, 2669:13, 2680:14
**representative** [3] - 2649:18, 2665:17, 2675:7
**represented** [2] - 2632:14, 2693:10
**representing** [1] - 2648:11
**represents** [14] - 2622:16, 2622:24, 2623:1, 2623:9, 2623:15, 2628:7, 2649:7, 2665:23, 2672:12, 2672:13, 2679:3, 2688:22, 2692:15, 2692:21
**request** [1] - 2639:7
**research** [1] - 2613:20
**resistance** [3] - 2620:23, 2677:11, 2693:19
**resisting** [1] - 2677:16
**respect** [6] - 2619:3, 2658:18, 2661:15, 2662:9, 2673:17, 2678:19
**response** [1] - 2652:13
**resting** [1] - 2685:19
**result** [4] - 2611:14, 2612:23, 2617:20, 2626:2
**resulted** [3] - 2617:6, 2617:9, 2618:3
**resulting** [1] - 2619:10
**results** [6] - 2611:13, 2613:24, 2671:11, 2676:23, 2678:21, 2687:7
**resume** [1] - 2604:10
**retention** [1] - 2661:6
**retreated** [1] - 2657:13
**return** [1] - 2667:16
**reverse** [1] - 2658:13
**reviewed** [2] - 2612:24, 2613:19
**reviewing** [1] - 2611:11

**revised** [1] - 2667:15
**ribbon** [1] - 2679:14
**RICHARD** [2] - 2601:19, 2601:19
**RICHARDSON** [1] - 2600:11
**RIDGELAKE** [1] - 2601:16
**rig** [4] - 2636:4, 2636:17, 2636:20
**right-hand** [4] - 2637:4, 2638:18, 2645:8, 2656:15
**rigs** [3] - 2635:16, 2635:19, 2636:24
**rise** [7] - 2604:7, 2620:20, 2644:4, 2653:23, 2654:24, 2655:1, 2670:21
**rises** [4] - 2622:20, 2631:13, 2643:7, 2648:18
**rising** [9] - 2622:19, 2622:25, 2648:14, 2649:4, 2662:5, 2672:23
**river** [2] - 2645:1, 2651:4
**River** [7] - 2622:22, 2642:3, 2647:15, 2650:23, 2651:2, 2651:16, 2670:12
**riverfront** [1] - 2645:25
**RMR** [2] - 2602:15, 2697:22
**Roa** [5] - 2611:11, 2613:8, 2613:16, 2626:18, 2650:16
**road** [3] - 2648:10, 2658:2, 2668:17
**Road** [11] - 2637:10, 2637:11, 2637:15, 2638:21, 2639:16, 2645:22, 2657:20, 2657:25, 2660:8, 2680:2, 2687:10
**roads** [1] - 2657:17
**ROBBINS** [1] - 2602:5
**ROBERT** [1] - 2603:5
**Rogers** [1] - 2626:17
**role** [1] - 2608:22
**ROOM** [1] - 2602:15
**root** [1] - 2614:3
**rose** [1] - 2674:4
**Rouge** [1] - 2607:3
**row** [1] - 2620:6
**runway** [1] - 2663:14
**rupture** [1] - 2678:23
**ruptured** [1] - 2659:5

**rushing** [2] - 2607:16, 2679:12

### S

**S-A-U-C-I-E-R** [1] - 2644:15
**s/Cathy** [1] - 2697:21
**Sacramento** [2] - 2670:12, 2670:16
**Sacramento-San** [2] - 2670:12, 2670:16
**sad** [1] - 2693:4
**safe** [1] - 2677:17
**safety** [10] - 2677:9, 2677:10, 2677:14, 2677:17, 2677:19, 2677:20, 2677:23, 2678:1, 2691:9, 2691:12
**sailor** [1] - 2634:18
**salinity** [1] - 2666:23
**Salinity** [1] - 2666:23
**sample** [2] - 2631:22, 2631:23
**San** [2] - 2670:12, 2670:16
**sand** [26] - 2614:4, 2628:8, 2630:19, 2631:11, 2641:21, 2645:1, 2645:2, 2645:11, 2646:17, 2646:19, 2646:23, 2646:24, 2647:14, 2648:12, 2650:24, 2651:6, 2657:20, 2658:9, 2658:10, 2670:8, 2670:9, 2670:10, 2670:18, 2670:22, 2674:23, 2675:17
**sand-filled** [1] - 2646:19
**sandbags** [4] - 2654:23, 2670:19, 2670:20, 2696:15
**SANDERS** [1] - 2601:15
**sands** [2] - 2622:24, 2674:4
**sandy** [7] - 2628:8, 2629:15, 2629:16, 2631:15, 2640:8, 2645:8, 2647:5
**saturated** [2] - 2611:6, 2647:17
**Saucier** [1] - 2644:14
**saw** [12] - 2628:2, 2638:23, 2639:3,

2639:22, 2645:5, 2657:5, 2657:15, 2658:9, 2658:25, 2661:22, 2682:2, 2683:17

**scale** [12] - 2621:20, 2621:23, 2624:25, 2625:1, 2654:14, 2654:16, 2662:19, 2665:24, 2672:13, 2672:14, 2677:6, 2677:9

**scales** [1] - 2621:20

**school** [8] - 2620:7, 2656:23, 2684:23, 2685:3, 2685:17, 2685:19, 2685:22, 2696:1

**scientist** [1] - 2635:18

**scientists** [6] - 2609:4, 2609:6, 2609:20, 2609:22, 2610:3, 2614:10

**scope** [1] - 2629:25

**scour** [1] - 2696:8

**scrapes** [6] - 2663:23, 2663:24, 2664:3, 2664:8, 2664:9

**scratch** [2] - 2661:23, 2661:25

**scratches** [2] - 2664:24, 2665:3

**screen** [5] - 2613:4, 2637:4, 2637:19, 2659:12, 2685:2

**sea** [6] - 2622:17, 2622:18, 2622:19, 2622:20, 2622:25, 2623:2

**seal** [2] - 2658:4, 2668:18

**sealing** [1] - 2696:14

**season** [2] - 2607:13, 2607:17

**seated** [2] - 2604:8, 2644:5

**second** [19] - 2604:18, 2604:22, 2605:4, 2607:25, 2612:19, 2613:13, 2613:16, 2613:23, 2617:24, 2619:12, 2621:4, 2628:19, 2639:23, 2647:16, 2647:21, 2647:25, 2673:10, 2676:5, 2678:13

**second-listed** [1] - 2613:16

**section** [20] - 2622:2, 2622:16, 2624:10,

2624:11, 2625:5, 2627:17, 2628:19, 2629:6, 2639:6, 2642:20, 2658:6, 2666:16, 2679:14, 2679:22, 2679:24, 2691:11, 2692:12, 2692:14, 2694:11

**SECTION** [1] - 2600:7

**sections** [4] - 2624:9, 2624:14, 2624:19, 2667:23

**sector** [3] - 2619:7, 2623:16, 2652:22

**sediments** [1] - 2622:20

**see** [39] - 2614:18, 2615:12, 2625:11, 2625:13, 2637:16, 2641:25, 2642:16, 2644:23, 2645:20, 2646:24, 2647:24, 2649:22, 2651:9, 2651:14, 2656:17, 2657:21, 2658:21, 2659:12, 2661:7, 2663:24, 2664:10, 2664:19, 2666:3, 2666:9, 2666:13, 2668:9, 2669:18, 2680:1, 2680:9, 2680:25, 2682:8, 2683:16, 2683:18, 2683:20, 2684:6, 2684:14, 2684:22, 2688:9, 2688:17

**Seed** [1] - 2636:21

**seeing** [3] - 2664:11, 2672:6, 2684:8

**Seepage** [1] - 2613:14

**seepage** [32] - 2607:23, 2608:6, 2608:8, 2611:13, 2611:17, 2611:20, 2614:1, 2614:3, 2614:7, 2615:17, 2617:6, 2617:22, 2620:20, 2646:9, 2647:4, 2647:10, 2647:12, 2669:2, 2669:24, 2671:6, 2671:10, 2671:11, 2672:10, 2674:4, 2674:13, 2675:9, 2675:10, 2678:5, 2678:13, 2687:5, 2687:8

**semirectangular** [1] - 2630:22

**senior** [1] - 2611:10

**sense** [1] - 2684:6

**separate** [1] - 2611:22

**separated** [3] - 2661:8, 2679:13, 2680:19

**sequence** [12] - 2617:5, 2635:15, 2656:9, 2656:25, 2659:21, 2666:13, 2667:5, 2678:11, 2679:11, 2683:7, 2684:7, 2686:16

**sequenced** [1] - 2671:21

**series** [4] - 2629:19, 2654:17, 2659:20, 2665:9

**seriously** [1] - 2663:13

**Services** [1] - 2632:4

**SESSION** [1] - 2600:18

**session** [2] - 2604:8, 2644:5

**set** [2] - 2613:20, 2657:23

**settlement** [1] - 2657:18

**seven** [2] - 2632:3, 2634:15

**several** [3] - 2635:12, 2639:8, 2642:1

**severe** [1] - 2608:6

**sewer** [1] - 2642:9

**SEYMOUR** [2] - 2601:19, 2601:19

**shall** [1] - 2663:4

**shallow** [1] - 2621:11

**shallower** [1] - 2694:19

**shallowest** [1] - 2621:12

**SHAWN** [1] - 2601:6

**shear** [2] - 2606:12, 2609:25

**sheet** [14] - 2659:5, 2660:8, 2661:4, 2665:23, 2666:17, 2679:6, 2680:13, 2680:15, 2680:25, 2682:9, 2683:13, 2692:8, 2692:9

**sheetpile** [9] - 2620:12, 2620:17, 2620:18, 2620:19, 2620:23, 2620:24, 2621:8, 2623:18, 2631:17

**sheetpiling** [6] - 2621:4, 2621:12,

2623:16, 2623:22, 2624:1, 2625:8

**shell** [23] - 2629:13, 2629:16, 2630:20, 2631:11, 2631:15, 2646:24, 2657:2, 2657:3, 2657:5, 2657:8, 2657:10, 2657:11, 2657:15, 2657:16, 2657:20, 2658:2, 2659:7, 2659:12, 2659:22, 2659:23, 2659:25, 2660:1, 2660:5

**shells** [1] - 2657:13

**shelly** [1] - 2629:15

**Sheraton** [1] - 2607:1

**shocked** [1] - 2639:4

**shoe** [1] - 2676:21

**short** [1] - 2623:25

**shoulder** [2] - 2618:23, 2638:21

**shoved** [1] - 2655:22

**show** [8] - 2639:10, 2642:5, 2650:3, 2655:20, 2657:15, 2661:4, 2671:21, 2687:8

**showed** [3] - 2638:24, 2651:3, 2656:2

**showing** [10] - 2621:24, 2625:8, 2629:17, 2638:25, 2648:7, 2650:22, 2669:3, 2679:24, 2688:1

**shown** [57] - 2621:20, 2621:21, 2621:22, 2621:25, 2622:1, 2622:5, 2623:5, 2625:3, 2627:6, 2627:12, 2627:17, 2628:17, 2629:6, 2629:18, 2629:19, 2631:14, 2637:3, 2638:18, 2639:3, 2639:14, 2639:15, 2639:25, 2640:12, 2640:14, 2641:23, 2641:24, 2642:18, 2644:11, 2644:25, 2645:7, 2645:16, 2649:19, 2650:23, 2653:11, 2654:10, 2654:18, 2655:21, 2656:12, 2658:18, 2660:25, 2667:5, 2668:3, 2668:13, 2669:8, 2669:12, 2676:8, 2676:11,

2676:14, 2676:19, 2677:22, 2680:2, 2680:13, 2680:18, 2681:18, 2689:1, 2691:8, 2695:13

**shows** [8] - 2621:18, 2640:1, 2644:18, 2650:12, 2651:12, 2655:18, 2669:22, 2692:7

**side** [45] - 2608:11, 2608:16, 2611:2, 2613:13, 2617:25, 2627:12, 2627:15, 2629:8, 2631:19, 2637:4, 2637:6, 2645:18, 2648:8, 2648:15, 2648:24, 2649:10, 2649:25, 2650:2, 2651:8, 2656:15, 2656:18, 2657:7, 2663:15, 2663:19, 2668:16, 2671:12, 2671:17, 2673:6, 2673:18, 2673:20, 2673:22, 2674:5, 2678:15, 2682:2, 2681:25, 2682:8, 2684:16, 2687:6, 2687:11, 2688:25, 2689:25, 2693:15, 2693:18

**sides** [1] - 2643:4

**sighted** [1] - 2657:24

**signature** [2] - 2668:7, 2681:6

**significance** [7] - 2657:3, 2659:23, 2670:9, 2678:19, 2685:17, 2692:17, 2692:24

**significant** [6] - 2608:8, 2632:3, 2634:16, 2634:19, 2661:14, 2662:8

**significantly** [1] - 2674:21

**silts** [1] - 2622:24

**silty** [2] - 2645:2, 2646:24

**similar** [9] - 2615:3, 2624:19, 2627:7, 2627:25, 2641:22, 2681:3, 2682:2, 2682:5, 2682:7

**similarly** [1] - 2669:10

**simulated** [2] - 2669:20, 2676:15

**sinkhole** [1] - 2674:13

**sinkholes** [1] -

2673:25

**sit** [2] - 2616:23, 2617:16

**site** [3] - 2639:11, 2644:17, 2646:21

**site-clearing** [1] - 2639:11

**sitting** [1] - 2609:18

**situ** [5] - 2605:9, 2605:12, 2605:14, 2605:16, 2625:15

**situation** [4] - 2670:25, 2679:5, 2681:20, 2681:24

**six** [1] - 2686:13

**slice** [1] - 2614:1

**slide** [87] - 2604:17, 2606:17, 2606:18, 2608:25, 2612:15, 2612:16, 2612:20, 2613:13, 2617:1, 2620:11, 2620:12, 2621:14, 2621:18, 2624:20, 2624:23, 2624:24, 2626:10, 2627:3, 2627:6, 2628:15, 2628:16, 2628:18, 2628:19, 2631:21, 2632:12, 2632:14, 2635:15, 2637:1, 2637:2, 2637:3, 2638:22, 2639:14, 2641:11, 2643:18, 2645:13, 2645:16, 2648:1, 2648:2, 2649:6, 2649:7, 2653:25, 2655:15, 2656:11, 2656:24, 2658:17, 2664:10, 2664:11, 2665:10, 2666:3, 2666:4, 2666:9, 2666:13, 2670:6, 2673:12, 2673:13, 2673:19, 2673:20, 2675:10, 2675:24, 2676:3, 2676:14, 2678:8, 2678:10, 2679:9, 2679:19, 2679:20, 2680:7, 2680:9, 2684:4, 2686:11, 2686:17, 2686:25, 2687:22, 2687:23, 2691:1, 2692:1, 2692:4, 2693:8, 2693:25, 2694:4, 2695:3, 2695:6, 2695:20, 2696:3

**slides** [5] - 2636:22,

2647:24, 2659:20, 2665:9, 2667:5

**slip** [1] - 2676:20

**slipping** [1] - 2676:21

**slope** [4] - 2636:4, 2636:5, 2636:19, 2637:14

**slopes** [2] - 2636:3, 2645:12

**sloping** [1] - 2636:19

**slows** [1] - 2623:2

**SM** [1] - 2629:14

**small** [2] - 2648:15, 2651:14

**smiled** [1] - 2611:18

**so-called** [1] - 2673:23

**so..** [1] - 2633:1

**Society** [1] - 2689:4

**soil** [81] - 2605:3, 2605:8, 2605:11, 2605:22, 2605:25, 2606:3, 2608:7, 2611:21, 2614:25, 2615:1, 2615:2, 2621:2, 2621:17, 2622:6, 2622:7, 2622:13, 2624:4, 2624:5, 2625:4, 2625:15, 2625:16, 2626:13, 2626:19, 2627:8, 2627:16, 2627:18, 2628:22, 2632:1, 2633:21, 2638:19, 2638:20, 2640:14, 2644:21, 2645:17, 2647:9, 2647:10, 2647:13, 2648:17, 2648:23, 2649:1, 2649:2, 2649:3, 2650:1, 2652:16, 2658:23, 2661:7, 2661:19, 2664:15, 2665:12, 2665:14, 2665:16, 2666:7, 2667:22, 2668:9, 2668:13, 2668:14, 2669:24, 2671:14, 2671:16, 2673:6, 2673:25, 2674:11, 2674:12, 2674:13, 2677:11, 2679:6, 2681:21, 2681:23, 2682:5, 2684:15, 2687:20, 2688:3, 2688:14, 2693:15, 2693:18, 2694:22

**Soil** [1] - 2605:6

**soil's** [1] - 2675:15

**soils** [22] - 2622:12, 2624:16, 2625:6, 2625:18, 2627:21, 2627:22, 2628:13, 2628:20, 2628:25, 2629:5, 2645:2, 2645:6, 2651:8, 2665:18, 2669:4, 2673:11, 2673:17, 2674:18, 2674:20, 2675:1, 2687:18

**someone** [4] - 2609:19, 2633:24, 2634:1, 2635:18

**sometime** [2] - 2606:25, 2677:24

**sometimes** [1] - 2653:2

**somewhat** [2] - 2630:22, 2659:21

**somewhere** [1] - 2619:15

**sorry** [5] - 2618:15, 2619:20, 2652:24, 2690:5, 2694:15

**sort** [1] - 2682:18

**source** [2] - 2684:24, 2686:5

**south** [70] - 2608:3, 2608:5, 2608:23, 2617:17, 2617:20, 2618:4, 2618:5, 2618:13, 2619:6, 2619:7, 2619:14, 2619:15, 2619:19, 2619:25, 2620:5, 2621:25, 2622:4, 2624:24, 2626:25, 2627:25, 2637:11, 2641:13, 2641:17, 2641:20, 2641:25, 2642:6, 2642:11, 2642:12, 2642:13, 2652:14, 2655:24, 2656:7, 2656:15, 2656:18, 2657:7, 2658:12, 2667:6, 2667:11, 2667:24, 2668:3, 2674:20, 2680:11, 2683:22, 2683:24, 2684:5, 2684:11, 2684:12, 2684:13, 2685:25, 2686:19, 2687:3, 2687:13, 2690:20, 2691:6, 2691:11, 2691:15, 2692:5, 2692:12, 2692:16, 2694:12, 2694:18, 2695:7, 2696:5,

2696:6, 2696:11, 2696:21

**spans** [1] - 2692:21

**sparsely** [1] - 2625:25

**specific** [2] - 2630:24, 2642:19

**specifically** [2] - 2610:8, 2676:3

**specifics** [2] - 2630:4

**spent** [4] - 2605:1, 2610:5, 2618:21

**spike** [1] - 2672:25

**splash** [2] - 2693:14

**splashing** [1] - 2689:9

**spot** [2] - 2612:1, 2634:23

**spot-on** [1] - 2612:1

**square** [1] - 2629:8

**squares** [2] - 2665:14, 2665:22

**St** [1] - 2651:19

**ST** [2] - 2600:24, 2601:4

**stability** [11] - 2607:25, 2608:12, 2621:3, 2648:24, 2650:2, 2661:15, 2662:9, 2676:5, 2678:1, 2678:3, 2688:14

**stable** [1] - 2620:19

**staff** [1] - 2638:4

**Stage** [1] - 2609:24

**stage** [10] - 2610:2, 2620:2, 2666:11, 2692:15, 2694:5, 2694:6, 2694:9, 2694:10

**stages** [1] - 2664:23

**stamped** [1] - 2651:25

**stand** [5] - 2629:14, 2631:7, 2635:23, 2635:24, 2683:1

**standing** [6] - 2622:16, 2632:16, 2635:22, 2636:21, 2644:23, 2652:25

**stands** [1] - 2618:23

**STANWOOD** [1] - 2600:19

**start** [8] - 2607:20, 2621:19, 2622:15, 2627:9, 2637:5, 2639:15, 2656:11, 2689:22

**started** [2] - 2609:18, 2672:20

**starting** [3] - 2625:24, 2644:18, 2649:12

**starts** [2] - 2623:23,

2660:14

**state** [1] - 2607:3

**State** [1] - 2697:13

**STATES** [2] - 2600:1, 2600:20

**States** [4] - 2607:8, 2641:6, 2697:14, 2697:24

**Station** [5] - 2637:14, 2639:24, 2657:21, 2659:2, 2680:12

**station** [2] - 2610:21, 2659:3

**statistical** [1] - 2655:6

**steady** [2] - 2645:25, 2693:12

**STEE** [1] - 2605:8

**steep** [1] - 2638:19

**STENOGRAPHY** [1] - 2602:17

**step** [1] - 2678:16

**sticking** [1] - 2656:19

**stiff** [1] - 2680:16

**still** [8] - 2608:8, 2655:12, 2661:9, 2663:9, 2664:21, 2666:6, 2678:9, 2688:11

**stop** [7] - 2609:4, 2619:20, 2623:7, 2659:9, 2661:24, 2670:22

**storm** [3] - 2661:5, 2678:20, 2679:2

**strange** [1] - 2658:13

**Street** [6] - 2605:9, 2610:17, 2610:22, 2611:9, 2612:1, 2650:17

**STREET** [5] - 2601:7, 2601:13, 2601:24, 2602:9, 2602:15

**street** [1] - 2648:10

**strength** [2] - 2606:12, 2609:25

**strong** [2] - 2614:15, 2669:12

**strongly** [1] - 2614:21

**struck** [1] - 2689:11

**structural** [1] - 2622:14

**structure** [4] - 2648:10, 2657:7, 2657:8, 2693:13

**Structures** [1] - 2613:5

**structures** [7] - 2621:13, 2622:9, 2624:18, 2640:4, 2640:7, 2641:7,

2693:4
**student** [2] - 2611:10, 2650:16
**studied** [1] - 2614:5
**studies** [5] - 2609:11, 2609:12, 2650:17, 2664:25, 2665:1
**study** [5] - 2611:5, 2613:24, 2614:18, 2616:11, 2650:20
**studying** [2] - 2609:9, 2646:12
**stumps** [2] - 2645:23, 2646:4
**style** [1] - 2679:15
**stylus** [2] - 2637:23, 2637:24
**Styrofoam** [2] - 2660:1, 2674:22
**subcontractors** [1] - 2639:21
**subject** [1] - 2681:10
**submerged** [3] - 2684:23, 2685:3, 2685:17
**subsequent** [2] - 2641:10, 2654:24
**subsequently** [1] - 2657:10
**subsidence** [1] - 2657:18
**subsoil** [1] - 2682:6
**substantial** [1] - 2608:22
**substantially** [3] - 2650:2, 2662:3, 2662:25
**subsurface** [1] - 2640:5
**suffered** [1] - 2667:13
**sufficient** [4] - 2626:25, 2628:12, 2643:12, 2660:17
**suggest** [1] - 2606:5
**suggested** [2] - 2658:22, 2664:1
**SUITE** [3] - 2601:17, 2601:20, 2602:9
**summarized** [1] - 2676:23
**summarizes** [1] - 2658:15
**summary** [2] - 2615:18, 2654:11
**summer** [3] - 2607:18, 2608:2, 2610:10
**sunk** [1] - 2620:18
**superimposed** [1] - 2670:7
**supervising** [1] -

2626:16
**supervisor** [1] - 2605:8
**supplemental** [8] - 2628:16, 2629:23, 2630:1, 2630:8, 2633:21, 2670:2, 2672:11, 2676:25
**supported** [1] - 2665:24
**supposed** [2] - 2630:23
**Surekote** [10] - 2637:10, 2637:11, 2637:15, 2638:21, 2639:16, 2645:22, 2657:20, 2657:24, 2660:8, 2680:2
**surface** [12] - 2627:9, 2627:13, 2631:13, 2640:5, 2640:5, 2640:9, 2641:7, 2642:15, 2647:14, 2661:19, 2676:21
**surge** [28] - 2648:14, 2655:2, 2660:16, 2660:18, 2660:23, 2667:17, 2668:22, 2668:25, 2675:25, 2676:13, 2677:6, 2678:9, 2679:10, 2679:16, 2684:19, 2686:13, 2687:4, 2687:25, 2689:2, 2689:23, 2690:7, 2691:12, 2692:2, 2692:6, 2693:11, 2694:7, 2695:6
**surprise** [2] - 2611:8, 2696:13
**SUTTERFIELD** [1] - 2602:8
**swamp** [7] - 2623:4, 2623:5, 2623:8, 2631:16, 2645:25, 2646:6, 2646:16
**swampy** [2] - 2652:17, 2652:18
**swept** [1] - 2657:13
**swung** [1] - 2679:25
**symptom** [1] - 2678:24
**system** [18] - 2607:16, 2609:10, 2613:1, 2618:2, 2621:1, 2635:1, 2649:21, 2650:18, 2650:20, 2653:13, 2661:18, 2673:1, 2677:11, 2677:12, 2677:13,

2678:14, 2689:5
**Systems** [1] - 2638:6

# T

**tan** [2] - 2665:13, 2676:16
**target** [1] - 2686:1
**Task** [2] - 2607:9, 2622:10
**taught** [1] - 2611:21
**team** [20] - 2604:15, 2604:21, 2605:3, 2605:7, 2606:20, 2607:5, 2608:2, 2608:24, 2609:3, 2609:4, 2609:15, 2610:3, 2614:10, 2614:21, 2615:9, 2615:10, 2615:15, 2626:16, 2664:20, 2664:23
**team's** [1] - 2606:20
**teams** [2] - 2624:14, 2624:19
**tear** [5] - 2678:16, 2678:19, 2678:23, 2678:25, 2679:5
**techniques** [1] - 2694:2
**telephone** [2] - 2658:5, 2680:5
**temporarily** [2] - 2654:23, 2658:4
**temporary** [2] - 2668:18, 2680:3
**ten** [6] - 2643:22, 2676:1, 2678:10, 2679:10, 2679:17, 2687:25
**tendency** [1] - 2655:6
**tends** [1] - 2627:7
**tension** [21] - 2649:23, 2661:2, 2661:14, 2661:17, 2661:25, 2662:1, 2662:12, 2662:13, 2662:16, 2662:17, 2662:20, 2662:21, 2663:3, 2663:5, 2663:15, 2663:22, 2665:6, 2665:10, 2668:16, 2669:14, 2673:1
**terminal** [1] - 2679:3
**terminus** [1] - 2694:11
**terms** [1] - 2621:22
**test** [3] - 2605:15, 2605:16, 2628:20
**testified** [1] - 2606:4

**testifying** [1] - 2672:4
**testimony** [18] - 2606:8, 2616:4, 2616:17, 2620:15, 2631:6, 2633:24, 2634:10, 2635:9, 2635:16, 2636:2, 2636:7, 2653:8, 2653:14, 2654:12, 2658:19, 2662:12, 2683:1, 2695:12
**testing** [8] - 2605:3, 2605:11, 2605:12, 2605:14, 2605:22, 2606:5, 2606:9, 2606:14
**Testing** [1] - 2605:6
**tests** [5] - 2605:9, 2605:17, 2605:25, 2625:16, 2662:19
**Texas** [2] - 2632:5, 2632:6
**THE** [105] - 2600:19, 2600:23, 2601:23, 2604:7, 2604:11, 2618:10, 2618:13, 2625:20, 2625:23, 2626:4, 2626:6, 2626:7, 2629:20, 2629:24, 2630:3, 2630:6, 2630:8, 2630:10, 2630:13, 2630:15, 2630:21, 2630:25, 2631:1, 2631:2, 2631:3, 2631:7, 2632:16, 2632:19, 2632:22, 2633:2, 2633:8, 2634:3, 2634:8, 2634:12, 2634:15, 2635:5, 2635:10, 2635:12, 2635:22, 2636:1, 2636:8, 2636:13, 2637:22, 2638:1, 2638:5, 2640:13, 2640:18, 2640:19, 2640:20, 2640:21, 2642:22, 2643:9, 2643:15, 2643:20, 2643:24, 2644:4, 2652:24, 2653:5, 2653:11, 2659:17, 2659:22, 2659:25, 2660:4, 2660:7, 2660:9, 2663:3, 2663:6, 2671:5, 2671:24, 2672:1, 2672:2, 2672:3, 2674:17, 2674:21, 2675:1,

2675:3, 2680:21, 2681:2, 2681:7, 2681:11, 2681:13, 2682:10, 2682:17, 2683:2, 2683:8, 2684:1, 2685:5, 2685:8, 2686:2, 2686:5, 2686:7, 2690:1, 2690:3, 2690:5, 2690:6, 2690:9, 2690:11, 2690:12, 2690:15, 2694:15, 2694:19, 2694:20, 2694:22, 2694:25, 2696:24
**thereabouts** [1] - 2643:25
**thereby** [3] - 2614:6, 2621:5, 2650:2
**therefore** [1] - 2634:5
**they've** [1] - 2674:1
**thickness** [1] - 2646:24
**thinking** [6] - 2610:9, 2610:14, 2611:4, 2611:5, 2612:11, 2622:14
**thinks** [1] - 2615:11
**third** [6] - 2608:10, 2610:2, 2612:12, 2614:6, 2614:9, 2648:2
**thousands** [2] - 2618:21, 2618:24
**Three** [2] - 2613:14
**three** [4] - 2626:15, 2655:8, 2677:20, 2694:1
**Three-Dimensional** [1] - 2613:14
**through-pass** [1] - 2680:2
**thrust** [3] - 2650:3, 2670:24, 2689:16
**THURSDAY** [2] - 2600:8, 2604:2
**thusly** [1] - 2681:1
**time-sequenced** [1] - 2671:21
**timing** [1] - 2611:25
**tip** [5] - 2661:3, 2666:8, 2666:17, 2676:9
**titles** [1] - 2612:16
**TO** [4] - 2600:9, 2600:11, 2600:14, 2604:4
**today** [4] - 2609:18, 2616:23, 2617:16, 2622:18

**toe** [7] - 2607:23, 2669:7, 2670:18, 2672:22, 2673:3, 2674:12, 2675:22
**took** [5] - 2611:24, 2612:2, 2629:4, 2634:25, 2639:7
**top** [29] - 2620:6, 2620:7, 2621:25, 2622:20, 2623:22, 2624:2, 2637:10, 2648:9, 2650:10, 2657:21, 2660:2, 2663:8, 2666:18, 2669:19, 2674:7, 2680:18, 2682:7, 2684:9, 2684:15, 2685:22, 2689:13, 2689:23, 2689:24, 2690:6, 2690:20, 2693:13, 2693:21, 2695:7, 2696:1
**topic** [1] - 2639:10
**torture** [1] - 2681:14
**total** [3] - 2606:21, 2610:5, 2665:25
**touch** [1] - 2615:20
**toward** [10] - 2637:11, 2645:25, 2649:13, 2656:20, 2668:3, 2678:14, 2680:12, 2684:9, 2684:10, 2696:11
**tower** [1] - 2689:1
**towers** [1] - 2646:22
**traced** [1] - 2657:10
**tracing** [1] - 2649:16
**track** [1] - 2672:21
**tracking** [1] - 2687:19
**trailers** [1] - 2639:19
**TRANSCRIPT** [2] - 2600:19, 2602:17
**transcript** [1] - 2697:16
**transferred** [1] - 2648:16
**transition** [1] - 2660:14
**transmission** [10] - 2615:2, 2615:4, 2623:21, 2647:10, 2647:11, 2648:4, 2648:18, 2657:22, 2671:12
**transmit** [1] - 2620:24
**transmitted** [1] - 2621:2
**transmitting** [1] - 2671:14
**transport** [2] -

2658:11, 2673:11
**trapped** [2] - 2612:9, 2612:11
**TRAYLOR** [1] - 2600:23
**tree** [7] - 2614:3, 2640:1, 2645:23, 2645:24, 2646:4, 2657:24, 2680:1
**trench** [8] - 2608:11, 2608:16, 2617:25, 2692:10, 2694:3, 2694:10, 2694:16, 2694:18
**trenches** [1] - 2689:25
**TRIAL** [1] - 2600:19
**trial** [5] - 2609:15, 2619:17, 2628:24, 2642:1, 2668:6
**triggered** [1] - 2650:15
**trip** [1] - 2663:17
**trips** [1] - 2604:23
**trouble** [2] - 2635:16, 2642:14
**troubling** [1] - 2681:3
**truck** [1] - 2668:13
**trucks** [1] - 2680:3
**true** [2] - 2611:21, 2697:15
**truth** [1] - 2615:13
**try** [3] - 2629:12, 2654:11, 2681:9
**trying** [2] - 2672:7, 2692:3
**tug** [1] - 2642:2
**turn** [2] - 2643:18, 2683:22
**turned** [2] - 2611:15, 2635:1
**turning** [2] - 2620:4, 2621:16
**twist** [1] - 2658:14
**twisted** [2] - 2679:15, 2679:24
**two** [44] - 2605:18, 2607:22, 2608:7, 2608:14, 2611:15, 2612:5, 2613:4, 2614:1, 2617:9, 2620:16, 2620:22, 2621:20, 2624:7, 2624:9, 2624:18, 2624:19, 2636:6, 2646:13, 2647:8, 2647:19, 2647:20, 2649:20, 2656:11, 2658:18, 2658:25, 2664:14, 2665:25, 2666:15, 2667:21, 2668:5, 2669:2,

2669:21, 2670:17, 2676:4, 2677:20, 2680:17, 2687:7, 2687:21, 2691:2, 2692:21, 2694:5, 2694:6, 2694:10, 2695:17
**two-dimensional** [2] - 2614:1, 2649:20, 2669:2, 2669:21, 2676:4
**type** [2] - 2605:16, 2682:11
**types** [2] - 2606:11, 2625:4
**typical** [1] - 2670:20

# U

**U.S** [2] - 2626:14, 2651:18
**ultimately** [1] - 2615:8
**uncertain** [1] - 2633:25
**under** [24] - 2607:23, 2617:5, 2621:5, 2623:21, 2631:18, 2649:1, 2651:4, 2651:5, 2657:16, 2657:20, 2660:8, 2669:19, 2671:15, 2671:18, 2672:24, 2673:7, 2673:11, 2674:3, 2674:5, 2674:10, 2674:11, 2674:13, 2679:14, 2687:9
**under-base** [1] - 2607:23
**underlie** [1] - 2623:6
**underlies** [2] - 2646:7, 2650:25
**underlying** [7] - 2631:16, 2644:20, 2647:7, 2651:6, 2665:12, 2669:15, 2676:16
**undermining** [1] - 2621:5
**underneath** [2] - 2620:20, 2672:6
**undertake** [3] - 2604:21, 2605:3, 2633:19
**unfortunately** [1] - 2627:7
**unique** [3] - 2679:15, 2681:6, 2687:20
**United** [4] - 2607:8,

2641:6, 2697:14, 2697:24
**UNITED** [2] - 2600:1, 2600:20
**unity** [1] - 2688:6
**unless** [1] - 2643:10
**unquote** [1] - 2681:19
**unreliable** [1] - 2606:5
**unusual** [2] - 2631:18, 2696:8
**up** [23] - 2606:2, 2614:1, 2622:23, 2623:1, 2640:1, 2642:5, 2649:2, 2651:5, 2655:25, 2657:15, 2657:21, 2662:24, 2663:9, 2666:7, 2668:10, 2670:19, 2677:2, 2679:25, 2680:15, 2681:9, 2682:15, 2684:9, 2687:1
**update** [1] - 2609:13
**uplift** [24] - 2608:1, 2608:9, 2614:7, 2615:16, 2615:18, 2617:6, 2617:21, 2621:6, 2648:6, 2649:8, 2649:25, 2650:6, 2650:13, 2651:21, 2651:22, 2651:24, 2652:2, 2652:23, 2653:7, 2653:17, 2653:23, 2678:7, 2687:5, 2687:12
**uplift"** [1] - 2647:25
**upper** [1] - 2612:17, 2621:1, 2625:7
**upshot** [1] - 2686:2
**upstream** [1] - 2657:9
**upward** [3] - 2669:22, 2672:15, 2672:18
**useful** [1] - 2606:6

# V

**VA** [1] - 2602:12
**validate** [1] - 2610:25
**validation** [2] - 2611:4, 2696:22
**validity** [1] - 2612:3
**value** [4] - 2645:11, 2655:7, 2655:8
**variation** [1] - 2677:22
**varied** [1] - 2668:17
**variety** [3] - 2626:11, 2626:20, 2662:19
**various** [3] - 2615:21,

2616:5, 2655:21
**vectors** [4] - 2669:3, 2669:12, 2687:8, 2687:11
**vegetation** [2] - 2640:11, 2646:1
**velocity** [1] - 2647:11
**venture** [1] - 2682:21
**vertical** [15] - 2621:19, 2621:20, 2622:5, 2624:25, 2625:15, 2627:15, 2654:16, 2665:23, 2672:14, 2672:17, 2676:7, 2677:6, 2688:2, 2688:6
**vertically** [1] - 2690:15
**vicinity** [7] - 2622:4, 2625:4, 2625:16, 2646:20, 2675:18, 2694:16, 2694:18
**video** [2] - 2610:19, 2610:21
**view** [1] - 2686:19
**views** [4] - 2614:16, 2614:18, 2614:19
**Villavasso** [2] - 2659:4, 2689:18
**vintage** [1] - 2678:18
**virtually** [3] - 2648:17, 2671:20, 2680:23
**visualization** [1] - 2653:8
**visually** [1] - 2665:15
**voice** [1] - 2654:13
**volcano** [1] - 2671:16
**Volume** [10] - 2606:21, 2621:16, 2654:9, 2661:11, 2665:7, 2666:14, 2668:2, 2673:14, 2679:20
**volume** [1] - 2676:20

# W

**wait** [1] - 2653:3
**waiting** [1] - 2642:2
**walk** [1] - 2620:9
**WALKER** [1] - 2601:23
**walking** [1] - 2696:15
**wall** [48] - 2613:5, 2620:12, 2620:19, 2620:21, 2620:23, 2637:11, 2639:5, 2645:18, 2658:13, 2661:7, 2661:8, 2661:15, 2662:1, 2662:4, 2662:5,

2662:9, 2662:10, 2662:23, 2663:8, 2663:15, 2664:16, 2665:5, 2665:24, 2665:25, 2666:1, 2666:2, 2666:10, 2666:16, 2666:20, 2668:4, 2668:7, 2668:8, 2668:11, 2673:15, 2674:8, 2676:12, 2677:8, 2678:18, 2688:15, 2689:23, 2689:24, 2693:23, 2694:11, 2695:18, 2696:14

**walls** [4] - 2620:17, 2662:23, 2663:13, 2664:19

**Ward** [29] - 2605:10, 2610:12, 2610:14, 2613:6, 2614:5, 2614:23, 2616:14, 2619:9, 2619:12, 2620:2, 2622:3, 2622:9, 2623:6, 2623:17, 2625:21, 2625:25, 2626:2, 2635:20, 2645:21, 2649:21, 2667:11, 2674:2, 2675:13, 2675:16, 2679:12, 2684:20, 2685:21, 2695:19, 2695:25

**washed** [1] - 2671:2

**WASHINGTON** [2] - 2601:21, 2602:6

**Washington** [2] - 2639:20, 2641:5

**watch** [1] - 2653:23

**water** [108] - 2610:24, 2611:25, 2615:1, 2615:4, 2619:9, 2619:12, 2619:14, 2619:17, 2619:18, 2620:2, 2620:20, 2621:5, 2623:3, 2623:20, 2627:12, 2631:13, 2631:14, 2631:18, 2635:21, 2644:23, 2646:11, 2646:15, 2647:6, 2647:9, 2647:10, 2648:17, 2649:4, 2649:18, 2650:24, 2650:25, 2651:2, 2651:3, 2651:4, 2651:5, 2651:6, 2651:17, 2652:16, 2652:20, 2653:18, 2653:19, 2653:23,

2654:2, 2654:16, 2654:17, 2654:20, 2654:24, 2655:1, 2655:10, 2655:12, 2655:22, 2655:25, 2656:2, 2656:4, 2656:5, 2658:6, 2658:9, 2659:25, 2660:2, 2660:17, 2660:18, 2660:24, 2662:5, 2662:25, 2663:10, 2663:14, 2665:9, 2665:24, 2666:6, 2666:15, 2666:23, 2666:25, 2668:11, 2669:4, 2669:13, 2670:17, 2670:21, 2671:2, 2671:11, 2671:13, 2671:24, 2672:6, 2672:23, 2674:4, 2674:10, 2674:23, 2676:11, 2677:8, 2677:23, 2677:25, 2679:12, 2679:14, 2684:17, 2684:18, 2685:20, 2686:23, 2688:4, 2689:24, 2690:2, 2690:4, 2691:10, 2693:15, 2694:23, 2695:15, 2695:22

**waters** [4] - 2620:19, 2642:15, 2685:24

**waterstop** [3] - 2667:22, 2668:19, 2674:9

**waterstops** [1] - 2668:11

**wave** [4] - 2688:19, 2688:22, 2689:9, 2693:12

**wave-associated** [1] - 2689:9

**waves** [1] - 2655:13

**waviness** [1] - 2668:7

**wavy** [1] - 2668:4

**ways** [1] - 2655:8

**WEBB** [2] - 2602:8, 2602:8

**weed** [1] - 2664:18

**week** [1] - 2693:17

**weeks** [1] - 2611:24

**weight** [5] - 2648:20, 2648:23, 2649:2, 2657:19, 2673:5

**west** [2] - 2622:2, 2640:2

**western** [1] - 2688:25

**WGI** [1] - 2644:17

**WGI010754A** [1] - 2664:13

**WGI012802A** [1] - 2664:13

**whacking** [1] - 2664:18

**WHEREUPON** [2] - 2644:2, 2697:2

**white** [4] - 2639:18, 2641:4, 2642:4, 2642:18

**wide** [4] - 2621:25, 2622:1, 2626:11, 2662:19

**widely** [1] - 2663:7

**wider** [4] - 2609:24, 2614:24, 2615:5, 2666:11

**width** [4] - 2656:14, 2656:16, 2666:2, 2666:20

**WIEDEMANN** [4] - 2601:12, 2601:12, 2601:13

**wife** [1] - 2648:5

**WILSON** [2] - 2601:9, 2601:9

**wind** [1] - 2679:14

**windmill** [2] - 2651:5, 2651:14

**window** [1] - 2623:20

**winds** [1] - 2620:4

**wireless** [1] - 2652:9

**wish** [1] - 2635:23

**withdraw** [1] - 2630:14

**withstand** [1] - 2620:24

**WITNESS** [25] - 2625:23, 2626:6, 2630:8, 2630:13, 2630:25, 2631:2, 2634:15, 2640:18, 2640:20, 2653:11, 2659:25, 2660:7, 2663:6, 2672:1, 2672:3, 2674:21, 2675:3, 2681:2, 2686:5, 2690:3, 2690:6, 2690:11, 2690:15, 2694:19, 2694:22

**Witness** [3] - 2659:14, 2685:4, 2690:11

**witness** [2] - 2629:22, 2629:23

**Woodward** [1] - 2632:5

**Woodward-Clyde** [1] - 2632:5

**word** [2] - 2605:14, 2635:11

**words** [2] - 2643:2, 2691:17

**workers** [1] - 2626:18

**world** [3] - 2626:17, 2652:19, 2657:18

**WORLDGATE** [1] - 2602:12

**worldwide** [1] - 2606:10

**worthwhile** [1] - 2607:12

**written** [3] - 2633:8, 2641:8, 2692:3

## Y

**year** [3] - 2646:13, 2649:14, 2650:19

**years** [6] - 2606:10, 2622:18, 2622:23, 2623:2, 2646:14, 2670:17

**yellow** [5] - 2630:22, 2634:24, 2639:24, 2640:13, 2692:17

**yesterday** [5] - 2604:14, 2634:10, 2635:9, 2661:16, 2667:14

**YORK** [2] - 2601:10, 2602:6

## Z

**zero** [1] - 2677:21