UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

******************************************************************

IN RE:  KATRINA CANAL
BREACHES CONSOLIDATED
LITIGATION

                                CIVIL ACTION NO. 05-4182
                                SECTION "K" (2)
                                NEW ORLEANS, LOUISIANA
08:52AM                         FRIDAY, JULY 9, 2010, 9:00 A.M.

PERTAINS TO BARGE


*MUMFORD*   C.A. NO. 05-5724
AS TO CLAIMS OF PLAINTIFFS
JOSEPHINE RICHARDSON AND
HOLIDAY JEWELERS, INC.,
ONLY


*BENOIT*   C.A. NO. 06-7516
AS TO CLAIMS OF PLAINTIFFS
JOHN ALFORD AND JERRY
ALFORD ONLY

******************************************************************

**DAY 13, MORNING SESSION**
TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS:     BEST KOEPPEL TRAYLOR
                        BY:  LAURENCE E. BEST, ESQUIRE
                        2030 ST. CHARLES AVENUE
                        NEW ORLEANS LA  70130

```
 1  APPEARANCES CONTINUED:

 2

 3                         LAW OFFICES OF BRIAN A. GILBERT
                           BY:  BRIAN A. GILBERT, ESQUIRE
 4                         2030 ST. CHARLES AVENUE
                           NEW ORLEANS LA  70130
 5

 6                         KHORRAMI POLLARD ABIR
                           BY:  SHAWN KHORRAMI, ESQUIRE
 7                         44 FLOWER STREET, 33RD FLOOR
                           LOS ANGELES CA  90071
 8

 9                         WILSON GROCHOW DRUKER & NOLET
                           BY:  LAWRENCE A. WILSON, ESQUIRE
10                         223 BROADWAY, 5TH FLOOR
                           NEW YORK NY  10279
11

12                         WIEDEMANN & WIEDEMANN
                           BY:  LAWRENCE D. WIEDEMANN, ESQUIRE
13                              KARL WIEDEMANN, ESQUIRE
                           821 BARONNE STREET
14                         NEW ORLEANS LA  70113

15
                           PATRICK J. SANDERS
16                         ATTORNEY AT LAW
                           3316 RIDGELAKE DRIVE
17                         SUITE 100
                           METAIRIE LA  70002
18

19                         LAW OFFICE OF RICHARD T. SEYMOUR
                           BY:  RICHARD T. SEYMOUR, ESQUIRE
20                         1150 CONNECTICUT AVENUE N.W.
                           SUITE 900
21                         WASHINGTON DC  20036

22

23  FOR THE DEFENDANT:     CHAFFE McCALL
                           BY:  DEREK A. WALKER, ESQUIRE
24                         2300 ENERGY CENTRE
                           1100 POYDRAS STREET
25                         NEW ORLEANS LA  70163
```

1  APPEARANCES CONTINUED:

2

3                        GOODWIN PROCTER
                         BY:   JOHN D. ALDOCK, ESQUIRE
4                              MARK S. RAFFMAN, ESQUIRE
                               ADAM M. CHUD, ESQUIRE
5                              KIRSTEN V. K. ROBBINS, ESQUIRE
                               ERIC I. GOLDBERG, ESQUIRE
6                        901 NEW YORK AVENUE N. W.
                         DC   20001
7

8                        SUTTERFIELD & WEBB
                         BY:   DANIEL A. WEBB, ESQUIRE
9                        650 POYDRAS STREET, SUITE 2715
                         NEW ORLEANS LA   70130
10

11                       LAFARGE NORTH AMERICA, INC.
                         BY:   PETER KEELEY, ESQUIRE
12                       12950 WORLDGATE DRIVE
                         HERNDON VA   20170
13

14

15  OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RMR, CRR
                                 500 POYDRAS STREET, ROOM B406
16                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
17

18  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
    PRODUCED BY COMPUTER.

19

20

21

22

23

24

25

1              **I N D E X**

2

3    EXAMINATIONS                                    PAGE

4

5    **DANIEL RYAN**..........................................2858

6    VOIR DIRE EXAMINATION BY MR. WEBB......................2859

7    TRAVERSE EXAMINATION BY MR. BEST.......................2864

8    DIRECT EXAMINATION BY MR. WEBB.........................2868

9    CROSS-EXAMINATION BY MR. BEST..........................2882

10   REDIRECT EXAMINATION BY MR. WEBB.......................2915

11   **LARRY STROUSE**........................................2919

12   VOIR DIRE EXAMINATION BY MR. WEBB......................2919

13   TRAVERSE EXAMINATION BY MR. BEST.......................2923

14   DIRECT EXAMINATION BY MR. WEBB.........................2925

15   CROSS-EXAMINATION BY MR. BEST..........................2949

16   REDIRECT EXAMINATION BY MR. WEBB.......................2967

17

18

19

20

21

22

23

24

25

1                    **P-R-O-C-E-E-D-I-N-G-S**

08:52AM  2              FRIDAY, JULY 9, 2010

08:52AM  3          M O R N I N G   S E S S I O N

08:52AM  4              (COURT CALLED TO ORDER)

08:52AM  5
08:52AM
10:30AM  6

10:30AM  7         THE DEPUTY CLERK:  All rise, please.  Court is in

09:04AM  8    session.  Please be seated.

09:04AM  9         THE COURT:  Good morning.

09:04AM  10        VOICES:  Good morning, Your Honor.

09:04AM  11        THE COURT:  Mr. Webb, we are ready to proceed with

09:04AM  12   another witness?

09:04AM  13        MR. WEBB:  We are, Judge.  Call Captain Dan Ryan.

09:04AM  14        THE DEPUTY CLERK:  Would you please raise your right

15   hand.  Do you solemnly swear that the testimony which you are

16   about to give will be the truth, the whole truth and nothing but

17   the truth, so help you God?

18        THE WITNESS:  I do.

19                        **DANIEL RYAN**

20   was called as a witness and, after being first duly sworn by the

21   Clerk, was examined and testified on his oath as follows:

22        THE DEPUTY CLERK:  Please state and spell your name for

23   the record.

09:04AM  24        THE WITNESS:  Daniel Frederick Ryan, II.  D-A-N-I-E-L,

09:04AM  25   F-R-E-D-E-R-I-C-K, R-Y-A-N.

VOIR DIRE EXAMINATION

BY MR. WEBB:

Q.    Captain Ryan, what is your address?

A.    136 Rainbow Drive, Number 3683, Livingston, Texas.

Q.    And what is your occupation?

A.    Retired Coast Guard officer and maritime consultant.

Q.    Can you tell us about your education.

A.    1974, I graduated with a Bachelor's of Science from the United States Coast Guard Academy.  In 1984 to 1986, I attended the University of Michigan graduate school, where I received a Master of Science in naval architecture and a Master of Science in mechanical engineering.  And I have a professional engineering license from the State of Michigan.

Q.    Following college, did you serve in the United States Coast Guard?

A.    Yes.  I was commissioned in June of 1974.

Q.    When did you retire?

A.    In June of 2004.

Q.    Can you give us a list of assignments that you held while you were in the Coast Guard?

A.    Yes.  Starting in June of 1974, I was assistant engineer and damage control officer on a Coast Guard cutter U.S.C.G.C.  MUNRO, which is spelled M-U-N-R-O.  1977, I went to the marine inspection office in Seattle, Washington, where I started my marine safety career in the Coast Guard.

09:06AM 1          In 1979, I was transferred to the marine inspection office

09:06AM 2   in Rotterdam, the Netherlands.  From there in 1981, I went to the

09:06AM 3   marine inspection office in New York City.  In 1984 to 1986, I

09:06AM 4   was in graduate school at the University of Michigan.  From 1986

09:06AM 5   to 1990, I was on a technical plan review staff at the marine

09:06AM 6   safety center in Washington, D.C.

09:06AM 7          From 1990 to 1993, I was chief of the inspection department

09:06AM 8   at the Marine Safety Office San Francisco.  From there, I fleeted

09:06AM 9   up to be executive officer, alternate captain of the port at

09:07AM 10  Marine Safety Office San Francisco from 1993 to 1995.  From 1995

09:07AM 11  to 1997, I was executive officer at the marine inspection office

09:07AM 12  in Rotterdam, the Netherlands.

09:07AM 13         From 1997 to 2001, I was commanding officer and captain of

09:07AM 14  the port for the Marine Safety Office Morgan City, Louisiana, and

09:07AM 15  then I finished my career from 2001 to 2004 as chief of marine

09:07AM 16  safety, port security and environmental protection at the Eighth

09:07AM 17  Coast Guard District in New Orleans.

09:07AM 18  Q.   You testified that you served as the captain of the port in

09:07AM 19  Morgan City.  How do you get to be a captain of the port?

09:07AM 20  A.   You're -- a list of names is drawn up at the Coast Guard

09:07AM 21  headquarters and reviewed by the marine safety staff, and they

09:07AM 22  make their decisions based on your qualifications.

09:07AM 23  Q.   And, I'm sorry, were you finished?

09:07AM 24  A.   Yes.

09:07AM 25  Q.   What are the duties of the captain of the port?

09:08AM 1   A.   To ensure the port security and safety of the port as

09:08AM 2   defined by the Coast Guard regulations and U.S. law.

09:08AM 3   Q.   And what authority or power does the captain of the port

09:08AM 4   have?

09:08AM 5   A.   Primarily the authority comes from the 33 CFR Part 6.  It

09:08AM 6   is -- the power can be in the form of security zones, safety

09:08AM 7   zones, regulated navigation areas or captain of the port orders.

09:08AM 8   Q.   Did you ever serve as a branch chief in charge of other

09:08AM 9   captains of the port?

09:08AM 10  A.   Yes, my last three years here as chief of marine safety,

09:08AM 11  port security and environmental protection of the Eighth

09:08AM 12  Coast Guard District.  I was supervisor for six marine safety

09:08AM 13  offices on the inland rivers and six coastal marine safety

09:08AM 14  offices on the Gulf of Mexico.

09:08AM 15  Q.   So that would have been -- you would have been in charge of

09:09AM 16  12 captains of the port?

09:09AM 17  A.   Yes.

09:09AM 18  Q.   In any of the positions you held with the Coast Guard, did

09:09AM 19  you ever have any responsibilities regarding hurricane

09:09AM 20  protection?

09:09AM 21  A.   Yes.

09:09AM 22  Q.   Which ones?

09:09AM 23  A.   As commanding officer of the Marine Safety Office

09:09AM 24  Morgan City and as chief of the marine safety division in the

09:09AM 25  Eighth Coast Guard District.

09:09AM 1    Q.   As captain of the port in Morgan City, how many hurricanes

09:09AM 2    did you have the opportunity to prepare for?

09:09AM 3    A.   I would say at least 10 or 12.

09:09AM 4    Q.   Did any of your responsibilities have to do with planning

09:09AM 5    for hurricane protection?

09:09AM 6    A.   Yes.

09:09AM 7    Q.   As the captain of the port, did you also work with

09:09AM 8    U.S. Coast Guard regulations?

09:09AM 9    A.   Yes.

09:09AM 10   Q.   Where do Coast Guard regulations come from?

09:09AM 11   A.   Usually from the law passed by Congress and sometimes from

09:09AM 12   executive orders from the executive branch.

09:09AM 13   Q.   And what is the purpose of Coast Guard regulations?

09:10AM 14   A.   There can be various purposes.  46 CFR deals with ship

09:10AM 15   safety, and 33 CFR deals with port security and port safety and

09:10AM 16   waterways management issues.

09:10AM 17   Q.   Sir, have you ever written any Coast Guard regulations?

09:10AM 18   A.   Yes.

09:10AM 19   Q.   Which ones?

09:10AM 20   A.   The current regulation for port security of offshore oil

09:10AM 21   facilities, and the inland river vessel movement center, which

09:10AM 22   tracks barges on the inland rivers.

09:10AM 23   Q.   Did you ever write any captain of the port orders?

09:10AM 24   A.   Yes.

09:10AM 25   Q.   Please tell us what you know about Coast Guard

09:10AM 1    recommendations.

09:10AM 2    A.   The Coast Guard recommendations can be issued in a number of

09:10AM 3    ways.  In general, they are in addition to the regulations that

09:10AM 4    are not regulations but give guidance to industry and mariners on

09:10AM 5    accomplishing Coast Guard objectives.

09:10AM 6    Q.   And can you give us an example of a Coast Guard

09:11AM 7    recommendation?

09:11AM 8    A.   A Coast Guard recommendation might be that, in preparation

09:11AM 9    for a hurricane, to remove all hazardous material from a

09:11AM 10   waterfront facility.

09:11AM 11   Q.   Have you ever written any Coast Guard regulation --

09:11AM 12   recommendations, rather, when you served in the Coast Guard?

09:11AM 13   A.   Yes.

09:11AM 14   Q.   Can you tell me about some of those?

09:11AM 15   A.   One recommendation was how to -- on an offshore structure,

09:11AM 16   how to satisfy the requirement that a vessel be moored or

09:11AM 17   anchored when it's transferring oil.  We wrote a recommendation

09:11AM 18   that would allow the use of dynamic positioning in lieu of

09:11AM 19   mooring or anchoring.

09:11AM 20        MR. WEBB:  Your Honor, at this time we tender

09:11AM 21   Captain Ryan as an expert in Coast Guard regulations and

09:11AM 22   recommendations, as well as the duties and responsibilities of

09:11AM 23   the captain of the port and the district marine safety division.

09:11AM 24        MR. BEST:  Your Honor, although most of my examination

09:12AM 25   goes to the weight, with the court's indulgence, I would prefer

09:12AM  1  to ask a few questions now.

09:12AM  2          THE COURT:  Go ahead, sir.

09:12AM  3                    TRAVERSE EXAMINATION

09:12AM  4  BY MR. BEST:

09:12AM  5  Q.   Mr. Ryan, the moniker "captain" has reference to what?

09:12AM  6  A.   My rank when I retired from the Coast Guard.

09:12AM  7  Q.   Not.  Just so we're not confused, not as a -- it doesn't

09:12AM  8  mean a vessel captain.

09:12AM  9  A.   That's correct.

09:12AM 10  Q.   In fact, you have no marine licenses.

09:12AM 11  A.   No, I do not.

09:12AM 12  Q.   And your consulting experience is fairly limited, as I

09:12AM 13  understand; is that correct?

09:12AM 14  A.   I don't consider it limited, no.

09:12AM 15  Q.   Well, at least in terms of litigation.  At the time you gave

09:12AM 16  your deposition, I think you had only given one deposition in the

09:12AM 17  case.

09:12AM 18  A.   That's correct.

09:12AM 19  Q.   Is that right?

09:12AM 20  A.   That's correct.

09:12AM 21  Q.   And the opinions you gave in that case were about OSHA

09:12AM 22  reporting matters.

09:12AM 23  A.   That's correct.

09:12AM 24  Q.   And I understand your current employment includes working

09:12AM 25  for CRA, that's a Virginia company that -- where you audit and

09:13AM 1   assess courses funded by Homeland Security?

09:13AM 2   A.   That is correct.

09:13AM 3   Q.   That's not maritime in particular, is it?

09:13AM 4   A.   It depends on the course.  If it's a maritime course, it

09:13AM 5   would be maritime.

09:13AM 6   Q.   But what you're doing for them is not limited to maritime.

09:13AM 7   A.   That is correct.

09:13AM 8   Q.   It's broader.  It's on Homeland Security.

09:13AM 9   A.   That's correct.

09:13AM 10  Q.   You also were doing something for NCBRT, and that's the

09:13AM 11  National Center for what?

09:13AM 12  A.   Biological Research and Training.

09:13AM 13  Q.   And that, I think you said, is based on your security

09:13AM 14  experience?

09:13AM 15  A.   I was hired based on my Coast Guard experience.

09:13AM 16  Q.   Your CV lists a number of presentations.  None of the

09:13AM 17  presentations you've given have been on mooring, have they?

09:13AM 18  A.   Pardon?

09:13AM 19  Q.   None of the presentations listed in your CV had been on

09:13AM 20  mooring.

09:13AM 21  A.   That is correct.

09:13AM 22  Q.   Most of them, as I read the material, had been on security

09:13AM 23  and threats to security.

09:13AM 24  A.   I would have to review it, but I think there were also

09:14AM 25  presentations on waterways management issues.

09:14AM  1   Q.   And as I look back at your career, it seems a lot of your

09:14AM  2   career with the Coast Guard had sort of an engineering focus; is

09:14AM  3   that fair?

09:14AM  4   A.   No, I would say a marine safety focus.

09:14AM  5   Q.   Okay.  Well, at the Coast Guard Academy, your emphasis was

09:14AM  6   on general and electrical engineering; is that correct?

09:14AM  7   A.   The Coast Guard Academy only graduates Bachelor's of

09:14AM  8   Science.

09:14AM  9   Q.   Well, there are a lot of references in your CV at the

09:14AM 10   Coast Guard Academy to general electrical engineering matters,

09:14AM 11   aren't there?

09:14AM 12   A.   Yes.

09:14AM 13   Q.   And then you were an engineering officer responsible for

09:14AM 14   maintenance and repair of engineering systems.

09:14AM 15   A.   No.  Whole systems.  Deck machinery.

09:14AM 16   Q.   But -- all right.  And a lot of the vessel inspections that

09:14AM 17   you did were evaluating vessels for structure and strength and

09:14AM 18   the various systems.

09:14AM 19   A.   Yes.

09:14AM 20   Q.   And later, I think, you were a staff engineer.  You were

09:15AM 21   looking at structural issues, strength issues, and, in fact,

09:15AM 22   that's one of the reasons you went back to get a graduate degree

09:15AM 23   in naval architecture and marine engineering; is that right?

09:15AM 24   A.   The reason I went was that that tied into my emphasis on

09:15AM 25   marine safety.  And it also was structural fire protection and

09:15AM 1    stability.

09:15AM 2    Q.   And the only license you have is mechanical -- in Michigan

09:15AM 3    as a professional engineer.

09:15AM 4    A.   That's correct.

09:15AM 5    Q.   And specifically, you're not here to give opinions about

09:15AM 6    mooring arrangements.

09:15AM 7    A.   That's correct.  Only in regards to satisfying the

09:15AM 8    regulations.

09:15AM 9    Q.   And your opinions about regulations, as I understand it, are

09:15AM 10   based upon your experience.

09:15AM 11   A.   That's correct.

09:15AM 12   Q.   You're not here to tell the Court what the law is.

09:15AM 13   A.   No, I'm not.

09:16AM 14        MR. BEST:  Your Honor, just for the record, Your Honor

09:16AM 15   had made a ruling on a Motion in Limine with respect to the

09:16AM 16   plaintiff's expert, that he was not allowed to venture opinions

09:16AM 17   on compliance with federal regulations.  Most of this witness's

09:16AM 18   comments in his report, which is in evidence, do, in fact, make

09:16AM 19   such comments, and we wish to reserve our objections to the

09:16AM 20   extent the witness's opinions are invasive of the court's

09:16AM 21   responsibility and duties, and I would like to make that general

09:16AM 22   so that I do not need to interrupt the witness.

09:16AM 23        THE COURT:  Thank you, sir.

09:16AM 24        MR. BEST:  Thank you, Your Honor.

09:16AM 25        MR. WEBB:  Your Honor, also to remind the Court, we are

09:16AM 1    asking him about recommendations as well as regulations.

09:16AM 2         THE COURT:  Yes, sir, I understand.

09:16AM 3                    DIRECT EXAMINATION

09:16AM 4    BY MR. WEBB:

09:16AM 5    Q.   Captain Ryan, when were you hired in this matter?

09:16AM 6    A.   Around February of 2007.

09:16AM 7    Q.   What were you asked to do?

09:16AM 8    A.   I was asked to review some expert reports in regards to

09:17AM 9    Coast Guard regulations in regards to mooring of a barge in

09:17AM 10   preparation for a hurricane.

09:17AM 11   Q.   And what have you reviewed?

09:17AM 12   A.   I was initially provided with six or seven expert reports,

09:17AM 13   and I read them in general to see where they addressed the

09:17AM 14   Coast Guard regulations and Coast Guard recommendations.

09:17AM 15        MR. WEBB:  Your Honor, we already have an exhibit,

09:17AM 16   DX 201, which is his report, which is -- it's been in so we'll

09:17AM 17   move on.

09:17AM 18                    EXAMINATION

09:17AM 19   BY MR. WEBB:

09:17AM 20   Q.   Captain Ryan, in your earlier testimony, you stated you were

09:17AM 21   familiar with Coast Guard regulations; is that correct?

09:17AM 22   A.   Yes.

09:17AM 23   Q.   Are there any Coast Guard regulations specific for

09:17AM 24   preparation for hurricanes?

09:17AM 25   A.   No, there is not.

09:17AM 1   Q.   Are there any Coast Guard regulations specific to hurricanes

09:17AM 2 at all?

09:17AM 3   A.   No, there is not.

09:17AM 4   Q.   Have you ever visited the Lafarge North America dock in the

09:18AM 5 Inner Harbor Navigation Canal?

09:18AM 6   A.   Yes.

09:18AM 7   Q.   When did you conduct that dock inspection?

09:18AM 8   A.   It was February of 2009.

09:18AM 9   Q.   Are there any Coast Guard regulations that are specific to

09:18AM 10 that facility?

09:18AM 11   A.   Yes.

09:18AM 12   Q.   Which ones?

09:18AM 13   A.   In general, 33 CFR 6.19, which says that the ultimate

09:18AM 14 responsibility for the safety and security of the facility rests

09:18AM 15 with the owners or the operators.  And 33 CFR 162.75, which deals

09:18AM 16 with mooring and anchoring.

09:18AM 17   Q.   And what does 33 CFR 162.75 require at the Lafarge North

09:18AM 18 America dock?

09:18AM 19   A.   If you're mooring a barge there, it's to be clear of the

09:18AM 20 channel, and a bow and the stern line.

09:18AM 21   Q.   Sir, are these the only two regulations applicable to

09:18AM 22 Lafarge North America and its mooring to the ING 4727 at its dock

09:18AM 23 prior to Hurricane Katrina?

09:18AM 24   A.   Yes.

09:18AM 25   Q.   Based upon your review of testimony and documents, when did

09:19AM 1    the ING 4727 arrive at the dock?

09:19AM 2    A.    It was about 12 o'clock on Friday, the 26th of August.

09:19AM 3    Q.    Are there any applicable regulations regarding the initial

09:19AM 4    securing of 4727 to the dock?

09:19AM 5    A.    Yes.  The previously-mentioned regulation of 33 CFR 162.75.

09:19AM 6    Q.    Which requires what, sir?

09:19AM 7    A.    A bow and a stern line.

09:19AM 8    Q.    When did the off-loading of ING 4727 start?

09:19AM 9    A.    Around 12 o'clock on the 26th of August, Friday.

09:19AM 10   Q.    Did Lafarge have to notify the Coast Guard before -- that it

09:19AM 11   was starting to off-load cargo?

09:19AM 12   A.    No, they do not.

09:19AM 13   Q.    Are there any Coast Guard regulations applicable to the

09:19AM 14   starting of off-loading of cargo?

09:20AM 15   A.    No.

09:20AM 16   Q.    Are there any recommendations with respect to the

09:20AM 17   off-loading of cargo?

09:20AM 18   A.    Not for cement, no.

09:20AM 19   Q.    Who decides when to off-load a barge at the Lafarge

09:20AM 20   facility?

09:20AM 21   A.    The operator of the facility.

09:20AM 22   Q.    Did Lafarge violate any Coast Guard regulations regarding

09:20AM 23   starting the off-loading of the barge on Friday, August the 26th?

09:20AM 24        MR. BEST:  I have to object individually to that

09:20AM 25   question, Your Honor.  I think that calls for direct and specific

09:20AM 1    legal opinion.

09:20AM 2            THE COURT:  All right.  In other words, you're objecting

09:20AM 3    to him giving a legal opinion, in essence?

09:20AM 4            MR. BEST:  Yes, Your Honor.  I don't know how the

09:20AM 5    question can be answered other than legally, and I was asked not

09:20AM 6    to ask my expert questions in those terms.  I think if -- it's

09:20AM 7    one thing for the witness to say, based on my experience from an

09:20AM 8    operational standpoint, this is what we do or we don't do in my

09:20AM 9    experience with regard to this regulation.  It's entirely another

09:20AM 10   matter for him to assert what is or is not a violation.  That's

09:21AM 11   strictly a legal matter.

09:21AM 12           MR. WEBB:  Your Honor, this is kind of taking me by

09:21AM 13   surprise.  This is all in the report, there is no Motion in

09:21AM 14   Limine filed, and the *Daubert* hearing was not even had on this

09:21AM 15   expert.

09:21AM 16           THE COURT:  Let me make it clear that I will determine

09:21AM 17   whether any regulations filed regardless of any Motion in Limine

09:21AM 18   or not.  But since there was a failure to file a Motion in

09:21AM 19   Limine, I'm going to let the witness answer the questions, but

09:21AM 20   any legal opinion he has will be, if couched in that term, will

09:21AM 21   be given its appropriate weight, that is, if I agree with it or

09:21AM 22   not, because I'm going to make the determination.

09:21AM 23           MR. WEBB:  Your Honor, also, just to point out to the

09:21AM 24   Court, this witness has worked in the marine safety office

09:21AM 25   division, and they can --

09:21AM 1          THE COURT:  I understand.

09:21AM 2          MR. WEBB:  -- make a -- write someone up for a

09:21AM 3    violation --

09:22AM 4          THE COURT:  I understand that.

09:22AM 5          MR. WEBB:  Which I understand is not binding on this

09:22AM 6    Court.

09:22AM 7          THE COURT:  There may be a way to ask the question, but

09:22AM 8    I don't have experts tell me what the law is.

09:22AM 9          MR. WEBB:  Yes, sir, I understand that.

09:22AM 10         THE COURT:  Then I could just leave.

09:22AM 11         MR. WEBB:  That's not what I'm trying to do.  You won't

09:22AM 12   be able to leave until this afternoon.

09:22AM 13         THE COURT:  But subject to all of that, you might ask

09:22AM 14   him if he, did he, in his mind and based on his experience, was

09:22AM 15   there any violation, something like that.

09:22AM 16                          EXAMINATION

09:22AM 17   BY MR. WEBB:

09:22AM 18   Q.   I'm going to rephrase the question.  Captain Ryan, did

09:22AM 19   Lafarge fail to follow any U.S. Coast Guard regulations when it

09:22AM 20   initially had started off-loading its barge on Friday, August the

09:22AM 21   26th?

09:22AM 22   A.   No, they did not.

09:22AM 23   Q.   In your opinion, did Lafarge comply with Coast Guard

09:22AM 24   regulations regarding making up the barge to the dock upon

09:22AM 25   arrival?

09:23AM 1    A.    Yes.

09:23AM 2    Q.    Earlier you testified about 33 CFR 162.75, which applied to

09:23AM 3    the dock.  And your testimony was that it requires a bow and a

09:23AM 4    stern line.  Are there any Coast Guard regulations which require

09:23AM 5    a three-part mooring line?

09:23AM 6    A.    No.

09:23AM 7    Q.    Are there any Coast Guard regulations defining a temporary

09:23AM 8    mooring line?

09:23AM 9    A.    No.

09:23AM 10   Q.    Is there a Coast Guard regulation requiring -- well, let me

09:23AM 11   back up.  There has been testimony that there was a five-tier

09:23AM 12   barge secured to the dock and a two-tier barge secured to the

09:23AM 13   dock.  Is there any Coast Guard regulation requiring that the two

09:23AM 14   tiers be secured to each other?

09:23AM 15   A.    No.

09:23AM 16   Q.    Now, on a calm day without any wave or wind action, what is

09:23AM 17   the requirement to connect a barge to another barge or to the

09:24AM 18   Lafarge North America dock?

09:24AM 19   A.    A bow and a stern line.

09:24AM 20   Q.    Now, I want to talk a little bit about the New Orleans

09:24AM 21   maritime hurricane contingency port plan.  Are you familiar with

09:24AM 22   that?

09:24AM 23   A.    Yes, I am.

09:24AM 24   Q.    Can you tell us what it is, please?

09:24AM 25   A.    It's a plan that's authored by the Marine Safety Office

09:24AM 1   New Orleans now called "Sector New Orleans", that has two goals:

09:24AM 2   One is to advise industry, the maritime industry, of anticipated

09:24AM 3   actions that the Coast Guard will be taking at a set time period

09:24AM 4   and also to give recommendations to the industry in consideration

09:24AM 5   of preparing for a hurricane.

09:24AM 6   Q.    Who drafts it, please?

09:24AM 7   A.    The commanding officer of what is now called "Sector

09:24AM 8   New Orleans".

09:24AM 9   Q.    Did you ever participate in drafting a hurricane contingency

09:24AM 10  port plan?

09:24AM 11  A.    Yes, when I was commanding officer of Marine Safety Office

09:25AM 12  Morgan City.

09:25AM 13  Q.    Is a hurricane contingency port plan a regulation?

09:25AM 14  A.    No, it is not.

09:25AM 15  Q.    Could you please explain how the plan works.

09:25AM 16  A.    It's based on a four-step notification process called

09:25AM 17  Whiskey, X-Ray, Yankee, Zulu, and these are brought into being

09:25AM 18  issued as marine safety information bulletins based on the

09:25AM 19  arrival of gale-force winds at the Southwest Pass sea buoy.

09:25AM 20  Q.    Let's talk about Whiskey first.  What is the purpose of that

09:25AM 21  part of the plan?

09:25AM 22  A.    It's to advise that gale-force winds are expected in

09:25AM 23  72 hours at the Southwest Pass sea buoy and for industry to start

09:25AM 24  taking consideration of recommendations preparing for the

09:25AM 25  hurricane arrival.

09:25AM 1   Q.   How far from the Lafarge dock is the Southwest Pass sea

09:25AM 2   buoy?

09:25AM 3   A.   I think it's about 80 miles, as the crow flies.

09:26AM 4   Q.   With respect to Hurricane Katrina, when did the Coast Guard

09:26AM 5   put Whiskey into place?

09:26AM 6   A.   At 8:30 on Friday evening, the 26th of August.

09:26AM 7   Q.   Are there any specific recommendations as to the Lafarge

09:26AM 8   dock in the Whiskey portion of the plan?

09:26AM 9   A.   No.

09:26AM 10  Q.   Are there any specific recommendations as to the ING 4727 in

09:26AM 11  the Whiskey part of the plan?

09:26AM 12  A.   No.

09:26AM 13  Q.   Are there any general recommendations as to the Lafarge

09:26AM 14  North America dock in the Whiskey plan?

09:26AM 15  A.   No.

09:26AM 16  Q.   Are there any general recommendations as to 4727 in the

09:26AM 17  Whiskey part of the plan?

09:26AM 18  A.   No.

09:26AM 19  Q.   There has been testimony that a tug came in and turned the

09:26AM 20  barges around at the dock.  When Lafarge left the dock on

09:26AM 21  Saturday, August the 27th, what is your understanding of the

09:26AM 22  location of the 4727?

09:26AM 23  A.   That it was moored to the facility itself, and then there

09:27AM 24  was another loaded barge to the outboard side of it.

09:27AM 25  Q.   Earlier Mr. Busch testified he was instructed that the barge

09:27AM  1    he turned around -- be turned around at the dock to prepare for

09:27AM  2    the storm.  Are there any Coast Guard regulations requiring a

09:27AM  3    turnaround in preparation for a storm?

09:27AM  4    A.    No.

09:27AM  5    Q.    Are there any Coast Guard regulations preventing the

09:27AM  6    turnaround at a dock in preparation for a storm?

09:27AM  7    A.    No.

09:27AM  8    Q.    Are there any Coast Guard recommendations in connection with

09:27AM  9    turnaround in preparation for a storm?

09:27AM 10    A.    No.

09:27AM 11    Q.    Is there a Coast Guard regulation that requires the 4727,

09:27AM 12    after turnaround, be made up to the dock with wire rope?

09:27AM 13    A.    No.

09:27AM 14    Q.    Is there a Coast Guard recommendation that the 4727, after

09:27AM 15    turnaround, be made up to the dock with wire rope?

09:27AM 16    A.    No.

09:27AM 17    Q.    And after the turnaround, is there a Coast Guard regulation

09:27AM 18    that requires 47 be made up to the dock with any type of

09:28AM 19    connection?

09:28AM 20    A.    No.

09:28AM 21    Q.    Is there a recommendation that it be made up to the dock

09:28AM 22    with any type of connection?

09:28AM 23    A.    I'm sorry.

09:28AM 24    Q.    I'm sorry.  Let me rephrase the question.  After the

09:28AM 25    turnaround, is there a Coast Guard recommendation that the 4727,

09:28AM 1    which is outside, be made up to the dock with any type of

09:28AM 2    connection?

09:28AM 3    A.    No.

09:28AM 4    Q.    Earlier Mr. Busch testified that the barges were to be

09:28AM 5    connected to the dock using long-lining.  What is your

09:28AM 6    understanding of long-lining?

09:28AM 7    A.    As it was explained to me, they have rubber-coated pilings

09:28AM 8    installed at the facility, and they would wrap extra wraps of

09:28AM 9    line between the barge that was at the pier to the mooring bitt

09:28AM 10   that was on the pier, so that if the storm surge came in and

09:28AM 11   raised the barges, it would spool off and prevent damage to the

09:28AM 12   barge or to the facility.

09:28AM 13   Q.    Are there any Coast Guard regulations which apply to

09:29AM 14   long-lining?

09:29AM 15   A.    No.

09:29AM 16   Q.    Are there any recommendations which apply to long-lining?

09:29AM 17   A.    No.

09:29AM 18   Q.    Mr. Busch also testified he instructed Lafarge workers to

09:29AM 19   replace and add lines to secure barges at the dock before the

09:29AM 20   storm.  Are there any Coast Guard regulations regarding

09:29AM 21   replacement of lines to prepare for a storm?

09:29AM 22   A.    No.

09:29AM 23   Q.    Is there any regulation regarding adding lines to prepare

09:29AM 24   for a storm?

09:29AM 25   A.    No.

09:29AM 1   Q.   Is there a requirement in Whiskey to man the barge?

09:29AM 2   A.   No.

09:29AM 3   Q.   Is there a recommendation in Whiskey to man the barge 4727?

09:29AM 4   A.   No.

09:29AM 5   Q.   Is there a requirement to man the dock?

09:29AM 6   A.   No.

09:29AM 7   Q.   Is there a recommendation to man the dock?

09:29AM 8   A.   No.

09:29AM 9   Q.   Let's move to X-Ray.  What conditions are necessary to put

09:29AM 10  X-Ray into effect?

09:29AM 11  A.   That gale-force winds are expected in 48 hours at the

09:30AM 12  Southwest Pass sea buoy.

09:30AM 13  Q.   And when did the Coast Guard put X-Ray into effect?

09:30AM 14  A.   Around 4 o'clock on Saturday, the 27th of August.

09:30AM 15  Q.   Under X-Ray, are there any recommendations which apply to

09:30AM 16  Lafarge's dock facility?

09:30AM 17  A.   No.

09:30AM 18  Q.   Are there any recommendations -- are there any

09:30AM 19  recommendations which apply to the barge 4727?

09:30AM 20  A.   No.

09:30AM 21  Q.   Let's move on to phase Yankee.  Tell us about that, please.

09:30AM 22  A.   Yankee is supposed to be issued at gale-force winds at the

09:30AM 23  Southwest Pass sea buoy at 24 hours.  I can find no official

09:30AM 24  record that it was ever issued.

09:30AM 25  Q.   When -- the next phase is Zulu.  When was that condition to

09:30AM 1    be set?

09:30AM 2    A.   At 12 hours gale-force winds expected at the Southwest Pass

09:31AM 3    sea buoy.

09:31AM 4    Q.   And when was that put into effect for Katrina?

09:31AM 5    A.   At 12 o'clock on Sunday, the 28th of August.

09:31AM 6    Q.   What is the effect on the Port of New Orleans of moving to a

09:31AM 7    condition Zulu?

09:31AM 8    A.   All vessel traffic is stopped, and all operations at the

09:31AM 9    facilities handling oil or hazardous materials are stopped.

09:31AM 10   Q.   What part of condition Zulu is applicable to Lafarge

09:31AM 11   North America?

09:31AM 12   A.   None of their vessels can be moving.

09:31AM 13   Q.   Do any Coast Guard regulations define doubling up of a line?

09:31AM 14   A.   No.

09:31AM 15   Q.   Is there any Coast Guard regulation that requires doubling

09:31AM 16   up of a line?

09:31AM 17   A.   No.

09:31AM 18   Q.   Is there any Coast Guard regulation which requires that

09:31AM 19   lights be placed on the 4727 when it's at the Lafarge

09:32AM 20   North America dock?

09:32AM 21   A.   Only if it obstructs the channel.

09:32AM 22   Q.   Is there anything in the Coast Guard regulations requiring

09:32AM 23   taking on ballast as part of storm preparation for the mooring of

09:32AM 24   a hopper barge, like the 4727?

09:32AM 25   A.   No.

09:32AM 1    Q.    Is there anything in the Coast Guard recommendations

09:32AM 2    regarding ballasting that barge for the storm?

09:32AM 3    A.    No.

09:32AM 4    Q.    As the captain of the port, you have a table of

09:32AM 5    organizational equipment that you own; is that correct?

09:32AM 6    A.    Yes.

09:32AM 7    Q.    Based upon your experience in the New Orleans port, does a

09:32AM 8    table of organization equipment include a tugboat or a towboat

09:32AM 9    that the COTP owns?

09:32AM 10   A.    No.

09:32AM 11   Q.    So if a call is made to the captain of the port, he does not

09:32AM 12   have a tugboat or a towboat to send out to do any work; is that

09:33AM 13   correct?

09:33AM 14   A.    No.

09:33AM 15   Q.    Is that correct?

09:33AM 16   A.    I'm sorry.  Yes, that's correct.

09:33AM 17   Q.    As captain of the port, would you expect Lafarge to call you

09:33AM 18   to tell you it was mooring an empty barge to a full barge at its

09:33AM 19   dock in the Industrial Canal in preparation for a storm?

09:33AM 20   A.    No.

09:33AM 21   Q.    As captain of the port, do you have the power to take

09:33AM 22   control of the barge, if called, and order a tow company to move

09:33AM 23   it from the canal to the river?

09:33AM 24   A.    No.

09:33AM 25   Q.    As captain of the port, do you have the power to reopen the

09:33AM 1    St. Claude locks to the Industrial Canal after the Corps has

09:33AM 2    closed them?

09:33AM 3    A.    No.

09:33AM 4    Q.    Under the hurricane protection plan phases, was there any

09:34AM 5    prohibition of unloading cargo on Friday and Saturday before the

09:34AM 6    storm?

09:34AM 7    A.    No, there was not.

09:34AM 8    Q.    Let's talk about the barge specifically.  Have you viewed

09:34AM 9    photographs of the ING 4727?

09:34AM 10   A.    Yes.

09:34AM 11   Q.    Are you familiar with that type of barge?

09:34AM 12   A.    Yes.

09:34AM 13   Q.    Is the 4727 capable of moving under its own power?

09:34AM 14   A.    No.

09:34AM 15   Q.    Under the U.S. Coast Guard port plan, is it proper to moor

09:34AM 16   4727 at the Lafarge dock during a hurricane?

09:34AM 17   A.    Yes.

09:34AM 18   Q.    Was there any regulation requiring that it would be removed

09:34AM 19   from the canal during a hurricane?

09:34AM 20   A.    No.

09:34AM 21   Q.    Was there any Coast Guard recommendation that it be removed

09:34AM 22   from the canal --

09:34AM 23   A.    No.

09:34AM 24   Q.    -- before a storm?

09:34AM 25         Sir, do you know what a fleeting operation is?

09:34AM 1   A.    Yes.

09:34AM 2   Q.    Is Lafarge North America a fleeting operation?

09:35AM 3   A.    No.

09:35AM 4   Q.    Now, we talked about 33 CFR 162.75.  Is that the one that

09:35AM 5   requires bow and stern lines?

09:35AM 6   A.    Yes.

09:35AM 7   Q.    Did Lafarge North America meet that requirement?

09:35AM 8   A.    Yes, sir.

09:35AM 9   Q.    Overall, did Lafarge North America meet all U.S. Coast Guard

09:35AM 10  regulations regarding the mooring of the 4727 in preparation for

09:35AM 11  the storm?

09:35AM 12  A.    Yes.

09:35AM 13           MR. WEBB:  Excuse me, Your Honor.

09:35AM 14           THE COURT:  Yes, sir.

09:36AM 15           MR. WEBB:  That's it, Your Honor.

09:36AM 16           THE COURT:  Cross.

09:36AM 17                      CROSS-EXAMINATION

09:36AM 18  BY MR. BEST:

09:36AM 19  Q.    Mr. Ryan, by the way, I'm sorry, I forgot to introduce

09:36AM 20  myself earlier.  I'm Larry Best, one of the plaintiff's lawyers.

09:36AM 21  I was not at your deposition.  I met you before.

09:36AM 22      Although counsel didn't go into it in any great detail

09:36AM 23  today, you have given several opinions in your report, which is

09:36AM 24  in evidence, on doubling; is that correct?

09:36AM 25  A.    Yes.

09:36AM 1   Q.    And you have already told counsel that the New Orleans

09:36AM 2   maritime hurricane contingency port plan did, in fact, apply in

09:36AM 3   this setting.

09:36AM 4   A.    As a recommendation, yes.

09:36AM 5   Q.    And it applied on August 29, 2005 --

09:36AM 6   A.    Yes.

09:36AM 7   Q.    -- at the Lafarge facility.  And -- I'm sorry?

09:36AM 8   A.    Yes.

09:36AM 9   Q.    And may we see P 28, Annex B to that plan.  Are you familiar

09:37AM 10  with Annex B to the plan?

09:37AM 11  A.    Yes.

09:37AM 12  Q.    And that's part of the plan that you agree applies?

09:37AM 13  A.    As a recommendation.

09:37AM 14  Q.    As a recommendation?

09:37AM 15  A.    Yes.

09:37AM 16  Q.    And that Annex B is also something that applied at the

09:37AM 17  Lafarge facility on that date at that time.  Let me just get that

09:37AM 18  particular page reference.  It is IBCO 0085.  And if we can

09:37AM 19  enlarge the chart at the bottom of the page on recommended

09:38AM 20  precautionary measures for barges.

09:38AM 21        This is what I've just been talking about; is that correct?

09:38AM 22  A.    That's correct.

09:38AM 23  Q.    And it has two columns, moored and anchored.  The 4727 was a

09:38AM 24  moored barge?

09:38AM 25  A.    Yes.

09:38AM 1    Q.   And particularly Item 2 says, "Mooring lines doubled up with

09:38AM 2    due consideration given to the effects of predicted storm surge.

09:38AM 3    Special attention should be paid to barges moored in the

09:38AM 4    proximity of bridges."  And as I understand your opinion in this

09:38AM 5    case, as contained in your report --

09:38AM 6    A.   They had satisfied that.

09:38AM 7    Q.   They had satisfied that.  Okay.

09:38AM 8         Now, and as I understand your opinion that it satisfied the

09:38AM 9    doubling up requirement of Item 2, that's based on your belief

09:39AM 10   about what, or to what effect?

09:39AM 11   A.   That's my opinion as a captain of the port that the intent

09:39AM 12   of that recommendation is to double the strength of the mooring

09:39AM 13   system.  The traditional way to do that is by either adding extra

09:39AM 14   lines or using the same line twice on the same mooring system,

09:39AM 15   but --

09:39AM 16   Q.   That's the traditional way?

09:39AM 17   A.   The traditional way.  I looked at it, as the captain of the

09:39AM 18   port, is there an equivalent level of safety that can be achieved

09:39AM 19   by adding the same number of lines, keeping the lines the same

09:39AM 20   but of stronger strength?

09:39AM 21   Q.   Just to be clear, as I understand your report and your

09:39AM 22   deposition, you read the depositions in this case, saw that they

09:39AM 23   replaced one line and added a line, and came to the conclusion

09:39AM 24   that they had somehow doubled the strength; is that correct?

09:39AM 25   A.   I didn't come to the conclusion that they doubled the

09:39AM 1   strength.  I relied on an expert's report.

09:39AM 2   Q.   Okay.  So you had to have an expert to be able to determine

09:40AM 3   whether or not they had complied with Item 2.

09:40AM 4   A.   That they had increased the strength of the mooring system

09:40AM 5   by more than double, yes.

09:40AM 6   Q.   Of course, Lafarge, waterfront facilities like Lafarge don't

09:40AM 7   normally have cordage experts on the payroll at the dock to

09:40AM 8   advise their dock staff as to -- so that they can know what they

09:40AM 9   need to know to determine if they doubled up in the manner that

09:40AM 10  you've just said is satisfactory.

09:40AM 11  A.   That's correct.

09:40AM 12  Q.   That's correct.  And you yourself couldn't say whether or

09:40AM 13  not what the people described in the deposition was doubling up

09:40AM 14  except relying on an expert.

09:40AM 15  A.   That is correct.

09:40AM 16  Q.   And I think you admitted in your deposition, you would

09:40AM 17  expect a deckhand or a dock worker to follow the common practice

09:40AM 18  of either doubling the lines or using the same line twice.

09:40AM 19  A.   That is correct.

09:40AM 20  Q.   But based upon the depositions you read with respect to the

09:40AM 21  4727, that was not done here.

09:40AM 22  A.   But it was achieved.

09:40AM 23  Q.   That wasn't my question, sir.  I think if -- that the

09:41AM 24  traditional way of doubling up and that which you said you would

09:41AM 25  expect a deckhand or dock worker to do, which is follow the

09:41AM 1  common practice of either doubling the lines or using the same

09:41AM 2  line twice, based on the depositions you read, was that done

09:41AM 3  here?

09:41AM 4  A.   No.

09:41AM 5  Q.   No.  And, of course, somebody at -- a deck worker, a

09:41AM 6  deckhand or a dock worker looking at the ropes on a vessel, they

09:41AM 7  don't have equipment to do pull tests on the rope or catalogs to

09:41AM 8  consult to see what the strength of an individual rope is.

09:41AM 9  A.   No.  But as evidenced by the testimony of Mr. Busch and

09:41AM 10  Mr. Smith, they had experience, enough to know that the lines

09:41AM 11  that were there were not adequate for hurricane preparation.

09:41AM 12  They added bigger lines, stronger lines, and replaced a defective

09:41AM 13  line, and they added an additional line.  They were clearly

09:42AM 14  getting prepared for a hurricane.

09:42AM 15  Q.   Well, that's your opinion.

09:42AM 16  A.   Yes, it is.

09:42AM 17  Q.   Well, we'll get to some of their testimony in a minute, but

09:42AM 18  with respect to what they did, they replaced one old, worn line

09:42AM 19  at one end, but they left the other worn line or existing old

09:42AM 20  line at the other end.

09:42AM 21  A.   Because they believed it was adequate for the job.

09:42AM 22       MR. WEBB:  Your Honor, I object to the form of that

09:42AM 23  question.  It mischaracterizes previous testimony.

09:42AM 24       THE COURT:  Again, I'm going to allow the question, and

09:42AM 25  the witness can answer it either yes, no or I don't know or

09:42AM  1    that's not what I recall.

09:42AM  2            MR. BEST:  You can answer the question.

09:42AM  3            THE WITNESS:  They believed it was adequate for the job.

09:42AM  4                          EXAMINATION

09:42AM  5    BY MR. BEST:

09:42AM  6    Q.   My question was, they didn't replace an older existing line

09:42AM  7    at one end between the two barges.

09:42AM  8    A.   And I agree with that because they described it as adequate

09:42AM  9    in their testimony.

09:42AM 10    Q.   And then they added two new lines to -- one at the other end

09:42AM 11    and one somewhere in the middle.

09:42AM 12    A.   That's correct.

09:42AM 13    Q.   Those lines are going to be significantly stronger than the

09:43AM 14    existing line, which has been used before and lost strength;

09:43AM 15    right?

09:43AM 16    A.   I depended on the expert testimony.

09:43AM 17    Q.   And so as captain of the port, you're not aware that as

09:43AM 18    lines are used, they lose strength over a period of time through

09:43AM 19    use?

09:43AM 20    A.   Yes, I am aware.

09:43AM 21    Q.   So two new ropes are going to be stronger than the old rope

09:43AM 22    at the other end.

09:43AM 23    A.   That's correct.

09:43AM 24    Q.   That's correct.  And so with respect to the end that was not

09:43AM 25    replaced, the strength of that line was not doubled up or

09:43AM 1   increased in any way.

09:43AM 2   A.   As the captain of the port, I looked at it as a mooring

09:43AM 3   system.

09:43AM 4   Q.   I didn't ask you that.  That wasn't my question, sir, and

09:43AM 5   I'm just asking for an answer to my question.  Would you agree,

09:43AM 6   sir, that as to that line -- I didn't ask you about the system --

09:43AM 7   as to that line, it was -- the strength of it was not double?

09:43AM 8   A.   As a captain of the port, I look at the entire system.  The

09:43AM 9   recommendation is --

09:43AM 10          THE COURT:  Okay.  Okay.  He's asking a question.  You

09:44AM 11  need to answer it yes, no or I don't know, and then you can

09:44AM 12  explain it.  And the question is, is the line that was not

09:44AM 13  replaced, was it doubled up?

09:44AM 14          THE WITNESS:  Yes, Your Honor.  I don't know.

09:44AM 15                        EXAMINATION

09:44AM 16  BY MR. BEST:

09:44AM 17  Q.   You don't know.

09:44AM 18       Well, by the way, you said that you looked at it as a

09:44AM 19  system, the mooring system was doubled up.  The strength of the

09:44AM 20  mooring system was doubled.

09:44AM 21  A.   Yes.

09:44AM 22  Q.   If you read line two, it doesn't say anything about the

09:44AM 23  mooring system, does it?  It says mooring lines doubled up,

09:44AM 24  doesn't it?

09:44AM 25  A.   That is correct.

09:44AM 1    Q.    I read it correct?

09:44AM 2    A.    Yes.

09:44AM 3    Q.    There is nothing, no place, no -- nothing in the hurricane

09:44AM 4    port plan, some definition in Annex 42 C that says mooring lines

09:44AM 5    means mooring systems, is there?

09:44AM 6    A.    That's correct.

09:44AM 7    Q.    And once you have a barge moored in this fashion, with two

09:45AM 8    new lines and an old existing line, in your experience as the

09:45AM 9    captain of the port, particularly in Morgan City with

09:45AM 10   responsibility for preparing for ten hurricanes, which line is

09:45AM 11   going to fail first?

09:45AM 12   A.    I don't know.

09:45AM 13   Q.    You don't know that, either?

09:45AM 14   A.    No.  I don't know the loads on that barge, I don't know

09:45AM 15   what's affecting the barge.

09:45AM 16   Q.    Well, don't you know that as between a new line and an old

09:45AM 17   line which one is stronger?

09:45AM 18   A.    Yes.

09:45AM 19   Q.    Which one?

09:45AM 20   A.    The new line.

09:45AM 21   Q.    Which one is going to fail first?

09:45AM 22   A.    I don't know.

09:45AM 23   Q.    You don't know.

09:45AM 24   A.    It's going to be a result of the forces and how they are

09:45AM 25   acting on --

09:45AM 1        THE COURT:  You can say, sir, if there is equal force,

09:45AM 2   which we don't know if that was true, on each line that is

09:45AM 3   increasing incrementally which one would break first.  That's

09:45AM 4   intuitive.

09:45AM 5        Is that what you want to ask?  He's saying that it depends

09:45AM 6   on the forces.  There may have been more force on one line than

09:46AM 7   another line.  I certainly don't know that.

09:46AM 8                              EXAMINATION

09:46AM 9   BY MR. BEST:

09:46AM 10  Q.   If your company that you're testifying here for had an

09:46AM 11  expert in this court in cordage who admitted that an old, worn

09:46AM 12  line is a weak link and will fail before the new lines, you then

09:46AM 13  defer to him because he's the same expert you relied upon for

09:46AM 14  your doubling figures; is that right?

09:46AM 15  A.   Yes.

09:46AM 16  Q.   So then by doubling the strength of the mooring system in

09:46AM 17  the manner you have described, if your cordage expert, Lafarge's

09:46AM 18  cordage expert, is correct, then we still, although we may have,

09:46AM 19  in your opinion, doubled the strength of the system, we've got a

09:46AM 20  weak link in the old rope that wasn't replaced.

09:46AM 21  A.   Yes.

09:46AM 22  Q.   I maybe can do this more quickly with the Elmo.

09:47AM 23       Has Lafarge furnished you with *Knight's Modern Seamanship,*

09:47AM 24  *16th Edition*, Plaintiff's Exhibit 395 --

09:47AM 25  A.   No, they have not.

09:47AM  1   Q.     -- for a definition of doubling up?

09:47AM  2   A.     No.  They've shown me the xerox copy of that page, yes.

09:47AM  3   Q.     Then you're familiar with its definition of double up and

09:47AM  4   single up?

09:47AM  5   A.     Yes.

09:47AM  6              MR. WEBB:  Your Honor, to be correct, when counsel

09:47AM  7   submitted this as an exhibit, this is actually out of the 1942

09:47AM  8   edition, not the 16th edition.  It's incorrect.

09:47AM  9              MR. BEST:  Then I have an incorrect cover sheet that I'm

09:47AM 10   referring to.

09:47AM 11              MR. WEBB:  Part of what you have is correct.  Part of

09:47AM 12   what you have is incorrect.  This is from the 1942 edition.

09:47AM 13                              EXAMINATION

09:47AM 14   BY MR. BEST:

09:47AM 15   Q.     Nonetheless, sir, this definition of double up and secure,

09:48AM 16   run any additional lines and double them up as necessary, is very

09:48AM 17   similar to what you said is the traditional definition of double

09:48AM 18   up that you understand from your career.

09:48AM 19   A.     It's one of two traditional definitions.

09:48AM 20   Q.     What's the other traditional definition?

09:48AM 21   A.     Use the same line again.

09:48AM 22   Q.     Nowhere is your opinion that doubling the strength of the

09:48AM 23   system constitutes doubling up.  Nowhere does that appear in

09:48AM 24   writing, does it?

09:48AM 25   A.     That is correct.

09:48AM 1   Q.   And there are no authorities you can direct the Court to,

09:48AM 2   where that opinion of yours is documented or supported?

09:48AM 3   A.   That is correct.

09:48AM 4   Q.   And, in fact, on this same page, single up, "Take in all

09:48AM 5   additional lines, leaving as few as absolutely necessary to hold

09:48AM 6   the ship temporarily," is that another definition you're familiar

09:48AM 7   with from your career?

09:48AM 8   A.   Only since I've seen that.

09:48AM 9   Q.   Oh, you mean before you saw this you had not heard of that?

09:48AM 10  A.   Not as -- I knew what single up was, but I didn't see a

09:49AM 11  written definition.

09:49AM 12  Q.   But that's -- that is in accord with your understanding

09:49AM 13  traditionally of the definition of single up.

09:49AM 14  A.   Yes.

09:49AM 15  Q.   Getting a vessel ready for departure.

09:49AM 16  A.   Not necessarily.

09:49AM 17  Q.   And I want you to assume, sir, that the dock crew members

09:49AM 18  who testified here in court about the mooring of the 4727

09:49AM 19  testified that they were told by Mr. Busch that he called for the

09:49AM 20  barge to be picked up and that they expected it to be picked up,

09:49AM 21  that would be one reason for a dock crew to secure a barge by

09:49AM 22  three single-part lines as opposed to multiple parts or doubling

09:50AM 23  up in the traditional manner.

09:50AM 24  A.   That's not my understanding.  From the testimony I read,

09:50AM 25  they specifically added lines in preparation for the hurricane,

09:50AM 1    not for the barge to be picked up, which they didn't expect to

09:50AM 2    happen for days.

09:50AM 3    Q.   That wasn't my question, sir.  I didn't ask you what you

09:50AM 4    understood.  I asked you to assume that that was their testimony

09:50AM 5    here in Court.  You were not here to hear their testimony in

09:50AM 6    court, were you?

09:50AM 7    A.   No, I only read their depositions.

09:50AM 8    Q.   Right.  And I'm asking you to assume that they said those

09:50AM 9    things.  Wouldn't three single-part lines be in accordance with

09:50AM 10   singling up as a temporary mooring?

09:50AM 11   A.   I disagree.

09:50AM 12   Q.   You disagree.

09:50AM 13        How was the north tier moored?

09:50AM 14   A.   I don't know.

09:50AM 15   Q.   I'm sorry?  Didn't you review the deposition testimony in

09:50AM 16   this case?

09:50AM 17   A.   It wasn't clear to me.  They said that they had had several

09:51AM 18   lines on the north tier.  I don't remember a specific number.

09:51AM 19   Q.   You don't -- just one moment.  Your report says that you

09:51AM 20   reviewed the deposition of Mr. Roland Johnson.

09:51AM 21   A.   Yes.

09:51AM 22   Q.   I'm going to show you on the Elmo, because it's quick and

09:51AM 23   easy for me.  "With regard to your activities on the group of

09:51AM 24   barges, did you moor all the barges the same way to each other?"

09:51AM 25   "Yes."  And he goes on to say, "Anyplace there was a place to

09:51AM 1    secure the barges, they were secured.  With regard to the barges

09:51AM 2    they were tied together.  Every little bitt, kevel, cleat, yes,

09:51AM 3    had a rope on it."  Do you remember that?

09:51AM 4    A.    Yes.

09:52AM 5    Q.    That's not how the 4727 was moored, is it?

09:52AM 6    A.    No.

09:52AM 7    Q.    And if you also assume and, further, his testimony on the

09:52AM 8    next page that it wasn't a single rope connecting, there were

09:52AM 9    several circles of rope, "I can say the rope went around each

09:52AM 10   cleat more than once on the group of barges."  Do you remember

09:52AM 11   that?

09:52AM 12   A.    Yes.

09:52AM 13   Q.    So that's a different type of mooring on the north tier than

09:52AM 14   on the 4727, isn't it?

09:52AM 15   A.    Based on his testimony, yes.

09:52AM 16   Q.    And you've seen other testimony that there were cables used

09:52AM 17   on the north -- steel cables used on the north tier?

09:52AM 18   A.    Yes.

09:52AM 19   Q.    That wasn't used on the 4727, either, was it?

09:52AM 20   A.    No.

09:52AM 21   Q.    Don't those additional facts suggest to you again that the

09:52AM 22   mooring was -- on the 4727 was temporary for pick up of the

09:52AM 23   barge, which had been released for pick up?

09:52AM 24   A.    No.

09:52AM 25   Q.    Well, then, would you -- what is your opinion as to why they

09:52AM 1   would moor every bitt and every kevel and every cleat on the

09:53AM 2   north tier and use steel cables on the north tier but do three

09:53AM 3   single-part lines, including one old line, on the 4727?

09:53AM 4   A.   It's not in their testimony, but I would assume that it's

09:53AM 5   because there is five barges in that tier and there was only two

09:53AM 6   barges in the south tier.

09:53AM 7   Q.   And that justifies a totally different mooring approach for

09:53AM 8   the 4727.

09:53AM 9   A.   I don't know what was in their mind.

09:53AM 10  Q.   And the 4727 was a light barge.

09:53AM 11  A.   Yes.

09:53AM 12  Q.   That was floating some 8 feet higher than the loaded barge

09:53AM 13  to which it was moored.

09:53AM 14  A.   That's correct.

09:53AM 15  Q.   And as a captain of the port, you know that diagonal mooring

09:53AM 16  lines that have to bend over the edge of a barge lose strength.

09:53AM 17  A.   I do not know that.

09:53AM 18  Q.   You don't know that, either.  If Lafarge's cordage expert

09:53AM 19  has so testified, you would accept his testimony?

09:53AM 20  A.   Yes.

09:53AM 21  Q.   So if you were on the dock doing inspection of mooring of

09:53AM 22  the people at Lafarge, you wouldn't know what effect that bent

09:54AM 23  mooring line would have had on the strength of a mooring for a

09:54AM 24  hurricane, would you?

09:54AM 25  A.   No.

09:54AM 1  Q.   No.   That's one reason that mooring crews, whether they are

09:54AM 2  seamen that are deckhands on the vessels or whether they are the

09:54AM 3  dock crews, have experienced, hands-on supervisors who moor

09:54AM 4  vessels every day telling them what to do and making sure they do

09:54AM 5  it right.

09:54AM 6  A.   That's correct.

09:54AM 7  Q.   And that's not your job.

09:54AM 8  A.   No.

09:54AM 9  Q.   And going to the CFR, this is 33:162.175 that you've

09:54AM 10 acknowledged, in your opinion and based upon your experience, had

09:54AM 11 applicability to this facility at this location at this time; is

09:54AM 12 that correct?

09:54AM 13 A.   Yes.

09:54AM 14 Q.   You were asked whether or not it says anything about

09:54AM 15 hurricanes.   There is no exemption anywhere in the CFR that says

09:55AM 16 these rules are suspended for hurricanes, is there?

09:55AM 17 A.   That's correct.

09:55AM 18 Q.   The first sentence says, "When tied up individually, all

09:55AM 19 vessels and tows shall be moored by bow and stern lines."   That's

09:55AM 20 the one that you told Mr. Webb in your opinion dealt with the

09:55AM 21 mooring of the 4727.

09:55AM 22 A.   Yes.

09:55AM 23 Q.   In your opinion, the 4727 is a vessel.

09:55AM 24 A.   Yes.

09:55AM 25 Q.   In your opinion, it was moored by bow and stern lines.

09:55AM 1    A.    Yes.

09:55AM 2    Q.    Now, the 4727 was of what dimensions?

09:55AM 3    A.    Basically, 35 feet wide by 200 feet long.

09:55AM 4    Q.    Do you know what its tonnage was?

09:55AM 5    A.    I believe it's at-measured tonnage was 750.

09:55AM 6    Q.    750 tons?

09:55AM 7    A.    That's a volume measurement.  I don't know what it is in

09:55AM 8    weight.

09:55AM 9    Q.    Is it fair to say that this regulation doesn't distinguish

09:56AM 10   between a 750-ton vessel and a 20-foot outboard motorboat?  It

09:56AM 11   just says vessels.

09:56AM 12   A.    That's correct.

09:56AM 13   Q.    Both of those are vessels.

09:56AM 14   A.    Yes.

09:56AM 15   Q.    But the mooring arrangements for either of -- for those two

09:56AM 16   vessels will be vastly different.

09:56AM 17   A.    I disagree.

09:56AM 18   Q.    Okay.  Well, if not -- maybe a poor choice of words.  The

09:56AM 19   mooring will be vastly different.

09:56AM 20   A.    The number of lines would be the same.  I would expect the

09:56AM 21   strength of the lines to be different, yes.

09:56AM 22   Q.    The strength would be different.  Yes.  For example, a small

09:56AM 23   30-foot boat might be moored with a nylon -- a polypropylene line

09:56AM 24   that looks, I guess, something like a ski rope that you might use

09:56AM 25   when you go water skiing.

09:56AM 1  A.   Yes.

09:56AM 2  Q.   For the barge, you need something much more substantial.

09:56AM 3  A.   Yes.

09:56AM 4  Q.   And this regulation doesn't deal with any of that; right?

09:56AM 5  A.   That is correct.

09:56AM 6  Q.   And as someone who has, I think you said, been involved in

09:56AM 7  writing at least port plans, if not federal regulations, you know

09:56AM 8  that you have to make the regulations broad enough to fit the

09:57AM 9  large variety of vessels and circumstances that are out there.

09:57AM 10  A.   Yes.  And to leave it up to marine industry for good marine

09:57AM 11  practice.

09:57AM 12  Q.   And so you would recommend to dock personnel or vessel

09:57AM 13  personnel attempting to comply with this regulation to do what is

09:57AM 14  reasonable and customary with respect to that type vessel and

09:57AM 15  that type location.

09:57AM 16  A.   I wouldn't recommend it to them.  I would expect them to do

09:57AM 17  it.

09:57AM 18  Q.   You would expect.  That's fair.  Thank you.

09:57AM 19     And you would expect them to see that it was moored

09:57AM 20  securely.

09:57AM 21  A.   Yes.

09:57AM 22  Q.   And the purpose of this regulation and those in which it is

09:57AM 23  contained is safety, marine safety.

09:57AM 24  A.   Yes.

09:58AM 25  Q.   And part of marine safety, particularly in terms of mooring

09:58AM 1  of vessels, is to protect other vessels and structures from

09:58AM 2  collisions or allisions.

09:58AM 3  A.    Yes, sir.

09:58AM 4  Q.    That's why mooring is so important.

09:58AM 5  A.    Yes.

09:58AM 6  Q.    And it's particularly important with respect to a barge,

09:58AM 7  which has no living accommodations, no power of its own, no crew.

09:58AM 8  A.    Yes.

09:58AM 9  Q.    For example, if a motor vessel breaks away and there is a

09:58AM 10 crew on board, well, somebody can go start the engines and

09:58AM 11 potentially navigate out of danger.

09:58AM 12 A.    If there is a crew on board.

09:58AM 13 Q.    Right.  But that's not true of a barge.

09:58AM 14 A.    Not unless there's an assist tug standing by.

09:58AM 15 Q.    Right.

09:58AM 16     Now, as I understand your opinion and your report, it was

09:58AM 17 not elaborated upon on direct.  The first sentence applies, as

09:59AM 18 we've already discussed, and to you --

09:59AM 19 A.    Which paragraph?  You said the first sentence.

09:59AM 20 Q.    Yes.  Subpart three, subpart double i, lower case i.  The

09:59AM 21 first sentence applies.  And to comply with that, you would

09:59AM 22 expect people -- you would expect deck crews and/or dock crews to

09:59AM 23 securely moor the vessels with bow and stern lines.

09:59AM 24 A.    As a minimum, yes.

09:59AM 25 Q.    Yes, as a minimum.

09:59AM 1      But the second sentence, "Tows shall be secured at

09:59AM 2  sufficiently frequent intervals to insure they are not being

09:59AM 3  drawn away from the bank by winds, currents or the suction of

09:59AM 4  passing vessels."  As I understand your report, you're of the

09:59AM 5  opinion that does not apply.

09:59AM 6  A.   When the 4727 was moored as an individual barge, it was not

09:59AM 7  a part of a tow.

09:59AM 8  Q.   When was that that it was moored as an individual barge?

09:59AM 9  A.   When it was delivered.

09:59AM 10  Q.   Well, wasn't it moored next to the 4745 with which it came

10:00AM 11  in?

10:00AM 12  A.   I never read anything that said it came in with the 47.

10:00AM 13  Q.   You're not aware that Lafarge had those two barges brought

10:00AM 14  in together in a tow down the Mississippi because of a cement

10:00AM 15  shortage as hot, hot, hot barges?

10:00AM 16  A.   No, I was not.

10:00AM 17  Q.   And nobody has given you the testimony of Ms. Carrie Jenks

10:00AM 18  of Lafarge, who testified by deposition on Wednesday morning to

10:00AM 19  that effect.

10:00AM 20  A.   No.

10:00AM 21      MR. WEBB:  Your Honor, I object to the relevancy of

10:00AM 22  anything Ms. Jenks might have said or not said.  This man is

10:00AM 23  testifying about Coast Guard regulations, not about the internal

10:00AM 24  operations of Lafarge North America.

10:00AM 25      THE COURT:  Counsel, do you have any response?  He's

10:00AM 1    made an objection.

10:00AM 2            MR. BEST:  I think it's entirely relevant.  I asked

10:00AM 3    Ms. Jenks the question because I knew this issue was coming up,

10:01AM 4    and I established in that deposition and the record will reflect

10:01AM 5    that these two barges that were tied here together at this dock

10:01AM 6    were brought as a tow into the City of New Orleans.

10:01AM 7            THE COURT:  Okay.

10:01AM 8            MR. BEST:  And I'm asking him to assume --

10:01AM 9            THE COURT:  He just assumes that.

10:01AM 10           MR. BEST:  That's right.

10:01AM 11                          EXAMINATION

10:01AM 12   BY MR. BEST:

10:01AM 13   Q.   And I want you to assume that that's true, that it came in

10:01AM 14   as a tow with that barge to which it was moored.  We're in

10:01AM 15   agreement, okay?

10:01AM 16   A.   Yes.

10:01AM 17   Q.   We got that.  Now, you don't know of any time when that

10:01AM 18   barge, the 4727, was actually just moored by itself alone and not

10:01AM 19   to any other barges, do you?

10:01AM 20   A.   No.

10:01AM 21   Q.   In fact, that doesn't appear anywhere in any of the

10:01AM 22   depositions you've read.

10:01AM 23   A.   No.

10:01AM 24   Q.   But just so, for clarity, is it your testimony that a tow

10:01AM 25   cannot be one vessel, one barge?

10:01AM 1    A.   When it's attached to a tug, yes.  But if the tug departs,

10:01AM 2    it's no longer a part of a tow.

10:01AM 3    Q.   So even if it's tied up at the dock and the crew has made it

10:01AM 4    ready to be towed by the towboat that's coming to get it, it's

10:02AM 5    not a tow until it's left the dock.

10:02AM 6    A.   Until it's attached to the tug, yes.

10:02AM 7    Q.   Well, then, once it attached to the tug and it becomes a

10:02AM 8    tow, why do we have to be concerned about it being secured at

10:02AM 9    sufficiently frequent intervals to ensure that it's not going to

10:02AM 10   be drawn from the bank by winds, currents or suction, because by

10:02AM 11   the time you've said this applies, the tow has control over it

10:02AM 12   and can control where it goes?

10:02AM 13   A.   If the tug attached to it and did not move it immediately,

10:02AM 14   it would be a tow in preparation for leaving.  And what I would

10:02AM 15   say as the captain of the port is, if it was just one barge or

10:02AM 16   two barges attached to a tug, a bow and a stern line may be

10:02AM 17   sufficient to keep it being from drawn away from the bank.

10:02AM 18   Q.   Okay.  You're getting into the mooring, and you're ahead of

10:02AM 19   me.  Let's go back.  I'm talking about your opinion in your

10:02AM 20   report, that sentence two of subpart three, double part i, does

10:02AM 21   not apply to the 4727.  Do you recall that opinion?

10:03AM 22   A.   Yes.

10:03AM 23   Q.   And you said, as I understood it, it was not a tow.

10:03AM 24   A.   Yes.

10:03AM 25   Q.   Okay.  Now, let's assume that it came in as a tow.  It's

10:03AM 1    moored to the dock at the time of Hurricane Katrina to that same

10:03AM 2    vessel it came in with, does that change your opinion?

10:03AM 3    A.    It would change my opinion that it was a tow but not that it

10:03AM 4    was not moored properly.

10:03AM 5    Q.    Okay.  So then we are in agreement that both of these

10:03AM 6    sentences apply under those circumstances to 4727 at the time of

10:03AM 7    Hurricane Katrina.

10:03AM 8    A.    As the facts that you've given me, yes.

10:03AM 9    Q.    And it makes sense that tows have to be secured in the

10:03AM 10   manner this regulation describes because of the things we

10:03AM 11   discussed earlier about the risks if the tow breaks away.

10:03AM 12   A.    And also because tows can be quite long.  They can be up to

10:03AM 13   1100 feet long, which would be five barges, easily drawn away

10:03AM 14   from the bank.

10:03AM 15   Q.    And you've just said that the -- in your opinion, it's

10:04AM 16   satisfactory that the tow was moored at the bow and stern.

10:04AM 17   A.    Yes.

10:04AM 18   Q.    Meaning, the one adjacent to the dock is moored to the dock

10:04AM 19   bow and stern, and the 4727 is moored to that one, in turn, bow

10:04AM 20   and stern.

10:04AM 21   A.    Yes.

10:04AM 22   Q.    And, of course, as you've already said, you expect those

10:04AM 23   moorings to be secure and adequate.

10:04AM 24   A.    Yes.

10:04AM 25   Q.    Doesn't the fact that the northern tier did not break away

10:04AM 1   and the adjacent barge next to the dock did not break away

10:04AM 2   suggest or allow you to infer or conclude that the 4727 mooring

10:04AM 3   was not as adequate as that of all the other barges that did not

10:04AM 4   break away?

10:04AM 5   A.   Yes.

10:04AM 6   Q.   If you had been -- as captain of the port, did you ever go

10:05AM 7   out and inspect moorings at a facility in preparation for a

10:05AM 8   hurricane?

10:05AM 9   A.   No.

10:05AM 10  Q.   You had people do that for you?

10:05AM 11  A.   Yes.

10:05AM 12  Q.   Subordinates who answered to you?

10:05AM 13  A.   Yes.

10:05AM 14  Q.   And you expected them, acting on your behalf, to be sure

10:05AM 15  that the moorings at bow and stern were adequate and secure.

10:05AM 16  A.   Yes.

10:05AM 17  Q.   That was part of your job as a captain of the port, to see

10:05AM 18  that somebody did that.

10:05AM 19  A.   Yes.

10:05AM 20  Q.   And finally -- I say "finally", being lawyers, it's almost

10:05AM 21  never finally.

10:05AM 22          THE COURT:  This horse is getting whipped, though.

10:05AM 23          MR. BEST:  I'm almost done with this document, Judge.

10:05AM 24  And I apologize.

10:05AM 25                          EXAMINATION

10:05AM 1   BY MR. BEST:

10:05AM 2   Q.   Item 3 on anchoring and mooring, subpart double I in that

10:06AM 3   second sentence uses, in the middle of the second line, the word

10:06AM 4   "insure."  Do you see that?

10:06AM 5   A.   Yes.

10:06AM 6   Q.   And that's why you're able to say, as you have, that your

10:06AM 7   expectation to comply with "insure" is to make sure it's secure

10:06AM 8   and adequate?

10:06AM 9   A.   I don't understand the question.

10:06AM 10  Q.   Well, what does the word "insure" mean to you?

10:06AM 11       THE COURT:  I'm going to determine what the regulation

10:06AM 12  means.  Please let's move on off of double I.  Please.

10:06AM 13       MR. BEST:  Thank you, Your Honor.

10:06AM 14                          EXAMINATION

10:06AM 15  BY MR. BEST:

10:06AM 16  Q.   Now, Mr. Webb asked you a number of questions about the

10:06AM 17  hurricane plan for the Sector New Orleans Maritime Community.

10:06AM 18  And as I understood your testimony today, and I think in your

10:06AM 19  report, it is only a recommendation and not a regulation.

10:06AM 20  A.   That's correct.

10:06AM 21  Q.   And that the recommendations were not as -- the port

10:07AM 22  conditions Whiskey, X-Ray, Yankee, Zulu were not applicable to

10:07AM 23  the 4727?

10:07AM 24  A.   Yes, that's correct.

10:07AM 25  Q.   They are applicable to the Lafarge waterfront facility,

10:07AM 1    though, aren't they?

10:07AM 2    A.   For consideration, yes.

10:07AM 3    Q.   In fact, Annex C, on page 86 of that exhibit, which, for the

10:07AM 4    record -- I've long since stopped referring to the number,

10:07AM 5    Your Honor -- that's Plaintiff's Exhibit 28, Annex C, that's

10:07AM 6    right after this Annex B with the barge requirements that we read

10:07AM 7    about doubling up, says, "Storm Preparation Checklist For

10:07AM 8    Waterfront Facilities," and it refers to all these port

10:08AM 9    conditions; is that right.

10:08AM 10   A.   Yes.

10:08AM 11   Q.   So that does apply to Lafarge?

10:08AM 12   A.   For consideration, yes.

10:08AM 13   Q.   Okay.  Now, if we go to IBC073 of that exhibit.

10:08AM 14       Now, what this says under the "Background" section down

10:08AM 15   towards bottom, you see it says, "It is important that the entire

10:08AM 16   port community share a common understanding of the measures

10:09AM 17   required to insure our hurricane readiness."  Is that right?

10:09AM 18   A.   Yes.

10:09AM 19   Q.   And the Lafarge facility is part of the entire port

10:09AM 20   community?

10:09AM 21   A.   Yes.

10:09AM 22   Q.   And the 4727, as a barge at their facility, is part of the

10:09AM 23   entire port community, isn't it?

10:09AM 24   A.   Yes.

10:09AM 25   Q.   And if we scroll down further to "Applicability and

10:09AM 1    Purpose," it says, "It's applicable to all waterfront facilities

10:09AM 2    and vessels within COTP, New Orleans," right?

10:09AM 3    A.   Yes, sir.

10:09AM 4    Q.   So how is it not applicable to the barge 4727?

10:09AM 5    A.   I didn't say it was.  I said it's recommendations to be

10:09AM 6    considered.  And what I said was the certain things that were

10:09AM 7    called out specifically at Whiskey, X-Ray and Zulu were not

10:09AM 8    applicable to the barge 4727.  The annexes are recommendations in

10:09AM 9    general that are not issued as part of the marine safety

10:09AM 10   information bulletins.

10:09AM 11   Q.   Okay.  So the -- I'm having trouble understanding the

10:10AM 12   difference.  The plan applies to 4727, and the recommendations

10:10AM 13   apply, but not those of Whiskey, X-Ray, Yankee and Zulu?

10:10AM 14   A.   The specific marine safety information bulletins that were

10:10AM 15   issued by the captain of the Port of New Orleans were not

10:10AM 16   applicable to the 4727.

10:10AM 17        These annexes are for consideration by all facilities and

10:10AM 18   all vessels, barges -- whether barges or ships, in part of their

10:10AM 19   preparation for the hurricane.  These annexes were not referenced

10:10AM 20   in the marine safety information bulletins.

10:10AM 21   Q.   And so they don't exist with respect to the 4727?

10:10AM 22   A.   They exist in this plan for consideration.

10:10AM 23   Q.   But you said -- have said, and I want to be clear, that the

10:10AM 24   recommendations of those --

10:10AM 25   A.   Marine safety --

10:10AM 1    Q.    -- do not apply?

10:10AM 2    A.    -- information bulletins that were specifically broadcast by

10:10AM 3    the Coast Guard were not applicable to the 4727 as an inland

10:11AM 4    barge.

10:11AM 5    Q.    Okay.  Let's go to page 79 of that same document.

10:11AM 6          Without belaboring all of the contents of this, Your Honor,

10:11AM 7    going down to the "Vessels" section, the second line says, "When

10:11AM 8    the port is threatened by hurricane force winds and severe storm

10:11AM 9    surge, the recommended course of action for all seaworthy vessels

10:11AM 10   is evasion at sea."

10:11AM 11         And I'm not suggesting that -- obviously, there are a lot of

10:11AM 12   vessels in port.  But this thing, going down to the next

10:11AM 13   paragraph says, talks about barges and ships, down in the second

10:11AM 14   to last sentence, "All vessels remaining in port should consider

10:12AM 15   the appropriateness of taking on additional ballast or cargo to

10:12AM 16   improve their stability.  Vessels in a fully loaded condition

10:12AM 17   normally fare better than light vessels in hurricanes."

10:12AM 18         Certainly this plan applies to all vessels, including the

10:12AM 19   4727, as a recommendation?

10:12AM 20   A.    Yes.

10:12AM 21   Q.    And the port conditions Whiskey, X-Ray, Yankee and Zulu

10:12AM 22   somehow that are issued pursuant to this plan for the safety of

10:12AM 23   the Port of New Orleans and the vessels there are recommendations

10:12AM 24   that don't apply to the 4727?

10:12AM 25   A.    As they were worded and broadcasted, they did not apply to

10:12AM  1    the 4727 or to the Lafarge facility, except for no vessel

10:12AM  2    movement at condition Zulu.

10:12AM  3    Q.   Let's go to page 0080, the next page.  At the top, if you

10:12AM  4    will zoom in on the first paragraph, "waterfront facilities."

10:13AM  5         "Waterfront facilities shall secure hazards, halt cargo

10:13AM  6    operations in advance of the storm's arrival to prevent

10:13AM  7    unnecessary damage."

10:13AM  8         Lafarge is a waterfront facility that this applies to?

10:13AM  9    A.   Yes.

10:13AM 10    Q.   It doesn't tell them exactly when to suspend operations,

10:13AM 11    right?

10:13AM 12    A.   That's correct.

10:13AM 13    Q.   But if a facility operator undertakes to continue cargo

10:13AM 14    unloading operations when there is a hurricane in the Gulf coming

10:13AM 15    that way, it's the operator's duty to make sure it has those

10:13AM 16    operations concluded in a timely manner, in a safe manner so that

10:13AM 17    the safety of the port is not affected?

10:13AM 18    A.   Yes.

10:13AM 19    Q.   And if completing -- and if given a choice between

10:13AM 20    completing an unloading operation or starting an unloading

10:13AM 21    operation and the result of that is mooring a light barge to a

10:13AM 22    loaded barge, wouldn't you agree the prudent thing to do would be

10:14AM 23    to either finish the unloading soon enough so you can get the

10:14AM 24    light barge out of there or do not unload it at all so that

10:14AM 25    you're leaving two loaded barges moored together in the face of

10:14AM 1  the hurricane?

10:14AM 2  A.   As the captain of the port, I would leave that up to the

10:14AM 3  marine industry to make that decision.

10:14AM 4  Q.   I didn't ask you -- I asked you in your experience, wouldn't

10:14AM 5  that be prudent?

10:14AM 6  A.   I have no experience in mooring an empty vessel next to a

10:14AM 7  loaded vessel.  It's marine industry common practice as far as

10:14AM 8  the captain of port would be concerned.

10:14AM 9  Q.   You're not saying it's common practice in the face of a

10:14AM 10 Class 5 hurricane?  That's beyond your knowledge and experience?

10:14AM 11 A.   That's true.

10:14AM 12 Q.   Mr. Webb asked you questions about notifying the captain of

10:15AM 13 the port of decisions, and you, I think, were of the opinion that

10:15AM 14 there was no obligation on the part of Lafarge to notify the

10:15AM 15 captain of the port of anything.  Do you recall that?

10:15AM 16 A.   Yes.

10:15AM 17 Q.   I'm going to show you on the Elmo, if I may, Annex C,

10:15AM 18 entitled "Storm Preparation Checklist For Waterfront Facilities."

10:15AM 19 Under "Port Condition X-Ray," it says, "Determine the special

10:15AM 20 needs and intentions of vessels moored at the facility."  And

10:15AM 21 followed by that, "Determine whether vessels desiring to remain

10:15AM 22 moored will be allowed to do so, and then notify the master,

10:15AM 23 agent and the COTP of the facility's decision."

10:15AM 24      You don't think that Lafarge had an obligation to notify the

10:15AM 25 captain of the port of its decision to have these barges moored

10:16AM 1   in the Industrial Canal?

10:16AM 2   A.   No.   That only applies to oceangoing vessels and barges

10:16AM 3   with -- oceangoing barges and self-propelled vessels over

10:16AM 4   500 gross tons.

10:16AM 5   Q.   Isn't it true that we have another Annex A, "Remaining in

10:16AM 6   Port Checklist for Oceangoing Vessels (Self-propelled Vessels

10:16AM 7   Over 500 Gross Tons)," that's separate and apart from this

10:16AM 8   Annex C?

10:16AM 9   A.   They are separate, but that wording should have been

10:16AM 10  continued over to that annex.   The intention of vessels remaining

10:16AM 11  in port is only to address oceangoing vessels over 500 gross tons

10:16AM 12  and oceangoing barges with their assist tugs.

10:16AM 13  Q.   I want to make sure for the record, you said this should

10:16AM 14  have been carried over to that, and I'm not sure --

10:16AM 15          THE COURT:  It's in the record, sir.  It's in the

10:16AM 16  record.  We got it.  It's in the record.  You don't have to say

10:17AM 17  it three times.  I got it.

10:17AM 18                        EXAMINATION

10:17AM 19  BY MR. BEST:

10:17AM 20  Q.   And then going to page 84, the same document, port condition

10:17AM 21  Zulu.  If you can enlarge port condition Zulu, subsection A.

10:17AM 22          "Ensure the vessel is securely moored and anchored and

10:17AM 23  prepared for hurricane conditions."

10:17AM 24          As I understand your testimony, this recommendation did not

10:17AM 25  apply to the 4727?

10:17AM 1   A.   That is correct.

10:18AM 2          THE COURT:  That certainly doesn't mean that it

10:18AM 3   shouldn't be securely fastened and moored, and there are legal

10:18AM 4   duties that the Court will analyze certainly separate and apart

10:18AM 5   from that Annex B.

10:18AM 6          MR. BEST:  I understand that, Your Honor.

10:18AM 7          THE COURT:  So you don't need to -- if it wasn't

10:18AM 8   sufficiently moored, it doesn't mean it's okay.

10:18AM 9                            EXAMINATION

10:18AM 10  BY MR. BEST:

10:18AM 11  Q.   I neglected -- going back to Appendix 2 on barges that you

10:18AM 12  admitted did apply, we talked about doubling up.  I didn't ask

10:18AM 13  you about the next sentence in that section, which says, "Special

10:18AM 14  attention should be paid to barges moored in the proximity of

10:18AM 15  bridges."

10:18AM 16         So I read your report.  You believe that this barge was not

10:18AM 17  moored in the proximity of bridges?

10:18AM 18  A.   That's correct.

10:18AM 19  Q.   That's correct.

10:18AM 20         So neither the Claiborne Avenue bridge nor the

10:18AM 21  Florida Avenue bridge were in the proximity of this barge, in

10:19AM 22  your opinion?

10:19AM 23  A.   That is correct.

10:19AM 24  Q.   What does it take, in your opinion, for a barge to be in the

10:19AM 25  proximity of a bridge for that to apply?

10:19AM 1   A.   I'd have to look at every situation individually.  But in

10:19AM 2   the case, I believe it was about a quarter of a mile away, and I

10:19AM 3   didn't feel as the captain of the port that that was in

10:19AM 4   proximity.

10:19AM 5   Q.   Well, if a barge breaks way from its moorings, can it travel

10:19AM 6   a quarter of a mile?

10:19AM 7   A.   It could also travel 5 miles.

10:19AM 8          THE COURT:  I hate to get into this, but what does

10:19AM 9   "proximity" mean to you as captain of the port?

10:19AM 10         THE WITNESS:  In an enclosed waterway, Your Honor, I

10:19AM 11  would say around a quarter of a mile would be far enough away.

10:19AM 12         THE COURT:  1725 feet or whatever, something like that.

10:19AM 13                        EXAMINATION

10:19AM 14  BY MR. BEST:

10:19AM 15  Q.   Did you take a measurement of any of -- the location of any

10:19AM 16  of these barges to the bridges?

10:19AM 17  A.   No.

10:19AM 18  Q.   And that applies to the north tier, the outermost barge as

10:20AM 19  well?

10:20AM 20  A.   That's correct.

10:20AM 21  Q.   And if I may summarize your opinions with respect to that

10:20AM 22  Annex B, your opinion, as you gave it in your report and your

10:20AM 23  deposition, was not only was 4727 and the facility in compliance

10:20AM 24  with Annex B, they exceeded it?

10:20AM 25  A.   The recommendations, yes.

10:20AM 1  Q.    That was your opinion?

10:20AM 2  A.    Yes.

10:20AM 3  Q.    And that remains your opinion?

10:20AM 4  A.    Yes.

10:20AM 5         MR. BEST:  One moment.

10:20AM 6         THE COURT:  Yes, sir.

10:20AM 7                          EXAMINATION

10:20AM 8  BY MR. BEST:

10:21AM 9  Q.    As someone who was the captain of the port in Morgan City,

10:21AM 10 you would agree that a reasonable and prudent member of the

10:21AM 11 maritime industry should follow U.S. Coast Guard recommendations?

10:21AM 12 A.    They should consider them and try to achieve them, yes.

10:21AM 13 Q.    And they should monitor weather when a hurricane is in the

10:21AM 14 Gulf?

10:21AM 15 A.    There is no Coast Guard requirement for that.

10:21AM 16 Q.    I didn't ask you that.

10:21AM 17        I said would you agree that a reasonable and prudent member

10:21AM 18 of the maritime industry should monitor weather when a hurricane

10:21AM 19 is in the Gulf?

10:21AM 20 A.    Yes.

10:21AM 21 Q.    And that they should have a written -- have written mooring

10:21AM 22 procedures to ensure consistency of mooring?

10:21AM 23 A.    No.

10:21AM 24 Q.    A reasonable and prudent operator shouldn't have that, in

10:21AM 25 your opinion?

10:21AM  1    A.   They could have verbal training for their personnel without

10:21AM  2    having a written plan for mooring.

10:21AM  3    Q.   Well, you do agree that a reasonable and prudent member of

10:21AM  4    the marine industry should have a means of making sure that all

10:21AM  5    of its dock crew or deck crew is on the same page doing things

10:22AM  6    the same way for the same reasons?

10:22AM  7    A.   Yes.

10:22AM  8    Q.   And putting it in writing would certainly be a better way to

10:22AM  9    achieve that with consistency?

10:22AM 10    A.   Yes.

10:22AM 11    Q.   And you would agree that prudent members of the maritime

10:22AM 12    industry should have proper training for their employees?

10:22AM 13    A.   Yes.

10:22AM 14    Q.   And should follow their own established policies?

10:22AM 15    A.   Yes, sir.

10:22AM 16         MR. BEST:  Thank you, Your Honor.

10:22AM 17         THE COURT:  Thank you.

10:22AM 18         Redirect?

10:22AM 19         MR. WEBB:  Yes, sir.

10:22AM 20                        REDIRECT EXAMINATION

10:22AM 21    BY MR. WEBB:

10:22AM 22    Q.   Captain Ryan, Mr. Best was asking you some questions about

10:22AM 23    the Sector New Orleans hurricane plan, and he was asking you

10:22AM 24    questions about the annexes to it.

10:22AM 25         Sir, I would like to show you the actual marine safety

10:23AM 1    bulletin that was issued for Hurricane Katrina.  And could you

10:23AM 2    read paragraph 3(a)(1) and tell us what that means.

10:23AM 3    A.    The highlighted one?

10:23AM 4    Q.    Yes, sir.

10:23AM 5    A.    "Masters, owners, operators, terminals and agents of all

10:23AM 6    oceangoing commercial vessels and Coast Guard regulated barges

10:23AM 7    shall notify the captain of the port as soon as possible of

10:23AM 8    intentions of depart or remain in port."

10:23AM 9    Q.    If the 4727 is a non-Coast Guard regulated barge, is there

10:23AM 10   any duty of the dock facility to report to the captain of the

10:23AM 11   port, not in the annex, but in the actual port condition bulletin

10:23AM 12   that was issued by the Coast Guard?

10:23AM 13   A.    No.

10:23AM 14   Q.    Now, when Mr. Best showed you out of -- a portion out of

10:24AM 15   *Knight's*, he cut the top part off, and I would ask you to look at

10:24AM 16   the top highlighted portion and tell us what that says.

10:24AM 17   A.    "Ship handling, orders to men at the lines."

10:24AM 18   Q.    And all of the -- the "double up," the "single up," the

10:24AM 19   "hold it," the "check it," all of those are in quotations,

10:24AM 20   correct?

10:24AM 21   A.    That's correct.

10:24AM 22   Q.    Why are they in quotations?

10:24AM 23   A.    Those are common orders given on a merchant vessel when

10:24AM 24   docking.

10:24AM 25   Q.    It doesn't say barge handling at the top of the page, does

10:24AM 1  it?

10:24AM 2  A.   No, it does not.

10:24AM 3  Q.   And the barge 4727 is not a manned barge, is it?

10:24AM 4  A.   No.

10:24AM 5  Q.   Now, he asked you as the captain of the port about mooring,

10:24AM 6  and I want to clear something up.  As the captain of the port do

10:24AM 7  you send Coast Guard personnel out to check the mooring on every

10:25AM 8  single barge in your region?

10:25AM 9  A.   No.

10:25AM 10 Q.   Why not?

10:25AM 11 A.   It's something that we believe is -- we leave to the marine

10:25AM 12 industry, good marine practice, and we assume it's being done

10:25AM 13 properly.

10:25AM 14 Q.   Now, there were a lot of questions about a tow, what's a

10:25AM 15 tow, what's not a tow.  Does a tow mean a barge that is being

10:25AM 16 attached or moved by a tugboat?

10:25AM 17 A.   Yes.

10:25AM 18 Q.   Once it's delivered, the barge is released from the tug,

10:25AM 19 it's no longer under tow, is it?

10:25AM 20 A.   No.

10:25AM 21      MR. BEST:  I'm just going to object to the form of

10:25AM 22 counsel's question.

10:25AM 23      THE COURT:  Overruled.

10:25AM 24                          EXAMINATION

10:25AM 25 BY MR. WEBB:

10:25AM 1    Q.   At the time that the barge was moored for the hurricane at

10:25AM 2    the dock, was it under tow?

10:25AM 3    A.   No.

10:25AM 4              MR. WEBB:  That's all I have, Your Honor.

10:25AM 5              THE COURT:  Thank you.

10:25AM 6         Sir, you may step down.  Thank you very much.

10:25AM 7         We're going to take a break, but the next witness is going

10:25AM 8    to be?

10:25AM 9              MR. WEBB:  Captain Strouse.  Probably be a similar

10:26AM 10   amount of time, Your Honor.

10:26AM 11             THE COURT:  Okay.  Thank you.

10:26AM 12        We'll recess for 10 minutes.

10:35AM 13             (WHEREUPON, at this point in the proceedings, a brief

10:35AM 14   recess was taken.)

10:39AM 15             THE COURT SECURITY OFFICER:  All rise.  Court is in

10:39AM 16   session.  Please be seated.

10:39AM 17             THE COURT:  Yes, sir.

10:39AM 18             MR. WEBB:  Your Honor, we call Captain Larry Strouse.

10:39AM 19             MR. BEST:  Your Honor, as a housekeeping matter, before

10:39AM 20   we begin, I referred in my last examination to the deposition of

10:39AM 21   Ms. Carrie Jenks at Lafarge that we took on Wednesday.  It's not

10:39AM 22   a long deposition.  We agreed to submit that to the Court.

10:39AM 23        I think the court reporter was supposed to have delivered it

10:40AM 24   yesterday or today, but my understanding is the defense has taken

10:40AM 25   responsibility for delivering the transcript to the Court.

10:40AM  1          THE COURT:  Thank you, sir.

10:40AM  2          SPEAKER:  We want to make sure it gets into evidence.

10:40AM  3          MR. ALDOCK:  We will move it at the end, Your Honor, the

10:40AM  4    depositions that were taken out.  We'll clean up all of the

10:40AM  5    housekeeping.

10:40AM  6          THE COURT:  Thank you.

10:40AM  7          THE DEPUTY CLERK:  Would you please raise your right

        8    hand.  Do you solemnly swear that the testimony which you are

        9    about to give will be the truth, the whole truth and nothing but

       10    the truth, so help you God?

       11          THE WITNESS:  I do.

       12                         **LARRY STROUSE**

       13    was called as a witness and, after being first duly sworn by the

       14    Clerk, was examined and testified on his oath as follows:

10:40AM 15          THE DEPUTY CLERK:  Will you state your name and also

10:40AM 16    spell it for the record.

10:40AM 17          THE WITNESS:  Larry Earl Strouse, L-A-R-R-Y, E-A-R-L,

10:40AM 18    S-T-R-O-U-S-E.

10:40AM 19          THE COURT:  Are you ready to proceed?

10:40AM 20          MR. WEBB:  Yes, sir, I am.

10:40AM 21                    VOIR DIRE EXAMINATION

10:40AM 22    BY MR. WEBB:

10:40AM 23    Q.   Captain Strouse, what is your occupation?

10:40AM 24    A.   I'm a licensed captain as well as a marine surveyor and

10:41AM 25    appraiser.

10:41AM 1    Q.    Captain Strouse, who do you work for?

10:41AM 2    A.    DLS Marine.

10:41AM 3    Q.    What does the S in DLS Marine stand for?

10:41AM 4    A.    Strouse.

10:41AM 5    Q.    You said you have a Coast Guard license.  What kind, please?

10:41AM 6    A.    Yes.  I have an unlimited master's license for inland

10:41AM 7    waters, as well as a first-class pilot for the Mississippi --

10:41AM 8    portions of the Mississippi River and Gulf Intracoastal Waterway.

10:41AM 9    Q.    Is that the highest Coast Guard license you can hold on the

10:41AM 10   Mississippi River?

10:41AM 11   A.    Yes.

10:41AM 12   Q.    How many times have you renewed that license?

10:41AM 13   A.    Ten.

10:41AM 14   Q.    Is it still current?

10:41AM 15   A.    Yes.

10:41AM 16   Q.    And how often is it renewed?

10:42AM 17   A.    Every five years.

10:42AM 18   Q.    So that would mean you would have how many years in the

10:42AM 19   maritime industry as a licensed Coast Guard?

10:42AM 20   A.    45 years.

10:42AM 21   Q.    Tell us your experience in square-bow pushboats, the kind

10:42AM 22   which you see pushing barges up and down the river?

10:42AM 23   A.    I have operated as a captain on various towboats pushing red

10:42AM 24   flag, which is hazardous materials, as well as hopper barges.

10:42AM 25   Q.    What size in horsepower range tugs have you worked with in

10:42AM  1    the waterways around New Orleans?

10:42AM  2    A.   From 800 to 10,000 horsepower.

10:42AM  3    Q.   Have you ever served on vessels offshore in the Gulf of

10:42AM  4    Mexico?

10:42AM  5    A.   Yes, I have.  On crew boats, supply boats, tugboats and

10:43AM  6    utility boats.

10:43AM  7    Q.   What other vessels have you worked on other than the ones

10:43AM  8    we've just finished talking about?

10:43AM  9    A.   I've been the captain on the fire boat DELUGE in the harbor

10:43AM 10    in New Orleans, and I've also served as captain on the ferry

10:43AM 11    boats in the harbor in New Orleans, and I've served as captain on

10:43AM 12    passenger vessels.

10:43AM 13    Q.   Have you ever served on ship-assist tugs which move ships

10:43AM 14    around the river to help them dock and undock?

10:43AM 15    A.   Yes, I have, with Crescent, T. Smith, E.N. Bisso Towboat,

10:43AM 16    and George W. Whiteman.

10:43AM 17    Q.   And what has been your experience around the waterfront

10:43AM 18    other than as a captain of tugboats, towboats, ferries and --

10:43AM 19    A.   I served as a marine surveyor in various aspects doing dock

10:43AM 20    appraisals and mooring requirements for underwriters, et cetera.

10:44AM 21    Q.   How did you become a surveyor?

10:44AM 22    A.   By having a marine background and subsequently by

10:44AM 23    on-the-job training.

10:44AM 24    Q.   Have you ever served as a maritime consultant?

10:44AM 25    A.   Yes.

10:44AM 1    Q.    Have you ever given testimony in depositions or in a court?

10:44AM 2    A.    Yes, I have.

10:44AM 3    Q.    Starting when, sir?

10:44AM 4    A.    1981.

10:44AM 5    Q.    Have you ever been accepted as an expert to testify in court

10:44AM 6    and in what areas of expertise?

10:44AM 7    A.    Yes.  I've been accepted in the areas of navigation, marine

10:44AM 8    operations, marine safety, vessel safety, marine appraisal,

10:44AM 9    marine surveying.

10:44AM 10   Q.    Have you ever been offered to a judge as an expert and been

10:44AM 11   denied qualification?

10:45AM 12   A.    No.

10:45AM 13   Q.    Do you belong to any professional organizations?

10:45AM 14   A.    National Association of Marine Surveyors and American

10:45AM 15   Society of Appraisers, which both require testing to be accepted.

10:45AM 16   Q.    Have you visited the Lafarge terminal?

10:45AM 17   A.    Yes, I have.

10:45AM 18   Q.    Did you view the lines which had been recovered from the

10:45AM 19   barges and from the area around them?

10:45AM 20   A.    Yes, I did.

10:45AM 21   Q.    When did you do that?

10:45AM 22   A.    January 2007.

10:45AM 23   Q.    Have you personally moored barges in advance of hurricanes?

10:45AM 24   A.    Yes, I have.

10:45AM 25   Q.    Which hurricanes?

10:45AM 1   A.   Hurricane Betsy, Camille, Juan, and various other ones in

10:45AM 2   that interim that I can't remember the names of.

10:45AM 3   Q.   Please describe your experience in terminal operations.

10:45AM 4   A.   I've reviewed mooring plans and dock capabilities for

10:46AM 5   various terminals.

10:46AM 6            MR. WEBB:  Your Honor, I offer Captain Strouse as an

10:46AM 7   expert in vessel safety, operations, mooring, navigation and

10:46AM 8   seamanship.

10:46AM 9            MR. BEST:  I have just a little traversal that goes to

10:46AM 10  the weight.

10:46AM 11           THE COURT:  Yes.

10:46AM 12                          TRAVERSE EXAMINATION

10:46AM 13  BY MR. BEST:

10:46AM 14  Q.   Your letterhead that you use, sir, it has your business

10:46AM 15  "Worldwide Marine Appraisers, Surveyors and Consultants"; is that

10:46AM 16  correct?

10:46AM 17  A.   Yes.

10:46AM 18  Q.   And you have been a marine surveyor for many, many years?

10:46AM 19  A.   Yes.

10:46AM 20  Q.   And before you -- as I understand it, now you do mainly

10:46AM 21  consulting?

10:46AM 22  A.   No.

10:46AM 23  Q.   Are you still in the active surveying business?

10:46AM 24  A.   I'm still active.

10:46AM 25  Q.   The vessel experience -- the hands-on vessel experience that

10:47AM 1   you've had and you talked about, for the most part, dates back to

10:47AM 2   the '70s, according to your résumé?

10:47AM 3   A.   Most of it.   The last time I was in charge of a vessel was

10:47AM 4   about November of last year.

10:47AM 5   Q.   But your day to day, bread and butter, the way you make your

10:47AM 6   living is primarily as a marine surveyor?

10:47AM 7   A.   Yes, it is.

10:47AM 8   Q.   And you've testified in court on many occasions, and we have

10:47AM 9   the list of your appearances.   Is it fair to say that most of

10:47AM 10  your experiences in court have been on behalf of corporate and

10:47AM 11  insurance interests?

10:47AM 12  A.   No.   I wouldn't say that.

10:47AM 13  Q.   Well, your report and including that are in the record,

10:47AM 14  where you have represented many -- most of the cases where you

10:47AM 15  have -- which you have listed as representing plaintiffs are

10:47AM 16  corporate interests, including in bankruptcy.

10:47AM 17  A.   Can you give me a minute, please.

10:48AM 18       Could you ask that question again, please.

10:48AM 19  Q.   Well, let me just -- it goes on for pages and pages, but the

10:48AM 20  overwhelming majority of the attorneys who have retained you have

10:48AM 21  been defense firms?

10:48AM 22  A.   No, that's not true.

10:48AM 23  Q.   That's not true.   Well, I'm not going to belabor it by

10:48AM 24  taking the Court through ten pages, and the Court, I'm sure, can

10:48AM 25  look at that itself.

10:48AM 1      And a significant part of your litigation testimony has been

10:48AM 2  on valuation issues?

10:48AM 3  A.   Not really.  Most of it has been on operations and

10:48AM 4  navigation as opposed to appraisal.

10:48AM 5  Q.   You have never been offered as an expert in mooring; isn't

10:48AM 6  that correct?

10:48AM 7  A.   That is incorrect.

10:48AM 8  Q.   Is that since your deposition?

10:48AM 9  A.   It could be, yes.

10:48AM 10  Q.   Well, your deposition was in July of 2009, where you said

10:49AM 11  you've never been offered as an expert in the field of mooring.

10:49AM 12  Has that changed in the last year?

10:49AM 13  A.   Yes, it has.

10:49AM 14  Q.   Okay.  And I think you told us also at your deposition that

10:49AM 15  your company has a safety consultant, Mr. David Kroll?

10:49AM 16  A.   Yes, that's correct.

10:49AM 17  Q.   And so he's the company's safety consultant rather than

10:49AM 18  yourself?

10:49AM 19  A.   Yeah.

10:49AM 20  Q.   Thank you.

10:49AM 21          MR. BEST:  Thank you, Your Honor.

10:49AM 22          THE COURT:  Please proceed, sir.

10:49AM 23          MR. WEBB:  Yes, sir.

10:49AM 24                          DIRECT EXAMINATION

10:49AM 25  BY MR. WEBB:

10:50AM 1   Q.   Captain Strouse, tell us about your experience around the

10:50AM 2   Inner Harbor Navigation Canal.

10:50AM 3   A.   When I was -- well, I've towed vessels through that area

10:50AM 4   numerous times, pushed red flags and/or hopper barges in that

10:50AM 5   area.

10:50AM 6   Q.   As a marine surveyor, did you ever have occasion to

10:50AM 7   recommend mooring locations?

10:50AM 8   A.   Yes, I have.

10:50AM 9   Q.   And as a marine surveyor, did you ever review and recommend

10:50AM 10  mooring procedures at dock facilities?

10:50AM 11  A.   Yes.

10:50AM 12  Q.   So did you ever visit the Lafarge North America dock?

10:50AM 13  A.   Yes, I did.

10:50AM 14  Q.   When?

10:50AM 15  A.   January 2007.

10:50AM 16  Q.   What can you tell us about the dock itself?

10:50AM 17  A.   It's set back in a pocket adjacent to the turning basin.

10:50AM 18  It's about 600 feet long.  It has new piles, slip piles, and it

10:51AM 19  has bollards for mooring.

10:51AM 20  Q.   Sir, is it in the navigation channel of the IHNC?

10:51AM 21  A.   No.  It's set off the navigation channel.

10:51AM 22  Q.   Have you ever moored barges in the Industrial Canal turning

10:51AM 23  basin in preparation for a storm?

10:51AM 24  A.   Yes, I have.

10:51AM 25  Q.   Have you ever recommended this as a good place to tie up

10:51AM 1  barges to ride out a hurricane?

10:51AM 2  A.   Yes, I have.

10:51AM 3  Q.   Based upon experience, your experience, do you consider the

10:51AM 4  former turning basin where Lafarge has its dock to be a protected

10:51AM 5  slip area?

10:51AM 6  A.   Yes.

10:51AM 7  Q.   In your opinion, based upon your 45-plus years of

10:51AM 8  experience, is it a safer area than one of the fleets in the

10:51AM 9  Mississippi River?

10:51AM 10  A.   Yes, it is.

10:51AM 11  Q.   Can you explain to the Court why that is?

10:51AM 12  A.   In the Mississippi River, you're going to have to contend

10:51AM 13  with the current, as well as the possibility of vessels breaking

10:52AM 14  loose and creating a domino effect by knocking other vessels

10:52AM 15  loose in fleets, et cetera.

10:52AM 16  Q.   Let's be a little more specific about your operation of

10:52AM 17  vessels in the canal.  Have you ever operated vessels that went

10:52AM 18  from the Mississippi River through the locks and into the canal?

10:52AM 19  A.   Yes.  I've operated that way and, also, coming back through

10:52AM 20  the Florida bridge going the opposite direction.

10:52AM 21  Q.   What can you tell us about the operation of a vessel in the

10:52AM 22  area between the locks and as far as the Florida Avenue bridge?

10:52AM 23  A.   In that general area, you're basically working on a slow

10:52AM 24  bell.  You're not speeding through there.

10:52AM 25  Q.   Why is that, sir?

10:52AM 1  A.   Sometimes coming out of the locks you pass under the

10:52AM 2  Claiborne Avenue bridge and it will raise, and then if you have

10:52AM 3  an over height towboat it can't fit under there.  That bridge has

10:53AM 4  to go up.  And then you -- after you pass under it, it will go

10:53AM 5  down before the Florida Avenue bridge raises.

10:53AM 6       And you're basically going slow through there anyway,

10:53AM 7  because you're lining up either on the -- going eastbound you're

10:53AM 8  lining up on the Florida Avenue bridge, and going westbound

10:53AM 9  you're lining up to get into the locks.

10:53AM 10 Q.   When you're going from -- into the river, you have to wait

10:53AM 11 for the Florida Avenue bridge to go up, correct?

10:53AM 12 A.   To --

10:53AM 13 Q.   When you're coming from the Intracoastal Waterway to go

10:53AM 14 towards the river, do you have to wait for the Florida Avenue

10:53AM 15 bridge to go up?

10:53AM 16 A.   Yes, that's correct.

10:53AM 17 Q.   And then after that goes up and you pass through it, what

10:53AM 18 happens next?

10:53AM 19 A.   It goes down, and then you're on a slow bell.  And if you've

10:53AM 20 got an over height towboat, you wait for the Claiborne Avenue

10:53AM 21 bridge to go up.  If not, you're still going slow because you're

10:53AM 22 lining for the locks.

10:53AM 23 Q.   Now, you keep saying slow bell.  What does that mean?

10:53AM 24 A.   That means you're navigating slowly.

10:53AM 25 Q.   Would you call this area the equivalent of a no wake zone?

10:54AM  1    A.    Yes.   It would be determined to be that.

10:54AM  2    Q.    And in your experience, moving through the area between the

10:54AM  3    Florida Avenue bridge and the locks, what would be the speed?

10:54AM  4    You talked about one bell.   What speed would that carry you at?

10:54AM  5    A.    Probably maximum of 2 knots.

10:54AM  6              MR. BEST:  If I may make an objection, Your Honor, none

10:54AM  7    of this is in the witness' report nor was it discussed at his

10:54AM  8    deposition.

10:54AM  9              THE COURT:  Okay, sir.

10:54AM 10              MR. WEBB:  Your Honor, these are facts based upon his

10:54AM 11    experience and --

10:54AM 12              MR. BEST:  That may be so, but that doesn't mean that

10:54AM 13    it's --

10:54AM 14              MR. WEBB:  These are not an opinions.

10:54AM 15              THE COURT:  He's not opining; he's giving facts is what

10:54AM 16    you're saying.

10:54AM 17              MR. WEBB:  Yes.

10:54AM 18              THE COURT:  He's a fact witness in this regard.

10:54AM 19              MR. WEBB:  Yes, sir.

10:54AM 20              MR. BEST:  I don't think he was listed as such,

10:54AM 21    Your Honor.

10:54AM 22              THE COURT:  He may not have been --

10:54AM 23              MR. BEST:  Facts of navigations in the Inner -- Inner

10:54AM 24    Harbor Navigation Canal, he was not listed as such --

10:54AM 25              THE COURT:  Well, I'd have to look at the pretrial

10:54AM 1    order.

10:54AM 2         MR. WEBB:  Your Honor, a lot of this is coming up

10:54AM 3    because there were things by their experts that came in that were

10:55AM 4    not either in their reports or their depositions.  And I'm just

10:55AM 5    trying to establish what the navigation conditions are in this

10:55AM 6    area.

10:55AM 7         THE COURT:  I understand.  Because objections weren't

10:55AM 8    made doesn't mean that the plaintiffs waive their right to

10:55AM 9    object, so I guess I have to rule on the objection regardless of

10:55AM 10   what has come in previously to which there was no objection.

10:55AM 11        Therefore, in this judge trial, don't forget I'm going to

10:55AM 12   have a rather -- have as full a record as possible since any

10:55AM 13   evidentiary error is going to be mitigated by the fact that it's

10:55AM 14   a judge trial.

10:55AM 15        However, I will, for the sake of the record, I'll have to

10:55AM 16   look at the pretrial order and see how he was designated -- I

10:55AM 17   mean, if he's just designated as an expert witness and not a fact

10:56AM 18   witness, and I need to know if this relates to the -- what's been

10:56AM 19   disclosed to the plaintiffs, in essence, either -- in any way.

10:56AM 20        MR. WEBB:  Judge, these facts are the basis of his

10:56AM 21   opinion and stuff that's coming up because their expert testified

10:56AM 22   that an 8,000 horsepower tug speeding through there would draw

10:56AM 23   barges away from the dock.  That's where this is coming from.

10:56AM 24        MR. BEST:  And, Your Honor, in his report, his report is

10:56AM 25   solely about the adequacy of mooring and whether or not Lafarge

10:56AM  1    complied with the mooring requirements and the applicable

10:56AM  2    standards, practices and regulations, and this is nowhere in

10:56AM  3    there.

10:56AM  4         MR. WEBB:  Your Honor, the 9,000 horsepower and whatever

10:56AM  5    else Mr. Pazos testified was not in his reports nor in any of his

10:56AM  6    adjustments or addendums or whatever, and it came out at trial.

10:56AM  7         MR. BEST:  Well, and certainly defense had the

10:56AM  8    opportunity to object.  And I'd have to go back and read the

10:57AM  9    record to see if --

10:57AM 10         MR. WEBB:  I think --

10:57AM 11         MR. BEST:  -- there may have been some contextual

10:57AM 12    appropriateness.  I don't remember whether or not --

10:57AM 13         MR. WEBB:  Your Honor, there were some objections made

10:57AM 14    about that.

10:57AM 15         THE COURT:  You know, again, this is a judge trial.  I'm

10:57AM 16    going to sift through all of this.  And I promise you, the

10:57AM 17    8,000 horsepower tug, the yet verified 8,000 horsepower tug, will

10:57AM 18    not be in my written findings of facts and conclusions of law --

10:57AM 19         MR. WEBB:  Thank you.

10:57AM 20         THE COURT:  -- because there has been no testimony that

10:57AM 21    there was one.

10:57AM 22         MR. WEBB:  Yes, sir.

10:57AM 23         THE COURT:  There could have been a mythical one.

10:57AM 24         MR. WEBB:  Well, I --

10:57AM 25         THE COURT:  I'm going to let you go into this subject to

10:57AM 1    the objection.  Just don't --

10:57AM 2              MR. WEBB:  I'm going to move on, Judge, because I've

10:57AM 3    gotten what I want.

10:57AM 4                              EXAMINATION

10:57AM 5    BY MR. WEBB:

10:57AM 6    Q.   What is your understanding of how the 4727 was made up to

10:57AM 7    the dock on Friday, August 26th?

10:57AM 8    A.   With a bow and stern line.

10:57AM 9    Q.   Now, Lafarge personnel have testified they began off-loading

10:57AM 10   the barge shortly after noon on Friday, August 26th.  In your

10:58AM 11   opinion, was it proper for them to begin discharging?

10:58AM 12   A.   Yes.

10:58AM 13   Q.   Why is that, sir?

10:58AM 14   A.   Well, at that time the hurricane was forecast to go in the

10:58AM 15   Florida panhandle.

10:58AM 16   Q.   Were there any restrictions by the Coast Guard to prevent

10:58AM 17   off-loading the barge on Friday, August the 26th?

10:58AM 18   A.   No.

10:58AM 19   Q.   Do you have an opinion about continuing to off-load the 4727

10:58AM 20   until it was finished on Saturday?

10:58AM 21   A.   Yeah, I don't see anything wrong with discharging it.

10:58AM 22   Q.   Do you think that leaving the barge at the Lafarge slip was

10:58AM 23   improper in light of a hurricane coming?

10:58AM 24   A.   No.

10:58AM 25   Q.   Assuming the assistant terminal manager testified that it

10:58AM 1   often took Ingram several days to pick up its barges, do you

10:58AM 2   believe that making preparations to have the barges stay at the

10:58AM 3   dock was reasonable?

10:58AM 4   A.   Yes.

10:59AM 5   Q.   Assuming the barges were to stay at the dock through the

10:59AM 6   storm, what do you think of Mr. Busch's decision to have the

10:59AM 7   barges turned around so that 4745 would be next to the dock and

10:59AM 8   4727 would be on the outside?

10:59AM 9   A.   I find that a reasonable concept to do that.

10:59AM 10  Q.   Why is that?

10:59AM 11  A.   It allowed the 4745 to, you know, be more susceptible to a

10:59AM 12  surge and not come up on the dock and not possibly cast all

10:59AM 13  the -- the two barges away.

10:59AM 14  Q.   And did it also leave the 4727 available for pick up if

10:59AM 15  Ingram decided to come get it?

10:59AM 16  A.   Oh, yes, it certainly did.

10:59AM 17  Q.   The 4727 was empty and the 4745 was loaded.  Do you have a

10:59AM 18  problem with mooring an empty to a full barge at that dock?

11:00AM 19  A.   No.   That's -- that's done throughout the industry.

11:00AM 20  Q.   Now, there has been testimony about a top around or a

11:00AM 21  turnaround.  Can you please explain for the Court how that would

11:00AM 22  have been done?

11:00AM 23  A.   Sure.  The shift boat would come in and make up to the 4745

11:00AM 24  about midship.  The deckhand would then release the lines on the

11:00AM 25  4727.  Once released, the towboat would start backing and pull

11:00AM 1  both barges out.  And when it does that, it puts a little surge

11:00AM 2  between the barges.

11:00AM 3      Once you get it out into the turning basin there, you'd

11:00AM 4  start turning it around.  And once the barges were moving, the

11:00AM 5  towboat would release his line and go on midship on the 4727 and

11:00AM 6  continue to turn it and then push it back exactly like it was

11:01AM 7  previously moored.

11:01AM 8  Q.   Based upon your experience, does that top around maneuver

11:01AM 9  put any kind of stress or strain on the lines connecting the two

11:01AM 10 barges to each other?

11:01AM 11 A.   Yeah.  Basically, you're pulling that load out, and as that

11:01AM 12 load comes out it's going to, you know, surge or jerk that 4727

11:01AM 13 empty off the dock, so it puts significant strain on the lines.

11:01AM 14 Q.   All right.  And, sir, based upon your experience,

11:01AM 15 considering that the lines held during that procedure, what does

11:01AM 16 that tell us about the size, condition, and number of lines

11:01AM 17 between those two barges?

11:01AM 18 A.   They were adequately -- of adequate strength and properly

11:01AM 19 positioned.

11:01AM 20 Q.   After the top around, was there any requirement to connect

11:01AM 21 the 4727, which is now the outside barge, to the dock by either

11:01AM 22 wire rope or regular rope?

11:02AM 23 A.   No.

11:02AM 24 Q.   Now, let's talk a little bit about ropes.  Have you looked

11:02AM 25 at a number of ropes, including several that have been identified

11:02AM 1    as connecting the 4745 and 4727 together?

11:02AM 2    A.   Yes, I have.

11:02AM 3    Q.   Can you tell us what kind of lines those looked like to you?

11:02AM 4    A.   Those were high quality double-braid polypro lines.

11:02AM 5    Q.   Based upon your experience, how would you describe the

11:02AM 6    quality of those mooring ropes or lines?

11:02AM 7    A.   Very good.

11:02AM 8    Q.   We had some testimony about wire rope and braided poly line.

11:02AM 9    In your opinion and experience, which is better for mooring

11:02AM 10   barges to the dock and to each other at the Lafarge facility?

11:02AM 11   A.   Absolutely the polypro lines.  It's lighter.  It's easier

11:02AM 12   for men to handle.  You can make it at the exact length, where a

11:03AM 13   cable -- you'd have to have eyes in the cable.  You can't just

11:03AM 14   bend it around a mooring device.  The polypro lines have a lot

11:03AM 15   more elasticity than the cable does.

11:03AM 16   Q.   Mr. Green testified that the kevels on the 4727 were 50 feet

11:03AM 17   apart.  How long would a line have to be to go from, say, kevel

11:03AM 18   three to kevel four and make the connections?

11:03AM 19   A.   About 60 feet because you need additional length of line on

11:03AM 20   each end to secure it around the deck fitting.

11:03AM 21   Q.   And if you looked at the ropes and if the longest rope

11:03AM 22   combination was 48 feet, could that be used to go from kevel

11:04AM 23   three to kevel four as I've just described?

11:04AM 24        MR. BEST:  Just note an objection, Your Honor.  This

11:04AM 25   goes also beyond his report.  There is no specific discussion of

11:04AM 1    lines or where they went to or what length they were.

11:04AM 2         MR. WEBB:  Your Honor, again, this is in response to the

11:04AM 3    theories that they have come up with during their examination of

11:04AM 4    their witnesses here in the courtroom.

11:04AM 5         THE COURT:  I know, but opinions need to be in the

11:04AM 6    expert report.  They are not a movable feast.  That means the

11:04AM 7    expert report would mean nothing.  So they do have to be confined

11:04AM 8    to the expert report or, at least, and I hate to use this word,

11:04AM 9    within the penumbra of the expert report.

11:04AM 10        Merely because things came up during trial doesn't allow an

11:04AM 11   expert to be so fluid as to give opinions never rendered, so if

11:04AM 12   they are not rendered or within the penumbra.

11:04AM 13        So, Mr. Best, I guess we have to then -- the only way I can

11:04AM 14   really rule on this is to -- I have notes of where I've

11:04AM 15   synopsized the report -- to determine if it's sufficiently within

11:04AM 16   the scope of his report to opine on.  Merely because it came up

11:04AM 17   in trial doesn't mean that all of a sudden I can give an opinion

11:05AM 18   I've never rendered if I'm an expert.

11:05AM 19        MR. WEBB:  May I respond, Your Honor?

11:05AM 20        THE COURT:  Yes.

11:05AM 21        MR. WEBB:  What I'm trying to establish is actually a

11:05AM 22   fact question.  Based upon his experience, how long does a rope

11:05AM 23   have to be running from kevel three to kevel four if, based upon

11:05AM 24   their expert, he testified they were 50 feet apart.  That's not

11:05AM 25   an opinion.

11:05AM 1        MR. BEST:  I think it calls for an opinion and an

11:05AM 2    evaluation and an assessment of a number of items of evidence.

11:05AM 3        THE COURT:  Then we can have a rebuttal expert come back

11:05AM 4    and say, no, it's -- you know, this could never end if we open

11:05AM 5    this up.

11:05AM 6        MR. WEBB:  Your Honor, that's the only question I have.

11:05AM 7    That was end of this line of questioning.

11:05AM 8        THE COURT:  Subject to the fact that I'm going to note

11:05AM 9    it was not in his report, I'll give it the weight it deserves.

11:05AM 10   Go ahead, sir.

11:05AM 11       MR. WEBB:  Then I refer Your Honor to paragraph two of

11:05AM 12   his comments, and hopefully it's in there when you read it.

11:05AM 13       THE COURT:  Paragraph two?

11:06AM 14       MR. WEBB:  Yes, sir.

11:06AM 15       THE COURT:  I will do that.  I will certainly do that.

11:06AM 16   I'll make a note of that.  Go ahead, sir.

11:06AM 17                          EXAMINATION

11:06AM 18   BY MR. WEBB:

11:06AM 19   Q.   Sir, have you been on vessels during hurricanes?

11:06AM 20   A.   Yes, I have.

11:06AM 21   Q.   In your experience have you had to prepare and moor barges

11:06AM 22   for hurricanes?

11:06AM 23   A.   Yes, I have.

11:06AM 24   Q.   When you moored barges to a dock in preparation for a storm,

11:06AM 25   would you prefer to use wire rope or braided poly rope?

11:06AM  1   A.   Braided poly.

11:06AM  2   Q.   What line would you prefer to use to moor a loaded barge to

11:06AM  3   a light barge?

11:06AM  4   A.   The braided poly.

11:06AM  5   Q.   Why is that?

11:06AM  6   A.   It has more elasticity in it, and it's easier to make the

11:06AM  7   proper length.

11:06AM  8   Q.   Now, what do you understand to have been the makeup of the

11:06AM  9   mooring lines between the 4727 and the 4725?

11:06AM 10   A.   I understand that there was at least three and possibly

11:06AM 11   more.

11:06AM 12   Q.   In your experience preparing barges for hurricanes, is this

11:07AM 13   a reasonable amount of lines considering their size and

11:07AM 14   condition?

11:07AM 15   A.   Yes.

11:07AM 16   Q.   Is it also a reasonable amount of lines to consider when

11:07AM 17   you're mooring on a -- for calm weather in the canal?

11:07AM 18   A.   Yes.

11:07AM 19   Q.   Would more lines have prevented the breakaway in this case?

11:07AM 20   A.   I don't believe so, not with the horrendous surge and

11:07AM 21   conditions with Hurricane Katrina.

11:07AM 22   Q.   If the mid line had been improperly positioned, would that

11:07AM 23   problem have shown up on the turnaround?

11:07AM 24   A.   It should have, yes.

11:07AM 25   Q.   Did you go out on any surveys and inspect any breakaways?

11:07AM 1    A.   Yes, I did.

11:07AM 2    Q.   How many barges came free during Katrina in the Greater

11:08AM 3    New Orleans area, in your best estimate?

11:08AM 4    A.   I think I read somewhere and observed that there was about

11:08AM 5    1,500 of them.

11:08AM 6            MR. BEST:   Your Honor, I just object to the relevancy,

11:08AM 7    and I'll make it general.   Other places, other locations, other

11:08AM 8    circumstances.

11:08AM 9            THE COURT:   Overruled.

11:08AM 10                              EXAMINATION

11:08AM 11   BY MR. WEBB:

11:08AM 12   Q.   Sir, were some of the breakaways made up with wire and rope

11:08AM 13   cable together?

11:08AM 14   A.   Yes, they were.

11:08AM 15   Q.   Are you familiar with the LoneStar barge fleet at the

11:08AM 16   Intracoastal Waterway near Michoud?

11:08AM 17   A.   Yes.

11:08AM 18   Q.   And do you know what happened there?

11:08AM 19   A.   Yeah.   Most of their barges broke away, and some of them

11:08AM 20   partially sank.

11:08AM 21   Q.   Were there any breakaways on the river?

11:08AM 22   A.   Yes, there were.

11:08AM 23   Q.   Now, let's go back to the dock for a while.   Did Lafarge

11:08AM 24   have a hurricane plan?

11:08AM 25   A.   They had a checkoff list.

11:08AM  1   Q.   Is Lafarge a barge fleet?

11:08AM  2   A.   No.  It's a terminal operation.

11:09AM  3   Q.   What is the difference between a fleet and a terminal

11:09AM  4   operation?

11:09AM  5   A.   A fleet primarily has a significant amount of barges in it;

11:09AM  6   whereas, Lafarge only had a few.  A fleet also is required to

11:09AM  7   have standby vessels, and a terminal operation is not.

11:09AM  8   Q.   What regulations apply to the dock?  What regulations,

11:09AM  9   Coast Guard regulations, apply to the dock?

11:09AM 10   A.   CFR 33:162.75, I believe.

11:09AM 11   Q.   What does this regulation require for mooring of barges

11:09AM 12   which are not a part of a tow such as these two barges?

11:09AM 13   A.   A bow and stern line.

11:09AM 14   Q.   Did both the 4727 and the 4745 have bow and stern lines?

11:09AM 15   A.   Yes.

11:09AM 16   Q.   Did you find any regulation that the barges at Lafarge tied

11:10AM 17   up did not comply with?

11:10AM 18   A.   No.

11:10AM 19   Q.   Would the mooring arrangement between the 4727 and the 4745

11:10AM 20   be considered a tow?

11:10AM 21   A.   No.  The -- as they are moored, they're --

11:10AM 22        MR. BEST:  Excuse me, Your Honor, I object.  This was

11:10AM 23   addressed by the last witness in his report.  It was not

11:10AM 24   addressed at all by this witness in his report.  His report

11:10AM 25   was --

11:10AM 1           THE COURT:  I'm going to determine what a tow is, so

11:10AM 2  this line of questioning, I'm going to read the regulation and

11:10AM 3  determine it.

11:10AM 4           MR. WEBB:  Yes, sir.

11:10AM 5           THE COURT:  I don't want to hear any expert on it.  Go

11:10AM 6  ahead.

11:10AM 7           MR. WEBB:  Yes, sir.  No problem.

11:10AM 8                     EXAMINATION

11:10AM 9  BY MR. WEBB:

11:11AM 10  Q.   Let's talk a little bit about the hurricane protection plan.

11:11AM 11  Is one of the recommendations in that plan to double up mooring

11:11AM 12  lines?

11:11AM 13  A.   The -- could you restate that, please?

11:11AM 14  Q.   Is one of the recommendations in the hurricane protection

11:11AM 15  plan by the Coast Guard to, quote, double up mooring lines?

11:11AM 16  A.   Yes.

11:11AM 17  Q.   What does that mean?

11:11AM 18  A.   That you increase the strength by at least two.

11:11AM 19  Q.   And how do you double up lines?

11:11AM 20  A.   Well, you can either add additional lines, you can double

11:11AM 21  part the existing line.

11:11AM 22  Q.   And is there another way to do it other than those two that

11:11AM 23  you've talked about?  Is there another way?

11:12AM 24  A.   Add larger lines.

11:12AM 25  Q.   Now, assume that before hurricane preparation, 4727 or 4745

11:12AM 1   had a bow line and a stern line between them.  Further assume

11:12AM 2   that the hurricane preparation included inspecting these lines,

11:12AM 3   and that one line was discarded and replaced with a new blue

11:12AM 4   6-inch line, and a new blue 6-inch line was added midship, and

11:12AM 5   inspecting but retaining a four and a half inch line at one end

11:12AM 6   of the barge.

11:12AM 7        If this new setup has 3.05 times the strength, combined

11:12AM 8   breaking strength of the old setup, what does that tell you about

11:12AM 9   the strength of the mooring arrangement?

11:12AM 10  A.   That it's been more than doubled; and, in fact, from that

11:12AM 11  it's been tripled.

11:12AM 12  Q.   Now, there has been a lot of talk about double-part lines or

11:13AM 13  two-part lines.  Would double-part lines or two-part lines have

11:13AM 14  been better to connect these two barges?

11:13AM 15  A.   Not in my opinion, no.

11:13AM 16  Q.   Why not?

11:13AM 17  A.   Because when you double part a line, you're putting it out,

11:13AM 18  and it has a chance to bind up and fail under the existing line

11:13AM 19  and kevel.

11:13AM 20       In fact, in my experience, I've had to pick numerous barges

11:13AM 21  up that were -- had a double part and failed for that reason.

11:13AM 22  Q.   Sir, are you familiar with *Knight's Modern Seamanship*?

11:13AM 23  A.   Yes.

11:13AM 24  Q.   This is something Mr. Green testified about.  And can you

11:14AM 25  tell us what this is?

11:14AM 1    A.   The header up at the top -- the header at the top of the

11:14AM 2    page says, "Orders to Men At the Lines."  And basically, from

11:14AM 3    what I'm looking at here, it's orders for undocking a ship.  It

11:14AM 4    has nothing to do with barges.

11:14AM 5    Q.   All right.  Do you see where it says, "single up"?

11:14AM 6    A.   Yeah.  Yes, I do.

11:14AM 7    Q.   What is that?

11:14AM 8    A.   Single up is basically, in my opinion, it's taking all lines

11:14AM 9    off except one awaiting the vessel to be cast off.

11:14AM 10        In fact, the pilots on the river, when I was operating the

11:14AM 11   assist tugs, would usually say, "Hey, cap, standby a minute.  I'm

11:14AM 12   all singled up ready to go, but I have got to wait on this tow to

11:14AM 13   pass before we cast off."

11:15AM 14   Q.   Does the term "single off" in *Knights* have anything to do

11:15AM 15   with securing a barge to a dock in preparation for a storm?

11:15AM 16   A.   No.

11:15AM 17   Q.   Sir, have you ever heard the term "temporary mooring"?

11:15AM 18   A.   Not till today.

11:15AM 19   Q.   Have you ever heard the term "temporary mooring" used when

11:15AM 20   dealing with a barge?

11:15AM 21   A.   No.

11:15AM 22   Q.   Also, let me change subjects here for a minute.  It has been

11:15AM 23   suggested that one of the things that could have been done with

11:15AM 24   4727 was to ballast it by filling wing and void spaces with

11:15AM 25   water.  Do you understand that?

11:15AM 1    A.    Yes.

11:15AM 2    Q.    Is that practical?

11:15AM 3    A.    No.

11:15AM 4    Q.    Is it a good idea or bad idea?

11:15AM 5    A.    It's not a good idea.

11:15AM 6    Q.    Please explain why.

11:15AM 7    A.    Inland hopper barges are basically built to transport cargo

11:15AM 8    in a cargo box, and the void spaces are basically for flotation.

11:16AM 9    They are not intended to be ballasted.

11:16AM 10   Q.    When did the Coast Guard prohibit further cargo operations

11:16AM 11   before the Monday of the hurricane?

11:16AM 12   A.    About noon on August 28th.

11:16AM 13   Q.    Was there any Coast Guard prohibition against offloading the

11:16AM 14   4727 which commenced Friday around noon?

11:16AM 15   A.    No.

11:16AM 16   Q.    Let's talk a little bit more about the ballasting and the

11:16AM 17   4727.  What type of barge is the 4727?

11:16AM 18   A.    It's an inland hopper barge.

11:16AM 19   Q.    Is a standard inland hopper barge designed to be ballasted

11:16AM 20   down?

11:16AM 21   A.    No.

11:16AM 22   Q.    What are the bow and stern boxes and the wing tanks designed

11:17AM 23   for?

11:17AM 24   A.    Flotation.

11:17AM 25   Q.    Are they designed to be filled with water?

11:17AM 1    A.    No.

11:17AM 2    Q.    You've inspected the 4727, haven't you, or seen photos of

11:17AM 3    it?

11:17AM 4    A.    I've seen photos of it.  I've seen numerous barges similar

11:17AM 5    to that over my career.

11:17AM 6    Q.    Does a barge like that have any kind of ballast pump or

11:17AM 7    piping system the way an oceangoing vessel would?

11:17AM 8    A.    No.

11:17AM 9    Q.    In your experience, do facilities like Lafarge usually have

11:17AM 10   water pumps at their dock?

11:17AM 11   A.    No.

11:17AM 12   Q.    In your experience, what size pumps would a vessel like the

11:17AM 13   REGINA H carry?

11:17AM 14   A.    Probably a two-inch jigger pump.

11:17AM 15   Q.    Using a two-inch jigger pump, can you give us an idea of how

11:17AM 16   long it would take if you decided to pump water into the ballast

11:18AM 17   tanks?

11:18AM 18   A.    To get it down a significant amount, probably 16 to

11:18AM 19   24 hours.

11:18AM 20   Q.    And what would happen if you were able to accomplish that

11:18AM 21   task?

11:18AM 22   A.    The barge would be unstable.

11:18AM 23   Q.    Why?

11:18AM 24   A.    Because the free surface area in the -- in the tanks, you

11:18AM 25   would have to press that barge up all the way to the deck to

11:18AM 1    eliminate the free surface area and make it a little more stable.

11:18AM 2    Q.   Are you aware of any requirements to ballast the ING 4727 in

11:18AM 3    preparation for the storm?

11:18AM 4    A.   No.

11:18AM 5    Q.   Would Lafarge, with seven barges alongside its dock, be

11:18AM 6    typical in not having a standby boat?

11:18AM 7    A.   Yeah, they are not required to have a standby boat.  It's a

11:19AM 8    terminal operation.

11:19AM 9    Q.   And as far as the Lafarge facility, how do barges come and

11:19AM 10   go to the facility?

11:19AM 11   A.   Basically the owner hires a contract boat to bring them in

11:19AM 12   and take them out.  The owner of the barge.

11:19AM 13   Q.   And at Lafarge, who would move the barges around the dock

11:19AM 14   once they are at the dock?

11:19AM 15   A.   That would be a contract vessel called in by Lafarge.

11:19AM 16   Q.   Is there a requirement to man a barge such as 4727 during a

11:19AM 17   storm?

11:19AM 18   A.   No.

11:19AM 19   Q.   Is there a requirement to man the dock at the Lafarge

11:19AM 20   facility during the storm?

11:19AM 21   A.   No.

11:19AM 22   Q.   There has been testimony that Lafarge used a technique known

11:20AM 23   as long-lining to secure barges to the dock in storm preparation.

11:20AM 24   What is your understanding of long-lining?

11:20AM 25   A.   Essentially that's taking a soft line or rope from the

11:20AM  1   mooring bollard around the pilings a few wraps, heading back to

11:20AM  2   the kevel on the barge.  And this is to allow for the storm

11:20AM  3   surge.  And as the surge came, the rope would slide up and each

11:20AM  4   of those turns, depending upon the height of the surge, would

11:20AM  5   release.

11:20AM  6   Q.   Why was long-lining particularly suited to the Lafarge

11:20AM  7   terminal?

11:20AM  8   A.   Due to the new pilings that they had on there.

11:20AM  9   Q.   Now, when the surge goes down with long-lining, after, what

11:21AM 10   happens with the barge?  Is it still tied up?

11:21AM 11   A.   Yes.

11:21AM 12   Q.   Is there any Coast Guard regulation that you're aware of

11:21AM 13   prohibiting the mooring of an empty barge to a full barge?

11:21AM 14   A.   No.

11:21AM 15   Q.   Is there any requirement that Lafarge report to the

11:21AM 16   Coast Guard the presence of river barges at their facility during

11:21AM 17   the hurricane?

11:21AM 18   A.   No.

11:21AM 19   Q.   Is there a requirement to move the barge into the river

11:21AM 20   because of a hurricane?

11:21AM 21   A.   No.

11:21AM 22   Q.   What would it have taken to move the 4727 to the river on

11:21AM 23   Saturday?

11:21AM 24   A.   You'd have to have had a dedicated place to take it before

11:21AM 25   you move it out of there.

11:21AM 1    Q.   And who would make the designated place for it to be

11:22AM 2    removed?

11:22AM 3    A.   Basically, in this instance, the owner, Zito, would have to

11:22AM 4    provide that.

11:22AM 5    Q.   Sir, in your experience, can a towboat simply show up at a

11:22AM 6    fleet and drop off a barge?

11:22AM 7    A.   No.

11:22AM 8    Q.   Considering your view of Lafarge activities and your

11:22AM 9    experience, in preparation for Hurricane Katrina do you have an

11:22AM 10   opinion as to whether Lafarge acted reasonably?

11:22AM 11   A.   In my opinion, they did what was proper.

11:22AM 12   Q.   And what is that opinion?  And you've asked me if I can

11:22AM 13   throw up the conclusion paragraph on your report.

11:22AM 14        And highlight it, please.

11:23AM 15        Can you -- summarize this conclusion for us, please.

11:23AM 16   A.   Yeah.  There was somewhere in the vicinity of a 100 to 200

11:23AM 17   vessels in the Inner Harbor Navigation Canal and Gulf

11:23AM 18   Intracoastal Waterway that were cast adrift, and some of them

11:23AM 19   partially sank.  And most of these were all properly moored in

11:23AM 20   accordance with hurricane provisions.

11:23AM 21        And there was additional vessels, and they were all unable

11:23AM 22   to contend with the unpredictable fury of Hurricane Katrina.

11:23AM 23   Q.   And what was your opinion on Lafarge North America and the

11:23AM 24   ING 4727?

11:23AM 25   A.   I found them to be properly moored in accordance with

11:23AM  1  hurricane provisions.

11:24AM  2            MR. WEBB:  Thank you.  I tender the witness.

11:24AM  3            THE COURT:  Thank you, Mr. Webb.  Cross-examination?

11:24AM  4                        CROSS-EXAMINATION

11:24AM  5  BY MR. BEST:

11:24AM  6  Q.   Mr. Strouse, I want to make sure I understand.  I recall,

11:24AM  7  and I made a note, you told Mr. Webb that the mooring as you

11:24AM  8  understand it existed on the 4727 as described by the dock crew

11:24AM  9  in their depositions was adequate and proper, all right?

11:24AM 10  A.   What was -- the last couple of words, please?

11:24AM 11  Q.   That the mooring --

11:24AM 12  A.   I didn't understand the last couple of words you said.

11:24AM 13  Q.   I'm sorry.  That the mooring of the 4727, as you understand

11:24AM 14  it existed on August 29, 2005, before the storm arrived, based

11:24AM 15  upon your review of the depositions of the dock crew and the

11:24AM 16  other people who saw the mooring, that it was adequate and

11:24AM 17  proper?

11:24AM 18  A.   Yes.

11:24AM 19  Q.   And I think you told Mr. Webb it was adequate and proper for

11:25AM 20  calm weather?

11:25AM 21  A.   Yes.

11:25AM 22  Q.   And it was adequate and proper as hurricane preparation?

11:25AM 23  A.   That is correct.

11:25AM 24  Q.   Do I understand, then, that one doesn't have to do anything

11:25AM 25  extra for hurricane preparation over what one does for calm

11:25AM 1   weather?

11:25AM 2   A.   Not necessarily, no.

11:25AM 3   Q.   Well, then what extra did they do for this barge for

11:25AM 4   hurricane preparation that they hadn't already done for calm

11:25AM 5   weather?

11:25AM 6   A.   I believe for the hurricane preparations they indicated that

11:25AM 7   they had went out there and inspected lines and put two brand-new

11:25AM 8   ones on and left one that was adequate there.

11:25AM 9   Q.   Okay.  So they did -- but your testimony was the mooring was

11:25AM 10  adequate for calm weather and it was adequate for a hurricane?

11:25AM 11  A.   That's correct.

11:25AM 12  Q.   Let me show you your report on page 2 at the bottom.  I

11:26AM 13  think this sort of summarizes.  This is something you said:  The

11:26AM 14  4727 and the 4745 and -- so both tiers of barges, both the 4727

11:26AM 15  and 4545 as one tier and the north tier were properly and

11:26AM 16  adequately moored in accordance with hurricane preparations,

11:26AM 17  right?

11:26AM 18  A.   Yes.

11:26AM 19  Q.   And this is confirmed by the fact that the six loaded barges

11:26AM 20  remained secured to the dock?

11:26AM 21  A.   That's what it says.

11:26AM 22  Q.   Well, that's what you put in your report.  You chose the

11:26AM 23  words.  You wrote it, right?

11:26AM 24  A.   That's correct.

11:26AM 25  Q.   Of course, now you know that the barges were not all moored

11:26AM 1    the same way?

11:26AM 2    A.   Could you clarify that, please?

11:26AM 3    Q.   Well, you have a very clear understanding that you've

11:26AM 4    already told Mr. Webb about how the 4727 and the 4745 were moored

11:26AM 5    together.

11:26AM 6    A.   Correct.

11:26AM 7    Q.   And you've read the depositions of the witnesses about how

11:27AM 8    the north tier was moored.

11:27AM 9    A.   Correct.

11:27AM 10   Q.   You read Roland Johnson's testimony that on the north tier

11:27AM 11   they were moored together at every bitt, every kevel, every

11:27AM 12   mooring point?

11:27AM 13   A.   Yes.

11:27AM 14   Q.   And you also saw some testimony of Mr. Thigpen that the

11:27AM 15   north tier had used cables as well as mooring lines?

11:27AM 16   A.   Yes.

11:27AM 17   Q.   So they were not moored the same way?

11:27AM 18   A.   No.   They weren't.

11:27AM 19   Q.   So what does the fact that the six loaded barges remained

11:27AM 20   secured to the dock have to do with the mooring of the 4727 if

11:27AM 21   they weren't moored the same?

11:27AM 22   A.   Both of them sustained hurricane.   Just because the 4727

11:27AM 23   lines failed was due to the severity of the hurricane.   Now, the

11:27AM 24   other ones sustained the same severity and they remained moored.

11:27AM 25   Q.   Because they were moored differently, correct?

11:28AM  1   A.   They may have been moored differently, but they were all

11:28AM  2   moored adequately.

11:28AM  3   Q.   I understand they were all moored adequately, but it's

11:28AM  4   obvious that they were moored more adequately, if you will, since

11:28AM  5   they did not break away?

11:28AM  6   A.   You can make that conclusion, yes.

11:28AM  7   Q.   Thank you.

11:28AM  8        And if there is a hurricane coming, what was different about

11:28AM  9   the 4727 that justified mooring it with less and fewer lines or

11:28AM 10   cables than the north tier?

11:28AM 11        In your opinion as an expert, why should it be moored lesser

11:28AM 12   than the north tier, less adequately than the north tier?

11:28AM 13   A.   I wouldn't say it was less adequately.  It was moored

11:28AM 14   differently, like you say.

11:28AM 15   Q.   Well, a moment ago you agreed with me that the north tier

11:28AM 16   was moored more adequately because it didn't break away, right?

11:28AM 17   A.   I did.

11:28AM 18   Q.   Yes.  Okay.  So I'm asking you, if one is facing a Class 5

11:28AM 19   hurricane, what justifies a deck crew in mooring one of the seven

11:28AM 20   barges there less adequately than the rest?

11:29AM 21   A.   I don't think they were.  I think the 4727 was moored as

11:29AM 22   adequate as the other one.

11:29AM 23   Q.   You said that this location was a -- this turning basin that

11:29AM 24   these vessels were in was a protected slip, right?

11:29AM 25   A.   It's a protected area, yes.

11:29AM 1   Q.   And even though something may be left in what in your
11:29AM 2   opinion is a protected slip or a protected area, when there is a
11:29AM 3   hurricane coming you still have an obligation to moor it
11:29AM 4   securely?
11:29AM 5   A.   Yes.
11:29AM 6   Q.   And you know that although you're of the opinion this was a
11:29AM 7   protected and a good and safe mooring area, that nobody else was
11:30AM 8   moored in between those two bridges on the Industrial Canal other
11:30AM 9   than these Lafarge barges?
11:30AM 10  A.   I don't know that.
11:30AM 11  Q.   Oh, you didn't know that?
11:30AM 12  A.   No.
11:30AM 13  Q.   You've made no investigation into that?
11:30AM 14  A.   No.
11:30AM 15  Q.   You haven't looked at any of the aerial photographs taken
11:30AM 16  after the storm?
11:30AM 17  A.   I did not.
11:30AM 18  Q.   You have been in this business for a long time.  You're
11:30AM 19  certainly aware that the Ninth Ward flooded from waters of the
11:30AM 20  Industrial Canal after Hurricane Betsy?
11:30AM 21  A.   Yes.
11:30AM 22  Q.   And you're aware because of your long experience in this
11:30AM 23  business that the Industrial Canal, the Inner Harbor Navigation
11:30AM 24  Canal, was open to the north to the Intracoastal Waterway and the
11:30AM 25  MRGO and has been since Hurricane Betsy and before?

11:30AM 1   A.   I'm not quite sure.  Could you restate that, please?

11:30AM 2   Q.   As an expert captain, marine surveyor who testifies in court

11:30AM 3   a lot, including in the State of Louisiana, you're familiar with

11:30AM 4   these waterways?

11:30AM 5   A.   Yes.

11:30AM 6   Q.   You know that if you go north from the Lafarge facility up

11:31AM 7   the Inner Harbor Navigational Canal you can go straight to Lake

11:31AM 8   Pontchartrain, so it's open to Lake Pontchartrain --

11:31AM 9   A.   Yes.

11:31AM 10  Q.   -- right?

11:31AM 11       Or you can follow the Intracoastal Waterway and go east

11:31AM 12  before you get to Lake Pontchartrain, right?

11:31AM 13  A.   Yes.

11:31AM 14  Q.   And you can either go then after that to the Intracoastal

11:31AM 15  Waterway or down the Mississippi River Gulf Outlet?

11:31AM 16  A.   Yes.

11:31AM 17  Q.   And so you know and have known since Hurricane Betsy that

11:31AM 18  the Inner Harbor Navigational Canal is open to those waterways?

11:31AM 19  A.   Well, it's not exactly open to them because you've got

11:31AM 20  levees on the east side, you've got buildings and stuff on the

11:31AM 21  west side, and the only little part that's really open is right

11:31AM 22  between the bridges, that little area of 90 feet between the

11:31AM 23  bridges.

11:31AM 24  Q.   Let me be clear.  Maybe I asked it wrong.  This waterway,

11:31AM 25  the waters of it are open to the waters of the other waterways I

11:32AM 1    described; that is, water can flow into there?

11:32AM 2    A.   Through that little 90-foot or 120-foot section of bridge

11:32AM 3    that the -- is spanned by the Florida Avenue bridge.

11:32AM 4    Q.   That, as you know from Hurricane Betsy and you've known all

11:32AM 5    these years since, is open to hurricane surges?

11:32AM 6    A.   That little 120-foot section, yes.

11:32AM 7          THE COURT:  The Court is well familiar with the

11:32AM 8    hydrology.

11:32AM 9          MR. BEST:  I understand the Court is.  I was exploring

11:32AM 10   the witness' --

11:32AM 11         THE COURT:  I understand.  If the witness isn't -- if

11:32AM 12   you want to ask him, isn't it true it elevated substantially

11:32AM 13   during -- to make your point, it's up to you.

11:32AM 14         MR. BEST:  I think I'd already made the point,

11:32AM 15   Your Honor.  I'm prepared to move on.

11:32AM 16                         EXAMINATION

11:32AM 17   BY MR. BEST:

11:32AM 18   Q.   Now, I understand you've given testimony you prefer and like

11:33AM 19   polypropylene lines for barge mooring?

11:33AM 20   A.   When I looked at these lines, I says, if I had those when I

11:33AM 21   was working, I'd sure appreciate it.

11:33AM 22   Q.   The answer to my question is, yes, you prefer polypropylene

11:33AM 23   lines --

11:33AM 24   A.   Yes.

11:33AM 25   Q.   -- for barge mooring?

11:33AM 1       But you're not telling operators like LoneStar, who use
11:33AM 2  steel cables for mooring of their barges in anticipation of a
11:33AM 3  hurricane, that that's a bad thing and they shouldn't do it, are
11:33AM 4  you?
11:33AM 5  A.   No.  No.
11:33AM 6  Q.   And you're not telling Lafarge that it shouldn't have used
11:33AM 7  cables like it did on the north tier as part of its hurricane
11:33AM 8  preparation?
11:33AM 9  A.   I think in the cables you're referring there is the rigging
11:33AM 10 that came in with the barges basically.  I don't think Lafarge
11:33AM 11 provided any of that because they don't keep cable around.
11:33AM 12 Q.   You saw the testimony that said the north tier was moored
11:33AM 13 with ropes and cables?
11:33AM 14 A.   Yes.  The cable was put on there by the owners of the
11:33AM 15 barges.  The ropes were put on by Lafarge.
11:33AM 16 Q.   You're not saying that Lafarge did a bad thing by using
11:33AM 17 steel cables as part of the hurricane mooring on the north tier?
11:34AM 18 A.   No, I'm not.
11:34AM 19 Q.   Now, on the doubling issue -- and I just want to speak just
11:34AM 20 very briefly about this -- Mr. Webb asked you, you said you could
11:34AM 21 increase by doubling the number of wraps or doubling the lines or
11:34AM 22 increasing the strength; do you recall that?
11:34AM 23 A.   Correct.
11:34AM 24 Q.   But insofar as a dock worker or a seaman, they are not in a
11:34AM 25 position necessarily to be able to calculate increases in

11:34AM 1  strength, are they?

11:34AM 2  A.   Not technically by engineering process, but by inspection

11:34AM 3  and observation they are.

11:34AM 4  Q.   And so you think that here the doubling requirements and

11:34AM 5  recommendations -- the doubling recommendations were met?

11:34AM 6  A.   Yes.

11:34AM 7  Q.   So then is it fair to say -- you saw that the Lafarge crew

11:34AM 8  discarded one of the lines at the end of the two barges as part

11:34AM 9  of the hurricane preparation, right?

11:35AM 10  A.   That's correct.

11:35AM 11  Q.   Okay.  Well, suppose they had decided that what they were

11:35AM 12  going to do was just, rather than do exactly what they did, that

11:35AM 13  they are going to, instead of having a single-part line, three of

11:35AM 14  them between the barge, they are going to take that old worn out

11:35AM 15  line and find another one just like it and use it at the other

11:35AM 16  end, but as a single-part line.  That might have doubled the

11:35AM 17  strength of the one line at one end, right?

11:35AM 18  A.   You're saying take the old line that they took off and put

11:35AM 19  it at the other end?

11:35AM 20  Q.   No, I'm sorry, I asked it badly.  If the objective is to

11:35AM 21  double the strength, and you've got two old worn out lines, one

11:35AM 22  at the bow and one at the stern, and you get rid of them and you

11:35AM 23  go in the shed and you get two slightly less worn out lines and

11:36AM 24  you replace them, you may have doubled up the strength?

11:36AM 25  A.   Yes.

11:36AM  1    Q.    And that, in your opinion, would be satisfaction with those

11:36AM  2    recommendations?

11:36AM  3    A.    Yeah, double the strength.

11:36AM  4    Q.    There is no written authority or textbook that you know and

11:36AM  5    can point us to that describes doubling the strength as meaning

11:36AM  6    doubling up?

11:36AM  7    A.    (No response.)

11:36AM  8    Q.    Your opinion about doubling up, being satisfied by doubling

11:36AM  9    the strength, is not in writing in any text or authority?

11:36AM 10    A.    Yeah, it is.

11:36AM 11    Q.    What text or authority?

11:36AM 12    A.    It's in the *Chapman Book on* --

11:36AM 13    Q.    Is that something you found since your deposition?

11:36AM 14    A.    Yes.

11:36AM 15    Q.    Because at the time of your deposition you told us you

11:36AM 16    weren't aware of any written authority to that effect.

11:37AM 17    A.    No, but your deposition made me go out and look for it.

11:37AM 18    Q.    And you found one?

11:37AM 19    A.    That they refer to strength in the *Chapman's Book of*

11:37AM 20    *Seamanship*.

11:37AM 21    Q.    Certainly, if you double lines, you've also doubled the

11:37AM 22    strength?  If you do a double wrap and you make a single-part

11:37AM 23    line a two-part line, you've doubled the strength?

11:37AM 24    A.    Yes.

11:37AM 25    Q.    Now, you talked about long-lining.  As I recall when we took

11:37AM 1   your deposition, at least as of the time of the deposition you'd

11:37AM 2   never heard of long-lining before that?

11:37AM 3   A.   Not until you brought it up.

11:37AM 4   Q.   Yes.  And long-lining is also not something that, at least

11:38AM 5   at the time of your deposition, you had seen described in writing

11:38AM 6   anywhere?

11:38AM 7   A.   No.  It's not described in writing.  I think long-lining is

11:38AM 8   a process that Lafarge uses at their terminal or at their dock.

11:38AM 9   Q.   Do you agree that long-lining, the purpose is, as I

11:38AM 10  understand it, so as the tide rises, the vessel rises, and loops

11:38AM 11  of the mooring lines come off the mooring dolphin, right?

11:38AM 12  A.   Yeah, that's so it stays attached to the mooring dolphin and

11:38AM 13  to the barge.

11:38AM 14  Q.   Doesn't that create the risk on moving seas that more wraps

11:38AM 15  might come off one dolphin than the other and allow the tier of

11:38AM 16  barges to pivot from the dock?

11:38AM 17  A.   That possibly could happen, yeah.

11:38AM 18  Q.   Don't you think when you have two tiers of barges moored

11:38AM 19  together that that creates a risk of allision?

11:38AM 20  A.   Not necessarily.

11:38AM 21  Q.   Did you see the aerial photographs of the Lafarge dock

11:38AM 22  afterwards showing the northern tier of barges canted?

11:39AM 23  A.   Oh, yeah.

11:39AM 24  Q.   And you don't agree that that created a risk of allision

11:39AM 25  with the south tier barges?

11:39AM 1   A.   Well, I don't know if that happened.  I don't know when

11:39AM 2   those -- I don't know when they -- that long-lining effect

11:39AM 3   occurred.  I don't know -- I can't tell you.

11:39AM 4   Q.   Isn't it your opinion that a waterfront facility operator

11:39AM 5   should moor its barges in such a manner as to eliminate to the

11:39AM 6   extent possible the risk of allision?

11:39AM 7   A.   I don't know if I've stated that in my report.

11:39AM 8   Q.   Or collisions between its -- I know you didn't, but I'm

11:39AM 9   asking --

11:39AM 10  A.   Oh, okay.

11:39AM 11  Q.   -- isn't it the duty of a waterfront facility operator

11:39AM 12  mooring tiers of barges to do whatever it can to minimize the

11:39AM 13  risk of collisions of those tiers?

11:39AM 14  A.   Well, I mean, you've only got a limited amount of space

11:39AM 15  there, so how you moor the barges is dictated by that amount of

11:39AM 16  space.  So --

11:39AM 17  Q.   That wasn't my question, sir.

11:39AM 18  A.   I know what your question was.  I'm getting to it.

11:39AM 19  Q.   Well, would you answer it, please?

11:39AM 20  A.   In this particular instance --

11:40AM 21       MR. BEST:  I object to the response as nonresponsive.

11:40AM 22       THE WITNESS:  Please ask the question.

11:40AM 23       THE COURT:  Well, I haven't heard it.  He said, "in this

11:40AM 24  particular instance," and we dangled.  So, in this particular

11:40AM 25  instance, what, sir?

11:40AM 1          THE WITNESS:  They didn't have enough room to moor it

11:40AM 2  any other way.

11:40AM 3          THE COURT:  All right.

11:40AM 4                        EXAMINATION

11:40AM 5  BY MR. BEST:

11:40AM 6  Q.   I don't think that answers my question.  My question was a

11:40AM 7  simple one, and it was a general one:  Doesn't a waterfront

11:40AM 8  facility's owner have an obligation to do what it can to moor

11:40AM 9  multiple tiers of barges in such a manner as to avoid collisions

11:40AM 10 of them?

11:40AM 11 A.   The key words there is to do what he can, yes.

11:40AM 12 Q.   And isn't one of the things that could be done at this

11:40AM 13 location moor the north and south tier together?

11:40AM 14 A.   No.  I don't -- they had limited room there, and they had

11:40AM 15 the barges positioned.  I don't believe that would have been a

11:40AM 16 good idea.

11:40AM 17 Q.   Why not?

11:40AM 18 A.   Because the way they had them moored was better.  I mean --

11:40AM 19 I don't -- I don't understand why you want to moor both those

11:40AM 20 barges together because then you're going to have to put one of

11:41AM 21 them on the outside.

11:41AM 22 Q.   I understand, but one of them was on the outside, right?

11:41AM 23 A.   It's better to moor barges to a dock than it is to moor them

11:41AM 24 to other barges.

11:41AM 25 Q.   I'm talking about the north tier and the south tier, mooring

11:41AM 1   the two barges at the dock, making them one by connections

11:41AM 2   between the two, at least that, and possibly the second two

11:41AM 3   barges as well, so that we've got a single unit instead of two

11:41AM 4   units that can bang against one another.  You don't think that's

11:41AM 5   prudent and reasonable?

11:41AM 6   A.   Oh, you're talking about mooring on the end.

11:41AM 7   Q.   Yes, end to end of the two tiers.

11:41AM 8   A.   Okay.

11:41AM 9   Q.   Don't you think that is a reasonable and prudent way to

11:41AM 10  avoid collisions and banging between the two tiers?

11:41AM 11  A.   It depends on how far the tiers were apart.

11:41AM 12  Q.   And you didn't evaluate that?

11:41AM 13  A.   No.

11:41AM 14  Q.   You talked about ballasting.  I think you said this barge

11:41AM 15  didn't have a pumping system in order to ballast it.  Pumps can

11:42AM 16  be rented, can't they?

11:42AM 17  A.   They sure can.

11:42AM 18  Q.   And although you said the void spaces are not designed to be

11:42AM 19  used as a ballast system, they can be used; you can still put

11:42AM 20  water in them to reduce the height of the elevation of the barge

11:42AM 21  and then pump it out later?

11:42AM 22  A.   You can.

11:42AM 23  Q.   There's less stress on the mooring lines to the degree the

11:42AM 24  elevations of the barges are reduced?

11:42AM 25  A.   Yes.

11:42AM 1   Q.   The mooring will be stronger to the degree the differential

11:42AM 2   elevation is reduced?

11:42AM 3   A.   I don't know about stronger.  I would have to defer to

11:42AM 4   another expert on that.

11:42AM 5   Q.   That's fine.

11:42AM 6        And you said high-low moorings are common in your

11:42AM 7   experience?

11:42AM 8   A.   That's correct.

11:42AM 9   Q.   You did not say, and I looked very carefully in your report,

11:42AM 10  you did not say they were common in hurricanes.  You said they

11:43AM 11  were common in the industry?

11:43AM 12  A.   Correct.

11:43AM 13  Q.   You're not saying it's common to do that in preparation for

11:43AM 14  a hurricane?

11:43AM 15  A.   It's common at all times, yeah.  They do it in -- you know,

11:43AM 16  in the Intracoastal Waterway, you usually don't have as much

11:43AM 17  space as you have in fleets in the river; so, yes, you would have

11:43AM 18  various areas in various facilities that would have high-low

11:43AM 19  connections during a hurricane.

11:43AM 20  Q.   Were you here for Mr. Arnold's testimony this morning, the

11:43AM 21  LoneStar representative?

11:43AM 22  A.   No.

11:43AM 23  Q.   If LoneStar's practice on the Intracoastal Waterway was to

11:43AM 24  moor loadeds to loadeds and lights to lights, wouldn't you agree

11:43AM 25  that's a good practice?

11:43AM  1          THE COURT:  Yes, sir.

11:43AM  2          MR. WEBB:  Your Honor, he can't have it both ways.  He's

11:43AM  3  been arguing all morning long that anything that happens at

11:43AM  4  LoneStar is irrelevant, and now he's trying to compare

11:43AM  5  everything.  Now, it's got to be one way or the other.

11:43AM  6          MR. BEST:  It went into evidence, and this is

11:43AM  7  cross-examination.

11:43AM  8          THE COURT:  Since he lost the objection, I'm going to

11:43AM  9  allow him to cross based thereon.

11:44AM 10          THE WITNESS:  Please restate the question.

11:44AM 11                          EXAMINATION

11:44AM 12  BY MR. BEST:

11:44AM 13  Q.   I'm not sure I will ask the same question or I remember it.

11:44AM 14  If LoneStar's practice in preparation for hurricanes was to moor

11:44AM 15  lights to lights and loadeds to loadeds, you're not saying that's

11:44AM 16  a bad idea, are you?

11:44AM 17  A.   It's not a bad idea, but LoneStar has a lot more space to

11:44AM 18  moor barges out there.

11:44AM 19  Q.   In this case at Lafarge, they certainly had the space, if

11:44AM 20  they wanted, to add the 4745 to the north tier and moor the 4727

11:44AM 21  directly to the dock if they wanted to, so it would have been

11:44AM 22  moored alone?

11:44AM 23  A.   It could have been, yes.

11:44AM 24  Q.   I mean, there are a lot of different things that could have

11:44AM 25  been done?

11:44AM 1    A.   Yes.

11:45AM 2              MR. BEST:   Just one moment, Your Honor, if I may.

11:45AM 3                            EXAMINATION

11:45AM 4    BY MR. BEST:

11:45AM 5    Q.   You agree that a reasonable and prudent member of the marine

11:45AM 6    industry should follow U.S. Coast Guard recommendations?

11:45AM 7    A.   They should take them into consideration.

11:45AM 8    Q.   And follow them if they are able to implement them

11:45AM 9    reasonably?

11:45AM 10   A.   And follow if they are able to, yes.

11:45AM 11   Q.   They should monitor the weather when there is a hurricane in

11:45AM 12   the Gulf?

11:45AM 13   A.   Yes.

11:45AM 14   Q.   And I think your testimony in your deposition was that

11:45AM 15   monitoring by cell phone in your opinion was sufficient for that

11:45AM 16   purpose?

11:45AM 17   A.   Yes.

11:45AM 18   Q.   That's still your opinion?

11:45AM 19   A.   That's the way I did it.

11:45AM 20   Q.   But for a -- you weren't operating a marine facility on the

11:46AM 21   Inner Harbor Navigation Canal?

11:46AM 22   A.   No, but I was out mooring vessels.

11:46AM 23   Q.   And did you find out about this hurricane because your wife

11:46AM 24   called you on Saturday morning at 9 o'clock?

11:46AM 25   A.   I think it was earlier than that.

11:46AM 1   Q.   Oh, is that how you found out; your wife called on you the

11:46AM 2   cell phone?

11:46AM 3   A.   Yeah.

11:46AM 4   Q.   But you were not managing a facility with an obligation to

11:46AM 5   monitor the hurricane even before it got in the Gulf and

11:46AM 6   certainly after it was in the Gulf?

11:46AM 7   A.   No.

11:46AM 8          MR. BEST:   Just one moment, Your Honor.   I've been

11:46AM 9   instructed to finish this, Your Honor, and I believe I should.

11:46AM 10  And I had overlooked a couple.

11:46AM 11                       EXAMINATION

11:46AM 12  BY MR. BEST:

11:46AM 13  Q.   Do you agree, given your expertise, that written --

11:46AM 14  having -- that a waterfront facility having written mooring

11:46AM 15  procedures will help ensure consistency in the application of

11:46AM 16  those procedures?

11:46AM 17  A.   Having written --

11:46AM 18  Q.   -- mooring procedures will help ensure consistent

11:46AM 19  application of those procedures?

11:47AM 20  A.   I don't know.   When I was operating, they had a bunch of

11:47AM 21  paper that would be shoved around, but it was actually

11:47AM 22  observation and action upon the event by people on site that got

11:47AM 23  more -- were better than the paper.

11:47AM 24  Q.   Well, doesn't having written procedures help new employees

11:47AM 25  who are unfamiliar with the practices and procedures get up to

11:47AM 1  speed quickly?

11:47AM 2  A.   It can.

11:47AM 3  Q.   And don't you agree that a manager of a waterfront facility

11:47AM 4  like Lafarge should have proper training for its employees in

11:47AM 5  mooring practices and storm preparation?

11:47AM 6  A.   Yes.

11:47AM 7  Q.   And it should follow its own established policies?

11:47AM 8  A.   Yes.

11:47AM 9  Q.   And when mooring barges for a hurricane, the mooring should

11:48AM 10 be secure?

11:48AM 11 A.   Secure?

11:48AM 12 Q.   Yes, sir.

11:48AM 13 A.   Yes.

11:48AM 14       MR. BEST:  Thank you.

11:48AM 15       THE COURT:  Redirect?

11:48AM 16       MR. WEBB:  Just a few, Your Honor.

11:48AM 17                    REDIRECT EXAMINATION

11:48AM 18 BY MR. WEBB:

11:48AM 19 Q.   Mr. Best had asked you about a bunch of different mooring

11:48AM 20 arrangements.  One of those mooring arrangements was to put the

11:48AM 21 4745 at the end of the north tier and leave the 4727 alone at the

11:48AM 22 dock.  In this particular instance, if you long-lined the 4727 to

11:48AM 23 the dock, what would happen to the 4727 with the storm surge?

11:48AM 24 A.   Essentially it's hard to moor an empty barge in that -- to

11:49AM 25 that Lafarge facility in that manner.  Basically, you've got --

2968

11:49AM  1   the lines are already extended up above the dock or some way, so

11:49AM  2   I think it was better to have it outboard of a loaded barge than

11:49AM  3   it would be against the dock.

11:49AM  4   Q.   And the reason why they did not want it against the dock was

11:49AM  5   what?

11:49AM  6   A.   Because the empty would have more capability to rise up on

11:49AM  7   the dock or get cast adrift.

11:49AM  8   Q.   So it was to protect the barge from hitting the dock and

11:49AM  9   breaking away, right?

11:49AM  10  A.   Yes.

11:49AM  11  Q.   Now, not all barges in the Inner Harbor Navigation Canal and

11:49AM  12  the Mississippi River were moored identically or exactly the

11:49AM  13  same; is that correct?

11:49AM  14  A.   That's correct.

11:50AM  15  Q.   Now, that doesn't mean that the different mooring

11:50AM  16  arrangements were not adequate?

11:50AM  17           MR. BEST:  Objection to form of the question.

11:50AM  18           THE COURT:  Overruled.

11:50AM  19           THE WITNESS:  That's correct.

11:50AM  20                           EXAMINATION

11:50AM  21  BY MR. WEBB:

11:50AM  22  Q.   And does that mean you can have many different adequate

11:50AM  23  mooring arrangements?

11:50AM  24  A.   Oh, certainly.

11:50AM  25  Q.   Now, out of all the different mooring arrangements that

11:50AM 1    could have been done that Mr. Best has talked about, did any of

11:50AM 2    that change your opinion that what was done by Lafarge was proper

11:50AM 3    and adequate for the expected conditions by Lafarge personnel?

11:50AM 4    A.   No, I find everything to be adequate.

11:50AM 5         MR. WEBB:   Thank you.   I have no further questions.

11:50AM 6         THE COURT:   Thank you, Mr. Webb.

11:50AM 7    Sir, you are released, and you may step down.

11:50AM 8    All right.

11:50AM 9         MR. ALDOCK:   Your Honor, our next witness is Dr. Kemp on

11:50AM 10   direct.   He will be less than a half hour, and we can do whatever

11:51AM 11   Your Honor's pleasure.   We won't finish the witness, but the

11:51AM 12   direct would be about slightly less than a half hour.   We can

11:51AM 13   start now or later, it doesn't matter.

11:51AM 14        THE COURT:   Okay.   Why don't we just come back at 1:00

11:51AM 15   sharp.   And then after Dr. Kemp you have?

11:51AM 16        MR. ALDOCK:   Dr. Suhayda, and then we rest.

11:51AM 17        THE COURT:   And we think Dr. Suhayda will be?   Just in

11:51AM 18   general.

11:51AM 19        MR. ALDOCK:   I think on direct an hour.

11:51AM 20        THE COURT:   Okay.

11:51AM 21        MR. KHORRAMI:   I don't expect more than an hour on cross

11:51AM 22   either.   Mr. Seymour is the person.

11:51AM 23        THE COURT:   Thank you very much.   We'll come back at

11:51AM 24   1:00 sharp.

11:51AM 25             (WHEREUPON, at this point in the proceedings, the Court

11:51AM 1   was in luncheon recess.)

11:51AM 2                           *   *   *

3

4                       REPORTER'S CERTIFICATE

5

6        I, Cathy Pepper, Certified Realtime Reporter, Registered

7   Merit Reporter, Registered Professional Reporter, Certified Court

8   Reporter of the State of Louisiana, Official Court Reporter for

9   the United States District Court, Eastern District of Louisiana,

10  do hereby certify that the foregoing is a true and correct

11  transcript, to the best of my ability and understanding, from the

12  record of the proceedings in the above-entitled and numbered

13  matter.

14

15

16                              *s/Cathy Pepper*

17                              Cathy Pepper, CRR, RMR, CCR

18                              Official Court Reporter

11:51AM 19                      United States District Court

20

21

22

23

24

25

**'**

**'70s** [1] - 2924:2

**0**

**0080** [1] - 2909:3
**0085** [1] - 2883:18
**05-4182** [1] - 2854:6
**05-5724** [1] - 2854:10
**06-7516** [1] - 2854:14

**1**

**1,500** [1] - 2939:5
**10** [2] - 2862:3, 2918:12
**10,000** - 2921:2
**100** [2] - 2855:17, 2948:16
**10279** [1] - 2855:10
**1100** [2] - 2855:24, 2903:13
**1150** [1] - 2855:20
**12** [6] - 2861:16, 2862:3, 2870:2, 2870:9, 2879:2, 2879:5
**120-foot** [2] - 2955:2, 2955:6
**12950** [1] - 2856:12
**13** [1] - 2854:18
**136** [1] - 2859:4
**16** [1] - 2945:18
**162.75** [5] - 2869:15, 2869:17, 2870:5, 2873:2, 2882:4
**16th** [2] - 2890:24, 2891:8
**1725** [1] - 2913:12
**1942** [2] - 2891:7, 2891:12
**1974** [3] - 2859:8, 2859:16, 2859:21
**1977** [1] - 2859:23
**1979** [1] - 2860:1
**1981** [2] - 2860:2, 2922:4
**1984** [2] - 2859:9, 2860:3
**1986** [3] - 2859:9, 2860:3, 2860:4
**1990** [2] - 2860:5, 2860:7
**1993** [2] - 2860:7, 2860:10
**1995** [1] - 2860:10
**1997** [2] - 2860:11,

2860:13
**1:00** [2] - 2969:14, 2969:24

**2**

**2** [7] - 2854:7, 2884:1, 2884:9, 2885:3, 2912:11, 2929:5, 2950:12
**20-foot** [1] - 2897:10
**200** [2] - 2897:3, 2948:16
**20001** [1] - 2856:6
**2001** [2] - 2860:13, 2860:15
**20036** [1] - 2855:21
**2004** [2] - 2859:18, 2860:15
**2005** [2] - 2883:5, 2949:14
**2007** [3] - 2868:6, 2922:22, 2926:15
**2009** [2] - 2869:8, 2925:10
**201** [1] - 2868:16
**2010** [2] - 2854:8, 2858:2
**20170** [1] - 2856:12
**2030** [2] - 2854:24, 2855:4
**223** [1] - 2855:10
**2300** [1] - 2855:24
**24** [2] - 2878:23, 2945:19
**26th** [8] - 2870:2, 2870:9, 2870:23, 2872:21, 2875:6, 2932:7, 2932:10, 2932:17
**2715** [1] - 2856:9
**27th** [2] - 2875:21, 2878:14
**28** [2] - 2883:9, 2906:5
**2858** [1] - 2857:5
**2859** [1] - 2857:6
**2864** [1] - 2857:7
**2868** [1] - 2857:8
**2882** [1] - 2857:9
**28th** [2] - 2879:5, 2944:12
**29** [2] - 2883:5, 2949:14
**2915** [1] - 2857:10
**2919** [2] - 2857:11, 2857:12
**2923** [1] - 2857:13
**2925** [1] - 2857:14
**2949** [1] - 2857:15

**2967** [1] - 2857:16

**3**

**3** [1] - 2905:2
**3(a)(1** [1] - 2916:2
**3.05** [1] - 2942:7
**30-foot** [1] - 2897:23
**33** [8] - 2861:5, 2862:15, 2869:13, 2869:15, 2869:17, 2870:5, 2873:2, 2882:4
**3316** [1] - 2855:16
**33:162.175** [1] - 2896:9
**33:162.75** [1] - 2940:10
**33RD** [1] - 2855:7
**35** [1] - 2897:3
**3683** [1] - 2859:4
**395** [1] - 2890:24

**4**

**4** [1] - 2878:14
**42** [1] - 2889:4
**44** [1] - 2855:7
**45** [1] - 2920:20
**45-plus** [1] - 2927:7
**4545** [1] - 2950:15
**46** [1] - 2862:14
**47** [2] - 2876:18, 2900:12
**4725** [1] - 2938:9
**4727** [89] - 2869:22, 2870:1, 2870:4, 2870:8, 2875:10, 2875:16, 2875:22, 2876:11, 2876:14, 2876:25, 2878:3, 2878:19, 2879:19, 2879:24, 2881:9, 2881:13, 2881:16, 2882:10, 2883:23, 2885:21, 2892:18, 2894:5, 2894:14, 2894:19, 2894:22, 2895:3, 2895:8, 2895:10, 2896:21, 2896:23, 2897:2, 2900:6, 2901:18, 2902:21, 2903:6, 2903:19, 2904:2, 2905:23, 2906:22, 2907:4, 2907:8, 2907:12, 2907:16, 2907:21, 2908:3, 2908:19, 2908:24,

**2909**:1, 2911:25, 2913:23, 2916:9, 2917:3, 2932:6, 2932:19, 2933:8, 2933:14, 2933:17, 2933:25, 2934:5, 2934:12, 2934:21, 2935:1, 2935:16, 2938:9, 2940:14, 2940:19, 2941:25, 2943:24, 2944:14, 2944:17, 2945:2, 2946:2, 2946:16, 2947:22, 2948:24, 2949:8, 2949:13, 2950:14, 2951:4, 2951:20, 2951:22, 2952:9, 2952:21, 2964:20, 2967:21, 2967:22, 2967:23
**4745** [13] - 2900:10, 2933:7, 2933:11, 2933:17, 2933:23, 2935:1, 2940:14, 2940:19, 2941:25, 2950:14, 2951:4, 2964:20, 2967:21
**48** [2] - 2878:11, 2935:22

**5**

**5** [3] - 2910:10, 2913:7, 2952:18
**50** [2] - 2935:16, 2936:24
**500** [4] - 2856:15, 2911:4, 2911:7, 2911:11
**504** [2] - 2856:16
**589-7779** [1] - 2856:16
**5TH** [1] - 2855:10

**6**

**6** [1] - 2861:5
**6-inch** [2] - 2942:4
**6.19** [1] - 2869:13
**60** [1] - 2935:19
**600** [1] - 2926:18
**650** [1] - 2856:9

**7**

**70002** [1] - 2855:17
**70113** [1] - 2855:14
**70130** [4] - 2854:25, 2855:4, 2856:9,

2856:16
**70163** [1] - 2855:25
**72** [1] - 2874:23
**750** [2] - 2897:5, 2897:6
**750-ton** [1] - 2897:10
**79** [1] - 2908:5

**8**

**8** [1] - 2895:12
**8,000** [3] - 2930:22, 2931:17
**80** [1] - 2875:3
**800** [1] - 2921:2
**821** [1] - 2855:13
**84** [1] - 2911:20
**86** [1] - 2906:3
**8:30** [1] - 2875:6

**9**

**9** [3] - 2854:8, 2858:2, 2965:24
**9,000** [1] - 2931:4
**90** [1] - 2954:22
**90-foot** [1] - 2955:2
**900** [1] - 2855:20
**90071** [1] - 2855:7
**901** [1] - 2856:6
**9:00** [1] - 2854:8

**A**

**A.M** [1] - 2854:8
**ability** [1] - 2970:11
**ABIR** [1] - 2855:6
**able** [7] - 2872:12, 2885:2, 2905:6, 2945:20, 2956:25, 2965:8, 2965:10
**above-entitled** [1] - 2970:12
**absolutely** [2] - 2892:5, 2935:11
**Academy** [4] - 2859:9, 2866:5, 2866:7, 2866:10
**accept** [1] - 2895:19
**accepted** [3] - 2922:5, 2922:7, 2922:15
**accommodations** [1] - 2899:7
**accomplish** [1] - 2945:20
**accomplishing** [1] - 2863:5
**accord** [1] - 2892:12

2

**accordance** [4] - 2893:9, 2948:20, 2948:25, 2950:16
**according** [1] - 2924:2
**achieve** [2] - 2914:12, 2915:9
**achieved** [2] - 2884:18, 2885:22
**acknowledged** [1] - 2896:10
**acted** [1] - 2948:10
**acting** [2] - 2889:25, 2904:14
**ACTION** [1] - 2854:6
**action** [3] - 2873:16, 2908:9, 2966:22
**actions** [1] - 2874:3
**active** [2] - 2923:23, 2923:24
**activities** [2] - 2893:23, 2948:8
**actual** [2] - 2915:25, 2916:11
**ADAM** [1] - 2856:4
**add** [4] - 2877:19, 2941:20, 2941:24, 2964:20
**added** [6] - 2884:23, 2886:12, 2886:13, 2887:10, 2892:25, 2942:4
**addendums** [1] - 2931:6
**adding** [3] - 2877:23, 2884:13, 2884:19
**addition** [1] - 2863:3
**additional** [8] - 2886:13, 2891:16, 2892:5, 2894:21, 2908:15, 2935:19, 2941:20, 2948:21
**address** [2] - 2859:3, 2911:11
**addressed** [3] - 2868:13, 2940:23, 2940:24
**adequacy** [1] - 2930:25
**adequate** [21] - 2886:11, 2886:21, 2887:3, 2887:8, 2903:23, 2904:3, 2904:15, 2905:8, 2934:18, 2949:9, 2949:16, 2949:19, 2949:22, 2950:8, 2950:10, 2952:22, 2968:16, 2968:22, 2969:3, 2969:4
**adequately** [9] -

2934:18, 2950:16, 2952:2, 2952:3, 2952:4, 2952:12, 2952:13, 2952:16, 2952:20
**adjacent** [3] - 2903:18, 2904:1, 2926:17
**adjustments** [1] - 2931:6
**admitted** [3] - 2885:16, 2890:11, 2912:12
**adrift** [2] - 2948:18, 2968:7
**advance** [2] - 2909:6, 2922:23
**advise** [3] - 2874:2, 2874:22, 2885:8
**aerial** [2] - 2953:15, 2959:21
**affected** [1] - 2909:17
**affecting** [1] - 2889:15
**afternoon** [1] - 2872:12
**afterwards** [1] - 2959:22
**agent** [1] - 2910:23
**agents** [1] - 2916:5
**ago** [1] - 2952:15
**agree** [15] - 2871:21, 2883:12, 2887:8, 2888:5, 2909:22, 2914:10, 2914:17, 2915:3, 2915:11, 2959:9, 2959:24, 2963:24, 2965:5, 2966:13, 2967:3
**agreed** [2] - 2918:22, 2952:15
**agreement** [2] - 2901:15, 2903:5
**ahead** [5] - 2864:2, 2902:18, 2937:10, 2937:16, 2941:6
**ALDOCK** [5] - 2856:3, 2919:3, 2969:9, 2969:16, 2969:19
**ALFORD** [2] - 2854:15, 2854:15
**allision** [3] - 2959:19, 2959:24, 2960:6
**allisions** [1] - 2899:2
**allow** [7] - 2863:18, 2886:24, 2904:2, 2936:10, 2947:2, 2959:15, 2964:9
**allowed** [3] - 2867:16, 2910:22, 2933:11
**almost** [2] - 2904:20, 2904:23

**alone** [3] - 2901:18, 2964:22, 2967:21
**alongside** [1] - 2946:5
**alternate** [1] - 2860:9
**AMERICA** [1] - 2856:11
**America** [13] - 2869:4, 2869:18, 2869:22, 2873:18, 2875:14, 2879:11, 2879:20, 2882:2, 2882:7, 2882:9, 2900:24, 2926:12, 2948:23
**American** [1] - 2922:14
**amount** [7] - 2918:10, 2938:13, 2938:16, 2940:5, 2945:18, 2960:14, 2960:15
**analyze** [1] - 2912:4
**anchored** [3] - 2863:17, 2883:23, 2911:22
**anchoring** [3] - 2863:19, 2869:16, 2905:2
**AND** [2] - 2854:11, 2854:15
**ANGELES** [1] - 2855:7
**Annex** [13] - 2883:9, 2883:10, 2883:16, 2889:4, 2906:3, 2906:5, 2906:6, 2910:17, 2911:5, 2911:8, 2912:5, 2913:22, 2913:24
**annex** [2] - 2911:10, 2916:11
**annexes** [4] - 2907:8, 2907:17, 2907:19, 2915:24
**answer** [7] - 2871:19, 2886:25, 2887:2, 2888:5, 2888:11, 2955:22, 2960:19
**answered** [2] - 2871:5, 2904:12
**answers** [1] - 2961:6
**anticipated** [1] - 2874:2
**anticipation** [1] - 2956:2
**Anyplace** [1] - 2893:25
**anyway** [1] - 2928:6
**apart** [5] - 2911:7, 2912:4, 2935:17, 2936:24, 2962:11
**apologize** [1] - 2904:24

**appear** [2] - 2891:23, 2901:21
**APPEARANCES** [3] - 2854:22, 2855:1, 2856:1
**appearances** [1] - 2924:9
**Appendix** [1] - 2912:11
**applicability** [1] - 2896:11
**Applicability** [1] - 2906:25
**applicable** [12] - 2869:21, 2870:3, 2870:13, 2879:10, 2905:22, 2905:25, 2907:1, 2907:4, 2907:8, 2907:16, 2908:3, 2931:1
**application** [2] - 2966:15, 2966:19
**applied** [3] - 2873:2, 2883:5, 2883:16
**applies** [9] - 2883:12, 2899:17, 2899:21, 2902:11, 2907:12, 2908:18, 2909:8, 2911:2, 2913:18
**apply** [18] - 2877:13, 2877:16, 2878:15, 2878:19, 2883:2, 2900:5, 2902:21, 2903:6, 2906:11, 2907:13, 2908:1, 2908:24, 2908:25, 2911:25, 2912:12, 2912:25, 2940:8, 2940:9
**appraisal** [2] - 2922:8, 2925:4
**appraisals** [1] - 2921:20
**appraiser** [1] - 2919:25
**Appraisers** [2] - 2922:15, 2923:15
**appreciate** [1] - 2955:21
**approach** [1] - 2895:7
**appropriate** [1] - 2871:21
**appropriateness** [2] - 2908:15, 2931:12
**architecture** [2] - 2859:11, 2866:23
**area** [17] - 2922:19, 2926:3, 2926:5, 2927:5, 2927:8, 2927:22, 2927:23,

2928:25, 2929:2, 2930:6, 2939:3, 2945:24, 2946:1, 2952:25, 2953:2, 2953:7, 2954:22
**areas** [4] - 2861:7, 2922:6, 2922:7, 2963:18
**arguing** [1] - 2964:3
**Arnold's** [1] - 2963:20
**arrangement** [2] - 2940:19, 2942:9
**arrangements** [7] - 2867:6, 2897:15, 2967:20, 2968:16, 2968:23, 2968:25
**arrival** [4] - 2872:25, 2874:19, 2874:25, 2909:6
**arrive** [1] - 2870:1
**arrived** [1] - 2949:14
**AS** [2] - 2854:11, 2854:14
**aspects** [1] - 2921:19
**assert** [1] - 2871:10
**assess** [1] - 2865:1
**assessment** [1] - 2937:2
**assignments** [1] - 2859:19
**assist** [4] - 2899:14, 2911:12, 2921:13, 2943:11
**assistant** [2] - 2859:21, 2932:25
**Association** [1] - 2922:14
**assume** [11] - 2892:17, 2893:4, 2893:8, 2894:7, 2895:4, 2901:8, 2901:13, 2902:25, 2917:12, 2941:25, 2942:1
**assumes** [1] - 2901:9
**assuming** [2] - 2932:25, 2933:5
**AT** [1] - 2855:16
**at-measured** [1] - 2897:5
**attached** [7] - 2902:1, 2902:6, 2902:7, 2902:13, 2902:16, 2917:16, 2959:12
**attempting** [1] - 2898:13
**attended** [1] - 2859:9
**attention** [2] - 2884:3, 2912:14
**ATTORNEY** [1] -

2855:16
**attorneys** [1] - 2924:20
**audit** [1] - 2864:25
**August** [14] - 2870:2, 2870:9, 2870:23, 2872:20, 2875:6, 2875:21, 2878:14, 2879:5, 2883:5, 2932:7, 2932:10, 2932:17, 2944:12, 2949:14
**authored** [1] - 2873:25
**authorities** [1] - 2892:1
**authority** [6] - 2861:3, 2861:5, 2958:4, 2958:9, 2958:11, 2958:16
**available** [1] - 2933:14
**Avenue** [20] - 2912:20, 2912:21, 2927:22, 2928:2, 2928:5, 2928:8, 2928:11, 2928:14, 2928:20, 2929:3, 2955:3
**AVENUE** [4] - 2854:24, 2855:4, 2855:20, 2856:6
**avoid** [2] - 2961:9, 2962:10
**awaiting** [1] - 2943:9
**aware** [8] - 2887:17, 2887:20, 2900:13, 2946:2, 2947:12, 2953:19, 2953:22, 2958:16

**B**

**B406** [1] - 2856:15
**Bachelor's** [2] - 2859:8, 2866:7
**background** [1] - 2921:22
**Background** [1] - 2906:14
**backing** [1] - 2933:25
**bad** [5] - 2944:4, 2956:3, 2956:16, 2964:16, 2964:17
**badly** [1] - 2957:20
**ballast** [8] - 2879:23, 2908:15, 2943:24, 2945:6, 2945:16, 2946:2, 2962:15, 2962:19
**ballasted** [2] - 2944:9, 2944:19

**ballasting** [3] - 2880:2, 2944:16, 2962:14
**bang** [1] - 2962:4
**banging** [1] - 2962:10
**bank** [4] - 2900:3, 2902:10, 2902:17, 2903:14
**bankruptcy** [1] - 2924:16
**barge** [102] - 2868:9, 2869:19, 2870:19, 2870:23, 2872:20, 2872:24, 2873:12, 2873:17, 2875:24, 2875:25, 2877:9, 2877:12, 2878:1, 2878:3, 2878:19, 2879:24, 2880:2, 2880:18, 2880:22, 2881:8, 2881:11, 2883:24, 2889:7, 2889:14, 2889:15, 2892:20, 2892:21, 2893:1, 2894:23, 2895:10, 2895:12, 2895:16, 2898:2, 2899:6, 2899:13, 2900:6, 2900:8, 2901:14, 2901:18, 2901:25, 2902:15, 2904:1, 2906:6, 2906:22, 2907:4, 2907:8, 2908:4, 2909:21, 2909:22, 2909:24, 2912:16, 2912:21, 2912:24, 2913:5, 2913:18, 2916:9, 2916:25, 2917:3, 2917:8, 2917:15, 2917:18, 2918:1, 2932:10, 2932:17, 2932:22, 2933:18, 2934:21, 2938:2, 2938:3, 2939:15, 2940:1, 2942:6, 2943:15, 2943:20, 2944:17, 2944:18, 2944:19, 2945:6, 2945:22, 2945:25, 2946:12, 2946:16, 2947:2, 2947:10, 2947:13, 2947:19, 2948:6, 2950:3, 2955:19, 2955:25, 2957:14, 2959:13, 2962:14, 2962:20, 2967:24, 2968:2, 2968:8
**BARGE** [1] - 2854:9

**barges** [100] - 2862:22, 2875:20, 2877:4, 2877:11, 2877:19, 2883:20, 2884:3, 2887:7, 2893:24, 2894:1, 2894:10, 2895:5, 2895:6, 2900:13, 2900:15, 2901:5, 2901:19, 2902:16, 2903:13, 2904:3, 2907:18, 2908:13, 2909:25, 2910:25, 2911:2, 2911:3, 2911:12, 2912:11, 2912:14, 2913:16, 2916:6, 2920:22, 2920:24, 2922:19, 2922:23, 2926:4, 2926:22, 2927:1, 2930:23, 2933:2, 2933:5, 2933:7, 2933:13, 2934:1, 2934:2, 2934:4, 2934:10, 2934:17, 2935:10, 2937:21, 2937:24, 2938:12, 2939:2, 2939:19, 2940:5, 2940:11, 2940:12, 2940:16, 2942:14, 2942:20, 2943:4, 2944:7, 2945:4, 2946:5, 2946:9, 2946:13, 2946:23, 2947:16, 2950:14, 2950:19, 2950:25, 2951:19, 2952:20, 2953:9, 2956:2, 2956:10, 2956:15, 2957:8, 2959:16, 2959:18, 2959:22, 2959:25, 2960:5, 2960:12, 2960:15, 2961:9, 2961:15, 2961:20, 2961:23, 2961:24, 2962:1, 2962:3, 2962:24, 2964:18, 2967:9, 2968:11
**BARONNE** [1] - 2855:13
**based** [25] - 2860:22, 2865:13, 2865:15, 2867:10, 2869:25, 2871:7, 2872:14, 2874:16, 2874:18, 2880:7, 2884:9, 2885:20, 2886:2, 2894:15, 2896:10, 2927:3, 2927:7,

2929:10, 2934:8, 2934:14, 2935:5, 2936:22, 2936:23, 2949:14, 2964:9
**basin** [5] - 2926:17, 2926:23, 2927:4, 2934:3, 2952:23
**basis** [1] - 2930:20
**become** [1] - 2921:21
**becomes** [1] - 2902:7
**BEFORE** [1] - 2854:19
**began** [1] - 2932:9
**begin** [2] - 2918:20, 2932:11
**behalf** [2] - 2904:14, 2924:10
**belabor** [1] - 2924:23
**belaboring** [1] - 2908:6
**belief** [1] - 2884:9
**bell** [2] - 2927:24, 2928:19, 2928:23, 2929:4
**belong** [1] - 2922:13
**bend** [2] - 2895:16, 2935:14
**BENOIT** [1] - 2854:14
**bent** [1] - 2895:22
**BEST** [60] - 2854:23, 2854:24, 2863:24, 2864:4, 2867:14, 2867:24, 2870:24, 2871:4, 2882:18, 2887:2, 2887:5, 2888:16, 2890:9, 2891:9, 2891:14, 2901:2, 2901:8, 2901:10, 2901:12, 2904:23, 2905:1, 2905:13, 2905:15, 2911:19, 2912:6, 2912:10, 2913:14, 2914:5, 2914:8, 2915:16, 2917:21, 2918:19, 2923:9, 2923:13, 2925:21, 2929:6, 2929:12, 2929:20, 2929:23, 2930:24, 2931:7, 2931:11, 2935:24, 2937:1, 2939:6, 2940:22, 2949:5, 2955:9, 2955:14, 2955:17, 2960:21, 2961:5, 2964:6, 2964:12, 2965:2, 2965:4, 2966:8, 2966:12, 2967:14, 2968:17
**Best** [1] - 2882:20

**best** [7] - 2915:22, 2916:14, 2936:13, 2939:3, 2967:19, 2969:1, 2970:11
**BEST......................** [2] - 2857:7, 2857:13
**BEST......................** [2] - 2857:9, 2857:15
**Betsy** [5] - 2923:1, 2953:20, 2953:25, 2954:17, 2955:4
**better** [8] - 2908:17, 2915:8, 2935:9, 2942:14, 2961:18, 2961:23, 2966:23, 2968:2
**between** [20] - 2877:9, 2887:7, 2889:16, 2897:10, 2909:19, 2927:22, 2929:2, 2934:2, 2934:17, 2938:9, 2940:3, 2940:19, 2942:1, 2953:8, 2954:22, 2957:14, 2960:8, 2962:2, 2962:10
**beyond** [2] - 2910:10, 2935:25
**bigger** [1] - 2886:12
**bind** [1] - 2942:18
**binding** [1] - 2872:5
**biological** [1] - 2865:12
**Bisso** [1] - 2921:15
**bit** [4] - 2873:20, 2934:24, 2941:10, 2944:16
**bitt** [4] - 2877:9, 2894:2, 2895:1, 2951:11
**blue** [2] - 2942:3, 2942:4
**board** [2] - 2899:10, 2899:12
**boat** [6] - 2897:23, 2921:9, 2933:23, 2946:6, 2946:7, 2946:11
**boats** [4] - 2921:5, 2921:6, 2921:11
**bollard** [1] - 2947:1
**bollards** [1] - 2926:19
**Book** [2] - 2958:12, 2958:19
**bottom** [3] - 2883:19, 2906:15, 2950:12
**bow** [20] - 2869:20, 2870:7, 2873:2, 2873:19, 2882:5, 2896:19, 2896:25,

2899:23, 2902:16, 2903:16, 2903:19, 2904:15, 2920:21, 2932:8, 2940:13, 2940:14, 2942:1, 2944:22, 2957:22

**box** [1] - 2944:8

**boxes** [1] - 2944:22

**braid** [1] - 2935:4

**braided** [4] - 2935:8, 2937:25, 2938:1, 2938:4

**branch** [2] - 2861:8, 2862:12

**brand** [1] - 2950:7

**brand-new** [1] - 2950:7

**BREACHES** [1] - 2854:5

**bread** [1] - 2924:5

**break** [7] - 2890:3, 2903:25, 2904:1, 2904:4, 2918:7, 2952:5, 2952:16

**breakaway** [1] - 2938:19

**breakaways** [3] - 2938:25, 2939:12, 2939:21

**breaking** [3] - 2927:13, 2942:8, 2968:9

**breaks** [3] - 2899:9, 2903:11, 2913:5

**BRIAN** [2] - 2855:3, 2855:3

**bridge** [15] - 2912:20, 2912:21, 2912:25, 2927:20, 2927:22, 2928:2, 2928:3, 2928:5, 2928:8, 2928:11, 2928:15, 2928:21, 2929:3, 2955:2, 2955:3

**bridges** [7] - 2884:4, 2912:15, 2912:17, 2913:16, 2953:8, 2954:22, 2954:23

**brief** [1] - 2918:13

**briefly** [1] - 2956:20

**bring** [1] - 2946:11

**broad** [1] - 2898:8

**broadcast** [1] - 2908:2

**broadcasted** [1] - 2908:25

**broader** [1] - 2865:8

**BROADWAY** [1] - 2855:10

**broke** [1] - 2939:19

**brought** [4] - 2874:17,

---

2900:13, 2901:6, 2959:3

**buildings** [1] - 2954:20

**built** [1] - 2944:7

**bulletin** [2] - 2916:1, 2916:11

**bulletins** [5] - 2874:18, 2907:10, 2907:14, 2907:20, 2908:2

**bunch** [2] - 2966:20, 2967:19

**buoy** [6] - 2874:19, 2874:23, 2875:2, 2878:12, 2878:23, 2879:3

**Busch** [5] - 2875:25, 2877:4, 2877:18, 2886:9, 2892:19

**Busch's** [1] - 2933:6

**business** [4] - 2923:14, 2923:23, 2953:18, 2953:23

**butter** [1] - 2924:5

**BY** [56] - 2854:24, 2855:3, 2855:6, 2855:9, 2855:12, 2855:19, 2855:23, 2856:3, 2856:8, 2856:11, 2856:17, 2856:18, 2857:6, 2857:7, 2857:8, 2857:9, 2857:10, 2857:12, 2857:13, 2857:14, 2857:15, 2857:16, 2859:2, 2864:4, 2868:4, 2868:19, 2872:17, 2882:18, 2887:5, 2888:16, 2890:9, 2891:14, 2901:12, 2905:1, 2905:15, 2911:19, 2912:10, 2913:14, 2914:8, 2915:21, 2917:25, 2919:22, 2923:13, 2925:25, 2932:5, 2937:18, 2939:11, 2941:9, 2949:5, 2955:17, 2961:5, 2964:12, 2965:4, 2966:12, 2967:18, 2968:21

---

## C

**C.A** [2] - 2854:10, 2854:14

**CA** [1] - 2855:7

---

**cable** [6] - 2935:13, 2935:15, 2939:13, 2956:11, 2956:14

**cables** [10] - 2894:16, 2894:17, 2895:2, 2951:15, 2952:10, 2956:2, 2956:7, 2956:9, 2956:13, 2956:17

**calculate** [1] - 2956:25

**CALLED** [1] - 2858:4

**calm** [6] - 2873:16, 2938:17, 2949:20, 2949:25, 2950:4, 2950:10

**Camille** [1] - 2923:1

**CANAL** [1] - 2854:4

**Canal** [16] - 2869:5, 2880:19, 2881:1, 2911:1, 2926:2, 2926:22, 2929:24, 2948:17, 2953:8, 2953:20, 2953:23, 2953:24, 2954:7, 2954:18, 2965:21, 2968:11

**canal** [6] - 2880:23, 2881:19, 2881:22, 2927:17, 2927:18, 2938:17

**cannot** [1] - 2901:25

**canted** [1] - 2959:22

**cap** [1] - 2943:11

**capabilities** [1] - 2923:4

**capability** [1] - 2968:6

**capable** [1] - 2881:13

**captain** [56] - 2859:3, 2860:9, 2860:13, 2860:18, 2860:19, 2860:25, 2861:3, 2861:7, 2862:1, 2862:7, 2862:23, 2863:23, 2864:5, 2864:8, 2868:5, 2868:20, 2880:4, 2880:11, 2880:17, 2880:21, 2880:25, 2884:11, 2884:17, 2887:17, 2888:2, 2888:8, 2889:9, 2895:15, 2902:15, 2904:6, 2904:17, 2907:15, 2910:2, 2910:8, 2910:12, 2910:15, 2910:25, 2913:3, 2913:9, 2914:9, 2915:22, 2916:7, 2916:10, 2917:5, 2917:6,

---

2918:9, 2919:23, 2919:24, 2920:1, 2920:23, 2921:9, 2921:10, 2921:11, 2921:18, 2926:1, 2954:2

**Captain** [5] - 2858:13, 2863:21, 2872:18, 2918:18, 2923:6

**captains** [2] - 2861:9, 2861:16

**career** [7] - 2859:25, 2860:15, 2866:1, 2866:2, 2891:18, 2892:7, 2945:5

**carefully** [1] - 2963:9

**cargo** [10] - 2870:11, 2870:14, 2870:17, 2881:5, 2908:15, 2909:5, 2909:13, 2944:7, 2944:8, 2944:10

**Carrie** [2] - 2900:17, 2918:21

**carried** [1] - 2911:14

**carry** [2] - 2929:4, 2945:13

**case** [9] - 2864:17, 2864:21, 2884:5, 2884:22, 2893:16, 2899:20, 2913:2, 2938:19, 2964:19

**cases** [1] - 2924:14

**cast** [5] - 2933:12, 2943:9, 2943:13, 2948:18, 2968:7

**catalogs** [1] - 2886:7

**Cathy** [2] - 2970:6, 2970:17

**CATHY** [1] - 2856:15

**CCR** [2] - 2856:15, 2970:17

**cell** [2] - 2965:15, 2966:2

**cement** [2] - 2870:18, 2900:14

**Center** [1] - 2865:11

**center** [2] - 2860:6, 2862:21

**CENTRE** [1] - 2855:24

**certain** [1] - 2907:6

**certainly** [13] - 2890:7, 2908:18, 2912:2, 2912:4, 2915:8, 2931:7, 2933:16, 2937:15, 2953:19, 2958:21, 2964:19, 2966:6, 2968:24

**CERTIFICATE** [1] - 2970:4

---

**Certified** [2] - 2970:6, 2970:7

**certify** [1] - 2970:10

**cetera** [2] - 2921:20, 2927:15

**CFR** [12] - 2861:5, 2862:14, 2862:15, 2869:13, 2869:15, 2869:17, 2870:5, 2873:2, 2882:4, 2896:9, 2896:15, 2940:10

**CHAFFE** [1] - 2855:23

**chance** [1] - 2942:18

**change** [4] - 2903:2, 2903:3, 2943:22, 2969:2

**changed** [1] - 2925:12

**channel** [4] - 2869:20, 2879:21, 2926:20, 2926:21

**Chapman** [1] - 2958:12

**Chapman's** [1] - 2958:19

**charge** [3] - 2861:8, 2861:15, 2924:3

**CHARLES** [2] - 2854:24, 2855:4

**chart** [1] - 2883:19

**check** [2] - 2916:19, 2917:7

**Checklist** [3] - 2906:7, 2910:18, 2911:6

**checkoff** [1] - 2939:25

**chief** [5] - 2860:7, 2860:15, 2861:8, 2861:10, 2861:24

**choice** [2] - 2897:18, 2909:19

**chose** [1] - 2950:22

**CHUD** [1] - 2856:4

**circles** [1] - 2894:9

**circumstances** [4] - 2898:9, 2903:6, 2939:8

**City** [9] - 2860:3, 2860:14, 2860:19, 2861:24, 2862:1, 2874:12, 2889:9, 2901:6, 2914:9

**CIVIL** [1] - 2854:6

**Claiborne** [3] - 2912:20, 2928:2, 2928:20

**CLAIMS** [2] - 2854:11, 2854:14

**clarify** [1] - 2951:2

**clarity** [1] - 2901:24

**Class** [2] - 2910:10,

2952:18
**class** [1] - 2920:7
**Claude** [1] - 2881:1
**clean** [1] - 2919:4
**clear** [8] - 2869:19, 2871:16, 2884:21, 2893:17, 2907:23, 2917:6, 2951:3, 2954:24
**clearly** [1] - 2886:13
**cleat** [3] - 2894:2, 2894:10, 2895:1
**CLERK** [5] - 2858:7, 2858:14, 2858:22, 2919:7, 2919:15
**Clerk** [2] - 2858:21, 2919:14
**closed** [1] - 2881:2
**Coast** [85] - 2859:6, 2859:9, 2859:15, 2859:20, 2859:22, 2859:25, 2860:17, 2860:20, 2861:2, 2861:12, 2861:18, 2861:25, 2862:8, 2862:10, 2862:13, 2862:17, 2862:25, 2863:2, 2863:5, 2863:6, 2863:8, 2863:11, 2863:12, 2863:21, 2864:6, 2865:15, 2866:2, 2866:5, 2866:7, 2866:10, 2868:9, 2868:14, 2868:21, 2868:23, 2869:1, 2869:9, 2870:10, 2870:13, 2870:22, 2872:19, 2872:23, 2873:4, 2873:7, 2873:10, 2873:13, 2874:3, 2875:4, 2876:2, 2876:5, 2876:8, 2876:11, 2876:14, 2876:17, 2876:25, 2877:13, 2877:20, 2878:13, 2879:13, 2879:15, 2879:18, 2879:22, 2880:1, 2881:15, 2881:21, 2882:9, 2900:23, 2908:3, 2914:11, 2914:15, 2916:6, 2916:9, 2916:12, 2917:7, 2920:5, 2920:9, 2920:19, 2932:16, 2940:9, 2941:15, 2944:10, 2944:13, 2947:12, 2947:16,

2965:6
**coastal** [1] - 2861:13
**coated** [1] - 2877:7
**college** [1] - 2859:14
**collisions** [5] - 2899:2, 2960:8, 2960:13, 2961:9, 2962:10
**columns** [1] - 2883:23
**combination** [1] - 2935:22
**combined** [1] - 2942:7
**coming** [12] - 2901:3, 2902:4, 2909:14, 2927:19, 2928:1, 2928:13, 2930:2, 2930:21, 2930:23, 2932:23, 2952:8, 2953:3
**commanding** [4] - 2860:13, 2861:23, 2874:7, 2874:11
**commenced** [1] - 2944:14
**comments** [3] - 2867:18, 2867:19, 2937:12
**commercial** [1] - 2916:6
**commissioned** [1] - 2859:16
**common** [11] - 2885:17, 2886:1, 2906:16, 2910:7, 2910:9, 2916:23, 2963:6, 2963:10, 2963:11, 2963:13, 2963:15
**Community** [1] - 2905:17
**community** [3] - 2906:16, 2906:20, 2906:23
**company** [4] - 2864:25, 2880:22, 2890:10, 2925:15
**company's** [1] - 2925:17
**compare** [1] - 2964:4
**completing** [2] - 2909:19, 2909:20
**compliance** [2] - 2867:17, 2913:23
**complied** [2] - 2885:3, 2931:1
**comply** [5] - 2872:23, 2898:13, 2899:21, 2905:7, 2940:17
**COMPUTER** [1] - 2856:18

**concept** [1] - 2933:9
**concerned** [2] - 2902:8, 2910:8
**conclude** [1] - 2904:2
**concluded** [1] - 2909:16
**conclusion** [5] - 2884:23, 2884:25, 2948:13, 2948:15, 2952:6
**conclusions** [1] - 2931:18
**condition** [10] - 2878:25, 2879:7, 2879:10, 2908:16, 2909:2, 2911:20, 2911:21, 2916:11, 2934:16, 2938:14
**Condition** [1] - 2910:19
**conditions** [8] - 2878:9, 2905:22, 2906:9, 2908:21, 2911:23, 2930:5, 2938:21, 2969:3
**conduct** [1] - 2869:7
**confined** [1] - 2936:7
**confirmed** [1] - 2950:19
**confused** [1] - 2864:7
**Congress** [1] - 2862:11
**connect** [3] - 2873:17, 2934:20, 2942:14
**connected** [1] - 2877:5
**CONNECTICUT** [1] - 2855:20
**connecting** [3] - 2894:8, 2934:9, 2935:1
**connection** [4] - 2876:8, 2876:19, 2876:22, 2877:2
**connections** [3] - 2935:18, 2962:1, 2963:19
**consider** [5] - 2864:14, 2908:14, 2914:12, 2927:3, 2938:16
**consideration** [8] - 2874:4, 2874:24, 2884:2, 2906:2, 2906:12, 2907:17, 2907:22, 2965:7
**considered** [2] - 2907:6, 2940:20
**considering** [3] - 2934:15, 2938:13,

2948:8
**consistency** [3] - 2914:22, 2915:9, 2966:15
**consistent** [1] - 2966:18
**CONSOLIDATED** [1] - 2854:5
**constitutes** [1] - 2891:23
**consult** [1] - 2886:8
**consultant** [4] - 2859:6, 2921:24, 2925:15, 2925:17
**Consultants** [1] - 2923:15
**consulting** [2] - 2864:12, 2923:21
**contained** [2] - 2884:5, 2898:23
**contend** [2] - 2927:12, 2948:22
**contents** [1] - 2908:6
**contextual** [1] - 2931:11
**contingency** [4] - 2873:21, 2874:9, 2874:13, 2883:2
**continue** [2] - 2909:13, 2934:6
**CONTINUED** [2] - 2855:1, 2856:1
**continued** [1] - 2911:10
**continuing** [1] - 2932:19
**contract** [2] - 2946:11, 2946:15
**control** [4] - 2859:22, 2880:22, 2902:11, 2902:12
**copy** [1] - 2891:2
**cordage** [5] - 2885:7, 2890:11, 2890:17, 2890:18, 2895:18
**corporate** [2] - 2924:10, 2924:16
**Corps** [1] - 2881:1
**correct** [72] - 2864:9, 2864:13, 2864:18, 2864:20, 2864:23, 2865:2, 2865:7, 2865:9, 2865:21, 2866:6, 2867:4, 2867:7, 2867:11, 2868:21, 2880:5, 2880:13, 2880:15, 2880:16, 2882:24, 2883:21, 2883:22, 2884:24, 2885:11,

2885:12, 2885:15, 2885:19, 2887:12, 2887:23, 2887:24, 2888:25, 2889:1, 2889:6, 2890:18, 2891:6, 2891:11, 2891:25, 2892:3, 2895:14, 2896:6, 2896:12, 2896:17, 2897:12, 2898:5, 2905:20, 2905:24, 2909:12, 2912:1, 2912:18, 2912:19, 2912:23, 2913:20, 2916:20, 2916:21, 2923:16, 2925:6, 2925:16, 2928:11, 2928:16, 2949:23, 2950:11, 2950:24, 2951:6, 2951:9, 2951:25, 2956:23, 2957:10, 2963:8, 2963:12, 2968:13, 2968:14, 2968:19, 2970:10
**COTP** [3] - 2880:9, 2907:2, 2910:23
**couched** [1] - 2871:20
**counsel** [4] - 2882:22, 2883:1, 2891:6, 2900:25
**counsel's** [1] - 2917:22
**couple** [3] - 2949:10, 2949:12, 2966:10
**course** [7] - 2865:4, 2885:6, 2886:5, 2903:22, 2908:9, 2950:25
**courses** [1] - 2865:1
**COURT** [75] - 2854:1, 2856:15, 2858:4, 2858:9, 2858:11, 2864:2, 2867:23, 2868:2, 2871:2, 2871:16, 2872:1, 2872:4, 2872:7, 2872:10, 2872:13, 2882:14, 2882:16, 2886:24, 2888:10, 2890:1, 2900:25, 2901:7, 2901:9, 2904:22, 2905:11, 2911:15, 2912:2, 2912:7, 2913:8, 2913:12, 2914:6, 2915:17, 2917:23, 2918:5, 2918:11, 2918:15, 2918:17, 2919:1, 2919:6,

2919:19, 2923:11, 2925:22, 2929:9, 2929:15, 2929:18, 2929:22, 2929:25, 2930:7, 2931:15, 2931:20, 2931:23, 2931:25, 2936:5, 2936:20, 2937:3, 2937:8, 2937:13, 2937:15, 2939:9, 2941:1, 2941:5, 2949:3, 2955:7, 2955:11, 2960:23, 2961:3, 2964:1, 2964:8, 2967:15, 2968:18, 2969:6, 2969:14, 2969:17, 2969:20, 2969:23

**court** [11] - 2858:7, 2890:11, 2892:18, 2893:6, 2918:15, 2918:23, 2922:1, 2922:5, 2924:8, 2924:10, 2954:2

**Court** [21] - 2867:12, 2867:25, 2871:24, 2872:6, 2892:1, 2893:5, 2912:4, 2918:22, 2918:25, 2924:24, 2927:11, 2933:21, 2955:7, 2955:9, 2969:25, 2970:7, 2970:8, 2970:9, 2970:18, 2970:19

**court's** [2] - 2863:25, 2867:20

**courtroom** [1] - 2936:4

**cover** [1] - 2891:9

**CRA** [1] - 2864:25

**create** [1] - 2959:14

**created** [1] - 2959:24

**creates** [1] - 2959:19

**creating** [1] - 2927:14

**Crescent** [1] - 2921:15

**crew** [13] - 2892:17, 2892:21, 2899:7, 2899:10, 2899:12, 2902:3, 2915:5, 2921:5, 2949:8, 2949:15, 2952:19, 2957:7

**crews** [4] - 2896:1, 2896:3, 2899:22

**cross** [5] - 2882:16, 2949:3, 2964:7, 2964:9, 2969:21

**CROSS** [4] - 2857:9, 2857:15, 2882:17,

2949:4

**cross-examination** [2] - 2949:3, 2964:7

**CROSS-EXAMINATION** [4] - 2857:9, 2857:15, 2882:17, 2949:4

**crow** [1] - 2875:3

**CRR** [2] - 2856:15, 2970:17

**current** [4] - 2862:20, 2864:24, 2920:14, 2927:13

**currents** [2] - 2900:3, 2902:10

**customary** [1] - 2898:14

**cut** [1] - 2916:15

**cutter** [1] - 2859:22

**CV** [3] - 2865:16, 2865:19, 2866:9

## D

**D.C** [1] - 2860:6

**damage** [3] - 2859:22, 2877:11, 2909:7

**Dan** [1] - 2858:13

**danger** [1] - 2899:11

**dangled** [1] - 2960:24

**DANIEL** [4] - 2856:8, 2857:5, 2858:19, 2858:24

**Daniel** [1] - 2858:24

**date** [1] - 2883:17

**dates** [1] - 2924:1

**Daubert** [1] - 2871:14

**David** [1] - 2925:15

**DAY** [1] - 2854:18

**days** [2] - 2893:2, 2933:1

**DC** [2] - 2855:21, 2856:6

**deal** [1] - 2898:4

**dealing** [1] - 2943:20

**deals** [3] - 2862:14, 2862:15, 2869:15

**dealt** [1] - 2896:20

**decided** [3] - 2933:15, 2945:16, 2957:11

**decides** [1] - 2870:19

**decision** [4] - 2910:3, 2910:23, 2910:25, 2933:6

**decisions** [2] - 2860:22, 2910:13

**deck** [7] - 2866:15, 2886:5, 2899:22, 2915:5, 2935:20,

2945:25, 2952:19

**deckhand** [4] - 2885:17, 2885:25, 2886:6, 2933:24

**deckhands** [1] - 2896:2

**dedicated** [1] - 2947:24

**defective** [1] - 2886:12

**DEFENDANT** [1] - 2855:23

**defense** [3] - 2918:24, 2924:21, 2931:7

**defer** [2] - 2890:13, 2963:3

**define** [1] - 2879:13

**defined** [1] - 2861:2

**defining** [1] - 2873:7

**definition** [9] - 2889:4, 2891:1, 2891:3, 2891:15, 2891:17, 2891:20, 2892:6, 2892:11, 2892:13

**definitions** [1] - 2891:19

**degree** [3] - 2866:22, 2962:23, 2963:1

**delivered** [2] - 2900:9, 2917:18, 2918:23

**delivering** [1] - 2918:25

**DELUGE** [1] - 2921:9

**denied** [1] - 2922:11

**depart** [1] - 2916:8

**department** [1] - 2860:7

**departs** [1] - 2902:1

**departure** [1] - 2892:15

**depended** [1] - 2887:16

**deposition** [24] - 2864:16, 2882:21, 2884:22, 2885:13, 2885:16, 2893:15, 2893:20, 2900:18, 2901:4, 2913:23, 2918:20, 2918:22, 2925:8, 2925:10, 2925:14, 2929:8, 2958:13, 2958:15, 2958:17, 2959:1, 2959:5, 2965:14

**depositions** [11] - 2884:22, 2885:20, 2886:2, 2893:7, 2901:22, 2919:4, 2922:1, 2930:4, 2949:9, 2949:15, 2951:7

**DEPUTY** [5] - 2858:7, 2858:14, 2858:22, 2919:7, 2919:15

**DEREK** [1] - 2855:23

**describe** [2] - 2923:3, 2935:5

**described** [8] - 2885:13, 2887:8, 2890:17, 2935:23, 2949:8, 2955:1, 2959:5, 2959:7

**describes** [2] - 2903:10, 2958:5

**deserves** [1] - 2937:9

**designated** [3] - 2930:16, 2930:17, 2948:1

**designed** [4] - 2944:19, 2944:22, 2944:25, 2962:18

**desiring** [1] - 2910:21

**detail** [1] - 2882:22

**determination** [1] - 2871:22

**determine** [7] - 2871:16, 2885:2, 2885:9, 2905:11, 2936:15, 2941:1, 2941:3

**Determine** [2] - 2910:19, 2910:21

**determined** [1] - 2929:1

**device** [1] - 2935:14

**diagonal** [1] - 2895:15

**dictated** [1] - 2960:15

**difference** [2] - 2907:12, 2940:3

**different** [12] - 2894:13, 2895:7, 2897:16, 2897:19, 2897:21, 2897:22, 2952:8, 2964:24, 2967:19, 2968:15, 2968:22, 2968:25

**differential** [1] - 2963:1

**differently** [3] - 2951:25, 2952:1, 2952:14

**dimensions** [1] - 2897:2

**DIRE** [4] - 2857:6, 2857:12, 2859:1, 2919:21

**direct** [6] - 2870:25, 2892:1, 2899:17, 2969:10, 2969:12, 2969:19

**DIRECT** [4] - 2857:8,

2857:14, 2868:3, 2925:24

**direction** [1] - 2927:20

**directly** [1] - 2964:21

**disagree** [3] - 2893:11, 2893:12, 2897:17

**discarded** [2] - 2942:3, 2957:8

**discharging** [2] - 2932:11, 2932:21

**disclosed** [1] - 2930:19

**discussed** [3] - 2899:18, 2903:11, 2929:7

**discussion** [1] - 2935:25

**distinguish** [1] - 2897:9

**District** [6] - 2860:17, 2861:12, 2861:25, 2970:9, 2970:19

**district** [1] - 2863:23

**DISTRICT** [3] - 2854:1, 2854:2, 2854:20

**division** [3] - 2861:24, 2863:23, 2871:25

**DLS** [2] - 2920:2, 2920:3

**dock** [98] - 2869:4, 2869:7, 2869:18, 2869:22, 2870:1, 2870:4, 2872:24, 2873:3, 2873:12, 2873:13, 2873:18, 2875:1, 2875:8, 2875:14, 2875:20, 2876:1, 2876:6, 2876:12, 2876:15, 2876:18, 2876:21, 2877:1, 2877:5, 2877:19, 2878:5, 2878:7, 2878:16, 2879:20, 2880:19, 2881:16, 2885:7, 2885:8, 2885:17, 2885:25, 2886:6, 2892:17, 2892:21, 2895:21, 2896:3, 2898:12, 2899:22, 2901:5, 2902:3, 2902:5, 2903:1, 2903:18, 2904:1, 2915:5, 2916:10, 2918:2, 2921:14, 2921:19, 2923:4, 2926:10, 2926:12, 2926:16, 2927:4, 2930:23, 2932:7,

2933:3, 2933:5, 2933:7, 2933:12, 2933:18, 2934:13, 2934:21, 2935:10, 2937:24, 2939:23, 2940:8, 2940:9, 2943:15, 2945:10, 2946:5, 2946:13, 2946:14, 2946:19, 2946:23, 2949:8, 2949:15, 2950:20, 2951:20, 2956:24, 2959:8, 2959:16, 2959:21, 2961:23, 2962:1, 2964:21, 2967:22, 2967:23, 2968:1, 2968:3, 2968:4, 2968:7, 2968:8

**docking** [1] - 2916:24

**document** [3] - 2904:23, 2908:5, 2911:20

**documented** [1] - 2892:2

**documents** [1] - 2869:25

**dolphin** [3] - 2959:11, 2959:12, 2959:15

**domino** [1] - 2927:14

**done** [12] - 2885:21, 2886:2, 2904:23, 2917:12, 2933:19, 2933:22, 2943:23, 2950:4, 2961:12, 2964:25, 2969:1, 2969:2

**double** [25] - 2884:12, 2885:5, 2888:7, 2891:3, 2891:15, 2891:16, 2891:17, 2899:20, 2902:20, 2905:2, 2905:12, 2916:18, 2935:4, 2941:11, 2941:15, 2941:19, 2941:20, 2942:12, 2942:13, 2942:17, 2942:21, 2957:21, 2958:3, 2958:21, 2958:22

**double-braid** [1] - 2935:4

**double-part** [2] - 2942:12, 2942:13

**doubled** [15] - 2884:1, 2884:24, 2884:25, 2885:9, 2887:25, 2888:13, 2888:19, 2888:20, 2888:23, 2890:19, 2942:10,

2957:16, 2957:24, 2958:21, 2958:23

**doubling** [25] - 2879:13, 2879:15, 2882:24, 2884:9, 2885:13, 2885:18, 2885:24, 2886:1, 2890:14, 2890:16, 2891:1, 2891:22, 2891:23, 2892:22, 2906:7, 2912:12, 2956:19, 2956:21, 2957:4, 2957:5, 2958:5, 2958:6, 2958:8

**down** [15] - 2900:14, 2906:14, 2906:25, 2908:7, 2908:12, 2908:13, 2918:6, 2920:22, 2928:5, 2928:19, 2944:20, 2945:18, 2947:9, 2954:15, 2969:7

**Dr** [4] - 2969:9, 2969:15, 2969:16, 2969:17

**drafting** [1] - 2874:9

**drafts** [1] - 2874:6

**draw** [1] - 2930:22

**drawn** [5] - 2860:20, 2900:3, 2902:10, 2902:17, 2903:13

**DRIVE** [2] - 2855:16, 2856:12

**Drive** [1] - 2859:4

**drop** [1] - 2948:6

**DRUKER** [1] - 2855:9

**due** [3] - 2884:12, 2947:8, 2951:23

**duly** [2] - 2858:20, 2919:13

**during** [12] - 2881:16, 2881:19, 2934:15, 2936:3, 2936:10, 2937:19, 2939:2, 2946:16, 2946:20, 2947:16, 2955:13, 2963:19

**duties** [4] - 2860:25, 2863:22, 2867:21, 2912:4

**duty** [3] - 2909:15, 2916:10, 2960:11

**DUVAL** [1] - 2854:19

**DX** [1] - 2868:16

**dynamic** [1] - 2863:18

# E

**E.N** [1] - 2921:15

**Earl** [1] - 2919:17

**EARL** [1] - 2919:17

**easier** [2] - 2935:11, 2938:6

**easily** [1] - 2903:13

**east** [2] - 2954:11, 2954:20

**eastbound** [1] - 2928:7

**Eastern** [1] - 2970:9

**EASTERN** [1] - 2854:2

**easy** [1] - 2893:23

**edge** [1] - 2895:16

**Edition** [1] - 2890:24

**edition** [3] - 2891:8, 2891:12

**education** [1] - 2859:7

**effect** [10] - 2878:10, 2878:13, 2879:4, 2879:6, 2884:10, 2895:22, 2900:19, 2927:14, 2958:16, 2960:2

**effects** [1] - 2884:2

**Eighth** [3] - 2860:16, 2861:11, 2861:25

**either** [16] - 2884:13, 2885:18, 2886:1, 2886:25, 2889:13, 2894:19, 2895:18, 2897:15, 2909:23, 2928:7, 2930:4, 2930:19, 2934:21, 2941:20, 2954:14, 2969:22

**elaborated** [1] - 2899:17

**elasticity** [2] - 2935:15, 2938:6

**electrical** [2] - 2866:6, 2866:10

**elevated** [1] - 2955:12

**elevation** [2] - 2962:20, 2963:2

**elevations** [1] - 2962:24

**eliminate** [2] - 2946:1, 2960:5

**Elmo** [3] - 2890:22, 2893:22, 2910:17

**emphasis** [2] - 2866:5, 2866:24

**employees** [3] - 2915:12, 2966:24, 2967:4

**employment** [1] -

2864:24

**empty** [8] - 2880:18, 2910:6, 2933:17, 2933:18, 2934:13, 2947:13, 2967:24, 2968:6

**enclosed** [1] - 2913:10

**end** [19] - 2886:19, 2886:20, 2887:7, 2887:10, 2887:22, 2887:24, 2919:3, 2935:20, 2937:4, 2937:7, 2942:5, 2957:8, 2957:16, 2957:17, 2957:19, 2962:6, 2962:7, 2967:21

**ENERGY** [1] - 2855:24

**engineer** [3] - 2859:21, 2866:20, 2867:3

**engineering** [9] - 2859:12, 2866:2, 2866:6, 2866:10, 2866:13, 2866:14, 2866:23, 2957:2

**engines** [1] - 2899:10

**enlarge** [2] - 2883:19, 2911:21

**ensure** [6] - 2861:1, 2902:9, 2911:22, 2914:22, 2966:15, 2966:18

**entire** [4] - 2888:8, 2906:15, 2906:19, 2906:23

**entirely** [2] - 2871:9, 2901:2

**entitled** [2] - 2910:18, 2970:12

**environmental** [2] - 2860:16, 2861:11

**equal** [1] - 2890:1

**equipment** [3] - 2880:5, 2880:8, 2886:7

**equivalent** [2] - 2884:18, 2928:25

**ERIC** [1] - 2856:5

**error** [1] - 2930:13

**ESQUIRE** [15] - 2854:24, 2855:3, 2855:6, 2855:9, 2855:12, 2855:13, 2855:19, 2855:23, 2856:3, 2856:4, 2856:4, 2856:5, 2856:8, 2856:11

**essence** [2] - 2871:3, 2930:19

**essentially** [2] - 2946:25, 2967:24

**establish** [2] - 2930:5, 2936:21

**established** [3] - 2901:4, 2915:14, 2967:7

**estimate** [1] - 2939:3

**et** [2] - 2921:20, 2927:15

**evaluate** [1] - 2962:12

**evaluating** [1] - 2866:17

**evaluation** [1] - 2937:2

**evasion** [1] - 2908:10

**evening** [1] - 2875:6

**event** [1] - 2966:22

**evidence** [5] - 2867:18, 2882:24, 2919:2, 2937:2, 2964:6

**evidenced** [1] - 2886:9

**evidentiary** [1] - 2930:13

**exact** [1] - 2935:12

**exactly** [5] - 2909:10, 2934:6, 2954:19, 2957:12, 2968:12

**EXAMINATION** [44] - 2857:6, 2857:7, 2857:8, 2857:9, 2857:10, 2857:12, 2857:13, 2857:14, 2857:15, 2857:16, 2859:1, 2864:3, 2868:3, 2868:18, 2872:16, 2882:17, 2887:4, 2888:15, 2890:8, 2891:13, 2901:11, 2904:25, 2905:14, 2911:18, 2912:9, 2913:13, 2914:7, 2915:20, 2917:24, 2919:21, 2923:12, 2925:24, 2932:4, 2937:17, 2939:10, 2941:8, 2949:4, 2955:16, 2961:4, 2964:11, 2965:3, 2966:11, 2967:17, 2968:20

**examination** [5] - 2863:24, 2918:20, 2936:3, 2949:3, 2964:7

**EXAMINATIONS** [1] - 2857:3

**examined** [2] - 2858:21, 2919:14
**example** [3] - 2863:6, 2897:22, 2899:9
**exceeded** [1] - 2913:24
**except** [3] - 2885:14, 2909:1, 2943:9
**excuse** [2] - 2882:13, 2940:22
**executive** [4] - 2860:9, 2860:11, 2862:12
**exemption** [1] - 2896:15
**Exhibit** [2] - 2890:24, 2906:5
**exhibit** [4] - 2868:15, 2891:7, 2906:3, 2906:13
**exist** [2] - 2907:21, 2907:22
**existed** [2] - 2949:8, 2949:14
**existing** [6] - 2886:19, 2887:6, 2887:14, 2889:8, 2941:21, 2942:18
**expect** [12] - 2880:17, 2885:17, 2885:25, 2893:1, 2897:20, 2898:16, 2898:18, 2898:19, 2899:22, 2903:22, 2969:21
**expectation** [1] - 2905:7
**expected** [6] - 2874:22, 2878:11, 2879:2, 2892:20, 2904:14, 2969:3
**experience** [39] - 2864:12, 2865:14, 2865:15, 2867:10, 2871:7, 2871:9, 2872:14, 2880:7, 2886:10, 2889:8, 2896:10, 2910:4, 2910:6, 2910:10, 2920:21, 2921:17, 2923:3, 2923:25, 2926:1, 2927:3, 2927:8, 2929:2, 2929:11, 2934:8, 2934:14, 2935:5, 2935:9, 2936:22, 2937:21, 2938:12, 2942:20, 2945:9, 2945:12, 2948:5, 2948:9, 2953:22, 2963:7
**experienced** [1] -

2896:3
**experiences** [1] - 2924:10
**expert** [33] - 2863:21, 2867:16, 2868:8, 2868:12, 2871:6, 2871:15, 2885:2, 2885:14, 2887:16, 2890:11, 2890:13, 2890:17, 2890:18, 2895:18, 2922:5, 2922:10, 2923:7, 2925:5, 2925:11, 2930:17, 2930:21, 2936:6, 2936:7, 2936:8, 2936:9, 2936:11, 2936:18, 2936:24, 2937:3, 2941:5, 2952:11, 2954:2, 2963:4
**expert's** [1] - 2885:1
**expertise** [2] - 2922:6, 2966:13
**experts** [3] - 2872:8, 2885:7, 2930:3
**explain** [5] - 2874:15, 2888:12, 2927:11, 2933:21, 2944:6
**explained** [1] - 2877:7
**exploring** [1] - 2955:9
**extended** [1] - 2968:1
**extent** [2] - 2867:20, 2960:6
**extra** [4] - 2877:8, 2884:13, 2949:25, 2950:3
**eyes** [1] - 2935:13

**F**

**face** [2] - 2909:25, 2910:9
**facilities** [10] - 2862:21, 2879:9, 2885:6, 2907:1, 2907:17, 2909:4, 2909:5, 2926:10, 2945:9, 2963:18
**Facilities** [2] - 2906:8, 2910:18
**facility** [35] - 2863:10, 2869:10, 2869:14, 2870:20, 2870:21, 2875:23, 2877:8, 2877:12, 2878:16, 2883:7, 2883:17, 2896:11, 2904:7, 2905:25, 2906:19, 2906:22, 2909:1, 2909:8, 2909:13,

2910:20, 2913:23, 2916:10, 2935:10, 2946:9, 2946:10, 2946:20, 2947:16, 2954:6, 2960:4, 2960:11, 2965:20, 2966:4, 2966:14, 2967:3, 2967:25
**facility's** [2] - 2910:23, 2961:8
**facing** [1] - 2952:18
**fact** [18] - 2864:10, 2866:21, 2867:18, 2883:2, 2892:4, 2901:21, 2903:25, 2906:3, 2929:18, 2930:13, 2930:17, 2936:22, 2937:8, 2942:10, 2942:20, 2943:10, 2950:19, 2951:19
**facts** [7] - 2894:21, 2903:8, 2929:10, 2929:15, 2929:23, 2930:20, 2931:18
**fail** [5] - 2872:19, 2889:11, 2889:21, 2890:12, 2942:18
**failed** [2] - 2942:21, 2951:23
**failure** [1] - 2871:18
**fair** [5] - 2866:3, 2897:9, 2898:18, 2924:9, 2957:7
**fairly** [1] - 2864:12
**familiar** [10] - 2868:21, 2873:21, 2881:11, 2883:9, 2891:3, 2892:6, 2939:15, 2942:22, 2954:3, 2955:7
**far** [6] - 2875:1, 2910:7, 2913:11, 2927:22, 2946:9, 2962:11
**fare** [1] - 2908:17
**fashion** [1] - 2889:7
**fastened** [1] - 2912:3
**feast** [1] - 2936:6
**February** [2] - 2868:6, 2869:8
**federal** [2] - 2867:17, 2898:7
**feet** [11] - 2895:12, 2897:3, 2903:13, 2913:12, 2926:18, 2935:16, 2935:19, 2935:22, 2936:24, 2954:22
**ferries** [1] - 2921:18

**ferry** [1] - 2921:10
**few** [5] - 2864:1, 2892:5, 2940:6, 2947:1, 2967:16
**fewer** [1] - 2952:9
**field** [1] - 2925:11
**figures** [1] - 2890:14
**file** [1] - 2871:18
**filed** [2] - 2871:14, 2871:17
**filled** [1] - 2944:25
**filling** [1] - 2943:24
**finally** [3] - 2904:20, 2904:21
**findings** [1] - 2931:18
**fine** [1] - 2963:5
**finish** [2] - 2909:23, 2966:9, 2969:11
**finished** [4] - 2860:15, 2860:23, 2921:8, 2932:20
**fire** [2] - 2866:25, 2921:9
**firms** [1] - 2924:21
**first** [12] - 2858:20, 2874:20, 2889:11, 2889:21, 2890:3, 2896:18, 2899:17, 2899:19, 2899:21, 2909:4, 2919:13, 2920:7
**first-class** [1] - 2920:7
**fit** [2] - 2898:8, 2928:3
**fitting** [1] - 2935:20
**five** [4] - 2873:11, 2895:5, 2903:13, 2920:17
**five-tier** [1] - 2873:11
**flag** [1] - 2920:24
**flags** [1] - 2926:4
**fleet** [6] - 2939:15, 2940:1, 2940:3, 2940:5, 2940:6, 2948:6
**fleeted** [1] - 2860:8
**fleeting** [2] - 2881:25, 2882:2
**fleets** [3] - 2927:8, 2927:15, 2963:17
**flies** [1] - 2875:3
**floating** [1] - 2895:12
**flooded** [1] - 2953:19
**FLOOR** [2] - 2855:7, 2855:10
**Florida** [10] - 2912:21, 2927:20, 2927:22, 2928:5, 2928:8, 2928:11, 2928:14, 2929:3, 2932:15, 2955:3

**flotation** [2] - 2944:8, 2944:24
**flow** [1] - 2955:1
**FLOWER** [1] - 2855:7
**fluid** [1] - 2936:11
**focus** [2] - 2866:2, 2866:4
**follow** [10] - 2872:19, 2885:17, 2885:25, 2914:11, 2915:14, 2954:11, 2965:6, 2965:8, 2965:10, 2967:7
**followed** [1] - 2910:21
**following** [1] - 2859:14
**follows** [2] - 2858:21, 2919:14
**FOR** [2] - 2854:23, 2855:23
**force** [6] - 2874:19, 2874:22, 2878:11, 2878:22, 2879:2, 2890:1, 2890:6, 2908:8
**forces** [2] - 2889:24, 2890:6
**forecast** [1] - 2932:14
**foregoing** [1] - 2970:10
**forget** [1] - 2930:11
**forgot** [1] - 2882:19
**form** [4] - 2861:6, 2886:22, 2917:21, 2968:17
**former** [1] - 2927:4
**four** [5] - 2874:16, 2935:18, 2935:23, 2936:23, 2942:5
**four-step** [1] - 2874:16
**Francisco** [2] - 2860:8, 2860:10
**Frederick** [1] - 2858:24
**FREDERICK** [1] - 2858:25
**free** [3] - 2939:2, 2945:24, 2946:1
**frequent** [2] - 2900:2, 2902:9
**Friday** [10] - 2870:2, 2870:9, 2870:23, 2872:20, 2875:6, 2881:5, 2932:7, 2932:10, 2932:17, 2944:14
**FRIDAY** [2] - 2854:8, 2858:2
**full** [4] - 2880:18, 2930:12, 2933:18,

2947:13
**fully** [1] - 2908:16
**funded** [1] - 2865:1
**furnished** [1] - 2890:23
**fury** [1] - 2948:22

## G

**gale** [5] - 2874:19, 2874:22, 2878:11, 2878:22, 2879:2
**gale-force** [5] - 2874:19, 2874:22, 2878:11, 2878:22, 2879:2
**general** [13] - 2863:3, 2866:6, 2866:10, 2867:21, 2868:13, 2869:13, 2875:13, 2875:16, 2907:9, 2927:23, 2939:7, 2961:7, 2969:18
**George** [1] - 2921:16
**GILBERT** [2] - 2855:3, 2855:3
**given** [12] - 2864:16, 2865:17, 2871:21, 2882:23, 2884:2, 2900:17, 2903:8, 2909:19, 2916:23, 2922:1, 2955:18, 2966:13
**goals** [1] - 2874:1
**God** [2] - 2858:17, 2919:10
**GOLDBERG** [1] - 2856:5
**GOODWIN** [1] - 2856:3
**graduate** [3] - 2859:10, 2860:4, 2866:22
**graduated** [1] - 2859:8
**graduates** [1] - 2866:7
**great** [1] - 2882:22
**Greater** [1] - 2939:2
**Green** [2] - 2935:16, 2942:24
**GROCHOW** [1] - 2855:9
**gross** [2] - 2911:4, 2911:11
**Gross** [1] - 2911:7
**group** [2] - 2893:23, 2894:10
**Guard** [85] - 2859:6, 2859:9, 2859:15, 2859:20, 2859:22,

2859:25, 2860:17, 2860:20, 2861:2, 2861:12, 2861:18, 2861:25, 2862:8, 2862:10, 2862:13, 2862:17, 2862:25, 2863:2, 2863:5, 2863:6, 2863:8, 2863:11, 2863:12, 2863:21, 2864:6, 2865:15, 2866:2, 2866:5, 2866:7, 2866:10, 2868:9, 2868:14, 2868:21, 2868:23, 2869:1, 2869:9, 2870:10, 2870:13, 2870:22, 2872:19, 2872:23, 2873:4, 2873:7, 2873:10, 2873:13, 2874:3, 2875:4, 2876:2, 2876:5, 2876:8, 2876:11, 2876:14, 2876:17, 2876:25, 2877:13, 2877:20, 2878:13, 2879:13, 2879:15, 2879:18, 2879:22, 2880:1, 2881:15, 2881:21, 2882:9, 2900:23, 2908:3, 2914:11, 2914:15, 2916:6, 2916:9, 2916:12, 2917:7, 2920:5, 2920:9, 2920:19, 2932:16, 2940:9, 2941:15, 2944:10, 2944:13, 2947:12, 2947:16, 2965:6
**guess** [3] - 2897:24, 2930:9, 2936:13
**guidance** [1] - 2863:4
**Gulf** [11] - 2861:14, 2909:14, 2914:14, 2914:19, 2920:8, 2921:3, 2948:17, 2954:15, 2965:12, 2966:3, 2966:6

## H

**half** [3] - 2942:5, 2969:10, 2969:12
**halt** [1] - 2909:5
**hand** [2] - 2858:15, 2919:8
**handle** [1] - 2935:12
**handling** [3] - 2879:9, 2916:17, 2916:25

**hands** [2] - 2896:3, 2923:25
**hands-on** [2] - 2896:3, 2923:25
**harbor** [2] - 2921:9, 2921:11
**Harbor** [9] - 2869:5, 2926:2, 2929:24, 2948:17, 2953:23, 2954:7, 2954:18, 2965:21, 2968:11
**hard** [1] - 2967:24
**hate** [2] - 2913:8, 2936:8
**hazardous** [3] - 2863:9, 2879:9, 2920:24
**hazards** [1] - 2909:5
**header** [2] - 2943:1
**heading** [1] - 2947:1
**headquarters** [1] - 2860:21
**hear** [2] - 2893:5, 2941:5
**heard** [5] - 2892:9, 2943:17, 2943:19, 2959:2, 2960:23
**HEARD** [1] - 2854:19
**hearing** [1] - 2871:14
**height** [4] - 2928:3, 2928:20, 2947:4, 2962:20
**held** [3] - 2859:19, 2861:18, 2934:15
**help** [6] - 2858:17, 2919:10, 2921:14, 2966:15, 2966:18, 2966:24
**hereby** [1] - 2970:10
**HERNDON** [1] - 2856:12
**high** [3] - 2935:4, 2963:6, 2963:18
**high-low** [2] - 2963:6, 2963:18
**higher** [1] - 2895:12
**highest** [1] - 2920:9
**highlight** [1] - 2948:14
**highlighted** [2] - 2916:3, 2916:16
**hired** [2] - 2865:15, 2868:5
**hires** [1] - 2946:11
**hitting** [1] - 2968:8
**hold** [2] - 2892:5, 2916:19, 2920:9
**HOLIDAY** [1] - 2854:12
**Homeland** [2] - 2865:1, 2865:8

**Honor** [52] - 2858:10, 2863:20, 2863:24, 2867:14, 2867:24, 2867:25, 2868:15, 2870:25, 2871:4, 2871:12, 2871:23, 2882:13, 2882:15, 2886:22, 2888:14, 2891:6, 2900:21, 2905:13, 2906:5, 2908:6, 2912:6, 2913:10, 2915:16, 2918:4, 2918:10, 2918:18, 2918:19, 2919:3, 2923:6, 2925:21, 2929:6, 2929:10, 2929:21, 2930:2, 2930:24, 2931:4, 2931:13, 2935:24, 2936:2, 2936:19, 2937:6, 2937:11, 2939:6, 2940:22, 2955:15, 2964:2, 2965:2, 2966:8, 2966:9, 2967:16, 2969:9
**Honor's** [1] - 2969:11
**HONORABLE** [1] - 2854:19
**hopefully** [1] - 2937:12
**hopper** [6] - 2879:24, 2920:24, 2926:4, 2944:7, 2944:18, 2944:19
**horrendous** [1] - 2938:20
**horse** [1] - 2904:22
**horsepower** [6] - 2920:25, 2921:2, 2930:22, 2931:4, 2931:17
**hot** [3] - 2900:15
**hour** [4] - 2969:10, 2969:12, 2969:19, 2969:21
**hours** [5] - 2874:23, 2878:11, 2878:23, 2879:2, 2945:19
**housekeeping** [2] - 2918:19, 2919:5
**Hurricane** [13] - 2869:23, 2875:4, 2903:1, 2903:7, 2916:1, 2923:1, 2938:21, 2948:9, 2948:22, 2953:20, 2953:25, 2954:17, 2955:4
**hurricane** [66] -

2861:19, 2862:5, 2863:9, 2868:10, 2873:21, 2874:5, 2874:9, 2874:13, 2874:25, 2881:4, 2881:16, 2881:19, 2883:2, 2886:11, 2886:14, 2889:3, 2892:25, 2895:24, 2904:8, 2905:17, 2906:17, 2907:19, 2908:8, 2909:14, 2910:1, 2910:10, 2911:23, 2914:13, 2914:18, 2915:23, 2918:1, 2927:1, 2932:14, 2932:23, 2939:24, 2941:10, 2941:14, 2941:25, 2942:2, 2944:11, 2947:17, 2947:20, 2948:20, 2949:1, 2949:22, 2949:25, 2950:4, 2950:6, 2950:10, 2950:16, 2951:22, 2951:23, 2952:8, 2952:19, 2953:3, 2955:5, 2956:3, 2956:7, 2956:17, 2957:9, 2963:14, 2963:19, 2965:11, 2965:23, 2966:5, 2967:9
**hurricanes** [14] - 2862:1, 2868:24, 2869:1, 2889:10, 2896:15, 2896:16, 2908:17, 2922:23, 2922:25, 2937:19, 2937:22, 2938:12, 2963:10, 2964:14
**hydrology** [1] - 2955:8

## I

**IBC073** [1] - 2906:13
**IBCO** [1] - 2883:18
**idea** [7] - 2944:4, 2944:5, 2945:15, 2961:16, 2964:16, 2964:17
**identically** [1] - 2968:12
**identified** [1] - 2934:25
**IHNC** [1] - 2926:20
**II** [1] - 2858:24
**immediately** [1] - 2902:13
**implement** [1] -

2965:8
**important** [3] - 2899:4, 2899:6, 2906:15
**improper** [1] - 2932:23
**improperly** [1] - 2938:22
**improve** [1] - 2908:16
**IN** [1] - 2854:4
**INC** [2] - 2854:12, 2856:11
**inch** [3] - 2942:5, 2945:14, 2945:15
**include** [1] - 2880:8
**included** [1] - 2942:2
**includes** [1] - 2864:24
**including** [6] - 2895:3, 2908:18, 2924:13, 2924:16, 2934:25, 2954:3
**incorrect** [4] - 2891:8, 2891:9, 2891:12, 2925:7
**increase** [2] - 2941:18, 2956:21
**increased** [2] - 2885:4, 2888:1
**increases** [1] - 2956:25
**increasing** [2] - 2890:3, 2956:22
**incrementally** [1] - 2890:3
**indicated** [1] - 2950:6
**individual** [3] - 2886:8, 2900:6, 2900:8
**individually** [3] - 2870:24, 2896:18, 2913:1
**indulgence** [1] - 2863:25
**Industrial** [7] - 2880:19, 2881:1, 2911:1, 2926:22, 2953:8, 2953:20, 2953:23
**industry** [17] - 2863:4, 2874:2, 2874:4, 2874:23, 2898:10, 2910:3, 2910:7, 2914:11, 2914:18, 2915:4, 2915:12, 2917:12, 2920:19, 2933:19, 2963:11, 2965:6
**infer** [1] - 2904:2
**information** [5] - 2874:18, 2907:10, 2907:14, 2907:20,

2908:2
**ING** [7] - 2869:22, 2870:1, 2870:8, 2875:10, 2881:9, 2946:2, 2948:24
**Ingram** [2] - 2933:1, 2933:15
**initial** [1] - 2870:3
**inland** [8] - 2861:13, 2862:21, 2862:22, 2908:3, 2920:6, 2944:7, 2944:18, 2944:19
**Inner** [10] - 2869:5, 2926:2, 2929:23, 2948:17, 2953:23, 2954:7, 2954:18, 2965:21, 2968:11
**insofar** [1] - 2956:24
**inspect** [2] - 2904:7, 2938:25
**inspected** [2] - 2945:2, 2950:7
**inspecting** [1] - 2942:2, 2942:5
**inspection** [8] - 2859:24, 2860:1, 2860:3, 2860:7, 2860:11, 2869:7, 2895:21, 2957:2
**inspections** [1] - 2866:16
**installed** [1] - 2877:8
**instance** [5] - 2948:3, 2960:20, 2960:24, 2960:25, 2967:22
**instead** [2] - 2957:13, 2962:3
**instructed** [3] - 2875:25, 2877:18, 2966:9
**insurance** [1] - 2924:11
**insure** [5] - 2900:2, 2905:4, 2905:7, 2905:10, 2906:17
**intended** [1] - 2944:9
**intent** [1] - 2884:11
**intention** [1] - 2911:10
**intentions** [2] - 2910:20, 2916:8
**interests** [2] - 2924:11, 2924:16
**interim** [1] - 2923:2
**internal** [1] - 2900:23
**interrupt** [1] - 2867:22
**intervals** [2] - 2900:2, 2902:9
**Intracoastal** [9] - 2920:8, 2928:13,

2939:16, 2948:18, 2953:24, 2954:11, 2954:14, 2963:16, 2963:23
**introduce** [1] - 2882:19
**intuitive** [1] - 2890:4
**invasive** [1] - 2867:20
**investigation** [1] - 2953:13
**involved** [1] - 2898:6
**irrelevant** [1] - 2964:4
**issue** [2] - 2901:3, 2956:19
**issued** [9] - 2863:2, 2874:18, 2878:22, 2878:24, 2907:9, 2907:15, 2908:22, 2916:1, 2916:12
**issues** [5] - 2862:16, 2865:25, 2866:21, 2925:2
**item** [1] - 2905:2
**Item** [2] - 2884:1, 2884:9, 2885:3
**items** [1] - 2937:2
**itself** [4] - 2875:23, 2901:18, 2924:25, 2926:16

## J

**January** [2] - 2922:22, 2926:15
**Jenks** [4] - 2900:17, 2900:22, 2901:3, 2918:21
**jerk** [1] - 2934:12
**JERRY** [1] - 2854:15
**JEWELERS** [1] - 2854:12
**jigger** [2] - 2945:14, 2945:15
**job** [5] - 2886:21, 2887:3, 2896:7, 2904:17, 2921:23
**JOHN** [2] - 2854:15, 2856:3
**Johnson** [1] - 2893:20
**Johnson's** [1] - 2951:10
**JOSEPHINE** [1] - 2854:11
**JR** [1] - 2854:19
**Juan** [1] - 2923:1
**JUDGE** [1] - 2854:20
**judge** [5] - 2922:10, 2930:11, 2930:14, 2930:20, 2931:15

**Judge** [3] - 2858:13, 2904:23, 2932:2
**July** [1] - 2925:10
**JULY** [2] - 2854:8, 2858:2
**June** [3] - 2859:16, 2859:18, 2859:21
**justified** [1] - 2952:9
**justifies** [2] - 2895:7, 2952:19

## K

**KARL** [1] - 2855:13
**KATRINA** [1] - 2854:4
**Katrina** [10] - 2869:23, 2875:4, 2879:4, 2903:1, 2903:7, 2916:1, 2938:21, 2939:2, 2948:9, 2948:22
**KEELEY** [1] - 2856:11
**keep** [3] - 2902:17, 2928:23, 2956:11
**keeping** [1] - 2884:19
**Kemp** [2] - 2969:9, 2969:15
**kevel** [11] - 2894:2, 2895:1, 2935:17, 2935:18, 2935:22, 2935:23, 2936:23, 2942:19, 2947:2, 2951:11
**kevels** [1] - 2935:16
**key** [1] - 2961:11
**KHORRAMI** [3] - 2855:6, 2855:6, 2969:21
**kind** [6] - 2871:12, 2920:5, 2920:21, 2934:9, 2935:3, 2945:6
**KIRSTEN** [1] - 2856:5
**Knight's** [3] - 2890:23, 2916:15, 2942:22
**Knights** [1] - 2943:14
**knocking** [1] - 2927:14
**knots** [1] - 2929:5
**knowledge** [1] - 2910:10
**known** [3] - 2946:22, 2954:17, 2955:4
**KOEPPEL** [1] - 2854:23
**Kroll** [1] - 2925:15

## L

**LA** [6] - 2854:25, 2855:4, 2855:14, 2855:17, 2855:25, 2856:9
**Lafarge** [75] - 2869:4, 2869:17, 2869:22, 2870:10, 2870:19, 2870:22, 2872:19, 2872:23, 2873:18, 2875:1, 2875:7, 2875:13, 2875:20, 2877:18, 2879:10, 2879:19, 2880:17, 2881:16, 2882:2, 2882:7, 2882:9, 2883:7, 2883:17, 2885:6, 2890:23, 2895:22, 2900:13, 2900:18, 2900:24, 2905:25, 2906:11, 2906:19, 2909:1, 2909:8, 2910:14, 2910:24, 2918:21, 2922:16, 2926:12, 2927:4, 2930:25, 2932:9, 2932:22, 2935:10, 2939:23, 2940:1, 2940:6, 2940:16, 2945:9, 2946:5, 2946:9, 2946:13, 2946:15, 2946:19, 2946:22, 2947:6, 2947:15, 2948:8, 2948:10, 2948:23, 2953:9, 2954:6, 2956:6, 2956:10, 2956:15, 2956:16, 2957:7, 2959:8, 2959:21, 2964:19, 2967:4, 2967:25, 2969:2, 2969:3
**LAFARGE** [1] - 2856:11
**Lafarge's** [3] - 2878:16, 2890:17, 2895:18
**Lake** [3] - 2954:7, 2954:8, 2954:12
**large** [1] - 2898:9
**larger** [1] - 2941:24
**Larry** [3] - 2882:20, 2918:18, 2919:17
**LARRY** [3] - 2857:11, 2919:12, 2919:17
**last** [9] - 2861:10, 2908:14, 2918:20, 2924:3, 2924:4,

2925:12, 2940:23, 2949:10, 2949:12
**LAURENCE** [1] - 2854:24
**law** [5] - 2861:2, 2862:11, 2867:12, 2872:8, 2931:18
**LAW** [3] - 2855:3, 2855:16, 2855:19
**LAWRENCE** [2] - 2855:9, 2855:12
**lawyers** [2] - 2882:20, 2904:20
**least** [9] - 2862:3, 2864:15, 2898:7, 2936:8, 2938:10, 2941:18, 2959:1, 2959:4, 2962:2
**leave** [7] - 2872:10, 2872:12, 2898:10, 2910:2, 2917:11, 2933:14, 2967:21
**leaving** [4] - 2892:5, 2902:14, 2909:25, 2932:22
**left** [5] - 2875:20, 2886:19, 2902:5, 2950:8, 2953:1
**legal** [5] - 2871:1, 2871:3, 2871:11, 2871:20, 2912:3
**legally** [1] - 2871:5
**length** [4] - 2935:12, 2935:19, 2936:1, 2938:7
**less** [8] - 2952:9, 2952:12, 2952:13, 2952:20, 2957:23, 2962:23, 2969:10, 2969:12
**lesser** [1] - 2952:11
**letterhead** [1] - 2923:14
**levees** [1] - 2954:20
**level** [1] - 2884:18
**license** [6] - 2859:13, 2867:2, 2920:5, 2920:6, 2920:9, 2920:12
**licensed** [2] - 2919:24, 2920:19
**licenses** [1] - 2864:10
**lieu** [1] - 2863:18
**light** [6] - 2895:10, 2908:17, 2909:21, 2909:24, 2932:23, 2938:3
**lighter** [1] - 2935:11
**lights** [5] - 2879:19, 2963:24, 2964:15

**Limine** [4] - 2867:15, 2871:14, 2871:17, 2871:19
**limited** [5] - 2864:12, 2864:14, 2865:6, 2960:14, 2961:14
**line** [69] - 2869:20, 2870:7, 2873:4, 2873:5, 2873:8, 2873:19, 2877:9, 2879:13, 2879:16, 2884:14, 2884:23, 2885:18, 2886:2, 2886:13, 2886:18, 2886:19, 2886:20, 2887:6, 2887:14, 2887:25, 2888:6, 2888:7, 2888:12, 2888:22, 2889:8, 2889:10, 2889:16, 2889:17, 2889:20, 2890:2, 2890:6, 2890:7, 2890:12, 2891:21, 2895:3, 2895:23, 2897:23, 2902:16, 2905:3, 2908:7, 2932:8, 2934:5, 2935:8, 2935:17, 2935:19, 2937:7, 2938:2, 2938:22, 2940:13, 2941:2, 2941:21, 2942:1, 2942:3, 2942:4, 2942:5, 2942:17, 2942:18, 2946:25, 2957:13, 2957:15, 2957:16, 2957:17, 2957:18, 2958:23
**lined** [1] - 2967:22
**Lines** [1] - 2943:2
**lines** [77] - 2877:19, 2877:21, 2877:23, 2882:5, 2884:1, 2884:14, 2884:19, 2885:18, 2886:1, 2886:10, 2886:12, 2887:10, 2887:13, 2887:18, 2888:23, 2889:4, 2889:8, 2890:12, 2891:16, 2892:5, 2892:22, 2892:25, 2893:9, 2893:18, 2895:3, 2895:16, 2896:19, 2896:25, 2897:20, 2897:21, 2899:23, 2916:17, 2922:18, 2933:24, 2934:9, 2934:13, 2934:15,

2934:16, 2935:3, 2935:4, 2935:6, 2935:11, 2935:14, 2936:1, 2938:9, 2938:13, 2938:16, 2938:19, 2940:14, 2941:12, 2941:15, 2941:19, 2941:20, 2941:24, 2942:2, 2942:12, 2942:13, 2943:8, 2950:7, 2951:15, 2951:23, 2952:9, 2955:19, 2955:20, 2955:23, 2956:21, 2957:8, 2957:21, 2957:23, 2958:21, 2959:11, 2962:23, 2968:1
**lining** [18] - 2877:5, 2877:6, 2877:14, 2877:16, 2928:7, 2928:8, 2928:9, 2928:22, 2946:23, 2946:24, 2947:6, 2947:9, 2958:25, 2959:2, 2959:4, 2959:7, 2959:9, 2960:2
**link** [2] - 2890:12, 2890:20
**list** [4] - 2859:19, 2860:20, 2924:9, 2939:25
**listed** [4] - 2865:19, 2924:15, 2929:20, 2929:24
**lists** [1] - 2865:16
**LITIGATION** [1] - 2854:5
**litigation** [2] - 2864:15, 2925:1
**living** [2] - 2899:7, 2924:6
**Livingston** [1] - 2859:4
**load** [5] - 2870:11, 2870:19, 2932:19, 2934:11, 2934:12
**loaded** [11] - 2875:24, 2895:12, 2908:16, 2909:22, 2909:25, 2910:7, 2933:17, 2938:2, 2950:19, 2951:19, 2968:2
**loadeds** [4] - 2963:24, 2964:15
**loading** [7] - 2870:8, 2870:14, 2870:17, 2870:23, 2872:20, 2932:9, 2932:17

**loads** [1] - 2889:14
**location** [6] - 2875:22, 2896:11, 2898:15, 2913:15, 2952:23, 2961:13
**locations** [2] - 2926:7, 2939:7
**locks** [1] - 2881:1, 2927:18, 2927:22, 2928:1, 2928:9, 2928:22, 2929:3
**LoneStar** [5] - 2939:15, 2956:1, 2963:21, 2964:4, 2964:17
**LoneStar's** [2] - 2963:23, 2964:14
**long-lined** [1] - 2967:22
**long-lining** [14] - 2877:5, 2877:6, 2877:14, 2877:16, 2946:23, 2946:24, 2947:6, 2947:9, 2958:25, 2959:2, 2959:4, 2959:7, 2959:9, 2960:2
**longest** [1] - 2935:21
**look** [8] - 2866:1, 2888:8, 2913:1, 2916:15, 2924:25, 2929:25, 2930:16, 2958:17
**looked** [9] - 2884:17, 2888:2, 2888:18, 2934:24, 2935:3, 2935:21, 2953:15, 2955:20, 2963:9
**looking** [3] - 2866:21, 2886:6, 2943:3
**looks** [1] - 2897:24
**loops** [1] - 2959:10
**loose** [2] - 2927:14, 2927:15
**LOS** [1] - 2855:7
**lose** [2] - 2887:18, 2895:16
**lost** [2] - 2887:14, 2964:8
**Louisiana** [4] - 2860:14, 2954:3, 2970:8, 2970:9
**LOUISIANA** [3] - 2854:2, 2854:7, 2856:16
**low** [2] - 2963:6, 2963:18
**lower** [1] - 2899:20
**luncheon** [1] - 2970:1

# M

**M-U-N-R-O** [1] - 2859:23
**machinery** [1] - 2866:15
**maintenance** [1] - 2866:14
**majority** [1] - 2924:20
**makeup** [1] - 2938:8
**man** [7] - 2878:1, 2878:3, 2878:5, 2878:7, 2900:22, 2946:16, 2946:19
**management** [2] - 2862:16, 2865:25
**manager** [1] - 2932:25, 2967:3
**managing** [1] - 2966:4
**maneuver** [1] - 2934:8
**manned** [1] - 2917:3
**manner** [9] - 2885:9, 2890:17, 2892:23, 2903:10, 2909:16, 2960:5, 2961:9, 2967:25
**marine** [47] - 2859:23, 2859:25, 2860:1, 2860:3, 2860:5, 2860:11, 2860:15, 2860:21, 2861:10, 2861:12, 2861:13, 2861:24, 2863:23, 2864:10, 2866:4, 2866:23, 2866:25, 2871:24, 2874:18, 2898:10, 2898:23, 2898:25, 2907:9, 2907:14, 2907:20, 2907:25, 2910:3, 2910:7, 2915:4, 2915:25, 2917:11, 2917:12, 2919:24, 2921:19, 2922:2, 2922:7, 2922:8, 2922:9, 2923:18, 2924:6, 2926:9, 2954:2, 2965:5, 2965:20
**Marine** [10] - 2860:8, 2860:10, 2860:14, 2861:23, 2873:25, 2874:11, 2920:2, 2920:3, 2922:14, 2923:15
**mariners** [1] - 2863:4
**maritime** [13] - 2859:6, 2865:3, 2865:4, 2865:5, 2865:6,

2873:21, 2874:2, 2883:2, 2914:11, 2914:18, 2915:11, 2920:19, 2921:24

**Maritime** [1] - 2905:17

**MARK** [1] - 2856:4

**Master** [2] - 2859:11

**master** [1] - 2910:22

**master's** [1] - 2920:6

**Masters** [1] - 2916:5

**material** [2] - 2863:9, 2865:22

**materials** [2] - 2879:9, 2920:24

**matter** [6] - 2868:5, 2871:10, 2871:11, 2918:19, 2969:13, 2970:13

**matters** [2] - 2864:22, 2866:10

**maximum** [1] - 2929:5

**McCALL** [1] - 2855:23

**mean** [20] - 2864:8, 2892:9, 2905:10, 2912:2, 2912:8, 2913:9, 2917:15, 2920:18, 2928:23, 2929:12, 2930:8, 2930:17, 2936:7, 2936:17, 2941:17, 2960:14, 2961:18, 2964:24, 2968:15, 2968:22

**meaning** [2] - 2903:18, 2958:5

**means** [6] - 2889:5, 2905:12, 2915:4, 2916:2, 2928:24, 2936:6

**measured** [1] - 2897:5

**measurement** [2] - 2897:7, 2913:15

**measures** [2] - 2883:20, 2906:16

**MECHANICAL** [1] - 2856:17

**mechanical** [2] - 2859:12, 2867:2

**meet** [2] - 2882:7, 2882:9

**member** [4] - 2914:10, 2914:17, 2915:3, 2965:5

**members** [2] - 2892:17, 2915:11

**men** [2] - 2916:17, 2935:12

**Men** [1] - 2943:2

**mentioned** [1] - 2870:5

merchant [1] - 2916:23

**merely** [2] - 2936:10, 2936:16

**Merit** [1] - 2970:7

**met** [2] - 2882:21, 2957:5

**METAIRIE** [1] - 2855:17

**Mexico** [2] - 2861:14, 2921:4

**Michigan** [4] - 2859:10, 2859:13, 2860:4, 2867:2

**Michoud** [1] - 2939:16

**mid** [1] - 2938:22

**middle** [2] - 2887:11, 2905:3

**midship** [3] - 2933:24, 2934:5, 2942:4

**might** [7] - 2863:8, 2872:13, 2897:23, 2897:24, 2900:22, 2957:16, 2959:15

**mile** [3] - 2913:2, 2913:6, 2913:11

**miles** [2] - 2875:3, 2913:7

**mind** [2] - 2872:14, 2895:9

**minimize** [1] - 2960:12

**minimum** [2] - 2899:24, 2899:25

**minute** [4] - 2886:17, 2924:17, 2943:11, 2943:22

**minutes** [1] - 2918:12

**mischaracterizes** [1] - 2886:23

**Mississippi** [9] - 2900:14, 2920:7, 2920:8, 2920:10, 2927:9, 2927:12, 2927:18, 2954:15, 2968:12

**mitigated** [1] - 2930:13

**Modern** [2] - 2890:23, 2942:22

**moment** [5] - 2893:19, 2914:5, 2952:15, 2965:2, 2966:8

**Monday** [1] - 2944:11

**moniker** [1] - 2864:5

**monitor** [4] - 2914:13, 2914:18, 2965:11, 2966:5

**monitoring** [1] - 2965:15

**moor** [21] - 2881:15,

2893:24, 2895:1, 2896:3, 2899:23, 2937:21, 2938:2, 2953:3, 2960:5, 2960:15, 2961:1, 2961:8, 2961:13, 2961:19, 2961:23, 2963:24, 2964:14, 2964:18, 2964:20, 2967:24

**moored** [63] - 2863:16, 2875:23, 2883:23, 2883:24, 2884:3, 2889:7, 2893:13, 2894:5, 2895:13, 2896:19, 2896:25, 2897:23, 2898:19, 2900:6, 2900:8, 2900:10, 2901:14, 2901:18, 2903:1, 2903:4, 2903:16, 2903:18, 2903:19, 2909:25, 2910:20, 2910:22, 2910:25, 2911:22, 2912:3, 2912:8, 2912:14, 2912:17, 2918:1, 2922:23, 2926:22, 2934:7, 2937:24, 2940:21, 2948:19, 2948:25, 2950:16, 2950:25, 2951:4, 2951:8, 2951:11, 2951:17, 2951:21, 2951:24, 2951:25, 2952:1, 2952:2, 2952:3, 2952:4, 2952:11, 2952:13, 2952:16, 2952:21, 2953:8, 2956:12, 2959:18, 2961:18, 2964:22, 2968:12

**Mooring** [1] - 2884:1

**mooring** [109] - 2863:19, 2865:17, 2865:20, 2867:6, 2868:9, 2869:16, 2869:19, 2869:22, 2873:5, 2873:8, 2877:9, 2879:23, 2880:18, 2882:10, 2884:12, 2884:14, 2885:4, 2888:2, 2888:19, 2888:20, 2888:23, 2889:4, 2889:5, 2890:16, 2892:18, 2893:10, 2894:13, 2894:22, 2895:7, 2895:15, 2895:21, 2895:23,

2896:1, 2896:21, 2897:15, 2897:19, 2898:25, 2899:4, 2902:18, 2904:2, 2905:2, 2909:21, 2910:6, 2914:21, 2914:22, 2915:2, 2917:5, 2917:7, 2921:20, 2923:4, 2923:7, 2925:5, 2925:11, 2926:7, 2926:10, 2926:19, 2930:25, 2931:1, 2933:18, 2935:6, 2935:9, 2935:14, 2938:9, 2938:17, 2940:11, 2940:19, 2941:11, 2941:15, 2942:9, 2943:17, 2943:19, 2947:1, 2947:13, 2949:7, 2949:11, 2949:13, 2949:16, 2950:9, 2951:12, 2951:15, 2951:20, 2952:9, 2952:19, 2953:7, 2955:19, 2955:25, 2956:2, 2956:17, 2959:11, 2959:12, 2960:12, 2961:25, 2962:6, 2962:23, 2963:1, 2965:22, 2966:14, 2966:18, 2967:5, 2967:9, 2967:19, 2967:20, 2968:15, 2968:23, 2968:25

**moorings** [5] - 2903:23, 2904:7, 2904:15, 2913:5, 2963:6

**Morgan** [7] - 2860:14, 2860:19, 2861:24, 2862:1, 2874:12, 2889:9, 2914:9

**morning** [6] - 2858:9, 2858:10, 2900:18, 2963:20, 2964:3, 2965:24

**MORNING** [1] - 2854:18

**most** [10] - 2863:24, 2865:22, 2867:17, 2924:1, 2924:3, 2924:9, 2924:14, 2925:3, 2939:19, 2948:19

**Motion** [4] - 2867:15, 2871:13, 2871:17, 2871:18

**motor** [1] - 2899:9

**motorboat** [1] - 2897:10

**movable** [1] - 2936:6

**move** [14] - 2868:17, 2878:9, 2878:21, 2880:22, 2902:13, 2905:12, 2919:3, 2921:13, 2932:2, 2946:13, 2947:19, 2947:22, 2947:25, 2955:15

**moved** [1] - 2917:16

**movement** [2] - 2862:21, 2909:2

**moving** [8] - 2879:6, 2879:12, 2881:13, 2929:2, 2934:4, 2959:14

**MR** [133] - 2857:6, 2857:7, 2857:8, 2857:9, 2857:10, 2857:12, 2857:13, 2857:14, 2857:15, 2857:16, 2858:13, 2859:2, 2863:20, 2863:24, 2864:4, 2867:14, 2867:24, 2867:25, 2868:4, 2868:15, 2868:19, 2870:24, 2871:4, 2871:12, 2871:23, 2872:2, 2872:5, 2872:9, 2872:11, 2872:17, 2882:13, 2882:15, 2882:18, 2886:22, 2887:2, 2887:5, 2888:16, 2890:9, 2891:6, 2891:9, 2891:11, 2891:14, 2900:21, 2901:2, 2901:8, 2901:10, 2901:12, 2904:23, 2905:1, 2905:13, 2905:15, 2911:19, 2912:6, 2912:10, 2913:14, 2914:5, 2914:8, 2915:16, 2915:19, 2915:21, 2917:21, 2917:25, 2918:4, 2918:9, 2918:18, 2918:19, 2919:3, 2919:20, 2919:22, 2923:6, 2923:9, 2923:13, 2925:21, 2925:25, 2929:6, 2929:10, 2929:12, 2929:14, 2929:17, 2929:19, 2929:20,

2929:23, 2930:2,
2930:20, 2930:24,
2931:4, 2931:7,
2931:10, 2931:11,
2931:19, 2931:22,
2931:24, 2932:2,
2932:5, 2935:24,
2936:2, 2936:19,
2936:21, 2937:1,
2937:6, 2937:11,
2937:14, 2937:18,
2939:6, 2939:11,
2940:22, 2941:4,
2941:7, 2941:9,
2949:2, 2949:5,
2955:9, 2955:14,
2955:17, 2960:21,
2961:5, 2964:2,
2964:6, 2964:12,
2965:2, 2965:4,
2966:8, 2966:12,
2967:14, 2967:16,
2967:18, 2968:17,
2968:21, 2969:5,
2969:9, 2969:16,
2969:19, 2969:21
**MRGO** [1] - 2953:25
**multiple** [2] - 2892:22,
2961:9
**MUMFORD** [1] -
2854:10
**MUNRO** [1] - 2859:22
**mythical** [1] - 2931:23

### N

**N.W** [1] - 2855:20
**name** [2] - 2858:22,
2919:15
**names** [2] - 2860:20,
2923:2
**National** [2] - 2865:11,
2922:14
**naval** [2] - 2859:11,
2866:23
**navigate** [1] - 2899:11
**navigating** [1] -
2928:24
**Navigation** [7] -
2869:5, 2926:2,
2929:24, 2948:17,
2953:23, 2965:21,
2968:11
**navigation** [7] -
2861:7, 2922:7,
2923:7, 2925:4,
2926:20, 2926:21,
2930:5
**Navigational** [2] -
2954:7, 2954:18

**navigations** [1] -
2929:23
**NCBRT** [1] - 2865:10
**near** [1] - 2939:16
**necessarily** [4] -
2892:16, 2950:2,
2956:25, 2959:20
**necessary** [3] -
2878:9, 2891:16,
2892:5
**need** [8] - 2867:22,
2885:9, 2888:11,
2898:2, 2912:7,
2930:18, 2935:19,
2936:5
**needs** [1] - 2910:20
**neglected** [1] -
2912:11
**Netherlands** [2] -
2860:2, 2860:12
**never** [8] - 2900:12,
2904:21, 2925:5,
2925:11, 2936:11,
2936:18, 2937:4,
2959:2
**NEW** [2] - 2854:7,
2854:25, 2855:4,
2855:10, 2855:14,
2855:25, 2856:6,
2856:9, 2856:16
**New** [19] - 2860:3,
2860:17, 2873:20,
2874:1, 2874:8,
2879:6, 2880:7,
2883:1, 2901:6,
2905:17, 2907:2,
2907:15, 2908:23,
2915:23, 2921:1,
2921:10, 2921:11,
2939:3
**new** [13] - 2887:10,
2887:21, 2889:8,
2889:16, 2889:20,
2890:12, 2926:18,
2942:3, 2942:4,
2942:7, 2947:8,
2950:7, 2966:24
**next** [12] - 2878:25,
2894:8, 2900:10,
2904:1, 2908:12,
2909:3, 2910:6,
2912:13, 2918:7,
2928:18, 2933:7,
2969:9
**Ninth** [1] - 2953:19
**NO** [3] - 2854:6,
2854:10, 2854:14
**nobody** [2] - 2900:17,
2953:7
**NOLET** [1] - 2855:9

**non** - 2916:9
**non-Coast** [1] -
2916:9
**none** [4] - 2865:16,
2865:19, 2879:12,
2929:6
**nonetheless** [1] -
2891:15
**NONJURY** [1] -
2854:19
**nonresponsive** [1] -
2960:21
**noon** [3] - 2932:10,
2944:12, 2944:14
**normally** [2] - 2885:7,
2908:17
**NORTH** [1] - 2856:11
**north** [25] - 2893:13,
2893:18, 2894:13,
2894:17, 2895:2,
2913:18, 2950:15,
2951:8, 2951:10,
2951:15, 2952:10,
2952:12, 2952:15,
2953:24, 2954:6,
2956:7, 2956:12,
2956:17, 2961:13,
2961:25, 2964:20,
2967:21
**North** [13] - 2869:4,
2869:17, 2869:22,
2873:18, 2875:14,
2879:11, 2879:20,
2882:2, 2882:7,
2882:9, 2900:24,
2926:12, 2948:23
**northern** [1] -
2903:25, 2959:22
**note** [4] - 2935:24,
2937:8, 2937:16,
2949:7
**notes** [1] - 2936:14
**nothing** [6] - 2858:16,
2889:3, 2919:9,
2936:7, 2943:4
**notification** [1] -
2874:16
**notify** [5] - 2870:10,
2910:14, 2910:22,
2910:24, 2916:7
**notifying** [1] - 2910:12
**November** [1] - 2924:4
**nowhere** [3] -
2891:22, 2891:23,
2931:2
**Number** [1] - 2859:4
**number** [11] - 2863:2,
2865:16, 2884:19,
2893:18, 2897:20,
2905:16, 2906:4,

2934:16, 2934:25,
2937:2, 2956:21
**numbered** [1] -
2970:12
**numerous** [3] -
2926:4, 2942:20,
2945:4
**NY** [1] - 2855:10
**nylon** [1] - 2897:23

### O

**o'clock** [5] - 2870:2,
2870:9, 2878:14,
2879:5, 2965:24
**oath** [2] - 2858:21,
2919:14
**object** [9] - 2870:24,
2886:22, 2900:21,
2917:21, 2930:9,
2931:8, 2939:6,
2940:22, 2960:21
**objecting** [1] - 2871:2
**objection** [8] - 2901:1,
2929:6, 2930:9,
2930:10, 2932:1,
2935:24, 2964:8,
2968:17
**objections** [3] -
2867:19, 2930:7,
2931:13
**objective** [1] - 2957:20
**objectives** [1] - 2863:5
**obligation** [5] -
2910:14, 2910:24,
2953:3, 2961:8,
2966:4
**observation** [2] -
2957:3, 2966:22
**observed** [1] - 2939:4
**obstructs** [1] -
2879:21
**obvious** [1] - 2952:4
**obviously** [1] -
2908:11
**occasion** [1] - 2926:6
**occasions** [1] -
2924:8
**occupation** [2] -
2859:5, 2919:23
**occurred** [1] - 2960:3
**oceangoing** [6] -
2911:2, 2911:3,
2911:11, 2911:12,
2916:6, 2945:7
**Oceangoing** [1] -
2911:6
**OF** [6] - 2854:2,
2854:11, 2854:14,

2854:19, 2855:3,
2855:19
**off-Coast** [3] - 2870:11,
2870:19, 2932:19
**off-loading** [7] -
2870:8, 2870:14,
2870:17, 2870:23,
2872:20, 2932:9,
2932:17
**offer** [1] - 2923:6
**offered** [3] - 2922:10,
2925:5, 2925:11
**OFFICE** [1] - 2855:19
**office** [5] - 2859:24,
2860:1, 2860:3,
2860:11, 2871:24
**Office** [6] - 2860:8,
2860:10, 2860:14,
2861:23, 2873:25,
2874:11
**officer** [9] - 2859:6,
2859:22, 2860:9,
2860:11, 2860:13,
2861:23, 2866:13,
2874:7, 2874:11
**OFFICER** [1] -
2918:15
**offices** [2] - 2861:13,
2861:14
**OFFICES** [1] - 2855:3
**Official** [2] - 2970:8,
2970:18
**official** [1] - 2878:23
**OFFICIAL** [1] -
2856:15
**offloading** [1] -
2944:13
**offshore** [3] - 2862:20,
2863:15, 2921:3
**often** [2] - 2920:16,
2933:1
**oil** [3] - 2862:20,
2863:17, 2879:9
**old** [12] - 2886:18,
2886:19, 2887:21,
2889:8, 2889:16,
2890:11, 2890:20,
2895:3, 2942:8,
2957:14, 2957:18,
2957:21
**older** [1] - 2887:6
**on-the-job** [1] -
2921:23
**once** [8] - 2889:7,
2894:10, 2902:7,
2917:18, 2933:25,
2934:3, 2934:4,
2946:14
**one** [67] - 2863:15,
2864:16, 2866:22,

2871:7, 2874:2, 2882:4, 2882:20, 2884:23, 2886:18, 2886:19, 2887:7, 2887:10, 2887:11, 2889:17, 2889:19, 2889:21, 2890:3, 2890:6, 2891:19, 2892:21, 2893:19, 2895:3, 2896:1, 2896:20, 2901:25, 2902:15, 2903:18, 2903:19, 2914:5, 2916:3, 2927:8, 2929:4, 2931:21, 2931:23, 2941:11, 2941:14, 2942:3, 2942:5, 2943:9, 2943:23, 2949:24, 2949:25, 2950:8, 2950:15, 2952:18, 2952:19, 2952:22, 2957:8, 2957:15, 2957:17, 2957:21, 2957:22, 2958:18, 2959:15, 2961:7, 2961:12, 2961:20, 2961:22, 2962:1, 2962:4, 2964:5, 2965:2, 2966:8, 2967:20

ones [7] - 2861:22, 2862:19, 2869:12, 2921:7, 2923:1, 2950:8, 2951:24

ONLY [2] - 2854:12, 2854:15

open [8] - 2937:4, 2953:24, 2954:8, 2954:18, 2954:19, 2954:21, 2954:25, 2955:5

operated [3] - 2920:23, 2927:17, 2927:19

operating [3] - 2943:10, 2965:20, 2966:20

operation [10] - 2881:25, 2882:2, 2909:20, 2909:21, 2927:16, 2927:21, 2940:2, 2940:4, 2940:7, 2946:8

operational [1] - 2871:8

operations [11] - 2879:8, 2900:24, 2909:6, 2909:10, 2909:14, 2909:16,

2922:8, 2923:3, 2923:7, 2925:3, 2944:10

operator [5] - 2870:21, 2909:13, 2914:24, 2960:4, 2960:11

operator's [1] - 2909:15

operators [3] - 2869:15, 2916:5, 2956:1

opine [1] - 2936:16

opining [1] - 2929:15

opinion [53] - 2871:1, 2871:3, 2871:20, 2872:23, 2884:4, 2884:8, 2884:11, 2886:15, 2890:19, 2891:22, 2892:2, 2894:25, 2896:10, 2896:20, 2896:23, 2896:25, 2899:16, 2900:5, 2902:19, 2902:21, 2903:2, 2903:3, 2903:15, 2910:13, 2912:22, 2912:24, 2913:22, 2914:1, 2914:3, 2914:25, 2927:7, 2930:21, 2932:11, 2932:19, 2935:9, 2936:17, 2936:25, 2937:1, 2942:15, 2943:8, 2948:10, 2948:11, 2948:12, 2948:23, 2952:11, 2953:2, 2953:6, 2958:1, 2958:8, 2960:4, 2965:15, 2965:18, 2969:2

opinions [10] - 2864:21, 2867:5, 2867:9, 2867:16, 2867:20, 2882:23, 2913:21, 2929:14, 2936:5, 2936:11

opportunity [2] - 2862:2, 2931:8

opposed [2] - 2892:22, 2925:4

opposite [1] - 2927:20

order [4] - 2880:22, 2930:1, 2930:16, 2962:15

ORDER [1] - 2858:4

Orders [1] - 2943:2

orders [6] - 2861:7, 2862:12, 2862:23, 2916:17, 2916:23, 2943:3

organization [1] - 2880:8

organizational [1] - 2880:5

organizations [1] - 2922:13

ORLEANS [7] - 2854:7, 2854:25, 2855:4, 2855:14, 2855:25, 2856:9, 2856:1

Orleans [17] - 2860:17, 2873:20, 2874:1, 2879:6, 2880:7, 2883:1, 2901:6, 2905:17, 2907:2, 2907:15, 2908:23, 2915:23, 2921:1, 2921:10, 2921:11, 2939:3

Orleans" [1] - 2874:8

OSHA [1] - 2864:21

outboard [3] - 2875:24, 2897:10, 2968:2

outermost [1] - 2913:18

Outlet [1] - 2954:15

outside [5] - 2877:1, 2933:8, 2934:21, 2961:21, 2961:22

overall [1] - 2882:9

overlooked [1] - 2966:10

overruled [3] - 2917:23, 2939:9, 2968:18

overwhelming [1] - 2924:20

own [5] - 2880:5, 2881:13, 2899:7, 2915:14, 2967:7

owner [4] - 2946:11, 2946:12, 2948:3, 2961:8

owners [3] - 2869:15, 2916:5, 2956:14

owns [1] - 2880:9

## P

page [14] - 2883:18, 2883:19, 2891:2, 2892:4, 2894:8, 2906:3, 2908:5, 2909:3, 2911:20, 2915:5, 2916:25, 2943:2, 2950:12

PAGE [1] - 2857:3

pages [3] - 2924:19, 2924:24

paid [2] - 2884:3, 2912:14

panhandle [1] - 2932:15

paper [2] - 2966:21, 2966:23

paragraph [7] - 2899:19, 2908:13, 2909:4, 2916:2, 2937:11, 2937:13, 2948:13

pardon [1] - 2865:18

part [41] - 2873:5, 2874:21, 2875:11, 2875:17, 2879:10, 2879:23, 2883:12, 2891:11, 2892:22, 2893:9, 2895:3, 2898:25, 2900:7, 2902:2, 2902:20, 2904:17, 2906:19, 2906:22, 2907:9, 2907:18, 2910:14, 2916:15, 2924:1, 2925:1, 2940:12, 2941:21, 2942:12, 2942:13, 2942:17, 2942:21, 2956:7, 2956:17, 2957:8, 2957:13, 2957:16, 2958:22, 2958:23

Part [1] - 2861:5

partially [2] - 2939:20, 2948:19

participate [1] - 2874:9

particular [6] - 2865:3, 2883:18, 2960:20, 2960:24, 2967:22

particularly [5] - 2884:1, 2889:9, 2898:25, 2899:6, 2947:6

parts [1] - 2892:22

pass [4] - 2928:1, 2928:4, 2928:17, 2943:13

Pass [6] - 2874:19, 2874:23, 2875:1, 2878:12, 2878:23, 2879:2

passed [1] - 2862:11

passenger [1] - 2921:12

passing [1] - 2900:4

PATRICK [1] - 2855:15

payroll [1] - 2885:7

Pazos [1] - 2931:5

penumbra [2] - 2936:9, 2936:12

people [6] - 2885:13, 2895:22, 2899:22, 2904:10, 2949:16, 2966:22

Pepper [3] - 2970:6, 2970:16, 2970:17

PEPPER [1] - 2856:15

period [2] - 2874:3, 2887:18

person [1] - 2969:22

personally [1] - 2922:23

personnel [6] - 2898:12, 2898:13, 2915:1, 2917:7, 2932:9, 2969:3

PERTAINS [1] - 2854:9

PETER [1] - 2856:11

phase [2] - 2878:21, 2878:25

phases [1] - 2881:4

phone [2] - 2965:15, 2966:2

photographs [3] - 2881:9, 2953:15, 2959:21

photos [2] - 2945:2, 2945:4

pick [5] - 2894:22, 2894:23, 2933:1, 2933:14, 2942:20

picked [3] - 2892:20, 2893:1

pier [2] - 2877:9, 2877:10

piles [2] - 2926:18

pilings [3] - 2877:7, 2947:1, 2947:8

pilot [2] - 2920:7

pilots [1] - 2943:10

piping [1] - 2945:7

pivot [1] - 2959:16

place [6] - 2875:5, 2889:3, 2893:25, 2926:25, 2947:24, 2948:1

placed [1] - 2879:19

places [1] - 2939:7

Plaintiff's [2] - 2890:24, 2906:5

plaintiff's [2] - 2867:16, 2882:20

PLAINTIFFS [3] - 2854:11, 2854:14, 2854:23

**plaintiffs** [3] - 2924:15, 2930:8, 2930:19

**plan** [29] - 2860:5, 2873:21, 2873:25, 2874:10, 2874:13, 2874:15, 2874:21, 2875:8, 2875:11, 2875:14, 2875:17, 2881:4, 2881:15, 2883:2, 2883:9, 2883:10, 2883:12, 2889:4, 2905:17, 2907:12, 2907:22, 2908:18, 2908:22, 2915:2, 2915:23, 2939:24, 2941:10, 2941:11, 2941:15

**planning** [1] - 2862:4

**plans** [2] - 2898:7, 2923:4

**pleasure** [1] - 2969:11

**pocket** [1] - 2926:17

**point** [7] - 2871:23, 2918:13, 2951:12, 2955:13, 2955:14, 2958:5, 2969:25

**policies** [2] - 2915:14, 2967:7

**POLLARD** [1] - 2855:6

**poly** [4] - 2935:8, 2937:25, 2938:1, 2938:4

**polypro** [3] - 2935:4, 2935:11, 2935:14

**polypropylene** [3] - 2897:23, 2955:19, 2955:22

**Pontchartrain** [3] - 2954:8, 2954:12

**poor** [1] - 2897:18

**Port** [5] - 2879:6, 2907:15, 2908:23, 2910:19, 2911:6

**port** [70] - 2860:9, 2860:14, 2860:16, 2860:18, 2860:19, 2860:25, 2861:1, 2861:3, 2861:7, 2861:9, 2861:11, 2861:16, 2862:1, 2862:7, 2862:15, 2862:20, 2862:23, 2863:23, 2873:21, 2874:10, 2874:13, 2880:4, 2880:7, 2880:11, 2880:17, 2880:21, 2880:25, 2881:15, 2883:2, 2884:11, 2884:18,

2887:17, 2888:2, 2888:8, 2889:4, 2889:9, 2895:15, 2898:7, 2902:15, 2904:6, 2904:17, 2905:21, 2906:8, 2906:16, 2906:19, 2906:23, 2908:8, 2908:12, 2908:14, 2908:21, 2909:17, 2910:2, 2910:8, 2910:13, 2910:15, 2910:25, 2911:11, 2911:20, 2911:21, 2913:3, 2913:9, 2914:9, 2916:7, 2916:8, 2916:11, 2917:5, 2917:6

**portion** [2] - 2875:8, 2916:14, 2916:16

**portions** [1] - 2920:8

**position** [1] - 2956:25

**positioned** [3] - 2934:19, 2938:22, 2961:15

**positioning** [1] - 2863:18

**positions** [1] - 2861:18

**possibility** [1] - 2927:13

**possible** [3] - 2916:7, 2930:12, 2960:6

**possibly** [4] - 2933:12, 2938:10, 2959:17, 2962:2

**potentially** [1] - 2899:11

**power** [6] - 2861:3, 2861:6, 2880:21, 2880:25, 2881:13, 2899:7

**POYDRAS** [3] - 2855:24, 2856:9, 2856:15

**practical** [1] - 2944:2

**practice** [9] - 2885:17, 2886:1, 2898:11, 2910:7, 2910:9, 2917:12, 2963:23, 2963:25, 2964:14

**practices** [3] - 2931:2, 2966:25, 2967:5

**precautionary** [1] - 2883:20

**predicted** [1] - 2884:2

**prefer** [5] - 2863:25, 2937:25, 2938:2, 2955:18, 2955:22

**Preparation** [2] -

2906:7, 2910:18

**preparation** [30] - 2863:8, 2868:10, 2868:24, 2876:3, 2876:6, 2876:9, 2879:23, 2880:19, 2882:10, 2886:11, 2892:25, 2902:14, 2904:7, 2907:19, 2926:23, 2937:24, 2941:25, 2942:2, 2943:15, 2946:3, 2946:23, 2948:9, 2949:22, 2949:25, 2950:4, 2956:8, 2957:9, 2963:13, 2964:14, 2967:5

**preparations** [2] - 2933:2, 2950:6, 2950:16

**prepare** [5] - 2862:2, 2876:1, 2877:21, 2877:23, 2937:21

**prepared** [3] - 2886:14, 2911:23, 2955:15

**preparing** [4] - 2874:5, 2874:24, 2889:10, 2938:12

**presence** [1] - 2947:16

**presentations** [4] - 2865:16, 2865:17, 2865:19, 2865:25

**press** [1] - 2945:25

**pretrial** [2] - 2929:25, 2930:16

**prevent** [3] - 2877:11, 2909:6, 2932:16

**prevented** [1] - 2938:19

**preventing** [1] - 2876:5

**previous** [1] - 2886:23

**previously** [3] - 2870:5, 2930:10, 2934:7

**previously-men tioned** [1] - 2870:5

**primarily** [3] - 2861:5, 2924:6, 2940:5

**problem** [3] - 2933:18, 2938:23, 2941:7

**procedure** [1] - 2934:15

**procedures** [8] - 2914:22, 2926:10, 2966:15, 2966:16, 2966:18, 2966:19, 2966:24, 2966:25

**proceed** [3] - 2858:11, 2919:19, 2925:22

**PROCEEDINGS** [3] - 2854:19, 2856:17, 2858:1

**proceedings** [3] - 2918:13, 2969:25, 2970:12

**process** [3] - 2874:16, 2957:2, 2959:8

**PROCTER** [1] - 2856:3

**PRODUCED** [1] - 2856:18

**Professional** [1] - 2970:7

**professional** [3] - 2859:12, 2867:3, 2922:13

**prohibit** [1] - 2944:10

**prohibiting** [1] - 2947:13

**prohibition** [2] - 2881:5, 2944:13

**promise** [1] - 2931:16

**propelled** [2] - 2911:3, 2911:6

**proper** [11] - 2881:15, 2915:12, 2932:11, 2938:7, 2948:11, 2949:9, 2949:17, 2949:19, 2949:22, 2967:4, 2969:2

**properly** [6] - 2903:4, 2917:13, 2934:18, 2948:19, 2948:25, 2950:15

**protect** [2] - 2899:1, 2968:8

**protected** [6] - 2927:4, 2952:24, 2952:25, 2953:2, 2953:7

**protection** [8] - 2860:16, 2861:11, 2861:20, 2862:5, 2866:25, 2881:4, 2941:10, 2941:14

**provide** [1] - 2948:4

**provided** [2] - 2868:12, 2956:11

**provisions** [2] - 2948:20, 2949:1

**proximity** [7] - 2884:4, 2912:14, 2912:17, 2912:21, 2912:25, 2913:4, 2913:9

**prudent** [10] - 2909:22, 2910:5, 2914:10, 2914:17, 2914:24, 2915:3, 2915:11, 2962:5,

2962:9, 2965:5

**pull** [2] - 2886:7, 2933:25

**pulling** [1] - 2934:11

**pump** [5] - 2945:6, 2945:14, 2945:15, 2945:16, 2962:21

**pumping** [1] - 2962:15

**pumps** [3] - 2945:10, 2945:12, 2962:15

**Purpose** [1] - 2907:1

**purpose** [5] - 2862:13, 2874:20, 2898:22, 2959:9, 2965:16

**purposes** [1] - 2862:14

**pursuant** [1] - 2908:22

**push** [1] - 2934:6

**pushboats** [1] - 2920:21

**pushed** [1] - 2926:4

**pushing** [2] - 2920:22, 2920:23

**put** [13] - 2875:5, 2878:9, 2878:13, 2879:4, 2934:9, 2950:7, 2950:22, 2956:14, 2956:15, 2957:18, 2961:20, 2962:19, 2967:20

**puts** [2] - 2934:1, 2934:13

**putting** [2] - 2915:8, 2942:17

**Q**

**qualification** [1] - 2922:11

**qualifications** [1] - 2860:22

**quality** [2] - 2935:4, 2935:6

**quarter** [3] - 2913:2, 2913:6, 2913:11

**questioning** [2] - 2937:7, 2941:2

**questions** [9] - 2864:1, 2871:6, 2871:19, 2905:16, 2910:12, 2915:22, 2915:24, 2917:14, 2969:5

**quick** [1] - 2893:22

**quickly** [2] - 2890:22, 2967:1

**quite** [2] - 2903:12, 2954:1

**quotations** [2] -

2916:19, 2916:22
**quote** [1] - 2941:15

# R

**R-Y-A-N** [1] - 2858:25
**RAFFMAN** [1] -
2856:4
**Rainbow** [1] - 2859:4
**raise** [3] - 2858:14,
2919:7, 2928:2
**raised** [1] - 2877:11
**raises** [1] - 2928:5
**range** [1] - 2920:25
**rank** [1] - 2864:6
**rather** [4] - 2863:12,
2925:17, 2930:12,
2957:12
**Ray** [10] - 2874:17,
2878:9, 2878:10,
2878:13, 2878:15,
2905:22, 2907:7,
2907:13, 2908:21,
2910:19
**RE** [1] - 2854:4
**read** [20] - 2865:22,
2868:13, 2884:22,
2885:20, 2886:2,
2888:22, 2889:1,
2892:24, 2893:7,
2900:12, 2901:22,
2906:6, 2912:16,
2916:2, 2931:8,
2937:12, 2939:4,
2941:2, 2951:7,
2951:10
**readiness** [1] -
2906:17
**ready** [5] - 2858:11,
2892:15, 2902:4,
2919:19, 2943:12
**really** [3] - 2925:3,
2936:14, 2954:21
**Realtime** [1] - 2970:6
**reason** [5] - 2866:24,
2892:21, 2896:1,
2942:21, 2968:4
**reasonable** [12] -
2898:14, 2914:10,
2914:17, 2914:24,
2915:3, 2933:3,
2933:9, 2938:13,
2938:16, 2962:5,
2962:9, 2965:5
**reasonably** [2] -
2948:10, 2965:9
**reasons** [2] - 2866:22,
2915:6
**rebuttal** [1] - 2937:3

**received** [1] - 2859:10
**recess** [3] - 2918:12,
2918:14, 2970:1
**recommend** [4] -
2898:12, 2898:16,
2926:7, 2926:9
**recommendation** [18]
- 2863:7, 2863:8,
2863:15, 2863:17,
2876:14, 2876:21,
2876:25, 2878:3,
2878:7, 2881:21,
2883:4, 2883:13,
2883:14, 2884:12,
2888:9, 2905:19,
2908:19, 2911:24
**recommendations**
[33] - 2863:1, 2863:2,
2863:12, 2863:22,
2868:1, 2868:14,
2870:16, 2874:4,
2874:24, 2875:7,
2875:10, 2875:13,
2875:16, 2876:8,
2877:16, 2878:15,
2878:18, 2878:19,
2880:1, 2905:21,
2907:5, 2907:8,
2907:12, 2907:24,
2908:23, 2913:25,
2914:11, 2941:11,
2941:14, 2957:5,
2958:2, 2965:6
**recommended** [3] -
2883:19, 2908:9,
2926:25
**record** [15] - 2858:23,
2867:14, 2878:24,
2901:4, 2906:4,
2911:13, 2911:15,
2911:16, 2919:16,
2924:13, 2930:12,
2930:15, 2931:9,
2970:12
**RECORDED** [1] -
2856:17
**recovered** [1] -
2922:18
**red** [2] - 2920:23,
2926:4
**redirect** [2] - 2915:18,
2967:15
**REDIRECT** [4] -
2857:10, 2857:16,
2915:20, 2967:17
**reduce** [1] - 2962:20
**reduced** [2] - 2962:24,
2963:2
**refer** [2] - 2937:11,
2958:19

**reference** [2] - 2864:5,
2883:18
**referenced** [1] -
2907:19
**references** [1] -
2866:9
**referred** [1] - 2918:20
**referring** [3] -
2891:10, 2906:4,
2956:9
**refers** [1] - 2906:8
**reflect** [1] - 2901:4
**regard** [4] - 2871:9,
2893:23, 2894:1,
2929:18
**regarding** [8] -
2861:19, 2870:3,
2870:22, 2872:24,
2877:20, 2877:23,
2880:2, 2882:10
**regardless** [2] -
2871:17, 2930:9
**regards** [3] - 2867:7,
2868:8, 2868:9
**REGINA** [1] - 2945:13
**region** [1] - 2917:8
**Registered** [2] -
2970:6, 2970:7
**regular** [1] - 2934:22
**regulated** [3] - 2861:7,
2916:6, 2916:9
**regulation** [24] -
2862:20, 2863:11,
2870:5, 2871:9,
2873:10, 2873:13,
2874:13, 2876:11,
2876:17, 2877:23,
2879:15, 2879:18,
2881:18, 2897:9,
2898:4, 2898:13,
2898:22, 2903:10,
2905:11, 2905:19,
2940:11, 2940:16,
2941:2, 2947:12
**regulations** [41] -
2861:2, 2862:8,
2862:10, 2862:13,
2862:17, 2863:3,
2863:4, 2863:21,
2867:8, 2867:9,
2867:17, 2868:1,
2868:9, 2868:14,
2868:21, 2868:23,
2869:1, 2869:9,
2869:21, 2870:3,
2870:13, 2870:22,
2871:17, 2872:19,
2872:24, 2873:4,
2873:7, 2876:2,
2876:5, 2877:13,

2877:20, 2879:13,
2879:22, 2882:10,
2898:7, 2898:8,
2900:23, 2931:2,
2940:8, 2940:9
**relates** [1] - 2930:18
**release** [3] - 2933:24,
2934:5, 2947:5
**released** [4] - 2894:23,
2917:18, 2933:25,
2969:7
**relevancy** [2] -
2900:21, 2939:6
**relevant** [2] - 2901:2
**relied** [2] - 2885:1,
2890:13
**relying** [1] - 2885:14
**remain** [2] - 2910:21,
2916:8
**remained** [3] -
2950:20, 2951:19,
2951:24
**remaining** [2] -
2908:14, 2911:10
**Remaining** [1] -
2911:5
**remains** [1] - 2914:3
**remember** [6] -
2893:18, 2894:3,
2894:10, 2923:2,
2931:12, 2964:13
**remind** [1] - 2867:25
**remove** [1] - 2863:9
**removed** [3] -
2881:18, 2881:21,
2948:2
**rendered** [3] -
2936:11, 2936:12,
2936:18
**renewed** [2] -
2920:12, 2920:16
**rented** [1] - 2962:16
**reopen** [1] - 2880:25
**repair** [1] - 2866:14
**rephrase** [2] -
2872:18, 2876:24
**replace** [3] - 2877:19,
2887:6, 2957:24
**replaced** [7] -
2884:23, 2886:12,
2886:18, 2887:25,
2888:13, 2890:20,
2942:3
**replacement** [1] -
2877:21
**report** [36] - 2867:18,
2868:16, 2871:13,
2882:23, 2884:5,
2884:21, 2885:1,
2893:19, 2899:16,

2900:4, 2902:20,
2905:19, 2912:16,
2913:22, 2916:10,
2924:13, 2929:7,
2930:24, 2935:25,
2936:6, 2936:7,
2936:8, 2936:9,
2936:15, 2936:16,
2937:9, 2940:23,
2940:24, 2947:15,
2948:13, 2950:12,
2950:22, 2960:7,
2963:9
**Reporter** [6] - 2970:6,
2970:7, 2970:8,
2970:18
**REPORTER** [1] -
2856:15
**reporter** [1] - 2918:23
**REPORTER'S** [1] -
2970:4
**reporting** [1] -
2864:22
**reports** [4] - 2868:8,
2868:12, 2930:4,
2931:5
**representative** [1] -
2963:21
**represented** [1] -
2924:14
**representing** [1] -
2924:15
**require** [4] - 2869:17,
2873:4, 2922:15,
2940:11
**required** [3] - 2906:17,
2940:6, 2946:7
**requirement** [12] -
2863:16, 2873:17,
2878:1, 2878:5,
2882:7, 2884:9,
2914:15, 2934:20,
2946:16, 2946:19,
2947:15, 2947:19
**requirements** [5] -
2906:6, 2921:20,
2931:1, 2946:2,
2957:4
**requires** [7] - 2870:6,
2873:3, 2876:11,
2876:18, 2879:15,
2879:18, 2882:5
**requiring** [5] -
2873:10, 2873:13,
2876:2, 2879:22,
2881:18
**Research** [1] -
2865:12
**reserve** [1] - 2867:19
**respect** [10] - 2867:15,

2870:16, 2875:4, 2885:20, 2886:18, 2887:24, 2898:14, 2899:6, 2907:21, 2913:21

**respond** [1] - 2936:19
**response** [4] - 2900:25, 2936:2, 2958:7, 2960:21
**responsibilities** [3] - 2861:19, 2862:4, 2863:22
**responsibility** [4] - 2867:21, 2869:14, 2889:10, 2918:25
**responsible** [1] - 2866:13
**rest** [2] - 2952:20, 2969:16
**restate** [3] - 2941:13, 2954:1, 2964:10
**restrictions** [1] - 2932:16
**rests** [1] - 2869:14
**result** [2] - 2889:24, 2909:21
**retained** [1] - 2924:20
**retaining** [1] - 2942:5
**retire** [1] - 2859:17
**retired** [2] - 2859:6, 2864:6
**review** [7] - 2860:5, 2865:24, 2868:8, 2869:25, 2893:15, 2926:9, 2949:15
**reviewed** [4] - 2860:21, 2868:11, 2893:20, 2923:4
**RICHARD** [2] - 2855:19, 2855:19
**RICHARDSON** [1] - 2854:11
**rid** [1] - 2957:22
**ride** [1] - 2927:1
**RIDGELAKE** [1] - 2855:16
**rigging** [1] - 2956:9
**rise** [3] - 2858:7, 2918:15, 2968:6
**rises** [2] - 2959:10
**risk** [5] - 2959:14, 2959:19, 2959:24, 2960:6, 2960:13
**risks** [1] - 2903:11
**river** [12] - 2862:21, 2880:23, 2920:22, 2921:14, 2928:10, 2928:14, 2939:21, 2943:10, 2947:16, 2947:19, 2947:22,

2963:17
**River** [7] - 2920:8, 2920:10, 2927:9, 2927:12, 2927:18, 2954:15, 2968:12
**rivers** [2] - 2861:13, 2862:22
**RMR** [2] - 2856:15, 2970:17
**ROBBINS** [1] - 2856:5
**Roland** [2] - 2893:20, 2951:10
**room** [2] - 2961:1, 2961:14
**ROOM** [1] - 2856:15
**rope** [21] - 2876:12, 2876:15, 2886:7, 2886:8, 2887:21, 2890:20, 2894:3, 2894:8, 2894:9, 2897:24, 2934:22, 2935:8, 2935:21, 2936:22, 2937:25, 2939:12, 2946:25, 2947:3
**ropes** [8] - 2886:6, 2887:21, 2934:24, 2934:25, 2935:6, 2935:21, 2956:13, 2956:15
**Rotterdam** [2] - 2860:2, 2860:12
**rubber** [1] - 2877:7
**rubber-coated** [1] - 2877:7
**rule** [2] - 2930:9, 2936:14
**rules** [1] - 2896:16
**ruling** [1] - 2867:15
**run** [1] - 2891:16
**running** [1] - 2936:23
**Ryan** [10] - 2858:13, 2858:24, 2859:3, 2863:21, 2864:5, 2868:5, 2868:20, 2872:18, 2882:19, 2915:22
**RYAN** [1] - 2858:19
**RYAN......................... ................** [1] - 2857:5
**résumé** [1] - 2924:2

**S**

**S-T-R-O-U-S-E** [1] - 2919:18
**s/Cathy** [1] - 2970:16
**safe** [2] - 2909:16,

2953:7
**safer** [1] - 2927:8
**safety** [34] - 2859:25, 2860:6, 2860:16, 2860:21, 2861:1, 2861:6, 2861:10, 2861:12, 2861:13, 2861:24, 2862:15, 2863:23, 2866:4, 2866:25, 2869:14, 2871:24, 2874:18, 2884:18, 2898:23, 2898:25, 2907:9, 2907:14, 2907:20, 2907:25, 2908:22, 2909:17, 2915:25, 2922:8, 2923:7, 2925:15, 2925:17
**Safety** [6] - 2860:8, 2860:10, 2860:14, 2861:23, 2873:25, 2874:11
**sake** [1] - 2930:15
**San** [2] - 2860:8, 2860:10
**SANDERS** [1] - 2855:15
**sank** [2] - 2939:20, 2948:19
**satisfaction** [1] - 2958:1
**satisfactory** [2] - 2885:10, 2903:16
**satisfied** [4] - 2884:6, 2884:7, 2884:8, 2958:8
**satisfy** [1] - 2863:16
**satisfying** [1] - 2867:7
**Saturday** [6] - 2875:21, 2878:14, 2881:5, 2932:20, 2947:23, 2965:24
**saw** [6] - 2884:22, 2892:9, 2949:16, 2951:14, 2956:12, 2957:7
**school** [2] - 2859:10, 2860:4
**Science** [4] - 2859:8, 2859:11, 2866:8
**scope** [1] - 2936:16
**scroll** [1] - 2906:25
**sea** [7] - 2874:19, 2874:23, 2875:1, 2878:12, 2878:23, 2879:3, 2908:10
**seaman** [1] - 2956:24
**seamanship** [1] - 2923:8
**Seamanship** [3] -

2890:23, 2942:22, 2958:20
**seamen** [1] - 2896:2
**seas** [1] - 2959:14
**seated** [2] - 2858:8, 2918:16
**Seattle** [1] - 2859:24
**seaworthy** [1] - 2908:9
**second** [6] - 2900:1, 2905:3, 2908:7, 2908:13, 2962:2
**section** [5] - 2904:14, 2908:7, 2912:13, 2955:2, 2955:6
**SECTION** [1] - 2854:7
**Sector** [4] - 2874:1, 2874:7, 2905:17, 2915:23
**secure** [12] - 2877:19, 2891:15, 2892:21, 2894:1, 2903:23, 2904:15, 2905:7, 2909:5, 2935:20, 2946:23, 2967:10, 2967:11
**secured** [9] - 2873:12, 2873:14, 2894:1, 2900:1, 2902:8, 2903:9, 2950:20, 2951:20
**securely** [5] - 2898:20, 2899:23, 2911:22, 2912:3, 2953:4
**securing** [2] - 2870:4, 2943:15
**SECURITY** [1] - 2918:15
**Security** [2] - 2865:1, 2865:8
**security** [10] - 2860:16, 2861:1, 2861:6, 2861:11, 2862:15, 2862:20, 2865:13, 2865:22, 2865:23, 2869:14
**see** [14] - 2868:13, 2883:9, 2886:8, 2892:10, 2898:19, 2904:17, 2905:4, 2906:15, 2920:22, 2930:16, 2931:9, 2932:21, 2943:5, 2959:21
**self** [1] - 2911:3
**Self** [1] - 2911:6
**self-propelled** [1] - 2911:3
**Self-propelled** [1] - 2911:6

**send** [2] - 2880:12, 2917:7
**sense** [1] - 2903:9
**sentence** [9] - 2896:18, 2899:17, 2899:19, 2899:21, 2900:1, 2902:20, 2905:3, 2908:14, 2912:13
**sentences** [1] - 2903:6
**separate** [3] - 2911:7, 2911:9, 2912:4
**serve** [2] - 2859:14, 2861:8
**served** [8] - 2860:18, 2863:12, 2921:3, 2921:10, 2921:11, 2921:13, 2921:19, 2921:24
**session** [2] - 2858:8, 2918:16
**SESSION** [1] - 2854:18
**set** [4] - 2874:3, 2879:1, 2926:17, 2926:21
**setting** [1] - 2883:3
**setup** [2] - 2942:7, 2942:8
**seven** [3] - 2868:12, 2946:5, 2952:19
**several** [5] - 2882:23, 2893:17, 2894:9, 2933:1, 2934:25
**severe** [1] - 2908:8
**severity** [2] - 2951:23, 2951:24
**SEYMOUR** [2] - 2855:19, 2855:19
**Seymour** [1] - 2969:22
**shall** [4] - 2896:19, 2900:1, 2909:5, 2916:7
**share** [2] - 2906:16
**sharp** [2] - 2969:15, 2969:24
**SHAWN** [1] - 2855:6
**shed** [1] - 2957:23
**sheet** [1] - 2891:9
**shift** [1] - 2933:23
**ship** [5] - 2862:14, 2892:6, 2916:17, 2921:13, 2943:3
**ship-assist** [1] - 2921:13
**ships** [3] - 2907:18, 2908:13, 2921:13
**shortage** [1] - 2900:15
**shortly** [1] - 2932:10
**shoved** [1] - 2966:21

show [5] - 2893:22, 2910:17, 2915:25, 2948:5, 2950:12
showed [1] - 2916:14
showing [1] - 2959:22
shown [2] - 2891:2, 2938:23
side [3] - 2875:24, 2954:20, 2954:21
sift [1] - 2931:16
significant [4] - 2925:1, 2934:13, 2940:5, 2945:18
significantly [1] - 2887:13
similar [3] - 2891:17, 2918:9, 2945:4
simple [1] - 2961:7
simply [1] - 2948:5
single [17] - 2891:4, 2892:4, 2892:10, 2892:13, 2892:22, 2893:9, 2894:8, 2895:3, 2916:18, 2917:8, 2943:5, 2943:8, 2943:14, 2957:13, 2957:16, 2958:22, 2962:3
single-part [6] - 2892:22, 2893:9, 2895:3, 2957:13, 2957:16, 2958:22
singled [1] - 2943:12
singling [1] - 2893:10
site [1] - 2966:22
situation [1] - 2913:1
six [5] - 2861:12, 2861:13, 2868:12, 2950:19, 2951:19
size [4] - 2920:25, 2934:16, 2938:13, 2945:12
ski [1] - 2897:24
skiing [1] - 2897:25
slide [1] - 2947:3
slightly [2] - 2957:23, 2969:12
slip [5] - 2926:18, 2927:5, 2932:22, 2952:24, 2953:2
slow [5] - 2927:23, 2928:6, 2928:19, 2928:21, 2928:23
slowly [1] - 2928:24
small [1] - 2897:22
Smith [2] - 2886:10, 2921:15
Society [1] - 2922:15
soft [1] - 2946:25
solely [1] - 2930:25

solemnly [2] - 2858:15, 2919:8
someone [3] - 2872:2, 2898:6, 2914:9
sometimes [2] - 2862:11, 2928:1
somewhere [3] - 2887:11, 2939:4, 2948:16
soon [2] - 2909:23, 2916:7
sorry [9] - 2860:23, 2876:23, 2876:24, 2880:16, 2882:19, 2883:7, 2893:15, 2949:13, 2957:20
sort [2] - 2866:2, 2950:13
south [4] - 2895:6, 2959:25, 2961:13, 2961:25
Southwest [6] - 2874:19, 2874:23, 2875:1, 2878:12, 2878:23, 2879:2
space [5] - 2960:14, 2960:16, 2963:17, 2964:17, 2964:19
spaces [3] - 2943:24, 2944:8, 2962:18
spanned [1] - 2955:3
SPEAKER [1] - 2919:2
Special [1] - 2912:13
special [2] - 2884:3, 2910:19
specific [10] - 2868:23, 2869:1, 2869:9, 2870:25, 2875:7, 2875:10, 2893:18, 2907:14, 2927:16, 2935:25
specifically [5] - 2867:5, 2881:8, 2892:25, 2907:7, 2908:2
speed [3] - 2929:3, 2929:4, 2967:1
speeding [2] - 2927:24, 2930:22
spell [2] - 2858:22, 2919:16
spelled [1] - 2859:23
spool [1] - 2877:11
square [1] - 2920:21
square-bow [1] - 2920:21
St [1] - 2881:1
ST [2] - 2854:24, 2855:4
stability [2] - 2867:1,

2908:16
stable [1] - 2946:1
staff [4] - 2860:5, 2860:21, 2866:20, 2885:8
stand [1] - 2920:3
standard [1] - 2944:19
standards [1] - 2931:2
standby [4] - 2940:7, 2943:11, 2946:6, 2946:7
standing [1] - 2899:14
standpoint [1] - 2871:8
STANWOOD [1] - 2854:19
start [6] - 2870:8, 2874:23, 2889:10, 2933:25, 2934:4, 2969:13
started [2] - 2859:24, 2872:20
starting [6] - 2859:21, 2870:11, 2870:14, 2870:23, 2909:20, 2922:3
state [2] - 2858:22, 2919:15
State [3] - 2859:13, 2954:3, 2970:8
STATES [2] - 2854:1, 2854:20
States [4] - 2859:9, 2859:14, 2970:9, 2970:19
stay [2] - 2933:2, 2933:5
stays [1] - 2959:12
steel [4] - 2894:17, 2895:2, 2956:2, 2956:17
STENOGRAPHY [1] - 2856:17
step [3] - 2874:16, 2918:6, 2969:7
stern [19] - 2869:20, 2870:7, 2873:4, 2873:19, 2882:5, 2896:19, 2896:25, 2899:23, 2902:16, 2903:16, 2903:19, 2903:20, 2904:15, 2932:8, 2940:13, 2940:14, 2942:1, 2944:22, 2957:22
still [9] - 2890:18, 2920:14, 2923:23, 2923:24, 2928:21, 2947:10, 2953:3, 2962:19, 2965:18

stopped [3] - 2879:8, 2879:9, 2906:4
storm [29] - 2876:2, 2876:3, 2876:6, 2876:9, 2877:10, 2877:20, 2877:21, 2877:24, 2879:23, 2880:2, 2880:19, 2881:6, 2881:24, 2882:11, 2884:2, 2908:8, 2926:23, 2933:6, 2937:24, 2943:15, 2946:3, 2946:17, 2946:20, 2946:23, 2947:2, 2949:14, 2953:16, 2967:5, 2967:23
Storm [2] - 2906:7, 2910:18
storm's [1] - 2909:6
straight [1] - 2954:7
strain [2] - 2934:9, 2934:13
STREET [5] - 2855:7, 2855:13, 2855:24, 2856:9, 2856:15
strength [36] - 2866:17, 2866:21, 2884:12, 2884:20, 2884:24, 2885:1, 2885:4, 2886:8, 2887:14, 2887:18, 2887:25, 2888:7, 2888:19, 2890:16, 2890:19, 2891:22, 2895:16, 2895:23, 2897:21, 2897:22, 2934:18, 2941:18, 2942:7, 2942:8, 2942:9, 2956:22, 2957:1, 2957:17, 2957:21, 2957:24, 2958:3, 2958:5, 2958:9, 2958:19, 2958:22, 2958:23
stress [2] - 2934:9, 2962:23
strictly [1] - 2871:11
stronger [7] - 2884:20, 2886:12, 2887:13, 2887:21, 2889:17, 2963:1, 2963:3
Strouse [9] - 2918:9, 2918:18, 2919:17, 2919:23, 2920:1, 2920:4, 2923:6, 2926:1, 2949:6
STROUSE [1] - 2919:12
STROUSE.................

........................ [1] - 2857:11
structural [2] - 2866:21, 2866:25
structure [2] - 2863:15, 2866:17
structures [1] - 2899:1
stuff [2] - 2930:21, 2954:20
subject [3] - 2872:13, 2931:25, 2937:8
subjects [1] - 2943:22
submit [1] - 2918:22
submitted [1] - 2891:7
subordinates [1] - 2904:12
subpart [4] - 2899:20, 2902:20, 2905:2
subsection [1] - 2911:21
subsequently [1] - 2921:22
substantial [1] - 2898:2
substantially [1] - 2955:12
suction [2] - 2900:3, 2902:10
sudden [1] - 2936:17
sufficient [2] - 2902:17, 2965:15
sufficiently [4] - 2900:2, 2902:9, 2912:8, 2936:15
suggest [2] - 2894:21, 2904:2
suggested [1] - 2943:23
suggesting [1] - 2908:11
Suhayda [2] - 2969:16, 2969:17
SUITE [3] - 2855:17, 2855:20, 2856:9
suited [1] - 2947:6
summarize [2] - 2913:21, 2948:15
summarizes [1] - 2950:13
Sunday [1] - 2879:5
supervisor [1] - 2861:12
supervisors [1] - 2896:3
supply [1] - 2921:5
supported [1] - 2892:2
suppose [1] - 2957:11
supposed [2] - 2878:22, 2918:23

**surface** [2] - 2945:24, 2946:1
**surge** [12] - 2877:10, 2884:2, 2908:9, 2933:12, 2934:1, 2934:12, 2938:20, 2947:3, 2947:4, 2947:9, 2967:23
**surges** [1] - 2955:5
**surprise** [1] - 2871:13
**surveying** [2] - 2922:9, 2923:23
**surveyor** [8] - 2919:24, 2921:19, 2921:21, 2923:18, 2924:6, 2926:6, 2926:9, 2954:2
**Surveyors** [2] - 2922:14, 2923:15
**surveys** [1] - 2938:25
**susceptible** [1] - 2933:11
**suspend** [1] - 2909:10
**suspended** [1] - 2896:16
**sustained** [2] - 2951:22, 2951:24
**SUTTERFIELD** [1] - 2856:8
**swear** [2] - 2858:15, 2919:8
**sworn** [2] - 2858:20, 2919:13
**synopsized** [1] - 2936:15
**system** [16] - 2884:13, 2884:14, 2885:4, 2888:3, 2888:6, 2888:8, 2888:19, 2888:20, 2888:23, 2890:16, 2890:19, 2891:23, 2945:7, 2962:15, 2962:19
**systems** [4] - 2866:14, 2866:15, 2866:18, 2889:5

# T

**table** [2] - 2880:4, 2880:8
**talks** [1] - 2908:13
**tanks** [3] - 2944:22, 2945:17, 2945:24
**task** [1] - 2945:21
**technical** [1] - 2860:5
**technically** [1] - 2957:2
**technique** [1] -

2946:22
**temporarily** [1] - 2892:6
**temporary** [5] - 2873:7, 2893:10, 2894:22, 2943:17, 2943:19
**ten** [3] - 2889:10, 2920:13, 2924:24
**tender** [2] - 2863:20, 2949:2
**term** [4] - 2871:20, 2943:14, 2943:17, 2943:19
**terminal** [9] - 2922:16, 2923:3, 2932:25, 2940:2, 2940:3, 2940:7, 2946:8, 2947:7, 2959:8
**terminals** [2] - 2916:5, 2923:5
**terms** [3] - 2864:15, 2871:6, 2898:25
**testified** [19] - 2858:21, 2860:18, 2873:2, 2875:25, 2877:4, 2877:18, 2892:18, 2892:19, 2895:19, 2900:18, 2919:14, 2924:8, 2930:21, 2931:5, 2932:9, 2932:25, 2935:16, 2936:24, 2942:24
**testifies** [1] - 2954:2
**testify** [1] - 2922:5
**testifying** [2] - 2890:10, 2900:23
**testimony** [38] - 2858:15, 2868:20, 2869:25, 2873:3, 2873:11, 2875:19, 2886:9, 2886:17, 2886:23, 2887:9, 2887:16, 2892:24, 2893:4, 2893:5, 2893:15, 2894:7, 2894:15, 2894:16, 2895:4, 2895:19, 2900:17, 2901:24, 2905:18, 2911:24, 2919:8, 2922:1, 2925:1, 2931:20, 2933:20, 2935:8, 2946:22, 2950:9, 2951:10, 2951:14, 2955:18, 2956:12, 2963:20, 2965:14
**testing** [1] - 2922:15
**tests** [1] - 2886:7

**Texas** [1] - 2859:4
**text** [2] - 2958:9, 2958:11
**textbook** [1] - 2958:4
**THE** [91] - 2854:19, 2854:23, 2855:23, 2858:7, 2858:9, 2858:11, 2858:14, 2858:18, 2858:22, 2858:24, 2864:2, 2867:23, 2868:2, 2871:2, 2871:16, 2872:1, 2872:4, 2872:7, 2872:10, 2872:13, 2882:14, 2882:16, 2886:24, 2887:3, 2888:10, 2888:14, 2890:1, 2900:25, 2901:7, 2901:9, 2904:22, 2905:11, 2911:15, 2912:2, 2912:7, 2913:8, 2913:10, 2913:12, 2914:6, 2915:17, 2917:23, 2918:5, 2918:11, 2918:15, 2918:17, 2919:1, 2919:6, 2919:7, 2919:11, 2919:15, 2919:17, 2919:19, 2923:11, 2925:22, 2929:9, 2929:15, 2929:18, 2929:22, 2929:25, 2930:7, 2931:15, 2931:20, 2931:23, 2931:25, 2936:5, 2936:20, 2937:3, 2937:8, 2937:13, 2937:15, 2939:9, 2941:1, 2941:5, 2949:3, 2955:7, 2955:11, 2960:22, 2960:23, 2961:1, 2961:3, 2964:1, 2964:8, 2964:10, 2967:15, 2968:18, 2968:19, 2969:6, 2969:14, 2969:17, 2969:20, 2969:23
**theories** [1] - 2936:3
**therefore** [1] - 2930:11
**thereon** [1] - 2964:9
**they've** [1] - 2891:2
**Thigpen** [1] - 2951:14
**threatened** [1] - 2908:8
**threats** [1] - 2865:23
**three** [13] - 2861:10, 2873:5, 2892:22,

2893:9, 2895:2, 2899:20, 2902:20, 2911:17, 2935:18, 2935:23, 2936:23, 2938:10, 2957:13
**three-part** [1] - 2873:5
**throughout** [1] - 2933:19
**throw** [1] - 2948:13
**tide** [1] - 2959:10
**tie** [1] - 2926:25
**tied** [2] - 2866:24, 2894:2, 2896:18, 2901:5, 2902:3, 2940:16, 2947:10
**tier** [32] - 2873:11, 2873:12, 2893:13, 2893:18, 2894:13, 2894:17, 2895:2, 2895:5, 2895:6, 2903:25, 2913:18, 2950:15, 2951:8, 2951:10, 2951:15, 2952:10, 2952:12, 2952:15, 2956:7, 2956:12, 2956:17, 2959:15, 2959:22, 2959:25, 2961:13, 2961:25, 2964:20, 2967:21
**tiers** [9] - 2873:14, 2950:14, 2959:18, 2960:12, 2960:13, 2961:9, 2962:7, 2962:10, 2962:11
**timely** [1] - 2909:16
**TO** [4] - 2854:9, 2854:11, 2854:14, 2858:4
**today** [4] - 2882:23, 2905:18, 2918:24, 2943:18
**together** [11] - 2894:2, 2900:14, 2901:5, 2909:25, 2935:1, 2939:13, 2951:5, 2951:11, 2959:19, 2951:21, 2961:20
**tonnage** [2] - 2897:4, 2897:5
**Tons** [2] - 2911:7
**tons** [3] - 2897:6, 2911:4, 2911:11
**took** [4] - 2918:21, 2933:1, 2957:18, 2958:25
**top** [9] - 2909:3, 2916:15, 2916:16, 2916:25, 2933:20, 2934:8, 2934:20,

2943:1
**totally** [1] - 2895:7
**tow** [26] - 2880:22, 2900:7, 2900:14, 2901:6, 2901:14, 2901:24, 2902:2, 2902:5, 2902:8, 2902:11, 2902:14, 2902:23, 2902:25, 2903:3, 2903:11, 2903:16, 2917:14, 2917:15, 2917:19, 2918:2, 2940:12, 2940:20, 2941:1, 2943:12
**towards** [2] - 2906:15, 2928:14
**towboat** [8] - 2880:8, 2880:12, 2902:4, 2928:3, 2928:20, 2933:25, 2934:5, 2948:5
**Towboat** [1] - 2921:15
**towboats** [2] - 2920:23, 2921:18
**towed** [2] - 2902:4, 2926:3
**tows** [3] - 2896:19, 2903:9, 2903:12
**Tows** [1] - 2900:1
**tracks** [1] - 2862:22
**traditional** [8] - 2884:13, 2884:16, 2884:17, 2885:24, 2891:17, 2891:19, 2891:20, 2892:23
**traditionally** [1] - 2892:13
**traffic** [1] - 2879:8
**Training** [1] - 2865:12
**training** [4] - 2915:1, 2915:12, 2921:23, 2967:4
**transcript** [2] - 2918:25, 2970:11
**TRANSCRIPT** [2] - 2854:19, 2856:17
**transferred** [1] - 2860:1
**transferring** [1] - 2863:17
**transport** [1] - 2944:7
**travel** [2] - 2913:5, 2913:7
**traversal** [1] - 2923:9
**TRAVERSE** [4] - 2857:7, 2857:13, 2864:3, 2923:12
**TRAYLOR** [1] - 2854:23

**trial** [6] - 2930:11, 2930:14, 2931:6, 2931:15, 2936:10, 2936:17
**TRIAL** [1] - 2854:19
**tripled** [1] - 2942:11
**trouble** [1] - 2907:11
**true** [9] - 2890:2, 2899:13, 2901:13, 2910:11, 2911:5, 2924:22, 2924:23, 2955:12, 2970:10
**truth** [6] - 2858:16, 2858:17, 2919:9, 2919:10
**try** [1] - 2914:12
**trying** [4] - 2872:11, 2930:5, 2936:21, 2964:4
**tug** [12] - 2875:19, 2899:14, 2902:1, 2902:6, 2902:7, 2902:13, 2902:16, 2917:18, 2930:22, 2931:17
**tugboat** [3] - 2880:8, 2880:12, 2917:16
**tugboats** [2] - 2921:5, 2921:18
**tugs** [4] - 2911:12, 2920:25, 2921:13, 2943:11
**turn** [2] - 2903:19, 2934:6
**turnaround** [9] - 2876:3, 2876:6, 2876:9, 2876:12, 2876:15, 2876:17, 2876:25, 2933:21, 2938:23
**turned** [4] - 2875:19, 2876:1, 2933:7
**turning** [6] - 2926:17, 2926:22, 2927:4, 2934:3, 2934:4, 2952:23
**turns** [1] - 2947:4
**twice** [3] - 2884:14, 2885:18, 2886:2
**two** [44] - 2869:21, 2873:12, 2873:13, 2874:1, 2883:23, 2887:7, 2887:10, 2887:21, 2888:22, 2889:7, 2891:19, 2895:5, 2897:15, 2900:13, 2901:5, 2902:16, 2902:20, 2909:25, 2933:13, 2934:9, 2934:17,

2937:11, 2937:13, 2940:12, 2941:18, 2941:22, 2942:13, 2942:14, 2945:14, 2945:15, 2950:7, 2953:8, 2957:8, 2957:21, 2957:23, 2958:23, 2959:18, 2962:1, 2962:2, 2962:3, 2962:7, 2962:10
**two-inch** [2] - 2945:14, 2945:15
**two-part** [3] - 2942:13, 2958:23
**two-tier** [1] - 2873:12
**type** [8] - 2876:18, 2876:22, 2877:1, 2881:11, 2894:13, 2898:14, 2898:15, 2944:17
**typical** [1] - 2946:6

## U

**U.S** [7] - 2861:2, 2862:8, 2872:19, 2881:15, 2882:9, 2914:11, 2965:6
**U.S.C.G.C** [1] - 2859:22
**ultimate** [1] - 2869:13
**unable** [1] - 2948:21
**under** [13] - 2878:15, 2881:4, 2881:13, 2881:15, 2903:6, 2906:14, 2910:19, 2917:19, 2918:2, 2928:1, 2928:3, 2928:4, 2942:18
**understood** [3] - 2893:4, 2902:23, 2905:18
**undertakes** [1] - 2909:13
**underwriters** [1] - 2921:20
**undock** [1] - 2921:14
**undocking** [1] - 2943:3
**unfamiliar** [1] - 2966:25
**unit** [1] - 2962:3
**UNITED** [2] - 2854:1, 2854:20
**United** [4] - 2859:9, 2859:14, 2970:9, 2970:19
**units** [1] - 2962:4

**University** [2] - 2859:10, 2860:4
**unless** [1] - 2899:14
**unlimited** [1] - 2920:6
**unload** [1] - 2909:24
**unloading** [5] - 2881:5, 2909:14, 2909:20, 2909:23
**unnecessary** [1] - 2909:7
**unpredictable** [1] - 2948:22
**unstable** [1] - 2945:22
**up** [97] - 2860:9, 2860:20, 2872:2, 2872:24, 2873:11, 2876:12, 2876:15, 2876:18, 2876:21, 2877:1, 2879:13, 2879:16, 2884:1, 2884:9, 2885:9, 2885:13, 2885:24, 2887:25, 2888:13, 2888:19, 2888:23, 2891:1, 2891:3, 2891:4, 2891:15, 2891:16, 2891:18, 2891:23, 2892:4, 2892:10, 2892:13, 2892:20, 2892:23, 2893:1, 2893:10, 2894:22, 2894:23, 2896:18, 2898:10, 2901:3, 2902:3, 2903:12, 2906:7, 2910:2, 2912:12, 2916:18, 2917:6, 2919:4, 2920:22, 2926:25, 2928:4, 2928:7, 2928:8, 2928:9, 2928:11, 2928:15, 2928:17, 2928:21, 2930:2, 2930:21, 2932:6, 2933:1, 2933:12, 2933:14, 2933:23, 2936:3, 2936:10, 2936:16, 2937:5, 2938:23, 2939:12, 2940:17, 2941:11, 2941:15, 2941:19, 2942:18, 2942:21, 2943:1, 2943:5, 2943:8, 2943:12, 2945:25, 2947:3, 2947:10, 2948:5, 2948:13, 2954:6, 2955:13, 2957:24, 2958:6, 2958:8, 2959:3, 2966:25,

2968:1, 2968:6
**uses** [2] - 2905:3, 2959:8
**utility** [1] - 2921:6

## V

**VA** [1] - 2856:12
**valuation** [1] - 2925:2
**variety** [1] - 2898:9
**various** [8] - 2862:14, 2866:18, 2920:23, 2921:19, 2923:1, 2923:5, 2963:18
**vastly** [2] - 2897:16, 2897:19
**venture** [1] - 2867:16
**verbal** [1] - 2915:1
**verified** [1] - 2931:17
**vessel** [30] - 2862:21, 2863:16, 2864:8, 2866:16, 2879:8, 2886:6, 2892:15, 2896:23, 2897:10, 2898:12, 2898:14, 2899:9, 2901:25, 2903:2, 2909:1, 2910:6, 2910:7, 2911:22, 2916:23, 2922:8, 2923:7, 2923:25, 2924:3, 2927:21, 2943:9, 2945:7, 2945:12, 2946:15, 2959:10
**Vessels** [4] - 2908:7, 2908:16, 2911:6
**vessels** [42] - 2866:17, 2879:12, 2896:2, 2896:4, 2896:19, 2897:11, 2897:13, 2897:16, 2898:9, 2899:1, 2899:23, 2900:4, 2907:2, 2907:18, 2908:9, 2908:12, 2908:14, 2908:17, 2908:18, 2908:23, 2910:20, 2910:21, 2911:2, 2911:3, 2911:10, 2911:11, 2916:6, 2921:3, 2921:7, 2921:12, 2926:3, 2927:13, 2927:14, 2927:17, 2937:19, 2940:7, 2948:17, 2948:21, 2952:24, 2965:22
**vicinity** [1] - 2948:16
**view** [2] - 2922:18, 2948:8

**viewed** [1] - 2881:8
**violate** [1] - 2870:22
**violation** [3] - 2871:10, 2872:3, 2872:15
**Virginia** [1] - 2864:25
**visit** [1] - 2926:12
**visited** [2] - 2869:4, 2922:16
**VOICES** [1] - 2858:10
**void** [3] - 2943:24, 2944:8, 2962:18
**VOIR** [4] - 2857:6, 2857:12, 2859:1, 2919:21
**volume** [1] - 2897:7

## W

**wait** [4] - 2928:10, 2928:14, 2928:20, 2943:12
**waive** [1] - 2930:8
**wake** [1] - 2928:25
**WALKER** [1] - 2855:23
**Ward** [1] - 2953:19
**WASHINGTON** [1] - 2855:21
**Washington** [2] - 2859:24, 2860:6
**water** [7] - 2897:25, 2943:25, 2944:25, 2945:10, 2945:16, 2955:1, 2962:20
**waterfront** [13] - 2863:10, 2885:6, 2905:25, 2907:1, 2909:4, 2909:5, 2909:8, 2921:17, 2960:4, 2960:11, 2961:7, 2966:14, 2967:3
**Waterfront** [2] - 2906:8, 2910:18
**waters** [4] - 2920:7, 2953:19, 2954:25
**waterway** [2] - 2913:10, 2954:24
**Waterway** [9] - 2920:8, 2928:13, 2939:16, 2948:18, 2953:24, 2954:11, 2954:15, 2963:16, 2963:23
**waterways** [6] - 2862:16, 2865:25, 2921:1, 2954:4, 2954:18, 2954:25

wave [1] - 2873:16
ways [2] - 2863:3, 2964:2
weak [2] - 2890:12, 2890:20
weather [8] - 2914:13, 2914:18, 2938:17, 2949:20, 2950:1, 2950:5, 2950:10, 2965:11
Webb [10] - 2858:11, 2896:20, 2905:16, 2910:12, 2949:3, 2949:7, 2949:19, 2951:4, 2956:20, 2969:6
WEBB [64] - 2856:8, 2856:8, 2858:13, 2859:2, 2863:20, 2867:25, 2868:4, 2868:15, 2868:19, 2871:12, 2871:23, 2872:2, 2872:5, 2872:9, 2872:11, 2872:17, 2882:13, 2882:15, 2886:22, 2891:6, 2891:11, 2900:21, 2915:19, 2915:21, 2917:25, 2918:4, 2918:9, 2918:18, 2919:20, 2919:22, 2923:6, 2925:23, 2925:25, 2929:10, 2929:14, 2929:17, 2929:19, 2930:2, 2930:20, 2931:4, 2931:10, 2931:13, 2931:19, 2931:22, 2931:24, 2932:2, 2932:5, 2936:2, 2936:19, 2936:21, 2937:6, 2937:11, 2937:14, 2937:18, 2939:11, 2941:4, 2941:7, 2941:9, 2949:2, 2964:2, 2967:16, 2967:18, 2968:21, 2969:5
WEBB...................
[2] - 2857:6, 2857:12
WEBB...................
[2] - 2857:10, 2857:16
WEBB.......................
[2] - 2857:8, 2857:14
Wednesday [1] - 2900:18, 2918:21
weight [5] - 2863:25, 2871:21, 2897:8,

2923:10, 2937:9
west [1] - 2954:21
westbound [1] - 2928:8
whereas [1] - 2940:6
WHEREUPON [2] - 2918:13, 2969:25
whipped [1] - 2904:22
Whiskey [13] - 2874:17, 2874:20, 2875:5, 2875:8, 2875:11, 2875:14, 2875:17, 2878:1, 2878:3, 2905:22, 2907:7, 2907:13, 2908:21
whiteman [1] - 2921:16
whole [3] - 2858:16, 2866:15, 2919:9
wide [1] - 2897:3
WIEDEMANN [4] - 2855:12, 2855:12, 2855:13
wife [2] - 2965:23, 2966:1
WILSON [2] - 2855:9, 2855:9
wind [1] - 2873:16
winds [8] - 2874:19, 2874:22, 2878:11, 2878:22, 2879:2, 2900:3, 2902:10, 2908:8
wing [2] - 2943:24, 2944:22
wire [6] - 2876:12, 2876:15, 2934:22, 2935:8, 2937:25, 2939:12
wish [1] - 2867:19
witness [18] - 2858:12, 2858:20, 2867:22, 2871:7, 2871:19, 2871:24, 2886:25, 2918:7, 2919:13, 2929:18, 2930:17, 2930:18, 2940:23, 2940:24, 2949:2, 2955:11, 2969:9, 2969:11
WITNESS [11] - 2858:18, 2858:24, 2887:3, 2888:14, 2913:10, 2919:11, 2919:17, 2960:22, 2961:1, 2964:10, 2968:19
witness' [2] - 2929:7, 2955:10

witness's [2] - 2867:17, 2867:20
witnesses [2] - 2936:4, 2951:7
word [3] - 2905:3, 2905:10, 2936:8
worded [1] - 2908:25
wording [1] - 2911:9
words [6] - 2871:2, 2897:18, 2949:10, 2949:12, 2950:23, 2961:11
worker [5] - 2885:17, 2885:25, 2886:5, 2886:6, 2956:24
workers [1] - 2877:18
works [1] - 2874:15
WORLDGATE [1] - 2856:12
Worldwide [1] - 2923:15
worn [6] - 2886:18, 2886:19, 2890:11, 2957:14, 2957:21, 2957:23
wrap [2] - 2877:8, 2958:22
wraps [4] - 2877:8, 2947:1, 2956:21, 2959:14
write [2] - 2862:23, 2872:2
writing [6] - 2891:24, 2898:7, 2915:8, 2958:9, 2959:5, 2959:7
written [13] - 2862:17, 2863:11, 2892:11, 2914:21, 2915:2, 2931:18, 2958:4, 2958:16, 2966:13, 2966:14, 2966:17, 2966:24
wrote [2] - 2863:17, 2950:23

X

X-Ray [10] - 2874:17, 2878:9, 2878:10, 2878:13, 2878:15, 2905:22, 2907:7, 2907:13, 2908:21, 2910:19
xerox [1] - 2891:2

Y

Yankee [6] - 2874:17,

2878:21, 2878:22, 2905:22, 2907:13, 2908:21
year [2] - 2924:4, 2925:12
years [7] - 2861:10, 2920:17, 2920:18, 2920:20, 2923:18, 2927:7, 2955:5
yesterday [1] - 2918:24
YORK [2] - 2855:10, 2856:6
York [1] - 2860:3
yourself [2] - 2885:12, 2925:18

Z

Zito [1] - 2948:3
zone [1] - 2928:25
zones [2] - 2861:6, 2861:7
zoom [1] - 2909:4
Zulu [11] - 2874:17, 2878:25, 2879:7, 2879:10, 2905:22, 2907:7, 2907:13, 2908:21, 2909:2, 2911:21