# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATE LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: | SECTION "K" (2) |

05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1288, 07-1289

## MOTION TO CERTIFY AS FINAL JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiffs' Steering Committee, who hereby moves this Honorable Court to certify this Court's Order signed January 30, 2008, (Doc. 10984) as a final judgment.

Respectfully submitted,

LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

By:   PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504)-525-1335
Facsimile: (504)-561-6775
Email: jbruno@brunobrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 3rd day of August, 2010, served a copy of the foregoing via the Court's CM/ECF electronic filing system.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO