UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATE LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: | SECTION "K" (2) |

05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1288, 07-1289

## MEMORANDUM IN SUPPORT OF MOTION TO CERTIFY FINAL JUDGMENT

NOW INTO COURT through undersigned counsel, comes the Plaintiffs' Steering Committee, who submits the following Memorandum in Support of Plaintiffs' Motion to Certify as Final Judgment.

The United States (hereinafter "Defendant") filed a Motion to Dismiss Counts I-III and V-VII of the Superseding Master Consolidated Class Action Complaint and to Strike the Remaining Counts (Doc. 6380). On January 30, 2008, the Honorable Judge Duvall issued an Order in which he Granted Defendant's Motion to Dismiss. Plaintiffs now respectfully suggest that this Order constitutes a Final Judgment and requests that this Court certify the Order as such.

Under Rule 54(b) of the Federal Rules of Civil Procedure, a Court may certify a judgment as final under specific circumstances. Rule 54(b) provides as follows:

> **(b)    Judgment on Multiple Claims or Involving Multiple Parties.**
> When an action presents more than one claim for relief - whether as a claim, counterclaim, crossclaim, or third-party claim - or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

Fed. R. Civ. Pro. 54(b). Here, Judge Duvall's Order makes clear that it grants the dismissal of all Counts against the Defendant as requested in the Motion to Dismiss and strikes all remaining Counts against the Defendant. The Order, in effect, dismisses all claims against the Defendant, which is one of many defendants in this matter.

Accordingly, the only issue for the Court here is whether there is any just reason to delay an entry of final judgment. Clearly, the answer is no. The parties have been waiting on the Appeal involving the Sewerage and Water Board which has now resolved. The fact that the appeal of the Sewerage and Water Board has been resolved makes Plaintiffs' Claims against the Defendant ripe for review in the Fifth Circuit of the United States. Judge Duvall signed this order approximately two and one half (2 ½ years) ago. The various parties to this suit have had notice of this order for years and will not be prejudiced by the certification of the Order as a Final Judgment. There is no just reason to delay entry of final judgment.

For all the foregoing reasons, Plaintiffs' respectfully request that this Court Certify the

Order granting Defendant's Motion to Dismiss (Doc. 3420) as a final judgment.

        Respectfully submitted,

        LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

        Daniel E. Becnel, Jr.
        Joseph M. Bruno
        Walter Dumas
        D. Blayne Honeycutt
        Darleen Jacobs
        Hugh P. Lambert
        Gerald E. Meunier

        By:    PLAINTIFFS' LIAISON COUNSEL

        /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (#3604)
        Bruno & Bruno, LLP
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504)-525-1335
        Facsimile: (504)-561-6775
        Email: jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 3rd day of August, 2010 served a copy of the foregoing via the Court's CM/ECF electronic filing system.

        /s/ Joseph M. Bruno
        JOSEPH M. BRUNO