UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | |
| _____ | § | |
| | § | JUDGE DUVAL |
| PERTAINS TO: MRGO | § | |
| *Armstrong*, No. 10-866 | § | |
| *Entergy*, No. 10-77 | § | MAG. WILKINSON |
| _____ | § | |

**DEFENDANT UNITED STATES' EX PARTE/CONSENT
MOTION FOR LEAVE TO FILE ITS MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR
SUMMARY JUDGMENT OUT OF TIME**

The United States respectfully requests leave to file the attached motion to dismiss or, in the alternative, for summary judgment out of time. On June 6, 2010, the Court established a protocol requiring the United States to file its motion for summary judgment on the plaintiffs' East Bank Industrial Area claims on August 2, 2010. That deadline having passed yesterday, and for reasons set forth in the accompanying brief in support of this motion, the

-1-

United States requests that leave be granted allowing the dispositive motion to be filed.

Plaintiffs' counsel do not object to this motion. A proposed Order is attached.

                                        Respectfully submitted,

                                        /s Robin D. Smith
                                        ROBIN D. SMITH
                                        Senior Trial Counsel
                                        Civil Division, Torts Branch
                                        U.S. Department of Justice
                                        P.O. Box 888
                                        Benjamin Franklin Station
                                        Washington, DC 20044
                                        robin.doyle.smith@usdoj.gov
                                        202.616.4289/616-5400 (fax)
                                        Attorney for the United States

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served by ECF on all counsel of record on August 3, 2010.

/s Robin D. Smith
ROBIN D. SMITH
