UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES § | CIVIL ACTION |
|            CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) |
| § | |
| _____ § | |
| § | JUDGE DUVAL |
| PERTAINS TO:  MRGO § | |
|             *Armstrong*, No. 10-866 § | |
|             *Entergy*, No.  10-77 § | MAG. WILKINSON |
| _____ § | |

**DEFENDANT UNITED STATES' MEMORANDUM OF LAW
IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT OUT OF TIME**

On June 6, 2010, the Court established a protocol requiring the United States to file its motion for summary judgment on the plaintiffs' East Bank Industrial Area claims on August 2, 2010.  The undersigned counsel for the United States diligently undertook to comply with that order and had completed the brief by mid-afternoon on August 2.  Processing the document for filing took much more time than expected because of formatting problems that arose when the exhibit numbers were being added to the brief.  The brief

was not able to be put into final form for filing until after midnight.

For this reason, the United States respectfully requests leave to file the motion and supporting brief out of time. The brief is 57 pages in length. Plaintiffs' counsel have no objection to filing the motion out of time or to the over-length brief.

                                                        Respectfully submitted,

                                                        /s Robin D. Smith  
                                                        ROBIN D. SMITH  
                                                        Senior Trial Counsel  
                                                        Civil Division, Torts Branch  
                                                        U.S. Department of Justice  
                                                        P.O. Box 888  
                                                        Benjamin Franklin Station  
                                                        Washington, DC 20044  
                                                        robin.doyle.smith@usdoj.gov  
                                                        202.616.4289/616-5400 (fax)  
                                                        Attorney for the United States

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served by ECF on all counsel of record on August 3, 2010.

/s Robin D. Smith
ROBIN D. SMITH