# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re KATRINA CANAL BREACHES | § | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
|     *Armstrong,* No. 10-866 | § | |
|     *Entergy,* No. 10-77 | § | |
| _____ | § | |

## **ORDER**

Having considered the United States' Ex Parte/Consent Motion for Leave to File its Motion to Dismiss Plaintiffs' EBIA Claims out of time, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED. The Clerk is directed to file the United States' motion and its supporting brief.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE