UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES           §<br>          CONSOLIDATED LITIGATION        §<br>                                                                      §<br>_____   §<br>                                                                      §<br>PERTAINS TO:  MRGO                             §<br>          *Armstrong*, No. 10-866              §<br>          *Entergy*, No.  10-77                    §<br>_____   §  | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br><br><br>JUDGE DUVAL<br><br><br>MAG. WILKINSON |

**DEFENDANT UNITED STATES' MOTION TO
DISMISS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), Defendant United States of America hereby moves this Court for an Order dismissing all claims arising out of the MRGO New Lock Project.  The grounds for this motion are more fully set forth in the accompanying memorandum of law.

WHEREFORE, for these reasons and the reasons more fully set forth in the

United States' memorandum of law, the United States prays that this Court grant its motion to dismiss Plaintiffs' claims.

                              Respectfully Submitted,

                              TONY WEST
                              Assistant Attorney General

                              PHYLLIS J. PYLES
                              Director, Torts Branch

                              JAMES G. TOUHEY, JR.
                              Assistant Director, Torts Branch

                              s/ Robin Doyle Smith
                              ROBIN D. SMITH
                              Senior Trial Counsel, Torts Branch
                              DAN BAEZA
                              Trial Attorney, Torts Branch
                              Civil Division
                              U.S. Department of Justice
                              Benjamin Franklin Station,
                              P.O. Box 888
                              Washington, D.C.  20044
                              (202) 616-4400/616-5200 (fax)
                              robin.doyle.smith@usdoj.gov
                              Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served upon all counsel of record by ECF on August 3, 2010.

/s  Robin D. Smith
ROBIN D. SMITH
