UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES       § | CIVIL ACTION |
| CONSOLIDATED LITIGATION       § | NO. 05-4182 "K" (2) |
| _____ § § | |
| | JUDGE DUVAL |
| PERTAINS TO:  MRGO       § | |
| *Armstrong*, No. 10-866       § | |
| *Entergy*, No.  10-77       § | MAG. WILKINSON |
| _____ § | |

**DEFENDANT UNITED STATES' NOTICE
OF MANUAL ATTACHMENT**

Please take notice that a disc containing the exhibits cited in the United States' Motion to Dismiss or, in the Alternative, for Summary Judgment is on file with the Clerk of Court for the United States District Court for the Eastern District of Louisiana, 500 Camp St., New Orleans, Louisiana.[1]  The contents of the disc are identified in the attached Exhibit A.

---

[1] A duplicate disc has been supplied to Plaintiffs' Liaison Counsel and to counsel for the *Armstrong* and *Entergy* plaintiffs.

Respectfully submitted,

/s Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
Civil Division, Torts Branch
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, DC 20044
robin.doyle.smith@usdoj.gov
202.616.4289/616-5400 (fax)
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served by ECF on all counsel of record on August 3, 2010.

/s Robin D. Smith
ROBIN D. SMITH
