# Notice of Manual Attachment

# Exhibit A

EXHIBIT LIST--DEFENDANT UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

| Exhibit # | Description | Document Date |
|---|---|---|
| 1 | New Lock and Connecting Channels Evaluation Report Vol. I (Mar. 1997) | 19970300 |
| 2 | New Lock and Connecting Channels Evaluation Report Vol. II, Appendix A (Mar. 1997) | 19970300 |
| 3 | New Lock and Connecting Channels Evaluation Report Vol. IV, Appendix B (Mar. 1997) | 19970300 |
| 4 | New Lock and Connecting Channels Evaluation Report Vol. V, Appendix C (Mar. 1997) | 19970300 |
| 5 | New Lock and Connecting Channels Evaluation Report Vol. VI, Appendix D (Mar. 1997) | 19970300 |
| 6 | MR-GO New Lock and Connecting Channels Site Selection Report March 1975 | 19750300 |
| 7 | Letter From Maj. Gen. Ernst Graves to Col. James H. Phillips (June 10, 1977) | 19770610 |
| 8 | Memorandum for Division Engineer, Lower Mississippi Valley Re: Violet Site Elimination (Jan. 23, 1991) | 19910123 |
| 9 | Deposition of Gerald Dicharry  (Oct. 2, 2008) | 20081002 |
| 10 | Statement Of Undisputed Material Facts In Support Of Washington Group International, Inc.'s Motion For Summary Judgment (Doc. 15861-3) | 120081009 |
| 11 | Deposition of Lee Guillory, Volume II (Aug. 22, 2008) | 20080822 |
| 12 | Deposition of John Grieshaber, Volume II. (Aug. 21, 2008) | 20080801 |
| 13 | Sampling And Analysis Plan (Jan. 2001) | 20010100 |
| 14 | *Robinson* Findings of Fact and Conclusions of Law Exhibits (Doc. 19415-2) | 20091118 |
| 15 | IHNC Lock Replacement Project Design Documentation Report No. 2: Levees, Floodwalls, and Channels (Jan. 2001) | 20010100 |
| 16 | USACE Fact Sheet: Community Impact Mitigation Plan, IHNC Lock Replacement Project (Aug. 3, 2001) | 20010803 |
| 17 | Deposition of Stephen Clay Roe (Apr. 17, 2008) | 20080417 |
| 18 | Deposition of Lee Guillory, Volume I (June 30, 2008) | 20080630 |
| 19 | Project Work Plan: Project Site And Remedial Action of EBIA IHNC Lock Replacement Project (Oct. 2000) | 20001000 |
| 20 | IHNC Lock Replacement Project Design Documentation Report No. 1: Site Preparation and Demolition Vol. I (Feb. 1999) | 19990200 |
| 21 | Technical Completion Report and Record Drawings EBIA IHNC (Aug. 2005) | 20050800 |
| 22 | Final Recommendation Report for Demolition and Site Preparation Activities of the EBIA IHNC (Jan. 10, 2000) | 20000110 |
| 23 | Deposition of Phillip Lee Staggs (Apr. 26, 2008) | 20080426 |
| 24 | USACE Final Comments on WGI Submittals For EBIA IHNC Lock Replacement Project (Feb. 4, 2002) | 20020204 |
| 25 | Deposition of James Montegut (Aug. 8, 2008) | 20080808 |
| 26 | Deposition of Dennis O'Conner  (Aug. 13, 2008) | 20080813 |
| 27 | *Entergy* Complaint (Doc. 1) | 20100112 |
| 28 | Project Execution Plan and Signature Sheet (June 1999) | 20090600 |
| 29 | Deposition of George Bacuta (July 2, 2008) | 20080702 |
| 30 | Deposition of Alvin Clouatre  (June 20, 2008) | 20080620 |
| 31 | Sur Reply Of The MRGO PSLC, As Amicus Curiae, To The Reply Memorandum Of The United States Of America's Motion To Dismiss Counts Two And Three Of The Amended Complaint (Doc. 14784) | 20080910 |
| 32 | Motion Of The MRGO PSLC For Leave To File Memorandum As Amicus Curiae In Support Of The Robinson Plaintiffs' Opposition To The United States Of America's Motion To Dismiss Counts Two And Three Of The Amended Complaint (Doc. 14252) | 20080801 |

EXHIBIT LIST--DEFENDANT UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

| Exhibit # | Description | Document Date |
|---|---|---|
| 33 | ER-1110-2-1150 | 19990831 |
| 34 | ER 1110-1-8157 | 20021001 |
| 35 | EM 200-1-2 | 19980831 |
| 36 | Amended MR-GO Master Consolidated Class Action Complaint (Doc. 11471) | 20080228 |
| 37 | United States Of America's Reply In Support Of Its Motion To Dismiss And Response To The Motions To Intervene And Consolidate (Doc. 19390) | 20091112 |