UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: *Sobers,* C. A. No. 07-2234, Doc. 19979 | SECTION "K"(2) |

## ORDER

Finding that a decision on the above-noted Motion to Enforce Settlement Agreement (Doc. 19979) will not be aided by oral argument,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 19980) in the above-noted motions is **DENIED**.

New Orleans, Louisiana, this 6th day of August, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE