UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE (Sobers, No. 07-2234) | SECTION "K"(2) |

### ORDER

Having been contacted by counsel for State Farm Fire and Casualty Company that it wishes to remove its Motion to Enforce Settlement Agreement (Doc. 19979) in the above-captioned matter from the Court's docket as the motion has been rendered moot with plaintiff's having provided the requested documentation,

**IT IS ORDERED** that the Motion to Enforce Settlement Agreement (Doc. 19979) is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this __6th__ day of August, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE