UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*     09-2737 | |
| | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing, it is hereby ORDERED that the motion to enroll Peter S. Koeppel, William Scarth Clark, and Jonathon H. Adams as additional counsel for Defendants, Brian A. Gilbert, Law Office of Brian A. Gilbert, PLC, Lawrence A. Wilson, and Wilson, Druker, Grochow and Nolet be, and is hereby, GRANTED.

New Orleans, Louisiana, this 13th day of ____August____, 2010.

_____
Stanwood R. Duval, Jr.
United States District Judge