UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

## LOCAL RULE 37.1 CERTIFICATE

I hereby certify that I have attempted on several occasions to confer via telephone with counsel for plaintiff, Richard Weisler, in order to ascertain whether plaintiff's counsel will consent to the extension sought or this motion, but that plaintiff's counsel has not been available for such conference.

New Orleans, Louisiana, this 16th day of August, 2010.

*/s/ W. Scarth Clark*
_____