UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K" (2)** |
| *Weisler v. Seymour, et al.* **09-2737** | * | |
| | * | **JUDGE** |
| | * | **STANWOOD R. DUVAL, JR.** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JOSEPH C. WILKINSON, JR.** |

## ORDER

Considering the *Defendants' Ex Parte Motion For Formal Extension Of Time To Respond To First Request For Production,* it is hereby ORDERED that the motion be, and is hereby, GRANTED;

That the Weisler Defendant's response to Dr. Weisler's First Request for Production shall be tendered to plaintiff's counsel no later than October 16, 2010.

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
**HON. JOSEPH C. WILKINSON, JR.**