```
                        UNITED STATES  DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA


   IN RE: KATRINA CANAL BREACHES               CIVIL ACTION
   CONSOLIDATED LITIGATION

   PERTAINS TO: BARGE                          NO. 05-4182
   09-2737

                                               SECTION "K"(2)
```

**PRELIMINARY CONFERENCE NOTICE**

    A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **September 2, 2010,** at **11:00 a.m.,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. **The Case Manager shall initiate this telephone conference.**

    **TRIAL COUNSEL** are to participate in this conference.  If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.  If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

```
                                    Sheena Demas
                                    Case Manager, Section "K"
                                    504-589-7687
```

## NOTICE

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1), 26(f) AND LOCAL RULE 26. AND THE CORPORATE DISCLOSURE REQUIREMENTS OF F.R.C.P. 7.1 AND LOCAL RULE 5.6E. COUNSEL ARE TO TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.**

# **IMPORTANT NOTICE TO COUNSEL**

COUNSEL MUST PARTICIPATE IN THIS CONFERENCE. A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.

COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? Written objections must be filed no later than 3 working days before the Preliminary Pretrial Conference is held.

4. Have the corporate parties filed their corporate disclosure statements?