MINUTE ENTRY
WILKINSON, M.J.
AUGUST 16, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Abadie  06-5164<br>    Abadie  07-5112<br>    Alexander, 07-4538<br>    Acevedo I, 07-5199<br>    Acevedo II, 07-5208<br>    Abram, 07-5205<br>    Aaron, 06-4746<br>    Aguilar, 07-4852 | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to my previous order, Record Doc. No. 19945, a followup status conference was conducted in the referenced matters on this date.  Participating were: David Binegar, Tiffany Christian, Larry Centola and Melissa DeBarbeiris, together with Jason Crews, a paralegal in the office of plaintiffs' liaison counsel, representing plaintiffs; Jason Franco, representing defendant Standard Fire; Dan Rees on behalf of the Road Home Program.  John Conry, counsel for plaintiffs Ernest and Lilly Paynes, failed to appear.

**MJSTAR:  0 : 25**

The purpose of the conference was to determine the status of the remaining claims of plaintiffs against Standard Fire referenced in the status report of counsel concerning pending settlements in the referenced matters.

During the conference, counsel for Standard Fire and various plaintiffs provided the court with an updated report setting out the current status of each claim, which has been filed separately in the record.  Counsel orally advised the court concerning the status of each claim.  Accordingly, **IT IS ORDERED** that, except for the pending settlement of Ernest and Lilly Paynes with Standard Fire, this docket is SATISFIED.  The <u>Paynes</u> settlement will be addressed by separate order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE


**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**

- 2 -