## EXHIBIT A - PLAINTIFFS WITH OUTSTANDING SETTLEMENTS AND RESPECTIVE COUNSEL



### HALL

| PLAINTIFF | OUTSTANDING | STATUS |
|---|---|---|

### BRUNO

| PLAINTIFF | OUTSTANDING | STATUS |
|---|---|---|
| Brown, Valerie | executed Release - issue with RH contrast. Amts. | Std Fire owes checks - Bruno working with RH to resolve issue. |
| Stewart, Gail | executed Release | Mtg issue resolved; Std Fire procesing checks and Rel.; arriving next week |
| Coulon, Deborah | executed Release | Std Fire issued checks on 8/9 - need executed Release |

Exhibit A

### HLC/BINEGAR CHRISTIAN/CONRY

| PLAINTIFF | OUTSTANDING | STATUS |
|---|---|---|
| Hayes, Claude and Dessye (HLC) | Executed RH Consent; executed Release; dismissal filed | RH approval 8/10; need exec. RH Consent from P and then issue checks |
| Hebert, Alvin (BC) | executed Release; dismissal filed | Settlement docs resent on 7/1; P in hospital per counsel at prev conf. |
| Mitchell, Paul and Yvonne (HLC) | Road Home approval; executed Release; dismissal filed | Waiting on P to submit docs to RH per 8/12 email |
| Canley/Washington, Shirley (BC) | Executed RH Consent; executed Release; dismissal filed | RH Approval 8/13; need exec. RH Consent from P and then issue checks |
| Sander, Christian (BC) | executed Release; dismissal filed | RH Consent rec'd 8/13 - Std Fire issuing checks and Rel |
| Otis, Catherine (HLC) | executed Release; dismissal filed | RH Consent rec'd - Std Fire issuing checks and Rel to arrive next week |
| Burden, Jessie (HLC) | executed RH Consent; executed Release; dismissal filed | RH Approval 8/13; need exec. RH Consent from P and then issue checks |
| Thomas, Ronald (HLC) | executed Release; dismissal filed | RH Consent rec'd 8/13 - Std Fire issuing checks and Rel |
| Augustus, Archie and Stacy (HLC) | executed RH Consent; executed Release; dismissal filed | RH approval 8/6; need executed RH Consent from P and then issue checks |
| Broussard, Nellie and Clarence (HLC) | executed RH Consent; executed Release; dismissal filed | RH approval 7/21; need executed RH Consent from P and then issue checks |
| Smith, Phyllis and Brown, Ledell (HLC) | executed Release; dismissal filed | RH Consent rec'd - Std Fire issuing checks and Rel to arrive next week |
| White, Bobbie (BC) | executed Release; dismissal filed | RH Consent rec'd - Std Fire issuing checks and Rel to arrive next week |
| Paynes, Ernest and Lilly (HLC/CONRY) | executed Release; dismissal filed | Release lost per Conry's office - resent on 6/26 |
| Babin, Thomas and Diana (BC) | Road Home approval; executed Release; dismissal filed | need RH approval - checks never issued b/c Carrier form not sub. per email |

1