UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Acevedo I, 07-5199<br>    (Paynes v. Standard Fire, 09-1119 "S") | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

It appears that settlement of the referenced Paynes matter has not yet been finalized because an executed settlement document has not timely been provided by plaintiffs to defendant Standard Fire. Accordingly,

**IT IS ORDERED** that John Conry must appear in person before me on **SEPTEMBER 2, 2010 at 10:00 a.m.** to show cause why he has failed to appear in person in response to the court's previous orders and has failed to date to provide Standard Fire with the executed settlement documents of Earnest and Lilly Paynes. Counsel must appear as ordered with the executed settlement document in hand ready for delivery to the court and defense counsel. Provision by plaintiffs' counsel of the fully executed settlement documents to defense counsel prior to **September 2, 2010**, with

written confirmation of delivery provided to the court by defense counsel, will satisfy this order and make the personal appearance required herein unnecessary.

New Orleans, Louisiana, this __17th__ day of August, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**JOHN D. CONRY**
**CONRY & ASSOCIATES**
**1100 CLEARVIEW PKWY.**
**METAIRIE, LA 70001**
**504-324-2387; Fax: 504-754-7556**
**Email: jconry@conrylaw.com**

**AND**

**JASON P. FRANCO**
**LUGENBUHL, WHEATON,**
**PECK, RANKIN & HUBBARD**
**601 POYDRAS ST., SUITE 2775**
**NEW ORLEANS, LA 70130**
**504-568-1990**
**Email: jfranco@lawla.com**