UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| | * | |

PERTAINS TO: INSURANCE/FORCED PLACE DOCKET:

Specific Case Nos. 09-1601, 09-1602, 09-1603, 09-1605, 09- 1606, 09- 1607, 09- 1608, 09-1613, 09-2577, 09-2578, 09-2579, 09-2580, 09-2592, 09-2601, 09-2602, 09-2603, 09-2604, 09-2605, 09-2606, 09-2608, 09-2634, 09-2635, 09-2636, 09-2637, 09-2638, 09-2639, 09-2641, 09-2643, 09-2698, 09-2699, 09-2700, 09-2701, 09-2704, 09-2707, 09-2708, 09-2725, 09-2726

# ORDER

Considering the foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw L. Scott Joanen and Substitute Christopher M. Hatcher and Melissa DeBarbieris as counsel of record.

**IT IS ORDERED**, that L. Scott Joanen, La. Bar No. 21431 be and is hereby withdrawn as counsel of record, and that Christopher M. Hatcher, La. Bar No. 32494 and Melissa DeBarbieris La. Bar No. 32124 be hereby enrolled as counsel of record in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
United States District Judge