UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>  CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE<br>  <u>Weisler v. Seymour</u>  C.A. No. 09-2737 | JUDGE DUVAL<br>MAG. WILKINSON |

## <u>ORDER</u>

On August 16, 2010, defendants in the referenced <u>Weisler</u> matter filed an Ex Parte Motion for Formal Extension of Time to Respond to First Request for Production. Record Doc. No. 20003. This motion is not noticed for hearing as required by Local Rule 7.2E. Accordingly,

**IT IS ORDERED** that the motion is hereby set for hearing before the undersigned on the court's **September 1, 2010** motion docket. Written opposition, if any, must be filed no later than **August 24, 2010**. Thereafter, the motion will be determined on the briefs <u>without</u> oral argument.

New Orleans, Louisiana, this   18th   day of August, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE