UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* 09-2737 | JUDGE STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF, RICHARD H. WEISLER, TO DEFENDANTS, RICHARD T. SEYMOUR, ESQ., RICHARD T. SEYMOUR, P.L.L.C., ALAN L. FUCHSBERG, ESQ., THE JACOB D. FUCSHBERG LAW FIRM, BRIAN A. GILBERT, ESQ., LAW OFFICE OF BRIAN A. GILBERT, P.L.C. WIEDEMANN & WIEDEMANN, P.L.C., <u>LAWRENCE WILSON, ESQ., AND WILSON, GROCHOW, DRUKER, & NOLET</u>

TO: RICHARD T. SEYMOUR, ESQ., RICHARD T. SEYMOUR, P.L.L.C., ALAN L. FUCHSBERG, ESQ., THE JACOB D. FUCSHBERG LAW FIRM, BRIAN A. GILBERT, ESQ., LAW OFFICE OF BRIAN A. GILBERT, P.L.C., WIEDEMANN & WIEDEMANN, P.L.C., LAWRENCE WILSON, ESQ., AND WILSON, GROCHOW, DRUKER, & NOLET through their attorneys of record

1



Bradley S. Groce, Esq.
David V. Batt, Esq.
Lobman, Carnahan, Batt, Angelle & Nader
Attorneys At Law
400 Poydras Street
Suite 2300
New Orleans, Louisiana 70130

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant, Richard H. Weisler, requests that Defendants, Richard T. Seymour, Esq., Richard T. Seymour, P.L.L.C., Alan L. Fuchsberg, Esq., The Jacob D. Fucshberg Law Firm, Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C., Wiedemann & Wiedemann, P.L.C., Lawrence Wilson, Esq., and Wilson, Grochow, Druker, & Nolet ("Defendants"), produce and permit inspection of the following documents and/or things at the offices Simon, Peragine, Smith & Redfearn, 1100 Poydras Street, 30th Floor, New Orleans, Louisiana 70163-3000, within thirty (30) days of service, the following:

### Definitions

(1) "Document" means any written, recorded or graphic matter, and every record of any type, kind or description in the possession of Plaintiffs, their subsidiaries and/or affiliated companies, or their attorneys, agents, representatives, or anyone acting on behalf of same, including, but not limited to Defendants, as well as all documents from any third party, including

2

without limitation, correspondence, memoranda, e-mails, stenographic or handwritten notes, drafts and prior written versions of "documents", studies, publications, invoices, ledgers, journals, worksheets, books, records, accounts, financial instruments, telexes, pamphlets, voice recordings, transcripts of voice recordings, reports, surveys, statistical computations, work papers, data processing cards, computer tapes, or "print-outs" or other writings or records of any kind maintained, obtained, received or prepared by or on behalf of Plaintiffs and/or any of their subsidiary or affiliated companies, however produced or reproduced.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce a copy of any and all documents evidencing communication of any kind between or among the Defendants related to mental health care professionals and/or to experts, contacted during the pendency of CA No. 05-4182, including, Dr. Richard Weisler, Dr. Mark Townsend, Dr. Jill Hayes, Dr. Howard Osofosky, Dr. Joy D. Osofosky, Dr. Phillip Griffin and/or other medical experts who worked with or for the Defendants with the "Barge

Case", the "emotional injury subclass", and/or the assessment of mental health issues, injuries and/or damages sustained by any Plaintiffs resulting from Katrina.

Respectfully submitted,

_____
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Charles E. Riley, IV (28200)
Christopher B. Conley (31674)
30th Floor, Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
Attorneys for Richard H. Weisler, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record by facsimile, by hand delivery or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 15th day of July, 2010

_____

N:\DATA\W\50182001\Pleadings\Request for Production of Documents.wpd

4