

**Health Sciences Center**
NEW ORLEANS

School Of Medicine
Department of Psychiatry
2020 Gravier Street, Lions Center, 7th Floor
New Orleans, LA 70112
Phone (504) 568-6004
Fax (504) 568-6006

School of Medicine
School of Dentistry
School of Nursing
School of Allied Health Professions
School of Graduate Studies
School of Public Health

## LSUHSC Department of Psychiatry
## Invoicing Document

Barge PSLC
Khorrami, Pollard &Abit
444 S. Flower Street, 33rd floor
Los Angeles, CA  90071

Dear Sir:

**As of June 30, 2008**

| Category | Billable Hours | Cost |
|---|---|---|
| Telephone calls with Dr. Rick Weisler And other consultants | 4.5@$600.00 | $2,700.00 |
| Review of materials requested by Dr. Weisler | 9.5 @$600.00 | 5,700.00 |
| Additional research and information Provided to Dr. Weisler | 2.0@$600.00 | 1,200.00 |
| Preparation of Report for Dr. Weisler and review Of Dr. Weisler's final report | 6.0@$600.00 | 3,600.00 |
| | | $13,200.00 |

Please remit the amount indicated above to LSUHSC/Dr. Howard J. Osofsky at your earliest convenience. Should you need more detailed accounting, I will be happy to provide one.  Thank you.  The check should be made payable to:  **LSUHSC Department of Psychiatry**

_____          _____
Howard J. Osofsky, M. D., Ph. D.                            Date
Professor and Chair
LSUHSC Department of Psychiatry
2020 Gravier Street--7th floor
New Orleans, LA  70112





Health Sciences Center
NEW ORLEANS

School Of Medicine
Department of Psychiatry
2020 Gravier Street, Lions Center, 7th Floor
New Orleans, LA 70112
Phone (504) 568-6004
Fax (504) 568-6006

School of Medicine
School of Dentistry
School of Nursing
School of Allied Health Professions
School of Graduate Studies
School of Public Health

## LSUHSC Department of Psychiatry
## Invoicing Document

Barge PSLC
Khorrami, Pollard &Abit
444 S. Flower Street, 33rd floor
Los Angeles, CA  90071

Dear Sir:

**July 1, 2008 – August 11, 2008**

| Category | Billable Hours | Cost |
|---|---|---|
| Telephone calls with Dr. Rick Weisler And other consultants | 2.5@$600.00 | $1,500.00 |
| Review of materials requested by Dr. Weisler | 5.0 @600.00 | 3,000.00 |
| Additional research and information Provided to Dr. Weisler | 2.0@$600.00 | 1,200.00 |
| | | $5,700.00 |

**Total to date:** $18,900.00

Please remit the amount indicated above to LSUHSC/Dr. Howard J. Osofsky at your earliest convenience. Should you need more detailed accounting, I will be happy to provide one. Thank you. The check should be made payable to:  **LSUHSC Department of Psychiatry**

_____          _____
Howard J. Osofsky, M. D., Ph. D.             Date
Professor and Chair
LSUHSC Department of Psychiatry
2020 Gravier Street--7th floor
New Orleans, LA  70112



Health Sciences Center
NEW ORLEANS

School Of Medicine
Department of Psychiatry
2020 Gravier Street, Lions Center, 7th Floor
New Orleans, LA 70112
Phone (504) 568-6004
Fax (504) 568-6006

School of Medicine
School of Dentistry
School of Nursing
School of Allied Health Professions
School of Graduate Studies
School of Public Health

## LSUHSC Department of Psychiatry
## Invoicing Document

Barge PSLC
Khorrami, Pollard &Abit
444 S. Flower Street, 33rd floor
Los Angeles, CA  90071

Dear Sir:

**As of June 30, 2008:**

| Category | Billable Hours | Cost |
|---|---|---|
| Conference calls | 2.0@$400.00 | $ 800.00 |
| Review of materials requested by Dr. Weisler | 7.5@$400.00 | 3,000.00 |
| Preparation of Report for Dr. Weisler and review of Dr. Weisler's Final report | 8.0@$400.00 | 3,200.00 |
| | | $ 7,000.00 |

**Total to Date:**   $10,400.00

Please remit the amount indicated above to LSUHSC/Dr. Joy D. Osofsky at your earliest convenience. Should you need more detailed accounting, I will be happy to provide one. Thank you. The check should be made payable to:  **LSUHSC Department of Psychiatry**

_____         _____
Joy D.Osofsky, Ph. D.                                          Date
Professor
LSUHSC Department of Pediatrics and Psychiatry
2020 Gravier Street--7th floor
New Orleans, LA  70112



Health Sciences Center
NEW ORLEANS

School Of Medicine
Department of Psychiatry
2020 Gravier Street, Lions Center, 7th Floor
New Orleans, LA 70112
Phone (504) 568-6004
Fax (504) 568-6006

School of Medicine
School of Dentistry
School of Nursing
School of Allied Health Professions
School of Graduate Studies
School of Public Health

## LSUHSC Department of Psychiatry
## Invoicing Document

Barge PSLC
Khorrami, Pollard &Abit
444 S. Flower Street, 33rd floor
Los Angeles, CA  90071

Dear Sir:

### July 1, 2008 through August 11, 2008:

| Category | Billable Hours | Cost |
|---|---|---|
| Conference calls | 1.5@$400.00 | $ 600.00 |
| Review of materials requested by Dr. Weisler | 4.5$400.00 | 1,800.00 |
| Additional research and information Provided to Dr. Weisler | 2.5.@$400.00 | 1,000.00 |
| | | $ 3,400.00 |

**Total to Date:**                                              $10,400.00

Please remit the amount indicated above to LSUHSC/Dr. Joy D. Osofsky at your earliest convenience. Should you need more detailed accounting, I will be happy to provide one. Thank you.  The check should be made payable to:  **LSUHSC Department of Psychiatry**

_____           _____
Joy D.Osofsky, Ph. D.                                    Date
Professor
LSUHSC Department of Pediatrics and Psychiatry
2020 Gravier Street--7th floor
New Orleans, LA  70112