Subj: **Re: Final Expert Report Weisler Brian I faxed you the signature page as discussed**
Date: 7/1/2008 8:13:56 A.M. Eastern Daylight Time
From: a.fuchsberg@fuchsberg.com
To: RWeisler@aol.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com

Thank you Rick W.
Your work, and that of the team, for this report is important and reminds us how people are still suffering from the inside and need help.

Alan L. Fuchsberg
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

---

**From**: RWeisler@aol.com
**Date**: Mon, 30 Jun 2008 21:39:02 EDT
**To**: <bgilbert@briangilbertlaw.com>; <fishkat@cox.net>; <rick@rickseymourlaw.net>; <a.fuchsberg@fuchsberg.com>; <LDWIEDEMAN@aol.com>
**Subject**: Final Expert Report Weisler Brian I faxed you the signature page as discussed

The attachments will be coming as a CD or emailed as we discussed in the AM.

---

Gas prices getting you down? Search AOL Autos for fuel-efficient used cars.



Monday, January 05, 2009 America Online: RWeisler