# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

† ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
BSG@LCBA-LAW.COM

July 7, 2010

Andrew C. Wilson
30th Floor – Energy Centre
1100 Poydras Street
New Orleans, LA 70163

*Sent via Fax: 504-569-2999*

Re:  Weisler v. Seymour, et al
     USDC No. 05-4182, Div. "K", Mag. 2
     Our File No.: 100.099839

Dear Andrew,

Enclosed please find the Initial Disclosures Under Federal Rule 26(a)(1)(A) submitted by the defendants in the above-referenced matter. Additionally, please be advised that Robert Reine is no longer with the firm. Bradley Groce will be assuming second chair responsibilities in this matter. Please direct all future correspondences in this matter to Bradley Groce and/or David Batt.

Sincerely,

DAVID V. BATT
BRADLEY S. GROCE

DVD/BSG
Enclosure



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al. 09-2737 | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**INITIAL DISCLOSURES UNDER FEDERAL RULE 26(a)(1)(A)**

NOW INTO COURT, through undersigned counsel, come Defendants: Richard T. Seymour, Esq.; Richard T. Seymour, P.L.L.C.; Alan L. Fuchsberg, Esq.; The Jacob D. Fuchsberg Law Firm, L.L.P.; Brian A. Gilbert, Esq.; Law Office of Brian A. Gilbert, P.L.C.; Wiedemann & Wiedemann, P.L.C.; Lawrence Wilson, Esq.; and Wilson, Grochow, Druker & Nolet (hereinafter collectively referred to as "Defendants"). Defendants hereby provide their initial disclosures pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure.

1

These disclosures are based upon information reasonably available to Defendants at this time. Should Defendants determine that these disclosures are incorrect or incomplete, Defendants will supplement these disclosures pursuant to Federal Rule 26(e).

I. **Rule 26(a)(1)(A)(i)**

The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

1. Richard T. Seymour, Esq., Law Office of Richard T. Seymour, P.L.L.C., 1150 Connecticut Avenue N.W., Suite 900, Washington, D.C., 20036-4129, 202-862-4320. Mr. Seymour may be called to testify regarding the details, and breach, of any contract with Plaintiff, Richard H. Weisler, M.D., regarding obtaining Dr. Weisler's expert opinion, including the scope and limitations of Dr. Weisler's expert opinion, as well as the fees charged by Dr. Weisler.

2. Staff of Richard T. Seymour, P.L.L.C. 1150 Connecticut Avenue N.W., Suite 900, Washington, D.C., 20036-4129, 202-862-4320. Any staff at the Law office of Richard T. Seymour, P.L.L.C. who were involved in discussions with Dr. Weisler regarding obtaining Dr. Weisler's expert opinion may be called to testify regarding the details, and breach, of any contract with Plaintiff, Richard H. Weisler, M.D., regarding obtaining Dr. Weisler's expert opinion, including the scope and limitations of Dr. Weisler's expert opinion, as well as the fees charged by Dr. Weisler.

3. Alan L. Fuchsberg, Esq., The Jacob D. Fuchsberg Law Firm, L.L.P., 500 Fifth Avenue, 45th Floor, New York, NY, 10110-0002, 212-869-3500. Mr. Fuchsberg

2

may be called to testify regarding the details, and breach, of any contract with Plaintiff, Richard H. Weisler, M.D., regarding obtaining Dr. Weisler's expert opinion, including the scope and limitations of Dr. Weisler's expert opinion, as well as the fees charged by Dr. Weisler.

4. Staff of The Jacob D. Fuchsberg Law Firm, L.L.P., 500 Fifth Avenue, 45th Floor, New York, NY, 10110-0002, 212-869-3500. Any staff at The Jacob D. Fuchsberg Law Firm who were involved in discussions with Dr. Weisler regarding obtaining Dr. Weisler's expert opinion may be called to testify regarding the details, and breach, of any contract with Plaintiff, Richard H. Weisler, M.D., regarding obtaining Dr. Weisler's expert opinion, including the scope and limitations of Dr. Weisler's expert opinion, as well as the fees charged by Dr. Weisler.

5. Brian A. Gilbert, Esq.; Law Office of Brian A. Gilbert, P.L.C., 821 Baronne Street, New Orleans, LA, 70113, 504-885-7700. Mr. Gilbert may be called to testify regarding the details, and breach, of any contract with Plaintiff, Richard H. Weisler, M.D., regarding obtaining Dr. Weisler's expert opinion, including the scope and limitations of Dr. Weisler's expert opinion, as well as the fees charged by Dr. Weisler.

6. Staff of The Law Office of Brian A. Gilbert, P.L.C., 821 Baronne Street, New Orleans, LA, 70113, 504-885-7700. Any staff at the Law Office of Brian A. Gilbert, P.L.C. who were involved in discussions with Dr. Weisler regarding obtaining Dr. Weisler's expert opinion may be called to testify regarding the details, and breach, of any contract with Plaintiff, Richard H. Weisler, M.D., regarding obtaining Dr.

3

Weisler's expert opinion, including the scope and limitations of Dr. Weisler's expert opinion, as well as the fees charged by Dr. Weisler.

7. Staff of the law office of Wiedemann & Wiedemann, P.L.C., 821 Baronne Street, New Orleans, LA, 70113-1102, 504-581-6180. Any staff at the law office of Wiedemann & Wiedemann who were involved in discussions with Dr. Weisler regarding obtaining Dr. Weisler's expert opinion may be called to testify regarding the details, and breach, of any contract with Plaintiff, Richard H. Weisler, M.D., regarding obtaining Dr. Weisler's expert opinion, including the scope and limitations of Dr. Weisler's expert opinion, as well as the fees charged by Dr. Weisler.

8. Lawrence Wilson, Esq., Wilson, Grochow, Druker & Nolet, Woolworth Building, 233 Broadway, 5th Floor, New York, NY, 10279-0003, 212-608-4400. Mr. Wilson may be called to testify regarding the details, and breach, of any contract with Plaintiff, Richard H. Weisler, M.D., regarding obtaining Dr. Weisler's expert opinion, including the scope and limitations of Dr. Weisler's expert opinion, as well as the fees charged by Dr. Weisler.

9. Staff of the Law Office of Wilson, Grochow, Druker & Nolet, Woolworth Building, 233 Broadway, 5th Floor, New York, NY, 10279-0003, 212-608-4400. Any Staff of the Law Office of Wilson, Grochow, Druker & Nolet who were involved in discussions with Dr. Weisler regarding obtaining Dr. Weisler's expert opinion may be called to testify regarding the details, and breach, of any contract with Plaintiff, Richard H. Weisler, M.D., regarding obtaining Dr. Weisler's expert opinion, including the scope and limitations of Dr. Weisler's expert opinion, as well as the fees charged by Dr. Weisler.

10. Richard H. Weisler, M.D. Dr. Weisler may be called to testify regarding his contract with the Defendants, his performance and breach of his contract with the Defendants, any deviation from the scope and limitations of his contract with the Defendants, as well as his billing practices related to his contract with the Defendants.

11. Any researchers or assistants employed or utilized by Dr. Weisler in connection with Dr. Weisler's contract with the Defendants may be called to testify regarding the details of their assignments, whether the assigned work was authorized by the Defendants, as well as the billing practices associated with those assignments.

12. Any individuals that Dr. Weisler tested, examined, or interviewed in connection with preparing the expert report may be called to testify regarding their understanding of why Dr. Weisler performed his tests, examinations, or interviews.

13. Any individual called to testify or listed on witness lists submitted by Dr. Weisler.

## II. Rule 26(a)(1)(A)(ii)

A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

1. The report prepared by Dr. Weisler, including drafts and related documents
2. Invoices submitted by Dr. Weisler
3. ~~Any invoices submitted by Dr. Weisler's assistants~~
4. E-mails circulated between Dr. Weisler and the Defendants
5. Transcript of recorded conversation of September 15, 2008
6. Any exhibit listed on an exhibit list submitted by Dr. Weisler

5

The above information is currently located at the law office of undersigned counsel. Copies will be provided to plaintiff upon request at plaintiff's cost.

### III. Rule 26(a)(1)(A)(iii)

A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

1. Defendants submit that Dr. Weisler is owed no fees in connection with the expert report prepared and made subject of this litigation. Dr. Weisler breached his contract with Defendants.

### IV. Rule 26(a)(1)(A)(iv)

For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

1. Defendants know of no such policy of insurance.

### V. Rule 26(a)(2)

In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

1. Defendants have not retained any experts at this time.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___7th___ day of ___July___, 2010, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

_____
BRADLEY S. GROCE

Respectfully submitted:

_____
DAVID V. BATT, #2849
BRADLEY S. GROCE, #26037
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

**SUPPLEMENTAL DISCLOSURES UNDER FEDERAL RULE 26(e)**

NOW INTO COURT, through undersigned counsel, come Defendants: Richard T. Seymour, Esq.; Richard T. Seymour, P.L.L.C.; Alan L. Fuchsberg, Esq.; The Jacob D. Fuchsberg Law Firm, L.L.P.; Brian A. Gilbert, Esq.; Law Office of Brian A. Gilbert, P.L.C.; Wiedemann & Wiedemann, P.L.C.; Lawrence Wilson, Esq.; and Wilson, Grochow, Druker & Nolet (hereinafter collectively referred to as "Defendants"). Defendants hereby provide these supplemental disclosures pursuant to Rule 26(e) of the Federal Rules of Civil

1

Procedure. These disclosures are based upon information reasonably available to Defendants at this time. Should Defendants determine that these disclosures are incorrect or incomplete, Defendants will further supplement these disclosures pursuant to Federal Rule 26(e).

## I. Rule 26(a)(1)(A)(ii) Supplement

Attached are printouts of all the non-privileged e-mails in our possession that are responsive to the requirements of Rule 26(a)(1)(A)(ii).

Respectfully submitted:

DAVID V. BATT, #2849
BRADLEY S. GROCE, #26037
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___ day of _____, 2010, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

BRADLEY S. GROCE