That 's fine. Will you be in Metairie or downtown?

---

**From:** Robert Reine [mailto:rdr@lcba-law.com]
**Sent:** Tuesday, June 29, 2010 4:47 PM
**To:** Andrew Wilson
**Subject:** RE: Weisler v. PLSC

That's a good question.  I have two cd's of materials for you but my clients have not provided the additional items.  I have sent them a letter requesting any additional materials.  My suggestion is that I give you what I have tomorrow and then will give you any other item as it comes in, agreeable?

Robert

---

**From:** Andrew Wilson [mailto:Andreww@spsr-law.com]
**Sent:** Tuesday, June 29, 2010 4:19 PM
**To:** Robert Reine
**Subject:** RE: Weisler v. PLSC

Robert:

What is the status of your clients' initial disclosures ? I need ot hear from you by tomorrow. Thanks.

---

**From:** Robert Reine [mailto:rdr@lcba-law.com]
**Sent:** Monday, May 24, 2010 3:08 PM
**To:** Andrew Wilson
**Subject:** RE: Weisler v. PLSC



Sorry for the delay Andrew.  I have sent a letter to our clients requesting various authority regarding this case and have not heard back from them.  David is currently in Spain and will not be back till this Thursday.  I will have a letter for David's approval to be sent to our clients upon his return and will call you no later than Friday.  Please call me if you would like to discuss this matter further.

Robert

**From:** andrew wilson [mailto:andreww@spsr-law.com]
**Sent:** Friday, May 21, 2010 3:51 PM
**To:** Robert Reine
**Subject:** Weisler v. PLSC

Robert:

I thought we were going to exchange intial disclosures in this matter osme time back. Would you please contact me on Monday when you'rwe back in the office to discuss a schedule for discovery and the exchange of disclosures ? Thanks.

   Best regards-

   ACW

   Andrew C. Wilson
   Direct Line 504-569-2928
   Cell 504-615-8834

Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street., 30th Floor
New Orleans, LA 70163
Phone: 504.569.2030
Fax: 504.569.2999

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY NOTICE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street., 30th Floor
New Orleans, LA 70163
Phone: 504.569.2030
Fax: 504.569.2999

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY NOTICE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.