# SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

| | | |
|---|---|---|
| H. PAUL SIMON<br>FRANK J. PERAGINE<br>GUY W. SMITH<br>ROBERT L. REDFEARN<br>THOMAS R. BLUM<br>H. BRUCE SHREVES<br>JAMES A. BURTON<br>CHRISTOPHER M. GUIDROZ<br>DANIEL J. CARUSO<br>THOMAS J. FISCHER<br>JAY H. KERN<br>STEVEN A. JACOBSON<br>KENNETH R. BOWEN<br>HERMAN C. HOFFMANN, JR.<br>SUSAN B. KOHN<br>JOHN F. SHREVES*^<br>ROBERT L. REDFEARN, JR.‡**<br>DENISE C. PUENTE<br>DOUGLAS W. REDFEARN | COUNSELLORS AT LAW<br>30TH FLOOR - ENERGY CENTRE<br>1100 POYDRAS STREET<br>NEW ORLEANS 70163-3000<br><br>TELEPHONE (504) 569-2030<br>FACSIMILE (504) 569-2999<br>INTERNET:<br>HTTP://WWW.SPSR-LAW.COM<br><br>July 15, 2010 | DAVID F. BIENVENU<br>M. DAVIS READY<br>DOUGLAS R. KINLER<br>BETTY F. MULLIN<br>ANDREW C. WILSON<br>SUSAN F. CLADE<br>M. CLAIRE DURIO<br>SUSAN M. CARUSO<br>JAMES R. GUIDRY<br>APRIL A. MCQUILLAR<br>CHARLES E. RILEY, IV**<br>MICHAEL D. HAROLD**<br>JOSHUA M. HUDSON<br>CHRISTOPHER B. CONLEY<br>DOUGLASS F. WYNNE, JR.<br>PETER S. THRIFFILEY, JR.<br>SHANNON H. HUBER |
| *BOARD CERTIFIED<br>  TAX ATTORNEYS<br>^BOARD CERTIFIED ESTATE PLANNING<br>  AND ADMINISTRATION AND, TAX LAW<br>  SPECIALIST CERTIFIED BY THE LOUISIANA<br>  BOARD TO LEGAL SPECIALIZATION | | OF COUNSEL<br>DONALD J. BRANNAN<br><br>**ALSO ADMITTED IN MISSISSIPPI<br>‡ ALSO ADMITTED IN TEXAS |

**Via Facsimile**
Bradley S. Groce, Esq.
David V. Batt, Esq.
Lobman, Carnahan, Batt, Angelle & Nader
Attorneys At Law
400 Poydras Street
Suite 2300
New Orleans, Louisiana 70130

  Re: In Re: KATRINA CANAL BREACHES
     CONSOLIDATED LITIGATION
     PERTAINS TO BARGE
     *Civil Action 05-4182, Section "K"(2)*
     *Weisler v. Seymour, et al 09-2737*
     Barge Plaintiffs' Litigation Steering Committee: Outstanding Expert Fees
     Our File No.: 50182-001

Gentlemen:

  We have received and thank you for what is purportedly your Rule 26 disclosures. Either we have a fundamental disconnect or you have a truly bad sense of humor.

  In my prior discussions with Robert Reine, formerly counsel in this matter and of your office, the exchange of disclosures was supposed to involve the exchange of e-mails that had taken place prior to the filing of the lawsuit. This would obviously include the exchange of any and all e-mails between and among the Defendants. We see none of those e-mails among those produced. Instead, it appears you have simply reproduced selected e-mails sent by Dr. Weisler, all of which appear to have already been forwarded to you on a disc with our disclosures. We also see no other e-mails sent by the Defendants to the other mental health care professionals involved.



SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

Bradley S. Groce, Esq.
David V. Batt, Esq.
July 15, 2010
Page 2

   Consequently, we would appreciate your earliest advices concerning whether you will voluntarily turn over the e-mails exchanged between and among the Defendants and members of their respective law firms, or other mental health care professionals involved, during the period of time preceding this litigation. To formalize this request, we attach herewith a Request for Production. We also wish to remind you that we had previously warned the Defendants in writing of the consequences of any spoliation.

   We look forward to your response and with kind regards, I am

              Sincerely yours,

              Andrew C. Wilson

ACW/cbm
Attachment: Request for Production