06/04/2010 17:37 FAX                           LCBAN                                    ☒ 001/001

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
ROBERT D. REINE
PEYTON C. LAMBERT

WRITER'S E-MAIL ADDRESS:
RDR@LCBA-LAW.COM

June 4, 2010

Andrew C. Wilson
30th Floor – Energy Centre
1100 Poydras Street
New Orleans, LA 70163

*Sent via Fax: 504-569-2999*

Re: Weisler v. Seymour, et al
    USDC No. 05-4182, Div. "K", Mag. 2
    Our File No.: 100.099839

Dear Andrew,

Pursuant to our phone conversation, earlier this afternoon, we have recently transmitted a letter to our clients requesting authority for various matters related to initial discovery. We have not received a response from our clients. Since we have not yet conducted a Rule 26.1 Conference, we will initiate a telephone call with you on Monday, June 14, 2010, at 10:00 a.m., to conduct our Rule 26.1 conference and to schedule an exchange of initial disclosures pursuant to Rule 26.

Please let us know if there are any questions.

Sincerely,

DAVID V. BATT
ROBERT D. REINE

DVD/RDR/tac

