bgilbert

**From:** Shawn Khorrami [SKhorrami@kpalawyers.com]
**Sent:** Thursday, August 28, 2008 10:48 AM
**To:** Barge Accounting
**Cc:** Josephine Smith
**Subject:** Re: PLEASE READ AND RESPOND TO ME PROMPTLY

Weisler can go F himself -- he should be in jail. I want to set up an accting group call sometime today and concentrate on Weisler and company. I have a number of issues and concerns to address. As you all know, I have very strong feelings about this issue -- I don't have any memory of something making my blood boil more than this issue.

-----Original Message-----
From: "Richard T. Seymour" <rick@rickseymourlaw.net>

Date: Thu, 28 Aug 2008 11:32:08
To: 'Mark Ravis'<mravis@kpalawyers.com>; 'Shawn Khorrami'<SKhorrami@kpalawyers.com>; 'Barge Litigation'<BargeLitigation@kpalawyers.com>
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY


   I share Mark's views on this. By the way, Rick Weisler has been calling me but I have not been taking or returning his calls because there is nothing good I can tell him, and he's getting frustrated. As soon as a call is made to Mark Townsend, Mark will likely call Rick Weisler and things can become worse.

   As to Weisler, one useful thing to say is that we have to submit all the bills to the court for reimbursement from class members' recoveries if we win, and its lack of day-by-day detail make it very chancy that the court would approve it. One can point out that the court can [redacted]

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
   Voice:   202-862-4320
   Cell:    202-549-1454
   Facsimile: 800-805-1065
   e-mail:  rick@rickseymourlaw.net
   Web Site: www.rickseymourlaw.com

-----Original Message-----
From: Mark Ravis [mailto:mravis@kpalawyers.com]
Sent: Thursday, August 28, 2008 11:08 AM
To: Shawn Khorrami; Barge Litigation
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY

I will certainly be happy to join Larry and speak to Townsend. I am concerned about our chances of substituting Townsend for Weisler and enraging Weisler who will later be deposed and testify to God knows what.



1

Barge PSLC000009

Is there any stomach for a less confrontational approach with these shrinks---one which would, of course, involve negotiation of their fees?

I think we can ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ with a ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌. We should be able to show that ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ do we enhance our chances for class cert?



---

From: Shawn Khorrami
Sent: Wednesday, August 27, 2008 1:30 PM
To: Barge Litigation
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY

1.  I think we have Townsend testify to the extent we want a psych. Even if we were satisfied w/ Weisler, there's a strong argument to use Townsend;

2.  As for the continuance, does Joe want to have individual trials and then go to class cert? Is that what he's saying? If so, we're concerned that ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ that we can vet our concerns and then make a decision? Like I said, my position would be that ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ - we don't need to disclose that we will be until we want to make a deal.

From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Wednesday, August 27, 2008 1:21 PM
To: Shawn Khorrami
Subject: FW: PLEASE READ AND RESPOND TO ME PROMPTLY

Shawn, please respond.

From: Karen Wiedemann [mailto:karenwiedemann@bellsouth.net]
Sent: Wednesday, August 27, 2008 3:15 PM
To: Law Office of Brian A. Gilbert; 'Barge Litigation'
Subject: Re: PLEASE READ AND RESPOND TO ME PROMPTLY

Brian,
From the conference yesterday it was my understanding that ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
Karen

----- Original Message -----
From: Law Office of Brian A. Gilbert<mailto:bgilbert@briangilbertlaw.com>
To: 'Law Office of Brian A. Gilbert'<mailto:bgilbert@briangilbertlaw.com> ; 'Barge Litigation'<mailto:BargeLitigation@kpalawyers.com>

Barge PSLC000010

bgilbert

| | |
|---|---|
| From: | Shawn Khorrami [SKhorrami@kpalawyers.com] |
| Sent: | Thursday, August 28, 2008 10:39 AM |
| To: | Barge Litigation |
| Subject: | Re: PLEASE READ AND RESPOND TO ME PROMPTLY |

I don't know about the substitution issue. Our designation allows for townsend and we won't really be relying on Weisler's report. At the same time, if we're not relying on the report, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I think we need to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I want to be on that call and we need to have it asap. That's our best chance here.

As to the modeling, I just want to be very clear, we are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ Having said that, we ned to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

As to Weisler, his bill is a fraud; his work is similarly fraudulent. While I advocate settlement, it'll involve very significant movement from him.


-----Original Message-----
From: Mark Ravis <mravis@kpalawyers.com>

Date: Thu, 28 Aug 2008 08:07:43
To: Shawn Khorrami<SKhorrami@kpalawyers.com>; Barge Litigation<BargeLitigation@kpalawyers.com>
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY


I will certainly be happy to join Larry and speak to Townsend. I am concerned about our chances of substituting Townsend for Weisler and enraging Weisler who will later be deposed and testify to God knows what. Is there any stomach for a less confrontational approach with these shrinks---one which would, of course, involve negotiation of their fees?



I think we can present the emotional distress damages as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. We can use a ▮▮▮▮▮▮▮▮▮ We should be able to show that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, do we enhance our chances for class cert?

From: Shawn Khorrami
Sent: Wednesday, August 27, 2008 1:30 PM
To: Barge Litigation
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY

1.   I think we have Townsend testify to the extent we want a psych. Even if we were satisfied w/ Weisler, there's a strong argument to use Townsend;

2. As for the continuance, does Joe want to ████████████████ ████████ If so, we're concerned that ████████████████ ████████. Is there a way we can all talk (including Joe) so that we can vet our concerns and then make a decision? Like I said, my position would be that ████████████████ ████████ — we don't need to disclose that we will be until we want to make a deal.


From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Wednesday, August 27, 2008 1:21 PM
To: Shawn Khorrami
Subject: FW: PLEASE READ AND RESPOND TO ME PROMPTLY

Shawn, please respond.

From: Karen Wiedemann [mailto:karenwiedemann@bellsouth.net]
Sent: Wednesday, August 27, 2008 3:15 PM
To: Law Office of Brian A. Gilbert; 'Barge Litigation'
Subject: Re: PLEASE READ AND RESPOND TO ME PROMPTLY

Brian,
From the conference yesterday it was my understanding that ████████████ ████████.
Karen
----- Original Message -----
From: Law Office of Brian A. Gilbert<mailto:bgilbert@briangilbertlaw.com>
To: 'Law Office of Brian A. Gilbert'<mailto:bgilbert@briangilbertlaw.com> ; 'Barge Litigation'<mailto:BargeLitigation@kpalawyers.com>
Sent: Wednesday, August 27, 2008 2:45 PM
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY

Can I please get a definitive response?

From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Wednesday, August 27, 2008 1:35 PM
To: 'Barge Litigation'
Subject: PLEASE READ AND RESPOND TO ME PROMPTLY

I can agree to set Weisler's depo, ████████████████████████████████████████████████████████████████████ Another option is to withdraw both from our class cert witness list now.

PLEASE RESPOND!!!!! If we go with Plan A, somebody please confirm that he or she will contact Townsend. If plan B, I need written confirmation of withdrawal before I convey to Lafarge.

As for Daubert deadlines..can we be expected to file our motions only two days after an expert's depo?

I spoke with Bruno, told him that we probably ████████████████
for further ████████

2

Barge PSLC000004

~~[redacted]~~ I have no objection and do agree for several reasons. We need to check the Manual for Complex Litigation to refute Lafarge's direct intervention argument.

From: Walker, Derek [mailto:walker@chaffe.com]
Sent: Wednesday, August 27, 2008 12:55 PM
To: Law Office of Brian A. Gilbert
Subject: FW: depositions---draft to gilbert

Brian:

Following our recent email exchanges, conversations, and your letter regarding Daubert dates, we "offer" the following. However, we need a prompt response, as the experts' calendars fill in quickly:

We would agree to move Daubert dates ONLY, as follows: Sept. 19 filing date to Sept. 26 : Sept 26 opposition filing date to Oct. 3 : hearing date from Oct. 8 to Oct. 15. , if we can accomplish the following:

1. Weisler-- Sept. 17  or earlier:
2. Spinks-- Sept. 17 or earlier:

3. Bendek-- Sept. 22/23;
4 Suhayda-- Sept. 24/25.

If you want to move all of them up, then we can try to take them sooner, but we want at least 1 or 2  days between "yours" and then "ours".

A. Fact deps--- Williams, Edwards, Weaver-----Oct. 8 or 9. (subject to final reconfirmation).


[http://www.chaffe.com/logo.gif]


Derek  Walker
Attorney

Chaffe McCall, L.L.P.
Attorneys at Law
2300 Energy Centre 1100 Poydras Street
New Orleans, Louisiana 70163

Direct: 504-585-7044
Direct Fax: 504-544-6066

Main: 504-585-7000   Fax: 504-585-7075
walker@chaffe.com    www.chaffe.com<http://www.chaffe.com/>

_____
Chaffe McCall L.L.P. IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be