UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: | SECTION "K"(2) |

05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1288, 07-1289

### ORDER

On August 3, 2010, the Court entered an Order granting plaintiffs' Motion to Certify as Final Judgment the Court's decision (Doc. 10984) in which the United States was found to be immune for damages arising from the collapse of various floodwalls.  (Doc. 19991) The Court erroneously believed the motion to be unopposed.  Having been informed of its error this day,

**IT IS ORDERED** that the Order (Doc. 19991) granting plaintiffs' Motion to Certify as Final Judgment is **VACATED,** and the Motion to Certify (Doc. 19987) is hereby **SET** for hearing at on September 15, 2010 at 9:30 a.m.

New Orleans, Louisiana, this  25th  day of August, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE