UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| **PERTAINS TO: BARGE** | * | NO. 05-4182 |
| | * | and consolidated cases |
| | * | |
| *Weisler v. Seymour, et al.* 09-2737 | * | SECTION "K" (2) |
| | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**DEFENDANTS' EX PARTE MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE MOTION FOR FORMAL EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**NOW INTO COURT**, through undersigned counsel, come Defendants in this matter, certain members of the Barge Plaintiff's Subgroup Litigation Committee (hereinafter "Weisler Defendants") who respectfully move this Court for Leave to File a Reply Memorandum to Plaintiff's Opposition to Defendants' Ex Parte Motion for Formal Extension of Time to Respond to First Request for Production of Documents (Doc. 20013). The purpose of this Motion for Leave is to clarify the issue before the Court, which is simply whether the Weisler Defendants' Motion for Extension of Time is reasonable under the

-1-

circumstances. Plaintiff's Opposition raises many untimely and extraneous issues which may confuse and vex the Court. Therefore, the purpose of this Motion is clarification of the issue at bar.

**WHEREFORE**, the Weisler Defendants pray that this Motion be deemed good and sufficient and that this Honorable Court grant this Motion and Order the Weisler Defendants' Reply Memorandum to be filed into the record of this proceeding.

    Respectfully Submitted:

    /s/ Peter S. Koeppel
    **Best, Koeppel & Traylor**
    Peter S. Koeppel (LSBA # 1465)
    W. Scarth Clark (LSBA # 22993)
    Jonathan H. Adams (LSBA # 29061)
    2030 St. Charles Avenue
    New Orleans, Louisiana 70130
    Telephone: (504) 598-1000
    Facsimile: (504) 524-1024
    peterklaw@aol.com
    sclark@bestkoeppel.com
    jadams@bestkoeppel.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to File Reply Memorandum has been served on all counsel of record via ECF upload, this 26th day of August, 2010.

    /s/ Peter S. Koeppel, Esq.