UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| **PERTAINS TO: BARGE** | * | **NO. 05-4182** |
| | * | **and consolidated cases** |
| | * | |
| *Weisler v. Seymour, et al.* 09-2737 | * | **SECTION "K" (2)** |
| | * | |
| | * | **JUDGE** |
| | * | **STANWOOD R. DUVAL, JR.** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum, the Court finding the Motion good and sufficient, it is hereby **ORDERED** that the Motion is granted.

It is **ORDERED** that the Reply Memorandum be filed into the record of this proceeding.

Done and Signed in New Orleans, Louisiana, this _____ of August, 2010.

_____
**HONORABLE JOSEPH C. WILKINSON**
**UNITED STATES MAGISTRATE JUDGE**