UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| **PERTAINS TO: BARGE** | * | **NO. 05-4182** |
| | * | **and consolidated cases** |
| | * | |
| *Weisler v. Seymour, et al.* 09-2737 | * | **SECTION "K" (2)** |
| | * | |
| | * | **JUDGE** |
| | * | **STANWOOD R. DUVAL, JR.** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

### REMARK

     **MAY IT PLEASE THE COURT:**

On August 26, 2010, Defendants in the above-captioned *Weisler* matter filed an Exparte Motion for Leave to File Defendants' Reply Memorandum to Plaintiff's Opposition to Defendants' Ex Parte Motion for Formal Extension of Time to Respond to Plaintiff's First Request for Production of Documents.  (Doc. 20015).  Attachment Number Two to Doc. 20015 states that the Weisler Defendants  "transmitted approximately two hundred and fifty-eight (258) pages of documents in response to Plaintiff's First Request for Production of Documents...." (Attachment No. 2 to Doc. 20015, at pp. 2-3)(See also p. 4 ["...over two

hundred pages of documents...."]).

Please let the record reflect that this is a clerical mistake and Attachment Number Two to Doc. 20015 should state as follows, "the Weisler Defendants provided one hundred and twenty-nine (129) pages of documents in response to Plaintiff's First Request for Production of Documents...."

The Weisler Defendants wish to instantly correct this clerical error so that the record may reflect the correct number of documents produced to Plaintiff.

Respectfully Submitted:

/s/ Peter S. Koeppel
**Best, Koeppel & Traylor**
Peter S. Koeppel (LSBA # 1465)
W. Scarth Clark (LSBA # 22993)
Jonathan H. Adams (LSBA # 29061)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
peterklaw@aol.com
sclark@bestkoeppel.com
jadams@bestkoeppel.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Remark has been served on all counsel of record via ECF upload, this 27th day of August, 2010.

/s/ Peter S. Koeppel, Esq.