UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-418 |
| PERTAINS TO BARGE | |
| | SECTION "K" |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. – ONLY |
| *Benoit* | C.A. NO. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford - ONLY |

### BARGE PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS POST-TRIAL BRIEF PAGES

**NOW COME** Josephine Richardson, Holiday Jewelers, Inc., John Alford and Jerry Alford, through undersigned counsel, who respectfully suggest that despite their best efforts, and despite extensive revision and review, Plaintiff's Counsel are unable to adequately address all of the Court's specific questions of fact and law to be included in the brief, as well as argument deemed by undersigned as essential to the record, within the seventy-five (75) page limit established by the Court at the close of trial, and in Record Doc. 19936.

Lafarge North America states through counsel that (a) it intends to comply with the Court's order regarding page limits; and (b) LNA objects to plaintiffs receiving additional pages for their opening brief unless the corresponding number of pages is deducted from the page limits for plaintiffs' reply brief.  Plaintiffs do not agree to Lafarge's conditions, which amount to denial of Plaintiffs' right to file a reply brief, nor will Plaintiffs require imposition of such conditions should Lafarge seek to exceed the page limit despite its present intentions not to.

**WHEREFORE**, the Plaintiffs respectfully move for leave to file an original Post-Trial Brief of no more than thirty (30) additional pages, excluding caption, contents, authorities,

signature blocks and certification, in order to accommodate the subject matter referenced in the foregoing paragraph.

So moved, this 27th day of August, 2010.

Respectfully Submitted,

*/s/Brian A. Gilbert*
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
(Of Counsel to **BEST KOEPPEL TRAYLOR**)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com,

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

Laurence E. Best (3012)
Peter S. Koeppel (1465)
**BEST KOEPPEL TRAYLOR**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: lebest@bestkoeppel.com
peterklaw@aol.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER & NOLET**
233 Broadway, 5th Floor
New York, NY  10279
Telephone:  (212) 608-4400
Facsimile:  (212) 608-0746
e-mail:  lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)

**WIEDEMANN AND WIEDEMANN**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180
Facsimile: 504-581-4336
e-mail: ldwiedeman@aol.com
karlwied@bellsouth.net

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
**LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.**
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Telephone: 202-862-4320
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseyourlaw.net

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 27th day of August, 2010.

/s/ Brian A. Gilbert