UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| **PERTAINS TO: BARGE** | * | NO. 05-4182 |
| | * | and consolidated cases |
| | * | |
| *Weisler v. Seymour, et al.* 09-2737 | * | SECTION "K" (2) |
| | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum, the Court finding the Motion good and sufficient, it is hereby **ORDERED** that the Motion is granted.

It is **ORDERED** that the Reply Memorandum be filed into the record of this proceeding.

Done and Signed in New Orleans, Louisiana, this ___30th___ of August, 2010.

**HONORABLE JOSEPH C. WILKINSON**
**UNITED STATES MAGISTRATE JUDGE**