## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-418 |
| PERTAINS TO BARGE | |
| | SECTION "K" |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. – ONLY |
| *Benoit* | C.A. NO. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford - ONLY |

### PROPOSED ORDER

**CONSIDERING** the *Barge Plaintiffs' Motion For Leave To File Excess Post-Trial Brief Pages,* it is hereby **ORDERED** that the Motion be, and is hereby, **GRANTED**;

Plaintiffs are granted leave to file an original Post-Trial Brief of no more than thirty (30) additional pages, excluding caption, contents, authorities, signature blocks and certification.

Further, Plaintiffs shall not be penalized by a corresponding page deduction from their Reply Brief.   IT IS FURTHER ORDERED that defendant's Post-Trial Brief may have an additional 30 pages.

New Orleans, Louisiana, this 30th day of  August , 2010.

_____
HON. STANWOOD R. DUVAL, JR.

The Court will not be inclined to grant any other page extensions for any other briefing.