UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

**PLAINTIFF'S EX PARTE MOTION FOR
LEAVE OF COURT TO FILE SUR-REPLY MEMORANDUM
ASSOCIATED WITH DEFENDANTS' EX PARTE MOTION
FOR FORMAL EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dr. Richard Weisler, who respectfully moves this Honorable Court for Leave to File a Sur-Reply Memorandum to Defendants' Reply Memorandum associated with their Motion for Formal Extension of Time to Respond to Plaintiff's First Request for Production of Documents. The

1

purpose of this Sur-Reply Memorandum is to clarify issues before the Court and to respond to certain inaccuracies in the Defendants' Memoranda filed to date, which will help to show why the Defendants' Request for a 60 day extension of time is totally inappropriate and should be denied.

WHEREFORE, Dr. Richard Weisler prays that this Motion be deemed good and sufficient and this Honorable Court grant this Motion and Order so that Dr. Weisler's Sur-Reply Memorandum may be filed in the record of this proceeding.

Respectfully submitted,

/s/ Andrew C. Wilson
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Charles E. Riley, IV (28200)
Christopher B. Conley (31674)
30th Floor– Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
Attorneys for Plaintiff, Richard H. Weisler, M.D.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Andrew C. Wilson