## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" |
| PERTAINS TO BARGE | | |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| *Benoit* | C.A. NO. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford – ONLY |

# PLAINTIFFS' *EX PARTE* / CONSENT MOTION TO SUBSTITUTE CORRECTED FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR THE SET FILED AUGUST 27, 2010 (DOC. # 20019)

Plaintiffs hereby move for leave to substitute their Corrected Findings of Fact and Conclusions of Law for the Findings of Fact and Conclusions of Law filed on August 27, 2010 (Doc. # 20019).

The proposed Corrected Findings of Fact and Conclusions of Law are attached hereto Exhibit 1.

A supporting Memorandum of Law, and a proposed form of Order, accompany this Motion.

Respectfully submitted,

Brian A. Gilbert (21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
(Of Counsel to BEST KOEPPEL TRAYLOR)
2030 St. Charles A venue
New Orleans, Louisiana 70 l30
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com
bgilbert@bestkoeppel.com

Laurence E. Best (3012)
Peter S. Koeppel (1465)
BEST KOEPPEL TRAYLOR
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: lebest@bestkoeppel.com

Shawn Khorrami (CA SBN #14011)
KHORRAMI, POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
WILSON, GROCHOW, DRUKER & NOLET
233 Broadway, 5th Floor
New York, NY 10279
Telephone: (212) 608-4400
Facsimile: (212) 608-0746
e-mail: lwilson@wgdnlawl.com

2

        Lawrence D. Wiedemann (#13457)
        Karl Wiedemann (18502)
        WIEDEMANN AND WIEDEMANN
        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: 504-581-6180
        Facsimile: 504-581-4336
        e-mail: ldwiedeman@aol.com
        karlwied@bellsouth.net

        Patrick J. Sanders (18741)
        PATRICK J. SANDERS, LLC
        3316 Ridgelake Drive, Suite 100
        Metairie, Louisiana 70002
        Telephone: (504) 834-0646
        e-mail: pistols42@aol.com

        Richard T. Seymour (D.C. Bar #28100)
        LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.
        1150 Connecticut Avenue N,W" Suite 900
        Washington, D,C. 20036-4129
        Telephone: 202-862-4320
        Cell: 202-549-1454
        Facsimile: 800-805-1065 and 202-828-4130
        e-mail: rick@rickseyourlaw.net

        *Attorneys for Plaintiffs*

Dated: August 30, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document and of its attachment have been served upon counsel of record, by ECF upload, this 30th day of August, 2010.

/s/ _____
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document, the accompanying Memorandum and its attachments, the accompanying proposed form of Order, and the accompanying Notice, have been served upon counsel of record, by ECF upload, this 1st day of December, 2009.

/s/ _____
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,