UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO BARGE | * | SECTION "K" |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | *as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY* |
| *Benoit* | C.A. NO. 06-7516 | *as to claims of plaintiffs John Alford and Jerry Alford – ONLY* |

# ORGER GRANTING PLAINTIFFS' *EX PARTE* / CONSENT MOTION TO SUBSTITUTE CORRECTED FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR THE SET FILED AUGUST 27, 2010 (DOC. # 20019)

This matter comes before the Court on plaintiffs' Motion to Substitute their Corrected Findings of Fact and Conclusions of Law for the Findings of Fact and Conclusions of Law filed on August 27, 2010 (Doc. # 20019).

Upon consideration of the matter, and the response of defendants, it appears that the Motion is well-taken. It is therefore hereby

ORDERED, that the Motion be granted and that the proposed Corrected Findings of Fact and Conclusions of Law, Attachment 1 to the Motion, be filed by the Clerk as a substitute for plaintiffs' August 27, 2010 proposed Findings of Fact and Conclusions of Law (Doc. # 20019).

This the _____ day of _____, 2010, at New Orleans, Louisiana.

                                                _____
                                                STANWOOD R. DUVAL, JR.
                                                Senior Judge, U.S. District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF upload, this 30th day of August, 2010.

/s/ _____
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net