UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO BARGE | * | SECTION "K" |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | *as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY* |
| *Benoit* | C.A. NO. 06-7516 | *as to claims of plaintiffs John Alford and Jerry Alford – ONLY* |

# PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR *EX PARTE* / CONSENT MOTION TO SUBSTITUTE CORRECTED FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR THE SET FILED AUGUST 27, 2010 (DOC. # 20019)

Plaintiffs have filed their Motion to delete two references to exhibits that were excluded from evidence, and to correct the entries in the Table of Authorities.

The substance of the Corrected Findings of Fact and Conclusions of Law has not been changed, and defendant will suffer no prejudice from the substitution.

The changes made should assist the Court in evaluating plaintiff's positions, and simplify defendant's task in responding.

WHEREFORE, plaintiffs pray that their Motion be granted.  A proposed form of Order accompanies the Motion.

Respectfully submitted,

Brian A. Gilbert (21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
(Of Counsel to BEST KOEPPEL TRAYLOR)
2030 St. Charles A venue
New Orleans, Louisiana 70 l30
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com
bgilbert@bestkoeppel.com

Laurence E. Best (3012)
Peter S. Koeppel (1465)
BEST KOEPPEL TRAYLOR
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: lebest@bestkoeppel.com

Shawn Khorrami (CA SBN #14011)
KHORRAMI, POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
WILSON, GROCHOW, DRUKER & NOLET
233 Broadway, 5th Floor
New York, NY 10279
Telephone: (212) 608-4400
Facsimile: (212) 608-0746
e-mail: lwilson@wgdnlawl.com

>Lawrence D. Wiedemann (#13457)
>Karl Wiedemann (18502)
>WIEDEMANN AND WIEDEMANN
>821 Baronne Street
>New Orleans, Louisiana 70113
>Telephone: 504-581-6180
>Facsimile: 504-581-4336
>e-mail: ldwiedeman@aol.com
>karlwied@bellsouth.net
>
>Patrick J. Sanders (18741)
>PATRICK J. SANDERS, LLC
>3316 Ridgelake Drive, Suite 100
>Metairie, Louisiana 70002
>Telephone: (504) 834-0646
>e-mail: pistols42@aol.com
>
>Richard T. Seymour (D.C. Bar #28100)
>LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.
>1150 Connecticut Avenue N,W" Suite 900
>Washington, D,C. 20036-4129
>Telephone: 202-862-4320
>Cell: 202-549-1454
>Facsimile: 800-805-1065 and 202-828-4130
>e-mail: rick@rickseyourlaw.net
>
>*Attorneys for Plaintiffs*

Dated: August 30, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document have been served upon counsel of record, by ECF upload, this 30th day of August, 2010.

/s/
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net,

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by ECF upload, this 30th day of August, 2010.

/s/ _____
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    Voice: 202-862-4320
    Cell:   202-549-1454
    Facsimile:  800-805-1065 and 202-828-4130
    e-mail: rick@rickseymourlaw.net