UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182<br>and consolidated cases |
| **PERTAINS TO: BARGE** | |
| | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## LR 5.6 E CORPORATE DISCLOSURE STATEMENT OF LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

**NOW COMES** the Law Office of Brian A. Gilbert, P.L.C., through undersigned counsel, and discloses as per Exhibit A the status of the aforesaid corporation, and does affirm hereby that said corporation is wholly owned by Brian A. Gilbert.

Respectfully Submitted:

*/s/ Peter S. Koeppel*
**BEST KOEPPEL TRAYLOR**
Peter S. Koeppel (LSBA # 1465)
W. Scarth Clark (LSBA # 22993)
Jonathan H. Adams (LSBA # 29061)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
peterklaw@aol.com;
sclark@bestkoeppel.com;
jadams@bestkoeppel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Remark has been served on all counsel of record via ECF upload, this 31st day of August, 2010.

/s/ Peter S. Koeppel, Esq.