| Jay Dardenne | State of Louisiana | COMMERCIAL DIVISION |
|---|---|---|
| SECRETARY OF STATE | Secretary of State | (225) 925-4704 |

**Fax Numbers**
(225) 932-5317 (Admin. Services)
(225) 932-5314 (Corporations)
(225) 922-0452 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| LAW OFFICE OF BRIAN A. GILBERT, PROFESSIONAL LAW CORPORATION | Business Corporation | NEW ORLEANS | Active |

| | |
|---|---|
| Business: | LAW OFFICE OF BRIAN A. GILBERT, PROFESSIONAL LAW CORPORATION |
| Charter Number: | 35974800 D |
| Registration Date: | 7/8/2005 |
| State Of Origin: | |

**Domicile Address**
2030 ST CHARLES AVE
NEW ORLEANS, LA 70130

**Mailing Address**
C/O BRIAN A. GILBERT
2030 ST CHARLES AVE
NEW ORLEANS, LA 70130

## Status

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | In Good Standing |
| File Date: | 7/8/2005 |
| Last Report Filed: | 7/30/2010 |
| Type: | Business Corporation |

## Registered Agent(s)

| | |
|---|---|
| Agent: | BRIAN A. GILBERT |
| Address 1: | 2030 ST CHARLES AVE |
| City, State, Zip: | NEW ORLEANS, LA 70130 |
| Appointment Date: | 7/8/2005 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| Officer: | BRIAN A. GILBERT |
| Title: | Director |
| Address 1: | 2030 ST CHARLES AVE |
| City, State, Zip: | NEW ORLEANS, LA 70130 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Domicile, Agent Change or Resign of Agent | 1/26/2007 |

[Print]