UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

### ORDER

CONSIDERING THE FOREGOING MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM, and the Court finding the Motion good and sufficient,

IT IS HEREBY ORDERED that the Motion be GRANTED and that the Sur-Reply Memorandum be filed into the record of this proceeding.

New Orleans, this 31st day of August, 2010.

_____
HONORABLE JOSEPH C. WILKINSON
UNITED STATES MAGISTRATE JUDGE

1