**bgilbert**

**From:** Shawn Khorrami [SKhorrami@kpalawyers.com]
**Sent:** Thursday, August 28, 2008 11:04 AM
**To:** Barge Litigation
**Subject:** Re: [Fwd: FW: PLEASE READ AND RESPOND TO ME PROMPTLY]

We fundamentally differ on this issue -- it may seem unrealistic, but it definitely isn't wrong. What Weisler has done is as fraudulent as it gets. He's wrong. And his work is a fraud too. He could've produced the same work w/ $30k. That's why I suggested the conference call.

-----Original Message-----
From: "Brian A. Gilbert" <fishkat@cox.net>

Date: Thu, 28 Aug 2008 10:58:49
To: <BargeLitigation@KPAlawyers.com>; 'Mark Ravis'<mravis@kpalawyers.com>; Shawn Khorrami<skhorrami@KPAlawyers.com>
Subject: [Fwd: FW: PLEASE READ AND RESPOND TO ME PROMPTLY]

It is entirely unrealistic and fundamentally wrong to suggest or believe that we ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ we don't agree with his fees, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This has nothing to do with whether he is entitled to some fee. His fee must be reduced in plain view of the fact that the amount undermines his credibility and the fact that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Lafarge ▮▮▮▮▮▮▮▮▮▮. But either way, it is high time that we make some movement toward compromise because the merits of the case depend on it. I give more credence to this type of malpractice than I do obtaining expert results that ▮▮▮▮▮▮▮▮

CONFIDENTIALITY NOTICE:

This e-mail and any attachments contain information from the law firm of Khorrami, Pollard & Abir, LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.



Barge PSLC000016

1

**bgilbert**

**From:** Shawn Khorrami [SKhorrami@kpalawyers.com]
**Sent:** Tuesday, August 26, 2008 2:24 PM
**To:** Brian Gilbert
**Subject:** RE: Barge Cases (Memo Re Emotional Injury Claims)
**Attachments:** image001.jpg

First, we have to do everything we can to go w/o Weisler – there's no question about that. He's not a zero – he's a negative. He will single-handedly result in the denial of cert – hence the malpractice issue.

Second, we don't have to present experts of a class we're NOT certifying – to the extent we need to in order to support what we ARE certifying, that's fine. Where we may be disagreeing is just how bad Weisler is.

**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
**Sent:** Tuesday, August 26, 2008 11:50 AM
**To:** Shawn Khorrami
**Subject:** RE: Barge Cases (Memo Re Emotional Injury Claims)



OK, I've read Matt's memo. I think that [redacted]

**From:** Shawn Khorrami [mailto:SKhorrami@kpalawyers.com]
**Sent:** Tuesday, August 26, 2008 12:18 PM
**To:** Brian Gilbert
**Subject:** RE: Barge Cases (Memo Re Emotional Injury Claims)

1

Barge PSLC000119

I'm not saying that we change psych experts – I'm saying that we're trying to do it w/o psych experts. ~~[redacted]~~ had nothing to do w/ this bastard running up a $300,000 bill for work that's not worth $30K.

Further, as I've stated, I believe that ~~[redacted]~~ and we have to discuss how my firm will be protected – we didn't hire any of these experts and we didn't direct any of their work. ~~[redacted]~~

We can have a conference call to discuss.

---

**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
**Sent:** Tuesday, August 26, 2008 10:11 AM
**To:** Shawn Khorrami
**Subject:** RE: Barge Cases (Memo Re Emotional Injury Claims)

We CANNOT now bring a new emotional damages expert in. The deadlines have lapsed, etc...etc...I don't need to explain this. As outrageous as it is, we all negotiate and pay his bill. ~~[redacted]~~

---

**From:** Shawn Khorrami [mailto:SKhorrami@kpalawyers.com]
**Sent:** Tuesday, August 26, 2008 12:00 PM
**To:** Brian Gilbert
**Subject:** RE: Barge Cases (Memo Re Emotional Injury Claims)

I'm not certain we're presenting either of these bozos. Further, who's negotiating and paying their bills?

---

**From:** Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com]
**Sent:** Tuesday, August 26, 2008 9:41 AM
**To:** Shawn Khorrami
**Subject:** RE: Barge Cases (Memo Re Emotional Injury Claims)

OK, people, putting theory into practice, we need to give LNA date's for Weisler's depo (unless we switch to Townsend – who contributed but did not author the report), and some allowance for Weisler's fee needs to be made. He needs to be made to understand, however, that the amount of his fee jeopardizes his own creditability.

---

**From:** Shawn Khorrami [mailto:SKhorrami@kpalawyers.com]
**Sent:** Tuesday, August 26, 2008 9:01 AM
**To:** Barge Litigation
**Subject:** RE: Barge Cases (Memo Re Emotional Injury Claims)

I think we're all on the same page – or at least the folks who have chimed in. I think we all agree that ~~[redacted]~~ (2) there are some solutions on how to deal w/ most of the claims. I also think that for those of us who didn't live through it, we should take some time to develop a feel for how catastrophic and depressing Katrina actually was . . . and