## Andrew Wilson

| | |
|---|---|
| **From:** | Robert Reine [rdr@lcba-law.com] |
| **Sent:** | Monday, February 15, 2010 10:52 AM |
| **To:** | Andrew Wilson |
| **Subject:** | RE: Rule 56 stay memorandum in support final |

On a side note, I appreciate your responsiveness and willingness to work with us on this matter.

Robert

-----Original Message-----
From: andrew wilson [mailto:ANDREWW@spsr-law.com]
Sent: Monday, February 15, 2010 10:49 AM
To: Robert Reine
Subject: RE: Rule 56 stay memorandum in support final

Deal.

                              Andrew C. Wilson
                              Direct Line 504-569-2928
                              Cell 504-615-8834
>>> "Robert Reine" <rdr@lcba-law.com> 02/15/10 10:46 AM >>>
I will make those changes.  I am still waiting on some emails from my clients but I have a
couple CD-ROMs that I can send to you by Wednesday (will be leaving the office early today
and not back till then).  Also, call me when you get back in town next week and we will go
over the protective order.

Robert

-----Original Message-----
From: andrew wilson [mailto:ANDREWW@spsr-law.com]
Sent: Monday, February 15, 2010 10:44 AM
To: Robert Reine
Subject: Re: Rule 56 stay memorandum in support final
Importance: High

** High Priority **

1. Under Facts, end of second full paragraph, last sentence should read:
"The individual Defendants filed a Motion to Dismiss the claims against them individually, as
opposed to those against their respective law firms." Otherwise it doesn't make sense.

2. Under Argument, the last three lines should be two sentences:

"...Order to be issued in connection with a status conference to be scheduled by the Court.
Additionally, the parties seek to extend the date for the submission of the Motion for
decision to comport with the Court's usual deadline for submission of motions for decision.

3. Capitalize "Court" throughout.

4. I will be out of town starting tomorrow though next Monday but available by cellphone if
there are problems.

5. Where are we on the Protective Order ?

1

B 1