UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION                 NUMBER:  05-4182 "K"(2)
                                        JUDGE DUVAL
                                        MAG. WILKINSON

PERTAINS TO:  *Entergy*
(No. 10-0077)


## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C., which in accordance with Local Rule 83.2.12, request that this Court enroll Nina Wessel English (La. State Bar No. 29176) of the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P. as additional counsel of record.  In support of this motion, movants represent that Nina Wessel English is a member in good standing of the Louisiana Bar, admitted to practice before this Court, and will assist in the representation of Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C.

WHEREFORE, for the foregoing reasons, Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C.  request that Nina Wessel English be enrolled as additional counsel of record.

Respectfully submitted on September 2, 2010 by:

Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
Brian L. Guillot (La. Bar No. 31759)
Gordon, Arata, McCollam,
 Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111

Fax: (504) 582-1121

By: /s/Brian L. Guillot

Attorneys for Plaintiffs, **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served by ECF on September 2, 2010.

By: /s/Brian L. Guillot
BRIAN L. GUILLOT