MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 2, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Acevedo I, 07-5199<br>    (Paynes v. Standard Fire, 09-1119 "S") | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to my previous order, Record Doc. No. 20007, a conference was scheduled in this matter on this date. John Conry, representing plaintiffs, failed to appear. Jason Franco, representing defendant, Standard Fire, appeared in person. A separate order pursuant to Local Rule 83.2.9E will be issued.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 07

**CLERK TO NOTIFY:**

**JOHN D. CONRY**
**CONRY & ASSOCIATES**
**1100 CLEARVIEW PKWY.**
**METAIRIE, LA 70001**
**504-324-2387; Fax: 504-754-7556**
**Email: jconry@conrylaw.com**

**AND**

**JASON P. FRANCO**
**LUGENBUHL, WHEATON,**
**PECK, RANKIN & HUBBARD**
**601 POYDRAS ST., SUITE 2775**
**NEW ORLEANS, LA 70130**
**504-568-1990**
**Email: jfranco@lawla.com**