UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Entergy*<br>(No. 10-0077) | |

**PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT ON DISCRETIONARY FUNCTION EXCEPTION**

**Plaintiffs, Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C. (the "Entergy Companies") and Hartford Steam Boiler Inspection and Insurance Company ("Hartford")(collectively "Plaintiffs"),** pursuant to Federal Rule of Civil Procedure 56, jointly submit this Motion for Summary Judgment on the Discretionary Function Exception ("DFE") to the Federal Tort Claims Act ("FTCA").[1]  The grounds for this Motion are more fully set forth in the accompanying memorandum of law.

WHEREFORE, for these reasons and the reasons more fully set forth in Plaintiffs memorandum of law, Plaintiffs pray that this Court grant their Motion for Partial Summary Judgment.

---

[1]   28 U.S.C. § 2680(a).

Respectfully submitted on September __3__, 2010,

Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
Nina Wessel English (La. Bar No. 29176).
Brian L. Guillot (La. Bar No. 31759).
Gordon, Arata, McCollam,
 Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121

By: _____/s/Brian L. Guillot_____

and

Marcus V. Brown (La. Bar No. 18817)
Wendy Hickok Robinson (La. Bar No. 25225)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765

Attorneys for Plaintiffs, **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,**

and

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
Kea Sherman, Esq (La. Bar No. 30299)
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

Attorneys for Hartford Steam Boiler Inspection and Insurance Company

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served by ECF on September __3__, 2010.

By: <u>     /s/Brian L. Guillot         </u>
BRIAN L. GUILLOT