UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NUMBER:  05-4182 "K"(2)
JUDGE DUVAL
MAG. WILKINSON

PERTAINS TO:  *Entergy*
(No. 10-0077)

## PLAINTIFFS' NOTICE OF MANUAL ATTACHMENT

**Plaintiffs, Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C. (the "Entergy Companies") and Hartford Steam Boiler Inspection and Insurance Company ("Hartford")(collectively "Plaintiffs"),** respectfully request that this Court take notice that a disc containing the exhibits cited by Plaintiffs in their Statement of Undisputed Facts in Support of Plaintiffs' Motion for Partial Summary Judgment for Discretionary Function Exception and in Opposition to Defendant United States' Motion to Dismiss or Alternative Motion for Summary Judgment is on file with the Clerk of Court for the United States District Court for the Eastern District of Louisiana, 500 Camp St., New Orleans, Louisiana.  The contents of the disc are identified in the attached Exhibit A; and have been supplied to the Plaintiffs' Liaison Counsel and counsel for Defendant United States.

.

Respectfully submitted on September __3__, 2010,

Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
Nina Wessel English (La. Bar No. 29176).
Brian L. Guillot (La. Bar No. 31759).
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121


By:_____/s/Brian L. Guillot_____

and

Marcus V. Brown (La. Bar No. 18817)
Wendy Hickok Robinson (La. Bar No. 25225)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765


Attorneys for Plaintiffs, **Entergy New Orleans, Inc.,
Entergy Louisiana, L.L.C.,**

and

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
Kea Sherman, Esq (La. Bar No. 30299)
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022


Attorneys for Hartford Steam Boiler Inspection and
Insurance Company

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served by ECF on September __3__, 2010.

By:_____/s/Brian L. Guillot_____
BRIAN L. GUILLOT