# NOTICE OF MANUAL ATTACHMENT
# EXHIBIT A

| Exhibit No. | Description |
|---|---|
| 1 | Independent Levee Investigation Team ("ILIT") (2006): *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005,* Final Report to the National Science Foundation (July 31, 2006). |
| 2 | MRGO New Lock and Connecting Channels Evaluation Report: Main Report and Environmental Impact Statement, Vols 1-9. (March 1997). |
| 3 | Lake Pontchartrain and Vicinity, La. and Vicinity Chalmette Area Plan, Design Memoranda Number 3 General Design (GDM3) (November 1966). |
| 4 | Lake Pontchartrain and Vicinity, La and Vicinity Chalmette Area Plan, Design Memoranda Number 2 General Design (GDM2) General Advanced Supplement IHNC West Levee Florida Ave to IHNC Lock (March 1967). |
| 5 | Deposition Transcript of John Manguno, COE, Chief of the Economic Branch, NOD (July 2008). |
| 6 | Record of Decision, Mississippi River-Gulf Outlet New Lock and Connecting Channels, Louisiana (December 1998). |
| 7 | Task Order 26 to TERC (December 1999). |
| 8 | Draft Work Plan: Excavation of Concrete, Anchor Foundation Blocks and Steel Forms IHNC EBIA Area (August 2001). |
| 9 | Cofferdam Installation and Concrete Foundations Removal Final Work Plan (December 2001). |
| 10 | Lift Station Removal Plan for Saucer (October 2001). |
| 11 | Design and Construction of Levees, EM 1110-2-1913 (1978). |
| 12 | Recommendation Report for Demolition and Site Preparation Activities of the EBIA of the IHNC Lock Replacement Project (December 1999). |
| 13 | Project Work Plan, Project Site Development and Remedial Action of EBIA IHNC Lock Replacement Project (October 2001). |
| 14 | Confined Disposal of Dredged Materials Engineering Manual, EM 1110-2-5027 (September 1987). |
| 15 | Memo to: C/Engineering Division; ATTN: CEMVN-ED-F- James Miles Jr. Chief Construction Division CEMVN-CD-QM 15-Apr-02 Re: IHNC Lock **Replacement** Project, Total Environmental Restoration Contract (TERC) for Remedial Action of East Bank Industrial Area (EBIA) Task Order 0026, New Orleans (May 02). |
| 16 | Deposition Transcript of John Grieshaber (June 2008). |