UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Entergy*<br>(No. 10-0077) | |

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel,

IT IS ORDERED that Nina Wessel English of the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P., be enrolled as additional counsel of record for Plaintiffs Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C..

New Orleans, Louisiana, this __3rd__ day of September, 2010.

_____
J U D G E