UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER:  05-4182 "K"(2) JUDGE Duval MAG. Wilkinson |
| PERTAINS TO:   MRGO <br> *Armstrong*, No. 10-866 | |

### MRGO PLAINTIFFS' NOTICE OF MANUAL ATTACHMENT

Pursuant to the United States District Court, Eastern District of Louisiana's Unique

Procedures and Practices for Electronic Filing, all exhibits submitted in support of Plaintiffs'

Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment will

be manually submitted, due to size limitations, to the Clerk of Court and counsel for the United

States.  The contents of the attached disc are indentified in the attached Exhibit A.

Dated:  September 3, 2010

**Respectfully Submitted,**
**PLAINTIFFS LIAISON COUNSEL**

_____/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION**
**COMMITTEE**

_____/s/ James Parkerson Roy
JAMES PARKERSON ROY

1

MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION
COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on September 3, 2010.

<u>/s/ Joseph M. Bruno</u>