Exhibit A
Armstrong Exhibit List

| PLTF EXHIBIT N0. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Independent Levee Investigation Team (ILIT) (2006), Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report to the National Science Foundation. (Part II, Chapter 4, Section 4.3 pp 4-6 through 4-8) |
| 2 | 1997 EIS (Nine Volumes) |
| 3 | GDM No. 3 (November 1966) & Appendix A |
| 4 | GDM No.2 General Advanced Supplement IHNC West Levee Florida Ave to IHNC Lock March 1967 including Appendix 1 Correspondence Letter 7-Oct-1965 |
| 5 | John Manguno, COE, Chief of the Economic Branch, NOD, 7/24/08 (Robinson) p81 ln 20-25, 82 lns 1-8 |
| 6 | Record of Decision, Mississippi River-Gulf Outlet NEW Lock and Connecting Channels, Louisiana |
| 7 | TERC |
| 8 | Draft Work Plan Excavation of Concrete, Anchor Foundation Blocks and Steel Forms IHNC EBIA Area |
| 9 | Cofferdam Installation and Concrete Foundations Removal Final Work Plan |
| 10 | Lift Station Removal Plan for Saucer |
| 11 | EM 1110-2-1913 (1978) Design and Construction of Levees at page 6-6 minimum acceptable factor of safety. |
| 12 | Recommendation Report for Demolition and Site Preparation Activities of the EBIA of the IHNC Lock Replacement Project |
| 13 | Project Work Plan, |
| 14 | EM 1110-2-5027 Confined Disposal of Dredged Materials Engineering Manual |
| 15 | Memo to: C/Engineering Division; ATTN: CEMVN-ED-F- James Miles Jr. Chief Construction Division CEMVN-CD-QM 15-Apr-02 Re: IHNC Lock Replacement Project, Total Environmental Restoration Contract (TERC) for Remedial Action of East Bank Industrial Area (EBIA) Task Order 0026, New Orleans |
| 16 | Grieshaber vol I |
| 17 | Bea, Techinical Report V (January 2009) Robinson, et al .v USA |
| 18 | Bea, Techinical Report IV (July 11, 2008) Robinson, et al .v USA |
| 19 | IPET vol. V @ pp 68-69 |
| 20 | EM 1110-2-2502 |
| 21 | EM 1110-2-1901 |
| 22 | EM 1110-2-2504 |