## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  ALL BARGE | * | and consolidated cases |
| | * | |
| AND | * | SECTION "K" (2) |
| | * | |
| WEISLER V. SEYMOUR, ET AL | * | |
| NO.  09-2737 | * | JUDGE |
| | * | STANWOOD R. DUVAL,  JR. |
| | * | |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON,  JR. |

* * * * * * * * * * * * * * * * * * * * * * * * *

## <u>NOTICE IN ACCORD WITH CASE MANAGEMENT ORDERS NOS 4 and 7, AND FED. R. CIV. P. 26(b)5(B)</u>

To:    Richard M. Weisler, M.D.
       Through his attorney of record/and
       Andrew C. Wilson
       Simon, Peragine, Smith & Redfearn
       30th Floor - Entergy Centre
       1100 Poydras Street
       New Orleans, Louisiana  70163

       And

       All other Parties and their Counsel of Record, *specifically including but not limited to Lafarge North America, Inc.*

**YOU  ARE  HEREBY  NOTIFIED** in accord with Case Management Order No. 4, Section C(3)(e), and Case Management Order No. 7, by incorporation of Case Management Order No. 4, of the inadvertent production to Richard Weisler, M.D. and/through his attorneys of record of privileged materials within those produced as Fed. R. Civ. P. 26 initial disclosures.

As per the provisions of Case Management Orders Nos. 4 and 7:

> "[a]ny party that received the privileged document inadvertently produced is to immediately destroy the document received and all copies thereof, unless it received the original, in which case it shall return the original to the producing party. No use whatsoever may be made of an inadvertently produced privileged image or information contained therein until such time as the producing party withdraws the claim of privilege or the Court determines on motion, that the document is not privileged. Any party seeking to contest the assertion of privilege as to inadvertently produced documents must request in camera review of the document(s) in question by filing a motion that does not disclose the content of the document(s) over which the producing party has asserted privilege."

As per the provisions of Fed. R. Civ. P. 26(b)(5)(B):

> "[i]f information produced in discovery is subject to a claim of privilege or of protection as trialpreparation material, the party making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The producing party must preserve the information until the claim is resolved."

Any and all materials contained in the Weisler Defendants' Rule 26 initial disclosures are subject of this notice. Said materials contain information subject to joint defense privilege in the *Weisler v. Seymour* matter, and in both the *Weisler* and Barge matters, privileges against disclosure of attorney work product and mental impressions, information subject to attorney-client privilege, and protected health information. You are hereby instructed to return to the undersigned all hard copies of said materials, and to irrevocably destroy any magnetic or electronic versions of said materials. Said materials will be will be replaced by October 18, 2010 with appropriate deletions and or omissions as per Fed. R. Civ. P. 26 (b)(5)(A), and/or subject to any orders of the Court.

This 5th day of September, 2010.

Respectfully submitted,

*/s/Brian A. Gilbert*
Brian A. Gilbert (21297)

**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
(Of Counsel to **BEST KOEPPEL TRAYLOR**)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com,
 bgilbert@bestkoeppel.com

*/s/Shawn Khorrami*
Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER & NOLET**
233 Broadway, 5th Floor
New York, NY  10279
Telephone:  (212) 608-4400
Facsimile:  (212) 608-0746
e-mail:  lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN AND WIEDEMANN**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180
Facsimile: 504-581-4336
e-mail: ldwiedeman@aol.com
karlwied@bellsouth.net

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
**LAW OFFICE OF RICHARD T. SEYMOUR,
P.L.L.C.**

1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Telephone: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseyourlaw.net

Laurence E. Best (3012)
Peter S. Koeppel (1465)
**BEST KOEPPEL TRAYLOR**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: lebest@bestkoeppel.com
peterklaw@aol.com

*Attorneys for the Barge Plaintiffs, and*

**BEST, KOEPPEL & TRAYLOR**

*/s/ Peter S. Koeppel*
Peter S. Koeppel (LSBA # 1465)
W. Scarth Clark (LSBA # 22993)
Jonathan H. Adams (LSBA # 29061)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
peterklaw@aol.com
sclark@bestkoeppel.com
jadams@bestkoeppel.com

*Attorneys for Weisler Defendants Gilbert and Wilson*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF upload, this 5th day of September, 2010.

*\s\Brian A. Gilbert*