## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION  PERTAINS TO:  *Alexander,* Civil Action 07-4538 | * * * * * * | CIVIL ACTION NO. 05-4182  SECTION K  MAGISTRATE 2 |

### MOTION FOR LEAVE TO FILE OPPOSITION MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Robert Wayman, who respectfully submits the instant Motion for Leave to File Opposition Memorandum and who prays that after considering the foregoing, this Honorable Court will grant same and allow the filing of Plaintiff's Memorandum in Opposition to Defendant's Motion to Enforce Settlement Agreement.

1.

Plaintiff and Defendants agreed to a resolution in this matter some time ago.

2.

For a period of time, Plaintiff had several issues irrelevant to the instant motion before the Court which resulted in his refusal to execute the settlement documents in this matter.

3.

Eventually, undersigned counsel was able to resolve the issues raised by Plaintiff and on or about September 7, 2010, undersigned counsel forwarded a properly executed release to Defendants, rendering Defendant's Motion to Enforce Settlement Agreement moot.

4.

Because Defendant has indicated that it intends to move forward with the Motion to Enforce Settlement Agreement, Plaintiff would like to now oppose said motion, which previously was unopposed.

5.

In light of the above, Plaintiff prays that this Honorable Court will grant leave and consider the attached Memorandum in Opposition to Motion to Enforce Settlement Agreement.

**WHEREFORE,** Plaintiff prays that after considering the foregoing, this Honorable Court will grant the instant motion and consider Plaintiff's Memorandum in Opposition to Defendant's Motion to Enforce Settlement Agreement.

**RESPECTFULLY SUBMITTED,**

/s/ Kevin P. Klibert
**Becnel Law Firm, L.L.C.**
**Daniel E. Becnel, Jr. (La. 2926)**
**Kevin P. Klibert (La. 26954)**
**106 W. 7th Street, P.O. Drawer H**
**Reserve, LA  70068**
**(985) 536-1186**
**(985) 536-6445 (facsimile)**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon Defendant via CM/ECF on this 9th day of September, 2010.

/s/ Kevin P. Klibert
KEVIN P. KLIBERT