# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION  PERTAINS TO:  *Alexander,* Civil Action 07-4538 | * * * * * * | CIVIL ACTION NO. 05-4182  SECTION K  MAGISTRATE 2 |
|---|---|---|

## ORDER

After considering Plaintiff Carlos Gomez's Motion for Leave to File Memorandum in Opposition to Defendant's Motion to Enforce Settlement Agreement,

**IT IS HEREBY ORDERED, AJUDGED AND DECREED** that Plaintiff Carlos Gomez's Motion for Leave to File Memorandum in Opposition to Defendant's Motion to Enforce Settlement Agreement is **GRANTED.**

**SO ORDERED, IN NEW ORLEANS, LOUISIANA** this \_\_\_\_ day of September, 2010.

**JUDGE STANWOOD DUVAL, JR.**