**2:07-cv-05317-SRD-JCW** Abundance Square Associates, LP v. United States of America et al
Stanwood R. Duval, Jr, presiding
Joseph C. Wilkinson, Jr, referral
**Date filed:** 09/04/2007
**Date of last filing:** 04/07/2010



EXHIBIT 1

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 09/04/2007  *Entered:* 09/07/2007 | Complaint |
| | *Docket Text:* COMPLAINT against Sewerage & Water Board of New Orleans, St. Paul Fire & Marine Insurance Co., National Union Fire Insurance Company of Pittsburgh, Board of Commissioners of the Port of New Orleans, CSX Corporation, CSX Transportation, Inc., Public Belt Railroad Commission for the City of New Orleans, United States of America, Board of Commissioners of the Orleans Levee District, Board of Commissioners of the East Jefferson Levee District (Filing fee $ 350.) filed by Abundance Square Associates, LP. (Attachments: # (1) Civil Cover Sheet)(rll, ) | |
| 2 | *Filed:* 09/04/2007  *Entered:* 09/07/2007 | Summons Issued |
| | *Docket Text:* Summons Issued as to Sewerage & Water Board of New Orleans, St. Paul Fire & Marine Insurance Co., National Union Fire Insurance Company of Pittsburgh, Board of Commissioners of the Port of New Orleans, CSX Corporation, CSX Transportation, Inc., Public Belt Railroad Commission for the City of New Orleans, United States of America, Board of Commissioners of the Orleans Levee District, Board of Commissioners of the East Jefferson Levee District. (rll, ) | |
| 3 | *Filed & Entered:* 09/14/2007 | Order |
| | *Docket Text:* CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 2, Case Management Order No. 3 and Case Management Order No. 4. Counsel to Comply with Case Management Orders. Signed by Judge Stanwood R. Duval Jr. on 10/20/06. (Attachments: # (1) Case Management Order No. 3# (2) Case Management Order No. 4)(blg) | |
| 4 | *Filed:* 01/17/2008  *Entered:* 01/28/2009 | Order Staying Case |
| | *Docket Text:* ORDER AND REASONS granting Motion to Stay (doc #9057 in master case). No further motion practice shall occur in any other matter concerning FTCA or AEA claims against the United States until the stay is lifted upon the resolution of the immunity issues inherent therein as proceeding under the CMO No. 4 in the Master Complaints, Barge and Robinson. The United States shall provide the Court with a specific list of the cases and case numbers of these matters. Signed by Judge Stanwood R. Duval, Jr on 1/17/08. (Original filed in master case 05-4182, doc #10620)(blg) | |
| 5 | *Filed:* 01/22/2008  *Entered:* 01/28/2009 | Order |
| | *Docket Text:* AMENDED ORDER re [4] Order Staying Case. Signed by Judge Stanwood R. Duval, Jr on 1/22/08. (Original filed in master case 05-4182, doc #10723)(blg) | |
| 6 | *Filed:* 01/31/2008  *Entered:* 01/28/2009 | Notice (Other) |
| | *Docket Text:* NOTICE of Case List by United States of America re [5] Amended Order, [4] Order Staying Case. (Original filed in master case 05-4182, doc #11001)(blg) | |
| | *Filed:* | 12/19/2008 | Order |

| | | | |
|---|---|---|---|
| 7 | *Entered:* | | 01/28/2009 |
| | *Docket Text:* ORDER confirming Stay of Certain Claims - All claims asserted against the Orleans Levee District, Board of Commissioners, Orleans Levee District, East Jefferson Levee District, Board of Commissioners, East Jefferson Levee District, Lake Borgne Basin Levee District, Board of Commissioners, Lake Borgne Basin Levee District, and St. Paul Fire & Marine Insurance Company ("Stayed Defendants") in the Federal Pending Actions are stayed (including discovery). All parties are enjoined from pursuing any claims asserted in the Federal Pending Actions (including discovery) against said Stayed Defendants absent further order of this Court. No finding, judgment, adjudication or verdict rendered in the Federal Pending Actions after December 15,2008, shall be binding or have any precedential effect on the Stayed Defendants. Signed by Judge Stanwood R. Duval, Jr on 12/19/08. (Attachments: # (1) Appendix to Stay of Certain Claims and Actions) (Original filed in master case 05-4182, doc #16811)(blg) | | |
| 8 | *Filed:* *Entered:* | 12/19/2008 01/28/2009 | Order Staying Case |
| | *Docket Text:* ORDER of Preliminary Certification of a Settlement Class, Preliminary Approval of Proposed Settlement and Stay of Certain Claims and Actions (Original filed in master case 05-4182, doc #16721). Signed by Judge Stanwood R. Duval, Jr on 12/15/08.(blg) | | |
| 9 | *Filed:* *Entered:* | 01/26/2009 03/06/2009 | Order |
| | *Docket Text:* ORDER Granting Motion to Dismiss Case as to CSX Transportation, Inc. (Motion originally filed in Master Case 05-4182 as rec. doc. no. 10690.) Signed by Judge Stanwood R. Duval, Jr.(ijg, ) | | |
| 10 | *Filed:* *Entered:* | 12/22/2009 01/12/2010 | Order |
| | *Docket Text:* ORDER granting Motion to Dismiss (filed in master case, doc #10696). CSX Corporation terminated. Signed by Judge Stanwood R. Duval, Jr. on 12/22/2009. (Order originally filed in master case 05-4182, doc #19511).(ijg, ) | | |
| 11 | *Filed:* *Entered:* | 01/11/2010 04/29/2010 | Order |
| | *Docket Text:* ORDERED that any and all claims against National Union Fire Insurance Company raised by all plaintiffs in any of the lawsuits who case numbers are identified in document are hereby dismissed with full prejudice, each party to bear its own costs. Signed by Judge Stanwood R. Duval, Jr on 1/11/2010. (**Originally filed in master case 05-4182, doc #19560) (blg) | | |
| 12 | *Filed:* *Entered:* | 04/07/2010 04/29/2010 | Judgment - Rule 54(b) |
| | *Docket Text:* JUDGMENT under Rule 54(b) - ORDERED, ADJUDGED AND DECREED that judgment herein in favor of National Union and against the plaintiffs of the matters as stated on document, is expressly declared a final judgment and National Union is hereby dismissed from the above-captioned matters with full prejudice National Union Fire Insurance Company of Pittsburgh, PA terminated. Signed by Judge Stanwood R. Duval, Jr on 4/7/2010. (**Originally filed in master case 05-4182, doc #19713) (blg) | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/08/2010 17:01:24 | | | |
| PACER Login: | bb0421 | Client Code: | 202155 mrgo |
| Description: | History/Documents | Search Criteria: | 2:07-cv-05317-SRD-JCW |
| Billable | | | |

| Pages: | 2 | Cost: | 0.16 |
|---|---|---|---|