UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION          * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: LEVEE                     * | | MAG. WILKINSON |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes the Levee Plaintiffs' Subgroup Litigation Committee ("PSLC"), and requests leave to file their Reply Memorandum.

As more fully set forth in the attached Memorandum in Support, the defendant United States of America raised issues in their opposition to the PSLC's Motion to Certify as Final Judgment that were not addressed in the PSLC's Motion. To explicate these issues, the PSLC has prepared a Reply Memorandum.

**WHEREFORE**, the Levee Plaintiffs' Subgroup Litigation Committee prays that this Court grant the Levee Plaintiffs' Subgroup Litigation Committee's Motion to Leave, thereby allowing the filing of the Reply Memorandum.

Respectfully submitted,

By:   PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 14th day of September, 2010.

/s/   Joseph M. Bruno

**JOSEPH M. BRUNO**