UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: LEVEE * | | MAG. WILKINSON |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

**NOW INTO COURT,** through undersigned counsel, comes the Levee Plaintiffs' Subgroup Litigation Committee, who request leave to file their Reply Memorandum, for the following reasons:

I.

In January 2008, the court issued its Order and Reasons granting the United States's Motion to Dismiss with respect to Counts I-III and VI-VII of the Superseding Master Consolidated Class Action Complaint.

II.

In its effort to seek appellate review of this matter while matters are still outstanding before the Court, the Levee PSLC is mandated by the Rules of Appellate Procedure to obtain a judgment certifying as final this judgment.

**III.**

In opposing the PSLC's Motion to Certify as Final Judgment, the defendant misinterpreted the procedural history of the litigation to date.   Thus, the issues are clarified in the PSLC's Reply Memorandum.

**IV.**

The Court should grant leave as it will invoke no prejudice to the defendant.  The filing of the Reply Memorandum expands the explanation of the Plaintiffs' position presupposed in the Motion to Certify as Final Judgment.

**WHEREFORE**, the Levee Plaintiffs' Subgroup Litigation Committee prays that this Court grant the Motion to Leave, thereby allowing the filing of the Reply Memorandum.

Respectfully submitted,

By:    PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 14th day of September, 2010.

/s/   Joseph M. Bruno

**JOSEPH M. BRUNO**