UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: LEVEE * | | MAG. WILKINSON |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion, and for good cause shown:

**IT IS ORDERED** that the Levee Plaintiffs' Subgroup Litigation Committee's Motion for Leave to File Reply Brief be **GRANTED**, and the Reply Memorandum be filed into the record.

New Orleans, LA, this   15th   day of September  , 2010.

_____
Stanwood R. Duval, Jr.
United States District Judge