UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>Abadie  06-5164<br>Abadie  07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

At the request of plaintiffs' counsel and having been advised that counsel for Louisiana Citizens agrees, **IT IS ORDERED** that the follow-up conference previously set in the referenced matter before me on September 16, 2010, is hereby RESET on **October 12, 2010 at 3:00 p.m.**  The purpose of the conference is to follow up on the various post-settlement administrative issues related to claims asserted by certain Abadie plaintiffs against Louisiana Citizens previously addressed by the court.

New Orleans, Louisiana, this ____15th____ day of September, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**