UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: *Entergy* (No. 10-0077) | |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C. ("Entergy Companies") and Hartford Steam Boiler Inspection and Insurance Company ("Hartford") (collectively "Plaintiffs') and in accordance with Local Rule 78.1E, respectfully request oral argument on Plaintiffs' Motion for Partial Summary Judgment on Discretionary Function Exception (Doc. No. 20033), and Defendant United States' Motion to Dismiss, or in the Alternative for Summary Judgment (Doc. No. 19993), and Plaintiffs' Opposition thereto (Doc. No. 20033-1).

Plaintiffs did not file a Request for Oral Argument contemporaneously with their Motion for Partial Summary Judgment, or Opposition to United States' Motion to Dismiss, or Alternative Motion for Summary Judgment, believing that this Court's Order of

1

6/03/10 (Doc. No. 19847) contemplated that oral argument on the motions would be held on October 13, 2010, at 1:30 p.m.  In an abundance of caution, and in accordance with Local Rule 78.1E, Plaintiffs respectfully request oral argument, as oral argument will assist the Court in resolving the issues raised by Plaintiffs and Defendant in their respective motions.

WHEREFORE, Plaintiffs Entergy Companies and Hartford respectfully request oral argument on Plaintiffs' Motion for Partial Summary Judgment on Discretionary Function Exception and Defendant United States' Motion to Dismiss, or in the Alternative for Summary Judgment, to be held on October 13, 2010, at 1:30 p.m.

Respectfully submitted on September 16, 2010 by:

Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
Nina Wessel English (La. Bar. No. 29176)
Brian L. Guillot (La. Bar No. 31759)
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121

By: /s/ Nina Wessel English

Attorneys for Plaintiffs, **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,**

and

Marcus V. Brown (La. Bar No. 18817)
Wendy Hickok Robinson (La. Bar. No. 25225)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765

Attorneys for Plaintiffs, **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,**

and

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
Kea Sherman, Esq (La. Bar No. 30299)
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

Attorneys for Hartford Steam Boiler Inspection and Insurance Company

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Request for Oral Argument was served by ECF on September 16, 2010.

By: /s/ Nina Wessel English
      Nina Wessel English