UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERICA AND DANIEL ROSS, et al. | CIVIL ACTION NO. 09-2613 |
| VERSUS | JUDGE STANWOOD R. DUVAL, JR. |
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, et al. | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## VOLUNTARY MOTION TO DISMISS CERTAIN UNDERWRITERS AT LLOYDS LONDON

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Erica and Daniel Ross ("Plaintiffs"), and respectfully move this Honorable Court for a final order voluntarily dismissing all claims and demands of the plaintiffs, Erica and Daniel Ross against defendants, Those Certain Underwriters at Lloyd's, London Subscribing to Policy No. 1904-79681 (erroneously referred to as Underwriters at Lloyd's of London hereinafter "Underwriters") with prejudice and with each party to bear its own costs and attorney's fees.

**WHEREFORE**, plaintiffs, Erica and Daniel Ross, pray that this Honorable Court will grant this instant Motion dismissing this matter with prejudice with each party to bear their own costs.

PD.4026970.1

1

Respectfully submitted

BY: _____
Mr. Jim S. Hall (Bar #21644)
Mr. Joseph Rausch (Bar #11394)
**Jim S. Hall & Associates, LLC**
800 N. Causeway Blvd.
Metairie, LA 70001
Telephone: (504) 832-3000
Email:   jim@jimshall.com
         joe@jimshall.com

**COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I do hereby certify that on September __, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

_____