# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
|---|---|---|
| PERTAINS TO: | * * | SECTION K |
| *Alexander,* Civil Action 07-4538 | * * | MAGISTRATE 2 |

## ORDER

After considering Plaintiff Robert Wayman's Motion for Leave to File Memorandum in Opposition to Defendant's Motion to Enforce Settlement Agreement,

**IT IS HEREBY ORDERED, AJUDGED AND DECREED** that Plaintiff Robert Wayman's Motion for Leave to File Memorandum in Opposition to Defendant's Motion to Enforce Settlement Agreement is **GRANTED.**

**SO ORDERED, IN NEW ORLEANS, LOUISIANA** this 21st day of September, 2010.

_____

**JUDGE STANWOOD DUVAL, JR.**