UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:    SECTION "K"(2)
INSURANCE
Alexander, C.A. No. 07-4538
(pertains only to claims of Carlos Gomez,
Ronald Schurr, and Robert Wayman )

ORDER

Before the Court are a Motion to Enforce Settlement with respect to plaintiff Carlos Gomez (Doc. 19744), a Motion to Enforce Settlement with respect to plaintiff Ronald Schurr (Doc. 19747), and a Motion to Enforce Settlement with respect to plaintiff Robert Wayman (Doc. 19752).  Having been informed by counsel that the needed documents have now been received by moving counsel,

**IT IS ORDERED** that the Motion to Enforce Settlement with respect to plaintiff Carlos Gomez (Doc. 19744), the Motion to Enforce Settlement with respect to plaintiff Ronald Schurr (Doc. 19747), and the Motion to Enforce Settlement with respect to plaintiff Robert Wayman (Doc. 19752) are **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 21st day of September, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE