UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERICA AND DANIEL ROSS, et al. | CIVIL ACTION NO. 09-2613 |
| VERSUS | JUDGE STANWOOD R. DUVAL, JR. |
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, et al. | MAGISTRATE JOSEPH C. WILKINSON, JR. |

### ORDER

Considering the foregoing Voluntary Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Voluntary Motion to Dismiss is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned matter and any and all claims and demands contemplated therein against Those Certain Underwriters at Lloyd's, London Subscribing to Policy No. 1904-79681, be and are hereby dismissed, with prejudice, and with each party to bear its own costs and attorney's fees.

**SO ORDERED**, in New Orleans, Louisiana, this 22nd day of September, 2010.

_____
JUDGE

PD.4026997.1

1