UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| | * | |
| PERTAINS TO:   C. Abadie, 06-5164 | * | |
| J. Allen,   07-5111 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF HOLDING A STATUS CONFERENCE TO RESOLVE ISSUES SURROUNDING THE SETTLEMENT OF MULTIPLE CLAIMS BETWEEN THE PARTIES

NOW INTO COURT, comes The Law Office of Joseph M. Bruno ("Bruno") on behalf of all those listed on the attached Exhibit A, who respectfully requests this Honorable Court for entry of an order (1) reopening Connie Abadie, et al v. Aegis Security Insurance Company, et at, No. 06-5164, and James Allen, et al v. State Farm Fire and Casualty Company, et al, No. 07-5111, for the purpose of addressing this motion and permit Magistrate Wilkinson to host a status conference between counsel for The Law Office of Joseph M. Bruno (Joseph Bruno), counsel for State Farm Fire and Casualty Company represented by David Strauss, and The Road Home Program (Dan Rees) to discuss the settlement of these claims.

As this Court is well aware, the parties have reached settlement agreements in thousands of these lawsuits related to Hurricane Katrina and have collaboratively worked to do everything necessary to formalize the settlement agreements. Despite these monumental

efforts by all parties, there are still numerous claims in which, although settlement agreements were reached several months and/or years ago, the agreements have not been approved by the Louisiana Road Home. To the best of its knowledge, The Law Office of Joseph M. Bruno has provided defendants and their counsel with a list of all those plaintiffs for which Louisiana Road Home approval is necessary to complete the formalization of the settlement agreements. However, due to the differing interpretations by State Farm Fire and Casualty Company and The Louisiana Road Home of the Road Home Settlement Protocol adopted by this Court on June 23, 2008 (Rec. Doc. 13598) there are multiple settlements still awaiting finalization. Accordingly, The Law Office of Joseph M. Bruno respectfully submits that it would be helpful to have a Court-guided process to bring such settlements to conclusion.

Wherefore, The Law Office of Joseph M. Bruno prays that this Court (1) reopen Connie Abadie, et al v. Aegis Security Insurance Company, et at, No. 06-5164, and James Allen, et al v. State Farm Fire and Casualty Company, et al, No. 07-5111, for the purpose of addressing this motion and (2) permit Magistrate Wilkinson to host a status conference between counsel for The Lw Office of Joseph M. Bruno on behalf of all those plaintiffs listed on the attached Exhibit A, counsel for State Farm represented by David Strauss and counsel for The Road Home Program in an effort to resolve the issues surrounding the formalization of the settlement agreements regarding these claims.

Respectfully Submitted:

(s) Joseph M. Bruno
**JOSEPH M. BRUNO (3604)**
**MELISSA A. DEBARBIERIS (32124)**
**CHRISTOPHER HATCHER (32494)**
**BRUNO & BRUNO**
855 Baronne Street
New Orleans, LA 70113
PH: (504) 525-1335
FX: (504) 561-6775
EM: **jbruno@jbrunolaw.com**

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2010, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF.

(s) Joseph M. Bruno