UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| | * | |
| PERTAINS TO:   C. Abadie, 06-5164 | * | |
| J. Allen,   07-5111 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion for Limited Reopening of Case for the Purpose of Holding a Status Conference to Resolve Issues Surrounding the Settlement of Multiple Claims Between the Parties filed by The Law Office of Joseph M. Bruno,

**IT IS HEREBY ORDERED** that Connie Abadie, et al v. Aegis Security Insurance Company, et at, No. 06-5164 and James Allen, et al v. State Farm Fire and Casualty Company are reopened solely for the purpose of addressing this motion,

**AND IT IS FURTHER ORDERED** that Magistrate Wilkinson shall hold a status conference between counsel for those plaintiffs identified in Exhibit A to the instant motion represented by Joseph M. Bruno, David Strauss representing State Farm Fire and Casualty Company, and Dan Rees on behalf of the Road Home on a date to be selected by Magistrate Wilkinson in an effort to resolve the issues surrounding the formalization of the settlement agreements regarding these claims.

New Orleans, Louisiana, this _____th day of _____, 2010

_____
JUDGE STANWOOD R. DUVAL, JR.

CLERK TO NOTIFY:
MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.