| JBA | App ID | Last Name | First Name | Company Name |
|---|---|---|---|---|
| JBA03371 | 06HH189184 | Bastian | Stacey | State Farm |
| JBA00878 | 06HH217942 | Beard | Rosalyn | State Farm |
| JBA02194 | 06HH021260 | Brown | James | State Farm |
| JBA05829 | 06HH129339 | Burton | Barbara | State Farm |
| JBA00542 | 06HH086743 | Coates | Fara | State Farm |
| JBA02871 | 06HH081372 | Copelin | Reginald | State Farm |
| JBA02152 | 06HH060704 | Cross | Noraetta | State Farm |
| JBA00441 | 06HH035737 | Davis | Firldeal | State Farm |
| JBA00482-01 | 06HH199985 | DiMaggio | Dolly | State Farm |
| JBA04788 | 06HH067897 | Dimiggio | Carol | State Farm |
| JBA02429-01 | 06HH073150 | Dixon | JoAnn | State Farm |
| JBA00622 | 06HH079799 | Doucette | Vicy | State Farm |
| JBA01392 | 06HH067036 | Frederick | Shirley | State Farm |
| JBA02635 | 06HH003172 | Gaddies | Demitria | State Farm |
| JBA01465 | 06HH126457 | Generose | Nadine | State Farm |
| JBA02215 | 06HH068939 | Glover | Henry | State Farm |
| JBA05314 | 06HH138670 | Guillory | Elzabeth | State Farm |
| JBA01911-02 | 06HH097850 | Hale | Sillman | State Farm |
| JBA04196 | 06HH062644 | Hamilton | Juanita | State Farm |
| JBA03850 | 06HH004880 | Hawkins | Robin | State Farm |
| JBA03345 | 06HH011164 | Henderson | Fredrick | State Farm |
| JBA06207 | 06HH009360 | Heyd | Richard | State Farm |
| JBA04477 | 06HH053367 | Jasmine | Gwendolyn | State Farm |
| JBA07263 | 06HH132900 | Jefferson | Brenda | State Farm |
| JBA01756 | 06HH032587 | Johnson | Elnora | State Farm |
| JBA04694 | 06HH137819 | Kennedy | Rebecca | State Farm |
| JBA02111 | 06HH149040 | Lawson | James | State Farm |
| JBA04845 | 06HH227343 | Legrand | Jacques | State Farm |
| JBA02153 | 06HH034595 | Manuel | Don | State Farm |
| JBA03781 | 06HH130715 | McClain | Ronald | State Farm |
| JBA02051 | 06HH054020 | McKenna | Aaron | State Farm |
| JBA04810 | 06HH032797 | Muse | Natasha | State Farm |
| JBA05742 | 06HH010418 | Noel | Kim | State Farm |
| JBA01762 | 06HH022446 | Norwood | James | State Farm |
| JBA03855-02 | 06HH043941 | Parker | Carrie | State Farm |
| JBA04486 | 06HH017563 | Rhone | Archie | State Farm |
| JBA04463 | 06HH064306 | Robinson | Phillip and Christine | State Farm |
| JBA01597-01 | 06HH166468 | Slack | Cheryl | State Farm |
| JBA02960 | 06HH006645 | Smith | Michael | State Farm |
| JBA06416 | 06HH070976 | Van Dalen | Frank | State Farm |
| JBA06111 | 06HH107136 | Virga | Olamae | State Farm |
| JBA07122 | 06HH070460 | Williams | Regina | State Farm |
| JBA01962 | 06HH027386 | Wilson | Patricia | State Farm |
| JBA03064 | 06HH003710 | Woods | Darren | State Farm |
| JBA05306 | 06HH055552 | Young | Gloria | State Farm |



EXHIBIT A