UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER:  05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
|---|---|
| PERTAINS TO:  *Entergy* (No. 10-0077) | |

**PLAINTIFFS' EX PARTE MOTION FOR LEAVE
TO REPLY TO DEFENDANT UNITED STATES' REPLY AND OPPOSITION**

Plaintiffs, **Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C. (the "Entergy Companies") and Hartford Steam Boiler Inspection and Insurance Company ("Hartford") (collectively "Entergy Plaintiffs")** jointly file this Ex Parte Motion for Leave to Reply to Defendant United States' Reply and Opposition (Doc. 20061).  In support of this Motion, the Entergy Plaintiffs represent:

1.

The United States filed its Motion to Dismiss or, in the Alternative, for Summary Judgment on August 3, 2010.

2.

The Entergy Plaintiffs filed their Opposition to United States' Motion to Dismiss or Alternative Motion for Summary Judgment, and Motion for Partial Summary Judgment on September 3, 2010.

3.

The United States filed its Omnibus Reply in Support of its Motion to Dismiss, or in the Alternative, for Summary Judgment, and Opposition to Entergy's Motion for Partial Summary Judgment on September 23, 2010.

4.

The Entergy Plaintiffs wish to file the attached Reply Memorandum in Support of their Motion for Partial Summary Judgment to respond to the arguments raised by the United States in its Reply in Support of its Motion to Dismiss and Opposition to Entergy's Motion for Partial Summary Judgment.  The filing of this Reply Memorandum will not cause any delay of this matter.

**WHEREFORE**, for the foregoing reasons, the Entergy Plaintiffs request that this Court grant this Motion for Leave and file the attached Reply Memorandum into the record.

Respectfully submitted on October __06__, 2010,

Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
Nina Wessel English (La. Bar No. 29176).
Brian L. Guillot (La. Bar No. 31759)
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.C.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121

By:_____/s/Brian L. Guillot_____

and

Marcus V. Brown (La. Bar No. 18817)
Wendy Hickok Robinson (La. Bar No. 25225)

Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA 70113
Tel: 504-576-2765

Attorneys for Plaintiffs, **Entergy New Orleans, Inc.,
Entergy Louisiana, L.L.C.,**

and

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
Kea Sherman, Esq (La. Bar No. 30299)
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

Attorneys for Hartford Steam Boiler Inspection and
Insurance Company

## CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing Motion for Leave was served by ECF on
October __06_, 2010.

                              By:_____/s/Brian L. Guillot_____
                                    BRIAN L. GUILLOT