UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: *Entergy*<br>(No. 10-0077) | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

Considering the foregoing Motion for Leave to Reply to Defendant United States' Omnibus Reply and Opposition,

    IT IS ORDERED that the Motion for Leave is GRANTED;

    IT IS FURTHER ORDERED that the Clerk file the attached Reply Memorandum into the Court record.

    New Orleans, Louisiana, this _____ day of _____, 2010

                                              _____
                                              **United States District Judge**