UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                JUDGE DUVAL
   Abadie, 06-5164                    MAG. WILKINSON
   Allen, 07-5111

## ORDER

At the request of plaintiffs' counsel, Joseph M. Bruno, and pursuant to Judge Duval's order referring this matter to me to conduct a status conference with counsel for those plaintiffs identified in Exhibit A to the motion of plaintiffs' counsel, counsel for State Farm Fire and Casualty Company, and Dan Rees on behalf of the Road Home Program, Record Doc. Nos. 20063 and 20065,

**IT IS ORDERED** that a STATUS CONFERENCE in the referenced cases will be conducted before me on **October 25, 2010 at 2:30 p.m.**  The purpose of the conference is to "resolve the issues surrounding the formalization of the settlement agreements regarding these claims" in the referenced matters.

New Orleans, Louisiana, this ___6th___ day of October, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**

**JOSEPH M. BRUNO**

**DAVID STRAUSS**

**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**