UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Entergy*<br>(No. 10-0077) | |

### ORDER

Considering the foregoing Motion for Leave to Reply to Defendant United States' Omnibus Reply and Opposition,

IT IS ORDERED that the Motion for Leave is GRANTED;

IT IS FURTHER ORDERED that the Clerk file the attached Reply Memorandum into the Court record.

**DENIED**

New Orleans, Louisiana, this _____ day of _____, 2010

_____
**United States District Judge**

This filing would only result in opposing counsel seeking to file a reply to a reply. Furthermore, the brief cites primarily to the Court's previous rulings providing no new information.