UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: BARGE | SECTION "K" |
| *Mumford*   C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| *Benoit*   C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford -- ONLY |

**LAFARGE NORTH AMERICA INC.'S EX PARTE MOTION
FOR LEAVE TO FILE POST-TRIAL SURREPLY BRIEF**

Defendant Lafarge North America Inc. ("LNA") hereby moves for leave to file a 13-page post-trial surreply brief to respond to arguments raised for the first time in plaintiffs' post-trial reply brief (Doc. 20064). As further grounds for this motion, LNA notes that plaintiffs have submitted 126 pages of post-trial briefing, and LNA has submitted only 91.

LNA's proposed surreply brief is attached as Exhibit 1 hereto.

Dated: October 7, 2010

Respectfully submitted,

Derek A. Walker (#13175)
Robert B. Fisher, Jr., T.A. (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/ John D. Aldock

        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        Adam M. Chud
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC  20001
        Telephone:  (202) 346-4240
        jaldock@goodwinprocter.com
        rwyner@goodwinprocter.com
        mraffman@goodwinprocter.com

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA  70130
        Telephone:  (504) 598-2715

        *Attorneys for Lafarge North America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 7, 2010.

         /s/ John D. Aldock