UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | |
| | SECTION "K" |
| *Mumford*   C.A. No. 05-5724 | as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| *Benoit*   C.A. No. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford -- ONLY |

## ORDER

Considering Lafarge North America, Inc.'s Motion to for Leave to File Post-Trial Surreply Brief,

**IT IS ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the surreply brief attached to LNA's motion is accepted for filing in the docket of this action.

New Orleans, Louisiana, this _____ day of October, 2010.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**