UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID BEALER ET AL | * | |
|     Plaintiff, | * | Civil Action No. 2:07-cv-3612 |
| | * | |
| | * | Section:  B |
| versus | * | |
| | * | Magistrate: 3 |
| THE UNITED STATES OF AMERICA, | * | |
|     ET AL | * | |
|     Defendant, | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

On Motion of defendant, St. Paul Fire and Marine Insurance Company ("St. Paul") respectfully requests that Rachel A. Meese, La. Bar #25457 be withdrawn as counsel of record, as she has left the firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard.  St. Paul further requests that Ralph S. Hubbard, III and Joseph P. Guichet of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard be allowed to remain as counsel of record for St. Paul.

      Respectfully submitted:

      */s/ Ralph S. Hubbard*
      **Ralph S. Hubbard III (# 7040)**
      **Joseph P. Guichet, La. Bar #24441**
      **Lugenbuhl, Wheaton, Peck,**
         **Rankin & Hubbard**
      Suite 2775, Pan-American Life Center
      601 Poydras Street
      New Orleans, Louisiana 70130
      Telephone: (504) 568-1990
      Telefax: (504) 310-9195
      **Attorneys For St Paul Fire**
      **& Marine Insurance Company**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on 8th day of October, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

      */s/ Ralph S. Hubbard*
      Ralph S. Hubbard