UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   MRGO<br>                 *Armstrong*, No. 10-866 | |

**MRGO PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL CITATIONS IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant United States filed its Motion to Dismiss or, in the Alternative, for Summary Judgment on August 3, 2010.  (Doc. No. 19988-4).

Plaintiffs Kenneth Paul Armstrong, Sr., Jeannine B. Armstrong, and Jerald N. Andry, Jr., in his administrative capacity as executor of the Estate of Ethel Coats ("Armstrong Plaintiffs"), filed their Opposition to the government's motion on September 3, 2010.  (Doc. No. 20035).

The government filed its Reply to the Opposition on September 23, 2010.  (Doc. No. 20061).

In their Opposition memorandum, the Armstrong Plaintiffs cite to ER 1110-2-1150 (USA Exh. 33) as one of several engineering mandates that the Army Corps failed to adhere to in the planning and execution of the EBIA excavation and backfilling locations at the north and south breach cites.  *See* Armstrong Opp. at pp. 9-11.  Armstrong Plaintiffs cite to ER 1110-2-1150, generally, and also to specific sections.  *See* Armstrong Opp. at pp. 9-11 citing sections 7, 8, 11, 16, and 19.

1

By this filing, Armstrong Plaintiffs wish to draw the Court's attention to additional citations to sections of an exhibit already in the record that further buttress their claim that because the Army Corps failed to adhere to specific engineering mandates, "which left no room for choice," that it cannot prevail under the discretionary function exception's prong one as detailed in *United States v. Gaubert*, 499 U.S. 315, 324 (1991). Plaintiffs counsel will discuss these additional citations at oral argument on the motion.

Accordingly, the Armstrong Plaintiffs wish to file the attached Supplemental Citations in support of their Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment to provide the Court additional citations to ER 1110-2-1150 (USA Exh. 33). The filing of Supplemental Citations will not cause any delay of this matter or result in any prejudice to the United States.

**WHEREFORE**, for the foregoing reasons, the Armstrong Plaintiffs request that this Court grant this Motion for Leave and file the attached Supplemental Citations into the record.

Dated: October 8, 2010

        **Respectfully Submitted,**
        **PLAINTIFFS LIAISON COUNSEL**

            /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (La. Bar # 3604)
        Bruno & Bruno, LLP
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@brunobrunolaw.com

        **MR-GO PLAINTIFFS SUB-GROUP LITIGATION**
        **COMMITTEE**

            /s/ James Parkerson Roy
        JAMES PARKERSON ROY
        MR-GO PSLC Liaison Counsel

        LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on October 8, 2010.

        /s/ Joseph M. Bruno