UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN VODANOVICH, ET AL | * | |
|     Plaintiff, | * | Civil Action No. 2:05-cv-05237 |
| | * | |
| | * | Section:  C |
| versus | * | |
| | * | Magistrate: 1 |
| BOH BROS. CONSTRUCTION CO. LLC, | * | |
|     ET AL | * | |
|     Defendant, | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

On Motion of defendant, St. Paul Fire and Marine Insurance Company ("St. Paul") respectfully requests that Rachel A. Meese, La. Bar #25457 be withdrawn as counsel of record, as she has left the firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard.  St. Paul further requests that Ralph S. Hubbard, III and Joseph P. Guichet of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard be allowed to remain as counsel of record for St. Paul.

Respectfully submitted:

*/s/ Ralph S. Hubbard*
**Ralph S. Hubbard III (# 7040)**
**Joseph P. Guichet, La. Bar #24441**
**Lugenbuhl, Wheaton, Peck,**
   **Rankin & Hubbard**
Suite 2775, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Telefax: (504) 310-9195
**Attorneys For St Paul Fire**
**& Marine Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that on 8th day of October, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Ralph S. Hubbard*
Ralph S. Hubbard