UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOBBY L. LEDUFF, ET AL | * | |
| Plaintiff, | * | Civil Action No. 2:06-cv-5260 |
| | * | |
| | * | Section:  K |
| versus | * | |
| | * | Magistrate: 2 |
| BOH BROS. CONSTRUCTION COMPANY, LLC | * | |
| ET AL | * | |
| Defendant, | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Upon consideration of the foregoing Motion to Withdraw as Counsel of Record,

**IT IS ORDERED** that Rachel A. Meese, La. Bar #25457 be withdrawn as counsel of record for St. Paul Fire and Marine Insurance Company, and that Ralph S. Hubbard, III and Joseph P. Guichet of the Lugenbuhl, Wheaton, Peck, Rankin & Hubbard law firm be allowed to remain as counsel on behalf of St. Paul.

Signed this _____ day of _____, 2010, at New Orleans, Louisiana.

_____
**JUDGE**