UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>Abadie 06-5164<br>Abadie 07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

Pursuant to the court's previous orders, Record Doc. Nos. 19938 and 20049, a status conference was scheduled to be held on October 12, 2010.  However, counsel for the parties advised the court that the attorney who had been handling the matter for Louisiana Citizens is no longer with the firm and that the attorney who will now be handling these matters requires additional time to familiarize himself with the relevant files. Accordingly, the conference is CANCELLED.  The parties are directed to confer jointly with my office to reschedule the conference.

New Orleans, Louisiana, this ___12th___ day of October, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**