MINUTE ENTRY
DUVAL, J.
October 13, 2010

                          **UNITED STATES DISTRICT COURT**
                          **EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |

*Armstrong*, No. 10-866
*Entergy*, No. 10-77

      Having held oral argument this day on the United States' Motion to Dismiss (Doc. 19993), *Entergy* plaintiffs' Motion for Partial Summary Judgment (Doc. 20033), and MRGO's Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment (Doc. 20035),

      **IT IS ORDERED** that simultaneous briefing by the parties on the issue of whether the Army Corps of Engineer's "Engineering Regulations" and "Engineering Manuals" relied upon by plaintiffs constitute mandated action so as to come within the *Berkovitz* exception to the Discretionary Function Exception ("DFE"). Plaintiffs shall outline specifically what portions of these documents and what specific alleged failures of the Corps place its actions within the *Berkovitz* ("prong one") rubric and/or the *Alabama Electric* ("prong two")rubric so as to deny the Government the immunity provided by the DFE. The Government shall outline why the specific provisions cited by plaintiffs do not fall within the ambit of those exceptions.

      **IT IS FURTHER ORDERED** that the parties explain whether the decision by the Corps that proper remediation (that is proper soil and proper compaction) was not necessary at the

EBIA because the area was to be turned into a channel at a later date did or did not constitute a "policy" decision. Did the fact that the funding for the channel had not been approved change the duty on the part of the Corps?

**IT IS FURTHER ORDERED** that by photographic representation the parties demonstrate where the new channel would sit in relation to the Figure 5 of Plaintiffs' Exh. 17 (Bea Tech Report V), Jan. 2009).

**IT IS FURTHER ORDERED** that a specific chronology of events using bullet points explaining why the relevant DDR(s) was or was not or (were or were not) incomplete and required amendment shall be filed.

**IT IS FURTHER ORDERED** that such briefing (excluding the time line and additional necessary exhibits) shall be no longer than 20 pages. These materials shall be filed no later than **5:00 p.m. October 29, 2010.**

[signature]