UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolidated cases |
| Weisler v. Seymour, et al. 09-2737 | * * * | SECTION "K" (2) |
| | * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

<u>ORDER</u>

Considering the Weisler Defendants' Ex Parte Motion for Order Pursuant to Federal Rule of Evidence 502(d), the Court finding the arguments set forth in the Motion set forth good and sufficient cause for the granting of such an order, it is hereby **ORDERED** that the Weisler Defendants' Motion is granted.

It is hereby **ORDERED** that, pursuant to Federal Rule of Evidence 502(d), all information constituting attorney-client privilege and work-product, as those terms are defined in Federal Rule of Evidence 502(g), disclosed by the Weisler Defendants in response to Richard H. Weisler's First Request for Production of Documents (Rec. Doc. 20013-1) will remain privileged and protected to the full extent allowed under Federal Rule of Evidence 502(d).

This Court retains continuing jurisdiction for the purpose of enforcing this Order.

Read and Signed in New Orleans, Louisiana, this _____ day of October, 2010.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF LOUISIANA