**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO: ALL BARGE** | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K" (2)** |
| *Boutte v. LaFarge*   **05-5531** | * | |
| *Mumford v. Ingram*   **05-5724** | * | |
| *Lagarde v. LaFarge*   **06-5342** | * | **JUDGE** |
| *Perry v. Ingram*   **06-6299** | * | **STANWOOD R. DUVAL,** |
| *Benoit v. LaFarge*   **06-7516** | * | **JR.** |
| *LaFarge v. USA*   **07-5178** | * | |
| | * | **MAG.** |
| *Weisler v. Seymour, et al.*   **09-2737** | * | **JOSEPH C. WILKINSON,** |
| | * | **JR** |

<u>**BARGE PLAINTIFFS', *ET AL'S* EX PARTE MOTION**</u>
<u>**IN ACCORD WITH FED. R. EVID. 502(D)**</u>

NOW COME Barge Plaintiffs, through their counsel of record, and additionally, the Barge Plaintiffs Subgroup Litigation Committee, and Brian A. Gilbert/Law Office of Brian A. Gilbert P.L.C., in the official capacities of Barge Plaintiffs' Co-Liaison and Barge Liaison for the Master Committee, on behalf of the Barge Plaintiffs, and on behalf of the PSLC and its members, and on behalf of all Weisler Defendants to the extent not already subject of the Motion filed as Record Doc. 20086, who hereby reiterate and adopt *in extenso* Record Doc. 20086, "*EXPARTE/CONSENT First MOTION for Protective Order Weisler Defendants' Ex Parte Motion for Order Pursuant to Federal Rule of Evidence 502(D) for Non-Waiver of Privilege and Protection Concerning Information Disclosed and Produced in Compliance with Plaintiff's, Richard H. Weisler's, First Request for Production of Documents* by Brian A. Gilbert."

So moved, this 17th day of October, 2010.

Respectfully submitted,

*/s/Brian A. Gilbert*
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
(Of Counsel to **BEST KOEPPEL TRAYLOR**)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com,
bgilbert@bestkoeppel.com

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

Laurence E. Best (3012)
Peter S. Koeppel (1465)
**BEST KOEPPEL TRAYLOR**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: lebest@bestkoeppel.com
peterklaw@aol.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER & NOLET**
233 Broadway, 5th Floor
New York, NY  10279
Telephone:  (212) 608-4400
Facsimile:  (212) 608-0746
e-mail:  lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN AND WIEDEMANN**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180
Facsimile: 504-581-4336
e-mail: ldwiedeman@aol.com
karlwied@bellsouth.net

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
**LAW OFFICE OF RICHARD T. SEYMOUR,
P.L.L.C.**
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Telephone: 202-862-4320
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseyourlaw.net

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 17th of October, 2010.

/s/ Brian A. Gilbert