UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *LEVEE* | SECTION "K" (2) |

05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

### PLAINTIFFS' NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the LEVEE LITIGATION GROUP, on behalf of the Class Representatives, and all other named plaintiffs in the individual cases in the above-captioned matter, and the putative Class of Plaintiffs they represent, hereby appeals the Order and Reasons entered October 14, 2010 (Rec. Doc. 20085)[1] entering as a Final Judgment the grant of dismissal in favor of the United States in its Order and Reasons, entered January 30, 2008 (Rec. Doc. 10984).[2]

---

[1] A copy of the Order and Reasons (Rec. Doc. 20085) is attached as Exhibit 1.

[2] A copy of the Order and Reasons (Rec. Doc. 10984) is attached as Exhibit 2.

Dated: *October 19, 2010*     Respectfully submitted,

**LEVEE PLAINTIFFS SUB-GROUP**
**LITIGATION COMMITTEE**

Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

**By:    PLAINTIFFS' LIAISON COUNSEL**

 /s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504)-525-1335
Facsimile: (504)-561-6775
Email: jbruno@brunobrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 19th  day of October, 2010 served a copy of the foregoing via the Court's CM/ECF electronic filing system

.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO