**MINUTE ENTRY**
**DUVAL, J.**
**OCTOBER 13, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  MRGO<br>                       ARMSTRONG, No. 10-866<br>                       ENTERGY, No. 10-77 | NO. 05-4182<br><br>SECTION "K"(2) |

**MOTION to dismiss or, in the alternative, for summary judgment filed by Deft, United States of America on 8/4/10, doc 19993.**

**MOTION for partial summary judgment on discretionary function exception filed by Pltfs', Entergy New Orleans, Inc., Entergy Louisiana, LLC and Hartford Steam Boiler Inspection and Insurance Company on 9/3/10, doc. 20033.**

**Pltfs' MRGO opposition to Deft's motion to dismiss or, in the alternative for summary judgement filed on 9/3/10, doc. 20035.**

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  CATHY PEPPER**

**APPEARANCES:**
**Ewell Eagan, Jr., Nina English, Elisa Gilbert,  Brendan R. O'Brien,  Brian Guillot, Wendy Robinson, Kea Sherman, Scott Joanen, Joseph Bruno, Pierce O'Donnell, James Roy, Robin Smith, Dan Baeza**

**Court begins at  1:30 pm.  Case called; all present and ready.**
**Oral argument by parties.**
**Pltfs' present exhibit excerpts  (power point presentation) on ELMO during argument (see envelope with Case Manager).**
**Parties shall file simultaneous briefs (not to exceed 20 pages) by October 29, 2010, after which time this matter shall be submitted.**
**Court adjourns at 4:09 p.m.**

JS-10 (2:27)