UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: ALL BARGE | * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge*        05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. LaFarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. LaFarge*       06-7516 | * | |
| *LaFarge v. USA*             07-5178 | * | |
| | * | MAG. |
| *Weisler v. Seymour, et al.*   09-2737 | * * | JOSEPH C. WILKINSON, JR. |

**ORDER ON BARGE PLAINTIFFS', *ET AL'S* EX PARTE MOTION IN ACCORD WITH FED. R. EVID. 502(D)**

Considering the argument of counsel in Record Doc. 20086, "EXPARTE/CONSENT First MOTION for Protective Order Weisler Defendants' Ex Parte Motion for Order Pursuant to Federal Rule of Evidence 502(D) for Non-Waiver of Privilege and Protection Concerning Information Disclosed and Produced in Compliance with Plaintiff's, Richard H. Weisler's, First Request for Production of Documents by Brian A. Gilbert," and considering its adoption on by and on behalf of Barge Plaintiffs, through their counsel of record, and additionally, the Barge Plaintiffs Subgroup Litigation Committee, and Brian A. Gilbert/Law Office of Brian A. Gilbert P.L.C., in the official capacities of Barge Plaintiffs' Co-Liaison and Barge Liaison for the Master Committee, on behalf of the Barge Plaintiffs, and on behalf of the PSLC and its

members, and on behalf of all Weisler Defendants to the extent not already subject of the Motion filed as Record Doc. 20086, and further, considering the great and compelling need to preserve the integrity of the underlying Barge Litigation Track, it is hereby ORDERED that the rulings of this Court with respect to Record Doc. 20086, and to the extent modified or extended by this Court, are adopted as this Court's Order on the present motion and on behalf of the Barge Plaintiffs Subgroup Litigation Committee, and Brian A. Gilbert/Law Office of Brian A. Gilbert P.L.C., in the official capacities of Barge Plaintiffs' Co-Liaison and Barge Liaison for the Master Committee, on behalf of the Barge Plaintiffs, and on behalf of the PSLC and its members, and on behalf of all Weisler Defendants to the extent not already subject of the Motion filed as Record Doc. 20086.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
**HON. JOSEPH C. WILKINSON, JR.**

*[Handwritten:]* Denied for Failure to Comply with Local Rule 7.2E. You must either notice this motion for hearing or certify that there is no objection.

*[Signature]*
10/19/10