UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| **PERTAINS TO: ALL BARGE** | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. LaFarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. LaFarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, |
| *Benoit v. LaFarge*   06-7516 | * | JR. |
| *LaFarge v. USA*   07-5178 | * | |
| | * | MAG. |
| *Weisler v. Seymour, et al.*   09-2737 | * | JOSEPH C. WILKINSON, |
| | * | JR. |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants, Brian A. Gilbert; Law Office of Brian A. Gilbert, PLC; Lawrence A. Wilson; and Wilson, Druker, Grochow and Nolet, **will bring forward for hearing** their Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) to Prevent Disclosure of Information Protected from Disclosure by the Attorney-Client Privilege, the Work Product Doctrine, and Health Care-Provider-Patient Privilege with Regard to Richard H. Weisler's First Request for Production of Documents (Rec. Doc. 20013-1) on **Wednesday, November 10, 2010, at 11:00 a.m.** central standard

-1-

time, before the Honorable Joseph C. Wilkinson, Jr. at the United States Courthouse, 500 Poydras Street, B421, New Orleans, Louisiana 70130.

Respectfully Submitted:

/s/ Peter S. Koeppel
**Best, Koeppel & Traylor**
Peter S. Koeppel (LSBA # 1465)
W. Scarth Clark (LSBA # 22993)
Jonathan H. Adams (LSBA # 29061)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
peterklaw@aol.com
sclark@bestkoeppel.com
jadams@bestkoeppel.com

*Attorneys for Brian A. Gilbert, Esq., Lawrence Wilson, Esq., Law Office of Brian A. Gilbert, P.L.C., and Wilson, Druker, Grochow and Nolet*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice has been served on all counsel of record via ECF upload, this 22nd day of October, 2010.

/s/ Peter S. Koeppel, Esq.