**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  OCT 2 1 2010

LYLE W. CAYCE
CLERK

**LORETTA G. WHYTE**
**CLERK**

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

**CORRECTED**

October 21, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 09-30428,  In Re: Katrina Canal Breaches
Consol. W/ 09-30438, In Re: Katrina Canal Breaches
           09-30449, In Re: Katrina Canal Breaches

          USDC No. 2:05-CV-4182
          USDC No. 2:07-CV-4550
          USDC No. 2:07-CV-4555
          USDC No. 2:07-CV-4976
          USDC No. 2:07-CV-4979
          USDC No. 2:07-CV-4995
          USDC No. 2:07-CV-5007
          USDC No. 2:07-CV-5012
          USDC No. 2:07-CV-5013
          USDC No. 2:07-CV-5016
          USDC No. 2:07-CV-5254
          USDC No. 2:07-CV-5286
          USDC No. 2:07-CV-5339
          USDC No. 2:07-CV-5343
          USDC No. 2:07-CV-5344
          USDC No. 2:07-CV-5350
          USDC No. 2:07-CV-5355
          USDC No. 2:07-CV-5356
          USDC No. 2:07-CV-5375
          USDC No. 2:05-CV-4182
          USDC No. 2:05-CV-4181
          USDC No. 2:05-CV-5237
          USDC No. 2:05-CV-6073
          USDC No. 2:05-CV-6314
          USDC No. 2:05-CV-6324
          USDC No. 2:05-CV-6327
          USDC No. 2:06-CV-20
          USDC No. 2:06-CV-225
          USDC No. 2:06-CV-886
          USDC No. 2:06-CV-2278
          USDC No. 2:06-CV-2287
          USDC No. 2:06-CV-4065
          USDC No. 2:06-CV-4389
          USDC No. 2:06-CV-4634
          USDC No. 2:06-CV-4931
          USDC No. 2:06-CV-5032
          USDC No. 2:06-CV-5159
          USDC No. 2:06-CV-5161

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

```
USDC No. 2:06-CV-5260
USDC No. 2:06-CV-5308
USDC No. 2:06-CV-5785
USDC No. 2:06-CV-5786
USDC No. 2:06-CV-5937
USDC No. 2:06-CV-8708
USDC No. 2:07-CV-1113
USDC No. 2:07-CV-1271
USDC No. 2:07-CV-1349
USDC No. 2:07-CV-3173
USDC No. 2:07-CV-3500
USDC No. 2:07-CV-4392
USDC No. 2:07-CV-4550
USDC No. 2:07-CV-4555
USDC No. 2:07-CV-4837
USDC No. 2:07-CV-4945
USDC No. 2:07-CV-4976
USDC No. 2:07-CV-4979
USDC No. 2:07-CV-4995
USDC No. 2:07-CV-5007
USDC No. 2:07-CV-5012
USDC No. 2:07-CV-5013
USDC No. 2:07-CV-5016
USDC No. 2:07-CV-5067
USDC No. 2:07-CV-5254
USDC No. 2:07-CV-5286
USDC No. 2:07-CV-5339
USDC No. 2:07-CV-5343
USDC No. 2:07-CV-5344
USDC No. 2:07-CV-5350
USDC No. 2:07-CV-5355
USDC No. 2:07-CV-5356
USDC No. 2:07-CV-5375
USDC No. 2:07-CV-5397
USDC No. 2:07-CV-3173
USDC No. 2:05-CV-4182
```

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

**Record/original papers/exhibits are returned as to all cases:**

( ) Volumes    ( ) Envelopes  ( 2 ) Boxes

**The electronic copy of the record has been recycled as to all cases.**

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc: Honorable Stanwood R. Duval Jr.
cc: (letter only)
    Mr. John Thomas Balhoff II
    Mr. Daniel E Becnel Jr.
    Ms. Carmelite M. Bertaut
    Mr. Joseph M. Bruno
    Ms. Ashley Gremillion Coker
    Mr. James M. Garner
    Mr. James E. Gauch
    Mr. Lewis Scott Joanen
    Ms. Heather Shauri Lonian
    Mr. Albert J Rebennack
    Mr. James Parkerson Roy
    Mr. William D. Treeby
    Ms. Adrian Wager-Zito

P.S. to Judge Duval:  A copy of the opinion was sent to your office via email the day it was filed.