UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * * * | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | * * * | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |
| *    *    *    *    *    *    *    * | | |

### EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** come David V. Batt and Robert D. Reine, attorneys of record for the defendants named in the Weisler v. Seymour, et al. litigation, Civil Action No. 09-2737, which was consolidated into the *In re: Katrina Canal Breaches*

1

*Consolidated Litigation.*  David V. Batt and Robert D. Reine submit this Ex Parte Motion to Withdraw as Counsel of Record for the following defendants:

1. Richard T. Seymour, P.L.L.C.

2. Jacob D. Fuchsberg Law Firm

3. Law Office of Brian A. Gilbert, P.L.C.

4. Wiedemann & Wiedemann, P.L.C.

5. Wilson, Grochow, Druker & Nolet

6. Richard T. Seymour

7. Alan L. Fuchsberg

8. Brian A. Gilbert

9. Lawrence Wilson

On suggesting to the court that David V. Batt and Robert D. Reine desire to withdraw as counsel of record for the above-listed defendants.  The above-listed defendants are seasoned attorneys and law firms capable of representing themselves in this litigation, and have been proactive in representing themselves in this litigation to date.  The above-listed defendants have been advised of the trial date set in this matter, and have been advised of all cutoffs and delays established in the Scheduling Order and Pretrial Notice issued by the court.  The legal services of David V. Batt and Robert D. Reine are no

longer required.  Therefore, David V. Batt and Robert D. Reine desire to withdraw as attorneys of record for the above-listed defendants.

                                            Respectfully submitted,

                                            s/David V. Batt

                                            _____
                                            DAVID V. BATT, #2849
                                            ROBERT D. REINE, #28978
                                            LOBMAN, CARNAHAN, BATT,
                                              ANGELLE & NADER
                                            THE TEXACO CENTER, SUITE 2300
                                            400 POYDRAS STREET
                                            NEW ORLEANS, LOUISIANA  70130
                                            (504) 586-9292   FAX (504) 586-1290

---

**CERTIFICATE OF SERVICE**

 I do hereby certify that I have on this 22 day of October, 2010, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

                s/David V. Batt
   _____
             David V. Batt

---