UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| **PERTAINS TO: BARGE** | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| * * * * * * * * | * | |

### O R D E R

Considering the Ex Parte Motion to Withdraw as Counsel of Record filed herein by David V. Batt and Robert D. Reine:

**IT IS ORDERED THAT** David V. Batt and Robert D. Reine be permitted to withdraw as attorneys of record for the following defendants:

1. Richard T. Seymour, P.L.L.C.

2. Jacob D. Fuchsberg Law Firm

3. Law Office of Brian A. Gilbert, P.L.C.

4. Wiedemann & Wiedemann, P.L.C.

5. Wilson, Grochow, Druker & Nolet

6. Richard T. Seymour

7. Alan L. Fuchsberg

8. Brian A. Gilbert

9. Lawrence Wilson

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**J U D G E**