MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 25, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Abadie, 06-5164<br>    Allen, 07-5111 | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to Judge Duval's order, Record Doc. No. 20065, a status conference was conducted before me in this matter on this date. Participating were: Plaintiffs' counsel, Joseph M. Bruno, and Jason Crews, a paralegal in his office; David Strauss and Chase Chaissagnac, counsel for State Farm Fire and Casualty Company, and Dan Rees on behalf of the Road Home Program. The purpose of the conference was to discuss finalization of the settlement of certain individual claims in the referenced matters. the parties will exchange certain additional information necessary for Road Home grant re-calculation.

IT IS ORDERED that another status conference is set before me on December 1, 2010 at 2:30 p.m., at which counsel must report to me on the status of resolution of the outstanding matters.

MJSTAR: 0:45

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**
**JOSEPH M. BRUNO**
**DAVID STRAUSS**
**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**