UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Entergy*<br>(No. 10-0077) | |

**PLAINTIFFS' NOTICE OF MANUAL ATTACHMENT**

Plaintiffs, Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C. (the "Entergy Companies") and Hartford Steam Boiler Inspection and Insurance Company ("Hartford")(collectively "Plaintiffs"), respectfully request that this Court take notice that a disc containing Exhibits 29 and 30 cited by the Entergy Plaintiffs in their Supplemental Memorandum is on file with the Clerk of Court for the United States District Court for the Eastern District of Louisiana, 500 Camp St., New Orleans, Louisiana. The contents of the disc have been supplied to counsel for the MRGO Plaintiffs and counsel for Defendant United States.

.

Respectfully submitted on October  28 , 2010,

Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
Nina Wessel English (La. Bar No. 29176).
Brian L. Guillot (La. Bar No. 31759).
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121

By:         /s/Brian L. Guillot

and

Marcus V. Brown (La. Bar No. 18817)
Wendy Hickok Robinson (La. Bar No. 25225)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765

Attorneys for Plaintiffs, **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,**

and

Elisa T. Gilbert (ETG 5713), T.A.
Brendan R. O'Brien (BO 9033)
Kea Sherman, Esq (La. Bar No. 30299)
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

Attorneys for Hartford Steam Boiler Inspection and Insurance Company

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served by ECF on October __28__, 2010.

By: _____/s/Brian L. Guillot_____
BRIAN L. GUILLOT