# Supplemental Brief Exhibit List*

| Exhibit No. | Description |
|---|---|
| 1 | Independent Levee Investigation Team ("ILIT") (2006): *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005,* Final Report to the National Science Foundation (July 31, 2006). |
| 2 | MRGO New Lock and Connecting Channels Evaluation Report: Main Report and Environmental Impact Statement, Vols 1-9. (March 1997). |
| 3 | Lake Pontchartrain and Vicinity, La. and Vicinity Chalmette Area Plan, Design Memoranda Number 3 General Design (GDM3) (November 1966). |
| 4 | Lake Pontchartrain and Vicinity, La and Vicinity Chalmette Area Plan, Design Memoranda Number 2 General Design (GDM2) General Advanced Supplement IHNC West Levee Florida Ave to IHNC Lock (March 1967). |
| 5 | Deposition Transcript of John Manguno**,** COE, Chief of the Economic Branch, NOD (July 2008). |
| 6 | Record of Decision, Mississippi River-Gulf Outlet New Lock and Connecting Channels, Louisiana (December 1998). |
| 7 | Task Order 26 to TERC (December 1999). |
| 8 | Draft Work Plan: Excavation of Concrete, Anchor Foundation Blocks and Steel Forms IHNC EBIA Area (August 2001). |
| 9 | Cofferdam Installation and Concrete Foundations Removal Final Work Plan (December 2001). |
| 10 | Lift Station Removal Plan for Saucer (October 2001). |
| 11 | Design and Construction of Levees, EM 1110-2-1913 (1978). |
| 12 | Recommendation Report for Demolition and Site Preparation Activities of the EBIA of the IHNC Lock Replacement Project (December 1999). |
| 13 | Project Work Plan, Project Site Development and Remedial Action of EBIA IHNC Lock Replacement Project (October 2001). |
| 14 | Confined Disposal of Dredged Materials Engineering Manual, EM 1110-2-5027 (September 1987). |
| 15 | Memo to: C/Engineering Division; ATTN: CEMVN-ED-F- James Miles Jr. Chief Construction Division CEMVN-CD-QM 15-Apr-02 Re: IHNC Lock Replacement Project, Total Environmental Restoration Contract (TERC) for Remedial Action of East Bank Industrial Area (EBIA) Task Order 0026, New Orleans (May 02). |
| 16 | Deposition Transcript of John Grieshaber (June 2008). |
| 17 | Bea, Technical Report V (January 2009) *Robinson, et al v. USA* (Submitted as Exhibit 19 to MRGO Plaintiffs' Opposition (Doc. 20035-1)). |

| 18 | Bea, Technical Report IV (July 11, 2008) *Robinson, et al v. USA* (Submitted as Exhibit 18 to MRGO Plaintiffs' Opposition (Doc. 20035-1)). |
|---|---|
| 19 | IPET Vol. V @ pp 68-69 (Submitted as Exhibit 19 to MRGO Plaintiffs' Opposition (Doc. 20035-1)). |
| 20 | EM 1110-2-2502 (Submitted as Exhibit 20 to MRGO Plaintiffs' Opposition (Doc. 20035-1)). |
| 21 | EM 1110-2-1901 (Submitted as Exhibit 21 to MRGO Plaintiffs' Opposition (Doc. 20035-1)). |
| 22 | EM 1110-2-2504 (Submitted as Exhibit 22 to MRGO Plaintiffs' Opposition (Doc. 20035-1)). |
| 23 | Deposition Transcript of Walter Baumy, Vol. 1 (Submitted as Exhibit 23 to MRGO Plaintiffs' Supplemental Brief). |
| 24 | Deposition Transcript of Gerald Colletti (Submitted as Exhibit 24 to MRGO Plaintiffs' Supplemental Brief). |
| 25 | Deposition Transcript of Richard Varuso (Submitted as Exhibit 25 to MRGO Plaintiffs' Supplemental Brief). |
| 26 | Declaration of Chad Morris (Submitted as Exhibit 26 to MRGO Plaintiffs' Supplemental Brief). |
| 27 | Vol. 6 of 1999 DDR (Submitted as Exhibit 27 to MRGO Plaintiffs' Supplemental Brief). |
| 28 | Figures 1 – 4 from Chad Morris (Submitted as Exhibit 28 to MRGO Plaintiffs' Supplemental Brief). |
| 29 | EM 1110-2-1804 |
| 30 | EM 1110-2-1902 |
| 31 | Boland Excavation Demonstrative |
| 32 | Boland Marine Demonstrative 1 |
| 33 | IHNC – Levee and Floodwall Capping – Plate 1 |
| 34 | IHNC – Levee and Floodwall Capping – Plate 9 |
| 35 | Enlargements of Plate 9 Demonstrative |
| 36 | Saucer Marine Excavation Demonstrative |

\*   Exhibits 1-16 were attached to Entergy Plaintiffs' Statement of Undisputed Facts filed 9/03/10 (Doc. 20033-2).
    Exhibits 17-22 were attached to MRGO Plaintiffs' Opposition filed 9/03/10 (Doc. 20035-1).
    Exhibits 23-28 are attached to MRGO Plaintiffs' Supplemental Brief.
    Exhibits 29-36 are attached to the Entergy Plaintiffs' Supplemental Brief.