# Exhibit 29
# FILED MANUALLY