# Exhibit 30
# FILED MANUALLY