

Using the measurements on Plate 9 of the November 1969 "*Inner Harbor Navigation Canal East Levee - IHNC Lock to Florida Ave. Levee and Floodwall Capping*" Drawings, File Number H - 4 - 25157, which was retrieved from the USACE IPET Website https://ipet.wes.army.mil/ in the IHNC sub-folder, to the "As Build" sub-folder of the pre-Katrina folder and are marked as "DACW29-70-B-0088 AB"" the Boland excavation was located between 125 and 150 feet from the floodwall.  The dimensions of the excavation were, 25' x 22' to a depth of greater than 24'. Exhibit 82 to WGI's *Motion for Summary Judgment*, referenced also in WGI's *Statement of Undisputed Facts in Support of Washington Group International's Motion for Summary Judgment* (Document 15861-3) at Paragraph 126. **Exhibit 10** to Defendant's Motion for Summary Judgment (Document 19988).

The Boland excavation is noted on Plate 11 to the Feasibility Stage Drawings dated October 1996, contained in the New Lock and Connecting Channels Evaluation Report, Bates Stamp Number MVD-006-000000459.

WGI noted the excavation location on USACE map Bates Number WGI 313719; also Exhibit 82 to WGI's *Motion for Summary Judgment*.

The location of the "Welding/Fabricating Building" comports with a structure noted on Plate 9 of the November 1969 Drawings.

**BOLAND EXCAVATION**

Entergy Plaintiffs'
EXHIBIT 31

These exhibits are based upon documents in evidence.
The Entergy Plaintiffs defer to the expertise and specificity of the Declaration and Images generated by Chad Morris attached hereto as **Exhibit 26** and **Exhibit 28**.