**Sketch 1 – Boland Marine Subsurface Foundations**




WGI313718

**PAGE 1**

Entergy Plaintiffs'
EXHIBIT 32

WGI MTD Exhibit



WGI313719