

Plate 1 showing Plates Locations of the November 1969 "Inner Harbor Navigation Canal East Levee - IHNC Lock to Florida Ave. Levee and Floodwall Capping" Drawings, File Number H - 4 - 25157, retrieved from the USACE IPET Website https://ipet.wes.army.mil/ in the IHNC sub-folder, to the "As Build" sub-folder to the "Drawings - Plans and Spec" folder inside of the pre-Katrina folder and are marked as "DACW29-70-B-0088 AB".

Entergy Plaintiffs'
EXHIBIT 33