

Enlargement of Plate 9 of the November 1969 "Inner Harbor Navigation Canal East Levee - IHNC Lock to Florida Ave. Levee and Floodwall Capping" Drawings, File Number H - 4 - 25157, retrieved from the USACE IPET Website https://ipet.wes.army.mil/ in the IHNC sub-folder, to the "As Build" sub-folder to the "Drawings - Plans and Spec" folder inside of the pre-Katrina folder and are marked as "DACW29-70-B-0088 AB".

**LOCATION OF WEDDING CAKE EXCAVATION AT BOLAND SITE**

These exhibits are based upon documents in evidence.
The Entergy Plaintiffs defer to the expertise and specificity of the Supplemental Exhibits generated by Chad Morris and to be attached to the *Armstrong* Plaintiffs Supplemental Brief.

Entergy Plaintiffs'
EXHIBIT 35