These exhibits are based upon documents in evidence.
The Entergy Plaintiffs defer to the expertise and specificity of the Declaration and Images generated by Chad Morris attached hereto as **Exhibit 26**, and **Exhibit 28**.

The Saucer Excavation was located approximately 80' to 100' from the floodwall as stated in WGI's *Statement of Undisputed Facts in Support of Washington Group International's Motion for Summary Judgment* (Document 15861-3) at Paragraph 112, incorporated as **Exhibit 10** to Defendant's Motion for Summary Judgment (Document 19988).

It is Undisputed that the Saucer Marine excavation removed a footprint of EBIA foundation that was 69' wide by 81' long to depths -19.75 as per "Exhibit 10, Lift Station Removal Plan for Saucer, WGI048621-630".
See: *STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DISCRETIONARY FUNCTION EXCEPTION AND IN OPPOSITION TO DEFENDANT UNITED STATES' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT* (Document 20033-2) at Paragraph 42, and Defendant's Reply thereto (Document 20061-1 at Paragraph 42).

PLATE 11B  MVD – 006-000000045

**SAUCER MARINE EXCAVATION**

Elevation to -19.75'

Entergy Plaintiffs'
EXHIBIT 36