# APPENDIX A

# CHRONOLOGY OF EAST BANK INDUSTRIAL AREA PROJECT AND DDRs

| | |
|---|---|
| 1923 | Inner Harbor Navigational Channel ("IHNC") placed into service by the Port of New Orleans Board of Commissioners. |
| 1942-1986 | United States Government leases IHNC and lock. |
| By 1986 | United States Government operates and maintains IHNC and acquires the lock. |
| 1956 | River and Harbors Act of 1956 (Pub. L. No. 84-455) authorizes construction of Mississippi River-Gulf Outlet and a new IHNC lock and connecting channel. |
| March 1997 | Evaluation Report, Mississippi River-Gulf Outlet, New Lock and Connecting Channels.  (USA Exh. 1) |

- This Feasibility Study and Environmental Impact Statement mention the need for a bypass channel and relocation of existing IHNC levees and floodwalls (USA Exh. 1 at p. 54), but they do not discuss the potential impact of underseepage that the excavation for a wider channel or removal of toxic materials and structures could have on the existing or future LPV flood control structures.

- The study performs an initial assessment of Hazardous, Toxic, and Radioactive Waste of the canal bottom and the heavily industrialized area on the east bank of the IHNC between Claiborne and Florida Avenues (the East Bank Industrial Area ("EBIA")) only to a depth of -5 feet.  (USA Exh. 1 at pp. 22-23)

- No engineering plans concerning  for the bypass channel or necessary excavation work in connection with the channel widening

| | |
|---|---|
| February 1999 | Demolition Design Memorandum, Demolition of Buildings, Foundations and Facilities Along The Inner Harbor Navigational Channel for the Lock Replacement.  (USA Exh. 20) |

- No geotechnical analysis of underseepage, wall stability, or global stability due to the EBIA excavation activities on the existing or proposed floodwalls

- Volume 6—"Excavation, Treatment, and Disposal of Contaminated Soils"—merely seeks to "identify the materials of the east bank industrial area between 0 and 5 feet below

|  |  |
|---|---|
|  | ground surface that are subject to environmental and safety regulations" in connection with the "excavat[ion] for the placement of a bypass channel during the construction of a new lock." (Plaintiffs' Exh. 26 at p. 1) |
|  | • Among the sites where soils were evaluated are Boland Marine and Saucer Marine. (*Id.* at pp. 1, 4, 5, 88-10) |
| 1999 | Task Order 26 (funded as part of the Total Environmental Restoration Contract out of the Corps's Tulsa Division) authorizes remediation and removal of the surface soils and contamination identified at depths up to -5 feet below the EBIA ground surface. (USA Exh. 22 at pp. 18-19) |
| January 2001 | Design Documentation Report No. 2, Levees, Floodwalls and Channels, Inner Harbor Navigational Channel Lock Replacement Project ("DDR No. 2") (USA Exh. 15) |

- DDR No. 2 discusses construction of new floodwalls east of the existing floodwall on the eastern side of the IHNC, noting that "[t]he existing hurricane flood protection system will be maintained throughout the construction of the **new floodwall.**" (*Id.* at p. 6-1) (bold added) ; *see also* p. 1-1 ("The scope of this report considers the construction of **new flood protection structures and embankments** within the available rights-of-way for the Ship Lock alternative.") (bold added)

- No geotechnical analysis of underseepage, wall stability or global stability due to EBIA excavation and backfilling activities on the **existing** or proposed floodwalls

- Only seepage analysis related to the proposed floodwalls (*Id.* at p. 3-7) but nowhere does DDR No. 2 take into account the proximity of the EBIA excavation and backfilling work and the potential for underseepage of the **existing** floodwalls which were remaining in place for the foreseeable future until funding was authorized for the new floodwalls (which have never been built).

- Some wall stability analysis (*see id.* at Plate III-10) for the proposed floodwalls but no geotechnical analysis with reference to the EBIA excavation and backfilling activities or the potential for underseepage and resulting failure of the **existing** or proposed floodwalls

- Discussion of structural design (including dead and live design loads and design parameters) (*Id.* at pp. 5-2 to 5-4) of the new floodwalls but not with respect to the effect of underseepage and its impact on wall or global stability of the **existing** or proposed floodwalls

2

|  |  |
|---|---|
|  | - No discussion of type of soil for filling in excavations or compaction standards at the EBIA site |
| August 2001 | Corps modifies the scope of work for the bypass channel and adopts a plan that significantly alters the physical conditions of the foundation for the EBIA by excavating large buried concrete foundation blocks at the Boland Marine Site. (Plaintiffs' Exh. 8 (Draft Work Plan, Excavation of Concrete, Anchor Foundation Blocks and Steel Forms, IHNC EBIA Area); Plaintiffs' Exh. 9 (Final Work Plan, Cofferdam Installation and Concrete Foundations Removal)) |
|  | - Boland Marine Site experiences removal foundation depths at -20 to -25 feet and proposed back fill with imported sand and sandy clay material. (Plaintiffs' Exh. 8 at WGI037609-610; 614; Plaintiffs' Exh. 9 at WGI039044) |
|  | - The Corps did not require compaction testing of the back fill at the Boland Marine Site. (Plaintiffs' Exh. 8. at WGI037610) |
|  | - No geotechnical analysis of underseepage, wall stability or global stability in relation to the expanded, deeper excavation in proximity to the existing floodwalls |
| October 2001 | Corps develops a separate plan for removal of a sewage lift station at the Saucer Marine Site. (Plaintiffs' Exh. 10 (Lift Station Removal Place for Saucer)) |
|  | - The excavation work goes to depths of -19.75 feet. (*Id.* at WGI048626) |
|  | - The proposed plan is silent as to back fill material or the level of compaction necessary to assure the structural integrity of the adjacent levees. |
|  | - No geotechnical analysis of underseepage, wall stability or global stability in relation to the expanded, deeper excavation in proximity to the existing floodwalls. |
| May 2005 | EBIA activities completed. (USA Exh. 11 at 30:3-24 (Guillory Depo. Vol. II) |
| August 29, 2005 | Hurricane Katrina hits Greater New Orleans |
|  | - North Breach along IHNC eastern floodwall (250 feet long) occurs adjacent to the Boland Marine Site. (Plaintiffs' Exh. 17, Bea Tech. Report V, Jan. 2009) |
|  | - South Breach along IHNC eastern floodwall (900 feet long) occurs adjacent to Saucer Marine Site excavation. (*Ibid.*) |

3