

FIGURE 5
1993 & 1996 LOCATION OF
SOILS FAILING SCREENING OPTION
INDUSTRIAL STANDARDS

LEGEND

TPH-D — Total Petroleum Hydrocarbons-Diesel
PCC — Portland Cement Concrete

100 50 0    100    200    300    400
Graphic Scale in Feet

Base Map furnished by U.S. Corps of Engineers, New Orleans District
for use in this study by Dames & Moore Group.

# FIGURE 6

# Soils Failing SOni and SOi for Arsenic



FIGURE 6
SOIL FAILING SOni & SOi
ARSENIC STANDARDS

**FIGURE 7**

**Soils Failing SOni and SOi for RCRA Metals**



FIGURE 7
SOIL FAILING SOni & SOi
RCRA METAL STANDARDS

## FIGURE 8

## Soils Failing SOni and SOi for Semi-Volatiles



FIGURE 8
SOIL FAILING SOni & SOI
SEMIVOLATILE STANDARDS

Base Map furnished by U.S. Corps of Engineers, New Orleans District
for use in this study by Dames & Moore Group.

**FIGURE 9**

**Soils Failing SOni and SOi for TPH**



FIGURE 9
SOIL FAILING SOil & SOi
TPH STANDARDS

# APPENDIX A

# Site Specific Safety & Health Plan

# APPROVAL PAGE

Site-Specific Safety and Health Plan

for

Excavation, Treatment and Disposal of Contaminated Soils
of The East Bank Industrial Area of the
Inner Harbor Navigational Channel

Contract No. DACW29-97-D-0019
Delivery Order No: 0011
New Orleans COE

Approved by:

| | |
|---|---|
| Senior Industrial Hygienist, Dennis W. Day | 5/2/00 |
| | Date |
| QA Director, John E. Plevniak | 5/2/00 |
| | Date |
| Project Manager, Doug Kuhn | 5/2/00 |
| | Date |
| New Orleans COE Contracting Officers Representative, Brett Herr | 5/2/2000 |
| | Date |
| New Orleans COE Technical Representative (TR), Mr. George Bacuta and/or Ms. Jean Spadaro | 5/2/2000 |
| | Date |

i

# INTRODUCTION

The following Site-Specific Safety and Health Plan (SSHP) is a template that will be utilized by the Contractor conducting work on the "Excavation, Treatment and Disposal of Contaminated Soils of The East Bank Industrial Area of the IHNC" project (aka Phase II). The contractor will supply company and site specific information to complete the SSHP. The contractor revised SSHP will need to be approved by the U.S. Army Corps of Engineers before any work is conducted on site. This project involves the removal of soil from 0' to 5' below surface grade in the east bank industrial area of the IHNC.

This SSHP is in a table format so that all essential site-specific information is available on just a few sheets. Additional supporting and back-up information is attached to the tables in the form of appendices.

This SSHP guide is not intended to direct the contractor or to relieve the contractor of any responsibility to ensure a safe and healthy work environment for contractor personnel and to ensure the safety and health of the public that could be impacted from work associated with this project. The contractor is expected to verify all information provided in this SSHP guide.

The following is a checklist of items that need to be completed by the Contractor prior to receiving final approval from the U.S. Army Corps of Engineers. In addition to completing blank sections and adding Contractor specific information, review completely all sections and update as necessary to reflect actual planned procedures and practices.

**Title Page:** Fill in the blanks including; Contract Number, Project Number, Project Manager, Site Contact and Phone Numbers.

**Emergency Contacts & Approval Page:** Add names and numbers of emergency contact persons. Check emergency numbers and points of contact provided; update as necessary.

**History and Waste Characterization Page:** Review completely all sections and update as necessary to reflect actual planned procedures and practices. (Attach final section 5: Waste Management and Disposal Procedures of "Operational Plan Report For Excavation, Treatment and Disposal of Contaminated Soils of The East Bank Industrial Area of the IHNC" as an appendices.

**Hazardous Material Summary Page:** Review Background information and check "Background Review Complete. Review and update as necessary. Include any hazardous materials brought on site.

**Table 1: Exposure Limits and Selected Physical Characteristics:** Review and update as necessary. Include any hazardous materials brought on site.

**Table 2: Routes of Entry, Symptoms of Exposure, First Aid Treatment, and Target Organs:** Review and update if necessary. Include any hazardous materials brought on site.

**Task Description Page:** Review Tasks and add any additional tasks to be performed.   Add personnel (add additional sheets if necessary - keep updated throughout project if personnel change.

**PPE by Task Page:** Review PPE requirements and modify as necessary.

**Air Monitoring by Task Page:** Review air-monitoring requirements and modify as necessary.

**Decontamination Page:** Review decontamination requirements and modify as necessary.

**Work Zone Page:** Review work zones and modify as necessary.

**Signature Page:** All individuals performing work on the site are required to sign this sheet following the briefing where all information in the SSHP is reviewed. Add additional sheets if necessary.

**Appendices:** Contractor is to review and update all appendices.  See table of contents for specific instructions.

# TABLE OF CONTENTS

**TITLE**                                                                                           **PAGE**

**SITE SPECIFIC SAFETY AND HEALTH PLAN**

Title Page .................................................................................................. 1
Emergency Contacts & Approval Page.................................................... 2
Hospital Map Route.................................................................................. 3
History and Waste Characterization Page ............................................... 4
Hazardous Material Summary Page ......................................................... 5
Task Description Page .............................................................................. 8
Description of Responsibilities ................................................................. 9
PPE by Task Page .................................................................................... 10
Air Monitoring by Task Page ..................................................................... 11
Decontamination Page.............................................................................. 12
Work Zone Page ....................................................................................... 13
Signature Page.......................................................................................... 14

**APPENDICES**

**Appendix A: Toxicological Assessment and Decision Logic for Major Potential Contaminants On-site**

**Appendix B: MSDS for Chemicals Brought On-site and Potential Contaminants On-site**

> **Contractor to Insert MSDS**

**Appendix C: Logs:**
  **Visitors Log**
  **Daily Safety Inspection Log**
  **Daily Instrument Calibration Check Sheet**
  **Air Monitoring Readings**

**Appendix D: Decontamination Procedures**
      **Level C Personal Decontamination**

**Appendix E: Activity Hazard Analysis**

> **Contractor to Develop and Insert Activity Hazard Analysis**

**Appendix F: Respiratory Protection Program**

> **Contractors is to insert their Respiratory Protection Program.**

**Appendix G: Medical Surveillance Requirements and Sample Physician's Certification Form**
      **Attach copies of employees' medical certification to this Appendix.**

**Appendix H: Training Requirements and On-Site Training Certification Form**
      **Documentation Of On-Site Htrw Field Experience**

> **Contractor is to attach Copies Of Employees' 29 CFR 1910.120 Training Certifications.**

**Appendix I: Contingency Evacuation Plan**

**Appendix J: Trenching Requirements**

> **Contractor is to attach description of how they will meet the excavation requirements.**

**Appendix K: USACE Accident Reporting Form**

**Appendix L: Protection of the Public**

Appendix M: Hazard Assessment/Risk Analysis

**Appendix N: Heat Stress**

**Appendix O: Accident Prevention**

5

# SITE SPECIFIC SAFETY AND HEALTH PLAN
## *TITLE PAGE*
### *Inner Harbor Navigational Channel - Phase II*

| | |
|---|---|
| **PROJECT NAME:** Excavation, Treatment and Disposal of Contaminated Soils of The East Bank Industrial Area of the IHNC or Phase II. | CONTRACT NO: |
| **JOBSITE ADDRESS:** Between Florida Avenue and the Mississippi River on the east and west side of the Inner Harbor Navigation Canal in New Orleans LA. | PROJECT NO: |
| **PROJECT MANAGER:** | PHONE NO: |
| **SITE CONTACT:** | PHONE NO: |

| **OBJECTIVES OF FIELD WORK:** To remove soil from 0 to 5 feet bgs on the east side of the IHNC. | **SITE TYPE:** Check as many as applicable |
|---|---|

**SITE TYPE:** Check as many as applicable

| | | |
|---|---|---|
| ( ) Active | ( ) Landfill | ( ) Natural |
| (X) Inactive | ( ) Uncontrolled | (X) Municipal |
| ( ) Secure | (X) Industrial | |
| (X) Unsecured | ( ) Residential | |
| ( ) Enclosed space | ( ) Well Field | |

**DESCRIPTION AND FEATURES:** The IHNC opened in 1923, and is located in the metropolitan area of New Orleans.  The canal allows for barge traffic to move from the Mississippi River to Lake Pontchartrain and the intercoastal waterways of the Gulf Coast.  The focus of this document is on the industrialized portion of the IHNC east bank between Florida and North Claiborne Avenues along Surekote Road.  In this industrialized area are several active and inactive facilities that were associated with steel fabrication, shipbuilding, marine vessel repair and servicing, marine supplies, petroleum related facilities, barge leasing, and others.

Industrialization of the east bank area began in the 1960s and today approximately 50% of these industrialized facilities are currently unoccupied or abandoned.  This area of concern is located on the east bank of the Inner Harbor Navigation Canal in an industrial area south of Florida Avenue and along Surekote Road.  Six sites along Surekote Road make up the east bank industrial area.  These sites are Boland Marine (2500 Surekote Road), 1800 Surekote Road, 1910 Surekote Road, 2100 Surekote Road, 2200 Surekote Road, 2300 Surekote Road, and 2500 Surekote Road.

**SURROUNDING POPULATION:** (X) Residential   (X) Industrial   ( ) Rural   (X) Urban   (X) Commercial:   ( ) Other:

6

# SITE SPECIFIC SAFETY AND HEALTH PLAN
## EMERGENCY CONTACTS & APPROVAL PAGE
### Inner Harbor Navigational Channel - Phase II

| EMERGENCY CONTACTS | | | EMERGENCY CONTACTS | Contact/PHONE | 24-Hour Hotline |
|---|---|---|---|---|---|
| Project Site Manager | | | Project Manager | | |
| Site Safety & Health Officer | | | Safety and Health Manager | | |
| Alternate SSHO | | | Industrial Hygienist | | |
| Maintenance | | | First Aid/CPR on-site responder (2 required) | | |
| EPA Release Report No. | | (800)-424-8802 | First Aid/CPR on-site responder | | |
| National Meteorological Center, NOAA/NWS | 5200 Auth Road Camp Spring, MD | (301) 763-8016 | EPA Region 6 Compliance Assurance and Enforcement Division | Main Branch Phone: (214)665-6468 Fax: (214)665-2168 | 24 Hour Noncompliance Hotline: (214)665-6595 |
| | | | LA HAZARDOUS WASTE DIVISION | James H. Brent, Ph.D. | (504) 765-0232 fax 0617 |
| | | | New Orleans Fire Department 317 Decatur Street | (504) 565-7800 fax 7848 | 911 |
| | | | New Orleans 5th District Police, 3900 N. Claiborne Avenue | (504) 941-4400 fax3023 | 911 |
| CONTINGENCY PLANS | | | LA State Police Troop B **2101 I-10 SERVICE ROAD KENNER, LOUISIANA** | Captain Mel Ryan, Troop B Commander | (504) 471-2775 fax 2784 |
| | | | LA OFFICE OF PUBLIC HEALTH PUBLIC HEALTH STATISTIC | Joan Borstell | (504) 568-7401 fax 8297 |
| In the event that a chemical physical hazards ensue (fire, injury, criminal activity), the site will be evacuated with response delegated to local New Orleans and Louisiana State authorities. Appropriate personnel listed herein should be notified in the event of site evacuation that corresponds to their office's authority. This sheet is to be copied, laminated and posted on-site. | | | Poison Control Center Tulane Medical Center Emergency | (504) 588-5711 fax 7429 | 911 |
| | | | Medical Surveillance, | | |

| MEDICAL EMERGENCY | | |
|---|---|---|
| Hospital Name: | **Saint Claude Medical Center** | **(504) 948-8245** |
| Hospital Address: | **3419 Saint Claude Avenue** | **(504) 948-8245** |
| Name of Contact at Hospital: | **Mr. Rusty Foster** | |

| SAFETY AND HEALTH PLAN APPROVALS | | |
|---|---|---|
| Prepared by: | Date: | |
| Reviewed by: | Date: | |
| Project Manager: | Date: | |

| | | |
|---|---|---|
| Name of 24-Hour Ambulance: | | Phone: **911** |
| Route to Hospital: - See attached map. | | |

7

# SITE SPECIFIC SAFETY AND HEALTH PLAN
## *HOSPITAL MAP ROUTE*
### *Inner Harbor Navigational Channel - Phase II*



# SITE SPECIFIC SAFETY AND HEALTH PLAN
## *HISTORY AND WASTE CHARACTERIZATION PAGE*
### *Inner Harbor Navigational Channel - Phase II*

**HISTORY:** According to the land use studies the IHNC location has had several businesses/activities including: warehousing, marine manufacturing, paint manufacturing equipment, marine repair, petroleum distributors, marine repair, fiberglass manufacturing occupy various facilities over the years.  A detailed historical account is recounted in the Operational Plan Report For Excavation, Treatment and Disposal Of Contaminated Soils of The East Bank Industrial Area of the IHNC. All buildings and waste mounds will have been removed prior to the start of this project.  Most of the soil is not contaminated.

**WASTE TYPES:** ( ) Liquid   (X) Solid   ( ) Sludge   ( ) Gas   ( ) Unknown   ( ) Other **specify:**

| WASTE CHARACTERISTICS: Check as many as applicable. | WORK ZONES: Work zones will be shown on "WORK ZONE MAP PAGE." |
|---|---|
| ( ) Corrosive      ( ) Flammable     ( ) Radioactive<br><br>(X) Toxic            ( ) Volatile          ( ) Reactive<br><br>( ) Inert Gas       ( ) Unknown | Work Zones around the sampling locations during sampling will include:<br>• EZ:  Within 15 feet of invasive work activities.<br>• CRZ:  Immediately outside the EZ.<br>• SZ:  All other areas. |

**HAZARDS OF CONCERN:** Check as many as applicable.

| | |
|---|---|
| (X) Heat Stress | (X) Noise |
| ( ) Cold Stress | (X) Inorganic Chemicals |
| (X) Explosive/Flammable | (X) Organic Chemicals |
| (X) Oxygen Deficient | (X) Motorized Traffic |
| ( ) Radiological | (X) Heavy Machinery |
| (X) Biological | (X) Slips, Trips & Falls |
| ( ) Other **specify:** Excavation | |

No Confined Spaces will be entered.  Confined spaces are defined as trench entry when trench is greater than 4 feet in depth or contains volatile organic vapors that must be assessed.  If hydrocarbon vapors are present, monitoring for benzene must be accomplished prior to entry.  Benzene at 1 ppm levels will require respiratory protection and the use of a confined space entry permit.

Hazards associated with trench entry.

**PRINCIPAL DISPOSAL METHODS AND PRACTICES:  See section 5 of** "Operational Plan Report For Excavation, Treatment and Disposal Of Contaminated Soils of The East Bank Industrial Area of the IHNC" (attach final in an appendicies)

9

# SITE SPECIFIC SAFETY AND HEALTH PLAN
## HAZARDOUS MATERIAL SUMMARY PAGE
### Inner Harbor Navigational Channel - Phase II

**HAZARDOUS MATERIAL SUMMARY:** Previous investigations has detected constituents with concentrations elevated above the LDEQ Screening Option for Industrial soils (Soi). Other hazardous materials such as the waste mounds and structures will be removed prior to the initiation of this project. Soils have been classified with the following classifications: TPH, SVOC, Metals, Hazardous Lead, Clean. For quantities of each classification see Table 2 from Section 6; Waste Management of the Operational Plan Report For Excavation, Treatment and Disposal Of Contaminated Soils of The East Bank Industrial Area of the IHNC. See Appendix J. Hexavalent Chromium was not sampled for and may be in excess of SOi Levels.

| SOILS WITH LEVELS IN EXCESS OF LDEQ SOi LEVELS | LEDQ SOi LEVEL OR Method Detection Limit (1999 Revised RECAP) | SLUDGES Amounts/Units: | SOLVENTS Amounts/Units: | OILS Amounts/Units: | OTHER Amounts/Units: |
|---|---|---|---|---|---|
| Arsenic / 16.9 mg/kg | 3.0 mg/kg | | | | |
| Lead / 2,420 mg/kg | 1,700 mg/kg | | | | |
| *Benzo (a) anthracene / 7,000 ug/kg | 3,600 ug/kg | | | | |
| *Benzo (b) fluoranthene / 12,000 ug/kg | 3,600 ug/kg | | | | |
| *Benzo (a) pyrene / 5,400 ug/kg | 360 ug/kg | | | | |
| *Dibenz (a,h) anthracene / 940 ug/kg | 360 ug/kg | | | | |
| *N-nitro-di-n-propylamine / <830 ug/kg | 330 ug/kg (mdl) | | | | |
| Indeno (1,2,3,-cd) pyrene / *<16,600 ug/kg | 3,600 ug/kg (mdl) | | | | |
| *2-Nitoaniline / <8,300 ug/kg | 1700 ug/kg) | | | | |
| TPH (as Diesel Oil) / 13,900 mg/kg | 500 mg/kg | | | | |
| TPH as gasoline / 3,040 mg/kg | 500 mg/kg | | | | |
| Xylene (Total) / 283,500 mg/kg | 150 mg/kg | | | | |

**BACKGROUND REVIEW:**  (  ) COMPLETE    (  ) INCOMPLETE

*These constituents are Semi-Volatile Organic Compounds (SVOCs) and more specifically Poly-aromatic Hydrocarbons (PAHs)

## TABLE 1
### EXPOSURE LIMITS AND SELECTED PHYSICAL CHARACTERISTICS

| COMPOUND | EXPOSURE VALUE[a] PEL/TLV | IDLH[b] LEVEL | LEL[c] | UEL[d] | IP[e] | VP[f] | CARCINOGEN |
|---|---|---|---|---|---|---|---|
| Gasoline | 300 ppm- (TWA)-PEL/TLV 500 ppm (STEL)-PEL/TLV | ----- | 1.4% | 7.6% | | | IARC-2B NIOSH-X |
| Diesel | ----- | ----- | 1.3% | 6.0%- | | ---- | See MSDS |
| Xylenes (o-, m-, p-isomers) | 100 ppm (TWA)-PEL/TLV 150 ppm (STEL)- PEL/TLV | 1,000 ppm | 1.1/1.0/1.0% | 7.0/7.0/7.0% | 8.56/8.56/8.44eV | 7/9/9 mm | EPA-D IARC-3 |
| Arsenic | 0.010 mg/m³ PEL/TLV | 100 mg/m³ | NA | NA | NA | | |
| Chromium | 0.010 mg/m³ PEL/TLV | 100 mg/m³ | NA | NA | NA | | |
| Lead | 0.050 mg/m³ | 100 mg/m³ | NA | NA | NA | 0 | |
| SVOCs/PAHs | 10 ppm[i] | 500 ppm[i] | NA | NA | NA | | |

(a)  Permissible Exposure Limit (OSHA) or Threshold Limit Value (ACGIH). More Conservative Value Utilized.
(b)  Immediately Dangerous to Life and Health
(c)  Lower Explosive Limit
(d)  Upper Explosive Limit
(e)  Ionization Potential
(f)  Vapor Pressure

Ceiling - The concentration that shall not be exceeded during any part of the working exposure
EPA - U.S. Environmental Protection Agency
IARC - International Agency for Research on Cancer
NTP - National Toxicology Program
STEL - Short-Term Exposure Limit. Usually a 15-minute time-weighted average (TWA) exposure that should not be exceeded at any time during a workday, even if the 8-hour TWA is within the TLV-TWA, or PEL-TWA.
TWA - Time-weighted average exposure concentration for a normal 8-hour (TLV, PEL) workday and a 40-hour workweek.

Carcinogen Designations:
EPA-A:  Human Carcinogen: sufficient evidence from epidemiological studies to support a causal association between exposure and cancer.
-B:  Probable Human Carcinogen: weight of evidence of human carcinogenicity based on epidemiological studies is limited: agents for which weight of evidence of carcinogenicity based on animal studies is sufficient.
-B2:  Sufficient evidence from animal studies: inadequate evidence or no data from epidemiological studies.
-D:  Not Classifiable as to Human Carcinogenicity: Inadequate human and animal evidence of carcinogenicity or no data are available.
IARC-1:  Carcinogenic to Humans: sufficient evidence of carcinogenicity
-2A:  Probably Carcinogenic to Humans: limited human evidence. sufficient evidence in experimental animals
-2B:  Possibly Carcinogenic to Humans: limited evidence in humans in the absence of sufficient evidence in experimental animals
-3:  Not Classifiable as to Carcinogenicity to Humans
NIOSH-X:  Carcinogen defined with no further categorization
NTP-1:  Known to be carcinogenic: sufficient evidence from human studies
-2:  Reasonably anticipated to be a carcinogen: limited evidence from studies in humans or sufficient evidence from studies in experimental animals
OSHA-X:  Carcinogen defined with no further categorization
TLV-A2:  Suspected Human Carcinogen: Agent is carcinogenic in experimental animals at dose levels, by route(s) of administration, at site(s), of histologic type(s), or by mechanism(s) considered relevant to worker exposure. Available epidemiological studies are conflicting or insufficient to confirm an increased risk of cancer in exposed humans.

TABLE 2
ROUTES OF ENTRY, SYMPTOMS OF EXPOSURE, FIRST AID TREATMENT, AND TARGET ORGANS

| COMPOUND | ROUTES OF ENTRY | SYMPTOMS OF EXPOSURE | GENERAL FIRST AID TREATMENT | TARGET ORGANS |
|---|---|---|---|---|
| Gasoline | See Appendix A | | | |
| Diesel | See Appendix A | | | |
| Xylenes (o- , m-, p- isomers) | Inhalation, ingestion, skin absorption, skin and/ or eye contact | Dizziness, excitement, drowsiness, incoherence, staggering gait, irritation, of eyes, nose, throat, corneal vacuolization, nausea, vomiting, abdominal pain, dermatitis | eye: irrigate immediately skin: soap wash promptly breath: respiratory support swallow: medical attention immediately | central nervous system, eyes, gastrointestinal tract, blood, liver kidneys, skin |
| Arsenic | Ingestion | Nausea, respiratory tract irritation, ulceration of nasal septum. Ca. | | |
| Chromium | Ingestion | Flu-like illness, muscle aches, eye irritation. Ca | | |
| Lead | Ingestion | Seizures, usually delayed symptoms | | |
| SVOCs/PAHs | Ingestion | Potential carcinogen | | |

General First Aid Treatment

EYE
irrigate immediately -

If this chemical contacts the eyes, immediately wash the eyes with large amounts of water, occasionally lifting the lower and upper lids. Get medical attention immediately. Contact lenses should not be worn when working with this chemical.

SKIN
soap wash immediately-

If this chemical contacts the skin, immediately wash the contaminated skin with soap and water. If this chemical penetrates the clothing, immediately remove the clothing, wash the skin with soap and water and get medical attention promptly.

soap wash promptly -

If this chemical contacts the skin, promptly wash the contaminated skin with soap and water. If this chemical penetrates through the clothing, promptly remove the clothing and wash the skin with soap and water. Get medical attention promptly.

water flush immediately-

If this chemical contacts the skin, flush the contaminated skin with water promptly. If this chemical penetrates the clothing, immediately remove the clothing and flush the skin with water promptly. If irritation persists after washing, get medical attention.

BREATH
respiratory support-

If a person breathes large amount of this chemical, move the exposed person to fresh air at once. If breathing has stopped, perform mouth to mouth resuscitation. Keep the affected person warm and at rest. Get medical attention as soon as possible.

SWALLOW
medical attention-
 immediately

If this chemical has been swallowed, get medical attention immediately.

12

# SITE SPECIFIC SAFETY AND HEALTH PLAN
## TASK DESCRIPTION PAGE
### *Inner Harbor Navigational Channel - Phase II*

**FIELD ACTIVITIES COVERED UNDER THIS PLAN- ATTACH ACTIVITY HAZARD ANALYSIS FOR EACH TASK**

| TASK DESCRIPTION/SPECIFIC TECHNIQUE-STANDARD OPERATING PROCEDURES/SITE LOCATION (Attach additional sheets as necessary) | Type | Primary | Contingency | HAZARD SCHEDULE | | |
|---|---|---|---|---|---|---|
| 1 Mobilization & Demobilization | <u>Non-intrusive</u> | A  B  C  **D**<br><br><u>Modified</u> | A  B  <u>C</u>  D<br>or<br><u>Exit Area</u> | Hi | Med | <u>Low</u> |
| 2 Trenching and Excavation and Loading for transportation | <u>Intrusive</u> | A  B  C  **D**<br><br>**Modified** | A  B  <u>C</u>  D<br>or<br><u>Exit Area</u> | Hi | <u>**Med**</u> | Low |
| | | | Physical Hazard | | | |
| 3  Testing soil for waste characterization | <u>Intrusive</u> | A  B  C  **D**<br><br>**Modified** | A  B  <u>C</u>  D<br>or<br><u>Exit Area</u> | Hi | Med | <u>Low</u> |
| 4 Hauling off-site for disposal | <u>Non-Intrusive</u> | A  B  C**D**<br><br>**Modified** | A  B  C  D<br>or<br><u>Exit Area</u> | Hi | Med | <u>Low</u> |
| 5 On-site treatment? | <u>Intrusive</u> | A  B  C  D<br>Modified | A  B  C  D<br>Exit Area | Hi | Med | Low |

**PERSONNEL* AND RESPONSIBILITIES** (Include subcontractors)  Responsibilities are described on the following page.

| NAME | OFFICE SYMBOL | HEALTH CLEARANCE? | RESPONSIBILITIES | ONSITE? |
|---|---|---|---|---|
| | Equipment Operators | Y | Soil Excavation, Loading and Hauling | Y |
| | Project Manager | Y | MANAGER/Alternate SSHO | Y |
| | Sampler | Y | OVERSIGHT/MONITORING/SAMPLING | Y |
| | SSHO Alternate | Y | SSHO alternate | Y |
| | Safety Manager | Y | SSHO | Y |

13

## DESCRIPTION OF RESPONSIBILITIES

**Site Safety and Health Personnel.** The Site Safety and Health Officer (SSHO) in conjunction with the Site Supervisor ensures that the provisions of this SSHP are adequate and implemented in the field. Project Managers and Technical Managers are to take all necessary actions to guarantee site safety. Changing field conditions may require decisions to be made concerning adequate protection programs. Personnel assigned as SSHO must be experienced and meet the additional training requirements specified by OSHA in 29 CFR 1910.120 and this SSHP. The SSHO is also responsible for conducting site inspections on a regular basis in order to ensure the effectiveness of this plan.

### Organizational Responsibility

Project Manager
- Overall responsibility for project schedule;
- Manage and schedule and coordinate changes;
- Develop cost estimates for work identified.
- Identify scope of work;
- Estimate schedule for work;
- Request that a technical team be appointed;
- Identify resources needed (specialized expertise);
- Suggest schedule or contingencies.
- Enforce disciplinary action when unsafe acts or practices occur;
- Grant permission for site access;
- Designate site security;
- Enforce the buddy system.

Safety Manager
- Keep safety and health records;
- Prepare safety and health reports;
- Confirm an employee's suitability for work based on the physician's recommendation;
- Enforce site control;
- Designate signs.

Site Safety and Health Officer (SSHO)
- Conduct safety meetings.
- Monitor on-site hazards and conditions;
- Audit compliance with the Site Safety and Health Plan (SSHP);
- Enforce safety procedures;
- Designate facilities, and equipment for health and safety;
- Select, dispense, and ensure availability of Personal Protective Equipment (PPE);
- Periodically inspect PPE and ensure proper storage and maintenance;
- Monitor for heat and cold stress;
- Set up decontamination lines, control decontamination, prepare decontamination solutions, and monitor;
- Notify and serve as liaison with emergency response personnel;
- Train employees on emergency procedures and evacuation routes;

Equipment Operator
- Conduct daily equipment checks
- Operate equipment safely

Sampler (Project or Field)
- Conduct sampling;
- Package and ship samples off site;
- Dispose of contaminated materials (Re: Work Plan).

14

# SITE SPECIFIC SAFETY AND HEALTH PLAN
## *PPE BY TASK PAGE*
### *Inner Harbor Navigational Channel - Phase II*

**PROTECTIVE EQUIPMENT:** Specify by task. Indicate type and/or material as necessary. Use copies of this sheet if needed.

---

TASKS: <u>1 - 2 - 3  - 4 - 5</u>      (X)  Primary
LEVEL:  A - B - C - <u>**D - Modified**</u>     ( )  Contingency

**Respiratory:** (X) Not Needed
( ) SCBA, Airline:
( ) APR:
( ) Cartridge:
( ) Escape Mask:
( ) Other:

**Head and Eye:** ( ) Not Needed
(X) Safety Glasses:
( ) Face Shield:
(X) Goggles*
(X) Hard Hat:
*Either safety glasses or over-goggles

**Boots:** ( ) Not Needed
(X) Boots:  <u>Leather steel-toed & shank work boots</u>
( ) Overboots:Latex or Nitrile
( ) Rubber:

**Prot. Clothing:** (X) Not Needed
( ) Encapsulated Suit:
( ) Splash Suit:
( ) Apron
( ) Tyvek Coverall:
( ) Saranex Coverall:
( ) Cloth Coverall:
( ) Other:

**Gloves:** ( ) Not Needed
( ) Undergloves:
(X) Gloves: Nitrile
(X) Overgloves*: optional
*Cotton to preclude abrasion of Nitrile
( ) Other - specify below:

---

TASKS: <u>1 - 2 - 3 - 4 - 5</u>      ( )  Primary *
LEVEL:  A - B - <u>C</u> - D - Modified     (X)  Contingency or Back-off and wait for natural ventilation

**Respiratory:** ( ) Not Needed
( ) SCBA, Airline:
(X) APR:Full Face
(X) Cartridge: OV
( ) Escape Mask:
( ) Other:

**Head and Eye:** ( ) Not Needed
( ) Safety Glasses:
( ) Face Shield:
( ) Goggles:
(X) Hard Hat:
(X) Other:Incl w Respirator full-face

**Boots:** ( ) Not Needed
( ) Boots: Leather steel-toed & shank work boots
( ) Overboots:
(X) Rubber: steel-toed & shank work boots

**Prot. Clothing:** ( ) Not Needed
( ) Encapsulated Suit:
( ) Splash Suit:
( ) Apron
(X) Tyvek Coverall:
( ) Saranex Coverall:
( ) Cloth Coverall:
( ) Other:

**Gloves:** ( ) Not Needed
( ) Undergloves:
(X) Gloves: Nitrile
(X) Overgloves: optional

( ) Other - specify below:

---

TASKS: 1 - 2 - 3 - 4 - 5      ( ) Primary
LEVEL: A - B - C - D - Modified     ( ) Contingency

**Respiratory:** ( ) Not Needed
( ) SCBA, Airline:
( ) APR:
( ) Cartridge:
( ) Escape Mask:
( ) Other:

**Head and Eye:** ( ) Not Needed
( ) Safety Glasses:
( ) Face Shield:
( ) Goggles:
( ) Hard Hat:
( ) Other:

**Boots:** ( ) Not Needed
( ) Boots: Leather steel-toed & shank work boots
( ) Overboots:
( ) Rubber:

**Prot. Clothing:** ( ) Not Needed
( ) Encapsulated Suit:
( ) Splash Suit:
( ) Apron
( ) Tyvek Coverall:
( ) Saranex Coverall:
( ) Cloth Coverall:
( ) Other:

**Gloves:** ( ) Not Needed
( ) Undergloves:
( ) Gloves:
( ) Overgloves:

( ) Other - specify below:

---

TASKS: 1 - 2 - 3 - 4 - 5      ( ) Primary
LEVEL: A - B - C - D - Modified     ( ) Contingency

**Respiratory:** ( ) Not Needed
( ) SCBA, Airline:
( ) APR:
( ) Cartridge:
( ) Escape Mask:
( ) Other:

**Head and Eye:** ( ) Not Needed
( ) Safety Glasses:
( ) Face Shield:
( ) Goggles:
( ) Hard Hat:
( ) Other:

**Boots:** ( ) Not Needed
( ) Boots: Leather steel-toed & shank work boots
( ) Overboots:
( ) Rubber:

**Prot. Clothing:** ( ) Not Needed
( ) Encapsulated Suit:
( ) Splash Suit:
( ) Apron
( ) Tyvek Coverall:
( ) Saranex Coverall:
( ) Cloth Coverall:
( ) Other:

**Gloves:** ( ) Not Needed
( ) Undergloves:
( ) Gloves:
( ) Overgloves:

( ) Other - specify below:

15

# SITE SPECIFIC SAFETY AND HEALTH PLAN
*AIR MONITORING BY TASK PAGE*
*Inner Harbor Navigational Channel - Phase II*

**MONITORING EQUIPMENT:** Specify by task.  Indicate type as necessary.  Attach additional sheets as necessary.

| INSTRUMENT | TASK | ACTION GUIDELINES | COMMENTS (Includes schedules of use) |
|---|---|---|---|
| Combustible Gas  with Oxygen Indicator | 1 - **2 - 3 - 4** | 0-10% LEL — No explosion hazard<br>10% — Proceed w/caution, continuous monitoring<br>  >10% LEL — **Explosion hazard; interrupt task/evacuate, reassess**<br><br>21.0% 02 — Oxygen normal<br><19.5% 02 — Oxygen deficient; notify SSHO.<br>>22.5% 02 — **Interrupt task/evacuate** | Monitor prior to any intrusive work in the general area to establish a baseline; monitor during intrusive work continuously and while doing any trench entry.  Monitor every 30 minutes during initial trench excavation. |
| Radiation Survey Meter | 1 - 2 - 3 - 4 - 5 -__ | 3X Background — Notify SSHO<br>>2mR/hr — **Interrupt task/evacuate** | (X)  Need not anticipated |
| Photoionization Detector<br>Type _____<br>( ) 11.7 ev<br>(X) 10.2 ev<br>( ) 9.8 ev<br>( ) ___ ev | 1 - **2 - 3 - 4** -__ | **Specify:**<br>0-10 ppm — Level D<br>At 5 ppm — monitor continuously if sustained (5 minutes) check for benzene with detector tube<br>10-50 ppm — Level C<br>>50 ppm — Stop work | Monitor prior to any intrusive work in the general area to establish a baseline; monitor during intrusive work continuously and while doing any trench entry.  Monitor every 30 minutes during initial trench excavation. |
| Flame Ionization Detector<br>Type | 1 - 2 - 3 - 4 - 5 -__ | **Specify:** | (X)  Need not anticipated |
| Detector Tubes<br>Type  Benzene<br>Type | 1 - **2 - 3 - 4** -__ | **Specify: If greater than 1 ppm - Stop work** | Use whenever PID readings exceed 5 ppm for 5 minutes |
| Respirable Dust Monitor<br>Type<br>Type | 1 - 2 - 3 - 4 - 5 -___ | **Specify:** |  |
| Other<br>**Specify** | 1 - 2 - 3 - 4 - 5 -___ | **Specify:** |  |

16

# SITE SPECIFIC SAFETY AND HEALTH PLAN
## *DECONTAMINATION PAGE*
### *Inner Harbor Navigational Channel - Phase II*

**DECONTAMINATION PROCEDURES**

**ATTACH SITE MAP INDICATING EXCLUSION, DECONTAMINATION, AND SUPPORT ZONES AS PAGE TWO**

| Personnel Decontamination | Sampling Equipment Decontamination | Heavy Equipment Decontamination |
|---|---|---|
| Level D decon will be used.<br><br>Wipe down leather boots with wet wipes.<br>Wipe off exterior of safety glasses or goggles with wet wipes.<br>Wipe off exterior of gloves with wet wipes and bag for disposal as sanitary waste.<br><br>Wash hands and face as soon as practical.<br><br>Summarize below and/or attach diagram of decon area. | All small equipment will be bagged for later decon.  Bags are to be labeled.<br><br>Later decon will be soap and water wash using Alconox.  All personnel deconning equipment will wear latex gloves.<br><br>See: Sampling Plan for details as to sample container decon.<br><br>Summarize below and/or attach diagram of decon area. | Heavy equipment will be deconned on-site.<br><br>Work Plan includes equipment decontamination procedures. |
| **Containment and Disposal Method** | **Containment and Disposal Method** | **Containment and Disposal Method** |
| | | |

17

# SITE SPECIFIC SAFETY AND HEALTH PLAN
## WORK ZONE PAGE
### Inner Harbor Navigational Channel - Phase II

**THIS PAGE RESERVED FOR MAP** (Show Exclusion, Contamination Reduction, and Support Zones.  Indicate evacuation and reassembly points.)



**Site Boundary**

Trench

→ Four foot radius around trench

**Exclusion Zone** is area within 15 foot Radius of Trench boundary

**Contamination Reduction Zone** is outside Exclusion Zone Radius

# SITE SPECIFIC SAFETY AND HEALTH PLAN
## SIGNATURE PAGE
### Inner Harbor Navigational Channel - Phase II

The following personnel have read and fully understand the contents of this Site Safety and Health Plan and referenced appendices and further agree to all requirements contained herein.  Further more the individuals are fully trained and have required clearances.  Attach copies of current HTRW and first aid training, medical clearance, and respiratory fit test records.

| Name | Affiliation | Date | Signature |
|------|-------------|------|-----------|
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |
|      |             |      |           |

**Site Safety and Health Plan**

# ADDENDUMS

# ADDENDUMS

## Table of Contents

**Addendum A: Toxicological Assessment and Decision Logic for Major Potential Contaminants On-site**

**Addendum B: MSDS for Chemicals Brought On-site and Potential Contaminants On-site**

> | Insert MSDS |
> | --- |

**Addendum C: Logs:**
                       **Visitors Log**
                       **Daily Safety Inspection Log**
                       **Daily Instrument Calibration Check Sheet**
                       **Air Monitoring Readings**

**Addendum D: Decontamination Procedures**
                       **Level C Personal Decontamination**

**Addendum E: Activity Hazard Analysis**

**Addendum F: Respiratory Protection Program**

> | Insert their Respiratory Protection Program. |
> | --- |

**Addendum G: Medical Surveillance Requirements and Sample Physician's Certification Form**

      **Attach copies of employees' medical certification to this Addendum.**

**Addendum H: Training Requirements and On-Site Training Certification Form**
        **Documentation Of On-Site Htrw Field Experience**

> | Attach Copies Of Employees' 29 CFR 1910.120 Training Certifications. |
> | --- |

**Addendum I: Contingency Evacuation Plan**

**Addendum J: Trenching Requirements**

> | Contractor is to attach description of how they will meet the excavation requirements. |
> | --- |

**Addendum K: USACE Accident Reporting Form**

**Addendum L: Protection of the Public**

**Addendum M: Hazard Assessment/Risk Analysis**

**Addendum N: Heat Stress**

**Addendum O: Accident Prevention**

**Addendum B: MSDS for Major Chemicals Brought On-site and Potential Contaminants On-site**

**Addendum C: Logs**

**Addendum D : Level C Decon Procedures**

# LEVEL C PERSONAL DECONTAMINATION

1.  Remove tape on boot covers and outer gloves.

2.  If safety boots are to be reused, step into wash tub and scrub boots.

3.  Step directly onto "clean" plastic sheet or tarp.

4.  Unzip outer protective suit.

    With mask and respirator harness on, remove upper portion of outer suit and outer gloves as a unit and "step out" of outer suit.  If outer gloves are removed separately, they should be removed before outer suit. Place suit into disposal bag.  *Note: Do not wear suits with booties or this procedure will not work properly.*

5.  Step to a rinse water tub, and then step out onto clean plastic sheet.

6.  Remove safety boots and step onto clean pad.

7.  For Level C:  Wipe down the Air Purifying Respirator (APR) harness

    Remove respirator harness and mask.

8.  For Level C: Discard the HEPA-OV combo cartridges, or tape and bag for reuse.

    Remove inner suit (if worn) and discard.  If you are wearing scrubs, a nylon swimsuit, or disposable underwear, exit to an approved doffing area before removing undergarments.

9.  Remove inner gloves.

## Addendum E: Activity Hazard Analysis

**Contractor is to Insert Activity Hazard Analysis for each task**

SAMPLE ONLY CONTRACTOR TO DEVELOP FOR EACH TASK

# ACTIVITY HAZARD ANALYSIS

### ACTIVITY:  Sediment Sampling

**Analyzed By/Date**_____

**Reviewed By/Date**_____

| ACTIVITY | POTENTIAL HAZARDS | RECOMMENDED CONTROLS |
|---|---|---|
| Trenching/backhoe equipment | Utilities | • A thorough underground utilities search should be conducted before the commencement of a trenching project. |
| | Fumes | • Review contaminants suspected to be on-site and perform air monitoring as required.  Shut down backhoe and/or divert exhaust fumes. |
| | Noise | • Sound levels above 85 dBA mandates hearing protection. |
| | High pressure lines | • All high pressure lines should be checked prior to and during use. |
| | Moving parts | • Hard hats should be worn at all times when working around heavy equipment.<br>• Secure loose clothing.<br>• Check boom prior to approaching backhoe.<br>• All chains, lines, cables should be inspected daily for weak spots, frays, etc. |

## Addendum F: Respiratory Protection Program

Insert Respiratory Protection Program

## Addendum G: Medical Surveillance Requirements and Physician's Certification Form

Attach copies of employees' medical certification to this Addendum.

## MEDICAL SURVEILLANCE REQUIREMENTS

***Physician's opinion***

The physician's written opinion about employees' ability to perform hazardous remediation work shall contain:

The physician's recommended special protective measures or limitations upon the employee's assigned work

The physician's opinion about any detectable medical condition that would place the employee at increased risk of material impairment of the employees health given the anticipated exposures to hazardous and toxic wastes

Any recommended limitations upon the employee's use of respirators, including a determination of whether the employee can wear a powered air purifying respirator if a physician determines that the employee cannot wear a negative air pressure respirator.

A statement that the employee has been informed and advised about the results of the examination.  The statement must clarify that the patient understands that given his/her past medical history and anticipated on-site working conditions, the additional qualitative risk to his/her health.

# Addendum H: Training Requirements and Training Certification

**Attach copies of employees' 29 CFR 1910.120 training and refresher training certification to this Addendum.**

**Hazardous Waste Operations Training Requirements:**

Employees (general equipment operators, general laborers and labor supervisory personnel not assigned HAZWASTE supervisory duties) who may be exposed to hazardous materials:

♦ Receive at least 40 hours of safety and health instruction before engaging in hazardous waste operations

♦ Receive a minimum of 3 days of actual field experience under the direct supervision of a trained, experienced HAZWASTE Foreman/Supervisor

Employees (ground water monitoring technicians, land survey crews who stay on the site boundary, geo-physical monitoring technicians who monitor only undisturbed surface soil location) who are on site only occasionally for limited periods of time:

♦ Receive at least 24 hours of safety and health instruction before engaging in hazardous waste operations

♦ Receive a minimum of 1 day of actual field experience under the direct supervision of a trained, experienced HAZWASTE Foreman/Supervisor

Employees who may be exposed to hazardous materials also receive 8 hours annual refresher training thereafter. Site documentation of training will include the original training certificate and all refresher-training certificates. Personnel will be required to carry on their person to the site, wallet cards showing the latest refresher training certification.

HAZWASTE Foreman/Supervisors directly responsible for, or who supervise employees at this hazardous waste site, will receive at least 8 additional hours of specialized training on managing such operations. (29 CFR 1910.120 Hazardous Waste Operations Supervisor Course).

# FORM TO

# DOCUMENT ON-SITE HTRW FIELD EXPERIENCE

## NAME:

DATE:

SITE:

ON SITE SUPERVISOR:

DURATION OF SUPERVISED SITE ACTIVITY:

TYPE OF SUPERVISED SITE ACTIVITY:

As a site supervisor trained in accordance with 29 CFR 1910.120 (40 hours of initial training, required annual refreshers, and an additional 8 hours of supervisory training), I supervised the above named individual.

## SITE HAZWASTE FOREMAN/SUPERVISOR'S SIGNATURE:

ADDITIONAL INFORMATION RELEVANT TO THIS SUPERVISED FIELD EXPERIENCE (optional entry):

------------------------------------------------------------

Instructions for use of this form:

The site worker is to enter each of the required queries.  (I.e. Date, Site, etc.)
The site supervisor is to sign the above statement and initial each of the query entries.
The worker is responsible for maintaining this form, and all other such forms used to document three days total supervised field experience.

**Addendum I: Contingency Evacuation Plan Outline**

## Addendum J: Trenching and Excavation Requirements

**Contractor is to attach site specific excavation plan.**

**Addendum K: USACE Accident Reporting Form**

**Addendum L: Protection of the Public**

## PROTECTION OF THE PUBLIC

In order to assure that the public is safe, several safeguards designed to help the public are discussed in this section.

### Site Access

While on site, the contractor will have strict control of who goes on and off the site. In some situations, this may mean installing a fence with a lock. Machines left on site overnight will not be left with the key in them, unless they are in an isolated locked area. During the day, the area of concern will be clearly marked with yellow tape. A qualified person will periodically inspect the perimeter markings and the storage of materials. Visitors should not be allowed inside the yellow boundary (or locked fenced area) unless they are part of the contractor's group.

All ditches, holes, excavations, and trenches not located in a locked fensed area will either be filled prior to sundown, or marked with a brightly covered fence or construction barriers.

### Emergency Preparedness

All employees will know the emergency telephone numbers for the police and fire department, should an incident occur. Should a release occur that is believed to be large enough to leave the site, Fire Department personnel must be contacted immediately.

### Off-Site Monitoring

This project will not produce significant quantities of dust. No off-site or perimeter monitoring is necessary.

# Addendum M: HAZARD ASSESSMENT/RISK ANALYSIS

## HAZARD ASSESSMENT/RISK ANALYSIS

This section provides a general description of potential hazards anticipated during work at the IHNC sites. Pre-construction briefing and subsequent safety meetings will serve to address the hazards particular to each task. If new hazards are identified, the SSHO will then add them to the SSHP in the field, along with the date of modification.

### Chemical Hazards

Specific chemical hazards in the SSHP based on information from the previous site investigations. In general, chemical hazards include: exposure in excessive levels to toxic chemicals found in the environmental media at the site.

Hazardous chemicals can be absorbed into the body through various pathways. These pathways include:

- Inhalation of vapors, gases, or particulates;
- Ingestion of contaminated particulates from hand-to-mouth contact; and
- Dermal and eye absorption from direct, unprotected contact, or from exposure to airborne concentrations.

The following sections describe the chemical exposure guidelines for each of the above chemical exposure scenarios. Each site has a specific exposure pathway(s) is addressed in the SSHP.

**ADDENDUM N: HEAT STRESS**

**Addendum O: Accident Prevention**

## ACCIDENT PREVENTION

Daily safety and health meetings will be conducted by the SSHO to determine if operations are being performed in accordance with this SSHP, and OSHA regulations. Personnel will be alert for potentially hazardous situations and symptoms in themselves and others that warn of hazardous conditions and exposures. Each meeting conducted will be recorded on a Site Safety Meeting form and kept as part of the permanent record.

Some topics that will be covered in the meetings are as follows:

- Emergency Response Procedures;
- Chain of Command;
- Standard Operating Procedures;
- Slip, trip, and fall prevention;
- Symptoms associated with heat or cold stress;
- Vehicle accidents/drill rig accidents;
- Electrical safety;
- Physical injuries (blows, cuts, impacts);
- Insect/animal hazards;
- Good housekeeping practices (accident prevention); and
- Use of emergency hand signals.

Additional topics will be addressed as warranted by site-specific field activities and conditions.

# Addendum A: Toxicological Assessment and Decision Logic for Major Potential Contaminants On-site

## POTENTIAL EXPOSURE VIA DUST DETERMINATION

The following calculations are used to determine if the site has the potential to overexpose workers to contaminants in the soil that become airborne as dust particles. The following assumptions are made to produce a very conservative estimate of potential exposure to contaminants on site. The site has been well characterized. The highest known concentrations detected of suspected contaminants found anywhere on the site are used for the calculation. The calculation assumes that 10 mg/m$^3$ of dust is in the air during the entire 8 hours. Actually dust will be controlled so that no visible dust will be on the site. The calculations shown below indicate that there is not a potential for workers to be exposed above the Permissible Exposure Limit (PEL) via dust for contaminants located on site. Additionally the sediment samples will be wet and dust is not likely to be created.

### EXPOSURE CALCULATION VIA DUST

| | | | Highest Conc. Mg/kg | Highest Conc. mg/mg | Conc. With Nuisance dust levels in the air | PEL |
|---|---|---|---|---|---|---|
| Arsenic | | | 16.9 | 0.0000169 | 0.000169 | 0.01 |
| Lead | | | 2420 | 0.00242 | 0.0242 | **0.03 |
| *Benzo (a) anthracene | | | 7 | 0.000007 | 0.00007 | 0.2 |
| *Benzo (b) fluoranthene | | | 12 | 0.000012 | 0.00012 | 0.2 |
| *Benzo (a) pyrene | | | 5.4 | 0.0000054 | 0.000054 | 0.2 |
| *Dibenz (a,h) anthracene | | | 0.94 | 0.00000094 | 0.0000094 | 0.2 |
| *N-nitro-di-n-propylamine | | | 0.83 | 0.00000083 | 0.0000083 | 0.2 |
| Indeno (1,2,3,-cd) pyrene | | | 16.6 | 0.0000166 | 0.000166 | 0.2 |
| *2-Nitoaniline | | | 8.3 | 0.0000083 | 0.000083 | 0.2 |

Contaminated particulate limit (mg total dust/M3 of air) = PEL of contaminant (mg contaminant/M3 x (kg soil/mg contaminant {highest or representative measured contaminant}) x E6 (mg soil/kg soil).

16.9 mg/kg Arsenic in soil
PEL for Arsenic is 0.01 mg/m3
16.9 mg/kg = 0.0000169 mg/mg Arsenic in soil

Assume nuisance dust levels are present (10 mg/m3); therefore, there are now 0.000169 mg/m3 Arsenic that could be in the air.

0.000169 mg/m3 is below the PEL for arsenic; therefore, the danger is from overexposure to dust rather than the arsenic in the dust.

## Chemical and Toxicological characteristics of the Contaminants of Concern.

Note: The toxicological effects (i.e. effects that result in toxic effects in the body) listed here range from those that are simply annoying to serious health effects. These effects are discussed in this section without regard to actual potential exposure risk at this site.

*Cadmium.* Cadmium compounds have low volatility and exist in air primarily as suspensions of fine particulate matter.
- When inhaled, a fraction of this particulate matter is deposited in the airway.
- Large particles (e.g., 10 um) tend to be deposited in the upper airway, while small particles (e.g., 0.1 um) tend to penetrate to the alveoli.
- While some soluble cadmium compounds may undergo limited absorption in the upper respiratory tree, the major site of absorption is the alveoli.

Cadmium can affect you when breathed in. Cadmium is a CARCINOGEN, a TERATOGEN, and may cause REPRODUCTIVE DAMAGE. HANDLE WITH EXTREME CAUTION. Breathing Cadmium can irritate the lungs causing coughing and/or shortness of breath. Higher exposures can cause a build-up of fluid in the lungs (pulmonary edema), a medical emergency, with severe shortness of breath.
Repeated low exposures can cause permanent kidney and lung damage, anemia, and loss of smell. High exposure to Cadmium may cause nausea, salivation, vomiting, cramps, and diarrhea. Cadmium can cause a flu-like illness with chills, headache, aching and/or fever.
OSHA: The legal airborne Permissible Exposure Limit (PEL) for Cadmium is **5 ug/m$^3$ (.005 mg/m$^3$)** averaged over an 8-hour workshift.

### Chromium
Chromium powder can affect you when breathed in.
Chromium fumes can cause "metal fume fever," a flu-like illness lasting about 24 hours with chills, aches, cough and fever.

OSHA: The legal airborne Permissible Exposure Limit (PEL) is **1 mg/m3** averaged over an 8-hour workshift.

*Lead.* Heavy, soft gray metal. Lead exposure can cause a variety of health problems. The earliest symptoms may be tiredness, trouble sleeping, stomach problems, constipation, headaches, irritability, and depression. Higher levels may cause aching and weakness in the arms and legs, trouble concentrating and remembering things, and may cause a low blood count (anemia). Lead exposure increases the risk of high blood pressure.

Repeated exposure can result in the build-up of lead in the body. This build-up results in lead being deposited in the bones. When referring to the amount of lead in the bones, the term "body burden" is often used. Body burden implies that the body is storing lead rather than excreting the lead through waste products or carrying the lead in the blood. Because this lead is not being excreted in urine or carried in the blood, urine and blood samples will not be an indicator of the total lead present in the body. Blood samples are an indication of lead exposure for approximately 2-4 weeks after the exposure incident. Then as the body begins to deposit lead in the bone, blood samples become a less accurate indication of lead exposure.

The lead in the bone may be released from the bone tissue when certain processes within the body occur. One of these processes is be when the body begins to use the calcium stored in the bone as a substitute for calcium lacking in the diet. When the calcium is removed from the bone, the lead held in the bone tissue, also, begins to enter the blood stream. This process is one of the reasons why women of childbearing age are cautioned to avoid exposure to lead. Lead is a probable terratogen, that means that a developing fetus can be severely injured by exposure to lead.

Lead can cause serious permanent kidney or brain damage when exposures are high.

Lead exposure can occur by inhalation or ingestion.

OSHA: The legal airborne Permissible Exposure Limit (PEL) for Lead is **50 ug/m$^3$ (.05 mg/m$^3$)** averaged over an 8-hour workshift.

*Total PAHs.* PAHs can be formed in any hydrocarbon combustion process and may be released from oil spills. The less efficient the combustion process, the higher the PAHs emission factor is likely to be. The major sources are stationary sources, such as heat and power generation, refuse burning, industrial activity, such as coke ovens, and coal refuse heaps. Because of the large number of sources, most people are exposed to very low levels of PAHs. The PAHs tend to adsorb on particulate matter. In the environment,

PAHs are photo-oxidized, and react with oxidants and oxides of sulfur.

Exposure to PAH's will be based on the concept of Additive Effect of Threshold Limit Values for Mixtures as defined by the American Conference of Industrial Hygienists (ACGIH). Since PAH's have the same target organ effects and environmental dispersion pathway, the assumption will be that the total amount of PAH component present will be affecting the work force.

PAH's can be expected as adsorbed contaminant on soils that are obviously stained and/or exuding an aromatic odor indicative of generalized volatile contaminant spillage. Exposure to a work force would be expected via the inhalation of soil particulate.

Since most PAH contaminated sites where creosote has been used, are also contaminated with hydrocarbons, the relative amount of hydrocarbon contamination is a good indication of PAH contaminant concentration associated with creosote. In areas where the soil is stained, both misting and slow, deliberate sampling methods must be used to minimize airborne dusts. If visible dust is observed, workers must move to Level C contingency PPE.

## *Environmental Fate.*

***Chromium and Cadmium.*** If released or deposited in the soil, lead will be retained in the upper 2-5 cm. of soil, especially in soils with at least 5% organic matter or a pH of 5 or above. Leaching is not a significant process under most circumstances. When released to the atmosphere, lead will generally be in a dust or adsorbed to particulate matter.

**Lead.** If released or deposited in the soil, lead will be retained in the upper 2-5 cm. of soil, especially in soils with at least 5% organic matter or a pH of 5 or above. Leaching is not a significant process under most circumstances. Lead enters water from runoff or wastewater. Lead is effectively removed from the water column to the sediment by adsorption to organic matter and clay minerals. When released to the atmosphere, lead will generally be in a dust or adsorbed to particulate matter.

**Visitors Log**

| Date | Name | Time IN | Time OUT | PPE Used | Training Date | Meds Date | RPP Fit Test Dates |
|------|------|---------|----------|----------|---------------|-----------|--------------------|
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |
|      |      |         |          |          |               |           |                    |

## Daily Safety Inspection Log

The SSHO will develop a code for each Work Area, PPE, and Work Equipment

| Date | Work Area Checked | Employees Present | PPE Used | Work Equipment Used | Safety & Health Issues |
|------|-------------------|-------------------|----------|---------------------|------------------------|
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |
|      |                   |                   |          |                     |                        |

**Preparers Signature**

## Daily Instrument Calibration Check Sheet

The SSHO will develop a code for each piece of equipment and calibration method used.

| Date | Equipment Checked | Employee Initials | Gas Used | Calibration Method | Issues |
|------|-------------------|-------------------|----------|--------------------|--------|
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |
|      |                   |                   |          |                    |        |

**Preparers Signature**

## Daily Air Monitoring Readings

The SSHO will develop a code for each Work Area, PPE, and Work Equipment

| Date | Work Area Checked | Employees Present | PPE Used | Time | Air Monitoring Readings |
|------|-------------------|-------------------|----------|------|-------------------------|
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |
|      |                   |                   |          |      |                         |

**Preparers Signature**

# EMERGENCY RESPONSE/CONTINGENCY PLAN

## Personnel Roles and Lines of Authority

- ♦ The SSHO has primary responsibility for responding to and correcting emergency situations involving on site personnel. This includes taking appropriate measure to ensure the safety of site personnel and the public. Possible actions may involve evacuation of personnel from the site area, and evacuation of adjacent residents.
- ♦ The SSHO is additionally responsible for ensuring that corrective measures have been implemented, appropriate authorities notified, and follow-up reports completed when the emergency is directly related to activities on-site.

## Pre-Emergency Planning

The SSHO must coordinate an emergency response/contingency plan.

Prior to initiating on-site activities, the appropriate local emergency response teams listed in *EMERGENCY CONTACTS & APPROVAL PAGE,* page 2 of this SSHP will be contacted and informed as to the site location, the activities to be conducted, the anticipated hazards, the levels of personal protection equipment required on-site, and any other pertinent information.

In the event of a worker-related injury; the -Safety Manager will be notified. The associated SSHO responsibilities include the following:
- ♦ Establishing site evacuation routes and zones.
- ♦ Notifying offsite emergency response teams.
- ♦ Assessing emergencies.

Safety equipment will be maintained on site. This safety equipment will include:
- ♦ Emergency eyewashes and showers in compliance with ANSI Z358.1
- ♦ Fire Extinguishers with a minimum rating of 20-A: 120-B: C will be maintained on the site and in all vehicles that enter the EZ.

Emergency phone numbers and area maps to nearest medical facilities will be laminated and posted on-site.

## Lines of Authority in an Emergency

In the event of an emergency:
- ♦ The Contractor SSHO will be in charge, or;
- ♦ When an offsite emergency response team is on-site, this team will be lead by an Incident Commander or officer in charge. The -Safety Manager will act as a liaison to Incident Commander or the officer in charge.

## Site Security and Control

In cases where an emergency situation does not pose a threat to the public and offsite emergency response teams will not be dispatched to the site, the SSHO will be responsible for coordinating the appropriate emergency response and communicating with the public as necessary.

However, if an emergency arises that presents an immediate threat to the public or otherwise requires additional support, the SSHO may activate the emergency response system in the manner prescribed by the offsite emergency response organization.

In an emergency situation when the police, fire department, or other local emergency response team has been dispatched to the site, the local authorities will mandate site security and control.

## Emergency/Accident Recognition and Prevention

All personnel will bring to the attention of the SSHO any unsafe condition, practice, or circumstance associated with or resulting from the on-site activities.

In cases of **immediate hazard** to employees or the public:
- ◆ Any employee on the scene will take all practicable steps to eliminate or neutralize the hazard; this may include leaving the site.
- ◆ Follow-up consultation with the -Safety Manager must be made at the first opportunity.
- ◆ In such circumstances, the SSHO will take the necessary steps to ensure that the investigation can be completed safely.  Such steps will include: notification changes in procedures, removal or neutralization of a hazard, consultation with appropriate experts, or the use of a specialist.

In cases where the hazard is **not an immediate danger** to the employees, the SSHO will be consulted regarding appropriate corrective measures.

If a hazard poses an **immediate threat to the public**, the SSHO will be responsible for activating the emergency response system in the manner prescribed by the local fire and police departments.

In the event that any member of the team experiences any **extreme adverse effects or symptoms of chemical exposure** while on-site; the entire team will immediately leave the site and seek appropriate medical aid.

In the event that any member of the work force is **overcome, incapacitated, or traumatically injured** while on-site:
1. The remaining members will immediately call for assistance and make reasonable efforts to rescue the affected person.
2. At least one person will remain outside the problem area until help arrives.
3. Once removed from the problem area the affected person will not be left unattended.
4. If possible, limited personnel decontamination will be conducted, but only if time is not critical to getting the injured person to medical aid.
   Note:  In cases where personnel contamination has occurred, those persons involved will make every reasonable effort to **decontaminate themselves**, so minimal spreading of contaminants occur.
5. Medical aid will be acquired either via ambulance or SSHO directed transfer of personnel to the medical facility using site vehicles.
   - ◆ The SSHO will determine the fitness of the driver.
   - ◆ If the driver's fitness is questioned, medical assistance must be contacted by phone.

## INCIDENT/ACCIDENT REPORT

An Incident/Accident Report will be completed by the SSHO following any accident involving on-site personnel.  A copy of the report will be attached to this SSHP or filed and referenced from this SSHP.  A copy of the report will be submitted to the Safety Manager within 24 hours.

## Safety Distances and Places of Refuge

The SSHO will establish safe evacuation distances prior to initiation of field activities.

- ◆ An emergency evacuation assembly point will be designated daily by the SSHO based on the current wind direction.
- ◆ The emergency evacuation assembly point will be located upwind and will be updated as needed.
- ◆ The location of the evacuation points will be recorded in the **Safety & Health Log**.

## Evacuation Routes and Procedures

All evacuation routes will be designated to move personnel away from an affected area in a safe and efficient manner and to establish efficient traffic patterns for fire and emergency equipment during an emergency response.

- ♦ These evacuation routes will be located at a safe distance upwind of all areas of activities.
- ♦ The SSHO will be responsible for personnel accounting at each emergency evacuation assembly point.

## Emergency Decontamination

In addition to routine decontamination procedures, emergency decontamination procedures must be established. In an emergency, the primary concern is to prevent the loss of life or severe injury to site personnel.

- ♦ If immediate medical treatment is required to save a life; limited decontamination will be performed or the person will be wrapped in a blanket.
- ♦ Any person, who is not fully decontaminated and requires transportation to a medical facility, will be wrapped in a blanket to protect the emergency vehicle. As an alternative, the seats of the emergency vehicle will be covered with polyethylene or a blanket.
- ♦ If a worker has been contaminated with an extremely toxic or corrosive material that could cause severe injury or loss of life, decontamination will be performed immediately.
- ♦ The SSHO will designate personnel who are not directly involved in the emergency to properly dispose of contaminated clothing and equipment.

## Emergency Medical Treatment and First Aid

At least **two** team members will have successfully completed a Red Cross sponsored course in adult first aid and cardiopulmonary resuscitation.

Prior to the start of work, the SSHO will make arrangements for medical facilities, ambulance service, and medical personnel to be available for prompt attention to the injured.

On-site activities will require a first aid kit located within the support zone.

Emergency telephone numbers and reporting instructions for ambulance, hospital, poison control center, fire department, and police will be conspicuously posted or available.

If the SSHO determines that a situation exists that could threaten human health or the environment outside the site area, he/she will immediately notify the local fire department, Safety Manger, and the National Response Center. The telephone report will include:

- ♦ Name and telephone number or reporter
- ♦ Name and address of facility
- ♦ Time and type of incident (e.g., release, fire)
- ♦ Name and quantity of material(s) involved, to the extent known, and the location of the discharge within the facility
- ♦ The extent of injuries, if any
- ♦ The possible hazards to human health, or the environment, outside of the site area
- ♦ Actions the person reporting the discharge proposed to take to contain, clean up, and remove the substance

## Exclusion Zone Personnel Decontamination.

Any person who becomes ill or injured in the exclusion zone must be decontaminated to the maximum extent possible.

♦ If the injury or illness is minor, full decontamination must be completed prior to transport.
♦ If the patient's condition is serious, at least partial decontamination must be completed (i.e., complete disrobing of the victim and redressing in clean coveralls or wrapping in a blanket.)

All injuries and illnesses must immediately be reported to the project manager.

Any person being transported to a clinic or hospital for treatment must take with them information on the chemical(s) at the site.

Any vehicle used to transport contaminated personnel will be treated and cleaned as necessary.

## Emergency Response Procedure

All site personnel will be responsible for responding to incipient fires and other minor emergencies. The SSHO will have ready access to all fire fighting equipment and first-aid supplies during site operations.

In the event of fire, spill, or other emergencies that cannot be controlled, all site personnel will evacuate to a predesignated location.  Site personnel will wait in the designated zone for further instructions from the SSHO or emergency response personnel.

During an emergency, the SSHO will direct all reasonable measures necessary to ensure that fires, explosions, and releases do not occur, recur, or spread to other hazardous waste at the site.  These measures will include, where applicable, collecting and containing release material and removing or isolating containers.

## Critique of Response and Follow-up

A follow-up meeting will be held after any emergency situation to assess the actions taken. The Safety Manager, the SSHO, and other individuals as appropriate will attend the meeting.
   - A record of the meeting will be kept by the SSHO.
   - Recommendations from the meeting will be incorporated into the future responses to emergency situations.
The SSHO will ensure that all emergency equipment listed in this contingency plan is cleaned and fit for use before operations are resumed.

## Emergency Response Briefings and Review

   - During the site briefings, all employees will be trained in and reminded of provisions of the emergency response plan, communication systems, and evacuation routes.
   - The plan will be reviewed and revised if necessary, on a regular basis by the SSHO. This will ensure that the plan is adequate and consistent with prevailing site conditions.

## Evacuation Alarm Procedures

In the event of an emergency which necessitates an evacuation of the site; the following alarm procedures may be implemented:

   - Verbal notification of other employees.
   - Personnel will be expected to proceed to the Support Zone with their buddy.
   - Personnel will remain at the SZ until the SSHO provides further instructions.

### Fire or Explosion

The -SSHO will advise the fire commander of the location, nature, and identification of the hazardous materials onsite.

### Spill or Leaks

In the event of a spill or a leak caused by activities on-site; site personnel will:
   - Inform the SSHO immediately;
   - Locate the source of the spillage and stop the flow if this can be done safely; and,