- Begin containment and recovery of the spilled materials.

**Regulatory Protective Exposure Standards**

Permissible Exposure Limits (PELs) are the OSHA regulatory standards (enforceable by law) for personal protection from exposure to hazardous chemicals. The OSHA PEL is usually weighted over an 8-hour time period to represent the exposure over the average work day. The PEL is the airborne concentration of a chemical to which nearly all workers may be exposed, day after day, without adverse effects. PELs for specific chemicals are listed in the SSHP.

**Nonregulatory Protective Exposure Guidelines**

Nonregulatory guidelines for occupational exposure to chemicals are threshold limit values (TLVs). TLVs are analogous to OSHA's PEL, but, as guidance, are not legal standards enforceable by law. TLVs are established by the American Council of Governmental Industrial Hygienists (ACGIH) and are usually time-weighted over an average 8-hour work day. TLVs for specific chemicals are listed in the SSHP.

**Action Levels**

This section describes the criteria upon which personal protective equipment (PPE) will be selected, upgraded, or downgraded through the use of real time monitoring devices. By monitoring, on-site personnel not only can monitor for their own safety on-site, but can also monitor for off-site releases to protect those off-site.

**Action Levels: Organic Vapors Photoionization Detector and Detector Tubes**

Ambient air in the breathing zone will be monitored for organic vapors at least once every 30 minutes during site operations involving intrusive activities and with every change in task or work location. A photoionization detector (PID) will be used to monitor for volatile organic vapors.

Continuous monitoring will be conducted at locations where vapor buildup is a potential hazard. Because the PID/FID provides only quantitative readings, chemical-specific detector tubes may be used in conjunction with the PID/FID to monitor for the presence of specific organic vapors, as required. When not using any chemical specific detector tubes

during sampling, upgrading of PPE should occur at the following PID/FID readings.  All intrusive activities require the use of a PID/FID meter during the work.

| PID Value* | PPE Level |
|---|---|
| 0-10 ppm | Level D |
| 10-50 ppm | Level C |
| >50 ppm | Stop work |
| | |
| *PID readings are considered to be above background and taken in the breathing zone. | |

When levels of organics are detected at levels >50 ppm, personnel must consult with the SSHO. Efforts should be initiated to identify the contaminants.

Non-intrusive activities require no monitoring with a PID/FID.

## Action Levels: Oxygen

Oxygen levels in the breathing zone will be monitored continuously using a O2/CGIor oxygen meter during intrusive activities.  Action levels for oxygen are not site-specific and are pertinent for all sites at IHNC .  Therefore, action levels based on oxygen levels are presented below:

| Oxygen Level | Action |
|---|---|
| 19.5 - 22.0% | None; normal oxygen level. |
| | |
| <19.5% | Oxygen deficient atmosphere; stop work, notify Site Safety and Health Officer (SSHO), ventilate area until normal oxygen levels are present; or upgrade to Level B PPE. |
| | |
| >22.5% | Fire/explosion hazard; stop work, ventilate area until normal oxygen levels are present. |

**Action Levels: Combustible Gases**

Combustible gas monitoring will be performed continuously during intrusive site activities, using a O2/CGIor combustible gas indicator.  Action levels based on Lower Explosive Limit (LEL) readings monitored in the breathing zone are as follows:

| LEL Level | Action |
|---|---|
| | |
| <10% LEL | None; proceed with work and continue monitoring. |
| | |
| 10 - 20% LEL | Potential explosion hazard; proceed with caution and monitor LEL levels closely. |
| | |
| >20% LEL | Explosion hazard exists; stop work; evacuate site and ventilate area until levels of combustible gases fall below 20% LEL. |
| | |

All ventilation processes will be detailed in the SSHP.  Nonintrusive activities require no monitoring for combustible gases.

**Action Levels: Hydrogen Sulfide Gas**

Hydrogen Sulfide is not a suspected contaminant for this job.

The O2/CGI will be used during intrusive activities performed at landfills to monitor for the presence of hydrogen sulfide gas.  The toxic effects of hydrogen sulfide gas are of particular concern because $H_2S$ has poor warning signs for exposure (i.e., is not detected by odor at levels that are subtoxic and rapid olfactory desensitization to $H_2S$ occurs).  Monitoring for $H_2S$ gas will occur in the breathing zone.

| $H_2S$ Levels | Action |
|---|---|
| | |
| 0-5 ppm | Safe level |
| | |
| >5 ppm | Exposure hazard; stop work; evacuate site, notify site manager. |

Nonintrusive activities require no monitoring for $H_2S$ gas.

**Physical Hazards**

Potential physical hazards that may be encountered during work at IHNC include the following:

- Heat or cold stress, depending on work season;
- Physical/electrical hazards associated with working in the vicinity of overhead power lines and/or underground utilities;
- Physical hazards associated with the use of heavy equipment;
- Excessive noise levels from heavy equipment operations and/or aircraft;
- Physical hazards associated with local flora and fauna;
- Physical hazards associated with sampling bodies of surface water; and
- Physical hazards associated with entering confined spaces.

**Electrical and Utility Hazards**

Electrical hazards exist from the use of electrical equipment at any given site. All electrical equipment shall be visually inspected for external defects to the equipment, including the cord. Should there by any evidence of damage, that equipment shall not be used.

All electrical equipment must be using a ground fault circuit interrupter (GFCI) system, or an assured equipment grounding program as required in 29 CFR 1926.405(j)(1)(iii)(A-D). Electrical equipment must be stored in a dry area and not be used outside in the rain. Monitoring equipment must be intrinsically safe.

No heavy or tall equipment will be used on this job therefore overhead electrical hazards should not be of a concern.

Dames & Moore will need to verify with the utility company to ensure that there are no buried utility lines in the IHNC.

Electrical hazards associated with tasks could include contact with buried utility lines or overhead power transmission lines and lightning striking during electrical storms. During heavy equipment operations, the equipment and any overhead power transmission lines will be separated by at least 10 feet. Equipment operation should be halted, and personnel are to maintain at least a 10-foot distance from equipment in the event of a lightning storm.

Safe working distances of drill rigs/heavy equipment from power lines are indicated below (USACE, EM385-1-1 Most Recent edition).

| When operating near high voltage power lines | |
| --- | --- |
| Normal Voltage (phase-to-phase) | Minimum Required Clearance |
| < 50 kV | 10 ft. (3.05 m) |
| 50 to 100 kV | 12 ft. (3.66 m) |
| 101 to 200 kV | 15 ft. (4.60 m) |
| 201 to 300 kV | 20 ft. (6.10 m) |
| 301 to 500 kV | 25 ft. (7.62 m) |
| 501 to 750 kV | 35 ft. (10.67 m) |
| 751 to 1000 kV | 45 ft. (13.72 m) |

| While in transit with no load and boom/mast lowered | |
| --- | --- |
| Normal Voltage (phase-to-phase) | Minimum Required Clearance |
| < 50 kV | 4 ft. (1.22 m) |
| 50 to 345 kV | 10 ft. (3.05 m) |
| > 345 kV | 16 ft. (4.87 m) |

Dig permits must be obtained and signed by proper personnel prior to any intrusive activity on any site. To initiate the dig permitting process, personnel should call Louisiana One-Call.

## Heavy Equipment Hazards

Heavy equipment will not be utilized during this phase of the project.

Remember that the operator's visibility may be obscured by the load being handled, dusty conditions, complicated terrain, or other equipment. Requirements during the use of heavy equipment include:

- Backup alarms are required. Personnel should be constantly aware of moving equipment.
- Operators must stay in moving equipment and wait until it stops before getting off.
- Personnel must be aware of rotating equipment. Do not wear loose clothing or jewelry. Tie long hair back.
- Observe traffic patterns and stay out of the way.
- Assure equipment is in working order, check daily and/or monthly inspection records.
- All heavy equipment must be shutdown, if unoccupied.

## Noise Hazards

Unacceptable levels of noise can be expected when working in close proximity to aircraft and heavy machinery.  Assume that hearing protection will be required when working within 250 feet of an aircraft that is revving its engines or when working in a fly-over zone at IHNC  and when working within 15 feet of an operating heavy equipment.  Hearing protection is required when the decibel (db) level is above 85 dbs.  As a rule of thumb, the db level is above 85 dbs when you have to speak loudly to a person at an arms length or less away.

## Hearing Protection

Expandable foam earplugs will be worn whenever personnel are working and heavy protection is required.

Minimum Noise Reduction Rating (NRR) for earplugs or muffs is 25dBA.

Hand signals will be used when noisy conditions exist and/or when hearing protection equipment is used.  The hand signals to be used will be discussed and agreed upon by site personnel before continuing work with hearing protection.

## Water Hazards

All personnel collecting sediment samples shall wear a coast guard personal floatation devices, such as a life jacket.

## Confined Space Hazards

Under no circumstances should personnel enter a confined space without having filled out a permit and obtained an authorized signature.  Entry into a confined space must be done in accordance with 29 CFR 1910.146.

A confined space is defined by OSHA as a space that:
1.  Is large enough and so configured that an employee can bodily enter and perform assigned work;
2.  Has limited or restricted means of entry or exit; and
3.  Is not designed for continuous employee occupancy.

Examples of confined spaces include tanks, trenches, pits, and vessels.

**Biological Hazards**

The following paragraphs identify the potential hazardous flora and fauna at IHNC . If additional concerns are identified, these concerns will be listed and addressed by the contractor.

## *Hazardous Flora*

The incidence of contact by individuals to poisonous/thorny plants is high when working in vegetated areas; therefore, bare skin should be covered (i.e., long pants and long-sleeved shirt, boots, leather or cotton gloves, safety glasses, and head protection) as much as practical. Personnel should avoid entering an area in the direct path of known poisonous flora (i.e., poison ivy or poison oak); a secondary route should be selected. Care should also be taken when walking in areas where uneven terrain or vines may present a tripping hazard.

While attempting to cut into dense underbrush, hazards exist from the sharp machete and gas-powered weed cutter; therefore, care should be taken when using such devices. (Note: Hearing protection, steel toe boots, gloves, and safety glasses are required when using weed cutters.) Rashes or other injuries will be reported to the SSHO as soon as they occur or are recognized.

## *Hazardous Fauna*

Mosquitoes and gnats pose a nuisance and physical hazard to field personnel; they distract workers, leading to accidents, and pose a physical threat by transmitting live micro-organisms. Avoiding the use of perfumes and scented deodorants and donning light colored clothing is preferable. The use of insect repellents while sampling should be minimal because of the possibility of contaminating the samples.

There is a potential to come in contact with other dangerous insects; these include fire ants, chiggers, bees, wasps, hornets, mites, fleas, spiders, and ticks. All personnel should perform "checks" on each other periodically and at the end of the work shift. When walking or working in forested areas, provisions should be made to avoid encountering elaborate spider webs that are strung between trees. All insect bites must be reported to the SSHO. Personnel should always be aware of individual reactions to bee stings or insect bites. Should an individual start to have shortness of breath and become covered in hives, that

individual may be having an intense allergic reaction. Medical attention should be sought immediately.

If a tick is found on one's body, it should be removed immediately. Tweezers should be used to ensure the entire head is pulled out as well as the body. If the head cannot be removed, medical attention must be sought at the end of the day.

Prior to initiating site activities, each individual shall be questioned as to any known sensitivities to the previously mentioned organisms or agents.

## Radiation Hazards

IHNC has no sources that emit ionizing radiation that would harm personnel. Nonionizing radiation sources are present in the form of ultraviolet (UV) light from the sun and radio frequency microwaves from radar installations.

Prolonged exposure of the skin to the sun's ultraviolet rays even on overcast days, can result in sunburn, which can be severe enough to be incapacitating, especially with fair-skinned individuals. Repeated sunburning can eventually cause premature aging of the skin and skin cancer. Always wear clothing to reduce the amount of exposed skin and frequently use sunblock creams or lotions.

## Explosion and Fire

In general, the following items present potential explosion or fire hazards. Explosion and fire may result from:

- ·Heavy equipment malfunction;
- Penetration into underground utility/service lines (i.e., gas, electric, fuel);
- Ignition of trapped flammable vapors;

Provisions for monitoring of potential fire/explosive conditions will include the use of an Oxygen/Combustible Gas Indicator (O2/CGI), the performance of utility checks prior to conducting intrusive activities.

# HEAT STRESS MONITORING

The SSHO will provide all project personnel with the necessary training and monitoring designed to prevent injury due to heat or cold stress, as dictated by weather conditions. This monitoring will commence when the ambient environmental temperature exceeds 70°F (for heat stress) or falls below 40°F (for cold stress). In addition, all field personnel will be provided rest breaks. Break areas will be situated so that personnel may remove the chemical-protective clothing, rest in a protected area, and drink cool or warm fluids (as the weather dictates). Working within protective clothing, such as may be required for this project, places a significant physiological stress upon the worker. For this reason, the personnel and environmental measurements described below will be conducted for those personnel required to wear chemical-protective clothing as a part of this project.

## Heat Stress Monitoring

Heat stress may be severe when physical exertion is combined with high ambient temperatures and/or impermeable clothing which prevents the evaporative cooling effects of sweating. The stress level still may be high even though ambient temperatures are not high.

Three major categories of heat illnesses include:
1. Heat stroke,
2. Heat exhaustion, and
3. Heat cramps.

Heat stroke is the most serious, occurs when the body's heat regulation system breaks down under stress and sweating, and the body's cooling mechanism stops. Symptoms of heat stroke include hot, dry skin that is often red in color or spotted. At this point, the body's temperature is at critical levels (106°F or higher and increasing). There is a lack of or reduced perspiration. The pulse is rapid, and the victim may be confused due to a lack of blood supply to the brain. Immediate action must be taken to move the victim from the hot environment and cool rapidly to prevent collapse, unconsciousness, convulsions, coma, and death from occurring in a short time. Heat stroke victims may be laid down in a shaded

area, and large quantities of ice may be applied to body surfaces to initiate rapid cooling. Preferably, they should be immersed in an ice bath. If ice is not available, the victim should be drenched in cool water and fanned vigorously to enhance evaporative cooling. For all cases of heat stroke, emergency response must be summoned.

Heat exhaustion is a condition where the ability of the body to cool itself by sweating is not sufficient to maintain normal temperature. It may be caused by dehydration (due to an inadequate water intake or excessive sweating) or cardiovascular insufficiency. Individuals who are more susceptible to heat exhaustion include those who are unacclimated, those who do not drink sufficient quantities of fluids, or those who have a low level of cardiovascular fitness. Individuals suffering heat exhaustion are sometimes nauseous and still sweating (heavy in most cases) and their skin is still moist but pale in color and cool to the touch. They may be confused, dizzy, prone to fainting, or unconscious because of low blood pressure in the brain. Blood pressure may be low because blood has been diverted to the extremities and skin (to enhance sweating). Recovery is usually prompt if the victim is allowed to rest in a cool, shaded area (or preferably in an air-conditioned area) and drinks water. A victim of heat exhaustion should see a physician before resuming work.

Heat cramps may occur in skeletal muscles due to low levels of salt or electrolytes in the body, usually lost during heavy sweating. Signs and symptoms are typically muscle spasms and pain in the hands, feet, and abdomen. Cramps may be rapidly alleviated by drinking a 0.1 percent NaCl solution to replace lost salt, followed by equal volumes of water.

A worker who exhibits any symptoms of these three heat illnesses will be immediately relieved of responsibilities and requested to consume cool water while resting in a shaded area. The individual should not return to work until symptoms are no longer recognizable. If symptoms appear critical, persist, or get worse, the SSHO will seek immediate medical attention for the employee. If the individual does resume work, he or she will be monitored for any increase in heart rate or body temperature for the remainder of their shift. In addition, the worker will be requested to consume cool water every hour.

Another common form of heat stress, but not as harmful as the three heat illnesses discussed earlier, is heat rash. Heat rash is typically the result of continuous exposure to heat or humid air. It usually precedes the three major heat illnesses. When these symptoms appear, the victim should be moved to a shaded area where he or she can rest and consume water.

### Heat Stress Prevention

The following procedures should be utilized by the SSHO to greatly reduce, if not prevent, the possibility of heat stress occurring:

- Work/rest periods must be scheduled according to workload and ambient temperatures (as a guideline, moderately warm weather dictates a 5-minute rest break in the shade between 1-hour work periods in the sun).
- Adequate supplies of cool drinking water must be provided by the contractor to its own employees to replace body fluids lost through perspiration. Water containers for drinking must be labeled as such to distinguish them from containers used for other purposes.
- Work periods must be shortened by 15 minutes if, at the beginning of a rest period, the 1-minute recovery pulse exceeds 110 beats/minute or body temperature exceeds 100°F.
- The elimination of personnel drinking antidiuretic fluids such as coffee or tea prior to going to work during hot weather or when work is expected to be strenuous.

The SSHO will monitor all workers hourly when:

- Symptoms of heat stress are reported or observed;
- Ambient temperatures exceed 70°F, and workers are dressed in impervious clothing; monitoring for heat stress will be more frequent as ambient temperatures rise (i.e., every 30 minutes over 87.5°, every 15 minutes over 90°); or
- Ambient temperatures exceed 90°F, and workers are dressed in normal clothing.

### Heat Stress Monitoring

The SSHO will monitor workers for heat stress conditions according to the following instructions:

Measure heart rate (HR) by the radial pulse for 30 seconds after 1-minute of rest. The HR after one minute rest should not exceed 110 beats per minute. If higher, the next work period will be shortened by 33 percent, while the length of the rest period remains the same. If the pulse rate is still 110 beats per minute after 1 minute of rest in the next rest period, the following work cycle will be shortened by 33 percent. This shortening of the work period must continue until the worker's heart rate is no greater than 110 beats per minute after 1 minute of rest.

## ACCIDENT PREVENTION

Daily safety and health meetings will be conducted by the SSHO to determine if operations are being performed in accordance with this SSHP, and OSHA regulations. Personnel will be alert for potentially hazardous situations and symptoms in themselves and others that warn of hazardous conditions and exposures. Each meeting conducted will be recorded on a Site Safety Meeting form and kept as part of the permanent record.

Some topics that will be covered in the meetings are as follows:

- Emergency Response Procedures;
- Chain of Command;
- Standard Operating Procedures;
- Slip, trip, and fall prevention;
- Symptoms associated with heat or cold stress;
- Vehicle accidents/drill rig accidents;
- Electrical safety;
- Physical injuries (blows, cuts, impacts);
- Insect/animal hazards;
- Good housekeeping practices (accident prevention); and
- Use of emergency hand signals.

Additional topics will be addressed as warranted by site-specific field activities and conditions.

# APPENDIX B

**Site Specific Quality Assurance Project Plan and Sampling & Analysis Plan**

**SAMPLING AND ANALYSIS PLAN**

**for**

**IHNC East Bank Data Gaps**

**Environmental Support to IHNC Lock Replacement Project**
**Contract Number: DACW29-97-D-0019**
**Delivery Number 0011**
**New Orleans COE**

**Dames & Moore Job Number 08768-040-149**
**May 2, 2000**

**APPROVAL PAGE**

Quality Assurance Project Plan
for
IHNC East Bank Data Gaps

Environmental Support to
IHNC Lock Replacement Project

Contract Number: DACW29-97-D-0019
Delivery Order Number: 0011
New Orleans COE

Approved by:

Dames & Moore Certified Industrial Hygienist, Dennis W. Day          May 2, 2000

Dames & Moore QA Director, John E. Plevniak          May 2, 2000

Dames & Moore Project Manager, Douglas E. Kuhn          May 2, 2000

New Orleans COE Contracting Officers Representative, Brett Herr          May 2, 2000

New Orleans COE Technical Representative (TR)          May 2, 2000
Mr. George Bacuta and/or Ms. Jean Spadaro

Quality Assurance
Project Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page i

## TABLE OF CONTENTS

INTRODUCTION ........................................................................................................... 1
1.0    PROJECT ORGANIZATION AND RESPONSIBILITIES ........................................ 2
  1.1    Project Organization ........................................................................................ 2
  1.2    Responsibilities ................................................................................................. 2
  1.3    Problem Definition/Background ........................................................................ 3
    1.3.1    Site History ............................................................................................... 4
    1.3.2    Proposed Remedial Action. ...................................................................... 6
  1.4    Project/Task Description (Project Description) ................................................. 6
    1.4.1    Field Sampling ......................................................................................... 6
  1.5    Data Quality Objectives for Measurement Data ............................................... 6
    1.5.1    Quality Assurance Objectives ................................................................. 6
      1.5.1.1   Precision ............................................................................................ 7
      1.5.1.2   Accuracy ............................................................................................ 7
      1.5.1.3   Representativeness ............................................................................ 8
      1.5.1.4   Completeness ..................................................................................... 8
      1.5.1.5   Comparability .................................................................................... 8
    1.5.2    Data Quality Objectives ......................................................................... 8
2.0    MEASUREMENT/DATA ACQUISITION ............................................................ 11
  2.1    Sampling Methods Requirements (Sampling Procedures). ............................ 11
    2.1.1    Field Sampling: Sediment Samples ...................................................... 11
    2.1.2    Field Sampling: Shallow Soil Samples ................................................ 12
  2.2    Sampling Handling and Custody Requirements. ............................................ 13
    2.2.1    Sample Numbering ................................................................................ 14
    2.2.2    Chain-of-Custody Requirements ........................................................... 14
    2.2.3    Field Custody Requirements ................................................................. 15
    2.2.4    Sample Labels. ...................................................................................... 15
    2.2.5    Chain-of-Custody Record Sheets ......................................................... 15
    2.2.6    Custody Seals ........................................................................................ 16
    2.2.7    Sample Shipment ................................................................................... 16
3.0    ASSESSMENT/OVERSIGHT ............................................................................. 17
  3.1    Assessment and Response Actions ................................................................. 17
    3.1.1  Audit Procedures .................................................................................... 17
    3.1.2    Corrective Actions ................................................................................ 17
      3.1.2.1   Corrective Action Resulting from Routine Activities ...................... 18
      3.1.2.2   Corrective Action Resulting from QA Audits ................................. 18
  3.2    Reports to Management ................................................................................... 18
4.0    DATA VALIDATION AND USABILITY ............................................................. 19
  4.1    Data Review, Validation and Verification Requirements .............................. 19
    4.1.1    General Approach .................................................................................. 19
    4.1.2    Final Reporting and Report Archival .................................................... 19
  4.2    Reconciliation of Data Quality Objectives .................................................... 19
5.0    REFERENCES .................................................................................................... 20

Quality Assurance
Project Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 1

# INTRODUCTION

The Quality Assurance Project Plan (QAPP) represents the first level of quality assurance/quality control (QA/QC) detail for the US Army Corps of Engineers New Orleans District (USACE-NOD) at the east bank of the Inner Harbor Navigation Canal (IHNC), New Orleans, Louisiana. According to previous reports, several areas of environmental impact have been identified in the shallow soils and sediments of the IHNC project area. Potential sources for these environmental impacted areas along the east bank of the IHNC include past and present industrial facilities and marine activities.

This continued Site Investigation comprises an overall strategy to fully characterize the areas of environmental impact and determine whether past industrial and marine activities are the source of contamination to the shallow soils and sediments along the IHNC.

The QAPP addresses the objectives of the site investigation which can be modified or further developed as the scope of the project changes during the construction of the new lock. This QAPP, when combined with its companion document, the Field Sampling Plan (FSP), comprises the Sampling and Analysis Plan (SAP). The SAP documents are prepared following the USACE protocols as described in Engineering Manual, EM 200-1-3.

Quality assurance is defined as the integrated program designed for assuring reliability of monitoring and measurement data. Quality control is defined as the routine application of procedures for obtaining prescribed standards of performance in the monitoring and measuring process. Quality assurance procedures such as tracking, reviewing and auditing are implemented as necessary to ensure that all project work is performed in accordance with professional standards, regulations and guidelines, and specific project goals and requirements.

This QAPP addresses the requirements set forth in U.S. Environmental Protection Agency (EPA) guidance and regulations (40 CFR [Code of Federal Regulations] 300) including procedures to ensure the precision, accuracy, completeness, comparability and representativeness of data collected and generated during the course of this Site Investigation. It is intended to guide field, laboratory and management personnel in the relevant aspects of data collection, management and control while on or off site.

Standard operating procedures (SOPS) for project activities are included in Appendix A of the FSP. Field activities will include sample collection and field measurements. Quality control, tabulation, analyses, computations and interpretation of field data will be provided by technical project personnel. Equipment used to take field measurements will be maintained and calibrated in accordance with established procedures and records of these activities will be kept during the course of this project.

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 2

# 1.0   PROJECT ORGANIZATION AND RESPONSIBILITIES

## 1.1   PROJECT ORGANIZATION

This project will involve the Planning, Programs and Project Management Division (CEMVN-PM) and Engineering Division (CEMVN-ED) of the US Army Corps of Engineers New Orleans District (USACE-NOD) as well as the staff of the Environmental Contractor (Contractor). Preparation of plans and reports will be the responsibilities of the Contractor under USACE Contract Number _____.  The Contractor will also handle supervision and oversight of all field activities as well as manage the testing of sediment samples. Drilling and laboratory activities will be conducted via a subcontract with the Contractor.

At the New Orleans District Office, the following personnel will be responsible for the management of budget and schedules; final review of plans and reports; and coordination with State regulatory agencies, if necessary.

_____ - Contracting Officer Representative
_____ - Project Manager
_____ - Technical manager
_____ - Quality Assurance Manager

The following Contractor personnel will be responsible for the management of budget and schedules; the preparation of plans and reports; the coordination with state agencies; the managing of subcontractors; the execution of the field sampling plan; the collection and submittal of sediment samples to the contracting laboratory; the completion of the abandoned barge inventory; and addressing site health and safety issues.

_____ - Lead Consultant
_____ - Project Manager
_____ - Quality Assurance Manager
_____ - Field Site Manager
_____ - Health & Safety Coordinator

## 1.2   RESPONSIBILITIES

The following is a summary of the responsibilities of the USACE-NOD, the Contractor as well as the contract laboratory involved in this project:

1.   Project Management (USACE-NOD)

   - funding and overall management of the project

Case 2:05-cv-04182-SRD-JCW   Document 20105-8   Filed 10/29/10   Page 20 of 66

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 3

<u>Technical Engineering Support </u>(Contractor)

- develop draft and final plans (Quality Assurance Project Plan (QAPP), Field Sampling Plan (FSP) and Site Specific Safety and Health Plan (SSHP)

- provide all office technical support related to the technical coordination, plan execution, field technical oversight and reconciliation of activities to the requirements of the plans

- provide technical information to LDEQ through USACE-NOD's Project Management on all required plans and results of USACE's investigations of IHNC

- conduct all field activities including waste inventory, soil and sediment sampling, and GPS survey of sampling locations

- provide sampling location results, field notes and records, input to the investigation report

- evaluate results of the sampling investigation as well as soil and sediment sampling and testing

- provide statistical analysis of data as the results would allow and provide data validation

- prepare a Sampling and Analysis Report (SAR) to document the results of the investigation of the east bank areas of environmental impact.

- test and dispose of Investigation Derived Materials

2.    <u>Contract Chemical Laboratory </u>(Contract Laboratory)

- will perform all required laboratory chemical analysis of soil and sediment samples collected during the course of this project.  At a minimum, the Contract Laboratory(ies) shall have a valid laboratory certification from the State of Louisiana.

## 1.3    PROBLEM DEFINITION/BACKGROUND

The objective of this project is to characterize areas of environmental impact and investigate the data gaps identified by Dames & Moore in previous environmental investigations (Dames & Moore Reports, 2000) completed along the east bank of the Inner Harbor Navigation Canal (IHNC) between Florida and North Claiborne Avenues.  The shallow soils and sediments along the east bank of the IHNC have been impacted as a result of the various industrial and marine activities that have occurred along the canal.  Potential sources for the environmental impact

Case 2:05-cv-04182-SRD-JCW   Document 20105-8   Filed 10/29/10   Page 21 of 66

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 4

identified include existing contamination associated with past industrial and marine activities, abandoned barges, and discharges from pipe drains and canal drains originating from existing and former industrial sites along the canal.

This investigation will be divided into two (2) tasks. The first task is to address the data gaps raised by the analytical data collected from the shallow soils of the east bank industrial area, and the second task will be to address the data gaps raised by the analytical data collected from the sediments of the IHNC. Additional samples will be collected in the areas of concern in order to document and delineate the extent of environmental impact. The successful completion of these tasks will allow for a detailed characterization of shallow soil and sediment conditions along the industrial east bank of the IHNC. The completion of these tasks should also aide in determining waste classification (Special Waste vs Hazardous Waste), waste inventory, and disposal options for the waste generated during the completion of the by-pass channel.

### 1.3.1   Site History

The project area is located along the east bank of the IHNC, between Florida and North Claiborne Avenues, New Orleans, Orleans Parish, Louisiana. The project location covers and area of approximately 38 acres. Figure 1 presents a generalized map of the project location.

The IHNC opened in 1923 and is located in the metropolitan area of New Orleans. The canal was constructed in order to allow for the movement of barge traffic from the Mississippi River to Lake Pontchartrain and the inter-coastal waterways of the Gulf Coast. There are several active and inactive facilities in this industrialized area that were associated with steel fabrication, shipbuilding, marine vessel repair and servicing, marine supplies, petroleum related facilities, barge leasing, and others.

Industrialization of the east bank area began in the 1960s and today approximately 50% of these industrialized facilities are currently unoccupied or abandoned. Six sites along Surekote Road make up the industrial east bank area (IEB). These sites are Boland Marine (2500 Surekote Road), McDonough Marine (2300 Surekote Road), Indian Towing Company (2200 Surekote Road), Mayer Yacht/Distributor Oil (2100 Surekote Road), Saucer Marine (1910 Surekote Road), and International Tank Terminal (1800 Surekote Road).

The Boland Marine property, located at 2500 Surekote Road, historically was used for ship repairs. Operated by Boland Marine for nearly twenty years, the site is now occupied by an unaffiliated ship repair company. From the mid 1970s to the early 1990s, Boland Marine developed and utilized site facilities for storage, office space, painting operations, and fabrication/welding. Signs of obvious site contamination, sandblast materials, discarded drums and electrical transformers were noted on the property. Previous investigations at this location have identified areas of environmental impact in the shallow soils that will be addressed by the USACE during the course of the lock replacement project. An estimated 6,879 cubic yards ($yd^3$) of material have been identified at the site as impacted above LDEQ screening options for semi-volatile organic compounds (SVOCs) and lead.

The McDonough Marine property, located at 2300 Surekote Road, was used for barge leasing and chartering services for more than three decades. Originally operating under the name

Case 2:05-cv-04182-SRD-JCW   Document 20105-8   Filed 10/29/10   Page 22 of 66

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 5

McDonough Marine, this company has been known as Marmac Corporation since 1972. Sandblast materials were noted on the ground surface near the southwest property corner and discarded drums were abandoned near the paint house. Several ASTs have also been identified on the McDonough property. Previous investigations at this location have identified areas of environmental impact in the shallow soils that will be addressed by the USACE during the course of the lock replacement project. An estimated 381 yd$^3$ of material impacted above LDEQ screening options for SVOCs have been identified at the site.

The Indian Towing Company began operations at 2200 Surekote Road in 1954. In addition to being a nautical towing company, Indian used the Surekote location for the sale, storage, and repair of marine equipment. It has been reported that on numerous occasions the Dock Board sited Indian Towing with lease violations that included illegal barge discharging and general disregard for the environment. Previous investigations at this location have identified areas of environmental impact in the shallow soils that will be addressed by the USACE during the course of the lock replacement project. An estimated 1,527 yd$^3$ of material impacted above LDEQ screening options for SVOCs have been identified at the site.

Mayer Yacht currently performs boat repairs on the property located at 2100 Surekote Road. Originally developed in 1951, the site was primarily used for fueling operations, boat repairs, and the distribution of marine supplies. Mayer Yacht was also cited for several lease violations that included a general disregard for the environment. Previous investigations at this location have identified areas of environmental impact in the shallow soils that will be addressed by the USACE during the course of the lock replacement project. An estimated 1,202 yd$^3$ of material impacted above LDEQ screening options for total petroleum hydrocarbons (TPH) have been identified at the site.

Saucer Marine Service began leasing the property located at 1910 Surekote Road in 1954. Saucer Marine used this site for ship building practices over the next four decades. Several aboveground storage tanks, discarded 55-gallon drums and mixed waste mounds of sandblasting material have been documented at this location. Several abandoned barges have also been inventoried along the banks of Saucer Marine. Previous investigations at this location have identified areas of environmental impact in the shallow soils that will be addressed by the USACE during the course of the lock replacement project. An estimated 9,600 yd$^3$ of material impacted above LDEQ screening options for SVOCs and TPH have been identified at the site.

The site referred as the International Tank Terminal (ITT) is located at 1800 Surekote Road. Former operations at this site include a steel fabrication, trucking, and ship repairs. Tanks of undisclosed size and contents were at one time located on the property. Sandblast materials were also reported to be present on the north end of the site. Previous investigations at this location have identified areas of environmental impact in the shallow soils that will be addressed by the USACE during the course of the lock replacement project. An estimated 1,261 yd$^3$ of material impacted above LDEQ screening options for SVOCs have been identified at the site.

Several reports from previous investigations along the industrial east bank of the IHNC have been reviewed so that the above summary on site history could be completed (see Section 5.0 for References). These reports include USACE-NOD documents dated 1993, a Christopher

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 6

Goodwin and Associates report dated 1992, a Materials Management Group report dated 1994, and a Abandoned Barge Inventory report completed by the State of Louisiana. Reports prepared by Dames & Moore, such as The Above Ground Structure Report, The Above Ground Storage Tank Report and the Mix-Waste Mound Report, were also reviewed and incorporated in the above section.

## 1.3.2   Proposed Remedial Action.

If the results of this investigation indicate that the shallow soils and sediments along the east bank of the IHNC are clean or slightly impacted with regulated compounds/chemicals at concentrations below the State of Louisiana Risk Evaluation/Corrective Action Program (RECAP) standards, the soils and sediments will be used as either an on-site re-use material such as stabilizing the slopes of the east bank and fill around the new lock or an off-site re-use material at a mitigation site for wetland creation. Soils and sediments determined to be highly impacted and either hazardous or non hazardous may require further investigations. A remedial action plan for the materials must be developed and approved by the LDEQ prior to the construction of the new lock

## 1.4      PROJECT/TASK DESCRIPTION (PROJECT DESCRIPTION)

This project consists of the collection and testing of shallow soil, sediment and possible sludge for volatile organic compounds (VOCs), SVOCs, 8 RCRA metals, TPH, oil/grease and pesticides/PCBs analyses. These samples will be collected in the vicinity of documented "environmental hot spots" in order to delineate areas of impact.

## 1.4.1   Field Sampling

The objectives of sampling procedures and field measurements are to obtain representative samples of soil and sediment in areas adjacent to "environmental hot spots" associated with past industrial activities along the east bank of the IHNC. Proper sampling techniques, sampling equipment, decontamination procedures and experienced field personnel will be used to meet the data quality objectives of the project.

Field measurements and sampling will be performed in accordance with accepted federal and state procedures. The FSP for this project specifies the standard operating procedures to be used. The details of the field procedures are provided in Section 4 of the FSP. The FSP follows USACE protocols as described in EM-200-1-3.

Should site conditions differ from the conditions defined in the FSP or the QAPP, the Site Manager and the Site Safety and Health Officer with approval of the USACE, have the authority to alter or change the standard operating procedures so long as all relevant and appropriate regulations are addressed and in compliance.

## 1.5      DATA QUALITY OBJECTIVES FOR MEASUREMENT DATA

## 1.5.1   Quality Assurance Objectives

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 7

The overall quality assurance objective for measurement data is to ensure that the data generated are of documented quality and are legally defensible for the intended data uses. In order to achieve these objectives, data will be: (1) representative of actual site physical and chemical

conditions, (2) comparable to previous and subsequent data, (3) complete to the extent that necessary conclusions may be reached, and (4) of known quantitative statistical significance in terms of precision and accuracy, at levels appropriate for each stated data use for the project. Quality assurance objectives for measurement

data are usually expressed in terms of precision, accuracy, representativeness, completeness and comparability (also known as the PARCC parameters).

**1.5.1.1  Precision**

Precision is a measure of mutual agreement among individual measurements of the same property, usually under prescribed similar conditions. Precision is best expressed in terms of the standard deviation around the mean or relative percent difference (RPD) between two samples. Precision of reported results is a function of sample homogeneity, inherent field-related variability, shipping variability and laboratory analytical variability. Various measures of precision exist depending upon "prescribed similar conditions". Field duplicate (co-located) samples will provide a measure of the contribution to overall variability of field-related and to some extent laboratory-related sources.

Contribution of laboratory-related sources to overall variability is also measured through various laboratory QC samples (laboratory duplicates, etc.)

**1.5.1.2  Accuracy**

Accuracy is the degree of conformity of a measurement (or an average of measurements of the same parameter), X, with an accepted reference or true value, T, usually expressed as the difference between the two values, X-T, or the difference as a percentage of the reference or true value, 100 (X-T)/T, and sometimes expressed as a ratio, (X/T) 100 (equal to percent recovery). Accuracy is a measure of the bias in a system. Internal laboratory QC samples (matrix spikes, laboratory control spikes, blank spikes and standards) will also yield accuracy information.

Computer programs are used to report and store analytical data. Entry accuracy is assessed by checking all output and comparing it against the laboratory data reports. Hard copies of the computer database will be printed and the information will be manually checked against the laboratory reports. As each database entry is checked, it will be highlighted. At the completion of the accuracy check, the hard copy will be filed as a checkpoint to serve as verification of the check. The proper collection, transfer and storage of data are the responsibility of the analyzing laboratory. The contract laboratory will perform an accuracy check of the reported data before the data is released to the Corps of Engineers.

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 8

### 1.5.1.3  Representativeness

Representativeness is the degree to which data accurately and precisely represent the true value of a characteristic of a population, parameter variations at a sampling point, a process condition or an environmental condition.

Representativeness of reported results depends upon a number of considerations including, but not limited to, proper monitoring design, selection of appropriate field methodology, proper sample preparation, preservation and handling, selection and execution of appropriate analytical methodology, and proper sample identification and reporting of results.

### 1.5.1.4  Completeness

Completeness, expressed as a percentage, is a measure of the amount of valid data obtained from a measurement system compared to the amount that was expected to be obtained under normal conditions.
Field and analytical data may be specified at different completeness levels.  The completeness criterion should be consistent with the project data quality objectives.  In general, a completeness criterion of 90 percent for specified project data uses is the completeness target for the site.

### 1.5.1.5  Comparability

Comparability is the confidence with which one data set can be compared to another. Comparability may be assessed by comparing sampling methodology, analytical methodology and units of reported data.

### 1.5.2    Data Quality Objectives

Data quality objectives (DQOS) are qualitative and quantitative statements specified to ensure that data generated is of known and appropriate quality to support remedial response activities and decisions.  DQOs are an integrated set of thought processes, which define data quality requirements based on identified end uses of the database.

Table 1.5-1 below describes analytical support levels for data collection, as given in EPA DQO guidance documents.

**Table 1.5-1**
**Analytical Support Levels for Data Collection Activities**

The analytical options available to support data collection activities are presented in five general levels (ref.  EPA Data Quality Objective [DQO] Guidance).  These levels are distinguished by the types of technology and documentation used, and their degree of sophistication as follows:

> *LEVEL V - Non-Standard Methods: Analyses, which may require method modification and/or development.  CLP Special Analytical Services (SAS) are considered Level V.*

---

**DAMES & MOORE**

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 9

*Required detection limits for Site groundwater analyses will be lower than standard detection limits, for several of the volatile organics.*

*LEVEL IV - CLP Routine Analytical Services (RAS): This level is characterized by rigorous QA/QC protocols and documentation and provides qualitative and quantitative analytical data.  Some regions have obtained similar support via their own regional laboratories, university laboratories, or other commercial laboratories.*

*LEVEL III - Laboratory Analysis Using Methods Other than the CLP RAS: This level is used primarily in support of engineering studies using standard EPA approved procedures.  Some procedures may be equivalent to CLP RAS without the CLP requirements for documentation.*

*LEVEL II - Field Analysis: This level is characterized by the use of portable analytical instruments which can be used on site or in mobile laboratories stationed near a site (close-support labs).  Depending upon the types of contaminants, sample matrix, and personnel skills, qualitative and quantitative data can be obtained.*

*LEVEL I - Field Screening: This level is characterized by the use of portable instruments which can provide real-time data to assist in the optimization of sampling point locations and for health and safety support.  Data can be generated regarding the presence or absence of certain contaminants (especially volatiles) at sampling location.*

For this site investigation activity, Level I will be used for health and safety monitoring as well as for screening sediment samples to be sent to an offsite laboratory for confirmatory testing. Level III will be used for testing soil and sediment samples, the results of which will be the basis for determining the nature and extent of contamination and for classifying whether these materials are not contaminated, slightly contaminated, highly contaminated but not hazardous, and highly contaminated and hazardous.  Various disposal and/or remediation options will then be explored to determine the final disposition of these materials.

The DQOs are developed using the following seven-stage process:

>   *Stage 1 - State Problem*
>   *What is the extent and nature of impact in the shallow soils and sediments along the east bank of the IHNC.*

>   *Stage 2 - Identify the Decision*
>   *If the soils and sediments are impacted, the nature and volume or extent of impact will be delineated and cost-effective disposal option(s) will be defined.*

>   *Stage 3 - Identify Inputs to the Decision*
>   *Analytical results of soil and sediment samples collected and analyzed, near surface geology or soil/sediment stratigraphy, inventory of barges, contaminant release pathway evaluation.  Sediment analytical results will be compared with background values as well as with State and Federal regulated cleanup criteria.*

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 10

### *Stage 4 - Define the Site Boundaries*

*Spatial Boundary* - *The study area is the east bank of the IHNC between Florida Avenue and North Claiborne Avenue, New Orleans, Louisiana.*

*Temporal Boundary – Contamination of the soils and sediments, if present, may have resulted from past and current activities of the adjacent industrial facilities as well as possibly from the abandoned barges.*

*Time Frame Impacts on the Sampling parameters* - *Seasonal variations are not considered to be a factor in this project. The urgency of sample collection is primarily a function of the schedule for lock replacement. The project is located in an industrial area and the samples to be collected are sediments located below the Canal water line where human contact is assumed to be minimal.*

### *Stage 5 - Develop a Decision Rule*

*If the results of the analytical data are below State and Federal regulated cleanup criteria as well as background values, the materials along the east bank of the IHNC will be considered clean and may either be re-used pn-site for grading of the east bank clope or as fill material around the new lock or maybe re-used off-site such as wetland creation at a mitigation site.*

*If the results of the analytical data are above State and Federal regulated cleanup criteria as well as background values, the impacted materials along the east bank of the IHNC will be isolated and either treated for on-site/off-site re-use or properly disposed off-site.*

### *Stage 6 - Acceptable Limits on Decision Errors*

*Because the goal of this investigation is to delineate the "environmental hot spots" along the east bank of the IHNC which are contaminated with various compounds, the accuracy of every individual chemical laboratory measurement must be within tolerable limits. Precision (RPD) for field duplicates should be <50 RPD and for lab duplicates should be <25% R-PD. Laboratory accuracy for matrix spike recovery should be compound specific (about 0-140% Recovery).*

*The distinction between background sample concentrations and impacted soil and sediment concentrations must be statistically distinguishable, within a standard deviation for each data group such that if:*

*B = average background concentration,*
*P = average impacted sediment/ soil concentration,*
*SB   = standard deviation for the background data, and*
*SD   = standard deviation for the impacted sediment/soil data*
*...   then*
*B+SB < P- SD, and*

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 11

*B <.IO(P)*

*Stage 7 - Optimize the Design*
*The main objective of this investigation is to confirm and delineate "environmental hot spots" along the east bank of the IHNC which are contaminated as a result of potential releases from past and present industrial operations and marine services. Sampling points will be selected and strategically located in order to collect environmental samples from the east bank of the IHNC around potential source areas (barges, drainage ways, tanks, documented areas of environmental impact, discharge points, etc.). Field investigation is optimized by assuming each of these areas is a point source and by strategically placing sampling points between the barges or drainage ways and the canal to intercept and confirm the presence or absence of an assumed plume or runoff pathway migrating from these areas of concern. Data from the laboratory will be optimized after the evaluation of the outcome of data validation to be performed on the results of laboratory analysis.*

These stages have been and will be undertaken in an interactive manner whereby all the elements of the DQO process are continually reviewed and applied during execution of data collection and assessment activities. As such, DQO's have been developed at the outset of the project and will be revised or expanded as needed based upon the results of each data collection activity.

## 2.0   MEASUREMENT/DATA ACQUISITION

## 2.1   SAMPLING METHODS REQUIREMENTS (SAMPLING PROCEDURES).

### 2.1.1   Field Sampling: Sediment Samples

Sediment samples will be obtained from 0 to 60 inches below the mud line using either a stainless steel core barrel or stainless steel hard core sediment sampler depending on canal water depth. In water depths greater than three feet, a barge mounted drill rig will be used to advance a stainless steel core barrel. When water depths are less than three feet, the sediment samples will be collected using a stainless steel hard core sediment sampler with acetate liner tubes. The sampling locations are shown on Figure 2 of the FSP. A total target number of 30 sediment samples, including QA/QC samples, will be collected during the course of this project. TCLP samples for Lead by EPA Test Method 1311 may also be collected in areas of detectable lead concentrations that fail the Rule of 20. **It should be noted that these samples are not included in the target sample number.** Sediment samples will be collected and sent for chemical analysis to evaluate the presence or absence, as well as the preliminary extent and magnitude, of the contamination at and around the suspected source areas. The sediment sampling strategy involves the collection of sediment samples for each sampling location which will be based on current and past industrial activities, surface water and industrial discharge points, and documented environmental impacts along the canal. The sample locations will be selected to increase the probability of detecting the source of contamination or any surface migration of the contamination

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 12

Collected sediment samples will be submitted to a Louisiana certified off-site laboratory(ies) for SVOC, TPH (gasoline and diesel range), RCRA 8 metals, and PCB analyses.

The following is an outline of sampling procedures:

- *Upon retrieval of the sediment sample, the sample will be screened with a PID for Volatile Organic Analysis (VOA).*

- *Place sample into laboratory-provided certified cleaned containers.*

- *Complete the boring log entry.*

- *Fill out field notebook, labels and chain of custody forms for analytical samples.*

- *Cool analytical samples to 4° C. Samples will be transported to the laboratory.*

Upon completion of drilling and sampling operations for the day.

- *Sampling and drilling equipment will be decontaminated.*


**2.1.2    Field Sampling: Shallow Soil Samples**

Shallow soil samples will be obtained from 0 to 60 inches below ground surface using either a stainless steel core barrel or stainless steel hand auger depending on site conditions.  A total target number of 79 soil samples including TCLP and QA/QC samples will be collected during the course of this project. Soil samples will be collected and sent for chemical analysis to evaluate the presence or absence as well as the preliminary extent and magnitude of the contamination at and around the suspected "hot spots".  The soil sampling strategy involves the collection of samples for each sampling location which will be based on current and past industrial activities, surface water and industrial  discharge points, and documented environmental impacts along the canal.  The sample locations will be placed to increase the probability of detecting the source of contamination or any surface migration of the contamination. TCLP samples for lead by EPA Test Method 1011 will also be collected in areas of detectable lead concentrations.

Collected sediment samples will be submitted to a certified Louisiana off-site laboratory(ies) for VOC, SVOC, TPH (gasoline and diesel range, RCRA 8 metals, pesticides/herbicides, and PCB analyses. TCLP lead samples will also be submitted for analyses.

The following is an outline of sampling procedures:

- *Upon retrieval of the sediment sample, the sample will be screened with a PID for Volatile Organic Analysis (VOA).*

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 13

- *Place sample into laboratory-provided certified cleaned containers.*

- *Complete the boring log entry.*

- *Fill out field notebook, labels and chain of custody forms for analytical samples.*

- *Cool analytical samples to 4° C. Samples will be transported to the laboratory.*

Upon completion of drilling and sampling operations for the day.

- *Sampling and drilling equipment will be decontaminated.*

**Soil/Sediment Samples**

The following outlines field characterization of subsurface soil/sediment samples.

Organic Vapor Analysis - Upon retrieval of the sampler, on-site environmental personnel (usually a certified field geologist, chemist, environmental engineer) will immediately measure the sample using a PID. After the sample his been homogenized, environmental personnel will take a second organic vapor reading. The readings will be recorded on the HTW boring log.

Plugging of Boreholes - All boreholes will be grouted if necessary. Under no circumstance will a borehole be left opened after the conclusion of sampling activities at each site. All cuttings will be containerized and properly and safely secured at the IHNC site pending disposal.

Field Documentation - The following outlines procedures for field documentation and labeling for samples:

> Immediately before the sample is collected, each container will be labeled with the following information: sample identification number, project number, date, time, analysis requested, preservation and name of person sampling. The labels will be covered with transparent plastic tape. After samples have been collected the sample bottles will be
>
> either taped at the lid or encased in a "zip-lock" type bag for shipment. A sample "travel blank" will be shipped with every ice chest of samples to be analyzed for organic volatiles. Pertinent information will be recorded in the bound field notebook and all chain of custody documents completed. The bound field notebook will have pre-numbered pages and entries will be made in indelible ink (Skilcraft - Black). Data from the sampling episode will also be recorded in the field log.

**2.2    SAMPLING HANDLING AND CUSTODY REQUIREMENTS.**

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 14

## 2.2.1    Sample Numbering.

Samples should be numbered according to the following pattern:

Sample Location (AAaa) - depth of sample interval (bb-cc') - sample qualifier (dd) where:

> AA is the site name
> aa is the sample location number
> bb is the beginning of the sample interval, if necessary
> cc is the end of the sample interval, if necessary
> dd is the sample identification qualifier

Sample qualifiers should be as listed to maintain the "double blind" standard of quality assurance.

> 01 - Field Sample
> 02 - Quality Assurance Sample
> 03 - Quality Control Sample
> 04 - Rinsate Blank
> 05 - Trip Blank

For example:

IEBS01-SS-00 indicates a shallow soil sample from location 1 of the Industrial East Bank Sediment (IEBS), taken by a stainless steel hand auger sampler.  The qualifiers SS (for shallow soil sample) and S (for a sediment sample) are added as pre-fix to the sample number to identify sample matrix.

## 2.2.2    Chain-of-Custody Requirements

The purpose of the chain-of-custody procedures is to document the identity of the sample and its handling.  Custody records will trace a sample from its collection through all transfers of custody until it is accepted by the analytical laboratory.  Internal laboratory records then document the custody of the sample through its final disposition.

A sample is under custody if one or more of the following criteria are met:

- The sample is in the custodian's (sampler, lab personnel, etc.) possession.
- It is in the custodian's view after being in possession.
- It was in the custodian's possession and was locked up to prevent tampering.
- It is in a designated secure area.

Sample identification records and custody records to satisfy the requirements of EPA will be used.  The National Enforcement Investigations Center (NEIC) Policies and Procedures Manual provides chain-of-custody and document control procedures.  The remainder of this section discusses the chain-of-custody and document control requirements specified in the above

Case 2:05-cv-04182-SRD-JCW   Document 20105-8   Filed 10/29/10   Page 32 of 66

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 15

document, which are appropriate to this duty. These procedures will be followed. If any deviations occur, appropriate personnel will be notified and deviations will be noted on the field forms.

### 2.2.3   Field Custody Requirements

Chain-of-custody for samples collected in the field and transported or shipped to laboratories for analysis and study will be maintained. The field team will have a designated field sample custodian with overall responsibility for sample custody and for field document control. The custodian will ensure that the sampling teams have and use the appropriate identification and custody records, will resolve custody problems in the field and will handle the shipment of samples to the analytical laboratories.

### 2.2.4   Sample Labels

Each collected sample will have a completely filled-in sample label securely attached to it. Sample labels will be preprinted to ensure that the required information is provided on each label. Labels will include the sample identification number, project number, date, time, analysis requested, preservation and name of person sampling. The person who physically collects the sample is the sampler and will initial the sample label.

### 2.2.5   Chain-of-Custody Record Sheets

Custody records will be used for the samples collected at the site. The multi-part carbonless copy forms will be correlated with the sample collection labels; requested information will have the same heading on both. The sampler or sample custodian will complete a chain-of-custody record to accompany each sample shipment from the field to the laboratory.

The custody records will be used for either a single sample or a packaged lot of samples; more than one sample can usually be recorded on one form. More than one custody record sheet may be used for one shipment, if necessary. Their purpose is to document the transfer of a group of samples traveling together; when the group of samples changes, a new custody record is initiated. The original custody record travels with the samples; the initiator of the record keeps a copy. When custody of the same group of samples changes hands several times, some people will not have a copy of the custody record. This is acceptable as long as the original custody record shows that each person who had received custody has properly relinquished custody.

General use instructions follow:

Using a Multi-Part Custody Record Sheet

- *The originator fills in all requested information from the sample labels.*
- *The originator signs in the top left "Relinquished by" box and keeps the copy*
- *The original record sheet travels with the samples.*
- *The person receiving custody checks the sample label information against the custody record. He also checks sample condition and notes anything unusual under "Comments" on the custody form. The receiving laboratory should also maintain a "cooler receipt" form for*

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 16

*each ice chest received. The information on this form should define the condition of the sample upon receipt, including physical condition, completeness of the chains-of-custody, and directions received by the laboratory concerning the samples.*

- *The person receiving custody signs in the adjacent "Received by" box and keeps the original.*
- *The Date/Time will be the same for both signatures since custody must be transferred to another person. When samples are shipped via common carrier (e.g., Federal Express), the date/time will not be the same for both signatures.*
- *When samples are shipped via common carrier, the original travels with the samples and the shipper (e.g., Field Sample Custodian) keeps the copy. The shipper also keeps all shipping papers, bills of lading, etc.*
- *In all cases, it must be readily seen that the same person receiving custody has relinquished it to the next custodian.*
- *If samples are left unattended or a person refuses to sign, this must be documented and explained on the custody record.*

If a discrepancy between sample label numbers and custody record listings is found, the person receiving custody should document this and properly store the samples. The samples should not be analyzed until the problem is resolved by contacting the field sample custodian or other designated responsible authority; e.g., the appropriate QA manager.

The responsible person receiving custody should attempt to resolve the problem by checking all available information (other markings on sample container, type of sample, etc.). He should then document the situation on the custody record and in his project logbook and notify the appropriate sample custodian by the fastest available means, followed by written notification.

Changes may be written in the "Comments" section of the Custody record and should be initialed and dated. A copy of this record should accompany the written notification to the sample custodian. A complete copy of the documentation of the problem and its resolution should also be provided to the QA manager and submitted to the project files.

**2.2.6   Custody Seals**

Custody seals are narrow strips of adhesive paper used to demonstrate that no tampering has occurred. They will be used on sample transport containers such as sample coolers or the ends of sampling tubes. The field investigator shall write the date, a unique custody seal number and signature on the seal.

**2.2.7   Sample Shipment**

Each properly labeled and sealed sample containers will be placed in plastic "zip-lock" bags and sealed. Inert cushioning and absorbing material will be placed in the coolers to prevent excess shock to the samples. Proper spacing will be used to prevent samples from touching. Samples should be maintained at 4°C. Chain-of-custody forms will be sealed in airtight bags and taped to the inside of the cooler lid. Samples will be transported to the lab immediately upon completion of sampling. In addition, each sample will be identified with a sample identification label and will be listed on the chain-of-custody record completed for each sample-shipping container. The

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 17

field sample custodian will notify the laboratory sample custodian of impending sample delivery the day the samples are to be delivered.

## 3.0    ASSESSMENT/OVERSIGHT

## 3.1    ASSESSMENT AND RESPONSE ACTIONS

### 3.1.1 Audit Procedures

Audits will be the responsibility of the appropriate QA manager (Field Quality Assurance Manager or Laboratory QA Manager) and will be performed as described below.

Evidentiary audits are checks on all of the project documentation that could potentially be required for defensible data. An evidentiary audit will be performed at least once during the investigation by the Field QA Manager and a report submitted to the New Orleans District project

manager. This audit should include items that relate to sample custody, sample documentation, sample numbering, adherence to SOPs and sampling methodology, sample labeling requirements, custody seal requirements, chain-of-custody, and other field methods, practices and procedures that relate to evidentiary concerns.

System and performance audits are conducted for laboratory procedures and analytical methods to be used for the sample analysis. The laboratory QAPP should define the system and performance audits and their frequency.

The field and lab personnel will be notified of any issues of concern while the audit is being conducted. All corrections that can be made immediately will be made concurrently with the audit. Subsequent to an audit, the appropriate QA manager will develop an audit report that summarizes the audit findings,

including those areas found to be in nonconformance if any and the proposed corrective measures. This report will be prepared in memo form and submitted to the project managers and copied to the project file.

### 3.1.2    Corrective Actions

An important part of a quality assurance program is a well-defined, effective policy for correcting problems. The QA program operates to prevent problems, but it also serves to identify and correct those that exist. Usually these problems require either on the spot, immediate corrective action or long-term corrective action.

The corrective action system used during this study is designed to quickly identify problems, and solve them efficiently. The appropriate QA manager is responsible for the direction of this

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 18

system and receives full support from management for its implementation. The essential steps are:

- *Identify and define the problem*
- *Assign responsibility for investigating the problem*
- *Determine a corrective action to eliminate the problem*
- *Assign and accept responsibility for implementing the corrective action*
- *Implement the corrective action*
- *Verify that the corrective action has eliminated the problem*
- *Document the problem identified, the corrective action taken and its effectiveness in eliminating the problem*

Corrective action procedures which will be used to resolve deficiencies found during routine activities or QA audits of field, laboratory or office activities will be as described in the following section.

### 3.1.2.1  Corrective Action Resulting from Routine Activities

Deficiencies found during normal routine activities will be resolved by implementing corrective action as part of normal operating procedures by staff. Corrective actions of this type will be noted in the field or

laboratory notebook; no other formal documentation is necessary unless further corrective action is required. If normal procedures do not solve the problem, the staff will document the problem in a formal memo addressed to the QA/QC managers and copied to the project file.

### 3.1.2.2  Corrective Action Resulting from QA Audits

Deficiencies encountered during a QA audit will be corrected as soon as possible. The appropriate QA manager with the project manager is responsible for completion of appropriate corrective action. The procedures used to expedite corrective action will be:

- *Auditor verbally notifies the work assignment manager and field and lab personnel immediately during audits of deficiencies found. Work assignment manager institutes corrective action as soon as possible. QA managers distributes the audit reports promptly*

## 3.2     REPORTS TO MANAGEMENT

During the site field sampling activities associated with the investigation, field logs and other related field documentation will be maintained. The evidentiary audit report and a narrative event report will be generated to document the activities associated with the field sampling event. These reports will be distributed in accordance with Paragraph 1.1 of this QAPP. Anytime during the studies, any significant deviation from work plans will be documented and distributed in accordance with this QAPP.

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 19

## 4.0     DATA VALIDATION AND USABILITY

## 4.1     DATA REVIEW, VALIDATION AND VERIFICATION REQUIREMENTS

### 4.1.1     General Approach

Data quality and utility depends on many factors, including sampling methods, sample preparation, analytical methods, quality control, and documentation. Subcontractors or other organizations, such as laboratories or sampling personnel, must be advised of all applicable documentation and procedural requirements. All data generated will be reviewed by NOD for completeness.

### 4.1.2     Final Reporting and Report Archival

Upon successful completion of the data assessment and validation process, all data generated for the investigation will be summarized in the final investigation report. Data summaries and results will be submitted with the studies final report.

Copies of all analytical data and/or final reports are retained in the laboratory files and, at the discretion of the laboratory manager, data will be stored on computer disks for a minimum of six months.

## 4.2     RECONCILIATION OF DATA QUALITY OBJECTIVES

Reconciliation of the results of the DQO process will be accomplished by identifying specific decision rule criteria and addressing the potential outcomes for each of those decisions. The specific decisions for the study are numbered and reconciled as follows:

- "Hazardous hot spots" along the industrial east bank of the IHNC which are <u>above</u> background concentrations and/or State and Federal regulated cleanup criteria and fail TCLP will be managed as hazardous waste. These materials will be excavated, segregated, and disposed as a hazardous waste.

- "Highly impacted hot spots" along the industrial east bank of the IHNC which are <u>above</u> background concentrations and/or State and Federal regulated cleanup criteria but are not hazardous (i.e., pass TCLP) will be managed as a special waste. These materials will be excavated, segregated, and either re-used at the site or placed as dredged material in the MRGO/mitigation sites, or disposed of off site as an industrial solid waste. **Note: The re-use of these materials on site or off site require LDEQ approval.**

- "Impacted hot spots" along the industrial east bank of the IHNC which are <u>below</u> background concentrations and/or State and Federal regulated cleanup criteria will be either re-used in the grading of the slopes of the banks during demolition of the east bank structures or placed as dredged material in the MRGO/mitigation sites. These materials may also be disposed of off site as an industrial solid waste. **Note: The re-use of these materials on site or off site require LDEQ approval.**

Quality Assurance Project
Plan
Inner Harbor Navigation Canal East Bank
Data Gaps
Contract No. DACW29-97-D-0019
May 2, 2000
Page 20

## 5.0   REFERENCES

US Army Corps of Engineers - New Orleans District
March 1997, New Lock and Connecting Channels - Evaluation Report, Volumes 1-9.

US Army Corps of Engineers, Environmental Quality
September 1994, Engineer Manual EM 200-1-3, Requirements for the Preparation of
Sampling and Analysis Plans

Materials Management Group, Inc.
July 1994, Final Report - IHNC Drums and Containers Testing, Collection and Disposal,
Saucer Marine, Indian Towing and Boland Marine Sites.

US Army Corps of Engineers - New Orleans District
November, 1996, Initial Hazardous, Toxic and Radioactive Waste (HTRW) Assessment,
IHNC- Graving Site.

Louisiana Department of Environmental Quality, Corrective Action Group
December 1998, Risk Evaluation/Corrective Action Program (RECAP).

Louisiana Oil Spill Coordinator's Office, CMS, Inc.
Report 1994, Statewide Abandoned Vessel Inventory - New Orleans Zone

Landrum, Kenneth E., 1995, Gulf Coast Association of Geological Societies Transactions,
Accumulation and Trace-Metal variability of Estuarine Sediments, St. Bernard Delta,
Geomorphic Regions, Louisiana.

Dames & Moore, 2000, Operational Plans for Excavation, Treatment and Disposal of
Contaminated Soils of the East Bank Industrial Arm of the IHNC.

Dames & Moore, 2000, East Bank Sediment and Abandoned Barge Report.

**SAMPLING AND ANALYSIS PLAN**

**for**

**IHNC East Bank Data Gaps**

**Environmental Support to IHNC Lock Replacement Project**
**Contract Number: DACW29-97-D-0019**
**Delivery Number 0011**
**New Orleans COE**

**Dames & Moore Job Number 08768-040-149**
**May 2, 2000**

# APPENDIX B

# Site Specific Quality Assurance Project Plan and Sampling & Analysis Plan

**SAMPLING AND ANALYSIS PLAN**

**for**

**IHNC East Bank Data Gaps**

**Environmental Support to IHNC Lock Replacement Project**
**Contract Number: DACW29-97-D-0019**
**Delivery Number 0011**
**New Orleans COE**

Dames & Moore Job Number 08768-040-149
May 2, 2000

# APPROVAL PAGE

Quality Assurance Project Plan
for
IHNC East Bank Data Gaps

Environmental Support to
IHNC Lock Replacement Project

Contract Number: DACW29-97-D-0019
Delivery Order Number: 0011
New Orleans COE

Approved by:

| | |
|---|---|
| Dames & Moore Certified Industrial Hygienist, Dennis W. Day | May 2, 2000 |
| Dames & Moore QA Director, John E. Plevniak | May 2, 2000 |
| Dames & Moore Project Manager, Douglas E. Kuhn | May 2, 2000 |
| New Orleans COE Contracting Officers Representative, Brett Herr | May 2, 2000 |
| New Orleans COE Technical Representative (TR) Mr. George Bacuta and/or Ms. Jean Spadaro | May 2, 2000 |

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No. DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page i

# TABLE OF CONTENTS

1.0    PROJECT DESCRIPTION ......................................................................................... 1
   1.1 Project Objective and Investigative Strategy ................................................... 1
   1.2 Site Location and History ................................................................................. 1
   1.3 Summary of Existing Site Data ........................................................................ 2
   1.3.1   Chemical Results ......................................................................................... 2
   1.4 Geology and Hydrogeology............................................................................. 2
   1.4.1   Preliminary Interpretation of Available Chemical, Geological and Hydrogeologic Data...... 3
2.0    PROJECT ORGANIZATION AND RESPONSIBILITIES ..................................... 3
   2.1 Project Organization ........................................................................................ 3
   2.2 Responsibilities ............................................................................................... 4
3.0    PROJECT SCOPE AND OBJECTIVES ................................................................. 5
4.0    FIELD ACTIVITIES............................................................................................... 5
   4.1 Canal Sediment Sampling ............................................................................... 5
   4.1.1 Sample Locations and Rationale ................................................................. 5
   4.2 Shallow Soil Sampling .................................................................................... 7
   4.2.1 Rationale ....................................................................................................... 7
   4.3 Sampling Locations......................................................................................... 9
   4.4 Sample Collection and Analysis ................................................................... 10
   4.4.1 Sample Collection ...................................................................................... 10
   4.4.2 QA/QC Samples.......................................................................................... 10
4.5    FIELD SAMPLING............................................................................................. 11
   4.5.1 Sediment Sampling ..................................................................................... 11
   4.5.2 Soil Sampling .............................................................................................. 12
4.6    FIELD PROCEDURES ........................................................................................ 12
   4.6.1 Field Measurement Procedures and Criteria ............................................. 12
   4.6.2 Sampling for Chemical Analysis................................................................ 13
   4.6.3 Sample Containers and Preservation Techniques....................................... 13
   4.6.4 Decontamination Procedures ..................................................................... 13
5.0    SAMPLE CUSTODY............................................................................................ 14
   5.1 Field Logbooks and Photographs ................................................................ 144
   5.2 Sample NumbeRing System ......................................................................... 15
   5.3 Sample Documentation ................................................................................. 15
   5.3.1 Sample Labels or Tags ............................................................................... 16
   5.3.2 Chain-of-Custody Records ......................................................................... 16
   5.3.3 Receipt for Sample Forms .......................................................................... 16
6.0    SAMPLE PACKAGING AND SHIPPING ......................................................... 16
7.0    INVESTIGATIVE-DERIVED WASTES.............................................................. 16
8.0    PROJECT SCHEDULE......................................................................................... 17
9.0    REFERENCES ..................................................................................................... 188

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page ii

## **Figures**

Figure 1 – Site Location Map

Figure 2 – Proposed Sediment Sampling Locations

Figure 3 – Proposed Shallow Soil Sampling Locations

## **Addendums**

Addendum A – Standard Operating Procedures

Addendum B – Chain-of-Custody

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No. DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 1

## 1.0    PROJECT DESCRIPTION

### 1.1    PROJECT OBJECTIVE AND INVESTIGATIVE STRATEGY

The objective of this project is to characterize areas of environmental impact and investigate the data gaps identified by Dames & Moore in previous environmental investigations (D&M Reports, 2000) completed along the east bank of the Inner Harbor Navigation Canal (IHNC) between Florida and North Claiborne Avenues. The shallow soils and sediments along the east bank of the IHNC have been impacted as a result of the various industrial and marine activities that have occurred along the canal. Potential sources for the environmental impact identified include existing contamination associated with past industrial and marine activities, abandoned barges, and discharges from pipe drains and canal drains originating from existing and former industrial sites along the canal.

This investigation will be divided into two (2) tasks. The first task is to address the data gaps raised by the analytical data collected from the shallow soils of the east bank industrial area, and the second task will be to address the data gaps raised by the analytical data collected from the sediments of the IHNC. Additional samples will be collected in the areas of concern in order to document and delineate the extent of environmental impact. The successful completion of these tasks will allow for a detailed characterization of shallow soil and sediment conditions along the industrial east bank of the IHNC. The completion of these tasks should also aide in determining waste classification (Special Waste vs. Hazardous Waste), waste inventory, and disposal options for the waste generated during the completion of the by-pass channel.

### 1.2    SITE LOCATION AND HISTORY

The project area is located along the east bank of the IHNC, between Florida and North Claiborne Avenues, New Orleans, Orleans Parish, Louisiana. The project location covers and area of approximately 38 acres. Figure 1 presents a generalized map of the project location.

The IHNC opened in 1923 and is located in the metropolitan area of New Orleans. The canal was constructed to allow for the movement of barge traffic from the Mississippi River to Lake Pontchartrain and the inter-coastal waterways of the Gulf Coast. There are several active and inactive facilities in this industrialized area that were associated with steel fabrication, shipbuilding, marine vessel repair and servicing, marine supplies, petroleum related facilities, barge leasing, and others.

Industrialization of the east bank area began in the 1960s and today approximately 50% of these industrialized facilities are currently unoccupied or abandoned. Six sites along Surekote Road make up the east bank industrial area of the IHNC. These sites are Boland Marine (2500 Surekote Road), McDonough Marine (2300 Surekote Road), Indian Towing Company (2200 Surekote Road), Mayer Yacht/Distributor Oil (2100 Surekote Road), Saucer Marine (1910 Surekote Road), and International Tank Terminal (1800 Surekote Road).
For more details concerning site history on the facilities located along the industrial east bank of the IHNC, refer to the Site History Section of the Quality Assurance Project Plan.

**DAMES & MOORE**

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 2

## 1.3     SUMMARY OF EXISTING SITE DATA

### 1.3.1    Chemical Results

Analytical data from shallow soil samples collected along the east bank of the IHNC indicate areas of environmental impact above the Louisiana Department of Environmental Quality (LDEQ) Risk Evaluation/Corrective Action Program (RECAP) standards.  These areas of concern have been impacted with total petroleum hydrocarbons (TPH), semi-volatile organic compounds (SVOCs), and RCRA 8 metals (lead and arsenic).

Analytical data from sediment samples collected along the east bank of the IHNC indicate areas of environmental impact above the LDEQ RECAP standards.  These areas of concern have been impacted with TPH, SVOCs, poly-chlorinated biphenyls (PCBs), and RCRA 8 metals (lead and arsenic).

## 1.4     GEOLOGY AND HYDROGEOLOGY

The east bank of the IHNC is comprised of approximately 38 acres.  The area investigated for the Bypass Channel excavation site is about 4,200 feet long, 400 feet wide and is roughly bounded by the canal, the floodwall, Florida Avenue and North Claiborne Avenue.  The industrial east bank of the IHNC is underlain at the near surface by fill material.  This material is a mixture of shells, limestone gravel, fine grain sand, clay, and silt which has a reported thickness of 14 to 16 feet across the site.  The coarser materials (shells, limestone gravel and sand) usually constitute the ground surface and are irregularly distributed throughout the industrialized areas of the east bank.  A majority of the sand stockpiled on ground surface is blast sand that was associated with the former industrial operations that were located along the east bank of the IHNC.  The fill material may also contain concrete blocks, bricks, metallic plates and sheets, metallic rods, timbers, and blasting sand.

Below the coarser grained materials at the near surface, the fill grades to a more clayey soil.  The contact between these clays and the underlying natural clays of the original IHNC ground surface is not well defined.  Underlying the fill material are interbedded organic-rich clays of high moisture contents typical of deposits in swamp environments.  These interbedded clays have an average thickness of about eight feet.

The shallow water table between the floodwall and the canal at the east industrial bank of the IHNC is characteristic of a perched water table.  Depths to the shallow water table are reported to be in the range of 0.1 to 3.25 feet.  Movement of groundwater under the east bank is basically influenced by the physical conditions at each industrial site.  Physical conditions include the topography of the ground surface, the nature of the contact between the coarse material and the fine grain clays and silts within the fill material, buried building foundations and utilities, surface drainage systems, and the activities of nearby pumping stations.

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 3

### 1.4.1 Preliminary Interpretation of Available Chemical, Geological and Hydrogeologic Data

Several potential source areas have been identified from previous investigations completed along the east bank of the canal, but these investigations have been focused on the shallow soils and past operations along the canal.   Analytical data from these previous investigations have indicated several areas of concern which are impacted with TPH, volatile organic hydrocarbons (VOCs), SVOCs, and various metals at concentrations above LDEQ RECAP standards.  It has also been reported that large areas of metal debris and industrial waste may have been used as backfill along the canal.

Therefore, as a result of these areas of concern and the potential for runoff from these industrial sites, additional sampling of the shallow soils and sediments along the east bank of the IHNC will be performed in order to supplement early investigations and to fully characterize the site.

## 2.0    PROJECT ORGANIZATION AND RESPONSIBILITIES

### 2.1    PROJECT ORGANIZATION

This project will involve the Planning, Programs and Project Management Division (CEMVN-PM) and Engineering Division (CEMVN-ED) of the US Army Corps of Engineers New Orleans District (USACE-NOD) as well as the staff of the Environmental Contractor (Contractor). Preparation of plans and reports will be the responsibilities of the Contractor under USACE Contract Number _____.   The Contractor will also handle supervision and oversight of all field activities as well as manage the testing of sediment samples.  Drilling and laboratory activities will be conducted via a subcontract with the Contractor.

At the New Orleans District Office, the following personnel will be responsible for the management of budget and schedules; final review of plans and reports; and coordination with State regulatory agencies, if necessary.

_____- Contracting Officer Representative
_____- Project Manager
_____- Technical manager
_____- Quality Assurance Manager

The following Contractor personnel will be responsible for the management of budget and schedules; the preparation of plans and reports; the coordination with state agencies; the managing of subcontractors; the execution of the field sampling plan; the collection and submittal of sediment samples to the contracting laboratory; the completion of the abandoned barge inventory; and addressing site health and safety issues.

_____ - Lead Consultant
_____ - Project Manager
_____ -Quality Assurance Manager
_____ - Field Site Manager
_____ - Health & Safety Coordinator

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 4

## 2.2 RESPONSIBILITIES

The following is a summary of the responsibilities of the USACE-NOD, the Contractor as well as the contract laboratory involved in this project:

1.  Project Management (USACE-NOD)

    - funding and overall management of the project

2.  Technical Engineering Support (Contractor)

    - develop draft and final plans (Quality Assurance Project Plan (QAPP), Field Sampling Plan (FSP) and Site Specific Safety and Health Plan (SSHP)

    - provide all office technical support related to the technical coordination, plan execution, field technical oversight and reconciliation of activities to the requirements of the plans

    - provide technical information to LDEQ through USACE-NOD's Project Management on all required plans and results of USACE's investigations of IHNC

    - conduct all field activities including waste inventory, soil and sediment sampling, and GPS survey of sampling locations

    - provide sampling location results, field notes and records, input to the investigation report

    - evaluate results of the sampling investigation as well as soil and sediment sampling and testing

    - provide statistical analysis of data as the results would allow and provide data validation

    - prepare a Sampling and Analysis Report (SAR) to document the results of the investigation of the east bank areas of environmental impact.

    - test and dispose of Investigation Derived Materials

3.  Contract Chemical Laboratory (Contract Laboratory)

    - will perform all required laboratory chemical analysis of soil and sediment samples collected during the course of this project.  At a minimum, the Contract Laboratory(ies) shall have a valid laboratory certification from the State of Louisiana.

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 5

## 3.0     PROJECT SCOPE AND OBJECTIVES

The purpose of this field investigation is to sample and analyze shallow soils and sediments along the east bank of the IHNC in order to fully characterize each site.  The objective is to determine if the extent of environmental impact and to develop handling and disposal requirements/protocols for the impacted materials.  These determinations will, for the most part, be based on the analytical data generated from the shallow soil and sediment samples collected.

The primary method for achieving the goals of this project will be through the establishment of specific Data Quality Objectives (DQOs).  These objectives will specify the data type, quality, quantity, and uses and will become the basis for determining the data collection activities required for this project.  The categories of data to be collected include screening data and definitive laboratory data.  A more detailed discussion of the project DQOs is presented in Section 1.5 of the QAPP.

Definitive laboratory data are produced using standard U.S. EPA or other reference methods, usually in an off-site laboratory.  The data are analyte-specific and have the standardized Quality Control (QC) and documentation requirements necessary to verify all results.  Definitive data are not restricted in their use unless quality control problems are encountered which require the data to be qualified.  This type of data will be generated to identify the type and concentration of contaminants at the site.

A Quality Assurance/Quality Control (QA/QC) program will be implemented to ensure that the above objectives are met.  Sample collection data quality will be controlled through the use of standard collection methods and field logbooks.  Selected field procedures are discussed in Section 4.0 of this FSP.  Adherence to these field procedures will ensure sample representativeness and minimal potential for sample contamination.

## 4.0     FIELD ACTIVITIES

### 4.1 CANAL SEDIMENT SAMPLING

#### 4.1.1 Sample Locations and Rationale

Sediment samples will be collected along the east bank of the canal at various locations, as shown on Figure 2.  A total target number of 30 sediment samples (23 sediment sampling locations) will be collected, including QA/QC samples during the course of this project.

The sediment sampling strategy involves the collection of sediment samples from locations around documented areas of environmental impact along the east bank of the canal.  The selection of sample locations will be biased toward locations which increase the probability of detecting environmental impact, have it be at a documented source area or as a result from surface migration (runoff).  The sediment sampling locations and the rationale for the locations are as shown on Table 1.

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 6

## Table 1 – Sediment Sampling Rationale

| Sample Identification | Sample Location | Rationale – Location | Environmental Impact |
|---|---|---|---|
| IEBS01-S-00 | International Tank 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS02-S-00 | International Tank 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS03-S-00 | International Tank 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS04-S-00 | Saucer Marine 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS05-S-00 | Saucer Marine 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS06-S-00 | Saucer Marine 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS07-S-00 | Mayer Yacht/Distributor 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS08-S-00 | Mayer Yacht/Distributor 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS09-S-00 | Mayer Yacht/Distributor 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS10-S-00 | McDonough Marine 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS11-S-00 | McDonough Marine 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS12-S-00 | McDonough Marine 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS13-S-00 | McDonough Marine 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS14-S-00 | Boland Marine 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease PCBs |
| IEBS15-S-00 | Boland Marine 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease PCBs |
| IEBS16-S-00 | Boland Marine 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease PCBs |
| IEBS17-S-00 | Boland Marine 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS18-S-00 | Boland Marine 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS19-S-00 | Boland Marine 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease |

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No. DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 7

| IEBS20-S-00 | Boland Marine 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease |
| IEBS21-S-00 | Boland Marine 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease SVOC |
| IEBS22-S-00 | Boland Marine 10 to 15 feet of water. | Plume Delineation | TPH Oil and Grease SVOC |
| IEBS23-S-00 | Boland Marine 0 to 5 feet of water. | Plume Delineation | TPH Oil and Grease SVOC |

Sediment samples will be collected from several locations along the canal as illustrated on Figure 2. As stated in Table 1, the rationale for each sampling location will be to delineate the extent of environmental impact documented along the canal.

The sediment samples will be submitted to an off-site laboratory and analyzed for SVOC by EPA Test Method 8270, TPH by Test Methods 8015 modified, RCRA 8 metals by EPA Test Methods 6000-7000, and PCB by EPA Test Method 8080. Sediment samples collected during the course of this project will be sent to Pace Analytical of New Orleans.

## 4.2 SHALLOW SOIL SAMPLING

### 4.2.1 Rationale

Shallow soil samples will be collected along the east bank of the canal at various locations, as shown on Figure 3. A total target number of 79 soil samples (39 soil sampling locations) will be collected including TCLP and QA/QC samples during the course of this project.

The sampling strategy involves the collection of soil samples from locations around documented areas of environmental impact along the east bank of the canal. The selection of sample locations will be biased toward locations which increase the probability of detecting environmental impact, have it be at a documented source area or as a result from surface migration (runoff). The sampling locations and the rationale for the locations are as shown on Table 2.

### Table 2 – Soil Sampling Rationale

| Sample Identification | Sample Location | Rationale – Location | Environmental Impact |
|---|---|---|---|
| IEBS01-SS-00 | International Tank | Plume Delineation | SVOC |
| IEBS02-SS-00 | International Tank | Plume Delineation | SVOC |
| IEBS03-SS-00 | International Tank | Plume Delineation | SVOC |
| IEBS04-SS-00 | Saucer Marine | Plume Delineation | TPH BTEX |
| IEBS05-SS-00 | Saucer Marine | Plume Delineation | TPH BTEX |

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No. DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 8

| | | | |
|---|---|---|---|
| IEBS06-SS-00 | Saucer Marine. | Plume Delineation | TPH<br>BTEX |
| IEBS07-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX |
| IEBS08-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX |
| IEBS09-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS10-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS11-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS12-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS13-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS14-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS015-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS16-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS17-SS-00 | Saucer Marine | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS18-SS-00 | Mayer Yacht/Distributor | Plume Delineation | TPH<br>BTEX |
| IEBS19-SS-00 | Mayer Yacht/Distributor | Plume Delineation | TPH<br>BTEX |
| IEBS20-SS-00 | Mayer Yacht/Distributor | Plume Delineation | TPH<br>BTEX |
| IEBS21-SS-00 | Mayer Yacht/Distributor | Plume Delineation | TPH<br>BTEX |
| IEBS22-SS-00 | Mayer Yacht/Distributor | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS23-SS-00 | Indian Towing | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |

**DAMES & MOORE**

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 9

| IEBS24-SS-00 | Indian Towing | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS25-SS-00 | Mayer Yacht/Distributor | Plume Delineation | TPH<br>BTEX<br>Metals – Lead - TCLP |
| IEBS26-SS-00 | Indian Towing | Plume Delineation | Metals – Lead - TCLP |
| IEBS27-SS-00 | McDonough Marine | Plume Delineation | Metals – Lead - TCLP |
| IEBS28-SS-00 | Indian Towing | Plume Delineation | SVOC |
| IEBS29-SS-00 | Indian Towing | Plume Delineation | SVOC |
| IEBS30-SS-00 | McDonough Marine | Plume Delineation | SVOC |
| IEBS31-SS-00 | Indian Towing | Plume Delineation | SVOC |
| IEBS32-SS-00 | Boland Marine | Plume Delineation | SVOC |
| IEBS33-SS-00 | Boland Marine | Plume Delineation | SVOC |
| IEBS34-SS-00 | Boland Marine | Plume Delineation | SVOC |
| IEBS35-SS-00 | Boland Marine | Plume Delineation | SVOC |
| IEBS36-SS-00 | Boland Marine | Plume Delineation | Metals – Lead - TCLP |
| IEBS37-SS-00 | Boland Marine | Plume Delineation | Metals – Lead - TCLP |
| IEBS38-SS-00 | Boland Marine | Plume Delineation | Metals – Lead - TCLP |
| IEBS39-SS-00 | Boland Marine | Plume Delineation | Metals – Lead - TCLP |

Soil samples will be collected from several locations along the canal as illustrated on Figure 3. As stated in Table 2, the rationale for each sampling location will be to delineate environmental impact along the canal.

The soil samples will be submitted to an off-site laboratory and analyzed for benzene, toluene, ethylbenzene, and xylenes (BTEX) by EPA Test Method 8020, SVOC by EPA Test Method 8270, TPH by Test Methods 8015 modified, and RCRA 8 metals by EPA Test Methods 6000-7000, pesticides/herbicides by EPA Test Method 8082.  TCLP samples for Lead by EPA Test Method 1311 will also be collected in areas of detectable lead concentrations.

## 4.3    SAMPLING LOCATIONS

The location of each sample shall be coordinated with the USACE project manager prior to initiating field activities.  The proposed sediment sampling locations are presented on Figure 2. A compass and tape or transit traverse shall tie the sediment sampling locations to a permanent physical structure or a benchmark.  In addition, geographical coordinates of each location shall be required by the USACE-NOD using a Global Positioning System (GPS) unit to record the actual geographical location of the sediment sampling locations.  A topographical survey map of the project area utilizing a state certified surveyor will be employed, as necessary, to establish detailed ground maps when work at the site would proceed to the construction of the by-pass channel.

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 10

## 4.4     SAMPLE COLLECTION AND ANALYSIS

The Contractor's standard operating procedures (SOP) for sampling and analysis applicable to the SAP is included in Addendum A.

### 4.4.1   Sample Collection

Table 3 lists the analytical parameters and the required sample container, sample preservative, holding time, and laboratory detection limits.

**TABLE 3 – Sample Container, Preservative and Holding Time Requirements, Sediment Sampling, IHNC, New Orleans, LA**

| Analytical Parameter | Container Volumes | Container | Preservation | Maximum Holding Time | Laboratory Detection Limits |
|---|---|---|---|---|---|
| BTEX<br>EPA Test Method 8020 | 4 ounces | G. Teflon-lined septum-glass | Cool to 4 C | 14 days | 5-10 ug/kg |
| SVOC<br>EPA Test Method 8270 | 4 ounces | G. Teflon-lined septum-glass | Cool to 4 C | 14 days | 333-667 ug/kg |
| TPH<br>Test Method 8015<br>Modified Oil & Grease<br>EPA Test Method 413.1 | 4 ounces | G. Teflon-lined septum-glass | Cool to 4 C | 14 days | Gasoline –<br>5000 ug/kg<br>Diesel –<br>10 mg/kg<br>5 mg/kg |
| RCRA 8 Metals<br>EPA Test Methods 6000-7000<br>TCLP<br>EPA Test Method 1311 | 4 ounces | G. Teflon-lined septum-glass | Cool to 4 C | 14 days | 0.1 – 20.0 mg/kg |
| PCBs<br>EPA Test Methods 8080 | 4 ounces | G. Teflon-lined septum-glass | Cool to 4 C | 14 days | 10 ug/kg |

### 4.4.2   QA/QC Samples

Assessment of the sampling program for precision and bias will be made by collecting field replicates and matrix spike/matrix spike duplicate samples.  The frequency of Quality Control (QC) samples is one for every ten field samples.  The frequency for Quality Assurance (QA) samples is one for every twenty field samples.  The total number of QC samples for this task order is seven and the total number of QA samples is four.  One trip blank will accompany every cooler of samples sent to the laboratory for volatile organic analyses (VOA).  It is anticipated

**DAMES & MOORE**

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No. DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 11

that there will be a maximum of four trip blanks. A temperature blank (a VOA sampling vial filled with water) shall be included in every cooler and used to

determine the internal temperature of the cooler upon receipt of the cooler at the laboratory. It is anticipated that there will be a maximum of four temperature blanks.

The trip blank consists of a VOA sample vial filled in the laboratory with ASTM Type II reagent grade water, transported to the sampling site, handled like an environmental sample and returned to the laboratory for analysis. Trip blanks are not opened in the field. Trip blanks are prepared only when VOA samples are to be submitted for analysis. Trip blanks are used to assess the potential introduction of contaminants from sample containers or during the transportation and storage procedures. One trip blank shall accompany each cooler of samples sent to the laboratory for analysis of volatiles.

A field replicate sample, also called a split, is a single sample divided into two equal parts for analysis. The sample containers are assigned an identification number in the field such that the laboratory personnel performing the analysis will not know that the sample is a replicate sample. Specific locations are designated for collection of field replicate samples prior to the beginning of sample collection in the field. Replicate sample results are used to assess precision.

A matrix spike/matrix spike duplicate pair (MS/MSD) is two aliquots of an environmental sample to which known concentrations of all analytes being determined by the method have been added. The exception is with tests such as pH and flash point for which spikes have no meaning. In these instances no MS/MSD will be conducted. The MS/MSD pair is carried through the entire analytical procedure in order to measure the effect of the environmental matrix on the analysis.

## 4.5    FIELD SAMPLING

### 4.5.1    Sediment Sampling

Sediment samples will be obtained from 0 to 24 inches below the mud line using either a stainless steel core barrel or stainless steel hard core sediment sampler pending on canal water depth. Each sediment sample will be placed into appropriate containers supplied by the laboratory. To prevent cross-contamination, sampling team members will don a new pair of disposable gloves prior to collecting each sediment sample. We anticipate two sets of samples will be collected at each sampling location.

In water depths greater than three feet, a barge mounted drill rig will be used to advance a stainless steel core barrel. When water depths are less than three feet, the sediment samples will be collected using a stainless steel hard core sediment sampler with acetate liner tubes. The sampling equipment will be decontaminated using the procedures described in Section 4.6.4.

Collected sediment samples will be submitted to a Louisiana Certified off-site laboratory(ies) for BTEX, SVOCs, TPH, oil & grease, RCRA 8 metals, and polychlorinated biphenyls (PCBs).

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 12

Each shallow boring will be advanced to a maximum depth of 60 inches below the mud line. During sampling activities, the field engineer/geologist will record a soil description on the basis of visual observations in accordance with the Unified Soil Classification System.  The nature and characteristics of any debris encountered will also be documented based on visual observations.

## 4.5.2    Soil Sampling

Soil samples will be obtained from 0 to 60 inches below ground surface using a stainless steel hand auger.   Each soil sample will be placed into appropriate containers supplied by the laboratory.   To prevent cross-contamination, sampling team members will don a new pair of disposable gloves prior to collecting each soil sample.  We anticipate two sets of samples will be collected at each sampling location.  The sampling equipment will be decontaminated using the procedures described in Section 4.6.4.

Collected samples will be submitted to a Louisiana Certified off-site laboratory(ies) for BTEX, SVOCs, TPH, oil & grease, RCRA 8 metals, and (PCBs). TCLP lead samples will also be submitted for analyses.

Each shallow boring will be advanced to a maximum depth of 60 inches below ground surface. During sampling activities, the field engineer/geologist will record a soil description on the basis of visual observations in accordance with the Unified Soil Classification System.  The nature and characteristics of any debris encountered will also be documented based on visual observations.

## 4.6      FIELD PROCEDURES

A log of each sampling location will be prepared and recorded in the field logbook.   The following information shall be recorded for each sampling location: sampling location, water depth, the depth and thickness of the sediment/soil sample (recovery); lithologic description of each sample; soil classification; and a description of any manmade materials or apparent environmental impact encountered.  The field logbook shall be submitted to the USACE-NOD upon completion of field activities.

## 4.6.1    Field Measurement Procedures and Criteria

Screening data includes data produced by rapid field screening methods and are generally less precise than standard analytical methods.  Screening level methods produce analyte or class of analyte identification at generally elevated detection levels.  This type of data will be generated during screening of sample headspace with a photoionization detector (PID).  Screening data will be used to make a preliminary assessment of the extent of impact on the soil and sediments along the east bank of the IHNC.

The collected samples will be divided into a field split and an archive split.  The archive splits will be placed in laboratory-provided glass jars, uniquely identified, and immediately placed in a chilled cooler for storage.  The field splits will be placed into re-sealable plastic bags, placed in warm location for a minimum of 15 minutes, and then the sample headspace screened for volatile organic compounds utilizing a (PID).  The samples with the highest PID readings will be

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 13

submitted for laboratory analysis.  If elevated PID readings are not detected in the samples, selection will be based on odors, discoloration or other visual indications of contamination.  One replicate sample will also be submitted for laboratory analysis.

### 4.6.2    Sampling for Chemical Analysis

The following field devices shall be utilized during sediment/soil sampling and collection for chemical analysis:

Stainless Steel Hand Core Sediment Sampler
Stainless Steel Core Barrel Sampler
Stainless Steel Hand Auger
Acetate Liners
Stainless Steel Spoons and Bowls

### 4.6.3    Sample Containers and Preservation Techniques

Sample containers will be provided by the contracting laboratory.  These containers will be either high density polyethylene or glass with Teflon-lined lids and will be pretreated with preservatives as applicable.  Sample containers are purchased pre-cleaned and treated according to EPA specifications for the methods.  Containers will be stored in clean areas to prevent exposure to fuels, solvents, and other contaminants.

The sample containers, after filled with samples collected with decontaminated sampling equipment, will be labeled appropriately and placed in a sample cooler containing ice or ice packs.  Samples will be stored at approximately 4° C during storage and shipment to the laboratory.  A temperature blank (a VOA sampling vial filled with water) shall be included in every cooler and used to determine the internal temperature of the cooler upon receipt at the laboratory.  The samples will be delivered to the laboratory within 24 hours of sample collection.

### 4.6.4    Decontamination Procedures

Persons working on the site shall undergo decontamination before leaving the site.  In most instances, removal of protective clothing will suffice for decontamination.  Facilities for storage of reusable protective clothing and for the disposal of clothing contaminated beyond reuse will be constructed or placed on site.  Also, facilities for decontaminating hands, boots, and gloves will be provided.  These facilities will consist of detergent wash and rinse.  Decontamination of personnel and miscellaneous small tools will be in accordance with the Site-Specific Safety and Health Plan.

Precautions will be taken to prevent the potential transfer of contamination from the sediment sampling location to another during field activities.  Equipment used to collect the sediment samples will be decontaminated prior to use at each location.  All equipment that may directly or indirectly contact samples shall be decontaminated in a designated decontamination area.  Any equipment used to collect sediment samples (core samplers, core barrel samplers, bowls, etc.) will be decontaminated prior to each use according to the following procedure:

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 14

Wash with non-phosphate detergent (Alconox) and potable water;
Rinse with distilled water;
Rinse with hexane;
Triple rinse with distilled water;
Air dry; and
Wrap in aluminum foil until use.

Decontamination fluids will be contained and transferred to a holding tank pending analysis, treatment, and/or proper disposal.

## 5.0   SAMPLE CUSTODY

Samples collected and sent for analysis shall be recorded in a Chain-of-Custody form (Addendum B).  This type of form will be supplied by the Contract Laboratory.

### 5.1   FIELD LOGBOOKS AND PHOTOGRAPHS

Field records sufficient to recreate all sampling and measurement activities will be maintained. The information shall be recorded with indelible ink in a permanently bound notebook with sequentially numbered pages.  These records shall be archived in an easily accessible form and made available to the USACE upon request.

The on-site project engineer and/or the field engineer/geologist will maintain complete records of the soil sampling activities in a field logbook.  The logbook will be bound, and all entries will be made in ink and signed by the sampler.  At a minimum, the following information will be recorded in the field log book;

> Date and time;
> Weather conditions;
> Personnel on site;
> Date/time of sampling or other field activities;
> Sample coding protocol;
> Sample description/location;
> Description of sampling methodology;
> Sample device decontamination; and
> General field observations.

Since site conditions may vary from one sampling location to another, the extent of information entered into the logbook may vary; however, sufficient information will be recorded to permit reconstruction of the sampling program.

Photographs of the sampling locations, unusual conditions as well as the site condition during field sampling shall be taken as part of the field documentation process.

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 15

## 5.2     SAMPLE NUMBERING SYSTEM

Samples should be numbered according to the following pattern:

Sample Location (AAaa) - depth of sample interval (bb-cc') - sample qualifier (dd) where:

> AA is the site name
> aa is the sample location number
> bb is the beginning of the sample interval, if necessary
> cc is the end of the sample interval, if necessary
> dd is the sample identification qualifier

Sample qualifiers should be as listed to maintain the "double blind" standard of quality assurance.

> 01 - Field Sample
> 02 - Quality Assurance Sample
> 03 - Quality Control Sample
> 04 - Rinsate Blank
> 05 - Trip Blank

For example:

**IEBS01-SS-00 indicates a shallow soil sample from location 1 of the Industrial East Bank Sample (IEBS), taken by a stainless steel hand auger sampler.  The qualifiers SS (for shallow soil sample) and S (for a sediment sample) are added as pre-fix to the sample number to identify sampling matrix.**

## 5.3     SAMPLE DOCUMENTATION

The following minimum information concerning the sample shall be required and consistent with the chain-of-custody form.

> Unique sample identification
> Date and time of sample collection
> Source of sample (including name, location, and sample type)
> Designation of matrix spike/matrix spike duplicate (MS/MSD)
> Preservative used
> Analyses required
> Name of collector(s)
> Pertinent field data (PID screening)
> Serial numbers of custody seals and transportation cases (if used)
> Custody transfer signatures and dates and times of sample transfer from the field to transporters and to the laboratory or laboratories
> Bill of lading or transporter tracking number (if applicable)

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 16

### 5.3.1    Sample Labels or Tags

After sample collection in the field, the exterior of the sample containers will be decontaminated if gross contamination is present.  The sample containers will be handled with gloves until decontaminated with a water rinse and wiped dry.  Care will be taken to avoid damaging any temporary labeling during decontamination.  After decontamination, permanent labels will be placed on clean sample container exteriors.  All samples shall be uniquely identified, labeled, and documented in the field at the time of collection.  Custody seals will be brought to the site for the shipping coolers.  The sample labels and custody seals will be supplied by the specific laboratory tasked to complete each particular analysis.

### 5.3.2    Chain-of-Custody Records

A sample chain-of-custody form in Addendum B shall be completed with information pertinent to the samples collected at the time of sampling.  This form will accompany the samples when submitted to the specific laboratory.

### 5.3.3    Receipt for Sample Forms

Upon receipt of the samples by the laboratory, the laboratory shall sign the chain-of-custody form indicating the time and date of receipt of the samples.  The laboratory shall also record the condition of the cooler as well as the sample jars at the time of receipt.  This record shall be supplied to USACE-NOD along with the analytical results in the final report for the site.

## 6.0    SAMPLE PACKAGING AND SHIPPING

The sample containers will be well cushioned with packing materials when they are placed in the insulated cooling chests for transportation to the laboratory.  Care will be taken to seal bottle caps tightly and the sample jars will be placed in zip lock plastic bags.  Samples should be maintained at 4 degrees C.

All sample containers shall be sealed in a manner that shall prevent or detect tampering if it occurs.  In no case shall tape be used to seal sample containers.  Samples shall be shipped along with the chain-of-custody, to the laboratory within 24 hours of sample collection.

## 7.0    INVESTIGATIVE-DERIVED WASTES

Waste may be classified as non-investigative waste or investigative derived waste.  Non-investigative waste, such as litter and household garbage, shall be collected on an as-needed basis to maintain the site in a clean and orderly manner.  This waste shall be containerized and transported to the designated sanitary landfill or collection bin.  Acceptable containers shall be sealed boxes or plastic garbage bags.

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No.  DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 17

Investigation derived waste shall be properly containerized and temporarily stored at each site prior to disposal.  Depending on the constituents of concern, fencing or other special marking may be required.   The number of containers shall be estimated on an as-needed basis. Acceptable containers shall be sealed U.S. Department of Transportation (DOT) -approved steel 55-gallon drums or small dumping bins with lids.  The containers shall be transported in such a manner to prevent spillage or particulate loss to the atmosphere.

To facilitate handling, the containers shall be no more than half full when moved.   The investigative derived waste shall be segregated at the site according to matrix (solid or liquid) and as to how it was derived (excavation, decontamination fluids, etc.). Each container shall be properly labeled with site identification, sampling point, depth, matrix, constituents of concern, and other pertinent information for handling.

Following the above guidelines, the waste materials generated during the sampling of the sediments along the IHNC will be managed to control potential releases of contaminated materials.

## 8.0    PROJECT SCHEDULE

The Contractor will provide a schedule of the various project task including preparation of plans, field sampling, laboratory analysis, preparation of the IHNC Data Gap Report as well as meetings with the USACE-NOD.

Field Sampling & Analysis Plan
Inner Harbor Navigation Canal East Bank Data Gaps
Contract No. DACW29-97-D-0019
Delivery Order 0011
May 2, 2000
Page 18

## 9.0   REFERENCES

US Army Corps of Engineers - New Orleans District
March 1997, New Lock and Connecting Channels - Evaluation Report, Volumes 1-9.

US Army Corps of Engineers, Environmental Quality
September 1994, Engineer Manual EM 200-1-3,  Requirements for the Preparation of
Sampling and Analysis Plans

Materials Management Group, Inc.
July 1994, Final Report - IHNC Drums and Containers Testing, Collection and Disposal,
Saucer Marine, Indian Towing and Boland Marine Sites.

US Army Corps of Engineers - New Orleans District
November, 1996, Initial Hazardous, Toxic and Radioactive Waste (HTRW) Assessment,
IHNC- Graving Site.

Louisiana Department of Environmental Quality, Corrective Action Group
December 1998, Risk Evaluation/Corrective Action Program (RECAP).

Louisiana Oil Spill Coordinator's Office, CMS, Inc.
Report 1994, Statewide Abandoned Vessel Inventory - New Orleans Zone

Landrum, Kenneth E., 1995, Gulf Coast Association of Geological Societies Transactions,
Accumulation and Trace-Metal variability of Estuarine Sediments, St. Bernard Delta,
Geomorphic Regions, Louisiana.

Dames & Moore, 2000, Operational Plans for Excavation, Treatment and Disposal of
Contaminated Soils of the East Bank Industrial Arm of the IHNC.

Dames & Moore, 2000, East Bank Sediment and Abandoned Barge Report



**Figure 1**
**SITE LOCATION MAP**

Inner Harbor Navigation Canal
New Orleans, Louisiana

Adapted from U.S. Geological Survey
NEW ORLEANS EAST
QUADRANGLE
7.5 Minute Series (Topographic)
1992

LOUISIANA

Scale: 1:24 000
Contour Interval: 10'

DAMES & MOORE



FIGURE 2
AREAS OF IMPACT-SEDIMENT
INNER HARBOR NAVIGATIONAL CANAL
NEW ORLEANS, LOUISIANA



FIGURE 3
AREAS OF IMPACT-SOIL
INNER HARBOR NAVIGATIONAL CANAL
NEW ORLEANS, LOUISIANA

# APPENDIX C

# TABLES

# APPENDIX D

# FIGURES