UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   MRGO<br>            *Armstrong*, No. 10-866 | |

## DECLARATION OF CHAD MORRIS

Chad Morris, under penalty of perjury, states as follows:

**Professional Qualifications**

1.      I am a Professional Land Surveyor registered to practice in Louisiana and Texas. I have over 17 years of experience in the field of surveying and mapping.  My experience includes traditional surveying, Global Positioning System (GPS) surveying including static, differential (DGPS) and real time kinematic (RTK) techniques, extensive work with photogrammetric data, use of Light Detection and Ranging (LIDAR) data.  I also have extensive experience in performing and supervising inland hydrographic surveys, and experience in dealing with vertical datum issues unique to southern Louisiana.

2.      I graduated with honors from the University of Florida in 1991 with a Bachelor of Science Degree in Surveying and Mapping.  While at the University of Florida, I received the National Schonstedt Scholarship in Surveying.

3.      In August, 2006, I established CMor Consulting, LLC, specializing in litigation support and specialty industrial surveying.  I have performed litigation support on cases involving an oil spill in Chalmette, Louisiana, a case involving an oil spill in Coffeyville,

1

Kansas, Katrina related cases against Mercy Hospital in New Orleans, in addition to cases related to the flooding of Greater New Orleans in the MRGO litigation.. I have also performed quality control reviews of highly critical projects in industrial sites, including recently completed reviews of 3D Laser Scanning projects in Fawley, England and Torrance, California.

4.   I was the Vice President of LandSource, Inc., a Baton Rouge, Louisiana, surveying and mapping firm from 2004 to 2006.  I was also Project Coordinator and later Operations Manager for Hydro Consultants, a Baton Rouge, Louisiana surveying and mapping firm from 1991 to 2004.

5.   I am a member and Past-President of the Louisiana Society of Professional Surveyors (LSPS).  I served as President of LSPS from 2003 to 2004, and as Secretary-Treasurer of LSPS from 2002 to 2003.  I was Chairman of the LSPS State Convention Committee in 2001 and 2002. I served as LSPS District 6 Chairman in 2001.  I have held several other LSPS offices and have served on a number of other committees.

6.   I prepared maps, which won the nation-wide American Congress on Surveying and Mapping (ACSM) – National Society of Professional Surveyors (NSPS) Map and Plat Competition in 2001, 1999 and 1997.  I have written several articles which were published in the Louisiana Engineering and Survey Journal in 2003 and 2004.  I have testified as an expert in surveying and mapping in both state and federal courts.  I have also previously prepared expert reports in, and testified at the trial of, the *Robinson v. United States* litigation (Case No. E.D. La. 06-2268) concerning the Mississippi River-Gulf Outlet (MRGO).

7.   I have been retained by the Armstrong Plaintiffs to prepare certain graphics as described below.

**Plaintiffs' Exhibit 28**

8. Pursuant to the Court's Order, attached as Plaintiffs' Exhibit 28 are Figures 1 to 4, which demonstrate where the proposed new IHNC channel would sit in relation to the Boland Marine and Saucer Marine excavations and the IHNC North and South Breach locations. (Referring to Plaintiffs' Exhibit 17 (Bea Tech. Report V, Jan. 2009)).

9. Figure 1 is Plate 5 from the Army Corps's IHNC Lock Replacement Project Design Memorandum No. 1 Site Preparation and Demolition Plan dated March 1988. Wink Engineering produced Plate 5 to the Robinson Plaintiffs in the MRGO litigation. Wink Engineering performed surveying, mapping and layout services for WGI during for their work on the east bank of the IHNC. Figure 1 depicts where the edge of the future channel lies in the vicinity of Boland Marine near the North Breach. It also depicts planned excavation and work areas on the east bank of the IHNC in this area.

10. Figure 2 is Plate 4 from the Army Corps's IHNC Lock Replacement Project Design Memorandum No. 1 Site Preparation and Demolition Plan dated March 1988. Wink Engineering produced Plate 4 to the Robinson Plaintiffs in the MRGO litigation. Figure 2 represents where the edge of the future channel lies in the vicinity of Saucer Marine near the South Breach. It also depicts planned excavation and work areas on the east bank of the IHNC in this area.

11. Figure 3 represents the proposed channel edges in yellow in relation to the excavation and work areas in red and the North Breach location at Boland Marine. The source of this photo is Gulf Coast Aerial Mapping. The date of this photo is April 15, 2005. The location of the channel's edges is taken from the Army Corps's Lock Replacement Project DM1, Dwg. No. H-2-45013 Plate 5, which was provided by Wink Engineering.

12. Figure 4 represents the proposed channel edges in yellow in relation to the excavation and work areas in red and the South Breach location at Saucer Marine. The source of this photo is Gulf Coast Aerial Mapping. The date of this photo is April 15, 2005. The location of the channel's edges is taken from Lock Replacement Project DM1, Dwg. No. H-2-45013 Plate 4, which was provided by Wink Engineering.

13. Also depicted on Figure 3 is the existing floodwall along with a planned dimension of 157' between the floodwall and the near edge of the proposed channel just south of the North Breach. The location of the floodwall was surveyed by Wink Engineering during their work for WGI and provided to the Robinson Plaintiffs.

14. Also depicted on Figure 4 is the existing floodwall along with a planned dimension of 150' between the floodwall and the near edge of the proposed channel just south of the South Breach. The location of the floodwall was surveyed by Wink Engineering during their work for WGI and provided to the Robinson Plaintiffs.

15. There were work areas and excavations both within and east of the proposed channel edge.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2010, in Philadelphia, PA.

_____
CHAD MORRIS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on October 29, 2010.

/s/ Joseph M. Bruno