

FIGURE 1

FIGURE 2



FIGURE 2



**Figure 3**. Proposed Channel Edges shown along with work areas in red and North Breach location. Date of photo 4-15-05. Edges of channel taken from Lock Replacement Project DM1, Dwg. No. H-2-45013 Plate 5.



**Figure 4**.  Proposed Channel Edges shown along with work areas in red and South Breach location.  Date of photo 4-15-05.  Edges of channel and work areas taken from Lock Replacement Project DM1, Dwg. No. H-2-45013 Plate 4.