**ARMSTRONG PLAINTIFFS' MASTER EXHIBIT LIST**

| PLAINTIFFS' EXH. NO. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Independent Levee Investigation Team ("ILIT") (2006): Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report to the National Science Foundation (July 31, 2006) |
| 2 | MRGO New Lock and Connecting Channels Evaluation Report: Main Report and Environmental Impact Statement, Vols 1-9. (March 1997) |
| 3 | Lake Pontchartrain and Vicinity, La. and Vicinity Chalmette Area Plan, Design Memoranda Number 3 General Design (GDM3) (November 1966) |
| 4 | Lake Pontchartrain and Vicinity, La and Vicinity Chalmette Area Plan, Design Memoranda Number 2 General Design (GDM2) General Advanced Supplement IHNC West Levee Florida Ave to IHNC Lock (March 1967) |
| 5 | Manguno Depo |
| 6 | Record of Decision, Mississippi River-Gulf Outlet New Lock and Connecting Channels, Louisiana (December 1998) |
| 7 | Task Order 26 to TERC (December 1999) |
| 8 | Draft Work Plan: Excavation of Concrete, Anchor Foundation Blocks and Steel Forms IHNC EBIA Area (August 2001) |
| 9 | Cofferdam Installation and Concrete Foundations Removal Final Work Plan (December 2001) |
| 10 | Lift Station Removal Plan for Saucer |
| 11 | EM 1110-2-1913 (Design and Construction of Levees) |
| 12 | Recommendation Report for Demolition and Site Preparation Activities of the EBIA of the IHNC Lock Replacement Project (December 1999) |
| 13 | Project Work Plan, Project Site Development and Remedial Action of EBIA IHNC Lock Replacement Project (October 2001). |
| 14 | EM 1110-2-5027 (Confined Disposal of Dredged Materials Engineering Manual) |
| 15 | Memo to: C/Engineering Division; ATTN: CEMVN-ED-F- James Miles Jr. Chief Construction Division CEMVN-CD-QM 15-Apr-02 Re: IHNC Lock Replacement Project, Total Environmental Restoration Contract (TERC) for Remedial Action of East Bank Industrial Area (EBIA) Task Order 0026, New Orleans (May 02) |
| 16 | Grieshaber Depo Vol I |
| 17 | Bea, Technical Report V (January 2009) Robinson, et al .v USA |
| 18 | Bea, Technical Report IV (July 11, 2008) Robinson, et al .v USA |
| 19 | IPET vol. V @ pp 68-69 |
| 20 | EM 1110-2-2502 (Retaining and Floodwalls) |
| 21 | EM 1110-2-1901 (Seepage Analysis and Control for Dams) |
| 22 | EM 1110-2-2504 (Design of Sheet Pile Walls) |
| 23 | Baumy Depo Vol. I |
| 24 | Colletti Depo |
| 25 | Varuso Depo |
| 26 | Vol. 6 of DDR No. 1 (Site Preparation and Demolition) |
| 27 | Chad Morris Declaration |
| 28 | Figures 1-4 of Chad Morris Declaration |