UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * | CIVIL ACTION<br><br>NO.   05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:<br><br>BEVERLY J. MEREDITH, ET AL.<br>           Plaintiff<br><br>v.<br><br>ELECTRIC INSURANCE COMPANY<br>           Defendant<br><br>C.A. No. 2:10-cv-03022-SRD-JCW | * * * * * * * * * * * | |

**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Electric Insurance Company ("EIC") respectfully moves to dismiss the above captioned lawsuit for violations of the orders of this Court in accordance with Fed.R.Civ. Proc. 12(b)(6).

Under Rule 12(b)(6), district courts possess the power to consider "matters of which the judge may take judicial notice." 5 Moore's Federal Practice, § 12.34[2] (Matthew Bender 3d ed.). Judges may take judicial notice of their own court's orders in the same case.

For all of the reasons more fully set forth in the memorandum attached hereto, under these principles, this matter should be dismissed.

**WHEREFORE,** EIC prays for the dismissal of the above captioned case.

Respectfully submitted,

*s/Alan Dean Weinberger*
Dominic J. Gianna, #6063
Alan Dean Weinberger # 13331
**MIDDLEBERG, RIDDLE & GIANNA**
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana  70170-3100
Telephone:  (504) 525-7200
***Attorneys for Electric Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2010, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system.

*s/Alan Dean Weinberger*

ND: 4825-9313-9975, v. 1