# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO.    05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| BEVERLY J. MEREDITH, ET AL. | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| ELECTRIC INSURANCE COMPANY | * | |
| Defendant | * | |
| | * | |
| | * | |
| C.A. No. 2:10-cv-03022-SRD-JCW | * | |
| _____ | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, Electric Insurance Company, will bring the attached Motion to Dismiss for Failure to State a Claim on for hearing before the Hon. Stanwood K. Duval, District Judge, on Wednesday, November 24, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard.

6

Respectfully submitted,


*s/Alan Dean Weinberger*
Dominic J. Gianna, #6063
Alan Dean Weinberger # 13331
**MIDDLEBERG, RIDDLE & GIANNA**
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana  70170-3100
Telephone:  (504) 525-7200
***Attorneys for Electric Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on 29th day of October, 2010, I electronically filed the foregoing Notice of Hearing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system.


*s/Alan Dean Weinberger*

ND: 4836-1700-8903, v.  2

7