CLOSED, SEVERED

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:08-cv-00941-SSV-ALC

Bailey et al v. State Farm Fire and Casualty Company et al
Assigned to: Chief Judge Sarah S. Vance
Referred to: Magistrate Judge Alma L. Chasez
Case in other court:  USDC MDLA, 07-00971-JVP-CN
                        19th JDC, East Baton Rouge Parish,
                        558574 "D"
Cause: 42:4072 Payment of Flood Insurance Claim

Date Filed: 02/12/2008
Date Terminated: 02/28/2008
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Federal Question

**Plaintiff**

**Lynn K. Bailey**

represented by **Daniel E. Becnel , Jr.**
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
Email: dbecnel@rtconline.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Patrick Klibert**
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
Email: kklibert@becnellaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**State Farm Fire and Casualty
Company**

represented by **Charles L. Chassaignac , IV**
Porteous, Hainkel & Johnson (Baton
Rouge)
343 Third St.
Suite 202
Baton Rouge, LA 70801
225-383-8900
Email: cchassaignac@phjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan Joseph Haydel , Jr.**
Porteous, Hainkel & Johnson (Baton
Rouge)



EXHIBIT
A

343 Third St.
Suite 202
Baton Rouge, LA 70801
225-383-8900
Email: bhaydel@phjlaw.com
*ATTORNEY TO BE NOTICED*

**Eleanor Weeks Wall**
Porteous, Hainkel & Johnson (Baton Rouge)
343 Third St.
Suite 202
Baton Rouge, LA 70801
225-383-8900
Email: ewall@phjlaw.com
*ATTORNEY TO BE NOTICED*

**James Eric Johnson**
Porteous, Hainkel & Johnson (Baton Rouge)
343 Third St.
Suite 202
Baton Rouge, LA 70801
225-383-8900
Email: ejohnson@phjlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hartford Insurance Company of the Midwest**            represented by    **Ralph Shelton Hubbard , III**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans)
601 Poydras St.
Suite 2775
New Orleans, LA 70130
(504) 568-1990
Email: rhubbard@lawla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth Andrew Schmeeckle**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans)
601 Poydras St.
Suite 2775
New Orleans, LA 70130
(504) 568-1990
Email: sschmeeckle@lawla.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**USAA Casualty Insurance Company**            represented by    **Ralph Shelton Hubbard , III**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Seth Andrew Schmeeckle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Horace Mann Insurance Company**     represented by   **Ralph Shelton Hubbard , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth Andrew Schmeeckle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Teachers Insurance Company**     represented by   **Ralph Shelton Hubbard , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth Andrew Schmeeckle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Hanover Insurance Company**     represented by   **Ralph Shelton Hubbard , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth Andrew Schmeeckle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Massachusetts Bay Insurance Company**     represented by   **Ralph Shelton Hubbard , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth Andrew Schmeeckle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Allstate Indemnity Company**     represented by   **Judy Y. Barrasso**
Barrasso,Usdin, Kupperman, Freeman
& Sarver, LLC
LL&E Tower
909 Poydras St.
Suite 1800

New Orleans, LA 70112
504-589-9700
Email: jbarrasso@barrassousdin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Muller Rogge**
Barrasso,Usdin, Kupperman, Freeman
& Sarver, LLC
LL&E Tower
909 Poydras St.
Suite 1800
New Orleans, LA 70112
504-589-9700
Email: srogge@barrassousdin.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Allstate Insurance Company**  represented by **Judy Y. Barrasso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Muller Rogge**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Allstate Property and Casualty**  represented by **Judy Y. Barrasso**
**Insurance Company**   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Muller Rogge**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Encompass Insurance Company**  represented by **Judy Y. Barrasso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Muller Rogge**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Lexington Insurance Company**  represented by **Robert I. Siegel**
Gieger, Laborde & Laperouse, LLC
(New Orleans)
One Shell Square
701 Poydras St.

Suite 4800
New Orleans, LA 70139-4800
504-561-0400
Email: rsiegel@glllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**American General Property
Insurance Company**                 represented by **Robert I. Siegel**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Insurance Company**  represented by **H. Minor Pipes , III**
                                                    Barrasso,Usdin, Kupperman, Freeman
                                                    & Sarver, LLC
                                                    LL&E Tower
                                                    909 Poydras St.
                                                    Suite 1800
                                                    New Orleans, LA 70112
                                                    504-589-9700
                                                    Email: mpipes@barrassousdin.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Susan Muller Rogge**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Liberty Mutual Fire Insurance
Company**                           represented by **H. Minor Pipes , III**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Seth Andrew Schmeeckle**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Susan Muller Rogge**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Republic Fire and Casualty
Insurance Company**                 represented by **Jay M. Lonero**
                                                    Larzelere, Picou, Wells, Simpson,
                                                    Lonero, LLC
                                                    Two Lakeway Center
                                                    3850 N. Causeway Blvd.
                                                    Suite 1100
                                                    Metairie, LA 70002
                                                    (504) 834-6500

Email: jlonero@lpwsl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angie Arceneaux Akers**
Larzelere, Picou, Wells, Simpson,
Lonero, LLC
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 1100
Metairie, LA 70002
(504) 834-6500
Email: aakers@lpwsl.com
*ATTORNEY TO BE NOTICED*

**Christopher Raymond Pennison**
Larzelere, Picou, Wells, Simpson,
Lonero, LLC
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 1100
Metairie, LA 70002
(504) 834-6500
Email: cpennison@lpwsl.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Bankers Insurance Company**   represented by   **David P. Salley**
Salley, Hite & Mercer, LLC
One Canal Place
365 Canal St.
Suite 1710
New Orleans, LA 70130
504-566-8800
Fax: 504-566-8828
Email: dsalley@shmnola.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Jacob Culotta , Jr**
Salley, Hite & Mercer, LLC
One Canal Place
365 Canal St.
Suite 1710
New Orleans, LA 70130
(504) 566-8800
Fax: (504) 566-8828
Email: jculotta@shrmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Reliable Insurance Company**   represented by   **David P. Salley**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Jacob Culotta , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Security Insurance Company**          represented by   **David P. Salley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Jacob Culotta , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Standard Fire Insurance Company**          represented by   **Ralph Shelton Hubbard , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth Andrew Schmeeckle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Electric Insurance Company**          represented by   **Alan Dean Weinberger**
Middleberg, Riddle & Gianna (New Orleans)
201 St. Charles Ave.
31st Floor
New Orleans, LA 70170-3100
504-525-7200
Fax: 504-581-5983
Email: aweinber@midrid.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dominic Joseph Gianna**
Middleberg, Riddle & Gianna (New Orleans)
201 St. Charles Ave.
31st Floor
New Orleans, LA 70170-3100
(504) 525-7200
Fax: (504) 581-5983
Email: dgianna@midrid.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Audubon Insurance Company**

**Defendant**

**Bankers Life of Louisiana**

**Defendant**

**Fireman's Fund Insurance Company of Louisiana**

**Defendant**

**Fire and Casualty Insurance Company**

**Defendant**

**Lafayette Insurance Company**

**Defendant**

**Louisiana Citizens Fair Plan**

**Defendant**

**Louisiana Farm Bureau Casualty Insurance Company**

**Defendant**

**National Union Fire Insurance Company of Louisiana**

**Defendant**

**Progressive Security Insurance Company**

**Defendant**

**Safeway Insurance Company of Louisiana**

**Defendant**

**Security National Life Insurance Company of Louisiana**

**Defendant**

**Security Plan Fire Insurance Company of Louisiana**

**Defendant**

**Security Plan Life Insurance Company**

**Defendant**

**United Fire Group**

**Defendant**

**US Agencies Casualty Insurance Company**

**Defendant**

**United National Life Insurance Company**

**Defendant**

**United National Fire Insurance Company**

**Defendant**

**2CS Agencies**

**Defendant**

**3rd Millenium**

**Defendant**

**AARP**

**Defendant**

**AMPAC**

**Defendant**

**A&B Builders LTD**

**Defendant**

**AMC Mortgage Services**

**Defendant**

**ASC**

**Defendant**

**ABN**

**Defendant**

**Armo and Abn Armo Mortgage**

**Defendant**

**American Ant P&C Company**

**Defendant**

**American Brothers**

**Defendant**

**American SVC**

**Defendant**

**Americlaim**

**Defendant**

**ANPOR**

**Defendant**

**ANPU**

**Defendant**

**APNAC**

**Defendant**

**Balanced Insurance**

**Defendant**

**Planning Beneficial Insurance**

**Defendant**

**Best Insurers, Inc.**

**Defendant**

**Casualty Insurance Company**

**Defendant**

**Cat Man Do, Inc.**

**Defendant**

**Chase Bank Insurance**

**Defendant**

**Citywide Insurance Agency**

**Defendant**

**Claim Consultants**

**Defendant**

**Claim Consultants, LLC**

**Defendant**

**Coastal Plan**

**Defendant**

**Common Wealthland**

**Defendant**

**Crawford & Company**

**Defendant**

**Cunningham Lindsey**

**Defendant**

**Dan Berghardt**

**Defendant**

**Dean Greenwich**

**Defendant**

Homer Greenwich

**Defendant**
Direct Source

**Defendant**
Don & Son

**Defendant**
Driver Insurance

**Defendant**
Eagan

**Defendant**
Eagan Insurance Agency

**Defendant**
Federal Emergency Office

**Defendant**
Federal Management Insurance

**Defendant**
Financial Insurance Consultants

**Defendant**
First Community

**Defendant**
First Metro Insurance

**Defendant**
First Premier

**Defendant**
Flood Insurance Processing Center

**Defendant**
Flood Insurance

**Defendant**
Ford Direct

**Defendant**
Foucha Insurance Financial

**Defendant**
Fulton Johnson

**Defendant**

**Fulton Johnson Newman**

**Defendant**

**Furniture Storage**

**Defendant**

**H&R Block, Inc.**

**Defendant**

**Hammerman Garner**

**Defendant**

**Harry Kelleher**

**Defendant**

**Hebert & Wiltz**

**Defendant**

**Hibernia**

**Defendant**

**Home Firearms Fund**

**Defendant**

**Home First**

**Defendant**

**Home First Agencies**

**Defendant**

**Independent Insurance Association**

**Defendant**

**International Insurance Company**

**Defendant**

**ISA**

**Defendant**

**LPIC**

**Defendant**

**LA Independent Insurance**

**Defendant**

**LA Joint Insurance Plan**

**Defendant**

**LA National**

**Defendant**

LA National Flood

**Defendant**
LA Underwriters

**Defendant**
LA Joint

**Defendant**
LAPD

**Defendant**
Lc Sterling

**Defendant**
Wells Fargo

**Defendant**
LA Property Insurance

**Defendant**
MACNeill

**Defendant**
Sgt Martin

**Defendant**
MNC First Inc.

**Defendant**
Mr. Bob

**Defendant**
N.C. Sterling Mutual Liberty

**Defendant**
AFIP

**Defendant**
OCWEN

**Defendant**
Pasco Claim

**Defendant**
Pasco Claim Service

**Defendant**
Proctor Financial

**Defendant**

Renter Union National

**Defendant**

Romaguera Insurance

**Defendant**

Romaguera Insurance Incorporation

**Defendant**

Saxon Mortgage Services, Inc.

**Defendant**

Sedwich Insurance Broker

**Defendant**

Standard Mortgage

**Defendant**

Stiel Insurance

**Defendant**

SWBC

**Defendant**

Republic Group

**Defendant**

UFG Lafayette

**Defendant**

US Automobile Assurance

**Defendant**

US Automobile Insurance

**Defendant**

US Bank Home Mortgage

**Defendant**

US Department

**Defendant**

Valco USA

**Defendant**

VC Sterling

**Defendant**

Capt Williams

**Defendant**

**Williams Insurance Agency, Inc.**

**Defendant**
**WNC**

**Defendant**
**York Claims Service**

**Defendant**
**York Claims Service, Inc.**

**Defendant**
**AIG Insurance Company**

**Defendant**
**Alea**                                represented by   **Alan J. Yacoubian**
Johnson, Johnson, Barrios & Yacoubian

701 Poydras St.
Suite 4700
New Orleans, LA 70139-7708
(504) 528-3001
Email: ajy@jjbylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal J. Favret**
Johnson, Johnson, Barrios & Yacoubian

701 Poydras St.
Suite 4700
New Orleans, LA 70139-7708
504-528-3001
Email: njf@jjbylaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**London Ltd**

**Defendant**
**Alliance Insurance Company**

**Defendant**
**American Western**

**Defendant**
**Hibernia**

**Defendant**
**Independent, Inc.**

**Defendant**

**Insurance Underwriters, Ltd.**

**Defendant**

**LA Joint Reinsurance**

**Defendant**

**Oswen**

**Defendant**

**Precise, Inc.**

**Defendant**

**Unitrin Kemper**

**Defendant**

**AAA Auto Club Family Insurance**

**Defendant**

**AAA Auto Club Family Insurance Company**

**Defendant**

**Aegis Security Insurance Company**

**Defendant**

**American Modern Home Insurance Company**

**Defendant**

**American Southern Home Insurance Company**

**Defendant**

**Armed Forces Insurance Exchange**

**Defendant**

**Essex Insurance Company**

**Defendant**

**Farmers Insurance Company**

**Defendant**

**Fidelity and Deposit Company of Maryland**

**Defendant**

**Fidelity National Insurance Company**

**Defendant**

**Fidelity National Property and Casualty Company**

**Defendant**

**General Insurance Company of America**

**Defendant**

**GMAC Insurance Company**

**Defendant**

**Great American Insurance Company**

**Defendant**

**Hanover Insurance Company**

**Defendant**

**LA Citizen Fair Plan**

**Defendant**

**Louisiana Farm Bureau**

**Defendant**

**Markel International Insurance Company, Ltd.**

**Defendant**

**National Security Fire and Casualty Company**

**Defendant**

**Scottsdale Insurance Company**

**Defendant**

**Security Plan Life Insurance Company**

**Defendant**

**State Farm Fire and Casualty Company**

**Defendant**

**State Farm Insurance**

**Defendant**

**State Farm Insurance Company**

**Defendant**

**Travelers Insurance Company**

**Defendant**

**Underwriters at Lloyds of London**

**Defendant**

**Union National Fire**

**Defendant**

**Union National Life**

**Defendant**

**Unitrin Preferred Insurance Company**

**Defendant**

**Z.C. Sterling**

**Defendant**

**AIG Agency Auto**

**Defendant**

**AIG Claim Services Property and Casualty Division**

**Defendant**

**AIG National Insurance Company**        represented by **Seth Andrew Schmeeckle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allstate**

**Defendant**

**Allstate/La Citizen Fair Plan**

**Defendant**

**American Family and Home Insurance Company**

**Defendant**

**American National Property and Casualty Company**

**Defendant**

**American Southern Home Insurance Company**

**Defendant**

**ANPAC Louisiana Insurance Company**

**Defendant**

**Audubon Insurance Group**

**Defendant**

**Balboa Life & Casualty**

**Defendant**

**Commonwealth Land Title Insurance
Company**

**Defendant**

**Direct General Insurance Agency of
Louisiana, Inc.**

**Defendant**

**Encompass Insurance Company**

**Defendant**

**Fidelity National Property and
Casualty Insurance Company**

**Defendant**

**First Premium Group, Inc.**

**Defendant**

**Hanover Insurance Company**

**Defendant**

**Homesite Insurance**

**Defendant**

**Horace Mann Insurance Company**

**Defendant**

**Imperial Fire and Casualty Insurance
Company**

**Defendant**

**LA Citizens Coastal Plan**

**Defendant**

**LA Citizens Property Insurance
Corporation**

**Defendant**

**Liberty Mutual Fire Insurance
Company**

**Defendant**

**NIC Insurance Company**

**Defendant**

**Safeco Insurance**

**Defendant**

**Safeco Insurance Company**

**Defendant**

**Safeco Insurance Company of America**

**Defendant**

**Seabury & Smith**

**Defendant**

**Security Industrial Insurance Co.**

**Defendant**

**Southwest Business Corporation**

**Defendant**

**Sunn Finance Company, LLC**

**Defendant**

**Twin City Fire Insurance Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2008 | 1 | Case transferred in from USDC Middle District of Louisiana; Case Number 07-971-JVP-CN. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by State Farm Fire and Casualty Company . (Attachments: # 1 Transfer Letter# 2 MDLA Docket Sheet)(sdd, ) Modified on 2/22/2008 (sdd, ). Additional attachment(s) added on 2/25/2008 (sdd, ). (Entered: 02/21/2008) |
| 02/28/2008 | 2 | ORDER: Court has determined that plaintiffs' claims in the captioned case will be severed by property location. Accordingly, plaintiffs' counsel shall, within 30 days of this order, file an amended complaint for each property claim. FURTHER ORDERED that plaintiffs shall serve each new amended complaint, a copy of the original complaint or Notice of Removal and a copy of this order on opposing counsel and on each defendant not yet having appeared in the litigation as stated herein. Signed by Judge Sarah S. Vance on 2/28/08.(rll, ) (Entered: 02/28/2008) |
| 03/18/2008 | 3 | DEFICIENT: EXPARTE/CONSENT MOTION for Extension of Time to Amend by All Plaintiffs. (Attachments: # 1 Proposed Order)(Klibert, Kevin) Modified on 3/19/2008 (bbc, ). (Entered: 03/18/2008) |
| 03/19/2008 | 4 | EXPARTE/CONSENT MOTION to Appear as Counsel of Record for Lynn K. Bailey and All Plaintiffs. (Attachments: # 1 Proposed Order)(Klibert, Kevin) Modified on 3/19/2008 to delete duplicate "exparte", delete incorrect party added, edit filer (bbc, ). (Entered: 03/19/2008) |
| 03/19/2008 | 5 | Correction of Docket Entry by Clerk re 4 MOTION to Appear as Counsel of Record; When you answer "Y" to the prompt, "Is this an Exparte/Consent motion?", Exparte will be reflected in the text & it is not necessary to also select "exparte" from the drop down list as this results in duplicate text. Filing attorney incorrectly added a party "All Plaintiffs" and selected this party as filer. The correct filer is Lynn K. Bailey (plaintiff already in this action representative of all plaintiffs). Clerk took corrective action, no further action |

| | | is necessary. (bbc, ) (Entered: 03/19/2008) |
|---|---|---|
| 03/19/2008 | 6 | EXPARTE/CONSENT MOTION for Extension of Time to Amend by Lynn K. Bailey. (Attachments: # 1 Proposed Order)(Klibert, Kevin) Correct image of Proposed Order added on 3/20/2008 (bbc, ). (Entered: 03/19/2008) |
| 03/20/2008 | 7 | Correction of Docket Entry by Clerk re 6 MOTION for Extension of Time to Amend; incorrect proposed order initially attached; Clerk has substituted correct image. No further action is necessary. (bbc, ) (Entered: 03/20/2008) |
| 03/26/2008 | 8 | RESPONSE/MEMORANDUM in Opposition filed by Farmers Insurance Company, Fidelity and Deposit Company of Maryland, National Security Fire and Casualty Company, Underwriters at Lloyds of London, Z.C. Sterling, Lexington Insurance Company, American General Property Insurance Company re 6 MOTION for Extension of Time to Amend. (Siegel, Robert) (Entered: 03/26/2008) |
| 03/31/2008 | 9 | ORDER granting plas' 4 Motion for Kevin P. Klibert to Appear. Signed by Judge Sarah S. Vance on 3/31/08. (rll, ) (Entered: 03/31/2008) |
| 03/31/2008 | 10 | ORDER granting plas' 6 Motion for Extension of Time to Amend as set forth herein. Signed by Judge Sarah S. Vance on 3/31/08. (rll, ) (Entered: 04/01/2008) |
| 06/16/2008 | 11 | EXPARTE/CONSENT MOTION for Leave to File *Second Amended Complaint* by Lynn K. Bailey. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Klibert, Kevin) (Entered: 06/16/2008) |
| 06/19/2008 | 12 | ORDER denying plas' 11 Motion for Leave to File Second Amended Complaints; Plaintiffs should resubmit the motion for hearing before the magistrate andinclude a statement of opposing counsel's objection to the motionpursuant to Local Rule 7.6E. Signed by Judge Sarah S. Vance on 6/19/08. (rll, ) (Entered: 06/19/2008) |
| 06/23/2008 | 13 | MOTION for Extension of time to File *Second Amended Complaints* by Lynn K. Bailey. Motion(s) referred to Alma L. Chasez. Motion Hearing set for 7/9/2008 11:00 AM before Magistrate Judge Alma L. Chasez. (Attachments: # 1 Memorandum in Support of Motion for Leave, # 2 Notice of Hearing, # 3 Request for Oral Argument, # 4 Proposed Order)(Klibert, Kevin) Modified on 6/23/2008 (rll, ). Modified on 6/24/2008 to remove deficiency (rll, ). REQUEST FOR ORAL ARGUMENT DOCKETED SEPARATELY. (Entered: 06/23/2008) |
| 06/23/2008 | 14 | Request/Statement of Oral Argument by all plaintiffs regarding 13 MOTION for Leave to File *Second Amended Complaints*. (rll, ) (Entered: 06/24/2008) |
| 06/25/2008 | 15 | ORDER Setting ORAL Hearing on 13 MOTION for Leave to File *Second Amended Complaints* : Motion Hearing set for 7/9/2008 11:00 AM (w/oral argument) before Magistrate Judge Alma L. Chasez. Signed by Magistrate Judge Alma L. Chasez on 6/24/08.(ala, ) (Entered: 06/25/2008) |
| 06/26/2008 | 16 | EXPARTE/CONSENT MOTION to Continue *Hearing on Plaintiffs' Motion for Leave to File Second Amended Complaints* by AIG National Insurance Company, Liberty Mutual Fire Insurance Company, Standard Fire Insurance Company. Motion(s) referred to Alma L. Chasez. (Attachments: # 1 Proposed Order)(Schmeeckle, Seth) (Entered: 06/26/2008) |

| 06/30/2008 | 17 | ORDERED that the Hearing on Plaintiffs' 13 MOTION for Leave to File *Second Amended Complaints* is continued and reset for 9/17/2008 11:00 AM before Magistrate Judge Alma L. Chasez. Signed by Magistrate Judge Alma L. Chasez on 6/30/08.(dno, ) (Entered: 06/30/2008) |
| --- | --- | --- |
| 09/09/2008 | 18 | RESPONSE/MEMORANDUM in Opposition filed by Lexington Insurance Company, American General Property Insurance Company, Liberty Mutual Fire Insurance Company, Standard Fire Insurance Company re 13 MOTION for Leave to File *Second Amended Complaints*, 11 MOTION for Leave to File *Second Amended Complaint*. (Siegel, Robert) (Entered: 09/09/2008) |
| 09/17/2008 | 19 | Minute Entry for proceedings held before Magistrate Judge Alma L. Chasez: Motion Hearing held on 9/17/2008 ; Order granting 13 MOTION for Extension of time to File *Second Amended Complaints* filed by Lynn K. Bailey. (ala, ) (Entered: 09/18/2008) |
| 02/12/2009 | 20 | DOCUMENT STRICKEN. DEFICIENT: MOTION to Dismiss by Alea. (Attachments: # 1 Memorandum in Support)(Yacoubian, Alan) Modified on 2/13/2009 (rll, ). Modified on 2/25/2009 (rll, ). (Entered: 02/12/2009) |
| 04/02/2009 | 21 | MOTION to Dismiss Party *Pursuant to Rule 12(c)* by Alea. Motion Hearing set for 4/29/2009 10:00 AM before Chief Judge Sarah S. Vance. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Notice of Hearing, # 6 Proposed Order)(Favret, Neal) (Entered: 04/02/2009) |
| 04/29/2009 | 22 | ORDER granting 21 Motion to Dismiss. Signed by Chief Judge Sarah S. Vance on 4/29/09. (bbc, ) (Entered: 04/30/2009) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 10/26/2010 14:51:38 | | | |
| **PACER Login:** | mr0322 | **Client Code:** | 2898-0136 ADW |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-00941-SSV-ALC |
| **Billable Pages:** | 15 | **Cost:** | 1.20 |