CLOSED

# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00971-JVP-CN
### Internal Use Only

Bailey et al v. ANPAC Louisiana Insurance Company, et al  
Assigned to: Judge John V. Parker  
Referred to: Magistrate Judge Christine Noland  
Case in other court: 19th Judicial District Court, 558574  
Cause: 28:1441 Notice of Removal-Insurance Contract  

Date Filed: 12/26/2007  
Date Terminated: 02/08/2008  
Jury Demand: None  
Nature of Suit: 110 Insurance  
Jurisdiction: Diversity  

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | 1 | NOTICE OF REMOVAL from 19th Judicial District Court, Case Number 558574. (Filing fee $ 350 receipt number 053N0000000000289174), filed by State Farm Fire And Casualty Company. (Chassaignac, Charles) Modified on 1/9/2008 to edit text (JKH, ). (Entered: 12/26/2007) |
| 12/26/2007 | 2 | Corporate Disclosure Statement by State Farm Fire And Casualty Company identifying Corporate Parent State Farm Fire And Casualty Company for State Farm Fire And Casualty Company.. (Chassaignac, Charles) (Entered: 12/26/2007) |
| 12/26/2007 | 3 | NOTICE OF *Certificate* from 19th Judicial District Court, Case Number 558574. (), filed by State Farm Fire And Casualty Company. (Chassaignac, Charles) Modified on 12/27/2007 to edit text(JKH, ). Modified on 1/9/2008 to edit text(JKH, ). (Entered: 12/26/2007) |
| 12/26/2007 | 4 | NOTICE OF *List of Documents* from 19th Judicial District Court, Case Number 558574. (), filed by State Farm Fire And Casualty Company.(Chassaignac, Charles) Modified on 12/27/2007 to edit text(JKH, ). (Entered: 12/26/2007) |
| 12/26/2007 |  | (Court only) ***Attorney James Eric Johnson for State Farm Fire And Casualty Company, Bryan Joseph Haydel, Jr for State Farm Fire And Casualty Company, Eleanor Weeks Wall for State Farm Fire And Casualty Company added. (JKH, ) (Entered: 12/27/2007) |
| 12/26/2007 |  | (Court only) ***Attorney Daniel E. Becnel, Jr for Lynn Bailey, Faye Larche and Gilbert Larche added. (JKH, ) (Entered: 12/28/2007) |
| 12/27/2007 | 5 | NOTICE by State Farm Fire And Casualty Company *Civil Cover Sheet* (Chassaignac, Charles) (Entered: 12/27/2007) |

A TRUE COPY

LeBlanc 2/8/08  
Deputy Clerk    Date  
U.S. District Court  
Middle District of Louisiana  
Baton Rouge, Louisiana



1 of 24                                                                                                                                           2/8/2008 2:24 PM

| 12/28/2007 | 🔘 | (Court only) ***Attorney Ralph Shelton Hubbard, III for Hartford Insurance Company of the Midwest added. (JKH, ) (Entered: 01/02/2008) |
|---|---|---|
| 12/28/2007 | 🔘 | (Court only) ***Attorney Ralph Shelton Hubbard, III for USAA Casualty Insurance Company, Horace Mann Insurance Company, Teachers Insurance Company, The Hanover Insurance Company and Massachusetts Bay Insurance Company added. (JKH, ) (Entered: 01/02/2008) |
| 12/28/2007 | 🔘 | (Court only) ***Attorney Judy Y. Barrasso for Allstate Indemnity Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company and Encompass Insurance Company, H. Minor Pipes, III for Metropolitan Insurance Company and Liberty Mutual Fire Insurance Company added. (JKH, ) (Entered: 01/02/2008) |
| 12/31/2007 | 🔘 19 | Consent to Removal by Republic Fire And Casualty Insurance Company. (Pennison, Christopher) (Entered: 12/31/2007) |
| 12/31/2007 | 🔘 | (Court only) ***Attorney Jay M. Lonero for Republic Fire And Casualty Insurance Company, Angie L. Arceneaux Akers for Republic Fire And Casualty Insurance Company added. (JKH, ) (Entered: 01/02/2008) |
| 01/02/2008 | 🔘 20 | Consent to Removal by American Bankers Insurance Company (Culotta, Anthony) (Entered: 01/02/2008) |
| 01/02/2008 | 🔘 21 | Consent to Removal by American Reliable Insurance Company (Culotta, Anthony) (Entered: 01/02/2008) |
| 01/02/2008 | 🔘 22 | Consent to Removal by American Security Insurance Company (Culotta, Anthony) (Entered: 01/02/2008) |
| 01/02/2008 | 🔘 23 | Consent to Removal by The Standard Fire Insurance Company. (Schmeeckle, Seth) (Entered: 01/02/2008) |
| 01/02/2008 | 🔘 | (Court only) ***Attorney David P. Salley for American Bankers Insurance Company, American Reliable Insurance Company and American Security Insurance Company, Ralph Shelton Hubbard, III for The Standard Fire Insurance Company added. (JKH, ) (Entered: 01/02/2008) |
| 01/03/2008 | 🔘 | Case reassigned to Judge John V. Parker. Judge Frank J. Polozola no longer assigned to the case. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (jdl) (Entered: 01/03/2008) |
| 01/03/2008 | 🔘 24 | Letter dated 1/3/2008 from Clerk of Court to Counsel of Record Re: reassignment of case to District Judge John V. Parker. (jdl) (Entered: 01/03/2008) |
| 01/04/2008 | 🔘 25 | Consent to Removal by Electric Insurance Company. (Weinberger, Alan) (Entered: 01/04/2008) |
| 01/04/2008 | 🔘 26 | Corporate Disclosure Statement by Electric Insurance Company identifying Corporate Parent Wilmingon Trust Company for Electric Insurance Company.. (Weinberger, Alan) (Entered: 01/04/2008) |

| | | |
|---|---|---|
| 01/04/2008 | 🔾 | (Court only) ***Attorney Dominic Joseph Gianna for Electric Insurance Company added. (PAH, ) (Entered: 01/04/2008) |
| 01/08/2008 | 🔾 | (Court only) *** (Chassaignac, Charles) (Entered: 01/08/2008) |
| 01/08/2008 | 🔾 | (Court only) ***Party Roland Broussard, and Michael Callaghan, and Bryan Bagnetto, and Joanne Ursin, and Tony Collins, and Donna Pearson, and Harriet Battiste, and Julienne Grenier, and Brandy Stokes, and Dedrick Stewart, and Thelma Topey, and Lionel Carmouche, and Cynthia Burthlong, and Prophet Fox, and Jeffrey Ned, and Ida Eugene, and Spencer Washington, and Willie Mae Wilson, and Horace Bynum, Sr, and Naomi Williams added. (Johnson, James) (Entered: 01/08/2008) |
| 01/08/2008 | 🔾 | (Court only) ***Party Eldora Castell, and Lionel, Sr Castell, and Clifton Smith, and Charles Anderson, and Jency Anderson, and August Favroth, and Helen Carter, and Emily Jones, and Tamyra Bacchus-Wallace, and Barbara Baptiste, and Olivia Bartholomew, and Nekita Bourne, and Ernest Brown, and Beatrice Cambridge, and Brenda Chapman, and Dorothy P Cloud, and Mary R Crosse, and Kristy Delvalle, and Shoun Evans, and Cora Jean Ferrand added. (Johnson, James) (Entered: 01/08/2008) |
| 01/08/2008 | 🔾 | (Court only) ***Party Rosa Fuselier, and Chauncey Green, and D' and Wanna Green-Hayes, and Wilma T Hurley, and Steve Johnson, and Marenthia M Lagard, and John Lopez, Jr, and Joann Patterson, and Betty Richardson, and O' and Sheia Robinson, and Corey Robinson, and Latanya Roberts, and Terrence Roberts, and Rhonda Row, and Lynette Smith, and Deneen M Stewart, and Alvin Turner, and Verdell Wharton, and Estella Wiley, and Jeanell Williams added. (Johnson, James) (Entered: 01/08/2008) |
| 01/08/2008 | 🔾 | (Court only) ***Attorney Daniel E. Becnel, Jr for Roland Broussard, Michael Callaghan, Bryan Bagnetto, Joanne Ursin, Tony Collins, Donna Pearson, Harriet Battiste, Julienne Grenier, Brandy Stokes, Dedrick Stewart, Thelma Topey, Lionel Carmouche, Cynthia Burthlong, Prophet Fox, Jeffrey Ned, Ida Eugene, Spencer Washington, Willie Mae Wilson, Horace Bynum, Sr and Naomi Williams added. (HCJ, ) (Entered: 01/08/2008) |
| 01/08/2008 | 🔾 | (Court only) ***Party Eugene J, The Estate Wallace, and Joann Wilfred, and Charles Williams, and Edwina Blackstone, and Harry Franatovich, and Constance Davis, and Richard Howard, and Mary Sherman, and Bennie Francis, Sr, and Holsa Brown, and Patricia Grant, and Wanda Polk, and Linda Johnson, and Ernest Johnson, and Ronald Stimage, and Vernon Lewis, and Noella Thonn, and Clarissa Sherman, and Nevelle Bell, and Raymond Lieteau added. (Johnson, James) (Entered: 01/08/2008) |
| 01/08/2008 | 🔾 | (Court only) ***Party Wali Abdel-Raoof, and John Tucker, and Theresa Fecke, and Emily Price, and Josephine Bechet, and Kimberly Robinette, and Rita Bennet, and Adline Tennyson, and Janet Troulleir, and Hilda Tennyson, and Anthony Picot, Jr, and Lenny Alvarez, and Marie Albert, and Richard Voss, and Winifred Bradford, and Nona Honore, and Eva Evans, and Sophia Beecham, and Bernice Joiner, and Diane Olive added. (Johnson, James) (Entered: 01/08/2008) |

| | | |
|---|---|---|
| | | Lillie Banks, Garry Luter, Lisa Cox, Amy Corca, Dianna Abrahms, Shirley Lacroix, Kirk Landry, Joriceen Carter and Ronald Bierria added. (HCJ, ) (Entered: 01/09/2008) |
| 01/08/2008 | ⊙ | (Court only) *** Attorney Daniel E. Becnel, Jr terminated. Attorney added to wrong parties. (HCJ, ) (Entered: 01/09/2008) |
| 01/09/2008 | ⊙ | (Court only) ***Party Michael Williams, and Harry Dekay, and Damein Menendez, and Anthony Wise, and Carol Salassi, and Catrice Washington, and Beverly Meredith, and Joan Delaney, and Audrey Lackings, and Beverly Cockerham, and Ruth Patterson, and Theresa Delmore, and Joann Smith, and Louis Casimier, and Shirlyn Casimier, and Patricia White, and Lourell Turner, Sr, and James Lampton, and Patricia Edinburgh, and Avery Matthews, Jr added. (Chassaignac, Charles) (Entered: 01/09/2008) |
| 01/09/2008 | ⊙ | (Court only) ***Party Cecily Lambert, and Lauryn Matthews, Jr, and Michelle Tate, and Patricia Green, and Patricia Gren, and Regina Lima, and Wilton Tate, and Cynthia Jamison, and Oscar Singleton, and Linda Jackson, and Pamela Walker, and Rose Huntley, and Alice Butler, and Allie Alexander, III, and Angela Walker, and Barbara Jones, and Bernard Ducre, and Brandon Perkins, and Brian Walker, Sr added. (Chassaignac, Charles) (Entered: 01/09/2008) |
| 01/09/2008 | ⊙ | (Court only) ***Party Bridgette Reaux, and Carletta Jenkins, and Carrie Dixon, and Cathy Fisher, and Christopher Dumas, and Christopher Dumas, Jr, and Claudia Williams, and Daisy King, and Dana Gonzales, and Darlene Kliebert, and Deborah Square, and Debra Doty, and Demarius Thurmond, and Demeterius Thurmond, and Dorothy Husband, and Eddie Charles, and Edward Thompson, and Ernestyne Bass, and Ester Perkins, and Frank Harris added. (Chassaignac, Charles) (Entered: 01/09/2008) |
| 01/09/2008 | ⊙ | (Court only) ***Party Gail Tucker, and Gissele Joshua, and Gloria Christopher, and Haltron Adams, and Harold Sears, and Henry Kliebert, and Herman Plunkett, and Ikea Joshua, and Iri Skinner, and Irma Odds, and Issac Joshua, Jr, and Jamal Nettles, and Jamilah Hampton, and Jamira Nettles, and Jamyrin Watson, and Janaya Hampton, and Jarrett Watson, Jr, and Jarrett Watson, Sr, and Jia Nettles, and John Powell added. (Chassaignac, Charles) (Entered: 01/09/2008) |
| 01/09/2008 | ⊙ | (Court only) ***Party Joseph Perkins, and Joyce Anderson, and Justin Harrison, and Kirk Johnson, Sr, and Kirsten Johnson, and Larry Jenkins, and Latoria Bass, and Lillian Powell, and Linda Thompson, and Lorraine Fields, and Louvenia Allen, and Lydia Charles, and Madelyn Bryant, and Margie Thompson, and Marvin Nettles, and Mary Sharett, and Mattie Walters, and Mercedes Ducre, and Milton Joseph, Jr, and Nathaniel Thurmond added. (Chassaignac, Charles) (Entered: 01/09/2008) |
| 01/09/2008 | ⊙ | (Court only) ***Party Nettie Lee, and Raymond Lee, and Ruth Lefort, and Sandra Maldonado, and Sharon Nettles, and Terence Ducre, and Thelma Hall, and Traci Allen, and Valence Ducre, and Vanessa Sylvester, and Verlinda Narcisse, and Wanda Townsend, and William Lockett, Jr, and |