UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LYNN K. BAILEY, ET AL.                           CIVIL ACTION

VERSUS                                           NO. 08-941

STATE FARM FIRE AND CASUALTY                     SECTION: "R"(5)
COMPANY, ET AL.

The Court has determined that plaintiffs' claims in the captioned case will be severed into individual suites, each addressing one distinct property.

Accordingly,

IT IS ORDERED that plaintiffs' counsel shall, within 30 days of this order, file an amended complaint for each plaintiff and that plaintiff's individual property claim. This pleading shall be filed with the Clerk on paper, not electronically. The caption of the Amended Complaint shall contain only the individual plaintiff(s) and defendant(s) which are the subject of that specific claim. It shall also be accompanied by a copy of the original complaint or Notice of Removal and a copy of this order. Upon filing, the Clerk will assign a new docket number and will allot it at random among the judges of this court. All pleadings regarding that claim shall thereafter bear the new title, docket number, and section of the new case.

IT IS FURTHER ORDERED that plaintiffs shall serve each new amended complaint, a copy of the original complaint or Notice of Removal and a copy of this order on opposing counsel and on each defendant not yet having appeared in the litigation.


EXHIBIT C

Any substantive motions still pending in the original case must be re-filed in any newly assigned cases to which they pertain.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice.

New Orleans, Louisiana, this 28th day of February, 2008.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE