UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| LYNN K. BAILEY, ET AL. | * | CIVL ACTION NO. 08-941 |
| | * | |
| VERSUS | * | SECTION R-D |
| | * | |
| STATE FARM FIRE & CASUALTY CO., ET AL. | * | HONORABLE SARAH VANCE |
| | * | |

### ORDER

IT IS HEREBY ORDERED, AJUDGED AND DECREED that Plaintiffs Ex-Parte Motion for Extension of Time is **GRANTED.**

IT IS THUS FURTHER ORDERED, ADJUDGED AND DECREED that this Court's *sua sponte* February 28, 2008 Order is modified to afford Plaintiffs ninety (90) days from today's date to comply with same;

OR

IT IS THUS ORDERED, ADJUDGED AND DECREED that Plaintiffs are afforded an additional thirty (30) days from the date of this Order to comply with the Court's *sua sponte* February 28, 2008 Order;

OR

IT IS THUS ORDERED, ADJUDGED AND DECREED that the Court's *sua sponte* February 28, 2008 Order is hereby **STAYED,** with a status conference to take place on the ___ day of _____, 2008, at ___:___ a.m./p.m. in the Courtroom.

SO ORDERED, in New Orleans, Louisiana this 31st day of _____March_____, 2008.

_____Sarah Vance_____
Honorable Sarah Vance

