# USA EXHIBIT 38

# Graphic Representation of Bypass Channel

(superimposed on Plt. Exh. 17, Fig. 5)

