# USA EXHIBIT 39

# DDR Chronology

# IHNC LOCK REPLACEMENT DDR CHRONOLOGY

- DDR 1: **Site Preparation and Demolition** substantially completed in February 1999
    - Prepared by Waldemar S. Nelson and Co., Inc. and Dames and Moore Inc.,
    - Volume 1: Buildings, Foundations, and Facilities:
        - March 1999: revisions to incorporate sampling of sediments under the Galvez Street Wharf
        - October 2001: revisions to incorporate reports and assessments on oak tree relocation evaluations.
        - December 2002: revised Appendix B, Structure/Facility List and Detailed Cost Estimate
    - Volume 2: Photos- no revisions
    - Volume 3: Above Ground Structures- Environmental Input
        - Revised August 1999 and February 2001
    - Volume 4: Mixed Waste Mounds
        - Revised June 1999
    - Volume 5: Above Ground Storage Tanks
        - Revised August 1999
    - Volume 6: Excavation, Treatment, and Disposal of Contaminated Soils
        - Revised April 2000
    - Volume 7: Sediment and Abandoned Barge Report
        - Revised April 2000
    - Volume 8: Galvez Street Wharf- Sediment Sampling and Structural Inspection
        - Revised April 1999
- DDR 2: **Levees, Floodwalls, and Channels** completed January 2001
    - Prepared by Brown Cunningham and Gannuch
    - Complete without revisions to this date.