# USA EXHIBIT 40

*Armstrong* Plaintiffs' Slide 19

- **The EBIA backfilling and excavation project required a DDR**
- **The DDR, however, <u>did not</u> contain mandatory elements including engineering analysis, wall stability analysis, seepage analysis, global stability analysis and temporary restraining structure analysis**

19