# USA EXHIBIT 41

# Lock Replacement Project Project Management Plan



**United States Army
Corps of Engineers**

# INNER HARBOR NAVIGATION CANAL
# LOCK REPLACEMENT PROJECT

## PROJECT MANAGEMENT PLAN

**February 2001**

NED-141-000001571

# INNER HARBOR NAVIGATION CANAL
## LOCK REPLACEMENT PROJECT

### PROJECT MANAGEMENT PLAN

## TABLE OF CONTENTS

| SECTION | | PAGE |
|---|---|---|
| I. | Project Authorization | 2 |
| II. | General Description of the Project | 3 |
| III. | Scope of Work | 5 |
| IV. | Work Breakdown Structure | 10 |
| V. | Organizational Breakdown Structure | 10 |
| VI. | Responsibility Assignment Matrix | 10 |
| VII. | Schedule | 11 |
| VIII. | Budgets and Cost Estimates | 11 |
| IX. | Project Cooperation Agreement | 12 |
| X. | Acquisition Plan | 12 |
| XI. | Real Estate Plan | 13 |
| XII. | Value Engineering Plan | 13 |
| XIII. | Cultural Resources Plan | 15 |
| XIV. | Environmental Plan | 16 |
| XV. | Operation and Maintenance Plan | 17 |

| | |
|---|---|
| Appendix A | Work Breakdown Structure |
| Appendix B | Organizational Breakdown Structure |
| Appendix C | Responsibility Assignment Matrix |
| Appendix D | Project Execution Plans |
| Appendix E | Acquisition Plan |
| Appendix F | Baseline Cost Estimate |
| Appendix G | CPM Network and Barchart |

NED-141-000001572

## INNER HARBOR NAVIGATION CANAL
## LOCK REPLACEMENT PROJECT

## PROJECT MANAGEMENT PLAN

### I. Project Authorization

The authority for replacement of the existing Industrial Canal Lock, also known as the Inner Harbor Navigational Canal (IHNC) Lock, is the River and Harbor Act of 1956, Public Law (PL) 84-455. The authorizing legislation, under the title of the Mississippi River Gulf Outlet (MRGO), provided,". . . that when economically justified by obsolescence of the existing Industrial Canal lock or by increased traffic, replacement of the existing lock or an additional lock with suitable connections is hereby approved to be constructed . . . with type, dimensions, and cost estimates to be approved by the Chief of Engineers..." The official name of this project as it has been referred to for many years is the MRGO, New lock and Connecting Channels. For this Project Management Plan (PMP), the project will be referred to as the Industrial Canal Lock Replacement Project.

The Water Resources Development Act (WRDA) of 1986, modified the project changing the cost sharing for the new lock. The cost of the lock shall be allocated between general cargo navigation and inland navigation. The inland navigation costs will be funded 50% from the Inland Waterways Trust Fund and 50% from the general fund of the U.S. Treasury. The general cargo navigation costs will be cost shared, in accordance with Section 101 of WDRA of 1986, 75% (Fed.) - 25% (non-Fed.) up to 45 feet deep and 50-50% for depths over 45 feet.

The Act also provides that the lock and connecting channels shall be in the area of the existing lock or at the Violet Site. Maximum effort to assure full participation in the construction and planning for this project by minority groups living in the area affected by the project is also included in the Act.

The WRDA of 1996 provided additional authorization for the community impact mitigation plan. It requires implementation of a comprehensive plan to mitigate or compensate or both for the direct and indirect social and cultural impacts the project will have on the areas surrounding the Industrial Canal.

### II. General Description of the Project

The existing lock is located in the southeastern portion of Louisiana, east of the Mississippi River, along the Industrial Canal within the City of New Orleans. It is a major link in the Gulf Intracoastal Waterway System (GIWW), an inland navigation channel connecting ports along the Gulf of Mexico from Brownsville, Texas to Apalachicola Bay, Florida. The existing lock is also a deep draft connection between the Mississippi River and the MRGO, another deep draft channel extending southeasterly from the City of New Orleans to the Gulf of Mexico (approximately 76 miles). This lock is located in the midst of densely populated, established neighborhoods. These neighborhoods are among the oldest in New Orleans, and include the Lower Ninth Ward and two historic districts,

2

NED-141-000001573

Bywater and Holy Cross, which are listed on the National Register of Historic Places.

The existing lock, 31.5' deep x 75' wide x 640' long, is now, and has been for a long time, too small to effectively handle the traffic. Delays to navigation traffic currently average 10 hours, but many times the delays are between 24 and 36 hours during high river stages.

The recommended plan involves construction of a new lock at the North of Claiborne Ave. Site (see attached photo), with appurtenant Mississippi River Levee and hurricane protection levee and floodwall extensions and tie-ins. The proposed replacement lock as presently designed, will be 1200 ft long by 110 ft wide by 36 ft over the sill. The floor of the lock is at a 40 ft. depth. This lock would be able to accommodate deep draft vessels (ships) drawing up to 31 ft., though most of the traffic will be shallow draft (barges). During detailed designs we will investigate the lowering of the sill to provide 40 ft of depth; therefore, accommodating ships drawing up to 34 ft., which is the draft of vessel that can use the existing MRGO safely. This will be done at the request of the local sponsor, the Port of New Orleans.

The recommended plan also involves construction of a new low level double-leaf bascule bridge at St. Claude Ave., a temporary bypass bridge at St. Claude Ave. to eliminate having to close that major vehicular artery during construction of the new bridge, extension of the Mississippi River flood protection levees to the new lock site, and the replacement of the superstructure at Claiborne Ave. Other features of the recommended plan include bypass channels around the new lock construction site and the existing lock during its demolition so the canal and existing lock can be used during the entire construction period, permanent mooring facilities on both sides of the canal, and an extensive community impact mitigation plan to offset negative impacts this project will have on the surrounding communities.

## III. Scope of Work

An Evaluation Report for this project, which included an Engineering Appendix with an M-CACES cost estimate, was approved by the Director of Civil Works on 2 February 1998. This report was to sufficient detail to preclude the need for a General Design Memorandum. A Supplement No 1. to the Evaluation Report, changing the cost sharing for the project was approved by the Assistant Secretary of the Army (Civil Works) on 20 September 2000.

Three Relocations Detailed Design Reports(RDDR) , eight Detailed Design Reports(DDR), eighteen sets of Plans and Specifications, an Operations and Maintenance Manual, and an After Construction Foundations Report will be prepared for this project. These are listed below, with a brief description of what is included in each:

### DDR

1) Lock & Appurtenant Features
   - Float-in Method
   - Foundation
   - Lock Structure and Backfill
   - Guidewalls
   - Construction Site Protection Cells
   - Filling and Emptying System

3

NED-141-000001574

- Lock Gates
- Control Houses and Administration Building
- Permanent Mooring Facilities
- Corrosion protection System
- Working Platform Construction
2) Materials
3) Mechanical and Electrical
4) Foundations Report (complete)
5) Levees Floodwalls and Channels (complete)
- MRL/Hurricane Protection Levees and Floodwalls
- Levee/Floodwall Tie-ins
- By-pass Channels
- Lock Excavation
- Scour Protection
6) Site Preparation and Demolition (complete)
7) Demolition of Existing Lock and St. Claude Ave. Bridge
- Debris Removal
8) Coast Guard Facility

## RDDR

1) Utilities
2) Claiborne Ave. Bridge
3) St. Claude Ave. Bridge, including temporary bypass bridge
4) Florida Ave. Siphon (complete)
5) Public Belt Railroad (complete)

## P&S

1) Demolition of the Eastside Businesses
2) Demolition of the Galvez St. Wharf
3) Demolition of the Coast Guard Facilties
4) Oak Trees-East Side (remove and relocate if possible)
5) Westbank Levees, PH I, St. Claude to the River
6) Eastbank Levees, PH I, St. Claude to the River
7) Eastbank Levees, PH II, St. Claude to the New Lock
8) Deep Soil Mixing Test Section
9) Westbank Levees, PH II, St. Claude to the New Lock
10) Pile Testing (complete)
11) Utility Relocations (by owners)
12) Channel Dredging - Phase 1 - Claiborne to Florida Ave.
- Dredge North Bypass Channel(Includes Contaminated Material Disposal)
- Dredge Utility Trenches
- Dredge Lock Excavation
- Disposal Area Piping and Site Work

4

NED-141-000001575

13) Utility Connections (by owners)
    - Utilities over Floodwalls/Levees
    - Lateral tie-ins to Service Lines
14) Assistance Tug Operations Contract
    - Tug Assistance Vessels and Operators
    - Communications Equipment
    - Aids to Navigation (If required)
15) Lock Construction Contract
    - Lock Construction
    - Protection Cells
    - Lock Final Excavation
    - Drainage System
    - Sheet Pile Cutoff
    - Leveling Piles
    - Float-in Lock Modules
    - Foundation Grout Cap
    - Lock Masonry
    - Wall Armor and Chamber Mooring Facilities
    - Concrete Ballast and Fill
    - Miter Gates, Tainter Valves
    - Instrumentation
    - Mechanical and Electrical
    - Lock Earthen Backfill
    - Lock Corrosion Protection
    - Levee/Floodwall Tie-ins (MRL and Hurricane Protection)
    - Emergency and Maintenance Bulkheads
    - Control Houses and Administration Building
    - Lock Guidewalls
    - Bank Protection
    - Graving Site
    - Mooring For Assistance Tugs
    - Bank Protection - Bypass Channel Entrance
16) Claiborne Avenue Bridge
    - Tower Replacement
    - Movable Span Replacement
    - Mechanical and Electrical Replacement
17) Existing IHNC Lock and St. Claude Bridge Demolition
    - Controlled Demolition
    - Explosives
    - Conventional Demolition
    - Removal of Debris
18) Phase II Dredging
    - Dredge Channel existing lock to Claiborne Ave.
    - Aids to Navigation
    - Scour Protection (if required)
    - Demolition By-pass Channel

NED-141-000001576

19) St. Claude Replacement Bridge Construction
- Construct Double Bascule Bridge (200' Clear)
- Fendering and Protection Cells
- Temporary Bridge
20) Final Dredging Contract
- Dredge Remaining Channel to the River
- Redredge any Required Areas
21) Permanent Mooring Facilities
- Install Permanent Mooring Facilities
- Finish Lock Guidewalls
22) Community Impact Mitigation Plan - Numerous, to be determined during construction phase

**Operations and Maintenance Manual**

**After Construction Foundation Report**

A Community Based Mitigation Committee (CBMC) has recommended measures of The Community Impact Mitigation Plan to be implemented in the first three years (FY01 - 03). An implementation Strategy is presently being developed concerning these recommended measures, many of which can be implemented without major effort by the District's workforce. As more details of the Community Impact Mitigation Plan are developed, the PMP will be revised as required to reflect any additional resources needed to prepare P&S's. In addition, many of the mitigation measures may be incorporated into the P&S for the other construction items for convenience.

The Utility relocations will be the responsibility of the owners. We have listed P&S's for those items and have included resources for those activities that represent our in-house coordination with the owners during the owner's preparation of the plans and specifications, the review of final plans and specifications and coordination during the actual relocation of the facilities.

The Phase I Channel Dredging includes dredging of the by-pass channel around the lock construction site, including disposal in an industrial landfill of the contaminated (non-hazardous) soil (26,000 CY) found to exist on the east side of the canal during the Phase II HTRW Investigation, the dredging required for lock construction, and channel dredging required at Florida Ave. and Claiborne Ave. bridge sites. At this time we are assuming that our contractor for this dredging contract will also dredge three utility corridor trenches in which the owners will be placing their relocated facilities. These trenches are located just south of Florida Ave., just north of Claiborne Ave. and just south of St. Claude Ave. This may change during future coordination with the utility owners.

Activities are listed in the CPM Network (Appendix H) for the Florida Ave. railroad bridge and the siphon at Florida Ave. These are being accomplished by the Port of New Orleans and Sewerage and Water Board and are assumed to be constructed before we initiate our floating-in lock construction. No resources are included in these activities at this time. When more definite schedules are developed for these items of work, additional resources will need to be added for our coordination with the Port.

6

NED-141-000001577

## IV. Work Breakdown Structure

The Work Breakdown Structure (WBS) outlining the component products / subproducts for the Industrial Canal Lock Replacement Project is presented in Appendix A. The Work Item numbers shown of the WBS refer to the work items created in CEFMS and can be cross referenced with the Responsibility Assignment Matrix (RAM) in Appendix C and the network in Appendix    .

## V. Organizational Breakdown Structure

Appendix B contains a list of the various offices within the New Orleans District, other Corps offices and other agencies that will be responsible for the completion of work on the project.

## VI. Responsibility Assignment Matrix (RAM)

A presentation of the organizational responsibility for the products shown in the WBS is shown in Appendix C. This report attempts to define the specific organization(s) principally responsible for the main products and activities associated with the design and construction of the remaining work for the project. The organization codes for each product/activity can be cross referenced with the OBS in Appendix B. The work items numbers can be cross referenced with the WBS in Appendix A, and with the network in Appendix    .

## VII. Schedule

A Critical Path Method (CPM) network showing the logical progression of all the activities required for the project is shown in Appendix G.   A Barchart showing the major activities (DM's, P&S's, Construction Activities, etc.) for the entire project is also in appendix G.   A schedule for the major milestones associated with the project is shown on the Barchart.  These schedules and milestones are optimistic without any funding constraints.

## VIII. Resources and Cost Estimates

The Project Execution Plans (PEP) for  FY 2001 and 2002 are shown in Appendix D. These show the monetary resources, in-house, contract, or other, for each activity by Division required to achieve the present schedule for the next couple of fiscal years.  As the schedule for the project is more fully developed for the future fiscal years, additional PEP's will be prepared.

The total incremental cost estimate for the project, $603,000,000, and the fully funded estimate, $715,000,000, are shown in detail in Appendix F.

7

## IX. Project Cooperation Agreement

A Project Cooperation Agreement (PCA) will be executed for this project, as scheduled in the CPM Network in Appendix H.  The agreement will reflect that the Local Sponsor, the Board of Commissioners of the Port of New Orleans, will be responsible for 25% of the cost between the Inland Navigation Lock Plan and the Recommended Plan during the construction period and 10% of the same cost within 30 years after completion of construction.  The Inland Navigation Lock Plan  will be cost shared 50-50 between the Corps of Engineers and the Inland Waterway Trust Fund, for which a PCA is not required.

## X. Acquisition Plan

For Architect-Engineer contracts, please see Appendix   for the details of the Acquisition Plan for those resources.

Most construction contracts will be awarded using normal competitive procedures. Periodically, work will be referred to the Small Business Administration for award.  One of the first contracts to be awarded is the Demoliton of the Galvez St. Wharf, which will be Small business set-aside.

Another one of the initial contracts to be awarded is the Demolition of the Eastside Businesses.  This will be done through an existing Total Environmental Restoration Contract (TERC) that our Tulsa District already has on board.  We have negotiated a task order with the contractor, The Washington Group, for this work.

In addition, as required by the Water Resources Development Act of 1986, we will assure, to the maximum extent possible, full participation of minority contractors in this project.  This is also part of the project mitigation plan.  To this end we have already awarded a job training contract as part of the mitigation plan to a local university, Xavier University, which is a historically black university.  We did this under our Historically Black Colleges and Universities (HBCU) Program.

## XI. Real Estate Plan

We have executed a Right-of-Entry for Construction with the Port of New Orleans, which will allow us to proceed with construction while negotiating the PCA.  Once the PCA is executed we will acquire the necessary right-of-way in fee from the Port.

Real Estate Division will acquire any additional rights-of-entry for the accomplishment of surveys, borings, environmental investigations and construction of the project, if needed on lands beyond the right-of-way being purchased from the Port.

This project qualifies for URA (P.L. 91-646) assistance.  We have negotiated with some of the tenants and will continue to negotiate with remaining ones to provide this assistance.  A Real Estate Supplement and Gross Appraisal of the real estate interests owned by the Port were prepared as part of the Evaluation Report's efforts.

## XII. Value Engineering Plan.

Ten studies are presently scheduled to be conducted for the project design effort as shown on the table on page 19 of the PMP. These will be done during the Detailed Design Report phase of the designs.  Upon contract award, contractors will be encouraged to submit

8

Value Engineering Change Proposals (VECP's) under the VE Incentive Clause of the Contract.

Theoretically, VE methods can be applied at any time during the life of a project, but the potential for increased value diminishes with time. Highest returns on VE activity are realized when VE methods are used to establish criteria or to develop concepts. This project is at a point where VE returns can be significant. VE opportunities will be pursued as they evolve or as project conditions dictate.

VE studies will investigate alternative methods and will be conducted by an in-house interdisciplinary team, an A-E contractor and/or OVEST, according to DIVR 11-1-23. Study activity will be coordinated with Investigations and Design Studies so that specific problem areas can be addressed at the times indicated in the project schedule along with the search for Value Improvements that yield creditable savings and better products for our customers.

Each contract item with a cost estimate of $2 million or more will be reviewed to assure that previously approved VE proposals have been included in the final designs, to have a last look at accomplishing the required function for a reasonable cost, and to allow for the infusion of appropriate new technology. Pertinent information to support implementation of VE proposals will be furnished to the VE officer for inclusion in the study documentation. VE officer will prepare a summary of VE proposals and submit them to both design and management teams for validation of VE improvements. Savings claims will be based on proposal items that have been integrated into the project design.

## XIII.  Cultural Resources Plan

A comprehensive Cultural Resource Investigation of the project area was completed as part of the Reevaluation Report studies.  An Appendix to that report describes the studies conducted and the recordation requirements for the existing lock, the Galvez St. Wharf, and the St. Claude Ave. Bridge.  Impacts of this project on two National Historic Districts (Bywater and Holy Cross) were evaluated in the Reevaluation studies and an Historic District Preservation Plan will be prepared.  Provisions in the community impact mitigation plan will address impacts to the cultural/historical nature of the lock, bridge and districts.

## XIV.  Environmental Plan

An Environmental Impact Statement (EIS) was prepared and approved during the Reevaluation studies.  An extensive HTRW Investigation was conducted as part of the Reevaluation Report and is detailed in Appendix C to that report.  No HTRW substances were found in the soil or in the canal at the project site.  Only pockets of contaminated soil were identified.  These soil pockets were contaminated with oil, gas and paint which were considered non-hazardous.  This material (approximately 26,000 cubic yards) will be disposed of in an industrial landfill.

The Port of New Orleans conducted an HTRW analysis of the numerous above ground containers and tanks at the project site on the east side of the canal between Claiborne and Florida Avenues.  The Port has disposed of all of the containers, tanks, and materials within.  The cost of the analyses associated with this effort were reimbursed to the Port under a Memorandum of Agreement. The disposal of hazardous material was paid for entirely by the Port and will not be eligible for future credit.

NED-141-000001580

## XV. <u>Operations and Maintenance Plan</u>

The Corps will be responsible for operation and maintenance of the replacement lock and appurtenant guidewalls and mooring facilities. An O&M manual will be prepared for the lock. The operation and maintenance of the levees and floodwalls appurtenant to the replacement lock will be the responsibility of the Orleans Levee Board, who presently operates and maintains the hurricane protection floodwalls and Mississippi River Levees along the Inner Harbor Navigation Canal. The Claiborne Ave. bridge will be operated and maintained by the State of Louisiana Department of Transportation and Development. The St. Claude Ave. bridge will be operated and maintained by the Port of New Orleans.

NED-141-000001581

# TABLE 1

## VALUE ENGINEERING STUDY PLAN

| VE STUDY/DESCRIPTION ($1,000) | SCHEDULE | STUDY TEAM | STUDY COST |
|---|---|---|---|
| 1. Overall project, levees, floodwalls and channels | Complete | OVEST | 70.3 (A) |
| 2. Levees, Floodwalls DDR | Complete | St. Louis Dist. | 60.0 (A) |
| 3. Lock structures/foundation | FY 02 | OVEST or AE | 60 |
| 4. O&M Procedures, gates & bulkheads, guidewalls & moorings, and electrical and mechanical | FY 02 | AE or OVEST | 36 |
| 5. Demolition and site plan | FY 05 | In-house | 30 |
| 6. Utilities | Complete | AE | 47.6 (A) |
| 7. Claiborne Ave. Bridge | FY 01 | AE or OVEST | 36 |
| 8. St. Claude Ave. Bridge | FY 03 | AE or OVEST | 42 |
| 9. Identify non-excavation survey methods for S&WB's Fla. Ave. pipeines | FY 01 | AE | 13 |
| 10. Protection/Alignment Options for S&WB's Fla. Ave. pipelines | FY 01 | In-house | 12 |
| | | TOTAL | $438 |

(A) Actual Cost

NED-141-000001582

NED-141-000001583

# INNER HARBOR NAVIGATION CANAL
# LOCK REPLACEMENT PROJCET

## WORK BREAKDOWN STRUCTURE

| WBS ELEMENT | WORK ITEM NUMBER |
|---|---|
| **IHNC LOCK REPLACEMENT PROJECT** | 002H2G |
| | |
| **LOCK CONSTRCUTION** | 002H36 |
|   **Site Preparation and Demolition** | |
|     Site Preparation and Demolition Detailed Design Report (DDR) | 002H3V |
|     Demolition of Galvez St. Wharf, Plans & Specifications | 002H3X |
|     Demolition of Galvez St. Wharf, Contract and S&A | 002H3Z |
|     EDC, Demolition of Galvez St. Wharf Contract | |
|     Demolition of the Eastside Businesses, TERC Contract and S&A | 00355D |
|     EDC, Demolition of the Eastside Businesses | 00355F |
|     Demolition of Coast Guard Facilities, Plans & Specifications | |
|     Demolition of Coast Guard Facilties, Contract and S&A | |
|     EDC, Demolition of Coast Guard Facilities | |
| | |
|   **Coast Guard Facilties** | |
|     Site Selection Study for Coast Guard Facilities | 002H4P |
|     Coast Guard Facilties DDR | |
|     Coast Guard Facilities Plans and Specifications | |
|     Coast Guard Facilities Contract and S&A | |
|     EDC, Coast Guard Facilties | |
| | |
|   **Demolition of Existing Lock/St. Claude Ave. Bridge** | |
|     Demolition of Exist. Lock/St. Cld. Ave. Br. DDR | |
|     Demolition of Exist. Lock/St. Cld. Ave. Br. Plans & Specs | |
|     Demolition of Exist. Lock/St. Cld. Ave. Br. Contr and S&A | |
|     EDC, Demolition of Exist. Lock/St. Cld. Ave. Br. Contr. | |
| | |
|   **Channels and Canals** | |
|     Levees, Floodwalls, and Channels DDR | 002H4L |
|     Phase I Dredging Plans and Specifications | |
|     Phase II Dredging Plans and Specifications | |
|     Phase III Dredging Plans and Specifications | |
|     Phase I Dredging Contract and S&A | |
|     Phase II Dredging Contract and S&A | |
|     Phase III Dredging Contract and S&A | |
|     EDC, Phase I Dredging Contract | |
|     EDC, Phase II Dredging Contract | |
|     EDC, Phase III Dredging Contract | |

|  | WORK ITEM |
|---|---|
| **WBS ELEMENT** | **NUMBER** |

**Mooring Facilities**
Lock and Appurtenant Structures DDR               002H4J
Mooring Facilities Plans and Specifications
Mooring Facilities Contract and S&A
EDC, Mooring Facilities Contract

**Lock Structure**
Lock and Appurtenant Structures DDR               002H4J
    Mechanical and Electrical DDR
Materials DDR               88J80F
Pile Foundation DDR               GC7384
After Construction Foundation Report
O& M Manual
Pile Test Plans and Specifications               002MG3
Pile Test Contract and S&A               00375V
EDC, Pile Test Contract               003JCX
Tug Assistance Plans and Specifications
Tug Assistance Contract and S&A
Lock and Appurtenant Structures Plans and Specifications
Lock and Appurtenant Structures Contract and S&A
EDC, Lock and Appurtenant Structures Contract

**WES Model Studies**
Navigation Simulations               003XD7
Filling and Emptying               002H6L

**LEVEES AND FLOODWALLS**
Levees, Floodwalls and Channels DDR               002H4L
Eastside Levees and Floodwalls, Deep Soil Mix Test Section
Eastside Levees and Floodwalls PH I, St. Cld to River, P&S
Eastside Levees and Floodwalls PH I, St. Cld to River, Contr & S&A
EDC, Eastside Levees and Floodwalls PH I Contract
Eastside Levees and Floodwalls PH II, St. Cld to New Lock, P& S
Eastside Levees and Floodwalls PH II, Contr & S&A
EDC, Eastside Levees and Floodwalls PH II Contract
Westside Levees and Floodwalls PH I, St. Cld to River, P&S      002MGS
Westside Levees and Floodwalls PH I, St. Cld to River, Contr & S&A
EDC, Westside Levees and Floodwalls PH I Contract
Westside Levees and Floodwalls PH II, St. Cld to River, P&S
Westside Levees and Floodwalls PH II, St. Cld to River, Contr & S&A
EDC, Westside Levees and Floodwalls PH II Contract

|                                                             | **WORK ITEM** |
| **WBS ELEMENT**                                             | **NUMBER**    |
|-------------------------------------------------------------|---------------|
| **RELOCATIONS**                                             |               |
|   **Railroads (compensable)**                     |               |
|     Public Belt Railroad Relocations Detailed Design Report (RDDR) |               |
|     Public Belt Railroad Relocation Memorandum of Agreement | 003N9K |
|     Public Belt Railroad Relocation Contract | 003P86 |
|     S&A During Public Belt Railroad Relocation Contract |               |
|                                                             |               |
|   **Utilities (non-compensable)**                 |               |
|     Utilities RDDR                      | 002H4M        |
|     Utility Relocations Plans and Specifications |          |
|     S&A During Utility Relocations Contracts |              |
|     EDC, Utility Relocations Contracts  |               |
|                                                             |               |
|   **Claiborne Avenue Bridge**                     |               |
|     Claiborne Ave. Bridge RDDR          | 002Q31        |
|     Claiborne Ave. Bridge Plans and Specifications |       |
|     Claiborne Ave. Bridge Contract and S&A |            |
|     EDC, Claiborne Ave. Bridge Contract |               |
|                                                             |               |
|   **St. Claude Avenue Bridge, including Temporary Bridge** |       |
|     St. Claude Ave. Bridge RDDR         |               |
|     St. Claude Ave. Bridge Plans and Specifications |     |
|     St. Claude Ave. Bridge Contract and S&A |           |
|     EDC, St. Claude Ave. Bridge Contract |              |
|                                                             |               |
|   **Florida Ave. Siphon (Alternate Generator)**   |               |
|     Florida Ave. Siphon RDDR            | 0031ZG        |
|     Cost Reimbursable Agreement with S&WB | 00408P      |
|     S&A During Alernate Generator Plant Contract | 8840F9 |
|     EDC, Alternate Generator Plant Contract | KD0639    |
|                                                             |               |
| **LAND ACQUISITION**                                        |               |
|   Right-of-Entry During Construction              | 002H4N        |
|   Land Acquisition                                | 00SH4N        |
|   URA Benefits Payments                           | 0038JT        |
|                                                             |               |
| **COMMUNITY IMPACT MITIGATION PLAN**                        |               |
|   gcr & Associates Contract                       | 002H5Z        |
|   Job Training Contract (Xavier University)       | 002H5X        |
|   Florida Ave. Park Contract                      | 003C12        |
|   MOA with HUD, Home Loan Program                 |               |
|   Maintenance of Vacant Lots                      |               |
|   Middle School                                   |               |
|   Police and Emergency Medical Services           |               |

| WBS ELEMENT | WORK ITEM NUMBER |
|---|---|
| **PROJECT MANAGEMENT** | 002H60 |
| **CULTURAL RESOURCES COORDINATION** | 002H5C |
| **MISCELLANEOUS EFFORT** | |
| Environmental Branch Coordination | 002H58 |
| Economics (General) | 002KT0 |
| Value Engineering Studies | 002H5B |

NED-141-000001587

**B**

# INNER HARBOR NAVIGATION CANAL
# LOCK REPLACEMENT PROJECT

# ORGANIZATION BREAKDOWN STRUCTURE

| Resource Name | Office Symbol | Organization Code |
|---|---|---|
| Planning, Programs and Projects Management Division | PM | B2H0050 |
| Projects Management Branch - East | PM-E | B2H4200 |
| Programs Management Branch | PM-P | B2H4500 |
| Environmental Analysis Branch | PM-R | B2H4700 |
| Natural & Cultural Resource Analysis Section | PM-RN | B2H4730 |
| Environmental Projects Section | PM-RP | B2H4720 |
| Economic and Social Analysis Branch | PM-A | B2H4600 |
| Navigational Support Center | PM-AN | B2H4610 |
| | | |
| Engineering Division | ED | B2L0000 |
| Engineering Control Branch | ED-E | B2L0700 |
| Civil Branch | ED-L | B2L0400 |
| Channel Stabilization Section | ED-LC | B2L0420 |
| General Levees Section | ED-LL | B2L0440 |
| Hurricane Protection Levees Section | ED-LH | B2L0410 |
| Waterways Section | ED-LW | B2L0430 |
| Structures Branch | ED-T | B2L0900 |
| Flood Control Structures Section | ED-TF | B2L0920 |
| Major Structures Section | ED-TM | B2L0910 |
| General Engineering Branch | ED-G | B2L0800 |
| General & Environmental Design Section | ED-GE | B2L0810 |
| Materials and Specifications Section | ED-M | B2L0820 |
| Geotechnical Branch | ED-F | B2L0300 |
| Structural Foundations Section | ED-FS | B2L0310 |
| Geology Section | ED-FG | B2L0350 |
| Soils & Materials Processing Unit | ED-FG-P | B2L0352 |
| Subsurface Exploration | ED-FG-S | B2L0351 |
| Dams, Levees and Channel Slopes Section | ED-FD | B2L0340 |
| Cost Engineering Branch | ED-C | B2L0600 |

NED-141-000001589

| Resource Name | Office Symbol | Organization Code |
|---|---|---|
| Design Services Branch | ED-S | B2L0500 |
| Relocations Section | ED-SR | B2L0510 |
| Projects Engineering Section | ED-SP | B2L0520 |
| Drafting Section | ED-SD | B2L0530 |
| Surveys Section | ED-SS | B2L0550 |
| Systems & Programming Section | ED-SE | B2L0540 |
| Hydraulics and Hydrology Branch | ED-H | B2L0200 |
| Coastal Engineering Section | ED-HC | B2L0220 |
| Hydraulic Modeling Section | ED-HM | B2L0260 |
| Hydrologic Engineering Section | ED-HH | B2L0240 |
| Hydraulic Design Section | ED-HD | B2L0250 |
| | | |
| Construction Division | | |
| Office of the Chief | CD | B2M1000 |
| Quality Assurance Branch | CD-Q | B2M1100 |
| Construction Services Section | CD-QS | B2M1150 |
| Quality Management Section | CD-QM | B2M1170 |
| Contract Administration Branch | CD-C | B2M1200 |
| Structures Section | CD-CS | B2M1250 |
| Civil Section | CD-CV | B2M1290 |
| New Orleans Area Office | CD-NO | B2M1300 |
| Quality Assurance Project Management Section | CD-NO-Q | B2M1370 |
| Office Engineering Section | CD-NO-E | B2M1310 |
| | | |
| Real Estate Division | RE | B2N0000 |
| Legal Support | RE-L | B2N0010 |
| Appraisal Branch | RE-E | B2N0200 |
| Acquisition Branch | RE-A | B2N0100 |
| Planning and Control Branch | RE-P | B2N0400 |
| | | |
| Contracting Division | CT | B2P0000 |
| Construction Services Branch | CT-R | B2P0500 |
| | | |
| Operations Division | OD | B2R0000 |
| Operations Project Manager, IHNC | OD-HI | B2R0052 |
| | | |
| Board of Commissioners of the Port of New Orleans | LS | |
| Waterways Experimental Station | WES | |
| Mississippi Valley Division | MVD | |
| Headquarters, U. S. Army Corps of Engineers | HQUSACE | |
| Various Utility Owners | UTIL | |
| State of Louisiana, Dept of Transportation and Development | STATE | |

NED-141-000001590

NED-141-000001591

# INNER HARBOR NAVIGATION CANAL
# LOCK REPLACEMENT PROJCET

## RESPONSIBILITY ASSIGNMENT MATRIX

| WBS ELEMENT | WORK ITEM NUMBER | ORG CODE |
|---|---|---|
| **LOCK CONSTRCUTION** | 002H36 | |
| **Site Preparation and Demolition** | | |
| Site Preparation and Demolition Detailed Design Report (DDR) | 002H3V | B2L0520 |
| Demolition of Galvez St. Wharf, Plans & Specifications | 002H3X | B2L0810 |
| Demolition of Galvez St. Wharf, Contract and S&A | 002H3Z | B2M1170 |
| EDC, Demolition of Galvez St. Wharf Contract | | B2L0810 |
| Demolition of the Eastside Businesses, TERC Contract and S&A | 00355D | B2M1170 |
| EDC, Demolition of the Eastside Businesses | 00355F | B2L0810 |
| Demolition of Coast Guard Facilities, Plans & Specifications | | B2L0520 |
| Demolition of Coast Guard Facilties, Contract and S&A | | B2M1170 |
| EDC, Demolition of Coast Guard Facilities | | B2L0520 |
| | | |
| **Coast Guard Facilties** | | |
| Site Selection Study for Coast Guard Facilities | 002H4P | B2H4200 |
| Coast Guard Facilties DDR | | B2L0510 |
| Coast Guard Facilities Plans and Specifications | | B2L0910 |
| Coast Guard Facilities Contract and S&A | | B2M1250 |
| EDC, Coast Guard Facilties | | B2L0910 |
| | | |
| **Demolition of Existing Lock/St. Claude Ave. Bridge** | | |
| Demolition of Exist. Lock/St. Cld. Ave. Br. DDR | | B2L0520 |
| Demolition of Exist. Lock/St. Cld. Ave. Br. Plans & Specs | | B2L0810 |
| Demolition of Exist. Lock/St. Cld. Ave. Br. Contr and S&A | | B2M1170 |
| EDC, Demolition of Exist. Lock/St. Cld. Ave. Br. Contr. | | B2L0810 |
| | | |
| **Channels and Canals** | | |
| Levees, Floodwalls, and Channels DDR | 002H4L | B2L0520 |
| Phase I Dredging Plans and Specifications | | B2L0430 |
| Phase II Dredging Plans and Specifications | | B2L0430 |
| Phase III Dredging Plans and Specifications | | B2L0430 |
| Phase I Dredging Contract and S&A | | B2M1250 |
| Phase II Dredging Contract and S&A | | B2M1250 |
| Phase III Dredging Contract and S&A | | B2M1250 |
| EDC, Phase I Dredging Contract | | B2L0430 |
| EDC, Phase II Dredging Contract | | B2L0430 |
| EDC, Phase III Dredging Contract | | B2L0430 |

NED-141-000001592

| WBS ELEMENT | WORK ITEM NUMBER | ORG CODE |
|---|---|---|
| **Mooring Facilities** | | |
| Lock and Appurtenant Structures DDR | 002H4J | B2L0520 |
| Mooring Facilities Plans and Specifications | | B2L0810 |
| Mooring Facilities Contract and S&A | | B2M1250 |
| EDC, Mooring Facilities Contract | | B2L0810 |
| **Lock Structure** | | |
| Lock and Appurtenant Structures DDR | 002H4J | B2L0520 |
| Mechanical and Electrical DDR | | B2L0520 |
| Materials DDR | 88J80F | B2L0520 |
| Pile Foundation DDR | GC7384 | B2L0310 |
| **Lock Structure (con't)** | | |
| After Construction Foundation Report | | B2L0520 |
| O& M Manual | | B2L0520 |
| Pile Test Plans and Specifications | 002MG3 | B2L0310 |
| Pile Test Contract and S&A | 00375V | B2M1250 |
| EDC, Pile Test Contract | 003JCX | B2L0310 |
| Tug Assistance Plans and Specifications | | B2L0430 |
| Tug Assistance Contract and S&A | | B2L0430 |
| Lock and Appurtenant Structures Plans and Specifications | | B2L0910 |
| Lock and Appurtenant Structures Contract and S&A | | B2M1250 |
| EDC, Lock and Appurtenant Structures Contract | | B2L0910 |
| **WES Model Studies** | | |
| Navigation Simulations | 003XD7 | B2L0260 |
| Filling and Emptying | 002H6L | B2L0260 |
| **LEVEES AND FLOODWALLS** | | |
| Levees, Floodwalls and Channels DDR | 002H4L | B2L0520 |
| Eastside Levees and Floodwalls, Deep Soil Mix Test Section | | B2L0340 |
| Eastside Levees and Floodwalls PH I, St. Cld to River, P&S | | B2L0440 |
| Eastside Levees and Floodwalls PH I, St. Cld to River, Contr & S&A | | B2M1250 |
| EDC, Eastside Levees and Floodwalls PH I Contract | | B2L0440 |
| Eastside Levees and Floodwalls PH II, St. Cld to New Lock, P& S | | B2L0440 |
| Eastside Levees and Floodwalls PH II, Contr & S&A | | B2M1250 |
| EDC, Eastside Levees and Floodwalls PH II Contract | | B2L0440 |
| Westside Levees and Floodwalls PH I, St. Cld to River, P&S | 002MGS | B2L0440 |
| Westside Levees and Floodwalls PH I, St. Cld to River, Contr & S&A | | B2M1250 |
| EDC, Westside Levees and Floodwalls PH I Contract | | B2L0440 |
| Westside Levees and Floodwalls PH II, St. Cld to River, P&S | | B2L0440 |
| Westside Levees and Floodwalls PH II, St. Cld to River, Contr & S&A | | B2M1250 |
| EDC, Westside Levees and Floodwalls PH II Contract | | B2L0440 |

| WBS ELEMENT | WORK ITEM NUMBER | ORG CODE |
|---|---|---|
| **RELOCATIONS** | | |
| **Railroads (compensable)** | | |
| Public Belt Railroad Relocations Detailed Design Report (RDDR) | | B2L0510 |
| Public Belt Railroad Relocation Memorandum of Agreement | 003N9K | B2L0510 |
| Public Belt Railroad Relocation Contract | 003P86 | UTIL |
| S&A During Public Belt Railroad Relocation Contract | | B2M1250 |
| | | |
| **Utilities (non-compensable)** | | |
| Utilities RDDR | 002H4M | B2L0510 |
| Utility Relocations Plans and Specifications | | UTIL |
| S&A During Utility Relocations Contracts | | B2M1250 |
| EDC, Utility Relocations Contracts | | B2L0510 |
| | | |
| **Claiborne Avenue Bridge** | | |
| Claiborne Ave. Bridge RDDR | 002Q31 | B2L0510 |
| Claiborne Ave. Bridge Plans and Specifications | | STATE |
| Claiborne Ave. Bridge Contract and S&A | | STATE |
| EDC, Claiborne Ave. Bridge Contract | | B2L0510 |
| | | |
| **St. Claude Avenue Bridge, including Temporary Bridge** | | |
| St. Claude Ave. Bridge RDDR | | B2L0510 |
| St. Claude Ave. Bridge Plans and Specifications | | B2K0910 |
| St. Claude Ave. Bridge Contract and S&A | | B2M1250 |
| EDC, St. Claude Ave. Bridge Contract | | B2L0910 |
| | | |
| **Florida Ave. Siphon (Alternate Generator)** | | |
| Florida Ave. Siphon RDDR | 0031ZG | B2L0510 |
| Cost Reimbursable Agreement with S&WB | 00408P | B2L0510 |
| S&A During Alernate Generator Plant Contract | 8840F9 | B2M1250 |
| EDC, Alternate Generator Plant Contract | KD0639 | B2L0510 |
| | | |
| **LAND ACQUISITION** | | |
| Right-of-Entry During Construction | 002H4N | B2N0010 |
| Land Acquisition | 00SH4N | B2N0100 |
| URA Benefits Payments | 0038JT | B2N0100 |
| | | |
| **COMMUNITY IMPACT MITIGATION PLAN** | | |
| gcr & Associates Contract | 002H5Z | B2H4200 |
| Job Training Contract (Xavier University) | 002H5X | B2H4200 |
| Florida Ave. Park Contract | 003C12 | B2H4370 |
| MOA with HUD, Home Loan Program | | B2H4200 |
| Maintenance of Vacant Lots | | B2H4200 |
| Middle School | | B2H4200 |
| Police and Emergency Medical Services | | B2H4200 |

NED-141-000001594

| WBS ELEMENT | WORK ITEM NUMBER | ORG CODE |
|---|---|---|
| **PROJECT MANAGEMENT** | 002H60 | B2H4200 |
| **CULTURAL RESOURCES COORDINATION** | 002H5C | B2H4730 |
| **MISCELLANEOUS EFFORT** | | |
| Environmental Branch Coordination | 002H58 | B2H4720 |
| Economics (General) | 002KT0 | B2H4610 |
| Value Engineering Studies | 002H5B | B2H0050 |

NED-141-000001595

D

NED-141-000001596

## PROJECT EXECUTION PLAN
## FISCAL YEAR 2001

**Project Name:** Inner Harbor Navigation Canal Lock Replacement

**Local Sponsor:** Board of Commissioners of the Port of New Orleans

**Project Purpose:** Inland Navigation

**Project Phase:** CONSTRUCTION
Date Initiated: October 1998          Scheduled Completion: November 2013

**Project Management Team Members:**
Joe Dicharry, Senior Project Manager     Mike Stout, Project Manager
Ron Elmer, Engineering Division          Darwin Reed, Real Estate Division
Lee Guillory, Construction Division      Richard Boe, Environmental
Ed Lyon, Cultural Resources              Diane Pecoul, Contracting Division
Mike Park, Operations Division           Jim St. Germain, Construction Division
Steve Finnegan, Landscape/Recreation

**Project Financial Data:**
Allocated Funds FY 2001:  $13,733,000 (excludes $2,616,000 Savings & Slippage)
Non-Federal Funds FY 2001:      0
Carryover funds from FY 2000:  $1,713,000 (UDO's and Unobligated)
Total Funds Available for Expenditure FY 2001:  $15,446,000 (excl. S&S restored)
Payback from FY 00:  $6,375,000($3.9 million from St. Paul Dist, $2.475 milliom from MVD)
Total Funds Available for Expenditure FY 2001:$21,821,000 (excl. S&S restored w/payback)
Total Funds Available for Expenditure FY 2001:$24,437,000 (incl. S&S restored w/payback)
Undelivered Orders 1 Oct 00:$1,426,000
Undelivered Orders 1 Oct 00 on Contracts:$1,426,000
Total Funds Available for Obligation FY 2001:  $20,495,000 (excl. S&S restored w/payback)
Total Funds Available for Obligation FY 2001:  $23,011,000 (incl. S&S restored w/payback)
Programmed Carryover to FY 2002:      0

**Description of Scheduled Accompishments in FY 2001:**

Implement Community Impact Mitigation Plan
          Continue contract for Community Needs Assessment and Implementation Plan
          Continue contract for an Initial Job Training Program
          Complete contract for conceptual design, Florida Ave. Park
          Initiate Mitigation Measures (home loan program, maint. of vacant lots, etc.)
Continue Fla. Ave. Siphon (Alternate Generators) Relocation
Complete DDR, Levees, Floodwalls and Channels (A-E and In-house)
Complete RDDR, Utilities' Relocations
Initiate Contract, Demolition of the Galvez St. Wharf
Initiate DDR, Materials
Initiate Contract, Westbank Levees, Ph I, St. Claude to Miss. River
Negotiate and Execute a Project Cooperation Agreement with the Port of New Orleans
Complete Land Acquisition

NED-141-000001597

**Description of Scheduled Accomplishments in FY 2001: (continued)**

Acquire ROE for Construction from Port of New Orleans
Initiate Preparation of the Historic District Conservation Plan
Initiate Task Order, T.E.R.C., Demolition of the Eastside Businesses
Initiate DDR, Relocation of Coast Guard Facilities
Initiate RDDR, Claiborne Ave. Bridge
Continue DDR, Lock and Appurtenent Structures
Complete DDR - Foundations
Develop a Virtual Reality/Interactive Computer Model
Continue WES Model Studies (Ship Simulator and Fill/Empty models)
Complete DDR - Site Prep and Demolition
Initiate Contract Tast Order for Recreation/Aesthetics Plan for Levees and Floodwalls
Continue UNO Real Estate Values Analysis Contract
Complete P&S - Demolition of Galvez St. Wharf
Complete P&S - Westbank Levees, PH I, St. Claude to River
Complete Deep Soil Mixing Test Section
Develop Plan/P&S, Oak Tree Relocation
Initiate P&S, Eastbank LeveesPH I, St. Claude to Miss. River
Complete Operational Safety Plan

**Resources Required: (assuming unlimited funding)**

| Task Name | Initiation Date | Scheduled Completion | FY 01 Estimated Costs ($1,000) | | | Responsible Team Member |
|---|---|---|---|---|---|---|
| | | | In-House | A/E | Other | |
| Real Estate Acquisition | Oct-97 | Jul-01 | 215.0 | 0.0 | 0.0 | Darwin Reed |
| Land Payments | Oct-97 | Jul-01 | 0.0 | 0.0 | 16,897.0 | Darwin Reed |
| URA Payments | Oct-97 | Jul-01 | 0.0 | 0.0 | 1,600.0 | Darwin Reed |
| DDR - Lev./FW./Chan. (ED) | Oct-97 | Dec-00 | 138.0 | 15.0 | 0.0 | Ron Elmer |
| DDR - Lock (ED) | Dec-00 | Dec-02 | 340.0 | 200.0 | 0.0 | Ron Elmer |
| RDDR - Utilities (ED) | Jan-98 | Dec-00 | 168.0 | 100.0 (surveys) | 0.0 | Ron Elmer |
| Cultural Resources Coor. | Oct-00 | Sep-01 | 10.0 | 0.0 | 0.0 | Ed Lyon |
| Environ. Coordination | Oct-00 | Sep-01 | 10.0 | 0.0 | 0.0 | Richard Boe |
| Landscape/Recreation | Oct-00 | Sep-01 | 47.0 | 75.0 | 0.0 | Steve Finnegan |
| Hist. Dist. Conserve. Plan | Oct-00 | Sep-01 | 15.0 | 60.0 | 0.0 | Ed Lyon |
| Economics Coordination | Oct-00 | Sep-01 | 10.0 | 0.0 | 0.0 | Mark Haab |
| Project Management | Oct-00 | Sep-01 | 230.0 | 14.3 (Ragas CN) | 0.0 | Joe Dicharry |

NED-141-000001598

**Resources Required: (continued)**

| Task Name | Initiation Date | Scheduled Completion | FY 01 Estimated Costs ($1,000) In-House | A/E | Other | Responsible Team Member |
|---|---|---|---|---|---|---|
| DDR - Foundations | Sep-98 | Nov-00 | 57.0 | 0.0 | 0.0 | Joe Dicharry |
| DDR - Coast Guard Reloc. | Apr-01 | Dec-02 | 20.0 | 0.0 | 0.0 | Ron Elmer |
| RDDR - Claiborne Ave. Bridge (ED) | Jun-00 | Sep-01 | 164.0 | 360.0 | 0.0 | Ron Elmer |
| P&S - Deep Soil Mixing Test Section | Dec-00 | Feb-01 | 50.0 | 25.0 | 0.0 | Ron Elmer |
| Programs Management | Oct-00 | Sep-01 | 20.0 | 0.0 | 0.0 | Audrey Gunn |
| Contracting Div. Coord. | Oct-00 | Sep-01 | 10.0 | 0.0 | 0.0 | Diane Pecoul |
| DDR - Site Prep & Demol | Oct-98 | Dec-00 | 67.0 | 15.0 | 0.0 | Ron Elmer |
| P&S - Demolition of Galvez St. Wharf | Oct-98 | Dec-00 | 79.0 | 0.0 | 0.0 | Ron Elmer |
| P&S - Westbank Levee, PH I, St. Cld to Miss River | Oct-98 | Dec-00 | 75.0 | 0.0 | 0.0 | Ron Elmer |
| DDR - Materials | Oct-00 | Sep-02 | 0.0 | 0.0 | 300.0 (VXD) | Ron Elmer |
| Computer Model (ED) (incl. PROJECTWISE) | Jan-99 | Jun-01 | 55.0 | 67.0 | 81.0 | Ralph Scheid |
| WES Model Studies (Ship Simul. and Fill/Empty) | Jan-98 | Jun-01 | 108.5 | 0.0 | 415.0 | Ron Elmer |
| Job Train Prog. (PM-E) | Aug-00 | Aug-01 | 0.0 | 274.1 | 0.0 | Mike Stout |
| Community Impact Mitig. Plan Impl. (PM-E) | Sep-99 | Sep-01 | 0.0 | 378.1 (gcr CN) | 0.0 | Mike Stout |
| Mitigation (PM-E) | Nov-99 | Mar-00 | 0.0 | 0.0 | 700.0 | Mike Stout |
| HAER Documen. - Lock & St. Claude Ave. Bridge | Oct-00 | Sep-01 | 15.0 | 70.0 | 0.0 | Ed Lyon |
| Operational Safety Plan | Oct-99 | Sep-01 | 20.0 | 0.0 | 0.0 | Mike Park |
| P&S - Eastbank Lev, PH I St. Claude-Miss. Riv. (ED) | Oct-00 | Mar-01 | 200.0 | 0.0 | 0.0 | Ron Elmer |

NED-141-000001599

**Resources Required: (continued)**

| Task Name | Initiation Date | Scheduled Completion | FY 01 Estimated Costs ($1,000) In-House | A/E | Other | Responsible Team Member |
|---|---|---|---|---|---|---|
| Galvez St. Wharf | | | | | | |
| Demolition Contract | Mar-01 | Mar-02 | 0.0 | 0.0 | 3,300.0 | Jim St. Germain |
| EDC (Engr. Div.) | Mar-01 | Mar-02 | 60.0 | 0.0 | | Ron Elmer |
| S&A (Const. Div.) | Mar-01 | Mar-02 | 250.0 | 0.0 | | Jim St. Germain |
| | | | | | | |
| Westbank Levees, Ph I, | | | | | | |
| St. Cld. to M.R. Contract | Apr-01 | Feb-02 | 0.0 | 0.0 | 523.0 | Jim St. Germain |
| EDC (Engr. Div.) | Apr-01 | Feb-02 | 50.0 | 0.0 | | Ron Elmer |
| S&A (Const. Div.) | Apr-01 | Feb-02 | 150.0 | 0.0 | | Jim St. Germain |
| | | | | | | |
| Fla. Ave. Siphon, Alternate | | | | | | |
| Generators | Mar-00 | Dec-01 | 0.0 | 0.0 | 3,000.0 | Dave Wurtzel |
| EDC (Engr. Div.) | Mar-00 | Dec-01 | 127.5 | 0.0 | | Dave Wurtzel |
| S&A (Const. Div.) | Mar-00 | Dec-01 | 10.0 | 0.0 | | Jim St. Germain |
| | | | | | | |
| Deep Soil Mixing Test Sec. | Apr-00 | Aug-01 | 0.0 | 0.0 | 500.0 | Jim St. Germain |
| EDC (Engr. Div.) | Apr-00 | Aug-01 | 30.0 | 0.0 | | Pete Cali |
| S&A (Const. Div.) | Apr-00 | Aug-01 | 40.0 | 0.0 | | Jim St. Germain |
| | | | | | | |
| Demolition of Eastside | | | | | | |
| Businesses T.E.R.C. | | | | | | |
| Contract,incl Tulsa S&A | Nov-00 | Nov-02 | 0.0 | 0.0 | 9,900.0 | Lee Guillory |
| EDC (Engr. Div.) | Nov-00 | Nov-02 | 54.0 | 0.0 | | Jean Vosson |
| S&A (Const. Div.) | Nov-00 | Nov-02 | 376.0 | 0.0 | | Lee Guillory |
| | | | | | | |
| TOTALS | | | 3,512.0 | 2,013.5 | 37,216.0 | |
| | | | | | | |
| | | TOTAL COST | | | 42,741.5 | |
| TOTAL E&D | | | | | 5,046.4 | |
| TOTAL S&A | | | | | 786.0 | |
| TOTAL MITIGATION | | | | | 974.1 | |
| TOTAL 01 ACCOUNT | | | | | 18,712.0 | |

NED-141-000001600

**PROJECT EXECUTION PLAN**
**FISCAL YEAR 2002**

**Project Name:**  Inner Harbor Navigation Canal Lock Replacement

**Local Sponsor:**  Board of Commissioners of the Port of New Orleans

**Project Purpose:**  Inland Navigation

**Project Phase:** CONSTRUCTION
        Date Initiated: October 1998        Scheduled Completion: November 2013

**Project Management Team Members:**
        Joe Dicharry, Senior Project Manager    Mike Stout, Project Manager
        Ron Elmer, Engineering Division         Darwin Reed, Real Estate Division
        Lee Guillory, Construction Division      Richard Boe, Environmental
        Ed Lyon, Cultural Resources          Diane Pecoul, Contracting Division
        Mike Park, Operations Division        Jim St. Germain, Construction Division
        Steve Finnegan, Landscape/Recreation

**Project Financial Data:**

        Budget Request: $
        President's Budget Amount: $

**Description of Scheduled Accomplishments in FY 2002:**

        Implement Community Impact Mitigation Plan
                Continue contract for Community Needs Assessment and Implementation Plan
                Continue contract Job Training Program
                Continue Mitigation Measures
        Complete Contract, Demolition of the Galvez St. Wharf
        Complete DDR, Materials
        Complete Contract, Westbank Levees, Ph I, St. Claude to Miss. River
        Initiate Contract, Eastbank Levees, PH II, St. Claude to Claiborne Ave.
        Initiate Contract, Relocation of Coast Guard Facilities
        Complete Preparation of the Historic District Conservation Plan
        Continue Task Order, T.E.R.C., Demolition of the Eastside Businesses
        Complete DDR, Relocation of Coast Guard Facilities
        Complete RDDR, Claiborne Ave. Bridge
        Continue DDR, Lock and Appurtenent Structures
        Continue UNO Real Estate Values Analysis Contract
        Initiate RDDR, St. Claude Ave. Bridge (including temporary bridge)
        Initiate P&S, Eastbank Levees, PH II, St. Claude to Claiborne Ave.
        Complete Contract, Eastbank Levees, PH I, St. Cluade to Miss. River
        Complete P&S, Eastbank Levees, PH I, St. Claude to Miss. River
        Complete Fla. Ave. Siphon (Alternate Generator) Relocation

Complete WES Model Studies (Ship Simulator and Fill/Empty Models)
Initiate and Complete Contract, Oak Tree Relocation

**Resources Required:**

| Task Name | Initiation Date | Scheduled Completion | FY 02 Estimated Costs ($1,000) In-House | A/E | Other | Responsible Team Member |
|---|---|---|---|---|---|---|
| RDDR - St. Claude Ave. Br. | Dec-01 | Jan-04 | 340.0 | 1,200.0 | 0.0 | Ron Elmer |
| DDR - Lock (ED) | Dec-00 | Dec-02 | 340.0 | 1,200.0 | 0.0 | Ron Elmer |
| Cultural Resources Coor. | Oct-01 | Sep-02 | 10.0 | 0.0 | 0.0 | Ed Lyon |
| Environ. Coordination | Oct-01 | Sep-02 | 10.0 | 0.0 | 0.0 | Richard Boe |
| WES Model Studies | Jan-98 | Jun-01 | 108.5 | 0.0 | 415.0 | Ron Elmer |
| Hist. Dist. Conserve. Plan | Oct-00 | Sep-01 | 20.0 | 60.0 | 0.0 | Ed Lyon |
| Economics Coordination | Oct-01 | Sep-02 | 10.0 | 0.0 | 0.0 | Mark Haab |
| Project Management | Oct-01 | Sep-02 | 230.0 | 14.3 (Ragas CN) | 0.0 | Joe Dicharry |
| DDR - Coast Guard Reloc. | Apr-01 | Dec-02 | 100.0 | 300.0 | 0.0 | Ron Elmer |
| DDR - Materials | Oct-00 | Sep-02 | 30.0 | 0.0 | 0.0 | Ron Elmer |
| RDDR - Claiborne Ave. Bridge (ED) | Jun-00 | Sep-01 | 80.0 | 200.0 | 0.0 | Ron Elmer |
| P&S - Eastbank Levees PH II, St. Cld to Claiborne | Oct-01 | Mar-02 | 250.0 | 50.0 | 0.0 | Ron Elmer |
| Programs Management | Oct-01 | Sep-02 | 20.0 | 0.0 | 0.0 | Audrey Gunn |
| Contracting Div. Coord. | Oct-01 | Sep-02 | 10.0 | 0.0 | 0.0 | Diane Pecoul |
| Job Train Prog. (PM-E) | Aug-00 | Aug-01 | 0.0 | 274.1 | 0.0 | Mike Stout |
| Community Impact Mitig. Plan Impl. (PM-E) | Sep-99 | Sep-01 | 0.0 | 378.1 (gcr CN) | 0.0 | Mike Stout |
| Mitigation (PM-E) | Nov-99 | Mar-00 | 0.0 | 0.0 | 700.0 | Mike Stout |
| Galvez St. Wharf Demolition Contract | Mar-01 | Mar-02 | 0.0 | 0.0 | 2,507.0 | Jim St. Germain |
| EDC (Engr. Div.) | Mar-01 | Mar-02 | 60.0 | 0.0 | | Ron Elmer |
| S&A (Const. Div.) | Mar-01 | Mar-02 | 250.0 | 0.0 | | Jim St. Germain |

NED-141-000001602

**Resources Required: (continued)**

| Task Name | Initiation Date | Scheduled Completion | FY 02 Estimated Costs ($1,000) In-House | A/E | Other | Responsible Team Member |
|---|---|---|---|---|---|---|
| Oak Tree Relocation | | | | | | |
| Contract | Nov-01 | Mar-02 | 0.0 | 0.0 | 300.0 | Jim St. Germain |
| EDC (PPPM. Div.) | Nov-01 | Mar-02 | 20.0 | 0.0 | | Steve Finnegan |
| S&A (Const. Div.) | Nov-01 | Mar-01 | 80.0 | 0.0 | | Jim St. Germain |
| | | | | | | |
| Westbank Levees, Ph I, | | | | | | |
| St. Cld. to M.R. Contract | Mar-01 | Jan-02 | 0.0 | 0.0 | 327.0 | Jim St. Germain |
| EDC (Engr. Div.) | Mar-01 | Jan-02 | 50.0 | 0.0 | | Ron Elmer |
| S&A (Const. Div.) | Mar-01 | Jan-02 | 150.0 | 0.0 | | Jim St. Germain |
| | | | | | | |
| Eastbank Levees, Ph I, | | | | | | |
| St. Cld. to M.R. Contract | Jun-01 | Mar-02 | 0.0 | 0.0 | 550.0 | Jim St. Germain |
| EDC (Engr. Div.) | Jun-01 | Mar-02 | 30.0 | 0.0 | 0.0 | Ron Elmer |
| S&A (Const. Div.) | Jun-01 | Mar-02 | 150.0 | 0.0 | 0.0 | Jim St. Germain |
| | | | | | | |
| Fla. Ave. Siphon, Alternate | | | | | | |
| Generators | Mar-00 | Dec-01 | 0.0 | 0.0 | 3,000.0 | Dave Wurtzel |
| EDC (Engr. Div.) | Mar-00 | Dec-01 | 127.5 | 0.0 | | Dave Wurtzel |
| S&A (Const. Div.) | Mar-00 | Dec-01 | 10.0 | 0.0 | | Jim St. Germain |
| | | | | | | |
| Demolition of Eastside | | | | | | |
| Businesses T.E.R.C. | | | | | | |
| Contract,incl Tulsa S&A | Nov-00 | Nov-02 | 0.0 | 0.0 | 10,000.0 | Lee Guillory |
| EDC (Engr. Div.) | Nov-00 | Nov-02 | 54.0 | 0.0 | | Jean Spadaro |
| S&A (Const. Div.) | Nov-00 | Nov-02 | 376.0 | 0.0 | | Lee Guillory |
| | | | | | | |
| TOTALS | | | 2,656.0 | 2,676.5 | 17,799.0 | |

TOTAL COST  23,131.5

TOTAL E&D  4,396.5

TOTAL S&A  936.0

TOTAL MITIGATION  974.1

NED-141-000001603

NED-141-000001604

CEMVN-ED-SA                                                                    18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

This Acquisition Plan for A-E Service Contracts is in accordance with applicable instructions contained in Federal Acquisition Regulation (FAR) Part 7.105, Department of Defense Federal Acquisition Regulation Supplement (DFARS) 207.105, Army Federal Acquisition Regulation Supplement (AFARS) 7.103, and Engineering Acquisition Regulation Supplement (EFARS) 7.103.

## PART A: ACQUISITION BACKGROUND – OBJECTIVES

1. **Statement of Need.**
   **a.** Background.
      (1) The New Orleans District (MVN) is planning to replace the Inner Harbor Navigation Lock, also referred to as the Industrial Canal lock, in New Orleans, Louisiana on the Inner Harbor Navigational Canal (IHNC). The canal and lock were opened to navigation in 1923. This canal connects the Mississippi River with the Gulf Intracoastal Waterway and the Mississippi River Gulf Outlet in the Port of New Orleans. The existing lock is still functioning, but is too small to handle today's navigation traffic. It needs to be replaced with a longer and wider lock, as needed by the Port of New Orleans. MVN submitted a Feasibility Report in 1997 to HQUSACE and has received HQ's approval to move forward into the Preconstruction Engineering and Design and Construction phases for the Lock Replacement Project.
      (2) The Lock Replacement Project has numerous social, monetary, engineering and construction constraints that must be considered. The existing lock is located in an industrial, as well as a densely populated area that because of the community's residential character narrows construction and design options. Several of these constraints are:
        (a) The new lock needs to be moved to a site about one-half mile, in the channel, from the existing lock and will require innovative construction techniques.
        (b) Because of the surrounding community constraints, MVN has developed an extensive community impacts mitigation plan.
        (c) Navigation access through the canal and vehicular traffic across three busy commuter bridges must be maintained on a continuous basis during all phases of construction.
        (d) These and other constraints will require extensive design scheduling and construction sequencing to minimize the social impacts and site disruption throughout the 10-12 years of design and construction. See attachment 1 that identifies the scheduling of design and construction activities. We provide attachment 1 to show the durations and sequencing of activities. Note that the dates indicated on attachment are no longer appropriate; the durations and sequencing are appropriate.
        (e) The construction cost of this project is about $600 million.
   **b.** History of Architect-Engineer Contract Use. Because Corps Districts have an initiative to contract a portion of their engineering effort to the private sector, MVN is accommodating this initiative by currently using Architect-Engineer (A-E) Services, firm fixed price (FFP)

1

NED-141-000001605

CEMVN-ED-SA                                                                      18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

contracts (single award and indefinite delivery indefinite quantity (IDIQ)). MVN uses these FFP contracts to accomplish approximately 30 percent of its engineering effort. MVN is accomplishing this initiative with the use of approximately 30 A-E contracts; 22 are IDIQ and 8 are single award. On average, the single award contracts have duration of 2 to 3 years and the IDIQ contracts have duration of 3 years (one base period and two option periods). The design of and schedule for this project will stretch the in-house resources of the MVN. We will continue the A-E initiative and will contract with new A-Es to provide the needed engineering and design support for the IHNC Lock Replacement Project.

c.  Acquisition Objectives and Waiver. 1) MVN proposes using A-E services contracts for the IHNC Lock Replacement Project and the dollar amount for these A-E contracts will total approximately $40,000,000. Since these acquisitions for one project will total approximately $15,000,000, MVN must provide HQUSACE with the acquisition plan for HQ review and approval. This acquisition plan has the objectives of identifying the number and types of A-E contracts, the proposed dollar expenditures for these contracts, the schedule for accomplishing particular acquisition milestones and of getting HQUSACE approval to proceed with these acquisitions. 2) MVN proposes using A-E contracts that have more than the three performance periods of one year per period. MVN provides in this acquisition plan the reasons, details and the request for HQUSACE approval of the waiver to exceed the three performance periods of one year per period.

2.  **Applicable Conditions.** MVN has HQUSACE's approval to move forward into the Preconstruction Engineering and Design and Construction phases for the IHNC Lock Replacement Project. MVN has an initiative to contract about 30 percent of its engineering effort to the private sector. MVN will proceed to accommodate these conditions.

3.  **Cost.** MVN estimates the remaining Engineering and Design Costs for the IHNC Lock Replacement Project to be approximately $56,000,000. Starting with design and ending with construction completion, this project has duration of 10-12 years. MVN does not have the in-house resources to totally engineer this project and its other projects.

4.  **Capability or Performance.** This Project requires engineering for major structures and excavation in and adjacent to the Inner Harbor Navigational Canal. The engineering is for a new lock, removal of an existing lock, relocation of two movable-span vehicular bridges, relocation of utilities and major excavation for a channel and utility crossings within an existing canal. Successful performance of such engineering requires the services of civil, structural, geotechnical, hydraulic, mechanical and electrical engineers and architects and the associated and ancillary positions. MVN will solicit the services of A-Es, to include those A-Es that specialize in the design of the above-mentioned major structures. The A-Es will be selected using the Brooks Architect-Engineer Act and the selection procedure in Part 36 of the Federal Acquisition Regulation (FAR) and its supplement – evaluation based on the A-E's demonstrated competence and professional qualifications and the negotiation of a fair and reasonable price. Upon award of particular A-E contracts, MVN will specify pertinent technical requirements and

2

NED-141-000001606

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

engineering regulations that will identify the performance standards for the engineering. MVN will further specify applicable FARS, DFARS, EFARS and ACASS requirements that will identify the standards needed for the contractual performance. Qualified firms will be selected based on these factors.

5. **Performance-Period Requirements.** The A-E design for this Project will begin during the 2nd Quarter of Fiscal Year 2001, with the award of the Claiborne Avenue Bridge Design Report. MVN will then award subsequent A-E contracts on an "as needed" basis. The engineering for all contracts related to this Project would conclude approximately 12 years after the first contract is awarded.

6. **Trade-Offs.** MVN will strive first to accommodate the design schedule for the various Lock Replacement Project features. If the funds for the project are not appropriated as scheduled, MVN will apportion the funds so that progress for design of features on the critical path will continue on schedule. As designs of features on the critical path are completed, MVN will then strive to accommodate the construction schedule for those features on the critical path. During the progress for this project (e.g. on a quarterly basis), the Project Management will evaluate the various trade-off conditions to efficiently provide direction in the further progress.

7. **Risks.** Possible risks that may adversely affect the project are continued resistance from portions of the community against the project; funds not appropriated as scheduled, major design changes, unforeseen HTRW (hazardous, toxic and radioactive waste) and a field condition changing a major construction item. To alleviate these risks and throughout the duration of this project,

    a. MVN will continue to enhance its ties with the total local community and communicate to them the many mitigation measures that will both lessen the project's adverse affects to the community and also make better certain community features. The important community features are roads and bridges, job opportunities, traffic and police services, health facilities and beautification.

    b. On a quarterly basis, Project Management will evaluate the above-mentioned risks, will anticipate the potential adverse affects of these risks and will efficiently provide direction in the further progress of this project, such that the risks will be minimized or eliminated.

8. Acquisition Streamlining. Within MVN, the Contracting Division has coordinate extensively with Engineering Division and Project Management to identify contract options that will efficiently bring on A-Es to accomplish the needed engineering and scheduling. A requirements type of contract was initially considered, however, in the final analysis we will consider the use of Indefinitely Delivery Indefinite Quantity (IDIQ) for five contracts and Firm Fixed-Price for two contracts. Multiple contract awards will be considered where appropriate.

3

CEMVN-ED-SA                                                                          18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

## PART B: PLAN OF ACTION

1. **Sources.**
   a.  A-Es are readily available and highly qualified to accomplish the engineering services needed by the Lock Replacement Project. MVN has been employing the services of A-Es for at least the past ten years and has always received submittals from numerous, highly qualified A-E firms. These A-Es have principally been large businesses with small businesses as subcontractors. For this Project, MVN will solicit design services of small businesses, small disadvantaged businesses and women-owned small businesses as prime contractors. MVN's past and present A-Es have performed a wide variety of engineering services, to include, studies, design reports, plans and specifications and engineering during construction for projects dealing with locks, pump stations, bridges, drainage structures, levees, floodwalls and floodgates. The engineering services also include the ancillary services for surveys, mapping, soil borings and testing, and inspection and evaluation of existing structures.

   b.  MVN concludes that it would be in the best interest of the Government to award one contract on an unrestricted basis for design of the lock itself. MVN requires a subcontracting plan if it awards a single contract to a large business.   MVN deems it necessary to utilize a single award for the following reasons. MVN will issue task orders to the A-E to design the lock in phases (Design Report, Plans and Specifications, and Engineering During Construction). The A-E will bear responsibility and liability for all design phases. With one A-E for the design of all phases, there are consistency and accuracy of data, assumptions, and calculations and there is protection of propriety data. One A-E will be more efficient in schedules and in cost as the A-E transitions from phase to phase. Should MVN decide to perform some of the design in-house and by other districts, that work could be easily set-aside for that purpose and not present a threat to the one A-E who would readily share his design assumptions and calculations with MVN. It is prudent that there be a single clearinghouse for the lock design so that nothing falls through the cracks. If MVN uses multiple designers, the management burden on MVN would adversely infringe on our current capability and capacity. Placing the design of the lock with one A-E is in the Government's best interest.

   c.  MVN intends to solicit separately to the small business community the designs for those features not physically attached to the lock. This includes all contracts, except the contract for the design of the lock itself. MVN will conduct market research to determine interest and capabilities of the small business community, and provide meaningful opportunities for small business A-E firms to compete.

2. **Competition.** MVN will select the A-Es in accordance with the Brooks Architect-Engineer Act, FAR Part 36 and, specifically, EFARS 36.601-3. Further guidance is EP 715-1-7, Architect-Engineer Contracting. MVN will solicit the engineering services with "full and open competition" and with "full and open competition after exclusion of sources". The solicitation, if issued unrestricted, will require large business prime contractors to submit a small business-

4

NED-141-000001608

CEMVN-ED-SA                                                                18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

subcontracting plan. All requirements prior to solicitation will be reviewed for potential small business programs, set-aside or the Section 8(a) Business Development Program

3. **Source-Selection Procedures.** MVN will procure the A-E services according to the policies defined by the Brooks A-E Act. The Brooks A-E Act requires the public announcement of requirements for A-E services; in most cases, the announcement is in the Commerce Business Daily. The Act requires the selection of the most highly qualified A-E firms based on demonstrated competence and professional qualifications. The A-E firms will identify and present their qualifications in Standard Forms 254s and 255s. MVN will set up selection boards that will evaluate each firm's submittal, then will identify and interview the most highly qualified firms, and will recommend for negotiation the most preferred firm or firms. MVN and each recommended A-E firm will then negotiate a fair and reasonable price for the specific work of the proposed contract. In each of the solicitations that the MVN will issue for these A-E services, the following are primary selection factors that the A-E firms will be evaluated on:

   a. Specialized experience and technical competence of the firm and its key personnel.
   b. Professional qualifications of the key design personnel available for work on the project in particular engineering and technical disciplines.
   c. Capacity of personnel and equipment to perform the requirements and provide the submittals of the project.
   d. Knowledge of the local conditions that have major design influences on the project.
   e. Past performance on DOD projects with respect to cost control, quality of work and compliance with performance schedules. Includes past performance for any significant subcontractors.

   The following are secondary selection factors that the A-E firms will be evaluated on if the most highly qualified firms are tied after the scoring on the primary selection factors:

   a. Extent of participation of local small business, including small disadvantaged business, historically black colleges and universities, and minority institutions on the proposed contract team as measured as a percentage of the total anticipated contract effort. The greater the participation, the greater the consideration; and the greater the local participation, the greater the consideration.
   b. Volume of DOD contract awards in the last twelve months.
   c. Location of the design firm in the general geographic area of the project.

   The weighted scores have the characteristic that the first factor is higher weighted than the next and the last factor is the least weighted; the weighted scores decrease from first factor to last factor.

4. **Contracting Consideration.**
   a. MVN proposes to negotiate A-E firm fixed price contracts for five items related to the Lock Replacement Project. It is anticipated that seven contracts will be awarded. Attachment 2 lists the proposed A-E contracts and the periods of performance and monetary upper limits that MVN proposes in the Acquisition Plan. The A-E contracts will be phased throughout the project to match construction and monetary limitations.

5

NED-141-000001609

CEMVN-ED-SA                                                                18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

Continuity of designs requires the A-Es that do the Design Reports (DR) and Plans and Specifications (P&S) must also do the Engineering During Construction (EDC). The following are reasons for the continuity of the designs. An A-E has professional ownership of the P&S. This same A-E should continue this ownership by reviewing and commenting on the construction of its design and resolving construction problems with design revisions, when needed. MVN believes that it is professionally more desirable, engineering preferred and cost effective for the same A-E to do the EDC. Also, because of the complexity and difficulty in sequencing the design and construction of a major lock project, MVN request a waiver to exceed the three performance periods of one year per period for the A-E to accommodate continuous engineering that includes Design Report, Plans and Specifications, and Engineering During Construction. The A-E contracts listed in attachment 2 are the major engineering support services needed for completion of the project; but depending on our resources and if the need arises, we may need to acquire additional A-E contracts.

b. The following are descriptions for each of the contracts listed in attachment 2. For Item 1, the new lock's design report (DR), plans and specifications (P&S) and the engineering during construction (EDC), MVN will use a FFP IDIQ contract with a three-year base period and two three-year option periods, unrestricted. For Item 2, general designs of associated elements related to the Lock Replacement Project, MVN would use possibly up to three IDCs, which will have a base period of one year and four option periods of one year each. For Item 3, the Claiborne Avenue vertical lift span bridge's DR, MVN will use a FFP single award contract. For Item 4, the St. Claude Avenue bascule bridge's DR, P&S and EDC, MVN will use an IDIQ contract. For Item 5, the demolition of the existing lock's DR, P&S and EDC, MVN will use a FFP single award contract. MVN anticipates set-asides for all contracts except the contract for the new design of the lock itself, Item 1.

c. MVN will review and make a determination regarding options at the end of each contract period. MVN estimates that it will take approximately three years to start and complete the design report for the principle features of the lock design, then two to three years to start and complete the plans and specifications for the principle lock features, and then three years for engineering during construction.

5. **Budgeting and Funding.** Based on the detailed schedule (Attachment 1) for the Lock Replacement, MVN estimates fiscal year expenditures by these contracts, as identified below. These estimates are based on using the maximum A-E support with continual and appropriate funding levels.

a. FY 2001: $1,000,000. This expenditure includes approximately $750,000 to small businesses. These expenditures are for engineering associated with the new lock (Item 1 of Attachment 2) and the Claiborne Avenue bridge relocation (Item 3 of Attachment 2).

b. FY 2002: $3,250,000. This expenditure includes approximately $500,000 to small businesses. These expenditures are for the engineering associated with the new lock

6

NED-141-000001610

CEMVN-ED-SA                                                          18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

(Item 1), the first contract for general design of associated elements (Item 2 of Attachment 2) and the Claiborne Avenue bridge relocation (Item 3).

c.  FY 2003: $4,000,000. This expenditure includes approximately $1,000,000 to small businesses. These expenditures are for the engineering associated with the new lock (Item 1), the first contract for general design of associated elements (Item 2) and the St. Claude Avenue bridge relocation (Item 4 of Attachment 2).

d.  FY 2004: $6,000,000. This expenditure includes approximately $2,000,000 to small businesses. These expenditures are for the engineering associated with the new lock (Item 1), the first and second contracts for general design of associated elements (Item 2) and the St. Claude Avenue bridge relocation (Item 4).

e.  FY 2005: $5,750,000. This expenditure includes approximately $2,750,000 to small businesses. These expenditures are for the engineering associated with the new lock (Item 1), the first and second contracts for general design of associated elements (Item 2) and the St. Claude Avenue bridge relocation (Item 4).

f.  FY 2006: $6,250,000. This expenditure includes approximately $3,250,000 to small businesses. These expenditures are for the engineering associated with the new lock (Item 1), the first and second contracts for general design of associated elements (Item 2), the St. Claude Avenue bridge relocation (Item 4) and the lock demolition (Item 5 of Attachment 2).

g.  FY 2007: $4,750,000. This expenditure includes approximately $2,750,000 to small businesses. These expenditures are for the engineering associated with the new lock (Item 1), the second and third contracts for general design of associated elements (Item 2 of Attachment 2) and the lock demolition (Item 5).

h.  FY 2008: $4,000,000. This expenditure includes approximately $3,000,000 to small businesses. These expenditures are for the engineering associated with the new lock (Item 1), the second and third contracts for general design of associated elements (Item 2), the St. Claude Avenue bridge relocation (Item 4) and the lock demolition (Item 5).

i.  FY 2009: $2,000,000. This expenditure includes approximately $1,500,000 to small businesses. These expenditures are for the engineering associated with the new lock (Item 1), the third contract for general design of associated elements (Item 2) and the St. Claude Avenue bridge relocation (Item 4).

j.  FY 2010: $1,500,000. This expenditure includes approximately $1,000,000 to small businesses. These expenditures are for the engineering associated with the new lock (Item 1), the third contract for general design of associated elements (Item 2) and the St. Claude Avenue bridge relocation (Item 4).

k.  FY 2011: $1,000,000. This expenditure includes approximately $1,000,000 to small businesses. These expenditures are for the engineering associated with the third contract for general design of associated elements (Item 2) and the lock demolition (Item 5).

l.  FY 2012: $500,000. This expenditure includes approximately $500,000 to small businesses. These expenditures are for the engineering associated with the St. Claude Avenue bridge relocation (Item 4).

7

NED-141-000001611

CEMVN-ED-SA                                                                18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

The above dollar amounts are estimates of probable expenditures during the major design years, with the understanding that the cumulative expenditures for these contracts will not exceed the dollar amounts shown on Attachment 2. Each fiscal year, MVN will update these dollar estimates as part of its request for funds and its receipt of funds related to the budgeting process.

6. **Service Description.** The above-mentioned acquisitions will be for engineering services by A-Es.

7. **Priorities, Allocations and Allotments.** Since the IHNC Lock Replacement Project is a Civil Works funded program, the Priorities, Allocations and Allotments program is not applicable.

8. **Contractor versus Government Performance.** The acquisition of A-E services will not infringe on requirements of OMB Circular No. A-76.

9. **Inherently Government Functions.** The acquisition of A-E services will not infringe on requirements of OFPP Policy Letter 92-1.

10. **Management Information Requirements. a.** The Contacting Officer (CO) will designate for each A-E contract a Contracting Officer's Representative (COR). MVN will designate a Technical Manager (TM). The COR will serve as a single point of contact and liaison between the A-E and the CO. MVN will also require that the A-E appoint an A-E Project Manager to serve as a single point of contact and liaison between the A-E and the Government for all work required under the contract. The COR and TM will directly coordinate with each other in the administration of the A-E contract. The COR will apprise the Senior Project Manager (SPM) on a monthly basis on the status of deliverables and will apprise the SPM immediately on any potential or actual problems with the deliverables. **b.** MVN will require the A-E to develop a detailed project management plan using "Microsoft Project", "Open Plan" or similar software for accomplishing the contract work. As part of this plan, the A-E shall prepare a network of activities identifying critical paths; and also the A-E shall identify manpower, duration and monies required to complete each activity. The plan shall be at a detailed level of activities and scheduling sufficient to identify all major tasks, particularly those that control the flow of work. MVN and the A-E will use the plan as a forward planning tool as well as a project-monitoring tool.

11. **Make-or-Buy.** The make-or-buy program is not applicable in MVN's acquisition for A-E services.

12. **Test and Evaluation.** The test and evaluation program is not applicable in MVN's acquisition of A-E services.

8

NED-141-000001612

CEMVN-ED-SA                                                                      18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

**13. Logistics Considerations.** The A-Es contracted will provide personnel, equipment, supplies and office-space.

**14. Government-Furnished Property.** The A-Es that MVN will award contracts will use their own materials and facilities. MVN does not anticipate that it will provide any materials and facilities to the A-Es. If there are Government-furnished materials and/or facilities, MVN will specify the details of their use and disposition in the technical provisions and pertinent clauses of the contract.

**15. Government-Furnished Information.** MVN may provide each A-E with pertinent Government information. These data relate to the design requirements. The data may include reports that identify alternative design considerations or alternate alignments. The data may include topographic and hydrological survey results and survey monument descriptions. The data may include soil-boring results and analyzes. The data may include hydraulic and hydrologic analyses. MVN will specify the details of Government-furnished information, their respective use and disposition in the technical provisions and pertinent clauses of the contract.

**16. Environmental and Energy Conservation Objectives.** No particular environmental and energy conservation objectives are needed relative to the A-E acquisition for this project.

**17. Security Considerations.** The acquisition of A-Es will not concern matters that are classified. Security considerations are not applicable in this project's acquisition requirements.

**18. Contract Administration.** MVN will award the contracts and will perform the contract administration. The Contracting Officer (CO) will direct the contract administration and will appoint a Contracting Officer's Representative (COR) for each A-E contract. The COR and Technical Manager (TM) will directly coordinate with each other and the A-E Project Manager in the technical administration of the A-E contract. Besides deliverables, MVN will require each A-E to provide a quality control plan, a project management plan and its schedule of deliverables. The COR and the TM will closely monitor the A-E's progress relative to these plans and deliverables. Upon receipt of each deliverable, the COR and TM will coordinate with specific in-house offices for review and critique to assure that the deliverable is in accordance with the technical and schedule requirements as specified in the contract. The COR and the TM will quickly identify technical deficiencies and schedule delays and advise the CO, who will sequentially advise the A-E to correct the deficiencies in a timely manner and to resubmit the updated schedule of deliverables and project management plan. The COR will update the CO on a monthly basis on the usual and technical administration of the contract and will coordinate immediately with the CO on potential or actual problem items related to the contract.

**19. Other Considerations.** There are no other considerations required by MVN in the A-E acquisition needed for this project.

NED-141-000001613

CEMVN-ED-SA                                                                          18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

20. **Milestones for the Acquisition Cycle.** The listing below are the descriptions and schedule for accomplishment for the important items in the acquisition process:

a.  Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E for the Claiborne Avenue Bridge Relocation DR (Item 3 of Attachment 2) – October 2000

b.  Complete Negotiation and Award of Contract for Claiborne Avenue bridge relocation DR (Item 3)– December 2000

c.  Acquisition Plan and Waiver Approvals – December 2000

d.  Issuance of Synopsis/Solicitation for the New Lock's DR, P&S and EDC (Item 1 of Attachment 2) – December 2000

e.  Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E for the New Lock's DR, P&S and EDC (Item 1) – April 2001

f.  Issuance of Synopsis/Solicitation for the First IDIQ Contract for General Design of Associated Elements (Item 2 of Attachment 2) – May 2001

g.  Complete Negotiation and Award of Contract for the New Lock's DR, P&S and EDC (Item 1) – June 2001

h.  Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E for the General Design of Associated Elements (Item 2) – August 2001

i.  Complete Negotiation and Award of the First IDIQ Contract for General Design of Associated Elements (Item 2) – October 2001

j.  Issuance of Synopsis/Solicitation, Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E and Complete Negotiation and Award of the St. Claude Bridge Relocation's DR, P&S and EDC (Item 4 of Attachment 2) – 3rd Qtr FY 02 thru 1st Qtr FY 03

k.  Issuance of Synopsis/Solicitation, Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E and Complete Negotiation and Award of the Second IDIQ Contract for General Design of Associated Elements (Item 2) – 3rd Qtr FY 03 thru 2nd Qtr FY 04

l.  Issuance of Synopsis/Solicitation, Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E and Complete Negotiation and Award of the Lock Demolition DR, P&S and EDC (Item 5 of Attachment 2) – 3rd Qtr FY 05 thru 1st Qtr FY 06

m.  Issuance of Synopsis/Solicitation, Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E and Complete Negotiation and Award of the Third IDIQ Contract for General Design of Associated Elements (Item 2) – 3rd Qtr FY 06 thru 1st Qtr FY 07

Note: The contracting milestones occurring after fiscal year 2002 cannot be accurately scheduled. These acquisitions are dependent on many factors, such as, funding, availability of in-house manpower and the progress of the project. Each fiscal year, MVN will update the schedule of these milestones as part of its request for funds and its receipt of funds related to the budgeting process.

NED-141-000001614

CEMVN-ED-SA                                                                    18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

20. **Milestones for the Acquisition Cycle.** The listing below are the descriptions and schedule for accomplishment for the important items in the acquisition process:

   a. Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E for the Claiborne Avenue Bridge Relocation DR (Item 3 of Attachment 2) – October 2000

   b. Complete Negotiation and Award of Contract for Claiborne Avenue bridge relocation DR (Item 3)– December 2000

   c. Acquisition Plan and Waiver Approvals – December 2000

   d. Issuance of Synopsis/Solicitation for the New Lock's DR, P&S and EDC (Item 1 of Attachment 2) – December 2000

   e. Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E for the New Lock's DR, P&S and EDC (Item 1) – April 2001

   f. Issuance of Synopsis/Solicitation for the First IDIQ Contract for General Design of Associated Elements (Item 2 of Attachment 2) – May 2001

   g. Complete Negotiation and Award of Contract for the New Lock's DR, P&S and EDC (Item 1) – June 2001

   h. Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E for the General Design of Associated Elements (Item 2) – August 2001

   i. Complete Negotiation and Award of the First IDIQ Contract for General Design of Associated Elements (Item 2) – October 2001

   j. Issuance of Synopsis/Solicitation, Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E and Complete Negotiation and Award of the St. Claude Bridge Relocation's DR, P&S and EDC (Item 4 of Attachment 2) – 3rd Qtr FY 02 thru 1st Qtr FY 03

   k. Issuance of Synopsis/Solicitation, Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E and Complete Negotiation and Award of the Second IDIQ Contract for General Design of Associated Elements (Item 2) – 3rd Qtr FY 03 thru 2nd Qtr FY 04

   l. Issuance of Synopsis/Solicitation, Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E and Complete Negotiation and Award of the Lock Demolition DR, P&S and EDC (Item 5 of Attachment 2) – 3rd Qtr FY 05 thru 1st Qtr FY 06

   m. Issuance of Synopsis/Solicitation, Selection Board Review of SF 254s & 255s and Recommendation of the Preferred A-E and Complete Negotiation and Award of the Third IDIQ Contract for General Design of Associated Elements (Item 2) – 3rd Qtr FY 06 thru 1st Qtr FY 07

Note: The contracting milestones occurring after fiscal year 2002 cannot be accurately scheduled. These acquisitions are dependent on many factors, such as, funding, availability of in-house manpower and the progress of the project. Each fiscal year, MVN will update the schedule of these milestones as part of its request for funds and its receipt of funds related to the budgeting process.

NED-141-000001615

CEMVN-ED-SA                                                                    18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

**21. Identification of Participants in Acquisition Plan Preparation.**  The following is the list of employees who are the principal participants in the preparation of this acquisition plan:

       **Gerald J. Dicharry Jr.**
       **Senior Project Manager**
       **CEMVN-PM-E**
       **(504) 862-1929**

       **Thomas G. Hassenboehler**
       **Chief, Major Structures Section**
       **CEMVN-ED-TM**
       **(504) 862-2692**

       **Frank C. Gagliano**
       **A-E Coordinator**
       **CEMVN-ED-SA**
       **(504) 862-2622**

       **James Barr**
       **Assistant Chief, Contracting Division**
       **CEMVN-CT-A**
       **(504) 862-2881**

       **Elois L. Anderson**
       **Chief, Technical Services Branch**
       **CEMVN-CT-T**
       **(504) 862-1161**

       **Robert G. Dempsey**
       **Deputy for Small Business**
       **CEMVN-SB**
       **(504) 862-2885**

**22. Request Approvals of Acquisition Plan and Performance Period Waiver.**  MVN requests HQUSACE approval for the above indicated Acquisition Plan.  MVN requests HQUSACE approval of the waiver to increase the dollar amount and the performance periods of A-E contracts to more than three periods as identified in paragraph 1, Statement of Need.

NED-141-000001616

CEMVN-ED-SA                                                                    18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

**2 Attachments**
1. Activity Barchart
2. Listing, FFP Contracts

**I concur with the contents of this Acquisition Plan.**

_____   **DATE:** _____
**AUDREY A. TILDEN**
**Chief, Contracting Division**
**CEMVN-CT**
**(504) 862-2865**

12

NED-141-000001617

CEMVN-ED-SA                                                                    18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

## AUTHORIZED DOCUMENTATION OF ACQUISITION PLAN
## FOR
## ARCHITECT-ENGINEER SERVICES, FIRM FIXED PRICE CONTRACTS
## INNER HARBOR NAVIGATIONAL CANAL LOCK REPLACEMENT

Authority: FAR Part 7

SIGNATURE REQUIRED:

**We have prepared this Acquisition Plan to satisfy the needs of the New Orleans District to provide Architect-Engineer services, fixed price contracts for the IHNC Lock Replacement Project.**

A-E Coordinator, Engineering Division:  Frank C. Gagliano, CEMVN-ED-SA

Signature: _____ Date: _____

Chief, Major Structures Section, Engineering Division:  Thomas G. Hassenboehler, CEMVN-ED-TM

Signature: _____ Date: _____

Chief, Technical Service Branch, Contracting Division:  Elois L. Anderson, CEMVN-CT-T

Signature: _____ Date: _____

13

NED-141-000001618

CEMVN-ED-SA                                                                                    18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

**We have reviewed this Acquisition Plan and find it adequate to support the intended procurement.**

_____  Date: _____
Gerald J. Dicharry, Jr., Senior Project Manager, CEMVN-PM-E
        (504) 862-1929

_____  Date: _____
James Barr, Assistant Chief, Contracting Division, CEMVN-CT-A
        (504) 862-2881

_____  Date: _____
Robert G. Dempsey, Deputy for Small Business, CEMVN-SB
        (504) 862-2885

_____  Date: _____
Alan D. Schulz, Attorney, Office of Counsel, CEMVN-OC

14

NED-141-000001619

CEMVN-ED-SA                                                                                      18 January 2000

U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
ACQUISITION PLAN
Architect-Engineer (A-E) Services, Firm Fixed Price Contracts
For Lock, Bridges and Ancillary Engineering Needed by the Inner Harbor Navigational Canal Lock Replacement Project

(504) 862-2830


_____ Date: _____

Gerard S. Satterlee, Jr., Chief, Engineering Division, CEMVN-ED
(504) 862-1000


_____ Date: _____

Dale A. Knieriemen, Lieutenant Colonel, U. S. Army, Field Competition Advocate
(504) 862-2204


**We concur with the contents of this Acquisition Plan.**


_____ Date: _____

HQUSACE Counsel


APPROVED:


_____ Date: _____

Bunnatine H. Greenhouse
Principal Assistant Responsible for Contracting, USACE

15

NED-141-000001620

F

NED-141-000001621

# INNER HARBOR NAVIGATION CANAL
# LOCK REPLACEMENT PROJECT

### INCREMENTAL BASELINE COST ESTIMATE

| Feature | Description | Base Cost $ | Contingency $ | Total Cost $ |
|---------|-------------|-------------|---------------|--------------|
| 01 | LANDS AND DAMAGES | 14,505,000 | 2,902,000 | 17,407,000 |
| 02 | RELOCATIONS | 80,656,000 | 19,118,000 | 99,774,000 |
| 05 | LOCKS | 248,170,000 | 49,461,000 | 297,586,000 |
| 09 | CHANNELS AND CANALS | 20,373,000 | 4,075,000 | 24,448,000 |
| 11 | LEVEES AND FLOODWALLS | 11,123,000 | 1,668,000 | 12,791,000 |
| 18 | CULTURAL RESOURCE PRESERVATION | 1,034,000 | 259,000 | 1,293,000 |
| 19 | BUILDINGS, GROUNDS & UTILITIES | 7,002,000 | 1,751,000 | 8,753,000 |
| 25 | COMMUNITY IMPACT MITIGATION | 29,626,000 | 7,406,000 | 37,032,000 |
| 30 | ENGINEERING AND DESIGN | 66,318,000 | 6,632,000 | 72,950,000 |
| 31 | SUPERVISION AND ADMINISTRATION | 25,768,000 | 5,153,000 | 30,921,000 |
| | TOTAL | 504,574,000 | 98,426,000 | 603,000,000 |

NED-141-000001622

# INNER HARBOR NAVIGATION CANAL
# LOCK REPLACEMENT PROJECT

### FULLY FUNDED BASELINE COST ESTIMATE

| Feature | Description | Base Cost $ | Contingency $ | Total Cost $ |
|---------|-------------|-------------|---------------|--------------|
| 01 | LANDS AND DAMAGES | 17,406,000 | 135,000 | 17,541,000 |
| 02 | RELOCATIONS | 96,627,000 | 20,818,000 | 117,445,000 |
| 05 | LOCKS | 300,234,000 | 59,836,000 | 360,070,000 |
| 09 | CHANNELS AND CANALS | 23,857,000 | 4,772,000 | 28,629,000 |
| 11 | LEVEES AND FLOODWALLS | 11,714,000 | 1,758,000 | 13,472,000 |
| 18 | CULTURAL RESOURCE PRESERVATION | 1,331,000 | 333,000 | 1,664,000 |
| 19 | BUILDINGS, GROUNDS & UTILITIES | 7,458,000 | 1,864,000 | 9,322,000 |
| 25 | COMMUNITY IMPACT MITIGATION | 30,574,000 | 7,643,000 | 38,217,000 |
| 30 | ENGINEERING AND DESIGN | 80,847,000 | 8,085,000 | 88,932,000 |
| 31 | SUPERVISION AND ADMINISTRATION | 33,090,000 | 6,618,000 | 39,708,000 |
| | TOTAL | 603,183,000 | 111,862,000 | 715,000,000 |

NED-141-000001623

NED-141-000001624



NED-141-00000162S

IHNC LOCK BARCHART
Joe Doherty

PM
Start                01May07
Run Date:            07Feb01
Page:                1 of 1

# IHNC LOCK REPLACEMENT PROJECT
## ACTIVITY BARCHART

Float

Non-critical

Critical

| Act ID | Activity Desc. | Duration | Early Start | Early Finish | Activity Cost | FY96 | FY97 | FY98 | FY99 | FY00 | FY01 | FY02 | FY03 | FY04 | FY05 | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|