# USA EXHIBIT 43

# Figure 1: Construction Water System Plan

