# USA EXHIBIT 44

# WGI Slide 13



13

14