bgilbert

| | |
|---|---|
| From: | Shawn Khorrami [SKhorrami@kpalawyers.com] |
| Sent: | Thursday, August 28, 2008 10:48 AM |
| To: | Barge Accounting |
| Cc: | Josephine Smith |
| Subject: | Re: PLEASE READ AND RESPOND TO ME PROMPTLY |

Weisler can go F himself -- he should be in jail.  I want to set up an accting group call
sometime today and concentrate on Weisler and company.  I have a number of issues and
concerns to address.  As you all know, I have very strong feelings about this issue -- I
don't have any memory of something making my blood boil more than this issue.

-----Original Message-----
From: "Richard T. Seymour" <rick@rickseymourlaw.net>

Date: Thu, 28 Aug 2008 11:32:08
To: 'Mark Ravis'<mravis@kpalawyers.com>; 'Shawn Khorrami'<SKhorrami@kpalawyers.com>; 'Barge
Litigation'<BargeLitigation@kpalawyers.com>
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY

     I share Mark's views on this.  By the way, Rick Weisler has been
calling me but I have not been taking or returning his calls because there
is nothing good I can tell him, and he's getting frustrated.  As soon as a
call is made to Mark Townsend, Mark will likely call Rick Weisler and things
can become worse.

     As to Weisler, one useful thing to say is that we have to submit all
the bills to the court for reimbursement from class members' recoveries if
we win, and its lack of day-by-day detail make it very chancy that the court
would approve it.  One can point out that the court can ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
     Voice:  202-862-4320
     Cell:     202-549-1454
     Facsimile:  800-805-1065
     e-mail:  rick@rickseymourlaw.net
     Web Site:  www.rickseymourlaw.com

-----Original Message-----
From: Mark Ravis [mailto:mravis@kpalawyers.com]
Sent: Thursday, August 28, 2008 11:08 AM
To: Shawn Khorrami; Barge Litigation
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY

I will certainly be happy to join Larry and speak  to Townsend.  I am
concerned about our chances of substituting Townsend for Weisler and
enraging Weisler who  will later be deposed and testify to God knows what.



EXHIBIT
Blumberg No. 5208

4

1                                         Barge PSLC000009