Is there any stomach for a less confrontational approach with these shrinks---one which would, of course, involve negotiation of their fees?

I think we can [REDACTED]. We should be able to show that [REDACTED] do we enhance our chances for class cert?

From: Shawn Khorrami
Sent: Wednesday, August 27, 2008 1:30 PM
To: Barge Litigation
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY

1. I think we have Townsend testify to the extent we want a psych. Even if we were satisfied w/ Weisler, there's a strong argument to use Townsend;

2. As for the continuance, does Joe want to have individual trials and then go to class cert? Is that what he's saying? If so, we're concerned that [REDACTED] that we can vet our concerns and then make a decision? Like I said, my position would be that [REDACTED] - we don't need to disclose that we will be until we want to make a deal.

From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Wednesday, August 27, 2008 1:21 PM
To: Shawn Khorrami
Subject: FW: PLEASE READ AND RESPOND TO ME PROMPTLY

Shawn, please respond.

From: Karen Wiedemann [mailto:karenwiedemann@bellsouth.net]
Sent: Wednesday, August 27, 2008 3:15 PM
To: Law Office of Brian A. Gilbert; 'Barge Litigation'
Subject: Re: PLEASE READ AND RESPOND TO ME PROMPTLY

Brian,
From the conference yesterday it was my understanding that [REDACTED]

Karen
----- Original Message -----
From: Law Office of Brian A. Gilbert<mailto:bgilbert@briangilbertlaw.com>
To: 'Law Office of Brian A. Gilbert'<mailto:bgilbert@briangilbertlaw.com> ; 'Barge Litigation'<mailto:BargeLitigation@kpalawyers.com>


EXHIBIT B