**bgilbert**

| | |
|---|---|
| From: | Shawn Khorrami [SKhorrami@kpalawyers.com] |
| Sent: | Thursday, August 28, 2008 10:39 AM |
| To: | Barge Litigation |
| Subject: | Re: PLEASE READ AND RESPOND TO ME PROMPTLY |

I don't know about the substitution issue. Our designation allows for townsend and we won't really be relying on Weisler's report. At the same time, if we're not relying on the report, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I think we need to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I want to be on that call and we need to have it asap. That's our best chance here.

As to the modeling, I just want to be very clear, we are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ Having said that, we ned to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

As to Weisler, his bill is a fraud; his work is similarly fraudulent. While I advocate settlement, it'll involve very significant movement from him.


-----Original Message-----
From: Mark Ravis <mravis@kpalawyers.com>

Date: Thu, 28 Aug 2008 08:07:43
To: Shawn Khorrami<SKhorrami@kpalawyers.com>; Barge Litigation<BargeLitigation@kpalawyers.com>
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY


I will certainly be happy to join Larry and speak to Townsend. I am concerned about our chances of substituting Townsend for Weisler and enraging Weisler who will later be deposed and testify to God knows what. Is there any stomach for a less confrontational approach with these shrinks---one which would, of course, involve negotiation of their fees?

I think we can present the emotional distress damages as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. We can use a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ We should be able to show that ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓, do we enhance our chances for class cert?



EXHIBIT C

From: Shawn Khorrami
Sent: Wednesday, August 27, 2008 1:30 PM
To: Barge Litigation
Subject: RE: PLEASE READ AND RESPOND TO ME PROMPTLY

1.  I think we have Townsend testify to the extent we want a psych. Even if we were satisfied w/ Weisler, there's a strong argument to use Townsend;

Barge PSLC000003