**bgilbert**

| | |
|---|---|
| From: | Shawn Khorrami [SKhorrami@kpalawyers.com] |
| Sent: | Thursday, August 28, 2008 11:04 AM |
| To: | Barge Litigation |
| Subject: | Re: [Fwd: FW: PLEASE READ AND RESPOND TO ME PROMPTLY] |

We fundamentally differ on this issue -- it may seem unrealistic, but it definitely isn't wrong. What Weisler has done is as fraudulent as it gets. He's wrong. And his work is a fraud too. He could've produced the same work w/ $30k. That's why I suggested the conference call.

-----Original Message-----
From: "Brian A. Gilbert" <fishkat@cox.net>

Date: Thu, 28 Aug 2008 10:58:49
To: <BargeLitigation@KPALawyers.com>; 'Mark Ravis'<mravis@kpalawyers.com>; Shawn Khorrami<skhorrami@KPALawyers.com>
Subject: [Fwd: FW: PLEASE READ AND RESPOND TO ME PROMPTLY]


It is entirely unrealistic and fundamentally wrong to suggest or believe that we ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ We don't agree with his fees, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ This has nothing to do with whether he is entitled to some fee. His fee must be reduced in plain view of the fact that the amount undermines his credibility and the fact that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Lafarge ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. But either way, it is high time that we make some movement toward compromise because the merits of the case depend on it. I give more credence to this type of malpractice than I do obtaining expert results that ▓▓▓▓▓▓▓▓▓▓


CONFIDENTIALITY NOTICE:

This e-mail and any attachments contain information from the law firm of Khorrami, Pollard & Abir, LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.



1

Barge PSLC000016