UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  BARGE<br>    Weisler v. Seymour, 09-2737 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the request of counsel for plaintiff, Record Doc. No. 20111, and pursuant to Local Rule 78.1E, oral argument on the Weisler defendants' Motion for Protective Order, Record Doc. No. 20096, is hereby set on **NOVEMBER 10, 2010 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this   3rd   day of November, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE