UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| **PERTAINS TO: ALL BARGE** | * | NO. 05-4182 |
| | * | and consolidated cases |
| | * | |
| *Weisler v. Seymour* **09-2737** | * | SECTION "K" (2) |
| | * | |
| *Boutte v. Lafarge*   05-5531 | * | JUDGE |
| *Mumford v. Ingram* 05-5724 | * | STANWOOD R. DUVAL, JR. |
| *Lagarde v. Lafarge* 06-5342 | * | |
| *Perry v. Ingram*     06-6299 | * | MAGISTRATE JUDGE |
| *Benoit v. Lafarge*   06-7516 | * | JOSEPH C. WILKINSON, JR. |
| *LaFarge v. USA*     07-5178 | * | |

**MOTION FOR LEAVE TO FILE WEISLER DEFENDANTS' REPLY MEMORANDUM TO PLAINTIFF'S, RICHARD H. WEISLER'S, MEMORANDUM IN OPPOSITION (REC. DOC. 20110)**

**NOW COME** improperly named and joined defendant Brian A. Gilbert, Esq., improperly named and joined defendant Lawrence Wilson, Esq., the Law Office of Brian A. Gilbert, P.L.C., Wilson, Grochow, Druker and Nolet, Wiedemann and Wiedemann, and additionally, for limited purposes of intervention as respondents to discovery propounded by Plaintiff Weisler, COME the Barge Plaintiffs, the Barge Plaintiff's Subgroup Litigation Committee, by and through it members and its Liaison, Brian A. Gilbert, in his official capacity as such, and in his official capacity as Master Committee Barge Liaison, and Brian Gilbert also appearing generally as counsel on behalf of the Weisler Defendants, who respectfully move for leave to file their reply to Plaintiff's, Richard H. Weisler's, *Memorandum on Behalf of Plaintiff, Dr. Richard H. Weisler, In Opposition to Weisler Defendants' Motion for a Protective Order* (Rec. Doc. 20110).

Respectfully Submitted:

**BEST KOEPPEL TRAYLOR**

/**s**/ **Peter S. Koeppel**
Peter S. Koeppel (LSBA # 1465)
W. Scarth Clark (LSBA # 22993)
Jonathan H. Adams (LSBA # 29061)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
peterklaw@aol.com
sclark@bestkoeppel.com
jadams@bestkoeppel.com

*Attorneys for Brian A. Gilbert, Esq., Lawrence Wilson, Esq., Law Office of Brian A. Gilbert, P.L.C., Wilson, Druker, Grochow and Nolet, and Wiedemann and Wiedemann*

**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**

*/s/Brian A. Gilbert*
Brian A. Gilbert (21297)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
bgilbert@briangilbertlaw.com,

*Counsel for Barge Plaintiffs, Barge Plaintiff Liaison, Barge Liaison to Master Committee, and co-counsel for Weisler Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served on all counsel of record via ECF upload, this 7th day of November, 2010.

/s/ Brian A. Gilbert