UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO: ALL BARGE | * * * | NO. 05-4182 and consolidated cases |
| *Weisler v. Seymour* 09-2737 | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 *Mumford v. Ingram* 05-5724 *Lagarde v. Lafarge* 06-5342 *Perry v. Ingram* 06-6299 *Benoit v. Lafarge* 06-7516 *LaFarge v. USA* 07-5178 | * * * * * * | JUDGE STANWOOD R. DUVAL, JR. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**OREDER GRANTING LEAVE TO FILE WEISLER DEFENDANTS' REPLY MEMORANDUM TO PLAINTIFF'S, RICHARD H. WEISLER'S, MEMORANDUM IN OPPOSITION (REC. DOC. 20110)**

Considering movers' request for leave to file their reply to Plaintiff's, Richard H. Weisler's, *Memorandum on Behalf of Plaintiff, Dr. Richard H. Weisler, In Opposition to Weisler Defendants' Motion for a Protective Order* (Rec. Doc. 20110), it is hereby ORDERED that leave be, and is hereby, GRANTED.

New Orleans, Louisiana, this ____ day of November, 2010.

_____
HON. JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion has been served on all counsel of record via ECF upload, this 7th day of November, 2010.

/s/ Brian A. Gilbert