## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO: 05-4182 |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (07-1797) Plaintiff: JOHN ISBELL | * * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action and subject to the approval of the Court that:

I.

All claims presented by plaintiff in his Petition filed herein, shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

II.

Each party shall bear his or its own costs and attorney's fees.

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| PAT G. KEHOE, JR.<br>A PROFESSIONAL LAW CORP.<br><br>BY: *(signature)*<br>PATRICK G. KEHOE, JR., #14419<br>833 Baronne Street<br>New Orleans, LA 70113<br>Telephone: (504) 588-1110<br>Facsimile: (504) 588-1954<br>Counsel for Plaintiff,<br>**John Isbell** | HAILEY, McNAMARA, HALL,<br>LARMANN & PAPALE, L.L.P.<br><br>BY: *(signature)*<br>DAVID K. PERSONS, #2046<br>One Galleria Blvd.-Suite 1400<br>Post Office Box 8288<br>Metairie, Louisiana 70001<br>Telephone: (504) 836-6500<br>Email: dpersons@hmhlp.com<br>Counsel for Defendant,<br>**State Farm Fire & Casualty Insurance Company** |

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 12th day of November, 2010, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties:

_____
**DAVID K. PERSONS**

DKP Library: \1659-62974\RP2404