UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: BARGE<br><br>*Weisler v. Seymour, et al.* 09-2737 | |

**PRIVILEGE LOG OF DEFENDANTS RICHARD T. SEYMOUR; LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.; BRIAN A. GILBERT; LAW OFFICE OF BRIAN A. GILBERT, P.L.C.; WIEDEMANN & WIEDEMANN, P.L.C.; LAWRENCE A. WILSON; WILSON, GROCHOW, DRUKER & NOLET; ALAN L. FUCHSBERG; AND THE JACOB D. FUCHSBERG LAW FIRM**

NOW COME improperly named and joined defendant Brian A. Gilbert, Esq., improperly named and joined defendant Lawrence Wilson, Esq., Law Office of Brian A. Gilbert, P.L.C., Wilson, Grochow, Druker and Nolet, Wiedemann & Wiedemann P.L.C., Richard T. Seymour, Law Office Of Richard T. Seymour, P.L.L.C, Alan L. Fuchsberg; And The Jacob D. Fuchsberg Law Firm, and additionally, for limited purposes of intervention as respondents to discovery propounded by Plaintiff Weisler, COME the Barge Plaintiffs, the Barge Plaintiff's Subgroup Litigation Committee, by and through it members and its Liaison, Brian A. Gilbert, in his official capacity as such, and in his official capacity as Master Committee Barge Liaison, who pursuant to Rule 26(b)(5)(A), Fed. R. Civ. Pro., hereby assert the privileges set forth below.

A.    **Attorney Work-Product Privilege for the Barge Case**

1. All documents and portions of documents discussing the activities of counsel, the thoughts of counsel, the theories of counsel or co-counsel or opposing counsel, or changes in the theories of counsel or co-counsel or opposing counsel.

2. All documents discussing authorities, the applicability or distinguishing of authorities, litigation tactics and strategy, or the preparation of actual or proposed motions and oppositions to motions.

3. All documents discussing the preparation of discovery requests, the preparation of responses to discovery requests, or the preparation of oppositions to discovery requests.

4. All documents discussing the identification of potential or actual witnesses and their areas of knowledge, notices of depositions, depositions, or the testimony or expected testimony of witnesses.

5. All documents discussing the actual or potential financing of this case.

6. All documents discussing actual or potential co-counsel, or former co-counsel, or their firms.

7. All documents discussing the strengths and weaknesses of particular theories, the claims of clients, evaluations of the prospects of success of various motions or potential motions or of the case as a whole, or discussions of ethical problems that arise or could arise in the litigation.

All of the foregoing having been Bates numbered:

BargePSLC/WeislSeym/Redact/RTSMemo000001 through
BargePSLC/WeislSeym/Redact/RTSMemo000027;

BargePSLC/WeislSeym/Redact/PreReport000001 through
BargePSLC/WeislSeym/Redact/PreReport000183;

BargePSLC/WeislSeym/Redact/PostReport000001 through
BargePSLC/WeislSeym/Redact/PostReport000054;

### B. Attorney-Client Privilege for the Barge Case

1. All documents constituting or reflecting any communications between counsel for plaintiffs in the Barge case and any clients in the Barge case that reports or refers to the confidential information of the clients, excluding historical or diagnostic information as to particular clients provided to counsel by plaintiff or by Dr. Townsend or by any member of the team of medical, psychological, or psychiatric experts or their staff, or provided by counsel to plaintiff or Dr. Townsend or any member of their team.

2. All documents constituting or reflecting any communications among counsel for plaintiffs in the Barge case that reports or refers to the confidential information of the clients, excluding diagnostic information as to particular clients provided by plaintiff or by Dr. Townsend or by any member of the team or provided by counsel to plaintiff or Dr. Townsend or any member of the team of medical, psychological, or psychiatric experts or their staff.

3. All documents discussed in Part A above.

### C. Attorney Work-Product Privilege and Joint Defense Privilege for the Weisler Case, Excluding Communications in Which Dr. Weisler Was a Participant or Was Provided a Copy

1. All documents and portions of documents discussing the activities of counsel, the thoughts of counsel, the theories of counsel or co-counsel or opposing counsel, or changes in the theories of counsel or co-counsel or opposing counsel.

2. All documents discussing authorities, the applicability or distinguishing of authorities, litigation tactics and strategy, or the preparation of actual or proposed motions and oppositions to motions.

3. All documents discussing the preparation of discovery requests, the preparation of responses to discovery requests, or the preparation of oppositions to discovery requests.

4. All documents discussing the identification of actual or potential witnesses and their areas of knowledge, notices of depositions, depositions, or the testimony or expected testimony of witnesses.

5. All documents discussing the financing of the defense of this case.

6. All documents discussing defendants, counsel for defendants, co-counsel, or their firms.

7. All documents discussing the claims made herein, potential or actual defenses, potential liability, or the allocation of such potential liability.

8. All documents discussing the strengths and weaknesses of particular theories, evaluations of the prospects of success of various motions or potential motions or of the case as a whole, or discussions of ethical problems that arise or could arise in the litigation.

All of the foregoing having been Bates numbered:

BargePSLC/WeislSeym/Redact/PostReport000001 through
BargePSLC/WeislSeym/Redact/PostReport000054;

BargePSLC/WeislSeym/Redact/WeislerHasCounsel000001 through
BargePSLC/WeislSeym/Redact/WeislerHasCounsel000060

BargePSLC/WeislerSeym/Redact/AfterSuitFiled000001 through
BargePSLC/WeislerSeym/Redact/AfterSuitFiled000286

D. **Attorney-Client Privilege for the Weisler Case Subsequent to Dr. Weisler's Submission of His Bill, Excluding Communications in Which Dr. Weisler Was a Participant or Was Provided a Copy**

1. All documents constituting or reflecting any communications between any present or former counsel for defendants in the Weisler case and any defendant in the Weisler case.

2. All documents constituting or reflecting any communications between or among any persons who were named as defendants in the Weisler case, or among their co-counsel in the Barge case.

3. All documents constituting or reflecting any communications between or among any counsel for any defendants in the Weisler case, or among their co-counsel in the Barge case.

4. All documents discussed in Part C above.

          Respectfully submitted,

          /s/Richard T. Seymour
          Richard T. Seymour (RS-8094)
          rick@rickseymourlaw.net
          Law Office of Richard T. Seymour, P.L.L.C.
          1150 Connecticut Avenue N.W., Suite 900
          Washington, D.C.  20036-4129
          (202) 862-4320 – Telephone
          (202) 549-1454 – Cell
          (800) 805-1065 – Telecopier

          *Attorney for Richard T. Seymour and the Law Office of Richard T. Seymour, P.L.L.C.*

          /s/Peter S. Koeppel
          Best, Koeppel & Traylor
          Peter S. Koeppel (LSBA # 1465)
          W. Scarth Clark (LSBA # 22993)
          Jonathan H. Adams (LSBA#29061)
          2030 St. Charles Avenue

New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
peterklaw@aol.com
sclark@bestkoeppel.com
jadams@bestkoeppel.com

*Attorney for Brian A. Gilbert, the Law Office Of Brian A. Gilbert, P.L.C., Lawrence A. Wilson, the firm of Wilson, Grochow, Druker & Nolet, and Wiedemann & Wiedemann*

/s/Alan L. Fuchsberg
Alan L. Fuchsberg
Leslie Kelmachter
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
45th Floor
New York, NY 10110-0002
   Telephone: 212-869-3500 ext. 235
   Facsimile: 212-398-1532
   e-mail: a.fuchsberg@fuchsberg.com,
   l.kelmachter@fuchsberg.com

*Attorneys for Alan L. Fuchsberg, and The Jacob D. Fuchsberg Law Firm*

/s/Brian A. Gilbert
Brian A. Gilbert (21297)
Law Office Of Brian A. Gilbert, P.L.C.
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com
bgilbert@bestkoeppel.com

*Attorney for Barge Plaintiffs, Barge Plaintiff Liaison, Barge Liaison to Master Committee, and for Weisler Defendants*

Dated: November 5, 2010

## Certificate of Service

I certify that I have this 5th day of November, 2010, served a copy of the foregoing Privilege Log on counsel of record for plaintiff by e-mail, facsimile, first-class mail and/or ECF upload.

/s/Brian A. Gilbert