UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  BARGE<br>    Weisler v. Seymour, 09-2737 | JUDGE DUVAL<br>MAG. WILKINSON |

### PROTECTIVE ORDER

Considering the representations of counsel and the written submissions in connection with the motion of the Weisler defendants for a protective order, Record Doc. No. 20096,

**IT IS ORDERED** that all materials produced by the Weisler defendants in response to Dr. Weisler's Request for Production No. 1 shall be subject to the following protective order:  All information produced in accordance with this order must be kept confidential and used only for purposes of the Weisler case, C.A. No. 09-2737, ("the Weisler case") and must not be disclosed to any one, except parties in the Weisler case only, counsel of record in the Weisler case only, experts retained in connection with the Weisler case only, and the following persons:  Dr. Mark Townsend, Dr. Jill Hayes, Dr. Howard Osofosky, Dr. Joy D. Osofosky and Dr. Phillip Griffin.  All persons to whom

such information is disclosed must sign an affidavit that must be filed into the records of <u>both</u> C.A. No. 05-4182 and 09-2737, agreeing to the terms of the protective order and submitting to the jurisdiction of this court for enforcement of those terms.  If any party seeks to add other terms to this protective order, counsel must confer immediately and submit by motion any proposed protective order.

New Orleans, Louisiana, this  15th  day of November, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE