| First Name | Last Name | Main HO Ins |
|---|---|---|
| Albert | Barns | Allstate |
| Wesley | Broaden | Allstate |
| Rita | Coupel | Allstate |
| Mildred | Glover | Allstate |
| Levi | Howard | Allstate |
| Gail | Lawyer | Allstate |
| Gloria | Malter | Allstate |
| Nathaniel | McGowan | Allstate |
| Calvin | Schnyder | Allstate |
| Carl | Wharton | Allstate |
| Sheila | Cobbs | American Family |
| Catrice | Collins-Washingt | American Family |
| Detrina | Green | American Family |
| Joe-Anna | St. Cyr | American Family |
| Shirley | Castigliola | Encompass |
| Allen | Patricia | Fidelity |
| Norman | Smith | Homesite |
| Adolph | Lewis | Horace Mann |
| John | Aaron | LA Citizens |
| Albert | Barard | LA Citizens |
| Terrance | Boyd | LA Citizens |
| Egan | Edward | LA Citizens |
| Linda | Hatcher | LA Citizens |
| Ralph | Klafert | LA Citizens |
| Alferd | Moliere | LA Citizens |
| George | Poche | LA Citizens |
| Sandra | Thompson | LA Citizens |
| Jamie | Walker | LA Citizens |
| Nathedra | White | LA Citizens |
| Theodore | Young | LA Citizens |
| Cathleen | Baudy | Lafayette/United Fire |
| Mildred | Brown | Lafayette/United Fire |
| John | Davis | Lafayette/United Fire |
| Gladys | Rayfield | Lafayette/United Fire |
| Janice | Shaw | Lafayette/United Fire |
| W | Simmons | Lafayette/United Fire |
| Tyrone | Thompson | Lafayette/United Fire |
| Mark | Andry | Lexington |
| Glenda | Flagge | Lexington |
| Viola | Galmon | Lexington |
| Pamela | George | Lexington |
| Erin | Hamilton | Lexington |
| Janice | Haywood | Lexington |
| Mark | James | Lexington |
| Markethy | McClellan | Lexington |
| Alton | McKey | Lexington |
| Zaida | Monconduit | Lexington |
| Shandell | Moore | Lexington |
| Yadira | Pagan | Lexington |
| Edward | Randolph | Lexington |
| Judy | Smith | Lexington |


EXHIBIT

| | | |
|---|---|---|
| Demetrias | Temple | Lexington |
| Joseph | Tramontana | Lexington |
| Karen | Washington | Lexington |
| Wendell | Youngblood | Lexington |
| Austra | Zapata | Lexington |
| Betty | Brock | Liberty Mutual |
| Debra | Griffin | Liberty Mutual |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Florence | Delaney | Republic |
| Mary | Slater | Union National |
| David | O'Neal | ZC Sterling |