UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO: 05-4182 |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (07-1797) Plaintiff: JOHN ISBELL | * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that the above-entitled case is hereby dismissed with prejudice, each party to bear his or its own costs.

New Orleans, Louisiana this __15th__ day of __November__, 2010.

_____
UNITED STATES DISTRICT JUDGE

DKP Library: \1659-62974\RP2404