# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 23, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED  NOV 2 3 2010  
LORETTA G. WHYTE  
CLERK

No. 10-31054    In Re: Katrina Canal Breaches  
    USDC No. 2:05-CV-4182 K  
    USDC No. 2:05-CV-4181  
    USDC No. 2:05-CV-4191  
    USDC No. 2:05-CV-4568  
    USDC No. 2:05-CV-5237  
    USDC No. 2:05-CV-6073  
    USDC No. 2:05-CV-6314  
    USDC No. 2:05-CV-6324  
    USDC No. 2:05-CV-6327  
    USDC No. 2:05-CV-6359  
    USDC No. 2:06-CV-20  
    USDC No. 2:06-CV-225  
    USDC No. 2:06-CV-886  
    USDC No. 2:06-CV-1885  
    USDC No. 2:06-CV-2278  
    USDC No. 2:06-CV-2287  
    USDC No. 2:06-CV-2346  
    USDC No. 2:06-CV-2545  
    USDC No. 2:06-CV-3529  
    USDC No. 2:06-CV-4065  
    USDC No. 2:06-CV-4389  
    USDC No. 2:06-CV-4634  
    USDC No. 2:06-CV-4931  
    USDC No. 2:06-CV-5032  
    USDC No. 2:06-CV-5042  
    USDC No. 2:06-CV-5159  
    USDC No. 2:06-CV-5163  
    USDC No. 2:06-CV-5367  
    USDC No. 2:06-CV-5471  
    USDC No. 2:06-CV-5771  
    USDC No. 2:06-CV-5786  
    USDC No. 2:06-CV-5937  
    USDC No. 2:06-CV-7682  
    USDC No. 2:06-CV-11208  
    USDC No. 2:07-CV-206  
    USDC No. 2:07-CV-647  
    USDC No. 2:07-CV-993  
    USDC No. 2:07-CV-1284  
    USDC No. 2:07-CV-1286  
    USDC No. 2:07-CV-1288  
    USDC No. 2:07-CV-1289

\_\_ Fee_____  
\_\_ Process\_\_\_\_\_  
X  Dktd\_\_\_\_\_  
\_\_ CtRmDep\_\_\_\_\_  
\_\_ Doc. No.\_\_\_\_\_

On November 22, 2010, the court granted appellee's unopposed motion for an extension of time to and including December 8, 2010, for filing the joint designation of record with District Court in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Dantrell Johnson*
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Joseph M. Bruno
Mr. Daniel Joseph Lenerz
Ms. Loretta Whyte
Ms. Abby Christine Wright

MOT-2

23 NOV 2010

Clerk, U. S. Court of Appeals Fifth Circuit
By *Dantrell Johnson*
Deputy
New Orleans, Louisiana