# SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

COUNSELLORS AT LAW
30TH FLOOR - ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS 70163-3000

TELEPHONE (504) 569-2030
FACSIMILE (504) 569-2999
INTERNET:
HTTP://WWW.SPSR-LAW.COM

H. PAUL SIMON
FRANK J. PERAGINE
GUY W. SMITH
ROBERT L. REDFEARN
THOMAS R. BLUM
H. BRUCE SHREVES
JAMES A. BURTON
CHRISTOPHER M. GUIDROZ
DANIEL J. CARUSO
THOMAS J. FISCHER
JAY H. KERN
STEVEN A. JACOBSON
KENNETH R. BOWEN
HERMAN C. HOFFMANN, JR.
SUSAN B. KOHN
JOHN F. SHREVES*^
ROBERT L. REDFEARN, JR.‡*"
DENISE C. PUENTE
DOUGLAS W. REDFEARN

DAVID F. BIENVENU
M. DAVIS READY
DOUGLAS R. KINLER
BETTY F. MULLIN
ANDREW C. WILSON
SUSAN F. CLADE
M. CLAIRE DURIO
SUSAN M. CARUSO
JAMES R. GUIDRY
APRIL A. McQUILLAR
CHARLES E. RILEY, IV**
MICHAEL D. HAROLD**
JOSHUA M. HUDSON
CHRISTOPHER B. CONLEY
DOUGLASS F. WYNNE, JR.
PETER S. THRIFFILEY, JR.
SHANNON H. HUBER

OF COUNSEL
DONALD J. BRANNAN

*BOARD CERTIFIED
  TAX ATTORNEYS
^BOARD CERTIFIED ESTATE PLANNING
  AND ADMINISTRATION AND, TAX LAW
  SPECIALIST CERTIFIED BY THE LOUISIANA
  BOARD TO LEGAL SPECIALIZATION

**ALSO ADMITTED IN MISSISSIPPI
‡ ALSO ADMITTED IN TEXAS

November 10, 2010

The Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA. 70130

<u>Via Facsimile 504-589-7633 ONLY</u>

Re: *In Re: Katrina Canal Breaches Litigation*, CA No. 05-04182 and consolidated cases (SRD/JCW)
Pertains to: Barge
*Weisler v. Seymour, et al.* 09-2737
Barge Plaintiffs' Litigation Steering Committee: Outstanding Expert Fees
Our File No.: 50182-001

Dear Judge Wilkinson:

In line with the hearing this date, we have reviewed our records and it appears that our initial communication with Dr. Weisler, which could be construed as communication in anticipation of litigation, commenced on October 8, 2008, although the file was opened subsequently and our advices to opposing counsel as to our representation did not take place until months later. Under these circumstances, and to avoid further argument on this issue, it would appear that October 8, 2008 should be considered the "date certain" for purposes of the period of time after which work-product considerations might be relevant.



SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

The Honorable Joseph C. Wilkinson, Jr.
November 10, 2010
Page 2

We trust that this "date" should satisfy the Court's request. Nevertheless, should the Court have any additional questions or require any additional information or documentation, the undersigned is available at the Court's convenience.

With kind regards, I remain

Respectfully,

Andrew C. Wilson

ACW/cbm
cc: Brian Gilbert
    Jonathan H. Adams