## LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.

1150 CONNECTICUT AVENUE N.W. • SUITE 900 • WASHINGTON, DC 20036-4129
www.rickseymourlaw.com  FAX: (800) 805-1065 AND (202) 828-4130
RICHARD T. SEYMOUR, PRINCIPAL: (202) 862-4320, CELL: (202) 549-1454, Rick@RickSeymourLaw.net*
MATTHEW M. SEYMOUR, PARALEGAL: (202) 862-4370, Matthew@RickSeymourLaw.net

November 16, 2010



**By Federal Express**

Hon. Joseph C. Wilkinson, Jr.
United States Magistrate Judge
U.S. Courthouse
500 Poydras Street
Room B409
New Orleans, LA 70130

Re:  *Weisler v. Seymour et al.*
     C.A. No. 09-2737 (Pertains to Barge)

Dear Judge Wilkinson:

     Please find enclosed a copy of the Response of Defendants Richard T. Seymour and (Misnamed) Richard T. Seymour, P.L.L.C., to Plaintiff Richard H. Weisler's First Request for Production of Documents. Our documents have been provided to Brian Gilbert and included in his production, save for those uploaded by plaintiff onto a secure web site and that will be accessible to him.

     With best wishes,

Very truly yours,

Richard T. Seymour

Enclosure

Cc:  Andrew C. Wilson, Esq.
     Simon, Peragine, Smith & Redfearn, L.L.P.
     30th Floor - Energy Centre
     1100 Poydras Street
     New Orleans, LA 70163-3000

* LICENSED IN D.C. AND MARYLAND; ON COMMERCIAL ARBITRATOR AND EMPLOYMENT ARBITRATOR PANELS, AMERICAN ARBITRATION ASSOCIATION

Hon. Joseph C. Wilkinson, Jr.
United States Magistrate Judge
November 16, 2010
Page 2 of 2 —

    David V. Batt, Esq.
    Bradley Groce, Esq.
    Lobman, Carnahan, Batt, Angelle & Nader
    400 Poydras Street
    Suite 2300
    New Orleans, Louisiana 70130-3425

    Peter S. Koeppel, Esq.
    W. Scarth Clark, Esq.
    Jonathan H. Adams, Esq.
    Best Koeppel Traylor
    2030 St. Charles Avenue
    New Orleans, Louisiana 70130

    Lawrence D. Wiedemann, Esq.
    Wiedemann & Wiedemann
    110 Veterans Boulevard
    Suite 444
    Metairie, LA 70005-4910

```
**************************************************************************
*                                                                P. 01    *
*                      TRANSACTION REPORT                                 *
*                      ──────────────────                                 *
*                                              NOV-16-2010 TUE 06:09 PM   *
*    FOR:                                                                 *
*─────────────────────────────────────────────────────────────────────────*
* DATE  START      RECEIVER           TX TIME   PAGES TYPE   NOTE   M# DP *
*─────────────────────────────────────────────────────────────────────────*
* NOV-16 06:08 PM 15045692999##970    1'05"      3    SEND   OK     043   *
*─────────────────────────────────────────────────────────────────────────*
*                                     TOTAL :  1M 5S  PAGES:  3           *
**************************************************************************
```

## LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
E-Mail: rick@rickseymourlaw.net

Voice: 202-862-4320      Fax: 800-805-1065      Cell: 202-549-1454

## FAX TRANSMITTAL MEMORANDUM

11/16/2010 6:07 PM

| To | Fax Number |
|---|---|
| Andrew C. Wilson, Esq.<br>Simon, Peragine, Smith & Redfearn, L.L.P.<br>30th Floor - Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-3000 | 504-569-2999 |

From:  Richard T. Seymour

Re:    Weisler v. Seymour

Pages (including this page): 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * * | NO. 05-4182 and consolidated cases |
| | * * * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*   09-2737 | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

# RESPONSE OF DEFENDANTS RICHARD T. SEYMOUR AND (MISNAMED) RICHARD T. SEYMOUR, P.L.L.C., TO PLAINTIFF RICHARD H. WEISLER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34, Fed. R. Civ. Pro., improperly joined defendant Richard T. Seymour and improperly named defendant "Richard T. Seymour P.L.L.C.," hereby make the following response to Plaintiff Richard Weisler's First Request for Production of Documents:

The above-named defendants have provided hundreds of documents totalling an estimated one or two thousand of pages to the Law Office of Brian Gilbert for inclusion in the production being made on November 16, 2010 to counsel for plaintiff, and the unredacted production being made on November 16, 2010 to the Court for *in camera* review.

Pursuant to Fed. R. Civ. Pro. 34(b0(2)(E)(1), the undersigned defendants also tender the unredacted documents on www.iBackup.com, a web site established by the above-named

1

defendants to facilitate the exchange of bulky information. Indeed, plaintiff uploaded a number of these documents into this folder and should already have all of these documents. In any event, plaintiff has the user name and password to inspect and download these documents. The documents on "Your IBackup / C/ MyFiles/ Barge/ Medical/" have been added to the documents on "Your IBackup / RSEYMOUR-TPAD/ Medical/." The documents in the latter folder are responsive to the discovery request, are accessible to plaintiff over the thirty days following receipt of the e-mail address to which access should be linked, under a password that will be provided to plaintiff's counsel on receipt of the e-mail address plaintiff's counsel desires to use for the purpose. The documents can be downloaded just as they were uploaded. The undersigned defendants are available to assist with any problem, and will issue a new password and start another thirty-day period running on request, for as long as plaintiff desires such access within the discovery period.

      The above-named defendants do not know of any responsive unprivileged documents in their possession that have not been produced by the defendants in this action, or of any privileged documents not being produced to the Court for *in camera* review, but have become aware of a potential problem requiring further review. The e-mails during the relevant time were received on a laptop formerly used by the undersigned defendants, but no longer in regular use because its screen has died. The undersigned defendants' technology consultant carried the e-mails on the old laptop over to the new laptop, but it has come to the undersigned defendants' attention that for some reason some e-mails that are on the old laptop are not on the new laptop. The undersigned defendants must now compare the e-mails that are on the old laptop with those on the new laptop to see if any supplemental production needs to be made. If so, they will supplement their production.

The undersigned defendants are satisfied, however, that all responsive documents other than e-mails, that formerly resided on the old laptop, migrated successfully to the new laptop and are being produced in the same manner as other privileged and unprivileged, unredacted or redacted, documents.

In all other respects, the undersigned defendants adopt the November 16, 2010 First Amended Response By Certain Parties And Others To First Request For Production Of Documents Propounded By Plaintiff, Richard H. Weisler, To Defendants, Richard T. Seymour, Esq., Richard T. Seymour, P.L.L.C., Alan L. Fuchsberg, Esq., The Jacob D. Fuchsberg Law Firm, Brian A. Gilbert, Esq., Law Office Of Brian A. Gilbert, P.L.C., Wiedemann & Wiedemann, P.L.C., Lawrence Wilson, Esq., Wilson, Grochow, Druker and Nolet, as well as the objections and responses set out in the documents to which it refers.

Respectfully Submitted,

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
rick@rickseymourlaw.net
(202) 862-4320 – Telephone
(202) 549-1454 – Cell
(800) 805-1065 – Facsimile

*Attorney for Defendants Richard T. Seymour and "Richard T. Seymour P.L.L.C."*

Dated:  November 16, 2010

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2010, I served a copy of Response of Defendants Richard T. Seymour and (Misnamed) Richard T. Seymour, P.L.L.C., to Plaintiff Richard H. Weisler's First Request for Production of Documents on counsel of record for plaintiff, as shown below, by e-mail, facsimile, and first-class mail, postage prepaid and addressed as shown below:

>Andrew C. Wilson, Esq.
>Simon, Peragine, Smith & Redfearn, L.L.P.
>30th Floor - Energy Centre
>1100 Poydras Street
>New Orleans, LA 70163-3000

*/s/ Richard T. Seymour*
Richard T. Seymour
*Attorney for Defendants Richard T. Seymour and "Richard T. Seymour P.L.L.C."*

4

## LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
E-Mail: rick@rickseymourlaw.net

Voice: 202-862-4320          Fax: 800-805-1065          Cell: 202-549-1454

## FAX TRANSMITTAL MEMORANDUM

11/16/2010 5:34 PM

**To**                                              **Fax Number**

Andrew C. Wilson, Esq.                              504-569-2999
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000

From:  Richard T. Seymour

Re:    Weisler v. Seymour

Pages (including this page): 5

**NOTICE: THIS IS A LEGAL DOCUMENT. IF IT IS MISTAKENLY ROUTED TO THE WRONG OFFICE, PLEASE DESTROY THE DOCUMENT AND CONTACT THE SENDER.**

```
************************************************************************************
*                        TRANSACTION REPORT                              P. 01     *
*                        ——————————————————                                         *
*                                              NOV-16-2010 TUE 05:38 PM             *
*   FOR:                                                                            *
*———————————————————————————————————————————————————————————————————————————————————*
*  DATE   START      RECEIVER         TX TIME   PAGES TYPE     NOTE          M#  DP*
*———————————————————————————————————————————————————————————————————————————————————*
*  NOV-16 05:36 PM  15045692999##970   1'39"     5    SEND     OK            042   *
*———————————————————————————————————————————————————————————————————————————————————*
*                                      TOTAL :   1M 39S  PAGES:  5                  *
************************************************************************************
```

## LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
E-Mail: rick@rickseymourlaw.net

Voice: 202-862-4320       Fax: 800-805-1065       Cell: 202-549-1454

## FAX TRANSMITTAL MEMORANDUM

11/16/2010 5:34 PM

| To | Fax Number |
|---|---|
| Andrew C. Wilson, Esq.<br>Simon, Peragine, Smith & Redfearn, L.L.P.<br>30th Floor - Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-3000 | 504-569-2999 |

From:  Richard T. Seymour

Re:    Weisler v. Seymour

Pages (including this page): 5