11-24

*[Stamped: FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA 2010 NOV 29 AM 11:12 LORETTA G. WHYTE CLERK]*

# BEST KOEPPEL TRAYLOR

2030 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 598-1000
TELECOPIER (504) 524-1024

4801 WOODWAY DRIVE, SUITE 300 EAST
HOUSTON, TEXAS 77056
TELEPHONE: (713) 964-2676
TELECOPIER: (713) 965-0239

*[Handwritten notes: File these documents (not the CD) in both records 05-4182-K and 09-2737-K]*

November 16, 2010

**VIA HAND DELIVERY:**
Magistrate Judge Wilkinson, Jr.
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Division 2
New Orleans, Louisiana 70130

*[Stamped: RECEIVED NOV 18 2010 CHAMBERS OF MAGISTRATE JUDGE WILKINSON, JR.]*

    Re:   Weisler v Seymour
          Our File No.: <u>0202-0-2841</u>

Dear Magistrate Wilkinson:

    In connection with the above referenced litigation, enclosed please find our Amended Response By Certain Parties and Others to First Request for Production of Documents Propounded by Plaintiff, Richard H. Weisler. Also, enclosed is a compact disc containing the above materials in the foregoing response. *[Handwritten: for in camera review only]*

    Should you have any questions, please do not hesitate to contact me.

                                  Yours very truly,

                                  Peter S. Koeppel

PSK/mns
Enclosures
cc:   Andrew Wilson, Esq.

# BEST KOEPPEL TRAYLOR

2030 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 598-1000
TELECOPIER (504) 524-1024

4801 WOODWAY DRIVE, SUITE 300 EAST
HOUSTON, TEXAS 77056
TELEPHONE: (713) 964-2676
TELECOPIER: (713) 965-0239

November 16, 2010



RECEIVED
NOV 17 2010
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

**VIA HAND DELIVERY**:
Andrew C. Wilson, Esq.
Simone, Peragine, Smith
 & Redfearn, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163

Re: Weisler v Seymour
Our File No.: 0202-0-2841

Dear Andy:

In connection with the above referenced litigation, enclosed please find our Amended Response By Certain Parties and Others to First Request for Production of Documents Propounded by Plaintiff, Richard H. Weisler. Also, enclosed is a compact disc containing the above materials in the foregoing response.

We presume that you will not disclose these documents to anyone unless we first receive an affidavit as per the Court's Order at 20124.

Should you have any questions, please do not hesitate to contact me.

Yours very truly,

Peter S. Koeppel

PSK/mns
Enclosures
cc: Mag. Judge Wilkinson, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: ALL BARGE | * * | SECTION "K" (2) |
| *Boutte v. LaFarge*  05-5531 | * | |
| *Mumford v. Ingram*  05-5724 | * | |
| *Lagarde v. LaFarge*  06-5342 | * | JUDGE |
| *Perry v. Ingram*  06-6299 | * | STANWOOD R. DUVAL, |
| *Benoit v. LaFarge*  06-7516 | * | JR. |
| *LaFarge v. USA*  07-5178 | * * | MAG. |
| *Weisler v. Seymour, et al.*  09-2737 | * * | JOSEPH C. WILKINSON, JR. |

## FIRST AMENDED

### RESPONSE BY CERTAIN PARTIES AND OTHERS TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF, RICHARD H. WEISLER, TO DEFENDANTS, RICHARD T. SEYMOUR, ESQ., RICHARD T. SEYMOUR, P.L.L.C., ALAN L. FUCHSBERG, ESQ., THE JACOB D. FUCHSBERG LAW FIRM, BRIAN A. GILBERT, ESQ., LAW OFFICE OF BRIAN A. GILBERT, P.L.C., WIEDEMANN & WIEDEMANN, P.L.C., LAWRENCE WILSON, ESQ., WILSON, GROCHOW, DRUKER AND NOLET

**NOW COME** improperly named and joined defendant Brian A. Gilbert, Esq., improperly named and joined defendant Lawrence Wilson, Esq., Law Office of Brian A. Gilbert, P.L.C., Wilson, Grochow, Druker and Nolet, and Wiedemann and Wiedemann, P.L.C., and additionally, for limited purposes of intervention as respondents to discovery propounded by Plaintiff Weisler, COME the Barge Plaintiffs, the Barge Plaintiff's Subgroup Litigation Committee, by and through it members and its Liaison, Brian A. Gilbert, in his official capacity

as such, and in his official capacity as Master Committee Barge Liaison, who respond as follows to the First Request for Production of Documents Propounded by Plaintiff, Richard H. Weisler:

**REQUEST FOR PRODUCTION NO. 1:**

Please produce a copy of any and all documents evidencing communication of any kind between or among Defendants related to mental health care professionals and/or to experts, contacted during the pendency of CA No. 05-4182, including, Dr. Richard Weisler, Dr. Mark Townsend, Dr. Jill Hayes, Dr. Howard Osofosky, Dr. Joy D. Osofosky, Dr. Phillip Griffin and/or other medical experts who worked with or for the Defendants with the "Barge Case", the "emotional injury subclass", and/or the assessment of mental health issues, injuries and/or damages sustained by any Plaintiffs resulting from Katrina.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Defendants and Respondents reiterate and incorporate all Objections and Reservations contained in their initial response of October 18, 2010.

All responsive documents presently known to the Defendants and Respondents appearing via this Response, following an exhaustive and diligent search, are provided. These represent Defendants' and Respondents' best efforts, given their understanding of oral modifications to the Request for Production made in Open Court on November 10, 2010, and of the Court's Orders at Record Doc. 20121. Defendants and Respondents reserve the right to supplement, particularly in light of a computer malfunction affecting Defendants Richard T. Seymour and Richard T. Seymour, P.L.L.C., of which Barge Plaintiffs' Liaison first became aware after 6:00 p.m. Central Standard Time on November 15, 2010. It is anticipated that a search of the malfunctioning component will *not* reveal any additional responsive materials.

All of the following, and that contained on the accompanying compact disc, are intended to supersede and amend in its entirety the original response herein, except that Objections and Reservations are reiterated as stated above. The following also supersedes the Privilege Log provided previously and filed by the Court as Record Doc. 20123.

Subject to all of the foregoing, Defendants and Respondents provide the following Amended Response:

## What Has Been Produced to the Court

Provided on a compact disc is email dated from March 6, 2008 through September 28, 2008, email attachments, internal memoranda, a sample mental health expert retainer agreement, and miscellaneous other documents arguably responsive to Dr. Weisler's document request. These are the only written documents known to Defendants and Respondents which may be responsive to Plaintiff's document request, and compliant with the Court's Minute Entry and Order at Record Doc. 20121. These documents are Bates numbered 000001 through 003672. All of the foregoing have been provided to the Court both with and without redactions for the purpose of *In Camera* inspection, to determine the applicability of privileges asserted in the Weisler Litigation. Please note that documents Bates numbered 2074-2086 are not produced, as they were recognized after Bates numbering as being nonresponsive to and not encompassed within Plaintiff's document request.

## What Has Been Produced to Dr. Weisler

Dr. Weisler has been provided all of the same documents as the Court, but matters subject of assertions of privilege in the Weisler Suit are redacted pending the Court's decision upon *In Camera* inspection. Redactions are applied only to privileged documents and email generated from August 12, the date Dr. Weisler was terminated, through September 28, 2008, the last email in Defendants' and Respondents' possession prior to the date on which he consulted counsel, October 8, 2008, according to his attorney. Items from this period which implicate no privilege are excluded from the redacted documents, and are produced without redactions. This subset of redacted email is Bates Numbered, but not in continuous fashion, because the

component emails are extracted from the entire Bates range, 000001 through 003672. Included in this redacted subset are Bates ranges 1738-1739, 1772-1775, 1780-1817, 1822, 1824-1833, 1857-1869, 2905-2909, 3011-3016, and 3195-3196. This redacted email has also been provided to the Court, along with the unredacted versions for comparison.

### Privilege Asserted - as to the Underlying Barge Litigation

Attorney Work Product Privilege and Privilege of Nondisclosure of Protected Health Information are asserted as to *all* of the items produced (000001 through 003672) insofar as they contain information protected from disclosure to any parties outside of EDLA Civil Action No. 09-2737, as per the Protective Order at Record Doc. 20124. Specifically, the protections afforded to attorney work product and mental impressions, to attorney-client communications, and to protected health information are asserted in the context of the underlying Barge Litigation.

### Privilege Asserted - as to the Weisler Litigation

Defendants and Respondents additionally assert the Attorney Work Product Privilege, Attorney-Client Privilege of Confidentiality, and Joint Defense Privilege, as described in their Motion for Protective Order, Reply In Support of their Motion for Protective Order, and as asserted in their original Response to Request for Production, and orally on the record at the November 10, 2010 hearing. That is, privilege as to these materials (Bates ranges 1738-1739, 1772-1775, 1780-1817, 1822, 1824-1833, 1857-1869, 2905-2909, 3011-3016, and 3195-3196) is asserted within the context of this, the Weisler Litigation.

Respectfully submitted,

**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**

_____
Brian A. Gilbert (21297)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com,
bgilbert@bestkoeppel.com

*Counsel for Barge Plaintiffs, Barge Plaintiff Liaison, Barge Liaison to Master Committee*


**BEST KOEPPEL TRAYLOR**

_____
Peter S. Koeppel (LSBA # 1465)
W. Scarth Clark (LSBA # 22993)
Jonathan H. Adams (LSBA # 29061)
2030 St. Charles Avenue
New Orleans, Louisiana  70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
peterklaw@aol.com
sclark@bestkoeppel.com
jadams@bestkoeppel.com

*Attorneys for Brian A. Gilbert, Esq., Lawrence Wilson, Esq., Law Office of Brian A. Gilbert, P.L.C., and Wilson, Druker, Grochow and Nolet, and Wiedemann and Wiedemann, P.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing First Amended Response by Certain Parties and Others to First Request for Production of Documents has been served on all counsel of record via ECF upload, this 16th day of November, 2010.

_____
PETER S. KOEPPEL