UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                                NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                           JUDGE DUVAL
    Abadie, 06-5164                               MAG. WILKINSON
    Allen, 07-5111

## ORDER

At the request of Dan Rees, counsel for the State of Louisiana Road Home

program, and having been advised that plaintiffs' counsel, Joseph M. Bruno, and David

Strauss, counsel for State Farm Fire and Casualty Company, agree,

**IT IS ORDERED** that the status conference previously set in this matter on

December 1, 2010, is hereby reset on **December 16, 2010 at 2:00 p.m.**  The purpose of the

conference is to discuss the status of resolution of the settlement of certain individual claims

in the referenced matters.

New Orleans, Louisiana, this _____1st_____ day of December 2010.

 

 

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**JOSEPH M. BRUNO**
**DAVID STRAUSS**
**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**