UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, | * | |
| 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, | * | |
| 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, | * | |
| 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, | * | |
| 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, | * | |
| 06-5771, 06-5786, 06-5937, 06-7682, 07,0206, 07-0647, | * | |
| 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT DESIGNATION OF RECORD ON APPEAL**

**NOW INTO COURT**, through undersigned counsel, comes the LEVEE PSLC and the defendant the United States of America that, pursuant to Order dated November 23, 2010 in case # 10-31054 by the United States Fifth Circuit Court of Appeal, do submit their Joint Designation of Record on Appeal of the *Orders and Reasons* of January 30, 2008 pertaining to the United States's Motion to Dismiss Counts I-III and V- VII of the Superseding Master Consolidated Complaint and to Strike the Remaining Counts, certified as a Rule 54(b) Final Judgment by the Court's October 14, 2010 *Order and Reasons*.

The record designation is attached hereto as Exhibit 1.

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**

     /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com
*For Plaintiffs*

*and*

**COUNSEL FOR THE UNITED STATES OF AMERICA**

/s/ Kara K. Miller
KARA K. MILLER
Trial Attorney, Torts Branch
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
kara.k.miller@usdoj.gov
(202) 616-4448
Attorneys for Defendant United States
*For Defendant United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing JOINT DESIGNATION OF RECORD ON APPEAL upon all counsel of record by ECF this 8th day of December, 2010.

                                          /s/ Joseph M. Bruno
                                          Joseph M. Bruno