**apache**
CORPORATION

2000 POST OAK BOULEVARD / SUITE 100 / HOUSTON, TEXAS 77056

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC -6 PM 3: 15

LORETTA G. WHYTE
CLERK

(713) 296 6000
WWW.APACHECORP.COM

E-Mail: andrew.friedberg@apachecorp.com
Direct Line: (713) 296-7065
Fax: (713) 296-6481

December 2, 2010

**BY FIRST CLASS MAIL**

The Honorable Loretta G. Whyte
Clerk of Court
U.S. District Court, Eastern District of Louisiana
500 Poydras St., Room C 151
New Orleans, LA 70130

    Re:    Request for Removal from ECF Mailing List for Katrina Canal Breaches Consolidated Litigation, 2:05-cv-04182-SRD-JCW

Dear Ms. Whyte:

    Pursuant to instructions received from Liaison Counsel for Defendants in the above-referenced consolidated litigation, I am writing to request that I be removed from the ECF system distribution list for all future notices in this matter as I no longer represent any active party.

    Should you have any questions or require additional information, please contact me at (713) 296-7065.

    With kind regards, I am

                                        Very truly yours,

                                        Andrew S. Friedberg
                                        (La. State Bar No. 29868)

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____



Apache Corporation
2000 POST OAK BOULEVARD SUITE 100
HOUSTON, TEXAS 77056-4400

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST-CLASS

UNITED STATES POSTAGE
CLASS $00.382
DEC 02
MAILED FROM ZIP CODE 77056

DEC-3-10 PRESORT

The Honorable Loretta G. Whyte
Clerk of Court
U.S. District Court, Eastern District of Louisiana
500 Poydras St., Room C 151
New Orleans, LA 70130

JR**PLM1 70130