UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182

PERTAINS TO:

05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0020, 06-0225, 06-0886, 06-1885,
06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937,
06-7682, 06-11208, 07-0206, 07-0647, 07-0993, 07-1284,
07-1286,[1] 07-1288, 07-1289, 07-4551, 07-4552, 07-4553,
07-4554, 07-4556, 07-4950, 07-4951, 07-4954, 07-4955,
07-4956, 07-4959, 07-4961, 07-4962, 07-4986, 07-4987,
07-4999, 07-5010, 07-5148, 07-5150, 07-5314, 07-5315,
07-5316, 07-5317, 07-5320, 07-5325, 07-5326, 07-5328,
07-5331, 07-5332, 07-5333, 07-5335, 07-5336, 07-5337,
07-5357, 07-5358, 07-5359, 07-5360, 07-5370, 07-5372,
07-5377

## ORDER

The *In re Katrina Canal Breaches Consolidated Litigation*, C.A. No. 05-4182 has served as the "Katrina Umbrella" wherein all cases in which the legal issues surrounding the levee breaches which occurred in the aftermath of Hurricane Katrina have been consolidated and have been categorized by topic. This Court at the inception of this process planned that the Katrina Umbrella would be dismantled incrementally after the fundamental issues involved in each category had been resolved, and to date the Court has proceeded with this course of conduct. This Court finds that the LEVEE category has reached this point of departure. Accordingly,

---

[1] This case number was omitted erroneously in plaintiffs' filing as the "Final Order and Judgment" included C.A. 07-1286 and the pleading (Doc. 19987) omitted same.

DEC -9 2010
REALLOTTED TO
SECT. B

___ Fee ___
___ Process ___
_x_ Dktd ___
___ CtRmDep ___
___ Doc No. ___

**IT IS ORDERED** that the following cases which are presently part of the Master Consolidated Class Action in the LEVEE category or are tag-along LEVEE designated suits are hereby **SEVERED FROM THE IN RE: KATRINA BREACHES CONSOLIDATED LITIGATION, C.A. NO. 05-4182 AND THE CLERK IS DIRECTED TO RANDOMLY REALLOT THESE CASES TO A JUDGE OF THIS COURT:**

### LEVEE CASES CURRENTLY ON APPEAL:

| | |
|---|---|
| ✓05-4191 | Vodanovich vs. Boh Brothers Construction Co., LLC, et al |
| 05-4568 | Harvey, et al vs. Board of Commissioners for the Orleans Levee District, Parish of Orleans |
| 05-5237 | Vodanovich vs. Boh Brothers Construction Co., LLC, et al |
| 05-6073 | Kirsch, et al vs. Boh Brothers Construction Co., et al |
| 05-6314 | Ezell, et al vs. Boh Brothers Construction Co., et al |
| 05-6324 | Brown, et al vs. Boh Brothers Construction Co., LLC, et al |
| 05-6327 | LeBlanc, et al vs. Boh Brothers Construction Co., LLC, et al |
| 05-6359 | Bradley, et al vs. Modjeski and Masters, Inc. |
| 06-0020 | Tauzin, et al vs. Board of Commissioners for the Orleans Levee District, et |
| 06-0225 | Bradley, et al vs. Pittman Construction Co., Inc, et al |
| 06-0886 | Finney, et al vs. Boh Brothers Construction Company, LLC, et al |
| 06-1885 | O'Dwyer, et al vs. United States of America |
| 06-2278 | Christenberry, et al vs. Board of Commissioners for the Orleans Levee District, et al |
| 06-2287 | Sanchez, et al vs. Boh Brothers Construction Co., et al |
| 06-2346 | Fitzmorris, et al vs. Board of Commissioners for the Orleans Parish Levee District, et al |
| 06-2545 | Marcello, et al vs. Boh Brothers Construction Company, LLC, et al |
| 06-3529 | Harvey, et al vs. Board of Commissioners for the Orleans Levee District, Parish of Orleans |
| 06-4065 | Adams, et al vs. Boh Brothers Construction Company, LLC, et al |
| 06-4389 | O'Dwyer, et al vs. Department of Transportation and Development, State of Louisiana, et al |
| 06-4634 | Adams, et al vs. Boh Brothers Construction Co., LLC, et al |
| 06-4931 | Brock, et al vs. Boh Brothers Construction Co., LLC, et al |
| 06-5032 | Joseph, et al vs. New Orleans Sewerage and Water Board, et al |
| 06-5042 | Cohen, et al vs. Board of Commissioners for the Orleans Levee District, et |
| 06-5159 | Fleming, et al vs. United States of America, et al |
| 06-5163 | Gordon, et al vs. United States of America, et al |

| | |
|---|---|
| 06-5367 | Briethoff (Weller), et al vs. Modjeski and Masters, Inc., et al |
| 06-5471 | Williams, et al vs. Board of Commissioners for the Orleans Parish Levee District, et al |
| 06-5771 | O'Dwyer, et al vs. United States of America |
| 06-5786 | O'Dwyer vs. Department of Transportation and Development, State of Louisiana, et al |
| 06-5937 | Yacob, et al vs. Board of Commissioners for the Orleans Levee District, et |
| 06-7682 | Paul, et al vs. Sewerage and Water Board of New Orleans, et al |
| 06-11208 | Speed, et al vs. City of New Orleans, et al |
| 07-0206 | O'Dwyer vs. United States of America |
| 07-0647 | Greer, et al vs. United States Army Corps of Engineers |
| 07-0993 | Paul, et al vs. Sewerage and Water Board of New Orleans, et al |
| 07-1284 | Coco, et al vs. Board of Commissioners of the Orleans Levee District, et al |
| 07-1286 | Augustine, et al vs. United States of America, et al |
| 07-1288 | Hennessey, et al vs. United States of America, et al |
| 07-1289 | Coniglio, et al vs. United States of America, et al |

**"TAG-ALONG" LEVEE CASES:**

| | |
|---|---|
| 07-4551 | Morial vs. United States of America, et al |
| 07-4552 | Kornman, et al vs. United States of America, et al |
| 07-4553 | White, et al vs. United States of America, et al |
| 07-4554 | Lobrano, et al vs. United States of America, et al |
| 07-4556 | Puccio, et al vs. United States of America, et al |
| 07-4950 | Plaisance vs. United States of America, et al |
| 07-4951 | WNO Ownership, LLC, et al vs. United States of America, et al |
| 07-4954 | DeSalvo vs. United States of America, et al |
| 07-4955 | DeSalvo vs. United States of America, et al |
| 07-4956 | DeSalvo vs. United States of America, et al |
| 07-4959 | Union Limited Partnership, et al vs. United States of America, et al |
| 07-4961 | Riverfront Lodging, LLC vs. United States of America, et al |
| 07-4962 | Jackson Brewery Marketplace, Ltd. vs. United States of America, et al |
| 07-4986 | Hotel Investors, LLC vs. United States of America, et al |
| 07-4987 | Blaum, et al vs. United States of America, et al |
| 07-4999 | Reese vs. United States of America, et al |
| 07-5010 | Plaisance vs. United States of America, et al |
| 07-5148 | Reese vs. United States of America, et al |
| 07-5150 | Reese vs. United States of America, et al |
| 07-5314 | Davis vs. United States of America, et al |
| 07-5315 | Omega Hospital, LLC vs. United States of America, et al |
| 07-5316 | Gerdes vs. United States of America, et al |
| 07-5317 | Abundance Square Associates, LP vs. United States of America, et al |
| 07-5320 | Jackson Brewery Marketplace, Ltd. vs. United States of America, et al |

| | | |
|---|---|---|
| | 07-5325 | Berenson, et al vs. United States of America, et al |
| | 07-5326 | St. Augustine High School, et al vs. United States of America, et al |
| | 07-5328 | Reese vs. United States of America, et al |
| | 07-5331 | Jackson Brewery Marketplace, Ltd. vs. United States of America, et al |
| | 07-5332 | Plaisance vs. United States of America, et al |
| | 07-5333 | Plaisance vs. United States of America, et al |
| | 07-5335 | Hotel Investors, LLC vs. United States of America, et al |
| | 07-5336 | Blaum, et al vs. United States of America, et al |
| | 07-5337 | Riverfront Lodging, LLC vs. United States of America, et al |
| | 07-5357 | DeSalvo vs. United States of America, et al |
| | 07-5358 | DeSalvo vs. United States of America, et al |
| | 07-5359 | Dillard University, et al vs. United States of America, et al |
| | 07-5360 | White, et al vs. United States of America, et al |
| | 07-5370 | DeSalvo vs. United States of America, et al |
| | 07-5372 | Reese vs. United States of America, et al |
| | 07-5377 | WNO Ownership, LLC, et al vs. United States of America, et al |

It must be noted that this Court has rendered a Conditional Judgment approving a Settlement Agreement among the various state agencies, which are the only remaining defendants in the LEVEE category. The Conditional Judgment is currently on appeal. The Master Consolidated Class Action and all of the above-named cases that comprise that class action have been stayed, pending the resolution of this appeal.

New Orleans, Louisiana, this 8th day of December, 2010.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE