# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 08, 2010

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**FILED  DEC - 8 2010**

**LORETTA G. WHYTE**
**CLERK**

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 09-31071, In Re: Katrina Canal, et al
    USDC No. 2:05-CV-4182
    USDC No. 2:06-CV-1672
    USDC No. 2:06-CV-1673
    USDC No. 2:06-CV-1674

The following is(are) returned:

Original Record on Appeal,    ( 11 ) Vols.

Original Exhibits        ( ) Box    ( 1 ) Env.      ( ) Package

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: Gina Randazzo Martin  
Gina Randazzo Martin, Deputy Clerk  
504-310-7687

REC3

___ Fee _____  
___ Process _____  
_X_ Dktd _____  
___ CtRmDep _____  
___ Doc. No. _____