UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: All cases | § § § | |

## DEFENDANT UNITED STATES' *EX PARTE* MOTION TO WITHDRAW RICHARD R. STONE, SR. AS COUNSEL OF RECORD

Defendant United States of America moves the Court to withdraw Richard R. Stone, Sr. as counsel of record in this case. Respectfully submitted,

TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/Richard R. Stone, Sr.
RICHARD R. STONE, SR
Trial Attorney

ROBIN SMITH
Senior Trial Counsel
Civil Division, Torts Branch
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4291 / (202) 616-5200 (Fax)

December 16, 2010                    Attorneys for the United States of America

## **CERTIFICATE OF SERVICE**

I, Richard R. Stone, Sr., hereby certify that on December 16, 2010, I served a true copy to Defendant United States' *Ex Parte* Motion to Withdraw Richard R. Stone, Sr. as Counsel of Record.

```
_____
RICHARD R. STONE, SR.
```