UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: All cases | § | |
| | § | |

## ORDER

Having considered the United States of America's *Ex Parte* Motion to Withdraw Richard R. Stone, Sr. as Counsel of Record, the motion is GRANTED.  Richard R. Stone, Sr. is hereby withdrawn as counsel of record for the United States.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana