MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 16, 2010

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                 NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                           JUDGE DUVAL
    Abadie, 06-5164                              MAG. WILKINSON
    Allen, 07-5111


       Pursuant to the court's previous orders, Record Doc. Nos. 20065, 20103 and 20132,

a status conference was conducted before me in this matter on this date.  Participating were:

Plaintiffs' counsel, Melissa DeBarbieris and Jason Crews, a paralegal in her office; David

Strauss, counsel for State Farm Fire and Casualty Company, and Dan Rees on behalf of the

Road Home Program.  The status of finalization of the settlement of certain individual

claims in the referenced matters was discussed.  It appears that only ten (10) such matters

remain and that they will be completed shortly.

                                                       JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE

   **MJSTAR:  0 : 25**

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**
**JOSEPH M. BRUNO**
**DAVID STRAUSS**
**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**