UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(S)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>LEVEE (07-5012, 07-5339)<br>MRGO (07-5012, 07-5339) | | |

## *EX PARTE* MOTION TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Paul N. Debaillon ("*Plaintiff*"), Chapter 7 trustee for the bankruptcy estate of WETCO Restaurant Group, L.L.C. and Plaintiff in the above entitled and numbered matter, and Stewart, Robbins & Brown, LLC ("*SRB*"), who move this Court for an order enrolling Erin Wilder-Doomes ("*EWD*") of Stewart, Robbins & Brown, LLC, 247 Florida Street, Baton Rouge, LA 70896-6498, as additional counsel for the Plaintiff. EWD is a licensed Louisiana attorney and Plaintiff and SRB desire that she be enrolled as additional counsel of record.

**WHEREFORE** Trustee and SRB respectfully request entry of an order enrolling EWD as additional counsel of record for the Plaintiff in the above entitled and numbered matter and for such other and further relief as is just.

>Respectfully submitted,
>
>**STEWART ROBBINS & BROWN, LLC**
>247 Florida Street
>P. O. Box 66498
>Baton Rouge, LA  70896-6498
>(225) 231-9998 Telephone
>(225) 709-9467 Fax
>
>By:    /s/ Brandon A. Brown
>         Brandon A. Brown (La. # 25592)
>         bbrown@stewartrobbins.com
>
>*Special Purpose Counsel for Paul N. Debaillon,*
>*Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing *Ex Parte* Motion to Enroll Counsel of Record has been served upon all parties entitled to receive notice via this Court's CM/ECF system this 21st day of December, 2010.

/s/ Brandon A. Brown
Brandon A. Brown