UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(S) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE (07-5012, 07-5339) MRGO (07-5012, 07-5339) | § § § § § § § | |

## ORDER

IT IS HEREBY ORDERED that Erin Wilder-Doomes of Stewart Robbins & Brown, L.L.C., is hereby enrolled as additional counsel of record for Plaintiff, Paul N. Debaillon, Chapter 7 trustee for the bankruptcy estate of WETCO Restaurant Group, L.L.C.

New Orleans, Louisiana, this _____ of _____, 20___.

_____
JUDGE, UNITED STATES DISTRICT COURT