UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>**KATRINA CANAL BREACHES** §<br>**CONSOLIDATED LITIGATION** §<br>§<br>*PERTAINS TO:  INSURANCE* §<br>§<br>**THOMAS M. MULKEY, et al    NO.: 07-2754** §<br>§<br>**VERSUS** §<br>§<br>**ALLSTATE INSURANCE COMPANY** §<br>§ | **CIVIL ACTION NO. 05-4182 "K" (2)**<br><br>**JUDGE DUVAL**<br><br>**MAGISTRATE WILKINSON** |

**RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

COMES NOW, the Plaintiffs, Thomas M. Mulkey and Dianne F. Mulkey, as well as Defendant, Allstate Insurance Company, through undersigned counsel and who hereby stipulate to the dismissal of this action number 07-2754 in its entirety, with prejudice.

WHEREFORE, the Plaintiff and Defendant pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will enter the attached Order.

RESPECTFULLY SUBMITTED,

GREGORY J. SCHWAB, LLC


*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

1

and

THE ROBICHAUX LAW FIRM

*/s/ Brian D. Page*
**Brian D. Page, Bar No. 30941**
PO Box 792500
6305 Elysian Fields, Suite 406
New Orleans, Louisiana 70179
Telephone: (504) 286-2022
Facsimile: (504) 282-6298
Attorney for Thomas M. Mulkey and
Dianne F. Mulkey