UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:** § | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182 "K" (2)** |
| **CONSOLIDATED LITIGATION** § | |
| § | **JUDGE DUVAL** |
| *PERTAINS TO: INSURANCE* § | |
| § | **MAGISTRATE WILKINSON** |
| **THOMAS M. MULKEY, et al    NO.: 07-2754** § | |
| § | |
| **VERSUS** § | |
| § | |
| **ALLSTATE INSURANCE COMPANY** § | |
| § | |

## ORDER

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action number 07-2754, in its entirety, is dismissed with prejudice.

_____
JUDGE

1