UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | * * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE |
| | * * | JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \*

### EX PARTE MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT** come David V. Batt and Bradley S. Groce, attorneys for defendants, Alan L. Fuchsberg and the Jacob D. Fuchsberg Law Firm, named in the Weisler v. Seymour, et al. litigation, Civil Action No. 09-2737, which was consolidated into the *In re: Katrina Canal Breaches Consolidated Litigation*. David V. Batt and

1

Bradley S. Groce submit this Ex Parte Motion to Enroll as Counsel of Record for the defendants:

1. Jacob D. Fuchsberg Law Firm, and

2. Alan L. Fuchsberg

On suggesting to the court that David V. Batt and Bradley S. Groce desire to enroll as counsel of record for the above-listed defendants and desire to be recognized as attorneys of record in these proceedings.

Respectfully submitted,

s/David V. Batt
_____
DAVID V. BATT, #2849
BRADLEY S. GROCE, #26037
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

---

*CERTIFICATE OF SERVICE*

I do hereby certify that I have on this 7 day of January, 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

s/David V. Batt
_____
David V. Batt