UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION |
| | NO. 05-4182 |
| **PERTAINS TO: BARGE** | and consolidated cases |
| | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | |

**O R D E R**

Considering the Ex Parte Motion to Enroll as Counsel of Record filed herein by David V. Batt and Bradley S. Groce:

**IT IS ORDERED THAT** David V. Batt and Bradley S. Groce be recognized as attorneys for the Jacob D. Fuchsberg law firm, and Alan L. Fuchsberg

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**J U D G E**