UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolidated cases |
| *Weisler v. Seymour, et al.* **09-2737** | * * * | SECTION "K" (2) |

* * * * * * * *

**O R D E R**

Considering the Ex Parte Motion to Enroll as Counsel of Record filed herein by David V. Batt and Bradley S. Groce:

**IT IS ORDERED THAT** David V. Batt and Bradley S. Groce be recognized as attorneys for the Jacob D. Fuchsberg law firm, and Alan L. Fuchsberg

New Orleans, Louisiana, this __11th__ day of _____January_____, 2011.

_____
**J U D G E**