UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" |
| PERTAINS TO:  BARGE | |

| | | |
|---|---|---|
| *Mumford* | C.A. No. 05-5724 | *as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY* |
| *Benoit* | C.A. No. 06-7516 | *as to claims of plaintiffs John Alford and Jerry Alford - ONLY* |

## ORDER

Before the Court are a number of Objections that were filed after the commencement of trial.  The Court has reviewed these and rules as follows:

**Objections to Testimony on Cross-Examination of Joel Dupre** (Doc. 19937)

    **IT IS ORDERED** that the objections are **OVERRULED**.

**Lafarge North America, Inc.'s Motion to Strike Declaration of Brian A Gilbert** (Doc. 19931)

    **IT IS ORDERED** that the Motion is **DENIED**.

**Lafarge North America Inc's Objections to Plaintitffs' Additional Designations (Doc. 19869)**

  **IT IS ORDERED** that the Objection is :

| Deposition | Page Line | Objections to Designation |
|---|---|---|
| Arthur Anderson, III | 70:19-72:25 | **SUSTAINED** |
| | 73:5-75:25 | **SUSTAINED** |
| Carolyn Berryhill | 33:12-22 | **OVERRULED** |
| | 34:6-17 | **OVERRULED** |
| | 59:15-22 | **SUSTAINED** |
| Anthony Bickham | 78:4-7 | **OVERRULED** |
| Barry Boudreaux | 26:9-13 | **OVERRULED** |
| Gregory Campbell | 26:13-20 | **SUSTAINED** |
| Kevin McFarland | 58:5-15 | **OVERRULED** |
| | 58:13-15 | **OVERRULED** |
| | 91:7-12 | **OVERRULED** |
| Sarah Price | 20:18-21:1 | **SUSTAINED** |
| Wade R. Ragas | 41:16 | **SUSTAINED**; all of line 6 as well as lines 7-11 shall be considered. |
| Towonda Schexnayder | 50:10-20 | **SUSTAINED** as to lines 19-20; **OVERRULED** as to the rest. |
| | 51:19-52:2 | **OVERRULED** |

|  | 67:5-8 and 68: 2-21 | designations not provided to Court; not used in decision; **MOOT**. |
|---|---|---|
| Daniel Weber | 55:17-56:9 | **SUSTAINED** |
|  | 126:8-10 | **OVERRULED** |

New Orleans, Louisiana, this 20th day of January, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE