Appendix –No. 1

Overall Schematic of the Waterways Described (Def. Exh. 196, Cushing Report, at 7).



Appendix– No. 2, Def. Exh. No. 206, Report of Report of Robert Glenn Bea, Ph.D., P.E. (August 3, 2009) at 2.



Figure 1: MR-GO Reach 1 and Reach 2 (after USACE IPET 2007).

Appendix–No. 3 Photograph of the southern portion of the IHNC and adjacent Lower Ninth Ward (2002), Def. Exh. 196, Cushing Report at 15.



Figure 8: The southern portion of the IHNC and adjacent Lower Ninth Ward (2002).

15

Appendix–No. 4
Schematic of Floodwall As Constructed.



Figure 21: Cross section of IHNC levee and floodwall.

Appendix–No. 5
Path of Hurricane Katrina



From Map 1 and Table 1, it is seen that the center of Katrina was south and east of the IHNC (29.98°N 90.02°W) as of 0700 CDT on August 29.

4

## HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC

4. TRACK IN AREA OF INTEREST: Katrina's track while in the New Orleans area of interest is listed in Table 3 and shown in Map 2. The positions were taken from the NHC best track positions.

### TABLE 3. KATRINA POSITIONS NEAR NEW ORLEANS

| DATE/HOUR GMT =CDT | LAT | LONG | PRESS | MAXIMUM WIND SPEED KNOTS | DISTANCE FROM LNA TERMINAL ON THE IHNC (N.M.) | BEARING TO IHNC AREA |
|---|---|---|---|---|---|---|
| 28/1800=1300 | 26.3 | 88.6 | 902 | 150 | 234 | 341° |
| 29/0000=1900 | 27.2 | 89.2 | 905 | 140 | 173 | 345° |
| 29/0600=0100 | 28.2 | 89.6 | 913 | 125 | 109 | 348° |
| 29/0900=0400 | 28.8 | 89.6 | | | 74 | 343° |
| 29/1110=0610 | 29.3 | 89.6 | 920 | 110 | 46 | 332° |
| 29/1200=0700 | 29.5 | 89.6 | 923 | 110 | 36 | 322° |
| 29/1445=0945 | 30.2 | 89.6 | 928 | 105 | 26 | 238° |
| 29/1800=1300 | 31.1 | 89.6 | 948 | 80 | 71 | 198° |



OFFICIAL TRACK OF KATRINA ACROSS DELTA AND EAST OF NEW ORLEANS

MAP 2

DOOLEY SEAWEATHER ANALYSIS, INC.
SCIENCE-EXPERIENCE-ANALYSIS

16

Appendix No. 7



Point E is the IHNC and the interpolated location.

6

Appendix No. 8
Demonstrative of Wind Direction On Barge During Hurricane Katrina
DX 196, Cushing Expert Report at 80.



Figure 52: Wind Directions acting on barge ING 4727 during Hurricane Katrina from 0200 to 1000 (2:00 to 10:00 AM) on August 29.

7

Appendix No. 9
DX-206, Expert Report of Bea at Appendix C, p.4



Figure 2: Breach locations at the Lower 9th Ward (USACE IPET 2007).

Appendix No. 10
Photograph of Complete North Breach Demonstrating location of Pump Station 5
DX-108 LNA 103410.  The pumping station is the building framed by the rusted sheet piling in the picture below.



Appendix No. 11
Wind Directions with Respect to the North and South Breaches



Figure 109: The wind direction on the morning of 29 August, 2005. The wind could not have carried the barge to the North Breach at any time shown here.



Figure 110: The wind direction on the morning of 29 August, 2005. The wind could not have carried the barge to the South Breach until 0900 (9:00 AM) or later.

10

Appendix No. 12
DX-196, Cushing Expert Report at 86.



Figure 57: The most probable path of barge ING 4727 across the IHNC. The red arrow shows the wind direction at 0900 (9:00 AM) and the white arrows show the current direction. Based on the barge's large sail area and shallow draft, wind forces would have predominated over current forces when influencing the movement of the barge.

Appendix No. 13–Actual photograph and graphic demonstrating path of Barge over collapsed wall.



Figure 60: Damage at south end of breach, looking west.

The angle of the concrete panel in the foreground of this figure, and the damage to that panel, shows that the wall had failed before contact was made by the barge. This evidence indicates that the initial contact between the wall and barge was made at the panel in the foreground, which in the photo is lying in a nearly horizontal position (C).



Figure 89: After the barge grinds to a halt in the southward direction, it slides off into the Lower Ninth Ward, creating the scratch marks that were visible on its bottom. This figure shows the configuration of the wall at the southern periphery of the south breach as it was after Hurricane Katrina.

12

Appendix, No. 14
Photographs demonstrating catastrophic flooding prior to Barge impact on IHNC.
DX-196 Figure 116 at 171 and Figure 118 at 172



Figure 116: The barge in its post-Katrina resting place. The homes and trees would have prevented the barge from floating from the right side of this photo to its position on the left side of the photo, which is nearer to the canal.

9. The presence, location and condition of trees, telephone pole and wires indicates the barge reached its grounding spot during the flood and not during the draining of the water from the Lower Ninth Ward.



Figure 118: The barge adjacent to a semi-standing house (1739 Jourdan Ave.), which indicated the barge did not impact the house very hard.

Appendix No. 15–(DX-360)



Appendix No. 15–(DX-360)

14

Appendix No. 16–(DX-196, Cushing Report Figure 92 and 93)



Figure 92: The barge could not have come close to the floodwall if only 2 feet was exposed above the crest of the wall.



Figure 93: If the barge was next to the floodwall, it would have protruded a minimum of 13 feet above the floodwall and not "Two feet at most."

15