UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                        NO. 05-4182

                                                                        SECTION "K"

PERTAINS TO:  BARGE

| | | |
|---|---|---|
| *Mumford* | C.A. No. 05-5724 | *as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY* |
| *Benoit* | C.A. No. 06-7516 | *as to claims of plaintiffs John Alford and Jerry Alford - ONLY* |

## JUDGMENT

Pursuant to Fed. R. Civ. Pro. 54(b), having found no just reason for delay,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that there be judgment entered in favor of Lafarge North America, Inc. and against Josephine Richardson, Holiday Jewelers, Inc., John Alford and Jerry Alford dismissing Plaintiffs claims in their entirety with each party to bear its, his or her own costs.

New Orleans, Louisiana, this  20th  day of January, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE