UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKERSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| LEVEE and MR-GO | § | |
| C.R. PITTMAN CONSTRUCTION COMPANY, INC. | § | |
| 07-2771 &  08-1429 | § | |

## MOTION TO WITHDRAW COUNSEL OF RECORD

Plaintiff, C.R. PITTMAN CONSTRUCTION COMPANY, INC., moves this Court to enter an Order withdrawing William J. Perry of the law firm Galloway, Johnson, Tompkins, Burr & Smith, as counsel on its behalf and in support, respectfully represents that this withdrawal of counsel will in no way delay the progress of these proceedings.

Dated January 18, 2011.

                                                Respectfully submitted:

                                                /s/ Gerald A. Melchiode
                                                GERALD A. MELCHIODE, T.A.  (22525)
                                                JASON J. MARKEY
                                                **GALLOWAY, JOHNSON, TOMPKINS,**
                                                **BURR & SMITH**
                                                One Shell Square
                                                701 Poydras Street, 40th Floor
                                                New Orleans, Louisiana 70139
                                                Telephone:  (504) 525-6802
                                                Facsimile:   (504) 525-2854
                                                *Attorney for Plaintiff, C.R. Pittman Construction Company, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

                                    /s/ Gerald A. Melchiode