UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE and MR-GO<br>C.R. PITTMAN CONSTRUCTION COMPANY, INC.<br>07-2771 & 08-1429 | | §<br>§<br>§<br>§ | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record;

**IT IS HEREBY ORDERED** that William J. Perry be and is hereby withdrawn as counsel of record on behalf of plaintiff, C.R. Pittman Construction Company, Inc.

SIGNED this ____ day of January, 2011.

_____
J U D G E