UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| No. 07-4550 | * | |
| | * | |
| Quintessa Huey and Caryn L. Fong, et al. v.<br>United States of America, Washington Group<br>International, et al. | *<br>*<br>* | |

## EX PARTE MOTION TO SUBSTITUTE PLAINTIFF

Plaintiffs, Quintessa Huey and Caryn L. Fong, now appearing through Virginia Burdette, Chapter 7 Trustee (the "Bankruptcy Trustee") of the Chapter 7 bankruptcy (Case No. 09-22074 in the United States Bankruptcy Court for the Western District of Washington) of Quintessa Huey and Caryn L. Fong, move that the Bankruptcy Trustee be substituted as plaintiff for them.

Because of the bankruptcy proceedings, the Bankruptcy Trustee is the proper Plaintiff for the claims of Mmes. Huey and Fong. Further, as reflected in the attached bankruptcy order, the Bankruptcy Trustee has been granted authority to employ attorney James Garner and the law firm of Sher Garner Cahill Richter Klein & Hilbert, LLC ("Sher Garner") as special counsel pursuant to 11 U.S.C. § 327(e), to provide legal services with respect to this pending litigation.[1] As such, Plaintiffs respectfully requests that the Bankruptcy Trustee be substituted in the place of Quintessa Huey and Caryn L. Fong as plaintiff.

---

[1] See Ex. "A," Bankruptcy Order (12/13/2010).

Respectfully submitted,

/s/ James M. Garner

JAMES M. GARNER #19589 — T.A.
MARTHA Y. CURTIS #20446
RYAN O. LUMINAIS #30605
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ James M. Garner

JAMES M. GARNER