The Honorable Marc L. Barreca
Chapter 7
Hearing: December 3, 2010, 9:30 a.m.
Seattle, WA
Response date: November 26, 2010

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | NO. 09-22074 |
| QUINTESSA HUEY and CARYN L. FONG, | ORDER AUTHORIZING EMPLOYMENT OF SHER GARNER FIRM AS SPECIAL COUNSEL |
| Debtors. | |

THIS MATTER came before this Court on the motion of Virginia Burdette, Chapter 7 Trustee (the "Trustee"), seeking authority to employ attorney James Garner and the law firm of Sher Garner Cahill Richter Klein & Hilbert, LLC ("Sher Garner") as special counsel pursuant to 11 USC § 327(e), to provide legal services with respect to pending litigation in Louisiana known as the Mississippi River-Gulf Outlet or "MR-GO" litigation.

Proper notice of the Trustee's motion was sent to all parties in interest. No objections or responses were received. It appearing that the application for employment is in compliance with Bankruptcy Rule 2014; it further appearing that the subject professional has the experience and expertise necessary for providing services to the Trustee in this proceeding; and the Court being satisfied that the law firm does not hold or represent any interest adverse to the Estate with respect to the matter in which counsel is being employed; now, therefore, it is hereby

ORDER AUTHORIZING EMPLOYMENT OF SPECIAL
COUNSEL - Page 1 of 2

ALAN J. WENOKUR
ATTORNEY AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
(206) 682-6224
FAX: (206) 624-2631

1  ORDERED that Virginia Burdette, in her capacity as Chapter 7 Trustee herein, is authorized to
2  employ and retain Sher Garner as special counsel on the matter described in the Trustee's motion,
3  pursuant to terms that are identical to the contingency fee agreement that is attached to the Declaration
4  of James Garner. All fees and costs, however, are to be paid to Sher Garner only upon application to
5  and approval of this Court.
6  DONE this ___ day of _____, 2010.

Marc Barreca
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

10 Presented by:

 /s/ Alan J. Wenokur
12 _____
Alan J. Wenokur, #13679
13 Attorney for Trustee

ORDER AUTHORIZING EMPLOYMENT OF SPECIAL
COUNSEL - Page 2 of 2

ALAN J. WENOKUR
ATTORNEY AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
(206) 682-6224
FAX: (206) 624-2631