UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| | * | |
| PERTAINS TO:    C. Abadie, 06-5164 | * | |
| S. Abadie, 07-5112 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF HOLDING A STATUS CONFERENCE TO RESOLVE ISSUES SURROUNDING THE SETTLEMENT OF MULTIPLE CLAIMS BETWEEN THE PARTIES**

NOW INTO COURT, comes Lexington Insurance Company "Lexington" which respectfully requests this Honorable Court for entry of an order (1) reopening Connie Abadie, et al v. Aegis Security Insurance Company, et at, No. 06-5164 and Susan Abadie, et at v. Aegis Security Insurance Company, et at, No. 07-5112 (See Exhibit "A", Spreadsheet of Plaintiffs), for the purpose of addressing this motion and permit Magistrate Wilkinson to host a status conference between counsel for Lexington (Eric Walton), counsel for certain plaintiffs represented by Joseph M. Bruno, and counsel for The Road Home Program (Dan Rees) to discuss the settlement of these claims.

As this Court is well aware, the parties have reached settlement agreements in thousands of these lawsuits related to Hurricane Katrina and have collaboratively worked to do everything

necessary to formalize the settlement agreements. Despite these monumental efforts by all parties, there are still numerous claims in which, although settlement agreements were reached several months and/or years ago, the agreements have not been formalized. To the best of its knowledge, Lexington has provided plaintiffs and their counsel with all necessary documentation to complete the formalization of the settlement agreements (i.e. Road Home Carrier forms, Release Agreements, and/or settlement checks). However, due to a variety of issues related to The Road Home Program, there are multiple outstanding settlements awaiting finalization. Accordingly, Lexington respectfully submits that it would be helpful to have a Court-guided process to bring such settlements to conclusion.

Wherefore, Lexington prays that this Court (1) reopen Connie Abadie, et al v. Aegis Security Insurance Company, et al, No. 06-5164 and Susan Abadie, et al v. Aegis Security Insurance Company, et at, No. 07-5112, for the purpose of addressing this motion and (2) permit Magistrate Wilkinson to host a status conference between counsel for Lexington, counsel for certain plaintiffs represented by Joseph M. Bruno, and counsel for The Road Home Program in an effort to resolve the issues surrounding the formalization of the settlement agreements regarding these claims.

Respectfully submitted;

 /s/ Robert I. Siegel
ROBERT I. SIEGEL (# 12063)
JOHN E.W. BAAY II (# 22928)
DANIEL G. RAUH (# 27280)
ERIC C. WALTON (# 29471)
GIEGER, LABORDE & LAPEROUSE, LLC
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011
E-mail:        Rsiegel@glllaw.com
                   Ewalton@glllaw.com
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 31st day of January, 2011.

                                          */s/* Robert I. Siegel  
                                          ROBERT I. SIEGEL