# EXHIBIT "A"

| FILE/JBA # | NAME | COMPANY | POLICY NO. | APPLICANT I.D. |
|---|---|---|---|---|
| JBA00107 | ANDRY, MARK | LEXINGTON | LE0585089 | 06HH145360 |
| JBA00303 | FLAGG, GLENDA | LEXINGTON | LE205949 | 06HH116568 |
| JBA01609 | HAYWOOD, JANICE | LEXINGTON | LE0577765 | 06HH095488 |
| JBA01898 | JAMES, MARK | LEXINGTON | LE7872097 | 06HH011733 |
| JBA05584 | MCKEY, ALTON | LEXINGTON | LE0526824 | 06HH059543 |
| JBA01420 | MOORE, SHANDELL | LEXINGTON | LE0615407 | 06HH181445 |
| JBA00961 | SMITH, JUDY & LESLEY | LEXINGTON | LE0608710 | 06HH062886 |
| JBA02280 | TRAMONTANA, JOSEPH | LEXINGTON | LE0562984 | 06HH015187 |