### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"** |
| **PERTAINS TO:**    C. Abadie, 06-5164 | * | **Judge Stanwood R. Duval, Jr.** |
| | * | |
| This pleading applies only to the claim of Sylena Davis | * | **MAGISTRATE (2)** |
| regarding 7737-39 Haney Drive, New Orleans, LA 70128 | * | **Magistrate Joseph C. Wilkinson, Jr.** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

**NOW INTO COURT,** through the undersigned counsel, comes Lexington Insurance Company (hereinafter "Lexington"), who, in connection with a companion Crossclaim for Interpleader filed in this Court and for reasons more fully explained in the accompanying memorandum of law which is fully incorporated in this motion by reference, moves this Honorable Court for leave to deposit funds into the Registry of this Honorable Court pursuant to Fed. R. Civ. P. 67.

**WHEREFORE**, Lexington Insurance Company prays that this Honorable Court find this Motion for Leave to Deposit Funds Into the Registry of the Court, as well as the accompanying Memorandum in Support, sufficient and that the Motion be granted.

Respectfully submitted;

/s/ Robert I. Siegel
ROBERT I. SIEGEL (# 12063)
JOHN E.W. BAAY II (# 22928)
DANIEL G. RAUH (# 27280)
ERIC C. WALTON (# 29471)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:     (504) 561-1011
E-mail:        Rsiegel@glllaw.com
               Ewalton@glllaw.com
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of

record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage

prepaid and properly addressed on this 31st day of January, 2011.

Joseph M. Bruno, Esq.
Melissa DeBarbieris, Esq.
**LAW OFFICE OF JOSEPH M. BRUNO, APLC**
855 Baronne Street
New Orleans, Louisiana 70113
**ATTORNEYS FOR PLAINTIFF,**
**SYLENA DAVIS**

/s/ Robert I. Siegel
ROBERT I. SIEGEL

-2-