**MINUTE ENTRY**
**DUVAL, J.**
**February 8, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RICHARD H. WEISLER, M.D.**                                   **CIVIL ACTION**

**VERSUS**                                                            **NO. 09-2737**

**RICHARD T. SEYMOUR, ESQ., ET AL.**                        **SECTION "K"(2**

Attending a telephonic status conference held this day were:

Andrew C. Wilson for Richard H. Weisler;
Richard Seymour for himself and Richard T. Seymour, P.L.L.C.;
Bradley Groce for Alan Fuchsberg and Jacob D. Fuchsberg Law Firm;
Johnathan Adams for Brian Gilbert; Law Office of Brian A. Gilbert, P.L.C.;
    Wiedemann & Wiedemann, P.L.C.; Lawrence Wilson; Wilson, Grochow, Druker
    & Nolet.

This status conference was called, in part, to remind parties that the **jury trial** in this matter is set for **June 6, 2011** and that the Court considers this date a contract with the Court that it intends to enforce.

The Court also advised parties that all dispositive motions (including *Daubert* motions) must be filed by **April 12, 2011 for the April 27, 2011** hearing date. Late filed motions will not be accepted.

**Plaintiff must contact Magistrate Judge Jay Wilkinson** to schedule a settlement conference at least six weeks before the pre-trial conference. As this is a jury trial matter, Judge Duval informed the parties that he would be willing to conduct a settlement conference should the parties so choose.

The Court inquired into the status of the case and was informed that discovery is proceeding with problems as a result of privilege issues as they pertain to e-mail discovery responses. Counsel contend that all deposition discovery has necessarily been placed on hold pending the resolution of the e-discovery matters which in turn has delayed the filing of dispositive motions. In addition, counsel for plaintiff anticipates the filing of an additional suit against another lawyer for libel. Should plaintiff seek consolidation of that matter with this suit, the trial date could be affected as well. The Court intends to keep this trial date; however, in the event this intention becomes highly improbable because of these on-going discovery concerns, the parties shall contact the Court as soon as possible.

The Court explained to the parties its policies with respect to electronic evidence and equipment. The Court advised that the trial **is required to proceed** as a paperless trial because there are **more** than **100** pages of exhibits in total.

JS-10: 30 MINS.