UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   *Robinson*<br>(No. 06-2268) | |

### MOTION BY PIERCE HENRY O'DONNELL FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND MEMBER OF PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE (MRGO)

Pierce Henry O'Donnell ("Movant") hereby moves for leave to withdraw as counsel of record for the Plaintiffs in *Robinson v. United States* (Civil Action No. 06-2268) and as a member of the Plaintiffs' Subgroup Litigation Committee (MRGO) ("PLSC-MRGO") appointed by this Court in its Case Management and Scheduling Order No. 4, dated March 1, 2007.  The reason for this motion is that effective February 23, 2011, Movant will be suspended by the California State Bar for a period of four months pursuant to two orders of the California Supreme Court, dated January 24, 2011, which are attached as Exhibit "A."  The suspension orders arise out of California State Bar disciplinary proceedings as described in three public orders and decisions attached as Exhibit "B."  Under California State Bar rules, Movant will be reinstated at the end of his four month suspension on June 23, 2011.

Movant has informed his fellow PLSC-MRGO members of this motion.

A proposed Order is attached for the Court's convenience.

Dated:  February 10, 2011                              Respectfully submitted,


       /s/Pierce O'Donnell
PIERCE HENRY O'DONNELL
Counsel for *Robinson* Plaintiffs
MR-GO PSLC Liaison Counsel
*Admitted Pro Hac Vice*
The Trial Law Firm PC
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: pod@oslaw.com


**PLAINTIFFS LIAISON COUNSEL**

     /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on February 10, 2011.

/s/ Joseph M. Bruno