UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:  *Robinson*<br>(No. 06-2268) | |

## **ORDER**

Considering the foregoing Motion by Pierce Henry O'Donnell for Leave to Withdraw as Counsel of Record and Member of Plaintiffs' Subgroup Litigation Committee (MRGO),

**IT IS ORDERED** that Pierce Henry O'Donnell is hereby allowed to withdraw as counsel of record for the Plaintiffs in *Robinson v. United States* (Civil Action No. 06-2268) and as a member of the Plaintiffs' Subgroup Litigation Committee (MRGO).

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on February 10, 2011.

/s/ Joseph M. Bruno