(State Bar Court No. 04-C-12303)

SUPREME COURT
**FILED**

JAN 2 4 2011

Frederick K. Ohlrich Clerk

S188222

# IN THE SUPREME COURT OF CALIFORNIA

Deputy

En Banc

In re PIERCE HENRY O'DONNELL on Discipline

The court orders that Pierce Henry O'Donnell, State Bar Number 81298, is suspended from the practice of law in California for two years, execution of that period of suspension is stayed, and he is placed on probation for two years subject to the following conditions:

1. Pierce Henry O'Donnell is suspended from the practice of law for the first 60 days of probation;

2. Pierce Henry O'Donnell must comply with the other conditions of probation recommended by the Hearing Department of the State Bar Court in its Decision filed on September 30, 2010; and

3. At the expiration of the period of probation, if Pierce Henry O'Donnell has complied with all conditions of probation, the two-year period of stayed suspension will be satisfied and that suspension will be terminated.

Pierce Henry O'Donnell must also take and pass the Multistate Professional Responsibility Examination within one year after the effective date of this order and provide satisfactory proof of such passage to the State Bar's Office of Probation in Los Angeles within the same period. Failure to do so may result in an automatic suspension. (Cal. Rules of Court, rule 9.10(b).)

Exhibit "A"

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment.

**CANTIL-SAKAUYE**
Chief Justice

SUPREME COURT
**FILED**

JAN 2 4 2011

Frederick K. Ohlrich Clerk

Deputy

(State Bar Court No. 09-O-17211)

S189768

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re PIERCE HENRY O'DONNELL on Discipline

The court orders that Pierce Henry O'Donnell, State Bar Number 81298, is suspended from the practice of law in California for two years, execution of that period of suspension is stayed, and he is placed on probation for two years subject to the following conditions:

1. Pierce Henry O'Donnell is suspended from the practice of law for 60 days consecutive to the 60-day suspension imposed in case number S188222;

2. Pierce Henry O'Donnell must comply with the other conditions of probation recommended by the Hearing Department of the State Bar Court in its Order Approving Stipulation filed on January 5, 2011; and

3. At the expiration of the period of probation, if Pierce Henry O'Donnell has complied with all conditions of probation, the two-year period of stayed suspension will be satisfied and that suspension will be terminated.

Pierce Henry O'Donnell must comply with rule 9.20 of the California Rules of Court and perform the acts specified in subdivisions (a) and (c) of that rule within 30 and 40 calendar days, respectively, after the effective date of this order. Failure to do so may result in disbarment or suspension.

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment.

**CANTIL-SAKAUYE**

Chief Justice

RECEIVED

JAN 26 2011

PANSKY MARKLE HAM LLP