# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 03, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB -7 2011
LORETTA G. WHYTE
CLERK

    No. 09-31156, In Re: Katrina Canal Breaches
        USDC No. 2:05-CV-4182

            consolidated with

    No. 09-31188, In Re: Katrina Canal Breaches
        USDC No. 2:05-CV-4182
        USDC No. 2:06-CV-5116
        USDC No. 2:06-CV-5118
        USDC No. 2:06-CV-5127
        USDC No. 2:06-CV-5128
        USDC No. 2:06-CV-5131
        USDC No. 2:06-CV-5132
        USDC No. 2:06-CV-5134
        USDC No. 2:06-CV-5137
        USDC No. 2:06-CV-5140
        USDC No. 2:06-CV-5142

Enclosed for the Eastern District of Louisiana, New Orleans and counsel is the approved bill of costs.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Misty Fontenot*
Misty L. Fontenot, Deputy Clerk
504-310-7716

cc w/encl:
    Mr. Thomas P Anzelmo Sr.
    Mr. Joseph M. Bruno
    Mr. Lawrence J. Duplass
    Mr. Joseph P. Guichet
    Mr. Sessions Ault Hootsell III
    Mr. Ralph S. Hubbard III
    Mr. James Kee Irvin
    Mr. Michael T. Kirkpatrick
    Mr. Charles Munson Lanier Jr.
    Ms. Rachel Ann Meese
    Mr. Gerald Edward Meunier
    Ms. Jennifer Jean Rosenbaum
    Mr. Andrew D. Weinstock
    Ms. Allison M. Zieve
    Mr. Gary Mark Zwain

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Case: 09-31156 Document: 00511370720 Page: 1 Date Filed: 02/03/2011

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS



**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5ᵀᴴ CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

In Re: Katrina Canal Breaches v. Appellees    No. 09-31156 & 09-31188

The Clerk is requested to tax the following costs against: Appellees

| COSTS TAXABLE UNDER Fed. R. App. P. & 5ˢᵗ Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | 450.00 | | | | 450.00 |
| Appendix or Record Excerpts | 8 | 374 | | 95.24 | 8 | 374 | .12 | 359.04 |
| Appellant's Brief | 13 | 56 | | 26.30 | 13 | 56 | .10 | 72.80 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 13 | 18 | | 15.94 | 13 | 18 | .10 | 23.40 |
| Other: Binding Tabs | | | | 51.00 33.60 | 34 Tabs | | 1.50 | 51.00 33.60 |
| | | | Total $ | 672.08 | | | Costs are taxed in the amount of $ | 989.84 |

Costs are hereby taxed in the amount of $ 989.84 this 3rd day of February, 2011

LYLE W. CAYCE, CLERK

By _____ Deputy Clerk

State of Louisiana
County of Orleans

I, James K. Irvin, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 29th day of December, 2010

_____ (Signature)

Attorney for Appellants Leslie Sims, et al.

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

## INVOICE
50116494

| SALESPERSON | INVOICE DATE |
|---|---|
| Nathan M. | 06/09/10 |

**SHIP TO**

7/8

**TO**

Milling, Benson - Rhonda Moran
Rhonda Moran
909 Poydras St. Suite 2300
New Orleans, LA 70112

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
|  | 06/09/10 |  | Net 30 | 84444 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 240 | B copies - Minimal Handling | 0.10 | 24.00 |
| 13 | Binding - All types | 4.00 | 52.00 |

**ORIGINAL INVOICE**
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

JUN 2 8 2010

*copying + preparation of US 5th Circuit rply briefs*

JUN 2 8 2010

| | |
|---|---|
| Subtotal | 76.00 |
| Sales Tax | 6.84 |
| TOTAL | $ 82.84 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

***Thank You***

JKI - Katrina

# CHOICE ✓
## Professional Overnight Copy Service, Inc.

**INVOICE** 50114665

| SALESPERSON | INVOICE DATE |
|---|---|
| Nathan M. | 04/05/10 |

**TO**
Milling, Benson - Rhonda Moran
Rhonda Moran
909 Poydras St. Suite 2300
New Orleans, LA 70112

**SHIP TO**
5/4

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
|  | 04/05/10 |  | Net 30 | 84444 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2640 | B copies - Minimal Handling | 0.12 | 316.80 |
| 96 | Tabs - Index Tabs | 0.35 | 33.60 |
| 8 | Binding - All types | 5.00 | 40.00 |

**ORIGINAL INVOICE**
Please forward to ACCOUNTING DEPT
for payment. Thank You!

*Katrina - 5th Circuit Brief*
*Record Excerpt Fee*

APR 2 3 2010

| | |
|---|---|
| Subtotal | 390.40 |
| Sales Tax | 35.14 |
| TOTAL | $ 425.54 |

Received by: _____  Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

**TERMS:** 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ✓
## Professional Overnight Copy Service, Inc.

**INVOICE** 50114513

| SALESPERSON | INVOICE DATE |
|---|---|
| Nathan M. | 03/30/10 |

**TO**
Milling, Benson - Rhonda Moran  *JK/*
Rhonda Moran
909 Poydras St. Suite 2300
New Orleans, LA 70112

**SHIP TO**
4/29

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
|  | 03/30/10 |  | Net 30 | 84444 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 708 | B copies - Minimal Handling | 0.10 | 70.80 |
| 13 | Binding - All types | 4.00 | 52.00 |

*84444*

*5th Cir Brief print-rbd*

APR 12 2010

| | |
|---|---|
| Subtotal | 122.80 |
| Sales Tax | 11.05 |
| TOTAL | $ 133.85 |

Received by: _____  Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

— *Thank You* —

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.