# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 10, 2011

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 1 1 2011
LORETTA G. WHYTE
CLERK

    No. 09-31156,  In Re: Katrina Canal Breaches
         USDC No. 2:05-CV-4182

         consolidated with

    No. 09-31188,  In Re: Katrina Canal Breaches
         USDC No. 2:05-CV-4182
         USDC No. 2:06-CV-5116
         USDC No. 2:06-CV-5118
         USDC No. 2:06-CV-5127
         USDC No. 2:06-CV-5128
         USDC No. 2:06-CV-5131
         USDC No. 2:06-CV-5132
         USDC No. 2:06-CV-5134
         USDC No. 2:06-CV-5137
         USDC No. 2:06-CV-5140
         USDC No. 2:06-CV-5142

The following is returned:

Original Exhibits        ( 4 ) Boxes

The electronic copy of the record has been recycled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: Misty Fontenot
                              Misty L. Fontenot, Deputy Clerk
                              504-310-7716

___ Fee  
___ Process  
 X  Dktd  
___ CtRmDep  
___ Doc. No.