UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-418
PERTAINS TO BARGE
                                         SECTION "K"

*Mumford* C.A. NO. 05-5724        as to plaintiffs Josephine Richardson and
                                  Holiday Jewelers, Inc. - ONLY

*Benoit* C.A. NO. 06-7516         as to claims of plaintiffs John Alford and Jerry
                                  Alford - ONLY

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above entitled and numbered cause, Josephine Richardson, Holiday Jewelers, Inc., John Alford and Jerry Alford, pursuant to Rules 3 and 4 of the Federal Rule of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Judgment of January 20, 2011 (R.Doc. 20150), to include associated Findings of Fact and Conclusions of Law (R.Doc. 20149), entering Judgment in favor of Lafarge North America, Inc., and dismissing Plaintiffs' claims in their entirety. This appeal also includes the appeal of all orders and rulings.

This 12th day of February, 2011.

                                         Respectfully submitted,

                                         */s/Brian A. Gilbert*
                                         Brian A. Gilbert (21297)
                                         **LAW OFFICE OF BRIAN A. GILBERT,
                                         P.L.C./BEST KOEPPEL TRAYLOR**
                                         2030 St. Charles Avenue
                                         New Orleans, Louisiana 70130

1

Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com,
 bgilbert@bestkoeppel.com

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

Laurence E. Best (3012)
Peter S. Koeppel (1465)
**BEST KOEPPEL TRAYLOR**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: lebest@bestkoeppel.com
peterklaw@aol.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER & NOLET**
233 Broadway, 5th Floor
New York, NY  10279
Telephone:  (212) 608-4400
Facsimile:  (212) 608-0746
e-mail:  lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN LAWFIRM**
110 Veterans Memorial Boulevard
Suite 444
Metairie, Louisiana 70005
Telephone: 504-581-6180
Facsimile: 504-581-4336
e-mail: ldwiedemann@gmail.com
karlwiedemannlaw@gmail.com

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**

2

        3316 Ridgelake Drive, Suite 100
        Metairie, Louisiana 70002
        Telephone: (504) 834-0646
        e-mail: pistols42@aol.com

        Richard T. Seymour (D.C. Bar #28100)
        **LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.**
        1150 Connecticut Avenue N.W., Suite 900
        Washington, D.C. 20036-4129
        Telephone: 202-862-4320
        Cell: 202-549-1454
        Facsimile: 800-805-1065 and 202-828-4130
        e-mail: rick@rickseyourlaw.net

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 12th day of February, 2011.

        ***/s/ Brian A. Gilbert***