UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO: MRGO<br>*Robinson*, No. 06-2268<br>*Armstrong*, No. 10-0866 | |

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

COME the Plaintiffs NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE &ASSOCIATES, TANYA SMITH, ANTHONY FRANZ, JR., LUCILLE FRANZ, MONICA ROBINSON (Case No. 06-2268) and Plaintiffs KENNETH PAUL ARMSTRONG, SR., JEANNINE B. ARMSTRONG, ETHEL MAE COATS, HENRY DAVIS, GLYNN WADE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED (Case No. 10-0866), by and through their counsel, Joseph M. Bruno, a member of good standing of the State Bar of Louisiana, respectfully request an Order enrolling the following attorney as co-counsel of record in the above-captioned matter:

Andrew P. Owen, with the Trial Law Firm, PC, is a member in good standing of the California State Bar. A supporting affidavit and certificate of good standing for Mr. Owen seeking *pro hac vice* admission is attached hereto.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Mr. Owen to appear *pro hac vice* in the above-captioned consolidated matters.

Dated:  February 14, 2011

**Respectfully Submitted,
PLAINTIFFS LIAISON COUNSEL**

       /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

       /s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

### CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on February 14, 2011.

/s/ Joseph M. Bruno