UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:  MRGO<br>        *Robinson*, No. 06-2268<br>        *Armstrong*, No. 10-0866 | |

**AFFIDAVIT OF ANDREW P. OWEN IN SUPPORT
OF MOTION FOR *PRO HAC VICE* ADMISSION**

My name is ANDREW P. OWEN.  I am over 18 years of age, have never been convicted of a felony and am fully competent to make this Affidavit.  I have personal knowledge of the facts contained in this Affidavit and if called and sworn, would competently testify as follows:

I have no criminal or disciplinary charges filed or instituted against me.  I am licensed to practice law in the State of California and am admitted to practice before United States District Court, Central District of California and the Superior Courts of the State of California.  Attached as Exhibit "A" is a certificate of good standing from the California State Bar dated February 8, 2011.

I certify and declare under the penalty of perjury under the laws of the State of California that the matters stated in this Affidavit are true and correct.

Executed on February 14, 2011, at Los Angeles, California

         /s/ Andrew P. Owen
        ANDREW P. OWEN

1

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on February 14, 2011.

/s/ Joseph M. Bruno