UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:  MRGO<br>           *Robinson*, No. 06-2268<br>           *Armstrong*, No. 10-0866 | |

## ORDER

Considering the foregoing Ex Parte Motion for Admission *Pro Hac Vice*,

**IT IS ORDERED** that Andrew P. Owen is hereby allowed to appear as additional co-counsel on behalf of plaintiffs in the above–captioned matters.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on February 14, 2011.

/s/ Joseph M. Bruno