UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO: MRGO<br>*Armstrong*, No. 10-866 | |

## ORDER

Having considered Plaintiffs' Ex Parte Motion for Leave to File Supplemental Citations in Support of Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment and for good cause shown, it is hereby **ORDERED** that the Motion for Leave to File is **GRANTED**. Plaintiffs may file their Supplemental Citations in Support of Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment.

**DENIED**

New Orleans, Louisiana, this  22nd  day of      February       , 2010.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana

1