## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| No. 07-4550 | * | |
| | * | |
| Quintessa Huey and Caryn L. Fong, et al. v. | * | |
| United States of America, Washington Group | * | |
| International, et al. | * | |

## ORDER

Considering Plaintiffs' *Ex Parte* Motion to Substitute Plaintiff:

**IT IS HEREBY ORDERED AND DECREED THAT** Plaintiffs' Motion is **GRANTED**, and Virginia Burdette, Chapter 7 Trustee (the "Bankruptcy Trustee") of the Chapter 7 bankruptcy (Case No. 09-22074 in the United States Bankruptcy Court for the Western District of Washington), is substituted in the place of Quintessa Huey and Caryn L. Fong as plaintiff.

New Orleans, Louisiana, this ___19th___ day of ~~January,~~ February, 2011.

_____

U.S. DISTRICT COURT JUDGE DUVAL