**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES   \*    CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION      \*
                                   \*    SECTION "K"(2)
                                   \*
PERTAINS TO:    C. Abadie, 06-5164   \*
                  S. Abadie, 07-5112   \*
                                   \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion for Limited Reopening of Case for the Purpose of Holding a Status Conference to Resolve Issues Surrounding the Settlement of Multiple Claims Between the Parties filed by Lexington Insurance Company,

**IT IS HEREBY ORDERED** that Connie Abadie, et al v. Aegis Security Insurance Company, et at, No. 06-5164 and Susan Abadie, et at v. Aegis Security Insurance Company, et at, No. 07-5112 are reopened solely for the purpose of addressing this motion,

**AND IT IS FURTHER ORDERED** that Magistrate Wilkinson shall hold a status conference between counsel for Lexington, counsel for those plaintiffs identified in Exhibit A to the instant motion represented by Joseph M. Bruno and Dan Rees on behalf of the Road Home on a date to be selected by Magistrate Wilkinson in an effort to resolve the issues surrounding the formalization of the settlement agreements regarding these claims.

New Orleans, Louisiana, this ___22nd____ ᵗʰday of February, 2011.

_____

JUDGE STANWOOD R. DUVAL, JR.


CLERK TO NOTIFY:
MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.