# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K"(2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: MRGO, Robinson * | | MAG. WILKINSON |
| (No. 06-2268) * | | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## EX PARTE SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL 10-30249

NOW INTO COURT, through undersigned counsel, come the Plaintiffs and do submit this Supplemental Designation of Record on Appeal of the November 18, 2009 Rule 54(b) Judgment and the Orders of December 29, 2009 denying Plaintiffs' and Defendants' Motions to Amend the Judgment or, in the Alternative, for a New Trial.

The Supplemental Record Designation is attached hereto as Exhibit 1.

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com
*For Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL upon all counsel of record by ECF this 23rd day of February, 2011.

/s/ Joseph M. Bruno
Joseph M. Bruno