# In Re: Katrina Canal Breaches
# Consolidated Litigation (05-4182)
# Supplemental Record Designation for Appeal 10-30249

| TRIAL EXHIBIT # | TITLE / SUBJECT |
|---|---|
| JX0148 | EA #143; MISSISSIPPI RIVER - GULF OUTLET - NEW CANAL, REMEDIAL DREDGING, (WITH FONSI SIGNED ON SEPTEMBER 11, 1991) |
| JX0149 | EA #15; TRANSFER OF LAND ALONG MISSISSIPPI RIVER - GULF OUTLET JOURDAN ROAD TERMINAL TO INNER HARBOR NAVIGATION CHANNEL (WITH FONSI SIGNED ON DECEMBER 15, 1980) |
| JX0150 | EA #152; MR-GO ST. BERNARD PARISH, LA, BANK STABILIZATION, MILES 50.5 TO 55.0, (WITH FONSI SIGNED ON NOVEMBER 21, 1991) |
| JX0151 | EA #154 MISSISSIPPI RIVER - GULF OUTLET - MAJOR REHABILITATION OF THE SOUTH JETTY IN BRETON SOUND, WITH A FONSI SIGNED ON DECEMBER 23, 1991 NOTE: NO EA AVAILABLE, THIS IS DATE OF MEMORANDUM TO DISCONTINUE WORK |
| JX0152 | EA #162; MISSISSIPPI RIVER - GULF OUTLET, ST. BERNARD AND PLAQUEMINES PARISHES, LA - MARSH ENHANCEMENT/CREATION AND BERM CONSTRUCTION, (WITH FONSI SIGNED ON JULY 10, 1992) |
| JX0153 | EA #244; MR-GO BACK DIKE (COPRA), DISPOSAL AREA MARSH PROTECTION, BACK DIKE, (WITH FONSI SIGNED ON JULY 30,1996) |
| JX0154 | EA #247; MR-GO ST. BERNARD PARISH, LA, BANK STABILIZATION MILES 55.0 TO 56.1, (WITH FONSI SIGNED ON SEPTEMBER 24, 1996) |
| JX0155 | EA #255; MR-GO, LA, WETLAND CREATION, MILES 15.0 TO 23.0, ST. BERNARD AND PLAQUEMINES PARISH, LA, (WITH FONSI SIGNED ON FEBRUARY 12, 1997) |
| JX0156 | EA #269 AND 269-A; MR-GO, LA, SOUTH OF LAKE BORGNE ADDITIONAL DISPOSAL AREAS, ST. BERNARD PARISH, LA, (WITH FONSI SIGNED ON MARCH 24, 1998) |
| JX0157 | EA #269-B; MR-GO, SOUTH OF LAKE BORGNE ADDITIONAL DISPOSAL AREAS PLUS DEFLECTION DIKE AND FLOATATION CHANNELS, ST. BERNARD PARISH, LA, (WITH FONSI SIGNED ON JUNE, 2000) |
| JX0158 | EA #269-C; MR-GO, LA, CONSTRUCTION OF FLOTATION CHANNELS MILES 51.0 TO 48.0, ST. BERNARD PARISH, LA, (WITH FONSI SIGNED ON OCTOBER 2, 2001) |
| JX0159 | EA #274; MR-GO, ADDITIONAL DISPOSAL AREAS, HOPEDALE MARSHES, (WITH FONSI SIGNED ON JULY 10, 1998) |
| JX0160 | EA #277; MR-GO, LA, SHELL BEACH DISPOSAL AREAS, ST. BERNARD PARISH, LA, (WITH FONSI SIGNED ON SEPTEMBER 6, 2001) |
| JX0161 | EA #277-A; MR-GO, LA, CONSTRUCTION OF FLOTATION CHANNELS MILES 49.0 TO 38.0, ST. BERNARD PARISH, LA, (WITH FONSI SIGNED ON OCTOBER 2, 2001) |

| TRIAL EXHIBIT # | TITLE / SUBJECT |
|---|---|
| JX0162 | EA #288; MR-GO MILE 43 TO MILE 41 NORTH BANK STABILIZATION, ST. BERNARD PARISH, LA (WITH FONSI SIGNED ON NOVEMBER 8, 1999) |
| JX0163 | EA #349; MR-GO, MILES 32-27, ADDITIONAL DISPOSAL AREAS - HOPEDALE MARSHES, ST. BERNARD PARISH, LA, (WITH FONSI SIGNED ON AUGUST 15, 2002) |
| JX0164 | EA #354; MR-GO, ADDITIONAL DISPOSAL AREA DESIGNATION MILES 66.0 TO 49.0, ST. BERNARD PARISH, LA, (WITH FONSI SIGNED FEBRUARY 9, 2004) |
| JX0165 | EA #355; MR-GO MILE 27.0 TO - 0, (WITH FONSI SIGNED ON JUNE 30, 2003) |
| JX0166 | EA #361; MR-GO, LA, TEST INSTALLATION OF ARTICULATED CONCRETE MATTERESING, MILES 39.0 TO38.0, (WITH FONSI SIGNED ON JANUARY 29, 2003) |
| JX0167 | EA #38; MR-GO, FORESHORE PROTECTION TEST SECTION, (WITH FONSI SIGNED ON AUGUST 15, 1983) |
| JX0168 | EA #402; LAKE BORGNE - MR-GO, SHORELINE PROTECTION PROJECT, ST. BERNARD PARISH, LA, (WITH FONSI SIGNED ON DECEMBER 16, 2004) |
| JX0169 | EA #403; MR-GO, HOPPER DREDGING MILES 27.0 TO 66.0, (WITH FONSI SIGNED ON MARCH 22, 2004) |
| JX0170 | EA #411; MR-GO, INSTALLATION OF ARTICULATED CONCRETE MATTERESING, MILES 37.4 TO 36.5, ST. BERNARD PARISH, LOUISIANA, (WITH A FONSI SIGNED ON OCTOBER 19, 2004) |
| JX0171 | EA #47; MR-GO FORESHORE PROTECTION, (WITH FONSI SIGNED ON JANUARY 23, 1985) |
| JX0172 | EA #72; MR-GO BRETON SOUND JETTY REPAIRS, (WITH FONSI SIGNED ON MAY 26, 1988) |
| JX0173 | EA#54 SOUTH BANK MISSISSIPPI RIVER - GULF OUTLET - BORROW SITE, (WITH FONSI SIGNED ON APRIL 1, 1986) |
| JX0195 | EXPERT REPORT OF DUNCAN FITZGERALD - IMPACT OF THE MISSISSIPPI RIVER GULF OUTLET (MR-GO): GEOLOGY AND GEOMORPHOLOGY. INCLUDES SUPPORTING DOCUMENTATION |
| PX0002 | 82D CONGRESS, 1ST SESSION, DOCUMENT NO. 245. MR-GO, LETTER FROM THE SECRETARY OF THE ARMY TRANSMITTING A LETTER FROM THE CHIEF OF ENGINEERS, US ARMY, DATED MAY 5, 1948, SUBMITTING A REPORT, TOGETHER WITH ACCOMPANYING PAPERS AND AN ILLUSTRATION ON A REVIEW |
| PX0003 | INVESTIGATION OF THE PERFORMANCE OF THE NEW ORLEANS FLOOD PROTECTION SYSTEMS IN HURRICANE KATRINA ON AUGUST 29, 2005, VOL I: MAIN TEXT AND EXECUTIVE SUMMARY |
| PX0004 | THE FAILURE OF THE NEW ORLEANS LEVEE SYSTEM DURING HURRICANE KATRINA (HTTP://WWW.PUBLICHEALTH.HURRICANE.LSU.EDU/TEAMLA.HTM) |
| PX0008 | TRANSCRIPT OF VIDEOTAPED 30(B)(6) DEPOSITION OF USACE BY WALTER O. BAUMY, JR., ALFRED CHARLES NAOMI, NANCY JEAN POWELL, AND KEITH JOSEPH O'CAIN |
| PX0009 | MR-GO BANK EROSION RECONNAISSANCE REPORT |
| PX0011 | INTEGRATED FINAL REPORT TO CONGRESS AND LEGISLATIVE ENVIRONMENTAL IMPACT STATEMENT FOR MRGO DEEP-DRAFT DE-AUTHORIZATION STUDY (REV 1/2008) |

| TRIAL EXHIBIT # | TITLE / SUBJECT |
|---|---|
| **PX0020** | PERFORMANCE EVALUATION OF THE NO AND SOUTHEAST LA HURRICANE PROTECTION SYSTEM; FINAL REPORT OF THE INTERAGENCY PERFORMANCE EVALUATION TASK FORCE; VOLUME IV- THE STORM; FINAL |
| **PX0021** | THE FEDERAL RESPONSE TO HURRICANE KATRINA, LESSONS LEARNED |
| **PX0027** | DEPOSITION TRANSCRIPT: RICHARD VARUSO |
| **PX0053** | POLDER FLOOD STIMULATIONS FOR GREATER NEW ORLEANS, HURRICANE KATRINA 2005, DELFT UNIVERSITY, M. KOK, M. AALBERTS, B. MASSKANT, L. DE WIT |
| **PX0068** | STORM SURGE EFFECTS OF THE MRGO, STUDY A, (BRETSCHNEIDER AND COLLINS STUDY) |
| **PX0081** | EXPERT REPORT OF DR. ROBERT BEA (PART 1 SUMMARY) |
| **PX0090** | DR. ROBERT BEA SUPPLEMENTAL DECLARATION |
| **PX0091** | MRGO EFFECTS ON STORM SURGE, WAVES, AND FLOODING DURING HURRICANE KATRINA |
| **PX0093** | DECLARATION OF DR. G. PAUL KEMP |
| **PX0094** | DECLARATION OF DR. G. PAUL KEMP |
| **PX0096** | EXPERT REPORT OF DR. DUNCAN FITZGERALD, IMPACT OF THE MISSISSIPPI RIVER GULF OUTLET (MR-GO): GEOLOGY & GEOMORPHOLOGY |
| **PX0115** | TAYLOR FINAL LOSS REPORT, ANTHONY AND LUCILLE FRANZ |
| **PX0133** | PROJECT FACT SHEET: IHNC CANAL SURGE REDUCTION |
| **PX0142** | AN INTERIM REPORT ON FISH AND WILDLIFE RESOURCES AS RELATED TO MR-GO PROJECT, LA AND AN OUTLINE OF PROPOSED FISH AND WILDLIFE RESOURCES |
| **PX0143** | EIS SHIP CHANNEL PROJECT |
| **PX0144** | REPORT TO THE POLICE JURY OF THE PARISH OF ST. BERNARD OF THE TIDEWATER CHANNEL ADVISORY COMMITTEE |
| **PX0153** | CRS REPORT FOR CONGRESS; MRGO: ISSUES FOR CONGRESS |
| **PX0166** | MR-GO PROJECT |
| **PX0174** | STATEMENT OF LA WILDLIFE AND FISHERIES COMMISSION RELATIVE TO THE N.O. TO THE GULF TIDEWATER CHANNEL |
| **PX0180** | APPENDIX E; REPORT ON CONTROLLING ELEVATION OF SEABROOK LOCK |
| **PX0182** | TRANSCRIPT OF VIDEOTAPED DEPOSITION OF ZOLTAN MONTVAI, VOLUME I (30(B)(6) |
| **PX0184** | TRANSCRIPT OF VOL I OF RULE 30(B)(6) DEPOSITION OF THE USA, BY AND THROUGH USACE DESIGNEE JOHN SAIA |

| TRIAL EXHIBIT # | TITLE / SUBJECT |
|---|---|
| PX0184.1 | DEPOSITION DESIGNATIONS FROM TRANSCRIPT OF VOL I OF RULE 30(B)(6) DEPOSITION OF THE USA, BY AND THROUGH USACE DESIGNEE JOHN SAIA |
| PX0184.1 | SAIA 30(B)(6) DEPOSITION CUTS |
| PX0184.2 | SAIA 30(B)(6) DEPOSITION CUTS -INDEX TO EXHIBITS |
| PX0187 | FINAL ES; FINAL COMPOSITE ES FOR OPERATION AND MAINTENANCE WORK ON THREE NAVIGATION PROJECTS IN THE LAKE BORGNE VICINITY LA |
| PX0189 | MEMO FOR FILE; SUBJECT: MR-GO, ST. BERNARD PARISH, AL (BANK EROSION) REVISED RECONNAISSANCE STUDY AND FEASIBILTIY STUDY |
| PX0190 | DRAFT ES; MR-GO, LA (MAINTENANCE); ASSOCIATED WATER FEATURES: GULF OF MEXICO, CHANDELEUR SOUND, BRETON SOUND, LAKE BORGNE, LAKE PONTCHARTRAIN, AND GULF INTRACOASTAL WATERWAY |
| PX0191 | DRAFT ES; COMPOSITE DRAFT ES FOR OPERATION AND MAINTENANCE WORK ON THREE NAVIGATION CHANNELS IN THE LAKE BORGNE VICINITY, LA |
| PX0194 | SUPPLEMENTAL INFORMATION REPORT (SIR) TO COMPLEMENT THE FINAL COMPOSITE ES FOR OPERATION AND MAINTENANCE WORK ON THREE NAVIGATION PROJECTS IN THE LAKE BORGNE VICINITY, LA |
| PX0195 | TRANSCRIPT OF VOLUME 2 OF RULE 30(B)(6) DEPOSTION OF THE USA, BY AND THROUGH THE USACE DESIGNEE JOHN SAIA |
| PX0196 | LAND LOSS AND MARSH CREATION, ST. BERNARD, PLAQUEMINES, AND JEFFERSON PARISHES, LA; FEASIBILITY STUDY, VOLUME I, DRAFT MAIN REPORT AND DRAFT EIS |
| PX0203 | THE MRGO: A STUDY OF BANK STABILIZATION |
| PX0206 | NOTICE OF INTENT TO INTRODUCE SUMMARY EVIDENCE, IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION; PERTAINS TO: ROBINSON (NO. 06-2268 |
| PX0206.1 | CHART: OPERATION AND MAINTENANCE DREDGING IN MRGO REACH 2 (MILE 60 TO 47) |
| PX0208 | MR-GO PM-R PROPOSAL FOR GAINING NEPA COMPLIANCE FOR THE OPERATION AND MAINTENANCE PROGRAM |
| PX0216 | FLOODGATE IN MRGO NEAR BAYOU LA LOUTRE |
| PX0217 | MUDDY WATERS, THE ARMY ENGINEERS AND THE NATION'S RIVERS |
| PX0322 | REVIEW OF THE APPLICATION OF THE NUMERICAL MODEL "ADCIRC" FOR STORM SURGE PREDICTIONS IN THE NOLA VICINITY |
| PX0371 | REPLY TO 28 AUGUST 1969 LETTER TO GENERAL CLARKE, CHIEF OF ENGINEERS, ENCLOSING A COPY OF A LETTER DATED 25 AUGUST 1969 FROM MR. JOHN L CROSBY OF N.O. CONCERNING LAKE PONTCHARTRAIN. |
| PX0735 | FONSI, LAKE BORGNE-MRGO SHORELINE PROTECTION PROJECT, ST. BERNARD PARISH, LOUSIANA, EA #402 |

| TRIAL EXHIBIT # | TITLE / SUBJECT |
| --- | --- |
| PX0937 | EA-BENEFICIAL USE OF DREDGED MATERIAL FOR RESTORATION OF BRETON ISLAND, PLAQUEMINES PARISH, LA; EA #294 (FONSI FOR EA#294 DATED 06/17/1999 AT NOP-019-000000385 TO 387) |
| PX0999 | PERFORMANCE EVALUATION OF THE NEW ORLEANS AND SOUTHEAST LA HURRICANE PROTECTION SYSTEM, FINAL REPORT OF THE INTERAGENCY PERFORMANCE EVALUATION TASK FORCE, VOL I-EXECUTIVE SUMMARY AND OVERVIEW |
| PX1487 | INTERIOR FLOODING ANALYSIS-ST. BERNARD PARISH AND LOWER NINTH WARD, ORLEANS PARISH, HURRICANE KATRINA, AUGUST 2005, NEW ORLEANS, LA; EXPERT OPINION REPORT, ROBINSON V. UNITED STATES |
| PX1495 | PHOTO OF FLOOD DAMAGE |
| PX1496 | ROBINSON PHOTOS |
| PX1501 | FRANZ PROPERTY PHOTOS |
| PX1516 | EFFECTS OF THE MRGO ON COASTAL WETLANDS AND OTHER ECOSYSTEMS IN SOUTHEASTERN LA |
| PX1639 | NOTICE OF STUDY FINDINGS, LA COASTAL AREA, LA, SHORE AND BARRIER ISLAND EROSION, INITIAL EVALUATION STUDY |
| PX1714 | LOSS REPORT, FINAL, ANTHONY AND LUCILLE FRANZ |
| PX1715 | FRANZ INVENTORY LIST & RECEIPTS |
| PX1716 | LOSS REPORT, FINAL, NORMAN ROBINSON |
| PX1717 | ROBINSON INVENTORY LIST |
| PX1718 | ROBINSON RECEIPTS AND INVOICES |
| PX1771 | COMPARISON FLOOD DEPTH DEVELOPMENT BETWEEN KATRINA EVENT AND SCENARIO 2C AND SUPPORTING DOCUMENTATION |
| PX1951 | FONSI, USACE RESPONSE TO HURRICANES KATRINA & RITA IN LA EA, EA #433 |
| PX1976 | MR-GO, FORESHORE PROTECTION TEST SECTION, (SUPPLEMENT) FONSI & EA #38 |
| PX1979 | ST. BERNARD PARISH GOVERNMENT RESOLUTION SBPC #454-08-94 |
| PX2082 | MEMO TO HQUSACE: CZMP CONSISTENCY ON MRGO |
| PX2100 | TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF SUZANNE HAWES; IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION, PERTAINS TO: MRGO (ROBINSON) |
| PX2122 | SERIES OF COMMUNICATIONS REGARDING FORESHORE PROTECTION |