UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION

                                                                                                   NO. 05-4182 "K"(2)

PERTAINS TO: BARGE                           JUDGE DUVAL
    Weisler v. Seymour, 09-2737              MAG. J. WILKINSON

## **ORDER**

Defendants have complied with my previous order, Record Doc. No. 20158 at p. 20, by providing me with unredacted copies of the materials bearing Bates Nos. 442, 443 and 444 for my in camera review. Having reviewed these materials in camera and considering the general standards set forth in my previous order, IT IS ORDERED that none of the redacted materials contained on these pages need be provided to plaintiff.

With the exception of a single sentence (discussed below), all of the redacted materials on these pages are entirely irrelevant to the claims or defenses asserted in the Weisler litigation. They are core attorney work product in the underlying Katrina Barge Litigation related strictly to claims of economic or income loss – not emotional damage of any kind – and have nothing whatsoever to do with the Weisler litigation or any "at issue" waiver made in connection with it. Thus, these redactions are in no way discoverable, and the redacted portions of these pages need not be produced.

The remaining single sentence – the last sentence following the words "findings in their reports" at the end of the second paragraph on Bates No. 444 – contains core attorney work product related directly to the Weisler litigation. For the same reasons summarized in the last paragraph of my previous order, Record Doc. No. 20158 at p. 26, this sentence has been appropriately redacted and need not be produced.

New Orleans, Louisiana, this ___23rd___ day of February, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE