# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
        FILED  FEB 18 2011
          LORETTA G. WHYTE
               CLERK
```

February 17, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 10-30249      In Re: Katrina Canal Breaches  
USDC No. 2:05-CV-4182  
USDC No. 2:06-CV-2268  
USDC No. 2:08-CV-1707  

The court has granted the appellees cross-appellant's unopposed motion to supplement the record on appeal with trial exhibits designated, in this case.

Counsel is directed to provide a supplemental designation of record to the district court within **10 days** of this notice.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Sabrina Hains  
Sabrina M. Hains, Deputy Clerk

Mr. Jonathan Beauregard Andry  
Mr. Joseph M. Bruno  
Mr. Joseph W Cotchett  
Mr. Frank Jacob D'Amico Jr.  
Mr. Walter Clayton Dumas  
Mr. John Bettes Dunlap III  
Mr. Norval Francis Elliot III  
Mr. Richard Michael Exnicios  
Mr. Calvin Clifford Fayard Jr.  
Mr. Eric Fleisig-Greene  
Ms. Nina D. Froeschle  
Mr. Thomas V. Girardi  
Mr. Philip L. Gregory  
Mr. Lewis Scott Joanen  
Ms. Alisa Beth Klein  
Mr. Daniel Joseph Lenerz  
Mr. Joseph J McKernan  
Mr. Gerald Edward Meunier  
Mr. Henry Clay Mitchell Jr.  
Mr. Pierce O'Donnell  
Mr. Andrew Patrick Owen  
Mr. Michael Carter Palmintier  

___ Fee_____  
___ Process___  
X   Dktd_____  
___ CtRmDep__  
___ Doc. No.__

Mr. Drew A Ranier
Mr. Brent M. Rosenthal
Mr. James Parkerson Roy
Mr. Camilo Kossy Salas III
Ms. Sherri Ann Saucer
Mr. David S. Scalia
Mr. Matthew D. Schultz
Mr. Robin D Smith
Mr. Mark Bernard Stern
Ms. Loretta Whyte
Mr. Joseph C. Wilson
Ms. Abby Christine Wright
Mr. Bob F Wright


**\*\*P.S To District Court Clerk: Once the supplemental designation has been filed, please certify the supplemental record within 15 days.**

*Motion Notice - MOT-2*