UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                       JUDGE DUVAL
    Abadie  06-5164                       MAG. WILKINSON
    Abadie  07-5112

## ORDER

At the request of Lexington Insurance Company ("Lexington"), and pursuant to Judge Duval's order referring this matter to me to conduct a status conference with counsel for Lexington, counsel for those plaintiffs identified in Exhibit A to Lexington's motion, and Dan Rees on behalf of the Road Home Program, Record Doc. Nos. 20154 and 20175,

**IT IS ORDERED** that a status conference in the referenced Abadie cases will be conducted before me on **March 31, 2011 at 3:00 p.m.** The purpose of the conference is to "resolve the issues surrounding the formalization of the settlement agreements regarding these claims" in the referenced matters.

New Orleans, Louisiana, this   24th   day of February, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**

**JOSEPH M. BRUNO**

**ERIC WALTON**

**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**