UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  *Robinson*<br>(No. 06-2268) | |

## DECLARATION OF PIERCE O'DONNELL

I, Pierce H. O'Donnell, declare as follows:

1.  I caused to be sent by registered mail, return receipt requested, the attached letter to opposing counsel on the date so indicated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Los Angeles, California, this 2d day of March, 2011.

s/ Pierce O'Donnell

Dated:  March 2, 2011                          Respectfully submitted,

**The Trial Law Firm P.C.**

By: s/ Andrew P. Owen
ANDREW P. OWEN (*pro hac vice*)
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017
Phone:  (213) 347-0290
Fax:  (213) 347-0298

**Bruno & Bruno, LLP**

By: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
855 Baronne Street

1

2

New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on March 2, 2011.

/s/ Joseph M. Bruno