# The Trial Law Firm, PC

800 WILSHIRE BOULEVARD
SUITE 500
LOS ANGELES, CALIFORNIA 90017

TEL 213.347.0290
FAX 213.347.0299

March 1, 2011

**VIA REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Robin Smith, Esq.
U.S. Department of Justice
Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

  **Re: Four Month Suspension**

Dear Robin:

  Pursuant to the requirements of Rule 9.20 of the California Rules of Court, I am hereby notifying you that I am suspended from the practice of law in California from February 23 to June 23, 2011 per the orders of the California Supreme Court which are attached. As such, I am disqualified to practice law and will not practice law during this period. In the interim, our litigation will be handled by co-counsel with whom you should communicate directly. Thank you for your cooperation.

Sincerely,

Pierce O'Donnell

Encls.

(State Bar Court No. 04-C-12303)

SUPREME COURT
**FILED**

JAN 2 4 2011

Frederick K. Ohlrich Clerk

S188222

# IN THE SUPREME COURT OF CALIFORNIA

Deputy

**En Banc**

In re PIERCE HENRY O'DONNELL on Discipline

---

The court orders that Pierce Henry O'Donnell, State Bar Number 81298, is suspended from the practice of law in California for two years, execution of that period of suspension is stayed, and he is placed on probation for two years subject to the following conditions:

1. Pierce Henry O'Donnell is suspended from the practice of law for the first 60 days of probation;

2. Pierce Henry O'Donnell must comply with the other conditions of probation recommended by the Hearing Department of the State Bar Court in its Decision filed on September 30, 2010; and

3. At the expiration of the period of probation, if Pierce Henry O'Donnell has complied with all conditions of probation, the two-year period of stayed suspension will be satisfied and that suspension will be terminated.

Pierce Henry O'Donnell must also take and pass the Multistate Professional Responsibility Examination within one year after the effective date of this order and provide satisfactory proof of such passage to the State Bar's Office of Probation in Los Angeles within the same period. Failure to do so may result in an automatic suspension. (Cal. Rules of Court, rule 9.10(b).)

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment.

CANTIL-SAKAUYE
Chief Justice

SUPREME COURT
**FILED**

(State Bar Court No. 09-O-17211)

JAN 2 4 2011

S189768

Frederick K. Ohlrich Clerk

Deputy

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

In re PIERCE HENRY O'DONNELL on Discipline

The court orders that Pierce Henry O'Donnell, State Bar Number 81298, is suspended from the practice of law in California for two years, execution of that period of suspension is stayed, and he is placed on probation for two years subject to the following conditions:

1. Pierce Henry O'Donnell is suspended from the practice of law for 60 days consecutive to the 60-day suspension imposed in case number S188222;

2. Pierce Henry O'Donnell must comply with the other conditions of probation recommended by the Hearing Department of the State Bar Court in its Order Approving Stipulation filed on January 5, 2011; and

3. At the expiration of the period of probation, if Pierce Henry O'Donnell has complied with all conditions of probation, the two-year period of stayed suspension will be satisfied and that suspension will be terminated.

Pierce Henry O'Donnell must comply with rule 9.20 of the California Rules of Court and perform the acts specified in subdivisions (a) and (c) of that rule within 30 and 40 calendar days, respectively, after the effective date of this order. Failure to do so may result in disbarment or suspension.