UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * * | NO. 05-4182 and consolidated cases SECTION "K" (2) |
| *Weisler v. Seymour, et al.*   09-2737 | * * * * * * * | JUDGE STANWOOD R. DUVAL, JR. MAG. JUDGE JOSEPH C. WILKINSON, JR. |

### NOTICE TO THE COURT AND PARTIES OF ADOPTION OF OPPOSITION TO PLAINTIFF'S MOTION TO FILE UNDER SEAL

Improperly Joined Defendant, Brian A. Gilbert, and the Law Office of Brian A. Gilbert, P.L.C., hereby reiterate their Opposition to Plaintiff's Motion to File and additionally adopt in its entirety R. Doc. 20185, *Nonconfidential Memorandum By Defendants Richard T. Seymour And (Misnamed) Richard T. Seymour, P.L.L.C., In Opposition To Plaintiff's Unfiled March 4, 2011 Motion To File Under Seal, And Opposition To Plaintiff's Motion For Relief Under F.R.C.P. 26(B)(5)(B).*

Respectfully submitted,

BEST, KOEPPEL & TRAYLOR

*/s/Brian A. Gilbert*
_____
Brian A. Gilbert, #21297
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000

        Facsimile: (504) 524-1024
        bgilbert@briangilbertlaw.com

*Pro se*, Attorney for Barge Plaintiffs, Barge Plaintiffs Liaison Master

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via United States Mail, first class postage prepaid and properly addressed, and/or via facsimile, and/or via electronic mail, and/or via hand delivery, and/or via ECF upload, this 15th day of March, 2011.

*/s/Brian A. Gilbert*