# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**  
**Clerk**

500 Poydras St., Room C-151  
New Orleans, LA 70130

March 14, 2011

Mr. Lyle W. Cayce, Clerk  
U. S. Court of Appeals, Fifth Circuit  
New Orleans, LA 70130

APPEAL NO. <u>10-31054</u>

IN RE: KATRINA CANAL BREACHES LITIGATION      CA 05-4182 K    c/w
<u>05-4181, 05-4182, 05-4191, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020,</u>
<u>06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-4065, 06-4389,</u>
<u>06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786,</u>
<u>06-5937, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289</u>

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

   ___    1) Certified copy of the notice of appeal and docket entries.

   ___    2) Certified copy of notice of a cross-appeal and docket entries.

   ___    3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

   ___    4) This case is proceeding <u>in forma pauperis</u>

   ___    5) Order Appointing Counsel    ___ CJA-20    ___ FPD

   ___    6) District Judge entering the final judgment is _____

   ___    7) Court Reporter assigned to the case _____

   ___    8) If criminal case, number and names of other defendants on appeal ___

   ___    9) This case was decided without a hearing; there will be no transcript.

   ___   10) Spears hearing held.

In connection with this record, the following documents are transmitted.

   <u> x </u>   1) **Certified** Copies record on appeal consisting of:

          ___ Volume(s) of record    ___ Volume(s) transcripts

          ___ Volume(s) of depositions

          ___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Boxes

   ___    2) supplemental record including,_____

   ___    3) SEALED Docs_____

   ___    4) Other:_____

Very truly yours,

By   <u>Alicia Phelps</u>  
        Deputy Clerk