UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO FILE UNDER SEAL

Now into Court, through undersigned counsel, comes Plaintiff, Richard H. Weisler, M.D. ("Dr. Weisler"), and pursuant to Rule 6 of the Administrative Procedures For Electronic Case Filing in the Eastern District, respectfully moves this Court to file under seal the Motion for Relief Under F.R.C.P. 26(b)(5)(B) and accompanying Memorandum in Support of.

**[Signature Block on Following Page]**

Respectfully submitted,

_____

Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Charles E. Riley, IV (28200)
Christopher B. Conley (31674)
30th Floor Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
Attorneys for Plaintiff, Richard H. Weisler, M.D.


## CERTIFICATE OF SERVICE

I hereby certify that certify that a copy of the foregoing has been served upon all counsel of record either in person, by facsimile or by placing a copy of same in the United States mail, postage prepaid and properly addressed this 4th day of March 2011.

_____

N:\DATA\N\50182001\Pleadings\Motion to File Under Seal.wpd