UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO: BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * <br> * <br> * | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | * <br> * | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to File Under Seal and the Court finding the Motion good and sufficient,

IT IS HEREBY ORDERED that the Motion to File Under Seal the Motion for Relief Under F.R.C.P. 26(b)(5)(B) and accompanying Memorandum in Support of be GRANTED.

New Orleans, this ___ day of March 2011.

*[handwritten: Granted in Part & Denied in Part — See separate order]*

HONORABLE JOSEPH C. WILKINSON
UNITED STATES MAGISTRATE JUDGE

*[signature]  3/17/11*

N:\DATA\N\50182001\Pleadings\Order (Motion to File Under Seal).wpd