FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2011 MAR -4 PM 3:28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al. 09-2737 | * * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR RELIEF UNDER F.R.C.P. 26(b)(5)(B)

Pursuant to Federal Rule of Civil Procedure 26(b)(5)(B), and the court's Order of February 9, 2011, Record ("Rec.") Document ("Doc.") 20158, p. 20. Plaintiff, Richard H. Weisler, M.D. ("Dr. Weisler), hereby moves the Court for an Order compelling Defendants to produce the documents filed under seal herewith in unredacted form regardless of whether they constitute attorney-client privilege or are subject to putative privilege under

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep____
___Doc. No.____

the work product doctrine.

For the reasons set forth more fully in the Memorandum in Support of this Motion, Dr. Weisler respectfully moves the Court for a determination that Defendants are not entitled to withhold or to provide only redacted versions of the e-mail documents attached hereto to Plaintiff, but rather must provide unredacted copies of the three categories of e-mail documents outlined in the Memorandum in Support of this Motion.

Respectfully submitted,

_____
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Charles E. Riley, IV (28200)
Christopher B. Conley (31674)
30th Floor Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
Attorneys for Plaintiff, Richard H. Weisler, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by facsimile, by hand delivery or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 4th day of March, 2010.

_____

N:\DATA\N\50182001\Pleadings\Motion for Relief.wpd