UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182<br>and consolidated cases |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * * * | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Relief Under F.R.C.P. 26(b)(5)(B), and the Court finding the Motion and Memorandum good and sufficient,

IT IS HEREBY ORDERED that the Motion for Relief be GRANTED and that the Defendants produce to Plaintiff in unredacted form the three categories of e-mails described in the accompanying Memorandum in Support.

New Orleans, this ___ day of March 2011.

                                          HONORABLE JOSEPH C. WILKINSON<br>                                        UNITED STATES MAGISTRATE JUDGE