UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES               CIVIL ACTION
CONSOLIDATED LITIGATION
                                            NO. 05-4182 "K"(2)

PERTAINS TO: BARGE                          JUDGE DUVAL
    Weisler v. Seymour, 09-2737         MAG. J. WILKINSON


## ORDER ON MOTION TO SEAL

APPEARANCES: None (on the record)

MOTION: Plaintiff's Motion to File Under Seal Plaintiff's Motion for Relief Under Fed. R. Civ. P. 26(b)(5)(B), Record Doc. No. 20189


O R D E R E D:

XXX : GRANTED IN PART AND DENIED IN PART, as follows. It is unnecessary to file under seal the entirety of plaintiff's Motion for Relief Under Fed. R. Civ. P. 26(b)(5)(B). It appears that the only portions of the motion that need to be filed under seal, because they generally reveal the contents of materials subject to the protective order in this case, are (a) the numbered paragraphs 1 through 5 on pages 3-4 of the memorandum in support and (b) the attached exhibits.

    Accordingly, IT IS ORDERED that plaintiff's motion to file the entire Motion for Relief Under Fed. R. Civ. P. 26(b)(5)(B) under seal is denied. The court has revised plaintiff's Motion for Relief to block out the following text: (a) the words "FILED UNDER SEAL" above the caption on page 1 of the motion, page 1 of the memorandum in support and page 1 of the notice of hearing; and (b) the information in numbered paragraphs 1 through 5 on pages 3-4 of the memorandum. The Clerk of Court is directed to file in the record the Motion for Relief, memorandum in support and notice of hearing, as revised by the court.

In light of the previously entered protective order concerning the subject documents, IT IS FURTHER ORDERED that plaintiff's motion to file under seal is granted as to all exhibits to the underlying Motion for Relief. The Clerk of Court is directed to file all of the exhibits under seal.

New Orleans, Louisiana, this __17th__ day of March, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE