UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: BARGE | | |
| Weisler v. Seymour, et al.  09-2737 | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**WITNESS AND EXHIBIT LIST ON BEHALF OF
PLAINTIFF, RICHARD H. WEISLER**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Richard H. Weisler, who submits the following Witness and Exhibit List in this matter. Plaintiff reserves the right to supplement this list

**WITNESSES:**

    1.    Dr. Richard Weisler, 700 Spring Forest Road, Suite 125, Raleigh, NC 27609;

    Subject:    Plaintiff. He has information regarding the facts and circumstances of the services performed and amounts due, as well as his damages related to

same as are set forth in the subject Complaint.

2. Dr. Mark Townsend, 2020 Gravier Street, 7th Floor, Suite C, New Orleans, LA. 70112;

   Subject: Dr. Townsend has information regarding services he performed, as well as those performed by Dr. Weisler.

3. Howard Osofosky, LSU Medical Center, New Orleans, Louisiana.

   Subject: Dr. Osofosky has information regarding services he performed, as well as those performed by Dr. Weisler.

4. Joy D. Osofosky, LSU Medical Center, New Orleans, Louisiana

   Subject: Dr. Osofosky has information regarding services he performed, as well as those performed by Dr. Weisler.

5. Dr. Jill Hayes, New Orleans, Louisiana.

   Subject: Dr. Hayes has information regarding services he performed, as well as those performed by Dr. Weisler.

6. Kara Koehrn, Durham, Duke University, North Carolina

   Subject: Ms. Koehrn was a graduate student who assisted Dr. Weisler with his activities and would have personal knowledge of same.

7. Dr. Phillip Griffin, LSU Health Science Building, New Orleans, Louisiana.

   Subject: Dr. Griffin has information regarding services he performed, as well as those performed by Dr. Weisler.

      8.      Any witness listed by any other party.

**EXHIBITS:**

      1.      Invoices and work description prepared by Dr. Weisler.

      2.      CD of e-mails, expert report and related documents.

      3.      Transcript of recorded conversation of September 15, 2008.

      4.      E-mails provided by Defendants.

      5.      Any Exhibit lilsted by any other party.

Respectfully submitted,

/s/ ANDREW C. WILSON
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Charles E. Riley, IV (28200)
Christopher B. Conley (31674)
30th Floor Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
Attorneys for Plaintiff, Richard H. Weisler, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Witness and Exhibit List.wpd