UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases <br><br> SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | |

\*   \*   \*   \*   \*   \*   \*   \*

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come defendants, Alan Fuchsberg and the Jacob D. Fuchsberg Law Firm (hereinafter the "Fuchsberg defendants"), which submit this Witness and Exhibit List pursuant to the September 15, 2010 Scheduling Order issued by the Court.

**A.   Witness List**

The Fuchsberg defendants may, or will, call the following to testify at trial:

1.   Richard H. Weisler, M.D.

2.   Mark H. Townsend, M.D.

1

3. Jill Hayes, Ph.D.

4. Howard J. Osofsky, M.D., Ph.D.

5. Joy Osofsky, M.D., Ph.D.

6. Alex Crosby

7. Fran H. Norris

8. Kara Koehrn

9. Richard Dalton

10. David Sheehan

11. Jessica Hamblen

12. Jonathan Davidson

13. Allan Chrisman

14. Narayan Sastry

15. Bonnie Mincey

16. Richard T. Seymour

17. Alan L. Fuchsberg

18. Leslie Kelmachter

19. Brian Gilbert

20. Shawn Khorrami

21. Mark Ravis, M.D., J.D.

22. Sherry Cofield

23. A representative of the Medical School of the University of North Carolina at Chapel Hill.

24. A representative of the Medical School of Duke University.

25. Any member of plaintiff's staff

26. Any witness listed or called by any party

**B.     Exhibit List**

The Fuchsberg defendants may, or will, use the following at trial:

1. The report submitted by plaintiff in the Barge case.

2. The July 29, 2008 e-mail from Sherry Cofield transmitting Plaintiff's message, instructions for payment, and invoice submitted to Defendants, bearing the date 7/7/08.

3. July 29, 2008 e-mail from Sherry Cofield transmitting Plaintiff's message, instructions for payment, and the attached invoice Plaintiff submitted to Defendants, bearing the date "7/7/08."

4. December 12, 2008 Letter from Plaintiff's counsel, Andrew Wilson, to Brian Gilbert.

5. Invoice for the time of Dr. Mark Townsend for his work in the Barge case, originally attached to the December 12, 2008 letter from Andrew Wilson to Brian Gilbert.

6. Plaintiff's Invoice for work in the Barge case, updated through July 28, 2008, originally attached to the December 12, 2008 letter from Andrew Wilson to Brian Gilbert.

7. August 13, 2008 invoice for the work Dr. Townsend performed in the Barge case, originally attached to the December 12, 2008 letter from Andrew Wilson to Brian Gilbert.

8. "Final Invoice" dated "12/02/08" invoice for the work Dr. Townsend purportedly performed in the Barge case identified in ¶ 6 of Plaintiff's Complaint, updated through August 15, 2008, originally attached to the December 12, 2008 letter from Andrew Wilson to Brian Gilbert.

9. August 12, 2008, e-mail sent by Brian Gilbert to Plaintiff and Dr. Townsend at 11:29 P.M. Central Daylight Time, asking them to suspend all work on the case.

10. February 4, 2009 letter from Andrew Wilson to Brian Gilbert.

11. Statement of Plaintiff's purported compensable time and expenses in the Barge case identified in ¶ 6 of Plaintiff's Complaint, from the start of his involvement through August 15, 2008, Exhibit 1 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert.

12. Summary of all of Plaintiff's activity in the Barge case identified in ¶ 6 of Plaintiff's Complaint, from the start of his involvement through August 15, 2008, and of Plaintiff's efforts to bill and collect from Barge plaintiff's counsel, Exhibit 2 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert.

13. List of "most of the identified articles, books and materials" that Plaintiff contends he "reviewed either in full or in part secondary [sic] to Barge PSLC Attorney instructed "'examination and discussion of peer-review articles and peer accepted

methodologies of the entire area of Disaster Mental Health . . . .", Exhibit 3 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert.

14. "Table of Contents" consisting of excerpts of e-mail messages from and to various persons, with everything omitted except a subject line, a date (sometimes with, and sometimes without, time), sometimes with, and sometimes without, a "from" line, sometimes with, and sometimes without, a "CC" line, always without the body of the message if any, always without an indication of any attachment, and always without any attachment, Exhibit 4 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert.

15. Plaintiff's time records for the time he spent working in the Barge case identified in ¶ 6 of Plaintiff's Complaint, from the start of his involvement through August 15, 2008, Exhibit 5 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert.

16. Plaintiff's documentation of expenses incurred by Plaintiff while working on the Barge case, Exhibit 6 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert.

17. February 8, 2009 letter from Richard T. Seymour to Andrew Wilson.

18. E-mail thread, with the top e-mail sent by Brian Gilbert at 3:47 P.M. on May 29, 2008, to Plaintiff and others on the medical team and co-counsel, and the second e-mail sent by Dr. Mark Townsend on May 29, 2008, at 2:32 P.M.

19. E-mail thread, with the top e-mail sent by Mark Townsend at 5:26 P.M. on May 29, 2008, with Plaintiff and others addressed or cc'd.

20. E-mail thread Bates-numbered, with the top e-mail sent by Richard Seymour addressed or cc'd to Jill Hayes, Plaintiff, Dr. Mark Townsend, and co-counsel at 4:36 P.M. Eastern Daylight Time on June 2, 2008.

21. E-mail thread Bates-numbered, with the top e-mail sent by Karen Wiedemann addressed to Dr. Mark Townsend, and co-counsel at 5:18 P.M. on June 2, 2008.

22. E-mail thread with the top e-mail sent by Dr. Mark Townsend and addressed or copied to Dr. Jill Hayes, Plaintiff, others on the medical team, and counsel at 7:47 P.M. on May 29, 2008.

23. E-mail thread with the top e-mail sent by Richard Seymour and addressed or copied to Dr. Jill Hayes, Plaintiff, Dr. Mark Townsend, and co-counsel at 2:52 P.M. on June 3, 2008.

24. E-mail thread with the top e-mail sent by Richard Seymour and addressed or copied to Dr. Mark Townsend, Plaintiff, others on the medical team, and co-counsel at 5:46 P.M. on June 6, 2008, with the subject line "Re: Barge Cases: Conference Call on Draft Report."

25. E-mail thread with the top e-mail sent by Richard Seymour and addressed or copied to Dr. Mark Townsend, Plaintiff, others on the medical team, and co-counsel at 2:34 P.M. Eastern time on June 29, 2008, with the subject line "Re: Barge Medical: Expert Report."

26. E-mail Plaintiff sent on August 4, 2008 at 12:31 P.M. to counsel on the Barge case, and to Dr. Mark Townsend, containing information about expert witness fees.

27. Attachment to Plaintiff's August 4, 2008 e-mail, and entitled "Private Diagnostic Clinic, PLLC / Medical-Legal Fee Guide."

28. Centers for Disease Control and Prevention, Mental Health Survey Instrument, and materials thereon.

29. Plaintiff's responses to written discovery requests.

30. Any Defendant's responses to written discovery requests.

31. Materials to be produced in discovery by plaintiff.

32. Materials to be produced in discovery by any defendant.

33. Materials to be produced in discovery by third parties.

34. Materials exchanged pursuant to the Rule 26(a)(1)(A) initial disclosures.

34. Any relevant non-privileged, or non protected, writing.

35. Any relevant privileged, or protected, writing, subject to the objections of the parties, and subject to any protective order.

36. Any exhibit listed or used by any party.

                                          Respectfully submitted,

                                          *s/Bradley S. Groce*

                                          _____
                                          DAVID V. BATT, #2849
                                          BRADLEY S. GROCE, #26037
                                          LOBMAN, CARNAHAN, BATT,
                                             ANGELLE & NADER
                                           THE TEXACO CENTER, SUITE 2300
                                           400 POYDRAS STREET
                                           NEW ORLEANS, LOUISIANA 70130
                                           (504) 586-9292   FAX (504) 586-1290

---

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 18th day of March, 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

*s/Bradley S. Groce*
_____