**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| PERTAINS TO: BARGE | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K" (2)** |
| | * | |
| | * | |
| *Weisler v. Seymour, et al.*    **09-2737** | * | **JUDGE** |
| | * | **STANWOOD R. DUVAL,** |
| | * | **JR.** |
| | * | |
| | * | **MAG. JUDGE** |
| | | **JOSEPH C. WILKINSON,** |
| | | **JR.** |

<u>**MOTION TO MODIFY SCHEDULING ORDER**</u>

Upon motion of Defendants/Counter-Claimants, the Court is asked to modify the scheduling order herein as to all dates not yet lapsed.  Upon information and belief, no party will be suitably postured for dispositive motions or trial on the dates currently in place.  For reasons expressed in the accompanying Memorandum, the Court is asked to modify the schedule as follows:

Parties to exchange expert reports by **July 15, 2011**; supplemental reports, if any, to be exchanged by **August 1, 2011**;

Parties to file witness and exhibit lists by **July 15, 2011**;

Daubert and dispositive motions to be filed by **August 12, 2011**, for hearing on **August 24, 2011**;

Trial depositions and discovery completed by **August 19, 2011**;

Final Pretrial Conference to be held on _____, 2011 at _____o'clock.

Trial will commence December _____, 2011with a jury.

All other requirements contained in R. Docs. 20050 and 20159 shall remain in force.

**<u>Undersigned Counsel's Note As To Plaintiff's Consent</u>**

Counsel for Dr. Weisler agreed to respond to the Defendants' inquires as to his consent to the proposed schedule modification.  Please see Exhibits 1 through 4.  The status of opposing counsel's consent is unknown as of the time this motion is being filed.

Respectfully submitted,

**BEST, KOEPPEL & TRAYLOR**
**LAW OFFICE OF BRIAN A. GILBERT,**
**P.L.C.**

*/s/Brian A. Gilbert*
_____
Brian A. Gilbert, #21297
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
bgilbert@briangilbertlaw.com

*Pro se*, Attorney for Barge Plaintiffs, Barge Plaintiffs Liaison Master, and on behalf of Wilson Defendants, Seymour Defendants, and Wiedemann & Wiedemann

**CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via United States Mail, first class postage prepaid and properly addressed, and/or via facsimile, and/or via electronic mail, and/or via hand delivery, and/or via ECF upload, this 22nd day of March, 2011.

*<u>/s/Brian A. Gilbert</u>*