

**Brian Gilbert <bgilbert@briangilbertlaw.com>**

# Weisler - Witness and Exhibit Lists are Due Tomorrow

**Lawrence Wilson <lwilson@wgdnlaw1.com>**   Thu, Mar 17, 2011 at 12:40 PM

Reply-To: lwilson@wgdnlaw1.com
To: "Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>, Rick Seymour <rick@rickseymourlaw.net>
Cc: Lawrence Weidemann <ldwiedemann@gmail.com>, Karl Wiedemann <karlwiedemannlaw@gmail.com>, elialanemm@aol.com, Alan Fuchsberg <a.fuchsberg@fuchsberg.com>, "Peter S. Koeppel" <peterklaw@aol.com>, "David V. Batt" <dvb@lcba-law.com>, Bradley Groce <BSG@lcba-law.com>, Pat Sanders <Pistols42@aol.com>, "Matt Seymour (office)" <Matthew@rickseymourlaw.net>

> Spoke w Andrew Wilson. He would like us to send him a proposed consent order with the proposed dates and then he will see if he can consent to it.
>
>
> Sent via BlackBerry by AT&T
>
> ---
>
> **From:** Brian Gilbert <bgilbert@briangilbertlaw.com>
> **Date:** Thu, 17 Mar 2011 11:38:29 -0500
> **To:** <rick@rickseymourlaw.net>
> **Cc:** Larry Wiedemann<ldwiedemann@gmail.com>; Karl Wiedemann<karlwiedemannlaw@gmail.com>; Lawrence Wilson<lwilson@wgdnlaw1.com>; <elialanemm@aol.com>; Alan (office) Fuchsberg<a.fuchsberg@fuchsberg.com>; Peter S. Koeppel<peterklaw@aol.com>; David V. Batt<dvb@lcba-law.com>; Bradley Groce<BSG@lcba-law.com>; Patrick Sanders<Pistols42@aol.com>; Matt Seymour (office)<Matthew@rickseymourlaw.net>
> **Subject:** Re: Weisler - Witness and Exhibit Lists are Due Tomorrow
>
> [Quoted text hidden]