

**Brian Gilbert <bgilbert@briangilbertlaw.com>**

# Weisler - Witness and Exhibit Lists are Due Tomorrow

**Lawrence Wiedemann <ldwiedemann@gmail.com>**  Thu, Mar 17, 2011 at 2:05 PM
To: Brian Gilbert <bgilbert@briangilbertlaw.com>
Cc: lwilson@wgdnlaw1.com, Rick Seymour <rick@rickseymourlaw.net>, Karl Wiedemann <karlwiedemannlaw@gmail.com>, elialanemm@aol.com, Alan Fuchsberg <a.fuchsberg@fuchsberg.com>, "Peter S. Koeppel" <peterklaw@aol.com>, "David V. Batt" <dvb@lcba-law.com>, Bradley Groce <BSG@lcba-law.com>, Pat Sanders <Pistols42@aol.com>, "Matt Seymour (office)" <Matthew@rickseymourlaw.net>

I spoke to Andrew Wilson a few minutes ago about continuance of the June 6, 2011 trial date. He did not voice a personal objection but said that he had to clear with his client. He promised to call me after he talks to Dr. Weisler.

Larry

[Quoted text hidden]

--
Lawrence D. Wiedemann, Esq.
Wiedemann Law Firm
110 Veterans Boulevard
Suite 444
Metairie, Louisiana 70005
Tel: 504/581-6180
Facsimile: 504/304-9224