

**Brian Gilbert <bgilbert@briangilbertlaw.com>**

## Proposed Consent Motion to Modify Schedule

**Brian Gilbert <bgilbert@briangilbertlaw.com>**       Fri, Mar 18, 2011 at 11:01 AM
To: Andrew Wilson <andreww@spsr-law.com>
Cc: Rick Seymour <rick@rickseymourlaw.net>, lwiedemann@gmail.com, Karl Wiedemann <karlwiedemannlaw@gmail.com>, Lawrence Wilson <lwilson@wgdnlaw1.com>

Andrew, attached are our proposals for schedule modification.  Please review and advise whether you will consent.  Thank you.

**2 attachments**

 **3-18-2011 MotModifySchedOrd.Motion.pdf**
65K

 **3-18-2011 MotModifySchedOrd.ProposedOrder.pdf**
47K