

**Brian Gilbert &lt;bgilbert@briangilbertlaw.com&gt;**

# Weisler
2 messages

---

**Brian Gilbert &lt;bgilbert@briangilbertlaw.com&gt;**     Tue, Mar 22, 2011 at 8:01 AM

To: Andrew Wilson &lt;andreww@spsr-law.com&gt;
Cc: Rick Seymour &lt;rick@rickseymourlaw.net&gt;, Larry Wiedemann &lt;ldwiedemann@gmail.com&gt;, Karl Wiedemann &lt;karlwiedemannlaw@gmail.com&gt;, Lawrence Wilson &lt;lwilson@wgdnlaw1.com&gt;, Bradley Groce &lt;BSG@lcba-law.com&gt;, David Batt &lt;dvb@lcba-law.com&gt;, Peter Koeppel &lt;PETERKLAW@aol.com&gt;

Andrew, you have not responded as we believed you would to our suggestion of schedule modification, and have not replied to Rick Seymour's requests for deposition dates. Time is running out on both matters. The longer we wait to move for schedule modification, the less likely that Judge Duval will grant it, even if by consent. This brings up the matter of completing discovery by the deadlines. Therefore, we need to move forward contradictorily/unilaterally as to both the schedule modification and the depositions if we do not hear back from you by noon CST today. We hope for your cooperation. Thank you.

---

**Lawrence Wilson &lt;lwilson@wgdnlaw1.com&gt;**     Tue, Mar 22, 2011 at 8:03 AM
Reply-To: lwilson@wgdnlaw1.com
To: "Law Office of Brian A. Gilbert" &lt;bgilbert@briangilbertlaw.com&gt;

Ok good

Sent via BlackBerry by AT&T

---

**From:** Brian Gilbert &lt;bgilbert@briangilbertlaw.com&gt;
**Date:** Tue, 22 Mar 2011 08:01:00 -0500
**To:** Andrew Wilson&lt;andreww@spsr-law.com&gt;
**Cc:** Rick Seymour&lt;rick@rickseymourlaw.net&gt;; Larry Wiedemann&lt;ldwiedemann@gmail.com&gt;; Karl Wiedemann&lt;karlwiedemannlaw@gmail.com&gt;; Lawrence Wilson&lt;lwilson@wgdnlaw1.com&gt;; Bradley Groce&lt;BSG@lcba-law.com&gt;; David Batt&lt;dvb@lcba-law.com&gt;; Peter Koeppel&lt;PETERKLAW@aol.com&gt;
**Subject:** Weisler

[Quoted text hidden]