UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | **CIVIL ACTION** |
|  | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * | **and consolidated cases** |
|  | * *  | **SECTION "K" (2)** |
|  | * * |  |
| *Weisler v. Seymour, et al.*     **09-2737** | * * * * | **JUDGE STANWOOD R. DUVAL, JR.** |
|  | * | **MAG. JUDGE JOSEPH C. WILKINSON, JR.** |

## PROPOSED ORDER

Considering the *Motion To Modify Scheduling Order* presented to the Court, and having found good cause for modification, it is hereby ORDERED that the following dates will control proceedings in this matter henceforth:

Parties to exchange expert reports by **July 15, 2011**; supplemental reports, if any, to be exchanged by **August 1, 2011**;

Parties to file witness and exhibit lists by **July 15, 2011**;

Daubert and dispositive motions to be filed by **August 12, 2011**, for hearing on **August 24, 2011**;

Trial depositions and discovery completed by **August 19, 2011**;

Final Pretrial Conference to be held on _____, 2011 at _____ o'clock.

Trial will commence December _____, 2011 with a jury.

All other requirements contained in R. Docs. 20050 and 20159 shall remain in force.

New Orleans, Louisiana, this ____ day of _____, 2011.

                                                                            _____
                                                                            **HON. STANWOOD R. DUVAL, JR.**