# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K" (2)** |
| | * | |
| | * | |
| *Weisler v. Seymour, et al.*      **09-2737** | * | **JUDGE** |
| | * | **STANWOOD R. DUVAL,** |
| | * | **JR.** |
| | * | |
| | * | **MAG. JUDGE** |
| | | **JOSEPH C. WILKINSON,** |
| | | **JR.** |

## SUBMISSION NOTICE

Defendants *Motion To Modify Scheduling Order* will be submitted for decision by the

Hon. Stanwood R. Duval, Jr., Section K, Room C352, United States District Court, Eastern

District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:30 a.m., April 13,

2011.

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via United States Mail, first class postage prepaid and properly addressed, and/or via facsimile, and/or via electronic mail, and/or via hand delivery, and/or via ECF upload, this 22nd day of March, 2011.

*/s/Brian A. Gilbert*