UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| | * <br> * | NO. 05-4182 |
| PERTAINS TO: BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * <br> * <br> * <br> * | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | * <br> * | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION ON BEHALF OF PLAINTIFF, RICHARD H. WEISLER, M.D.
TO LIMIT DISCOVERY AND/OR FOR PROTECTIVE ORDER**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Richard H. Weisler, M.D. ("Dr. Weisler"), and moves this Honorable Court for an Order limiting discovery and/or for Protective Order as regards the Defendant's service of 318 Requests

for Admission which only could be intended to harass and burden the Plaintiff. Plaintiff sets forth reasons and authorities for this Motion in the Memorandum in Support of this Motion.

                                        Respectfully submitted,

                                        ___/s/ Andrew C. Wilson_____
                                        Daniel J. Caruso (3941)
                                        Andrew C. Wilson (01162)
                                        Susan F. Clade (1033)
                                        Christopher B. Conley (31674)
                                        SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
                                        30th Floor - Energy Centre
                                        1100 Poydras Street
                                        New Orleans, Louisiana 70163
                                        Telephone (504) 569-2030
                                        Facsimile (504) 569-2999

                                        Attorneys for Plaintiff, Richard H. Weisler, M.D.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 25, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        ___/s/ Andrew C. Wilson_____
                                            Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Motion for Protective Order Mot.wpd