UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION |
| PERTAINS TO: BARGE | *<br>*<br>* | NO. 05-4182<br>and consolidated cases |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | *<br>*<br>*<br>* | JUDGE<br>STANWOOD R. DUVAL, JR. |
| | *<br>* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **EXPEDITED NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion to Limit Discovery and/or for Protective

Order filed by Plaintiff, Richard H. Weisler, M.D., shall be brought on for hearing before the

Honorable Magistrate Joseph C. Wilkinson, Jr. on the _____ day of March/April, 2011

at _____ o'clock a.m.

        Respectfully submitted,

        ___/s/ Andrew C. Wilson_____
        Daniel J. Caruso (3941)
        Andrew C. Wilson (01162)
        Susan F. Clade (1033)
        Christopher B. Conley (31674)
        SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
        30th Floor - Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone (504) 569-2030
        Facsimile (504) 569-2999

        Attorneys for Plaintiff, Richard H. Weisler, M.D.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 25, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


        ___/s/ Andrew C. Wilson_____
        Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Notice of Submission.wpd